UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL No. 2179 <br> * <br> * SECTION J <br> * <br> * JUDGE BARBIER <br> * MAG. JUDGE SHUSHAN |
| Applies to: 10-2771 and 10-9999 | * <br> * |

* * * * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS WITH PREJUDICE

Plaintiff, University of West Florida Board of Trustees ("Plaintiff" or "Claimant"), by and through counsel, respectfully moves this honorable Court to dismiss all claims and causes of action *except* claims or potential claims for punitive or exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc. asserted in 2:10-CV-08888-CJB-SS with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP, with Plaintiff and dismissed defendants to each bear their own costs and attorneys fees.

**WHEREFORE**, Plaintiff respectfully moves this Court to dismiss all claims and causes of action *except* claims or potential claims for punitive or

1



exemplary damages against Transocean, Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing, GmbH, and Halliburton Energy Services, Inc. asserted in 2:10-CV-08888-CJB-SS with prejudice, with Plaintiff and dismissed defendants to each bear their own costs and attorney's fees.

Dated: September 11, 2015.

Respectfully submitted,

_____
Patricia D. Lott, General Counsel
University of West Florida
Florida Bar No: 243744
Email:plott@uwf.edu
11000 University Parkway
Bldg. 10
Pensacola, FL 32514
Telephone: (850) 474-3420
Fax No: (850) 857-6058

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2015, I caused the foregoing to be filed by US Mail with the Clerk of the Court for the United States District Court of the Eastern District of Louisiana, caused notice to be provided to all counsel of record, and electronically sent the foregoing to lge@freehgroup.com and maria.travis@bp.com.

_____
Patricia D. Lott, General Counsel
University of West Florida

