UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**NOTICE OF REMOVED DOCUMENT**

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | NO: 10md2179 |
| | SECTION: J (1) |

**DOCUMENT NO. 15360, FILED SEPTEMBER 18, 2015, REMOVED AND STRICKEN FROM RECORD PER ORDER #15374**