# Exhibit A

# Repair Invoices Submitted by Tommy Pham

To Whom It May Concern:

I, Tommy Pham, was not able to shrimp as much in 2009 compared to other prior years. During this year my vessel was in need of more maintence and repairs which was the cause of more unnecessary time spent in shore than out shrimping and making an income. Attached I have included invoices for maintence and supplies. If you have any question please contact me at 409-543-1084.

Thank you,

Tommy Pham
Tommy Pham

TOMMY PHAM SSN XXX-XX-2183 GCCF #1129678 CID# 100004363



**L & P MARINE SUPPLIES**
538 9th Avenue
PORT ARTHUR, TEXAS 77642
(409) 985-3714

| CUSTOMER'S ORDER NO. | | PHONE | | DATE 4-23-09 |
|---|---|---|---|---|
| NAME Capt Tommy | | | | |
| ADDRESS | | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 350 H | cable 310-314 | 1800 | 700000 |
| 1 | span block 4" | | 90000 |
| | | | 1210000 |

TOMMY PHAM SSN XXX-XX-2183 SOCCF# 1129678/16 CID# 00004363
Case 1:11-cv-00217-SUG-DFS Document 15-1 Filed 03/29/16 Page 4 of 7

## Ken's Electrical Marine Service

P.O. Box 5545
Port Arthur, Texas 77640-0545
PH: 409-736-1665 Fax: 409-736-0128 Cell: 409-728-0225

| CUSTOMER'S ORDER NO. | PHONE | | DATE 5-21-09 |
|---|---|---|---|
| NAME m/v Capt. Tommy | | | |
| ADDRESS | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |
|---|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Service call to furnish starter & Box - Controller | | |
| 1ea | 3P Motor starter — | | 364 42 |
| 3ea | Heater | 14.50 | 43 50 |
| 1ea | Controller | | 150 00 |
| | | | 557 92 |
| | Pd 2-20-12 | | |
| | # 215 | | |
| | | TAX | |
| RECEIVED BY | | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

3442

*Thank You*

538 9th Avenue
PORT ARTHUR, TEXAS 77642
(409) 985-3714

| CUSTOMER'S ORDER NO. | | PHONE | | DATE 5-87-09 | |
|---|---|---|---|---|---|
| NAME | | capt Tommy 25-8 | | | |
| ADDRESS | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT |
|---|---|---|---|---|---|---|

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | Shrip DG | | 1000 00 |

TOMMY PHAM    SSN XXX-XX-2182    GCCF#1129678    CID#00004363
Case 2:10-md-02179-CJB-DPC   Document 15560   filed 12/10/15   Page 6 of 7

# KEN'S ELECTRICAL MARINE SERVICE
P.O. BOX 5545
PORT ARTHUR, TEXAS 77640-0545
PH: 409-736-1665 FAX: 409-736-0128 CELL: 409-728-0225

| CUSTOMER'S ORDER NO. | | PHONE | | DATE 12.4.09 | | |
|---|---|---|---|---|---|---|
| NAME m/v Capt. Tommy | | | | | | |
| ADDRESS | | | | | | |
| | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Service call to Wire in Brk.s | | |
| | & Hook-up Generator Portside. | | |
| | Removed 2ea Brks in Dist. Box | | |
| | and Install 2ea Gen 1 Gen 2 | | |
| | Add PMG to Genset - Installed | | |
| 2ea | QBL 32225 S.D | 679²⁷ | 1358 54 |
| | Drill holes in Dist. Box & Genset | | |
| | for Power Cable   Mileage 25 | | 31 25 |

# KEN'S ELECTRICAL MARINE SERVICE

P.O. BOX 5545
PORT ARTHUR, TEXAS 77640-0545
**PH: 409-736-1665 FAX: 409-736-0128 CELL: 409-728-0225**

| CUSTOMER'S ORDER NO. | PHONE | DATE 12-6-09 |
|---|---|---|

NAME  m/v Capt Tommy
ADDRESS

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | 2793.69 |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | Return to run wire for Port Gen | | |
| | & wire in breaker panel | | |
| | Change out Both Voltmeters | | |
| | Run generator out volts 215 at | | |
| | 60 hrz. | | |
| | 9Am - 7pm 10hrs. | | 950 00 |
| | mileage 25 | | 31 25 |
| 28' | 2/0 /4c Type W | 21 00 | 588 00 |
| 3ea | Indicator lights w/ Bulbs Led | 18.50 | 55 50 |
| 6ea | Re washers | .29 | 1 74 |
| 45' | 6/3w/g Tray Cable | 3.95 | 177 75 |
| | Ty Raps 527 mx 525 mk | | 17 50 |
| 2-7-12 | Wire in Equip. Test Rotation - | | |
| | 7hrs. | | 665 00 |
| | mileage 25 | | 31 25 |
| | Installed Shore power Bnk. Ty in to #2 Box | TAX | |

RECEIVED BY

| | TOTAL | 5311 68 |

All claims and returned goods MUST be accompanied by this bill.

3640   check # 216

*Thank You*