# Exhibit B

# Repair Invoices Obtained from L & P Marine Supplies



# L & P MARINE SUPPLIES
538 9th Avenue
PORT ARTHUR, TEXAS 77642
(409) 985-3714

| CUSTOMER'S ORDER NO. | | | PHONE | | | DATE 4-23-10 | |
|---|---|---|---|---|---|---|---|
| NAME Capt. Tommy | | | | | | | |
| ADDRESS | | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT | |
| QTY. | | | DESCRIPTION | | | PRICE | AMOUNT |
| 350 ft | | | cable s/s 3/4 | | | 1120 | ~~1055~~ |
| 1 | | | gin block 4" | | | | 90 cts |
| | | | | | | | 1210 cts |
| | | | | | | | |
| No Cash Refunds Without Receipt | | | | | | TAX | tax |
| RECEIVED BY | | | | | | TOTAL | 1210 |

**Thank You!**

107316





# L & P MARINE SUPPLIES

538 9th Avenue
PORT ARTHUR, TEXAS 77642
**(409) 985-3714**

| CUSTOMER'S ORDER NO. | PHONE | | | | | DATE 5-27-10 | |
|---|---|---|---|---|---|---|---|
| NAME  capt Tommy | | | | | | | |
| ADDRESS | | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RET'D | PAID OUT | |
| QTY. | | | DESCRIPTION | | | PRICE | AMOUNT |
| 2 | SHrip Dg | | | | | | 100 00 |
| | | | | | | | |
| No Cash Refunds Without Receipt | | | | | | TAX | RA |
| RECEIVED BY | | | | | | TOTAL | 100 — |

**Thank You!**

107605

5-25-10

Safety Dept.