# Exhibit C

# Invoices Obtained from Ken's Electrical Marine Supplies

## Ken's Electrical Marine Service
P.O. Box 5545
Port Arthur, Texas 77640-0545
PH: 409-736-1665 Fax: 409-736-0128 Cell: 409-728-0225

| CUSTOMER'S ORDER NO. | PHONE | | | | | DATE 5-3-11 | |
|---|---|---|---|---|---|---|---|
| NAME m/v Capt Tommy | | | | | | | |
| ADDRESS | | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |
| QTY. | DESCRIPTION | | | | | PRICE | AMOUNT |
| | Advise will to furnish starter & box controller | | | | | | |
| 1ea | 3P Motor starter | | | | | | 364.42 |
| 3ea | Heaters | | | | | 14.50 | 43.50 |
| 1ea | Controller | | | | | | 150.00 |
| | | | | | | | 557.92 |
| | | | | | | TAX | |
| RECEIVED BY | | | | | | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

3442

*Thank You*

| CUSTOMER'S ORDER NO. | PHONE | | | DATE | | |
|---|---|---|---|---|---|---|
| NAME | | | | | | |
| ADDRESS | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|
| | | | | | | |

| QTY. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TAX | |
| RECEIVED BY | | TOTAL | |

All claims and returned goods MUST be accompanied by this bill.

*Thank You*

**KEN'S ELECTRICAL MARINE SERVICE**
P.O. BOX 5545
PORT ARTHUR, TEXAS 77640-5545
PH: 409-736-1252 FAX: 409-736-0128 CELL: 409-729-0025

| CUSTOMER'S ORDER NO. | PHONE | | | | DATE 2-6-12 | | |
|---|---|---|---|---|---|---|---|
| NAME M/V Capt Tommy | | | | | | | |
| ADDRESS | | | | | | | |
| SOLD BY | CASH | C.O.D. | CHARGE | ON ACCT. | MDSE. RETD. | PAID OUT | |
| | | | | | | | 2793-69 |
| QTY. | DESCRIPTION | | | | | PRICE | AMOUNT |
| | Labor to run wire for deck floodlights in trolley panel. Change out B+H toggle switches. Re-generator oil volts. 2.5 at 20 hrs. | | | | | | |
| | 9am - 7pm 19hrs | | | | | | 950 00 |
| | mileage 25 | | | | | | 31 25 |
| 28' | 4/4 Tray | | | | | 21 | 588 00 |
| 3ea | Lucalox lights w/ballasts | | | | | 18 50 | 55 50 |
| 6ea | Pc washers | | | | | .29 | 1 74 |
| 45' | 4/3 w/g Tray cable | | | | | 3.95 | 177 75 |
| | Tie wraps .527m 525mx | | | | | | 17 50 |
| 2-7-12 | Wire in equip. Test solution 7 hrs. | | | | | | 665 00 |
| | mileage 25 | | | | | | 31 25 |
| | Installed shore power both ways to 200A | | | | | | |
| | | | | | | TAX | |
| RECEIVED BY | | | | | | TOTAL | 5311 63 |

All claims and returned goods MUST be accompanied by this bill.

3840                                                        *Thank You*