UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 <br><br> SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 15-3253 (Not Consolidated with MDL 2179) | * * | MAGISTRATE SHUSHAN |

### ORDER

The Notice of Appeal appearing at Rec. Doc. 15360 should have been filed in the docket for the case to which it applies (15-3253), not the master docket for MDL 2179 (10-md-2179), and should not have disclosed publically the claimant's identity. Accordingly,

IT IS ORDERED that Rec. Doc. 15360 shall be STRUCK and REMOVED from the Court's record.

New Orleans, Louisiana this 21st day of September, 2015

_____
United States District Judge