# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 10-2771 and 10-9999; Rec. Doc. 68 | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Special Education District No. 1 of Lafourche, who respectfully moves this honorable Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the Short Form Document 68, filed in 2:10-cv-09999 with prejudice, pursuant to Paragraph 5 on page 3 of the fully executed Full and Final Release, Settlement, and Covenant Not to Sue between Claimant and BP.

WHEREFORE, Plaintiff respectfully moves this Court to dismiss all claims and causes of action except for claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings LLC, Transocean Ltd., Transocean Deepwater Inc, Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. asserted in the Short Form identified above with prejudice.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

1

Date: 9/17/15

Respectfully submitted:

_____
Signature

Peter Louviere
Printed Name

5510 W. Avenue D
Street Address

Cut Off LA 70345
City, State, Zip Code

985-693-0265
Telephone Number

## Certificate of Service

I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this 17th day of September, 20 15.

_____
Signature

2

Case 2:10-md-02179-CJB-DPC   Document 15375   Filed 09/21/15   Page 3 of 4
Case 2:10-cv-09999-CJB-SS   Document 68   Filed 04/19/11   Page 1 of 2
Case 2:10-md-02179-CJB-SS   Document 1549-1   Filed 03/09/11   Page 1 of 2

IN RE: OIL SPILL by "Deepwater Horizon"
**LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY)** [1]
(Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549
Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

### GOVERNMENTAL BODY OR ENTITY

| | |
|---|---|
| Body/Entity | Special Education Dist. #1 of Lafourche |
| County/Parish | Lafourche |
| State | Louisiana |
| Primary Physical Address | 5510 West Ave D, West 55th St. |
| City/State/Zip | Cut Off, LA 70345 |

### PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT

| | |
|---|---|
| Name | Peter Louviere |
| Address | P.O. Box 842 |
| City/State/Zip | Cut Off, LA 70345 |
| State / Bar No. (if attorney) | |
| Phone | 985-693-4567 |
| E-Mail Address | Peter.Louviere@corp.viscom.net |

Claim Filed with BP?   YES ☐   NO ☒
Claim No.

Claim Type (Please check all that apply):

☒ Loss of Tax Revenue / Income / Use
☐ Damage, Destruction, or Diminution in Value of Property
☐ Response, Removal, Clean-Up, Restoration and/or Remediation Costs
☐ Civil or Criminal Penalties
☐ Punitive Damages
☐ Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*

Case 2:10-md-02179-CJB-DPC   Document 15375   Filed 09/21/15   Page 4 of 4
Case 2:10-cv-09999-CJB-SS   Document 68   Filed 04/19/11   Page 2 of 2
Case 2:10-md-02179-CJB-SS   Document 1549-1   Filed 03/09/11   Page 2 of 2

**Brief Description:**

1. For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.

Upon the advise of Lafourche Parish Assessor Michael H. Martin, CLA, our agency is expecting a decrease in our Ad Valorem tax collections for 2011. This decrease is due to the Deepwater Horizon explosion.

2. For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.

3. For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.

Signature of Authorized Attorney, Official or other Representative

Rose Grabert
Printed Name

3/31/2011
Date

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*