UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION OF THE SPECIAL MASTER AND THE DHECC TO FILE A RESPONSE
TO CYSTAL SEAFOOD'S SUR-REPLY TO THE MOTION FOR RETURN OF PAYMENTS

COMES NOW the Special Master and the Deepwater Horizon Economic Claims Center ("DHECC"), by counsel, respectfully submitting this motion concerning a request by claimant Crystal Seafood Company, Inc. ("Crystal") to file a Sur-Reply ("Sur-Reply") (Rec. Doc. 15346) to the motion seeking return of payments made to Crystal and others (Rec Doc. 14613).

If the Court approves filing of the Sur-Reply by Crystal, the Special Master and the DHECC respectfully asks that the Court also accept a brief response addressing issues raised by Crystal in the Sur-Reply. The proposed response, attached as Exhibit A, is four pages long. This filing should conclude briefing on this matter.

For these reasons, should the Court accept Crystal's proposed Sur-Reply, the Special Master and the DHECC respectfully requests that the Court also accept for filing on the docket the response to the Sur-Reply, attached as Exhibit A.

                Respectfully submitted,

                Patrick Juneau
                Claims Administrator
                By: __/s/ Kevin Colomb_____
                Kevin Colomb
                Manager of Compliance and Internal Integrity

        Louis J. Freeh
        Special Master
        By:   /s/ Gregory A. Paw
        Gregory A. Paw
        Counsel to the Special Master

Dated:   September 23, 2015

**CERTIFICATE OF SERVICE**

I hereby certify that this 23rd day of September, 2015, a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

        /s/Gregory Paw
        Counsel