UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG          :        MDL 2179
      "DEEPWATER HORIZON" IN THE          :
      GULF OF MEXICO, ON APRIL 20, 2010   :        Section J
                                          :
This Document Applies to:                :        Judge Barbier
                                          :
*No. 12-970, Bon Secour Fisheries, Inc., et*   :   Mag. Judge Shushan
*al. v. BP Exploration & Production Inc., et al.*   :

O R D E R

AND NOW upon consideration of a motion by the DHECC to file a response to a Sur-Reply filed by claimant Crystal Seafood Company, Inc. ("Crystal") (Rec. Doc. 15346) to the motion seeking return of payments made to Crystal and others (Rec Doc. 14613), IT IS HEREBY ORDERED that:

1.  The motion of the DHECC is GRANTED; and

2.  The Clerk is directed to accept for filing on the docket the DHECC's response brief attached as Exhibit A to the DHECC's motion to file a response.

Entered in New Orleans, Louisiana this _____ day of _____, 2015.

_____
United States District Judge