15-30597

IN RE: DEEPWATER HORIZON

-------------------------------------------

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR MARINE, L.L.C., As Beneficial Owner, Registered Owner, And Managing Owner of the M/V Seacor Vanguard Petitioning for Exoneration From or Limitation of Liability,

                Petitioners - Appellees

v.

DUWAYNE MASON,

                Claimant - Appellant

v.

BP EXPLORATION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, p.l.c.,

                Appellees

******************************************************************

15-30598

IN RE: DEEPWATER HORIZON

-------------------------------------------

DUWAYNE MASON,

                Plaintiff - Appellant

v.

SEACOR MARINE, L.L.C.,

              Defendant - Appellee

BP EXPLORATION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, p.l.c.,

              Appellees

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-30597
_____

IN RE: DEEPWATER HORIZON

-----------------------------------------

SEACOR HOLDINGS, INCORPORATED; SEACOR OFFSHORE, L.L.C.; SEACOR MARINE, L.L.C., As Beneficial Owner, Registered Owner, And Managing Owner of the M/V Seacor Vanguard Petitioning for Exoneration From or Limitation of Liability,

      Petitioners - Appellees

v.

DUWAYNE MASON,

      Claimant - Appellant

**************************************************************************
15-30598

IN RE: DEEPWATER HORIZON

-----------------------------------------

DUWAYNE MASON,

      Plaintiff - Appellant

v.

SEACOR MARINE, L.L.C.,

      Defendant - Appellee

_____

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

O R D E R:

  IT IS ORDERED that the opposed motion by BP Exploration & Production Incorporated, BP America Production Company, BP p.l.c. to be recognized as appellees in these consolidated appeals, is GRANTED.

_____
STEPHEN A. HIGGINSON
UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 21, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 15-30597 c/w 15-30598     In Re: Deepwater Horizon
                        USDC No. 2:10-MD-2179
                        USDC No. 2:10-CV-3896
                        USDC No. 2:11-CV-826

Enclosed is an order entered in this case.


                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Shea E. Pertuit, Deputy Clerk
                            504-310-7666


P.S. to counsel:  In light of the court order, attached please find an updated caption which should be used in all future filings.


Mr. Andrew Joseph Baer
Mr. William W. Blevins
Mr. Jeffrey Bossert Clark Sr.
Mr. Jeremy Thomas Grabill
Mr. Gary Alan Hemphill
Mr. Michael J. Lyle
Ms. Nancy Jane Marshall
Mr. Joseph Lee McReynolds
Mr. Patrick E. O'Keefe
Mr. Scott Eric Silbert
Ms. Sylvia E. Simson
Mr. Joseph P. Tynan