**Stipulation Regarding Early Restoration Project**
**for the Deepwater Horizon Oil Spill -**
**Sea Turtle Restoration**

This Stipulation Regarding an Early Restoration Project for the Deepwater Horizon Oil Spill – Sea Turtle Restoration ("Project Stipulation" or "Stipulation"), is made by and among BP Exploration & Production Inc. ("BPXP"), the State Trustees and Federal Trustees as defined herein (collectively, with the United States Department of Justice, the "Parties") in accordance with the Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill ("Framework Agreement") executed April 20, 2011.  Except as set forth herein, this Project Stipulation is governed by the Framework Agreement and incorporates its terms by reference.  This Project Stipulation will be effective when signed by an authorized representative of each of the Parties.

WHEREAS, for purposes of this Project Stipulation, the United States is acting on behalf of the following federal trustees of natural resources:  the Secretary of the United States Department of the Interior ("DOI"), through its applicable bureaus, the Administrator of the National Oceanic and Atmospheric Administration ("NOAA"), the Administrator of the United States Environmental Protection Agency ("EPA"), and the Secretary of the United States Department of Agriculture ("USDA") (collectively "Federal Trustees"); and

WHEREAS, for purposes of this Project Stipulation, the States of Alabama, Florida, Louisiana, Mississippi, and/or Texas (collectively, "States") are acting through the following state trustees of natural resources:  for the State of Alabama, the Alabama Department of Conservation and Natural Resources and the Geological Survey of Alabama; for the State of Florida, the Florida Department of Environmental Protection and the Florida Fish and Wildlife Conservation Commission; for the State of Louisiana, the Louisiana Coastal Protection and Restoration Authority, the Louisiana Oil Spill Coordinator's Office, the Louisiana Department of Environmental Quality, the Louisiana Department of Wildlife and Fisheries, and the Louisiana Department of Natural Resources; for the State of Mississippi, the Mississippi Department of Environmental Quality; and for the State of Texas, the Texas Parks and Wildlife Department, the Texas General Land Office, and the Texas Commission on Environmental Quality (collectively, "State Trustees"; the State and Federal Trustees collectively are referred to as the "Trustees"); and

WHEREAS, on or about April 20, 2010, the mobile offshore drilling unit Deepwater Horizon experienced an explosion, fire and subsequent sinking in the Gulf of Mexico resulting in a release of oil into the Gulf of Mexico and response actions ("the Oil Spill"); and

WHEREAS, the Trustees are conducting a Natural Resource Damage Assessment ("NRDA"), as that term is defined in 15 C.F.R. § 990.30 and corresponding state law provisions, to determine Natural Resource Damages resulting from the Oil Spill in accordance with federal and state laws and authorities; and

WHEREAS, while the NRDA is continuing, the Trustees approved the final Deepwater Horizon Oil Spill Phase IV Early Restoration Plan and Environmental Assessments on September 14, 2015, after public notice of the proposed plan, a reasonable opportunity for public

comments, and consideration of all comments received, which final plan includes the project described herein ("Early Restoration Project"); and

WHEREAS, the Trustees have determined that the Early Restoration Project meets the criteria set forth in Paragraph 6 of the Framework Agreement and is consistent with section 1006 of the Oil Pollution Act, 33 U.S.C. § 2706, and the Oil Pollution Act Regulations (Natural Resource Damage Assessments), 15 C.F.R. §§ 990 et seq.; and

WHEREAS, all Parties agree that this Project Stipulation has been negotiated in good faith and that it is fair, reasonable, and in the public interest;

NOW, THEREFORE, in consideration of the promises exchanged herein, the Parties hereby agree and stipulate as follows:

I.   RESTORATION PROJECT

A.  The Trustees have selected the Early Restoration Project set forth in Appendix A (including project description, estimated project cost, and location), attached hereto and incorporated by reference, as an appropriate restoration project to address natural resource injuries resulting from the Oil Spill.  On May 20, 2015, the Trustees published for public notice and comment a Draft Phase IV Early Restoration Plan and Environmental Assessments (the "Phase IV Plan"), that included the Early Restoration Project.  On September 14, 2015, after considering all public comments received on the draft plan, the Trustees adopted a final Phase IV Plan that included the Early Restoration Project.  The final Phase IV Plan (along with supporting documentation) is available publicly as described in Appendix B.

B.  The Parties agree that the Early Restoration Project is consistent with section 1006 of the Oil Pollution Act, 33 U.S.C. § 2706, and the Oil Pollution Act Regulations (Natural Resource Damage Assessments), 15 C.F.R. §§ 990 et seq., is in the public interest and meets all of the following criteria:

  i.   contributes to making the environment and the public whole by restoring, rehabilitating, replacing, or acquiring the equivalent of natural resources or services injured as a result of the Oil Spill, or compensating for interim losses resulting from the Oil Spill;

  ii.   addresses one or more specific injuries to natural resources or services associated with the Oil Spill;

  iii.  seeks to restore natural resources, habitats or natural resource services of the same type, quality, and of comparable ecological and/or human use value to compensate for identified resource and service losses resulting from the Oil Spill;

  iv.  is not inconsistent with the anticipated long-term restoration needs and anticipated final restoration plan; and

  v.   is feasible and cost effective.

C.  The Early Restoration Project shall be implemented by the following Trustees: the Texas Parks and Wildlife Department, the Texas General Land Office, and the Texas Commission on Environmental Quality ("Texas Trustees"), DOI and NOAA (collectively

the "Implementing Trustees").  The Early Restoration Project consists of four components ("Component(s)"): (1) Kemp's Ridley Sea Turtle Nest Detection and Enhancement Project Component; (2) Enhancement of the Sea Turtle Stranding and Salvage Network and Development of an Emergency Response Program Project Component; (3) Gulf of Mexico Shrimp Trawl Bycatch Reduction Project Component; and (4) Texas Enhanced Fisheries Bycatch Enforcement Project Component. A description of each of the Components is set forth in Appendix A. The Implementing Trustees for the Project Components are:

    i.    DOI and the Texas Trustees for the Kemp's Ridley Sea Turtle Nest Detection and Enhancement Component;

    ii.    Enhancement of the Sea Turtle Stranding and Salvage Network and Development of an Emergency Response Program Component:

        a. NOAA for the Enhancement of the Gulf-Wide Sea Turtle Stranding and Salvage Network;

        b. The Texas Trustees and DOI for Enhancement of the Sea Turtle Stranding and Salvage Network and Rehabilitation Efforts in Texas;

        c. NOAA for the Development of an Emergency Response Program;

    iii.    NOAA for the Gulf of Mexico Shrimp Trawl Bycatch Reduction Component;

    iv.    The Texas Trustees for the Enhanced Fisheries Bycatch Enforcement Component.

D.  Quarterly and Annual Status Reports:  The Implementing Trustee(s) shall provide quarterly status reports on the Early Restoration Project Components to BPXP describing the progress on implementation during each period (including a summary of costs expended during that quarter), until the conclusion of the calendar year in which the Implementing Trustee(s) have completed construction work for the Project, or until the NRD case is concluded by a judicially approved consent decree or final judgment resolving BPXP's potential liability for natural resource damages resulting from the Oil Spill, whichever comes first. For purposes of this reporting, a year will be divided into the following four quarters:  (1) January, February, March; (2) April, May, June; (3) July, August, September; (4) October, November, December.  The first quarterly status report shall encompass all relevant information from the quarter in which the Project Stipulation was filed as well as the first subsequent quarter; therefore the first quarterly report may encompass a timeframe greater than three (3) months.   Quarterly status reports will be due within sixty (60) days after the end of the applicable quarter.

Once the Implementing Trustee(s) fulfill their obligation to submit quarterly reports for the Early Restoration Project Components, the Implementing Trustee(s) shall provide annual status reports on each Early Restoration Project Component to BPXP describing the status of and any changes to the Early Restoration Project Component and/or project Component expenditures during each calendar year.  The Implementing Trustee(s) shall provide annual status reports until the applicable performance criteria, monitoring, and maintenance period has expired or until the NRD case is concluded by a judicially approved consent decree or final judgment resolving BPXP's potential liability for

natural resource damages resulting from the Oil Spill, whichever comes first.  Except as otherwise specified in a Project Component monitoring plan in Appendix E, for the purposes of the annual reporting, a reporting year will cover from January 1st to December 31st.  The first annual report will cover the calendar year in which this stipulation is filed.  Annual status reports will be due within sixty (60) days after the conclusion of that annual reporting year.  The Trustees may group multiple Early Restoration Projects or Project Components in a single report.

E.  All Parties shall have the right to observe or inspect the implementation of each Early Restoration Project Component to the greatest extent practicable under applicable laws based on Trustee safety requirements, permit conditions, Trustee knowledge of the scheduling of monitoring activities, and site-specific conditions as set forth and in accordance with the terms of the project monitoring plans in Appendix E.  Except as otherwise provided under the terms of the monitoring plans, all data and reports available to BPXP under the terms of the project monitoring plans shall be provided after applicable quality assurance/quality control (if any), and may be incorporated into the Administrative Record for the Deepwater Horizon Natural Resource Damage Assessment at the discretion of the Trustees in accordance with the Oil Pollution Act, 33 U.S.C. §§ 2701 et seq., and the Oil Pollution Act Regulations (Natural Resource Damage Assessments), 15 C.F.R. §§ 990 *et seq*.

## II.  FUNDING FOR PROJECTS IMPLEMENTED BY ONE OR MORE TRUSTEES

A.  BPXP shall provide total funding in the amount of $45,000,000 for the Early Restoration Project.  All funds provided to any Trustee under this Stipulation shall be paid and deposited in accordance with the instructions provided by the Implementing Trustees pursuant to Paragraph II.C. below.

B.  The Trustees shall use the funds paid under this Stipulation only for implementation of the Early Restoration Project, including oversight, monitoring, corrective actions, maintenance, and any agreed upon contingency, except as provided in Paragraphs II.E. and II.F.  The estimated cost of the Early Restoration Project is set forth in Appendix A.

C.  Within fourteen (14) days after the filing of this Project Stipulation, BPXP shall cause the transfer of 100% of the funds specified in Paragraph II.A. from the Early Restoration Subaccount[1] to the account or accounts and in the manner designated in instructions provided by the Implementing Trustees.  This payment shall be distributed to the Implementing Trustees as follows:

    1.  The State of Texas shall receive $15,087,527;

    2.  NOAA shall receive $25,485,000 ; and

    3.  DOI shall receive $4,427,473.

D.  Any and all funds transferred pursuant to Paragraph II.C. of this Project Stipulation, along with any accrued interest, that have not been spent and remain unobligated after the

---

[1] The Early Restoration Subaccount means the separate subaccount within the Deepwater Horizon Oil Spill Trust, the private trust previously established by BPXP that was created and holds the $1 billion BPXP committed toward early restoration projects, as required by the terms of the Framework Agreement.

Trustees have completed an Early Restoration Project Component (or Replacement Component(s), if applicable), including all performance monitoring and corrective actions, shall be retained by the Trustees.  Such funds may only be used by the Implementing Trustees for another restoration project or project component agreed to by all Trustees, provided, however, that such funds may not be used for another project unless and until the Implementing Trustees have confirmed in writing that the Early Restoration Project Component (or Replacement Component, if applicable) is complete. BPXP shall not be entitled to any additional NRD Offsets or other credits related to any additional restoration work performed with such retained funds.

E.  Provisions Governing Selection of Replacement Component(s):  At any time after BPXP has provided 100% of the funding for the Early Restoration Project pursuant to Paragraph II.C., the Trustees may for good cause elect not to implement one or more of the Components of the Early Restoration Project.  If the Trustees elect not to implement one or more of the Components of the Early Restoration Project in substantially the same form as described in Appendix A, the Parties agree that the Trustees shall apply any unspent funds in accordance with the following provisions:

1.  The Implementing Trustees for the Early Restoration Project or an affected trustee designated by the Implementing Trustees shall retain the unspent funds paid by BPXP under this Project Stipulation;

2.  The Trustees shall apply the unspent funds to one or more replacement component(s) ("Replacement Component(s)"), which may include a modified version of the Component(s) described in Appendix A.  Any Replacement Component(s) shall be designed to compensate for Kemp's ridley, green, and/or loggerhead sea turtle injuries in the Gulf of Mexico, as outlined in Appendix C;

3.  The Trustees' selection of Replacement Component(s) under these provisions shall be subject to the criteria set forth in Paragraph 6 of the Framework Agreement and in Paragraph I.B. of this Project Stipulation, except that the Replacement Component(s) shall not be subject to approval by BPXP;

4.  The Trustees shall keep BPXP reasonably informed about the progress for selection of Replacement Component(s) under these provisions;

5.  In the event the Trustees select Replacement Component(s), the Trustees will work together with BPXP to develop the monitoring plans and data collection process for the Replacement Component(s), and establish the terms under which BPXP will participate in project monitoring.

6.  BPXP shall not be required by this Project Stipulation to provide any funding for the Replacement Component(s) beyond the funding provided pursuant to Paragraph II.C. and Paragraph II.E.7. below;

7.  In addition to the project funding required under Paragraph II.C., BPXP shall provide funding for reasonable pre-implementation planning costs associated with identifying and selecting any Replacement Component(s).  Such funding shall be in addition to the funds held in the Early Restoration Subaccount.  BPXP shall not receive any additional NRD Offsets for planning costs funded pursuant to this paragraph.

8.  BPXP shall be entitled to the NRD Offsets set forth in and in accordance with Section III below and Appendix C.  The timing, selection and/or implementation of any Replacement Component(s) shall not modify the NRD Offsets as set forth in Section III below and Appendix C.

9.  If any Replacement Component is not implemented by the Trustees for good cause, the provisions of this Paragraph II.E shall apply to the selection of any new Replacement Component(s).

F.  Notwithstanding any provision of this Project Stipulation, if the cost of the Early Restoration Project (or Replacement Component(s), if applicable) exceeds the amount of funding stated in Paragraph II.A. above , the Parties may agree, in writing, to increase the amount of funding that BPXP will provide for the Early Restoration Project (or Replacement Component(s), if applicable) under this Project Stipulation from the Early Restoration Subaccount.

G.  The Implementing Trustees may shift or transfer funds that they have received pursuant to this Stipulation among each other or, by written agreement of the Implementing Trustees, within Early Restoration Project Components (or Replacement Component(s), if applicable), as the Implementing Trustees determine to be necessary or appropriate to allow for completion of the Early Restoration Project Components (or Replacement Component(s), if applicable), without modifying this Stipulation.  If the shifting or transfer of funds could materially impact the monitoring plan activities described in Appendix E, the Trustees agree to work together with BP to develop updated monitoring plans.


III.  NRD OFFSETS

A.  The natural resources and/or services predicted to result from the Early Restoration Project ("NRD Offsets") are set forth in Appendix C, attached hereto and incorporated by reference.  Trustee(s) whose resources are addressed in the Early Restoration Project, as designated by the Trustee Council in accordance with Paragraph 11 of the Framework Agreement, are also identified in Appendix C ("Affected Trustees").  NRD Offsets shall be applied only to the injuries within the boundaries of the state or states in which the Early Restoration Project is implemented or as otherwise provided in Appendix C.

B.  Terms used in the NRD Offsets that are defined in OPA or in 15 C.F.R. Part 990 shall have the meaning set forth in the statute or regulations, except where a different definition is provided in Appendix C or in Appendix D (Glossary of Terms), attached hereto and incorporated by reference, in which case the meaning provided in the applicable Appendix shall control.

C.  BPXP shall be entitled to the NRD Offsets set forth in Appendix C upon full payment of the sums specified in Paragraph II.C.


D.  The Trustees agree that the NRD Offsets set forth in Appendix C shall apply to the NRDA even if the Early Restoration Project (or Replacement Component(s), if applicable) does not achieve the anticipated results.

E.  BPXP waives the right to claim that the Early Restoration Project (or Replacement Component(s), if applicable) provides benefits to natural resources or services beyond those identified in Appendix C, or provides benefits to Trustees other than those identified in Appendix C.

F.  Except as otherwise agreed to by the Parties, none of the terms of this Stipulation, including, without limitation, the amount of the NRD Offset and the methodology used to calculate the NRD Offset in this Project Stipulation, shall be used as precedent for any other restoration project.  Furthermore, neither the amount of the NRD Offset nor the methodology used to calculate the NRD Offset shall be used as precedent for determining NRD Offsets or the benefits or effects of restoration in this or for any other case.

G.  (1)  Any NRD Offsets set forth in Appendix C shall be applied to reduce the Trustees' assessment of natural resource damages resulting from the Oil Spill in any civil litigation or other proceeding brought by the Trustees, individually or collectively, seeking natural resource damages ("initial application").

(2)  If the Court modifies the Trustees' assessment of natural resource damages resulting from the Oil Spill in a way that materially affects their initial application of the NRD Offsets, then the Trustees shall re-apply the NRD Offsets to reduce the natural resource damages determined by the Court, once the Court's determination is final and is not subject to further appeal.  The Trustees shall provide BPXP notice of any proposed re-application of the NRD Offsets and an opportunity of no less than sixty (60) days to submit comments and any relevant information and supporting materials ("BPXP's submission").  After considering BPXP's submission, the Trustees shall issue their modified application of the NRD Offsets.  Within thirty (30) days of receipt of the Trustees' modified application of the NRD Offsets, BPXP may seek judicial review of the Trustees' determination based solely on BPXP's submission, any response or explanation provided by the Trustees, and the record of the NRDA and the NRD litigation.  Nothing in this Paragraph shall affect the quantity or definition of NRD Offsets as set forth in Appendix C, nor shall this Paragraph require application of the NRD Offsets beyond the limitations set forth in this Stipulation, including the limitations in Appendix C on Affected Trustees and on the type and/or geographic scope of the natural resources and/or services against which the Offsets may be applied.

(3)  To the extent NRD Offsets have been applied as provided in this Stipulation, then BPXP is not entitled to any further application of the NRD Offsets in litigation nor other proceedings brought by the Trustees.

IV.  <u>EFFECT OF STIPULATION</u>

A.  This Project Stipulation is binding upon the Parties and their successors and assigns.

B.  Except as provided herein, the Parties make no admission of fact or law by entering into this Project Stipulation.

C.  The Trustees agree to incorporate this Project Stipulation into the Administrative Record for the Deepwater Horizon NRDA.

D.  Within five (5) days of execution of this Project Stipulation, the United States, acting through the United States Department of Justice, counsel representing those State Trustees who are parties in the Deepwater Horizon Oil Spill Multi-District Litigation ("MDL"), and BPXP shall file a notice of this Project Stipulation, for informational purposes only, with the MDL Court.  Such notice shall be substantially in the same form as the notices of Early Restoration Project Stipulations previously filed in the MDL.  Any such notice may address multiple Project Stipulations.

E.  The Trustees hereby covenant not to sue BPXP for claims for damages or injuries to or losses of natural resources resulting from the activities of the Trustees in implementing the Early Restoration Project or, if applicable, Replacement Component(s).

F.  Any modification to this Project Stipulation shall be in writing signed by all Parties, except that (1) a non-material modification may be made in writing signed by the Affected Trustees, DOJ, and BPXP; and (2) the Implementing Trustees, DOJ, and BPXP may correct typographical or other non-substantive scriveners' errors by substituting a corrected page for the page containing the error, with the Parties' agreement to the correction(s) documented by exchange of e-mails or letters.  Any modification that affects the amount of funding to be provided, the NRD Offsets to be attributed to the project, or the effect of the Project Stipulation on claims or liabilities shall be considered material.  Notice of any modification, including corrections, shall be filed with the MDL Court for informational purposes only.

V.   GENERAL PROVISIONS AND RESERVATIONS OF RIGHTS

A.  Except for the stipulated NRD Offsets and as set forth herein in Paragraph IV.E., this Project Stipulation shall not be construed to limit in any way the authority of the Trustees to perform assessments, engage in any restoration planning, or select and implement restoration projects; nor shall it require BPXP to fund any of these activities, except as set forth in Paragraph II.E.6.

B.  This Project Stipulation fully reserves and shall not limit the Trustees' rights to recover costs for reasonable oversight costs related to assessments, restoration planning activities, selection and implementation of restoration projects, or other reasonable natural resource damage assessment costs as provided in 33  U.S.C. § 2706 including the Trustees' costs associated with the selection of Early Restoration Projects, development of the Early Restoration Plan(s), and general non-project specific administration and monitoring of the early restoration process, and any reasonable pre-implementation planning costs associated with identifying and selecting any Replacement Component(s) not funded by BPXP under Paragraph II.E.6 ; provided, however, nothing in this Project Stipulation shall permit the Trustees to recover additional costs of implementation of the Early Restoration Project except in accordance with Paragraph II.F.

C.  Except for the stipulated NRD Offsets and as set forth herein in Paragraph IV.E., this Project Stipulation does not operate to release BPXP from any potential natural resource damage or other liability, and the Trustees reserve all other claims against BPXP and/or other parties related to natural resource damage liability or any other liability arising from the Oil Spill.

D. Except for the stipulated NRD Offsets and as set forth herein in Paragraph IV.E., the Trustees reserve the right to use any appropriate methodologies for assessing natural resources injuries, for determining the natural resource damages and for planning and scaling restoration for the Oil Spill.

E. Except with respect to the Early Restoration Project that BPXP has agreed to fund, any Replacement Component(s) selected in accordance with this Project Stipulation, and the agreed upon NRD Offsets under this Project Stipulation, BPXP reserves all legal and evidentiary defenses it may have against any claim asserted by any Trustee, including, without limitation, any defenses related to natural resource damages arising from the Oil Spill, any natural resource damages assessment associated with the Oil Spill, and any methodologies the Trustees use to assess natural resources injuries, determine the natural resource damages claims, and in planning and scaling restoration.  BPXP reserves all claims, cross-claims or counterclaims it may have against any person or entity not a party to this Project Stipulation.

F. Except for the stipulated NRD Offsets and as set forth herein in Paragraph IV.E., the Trustees expressly reserve all claims, demands, and causes of action, either judicial or administrative, past or future, in law or equity, against any person or entity not a party to this Project Stipulation for any matter arising out of or in any way relating to the Oil Spill.

G. The undersigned representative of each Party certifies that he or she is fully authorized to enter into the terms and conditions of this Project Stipulation and to execute and legally bind such Party to this document.  This Project Stipulation may be signed in counterparts.

H. To the extent that there is any inconsistency between this Project Stipulation and the Framework Agreement, this Project Stipulation shall govern.


IN WITNESS WHEREOF, the undersigned Parties have executed and delivered this Project Stipulation, effective as of the date of execution by all Parties.

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Sea Turtle Restoration Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE UNITED STATES:

_____
Date

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

_____
Date

_____
CYNTHIA K. DOHNER
Deepwater Horizon Authorized Official
Department of the Interior
1875 Century Boulevard
Atlanta, Georgia 30345

_____
Date

_____
KENNETH J. KOPOCIS
U.S. Environmental Protection Agency
Principal Representative
1200 Pennsylvania Ave. NW
Washington, D.C. 20460

_____
Date

_____
CHRISTOPHER D. DOLEY
National Oceanic and Atmospheric Administration
Principal Representative
1315 East-West Highway
Silver Spring, MD 20910

_____
Date

_____
ANN C. MILLS
U.S. Department of Agriculture
Deputy Under Secretary for Natural Resources
and Environment
1400 Independence Ave. SW
Washington, D.C. 20250

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Sea Turtle Restoration Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE UNITED STATES:


_____
Date

_____
JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

\_\_\_\_9/15/15_____
Date

CYNTHIA K. DOHNER
Deepwater Horizon Authorized Official
Department of the Interior
1875 Century Boulevard
Atlanta, Georgia 30345

\_\_\_\_\_9/16/15_____
Date

KENNETH J. KOPOCIS
U.S. Environmental Protection Agency
Principal Representative
1200 Pennsylvania Ave. NW
Washington, D.C. 20460

_____
Date

CHRISTOPHER D. DOLEY
National Oceanic and Atmospheric Administration
Principal Representative
1315 East-West Highway
Silver Spring, MD 20910

\_\_\_\_\_9/16/15_____
Date

ANN C. MILLS
U.S. Department of Agriculture
Deputy Under Secretary for Natural Resources
and Environment
1400 Independence Ave. SW
Washington, D.C. 20250

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Sea Turtle Restoration Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE UNITED STATES:

_____
Date

_____
JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

_____
Date

_____
CYNTHIA K. DOHNER
Deepwater Horizon Authorized Official
Department of the Interior
1875 Century Boulevard
Atlanta, Georgia 30345

_____
Date

_____
KENNETH J. KOPOCIS
U.S. Environmental Protection Agency
Principal Representative
1200 Pennsylvania Ave. NW
Washington, D.C. 20460

_9-16-2015_
Date

_____
CHRISTOPHER D. DOLEY
National Oceanic and Atmospheric Administration
Principal Representative
1315 East-West Highway
Silver Spring, MD 20910

_____
Date

_____
ANN C. MILLS
U.S. Department of Agriculture
Deputy Under Secretary for Natural Resources
and Environment
1400 Independence Ave. SW
Washington, D.C. 20250

10

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Sea Turtle Restoration Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF ALABAMA:

____9/15/15_____                    _____
Date                                        N. GUNTER GUY, JR.
                                            Alabama Department of Conservation
                                            and Natural Resources
                                            Commissioner of Conservation
                                            64 N. Union Street
                                            Montgomery, AL 36130

____9/15/15_____                      _____
Date                                        BERRY H. TEW, JR.
                                            Geological Survey of Alabama
                                            and State Oil and Gas Board of Alabama
                                            State Geologist/Oil & Gas Supervisor
                                            P.O. Box 869999
                                            Tuscaloosa, AL 35486-6999

11

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Sea Turtle Restoration Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF FLORIDA:

_____9/15/15_____      _____
Date                                     LARRY MORGAN
                                         Florida Department of Environmental
                                         Protection
                                         Senior Deputy General Counsel
                                         3900 Commonwealth Blvd., MS 35
                                         Tallahassee, Florida 32399-3000


_____9/15/15_____      _____
Date                                     NICK WILEY
                                         Florida Fish and Wildlife Conservation
                                         Commission
                                         Executive Director
                                         620 South Meridian Street
                                         Tallahassee, Florida 32399-1600

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Sea Turtle Restoration Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF LOUISIANA:


_____9/15/15_____
Date

KYLE GRAHAM
Louisiana Coastal Protection and Restoration Authority
Executive Director
P.O. Box 44027
Baton Rouge, Louisiana 70804


_____9/15/15_____
Date

BRIAN WYNNE
Louisiana Oil Spill Coordinator's Office
Director
P.O. Box 66614
Baton Rouge, Louisiana 70896


_____9/15/15_____
Date

PEGGY HATCH
Louisiana Department of Environmental Quality
Secretary
P.O. Box 4301
Baton Rouge, Louisiana 70821-4301


_____9/15/15_____
Date

ROBERT BARHAM
Louisiana Department of Wildlife and Fisheries
Secretary
P.O. Box 98000
Baton Rouge, Louisiana 70898


_____9/15/15_____
Date

STEPHEN CHUSTZ
Louisiana Department of Natural Resources
Secretary
P.O. Box 94396
Baton Rouge, Louisiana 70804-9396


13

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Sea Turtle Restoration Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF MISSISSIPPI:


___9/16/15_____                  _____
Date                                        GARY C. RIKARD
                                            Mississippi Department of Environmental Quality
                                            Executive Director
                                            P.O. Box 2261
                                            Jackson, Mississippi 39225-2261

14

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Sea Turtle Restoration Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF TEXAS:


_15 September 2015_
Date

_[signature]_
CARTER SMITH
Texas Parks and Wildlife Department
Executive Director
4200 Smith School Road
Austin, Texas 78744


_____
Date

ANNE L. IDSAL
Texas General Land Office
Chief Clerk
P. O. Box 12873
Austin, Texas 78711


_____
Date

RICHARD A. HYDE, P.E.
Texas Commission on Environmental Quality
Executive Director
P. O. Box 13807
Austin, Texas 78711

15

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Sea Turtle Restoration Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF TEXAS:


_____
Date

CARTER SMITH
Texas Parks and Wildlife Department
Executive Director
4200 Smith School Road
Austin, Texas 78744


9/15/15
_____
Date

ANNE L. IDSAL
Texas General Land Office
Chief Clerk
P. O. Box 12873
Austin, Texas 78711


_____
Date

RICHARD A. HYDE, P.E.
Texas Commission on Environmental Quality
Executive Director
P. O. Box 13807
Austin, Texas 78711

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Sea Turtle Restoration Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF TEXAS:


_____                 _____
Date                                             CARTER SMITH
                                                 Texas Parks and Wildlife Department
                                                 Executive Director
                                                 4200 Smith School Road
                                                 Austin, Texas 78744


_____                 _____
Date                                             ANNE L. IDSAL
                                                 Texas General Land Office
                                                 Chief Clerk
                                                 P. O. Box 12873
                                                 Austin, Texas 78711


**SEP 1 5 2015**
_____                 _____
Date                                             RICHARD A. HYDE, P.E.
                                                 Texas Commission on Environmental Quality
                                                 Executive Director
                                                 P. O. Box 13807
                                                 Austin, Texas 78711

15

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Sea Turtle Restoration Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR BP EXPLORATION & PRODUCTION INC:

_17 Sept. 2015_
Date

_17 SEPT 2015_
Date

Agent authorized to accept notices or service on behalf of BP Exploration & Production Inc.:

Name:                         Jean Martin, *or successor attorney assigned to manage Deepwater*
                              *Horizon Natural Resource Damage Claims*
Address:                      BP Legal Department
                              501 Westlake Park Blvd
                              Houston, Texas 77079
Telephone Number:             832-619-5239
Facsimile Number:             281-366-7578

APPENDIX A

<u>EARLY RESTORATION PROJECT</u>

# Appendix A:  Sea Turtle Restoration

## 1.0    INTRODUCTION

This document describes the Sea Turtle Restoration Project (the "Early Restoration Project" or "Project") to be implemented with funding provided by BPXP, resulting in the NRD Offsets identified in Appendix C.  This document is part of a Project Stipulation executed by BPXP, the Trustees, and the United States Department of Justice.

## 2.0    PROJECT DESCRIPTION

This document describes the Sea Turtle Restoration Project (the "Early Restoration Project" or "Project") to be implemented with funding provided by BPXP, resulting in the NRD Offsets identified in Appendix C.  This document is part of a Project Stipulation executed by BPXP, the Trustees, and the United States Department of Justice.

### 2.1    Kemp's Ridley Sea Turtle Nest Detection and Enhancement

This project component will provide funding to support ongoing conservation efforts for the Kemp's ridley sea turtle. The primary goal of this project component is to reduce sea turtle hatchling mortalities through continued support for nest detection and protection activities in Texas and Mexico as part of the ongoing Kemp's ridley recovery efforts.

### 2.1.1    Texas Activities

Project funds for this portion of the restoration project component will be used to maintain, improve and/or enhance current nest detection, collection and transport of, and protected incubation and care of Kemp's ridley sea turtles eggs and hatchlings in Texas, with the goal of increased survival of sea turtles.  The  project component, implemented by the Texas Trustees[2] and DOI, will provide funding to NPS, TPWD, USFWS, and other partner NGOs and universities to support ongoing nest detection patrols and protection for the next 10 years.  The funding will support personnel expenses, supplies, construction of facilities, equipment, fuel, vehicle purchases and maintenance as part of the current nest detection program.

The  Kemp's Ridley Sea Turtle Nest Detection and Enhancement project component will include funding from DOI for the construction of two base camp cabins in the remote southern end of Padre Island National Seashore ("PAIS").  In order to reduce risks associated with transporting eggs long distances over rough terrain, a nesting corral will be constructed near each base camp.

---

[2] The Texas Trustees include the Texas Commission on Environmental Quality, Texas General Land Office, and Texas Parks and Wildlife Department (TPWD).

The availability of the base camps will improve detection and protection efforts on PAIS beaches, thereby decreasing response time, increasing corral capacity and shortening the travel distance from nest to corral, with the goal of thereby increasing egg and hatchling survival. Once sea turtles emerge from hatching, the hatchlings will be released near the various corrals where they were held, thereby dispersing the hatchlings along the Gulf beach and providing releases closer to where the nests were found.

### 2.1.2   Mexico Activities

Project funds for the Kemp's Ridley Sea Turtle Nest Detection and Enhancement project component will be used to maintain, improve and/or enhance long-term nest detection, egg relocation, and protection of nests in Mexico. Texas Trustees will provide funding to the Gladys Porter Zoo over a 10-year period to support nesting patrols, corralling, and local education efforts. These activities are part of the long-term efforts of the Gladys Porter Zoo at the State of Tamaulipas, Mexico. A bi-national field crew, including staff from the Gladys Porter Zoo and Mexico, will work under the supervision of trained sea turtle biologists to conduct beach patrols looking for sea turtles, sea turtle tracks, and their nests.

### 2.2   Enhancement of the Sea Turtle Stranding and Salvage Network and Development of a Sea Turtle Emergency Response Program

This project component will include 1) NOAA's enhancement of the Gulf of Mexico Sea Turtle Stranding and Salvage Network ("STSSN") beyond current capacities for 10 years, 2) Texas Trustees' enhancement of the STSSN and rehabilitation efforts within Texas beyond current capacities for 10 years, and 3) NOAA's establishment of a formal Sea Turtle Emergency Response Program within the Gulf of Mexico. This project component has the objective of improving response capabilities to quickly recover dead and injured sea turtles. The three elements of this project component are described below.

### 2.2.1   NOAA Enhancement of the Gulf-Wide Sea Turtle Stranding and Salvage Network

NOAA will implement enhancements to the infrastructure of the Gulf of Mexico STSSN across all five states to enhance the capability for response and data dissemination, including enhanced coordination, enhanced data handling and reporting, and streamlined data dissemination for use in conservation management programs. Participants in the Gulf-wide STSSN enhancement will include NOAA and the state STSSN coordinators for each of the five Gulf states. Project funds will be used to support new STSSN positions in the Gulf states and in NOAA for the purpose of enhancing STSSN coordination, response, data dissemination and training Gulf-wide. The goal of enhancement of the STSSN is a more rapid response to unusual stranding events, allowing dead or injured sea turtles to be identified and addressed more rapidly and solutions to be implemented where possible.

### 2.2.2   Enhancement of the Sea Turtle Stranding and Salvage Network and Rehabilitation Efforts Within Texas

DOI and the Texas Trustees will provide additional enhancement of the STSSN and rehabilitation efforts within Texas by providing funding to STSSN partner organizations and rehabilitation providers to expand the capacity of the network.  This  will replace lost funding and expand the STSSN's capacity to find and protect injured and cold stunned turtles, with the goal of more turtles being found, transported to rehabilitation, and released.   Funding will go towards staffing, equipment, vehicles, and supplies.  DOI and the Texas Trustees will work with NOAA and various NGOs and universities to support enhancement of the STSSN and rehabilitation efforts in Texas.

### 2.2.3    Development of a Sea Turtle Emergency Response Program

This portion of the project component will provide funding for NOAA to develop and implement a comprehensive Sea Turtle Emergency Response Program in the Gulf of Mexico to increase the STSSN's capacity for response during emergency events, with the objective of increasing the survival rate of live stranded sea turtles.  This portion of the project component will have a primary focus of creating a formal plan and necessary infrastructure (i.e. supplies and equipment) and a robust training program to allow for rapid response to cold stun events that may kill or injure large numbers of sea turtles.  The use of project funds will include the purchase of equipment for use as MASH units and trailers.  This portion of the project component will also include the use of contracts for vessel support during events.

### 2.3       Gulf of Mexico Shrimp Trawl Bycatch Reduction

The Gulf of Mexico Shrimp Trawl Bycatch Reduction project component will be implemented by NOAA and will enhance two existing NOAA programs, the Observer Program and the Gear Monitoring Team ("GMT") Program.

### 2.3.1    Southeast Shrimp Trawl Fisheries Observer Program Enhancement

This project component will expand the capacity of NOAA's Observer Program to effectively place trained observers on shrimping vessels in the Gulf of Mexico to monitor sea turtle bycatch. The Observer Program is operated out of the NOAA National Marine Fisheries Service (NMFS), Southeast Fisheries Science Center, Galveston Lab.  The primary goal of the expanded Observer Program will be to improve capacity to collect data on bycatch of sea turtles in the shrimp trawl fishery in the Gulf.  Additional observer sea days funded by this project component over a 10-year period will focus on specific times and areas identified as priorities for monitoring sea turtle bycatch to allow for better characterization and assessment of bycatch.  Information on sea turtle interactions with fishing activities will be used to help target, refine, and improve conservation management and potential recovery of sea turtles in the Gulf.

### 2.3.2    Gulf of Mexico Gear Monitoring Team Enhancement

This project component will expand NOAA's GMT program within the Gulf of Mexico.  The component will fund increased education and outreach to the shrimp fishing community in order to improve compliance with existing federal TED regulations.  This project component is

designed to enhance coordination with other State and Federal agencies, fishing industry and fishery associations (State and National).  The primary objective is to provide direct benefits to individual sea turtles by decreasing the likelihood of capture mortality through greater use of properly built, installed, and maintained TEDs.

**2.4      Texas Enhanced Fisheries Bycatch Enforcement**

Funds for the Texas Enhanced Fisheries Bycatch Enforcement project component will be used to enhance TPWD enforcement activities for fisheries that incidentally catch sea turtles while they operate primarily in Texas State waters (approximately 367 miles of coast line out to 9 nautical miles) within the Gulf of Mexico for a 10-year period. These increased enforcement operations will focus on compliance with TED regulations during the Gulf shrimp fishery season (primarily February through mid-May) right before the Gulf closes to shrimping in May. Patrols will be targeted during this timeframe because it is the beginning of the nesting season and an active time for shrimp fishing. This primary goal of this project component is to reduce sea turtle mortalities through increased compliance with TED regulations as a result of increased enforcement actions.

## 3.0    PROJECT IMPLEMENTATION

### 3.1    Performance Criteria, Monitoring, and Maintenance

The project components will include component-specific monitoring as set forth in the Project Monitoring Plans in Appendix E ("Monitoring Plan").  Any modification of Monitoring Plans shall not require this Stipulation to be re-executed or re-filed with the Court.

### 3.2    Estimated Project Cost

The total estimated project cost to implement the Sea Turtle Restoration Project is $45,000,000, consistent with Section 13.1.8 of the Plan, divided between the project components and subcomponents as indicated below.  The unallocated amount will be applied to one or more components as agreed by the Implementing Trustees:

| Sea Turtle Early Restoration Project Components | Total* |
|---|---|
| **Kemp's Ridley Sea Turtle Nest Detection and Enhancement** | **$11.17 M** |
| *Texas Activities* | *$6.29 M* |
| *Mexico Activities* | *$4.88 M* |
| | |
| **Enhancement of the Sea Turtle Stranding and Salvage Network (STSSN) and Development of an Emergency Response Program** | **$20.13M** |
| *NOAA's Enhancement of the Gulf-Wide Sea Turtle Stranding and Salvage Network and Salvage Network and Development of a Sea Turtle Emergency Response Program* | **$13.59 M** |
| *Enhancement of the Sea Turtle Stranding and Salvage Network and Rehabilitation Efforts in Texas* | **$6.54 M** |
| | |
| **Gulf of Mexico Shrimp Trawl Bycatch Reduction** | **$11.9 M** |
| *Gulf of Mexico Gear Monitoring Team Enhancement* | **$7.75 M** |
| *Southeast Shrimp Trawl Fisheries Observer Program Enhancement* | **$4.15 M** |
| | |
| **Texas Enhanced Fisheries Bycatch Enforcement** | **$1.8 M** |
| | |
| **Sea Turtle Early Restoration Project TOTAL** | **$45 M** |

**\*Base Project, Contingency, Trustee Oversight and Monitoring.  Figures are necessarily approximate, as they include portions of estimated general project costs that would be used for multiple components (e.g., Trustee oversight costs).**

**APPENDIX B**

**EARLY RESTORATION PLAN**

The Early Restoration Project is included in the Deepwater Horizon Oil Spill Phase IV Early
Restoration Plan and Environmental Assessments ("Phase IV Plan"), available at
www.doi.gov/deepwaterhorizon, which was adopted by the Trustees after public review and
comment.  Public comments received on the Plan are summarized in the Plan, and Trustees'
responses to the comments are included.  All public comments received on the Plan are included
in full in the NRDA Administrative Record for the Plan, which can be found at the same web
address.

## APPENDIX C

## NRD OFFSETS

### NRD Offsets for the Sea Turtle Early Restoration Project

- For Kemp's Ridley sea turtles, NRD Offsets are 1309 discounted adult reproductive equivalents in the Gulf of Mexico. These Offsets are only applicable to Kemp's Ridley sea turtle injuries in the Gulf States and in the Gulf of Mexico, as determined by the Trustees' total assessment of injury for the Oil Spill.

- For green sea turtles, NRD Offsets are 215 discounted adult reproductive equivalents in the Gulf of Mexico. These Offsets are only applicable to green sea turtle injuries in the Gulf States and  in the Gulf of Mexico, as determined by the Trustees' total assessment of injury for the Oil Spill.

- For loggerhead sea turtles, NRD Offsets are 40 discounted adult reproductive equivalents in the Gulf of Mexico. These Offsets are only applicable to loggerhead sea turtle injuries in the Gulf States and in the Gulf of Mexico, as determined by the Trustees' total assessment of injury for the Oil Spill.

Pursuant to Paragraph III.A. of the Project Stipulation, the Affected Trustees whose resources are addressed by this Early Restoration Project are the Coastal Protection and Restoration Authority of Louisiana, the Louisiana Oil Spill Coordinator's Office, the Louisiana Department of Natural Resources, the Louisiana Department of Wildlife and Fisheries, the Louisiana Department of Environmental Quality, the Alabama Department of Conservation and Natural Resources, the Geological Survey of Alabama, the Florida Department of Environmental Protection, the Florida Fish and Wildlife Conservation Commission, the Mississippi Department of Environmental Quality, the Texas Parks and  Wildlife Department, the Texas General Land Office, the Texas Commission on Environmental Quality, DOI, EPA, NOAA and USDA.

**APPENDIX D**

**GLOSSARY OF TERMS**

These definitions are not considered to be a comprehensive list for all Early Restoration Projects under the Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill executed April 20, 2011.  Future projects may require other definitions, including but not limited to, other definitions for habitats included in this list.

**Definitions**

- **Discounted Adult Reproductive Equivalents** are expressed in present value 2010 adult reproductive equivalents.

**APPENDIX E**

## **MONITORING PLANS FOR**

## **SEA TURTLE EARLY RESTORATION PROJECT**

Monitoring Plan for Deepwater Horizon NRDA Early Restoration Project:

# Monitoring Plan for

# Sea Turtle Early Restoration Project: Kemp's Ridley Sea

# Turtle Nest Detection and Enhancement Component

## TABLE OF CONTENTS

**Page**

1.      Introduction ................................................................................................. 26

    1.1      Project Overview................................................................................ 27

    1.2      Restoration Objectives and Performance Criteria................................ 27

    1.3      Roles and Responsibilities.................................................................. 29

2.      Project Monitoring....................................................................................... 30

3.      Monitoring Schedule.................................................................................... 36

4.      Reporting and Data Requirements ............................................................... 36

    4.1      Data Reporting ................................................................................. 37

    4.2      Data Documentation.......................................................................... 37

    4.3      Data Transcription, Verification, Validation and Analysis ................... 37

5.      References ................................................................................................... 39

## I.      Introduction

The Trustees developed this monitoring plan (Plan) as part of the Sea Turtle Early Restoration Project for the Kemp's Ridley Sea Turtle Nest Detection and Enhancement Project Component. This Project and its components are included as a Phase IV Deepwater Horizon early restoration project and are intended to at least partially compensate the public for injury to sea turtles. The purpose of this plan is to describe monitoring activities that will be conducted to evaluate and document restoration effectiveness, including performance criteria for determining the success of restoration or need for interim corrective action (15 CFR §990.55(b)(1)(vii)).

This Plan will be implemented by the Texas Trustees and the Department of the Interior and may be modified over time based on the management needs for the Project.

This Plan is intended to apply to the performance monitoring activities included herein.  The Trustees and BP Exploration & Production, Inc. ("BPXP") agree that they will include this Plan in the final Project Stipulation for the Sea Turtle Early Restoration Project.

## A.      Project Overview

This project will help protect Kemp's ridley nests from predation and other environmental and anthropogenic disturbances. This project will provide support for additional staff, training, equipment, supplies and vehicles over a ten year period in Texas and Mexico. The project will also provide for the addition of two base camps (cabins) and nesting corrals on the southern end of the Padre Island National Seashore (PAIS) on North Padre Island, Texas.

## B.      Restoration Objectives and Performance Criteria

The overall goal of this restoration project component is to increase Kemp's ridley nest survival in Texas and Mexico. The specific restoration objectives relevant for this monitoring plan are to: (1) Construct two base camps (cabins and corrals) at the southern end of North Padre Island (Fig 1); (2) Enhance Texas nesting and hatchling protection (Fig 1); and (3) Enhance Mexico nesting and hatchling protection (Fig 2).

Performance criteria will be used to determine restoration success or the need for corrective action (15 CFR 990.55(b)(1)(vii)) or adaptive management are described below.

Performance Criteria:

- Successful construction of the PAIS cabins and corrals.

- Reduce sea turtle hatchling mortalities through continued support for nest detection and protection activities in Texas as part of the ongoing Kemp's ridley recovery efforts.

- Reduce sea turtle hatchling mortalities through continued support for nest detection and protection activities in Mexico as part of the ongoing Kemp's ridley recovery efforts.

The Implementing Trustees will work with the various partners participating in the project component and sub-components to identify corrective actions needed to help achieve success. Corrective actions will be part of an adaptive management process in which the implementing Trustees and project partners may evaluate information obtained as part of this project and other projects or datasets to inform future actions or modifications to this plan. This allows for flexibility to maximize performance for this project under changing conditions.



Figure 1



Figure 2

## C.    *Roles and Responsibilities*

The Texas Trustees through Texas Parks and Wildlife Department and the Department of the Interior ("DOI") through the U.S. Fish and Wildlife Service and the National Park Service ("NPS") are the implementing Trustees for the Kemp's Ridley Sea Turtle Nest Detection and Enhancement Project Component. The implementing Trustees will be responsible for overseeing the implementation of the project components, establishing agreements with the various State, Federal, NGO and Academic partners participating in the Texas nest detection and protection program to implement project activities and provide data, interim reports, quarterly reports and annual reports as necessary.

The Implementing Trustees agree to implement this Project Monitoring Plan, and BPXP or its representative will be provided an opportunity observe all aspects of the monitoring data collection to the greatest extent practicable under applicable laws based on Trustee safety requirements, permit conditions, Trustee knowledge of the scheduling of monitoring activities, and site-specific conditions. Implementing Trustees will make reasonable efforts to facilitate the ability of BPXP to observe data collection by third parties and provide the schedules of any such activities to BPXP promptly upon their receipt by the Trustees. Implementing Trustees agree to provide BPXP with the data and information generated under the Monitoring Plan, including raw data, as described in and in accordance with the terms and conditions set forth below.

## II.      Project Monitoring

The proposed monitoring for this restoration project type, outlined below, is organized by project objective, with one or more monitoring parameters for each objective. For each of the identified monitoring parameters, information is provided on the monitoring methods, timing and frequency, and sites. In addition, example performance criteria for each parameter are identified (if applicable), including example corrective actions that could be taken if the performance criteria are not met. The parameters listed below may or may not be tied to performance criteria and/or corrective actions. The implementing Trustees will also evaluate the outcome of each year's activities to determine if any changes in monitoring protocols are needed. If changes are needed, the Trustees will update the Project Monitoring Plan to describe any modifications.

**Objective #1**: Construct two base camps (cabins and corrals) at the southern end of North Padre Island

- Did the project achieve its design criteria?

- Is the projected structure being maintained?

### *Parameter #1: Structural integrity of cabins and corrals on PAIS*

1.   Method: The Implementing Trustees will work with NPS to review construction documents and will verify final construction and that the facilities are functioning safely and as intended.

2.   Timing and Frequency:

     *a)      During cabin and corral construction: Quarterly*

30

> *b)      After completion of construction: annual reports*

3.   <u>Sites</u>: Cabins and corrals will be located near the PAIS 30 and 50-mile marks.

4.   Performance Criterion: Successful construction of cabins and corrals to engineering and design specifications

5.   Data Product(s):

> *a)      As-built construction drawings, final construction inspection report, and photographs will be used to document the construction activities.*

> *b)      Annual inspections and maintenance report will document if structures are functioning as intended.*

**Objective #2**: Enhance Texas nesting and hatchling protection

- Is program support for nest detection and protection activities in Texas reducing sea turtle hatchling mortalities?

***Parameter Set #1: Level of effort for nest detection: Number and frequency of nests detected, Miles of beach patrolled***

> <u>Method</u>: This project component will utilize nest detection and protection program data as well as supplemental labor and funding information.

6.   <u>*Timing and Frequency*</u>: Annual report summarizing the  level of effort data for nest detection, and once, within 60 days of the start of the project, a report summarizing the previous 5 years of Level of Effort Data to the extent such data is available.

7.   <u>*Sites*</u>: Texas nesting beaches

8.   <u>*Performance Criterion*</u>: Maintain or increase level of effort for nest detection

9.   <u>*Data Product(s):*</u>

> Number of miles patrolled
> Hours spent patrolling
> Number of personnel patrolling
> Nest Reporting Forms

***Parameter Set #2: Level of effort for nest protection: Number of nests protected, Number of eggs protected and/or relocated***

> <u>Method</u>: This project component will utilize nest detection and protection program data as well as supplemental labor and funding information.

10. *Timing and Frequency*:  annual data during and after project implementation

   a) *Preliminary (i.e., unvalidated) data*

      (1) Daily nesting reports once nesting begins and concluding with the end of nesting.

      (2) Nest Reporting forms provided annually with annual report

   b) *Validated data: annual data summary report for nest protection period.*

11. *Sites*: Texas nesting beaches

12. *Performance Criterion*: Maintain or increase level of effort for nest protection

13. *Data Product(s)*:

   a) *Validated and unvalidated data:*

      Date of first and last nesting in a calendar year
      Texas clutch number
      Location (non-GPS)
      Date detected
      Time detected
      Total number of eggs at nest excavation
      Observers to note on field forms when indications of nest predation are observed
      Number of broken eggs
      Eggs incubated (incubation facility, corral)

**Parameter #3: Hatchlings in incubations facilities and corrals**

   *Method*: Hatching and emergence success are quantified using equations from the standard techniques manual titled Research and Management Techniques for the Conservation of Sea Turtles (Miller, 1999).

14. *Timing and Frequency*:  annual data during and after project implementation

   a) *Preliminary (unvalidated) Data:*

      (1) Clutch Reporting forms provided within 30 days of the conclusion of nesting season.

      (2) The number of reporting forms completed will be reported to BPXP on a monthly basis after the first nest detection until the last nest is recorded.

   b) *Validated data:*

      (1) Annual data summary report for nest incubation period

15. *Sites*: At incubation facilities and corrals on Texas nesting beaches

16. *Performance Criterion*: Avoid hatchling mortalities through nest detection and protection

17. *Data Product(s)*: Completed, redacted, unvalidated field forms (included in Appendix A) will be provided to BPXP within 30 days of the conclusion of nesting season. Validated field forms will be provided to BPXP within 90 days of the date that unvalidated field forms are provided to BPXP, or within 14 days of the completion of validation, whichever is sooner.

**Parameter Set #4: Influential events effecting this objective, including date, location, and description of environmental conditions relevant to nesting activities**

*Method*: This project component will report on influential events for the nesting season

18. *Timing and Frequency*: annual data during and after project implementation

19. *Sites*: Texas nesting beaches

20. *Data Products*:

Summary report documenting extreme weather or other events that could affect nesting success or the documentation thereof. This could include hurricanes and tropical storms, the number of estimated nests lost due to events, lost patrol days   The Implementing Trustees will use reasonable efforts to collect data on influential events affecting this project, including the following data types, all of which shall be included in the report if recorded:

Date of first nesting
Date of last nesting
Date of significant storm
Date and nest inundation
Number of nests predated
Number of eggs lost predation

**Objective #3**: Enhance Mexico nesting and hatchling protection

- Is program support for nest detection and protection activities in Mexico reducing sea turtle hatchling mortalities?

**Parameter Set #1: Level of effort for nest detection: Number and frequency of nests detected, miles of beach patrolled**

33

*Method*: This project component will utilize nest detection and protection program data as well as supplemental labor and funding information.

21. *Timing and Frequency*: Annual report summarizing of level of effort data for nest detection period, and once, within 60 days of the start of the project, a report summarizing the previous 5 years of Level of Effort Data to the extent such data is available.

22. *Sites*: Mexican nesting beaches

23. *Performance Criterion*: Maintain or increase level of effort for nest detection

24. *Data Product(s), to the extent such data is available*:

> Number of miles patrolled
> Hours of patrolling
> Number of personnel patrolling
> Nest reporting forms

**Parameter Set #2: Level of effort for nest protection: Number of nests protected in situ, and/or relocated**

*Method*: This project component will utilize nest detection and protection program data as well as supplemental labor and funding information.

25. *Timing and Frequency*:  annual data during and after project implementation

> a)   *Preliminary (unvalidated) Data*
>
> > (1)   Daily nesting reports would be completed for the entire nesting season
> >
> > (2)   Nest reporting forms provided annually with annual report
>
> b)   *Validated data: annual data summary report for nest protection period*

26. *Sites*: Mexico nesting beaches

27. *Performance Criterion*: Maintain or increase level of effort for nest protection

28. *Data Product(s)*:

> a)   *Validated and unvalidated data, to the extent such data is available to the Trustees:*
>
> > Date of first and last nesting
> > Mexico clutch number
> > Location (non-GPS)
> > Date detected
> > Time detected

34

Total number of eggs at nest excavation
Observers to note on field forms when indications of nest predation are observed
Number of broken eggs
Eggs Incubated (corral, in-situ)

### Parameter #3: Total hatchlings in corrals

*Method*: Hatching and emergence success are quantified using equations from the standard techniques manual titled Research and Management Techniques for the Conservation of Sea Turtles (Miller, 1999).

29.  *Timing and Frequency*:  annual data during and after project implementation

   a)   *Preliminary (unvalidated) data*

      (1)   Clutch reporting forms provided within 30 days of their receipt by the Trustees

   b)   *Validated data:*

      (1)   Annual data summary report for nest incubation period

30.  *Sites*: At corrals on Mexican nesting beaches

31.  *Performance Criterion*: Avoid hatchling mortalities related through nest detection and protection

32.  *Data Product(s)*: Completed, unvalidated field forms (included in Appendix A) will be provided to BPXP within 30 days of their receipt by the Trustees.  Validated field forms will be provided to BPXP within 90 days of the date that unvalidated field forms are provided to BPXP.

   a)

### Parameter Set #4: Influential events effecting this objective, including date, location, and description of environmental conditions relevant to nesting activities

*Method*: report on influential events for the nesting season

33.  *Timing and Frequency*:  annual data during and after project implementation

34.  *Sites*: Mexican nesting beaches

35.  *Data Products*:  Summary report documenting extreme weather or other events that could affect nesting success or the documentation thereof. This could include hurricanes and tropical storms, the number of estimated nests lost due to events, number of nests predated, and number of eggs lost due to predation.   Implementing Trustees will use reasonable efforts to collect data on influential events affecting this project, including the

35

following data types, all of which shall be included in the report if recorded:

> Date of first nesting
> Date of last nesting
> Date of significant storm
> Date and nest inundation
> Number of nests predated
> Number of eggs lost predation

## III.     Monitoring Schedule

The schedule for the project monitoring is shown in Table 1, separated by monitoring activity. Pre-Project Monitoring refers to obtaining existing historical information. Project Start-Up Monitoring is the planning and initial activities that will occur prior to the implementation of the field efforts. Performance monitoring will begin once agreements are in place between the implementing Trustees and the project partners.

Table 1. Monitoring Schedule.

| Monitoring Activity | Pre-Project Monitoring | Project Start-up Monitoring | Performance Monitoring Year 1-10 |
|---|---|---|---|
| Construct two base camps (cabins and corrals) at the southern end of North Padre Island | | | |
| Construction certification | | | X |
| Maintenance reports-annually | | | X |
| | | | |
| Enhance Texas nesting and hatchling protection | | | |
| Level of effort for nest detection | | | X |
| Level of effort for nest protection | | | X |
| Hatchlings in incubations facilities and corrals | | | X |
| Influential events | | | X |
| Enhance Mexico nesting and hatchling protection | | | |
| Level of effort for nest detection | | | X |
| Level of effort for nest protection | | | X |
| Hatchlings in corrals | | | X |
| Influential events | | | X |

## IV.     Reporting and Data Requirements

This section describes the process the implementing Trustees and project partners will follow to document, validate and report field data collected for the purposes of performance monitoring. The reporting and data requirements described herein are intended to:

- Maximize the quality, utility, and integrity of monitoring data;

- Organize, track, locate, and access monitoring data over the long-term; and

- Share finalized monitoring data with the public in a consistent and comprehensible format

## A.     Data Reporting

The Implementing Trustees shall provide annual status reports describing the status of and any changes to the Early Restoration Project Component and/or project Component expenditures during each calendar year. The Implementing Trustees shall provide annual status reports until the applicable performance criteria, monitoring, and maintenance period has expired or by the agreed upon stipulations for the sea turtle early restoration project, whichever comes first.

Annual reporting will cover from January 1st to December 31st of each restoration year. The first annual report will cover the calendar year following the year in which this stipulation is filed. Annual status reports will be due within sixty (60) days after the conclusion of that annual reporting year. Some data may not be available within this time-period, and will be provided within 6 months after the conclusion of the annual reporting year. Reported data and all data that is available to the public will be aggregated in accordance with existing requirements and laws, including the protection of personal identifiable information.

Data for this component will be analyzed, in part, by evaluating trends related to Kemp's ridley nesting activities that occur during the current monitoring period of this component in comparison to previous reporting periods from this project. Data collected during component implementation will not be compared to historical data due to inconsistencies in historical data collection and methodologies.

The implementing Trustees will develop a final project summary at the conclusion of the 10-year project period which will detail the overall accomplishments of the project.

## B.     Data Documentation

The majority of data collected for this project component will be reports of sea turtle nesting and hatchling releases conducted by the Texas and Mexico sea turtle nest detection and protection programs, which will be made available to BPXP at the times listed in this monitoring plan. To the extent possible, all environmental and biological data generated during monitoring activities will be documented using existing standardized report forms and established field protocols.

Where and when applicable, all tangible forms of data may be reviewed by the Implementing Trustees for completeness and accuracy before being finalized. Original hardcopy report forms and other relevant data including photographs will be maintained by the programs in a secure location in accordance with agency and litigation hold requirements. While the Trustees will be relying on data from existing programs, only aggregated summary data will be incorporated in annual reports.

## C.     Data Transcription, Verification, Validation and Analysis

Data collected by currently existing programs are subject to the existing verification procedures of the programs from which the data originate.

Data generated by this project component will be reviewed by the appropriate implementing Trustee (DOI and Texas) for completeness and accuracy before being finalized. Originals or copies (to be decided by the implementing Trustee) of the data collected, which may include but is not limited to datasheets, notebooks, and photographs (which may be in the form of photo micro SD cards) will be retained by the federal or state programs that collected the data and stored in a secure location in accordance with agency and applicable litigation- hold requirements. Any data that is transferred to the implementing Trustees by non-state and non-federal project participants will be retained by the implementing Trustee and stored in a secure location in accordance with agency and applicable litigation- hold requirements. Prior to data collection efforts, the implementing Trustees will decide where the original documents and copies of those documents will be stored.

When the data transcription and verification/validation processes are complete, electronic datasets can be used for data analysis. Analyses will be conducted by the implementing Trustees to derive Project monitoring performance criteria metrics.

## 4.4     Data Sharing

4.4.1    The Trustees agree to provide BPXP with all data and information in the Trustees' possession or control generated by the Project Monitoring activities described above.

4.4.2    The phrase "all data and information" used in paragraph 4.4.1 above includes: all field data, e.g., measurements, observational data, and field notes; laboratory toxicity testing; any other laboratory data; spatial data; photographs; videos; images; and any other data and information generated by an activity, including field-generated metadata.

4.4.3    The Implementing Trustees will provide all raw data (with redactions, if required by applicable law) from the Texas activities in this Plan to BPXP within 30 days of the conclusion of nesting season.  For the Mexico activities in this Plan, the Trustees will provide all raw data to BPXP within 30 days of its receipt by the Trustees.  Raw data will be subject the following limitations on public use and disclosure:

4.4.3.1   BPXP will keep the raw data provided pursuant to this plan confidential, and will require that any BPXP consultants, experts or employees who review the data agree to keep the materials confidential.

4.4.3.2  BPXP will not publish any studies based on the raw data provided pursuant to this plan, unless the data has been made publicly available.

4.4.3.3        Notwithstanding the terms of paragraphs 4.4.3.1 and 4.4.3.2 above, BPXP may use the raw data provided pursuant to this plan:

     (a)        In any legal or administrative proceedings relating to the Incident, including but not limited to, the NRDA of the Incident or MDL No. 2179 in the United States District Court for the Eastern District of Louisiana; and

     (b)        In a public discussion or disclosure of the raw data that is made in response to Trustee or third party public statements about these activities, or results of the activities that produced the raw data, provided, however, that BPXP will notify the Implementing Trustees at least seven (7) days prior to using the data the extent such data has not been previously made public.

     (c)        Any use, discussion or disclosure of the unvalidated field forms shall be accompanied by a statement that the data is "preliminary."

4.4.4        To the extent that the Implementing Trustees validate some or all of the information contained in the field forms, the Implementing Trustees shall provide BPXP with validated field forms for the Texas activities in this Plan within 90 days of their production to BPXP of the unvalidated Texas field forms, or 14 days after completion of the validation, whichever is sooner.  The Trustees shall provide BPXP with validated field forms for the Mexico activities in this Plan within 90 days of their production to BPXP of the unvalidated Mexico field forms.

4.4.5  Nothing in this plan shall be construed as a waiver of any party's right to object to the admissibility or relevance of data produced under this plan and each party reserves the right to undertake its own analysis and interpretation of the data.

## V.        References

National Park Service. 2013. Texas Sea Turtle Manual. March 2013.

Miller, J.D. 1999. Determining clutch size and hatching success. In: Research and Management Techniques for the Conservation of Sea Turtles, p. 124-129. K.L. Eckert, K.A. Bjorndal, F.A. Abreu-Grobois, and M. Donnelly (editors). IUCN/Marine Turtle Specialist Group, Publication No. 4.

**Kemp's Ridley Nesting Field Forms**

## TEXAS DATA SHEET FOR SEA TURTLE TRACKS AND NESTS

**TEXAS CLUTCH NUMBER:** _____
**PROJECT ID:** _____

**SPECIES:** _____
**LOCATION:** _____

---

**General Information**

Date detected: _____   Time detected: _____ am/pm
Found by: _____ (turtle patroller, beach worker or visitor)
First investigated by: _____
Specific location: _____

Wind speed/direction: _____
Which found: ____ Nest
(check one) ____ False crawl   Grid #: _____
____ Unknown (tracks ended in soft sand)
Turtle seen by (circle):  visitor - patroller - responder

---

**Track Information**

Flipper impressions: ____ alternate ____ opposite
Width of Tracks: _____ cm
Estimated age of tracks (if no female present): _____
Topographical feature at end of tracks or at nest site (circle)

BERM
WATER

1-forebeach, 2-backbeach, 3-embryonic dunes, 4-base of foredunes,
5-upslope of first foredune, 6-top of first foredune, 7-downslope of first foredune,
8-foredune depression, 9-upslope of second foredune

**Nest Information**

Was a nest found?  ☐ Yes  ☐ No
Nest GPS (dd.ddddd°): _____ N _____ W
Date and time eggs excavated: _____
Eggs excavated by: _____
Eggs transported by: _____

**Total number of eggs at nest excavation:** _____
# of tiny eggs _____
# of "normal size" eggs: _____
# of broken eggs: _____
Describe any conjoined or otherwise abnormal eggs:

Eggs Incubated (check one):
____ Incubation Facility
____ Corral
____ In-situ

Date & time eggs placed in incubation facility/corral: _____
Placed in incubation facility/corral by: _____
Temperature datalogger placed in nest? ☐ Yes ☐ No
Datalogger ID #: _____
Temperature probe placed in nest? ☐ Yes ☐ No

**Additional remarks, comments, data, or sketches on
tracks, turtle, nest site on back of form?  ☐ Yes  ☐ No**
If no nest is found, record GPS of highest point of tracks and
describe/draw below.

**Notify immediately, fax, and mail originals to:**
Dr. Donna Shaver,  Padre Island National Seashore
P.O. Box 181300, Corpus Christi, TX  78480-1300
Office (361) 949-8173 ext. 226; fax (361) 949-9134

---

**Turtle Information**

Action when first encountered turtle (circle):
emerging – digging – laying – covering – returning to sea

Orientation of turtle when laying eggs:
(12 o'clock facing inland, 6 o'clock facing towards sea): _____

Scanned for PIT Tag?  ☐ Yes  ☐ No
**\*APPLY ALL TAGS TO LEFT FLIPPERS IN TEXAS**

Left Front (Present or Applied): _____
(if applied, attach sticker)

Right Front (Present or Applied): _____
(if applied, attach sticker)

Checked for Metal Tags?  ☐ Yes  ☐ No
**\*APPLY ALL TAGS TO LEFT FLIPPERS IN TEXAS**
Left Front: _____ Present or Applied (circle)
Right Front: _____ Present or Applied (circle)
Left Rear: _____ Present or Applied (circle)
Right Rear: _____ Present or Applied (circle)
Metal Tag Scars (list location, describe): _____

Carapace measurements using metal calipers (SLCL):
Straight length (notch-tip): _____ cm
Minimum length (notch-notch): _____ cm
Straight width (widest point): _____ cm
Carapace measurements using non-metal measuring tape:
Curved length (notch-tip): _____ cm
Minimum length (notch-notch): _____ cm
Curved width (widest point): _____ cm

Scanned for Coded Wire (Magnetic) Tag? ☐ Yes ☐ No

If magnetic tag, which flipper: ____ left front ____ right front

Checked for Living Tag? ☐ Yes ☐ No
Was carapace scrubbed? ☐ Yes ☐ No

Record location and deformities (mark, describe, photograph):
LC = left costal, V = vertebral, RC = right costal

**Transmitter ID #**

Present or Applied (circle)

Samples:
Biopsy-tissue? ☐ Yes ☐ No

PADRE ISLAND NATIONAL SEASHORE, DIVISION OF SEATURTLE SCIENCE AND RECOVERY

## CLUTCH INFORMATION DATA SHEET

Clutch # _____
Lay Date: _____
Hatch Date & Time (All or Part A): _____
A: Incubation Duration (# Days): _____
Hatch Date & Time (Part B): _____
B: Incubation Duration (# Days): _____
Hatch Date & Time (Part C): _____
C: Incubation Duration (# Days): _____

# Eggs broken pre-incubation: _____
# Eggs in Clutch (initial): _____
# Eggs in Clutch (final): _____
# Eggs Hatched: _____
% Hatched : _____  =  # hatchlings / # eggs

% Emergence: _____  =  # live hatchlings / # eggs
# Unhatched eggs: _____
# Dead Hatchlings*: _____
# Live Hatchlings Released: _____
# Live Hatchlings Held Long Term: _____
* Hatchlings are individuals that have left their egg shells

**Transfer Information:**

| Number | Date | Time | Activity |
|--------|------|------|----------|
|        |      |      |          |
|        |      |      |          |
|        |      |      |          |
|        |      |      |          |
|        |      |      |          |
|        |      |      |          |
|        |      |      |          |
|        |      |      |          |

**Release Information:**

| Number | Date | Time | # Retrieved | Fate |
|--------|------|------|-------------|------|
|        |      |      |             |      |
|        |      |      |             |      |
|        |      |      |             |      |
|        |      |      |             |      |
|        |      |      |             |      |
|        |      |      |             |      |
|        |      |      |             |      |
|        |      |      |             |      |

**Comments:**

42

PLAYA = BEACH

ESTACA = KILOMETER MARKER

ZONA = ZONE

FECHA = DATE

ESPECIE – SPECIES

ACCION = ACTION

What the turtle was doing when first spotted – the actions are at the bottom of the data card:

| | | |
|---|---|---|
| 0 = mating | 1 = arriving to the beach | 2 = making the nest |
| 3 = laying eggs | 4 = covering the nest | 5 = leaving the beach |
| 6 = false crawl (did not lay eggs) | 7 = swimming back | 8 = nest only (no turtle) |

HORA A = TIME A

Time when the turtle (or nest) was first spotted

# Monitoring Plan for

# Sea Turtle Early Restoration Project: Enhancement of the Sea Turtle Stranding and Salvage Network and Development of a Sea Turtle Emergency Response Program Component

**TABLE OF CONTENTS**

**Page**

1.    Introduction .................................................................................................... 45

    1.1    Project Overview.................................................................................... 45

    1.2    Restoration Objectives and Performance Criteria................................. 47

    1.3    Roles and Responsibilities..................................................................... 48

2.    Project Monitoring......................................................................................... 49

    2.1    Enhancement of the Sea Turtle Stranding and Salvage Network – Gulf-wide STSSN Activities (Implemented by NOAA) ............................................ 50

    2.2    Enhancement of the Sea Turtle Stranding and Salvage Network – Texas STSSN Activities (Implemented by DOI and Texas Trustees)............................ 52

    2.3    Development of a Sea Turtle Emergency Response Program (Implemented by NOAA) ................................................................................................. 53

3.    Monitoring Schedule...................................................................................... 55

4.    Reporting and Data Requirements ................................................................ 56

    4.1    Reporting................................................................................................ 56

    4.2    Data Documentation.............................................................................. 57

    4.3    Data Transcription, Verification, and Analysis..................................... 57

5.    References ...................................................................................................... 58

I.      **Introduction**

This document presents the monitoring plan for the Enhancement of the Sea Turtle Stranding and Salvage Network and Development of a Sea Turtle Emergency Response Program Project Component (Plan), which is a component of the Sea Turtle Early Restoration Project. This project component is included as a Phase IV *Deepwater Horizon* early restoration project that is intended to contribute to making the environment and public whole for injuries to sea turtles. This Plan describes the monitoring activities that will be conducted to evaluate and document the effectiveness at meeting restoration objectives, including the performance criteria that will apply to determining the success of restoration or need for interim corrective action (15 CFR §990.55(b)(1)(vii)).

This Plan is specific to the Enhancement of the Sea Turtle Stranding and Salvage Network and Development of a Sea Turtle Emergency Response Program component and should not be generalized beyond this. Other monitoring plans and designs may be appropriate in other contexts. The compilation of data under this Plan will not occur until funding under a filed restoration funding agreement for the Sea Turtle Early Restoration Project (Stipulation) has been received. This Plan will be implemented by the Texas Trustees1[3], the Department of Interior (DOI), and National Oceanic and Atmospheric Administration (NOAA) and may be modified over time based on the management needs for the project.

This Plan is intended to apply to the performance monitoring activities included herein.  BP Exploration & Production, Inc. ("BPXP") and the Trustees agree that they will include this Plan in the final Project Stipulation for the Sea Turtle Early Restoration Project.

## *A.     Project Overview*

Enhancement of the Sea Turtle Stranding and Salvage Network and Development of a Sea Turtle Emergency Response Program component (Component) will maintain and enhance the Sea Turtle Stranding and Salvage Network (STSSN) beyond current capacities for 10 years and develop a formal Sea Turtle Emergency Response Program within the Gulf of Mexico (Figure 1). The goal of this Component is to improve response capabilities to quickly recover dead and injured sea turtles and improve data quality and accessibility.

*Enhancement of the Sea Turtle Stranding and Salvage Network Sub-Component*

This sub-component includes two separate sets of activities: (1) Enhancement of the Gulf-Wide Sea Turtle Stranding and Salvage Network and (2) Enhancement of the Sea Turtle Stranding and Salvage Network and Rehabilitation Efforts in Texas, as described below.

## **Enhancement of the Gulf-Wide Sea Turtle Stranding and Salvage Network**

This sub-component would enhance the infrastructure of the Gulf of Mexico STSSN across the five Gulf states to improve the capacity for response, coordination, data handling and reporting, and data dissemination related to strandings for use in sea turtle conservation management

---

[3]      The Texas Trustees include the Texas Commission on Environmental Quality, Texas General Land Office, and Texas Parks and Wildlife Department (TPWD).

programs. The goal of this sub-component is to provide for more rapid response to stranding events, so that mortality sources may be identified and addressed more rapidly and solutions implemented where possible. This sub-component will be implemented by NOAA, with partners including the STSSN state coordinators for each of the five Gulf states.

### Enhancement of the Sea Turtle Stranding and Salvage Network and Rehabilitation Efforts in Texas

This sub-component would enhance the STSSN within Texas by expanding the capacity of the network in Texas through funding to the STSSN partner organizations and rehabilitation providers. The goal of this sub-component is to replace lost funding and expand the STSSN's capacity to respond to strandings on Texas beaches, in order for more turtles to be found, rehabilitated, and released. This sub-component will be implemented by DOI and the Texas Trustees, with partners including the participating organizations in the TX STSSN.

*Development of a Sea Turtle Emergency Response Program Sub-Component*

This sub-component is to develop and implement a comprehensive Sea Turtle Emergency Response Program in the Gulf of Mexico. The primary implementation actions are to create a formal response plan and to provide the necessary infrastructure (i.e. supplies and equipment). The goal of this sub-component is to increase the STSSN's capacity to respond to cold stun and other emergency events that may kill or injure large numbers of sea turtles to increase the survival of live stranded sea turtles. The program design will be focused on increasing response capacity and increasing the extent of search areas during emergency events. This sub-component will be implemented by NOAA.



Figure 1: The project area for the Enhancement of the Gulf of Mexico Sea Turtle Stranding and Salvage Network and Development of a Sea Turtle Emergency Response Program.

## B.    Restoration Objectives and Performance Criteria

The specific restoration objectives for this Component that are relevant to this monitoring plan and the performance criteria to be used to determine restoration success or the need for corrective action (15 CFR 990.55(b)(1)(vii)) or adaptive management are described below.

*Enhancement of the Sea Turtle Stranding and Salvage Network – Gulf-wide STSSN Activities Subcomponent (Implemented by NOAA)*

Objective 1: Enhance the STSSN to improve response capacity, monitoring, and data collection/accessibility/timeliness

   Performance Criteria:

   •   At end of Year 1, STSSN positions will be hired or funded, and are operational to support the Gulf-wide STSSN (one in each state STSSN program and 3 within NOAA)

47

- At end of Year 1, start-up equipment has been purchased for STSSN staff

- Each year necropsies will be completed on dead stranded sea turtles following improved necropsy protocols allowing for more consistency in analysis, when and where applicable

- Each year the need for training programs will be evaluated and where needed training will be offered to the STSSN

*Enhancement of the Sea Turtle Stranding and Salvage Network – Texas STSSN Activities Sub-component (Implemented by DOI and Texas Trustees)*

Objective 2: Decrease sea turtle mortality by expanding the ability to find and rehabilitate injured sea turtles in Texas

  Performance Criteria:

- Each year maintain or increase level of survey effort for the number of team survey hours, personnel hours spent patrolling Texas beaches by type (shore or in-water), and the number and frequency of patrols by defined areas

- Each year maintain or increase level of effort recovering and treating injured and stranded sea turtles

*Development of a Sea Turtle Emergency Response Program (Implemented by NOAA)*

Objective 3: Implement a program to enhance response to emergency events and reduce mortality of sea turtles affected by these events:

  Performance Criteria:

- At end of Year 1, new Mobile Aquatic Sea Turtle Holding (MASH) units have been built-out and staged and are ready for use in the Gulf of Mexico

-  Increase response capacity during cold stun and other emergency events. Reduce sea turtle mortality due to emergency events, document number of strandings and the sea turtle disposition post-event.

## C.    Roles and Responsibilities

NOAA is the Implementing Trustee for Enhancement of the Gulf-wide STSSN and the Development of a Sea Turtle Emergency Response Program. DOI and the Texas Trustees are the Implementing Trustees for the Texas-only portion of the Enhancement of the STSSN.

Field activities for this Component will be implemented by the STSSN. The National Marine Fisheries Service (NMFS), part of NOAA, is the primary coordinator for the STSSN and is responsible for ensuring that data are collected in a manner sufficient for conservation

management, monitoring, and research purposes and to facilitate its use to meet recovery objectives.

The STSSN includes federal, state and private partners, and is coordinated by NMFS. Each state has a STSSN State coordinator responsible for coordinating the stranding network within their state. The agencies that host the state coordinator by state are; National Park Service for the Texas STSSN, Louisiana Department of Wildlife and Fisheries for the Louisiana STSSN, NMFS for the Mississippi STSSN, United States Fish and Wildlife Service for the Alabama STSSN, and Florida Fish and Wildlife Conservation Commission for the Florida STSSN.

The STSSN documents each stranding on a standardized stranding report form, where specific data are recorded for each stranding event (Appendix A). Each stranding is photo documented, unless circumstances preclude acquiring photographs. All photos and stranding forms are submitted to NMFS for data validation and archival. Current STSSN procedures for data transfer and validation will be used for this Component, and data collected will be further used by the Implementing Trustees to monitor the project.

NOAA and the Texas Trustees will evaluate data collected for the Sub-component for which they are the Implementing Trustee, and will develop status reports that are available to the public.

The Implementing Trustees (DOI, NOAA, and Texas Trustees) will work with the partners participating in implementation of Component activities and where appropriate to identify corrective actions needed to help achieve success. Corrective actions will be part of an adaptive management process in which the Implementing Trustees and Component partners will evaluate information obtained as part of this project and other projects or datasets to inform planning of future actions. This allows for flexibility to optimize performance of the STSSN efforts under changing conditions to achieve success.

The Implementing Trustees agree to implement this Project Monitoring Plan, and BPXP or its representative will be provided an opportunity to observe all aspects of the project monitoring and monitoring data collection activities to the greatest extent practicable under applicable laws based on Trustee safety requirements, permit conditions, the Trustee's knowledge of the scheduling of monitoring activities, and site-specific conditions. Trustees will make reasonable efforts to facilitate the ability of BPXP to observe data collection by third parties and provide the schedules of any such activities to BPXP promptly upon their receipt by the Trustees. Trustees shall provide BPXP with the data and information generated under the Monitoring Plan, including raw data, as described in and in accordance with the terms and conditions set forth below.

## II.   **Project Monitoring**

The monitoring for this Component, outlined below, is organized by objective, with monitoring parameters specified for each objective. For the monitoring parameters listed below, information is provided on the monitoring methods, timing and frequency, and sites. Performance criteria are described for parameters that directly evaluate project objectives. Performance criteria are not

identified for additional monitoring parameters where data will only be used to inform adaptive management to help ensure the success of the project.

Implementing Trustee(s) will also evaluate the outcome of annual activities to determine if any changes in monitoring protocols are needed. If changes are needed, the Implementing Trustee(s) will update this Plan to identify and describe modifications. Any changes to procedures must be compliant with all active agreements.

Performance monitoring will be used to evaluate the effectiveness of the project in meeting the established restoration objectives and assist in determining the need for corrective actions.

Additional monitoring may be completed to support project management by identifying potential factors influencing project success. To evaluate the success of this Component, data collected over the 10-year duration will be evaluated in comparison to the project objectives.

In some cases, this Component involves the initiation of new activities, and in other cases, this Component is replacing or enhancing existing funding and Programs. Therefore, data collected as part of this Component will not be evaluated against baseline conditions in all cases.

## A.    Enhancement of the Sea Turtle Stranding and Salvage Network – Gulf-wide STSSN Activities (Implemented by NOAA)

Objective #1: Improve sea turtle stranding and response networks to enhance response capabilities and data collection/accessibility/timeliness

- Has the STSSN been improved?

- Have the response capabilities, monitoring, and data collection, accessibility, and timeliness of the STSSNs been enhanced?

### Parameter #1: Number of STSSN staff hired and operational

1.    Method: Track hiring and funding of staff to fill stranding program positions (1 position in each of the 5 Gulf Coast states; 3 positions at the NOAA STSSN coordination level)

2.    Timing and Frequency: One-time assessment at the end of project Year 1

3.    Sites: Gulf-wide

4.    Performance Criteria: At end of Year 1, staff will be hired or funded and are operational to support the Gulf-wide STSSN (one in each state STSSN program and 3 within the NOAA STSSN)

5.    Data Product(s): Report of STSSN network structure documentation, including staff hired, number of days worked with project funds, and general work schedule (i.e. part-time, full-time, seasonal).

### Parameter #2: Inventory of start-up equipment purchased

Method: Track expenditures of large-scale start-up equipment for stranding staff (i.e. vehicles, computers).

6.      Timing and Frequency: One-time assessment at the end of project Year 1

7.      Sites: Gulf-wide

8.      Performance Criteria: At end of Year 1, start-up equipment has been purchased for STSSN staff

9.      Data Product(s): Inventory of start-up equipment expenditures, and maintenance schedule, summary of annual maintenance, repair and replacement expenditures will be included in the annual report.

***Parameter #3: Number of necropsies completed (including field necropsies) for dead-stranded sea turtles***

Method: Data will be sourced from the Gulf-wide STSSN. Data will be aggregated in accordance with existing STSSN data management procedures.

10.     Timing and Frequency: Quarterly provide data listed below in (e) for the life of the project.

11.     Sites: Gulf-wide

12.     Performance Criteria: Each year necropsies will be completed (including field necropsies) on dead stranded sea turtles following improved necropsy protocols allowing for more consistency in analysis, when and where applicable

Data Product(s): Compilation of Gulf-wide STSSN necropsy data. Copies of necropsy forms and data redacted as necessary will be provided.  Validated necropsy reports will be provided quarterly with a one quarter lag to allow for validation of the reports, (i.e., by the end of the second quarter, June 30, the Trustees will provide the validated necropsy reports completed from January 1 through March 31 of the same year, etc.).

***Parameter #4: Training programs provided***

Method: Data will be sourced from the Gulf-wide STSSN and NOAA

13.     Timing and Frequency: Annually provide data listed below in (e) for the life of the project.

14.     Sites: Gulf-wide

15.     Performance Criteria: Each year, the need for training programs will be evaluated, and where needed, training will be offered to the STSSN.

16.     Data Product(s): Report of training provided to the STSSN by NOAA and/or the State coordinators, including the total number of training programs conducted, location, hours, and type of training.

## B.   Enhancement of the Sea Turtle Stranding and Salvage Network – Texas STSSN Activities (Implemented by DOI and Texas Trustees)

<u>Objective #2</u>:  Decrease sea turtle mortality by expanding the ability to find and rehabilitate injured sea turtles in Texas.

- Were response efforts able to decrease sea turtle mortalities?

***Parameter #1: Documentation of restoration funding agreement between Implementing Trustees and project partners.***

a) Method: Signed agreement. This agreement will include information on the techniques, timing and frequency, reporting requirements, and the type of data that will be collected and submitted.
b) Timing and Frequency: Prior to distribution of funds from project implementers to project partners.
c) Sites: Texas
d) Performance Criteria: Compliance with terms of active agreement between the Implementing Trustees and the project partners.
e) **Data Product(s):** Signed Agreements with project partners and any documentation of non-compliance with the signed agreements.

***Parameter #2: Level of Survey Effort will include number of team survey hours, personnel hours spent patrolling by type of patrol, and the number and frequency of patrols by defined areas.***

1.   Method: Use STSSN program data as well as labor and funding information. Where applicable, data will be collected according to standard methodologies (NPS 2013).

2.   Timing and Frequency: Annually, validated data for each calendar year would be compiled into a report, and released within 3 months of the end of each calendar year, for the duration of the monitoring period (10 years).

3.   Sites: Texas

4.   Performance Criteria: Maintain or increase the level of survey effort for the number of team survey hours, personnel hours spent patrolling, and the number and frequency of patrols by defined areas.

5.   Data Product(s): Number of team survey hours broken out by geographic survey area, number of personnel hours spent patrolling by survey area, and the number and frequency of patrols by survey area

***Parameter #3: Sea Turtle Response will include numbers of injured/stranded sea turtles and numbers of sea turtles admitted for treatment***

52

Method: Use STSSN program data as well as supplemental labor and funding information. Where applicable, data will be collected according to standard methodologies (NPS 2013; Miller 1999).

6.    Timing and Frequency: Annually, validated data for each calendar year would be compiled into a report, for the duration of the monitoring period (10 years).

7.    Sites: Texas

8.    Performance Criteria: Maintain or increase the level of effort recovering and treating injured and stranded sea turtles.

9.    Data Product(s): numbers of injured/stranded /re-stranded sea turtles (if known) and numbers of sea turtles admitted for treatment, summary of injury types, rehabilitation turn-around time, total rehabilitation costs by facility, copies of rehabilitation and release files on individual turtles, Summary of rehabbed turtles that are tagged prior to release.  Copy of NPS 2013 methodologies and any changes that occur during the life of the project.

***Parameter #4 Influential events effecting this objective, including date, location, and description of environmental conditions relevant to stranding events***

Method: Use STSSN program data as well as supplemental weather information to document influential events relevant to strandings. Where applicable, data will be collected according to standard methodologies (NPS 2013).

10.    Timing and Frequency: Annually, validated data for each calendar year would be compiled into a report for the duration of the monitoring period (10 years).

11.    Sites: Texas

12.    Performance Criteria: Documentation of influential events is included in the annual reports

13.    Data Product(s): Summary report documenting extreme weather or environmental events resulting in strandings and any relevant supporting data (temperature, HABs, etc.) that is collected as part of this project.

## C.    *Development of a Sea Turtle Emergency Response Program (Implemented by NOAA)*

Objective #3:  Implement a program to enhance response to emergency events and reduce mortality of sea turtles affected by these events

Has a formal Emergency Response Program been established?

Has capacity been increased to respond to emergency events?

***Parameter #1: MASH Unit build-out and staging***

53

1.    Method: Track purchase of the MASH units as well as build-out and staging of new MASH units

2.    Timing and Frequency:

        a)    *Pre-project Monitoring: Review of historical emergency response data to determine most strategic locations for MASH unit placement.*

        b)    *One-time assessment at the end of project Year 1.*

        c)    *Annually, maintenance, use and location of MASH units*

3.    Sites: Gulf-wide

4.    Performance Criteria:

        a)    *At end of Year 1, new MASH units have been built-out and staged and are ready for use in the Gulf of Mexico.*

        b)    *Annually, maintenance, use and location of MASH units sustained.*

5.    Data Product(s): Inventory of equipment purchased, maintenance records, location where they are staged.  Summaries of historical emergency response data (in form used by Implementing Trustees).

### *Parameter #2: Response capacity during cold stun or other emergency events*

Method: The following will be tracked: number and location of cold stun and other emergency unusual stranding events, number of vessels contracted, MASH unit readiness and location where staged, response time, search area.

6.    Timing and Frequency: Bi-annually for the life of the project.

7.    Sites: Gulf-wide

8.    Performance Criteria: Increase response capacity during cold stun and other emergency events.

9.    Data Product(s): Summary of Gulf-wide STSSN Emergency Response Program, number of times MASH units deployed and locations where they were used. Summaries will be provided bi-annually, on July 31 for the 6 month period ending June 30 of the same year, and on January 31 for the 6 month period ending December 31 of the previous year.  Emergency response data will be summarized as follows:

    ·    Date, location and duration of emergency event

    ·    Number of MASH units deployed, where located, photographs (if taken)

&middot;   Number of vessels contracted/used for surveys

***Parameter #3: Sea turtle condition following response***

> Method: Number and condition of animals triaged and released during cold stun or other emergency unusual stranding events will be counted. Data will be sourced from the Gulf STSSN. Data will be aggregated in accordance with existing STSSN data management procedures.

10.    Timing and Frequency: Compilation and analysis of Gulf-wide STSSN data will occur annually for the life of the project.

11.    Sites: Gulf-wide

&bull;   Performance Criterion: Reduce sea turtle mortality due to emergency events.

12.    Data Product(s):  Copies of stranding forms, including final disposition information to the extent available, will be provided.  Validated stranding forms will be provided quarterly with a one quarter lag to allow for validation of the forms, (i.e., by the end of the second quarter, June 30, the Trustees will provide the validated stranding forms completed between January 1 and March 31 of the same year, etc.).

III.    **Monitoring Schedule**

The schedule for the project monitoring is shown in Table 1, separated by monitoring activity. Pre-Project Monitoring refers to obtaining existing historical information. Project Start-Up Monitoring is the planning and initial activities that will occur prior to the implementation of field efforts. Performance Monitoring for each sub-component will begin at the point agreements are in place between the Implementing Trustees and the project partners.

Table 1. Monitoring schedule.

| Monitoring Activities | Pre-Project Monitoring[4] | Project Start-up Monitoring | Performance Monitoring Years 1 - 10 |
|---|---|---|---|
| NOAA's Enhancement of the Gulf Wide Sea Turtle Stranding and Salvage Network | | | |
| Number of STSSN staff hired and operational | | X | |
| Inventory of start-up equipment purchased | | X | X |
| Number of necropsies completed | | | X |
| Number of training programs provided | | | X |
| Enhancement of the Sea Turtle Stranding and Salvage Network and Rehabilitation Efforts | | | |

---

[4] Pre-project monitoring may not be identified in all cases. In some cases, the project may be initiating a new program or activity for which no historical information is available. In other cases, insufficient historical data may exist or existing historical data may not be appropriate to compare to project performance monitoring data.

| | | | |
|---|---|---|---|
| in Texas | | | |
| Restoration funding agreement | | X | |
| Level of survey effort | | | X |
| Sea turtle response | | | X |
| Influential events | | | X |
| Documentation of expenditures | | | X |
| Development of a Sea Turtle Emergency Response Program | | | |
| Number of MASH units built- | | | |
| out, staged and ready for use | | X | X |
| Response capacity during cold stun or other emergency events | X | | X |
| Sea turtle condition following response | | | X |

## IV.    Reporting and Data Requirements

This section describes the process the Implementing Trustees and project partners will follow to document, validate and report field data collected for the purposes of performance monitoring. The reporting and data requirements described herein are intended to:

- Maximize the quality, utility, and integrity of monitoring data;

- Organize, track, locate, and access monitoring data over the long-term; and

- Share finalized monitoring data with the public in a consistent and comprehensible format.

## *A.    Reporting*

The Implementing Trustees shall provide annual status report describing the status of and any changes to this Early Restoration Project Component and/or project Component expenditures during each calendar year. The Implementing Trustees shall provide annual status reports to the public for all performance objectives until the applicable performance criteria, monitoring, and maintenance period has expired or by the agreed upon stipulations for the sea turtle early restoration project, whichever comes first.

Annual reporting will cover from January 1st to December 31st of each restoration year. The first annual report will cover the calendar year following the year in which the project stipulation is filed. Annual status reports will be due within sixty (60) days after the conclusion of that annual reporting year. Data that is not available within this time-period will be provided within 6 months after the conclusion of the subject annual reporting year. Reported data and all data that is available to the public will be aggregated in accordance applicable laws and regulations. While the Trustees will be relying on data from the existing programs, only aggregated summary data will be incorporated in annual reports.

Data for this Component will be analyzed, in part, by evaluating trends related to sea turtle strandings and rehabilitation that occur during the current monitoring period for this Component in comparison to previous reporting periods for this project. Data will not be compared to historical data in all cases because some data collected as part of this Component is not directly comparable to the existing historical data.

The Implementing Trustees will develop a final project summary at the conclusion of the 10-year project period which will detail the overall accomplishments of the project.

## B.      Data Documentation

The majority of data collected for this Component will be reports of sea turtle strandings and surveys conducted by the STSSN, which will be made available to BPXP at the times and in the form set forth in this plan. The Implementing Trustees will be relying on data from the existing programs and only aggregated summary data will be incorporated in annual reports. To the extent possible, all environmental and biological data collected during monitoring activities will be documented using existing standardized report forms and established field protocols, which will be made available to BPXP at the times and in the form set forth in this plan.

Where and when applicable, all tangible forms of data generated by the Implementing Trustees or project partners, will be reviewed by the Implementing Trustees for completeness and accuracy before being finalized. Original hardcopy report forms and other relevant data including photographs will be retained and maintained by the STSSN in a secure location in accordance with agency, program and Deepwater Horizon litigation-hold requirements.

## C.      Data Transcription, Verification, and Analysis

Data collected by existing programs is subject to the existing verification procedures of the programs from which the data originate. Data generated by this Component will be reviewed by the appropriate Implementing Trustee (NOAA, DOI and/or Texas Trustees) for completeness and accuracy before being finalized. Originals or copies (to be decided by the Implementing Trustee) of the data collected, which may include but is not limited to datasheets, notebooks, and photographs (which may be in the form of photo micro SD cards) will be retained by the federal or state programs (including project partners) that collected the data and will be stored in a secure location in accordance with agency and applicable litigation hold requirements. Any data that is transferred to the Implementing Trustee(s) by non-state and non-federal project participants will be retained by the Implementing Trustee(s) and stored in a secure location in accordance with agency and applicable litigation hold requirements. Prior to data collection efforts, the Implementing Trustees will decide where the original documents and copies of those documents will be stored.

When the data transcription and verification/validation processes are complete, electronic datasets can be used for data analysis. Analyses will be conducted by the Implementing Trustees to derive Project monitoring performance criteria metrics.

The provision of data under this plan is not intended to affect the rights of any party to object to the relevance or admissibility of that data in any judicial or administrative proceeding.

V.      **References**

National Park Service. 2013. Texas Sea Turtle Manual. March 2013.

# EXAMPLE STSSN REPORTING FORM

*Existing reporting form may be modified or supplemented
as necessary*

# SEA TURTLE STRANDING AND SALVAGE NETWORK – STRANDING REPORT

**OBSERVER'S NAME / ADDRESS / PHONE:**
First _____ M.I. ____ Last _____
Affiliation _____
Address _____
Area code/Phone number _____

**STRANDING DATE:**
Year 20☐☐ Month ☐☐ Day☐☐
Turtle number by day ☐☐

*Coordinator must be notified within 24 hrs; this was done by* ☐phone ☐email ☐fax

**SPECIES: (check one)**
☐ CC = Loggerhead
☐ CM = Green
☐ DC = Leatherback
☐ EI = Hawksbill
☐ LK = Kemp's Ridley
☐ LO = Olive Ridley
☐ UN = Unidentified
*Check Unidentified if not positive. Do Not Guess.*

Carcass necropsied? ☐Yes☐No
Photos taken? ☐Yes ☐No
Species verified by coordinator?
☐ Yes ☐ No

**STRANDING LOCATION:** ☐Offshore (Atlantic or Gulf beach) ☐Inshore (bay, river, sound, inlet, etc)
State _____ County/Parrish_____
Descriptive location (be specific)_____
Latitude _____ Longitude _____

**CONDITION: (check one)**
☐ 0 = Alive
☐ 1 = Fresh dead
☐ 2 = Moderately decomposed
☐ 3 = Severely decomposed
☐ 4 = Dried carcass
☐ 5 = Skeleton, bones only

**FINAL DISPOSITION: (check )**
☐1 = Left on beach where found; painted? ☐Yes* ☐No(S)
☐2 = Buried: ☐ on beach / ☐ off beach;
  carcass painted before buried? ☐ Yes* ☐ No
☐3 = Salvaged: ☐ all / ☐ part(s), what/why? _____

☐4 = Pulled up on beach/dune; painted? ☐Yes* ☐No
☐5 = Alive, released
☐7 = Alive, taken to rehab. facility, where? _____

☐8 = Left floating, not recovered; painted? ☐Yes* ☐No
☐9 = Disposition unknown, explain _____

*If painted, what color? _____

**SEX:**
☐ Undetermined
☐ Female ☐ Male
Does tail extend beyond carapace?
☐ Yes; how far?_____ cm / in
☐ No
How was sex determined?
☐ Necropsy
☐ Tail length (adult only)

**TAGS:** *Contact coordinator before disposing of any tagged animal!!* Checked for flipper tags? ☐ Yes ☐ No **Check all 4 flippers.** If found, record tag number(s) / tag location / return address

PIT tag scan? ☐ Yes ☐ No
If found, record number / tag location

Coded wire tag scan? ☐ Yes ☐ No
If positive response, record location (flipper)

Checked for living tag? ☐Yes ☐ No
If found, record location (scute number & side)

**CARAPACE MEASUREMENTS: (see drawing)**

| Using calipers | Circle unit |
|---|---|
| Straight length (NOTCH–TIP) | _____ cm / in |
| Minimum length (NOTCH-NOTCH) | _____ cm / in |
| Straight width (Widest Point) | _____ cm / in |
| Using non-metal measuring tape | Circle unit |
| Curved length (NOTCH–TIP) | _____ cm / in |
| Minimum length (NOTCH-NOTCH) | _____ cm / in |
| Curved width (Widest Point) | _____ cm / in |
| | Circle unit |
| Weight ☐ actual / ☐ est. | _____ kg / lb |

Nuchal NOTCH

Posterior Marginal TIP   Posterior NOTCH

Mark wounds / abnormalities on diagrams at left and describe below (note tar or oil, gear or debris entanglement, propeller damage, epibiota, papillomas, emaciation, etc.). **Please note if no wounds / abnormalities are found.**

_____
_____
_____
_____
_____



*Please use an envelope and mail original form to:*

APPROPRIATE STATE STSSN COORDINATOR

A list of these state coordinators can be found at

http://www.sefsc.noaa.gov/seaturtlesSTSSN.jsp

# Monitoring Plan for

# Sea Turtle Early Restoration Project:

# Gulf of Mexico Shrimp Trawl Bycatch Reduction Component

**Table of Contents**

1.   Introduction ................................................................................................................... 63

    1.1   Project Overview ................................................................................................... 63

    1.2   Restoration Objectives and Performance Criteria ............................................... 65

    1.3   Roles and Responsibilities ................................................................................... 66

2.   Project Monitoring ......................................................................................................... 66

3.   Monitoring Schedule ..................................................................................................... 70

4.   Reporting and Data Requirements ................................................................................ 71

    4.1   Reporting .............................................................................................................. 71

    4.2   Data Documentation ............................................................................................. 72

    4.3   Data Transcription, Verification, and Analysis ..................................................... 72

5.   References ..................................................................................................................... 73

Phase IV Stipulation Trustee Final Draft- September 2, 2015
Confidential Settlement Communication Subject to FRE 408 and PTO 13

I.    **Introduction**

This document presents the monitoring plan for the Gulf of Mexico Shrimp Trawl Bycatch
Reduction project component of the Sea Turtle Early Restoration Project. This project
component is included as a Phase IV *Deepwater Horizon* early restoration project that is
intended to contribute to making the environment and public whole for injuries to sea turtles.
This Plan describes the monitoring activities that will be conducted to evaluate and document the
effectiveness at meeting restoration objectives, including the performance criteria that will apply
to determining the success of restoration or need for interim corrective action (15 CFR
§990.55(b)(1)(vii)).

This Plan is specific to the Gulf of Mexico Shrimp Trawl Bycatch Reduction project component
and should not be generalized beyond this. Other monitoring plans and designs may be
appropriate in other contexts. The compilation of data under this Plan will not occur until
funding under a filed restoration funding agreement for the Sea Turtle Early Restoration Project
(Stipulation) has been received. This Plan will be implemented by NOAA and may be modified
over time based on the management needs for the project.

This Plan is intended to apply to the performance monitoring activities included herein.  BP
Exploration & Production, Inc. ("BPXP") and the Trustees agree that they will include this
monitoring plan in the final Project Stipulation for the Sea Turtle Early Restoration Project.

## A.    *Project Overview*

Enhancement of the Gulf of Mexico Shrimp Trawl Bycatch Reduction project component (Component)
would enhance two existing NOAA programs, 1) the Gulf of Mexico Gear Monitoring Team,
and 2) the Southeast Shrimp Trawl Fisheries Observer Program. This project Component would
be implemented for a 10-year period. The goal of this Component is to increase compliance with
TED regulations through training, education and outreach programs, and capacity building. Increased
compliance with TED regulations contributes to reducing sea turtle mortalities in the Gulf of
Mexico.

**Enhancement of the Gulf of Mexico Gear Monitoring Team (GMT)**

The enhanced GMT would provide a greater capacity for education and outreach to the shrimp
fishing community to improve compliance with federal TED regulations. The enhanced GMT
would provide direct benefits to individual sea turtles by decreasing the likelihood of capture
mortality through greater use of properly built, installed, and maintained TEDs.

**Enhancement of the Southeast Shrimp Trawl Fisheries Observer Program (Observer
Program)**

The enhanced Observer Program would improve capacity to collect data on bycatch of sea turtles
in the shrimp trawl fishery in the Gulf of Mexico. The funding for this project Component would
add 300 observer days annually for a 10-year period. This additional coverage would focus on
specific times and areas identified as priorities for monitoring sea turtle bycatch. Information on sea
turtle interactions with fishing activities would help target activities of the GMT, thereby

contributing to increased compliance and decreased bycatch mortality of sea turtles in the Gulf of Mexico.



Figure 1: The project area for the Gulf of Mexico Shrimp Trawl Bycatch Reduction project component

## B.    *Restoration Objectives and Performance Criteria*

The specific restoration objectives relevant for this monitoring plan and the performance criteria used to determine restoration success or the need for corrective action (15 CFR 990.55(b)(1)(vii)) or adaptive management are described below.

### Gulf of Mexico Gear Monitoring Team (GMT) Enhancement

Objective 1: Increase training, outreach, and education to add  capacity in the shrimp fishery to properly build, install, use, and maintain required TEDs

*Performance Criteria:*

- At the end of project Year 1, two new teams (four GMT program staff positions) will be hired and operational
- At the end of project Year 1, all start-up equipment will be purchased for the two new GMTs

- Training, education and outreach efforts and capacity building (i.e., number of net shops/TED manufacturers visited, training programs provided, and courtesy inspections completed) will increase over the pre-project implementation activities, and will be shown in annual report

<u>Objective 2:</u> Improve compliance with TED regulations, including TED maintenance and proper installation

*Performance Criteria:*

- Compliance rates with existing TED regulations within the Gulf of Mexico state and federal shrimp trawl fisheries are increased

## **Southeast Shrimp Trawl Fisheries Observer Program Enhancement**

<u>Objective 3:</u> Improve NOAA's capability to detect and monitor the bycatch of sea turtles in shrimp trawls

*Performance Criteria:*

- By the end of project Year 1, an additional 300 observer days per year, targeted for sea turtle information needs, will have been allocated and implemented by the NOAA Gulf of Mexico Shrimp Trawl Fishery Observer Program
- 300 observer days will be allocated annually for the project lifespan of 10 years

## *C.   Roles and Responsibilities*

NOAA is the implementing Trustee for the Gulf of Mexico Shrimp Trawl Bycatch Reduction project component. The Component field activities will be completed by NOAA's National Marine Fisheries Service (NMFS), Southeast Fisheries Science Center. The Observer Program is operated out of the NOAA NMFS Galveston Lab. The GMT program operates out of the NOAA NMFS Pascagoula Lab. The existing NOAA programs will collect and evaluate data based on the existing procedures for data transfer and validation, and data collected will be further used by NOAA to monitor the project. All data will be aggregated in accordance with existing requirements and laws, including the protection of personal identifiable information.

NOAA will work with the partners participating in implementation of Component activities and where appropriate to identify corrective actions needed to help achieve success. Corrective actions will be part of an adaptive management process in NOAA will evaluate information obtained as part of this project and other projects or datasets to inform planning of future actions. This allows for flexibility to optimize performance of the bycatch reduction efforts under changing conditions to achieve success.

## II.    **Project Monitoring**

The monitoring for this Component, outlined below, is organized by project objective, with one or more monitoring questions to be addressed by each objective. For the monitoring parameters listed below, information is provided on the monitoring methods, timing and frequency, and sites. Performance criteria are described for parameters that directly evaluate project objectives. Performance criteria are not identified for additional monitoring parameters where data will only be used to inform adaptive management to ensure the success of the project.

NOAA will also evaluate the outcome of annual activities to determine if any changes in monitoring protocols are needed. If changes are needed, NOAA will update this Plan to identify and describe modifications. Any changes to procedures must be compliant with all active agreements.

Performance monitoring will be used to evaluate the effectiveness of the project in meeting the established restoration objectives and assist in determining the need for corrective actions. Additional monitoring may be completed to support project management by identifying potential factors influencing project success. To evaluate the success of this Component, data collected over the 10-year duration will be evaluated in comparison to the project objectives.

## Gulf of Mexico Gear Monitoring Team (GMT) Enhancement

Objective 1: Increase training, outreach and educational capacity to build capacity in the shrimp industry about how to properly build, install, use, and maintain required TEDs

- Has TED training, outreach and educational capacity been increased?

*Parameter #1: Number of teams hired and operational*

1. Method: Track hiring of staff to create two new GMTs focused on TED compliance education and outreach for the shrimp trawl fishery in the Gulf of Mexico
2. Timing and Frequency: One-time assessment at the end of project Year 1 (included in the Year 1 annual report)
3. Sites: Gulf-wide
4. Performance Criterion: At the end of project Year 1, two new teams will be hired and operational
5. Data Product(s): Report of staff hired and general work schedule (i.e. full-time, part-time, seasonal), including project funds spent on hiring new staff.

*Parameter #2: Inventory of start-up equipment purchased*

Method: Track all expenditures for start-up equipment for newly hired GMT staff
6. Timing and Frequency: One-time assessment at the end of project Year 1 (included in the Year 1 annual report)
7. Sites: Gulf-wide
8. Performance Criterion:

        a)       *At the end of project Year 1, all start-up equipment will be purchased for the two new GMTs*

        b)       *Equipment maintained, and replacement equipment purchased, for the project lifespan of 10 years*

9.      Data Product(s): Inventory of start-up equipment expenditures, and maintenance schedule, summary of annual maintenance, repair and replacement expenditures will be included in the annual report.

***Parameter #3: Training, education and outreach activities***

Method: Use data sourced from the NOAA GMT program. Data will be aggregated in accordance with existing requirements and laws, including the protection of personal identifiable information

10.     Timing and Frequency: Annually for the life of the project (included in annual report)

11.     Sites: Gulf-wide

12.     Performance Criterion: Education and outreach efforts (i.e., number of net shops/TED manufacturers visited, training programs provided, and courtesy inspections completed) will increase over the baseline activities, and will be shown in annual report

13.     Data Product(s): Annual summary of education and outreach events. Will be summarized as follows:

- Total number of outreach events by state
  Detail on what outreach included
- Total number of workshops/trainings offered by state
  Detail on types of workshops/trainings conducted
- Summary of interactions with net shops and TED manufactures, including the outcomes of those interactions.

## Objective 2: Improve compliance with TED regulations, including TED maintenance and proper installation □

- Has compliance with TED regulations increased?

***Parameter #1: Compliance with existing TED regulations, including maintenance and installation, within Gulf of Mexico state and federal shrimp trawl fisheries***

Method: Use data sourced from the NOAA GMT program and state and federal enforcement offices, as appropriate. Data are compiled by NOAA to determine the number of vessels that are non-compliant and the overall compliance rate for the fishery, which is based in-part on the severity of violation. Data will be aggregated in accordance with existing requirements and laws, including the protection of personal identifiable information.

14.     Timing and Frequency: Quarterly for the life of the project

15. Sites: Gulf-wide
16. Performance Criterion: Compliance rates with existing TED regulations within the shrimp trawl fishery are increased.
17. Data Product(s): Data will be provided as follows:

- GMT TED inspection data will be aggregated into a GMT Boardings Report to be provided to BPXP on a quarterly basis. The GMT Boardings Report will include the aggregated data broken down by month and geographic area (i.e., statistical reporting zones and depth strata in the GOM), including the number of vessels in compliance with the TED regulations and the number of vessels not in compliance, broken out by violation severity category.

- Compliance rates will be provided monthly in a table, as follows:
  1. Number of vessels inspected for TED Compliance
  2. Number of inspected vessels in violation of TED Regulations
  3. Number of inspected vessels that were fully compliant with TED regulations
  4. Percentage of vessels that were fully compliant
  5. Percentage of vessels that were non-compliant
  6. Estimated overall capture rates for juvenile and adult Kemp's ridley sea turtles, and juvenile loggerhead and juvenile green sea turtles.

## Southeast Shrimp Trawl Fisheries Observer Program Enhancement

Objective 1: Improve NOAA's capability to detect and monitor the bycatch of sea turtles in shrimp trawls

- Has NOAA's capability to detect and monitor sea turtle bycatch in the Gulf of Mexico shrimp trawl fishery increased?

*Parameter #1: Number of observer days achieved, including temporal and spatial coverage (i.e., observer days by statistical reporting zones and depth strata in the GOM )*

Method: Use data sourced from NOAA's Gulf of Mexico Shrimp Trawl Fishery Observer Program.

18. Timing and Frequency:
    - Once at start of project: Review of historical data to direct the initial placement of the observer days within the Gulf of Mexico
    - Annually for the life of the project
19. Sites: Gulf-wide
20. Performance Criteria:
    a) *By the end of project Year 1, an additional 300 observer days, targeted for sea turtle information needs, will have been allocated and implemented by the NOAA Gulf of Mexico Shrimp Trawl Fishery Observer Program*

69

*b) 300 observer days will be allocated annually for the project lifespan of 10 years*

21. Data Product(s): Aggregated NOAA Gulf of Mexico Shrimp Trawl Fishery Observer Program data will be provided quarterly for the life of the project. Data will be summarized as follows:

**Number of trips observed and observer sea days each month by shrimp statistical zone**

> *Parameter #2: Number of bycaught turtles observed during increased observer coverage (i.e. 300 observer days)*

Method: Use data sourced from NOAA's Gulf of Mexico Shrimp Trawl Fishery Observer Program

22. Timing and Frequency: Annually for the life of the project
23. Sites: Gulf-wide
24. Performance Criteria: N/A
25. Data Product(s): The Implementing Trustee will provide the completed Sea Turtle Life History Forms to BPXP unless such production is prohibited under the Magnuson Stevens Act, and in that case the Implementing Trustee shall redact legally protected information from the form, and provide the redacted forms.  If production of redacted Sea Turtle Life History Forms is prohibited, the Implementing Trustee will aggregate and provide the data from the completed forms in a summary form on a quarterly basis, with a lag time of one full quarter to complete the summary forms, (i.e., at the end of the 2nd quarter, June 30, a summary report would be provided that includes the data from the field forms completed between January 1 and March 31 of that same year, etc.).

## III.  Monitoring Schedule

The schedule for the project monitoring is shown in Table 1, separated by monitoring activity. Pre-Project Monitoring refers to obtaining existing historical information. Project Start-up Monitoring refers to all planning and initial activities (i.e. hiring staff, purchasing equipment) that will occur prior to the implementation of field efforts.

Table 1. Monitoring Schedule.

| Monitoring Activity | Pre-Project Monitoring[5] | Project Start-up Monitoring | Performance Monitoring Years 1 - 10 |
|---|---|---|---|
| NOAA's GMT | | | |
| Number of teams hired and operational | | X | |

---

[5] Pre-project monitoring may not be identified in all cases. In some cases, the project may be initiating a new program or activity for which no historical information is available. In other cases, insufficient historical data may exist or existing historical data may not be appropriate to compare to project performance monitoring data.

70

| Monitoring Activity | Pre-Project Monitoring[5] | Project Start-up Monitoring | Performance Monitoring Years 1 - 10 |
|---|---|---|---|
| Amount of start-up equipment purchased | | X | X |
| Number of education and outreach activities (i.e., number of net shops/TED manufacturers visited, training programs provided, and courtesy inspections completed) | X | | X |
| Compliance rates with existing TED regulations, including maintenance and installation, within Gulf of Mexico state and federal shrimp trawl fisheries | X | | X |
| Observer Program | | | |
| Number of observer days achieved, including temporal and spatial coverage (i.e., observer days by shrimp statistical zone) | X | X | X |
| Number of incidental takes observed during increased observer coverage | | | X |

## IV.   Reporting and Data Requirements

This section describes the process the NOAA will follow to document, validate and report field data collected for the purposes of performance monitoring. The reporting and data requirements described herein are intended to:

- Maximize the quality, utility, and integrity of monitoring data;
- Organize, track, locate, and access monitoring data over the long-term; and
- Share finalized monitoring data with the public in a consistent and comprehensible format.

## *A.    Reporting*

NOAA shall provide annual status reports describing the status of and any changes to this Component's expenditures during each calendar year. NOAA shall provide annual status reports to the public for all performance objectives until the applicable performance criteria, monitoring, and maintenance period has expired or by the agreed upon stipulations for the sea turtle early restoration project, whichever comes first.

Annual reporting will cover from January 1st to December 31st of each restoration year. The first annual report will cover the calendar year following the year in which the project stipulation is filed. Annual status reports will be due within sixty (60) days after the conclusion of that annual

reporting year. Data that is not available within this time-period will be provided within 6 months after the conclusion of the subject annual reporting year. Reported data and all data that is available to the public will be aggregated in accordance applicable laws and regulations.

The goal of the shrimp trawl bycatch reduction project component is to reduce sea turtle mortalities in the shrimp trawl fishery by increasing shrimp fisher compliance with federal TED regulations.  Three categories of data (STSSN data, Observer Program data, and GMT data) will be used collaboratively to work towards the project goal.  Data from each of these three programs will be used in real time to help inform the other programs.  Data for this Component will be analyzed, in part, by evaluating trends related to STSSN data, Observer Program data and GMT data during the monitoring period for this Component. Data will not be compared to historical data in all cases because some data collected as part of this Component is not directly comparable to the existing historical data.

While NOAA will be relying on data from the existing programs, due to restrictions on the release of data under the Magnuson-Stevens Fishery Conservation and Management Act, only aggregated summary data will be incorporated in annual reports. In addition to annual reports, NOAA will develop a final project summary at the conclusion of the 10-year project period which will detail the overall accomplishments of the project.

## B.    Data Documentation

The majority of data collected for this Component will be inspection reports and observer data collected by NOAA's GMT and Observer Programs, which will be made available to BPXP as described above. To the extent possible, all data generated during monitoring activities will be documented using an existing report form and established protocols (NMFS 2010).

Where and when applicable, all tangible forms of data generated by existing programs, will be reviewed by NOAA for completeness and accuracy before being finalized. Original hardcopy report forms and other relevant data including photographs will be retained and maintained by the existing programs in a secure location in accordance with agency, program and Deepwater Horizon litigation-hold requirements.

## C    Data Transcription, Verification, and Analysis

Data collected by existing programs, including NOAA's GMT and Observer Programs, and data from other outside resources, is subject to the existing verification procedures of the programs from which the data originate.

Data generated by this project component will be reviewed by NOAA for completeness and accuracy before being finalized. Originals or copies (to be decided by the NOAA) of the data collected, which may include but is not limited to datasheets, notebooks, and photographs (which may be in the form of photo micro SD cards) will be retained by the federal or state programs that collected the data and stored in a secure location in accordance with agency and applicable litigation-hold requirements. Any data that are transferred to the implementing Trustees by non-state and non-federal project participants will be retained NOAA and stored in a secure location in accordance with agency and applicable litigation-hold requirements. Prior to data collection efforts, NOAA will decide where the original documents and copies of those documents will be stored.

When the data transcription and verification/validation processes are complete, electronic datasets can be used for data analysis. Analyses will be conducted NOAA to derive Project monitoring performance criteria metrics.

The provision of data under this plan is not intended to affect the rights of any party to object to the relevance or admissibility of that data in any judicial or administrative proceeding.


## V.    References

NMFS. 2010. Characterization of the US Gulf of Mexico and Southeastern Atlantic Otter Trawl and Bottom Reef Fish Fisheries Observer Training Manual. National Marine Fisheries Service, Southeast Fisheries Science Center, Galveston Laboratory.
https://www.st.nmfs.noaa.gov/Assets/Observer-Program/pdf/Shrimp_Reef_fish_Manual_9_22_10.pdf

# Monitoring Plan for Sea Turtle Early Restoration Project:

## *Texas Enhanced Fisheries Bycatch Enforcement Component*

## Table of Contents

1.      Introduction ............................................................................................ 75

    1.1      Project Overview ............................................................... 75

    1.2      Restoration Objectives and Performance Criteria. ........................... 76

    1.3      Roles and Responsibilities ......................................................... 77

2.      Project Monitoring ............................................................................ 77

3.      Monitoring Schedule ........................................................................ 79

4.      Reporting and Data Requirements ....................................................... 79

    4.1      Reporting ................................................................................ 80

    4.2      Data Documentation ........................................................... 80

    4.3      Data Transcription, Validation, and Analysis ............................... 80

I.      **Introduction**

This document presents the monitoring plan (Plan) for the Texas Enhanced Fisheries Bycatch Enforcement, which is a component of the Sea Turtle Early Restoration Project. This project component is included as part of a Phase IV *Deepwater Horizon* early restoration project and is intended to contribute to making the environment and public whole for injuries to sea turtles. This plan describes the activities that will be conducted to evaluate and document its effectiveness at meeting its restoration objectives, including the performance criteria that will apply to determining the success of restoration or need for interim corrective action (15 CFR §990.55(b)(1)(vii)).

This Plan is specific to the Texas Enhanced Fisheries Bycatch Enforcement Component (Component) and should not be generalized beyond this component. Other monitoring plans and designs may be appropriate in other contexts or sites. This Plan will be implemented by the Texas Trustees[6], in cooperation with the project partner, Texas Parks and Wildlife Department (TPWD) Law Enforcement Division. This Plan may be modified over time based on the management needs for this project component.

This Plan is intended to apply to the performance monitoring activities included herein.  BP Exploration & Production, Inc. ("BPXP") and the Trustees agree that they will include this monitoring plan in the final Project Stipulation for the Sea Turtle Early Restoration Project.

## A.      *Project Overview*

The Texas Enhanced Fisheries Bycatch Enforcement Component would enhance TPWD enforcement activities for fisheries that incidentally catch sea turtles while they operate primarily in Texas State waters (approximately 367 miles of coast line out to 9 nautical miles) within the Gulf of Mexico for a 10- year period (Figure 1). These increased enforcement operations would focus on compliance with Turtle Excluder Device (TED) regulations during the Gulf shrimp fishery season (primarily February through mid-May) right before the Gulf closes to shrimping in May. Patrols would be targeted during this timeframe because it is an active time not only for the industry, but for sea turtle interactions due to the beginning of the spring nesting season. Previous efforts to increase enforcement activities during this time period have had an impact on compliance rates, reducing the number of observed strandings during this time period. The goal of this project component is to reduce sea turtle mortalities through increased compliance with TED regulations as a result of increased enforcement actions.

---

[6] The Texas Trustees include the Texas Commission on Environmental Quality, Texas General Land Office, and Texas Parks and Wildlife Department (TPWD).



Figure 1. Texas Enhanced Fisheries Bycatch Enforcement geographic scope.

## B.    *Restoration Objectives and Performance Criteria.*

The specific restoration objectives for the Texas Enhanced Fisheries Bycatch Enforcement Component that are relevant for this monitoring plan and the performance criteria used to

determine restoration success or the need for corrective action (15 CFR 990.55(b)(1)(vii)) or adaptive management are:

Objective #1:  Increase enforcement activities related to the proper use of TEDs.

**Performance Criteria**

- Each year there will be an increase in TED-related enforcement vessel patrol hours as compared to the currently funded vessel patrol hours.

- By the end of the monitoring period, there will be a decrease in the number of enforcement actions as compared to the number of boat inspections.

Objective #2:  Increase compliance with TED regulations.

**Performance Criteria:**

- By the end of the monitoring period, there will be a decrease in number of violations or severity of violations as compared to historic data.

## C.      Roles and Responsibilities

This Plan will be implemented by the Texas Trustees via the project partner, TPWD law enforcement division. TPWD will conduct all enforcement-related activities and provide the Texas Trustees information that documents their actions.

The Texas Trustees will work with the TPWD Law Enforcement Division to identify corrective actions needed to help achieve success, measured as a decrease in the number or severity of violations. Corrective actions will be part of an adaptive management process in which the Texas Trustees and TPWD law enforcement may evaluate information obtained as part of this project and other projects or datasets to inform future actions. This allows for flexibility to maximize performance for this project component under changing conditions.

## II.      Project Monitoring

The proposed monitoring for this project component, outlined below, is organized by objective, with one or more monitoring parameters. For each of the identified monitoring parameters, where appropriate, information is provided on the monitoring methods, timing and frequency, and sites. The Implementing Trustees will also evaluate the outcome of each year's activities to determine if any changes in monitoring protocols are needed. If changes are needed, the Trustees will update the Project Monitoring Plan to describe any modifications.

The activities involved with monitoring each objective are detailed below:

Objective #1:  Increase enforcement patrols for the proper use of TEDs.

- Have the number of hours spent on TED-related enforcement patrols increased?

Parameter #1: Documentation of restoration funding agreements between the Texas Trustees and the TPWD law enforcement division.

    a) Method: Signed agreement. This agreement will include information on the techniques, timing and frequency, reporting requirements, and the type of data that will be collected and submitted.

    b) Timing and Frequency: Prior to distribution of funds from Texas Trustees to TPWD law enforcement.

    c) Performance Criteria: Compliance with terms of the active agreement between the Texas Trustees and TPWD law enforcement.

    d) **Data Product(s):** TPWD Signed Agreements, and any documentation of non-compliance with the terms of the agreement between Texas Trustees and the TPWD over the life of the project.

Parameter #2: Level of effort for enforcement will include vessel patrol hours, personnel hours used for TED-related enforcement activities, boat hours and number of vessels inspected.

1. Method: Historical and new data will be collected from TPWD law enforcement. Data collection will be provided to the Texas Trustees. Texas Trustees will analyze the data provided by TPWD law enforcement.

2. Timing and Frequency:

    *a) One time, in the first annual report, historical data will be compiled as part of pre-project implementation monitoring (once)*

    *b) On an annual basis for the duration of the project, the data products collected from this project that are related to this parameter will be reported.*

3. Sites: Gulf of Mexico, primarily Texas state waters.

4. Performance Criteria:

    *a) Each year there will be an increase in TED-related enforcement vessel patrol hours as compared to the currently funded vessel patrol hours.*

    *b) By the end of the monitoring period, there will be a decrease in the number of enforcement actions as compared to the number of boat inspections.*

5. Data Product(s): vessel patrol hours, personnel hours used for TED-related enforcement activities, boat hours and number of vessels inspected. Geographical data associated with inspections (waterbody and county).

Objective #2: Increase compliance with TED regulations.

- Has compliance with TED regulations increased?

Parameter #1: Compliance with TED regulations which will include the number and severity of citations.

Method: Historical information on the number and severity of citations related to non-compliance with TED regulations will be obtained from TPWD for at least the 5

years prior to project implementation. TPWD will monitor compliance with TED regulations following regular enforcement duties and procedures and provide information relating to citations including number and severity of citation during the period of funding. Data regarding the number of citations an individual receives will be aggregated, as required by law.

6.      Timing and Frequency:

     a)      *One time, in the first annual report, historical data will be compiled.*

     b)      *On an annual basis for the duration of the project, the data products collected from this project that are related to this parameter will be reported Sites: Gulf of Mexico, primarily Texas state waters.*

7.      Performance Criteria: By the end of the monitoring period, there will be a decrease in number of violations or severity of violations as compared to historic data.

8.      Data Product (s): Aggregate reports containing the number and severity of citations broken out by geographical region (waterbody location and county). These reports will be provided on a quarterly basis, with a lag time of one full quarter to complete the reports, (i.e., at the end of the 2nd quarter, June 30, a report will be provided that includes the data collected between January 1 and March 31 of that same year, etc.).

## III.    Monitoring Schedule

The schedule for this project component monitoring is shown in Table 1, separated by monitoring activity. The compilation of historical data identified in this plan will be reported in the first annual report (Pre-Project Monitoring). Performance Monitoring will begin at the point agreements are in place between the Texas Trustees and TPWD law enforcement.

Table 1. Monitoring schedule.

| Monitoring Activity | Pre-Project Monitoring | Project Start-up Monitoring | Performance Monitoring Years 1-10 |
|---|---|---|---|
| Documentation of restoration funding agreement | | X | X |
| Level of enforcement effort | X | | X |
| Compliance with TED regulations | X | | X |

## IV.    Reporting and Data Requirements

This section describes the process the Texas Trustees and TPWD will follow to document, validate and report field data collected for the purposes of Performance Monitoring. The reporting and data requirements described herein are intended to:

- Maximize the quality, utility, and integrity of monitoring data;

- Organize, track, locate, and access monitoring data over the long-term; and

- Share finalized monitoring data with the public in a consistent and comprehensible format.

## A.    Reporting

The Texas Trustees shall provide annual status reports describing the status of and any changes to this Early Restoration Project Component and/or project Component expenditures during each calendar year. The Texas Trustees shall provide annual status reports to the public until the applicable performance criteria, monitoring, and maintenance period has expired or the annual reporting requirement has been met in any active agreement, whichever comes first.

Annual reporting will cover from January 1st to December 31st of each restoration year. The first annual report will cover the calendar year following the year in which the Stipulation is filed. Annual status reports will be due within sixty (60) days after the conclusion of that annual reporting year.

Data that is not available within this time-period will be provided within 6 months after the conclusion of the subject annual reporting year. Reported data and all data that is available to the public will be aggregated in accordance with applicable laws and regulations. While the Trustees will be relying on data from the existing programs, only aggregated summary data will be incorporated in annual reports. The Implementing Trustees will develop a final project summary at the conclusion of the 10-year project period which will detail the overall accomplishments of the project. Data collected as part of this project will be compared to historical data. Additionally, there will be an evaluation of any changes in the citations (number or severity) over time.

## B.    Data Documentation

Data collected for this Component will be provided to BPXP at the times set forth in paragraphs 2, 3 and 4.1 herein.  To the extent possible, data generated during monitoring activities will be documented in accordance with methods and procedures used by the TPWD Law Enforcement Division. Data will be entered into a law enforcement managed database and appropriate fields will be reported out.

## C.    Data Transcription, Validation, and Analysis

Data collected by TPWD law enforcement is subject to existing verification procedures of its Law Enforcement Division. Data generated by this project component will be reviewed by the Texas Trustees for completeness and accuracy before being finalized. Monitoring data that is transferred to the Texas Trustees will be retained by the Texas Trustees and stored in accordance with TPWD, Trustee, and applicable litigation-hold requirements.

When the data transcription and verification/validation processes are complete, electronic datasets can be used for data analysis. Analyses will be used to derive Project monitoring performance criteria metrics.

The provision of data under this plan is not intended to affect the rights of any party to object to the relevance or admissibility of that data in any judicial or administrative proceeding.