**Stipulation Regarding Early Restoration Project
for the Deepwater Horizon Oil Spill -
Texas Rookery Islands Project**

This Stipulation Regarding an Early Restoration Project for the Deepwater Horizon Oil Spill – Texas Rookery Islands Project ("Project Stipulation" or "Stipulation"), is made by and among BP Exploration & Production Inc. ("BPXP"), the State Trustees and Federal Trustees as defined herein (collectively, with the United States Department of Justice, the "Parties") in accordance with the Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill ("Framework Agreement") executed April 20, 2011. Except as set forth herein, this Project Stipulation is governed by the Framework Agreement and incorporates its terms by reference. This Project Stipulation will be effective when signed by an authorized representative of each of the Parties.

WHEREAS, for purposes of this Project Stipulation, the United States is acting on behalf of the following federal trustees of natural resources: the Secretary of the United States Department of the Interior ("DOI"), through its applicable bureaus, the Administrator of the National Oceanic and Atmospheric Administration ("NOAA"), the Administrator of the United States Environmental Protection Agency ("EPA"), and the Secretary of the United States Department of Agriculture ("USDA") (collectively "Federal Trustees"); and

WHEREAS, for purposes of this Project Stipulation, the States of Alabama, Florida, Louisiana, Mississippi, and/or Texas (collectively, "States") are acting through the following state trustees of natural resources: for the State of Alabama, the Alabama Department of Conservation and Natural Resources and the Geological Survey of Alabama; for the State of Florida, the Florida Department of Environmental Protection and the Florida Fish and Wildlife Conservation Commission; for the State of Louisiana, the Louisiana Coastal Protection and Restoration Authority, the Louisiana Oil Spill Coordinator's Office, the Louisiana Department of Environmental Quality, the Louisiana Department of Wildlife and Fisheries, and the Louisiana Department of Natural Resources; for the State of Mississippi, the Mississippi Department of Environmental Quality; and for the State of Texas, the Texas Parks and Wildlife Department, the Texas General Land Office, and the Texas Commission on Environmental Quality (collectively, "State Trustees"; the State and Federal Trustees collectively are referred to as the "Trustees"); and

WHEREAS, on or about April 20, 2010, the mobile offshore drilling unit Deepwater Horizon experienced an explosion, fire and subsequent sinking in the Gulf of Mexico resulting in a release of oil into the Gulf of Mexico and response actions ("the Oil Spill"); and

WHEREAS, the Trustees are conducting a Natural Resource Damage Assessment ("NRDA"), as that term is defined in 15 C.F.R. § 990.30 and corresponding state law provisions, to determine Natural Resource Damages resulting from the Oil Spill in accordance with federal and state laws and authorities; and

WHEREAS, while the NRDA is continuing, the Trustees approved the final Deepwater Horizon Oil Spill Phase IV Early Restoration Plan and Environmental Assessments on September 14, 2015, after public notice of the proposed plan, a reasonable opportunity for public

comments, and consideration of all comments received, which final plan includes the project described herein ("Early Restoration Project"); and

WHEREAS, the Trustees have determined that the Early Restoration Project meets the criteria set forth in Paragraph 6 of the Framework Agreement and is consistent with section 1006 of the Oil Pollution Act, 33 U.S.C. § 2706, and the Oil Pollution Act Regulations (Natural Resource Damage Assessments), 15 C.F.R. §§ 990 et seq.; and

WHEREAS, all Parties agree that this Project Stipulation has been negotiated in good faith and that it is fair, reasonable, and in the public interest;

NOW, THEREFORE, in consideration of the promises exchanged herein, the Parties hereby agree and stipulate as follows:

I.   RESTORATION PROJECT

A. The Trustees have selected the Early Restoration Project set forth in Appendix A (including project description, estimated project cost, and location), attached hereto and incorporated by reference, as an appropriate restoration project to address natural resource injuries resulting from the Oil Spill.  On May 20, 2015, the Trustees published for public notice and comment a Draft Phase IV Early Restoration Plan and Environmental Assessments (the "Phase IV Plan"), that included the Early Restoration Project.  On September 14, 2015, after considering all public comments received on the draft plan, the Trustees adopted a final Phase IV Plan that included the Early Restoration Project.  The final Phase IV Plan (along with supporting documentation) is available publicly as described in Appendix B.

B. The Parties agree that the Early Restoration Project is consistent with section 1006 of the Oil Pollution Act, 33 U.S.C. § 2706, and the Oil Pollution Act Regulations (Natural Resource Damage Assessments), 15 C.F.R. §§ 990 et seq., is in the public interest and meets all of the following criteria:

   i.   contributes to making the environment and the public whole by restoring, rehabilitating, replacing, or acquiring the equivalent of natural resources or services injured as a result of the Oil Spill, or compensating for interim losses resulting from the Oil Spill;

   ii.   addresses one or more specific injuries to natural resources or services associated with the Oil Spill;

   iii.   seeks to restore natural resources, habitats or natural resource services of the same type, quality, and of comparable ecological and/or human use value to compensate for identified resource and service losses resulting from the Oil Spill;

   iv.   is not inconsistent with the anticipated long-term restoration needs and anticipated final restoration plan; and

   v.   is feasible and cost effective.

C. The Early Restoration Project shall be implemented jointly by the following Trustees: the Texas Parks and Wildlife Department, the Texas General Land Office, and the Texas Commission on Environmental Quality "Texas Trustees" and DOI ("Implementing

Trustees"). The Early Restoration Project consists of four components ("Component(s)"): Dickinson Bay Rookery Island II, Dressing Point Rookery Island, Rollover Bay Rookery Island, and Smith Point Rookery Island. A description of each of the Components is set forth in Appendix A. The Implementing Trustee for each Component is as follows:

    i.    DOI shall implement the Dressing Point Rookery Island Restoration project component;

    ii.    The Texas Trustees shall implement the Dickinson Bay, Rollover Bay, and Smith Point Rookery Island Restoration project components.

D.  Quarterly Reports:  The Implementing Trustee(s) shall provide quarterly status reports on each of the Early Restoration Project Components to BPXP describing the progress on Component implementation during each period (including a summary of costs expended during that quarter), until the conclusion of the calendar year in which the Implementing Trustees have completed construction of the Component, or until the NRD case is concluded by a judicially approved consent decree or final judgment resolving BPXP's potential liability for natural resource damages resulting from the Oil Spill, whichever comes first. For purposes of this reporting, a year will be divided into the following four quarters:  (1) January, February, March; (2) April, May, June; (3) July, August, September; (4) October, November, December.   The first quarterly status report shall encompass all relevant information from the quarter in which the Project Stipulation was filed as well as the first subsequent quarter; therefore the first quarterly report may encompass a timeframe greater than three (3) months.   Quarterly status reports will be due within sixty (60) days after the end of the applicable quarter.

Annual Reports:  Once the Implementing Trustee(s) fulfill their obligation to submit quarterly reports for the Early Restoration Project Components, the Implementing Trustees shall provide annual status reports on each Early Restoration Project Component to BPXP describing the status of and any changes to the Early Restoration Project Component and/or project Component expenditures during each period.  The Implementing Trustees shall provide annual status reports until the applicable performance criteria, monitoring, and maintenance period has expired or until the NRD case is concluded by a judicially approved consent decree or final judgment resolving BPXP's potential liability for natural resource damages resulting from the Oil Spill, whichever comes first.  For the purposes of the annual reporting, a reporting year will cover from January 1st to December 31st.  The first annual report will cover the calendar year immediately following the calendar year in which the Implementing Trustee(s) have completed construction of the Early Restoration Project Component.  Annual status reports will be due within sixty (60) days after the conclusion of that annual reporting year.  The Trustees may group multiple Early Restoration Projects or Project Components in a single report.

E.  All Parties shall have the right to observe or inspect the implementation of each Early Restoration Project Component to the greatest extent practicable under applicable laws based on Trustee safety requirements, permit conditions, Trustee knowledge of the scheduling of monitoring activities, and site-specific conditions as set forth and in

accordance with the terms of the project monitoring plan in Appendix E. Except as otherwise provided under the project monitoring plan, all  data and reports available to BPXP under the terms of the project monitoring plan shall be provided after applicable quality assurance/quality control (if any), and may be incorporated into the Administrative Record for the Deepwater Horizon Natural Resource Damage Assessment at the discretion of the Trustees in accordance with the Oil Pollution Act, 33 U.S.C. §§ 2701 et seq., and the Oil Pollution Act Regulations (Natural Resource Damage Assessments), 15 C.F.R. §§ 990 et seq.

II.   FUNDING FOR PROJECTS IMPLEMENTED BY ONE OR MORE TRUSTEES

A.  BPXP shall provide total funding in the amount of $20,603,770 ("Amount Owed") for the Early Restoration Project.  BPXP shall provide the funding in accordance with Paragraph II.C., below, absent the entry of a judicial stay or other court order that prevents project implementation or otherwise affects the terms of this Project Stipulation. All funds provided to any Trustee under this Stipulation shall be paid and deposited in accordance with the instructions provided by the Implementing Trustees pursuant to Paragraph II.C., below.

B.  The Trustees shall use the funds paid under this Stipulation only for implementation of the Early Restoration Project, including oversight, monitoring, corrective actions, maintenance, and any agreed upon contingency, except as provided in Paragraphs II.D. and II.E.  The estimated cost of the Early Restoration Project is set forth in Appendix A.

C.  Within fourteen (14) days after the filing of this Project Stipulation, BPXP shall cause the transfer of the Amount Owed from the Early Restoration Subaccount[1] to the account or accounts and in the manner designated in instructions provided by the Implementing Trustees.  This payment represents 100% funding for the entire Early Restoration Project, and shall be paid as follows:

1.  DOI shall receive $3,939,078; and

2.  the State of Texas shall receive $16,664,692.

D.  Any and all funds transferred pursuant to Paragraph II.C. of this Project Stipulation, along with any accrued interest, that have not been spent and remain unobligated after the Trustees have completed an Early Restoration Project Component (or Replacement Component(s), if applicable), including all performance monitoring and corrective actions, shall be retained by the Trustees.  Such funds may only be used by the Implementing Trustees for another restoration project or project component agreed to by all Trustees, provided, however, that such funds may not be used for another project unless and until the Implementing Trustees have confirmed in writing that the Early Restoration Project Component is complete.  BPXP shall not be entitled to any additional NRD Offsets or other credits related to any additional restoration work performed with such retained funds.

---

[1] The Early Restoration Subaccount means the separate subaccount within the Deepwater Horizon Oil Spill Trust, the private trust previously established by BPXP that was created and holds the $1 billion BPXP committed toward early restoration projects, as required by the terms of the Framework Agreement.

E.  Provisions Governing Selection of Replacement Component(s):  At any time after BPXP has provided 100% of the funding for the Early Restoration Project pursuant to Paragraph II.C., the Trustees may for good cause elect not to implement one or more of the Components of the Early Restoration Project.  If the Trustees elect not to implement one or more of the Components of the Early Restoration Project in substantially the same form as described in Appendix A, the Parties agree that the Trustees shall apply any unspent funds in accordance with the following provisions:

1.  The Implementing Trustees for the Early Restoration Project or an affected trustee designated by the Implementing Trustees shall retain the unspent funds paid by BPXP under this Project Stipulation;

2.  The Trustees shall apply the unspent funds to one or more replacement component(s) ("Replacement Component(s)"), which may include a modified version of the Component(s) described in Appendix A.  Any Replacement Component(s) shall be implemented in Texas and shall be designed to compensate for pelicans, gulls, royal and sandwich terns, great blue herons, roseate spoonbills, reddish egrets, great egrets, snowy egrets, tricolored herons, and/or black-crowned night herons in Texas and the Gulf of Mexico, as outlined in Appendix C;

3.  The Trustees' selection of Replacement Component(s) under these provisions shall be subject to the criteria set forth in Paragraph 6 of the Framework Agreement and in Paragraph I.B. of this Project Stipulation, except that the Replacement Component(s) shall not be subject to approval by BPXP;

4.  The Trustees shall keep BPXP reasonably informed about the progress for selection of Replacement Component(s) under these provisions;

5.  BPXP shall not be required by this Project Stipulation to provide any funding for the Replacement Component(s) beyond the funding provided pursuant to Paragraph II.C. and Paragraph II.E.6. below;

6.  In addition to the project funding required under Paragraph II.C., BPXP shall provide funding for reasonable pre-implementation planning costs associated with identifying and selecting any Replacement Component(s).  Such funding shall be in addition to the funds held in the Early Restoration Subaccount.  BPXP shall not receive any additional NRD Offsets for planning costs funded pursuant to this paragraph.

7.  BPXP shall be entitled to the NRD Offsets set forth in and in accordance with Section III below and Appendix C.  The timing, selection and/or implementation of any Replacement Component(s) shall not modify the NRD Offsets as set forth in Section III below and Appendix C.

8.  If any Replacement Component is not implemented by the Trustees for good cause, the provisions of this Paragraph II.E shall apply to the selection of any new Replacement Component(s).

F.  Notwithstanding any provision of this Project Stipulation, if the cost of the Early Restoration Project (or Replacement Component(s), if applicable) exceeds the amount of funding stated in Paragraph II.A. above, the Parties may agree, in writing, to increase the

5

amount of funding that BPXP will provide for the Early Restoration Project (or Replacement Component(s), if applicable) under this Project Stipulation from the Early Restoration Subaccount.

G. The Implementing Trustees may shift or transfer funds that they have received pursuant to this Stipulation among each other, as they determine to be necessary or appropriate to allow for completion of the Early Restoration Project Components (or Replacement Component(s), if applicable).

III. <u>NRD OFFSETS</u>

A. The natural resources and/or services predicted to result from the Early Restoration Project ("NRD Offsets") are set forth in Appendix C, attached hereto and incorporated by reference. Trustee(s) whose resources are addressed in the Early Restoration Project, as designated by the Trustee Council in accordance with Paragraph 11 of the Framework Agreement, are also identified in Appendix C ("Affected Trustees"). NRD Offsets shall be applied only to the injuries within the boundaries of the state or states in which the Early Restoration Project is implemented or as otherwise provided in Appendix C.

B. Terms used in the NRD Offsets that are defined in OPA or in 15 C.F.R. Part 990 shall have the meaning set forth in the statute or regulations, except where a different definition is provided in Appendix C or in Appendix D (Glossary of Terms), attached hereto and incorporated by reference, in which case the meaning provided in the applicable Appendix shall control.

C. BPXP shall be entitled to the NRD Offsets set forth in Appendix C upon full payment of the sums specified in Paragraph II.C.

D. The Trustees agree that the NRD Offsets set forth in Appendix C shall apply to the NRDA even if the Early Restoration Project (or Replacement Component(s), if applicable) does not achieve the anticipated results.

E. BPXP waives the right to claim that the Early Restoration Project (or Replacement Component(s), if applicable) provides benefits to natural resources or services beyond those identified in Appendix C, or provides benefits to Trustees other than those identified in Appendix C.

F. Except as otherwise agreed to by the Parties, none of the terms of this Stipulation, including, without limitation, the amount of the NRD Offset and the methodology used to calculate the NRD Offset in this Project Stipulation, shall be used as precedent for any other restoration project. Furthermore, neither the amount of the NRD Offset nor the methodology used to calculate the NRD Offset shall be used as precedent for determining NRD Offsets or the benefits or effects of restoration in this or for any other case.

G. (1)  Any NRD Offsets set forth in Appendix C shall be applied to reduce the Trustees' assessment of natural resource damages resulting from the Oil Spill in any civil litigation or other proceeding brought by the Trustees, individually or collectively, seeking natural resource damages ("initial application").

(2)  If the Court modifies the Trustees' assessment of natural resource damages resulting from the Oil Spill in a way that materially affects their initial application of the NRD Offsets, then the Trustees shall re-apply the NRD Offsets to reduce the natural resource damages determined by the Court, once the Court's determination is final and is not subject to further appeal.  The Trustees shall provide BPXP notice of any proposed re-application of the NRD Offsets and an opportunity of no less than sixty (60) days to submit comments and any relevant information and supporting materials ("BPXP's submission").  After considering BPXP's submission, the Trustees shall issue their modified application of the NRD Offsets.  Within thirty (30) days of receipt of the Trustees' modified application of the NRD Offsets, BPXP may seek judicial review of the Trustees' determination based solely on BPXP's submission, any response or explanation provided by the Trustees, and the record of the NRDA and the NRD litigation.  Nothing in this Paragraph shall affect the quantity or definition of NRD Offsets as set forth in Appendix C, nor shall this Paragraph require application of the NRD Offsets beyond the limitations set forth in this Stipulation, including the limitations in Appendix C on Affected Trustees and on the type and/or geographic scope of the natural resources and/or services against which the Offsets may be applied.

(3)  To the extent NRD Offsets have been applied as provided in this Stipulation, then BPXP is not entitled to any further application of the NRD Offsets in litigation nor other proceedings brought by the Trustees.

IV.  <u>EFFECT OF STIPULATION</u>

A.  This Project Stipulation is binding upon the Parties and their successors and assigns.

B.  Except as provided herein, the Parties make no admission of fact or law by entering into this Project Stipulation.

C.  The Trustees agree to incorporate this Project Stipulation into the Administrative Record for the Deepwater Horizon NRDA.

D.  Within five (5) days of execution of this Project Stipulation, the United States, acting through the United States Department of Justice, counsel representing those State Trustees who are parties in the Deepwater Horizon Oil Spill Multi-District Litigation ("MDL"), and BPXP shall file a notice of this Project Stipulation, for informational purposes only, with the MDL Court.  Such notice shall be substantially in the same form as the notices of Early Restoration Project Stipulations previously filed in the MDL.  Any such notice may address multiple Project Stipulations.

E.  The Trustees hereby covenant not to sue BPXP for claims for damages or injuries to or losses of natural resources resulting from the activities of the Trustees in implementing the Early Restoration Project or, if applicable, Replacement Component(s).

F.  Any modification to this Project Stipulation shall be in writing signed by all Parties, except that (1) a non-material modification may be made in writing signed by the Affected Trustees, DOJ, and BPXP; and (2) the Implementing Trustees and BPXP may correct typographical or other non-substantive scriveners' errors by substituting a corrected page for the page containing the error, with the Parties' agreement to the

correction(s) documented by exchange of e-mails or letters.  Any modification that affects the amount of funding to be provided, the NRD Offsets to be attributed to the project, or the effect of the Project Stipulation on claims or liabilities shall be considered material.  Notice of any modification, including corrections, shall be filed with the MDL Court for informational purposes only.

V.   GENERAL PROVISIONS AND RESERVATIONS OF RIGHTS

A. Except for the stipulated NRD Offsets and as set forth herein in Paragraph IV.E., this Project Stipulation shall not be construed to limit in any way the authority of the Trustees to perform assessments, engage in any restoration planning, or select and implement restoration projects; nor shall it require BPXP to fund any of these activities, except as set forth in Paragraph II.E.6.

B. This Project Stipulation fully reserves and shall not limit the Trustees' rights to recover costs for reasonable oversight costs related to assessments, restoration planning activities, selection and implementation of restoration projects, or other reasonable natural resource damage assessment costs as provided in 33  U.S.C. § 2706 including the Trustees' costs associated with the selection of Early Restoration Projects, development of the Early Restoration Plan(s), and general non-project specific administration and monitoring of the early restoration process, and any reasonable pre-implementation planning costs associated with identifying and selecting any Replacement Component(s) not funded by BPXP under Paragraph II.E.6 ; provided, however, nothing in this Project Stipulation shall permit the Trustees to recover additional costs of implementation of the Early Restoration Project except in accordance with Paragraph II.F.

C. Except for the stipulated NRD Offsets and as set forth herein in Paragraph IV.E., this Project Stipulation does not operate to release BPXP from any potential natural resource damage or other liability, and the Trustees reserve all other claims against BPXP and/or other parties related to natural resource damage liability or any other liability arising from the Oil Spill.

D. Except for the stipulated NRD Offsets and as set forth herein in Paragraph IV.E., the Trustees reserve the right to use any appropriate methodologies for assessing natural resources injuries, for determining the natural resource damages and for planning and scaling restoration for the Oil Spill.

E. Except with respect to the Early Restoration Project that BPXP has agreed to fund, any Replacement Component(s) selected in accordance with this Project Stipulation, and the agreed upon NRD Offsets under this Project Stipulation, BPXP reserves all legal and evidentiary defenses it may have against any claim asserted by any Trustee, including, without limitation, any defenses related to natural resource damages arising from the Oil Spill, any natural resource damages assessment associated with the Oil Spill, and any methodologies the Trustees use to assess natural resources injuries, determine the natural resource damages claims, and in planning and scaling restoration.  BPXP reserves all claims, cross-claims or counterclaims it may have against any person or entity not a party to this Project Stipulation.

F.  Except for the stipulated NRD Offsets and as set forth herein in Paragraph IV.E., the Trustees expressly reserve all claims, demands, and causes of action, either judicial or administrative, past or future, in law or equity, against any person or entity not a party to this Project Stipulation for any matter arising out of or in any way relating to the Oil Spill.

G.  The undersigned representative of each Party certifies that he or she is fully authorized to enter into the terms and conditions of this Project Stipulation and to execute and legally bind such Party to this document.  This Project Stipulation may be signed in counterparts.

H.  To the extent that there is any inconsistency between this Project Stipulation and the Framework Agreement, this Project Stipulation shall govern.


IN WITNESS WHEREOF, the undersigned Parties have executed and delivered this Project Stipulation, effective as of the date of execution by all Parties.

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Texas Rookery Islands Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* relating to the *Deepwater Horizon* Oil Spill.

FOR THE UNITED STATES:

_____

Date

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

_____

Date

_____

CYNTHIA K. DOHNER
Deepwater Horizon Authorized Official
Department of the Interior
1875 Century Boulevard
Atlanta, Georgia 30345

_____

Date

_____

KENNETH J. KOPOCIS
U.S. Environmental Protection Agency
Principal Representative
1200 Pennsylvania Ave. NW
Washington, D.C. 20460

_____

Date

_____

CHRISTOPHER D. DOLEY
National Oceanic and Atmospheric Administration
Principal Representative
1315 East-West Highway
Silver Spring, MD 20910

_____

Date

_____

ANN C. MILLS
U.S. Department of Agriculture
Deputy Under Secretary for Natural Resources
and Environment
1400 Independence Ave. SW
Washington, D.C. 20250

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Texas Rookery Islands Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE UNITED STATES:

_____

Date

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

_____9/15/15_____

Date

CYNTHIA K. DOHNER
Deepwater Horizon Authorized Official
Department of the Interior
1875 Century Boulevard
Atlanta, Georgia 30345

_____9/16/15_____

Date

KENNETH J. KOPOCIS
U.S. Environmental Protection Agency
Principal Representative
1200 Pennsylvania Ave. NW
Washington, D.C. 20460

_____

Date

CHRISTOPHER D. DOLEY
National Oceanic and Atmospheric Administration
Principal Representative
1315 East-West Highway
Silver Spring, MD 20910

_____9/16/15_____

Date

ANN C. MILLS
U.S. Department of Agriculture
Deputy Under Secretary for Natural Resources
and Environment
1400 Independence Ave. SW
Washington, D.C. 20250

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Texas Rookery Islands Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE UNITED STATES:

_____
Date

_____
JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice
Washington, D.C. 20530

_____
Date

_____
CYNTHIA K. DOHNER
Deepwater Horizon Authorized Official
Department of the Interior
1875 Century Boulevard
Atlanta, Georgia 30345

_____
Date

_____
KENNETH J. KOPOCIS
U.S. Environmental Protection Agency
Principal Representative
1200 Pennsylvania Ave. NW
Washington, D.C. 20460

_9-16-2015_
Date

_____
CHRISTOPHER D. DOLEY
National Oceanic and Atmospheric Administration
Principal Representative
1315 East-West Highway
Silver Spring, MD 20910

_____
Date

_____
ANN C. MILLS
U.S. Department of Agriculture
Deputy Under Secretary for Natural Resources
and Environment
1400 Independence Ave. SW
Washington, D.C. 20250

10

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Texas Rookery Islands Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF ALABAMA:


____9/15/15_____          _____
Date                                N. GUNTER GUY, JR.
                                    Alabama Department of Conservation
                                    and Natural Resources
                                    Commissioner of Conservation
                                    64 N. Union Street
                                    Montgomery, AL 36130




____9/15/15_____              _____
Date                                BERRY H. TEW, JR.
                                    Geological Survey of Alabama
                                    and State Oil and Gas Board of Alabama
                                    State Geologist/Oil & Gas Supervisor
                                    P.O. Box 869999
                                    Tuscaloosa, AL 35486-6999

11

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Texas Rookery Islands Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF FLORIDA:


_____9/15/15_____                    _____
Date                                       LARRY MORGAN
                                           Florida Department of Environmental
                                           Protection
                                           Senior Deputy General Counsel
                                           3900 Commonwealth Blvd., MS 35
                                           Tallahassee, Florida 32399-3000




_____9/15/15_____                    _____
Date                                       NICK WILEY
                                           Florida Fish and Wildlife Conservation
                                           Commission
                                           Executive Director
                                           620 South Meridian Street
                                           Tallahassee, Florida 32399-1600

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Texas Rookery Islands Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF LOUISIANA:

_____9/15/15_____
Date

KYLE GRAHAM
Louisiana Coastal Protection and Restoration
Authority
Executive Director
P.O. Box 44027
Baton Rouge, Louisiana 70804

_____9/15/15_____
Date

BRIAN WYNNE
Louisiana Oil Spill Coordinator's Office
Director
P.O. Box 66614
Baton Rouge, Louisiana 70896

_____9/15/15_____
Date

PEGGY HATCH
Louisiana Department of Environmental Quality
Secretary
P.O. Box 4301
Baton Rouge, Louisiana 70821-4301

_____9/15/15_____
Date

ROBERT BARHAM
Louisiana Department of Wildlife and Fisheries
Secretary
P.O. Box 98000
Baton Rouge, Louisiana 70898

_____9/15/15_____
Date

STEPHEN CHUSTZ
Louisiana Department of Natural Resources
Secretary
P.O. Box 94396
Baton Rouge, Louisiana 70804-9396

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Texas Rookery Islands Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF MISSISSIPPI:


_____9/16/15_____
Date

GARY C. RIKARD
Mississippi Department of Environmental Quality
Executive Director
P.O. Box 2261
Jackson, Mississippi 39225-2261

14

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Texas Rookery Islands Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF TEXAS:


15 September 2015
Date

CARTER SMITH
Texas Parks and Wildlife Department
Executive Director
4200 Smith School Road
Austin, Texas 78744


Date

ANNE L. IDSAL
Texas General Land Office
Chief Clerk
P. O. Box 12873
Austin, Texas 78711


Date

RICHARD A. HYDE, P.E.
Texas Commission on Environmental Quality
Executive Director
P. O. Box 13807
Austin, Texas 78711

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Texas Rookery Islands Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF TEXAS:


_____
Date

_____
CARTER SMITH
Texas Parks and Wildlife Department
Executive Director
4200 Smith School Road
Austin, Texas 78744


_____9/15/15_____
Date

*Anne L. Idsal*
_____
ANNE L. IDSAL
Texas General Land Office
Chief Clerk
P. O. Box 12873
Austin, Texas 78711


_____
Date

_____
RICHARD A. HYDE, P.E.
Texas Commission on Environmental Quality
Executive Director
P. O. Box 13807
Austin, Texas 78711

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Texas Rookery Islands Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR THE STATE OF TEXAS:


_____
Date

_____
CARTER SMITH
Texas Parks and Wildlife Department
Executive Director
4200 Smith School Road
Austin, Texas 78744


_____
Date

_____
ANNE L. IDSAL
Texas General Land Office
Chief Clerk
P. O. Box 12873
Austin, Texas 78711


_____SEP 1 5 2015_____
Date

_____
RICHARD A. HYDE, P.E.
Texas Commission on Environmental Quality
Executive Director
P. O. Box 13807
Austin, Texas 78711

THE UNDERSIGNED PARTY enters into this Project Stipulation for the Texas Rookery Islands Project in the matter of *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*, relating to the *Deepwater Horizon* Oil Spill.

FOR BP EXPLORATION & PRODUCTION INC:


_17 Sept. 2015_
Date


_17 SEPT 2015_
Date


Agent authorized to accept notices or service on behalf of BP Exploration & Production Inc.:

Name:               Jean Martin, *or successor attorney assigned to manage Deepwater Horizon Natural Resource Damage Claims*
Address:            BP Legal Department
                    501 Westlake Park Blvd
                    Houston, Texas 77079
Telephone Number:   832-619-5239
Facsimile Number:   281-366-7578

APPENDIX A

**EARLY RESTORATION PROJECT**

# Appendix A:  Texas Rookery Islands

## 1.0     INTRODUCTION

This document describes the Texas Rookery Islands Project (the "Early Restoration Project" or "Project") to be implemented with funding provided by BPXP, resulting in the NRD Offsets identified in Appendix C.  This document is part of a Project Stipulation executed by BPXP, the Trustees, and the United States Department of Justice.

## 2.0     PROJECT DESCRIPTION

The goal of Texas Rookery Islands project is to restore and protect four bird rookery islands in Texas, as well as brown pelicans, gulls, terns, and wading birds including great blue herons, roseate spoonbills, reddish egrets, great egrets, snowy egrets, tricolored herons, and/or black-crowned night herons, and to help compensate the public for Spill-related injuries to these species. The restoration work proposed at each island involves creation/restoration of island mass, breakwater construction, and/or revegetation.  The restoration methods to be used are established methods for this type of restoration activity.

The Trustees propose to restore and protect four bird rookery islands in Texas.  The four locations are Dickinson Bay, Dressing Point, Rollover Bay, and Smith Point (Figures 1-4).

### 2.1     Dickinson Bay Rookery Island Restoration

Restoration of the rookery will occur on a selected project site in Dickinson Bay.  The project will involve restoring the island in open water to a size of approximately 4 acres and sculpting the island to prescribed slopes and elevations. The island will be designed to support brush nesters, and control measures will be incorporated to protect the restored habitat against forces that caused the loss of the original island.  The Texas Trustees will be the lead Trustee for the design and construction of this project, working cooperatively with DOI.  The project will protect and create additional habitat for bird nesting, and is expected to lead to an increase in the number of nesting birds.

### 2.2     Dressing Point Rookery Island Restoration

Restoration and protection of Dressing Point Island, a coastal island in East Matagorda Bay on Big Boggy National Wildlife Refuge (NWR), will involve restoring island mass, enhancing the existing island, restoring scrub-shrub vegetation, enhancing emergent shell substrate, and constructing breakwater structures. DOI will be the lead Trustee for the design and construction of this project, working cooperatively with the Texas Trustees.  The project will

protect, enhance, and create additional habitat for bird nesting, and is expected to lead to an increase in the number of nesting birds.

### 2.3    Rollover Bay Rookery Island Restoration

Restoration on Rollover Bay Island, located adjacent to the Intracoastal Waterway in East (Galveston) Bay will involve restoring island mass, enhancing the existing island, restoring scrub-shrub vegetation and construction breakwater or armoring structures. The Texas Trustees will be the lead Trustee for the design and construction of this project, working cooperatively with DOI.  The project will protect and create additional habitat for bird nesting, and is expected to lead to an increase in the number of nesting birds.

### 2.4    Smith Point Rookery Island Restoration

Restoration and protection of an island in the Galveston Bay Complex, located off Smith Point, will involve restoring island mass, enhancing the existing island, restoring scrub-shrub vegetation, enhancing emergent shell substrate, and constructing protective breakwater structures. The Texas Trustees will be the lead Trustee for the design and construction of this project, working cooperatively with DOI.  The project will stabilize and protect the island's shoreline, restore elevations, and restore vegetation, creating additional habitat for bird nesting, and is expected to lead to an increase in the number of nesting birds.

### 3.0    PROJECT IMPLEMENTATION

### 3.1    Performance Criteria, Monitoring, and Maintenance

The Implementing Trustees shall monitor the project pursuant to the Project Monitoring Plan set forth in Appendix E.  Any modification of Monitoring Plans shall not require this Stipulation to be re-executed or re-filed with the Court.

### 3.2    Estimated Project Cost

The total estimated project cost to implement Texas Rookery Islands is $20,603,770, consistent with Section 5.1.6 of the Phase IV Plan.

**APPENDIX B**

**<u>EARLY RESTORATION PLAN</u>**

The Early Restoration Project is included in the Deepwater Horizon Oil Spill Phase IV Early Restoration Plan and Environmental Assessments ("Phase IV Plan"), available at www.doi.gov/deepwaterhorizon, which was adopted by the Trustees after public review and comment.  Public comments received on the Plan are summarized in the Plan, and Trustees' responses to the comments are included.  All public comments received on the Plan are included in full in the NRDA Administrative Record for the Plan, which can be found at the same web address.

APPENDIX C

## NRD OFFSETS

The NRD Offsets for the Texas Rookery Islands Project are:

## NRD Offsets for Brown Pelicans

- NRD Offsets are 6,743 discounted bird years ("DBYs") in the Gulf of Mexico. These Offsets are applicable to brown pelican injuries in the Gulf States and in the Gulf of Mexico, as determined by the Trustees' total assessment of injury for the Oil Spill.

- Pursuant to Paragraph III.A. of the Project Stipulation, the Affected Trustees  whose resources are addressed by this Early Restoration Project are the Coastal Protection and Restoration Authority of Louisiana, the Louisiana Oil Spill Coordinator's Office, the Louisiana Department of Natural Resources, the Louisiana Department of Wildlife and Fisheries, the Louisiana Department of Environmental Quality, the Alabama Department of Conservation and Natural Resources, the Geological Survey of Alabama, the Florida Department of Environmental Protection, the Florida Fish and Wildlife Conservation Commission, the Mississippi Department of Environmental Quality, the Texas Parks and Wildlife Department, the Texas General Land Office, the Texas Commission on Environmental Quality, DOI, EPA, NOAA and USDA.

## NRD Offsets for Gulls

- NRD Offsets are 87,904 DBYs in the Gulf of Mexico. These Offsets are applicable to gull injuries in the Gulf States and in the Gulf of Mexico, as determined by the Trustees' total assessment of injury for the Oil Spill.

- Pursuant to Paragraph III.A. of the Project Stipulation, the Affected Trustees whose resources are addressed by this Early Restoration Project  are the Coastal Protection and Restoration Authority of Louisiana, the Louisiana Oil Spill Coordinator's Office, the Louisiana Department of Natural Resources, the Louisiana Department of Wildlife and Fisheries, the Louisiana Department of Environmental Quality, the Alabama Department of Conservation and Natural Resources, the Geological Survey of Alabama, the Florida Department of Environmental Protection, the Florida Fish and Wildlife Conservation Commission, the Mississippi Department of Environmental Quality, the Texas Parks and Wildlife Department, the Texas General Land Office, the Texas Commission on Environmental Quality, DOI, EPA, NOAA and USDA.

**NRD Offsets for Terns**

- NRD Offsets are 27,447 DBYs in the Gulf of Mexico.  These Offsets are applicable to sandwich and royal tern injuries in the Gulf States and in the Gulf of Mexico, as determined by the Trustees' total assessment of injury for the Oil Spill.

- Pursuant to Paragraph III.A. of the Project Stipulation, the Affected Trustees whose resources are addressed by this Early Restoration Project  are the Coastal Protection and Restoration Authority of Louisiana, the Louisiana Oil Spill Coordinator's Office, the Louisiana Department of Natural Resources, the Louisiana Department of Wildlife and Fisheries, the Louisiana Department of Environmental Quality, the Alabama Department of Conservation and Natural Resources, the Geological Survey of Alabama, the Florida Department of Environmental Protection, the Florida Fish and Wildlife Conservation Commission, the Mississippi Department of Environmental Quality, the Texas Parks and Wildlife Department, the Texas General Land Office, the Texas Commission on Environmental Quality, DOI, EPA, NOAA and USDA.

**NRD Offsets for Wading Birds**

- NRD Offsets are 11,128 DBYs in the Gulf of Mexico.  These Offsets are applicable to great blue heron, roseate spoonbill, reddish egret, great egret, snowy egret, tricolored heron, and black-crowned night heron injuries in the Gulf States and in the Gulf of Mexico, as determined by the Trustees' total assessment of injury for the Oil Spill.

- Pursuant to Paragraph III.A. of the Project Stipulation, the Affected Trustees whose resources are addressed by this Early Restoration Project f are the Coastal Protection and Restoration Authority of Louisiana, the Louisiana Oil Spill Coordinator's Office, the Louisiana Department of Natural Resources, the Louisiana Department of Wildlife and Fisheries, the Louisiana Department of Environmental Quality, the Alabama Department of Conservation and Natural Resources, the Geological Survey of Alabama, the Florida Department of Environmental Protection, the Florida Fish and Wildlife Conservation Commission, the Mississippi Department of Environmental Quality, the Texas Parks and Wildlife Department, the Texas General Land Office, the Texas Commission on Environmental Quality, DOI, EPA, NOAA and USDA.

**APPENDIX D**

**<u>GLOSSARY OF TERMS</u>**

These definitions are not considered to be a comprehensive list for all Early Restoration Projects under the Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill executed April 20, 2011.  Future projects may require other definitions, including but not limited to, other definitions for habitats included in this list.

**Discounted Bird Years** are expressed in present value 2010 discounted bird years.

**APPENDIX E**

Monitoring Plan for Proposed Deepwater Horizon NRDA Early Restoration Project:

# Texas Rookery Islands Project

21 May 2015

**Table of Contents**

1.   Introduction ................................................................................................................ 24
   1.1   Project Overview ................................................................................................ 24
   1.2   Restoration Objectives and Performance Criteria............................................. 25
   1.3   Roles and Responsibilities ................................................................................ 26
2.   Project Monitoring ...................................................................................................... 26
3.   Monitoring Frequency and Schedule .......................................................................... 32
4.   Reporting and Data Requirements .............................................................................. 32
   4.1   Reporting............................................................................................................ 33
   4.2   Data Documentation .......................................................................................... 33
   4.3   Data Transcription, Verification, Validation, and Analysis ............................. 33
5.   References.................................................................................................................... 35

### 1. Introduction

The Trustees developed this monitoring plan (Plan) for the Texas Rookery Islands Project.  This project is included as a Phase IV Deepwater Horizon early restoration project that is intended to contribute to making the environment and public whole for injuries to birds.  The purpose of this plan is to describe monitoring activities that will be conducted to evaluate and document restoration effectiveness, including performance criteria for determining the success of restoration or need for interim corrective action (15 CFR §990.55(b)(1)(vii)).  This monitoring plan is intended to be specific to this Early Restoration Project and should not be generalized beyond this project.  Other monitoring plans and designs may be appropriate in other contexts or sites.  The monitoring plan outlined here will be used for each island site:  Smith Point Island, Dickinson Bay Island II, Rollover Island, and Dressing Point Island.  Since each island will target specific bird species and is located in a different environment, the islands will be independently designed and constructed and may be managed by different Trustees or project partners.  Information collected for each site will be maintained and evaluated separately on an annual basis.  At the conclusion of the project, the Implementing Trustees will develop a final project summary which will detail the overall accomplishments of the entire project.  This Plan will be implemented by Texas Trustees,[2] DOI and project partners and may be modified over time based on the management needs for the Projects.

This Plan is intended to apply to the performance monitoring activities included herein.  The Trustees and BP Exploration & Production, Inc. ("BPXP") agree that they will include this Plan in the final Project Stipulation for the Texas Rookeries Project.

### *Project Overview*

The Texas Rookery Islands Project would restore and protect three rookery islands in the Galveston Bay System and one rookery island in East Matagorda Bay.  The Galveston Bay System islands include Dickinson Bay Island II, located within Dickinson Bay; Rollover Bay Island, located in East (Galveston) Bay; and Smith Point Island, located west of the Smith Point peninsula in Galveston Bay (Figure 1).

The purpose of the project is to improve the numbers of nesting birds and protect rookery islands in the Galveston Bay System and East Matagorda Bay.  Restoration and protection of the rookery islands is needed to protect the islands from land loss associated with erosion and relative sea level rise.  The project involves the restoration of former island habitat area and construction of protective features at each rookery island.  The habitat improvements aim to increase nesting of colonial waterbirds by increasing the amount of available nesting habitat, enhancing the quality of habitat, and by increasing protection of the habitat from natural environmental processes (e.g., wave action).

---

[2]  *The Texas Trustees include the Texas Commission on Environmental Quality, Texas General Land Office, and Texas Parks and Wildlife Department (TPWD).*



Figure 1.  Location of Texas rookery island restoration projects.

### *Restoration Objectives and Performance Criteria*

The specific restoration objectives relevant for this monitoring plan are to:  (1) Restore and protect colonial waterbird nesting islands; (2) Establish native vegetation for platform nesting birds; and (3) Increase the numbers of nesting colonial waterbirds.

Performance criteria that will be used to determine restoration success, the need for corrective action (15 CFR 990.55(b)(1)(vii)), or adaptive management are described below:

- The project is constructed according to design specifications.  At the end of the 5-year monitoring period, the infrastructure is stable and is performing as expected.

- Approximately 60% survival of planted vegetation at the end of the 5-year monitoring period.

- Increased numbers of nesting pairs of target species over the Performance Monitoring Period (5 years).

25

### *Roles and Responsibilities*

The Texas Trustees and DOI are the Implementing Trustees for the Bird Rookery Islands Project. Each island site will have a project team that includes representatives of the relevant Implementing Trustees and organizational or NGO project partners for that site.

The Implementing Trustees will work with the partners participating in management of project activities and where appropriate to identify corrective actions needed to help achieve success. Corrective actions will be part of an adaptive management process in which the Implementing Trustees and Component partners will evaluate information obtained as part of this project and other projects or datasets to inform planning of future actions. This allows for flexibility to optimize performance of the efforts under changing conditions to achieve success.

The Implementing Trustees agree to implement this Project Monitoring Plan, and BPXP or its representative will be provided an opportunity to observe all aspects of the monitoring data collection to the greatest extent practicable under applicable laws based on Trustee safety requirements, permit conditions, Trustee knowledge of the scheduling of monitoring activities, and site-specific conditions. Implementing Trustees will make reasonable efforts to facilitate the ability of BPXP to observe data collection by third parties and provide the schedules of any such activities to BPXP promptly upon their receipt by the Trustees. Implementing Trustees agree to provide BPXP with the data and information generated under the Monitoring Plan, including raw data, as described in and in accordance with section 4.4 below.

### 2. Project Monitoring

The monitoring for this project, outlined below, is organized by project objective, with one or more monitoring parameters for each objective. For each of the identified monitoring parameters, information is provided on the monitoring methods, timing and frequency, sample size, sites, and performance criteria. Once construction of each site is completed, the project team for each island will begin Performance Monitoring.

The Implementing Trustees will evaluate the outcome of each year's activities to determine if any changes in monitoring protocols are needed. If changes are needed, the Trustees will update the Plan to describe any modifications. Any changes to procedures must be compliant with all active agreements. The Implementing Trustees will evaluate the submitted reports to determine if any changes in monitoring procedures are needed. If changes are needed, the Trustees will update the Project Monitoring Plan to describe any modifications. The activities involved with monitoring each objective are detailed below:

#### Restore and protect colonial waterbird nesting islands

- Did the project achieve its design criteria?

- Are the constructed structures (e.g., breakwater, levee, etc.) working as intended?

- What is the change in island size?

Activities associated with this objective are aimed at monitoring an island's physical dimensions and effectiveness of restoring the island's mass and protecting it from physical processes.

***Physical infrastructure that supports suitable island nesting habitat (as-built) at each of the rookery island sites.***

Method:

> *The Implementing Trustees will work with the project partners to review construction documents and will verify final construction. A final inspection and post construction as-built survey by a professional Engineer (PE)will be performed to document completion.*

> *Visual inspections of specific physical features or issues such as breakwaters or erosion to the site will be conducted. Field and aerial photography will be taken to document features and conditions. The photographs will focus on infrastructures and features created on the island. The first aerial image will coincide with the end of construction to establish an aerial image baseline. The image will be high resolution and digitally rectified.*

Timing and Frequency:

> *Design criteria will be evaluated once at the completion of construction of physical infrastructure.*

> *After completion of the as-built survey, visual inspections, which include field photography, will be conducted at least once every year during the 5-year monitoring period. Each site will be visually inspected by members of the project team. Aerial photography will be obtained at least once a year for a total of 6 images.*

Sample Size:  Construction area.

Sites:  Construction activities will occur at each rookery island site.

Performance Criteria:  The project is constructed according to design specifications. At the end of the 5-year monitoring period, the infrastructure is stable and is performing as expected.

Data Products:

> *As-built designs for the project, pre and post construction inspection reports, field and aerial photographs documenting features and conditions of the islands.*

> *Annual inspection reports and photographs*

> *A copy of the final construction report submitted by the professional engineer (PE), including a post construction as-built survey*

**Establish native vegetation for platform nesting birds**

- Is target vegetation becoming established?

    *Planting survival*

    Method:  Field surveys which would result in an estimation of dominant species by area and an estimation of survival rate.

    Timing and Frequency:  First year of planting:  6 survey events; Remaining monitoring period:  2 survey events per year.

    Sample Size:  Survey entire restored or constructed area.

    Sites:  All rookery island sites.

    Performance Criteria:  Approximately 60% survival of planted vegetation at the end of the 5- year monitoring period.

    Data Products:  Monitoring reports, including photographs, and replanting documentation if replanting is required

    *Vegetation distribution and/or planting survival.*

    Method:

    *The Project Team will develop a Vegetation Plan for each island that will be approved by the Implementing Trustees.  The Vegetation Plan will contain specific requirements that would be met by a planting contractor including but not limited to items such as identifying the vegetation to be planted, the quantity of vegetation, by species to be planted, locations to be planted, survival criteria.  This plan will utilize information provided in NRCS Guidance TX-612 (NRCS 2013) and will incorporate site specific modifications to account for coastal island conditions and scrub-shrub species.  The Vegetation Plan will provide the contractor with specific targets in order to complete their contract.  Once the vegetation contractor is finished, the project team will continue to use the plan throughout the remainder of the monitoring period.*

    *Project team members will conduct field surveys to ensure the contractor is meeting their obligations, document plant survival and health, and to obtain information needed to initiate timely corrective actions.  Field surveys will document plant survival for each species planted, collect on-site photographs, and assess corrective actions if they may be deemed necessary.  Soil salinities may also be measured to determine when soil salinity is appropriate for planting and/or if it is a factor in plant survival. The field surveys will include documentation of natural colonization of the island by dominant plant species not actively planted by a contractor.*

*Information collected will include species, distribution, and estimates of coverage or density.*

*Aerial imagery will be obtained and rectified for each island site. The imagery will be reviewed for the status of the vegetation planted and for the natural colonizers. The imagery will be ground-truthed during the vegetation surveys. Estimates of coverage would be used to document the rate of vegetation establishment and provide location information that can be checked against field observations.*

*Field photography will focus on the vegetation present.*

Timing and Frequency:

*The Vegetation Plan will be developed prior to planting activities.*

*Field surveys will be conducted 6 times in the first year after planting. This is considered the most vulnerable period for survival. This increased survey effort would help identify needed corrective actions/adaptive management. For the remainder of the monitoring period, 2 surveys will be conducted each year to assess island vegetation.*

*Aerial imagery will be obtained and evaluated once annually for 5 years (for a total of 6 aerial images).*

*Field Photography will be conducted during the habitat monitoring activities (approximately 14 survey events).*

Sample Size:  Survey entire restored or constructed area.

Sites:  All rookery island sites.

Performance Criteria:  TBA.  Each island will have its own Vegetation Planting Plan which will specify performance criteria for the project.  The current expectation for survival is approximately 60% for the planted scrub-shrub plants at the end of the 5-year monitoring period.  The Vegetation Plan for each island will be developed prior to any planting activities.

Data Products:

*The Vegetation Plan for each island.*

*Field survey data which would include metrics outlined in the Vegetation Plan such as qualitative information on plant health, estimates of plant survival, measures of soil salinities (if needed), natural colonization by dominant plant species, estimates of areal distribution, and photographs taken during each survey.*

29

*Aerial images of the islands would be provided once annually to support information collected in the field.*

**Increase the numbers of nesting colonial nesting waterbirds**

- Are the target birds, in expected numbers, nesting on the restored habitat?

  ***Number of nesting pairs***

  Method:

  *Survey methodology will be consistent with that used by the Texas Colonial Waterbird Society surveys (Damude 2000). A guidance document for surveys will be formalized prior to completion of infrastructure construction has been completed. In general, surveys will be implemented as follows:*

  *Surveys will be performed in early morning or late afternoon hours to avoid excessive temperature stress on eggs or young of potentially disturbed birds.*

  *Surveys will be performed from vessels adjacent to shoreline at static locations or by drifting. If conditions preclude these options, surveys will be conducted from fixed locations on the island edge. Observers will not intrude into any nesting area to perform counts.*

  *No less than a two member team representing the Implementing Trustees will perform each survey. Additional observers approved by the Implementing Trustees may accompany survey teams.*

  *The survey team will assess safety, environmental, and island conditions and discuss specific approaches to implement the task prior to counting. For each static or drifting survey, each survey team member will count the estimated number of nesting pairs for all nesting species using similar estimating approaches and agree on a single value for each species.*

  *For each species counted, notes will be taken to document factors influencing estimate or how estimate was determined; e.g. black-crowned night heron – nesting site obscured, nest-building, number of adults/2 or tri-colored heron, single adult, nesting site fidelity, head count method.*

  *All species of nesting birds present will be recorded. Surveys will estimate the number of breeding pairs for each species using the island. General associations with particular locations and/or vegetation will be noted. Permanent geo-referenced visual markers will be placed on the islands to aid observers by partitioning sections of the island into virtual polygons*

*and used to assist in determining associations between nesting location and vegetation.*

*Each site may have fixed photographic stations that remotely record images during the nesting season.  These would be installed prior to the onset of nesting activity and removed at the end of the most active part of the nesting season.  Images collected would be used to better inform interactions between individuals and species at each site and document predation and or disturbance issues at each site.  This activity will help guide adaptive management/corrective actions.*

*Aerial imagery will be obtained and rectified for each island site.  The imagery will be evaluated for information related to bird nesting at each site and used to support information collected during field surveys.*

*Field photographs will be collected associated with each survey event at sufficient resolution to aid in refining estimates.  It will also document any noteworthy activities related to nesting activities.*

Timing and Frequency:

*Nesting bird surveys will begin after vegetation planting has occurred.  This monitoring will occur biannually in April and May for 5 years.  Where existing, historical information on nesting birds will be obtained and summarized as part of pre-project monitoring activities.*

*Fixed photography would capture images at appropriate intervals based on technology chosen.*

*Aerial imagery will be obtained and evaluated once annually for 5 years (for a total of 6 aerial images).*

*Field Photography will be conducted during each survey event(approximately 10 survey events).*

*Sample Size:  Observations on all nesting habitat.*

*Sites:  All rookery island sites.*

*Performance Criteria:  Increased numbers of nesting pairs of target species over the Performance Monitoring Period (5 years).*

*Corrective Action:  Implementing Trustees will evaluate survey methods and bird survey data results as well as other data included in the annual report and employ adaptive management techniques to address survey method improvements or actions that promote nesting as appropriate. For example, if birds fail to use the site prior to the advent of nesting*

*season, Trustees may employ decoys and playbacks as attractants prior to the next nesting season.*

Data Products:  Datasheets, field notes, field and aerial photographs, and GPS information.

### 3. Monitoring Frequency and Schedule

The schedule for the project monitoring is shown in Table 1, separated by monitoring activity. The frequency of the sampling events per year is presented within each cell.  Post-construction monitoring will occur as the various construction components (defined in the work contracts) are finalized.  After construction completion, a professional Engineer (PE) will perform a final inspection and submit a final construction report, including a post construction as-built survey to document final completion.  Performance monitoring will begin after receipt of the construction completion report and after vegetation planting.  Performance monitoring will occur annually following project construction (Years 1-5) after vegetation planting has been completed.  The occurrence of a significant storm event may initiate additional ad-hoc surveys.  Any adaptive measures will be documented and coordinated with the Implementing Trustees.

Table 1.  Anticipated monitoring frequency and schedule.

| Monitoring Activity | Post-Construction Monitoring | Performance Monitoring | | | | |
|---|---|---|---|---|---|---|
| | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 |
| As-built survey of island area and features | 1X | --- | --- | --- | --- | --- |
| Post-construction field inspection of the physical infrastructure | 1X | 1X | 1X | 1X | 1X | 1X |
| Vegetation Plan | 1X | --- | --- | --- | --- | --- |
| Vegetation surveys | --- | 6X | 2X | 2X | 2X | 2X |
| Nesting bird surveys | --- | 2X | 2X | 2X | 2X | 2X |
| Fixed photography | --- | Varied | Varied | Varied | Varied | Varied |
| Aerial imagery | 1X | 1X | 1X | 1X | 1X | 1X |
| Field photography | 1X | 9X | 4X | 4X | 4X | 4X |

### 4. Reporting and Data Requirements

This section describes the process that will be used to document, validate and report field data collected for the purposes of performance monitoring.  The reporting and data requirements described herein are intended to:

- Maximize the quality, utility, and integrity of monitoring data;
- Organize, track, locate, and access monitoring data over the long-term; and
- Share finalized monitoring data with the public in a consistent and comprehensible format.

### Reporting

Annual reports will summarize the activities described above including results, expenses, and document the degree to which the project is progressing.  For the purposes of the annual reporting, a reporting year will cover from January 1st to December 31st.  The first annual report will cover the year following the receipt of funding.  Annual status reports will be due within sixty (60) days after the conclusion of that annual reporting year.  Each island will be evaluated in a separate chapter within the report.  Information related to any corrective actions taken will be included in the report.

The reports should provide a summary of the previous annual report (including timelines documenting monitoring procedures) as well as summary information for the most recent monitoring year.  Reported data and all data that is available to the public will be aggregated in accordance with existing requirements and laws, including the protection of personal identifiable information.  The Implementing Trustees will develop a final project summary report at the conclusion of the project which will detail the overall accomplishments of the project.

### Data Documentation

The majority of data collected during the monitoring portion of this project will be field observations of infrastructure, photography, observations of birds using and nesting in the project area, and the distribution of dominant vegetation and survival of planted vegetation.  To the extent possible, all environmental and biological data generated during monitoring activities will be documented using field datasheets which have been approved by the Implementing Trustees, and which will be made available to BPXP.  The bird monitoring datasheets will be modified from the standard datasheets used for the Texas Colonial Waterbird Society Survey Data Collection (Appendix A).  Other additional datasheets may be developed for this project.  All project-specific datasheets will be drafted prior to conducting monitoring activities and will be attached to an updated version of this Monitoring Plan.

All data available to the public will be aggregated in accordance with existing requirements and laws, including the protection of personal identifiable information.  Field data will be reviewed by the Implementing Trustees for completeness and accuracy before being finalized.  Original hardcopy datasheets and photographs will be retained by the Implementing Trustee in a secure location in accordance with litigation-hold and other agency and Trustee requirements.  All validated datasets and aggregated data will be retained by the Implementing Trustees and made available to BPXP.

### Data Transcription, Verification, Validation, and Analysis

Where and when applicable field datasheets and notes will be scanned to PDF files and will be archived along with the original hardcopies.  Electronic data files should be named with the date on which the file was created.  Where possible, a ReadMe file should be included that describes when the file was created and by whom, and any explanatory notes on the file contents.  If a data file is revised, a new copy should be made and the original preserved.  Relevant project data will be transcribed (entered) into Excel spreadsheets (or similar agreed upon digital format) for required data analysis and reporting.

After transcription of the data, a second person not associated with data transcription will perform a verification of the data in the electronic database, spreadsheet, or other agreed upon electronic format against the hardcopy datasheets, and will make any corrections to transcription errors as appropriate before data are used for any analyses or distributed outside of the agency. After identified errors are addressed, data are considered to be validated.

When the data transcription process is complete, electronic datasets can be used for data analysis and reporting.  Analyses will be conducted by the Implementing Trustees to derive Project monitoring performance criteria metrics.  All data will be (1) entered or converted into agreed upon/commonly used digital format and (2) stored and managed in a secure location in such a way that the Implementing Trustee is guaranteed to have access to all versions of the data at least as long as Trustee retention requires and during the entire period of litigation hold.

**Data Sharing**

4.4.1   The Trustees agree to provide BPXP with all data and information in the Trustees' possession or control generated by the Project Monitoring activities described above.

4.4.2   The phrase "all data and information" used in paragraph 4.4.1 above includes: all field data, e.g., measurements, observational data, and field notes; laboratory toxicity testing; any other laboratory data; spatial data; photographs; videos; images; and any other data and information generated by an activity, including field-collected metadata.

4.4.3   The Implementing Trustees will provide all raw data to BPXP, including all field datasheets, photographs and aerial photography, within 30 days of receipt by the Trustees of the data.  Raw data will be subject the following limitations on public use and disclosure:

4.4.3.1   BPXP will keep the raw data provided pursuant to this plan confidential, and will require that any BPXP consultants, experts or employees who review the data agree to keep the materials confidential.

4.4.3.2   BPXP will not publish any studies based on the raw data provided pursuant to this plan, unless the data has been made publicly available.

4.4.3.3   Notwithstanding the terms of paragraphs 4.4.3.1 and 4.4.3.2 above, BPXP may use the raw data provided pursuant to this plan:

(a)     In any legal or administrative proceedings relating to the Incident, including but not limited to, the NRDA of the Incident or MDL No. 2179 in the United States District Court for the Eastern District of Louisiana; and

(b)     In a public discussion or disclosure of the raw data that is made in response to Trustee or third party public statements about these activities, or results of the activities that produced the raw data, provided, however, that BPXP will notify the Implementing Trustees at least seven (7) days prior to using the data the extent such data has not been previously made public.

(c)     Any use, discussion or disclosure of the unvalidated data shall be accompanied by a statement that the data is "preliminary."

4.4.4   To the extent that the Implementing Trustees validate some or all of the raw datasheets provided under Paragraph 4.4.3, the Implementing Trustees shall provide BPXP with validated datasheets within 30 days of their production to BPXP of the unvalidated datasheets.

4.4.5   Nothing in this plan shall be construed as a waiver of any party's right to object to the admissibility or relevance of data produced under this plan, and each party reserves the right to undertake its own analysis and interpretation of the data.

## 5. References

Damude, N. and M LeNoir.  2000.  Texas Audubon Society Colonial Waterbird Survey Training Manual.  Report to The Coastal Coordination Council.  NOAA Award No. NA97OZ0179.

Natural Resource Conservation Publication (NRCS).  2013.  Conservation Practice General Specifications: Tree/Shrub Establishment Acres Code 612.  Report No. NRCS TX-612

# APPENDIX E.1:  EXAMPLE BIRD SURVEY FIELD DATA FORM

### *Document will be modified and updated prior to initiation of field surveys*

## TEXAS WATERBIRD COLONY CENSUS FORM

COLONY NAME: _____ COLONY CODE: _____

SURVEY DATE: ___/___/___
Mo. Day Year

LATITUDE: _____ LONGITUDE: _____

☐ NEW COLONY
☐ PREV. KNOWN COLONY
(COUNT + DESCRIP. UPDATE)
☐ PREV. KNOWN COLONY (COUNT ONLY)

SURVEYED, INACTIVE ☐
SURVEYED, ACTIVE ☐

OBSERVER(S): Main: ____ _____
_____

### CENSUS PARTICIPANTS

Please be as complete as possible, particularly:
1. Review form guidelines prior to census.
2. Fill in/check mark all information in top section, side 1.
3. Always provide "Number of Adults" data for active colonies.
4. Give updated site description data on side 2 whenever changes are detected.

TIME: start _____ Military Format

end _____

SURVEY VANTAGE
POINT:

☐ AERIAL
☐ ON-SITE VISIT
☐ VIEW FROM ADJACENT AREA BY VEHICLE/BOAT/ON FOOT

|  | Predominant Reprod. Stage (enter 1 code) | Survey Type (enter code) Nests | Survey Type (enter code) Adults | No. Active Nests | No. Adults | Est. Breed. Pairs |
|---|---|---|---|---|---|---|
| White Pelican |  |  |  |  |  |  |
| Brown Pelican |  |  |  |  |  |  |
| Dbl.-cr. Cormorant |  |  |  |  |  |  |
| Neotrop. Cormorant |  |  |  |  |  |  |
| Anhinga |  |  |  |  |  |  |
| Great Blue Heron |  |  |  |  |  |  |
| Great Egret |  |  |  |  |  |  |
| Snowy Egret |  |  |  |  |  |  |
| Little Blue Heron |  |  |  |  |  |  |
| Tricolored Heron |  |  |  |  |  |  |
| Reddish Egret |  |  |  |  |  |  |
| Red morph |  |  |  |  |  |  |
| White morph |  |  |  |  |  |  |
| Cattle Egret |  |  |  |  |  |  |
| Bl.-cr. Night Heron |  |  |  |  |  |  |
| Y. - cr. Night Heron |  |  |  |  |  |  |
| White Ibis |  |  |  |  |  |  |
| White-faced Ibis |  |  |  |  |  |  |
| Roseate Spoonbill |  |  |  |  |  |  |
| Laughing Gull |  |  |  |  |  |  |
| Gull-billed Tern |  |  |  |  |  |  |
| Caspian Tern |  |  |  |  |  |  |
| Royal Tern |  |  |  |  |  |  |
| Sandwich Tern |  |  |  |  |  |  |
| Forster's Tern |  |  |  |  |  |  |
| Least Tern |  |  |  |  |  |  |
| Sooty Tern |  |  |  |  |  |  |
| Black Skimmer |  |  |  |  |  |  |

| Prenesting | = 1 | Recent Fledglings | = 8 | Total Count | = 1 | Sampling Process = 6 |
|---|---|---|---|---|---|---|
| Eggs in Nests | = 3 | Post nesting | = 22 | Visual Estimate | = 8 |  |
| Nestlings | = 7 |  |  | Other | = 0 specify in comments |  |

COMMENTS: _____
_____
_____
_____