IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * * * * * | MDL NO. 2179  SECTION J  HONORABLE CARL J. BARBIER  Magistrate Judge SHUSHAN |

## NOTICE OF SUBSTITUTION OF HESI RELEASE OF BP

Halliburton Energy Services, Inc. ("HESI") hereby gives notice of its substitution of the attached "HESI Release of BP" for the document by the same title filed as Attachment C to Rec. Doc. No. 15322-1.

### I.

On September 4, 2015, the Parties to the HESI Punitive Damages and Assigned Claims Settlement Agreement filed their Motion for Approval of Amendments to HESI Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. No. 15322) (the "Motion"). Included as Attachment C to the Second Amended Settlement Agreement made the subject of the Motion was a document entitled HESI Release of BP (Rec. Doc. No. 15322-4). This Attachment C did not include the final edits agreed to by HESI and BP.

1

## II.

HESI therefore files this Notice, substituting the attached "HESI Release of BP" for Attachment C (Rec. Doc. No. 15322-4) to the Second Amended Settlement Agreement made the subject of the Motion (Rec. Doc. No. 15322). HESI requests that the Court note this substitution in any order entered approving the amendments to the HESI Settlement Agreement.

Respectfully Submitted,

Godwin Lewis PC

By: /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
Don.Godwin@GodwinLewis.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
Bruce.Bowman@GodwinLewis.com
Jenny L. Martinez
State Bar No. 24013109
Jenny.Martinez@GodwinLewis.com
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332


and


R. Alan York
State Bar No. 22167500
Alan.York@GodwinLewis.com
Misty Hataway-Coné
State Bar No. 24032277
Misty.Cone@GodwinLewis.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Substitution of HESI Release of BP will be served on all Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 24th day of September 2015.

/s/ Donald E. Godwin