## HESI RELEASE OF BP

1. Upon the Effective Date of the HESI Punitive Damages and Assigned Claims Settlement Agreement ("SA"),[1] HESI fully and finally releases, dismisses, and covenants not to sue for any and all claims and rights to recover, directly or indirectly, from the BP Released Parties (whether through indemnity, contribution, subrogation, assignment or any other theory of recovery, by contract, pursuant to applicable law or regulation, or otherwise) for any Released Damages (the "BP Release"). For all purposes in this BP Release, "Released Damages" means the Aggregate Payment (inclusive of any portion thereof that may be allocated to Administrative Costs), the attorneys' fees and costs paid by HESI under the SA, or incurred as a result of the negotiation and confection of the SA, and any other claims for damages (including consequential) resulting from the amounts paid under the SA.

2. HESI represents and warrants that it has not assigned and will not assign any rights to recover the Released Damages.

3. HESI represents that it will use its reasonable best efforts to obtain a release, dismissal, and covenant-not-to-sue, including a waiver of all subrogation rights, from HESI's insurers, reinsurers, and indemnitors with respect to the Released Damages.

4. HESI represents and warrants that, in the event that HESI pursues any claim against any insurers, reinsurers, or indemnitors in respect to all or any portion of the Released Damages, (i) HESI shall use its reasonable best efforts to include in any settlement an express waiver of any such insurer's, reinsurer's, or indemnitor's rights of contribution, subrogation, indemnity, and rights to bring claims for the Released Damages arising under any other theory of recovery, against the BP Released Parties; or (ii) if any such claim does not settle, HESI shall use its

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the SA.

reasonable best efforts to litigate or arbitrate any such claim so that any judgment, decision, or award expressly provides that any such insurer, reinsurer, or indemnitor has waived any right of contribution, subrogation, indemnity, and rights to bring claims for the Released Damages arising under any other theory of recovery, against the BP Released Parties.

5. HESI agrees to indemnify the BP Released Parties in the event any insurer, reinsurer, or indemnitor of HESI seeks to recover, directly or indirectly, any Released Damages from any BP Released Party (whether through indemnity, contribution, subrogation, assignment or any other theory of recovery, by contract, pursuant to applicable law or regulation, or otherwise). This indemnity shall be valid and enforceable (i) notwithstanding any finding in the underlying litigation that the BP Released Parties were negligent (simple or gross) or otherwise at fault in any degree and (ii) regardless of whether HESI and its insurers, reinsurers, or indemnitors litigate or settle any claims between them. This indemnity shall include the payment of the BP Released Parties' costs, attorneys' fees, and expenses in any lawsuit or other proceeding to which such indemnity applies, including litigation between HESI and its insurers, reinsurers or indemnitors. HESI shall pay on a quarterly basis any and all reasonable defense costs, expenses, and other losses incurred by any BP Released Parties, subject in all respects to the BP Released Parties' rights to control the defense and settlement of any matter to which this indemnity applies, and subject further to the additional provisions of this paragraph. Under no circumstances shall any BP Released Party have any liability to HESI's insurers, reinsurers, or indemnitors for the Released Damages, regardless of whether HESI and its insurers, reinsurers, or indemnitors settle or litigate any claims between them. Unless otherwise agreed to, the BP Released Parties shall retain and be represented by their own counsel in any matter to which this indemnity applies. If any BP Released Party and any insurer, reinsurer, or indemnitor of HESI negotiate a settlement

of Released Damages, HESI shall have the right to approve any such settlement, which shall not be unreasonably withheld, and upon approval HESI shall be responsible for paying such settlement. The BP Released Parties shall only be indemnified for claims, costs, attorneys' fees or expenses that satisfy the requirements of this paragraph and that are solely related to the Released Damages. If HESI, its insurers, reinsurers, or indemnitors seek damages from the BP Released Parties for both Released Damages as well as damages that are not subject to this BP Release, the BP Released Parties are entitled to indemnification for whatever portion of the damages are Released Damages.

6. Notwithstanding any other provision of the SA or the BP Release, nothing in the SA or the BP Release is intended to limit HESI, its insurers, reinsurers or indemnitors from seeking recovery from BP or the BP Released Parties for amounts other than the Released Damages. The BP Release is not intended, and shall not be construed, to release or restrict HESI's right to pursue any claims or defenses (other than for Released Damages) that HESI has against BP, the BP Released Parties or against "Other Parties," as defined in Exhibit 21 to the DHEPDS, relating to claims from which HESI is not expressly released under the SA (whether through indemnity, contribution, subrogation, assignment, or any other theory of recovery; by contract, pursuant to applicable law or regulation or otherwise; and whether asserting claims for contribution, indemnity and duty to defend, for fraud, negligent misrepresentation, defamation, libel, slander and business disparagement, for breach of contract and contractual indemnity, for declaratory judgment enforcing a duty to defend and a duty to indemnify, for negligence, gross negligence and willful misconduct, or otherwise), all of which claims and defenses HESI expressly reserves ("HESI Reserved Claims"). HESI Reserved Claims include without limitation all of HESI's rights, claims and defenses pertaining to (1) any claims it has under the April 15, 2009 Well

Services Contract between BPXP and HESI, Contract No. BPM-09-00255, to seek reimbursement of HESI's attorneys' fees, costs and expenses from BPXP, except that attorneys' fees, costs and expenses provided under the SA, including the attorneys' fees described in SA Section 23, shall be subject to the BP Release and non-recoverable; and (2) any and all claims not expressly assigned to the DHEPDS Class in Exhibit 21 to the DHEPDS or not settled as part of the New Class Action, including without limitation the Retained Claims defined in Section 1.1.4 of Exhibit 21 to the DHEPDS, or for which HESI is not expressly released under the SA, including without limitation for amounts paid before or after the SA to resolve, defend or assert claims arising out of, due to, resulting from, or relating in any way to, directly or indirectly, the *Deepwater Horizon* Incident, other than the Released Damages. This BP Release and the definition of HESI Reserved Claims create no new claims or causes of action for HESI, its insurers, reinsurers or indemnitors.

7. Notwithstanding any other provision of the SA or the BP Release, in no event and under no circumstances shall HESI be able to recover, directly or indirectly, from the BP Released Parties, through or by making or raising any claim, defense, or theory, all or any portion of the Released Damages. In addition, and notwithstanding any other provision of the SA or BP Release, in the event any insurer, reinsurer, or indemnitor of HESI seeks to recover, directly or indirectly, from the BP Released Parties, through or by making or raising any claim, defense, or theory, any of the Released Damages, then HESI (and not the BP Released Parties) shall be responsible for paying and/or satisfying any Released Damages found to be recoverable by any such insurer, reinsurer, or indemnitor. The BP Released Parties reserve all rights, including appellate rights, relating to any claims by HESI, its insurers, reinsurers, or indemnitors.