IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J HONORABLE JUDGE BARBIER |
| Applies to: All Cases | § § § § | MAGISTRATE JUDGE SHUSHAN |

**JOINT MOTION FOR AUTHORITY TO MAKE PAYMENT TO
ESCROW AGENT FOR SETTLEMENT FUND**

Plaintiffs' Co-Liaison Counsel, MDL 2179, representing the Plaintiffs' Steering Committee in MDL 2179 on behalf of the members of a putative New Class, as defined by the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 14644-1, filed on May 29, 2015) (the "SA"), Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the SA, and Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC ("Transocean") (collectively, the "Parties") respectfully request, for the reasons stated in the accompanying memorandum, that the Court grant this Joint Motion for Authority to Make Payment to the Escrow Agent for the Settlement Fund, authorized by this Court's Order dated July 16, 2015 (Rec. Doc. No. 14906).

1

September 24, 2015                                   Respectfully Submitted,

/s/ Stephen J. Herman                                /s/ James Parkerson Roy
Stephen J. Herman                                    James Parkerson Roy
La. Bar No. 23129                                    La. Bar No. 11511
HERMAN HERMAN & KATZ LLC                             DOMENGEAUX WRIGHT ROY & EDWARDS LLC
820 O'Keefe Avenue                                   56 Jefferson Street, Suite 500
New Orleans, LA 70113                                Lafayette, Louisiana 70501
Telephone: (504) 581-4892                            Telephone: (337) 233-3033
Facsimile: (504) 569-6024                            Facsimile: (337) 233-2796

**Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class**     **Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class**


          and


   s/ Brad D. Brian                                     s/ Steven L. Roberts
Brad D. Brian                                        Steven L. Roberts
Daniel B. Levin                                      SUTHERLAND ASBILL & BRENNAN LLP
MUNGER TOLLES & OLSON LLP                            1001 Fannin Street, Suite 3700
355 So. Grand Avenue, 35th Floor                     Houston, Texas 77002
Los Angeles, CA 90071                                Tel:  (713) 470-6100
Tel:  (213) 683-9100                                 Fax:  (713) 354-1301
Fax:  (213) 683-5180                                 Email: steven.roberts@sutherland.com,
Email: brad.brian@mto.com
       daniel.levin@mto.com


                                                       s/ Kerry J. Miller
                                                     Kerry J. Miller
                                                     BAKER, DONELSON, BEARMAN, CALDWELL &
                                                     BERKOWITZ, PC
                                                     201 St. Charles Avenue, Suite 3600
                                                     New Orleans, LA 70170
                                                     Tel:  (504) 566-8646
                                                     Fax:  (504) 585-6946
                                                     Email: kjmiller@bakerdonelson.com


**ATTORNEYS FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, AND TRITON ASSET LEASING GmbH.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion for Authority to Make Payment to the Escrow Agent for the Settlement Fund will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 24th day of September 2015.

/s/ Kerry J. Miller