IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § | MDL No. 2179 SECTION: J HONORABLE JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN |
| Applies to: All Cases | | |

**MEMORANDUM IN SUPPORT OF JOINT MOTION
FOR AUTHORITY TO MAKE PAYMENT TO THE
ESCROW AGENT FOR SETTLEMENT FUND**

Plaintiffs' Co-Liaison Counsel, MDL 2179, representing the Plaintiffs' Steering Committee in MDL 2179 on behalf of the members of a putative New Class, as defined by the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 14644-1, filed on May 29, 2015) (the "SA"), Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the SA, and Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC ("Transocean") (collectively, the "Parties") respectfully request that the Court grant their Joint Motion for Authority to Make Payment to the Escrow Agent for Settlement Fund.

On July 16, 2015, this Court entered its Order Granting Joint Motion For (1) Establishment of Settlement Fund Pursuant to Transocean Punitive Damages and Assigned Claims Settlement Agreement, and (2) Appointment of Escrow Agent for Settlement Fund (The "Settlement Fund Order") (Rec. Doc. 14906). Subsequent to the entry of the Settlement Fund Order, Transocean has funded the Aggregate Payment required by the SA, depositing the funds with the Escrow Agent approved by the Court.

1

Pursuant to Section 3.4 of the Escrow Agreement, the Escrow Agent is "entitled to compensation for its services as stated in the fee schedule attached hereto as Exhibit C, which compensation shall be paid from the Escrow Property as directed by the Court." Exhibit C states that the Escrow Agent is entitled to its initial fee upon execution of the Escrow Agreement. The Parties therefore request authority from the Court, in the form of the attached proposed order, to make this initial payment to the Escrow Agent, which payment shall be made from the Aggregate Payment.

## CONCLUSION

For the foregoing reasons, the Parties respectfully request that the Court enter an order granting the relief requested.

September 24, 2015                                  Respectfully submitted,

/s/ Stephen J. Herman                          /s/ James Parkerson Roy
Stephen J. Herman                               James Parkerson Roy
La. Bar No. 23129                                  La. Bar No. 11511
HERMAN HERMAN & KATZ LLC           DOMENGEAUX WRIGHT ROY & EDWARDS LLC
820 O'Keefe Avenue                             56 Jefferson Street, Suite 500
New Orleans, LA 70113                        Lafayette, Louisiana 70501
Telephone: (504) 581-4892                  Telephone: (337) 233-3033
Facsimile: (504) 569-6024                    Facsimile: (337) 233-2796

**Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class**     **Plaintiffs Co-Liaison Counsel, MDL 2179 and Co-Lead Class Counsel for DHEPDS Class**

and

  s/ Brad D. Brian
Brad D. Brian
Daniel B. Levin
MUNGER TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel:  (213) 683-9100
Fax:  (213) 683-5180
Email:  brad.brian@mto.com
            daniel.levin@mto.com

  s/  Steven L. Roberts
Steven L. Roberts
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel:  (713) 470-6100
Fax:  (713) 354-1301
Email: steven.roberts@sutherland.com,

  s/  Kerry J. Miller
Kerry J. Miller
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Tel:  (504) 566-8646
Fax:  (504) 585-6946
Email: kjmiller@bakerdonelson.com

**ATTORNEYS FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, AND TRITON ASSET LEASING GmbH.**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Memorandum in Support of Joint Motion for Authority to Make Payment to the Escrow Agent for Settlement Fund will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 24th day of September 2015.

                                                   /s/ Kerry J. Miller