UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill of the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 SECTION: J |
| Relates to: 13-01991 | * * | JUDGE: BARBIER |
| WILKINSON TECHNOLOGIES, LTD. | * * | MAGISTRATE: SHUSHAN |
| Plaintiff, v. | * * * * | |
| BP EXPLORATION & PRODUCTION, INC.; BP AMERICAN PRODUCTION COMPANY; and BP p.l.c. | * * * * | |
| Defendants | * | |

*******************************************

### JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD FOR WILKINSON TECHNOLOGIES, LTD

Now into court come Paul M. Sterbcow, Jessica L. Ibert and Ian F. Taylor of Lewis, Kullman, Sterbcow & Abramson and Jimmy Williamson, Cindy M. Rusnak and William Dills of Williamson & Rusnak pursuant to Local Rule 83.2.11 and hereby move for the withdrawal of Jimmy Williamson, Cindy M. Rusnak and William Dills and the law firm of Williamson & Rusnak as counsel for Plaintiff Wilkinson Technologies, LTD, and the substitution of Paul M. Sterbcow, Jessica L. Ibert and Ian F. Taylor of Lewis, Kullman, Sterbcow & Abramson as counsel of record for Plaintiff Wilkinson Technologies, LTD.

Dated: September 25, 2015

| Respectfully Submitted: | Respectfully submitted: |
|---|---|
| /s/ Paul M. Sterbcow | /s/Jimmy Williamson |
| **Lewis, Kullman, Sterbcow & Abramson** | **Williamson & Rusnak** |
| Paul M. Sterbcow, T.A. (#17817) | Jimmy Williamson (TX: 21624100) |
| Jessica L. Ibert (#33196) | Cindy Rusnak (TX: 24007964) |
| Ian F. Taylor (# | William Dills  (TX: 24067421) |
| 601 Poydras Street, Suite 2615 | 4310 Yoakum Blvd |
| New Orleans, Louisiana 70130 | Houston, TX 77006 |
| TEL:  (504) 588-1500 | TEL: (713) 223-3330 |
| FAX:  (504) 588-1514 | FAX: (713) 223-0001 |
| Sterbcow@lksalaw.com | jimmy@jimmywilliamson.com |
| jibert@lksalaw.com | cyndi@jimmywilliamson.com |
| itaylor@lksalaw.com | billy@jimmywilliamson.com |

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of September, 2015, the above and foregoing Joint Motion to Withdraw and Substitute Counsel of Record has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/ Paul M. Sterbcow