UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill of the Oil Rig | * | MDL NO.   2179 |
|     "Deepwater Horizon" in the | * | |
|     Gulf of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Relates to: 13-01991 | * | JUDGE: BARBIER |
| | * | |
| WILKINSON TECHNOLOGIES, LTD. | * | MAGISTRATE: SHUSHAN |
| | * | |
|     Plaintiff, | * | |
| v. | * | |
| | * | |
| BP EXPLORATION & PRODUCTION, INC.; | * | |
| BP AMERICAN PRODUCTION COMPANY; | * | |
| and BP p.l.c. | * | |
| | * | |
|     Defendants | * | |

**********************************************

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that Jimmy Williamson, Cindy Rusnak and William Dills of the law firm Williamson and Rusnak are hereby WITHDRAWN as counsel for Plaintiff Wilkinson Technologies, LTD; and that Paul M. Sterbcow, Jessica L. Ibert and Ian F. Taylor and the law firm Lewis, Kullman, Sterbcow & Abramson are hereby SUBSTITUTED as counsel of record for Plaintiff Wilkinson Technologies, LTD.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
DISTRICT JUDGE CARL J. BARBIER

1