UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
|     "DEEPWATER HORIZON" IN THE | : | |
|     GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION "J" |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Shushan |
| al. v. BP Exploration & Production Inc., et al. | : | |
| | : | |

### DECLARATION OF NGOC LAM

**STATE OF TEXAS**

**COUNTY OF HARRIS**

Now comes, **NGOC LAM**, who under penalty of perjury, states:

1. I am a person of the full age of majority and a resident of Harris County, Texas.

2. I am the vessel owner for the boat named the *Lady Kathleen*, which I purchased in 2002. Christopher Tran is the Boat Captain for the *Lady Kathleen* and he has been since 1994.

3. My primary source of income is from shrimp sales from the *Lady Kathleen* and it has been my primary source of income for many years, including from 2007-2009.

4. Christopher and I are not married, but we have four children together, and we have supported them almost solely with income from the *Lady Kathleen* since 1994.

1

EXHIBIT C

5. The *Lady Kathleen* sold by far the majority of its shrimp to Titan Seafood, Co. ("Titan"). When the boat would come in, either I would go down to the Titan dock to transact the sale or Christopher would transact the sale at Titan.

6. Because Titan often paid for the *Lady Kathleen*'s fuel before it went out shrimping, we sometimes did not make any money on the sales of shrimp to Titan and would owe them money instead.

7. When we unloaded the shrimp at Titan, we would calculate the quantity at the same time that Titan calculated the quantity and the price, and then either Victor Tran or one of his secretaries would give us an invoice that reflected those amounts.

8. Therefore, I would either receive the invoice directly from Titan, or Christopher would receive it from Titan and bring it to me.

9. The invoices that I submitted to the DHECC are valid and authentic Titan invoices that were received at the time of the sale to Titan, and they accurately reflect those shrimp landings. They were not created by me or created after-the-fact.

10. Our shrimp sales were low in 2009 due to a mechanical failure on the boat that had to be repaired. Therefore, we asked that 2009 be excluded from the calculation because we thought it would hurt our claim unfairly because the *Lady Kathleen* could not shrimp for portions of the season.

11. However, the handful of documents that I submitted for 2009 shrimp sales to the DHECC and the GCCF were valid and authentic invoices and trip tickets that accurately reflect those shrimp landings.

12. I found a few additional 2009 invoices in my files for the *Lady Kathleen* that we are submitting to the Court. Those documents are also authentic and accurately reflect those shrimp landings.

13. It is often difficult to get documents from docks and processors when they buy shrimp, especially in Texas.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on the 24th day of September, 2015.

_____
NGOC LAM

3