UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179 SECTION "J" |
| This Document Applies to: | : : | Judge Barbier |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | : : : : | Mag. Judge Shushan |

## DECLARATION OF THOMAS CRANE

**STATE OF TEXAS**

**COUNTY OF JEFFERSON**

Now comes, **THOMAS CRANE**, who under penalty of perjury, states:

- I am a person of the full age of majority and a resident of Jefferson County, Texas.

- I began working at Titan Seafood, Co. ("Titan") in Port Arthur, Texas on April 15, 2006. I applied for the position of office manager, but after several interviews, I was hired instead to oversee production for Titan's shrimp processing facility.

- I did not have prior experience with the shrimp industry, and I was not aware that Titan needed to file invoices for its shrimp purchases with the Texas Department of Parks & Wildlife ("Parks & Wildlife").

- While working at Titan, I did learn that shrimp purchases needed to be reported to the National Oceanic and Atmospheric Administration ("NOAA").

- To the best of my knowledge, Titan reported what was required to NOAA, and an official from NOAA would travel to the Titan facility periodically throughout the year to confirm that Titan was properly reporting.

- On August 20, 2009, I was cited with a Class "C" misdemeanor for failing to file Titan shrimp purchase reports with Parks & Wildlife.

EXHIBIT D

- At first I thought that the notice regarding the failure to report must be related to NOAA reporting because I was not aware that any other reporting requirement existed.

- However, I knew that I had never reported shrimp purchases to Parks & Wildlife, so I pled guilty to the charge of failing to make the appropriate reports and paid a fine.

- Any Titan trip ticket reporting that was done to Parks & Wildlife, to the best of my knowledge, would have been done by one of the two secretaries who worked for the company because they were the ones involved with all of the purchasing paperwork.

- The secretaries and Victor Tran were the only people who even generated invoices for Titan purchases during 2007 and 2008, through at least April of 2009.

- Back then, there was no central server at the facility, so each of the six computers used at the facility – three of which were older models – had its own invoice template.

- When a new invoice was created, the template that existed on that computer's hard drive for the previous invoice was simply changed to reflect the new purchase. I would therefore not be surprised if Titan's invoices sometimes lack a uniform appearance.

- In addition, Hurricane Ike severely damaged the Titan facility in 2008 and much of the company's documentation and computer records were destroyed.

- I would estimate that during 2007 and 2008, Titan was purchasing approximately $6 million of shrimp per year, and that in 2009, Titan purchased approximately $2 million in shrimp.

- Titan always purchased significant amounts of shrimp from the vessels operated by Sinh Tran and Christopher Tran because they are Victor Tran's brothers.

- Indeed, Titan often paid for the fuel upfront for the *Lady Kathleen*, *Sir Lawrence*, and *Capt T*, so that Victor Tran's brothers could afford to operate their shrimp boats without having to make the large initial investment themselves before each trip.

- When the shrimp boats came in, Titan then deducted the cost of the fuel it had paid in advance, and paid Sinh and Christopher the balance owed on the shrimp haul.

- Therefore, Sinh Tran and Christopher Tran sold their shrimp to Titan on a right-of-first-refusal basis.

- That meant that Sinh Tran and, in particular, Christopher Tran who often did not have as large of shrimping hauls because his boat is smaller, sold shrimp almost exclusively to Titan.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on the 24th day of September, 2015.

_____
THOMAS CRANE