

EXHIBIT
H

## Internal Revenue Service
### United States Department of the Treasury

```
This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

|  |  |
|---|---|
| Request Date: | 06-05-2015 |
| Response Date: | 06-05-2015 |
| Tracking Number: | 100257083346 |

FORM NUMBER:     1120

TAX PERIOD:     Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER: ███████

LVS INVESTMENTS INC

% SINH TRAN

2949 PROCTER ST

PORT ARTHUR, TX 77642

     --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

| | |
|---|---|
| ACCOUNT BALANCE: | $0.00 |
| ACCRUED INTEREST: | $0.00 AS OF: Mar. 30, 2015 |
| ACCRUED PENALTY: | $0.00 AS OF: Sep. 15, 2010 |

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):      $0.00

     ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

| | |
|---|---|
| NET RECEIPTS: | $492,150.00 |
| TOTAL INCOME: | $132,745.00 |
| TOTAL DEDUCTIONS: | $135,275.00 |
| NET TAXABLE INCOME: | -$2,530.00 |
| MINIMUM TAX AMOUNT: | $0.00 |
| ESTIMATED TAX CREDITS: | $0.00 |
| PERSONAL HOLDING TAX: | $0.00 |
| ES/7004 PAYMENTS CLAIMED: | $0.00 |
| TAX PER RETURN: | $0.00 |
| NAICS CD: | 114110 |

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Jun. 01, 2010

PROCESSED DATE      Jul. 05, 2010

```
                              TRANSACTIONS
```

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201025 | 07-05-2010 | $0.00 |
| n/a | 29310-149-13123-0 | | | |
| 460 | Extension of time to file ext. Date 09-15-2010 | | 04-26-2010 | $0.00 |

**SM-TS-001040**

This Product Contains Sensitive Taxpayer Data

SM-TS-001041