EXHIBIT I



This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 06-05-2015
Response Date: 06-05-2015
Tracking Number: 100257083347

FORM NUMBER:        1120
TAX PERIOD:         Dec. 31, 2009

TAXPAYER IDENTIFICATION NUMBER: ▮▮▮▮▮▮▮▮▮

GULF FINEST INVESTMENT CO
% SINH TRAN
2949 PROCTER ST
PORT ARTHUR, TX 77642

      --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                       $0.00
ACCRUED INTEREST:                      $0.00     AS OF: May  11, 2015
ACCRUED PENALTY:                       $0.00     AS OF: Sep. 15, 2010

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT):         $0.00

          ** INFORMATION FROM THE RETURN OR AS ADJUSTED **
NET RECEIPTS:                    $384,180.00
TOTAL INCOME:                     $91,452.00
TOTAL DEDUCTIONS:                 $96,768.00
NET TAXABLE INCOME:               -$5,316.00
MINIMUM TAX AMOUNT:                    $0.00
ESTIMATED TAX CREDITS:                 $0.00
PERSONAL HOLDING TAX:                  $0.00
ES/7004 PAYMENTS CLAIMED:              $0.00
TAX PER RETURN:                        $0.00
NAICS CD:                            114110

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Jun. 01, 2010
PROCESSED DATE                                               Jul. 05, 2010

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 201025 | 07-05-2010 | $0.00 |
| n/a | 29310-156-00836-0 | | | |
| 460 | Extension of time to file ext. Date 09-15-2010 | | 04-26-2010 | $0.00 |

SM-TS-000786

This Product Contains Sensitive Taxpayer Data

SM-TS-000787