

**Internal Revenue Service**
United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

# Account Transcript

Request Date: 06-05-2015
Response Date: 06-05-2015
Tracking Number: 100257083347

FORM NUMBER: 1120
TAX PERIOD: Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER: [REDACTED]

GULF FINEST INVESTMENT CO
% SINH TRAN
2949 PROCTER ST
PORT ARTHUR, TX 77642

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE: $0.00
ACCRUED INTEREST: $0.00 AS OF: May 11, 2015
ACCRUED PENALTY: $0.00 AS OF: Mar. 15, 2009

ACCOUNT BALANCE PLUS ACCRUALS
(THIS IS NOT A PAYOFF AMOUNT): $0.00

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

NET RECEIPTS: $430,521.00
TOTAL INCOME: $128,344.00
TOTAL DEDUCTIONS: $132,605.00
NET TAXABLE INCOME: -$4,261.00
MINIMUM TAX AMOUNT: $0.00
ESTIMATED TAX CREDITS: $0.00
PERSONAL HOLDING TAX: $0.00
ES/7004 PAYMENTS CLAIMED: $0.00
TAX PER RETURN: $0.00
NAICS CD: 114110

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) Oct. 26, 2009
PROCESSED DATE Dec. 07, 2009

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 200947 | 12-07-2009 | $0.00 |
| n/a | 29310-305-48031-9 | | | |
| 520 | Bankruptcy or other legal action filed | | 07-10-2008 | $0.00 |

SM-TS-000784

https://la2.www4.irs.gov/semail/servlet/FileDownload 6/9/2015

| 521 | Removed bankruptcy or other legal action | 04-07-2009 | $0.00 |

This Product Contains Sensitive Taxpayer Data

SM-TS-000785