# LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES DEALER RECEIPT FORM (SHELLFISH TRIPS ONLY)

Please print characters like this and stay within the boxes. Use only *blue* or *black* ink.

1234567890 ABCDEFGHIJKLMNOPQRSTUVWXYZ

**FISHERMAN COPY**

794

TICKET NO. 4912622

CONTINUATION TICKET NO.

VOID TICKET ☐

## FISHERMAN PROVIDED INFORMATION

COMMERCIAL FISHERMAN'S NAME (Please Print): Jin. topic

VESSEL NAME: Lady Kathleen

Coast Guard Documented Vessel Number

OR

State Vessel Registration Number

Commercial Fisherman's License Number: C

TRIP TIME: 525

Area Fished: 13

Gear Used: 

## WHOLESALE/RETAIL SEAFOOD DEALER PROVIDED INFORMATION

SEAFOOD DEALER'S NAME (Please Print): Tropical

Seafood Dealer's License Number: C 307533

Transaction Date: 50806

| SPECIES | SHELLFISH CODE | QUANTITY | UNIT | COND | COUNT OR MARKET | PRICE/UNIT | VALUE | VOID |
|---|---|---|---|---|---|---|---|---|
| Sh | 12 | 4227 | 1 | 1 | 10 – 15 | 213 | 912 | ☐ |
|  | 12 | 720 | 1 | 1 | 16 – 20 | 495 | 1480 | ☐ |
|  | 10 | 3800 | 1 | 1 | 31 – 35 | 140 | 532 | ☐ |

| ITEM | DEALER DEDUCTIONS | COST |
|---|---|---|
| EXHIBIT L | | |

TOTAL PURCHASES: 15,960
TOTAL DEDUCTIONS:
TOTAL PAID:

I CERTIFY THAT THIS INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

FISHERMAN'S SIGNATURE
DEALER'S SIGNATURE

NOTE: ALL INFORMATION REQUIRED BY LAW MUST BE COMPLETED FOR EACH TRIP. PROVIDING FALSE INFORMATION MAY RESULT IN CRIMINAL CONSEQUENCES.

SM-TS-001051

6866-124-166219   Ngoc Loim
Trip Tickets



SM-TS-001052



## S.L.A.S. SEAFOOD
9401 Campbell Rd. ○ Houston, Texas 77080
Tel. **(281)734-0126** ○ Fax **(713)465-6193**

| NAME OF BOAT | Lady Kathleen | | PURCHASE NO. # 75 |
|---|---|---|---|
| DATE 6/30/09 | TAILS | | |
| QUANTITY (LB.) | SIZE | UNIT PRICE | AMOUNT |
| | 10/15 | | |
| | 16/20 | | |
| | 21/25 | | |
| | 26/30 | | |
| | 31/35 | | |
| | 36/42 | | |
| | 43/50 | | |
| | 51/60 | | |
| | 61/70 | | |
| | 71/80 | | |

**HEAD ON**

| QUANTITY | SIZE | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | 6/8 | | |
| | 9/12 | | |
| 1339 | 13/~~15~~ 18 | 1 65 | 2209 35 |
| 1444 | 16/18 | | |
| | 19/21 | 1 35 | 1949 40 |
| 5663 | 22/25 | 1 25 | 7078 75 |
| 690 | 26/30 | 1 15 | 793 50 |
| | 31/35 | | |
| | 36/40 | | |
| | 41/50 | | |
| | 51/60 | | |
| | 61/70 | | |
| | 71/80 | | |
| | 81/100 | | |
| | | | 9 |
| | | TOTAL | 12031 |

Sodium Bisulfite: ☑ Yes   ☐ No   ☐ May contain

☑ Wild Caught   Captain / Owner Sign.:_____
☐ Farm Raised

TICKET NO. **0000914**

| FISHERMAN PROVIDED INFORMATION | VESSEL NAME |
|---|---|
| CHRISTOPHER TRAN<br>9686 BLACKHAWK BLVD<br><br>HOUSTON          TX   77075 | F/V LADY KATHLEEN<br><br>Coast Guard Documented    918592<br>Vessel Number<br>OR<br>State Vessel Registration |
| Commercial Fisherman's License Number    145960009079<br><br>Dealer:   KIM'S SEAFOOD 2000, INC<br>Dealer Code   1418 | Trip Time:   21.00     Fishing Time:  4.00<br>Area Fished:  17.0<br>Gear Used:   1<br>                 Shrimp Trawl |

Transaction Date:  05/19/2010     Trip Time:  21.00

Total Purchases     $30,080.05
Total Deductions    $30,080.05
Total Paid               $0.00

**Transactions:**

| Code | Species Description | Unit | Proc | Cnt | Market | Qty | Price | Total |
|---|---|---|---|---|---|---|---|---|
| HW | SHRIMP, WHITE | P | O | HW | 9-12 | 6,622.00 | $4.20 | $27,812.40 |
| HW | SHRIMP, WHITE | P | O | HW | 13-15 | 589.00 | $3.85 | $2,267.65 |
|    |               |   |   |   | Total: | 7,211.00 | $4.17 | $30,080.05 |

SM-TS-001054