July 15, 2009

From: Hoang-Oanh Tran
39 Remington Lane
Aliso Viejo, CA 92656

Dear Your Honor:

My name is Hoang-Oanh Tran and I am the wife of Loc Tran. In all honesty, this is the most difficult and most important letter that I have had to compose in my life because my husband's future as well as the future of my family is at stake. I apologize for the length of this letter but it is crucial that I help you understand Loc Tran, the person that I have built my life with for the last twenty years.

To start, please allow me to share a little bit about my background and how I came to know Loc. I was born on May 30, 1965 in Saigon, Vietnam. My father was a Navy Commander and my mother a homemaker. My family and I were among the first group of Vietnamese refugees that came to the United States in 1975 when the Vietnam War ended. My family, consisting of my parents, my older brother, my younger sister and me, were sponsored by a church and settled in Kansas City, Missouri. Within a few weeks of arrival, my parents started working because they did not want to depend on government assistance. Every day, rain or snow, they took the bus to work as electronic assemblers. At night, my father went to a community college, eventually earning his A.A. Degree as an electronic technician. Through their own examples, my parents taught their children the value of hard work, perseverance and sacrifice. They placed so much emphasis on education because they felt it was the best way to overcome poverty and racial barriers. One by one, my siblings and I all finished school. My older brother is now a development and design engineer. Both my sister and I are pharmacists. My father, now 72 years old, still works full-time despite having diabetes and suffering a massive heart attack at age 65. Sadly, my mother passed away when I was 23, the summer before I started pharmacy school.

Loc and I met on Labor Day in 1988 in Stockton, California, where I had just started attending pharmacy school. He was friends with some of my relatives and he had tagged along with them on their road trip to visit me. He was clean-cut, well-mannered, easy-going and pleasant. Given that I had just lost my mother a couple of months before, Loc was a great source of comfort to me. He understood the magnitude of my loss because he too had to live without his parents at an early age and, unlike me, had to fend for himself in a foreign country without the safety and protection of his parents. Through countless hours on the phone and then later, visits to my school, I found him to be a very warm and kind-hearted person, ready to help everyone who seemed in need, without expecting anything in return. Through the years, I had often asked him why he felt the need to help so many people, even people he hardly knew. He expressed that in growing up without his parents, many people had tried to take advantage of him because of his youth. At the same time, there were also a few mere strangers who had helped him out of the goodness of their hearts. Therefore, he felt the need to give back, in the hopes that if his children needed help some day, someone would take the time to help them. Loc values people and is quick to place his faith and trust in them, sometimes to a fault. He values family deeply, not just his own side of the family, but also mine. In all the years that I have known Loc, I have always seen him put others first, treating everyone with the same thoughtfulness and consideration that seems second nature to him.

To understand Loc, you have to know the events that shaped his youth. At eleven years old, he left Vietnam with his three brothers, not knowing if he would ever see his parents again. From that moment on, he essentially had to learn to take care of himself. He is no stranger to hard work, prejudice or the harsh reality of life. Yet all along, he has this unshakeable belief that if he keeps working hard and treating people right, God will bless him and life will get better. With the arrival of his parents and younger siblings in the United States in the early 1990's, Loc tried to recreate the family he remembered, only to be disappointed time and time again by his siblings' self-serving actions and lack of consideration for how their actions reflect on him. As a result, he has come to appreciate the kindness of strangers even more and have found comfort in my side of the family and the family he and I built together.

Loc loves kids because he himself is a big kid. He makes time to play with his nieces and nephews when they are young and to listen to their problems as they get older because he knows from experience that children need someone to guide them in a way that they would follow. He is the kind of person that would send me rushing to the hospital to check on his sick nephew or call me for medical advice when one of his employees is ill. He lives honoring his parents and tries to keep the peace inside his family. He cares for my family as if they were his own. He is the first to arrive and last to leave during family gatherings at my father's house because he knows my father has arthritis and needs help. On one occasion when my father, who already was not feeling well, impulsively crawled into the space under his house to fix the plumbing, it was Loc who grabbed a flashlight and crawled in after him while everyone else stood by debating whether it was a good idea to go in there. When asked why he did it, Loc replied, "Because someone had to. If something happened to your Dad down there, how would we know where to find him in time?" We found out several days later that my father was walking around with a heart attack at the time. Loc understands my responsibilities to my family and my profession. When needed, he happily assumes the role of Mr. Mom in order for me to fulfill my obligations. In the 1990's, Loc worked for an attorney named Raymond Utin. Because he dealt closely with the clients, he had a lot of compassion for them. When the cases involved loss of life or a great deal of suffering, Loc would ask Mr. Utin to lower the attorney fees. On several occasions, I have had his former clients approach me to convey how grateful they were for his help. Loc regarded Mr. Utin as a father. When Mr. Utin became sick with cancer, Loc did his best to take care of him. He visited him at the hospital every morning before rushing off to work. Afterwards, he returned to keep him company. Knowing that Mr. Utin still loved his wife even though she had separated from him, he asked Mrs. Utin to visit her husband. Needless to say, Mr. Utin was very happy to see her. Not wanting to burden anyone, Mr. Utin asked to be cremated after his death. Loc did not feel that this was a befitting end to the great man and veteran who had mentored him. With Mr. Utin's consent, Loc paid for the funeral and Mr. Utin was honored for his service to his country with a military burial. Before he died, Mr. Utin named Loc as the trustee to execute his will despite having grown children of his own.

Loc and I were married in a traditional Vietnamese wedding ceremony. We have two children, Tiffany and Lawrence, who are eleven and eight. From the start, Loc has always been an extremely devoted husband and father, spending a lot of time playing and caring for our children, day and night, while still trying to care for me. He did everything from washing and boiling bottles to preparing Tiffany's milk and my meals. He did not mind that he was tired as long as he could relieve some of my stress. In watching him care for us, I came to love and appreciate him even more. Loc parents our children with affection and humor. He is extremely optimistic and encouraging, accepting our children's strengths and weaknesses, truly believing that they will reach their potential if gently guided and nurtured with love and patience. He helps them believe in themselves because they can see clearly that he believes in them. He is not too proud to draw from

SM-TS-000857

his own mistakes and some of the choices he has made to teach our children some life lessons. The greatest lesson that Loc has taught our children is about humility, determination, and compassion, the knowledge that imperfections exist in ourselves and others and the ability to accept, forgive and try to work through our own imperfections despite the odds, as well as the ability to understand and empathize with the struggles of others. I believe Loc's influence makes our children better human beings.

Loc and I are blessed to have healthy, wonderful children. Tiffany is a very thoughtful, respectful and compassionate person. She is a straight A student and an avid reader. Because she is so well-read, she is very knowledgeable and concerned about the world around her, from global warming to the endangered animals. Like her dad, she is understanding, tolerant and forgiving of other people's shortcomings and is kind and helpful to her peers. She is involved in student council at school and makes a point to befriend new students, showing them around as well as introducing them to her friends. On numerous occasions, she has bought lunch for them because they did not have a lunch account set up yet. Her latest project with some of her graduating classmates is the creation of a website to raise awareness and money for environmental causes. Their website address is www.WeTheGreen.Weebly.com. There are times when I am in awed by her ability to understand and empathize with people and her generosity of spirit. Lawrence, on the other hand, is a typical eight years old boy. He loves video games, computers and is constantly in motion. He is a good student, extremely bright and capable, but has not quite been sold on the merits of school. As a result, we spend much more effort to oversee his schoolwork and find different ways to make learning interesting to him. He is sweet and loving, mischievous at times, but knows to be polite and respectful. Loc and I are equally affectionate to both Tiffany and Lawrence. But as Lawrence grows, I can see that although he loves and needs me, he identifies with his dad and tends to gravitate towards him. I worry that Loc's absence will have a lasting negative effect on Lawrence.

In 2005, Loc and I took over the shrimp dock/processing business in Port Arthur. We were committed to the business and moved our family to Texas. Although he had agreed to help Loc with the business until Loc knew the operations better, Loc's brother Tuan walked away soon after. He then filed bankruptcy on his shrimp boats and left the business stuck with the debts. Within the same time frame, Hurricane Rita hit and severely damaged the business property. Faced with huge debts and with the business in jeopardy, Loc and I decided it was best for Loc to stay in Texas and run the business while the children and I move back to California where my job gave me the ability to work more while allowing me the flexibility to be around when the children needed me. Despite the distance, we both try very hard to keep the sense of family unity through daily phone calls to allow the children to share the events of their day and through frequent visits from Loc. He makes a point to be around for all the special occasions. When he is home, our house comes alive with laughter. It is often bittersweet to see how our children's faces light up and how their world appears "normal" when their dad is home. Though we made the necessary sacrifice of being apart to fulfill our financial obligations, Loc and I are committed to each other and to the children we brought into this world. Together, we strive to provide the balance needed to help our children become happy, moral, well-functioning adults, capable of not only fitting into society but contributing to society.

As if the challenges of operating the business and Loc's legal problems were not enough, Hurricane Ike hit last year. Loc worked day and night to secure and protect the property before the hurricane, driving out with his truck deep in water. Meanwhile, I was in California calling and checking on road conditions in order to help him get to higher ground safely. As soon as the water receded, he came back to start the clean up. Back and forth he drove through deserted cities, buying fuel to power the generators to repair the business. By the cheerful, reassuring voice that came across the

telephone to our children during those days, one would never guess that his reality consists of living conditions lacking in food and water, long days filled with work and worries, and nights spent alone on an air mattress in his office.

It has been painful to see Loc suffered so much, especially in the last year without being able to help him. I cannot explain Loc's recent actions that caused him to be locked up again. All I know is that having to step into his position just to hold down the business has been incredibly stressful. Yet, Loc has had to run this business in full operation despite the declining economy and negative media attention regarding his legal case, all the while trying to repair hurricane damage and dealing with the loneliness and isolation of being separated from his wife and children. Although neither an explanation nor an excuse for what Loc did, perhaps for a moment, Loc just wanted to forget that the weight of the world is on his shoulders.

Your honor, the weight of his world is now on my shoulders and I am trying desperately to hold it up. Although I am grateful for a few individuals in the seafood industry who have come to my aid due to their friendships with Loc, the responsibilities of the business, along with all my other responsibilities is overwhelming. Now adays, my only solace is the few hours in the middle of the night where the business problems can wait, my work does not need me, the creditors are not calling and my children are peacefully asleep. Essentially all business operations have ceased. The boats are gone. I have had to let go of most employees with the promise that I will call them back as soon as I can. News of Loc's problems have traveled fast which makes it difficult to collect on debts other companies owe to us. Although Loc tries so hard to help me, the truth is that he cannot even help himself right now. It takes all his energy to survive among the drug dealers and gangsters that surround him. Like the advice Loc and I give our children, I remind Loc to pray so that he can quiet his mind and hope that through God's grace we all can survive this ordeal and be together again as a family. I try to send Loc spiritual magazines to help him stay strong mentally and to retain his sense of self.

Loc has certainly made mistakes and he is currently being punished for them. He has to live with the fact that he alone has taken our children's innocence and replaced it with the shame of having a parent in prison. He has written to us many times asking for forgiveness. He and I have tried to turn this experience into a lesson for our children about the consequences of our choices. Recently, he sent a purse that he had made to my daughter. As nice as the purse was, it was sad and alarming to Tiffany and Lawrence to see that a once capable and productive man has been reduced to making paper purses from washed out Cup-A-Noodle lids. Your honor, Loc is not a perfect person, but he is a redeemable person. The one thing that has always set him apart from many people I know is his humanity. Humanity is a trait not fostered in prison. It is a trait valued in our society. A person like him has a lot to offer to our society and will only wither away in prison. I humbly and respectfully ask you for leniency on behalf of Loc. I truly believe he has grasp the significance of what he did and how much destruction he has caused to all those around him. He is praying for a second chance to make things right. I am begging your honor to give him a second chance. My children and I need him. There is so many obligations he and I have to meet. I cannot do it alone. Thank you for your time in reading this letter and for your thoughtful deliberation.

Respectfully yours,

*Hoang-Oanh Lu*