UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| *All Cases and No. 15-4654* | * | MAGISTRATE SHUSHAN |
| | * | |

## ORDER

Considering the Parties' Motion for Approval of Amendments to HESI Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 15322) and HESI's Notice of Substitution of HESI Release of BP (Rec. Doc. 15379):

IT IS ORDERED that the Court does and hereby approves of the Parties' amendments to the HESI settlement agreement as embodied in the Second Amended HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015). This Order of Approval specifically incorporates the substitution of the HESI Release of BP as described in HESI's Notice of Substitution of HESI Release of BP (Rec. Doc. No. 15379).

New Orleans, Louisiana this 25th day of September, 2015

_____
United States District Judge