## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill of the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO.   2179 SECTION: J |
| Relates to: 13-01991 | * * | JUDGE: BARBIER |
| WILKINSON TECHNOLOGIES, LTD. | * * | MAGISTRATE: SHUSHAN |
| Plaintiff, v. | * * * | |
| BP EXPLORATION & PRODUCTION, INC.; BP AMERICAN PRODUCTION COMPANY; and BP p.l.c. | * * * * | |
| Defendants | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>ORDER</u>

Considering the foregoing,

**IT IS HEREBY ORDERED** that Jimmy Williamson, Cindy Rusnak and William Dills of the law firm Williamson and Rusnak are hereby WITHDRAWN as counsel for Plaintiff Wilkinson Technologies, LTD; and that Paul M. Sterbcow, Jessica L. Ibert and Ian F. Taylor and the law firm Lewis, Kullman, Sterbcow & Abramson are hereby SUBSTITUTED as counsel of record for Plaintiff Wilkinson Technologies, LTD.

New Orleans, Louisiana this 25th day of September, 2015.

DISTRICT JUDGE CARL J. BARBIER