IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § § § § § | MDL No. 2179<br><br>SECTION: J<br><br>HONORABLE JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Applies to: All Cases | | |

## ORDER AUTHORIZING PAYMENT TO ESCROW AGENT FOR SETTLEMENT FUND

Before this Court is the Joint Motion of Plaintiffs' Co-Liaison Counsel, MDL 2179, representing the Plaintiffs' Steering Committee in MDL 2179 on behalf of the members of a putative New Class, as defined by the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 14644-1, filed on May 29, 2015) (the "Settlement Agreement"), Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the Settlement Agreement, and Triton Asset Leasing GmbH, Transocean Deepwater Inc., Transocean Offshore Deepwater Drilling Inc., and Transocean Holdings LLC ("Transocean") for Authority to Make Payment to Escrow Agent for the Settlement Fund.

Having considered the record of these proceedings, the arguments and recommendations of counsel for the moving parties, and the requirements of law, the Court **GRANTS** the parties' motion as follows:

**IT IS HEREBY ORDERED:**

1. The parties are authorized to make the initial payment to the Escrow Agent as required by Section 3.4 and Exhibit C of the Escrow Agreement (approved by the Court in Rec.

1

Doc. No. 14906). This initial payment shall be made from the Aggregate Payment deposited with the Escrow Agent.

**IT IS SO ORDERED.**

New Orleans, Louisiana this 25th day of September, 2015.

_____
United States District Judge