U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 22 2011
LORETTA G. WHYTE
CLERK

# IN RE: OIL SPILL by "Deepwater Horizon"
## LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY)[1]

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION-JOINDER IN MASTER ANSWER-INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT – PROFILE FORM**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

| GOVERNMENTAL BODY OR ENTITY | |
|---|---|
| Body/Entity | The City Of Mobile, Alabama |
| County/Parish | Mobile County |
| State | State of Alabma |
| Primary Physical Address | 205 Government Street |
| City/State/Zip | Mobile, AL 36602 |

| PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT | |
|---|---|
| Name: E. Ashton Hill, III | State / Bar No. (if attorney): |
| Address: P.O. Box 1827 | Phone: (251) 208-7348 |
| City/State/Zip: Mobile, Alabama 36633-1827 | E-Mail Address: hilla@cityofmobile.org |

Claim Filed with BP?  YES ☐  NO ☒
Claim No.

**Claim Type (Please check all that apply):**

- [x] Loss of Tax Revenue / Income / Use
- [x] Damage, Destruction, or Diminution in Value of Property
- [ ] Response, Removal, Clean-Up, Restoration and/or Remediation Costs
- [ ] Civil or Criminal Penalties
- [ ] Punitive Damages
- [ ] Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.

**Brief Description:**

1. **For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.**

Mobile is a water-front, coastal community, and tourism and commercial and recreational fishing are three of its most important industries. Mobile also serves as a gateway and stop over point for many other tourists who travel to and from the various Gulf Coast beach and fishing communities and area gaming ports of call. The closing of the area waters to fishing, boating and shipping and the threat of oil to the area beaches substantially impacted all of these industries resulting in loss of lodging taxes, license taxes, property taxes, liquor taxes, restaurant taxes, gasoline taxes, and sales taxes on everything from food and beverage sales to souvenir sales to sales of recreational vessels and equipment to sales of seafood produce. (BP should be in a position to know which Mobile businesses claimed an oil related loss.) Mobile also lost property taxes, because the property values in Mobile fell as a result of the oil spill.

2. **For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.**

General diminution in value resulting from long-term presence and effects of oil and dispersants being present in local area waters.

3. **For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.**

_Signature of Authorized Attorney, Official or other Representative_

E. Ashton Hill, III
Printed Name

April 20, 2011
Date

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*

CERTIFIED MAIL

7010 0780 0001 4271 6093

City of Mo<br>
Legal Depart<br>
P.O. Box 18:<br>
Mobile, AL 3663:



U. S. District Court for the<br>
Eastern District of Louisiana<br>
500 Poydras Street<br>
New Orleans, LA 70130

7015074373