UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: *All Cases.* | * | JUDGE BARBIER |
| | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

The Court has received regular briefings from the Court-appointed CPA Phil Garrett regarding time and expenses of common benefit lawyers generally, and the Plaintiffs' Steering Committee ["PSC"] members and Co-Liaison Counsel in particular, and is otherwise very familiar with the continued work of the PSC, the Plaintiffs' Executive Committee, and Plaintiffs' Co-Liaison Counsel. As such, the Court has determined that it does not need new applications now for re-appointment of the PSC, Plaintiffs' Executive Committee, and Plaintiffs' Co-Liaison Counsel.

Accordingly, the Court re-appoints the following counsel to the PSC:

- Brian Barr
- Jeffery A. Breit
- Elizabeth J. Cabraser
- Philip F. Cossich, Jr.
- Robert T. Cunningham
- Alphonso Michael Espy
- Calvin C. Fayard, Jr.
- Robin L. Greenwald
- Ervin A. Gonzalez
- Rhon E. Jones
- Matthew E. Lundy

- Michael C. Palmintier

- Joseph F. Rice

- Paul M. Sterbcow

- Scott Summy

- Conrad S. P. Williams

Additionally, the Court re-appoints James Parkerson Roy and Stephen J. Herman as Plaintiffs' Co-Liaison Counsel and ex-officio members of the PSC.  The Court re-appoints James Parkerson Roy, Stephen J. Herman, Brian Barr, and Scott Summy to the Plaintiffs' Executive Committee.

Appointees are charged with the responsibilities outlined in Pretrial Order Nos. 1 and 8 and any other orders of the Court.

Appointments are for one year from October 1, 2015, through September 30, 2016.  Appointees may apply to be reappointed when their terms expire, pursuant to the procedures set forth in Pretrial Order No. 8 and further orders of this Court.

New Orleans, Louisiana this 28th day of September, 2015.

_____
United States District Judge