UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| | JUDGE BARBIER |
| Applies to: 13-1719 | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Request of Daybrook Fisheries, Inc. to Dispose of Samples]**

Daybrook Fisheries, Inc. ("Daybrook"), a menhaden fishing and processing company located in Plaquemines Parish, communicated its request to the Court for permission to dispose of menhaden samples which it has maintained since 2010. BP Exploration & Production, Inc. or any other interested party were given until Friday, September 25, 2015, to show cause why Daybrook should not be granted permission to dispose of the menhaden samples. Rec. doc. 15221. No objection was filed to the disposal of the menhaden samples within the deadline. Daybrook's request is unopposed, and it has merit.

IT IS ORDERED that Daybrook is granted permission to dispose of the menhaden samples.

New Orleans, Louisiana, this 29th day of September, 2015.

                                                               **SALLY SHUSHAN**
                                                               **United States Magistrate Judge**