UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| *Applies to:*  13-1719 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

The Court having been notified that BP requests additional time to respond to the Request of Daybrook Fisheries, Inc. to Dispose of Samples, the Order docketed this date (rec. doc. 15396) granting permission to dispose of the samples is withdrawn.

**IT IS ORDERED** that the Order Regarding Request of Daybrook Fisheries, Inc. to Dispose of Samples (Rec. doc. 15396) dated September 29, 2015 is WITHDRAWN, **without prejudice**.

New Orleans, Louisiana, this 29th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE