UNITED STATES DISTRICT OF COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG § <br> "DEEPWATER HORIZON" in the § <br> GULF OF MEXICO, § <br> on APRIL 20, 2010 § <br> § <br> *This document relates to:* § <br> § <br> Nos. 12-970, 15-4143, § <br> 15-4146 and 15-4654 § <br> _____ § | MDL No. 2179 <br><br> SECTION: J <br><br> JUDGE BARBIER <br><br> MAG. JUDGE SHUSHAN |

**ORDER APPOINTING MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.
AS ALLOCATION NEUTRAL**

At the request of the Plaintiffs Steering Committee (on behalf of the members of a putative New Class), DHEPDS Class Counsel (on behalf of the DHEPDS Class), Halliburton Energy Services, Inc. ("HESI"), and Triton Asset Leasing GmbH, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling Inc. and Transocean Holdings LLC (collectively "Transocean"), and pursuant to Section 7 of the HESI Punitive Damages and Assigned Claims Settlement Agreement (Amended as of September 2, 2015) (the "HESI SA") and Section 7 of the Transocean Punitive Damages and Assigned Claims Settlement Agreement (the "Transocean SA"):

IT IS HEREBY ORDERED that Magistrate Judge Joseph C. Wilkinson, Jr. is appointed as the Allocation Neutral[1] for the purpose of allocating the Aggregate Payments made by HESI under the HESI SA and by Transocean under the Transocean SA between the New Class and the DHEPDS Class (as referenced in the respective SAs). Magistrate Judge Wilkinson shall have all rights and powers contemplated by the Parties and referenced in the HESI SA and Transocean

---

[1] For clarity, this appointment is being made pursuant to the terms of the HESI SA and the Transocean SA, and not pursuant to the provisions of Fed. R. Civ. P. 53 or 73.

SA including, but not limited to, the ability to communicate, *ex parte* or otherwise, with the Parties to the SAs, other parties who have standing, or any other person who might have information relevant to an appropriate allocation, in Magistrate Judge Wilkinson's discretion.

IT IS FURTHER ORDERED that absent further order of this Court, Magistrate Judge Wilkinson shall schedule a status conference to receive input from counsel and thereafter issue an appropriate scheduling order. Upon completion of this appointment, Magistrate Judge Wilkinson shall submit his final recommendation regarding allocation of the aggregate payments.

New Orleans, Louisiana, this 29th day of September, 2015.

_____
Hon. Carl J. Barbier
United States District Judge