UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | **MDL 2179** |
| **This Document Relates To:** | * | **SECTION: J** |
| *12-970* | * | **JUDGE BARBIER** |
| | * | **MAG. JUDGE SHUSHAN** |

# ORDER

IT IS ORDERED that Apache Louisiana Minerals LLC's Motion to Docket Denials of Request for Discretionary Court Review (Rec. Doc. 14680) is DENIED AS MOOT.

New Orleans, Louisiana, this 29th day of September, 2015.

_____
United States District Judge