UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico 2010 | ) 2:10-md-02179-CJB-SS ) ) SECTION J (Barbier) |
| This Document Applies To: No. 10-2771, In re: The Complaint of Triton Leasing GmbH, et al. | ) ) ) MAGISTRATE 1 (Shushan) ) ) |
| NO. 2:13-cv-00316, Parish of Plaquemines vs. BP Exploration Company, Inc. | ) ) ) |
| and | ) ) |
| NO. 2:11-cv-00916, Parish of Plaquemines vs. BP PLC, et al. | ) ) ) ) ) |

### *EX PARTE* MOTION FOR LEAVE TO FILE SECOND AMENDED, SUPPLEMENTAL, RESTATED AND CONSOLIDATED COMPLAINT FOR DAMAGES

**NOW COMES**, through undersigned counsel, the Parish of Plaquemines of the State of Louisiana, and its subdivisions and districts ("Plaquemines Parish"), who respectfully requests that this Court grant it leave to file the attached Second Amended, Supplemental, Restated and Consolidated Complaint for Damages pursuant to this Court's Order (Docket No. 15269) dated August 28, 2015.

**WHEREFORE**, Plaquemines Parish prays for an order granting it leave to file the attached Second Amended, Supplemental, Restated and Consolidated Complaint for Damages.

MARTZELL & BICKFORD, A.P.L.C.

SCOTT R. BICKFORD T.A. (#1165)
SPENCER R. DOODY (#27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: (504) 581-9065
Fax: (504) 581-7635 (facsimile)

/s/ Michael L. Vincenzo
HENRY A. KING (#7393)
ROBERT J. STEFANI (#19248)
MICHAEL L. VINCENZO (#23965)
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Fax: (504) 582-1233

and

DAVID LANDRY (La. #07978)
1214 Parosol Place
Pensacola, Florida, 32507

Special Counsel

Plaquemines Parish Government

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above pleading has been served upon all counsel of record, either by hand delivery, facsimile transmission, electronic transmission, or by placing same in the United States mail, properly addressed and postage pre-paid, on this 29th day of September, 2015.

/s/ Michael L. Vincenzo
MICHAEL L. VINCENZO