**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico 2010 | ) **2:10-md-02179-CJB-SS** |
| | ) |
| | ) **SECTION J (Barbier)** |
| **This Document Applies To:** | ) |
| **No. 10-2771, In re: The Complaint of Triton Leasing GmbH, et al.** | ) **MAGISTRATE 1 (Shushan)** |
| | ) |
| | ) |
| **NO. 2:13-cv-00316, Parish of Plaquemines vs. BP Exploration Company, Inc.** | ) |
| | ) |
| **and** | ) |
| | ) |
| **NO.  2:11-cv-00916, Parish of Plaquemines vs. BP PLC, et al.** | ) |
| | ) |
| | ) |
| | ) |

## ORDER

Considering the foregoing Ex Parte Motion for Leave to File Second Amended, Supplemental, Restated and Consolidated Complaint for Damages filed by the Parish of Plaquemines of the State of Louisiana, and its subdivisions and districts ("Plaquemines Parish");

**IT IS ORDERED** that Plaquemines Parish's Second Amended, Supplemental, Restated and Consolidated Complaint for Damages is hereby filed into the record.

New Orleans, Louisiana this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

{N1065316 -}