UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO:<br>Nos. 12-970, 15-4143, 15-4146 & 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

### ORDER

Pursuant to Judge Barbier's order, Record Doc. No. 15398, a status conference will be conducted by me on **OCTOBER 8, 2015 at 2:00 p.m.** to plan and schedule further proceedings concerning allocating the Aggregate Payments made by HESI under the HESI Settlement Agreement and by Transocean under the Transocean Settlement Agreement between the New Class and the DHEPDS Class (as referenced in the respective Settlement Agreements). No later than **October 5, 2015 at 5:00 p.m.**, counsel may provide me with a letter setting out proposed agenda items for discussion at the conference, including but not limited to the manner and timing of the parties' submissions and proposals, if any, concerning the allocation, and the identity of any non-parties from whom additional submissions might be obtained.

New Orleans, Louisiana, this ___29th___ day of September, 2015.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. CARL J. BARBIER