# IN RE: OIL SPILL by "Deepwater Horizon"
# LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY)[1]

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION-JOINDER IN MASTER ANSWER-INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT – PROFILE FORM**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

## GOVERNMENTAL BODY OR ENTITY

| | |
|---|---|
| Body/Entity | Town of Jean Lafitte |
| County/Parish | Jefferson Parish |
| State | Louisiana |
| Primary Physical Address | 2654 Jean Lafitte Blvd. |
| City/State/Zip | Lafitte, LA 70067 |

## PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT

| | |
|---|---|
| Name: David L. Colvin | State / Bar No (if attorney): 4353 |
| Address: 230 Huey P. Long Ave. | Phone: (504) 367-9001 |
| City/State/Zip: Gretna, LA 70053 | E-Mail Address: davec@dcolvinlaw.com |

Claim Filed with BP?   YES ☒   NO ☐   Presentment of claim was made. See details on page 2.
Claim No.

**Claim Type (Please check all that apply):**

- ☒ Loss of Tax Revenue / Income / Use
- ☒ Damage, Destruction, or Diminution in Value of Property
- ☒ Response, Removal, Clean-Up, Restoration and/or Remediation Costs
- ☐ Civil or Criminal Penalties
- ☒ Punitive Damages
- ☐ Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.



EXHIBIT A

**Brief Description:**

1. For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.

The Town of Jean Lafitte sustained loss of tax revenue as a result of the oil spill. The loss continued from the time of the oil spill to the present and continues today. Presentment was received by BP on January 16, 2013 via email and on January 17, 2013 via UPS overnight delivery. An Addendum was also received by BP on January 18, 2013 via UPS overnight delivery and a Second Addendum was also hand-delivered to BP at 501 Westlake Park Blvd., Houston, TX on January 18, 2013. At least ninety (90) days have elapsed since presentment was made. BP has not yet responded to presentment.

2. For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.

The Town of Jean Lafitte owns waterfront property within the town limits in Jefferson Parish, Louisiana.

3. For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.

/s/ David L. Colvin
Signature of Authorized Attorney, Official or other Representative

David L. Colvin
Printed Name

4/19/2013
Date

2

# IN RE: OIL SPILL by "Deepwater Horizon"
# LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY)[1]

Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION-JOINDER IN MASTER ANSWER-INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT – PROFILE FORM**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

## GOVERNMENTAL BODY OR ENTITY

Body/Entity: Lafitte Area Independent Levee District
County/Parish: Jefferson Parish
State: Louisiana
Primary Physical Address: 2654 Jean Lafitte Blvd.
City/State/Zip: Lafitte, LA  70067

## PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT

Name: David L. Colvin
State / Bar No. (if attorney): 4353
Address: 230 Huey P. Long Ave.
Phone: (504) 367-9001
City/State/Zip: Gretna, LA  70053
E-Mail Address: davec@dcolvinlaw.com

Claim Filed with BP?   YES ☒   NO ☐   Presentment of claim was made. See details on page 2.
Claim No.

**Claim Type (Please check all that apply):**

- ☒ Loss of Tax Revenue / Income / Use
- ☒ Damage, Destruction, or Diminution in Value of Property
- ☒ Response, Removal, Clean-Up, Restoration and/or Remediation Costs
- ☐ Civil or Criminal Penalties
- ☒ Punitive Damages
- ☐ Other Damages or Loss _____

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A 10-2771 and MDL 2179.

The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.



EXHIBIT B

Brief Description:

1. For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.

The Lafitte Area Independent Levee District sustained loss of tax revenue as a result of the oil spill. The loss continued from the time of the oil spill to the present and continues today. Presentment was received by BP on January 16, 2013 via email and on January 17, 2013 via UPS overnight delivery. An Addendum was also received by BP on January 18, 2013 via UPS overnight delivery and a Second Addendum was also hand delivered to BP at 501 Westlake Park Blvd., Houston, TX on January 18, 2013. At least ninety (90) days have elapsed since presentment was made. BP has not yet responded to presentment.

2. For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.

The Lafitte Area Independent Levee District owns marsh and wetland property just north of Grand Isle, Parish of Jefferson, Louisiana, including Queen Bess Island, which was damaged as a result of oil and dispersants on the property. Oil from the April 20, 2010 incident continues to wash ashore onto the Levee District's property. As a result, there is a diminution of property value. The property owned by the Levee District includes acreage in: T20S R24E Sects. 14, 23, 24, 25, and 35, T20S R25E Sects. 7, 19, 30, and 31, and T21S R25E Sects. 19 and 20.

3. For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.

/s/ David L. Colvin
Signature of Authorized Attorney, Official or other Representative

David L. Colvin
Printed Name

4/19/2013
Date

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*