UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | **SECTION J** |
| **of Mexico, on April 20, 2010** | **JUDGE BARBIER** |

**Applies to:  10-2771** and

*Civil Action No. 10-9999;*

*Rec. Doc. 199*                                                                                          **MAG. JUDGE SHUSHAN**

---

ORDER

CONSIDERING THE FOREGOING;

IT IS ORDERED, ADJUDGED AND DECREED that Defendants in the above numbered and entitled cause, are hereby dismissed, with prejudice.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE