UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico 2010<br><br>This Document Applies To:<br><br><br>No. 10-2771, In re: The Complaint of Triton Leasing GmbH, et al.<br><br>NO. 2:13-cv-01556 -CJB-SS, Town of Grand Isle and Grand Isle Independent Levee District vs. BP Exploration and Production, Inc., et al,<br><br>and<br><br>NO. 2:11-cv-00893-CJB-SS, Town of Grand Isle, et al  vs. BP Exploration and Production, Inc., et al | ) 2:10-md-02179-CJB-SS<br>)<br>) SECTION J (Barbier)<br>)<br>) MAGISTRATE 1 (Shushan)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### *EX PARTE* MOTION FOR LEAVE TO FILE SECOND AMENDED, SUPPLEMENTAL, RESTATED AND CONSOLIDATED COMPLAINT FOR <u>DAMAGES AND JURY TRIAL REQUEST</u>

**NOW COMES**, through undersigned counsel, the Town of Grand Isle and the Grand Isle Independent Levee District ("Grand Isle"), who respectfully requests that this Court grant it leave to file the attached Second Amended, Supplemental, Restated and Consolidated Complaint

{N1065664 -}

for Damages and Jury Trial Request pursuant to this Court's Order (Docket No. 15269) dated August 28, 2015.

**WHEREFORE**, Grand Isle prays for an order granting it leave to file the attached Second Amended, Supplemental, Restated and Consolidated Complaint for Damages and Jury Trial Request.

**COLVIN LAW FIRM, A.P.L.C.**
DAVID L. COLVIN (#4353)
JEFFERY P. BROTHERS (#22279)
TRAVIS J. CAUSEY (#16853)
SHELLY R. HALE (#34578)
230 Huey P. Long Avenue
Gretna, LA 70053
Telephone: (504) 367-9001
Facsimile: (504) 367-0650

**MARTZELL & BICKFORD, A.P.L.C.**
SCOTT R. BICKFORD (#1165)
SPENCER R. DOODY (#27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: (504) 581-9065
Fax: (504) 581-7635 (facsimile)

**KING, KREBS & JURGENS, P.L.C.**

/s/Michael L. Vincenzo
HENRY A. KING (#7393)
ROBERT J. STEFANI (#19248)
MICHAEL L. VINCENZO (#23965)
201 St. Charles Avenue, 45th Floor
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Fax: (504) 582-1233

Special Counsel

The Town of Grand Isle and Grand Isle Independent Levee District

{N1065664 -}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above pleading has been served upon all counsel of record, either by hand delivery, facsimile transmission, electronic transmission, or by placing same in the United States mail, properly addressed and postage pre-paid, on this 30th day of September, 2015.

/s/ Michael L. Vincenzo
MICHAEL L. VINCENZO

{N1065664 -}