# IN RE: OIL SPILL by "Deepwater Horizon"

## LOCAL GOVERNMENT ENTITY SHORT FORM (VOLUNTARY) [1]

### Authorized by Order of the Court, Civil Action No. 10-md-2179 Rec. Doc. 1549

(Copies of said Order having also been filed in Civil Actions No. 10-9999 and 10-2771)

| MDL 2179 | SECTION: J | JUDGE CARL BARBIER |
|---|---|---|

**CLAIM IN LIMITATION-JOINDER IN MASTER ANSWER-INTERVENTION AND VOLUNTARY JOINDER IN LOCAL GOVERNMENT MASTER COMPLAINT – PROFILE FORM**

By submitting this document, the governmental entity identified below is asserting a claim in *Complaint and Petition of Triton Asset Leasing GmbH, et al.*, No. 10-2771; adopts and incorporates the Master Answer [Rec. Doc. 235] to the *Complaint and Petition of Triton Asset Leasing Gmbh, et al.*, in No. 10-2771; and intervenes into, joins and otherwise adopts the Local Government Entity Master Complaint [Rec. Doc. 1510] filed in MDL No. 2179 (10-md-2179).

| GOVERNMENTAL BODY OR ENTITY | |
|---|---|
| Body/Entity | The Town of Grand Isle |
| County/Parish | Jefferson Parish |
| State | State of Louisiana |
| Primary Physical Address | 134 Ludwig Lane |
| City/State/Zip | Grand Isle, LA 70358 |

| PRIMARY OFFICER, ATTORNEY, OR OTHER CONTACT | |
|---|---|
| Name Scott R. Bickford | State / Bar No. (if attorney) LA / 1165 |
| Address 338 Lafayette Street | Phone (504) 581-9065 |
| City/State/Zip New Orleans, LA 70130 | E-Mail Address usdcedla@mbfirm.com |

| Claim Filed with BP? YES ☑ NO ☐ | Presentment filed 1-18-13 |
|---|---|
| Claim No. | |

Claim Type (Please check all that apply):

☑ Loss of Tax Revenue / Income / Use
☑ Damage, Destruction, or Diminution in Value of Property
☑ Response, Removal, Clean-Up, Restoration and/or Remediation Costs
☐ Civil or Criminal Penalties
☑ Punitive Damages
☑ Other Damages or Loss ___Investigation costs and all others allowed by law and equity.___

---

[1] This form should be filed with the U.S. District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, in Civil Action No. 10-9999. While this Local Government Entity Short Form is to be filed in CA No. 10-9999, by prior order of the Court, (Rec. Doc. 253, C.A. No. 10-2771 and Rec. Doc. 1510 in MDL 2179), the filing of this form in C.A. No. 10-9999 shall be deemed to be simultaneously filed in C.A. 10-2771 and MDL 2179.

1

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*

# EXHIBIT "A"

**Brief Description:**

1. **For loss of tax revenue, loss of income, or loss of use claims, please describe the type of revenue, income or use you claim was lost, e.g., sales tax revenue, nature of the loss, and the time period over which the claimed loss occurred.**

All removal costs yet unpaid or to be incurred in the future by Grand Isle and damages under 33 USC Sections 2701(31), 2702(a), and 2702(b)(1), all damages recoverable under 33 USC Sections 2701(5), 2702(a), and 2702(b)(2), which have occurred or may occur in the future, but which at this time are indeterminate or uncalculated. These damages include, but are not limited to, loss of taxes, royalties, rents, fees, or net profit shares, loss of profits or impairment of earning capacity, costs of marketing to repair stigma damages, costs of coastal monitoring, and damages for costs of providing increased or additional public services during or after removal activities, including protection from safety, or health hazards, and any other damages incurred or to be incurred and allowable by law or equity.

2. **For damage, destruction or diminution in the value of property, please describe the location of the property or properties affected, your ownership interest in each property, and the type of damage you allege, including whether oil or dispersants touched the property.**

Property owned by Grand Isle identified on the maps attached as Exhibit A, and property owned by Grand Isle as yet to be identified. On information and belief, both oil and dispersants touched the property.

3. **For claims for civil or criminal penalties, please provide the statutory (or other) authority and briefly describe the factual basis for such claims.**

Not applicable.

_____
Signature of Authorized Attorney, Official or other Representative

Scott R. Bickford
_____
Printed Name

April 17, 2013
_____
Date

2

*The filing of this Direct Filing Short Form shall also serve in lieu of the requirement of a Plaintiff Profile Form.*



Figure 2.



Figure 4.



Figure 5.



Figure 6.

# File Local Government Short Form Joinders CA 10-9999

## U. S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Bickford, Scott on 4/19/2013 at 10:43 AM CDT and filed on 4/19/2013

| | |
|---|---|
| **Case Name:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" LOCAL GOVERNMENT ENTITIES |
| **Case Number:** | 2:10-cv-09999-CJB-SS |
| **Filer:** | |
| **Document Number:** | 350 |

**Docket Text:**
**Local Government Short Form Joinder of The Town of Grand Isle. Primary Officer, Attorney, or Other Contact: Scott Bickford.(Bickford, Scott)**

**2:10-cv-09999-CJB-SS Notice has been electronically mailed to:**

**2:10-cv-09999-CJB-SS Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=4/19/2013] [FileNumber=6290893-0
] [2e8d9782166de725d1df9d924c8e32fb6e1fa76badc0a1ffaff7175d0e21aaaa6ed
a10f9b7f06319e527672761447c9e63198bed988230e76e6bdb0fe2d8c441]]

## Carla H. Valaske

| | |
|---|---|
| **From:** | LexisNexis File & Serve [TransactionReceipt@fileandserve.lexisnexis.com] |
| **Sent:** | Friday, April 19, 2013 12:29 PM |
| **To:** | Carla H. Valaske |
| **Subject:** | Case: MC MDL-2179; Transaction: 51876097 Transaction Receipt |

To: Carla Valaske
Subject: Transaction Receipt

This email is to confirm receipt of your documents. The transaction option you selected
was "Serve Only - Public". The details for this transaction are listed below.

```
Court:                      LA US District Court Eastern District E-Service-Oil Spill
Case Name:                  In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon)
Case Number:                MC MDL-2179
Transaction ID:             51876097
Document Title(s):
     Local Government Entity Short Form - The town of Grand Isle (6 pages)
Authorized Date/Time:       Apr 19 2013 12:28PM CDT
Authorizer:                 Scott R Bickford
Authorizer's Organization:  Martzell & Bickford
Sending Parties:
     Claimant
Served Parties:
     10 parties
```

Thank you for using File & ServeXpress.

Questions? For prompt, courteous assistance please contact File & ServeXpress Customer
Service by phone at 1-888-529-7587 (24/7).

Your transaction has been successfully submitted to File & ServeXpress. Your transaction information appears below. To print this information for your records, click anywhere on the transaction information, then click the browser Print button. For a formatted copy of this information, obtain a transaction report.
To perform another transaction, click **Begin a New Transaction.**
To exit Filing & Service, click **Return to My File & ServeXpress.**

*TIP:* Receive notifications of new Filing & Service activity that match your search criteria. Click on the Alerts tab.

## File & ServeXpress Transaction Receipt

| | |
|---|---|
| **Transaction ID:** | 51876097 |
| **Submitted by:** | Carla Valaske, Martzell & Bickford |
| **Authorized by:** | Scott R Bickford, Martzell & Bickford |
| **Authorize and file on:** | Apr 19 2013 12:28PM CDT |

| | |
|---|---|
| **Court:** | LA US District Court Eastern District E-Service-Oil Spill |
| **Division/Courtroom:** | N/A |
| **Case Class:** | Civil-Oil Spill Litigation |
| **Case Type:** | Oil Spill-All Cases |
| **Case Number:** | MC MDL-2179 |
| **Case Name:** | In re: MDL-2179 Oil Spill by the Oil Rig (Deepwater Horizon) |

| | |
|---|---|
| **Transaction Option:** | Serve Only - Public |
| **Billing Reference:** | The Town of Grand Isle |
| **Read Status for e-service:** | Not Purchased |

**Documents List**
**1 Document(s)**
**Attached Document, 6 Pages   Document ID: 55790703**                              PDF Format  |  Original Format
**Document Type:**                          **Access:**              **Statutory Fee:**       **Linked:**
Direct Filing Short Form                    Secure Public            $0.00
**Document title:**
Local Government Entity Short Form - The town of Grand Isle

Expand All

⊡ **Sending Parties (1)**

| Party | Party Type | Attorney | Firm | Attorney Type |
|---|---|---|---|---|
| Claimant Interested Party | | Bickford, Scott R | Martzell & Bickford | Attorney in Charge |

⊞ **Recipients (937)**

  ⊞ Service List (937)

  ⊟ Additional Recipients (0)


⊡ **Case Parties**

[ Begin a New Transaction ]      [ Return to My File & ServeXpress ]      [ Print ]   [ Transaction Report ]

File & Serve          About File & ServeXpress | Terms & Conditions | Privacy | Customer Support - 1-888-529-7587
                      Copyright © 2013 File & ServeXpress Holdings, LLC. All rights reserved.