UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico 2010** | ) 2:10-md-02179-CJB-SS <br> ) <br> ) SECTION J (Barbier) <br> ) |
| **This Document Applies To:** | ) MAGISTRATE 1 (Shushan) <br> ) |
| **No. 10-2771, In re: The Complaint of Triton Leasing GmbH, et al.** | ) <br> ) <br> ) |
| **NO. 2:13-cv-01556 -CJB-SS, Town of Grand Isle and Grand Isle Independent Levee District vs. BP Exploration and Production, Inc., et al,** | ) <br> ) <br> ) <br> ) |
| **and** | ) <br> ) |
| **NO. 2:11-cv-00893-CJB-SS, Town of Grand Isle, et al  vs. BP Exploration and Production, Inc., et al** | ) |

## ORDER

Considering the foregoing Ex Parte Motion for Leave to File Second Amended, Supplemental, Restated and Consolidated Complaint for Damages and Jury Trial Request filed by the Town of Grand Isle and the Grand Isle Independent Levee District ("Grand Isle");

**IT IS ORDERED** that Grand Isle's Second Amended, Supplemental, Restated and Consolidated Complaint for Damages and Jury Trial Request is hereby filed into the record.

New Orleans, Louisiana this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE

{N1065669 -}