UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | SECTION J |
| of Mexico, on April 20, 2010 | JUDGE BARBIER |

**Applies to:  10-2771** and

*Civil Action No. 10-9999;*

*Rec. Doc. 199*                                                                                          **MAG. JUDGE SHUSHAN**

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes Plaintiff, SOUTHERN UNIVERSITY SYSTEM, and on suggesting to this Honorable Court that the claim in the above numbered and entitled matter has been settled and compromised, and Plaintiff desires to dismiss this action with prejudice.

Respectfully submitted,

OFFNER & SCOTT, APLC

 /s/ Kurt Offner_____
KURT A. OFFNER, No. 28176
Two Lakeway, Suite 1130
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
Phone (504) 264-1057
Facsimile (504) 264-5557

## CERTIFICATE OF SERVICE

I certify that on the 30th day of September, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record involved in this matter.

/s/ Kurt Offner
KURT A. OFFNER