# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | |
| "Deepwater Horizon" in the Gulf of | | MDL 2179 |
| Mexico, on April 20, 2010 | * | |
| | | SECTION: J |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| 12-970 | * | |
| | | MAG. JUDGE SHUSHAN |
| | * | |

## ORDER

Two motions by the Deepwater Horizon Economic Claims Center ("DHECC") seeking return of payments on settlement claims are presently before the Court:

> (1) Motion of the DHECC for Return of Payments Made in Reliance on Financial Data Provided by Claim Preparer Joseph K. Bassler (Rec. Doc. 14802)

> (2) Motion of the DHECC for Return of Payments Made to Tommy Pham (Rec. Doc. 15361)

IT IS ORDERED that any responses or oppositions to these motions shall be filed by Friday, October 30, 2015, and shall not exceed 25 pages, double-spaced.

IT IS FURTHER ORDERED that any reply by the DHECC shall be filed by Friday, November 13, 2015, and shall not exceed 10 pages, double-spaced.

The DHECC is instructed to serve a copy of this Order (and the motion for return of payments, if not already done so) on the parties (or their counsel, if represented) targeted by the above motions.  By Monday, October 12, the DHECC shall certify to the Court whether service occurred.

New Orleans, Louisiana, this 30th day of September, 2015.

_____
United States District Judge