UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : | Mag. Judge Shushan |
| | : | |

**O R D E R**

Before the Court is the Deepwater Horizon Economic Claims Center's motion for return of payment made to claimants from the vessels the *Sir Lawrence,* the *Capt T* and the *Lady Kathleen* [Rec. Doc. 14761], and the claimants' opposition brief [Rec. Doc. 15388] filed on September 25, 2015 pursuant to the Court's Order [Rec. Doc. 15220].  So as to complete the briefing on this matter,

IT IS HEREBY ORDERED that any reply by the Deepwater Horizon Economic Claims Center to the claimants' opposition brief shall be filed on or before   October 23, 2015   . The Court will advise the parties if it requires oral argument.

Signed in New Orleans, Louisiana, this 1st day of October, 2015.

_____
United States District Judge