UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MEMORANDUM
IN SUPPORT OF MOTION BY THE DHECC
FOR ENTRY OF DEFAULT JUDGMENT AS TO ALLIANCE & ASSOCIATES, LLC

The Deepwater Horizon Economic Claims Center ("DHECC"), pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, provides this memorandum in support of its motion seeking entry of default judgment against claimant Alliance & Associates, LLC ("Alliance"), which failed to plead or otherwise defend against the DHECC's motion for return of payments ("Motion for Return of Payments") [Rec. Doc. 14613]. For the following reasons, this motion should be granted:

1. The Motion for Return of Payments arose from the DHECC's payment, on or about May 17, 2013, to Alliance of $2,134,395.45 for Claim 31479 filed with the DHECC. *See* Ex. A at ¶ 3 (Aff'd of Bob Levine).

2. On or about May 26, 2015, Faegre Baker Daniels LLP, the law firm formerly representing Alliance, repaid to the DHECC legal fees from Claim 31479 in the amount of $533,970.11. *See id*. at ¶ 4.

3. In the Motion for Return of Payments, the DHECC sought recovery of $2,134,395.45 from Alliance, less $533,475.11 in legal fees repaid by Alliance's former counsel, for a total recovery from Alliance of $1,600,425.34.

4.  On or about September 8, 2015, the clerk of court entered a default [Rec. Doc. 15332] against Alliance, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend against the Motion for Return of Payments.

5.  Pursuant to Rule 55(b)(1), Federal Rules of Civil Procedure, and because the DHECC's claim is for a sum certain, as demonstrated in the attached affidavit, the DHECC requests that the clerk enter judgment for the DHECC in the amount of $1,600,425.34, and such other relief as was requested in the Motion for Return of Payment, against Alliance, who has been defaulted for not appearing and who is neither a minor nor an incompetent person.  *See* Fed. R. Civ. P. 55(b)(1).

    Respectfully submitted,

    Patrick Juneau
    Claims Administrator

    By:  ___/s/ Kevin Colomb_____
    Kevin Colomb
    Manager of Compliance and Internal Integrity

    Louis J. Freeh
    Special Master

    By:  ___/s/ Gregory A. Paw_____
    Gregory A. Paw
    Counsel to the Special Master

Dated:  October 2, 2015