## DECLARATION OF ROBERT P. LEVINE

I, Robert P. Levine, for my declaration, state as follows:

1. I am the Chief Financial Officer for the Deepwater Horizon Economic Claims Center ("DHECC").

2. Among my duties, I assist the Claims Administrator in administration of the BP Economic & Property Damages Settlement Trust (the "Trust").

3. On or about May 17, 2013, the Trust paid claimant Alliance & Associates, LLC $2,134,395.45 for Claim 31479 filed by Alliance & Associates, LLC, with the DHECC.

4. On or about May 26, 2015, Faegre Baker Daniels LLP, the law firm formerly representing Alliance & Associates, LLC, repaid $533,970.11 to the Trust.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct.

Signed this __1__ day of October, 2015, in New Orleans, Louisiana.

Robert P. Levine