IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * * | Magistrate Judge SHUSHAN |

**BP EXPLORATION & PRODUCTION INC.'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD WITH MATERIALS FROM THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT**

BP Exploration & Production Inc. ("BP"), through its undersigned counsel, respectfully moves this Court for leave to supplement the MDL 2179 record with materials relating to the Economic and Property Damages Settlement that may potentially become relevant in individual claimant appeals filed with the Fifth Circuit Court of Appeals.  In support, BP states as follows:

1. In a decision dated May 8, 2015, in Case No. 13-30843, the Fifth Circuit Court of Appeals held that requests for discretionary review by BP or a Claimant under the Economic and Property Damages Settlement Agreement should be docketed by this Court, and also that BP or the Claimant can appeal individual claim determinations to the Fifth Circuit.

2. On July 18, 2015, Class Counsel moved for leave to supplement the MDL 2179 record with materials relating to the implementation of the Economic and Property Damages Settlement Agreement.  (Rec. Doc. 14910.)

3. On July 22, 2015, this Court granted Class Counsel's motion for leave to supplement the MDL 2179 record.  (Rec. Doc. 14912).

4. So as to reduce the need for multiple, piece-meal requests to supplement the MDL 2179 record, BP moves for leave to supplement the MDL 2179 record with additional materials relating to settlement implementation that were not included in Class Counsel's submission.

5. Attached hereto are (1) a proposed order; (2) an index of materials BP proposes to file into the MDL 2179 record, as well as a list of potentially relevant settlement filings that are already in the MDL 2179 record, and (3) the exhibits to BP's index of materials to file into the MDL 2179 record.

6. BP respectfully states that its proposed submission is not an exhaustive list of relevant settlement materials, and BP reserves the right to supplement the MDL 2179 record with additional materials that are relevant to specific individual claim determinations that are appealed to the Fifth Circuit as those cases arise — consistent with Rule 10 of the Federal Rules of Appellate Procedure.

WHEREFORE, BP respectfully requests for leave to provide, as part of the MDL 2179 record, an index of relevant materials and where such materials are not already a part of the MDL 2179 record, to supplement the record with those materials, so that they can be accessed, referenced and/or designated by BP on individual claim appeals in the Fifth Circuit Court of Appeals.

October 2, 2015                                             Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
Richard C. Godfrey, P.C.                                    Devin C. Reid (Bar #32645)
Wendy L. Bloom                                              LISKOW & LEWIS
KIRKLAND & ELLIS LLP                                        701 Poydras Street, Suite 5000
300 North LaSalle Street                                    New Orleans, Louisiana 70139
Chicago, IL 60654                                           Telephone: (504) 581-7979
Telephone: (312) 862-2000                                   Facsimile: (504) 556-4108
Telefax: (312) 862-2200                                     dkhaycraft@liskow.com
richard.godfrey@kirkland.com                                dcreid@liskow.com
Wendy.bloom@kirkland.com

Daniel A. Cantor
Jeffrey Bossert Clark                                       Sarah E. Warlick
Jane Stack                                                  ARNOLD & PORTER LLP
KIRKLAND & ELLIS LLP                                        555 Twelfth Street, NW
655 Fifteenth Street, N.W.                                  Washington, DC 20004
Washington, DC 20005                                        Telephone: (202) 942-5000
Telephone: (202) 879-5000                                   Telefax: (202) 942-5999
Facsimile: (202) 879-5200                                   daniel.cantor@aporter.com
jeffrey.clark@kirkland.com                                  sarah.warlick@aporter.com
jane.stack@kirkland.com

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.*
*AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of October 2015.

/s/ Don K. Haycraft
Don K. Haycraft