UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179  Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

MEMORANDUM
IN SUPPORT OF MOTION BY THE DHECC
FOR ENTRY OF DEFAULT JUDGMENT AS TO GILL JOHNSON, SR.

The Deepwater Horizon Economic Claims Center ("DHECC"), pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, provides this memorandum in support of its motion seeking entry of a default judgment against claimant Gill Johnson, Sr. ("Johnson"), who has failed to plead or otherwise defend against the DHECC's motion for return of payments [Rec. Doc. 13543]. For the following reasons, the motion should be granted:

1. The Motion for Return of Payments sought repayment from Johnson of $440,331.99, arising from the following payments made to Johnson by the DHECC: (a) on or about March 25, 2013, the DHECC paid Johnson $169,107.40 for Claim 135059; and (b) on or about May 9, 2013, the DHECC paid Johnson $271,224.59 for Claim 135062. *See* Ex. A at ¶¶ 3-4 (Aff'd of Bob Levine).

2. In several installments, Johnson's former legal counsel repaid to the DHECC legal fees from Claim 135059 and 135062 in the amount of $109,583.00, with the final installment made on or about May 6, 2015. *See id.* at ¶ 5.

3. In the Motion for Return of Payments, the DHECC sought recovery of $440,331.99 from Johnson, less $109,583.00 in legal fees repaid by Johnson's former counsel, for a total recovery from Johnson of $330,748.99.

4. On or about September 8, 2015, the clerk of court entered a default [Rec. Doc. 15331] against Johnson, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend against the Motion for Return of Payments.

5. Pursuant to Rule 55(b)(1), Federal Rules of Civil Procedure, and because the DHECC's claim is for a sum certain, as demonstrated in the attached affidavit, the DHECC requests that the clerk enter judgment for the DHECC in the amount of $330,748.99, and such other relief as was requested in the Motion for Return of Payment, against Johnson, who has been defaulted for not appearing and who is neither a minor nor an incompetent person.  *See* Fed. R. Civ. P. 55(b)(1).

      Respectfully submitted,

      Patrick Juneau
      Claims Administrator

      By: ___/s/ Kevin Colomb_____
      Kevin Colomb
      Manager of Compliance and Internal Integrity

      Louis J. Freeh
      Special Master

      By: ___/s/ Gregory A. Paw_____
      Gregory A. Paw
      Counsel to the Special Master

Dated: October 2, 2015