## **DECLARATION OF ROBERT P. LEVINE**

I, Robert P. Levine, for my declaration, state as follows:

1. I am the Chief Financial Officer for the Deepwater Horizon Economic Claims Center ("DHECC").

2. Among my duties, I assist the Claims Administrator in administration of the BP Economic & Property Damages Settlement Trust (the "Trust").

3. On or about March 25, 2013, the Trust paid claimant Gill Johnson $169,107.40 for Claim 135059 filed by Gill Johnson with the DHECC.

4. On or about May 9, 2013, the Trust paid claimant Gill Johnson $271,224.59 for Claim 135062 filed by Gill Johnson with the DHECC.

5. Former counsel for Gill Johnson repaid to the Trust $109,583.00 in several installments, with the final installment made on or about May 6, 2015.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct.

Signed this 1 day of October, 2015, in New Orleans, Louisiana.

_____
Robert P. Levine