UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
|      "DEEPWATER HORIZON" IN THE | : | |
|      GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

FINAL JUDGMENT

Upon consideration of the motion by the Deepwater Horizon Economic Claims Center ("DHECC") for entry of a default judgment against claimant Gill Johnson, Sr. ("Johnson") to the DHECC's motion for return of payments made by the DHECC to Johnson, and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion of the DHECC for entry of a default judgment against Johnson is GRANTED; and

2. The Motion of the DHECC for Return of Payments Made to Johnson is GRANTED; and

3. The DHECC claim awards in favor of Johnson based upon Claim 135059 and Claim 135062 are hereby RESCINDED and VACATED; and

4. Judgment is entered against Johnson, requiring Johnson to make restitution to the DHECC. Recognizing that Johnson's legal counsel has made restitution to the DHECC of $109,583.00 on Claim 135059 and Claim 135062, judgment is entered against Johnson in the amount of $330,748.99, plus post-judgment interest; and

5. Johnson shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

6. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

7. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
CLERK OF COURT