UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Shushan |
| al. v. BP Exploration & Production Inc., et al. | : | |

MOTION OF THE DHECC
FOR RETURN OF PAYMENTS MADE TO JACK HEMMENWAY AND OTHERS

COMES NOW Claims Administrator Patrick Juneau on behalf of the Deepwater Horizon Economic Claims Center ("DHECC"), seeking to remedy a fraud committed upon the DHECC by claimant Jack Hemmenway ("Hemmenway"). As set forth in the accompanying memorandum, Hemmenway submitted fraudulent tax and accompanying documents to support his five shrimp vessel owner claims. Relying on Hemmenway's misrepresentations, the DHECC paid Hemmenway $2,245,281.98.

The DHECC seeks a judgment requiring Hemmenway to return all money the DHECC paid to him for his improper claims and prohibiting Hemmenway from participating in any further seafood distributions. All professionals who assisted Hemmenway and benefitted from these unjustified payments should be similarly required to return any payments received from Hemmenway's claims.

Respectfully submitted,

Patrick Juneau
Claims Administrator

By: ____/s/ Kevin Colomb_____
Kevin Colomb
Manager of Compliance and Internal Integrity

Dated:  October 2, 2015

- 2 -

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 2nd day of October, 2015, by electronic mail, on the following:

       Brent Coon & Associates
       215 Orleans
       Beaumont, TX 77701
       *Attorneys for Jack Hemmenway*

       /s/Kevin Colomb
       Kevin Colomb