# Exhibit A
# 2008 Amended Tax Return and Check

1040

MITCHELL T FONTENOTE CPA, INC

Jack and ▇ Hemmenway

| Form **1040X** (Rev February 2009) | Department of the Treasury — Internal Revenue Service **Amended U.S. Individual Income Tax Return** ► See separate instructions. | OMB No. 1545-0074 |
|---|---|---|

This return is for calendar year ► 2008, or fiscal year ended ► _____, _____.
Note. Allow 8-12 weeks to process Form 1040X.

| | Your first name | MI | Last name | Your social security number |
|---|---|---|---|---|
| Please print or type | Jack | | Hemmenway | ■■■ |
| | If a joint return, spouse's first name | MI | Last name | Spouse's social security number |
| | ■■■ | | Hemmenway | ■■■ |
| | Home address (no. and street) or P.O. box if mail is not delivered to your home | | Apt no. | Phone number |
| | City, town or post office. If you have a foreign address, see instructions. | | State   ZIP code | |

**A** If the address shown above is different from that shown on your last return filed with the IRS, would you like us to change it in our records? ► ☐ Yes ☐ No

**B** Filing status. Be sure to complete this line. **Note.** You cannot change from joint to separate returns after the due date.
On original return ► ☐ Single  ☒ Married filing jointly  ☐ Married filing separately  ☐ Head of household  ☐ Qualifying widow(er)
On this return ► ☐ Single  ☒ Married filing jointly  ☐ Married filing separately  ☐ Head of household*  ☐ Qualifying widow(er)
* If the qualifying person is a child but not your dependent, see instructions.

| | Use Part II on page 2 to explain any changes<br>**Income and Deductions (see instructions)** | | **A** Original amount or as previously adjusted (see instructions) | **B** Net change — amount of increase or (decrease) — explain in Part II | **C** Correct amount |
|---|---|---|---|---|---|
| | 1 Adjusted gross income (see instructions) | 1 | -301,175. | 701,521. | 400,346. |
| | 2 Itemized deductions or standard deduction (see instructions) | 2 | 13,000. | 2,731. | 15,731. |
| | 3 Subtract line 2 from line 1 | 3 | -314,175. | 698,790. | 384,615. |
| | 4 Exemptions. If changing, fill in Parts I and II on page 2 (see instructions) | 4 | 7,000. | -2,334. | 4,666. |
| | 5 Taxable income. Subtract line 4 from line 3 | 5 | 0. | 379,949. | 379,949. |
| Tax Lia-bility | 6 Tax (see instructions). Method used in column C  TCW | 6 | 0. | 104,557. | 104,557. |
| | 7 Credits (see instructions) | 7 | 0. | 0. | 0. |
| | 8 Subtract line 7 from line 6. Enter the result but not less than zero | 8 | 0. | 104,557. | 104,557. |
| | 9 Other taxes (see instructions) | 9 | 0. | 23,202. | 23,202. |
| | 10 Total tax. Add lines 8 and 9 | 10 | 0. | 127,759. | 127,759. |
| Pay-ments | 11 Federal income tax withheld and excess social security and tier 1 RRTA tax withheld. If changing, see instructions | 11 | 0. | 0. | 0. |
| | 12 Estimated tax payments, including amount applied from prior year's return | 12 | 0. | 0. | 0. |
| | 13 Earned income credit (EIC) | 13 | 0. | 0. | 0. |
| | 14 Additional child tax credit from Form 8812 | 14 | 0. | 0. | 0. |
| | 15 Credits: Recovery rebate; federal telephone excise tax; or from Forms 2439, 4136, 5405, 8885, or 8801 (refundable credit only) | 15 | 0. | 0. | 0. |
| | 16 Amount paid with request for extension of time to file (see instructions) | | | 16 | 25,000. |
| | 17 Amount of tax paid with original return plus additional tax paid after it was filed | | | 17 | |
| | 18 Total payments. Add lines 11 through 17 in column C | | | 18 | 25,000. |
| | **Refund or Amount You Owe** | | | | |
| | 19 Overpayment, if any, as shown on original return or as previously adjusted by the IRS | | | 19 | 25,000. |
| | 20 Subtract line 19 from line 18 (see instructions) | | | 20 | 0. |
| | 21 **Amount you owe.** If line 10, column C, is more than line 20, enter the difference and see instructions | | | 21 | 127,759. |
| | 22 If line 10, column C, is less than line 20, enter the difference | | | 22 | |
| | 23 Amount of line 22 you want **refunded** to you | | | 23 | |
| | 24 Amount of line 22 you want **applied** to your    estimated tax ....  | 24 | | | |

**Sign Here**
Joint return? See instrs. Keep a copy for your records.
Under penalties of perjury, I declare that I have filed an original return and that I have examined this amended return, including accompanying schedules and statements, and to the best of my knowledge and belief, this amended return is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which the preparer has any knowledge.

► *Jack Hemmenway*   12-11-13   ► DECEASED 5/20/2010
Your signature   Date           Spouse's signature. If a joint return, both must sign.   Date

**Paid Preparer's Use Only**
Preparer's signature ► *Mitchell Fontenot*   Date 2-11-13   Check if self-employed ☐   Preparer's SSN or PTIN ■■■
Firm's name (or yours if self-employed), address, and ZIP code ► MITCHELL T FONTENOTE CPA, INC
■■■   TX 77651   EIN   Phone no.

BAA For Paperwork Reduction Act Notice, see instructions.   FDIA1812 02/20/09   Form **1040X** (Rev 2-2009)

Form **1040X** (Rev 2-2009)    Jack & ▇ Hemmenway      Page **2**

| **Part I** | Exemptions. See Form 1040 or 1040A instructions. | | **A** Original number of exemptions reported or as previously adjusted | **B** Net change | **C** Correct number of exemptions |
|---|---|---|---|---|---|

Complete this part **only** if you are:
- Increasing or decreasing the number of exemptions claimed on line 6d of the return you are amending, or
- Increasing or decreasing the exemption amount for housing individuals displaced by Hurricane Katrina or for housing Midwestern displaced individuals.

| | | | | | |
|---|---|---|---|---|---|
| 25 | Yourself and spouse .......................... | 25 | | | |
| | **Caution.** If someone can claim you as a dependent, you cannot claim an exemption for yourself. | | | | |
| 26 | Your dependent children who lived with you ............. | 26 | | | |
| 27 | Your dependent children who did not live with you due to divorce or separation ...... | 27 | | | |
| 28 | Other dependents ............................ | 28 | | | |
| 29 | Total number of exemptions. Add lines 25 through 28 ...... | 29 | | | |
| 30 | Multiply the number of exemptions claimed on line 29 by the amount listed below for the tax year you are amending. Enter the result here. | 30 | | | |

| Tax year | Exemption amount | But see the instructions for line 4 if the amount on line 1 is over: |
|---|---|---|
| 2008 | $3,500 | $119,975 |
| 2007 | 3,400 | 117,300 |
| 2006 | 3,300 | 112,875 |
| 2005 | 3,200 | 109,475 |

| | | | |
|---|---|---|---|
| 31 | If you are claiming an exemption amount for housing individuals displaced by Hurricane Katrina, enter the amount from Form 8914, line 2 for 2005 or line 6 for 2006. If you are claiming an exemption amount for housing Midwestern displaced individuals, enter the amount from the 2008 Form 8914, line 2 (See instructions for line 4). Otherwise enter -0- ........................... | 31 | |
| 32 | Add lines 30 and 31. Enter the result here and on line 4 ............. | 32 | |

33   Dependents (children and other) not claimed on original (or adjusted) return:

| **(a)** First name    Last name | **(b)** Dependent's social security number | **(c)** Dependent's relationship to you | **(d)** ✓ if qualifying child for child tax credit | Number of children on 33 who: |
|---|---|---|---|---|
| | | | | • lived with you ▶ ☐ |
| | | | | • **did not** live with you due to divorce or separation (see instructions) .. ▶ ☐ |
| | | | | Dependents on 33 not entered above . ▶ ☐ |

| **Part II** | **Explanation of Changes** |
|---|---|

Enter the line number from page 1 of the form for each item you are changing and give the reason for each change. Attach only the supporting forms and schedules for the items changed. If you do not attach the required information, your Form 1040X may be returned. Be sure to include your name and social security number on any attachments.

If the change relates to a net operating loss carryback or a general business credit carryback, attach the schedule or form that shows the year in which the loss or credit occurred. See the instructions. Also, check here .................................. ▶ ☐

The original return showed a net revenue with labor removed.

| **Part III** | **Presidential Election Campaign Fund.** Checking below will not increase your tax or reduce your refund. |
|---|---|

If you did not previously want $3 to go to the fund but now want to, check here ..................................... ▶ ☐
If a joint return and your spouse did not previously want $3 to go to the fund but now wants to, check here .................... ▶ ☐

Form **1040X** (Rev 2-2009)

FDIA1812   02/20/09

# Form 1040 — Department of the Treasury — Internal Revenue Service

## U.S. Individual Income Tax Return 2008 (99)

IRS Use Only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 2008, or other tax year beginning ____, 2008, ending ____, 20 ____

OMB No. 1545-0074

**Label** (See instructions.)

Your first name: Jack  MI: ___  Last name: Hemmenway

If a joint return, spouse's first name: ___  MI: ___  Last name: Hemmenway

Home address (number and street). If you have a P.O. box, see instructions. Apartment no.

City, town or post office. If you have a foreign address, see instructions. State. ZIP code.

Your social security number / Spouse's social security number — You **must** enter your social security number(s) above.

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) ☐ You ☐ Spouse

Checking a box below will not change your tax or refund.

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here. ▶
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
- b ☒ Spouse
- c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Boxes checked on 6a and 6b: 2
No. of children on 6c who: lived with you ___; did not live with you due to divorce or separation (see instrs) ___
Dependents on 6c not entered above ___
Add numbers on lines above ▶ 2

d Total number of exemptions claimed

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | **Taxable** interest. Attach Schedule B if required | 55,345. |
| 8b | **Tax-exempt** interest. **Do not** include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instrs) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 393,420. |
| 13 | Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | -18,668. |
| 15a | IRA distributions ___  b Taxable amount (see instrs) | |
| 16a | Pensions and annuities ___  b Taxable amount (see instrs) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | -123,580. |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits ___ 27,202.  b Taxable amount (see instrs) | 23,122. |
| 21 | Other income Department of Agriculture | 82,308. |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income**. ▶ | 411,947. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

## Adjusted Gross Income

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses (see instructions) | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 11,601. |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instructions) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid  b Recipient's SSN ▶ ___ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees deduction. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 - 31a and 32 - 35 | 11,601. |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 400,346. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.  FDIA0112  10/13/08  Form **1040** (2008)

Form 1040 (2008) Jack & [redacted] Hemmenway — Page 2

**Tax and Credits**

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | 400,346. |
| 39a | Check if: [X] You were born before January 2, 1944, [ ] Blind. [X] Spouse was born before January 2, 1944, [ ] Blind. Total boxes checked ▶ 39a | 2 |
| 39b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ▶ 39b | |
| 39c | Check if standard deduction includes real estate taxes or disaster loss (see instructions) ▶ 39c | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 15,731. |
| 41 | Subtract line 40 from line 38 | 384,615. |
| 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 4,666. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 379,949. |
| 44 | Tax (see instrs). Check if any tax is from: a [ ] Form(s) 8814  b [ ] Form 4972 | 104,557. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 0. |
| 46 | Add lines 44 and 45 | 104,557. |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | |
| 50 | Education credits. Attach Form 8863 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | |
| 53 | Credits from Form: a [ ] 8396  b [ ] 8839  c [ ] 5695 | |
| 54 | Other crs from Form: a [ ] 3800  b [ ] 8801  c [ ] | |
| 55 | Add lines 47 through 54. These are your total credits | |
| 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- | 104,557. |

Standard Deduction for —
• People who checked any box on line 39a, 39b, or 39c or who can be claimed as a dependent, see instructions.
• All others:
Single or Married filing separately, $5,450
Married filing jointly or Qualifying widow(er), $10,900
Head of household, $8,000

**Other Taxes**

| Line | Description | Amount |
|---|---|---|
| 57 | Self-employment tax. Attach Schedule SE | 23,202. |
| 58 | Unreported social security and Medicare tax from Form: a [ ] 4137  b [ ] 8919 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 60 | Additional taxes: a [ ] AEIC payments  b [ ] Household employment taxes. Attach Schedule H | |
| 61 | Add lines 56-60. This is your total tax | 127,759. |

**Payments**

If you have a qualifying child, attach Schedule EIC.

| Line | Description | Amount |
|---|---|---|
| 62 | Federal income tax withheld from Forms W-2 and 1099 | |
| 63 | 2008 estimated tax payments and amount applied from 2007 return | |
| 64a | Earned income credit (EIC) | |
| 64b | Nontaxable combat pay election ▶ 64b | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see instructions) | |
| 66 | Additional child tax credit. Attach Form 8812 | |
| 67 | Amount paid with request for extension to file (see instructions) | 25,000. |
| 68 | Credits from Form: a [ ] 2439  b [ ] 4136  c [ ] 8801  d [ ] 8885 | |
| 69 | First-time homebuyer credit. Attach Form 5405 | |
| 70 | Recovery rebate credit (see worksheet) | 0. |
| 71 | Add lines 62 through 70. These are your total payments | 25,000. |

**Refund**

Direct deposit? See instructions and fill in 73b, 73c, and 73d or Form 8888.

| Line | Description | Amount |
|---|---|---|
| 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you overpaid | |
| 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ▶ | |
| 73b | Routing number: XXXXXXXXX  ▶c Type: [ ] Checking  [ ] Savings | |
| 73d | Account number: XXXXXXXXXXXXXXXXX | |
| 74 | Amount of line 72 you want applied to your 2009 estimated tax ▶ 74 | |

**Amount You Owe**

| Line | Description | Amount |
|---|---|---|
| 75 | Amount you owe. Subtract line 71 from line 61. For details on how to pay, see instructions ▶ | 103,985. |
| 76 | Estimated tax penalty (see instructions) | 1,226. |

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] Yes. Complete the following. [ ] No
Designee's name ▶ Preparer  Phone no. ▶  Personal identification number (PIN) ▶

**Sign Here**

Joint return? See instructions. Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature: *Jack Hemmenway*  Date: 2-11-13  Your occupation: Executive  Daytime phone number:
Spouse's signature. If a joint return, both must sign.  Date:  Spouse's occupation: Bookkeeper

**Paid Preparer's Use Only**

Preparer's signature: *Mitchell Font*  Date: 2-11-13  Check if self-employed [ ]  Preparer's SSN or PTIN:
Firm's name (or yours if self-employed): MITCHELL T FONTENOTE CPA, INC
address, and ZIP code: TX 77651  EIN:  Phone no.:

Form **1040** (2008)

FDIA0112 10/13/08

| SCHEDULE A<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Itemized Deductions<br>▶ Attach to Form 1040.<br>▶ See Instructions for Schedule A (Form 1040). | OMB No. 1545-0074<br>**2008**<br>Attachment<br>Sequence No. 07 |

Name(s) shown on Form 1040: Jack & ▮ Hemmenway

Your social security number: ▮

| | | | | | |
|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | |
| | 1 | Medical and dental expenses (see instructions) | 1 | 3,086. | |
| | 2 | Enter amount from Form 1040, line 38 ... 2 | 400,346. | | |
| | 3 | Multiply line 2 by 7.5% (.075) | 3 | 30,026. | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | 4 | 0. |
| **Taxes You Paid** (See instructions.) | 5 | State and local (check only one box): | | | |
| | a | ☐ Income taxes, or | | | |
| | b | ☒ General sales taxes | 5 | 2,632. | |
| | 6 | Real estate taxes (see instructions) | 6 | | |
| | 7 | Personal property taxes | 7 | | |
| | 8 | Other taxes. List type and amount ▶ _____ | 8 | | |
| | 9 | Add lines 5 through 8 | | 9 | 2,632. |
| **Interest You Paid** | 10 | Home mtg interest and points reported to you on Form 1098 | 10 | 5,631. | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying number, and address ▶ | 11 | | |
| **Note.** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See instrs for spcl rules | 12 | | |
| | 13 | Qualified mortgage insurance premiums (see instructions) | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instrs.) | 14 | | |
| | 15 | Add lines 10 through 14 | | 15 | 5,631. |
| **Gifts to Charity** If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instrs | 16 | 9,872. | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | 17 | | |
| | 18 | Carryover from prior year | 18 | | |
| | 19 | Add lines 16 through 18 | | 19 | 9,872. |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | 20 | |
| (See instructions.) | 21 | Unreimbursed employee expenses — job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | 21 | | |
| | 22 | Tax preparation fees | 22 | | |
| | 23 | Other expenses — investment, safe deposit box, etc. List type and amount ▶ _____ | 23 | | |
| | 24 | Add lines 21 through 23 | 24 | | |
| | 25 | Enter amount from Form 1040, line 38 ... 25 | | | |
| | 26 | Multiply line 25 by 2% (.02) | 26 | | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | 27 | |
| **Other Miscellaneous Deductions** | 28 | Other — from list in the instructions. List type and amount ▶ _____ | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $159,950 (over $79,975 if married filing separately)?<br>☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.<br>☒ **Yes.** Your deduction may be limited. See instructions for the amount to enter. | ▶ | 29 | 15,731. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | |

Itemized Deductions Limited per IRC Sec. 68.

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.**     FDIA0301 11/10/08     Schedule A (Form 1040) 2008

Schedule B (Form 1040) 2008     OMB No. 1545-0074     Page **2**

Name(s) shown on Form 1040.: Jack & ▓▓▓ Hemmenway

Your social security number: ▓▓▓

## Schedule B — Interest and Ordinary Dividends

Attachment Sequence No. **08**

### Part I Interest

(See instructions for Form 1040, line 8a.)

**1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address ▶

| Payer | Amount |
|---|---:|
| Compass Bank | 33,241. |
| Wachovia | 13,243. |
| Bank of Texas | 762. |
| Golden Triangle Federal CreditUnion | 13. |
| Community Bank | 754. |
| Compass Bank | 4,322. |
| Compass Bank | 3,009. |
| JBS Shrimp Company | 1. |

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

**2** Add the amounts on line 1 .............................................. **2**    55,345.

**3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ..................................... **3**

**4** Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ........ ▶ **4**    55,345.

Note. If line 4 is over $1,500, you must complete Part III.

### Part II Ordinary Dividends

(See instructions for Form 1040, line 9a.)

**5** List name of payer ... ▶

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

**6** Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ............... ▶ **6**

Note. If line 6 is over $1,500, you must complete Part III.

### Part III Foreign Accounts and Trusts

(See instructions.)

You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; or **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|:---:|:---:|
| **7a** At any time during 2008, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 ............................................. | | X |
| **b** If 'Yes,' enter the name of the foreign country .. ▶ | | |
| **8** During 2008, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions ................................................................. | | X |

BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.     FDIA0401 09/25/08     Schedule B (Form 1040) 2008

Schedule C (Form 1040) 2008 Jack Hemmenway  Page 2

### Part III — Cost of Goods Sold (see instructions)

33 Method(s) used to value closing inventory: a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If 'Yes,' attach explanation ................................................. ☐ Yes ☐ No

35 Inventory at beginning of year. If different from last year's closing inventory, attach explanation .......... 35

36 Purchases less cost of items withdrawn for personal use .......... 36

37 Cost of labor. Do not include any amounts paid to yourself .......... 37

38 Materials and supplies .......... 38

39 Other costs .......... 39

40 Add lines 35 through 39 .......... 40

41 Inventory at end of year .......... 41

42 Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 .......... 42

### Part IV — Information on Your Vehicle.
Complete this part **only** if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ _____

44 Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:
   a Business _____   b Commuting (see instructions) _____   c Other _____

45 Was your vehicle available for personal use during off-duty hours? ................. ☐ Yes ☐ No

46 Do you (or your spouse) have another vehicle available for personal use? ................. ☐ Yes ☐ No

47a Do you have evidence to support your deduction? ................. ☐ Yes ☐ No

  b If 'Yes,' is the evidence written? ................. ☐ Yes ☐ No

### Part V — Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---:|
| Fuel | 750,854. |
| Groceries | 99,374. |
| Miscellaneous | 9,575. |
| | |
| | |
| **48 Total other expenses.** Enter here and on page 1, line 27 | **859,803.** |

Schedule C (Form 1040) 2008

FDIZ0112  11/20/08

| SCHEDULE E<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service (99) | Supplemental Income and Loss<br>(From rental real estate, royalties, partnerships,<br>S corporations, estates, trusts, REMICs, etc)<br>► Attach to Form 1040, 1040NR, or Form 1041.<br>► See Instructions for Schedule E (Form 1040). | OMB No. 1545-0074<br>2008<br>Attachment<br>Sequence No. 13 |
|---|---|---|

| Name(s) shown on return | Your social security number |
|---|---|
| Jack & ▓▓▓▓ Hemmenway | ▓▓▓▓▓▓▓▓▓ |

**Part I** Income or Loss From Rental Real Estate and Royalties  Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

| 1 | List the type and address of each **rental real estate property**: | 2 | For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:<br>• 14 days, or<br>• 10% of the total days rented at fair rental value?<br>(See instructions.) | Yes | No |
|---|---|---|---|---|---|
| A | Pipeline Property<br>Port Arthur | | | A | X |
| B | | | | B | |
| C | | | | C | |

| | | | Properties | | | | Totals |
|---|---|---|---|---|---|---|---|
| | | | A | B | C | | (Add columns A, B, and C.) |
| **Income:** | | | | | | | |
| 3 | Rents received | 3 | 200,000. | | | 3 | 200,000. |
| 4 | Royalties received | 4 | | | | 4 | |
| **Expenses:** | | | | | | | |
| 5 | Advertising | 5 | | | | | |
| 6 | Auto and travel (see instructions) | 6 | | | | | |
| 7 | Cleaning and maintenance | 7 | | | | | |
| 8 | Commissions | 8 | | | | | |
| 9 | Insurance | 9 | | | | | |
| 10 | Legal and other professional fees | 10 | | | | | |
| 11 | Management fees | 11 | | | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | | | | 12 | |
| 13 | Other interest | 13 | | | | | |
| 14 | Repairs | 14 | | | | | |
| 15 | Supplies | 15 | | | | | |
| 16 | Taxes | 16 | | | | | |
| 17 | Utilities | 17 | | | | | |
| 18 | Other (list) ►<br>Nominee to Hemmenway Family Limited Partnership | 18 | 200,000. | | | | |
| 19 | Add lines 5 through 18 | 19 | 200,000. | | | 19 | 200,000. |
| 20 | Depreciation expense or depletion (see instructions) | 20 | | | | 20 | |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 200,000. | | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | 0. | | | | |
| 23 | Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | 0. | | | | |
| 24 | Income. Add positive amounts shown on line 22. **Do not** include any losses | | | | | 24 | |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25 | 0. |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26 | 0. |

BAA  For Paperwork Reduction Act Notice, see instructions.   FDIZ2301   11/08/08   Schedule E (Form 1040) 2008

| Schedule E (Form 1040) 2008 | Attachment Sequence No. 13 | Page 2 |
|---|---|---|

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.: Jack & ▮▮▮▮ Hemmenway

Your social security number: ▮▮▮▮

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II — Income or Loss From Partnerships and S Corporations

**Note.** If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column (e) on line 28 and attach **Form 6198.** See instructions.

27 Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? ..... [X] Yes  [ ] No

If you answered 'Yes,' see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | Jack's Shrimp House | P | | ▮▮▮ | |
| B | BJJ Enterprises LLC | P | | ▮▮▮ | |
| C | Ocean Wild Shrimp Company, LLC | P | | ▮▮▮ | |
| D | See Line 28 Information | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | 0. |
| B | | 40,987. | | | |
| C | | 712. | | | |
| D | | 64,337. | 260,238. | | 30,622. |
| 29a Totals | | 106,036. | | | 30,622. |
| b Totals | | | 260,238. | | |

| 30 | Add columns (g) and (j) of line 29a | 30 | 136,658. |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b | 31 | -260,238. |
| 32 | **Total partnership and S corporation income or (loss).** Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | -123,580. |

### Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b | 36 | |
| 37 | **Total estate and trust income or (loss).** Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

### Part V — Summary

| 40 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ► | 41 | -123,580. |
| 42 | **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code T; and Schedule K-1 (Form 1041), line 14, code F (see instructions) | 42 | |
| 43 | **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | |

BAA    FDIZ2302   06/04/08    Schedule E (Form 1040) 2008

| SCHEDULE SE<br>(Form 1040)<br>Department of the Treasury<br>Internal Revenue Service | Self-Employment Tax<br>► Attach to Form 1040. ► See Instructions for Schedule SE (Form 1040). | OMB No. 1545-0074<br>**2008**<br>Attachment<br>Sequence No. 17 |
|---|---|---|

Name of person with **self-employment** income (as shown on Form 1040)
Jack Hemmenway

Social security number of person with **self-employment** income ►

## Who Must File Schedule SE

You must file Schedule SE if:

- You had net earnings from self-employment from **other than** church employee income (line 4 of Short Schedule SE or line 4c of Long Schedule SE) of $400 or more, **or**
- You had church employee income of $108.28 or more. Income from services you performed as a minister or a member of a religious order **is not** church employee income (see instructions).

**Note.** Even if you had a loss or a small amount of income from self-employment, it may be to your benefit to file Schedule SE and use either 'optional method' in Part II of Long Schedule SE (see instructions).

**Exception.** If your only self-employment income was from earnings as a minister, member of a religious order, or Christian Science practitioner **and** you filed Form 4361 and received IRS approval not to be taxed on those earnings, **do not** file Schedule SE. Instead, write 'Exempt — Form 4361' on Form 1040, line 57.

## May I Use Short Schedule SE or Must I Use Long Schedule SE?
**Note.** Use this flowchart **only if** you must file Schedule SE. If unsure, see *Who Must File Schedule SE*, above.



## Section A — Short Schedule SE. Caution. Read above to see if you can use Short Schedule SE.

| | | | |
|---|---|---|---|
| **1a** | Net farm profit or (loss) from Schedule F, line 36, and farm partnerships, Schedule K-1 (Form 1065), box 14, code A .................................................................................................................... | 1a | |
| **b** | If you received social security retirement or disability benefits, enter the amount of Conservation Reserve Program payments included on Schedule F, line 6b, or listed on Schedule K-1 (Form 1065), box 20, code X .................................................................................................................... | 1b | |
| **2** | Net profit or (loss) from Schedule C, line 31; Schedule C-EZ, line 3; Schedule K-1 (Form 1065), box 14, code A (other than farming); and Schedule K-1 (Form 1065-B), box 9, code J1. Ministers and members of religious orders, see instrs for types of income to report on this line. See instrs for other income to report ............... | 2 | 394,070. |
| **3** | Combine lns 1a, 1b & 2 .......................................................................................................... | 3 | 394,070. |
| **4** | **Net earnings from self-employment.** Multiply line 3 by 92.35% (.9235). If less than $400, **do not** file this schedule; you do not owe self-employment tax ► .......................................................... | 4 | 363,924. |
| **5** | Self-employment tax. If the amount on line 4 is:<br>• $102,000 or less, multiply line 4 by 15.3% (.153). Enter the result here and on **Form 1040, line 57**.<br>• More than $102,000, multiply line 4 by 2.9% (.029). Then, add $12,648 to the result. Enter the total here and on **Form 1040, line 57**. | 5 | 23,202. |
| **6** | **Deduction for one-half of self-employment tax.** Multiply line 5 by 50% (.5). Enter the result here and on **Form 1040, line 27** ............................................... | 6 | 11,601. |

**BAA For Paperwork Reduction Act Notice, see Form 1040 instructions.**      FDIA1101   09/04/08       Schedule SE (Form 1040) 2008

| Form **4797** <br> Department of the Treasury <br> Internal Revenue Service (99) | **Sales of Business Property** <br> (Also Involuntary Conversions and Recapture Amounts <br> Under Sections 179 and 280F(b)(2)) <br> ► Attach to your tax return. ► See separate instructions. | OMB No. 1545-0184 <br> **2008** <br> Attachment Sequence No. **27** |
|---|---|---|
| Name(s) shown on return <br> Jack & ▮▮▮▮ Hemmenway | | Identifying number <br> ▮▮▮▮▮▮▮▮▮ |

1. Enter the gross proceeds from sales or exchanges reported to you for 2008 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) ............. **1**

**Part I** | **Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year** (see instructions)

| 2 (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| From K-1 | | | | | | -18,668. |
| | | | | | | |
| | | | | | | |

3. Gain, if any, from Form 4684, line 45 ................................................. **3**
4. Section 1231 gain from installment sales from Form 6252, line 26 or 37 ............ **4**
5. Section 1231 gain or (loss) from like-kind exchanges from Form 8824 .............. **5**
6. Gain, if any, from line 32, from other than casualty or theft ...................... **6**
7. Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows ...... **7** -18,668.

**Partnerships (except electing large partnerships) and S corporations.** Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below.

**Individuals, partners, S corporation shareholders, and all others.** If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below.

8. Nonrecaptured net section 1231 losses from prior years (see instructions) ........... **8**
9. Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) ...... **9**

**Part II** | **Ordinary Gains and Losses** (see instructions)

10. Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| . | | | | | | |
| | | | | | | |
| | | | | | | |

11. Loss, if any, from line 7 ........................................................... **11** -18,668.
12. Gain, if any, from line 7 or amount from line 8, if applicable ...................... **12**
13. Gain, if any, from line 31 ......................................................... **13**
14. Net gain or (loss) from Form 4684, lines 37 and 44a .............................. **14**
15. Ordinary gain from installment sales from Form 6252, line 25 or 36 ................ **15**
16. Ordinary gain or (loss) from like-kind exchanges from Form 8824 .................. **16**
17. Combine lines 10 through 16 ..................................................... **17** -18,668.
18. For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below:
    
    a If the loss on line 11 includes a loss from Form 4684, line 41, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from 'Form 4797, line 18a.' See instructions .................................................................. **18a**
    
    b Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 ........................................................... **18b** -18,668.

BAA For Paperwork Reduction Act Notice, see separate instructions. Form **4797** (2008)

FDIZ1001 12/15/08

| Form **6198** | At-Risk Limitations | OMB No. 1545-0712 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ► Attach to your tax return.<br>► See separate instructions. | **2008**<br>Attachment Sequence No. **31** |

| Name(s) shown on return | Identifying number |
|---|---|
| Jack & ▇▇▇ Hemmenway | ▇▇▇▇▇ |

Description of activity (see instructions)

S Corporation Schedule K-1   JBS Packing Company, Inc.   76-0249972

### Part I  Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts.
See instructions.

| | | | |
|---|---|---|---|
| 1 | Ordinary income (loss) from the activity (see the instructions) | 1 | -260,237. |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you are reporting on: | | |
| a | Schedule D | 2a | |
| b | Form 4797 | 2b | |
| c | Other form or schedule | 2c | |
| 3 | Other income and gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c | 3 | |
| 4 | Other deductions and losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 2c | 4 | -17,169. |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See the instructions before completing the rest of this form | 5 | -277,406. |

### Part II  Simplified Computation of Amount at Risk. See instructions before completing this part.

| | | | |
|---|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. **Do not** enter less than zero | 6 | 605,888. |
| 7 | Increases for the tax year (see instructions) | 7 | |
| 8 | Add lines 6 and 7 | 8 | 605,888. |
| 9 | Decreases for the tax year (see instructions) | 9 | |
| 10a | Subtract line 9 from line 8 ► 10a  605,888. | | |
| b | If line 10a is **more** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see **Publication 925** for information on the recapture rules | 10b | 605,888. |

### Part III  Detailed Computation of Amount at Risk. If you completed Part III of Form 6198 for 2007, see instructions.

| | | | |
|---|---|---|---|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. **Do not** enter less than zero | 11 | |
| 12 | Increases at effective date | 12 | |
| 13 | Add lines 11 and 12 | 13 | |
| 14 | Decreases at effective date | 14 | |
| 15 | Amount at risk (check box that applies): | | |
| a | ☐ At effective date. Subtract line 14 from line 13. **Do not** enter less than zero. | 15 | |
| b | ☐ From 2007 Form 6198, line 19b. **Do not** enter the amount from line 10b of the 2007 form. | | |
| 16 | Increases since (check box that applies): | | |
| a | ☐ Effective date    b ☐ The end of your 2007 tax year | 16 | |
| 17 | Add lines 15 and 16 | 17 | |
| 18 | Decreases since (check box that applies): | | |
| a | ☐ Effective date    b ☐ The end of your 2007 tax year | 18 | |
| 19a | Subtract line 18 from line 17 ► 19a | | |
| b | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see **Publication 925** for information on the recapture rules | 19b | |

### Part IV  Deductible Loss

| | | | |
|---|---|---|---|
| 20 | **Amount at risk.** Enter the **larger** of line 10b or line 19b | 20 | 605,888. |
| 21 | **Deductible loss.** Enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See the instructions to find out how to report any deductible loss and any carryover | 21 | -277,406. |

**Note:** *If the loss is from a passive activity, see the Instructions for **Form 8582**, Passive Activity Loss Limitations, or the Instructions for **Form 8810**, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.*

BAA For Paperwork Reduction Act Notice, see instructions.                                    Form **6198** (2008)

FDIZ1401   06/25/08

| Form **6198** | At-Risk Limitations | OMB No. 1545-0712 |
|---|---|---|
| Department of the Treasury<br>Internal Revenue Service | ▶ Attach to your tax return.<br>▶ See separate instructions. | **2008**<br>Attachment<br>Sequence No. **31** |

Name(s) shown on return: Jack & ▮▮▮▮▮ Hemmenway

Identifying number: ▮▮▮▮▮

Description of activity (see instructions)
S Corporation Schedule K-1  JBS Shrimp Company  04-3675950

### Part I — Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts.
See instructions.

| | | | |
|---|---|---|---:|
| 1 | Ordinary income (loss) from the activity (see the instructions) | 1 | -79,570. |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you are reporting on: | | |
| a | Schedule D | 2a | |
| b | Form 4797 | 2b | |
| c | Other form or schedule | 2c | |
| 3 | Other income and gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c | 3 | 1. |
| 4 | Other deductions and losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 2c | 4 | -55,487. |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See the instructions before completing the rest of this form | 5 | -135,056. |

### Part II — Simplified Computation of Amount at Risk. See instructions before completing this part.

| | | | |
|---|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. **Do not** enter less than zero | 6 | |
| 7 | Increases for the tax year (see instructions) | 7 | |
| 8 | Add lines 6 and 7 | 8 | |
| 9 | Decreases for the tax year (see instructions) | 9 | |
| 10a | Subtract line 9 from line 8 ▶ | 10a | |
| b | If line 10a is **more** than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see **Publication 925** for information on the recapture rules | 10b | |

### Part III — Detailed Computation of Amount at Risk. If you completed Part III of Form 6198 for 2007, see instructions.

| | | | |
|---|---|---|---|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. **Do not** enter less than zero | 11 | |
| 12 | Increases at effective date | 12 | |
| 13 | Add lines 11 and 12 | 13 | |
| 14 | Decreases at effective date | 14 | |
| 15 | Amount at risk (check box that applies): | | |
| a | ☐ At effective date. Subtract line 14 from line 13. **Do not** enter less than zero. | 15 | |
| b | ☐ From 2007 Form 6198, line 19b. **Do not** enter the amount from line 10b of the 2007 form. | | |
| 16 | Increases since (check box that applies): | | |
| a | ☐ Effective date     b ☐ The end of your 2007 tax year | 16 | |
| 17 | Add lines 15 and 16 | 17 | |
| 18 | Decreases since (check box that applies): | | |
| a | ☐ Effective date     b ☐ The end of your 2007 tax year | 18 | |
| 19a | Subtract line 18 from line 17 ▶ | 19a | |
| b | If line 19a is **more** than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see **Publication 925** for information on the recapture rules | 19b | |

### Part IV — Deductible Loss

| | | | |
|---|---|---|---|
| 20 | **Amount at risk.** Enter the **larger** of line 10b or line 19b | 20 | |
| 21 | **Deductible loss.** Enter the **smaller** of the line 5 loss (treated as a positive number) or line 20. See the instructions to find out how to report any deductible loss and any carryover | 21 | |

**Note:** *If the loss is from a passive activity, see the Instructions for **Form 8582**, Passive Activity Loss Limitations, or the Instructions for **Form 8810**, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.*

**BAA For Paperwork Reduction Act Notice, see instructions.**                                          Form 6198 (2008)

FDIZ1401   06/25/08

Form **4562**
Department of the Treasury
Internal Revenue Service (99)

**Depreciation and Amortization**
(Including Information on Listed Property)
► See separate instructions. ► Attach to your tax return.

OMB No. 1545-0172

**2008**

Attachment Sequence No. **67**

Name(s) shown on return: Jack & ▮▮▮▮ Hemmenway

Identifying number: ▮▮▮▮

Business or activity to which this form relates: Sch C Shrimper

### Part I — Election To Expense Certain Property Under Section 179
**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | 1 | $250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 | $800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 ........ 7 | | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12 ► 13 | | |

**Note:** *Do not use Part II or Part III below for listed property. Instead, use Part V.*

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 14 | 12,352. |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 2,969. |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions.)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2008 | 17 | 37,868. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2008 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 12,352. | 5.0 yrs | HY | 200DB | 2,470. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 22 | 55,659. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

**BAA** For Paperwork Reduction Act Notice, see separate instructions.  FDIZ0812 06/12/08  Form **4562** (2008)

Schedule E, page 2
**Line 28 Information**

| 28 | (a) Name | (b) P/S | (c) Foreign Partnership | (d) EIN | (e) Any amount is not at risk |
|---|---|---|---|---|---|
| D | Hemmenway Management, LLC | P | | ▆ | |
| E | Hemmenway Family Limited Partnership | P | | ▆ | |
| F | HHS Enterprises, Inc. | S | | ▆ | |
| G | JBS Packing Company, Inc. | S | | ▆ | X |
| H | JBS Shrimp Company | S | | ▆ | X |
| I | PYA | S | | ▆ | X |

Schedule E, page 2
**Line 28 Income or Loss**

| | | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|---|
| | Name | (f) Loss Allowed K-1 | (g) Income K-1 | (h) Loss K-1 | (i) Section 179 | (j) Income K-1 |
| D | Hemmenway M | | | | | 650. |
| E | Hemmenway F | | 64,337. | | | |
| F | HHS Enterpr | | | | | 29,972. |
| G | JBS Packing | | | 260,237. | | |
| H | JBS Shrimp | | | | | 0. |
| I | PYA | | | 1. | | |
| Total | | | 64,337. | 260,238. | | 30,622. |

1040

MITCHELL T FONTENOTE CPA, INC

Jack and Marie Hemmenway

# SCHEDULE C
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)

► Partnerships, joint ventures, etc, generally must file Form 1065 or 1065-B.
► Attach to Form 1040, 1040NR, or 1041.  ► See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074

## 2008

Attachment Sequence No. **09**

Name of proprietor: **Jack Hemmenway**

Social security number (SSN):

**A** Principal business or profession, including product or service (see instructions)
**Shrimper**

**B** Enter code from instructions ► **114110**

**C** Business name. If no separate business name, leave blank.
**Capt'n Jack**

**D** Employer ID number (EIN), if any

**E** Business address (including suite or room no.) ► **5701 Jade Ave.**
City, town or post office, state, and ZIP code **Port Arthur, TX 77640**

**F** Accounting method: (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►

**G** Did you 'materially participate' in the operation of this business during 2008? If 'No,' see instructions for limit on losses .... [X] Yes [ ] No

**H** If you started or acquired this business during 2008, check here ► [ ]

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution.** See the instructions and check the box if:<br>• This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses ► [ ] | 1 | 2,291,502. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 2,291,502. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 2,291,502. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ► | 7 | 2,291,502. |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 600,044. | **a** Vehicles, machinery, and equipment | 20a | |
| | | | | **b** Other business property | 20b | |
| | | | | 21 Repairs and maintenance | 21 | 231,764. |
| 12 | Depletion | 12 | | 22 Supplies (not included in Part III) | 22 | 78,948. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 55,659. | 23 Taxes and licenses | 23 | 9,928. |
| | | | | 24 Travel, meals, and entertainment: | | |
| | | | | **a** Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | **b** Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | 60,615. | 25 Utilities | 25 | |
| 16 | Interest: | | | 26 Wages (less employment credits) | 26 | |
| | **a** Mortgage (paid to banks, etc) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | 859,803. |
| | **b** Other | 16b | 1,321. | | | |
| 17 | Legal & professional services | 17 | | | | |
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 ► | | | | 28 | 1,898,082. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | 29 | 393,420. |
| 30 | Expenses for business use of your home. Attach **Form 8829** | | | | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Form 1040, line 12,** and **Schedule SE, line 2** or on **Form 1040NR, line 13** (if you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. | | | | 31 | 393,420. |

32 If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both **Form 1040, line 12,** and **Schedule SE, line 2,** or on **Form 1040NR, line 13** (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**

32 a [X] All investment is at risk.
32 b [ ] Some investment is not at risk.

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**BAA   For Paperwork Reduction Act Notice, see Form 1040 instructions.**              Schedule C (Form 1040) 2008
FDIZ0112   11/20/08

```
                                                                1334
JACK HEMMENWAY              88-1198  8
BOAT ACCOUNT                 1131
5701 JADE AVE.                          DATE  2-11-13
PORT ARTHUR, TX 77640

PAY TO THE
ORDER OF   U.S. Treasury                              $ 150,000

   One Hundred & Fifty Thousand dollars                DOLLARS

   CommunityBank
      OF TEXAS
   www.communitybanktx.com                    Jack Hemmenway
                                                                MP
MEMO  2008 taxes                         07971

⑆113111983⑆
```