# Exhibit B
# Original 2008 Tax Return

SSN XXX-XX-7975

Jack Hemmenway
GCCF Claim #1062409

Department of the Treasury — Internal Revenue Service

Form **1040**  U.S. Individual Income Tax Return  **2008**  (99)  IRS Use Only — Do not write or staple in this space.

For the year Jan 1 – Dec 31, 2008, or other tax year beginning , 2008, ending , 20    OMB No. 1545-0074

**Label** (See instructions.)

Your first name: Jack   MI    Last name: Hemmenway

Your social security number: [redacted]

If a joint return, spouse's first name: [redacted]   MI    Last name: Hemmenway

Spouse's social security number: [redacted]

Home address (number and street). If you have a P.O. box, see instructions. [redacted]   Apartment no.

City, town or post office. If you have a foreign address, see instructions. [redacted]   State [redacted]   ZIP code [redacted]

You must enter your social security number(s) above.

Checking a box below will not change your tax or refund.

Presidential Election Campaign ► Check here if you, or your spouse if filing jointly, want $3 to go to this fund? (see instructions) .............. ► ☐ You  ☐ Spouse

**Filing Status** — Check only one box.

1. ☐ Single
2. ☒ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above & full name here ►
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. ☐ Qualifying widow(er) with dependent child (see instructions)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a .............
b ☒ Spouse .............

Boxes checked on 6a and 6b: **2**

c Dependents:
| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see instrs) |
|---|---|---|---|
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |
| | | | ☐ |

No. of children on 6c who:
- lived with you: 0
- did not live with you due to divorce or separation (see instrs)
- Dependents on 6c not entered above

If more than four dependents, see instructions.

d Total number of exemptions claimed .............   Add numbers on lines above ► **2**

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | |
|---|---|---|
| 7 Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a Taxable interest. Attach Schedule B if required | 8a | 55,345. |
| b Tax-exempt interest. Do not include on line 8a ........ 8b | | |
| 9a Ordinary dividends. Attach Schedule B if required | 9a | |
| b Qualified dividends (see instrs) ........ 9b | | |
| 10 Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 Alimony received | 11 | |
| 12 Business income or (loss). Attach Schedule C or C-EZ | 12 | −296,580. |
| 13 Capital gain or (loss). Att Sch D if reqd. If not reqd, ck here ► ☐ | 13 | |
| 14 Other gains or (losses). Attach Form 4797 | 14 | −18,668. |
| 15a IRA distributions ....... 15a      b Taxable amount (see instrs).. | 15b | |
| 16a Pensions and annuities .. 16a      b Taxable amount (see instrs).. | 16b | |
| 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | −123,580. |
| 18 Farm income or (loss). Attach Schedule F | 18 | |
| 19 Unemployment compensation | 19 | |
| 20a Social security benefits ........ 20a  27,202.  b Taxable amount (see instrs) | 20b | 0. |
| 21 Other income Department of Agriculture | 21 | 82,308. |
| 22 Add the amounts in the far right column for lines 7 through 21. This is your total income ► | 22 | −301,175. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**

| | | |
|---|---|---|
| 23 Educator expenses (see instructions) ............. 23 | | |
| 24 Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ ........ 24 | | |
| 25 Health savings account deduction. Attach Form 8889 ........ 25 | | |
| 26 Moving expenses. Attach Form 3903 ........ 26 | | |
| 27 One-half of self-employment tax. Attach Schedule SE ........ 27 | | |
| 28 Self-employed SEP, SIMPLE, and qualified plans ........ 28 | | |
| 29 Self-employed health insurance deduction (see instructions) ........ 29 | | |
| 30 Penalty on early withdrawal of savings ........ 30 | | |
| 31a Alimony paid  b Recipient's SSN ..... ►              31a | | |
| 32 IRA deduction (see instructions) ........ 32 | | |
| 33 Student loan interest deduction (see instructions) ........ 33 | | |
| 34 Tuition and fees deduction. Attach Form 8917 ........ 34 | | |
| 35 Domestic production activities deduction. Attach Form 8903 ........ 35 | | |
| 36 Add lines 23 – 31a and 32 – 35 | 36 | |
| 37 Subtract line 36 from line 22. This is your adjusted gross income ► | 37 | −301,175. |

BAA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.   FDIA0112   10/13/08   Form 1040 (2008)

SSN XXX-XX-7975

Jack Hemmenway
GCCF Claim #1062409

Form 1040 (2008)  Jack & ▓▓▓▓ Hemmenway                                              Page 2

## Tax and Credits

| Line | Description | Amount |
|---|---|---|
| 38 | Amount from line 37 (adjusted gross income) | -301,175. |
| 39a | Check if: [X] You were born before January 2, 1944, [ ] Blind. [X] Spouse was born before January 2, 1944, [ ] Blind. Total boxes checked ► 39a | 2 |
| 39b | If your spouse itemizes on a separate return, or you were a dual-status alien, see instrs and ck here ► 39b | |
| 39c | Check if standard deduction includes real estate taxes or disaster loss (see instructions) ► 39c | |
| 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 13,000. |
| 41 | Subtract line 40 from line 38 | -314,175. |
| 42 | If line 38 is over $119,975, or you provided housing to a Midwestern displaced individual, see instructions. Otherwise, multiply $3,500 by the total number of exemptions claimed on line 6d | 7,000. |
| 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 0. |
| 44 | Tax (see instrs). Check if any tax is from: a [ ] Form(s) 8814  b [ ] Form 4972 | 0. |
| 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 0. |
| 46 | Add lines 44 and 45 ► | 0. |
| 47 | Foreign tax credit. Attach Form 1116 if required | |
| 48 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 49 | Credit for the elderly or the disabled. Attach Schedule R | |
| 50 | Education credits. Attach Form 8863 | |
| 51 | Retirement savings contributions credit. Attach Form 8880 | |
| 52 | Child tax credit (see instructions). Attach Form 8901 if required | |
| 53 | Credits from Form: a [ ] 8396  b [ ] 8839  c [ ] 5695 | |
| 54 | Other crs from Form: a [ ] 3800  b [ ] 8801  c [ ] | |
| 55 | Add lines 47 through 54. These are your total credits | |
| 56 | Subtract line 55 from line 46. If line 55 is more than line 46, enter -0- ► | 0. |

## Other Taxes

| 57 | Self-employment tax. Attach Schedule SE | |
| 58 | Unreported social security and Medicare tax from Form: a [ ] 4137  b [ ] 8919 | |
| 59 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | |
| 60 | Additional taxes: a [ ] AEIC payments  b [ ] Household employment taxes. Attach Schedule H | |
| 61 | Add lines 56-60. This is your total tax ► | 0. |

## Payments

| 62 | Federal income tax withheld from Forms W-2 and 1099 | |
| 63 | 2008 estimated tax payments and amount applied from 2007 return | |
| 64a | Earned income credit (EIC) | |
| 64b | Nontaxable combat pay election ► | |
| 65 | Excess social security and tier 1 RRTA tax withheld (see instructions) | |
| 66 | Additional child tax credit. Attach Form 8812 | |
| 67 | Amount paid with request for extension to file (see instructions) | 25,000. |
| 68 | Credits from Form: a [ ] 2439  b [ ] 4136  c [ ] 8801  d [ ] 8885 | |
| 69 | First-time homebuyer credit. Attach Form 5405 | |
| 70 | Recovery rebate credit (see worksheet) | 0. |
| 71 | Add lines 62 through 70. These are your total payments ► | 25,000. |

## Refund

| 72 | If line 71 is more than line 61, subtract line 61 from line 71. This is the amount you overpaid | 25,000. |
| 73a | Amount of line 72 you want refunded to you. If Form 8888 is attached, check here ► [ ] | 0. |
| 73b | Routing number: XXXXXXXXX  ► c Type: [ ] Checking [ ] Savings | |
| 73d | Account number: XXXXXXXXXXXXXXXXX | |
| 74 | Amount of line 72 you want applied to your 2009 estimated tax ► | 25,000. |

## Amount You Owe

| 75 | Amount you owe. Subtract line 71 from line 61. For details on how to pay, see instructions | |
| 76 | Estimated tax penalty (see instructions) | |

**Third Party Designee**: Do you want to allow another person to discuss this return with the IRS (see instructions)? [X] Yes. Complete the following. [ ] No
Designee's name ► Preparer

**Sign Here**
Joint return? See instructions. Keep a copy for your records.
Your signature ▷
Your occupation: Executive
Spouse's signature. If a joint return, both must sign. ▷
Spouse's occupation: Bookkeeper

**Paid Preparer's Use Only**
Preparer's signature ▷
Firm's name (or yours if self-employed) ▷ MITCHELL T FONTENOTE CPA, INC
address, and ZIP code: 2428 NALL ST  PORT NECHES  TX  77651

Form 1040 (2008)

FDIA0112 10/13/08

SSN XXX-XX-7975  Jack Hemmenway
GCCF Claim #1062409

Schedule B (Form 1040) 2008  OMB No. 1545-0074  Page 2

Name(s) shown on Form 1040.  Your social security number
Jack & ▓▓▓▓ Hemmenway

## Schedule B — Interest and Ordinary Dividends

Attachment Sequence No. 08

**Part I Interest**

(See instructions for Form 1040, line 8a.)

Note. If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

1 List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address

| Payer | Amount |
|---|---|
| Compass Bank | 33,241. |
| Wachovia | 13,243. |
| Bank of Texas | 762. |
| Golden Triangle Federal CreditUnion | 13. |
| Community Bank | 754. |
| Compass Bank | 4,322. |
| Compass Bank | 3,009. |
| JBS Shrimp Company | 1. |

2  Add the amounts on line 1 ............................................................ | 2 | 55,345.

3  Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 ........ | 3 |

4  Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ........ | 4 | 55,345.

Note. If line 4 is over $1,500, you must complete Part III.

**Part II Ordinary Dividends**

(See instructions for Form 1040, line 9a.)

Note. If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

5  List name of payer ...

6  Add the amounts on line 5. Enter the total here and on Form 1040, line 9a ............ | 6 |

Note. If line 6 is over $1,500, you must complete Part III.

**Part III Foreign Accounts and Trusts**

(See instructions.)

You must complete this part if you (a) had over $1,500 of taxable interest or ordinary dividends; or (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust.

| | Yes | No |
|---|---|---|
| 7a At any time during 2008, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? See instructions for exceptions and filing requirements for Form TD F 90-22.1 .......... | | X |
| b If 'Yes,' enter the name of the foreign country ▶ | | |
| 8 During 2008, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If 'Yes,' you may have to file Form 3520. See instructions .......... | | X |

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.  FDIA0401 09/25/08  Schedule B (Form 1040) 2008

SSN XXX-XX-7975

Jack Hemmenway
GCCF Claim #1062409

| SCHEDULE C | Profit or Loss From Business | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | (Sole Proprietorship) | **2008** |
| Department of the Treasury Internal Revenue Service (99) | ► Partnerships, joint ventures, etc., generally must file Form 1065 or 1065-B. ► Attach to Form 1040, 1040NR, or 1041. ► See Instructions for Schedule C (Form 1040). | Attachment Sequence No. 09 |

Name of proprietor: **Jack Hemmenway**
Social security number (SSN):

A  Principal business or profession, including product or service (see instructions)
   **Shrimper**
B  Enter code from instructions ► **114110**

C  Business name. If no separate business name, leave blank.
   **Capt'n Jack**
D  Employer ID number (EIN), if any

E  Business address (including suite or room no.) ► **5701 Jade Ave.**
   City, town or post office, state, and ZIP code **Port Arthur, TX 77640**

F  Accounting method:  (1) [X] Cash  (2) [ ] Accrual  (3) [ ] Other (specify) ►
G  Did you 'materially participate' in the operation of this business during 2008? If 'No,' see instructions for limit on losses ... [X] Yes  [ ] No
H  If you started or acquired this business during 2008, check here ►[ ]

### Part I   Income

| | | |
|---|---|---|
| 1 | Gross receipts or sales. Caution. See the instructions and check the box if:<br>• This income was reported to you on Form W-2 and the 'Statutory employee' box on that form was checked, or<br>• You are a member of a qualified joint venture reporting only rental real estate income not subject to self-employment tax. Also see instructions for limit on losses ►[ ] | 1 | 1,601,502. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 1,601,502. |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | Gross profit. Subtract line 4 from line 3 | 5 | 1,601,502. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | Gross income. Add lines 5 and 6 ► | 7 | 1,601,502. |

### Part II   Expenses. Enter expenses for business use of your home only on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 18 Office expense | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 Rent or lease (see instructions):<br>a Vehicles, machinery, and equipment | 20a | |
| 11 | Contract labor (see instructions) | 11 | 600,044. | b Other business property | 20b | |
| 12 | Depletion | 12 | | 21 Repairs and maintenance | 21 | 231,764. |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | 55,659. | 22 Supplies (not included in Part III) | 22 | 78,948. |
| | | | | 23 Taxes and licenses | 23 | 9,928. |
| | | | | 24 Travel, meals, and entertainment:<br>a Travel | 24a | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | b Deductible meals and entertainment (see instructions) | 24b | |
| 15 | Insurance (other than health) | 15 | 60,615. | 25 Utilities | 25 | |
| 16 | Interest: | | | 26 Wages (less employment credits) | 26 | |
|    | a Mortgage (paid to banks, etc) | 16a | | 27 Other expenses (from line 48 on page 2) | 27 | 859,803. |
|    | b Other | 16b | 1,321. | | | |
| 17 | Legal & professional services | 17 | | | | |
| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27 ► | | | | 28 | 1,898,082. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | | | | 29 | -296,580. |
| 30 | Expenses for business use of your home. Attach Form 8829 | | | | 30 | |
| 31 | Net profit or (loss). Subtract line 30 from line 29. | | | | | |
|    | • If a profit, enter on both Form 1040, line 12, and Schedule SE, line 2 or on Form 1040NR, line 13 (if you checked the box on line 1, see Instructions). Estates and trusts, enter on Form 1041, line 3. | | | | 31 | -296,580. |
|    | • If a loss, you must go to line 32. | | | | | |

32  If you have a loss, check the box that describes your investment in this activity (see instructions).

• If you checked 32a, enter the loss on both Form 1040, line 12, and Schedule SE, line 2, or on Form 1040NR, line 13 (if you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on Form 1041, line 3.
32a [X] All investment is at risk.
32b [ ] Some investment is not at risk.

• If you checked 32b, you must attach Form 6198. Your loss may be limited.

BAA  For Paperwork Reduction Act Notice, see Form 1040 instructions.                Schedule C (Form 1040) 2008
FDIZ0112  11/20/08

SSN XXX-XX-7975

Jack Hemmenway
GCCF Claim #1062409

Schedule C (Form 1040) 2008  Jack Hemmenway                                          Page 2

### Part III   Cost of Goods Sold (see instructions)

33  Method(s) used to value closing inventory:  a ☐ Cost   b ☐ Lower of cost or market   c ☐ Other (attach explanation)

34  Was there any change in determining quantities, costs, or valuations between opening and closing inventory?
    If "Yes," attach explanation ........................................................................ ☐ Yes ☐ No

| Line | Description | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | Cost of goods sold. Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

### Part IV   Information on Your Vehicle. Complete this part only if you are claiming car or truck expenses on line 9 and are not required to file Form 4562 for this business. See the instructions for line 13 to find out if you must file Form 4562.

43  When did you place your vehicle in service for business purposes? (month, day, year)   ▶ _____

44  Of the total number of miles you drove your vehicle during 2008, enter the number of miles you used your vehicle for:
    a Business _____   b Commuting (see instructions) _____   c Other _____

45  Was your vehicle available for personal use during off-duty hours? .................................... ☐ Yes ☐ No

46  Do you (or your spouse) have another vehicle available for personal use? ............................ ☐ Yes ☐ No

47a Do you have evidence to support your deduction? ...................................................... ☐ Yes ☐ No

  b If "Yes," is the evidence written? ....................................................................... ☐ Yes ☐ No

### Part V   Other Expenses. List below business expenses not included on lines 8-26 or line 30.

| Description | Amount |
|---|---|
| Fuel | 750,854. |
| Groceries | 99,374. |
| Miscellaneous | 9,575. |
| | |
| | |
| 48  Total other expenses. Enter here and on page 1, line 27 | 48  859,803. |

Schedule C (Form 1040) 2008

FDIZ0112  12/20/08

SSN XXX-XX-7975  
Jack Hemmenway  
GCCF Claim #1062409

**SCHEDULE E**  
(Form 1040)  
Department of the Treasury  
Internal Revenue Service (99)

**Supplemental Income and Loss**  
(From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc)  
► Attach to Form 1040, 1040NR, or Form 1041.  
► See Instructions for Schedule E (Form 1040).

OMB No. 1545-0074  
**2008**  
Attachment Sequence No. 13

Name(s) shown on return: Jack & ▒▒▒▒ Hemmenway

**Part I  Income or Loss From Rental Real Estate and Royalties**  Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from Form 4835 on page 2, line 40.

1 List the type and address of each rental real estate property:  
A  Pipeline Property  
   Port Arthur  
B  
C  

2 For each rental real estate property listed on line 1, did you or your family use it during the tax year for personal purposes for more than the greater of:
- 14 days, or
- 10% of the total days rented at fair rental value?

(See instructions.)

| | | | Properties | | | Totals |
|---|---|---|---|---|---|---|
| | | | A | B | C | (Add columns A, B, and C.) |
| | 2 | | | | Yes/No | |
| | A | | | | X | |
| | B | | | | | |
| | C | | | | | |

**Income:**

| | | | A | B | C | Totals |
|---|---|---|---|---|---|---|
| 3 | Rents received | 3 | 200,000. | | | 3  200,000. |
| 4 | Royalties received | 4 | | | | 4 |

**Expenses:**

| | | | A | B | C | |
|---|---|---|---|---|---|---|
| 5 | Advertising | 5 | | | | |
| 6 | Auto and travel (see instructions) | 6 | | | | |
| 7 | Cleaning and maintenance | 7 | | | | |
| 8 | Commissions | 8 | | | | |
| 9 | Insurance | 9 | | | | |
| 10 | Legal and other professional fees | 10 | | | | |
| 11 | Management fees | 11 | | | | |
| 12 | Mortgage interest paid to banks, etc (see instructions) | 12 | | | | 12 |
| 13 | Other interest | 13 | | | | |
| 14 | Repairs | 14 | | | | |
| 15 | Supplies | 15 | | | | |
| 16 | Taxes | 16 | | | | |
| 17 | Utilities | 17 | | | | |
| 18 | Other (list) ► Nominee to Hemmenway Family Limited Partners | 18 | 200,000. | | | |
| 19 | Add lines 5 through 18 | 19 | 200,000. | | | 19  200,000. |
| 20 | Depreciation expense or depletion (see instructions) | 20 | | | | 20 |
| 21 | Total expenses. Add lines 19 and 20 | 21 | 200,000. | | | |
| 22 | Income or (loss) from rental real estate or royalty properties. Subtract line 21 from line 3 (rents) or line 4 (royalties). If the result is a (loss), see instructions to find out if you must file Form 6198 | 22 | 0. | | | |
| 23 | Deductible rental real estate loss. Caution. Your rental real estate loss on line 22 may be limited. See instructions to find out if you must file Form 8582. Real estate professionals must complete line 43 on page 2 | 23 | 0. | | | |
| 24 | Income. Add positive amounts shown on line 22. Do not include any losses | | | | | 24 |
| 25 | Losses. Add royalty losses from line 22 and rental real estate losses from line 23. Enter total losses here | | | | | 25  0. |
| 26 | Total rental real estate and royalty income or (loss). Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | | | | 26  0. |

BAA For Paperwork Reduction Act Notice, see instructions.   FDIZ2301   11/08/08                                                                                          Schedule E (Form 1040) 2008

SSN XXX-XX-7975

Jack Hemmenway
GCCF Claim #1062409

Schedule E (Form 1040) 2008    Attachment Sequence No. 13    Page 2

Name(s) shown on return. Do not enter name and social security number if shown on Page 1.    Your social security number

Jack & ▮▮▮ Hemmenway

Caution: The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

### Part II — Income or Loss From Partnerships and S Corporations

Note. If you report a loss from an at-risk activity for which any amount is not at risk, you must check the box in column (e) on line 28 and attach Form 6198. See instructions.

27  Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? .... [X] Yes  [ ] No

If you answered 'Yes,' see instructions before completing this section.

| 28 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | Jack's Shrimp House | P | | ▮▮▮ | |
| B | BJJ Enterprises LLC | P | | ▮▮▮ | |
| C | Ocean Wild Shrimp Company, LLC | P | | ▮▮▮ | |
| D | See Line 28 Information | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| A | | | | | 0. |
| B | | 40,987. | | | |
| C | | 712. | | | |
| D | | 64,337. | 260,238. | | 30,622. |
| 29a Totals | | 106,036. | | | 30,622. |
| b Totals | | | 260,238. | | |

30  Add columns (g) and (j) of line 29a ............................................................ 30  136,658.
31  Add columns (f), (h), and (i) of line 29b ........................................................ 31  -260,238.
32  Total partnership and S corporation income or (loss). Combine lines 30 and 31. Enter the result here and include in the total on line 41 below ............................ 32  -123,580.

### Part III — Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer ID no. |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | |
| B | | | | |
| 34a Totals | | | | |
| b Totals | | | | |

35  Add columns (d) and (f) of line 34a ............................................................ 35
36  Add columns (c) and (e) of line 34b ............................................................ 36
37  Total estate and trust income or (loss). Combine lines 35 and 36. Enter the result here and include in the total on line 41 below ............................................ 37

### Part IV — Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) — Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

39  Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below ............ 39

### Part V — Summary

40  Net farm rental income or (loss) from Form 4835. Also, complete line 42 below ........................ 40
41  Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ........................................................ ▶ 41  -123,580.
42  Reconciliation of farming and fishing income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code T; and Schedule K-1 (Form 1041), line 14, code F (see instructions) ........................................ 42
43  Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules ........ 43

BAA    FDIZ2302  06/04/08    Schedule E (Form 1040) 2008

SSN XXX-XX-7975

Jack Hemmenway
GCCF Claim #1062409

| Form **4797** | **Sales of Business Property** | OMB No. 1545-0184 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | (Also Involuntary Conversions and Recapture Amounts Under Sections 179 and 280F(b)(2)) ► Attach to your tax return. ► See separate instructions. | **2008** Attachment Sequence No. **27** |

Name(s) shown on return: Jack & ▮▮▮ Hemmenway

Identifying number: ▮▮▮

**1** Enter the gross proceeds from sales or exchanges reported to you for 2008 on Form(s) 1099-B or 1099-S (or substitute statement) that you are including on line 2, 10, or 20 (see instructions) ............... **1**

### Part I — Sales or Exchanges of Property Used in a Trade or Business and Involuntary Conversions From Other Than Casualty or Theft — Most Property Held More Than 1 Year (see instructions)

| 2 (a) Description of property | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Gross sales price | (e) Depreciation allowed or allowable since acquisition | (f) Cost or other basis, plus improvements and expense of sale | (g) Gain or (loss) Subtract (f) from the sum of (d) and (e) |
|---|---|---|---|---|---|---|
| From K-1 | | | | | | -18,668. |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **3** Gain, if any, from Form 4684, line 45 ............... | **3** | |
| **4** Section 1231 gain from installment sales from Form 6252, line 26 or 37 ............... | **4** | |
| **5** Section 1231 gain or (loss) from like-kind exchanges from Form 8824 ............... | **5** | |
| **6** Gain, if any, from line 32, from other than casualty or theft ............... | **6** | |
| **7** Combine lines 2 through 6. Enter the gain or (loss) here and on the appropriate line as follows ............... Partnerships (except electing large partnerships) and S corporations. Report the gain or (loss) following the instructions for Form 1065, Schedule K, line 10, or Form 1120S, Schedule K, line 9. Skip lines 8, 9, 11, and 12 below. Individuals, partners, S corporation shareholders, and all others. If line 7 is zero or a loss, enter the amount from line 7 on line 11 below and skip lines 8 and 9. If line 7 is a gain and you did not have any prior year section 1231 losses, or they were recaptured in an earlier year, enter the gain from line 7 as a long-term capital gain on the Schedule D filed with your return and skip lines 8, 9, 11, and 12 below. | **7** | -18,668. |
| **8** Nonrecaptured net section 1231 losses from prior years (see instructions) ............... | **8** | |
| **9** Subtract line 8 from line 7. If zero or less, enter -0-. If line 9 is zero, enter the gain from line 7 on line 12 below. If line 9 is more than zero, enter the amount from line 8 on line 12 below and enter the gain from line 9 as a long-term capital gain on the Schedule D filed with your return (see instructions) ............... | **9** | |

### Part II — Ordinary Gains and Losses (see instructions)

**10** Ordinary gains and losses not included on lines 11 through 16 (include property held 1 year or less):

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **11** Loss, if any, from line 7 ............... | **11** | -18,668. |
| **12** Gain, if any, from line 7 or amount from line 8, if applicable ............... | **12** | |
| **13** Gain, if any, from line 31 ............... | **13** | |
| **14** Net gain or (loss) from Form 4684, lines 37 and 44a ............... | **14** | |
| **15** Ordinary gain from installment sales from Form 6252, line 25 or 36 ............... | **15** | |
| **16** Ordinary gain or (loss) from like-kind exchanges from Form 8824 ............... | **16** | |
| **17** Combine lines 10 through 16 ............... | **17** | -18,668. |
| **18** For all except individual returns, enter the amount from line 17 on the appropriate line of your return and skip lines a and b below. For individual returns, complete lines a and b below: | | |
| **a** If the loss on line 11 includes a loss from Form 4684, line 41, column (b)(ii), enter that part of the loss here. Enter the part of the loss from income-producing property on Schedule A (Form 1040), line 28, and the part of the loss from property used as an employee on Schedule A (Form 1040), line 23. Identify as from 'Form 4797, line 18a.' See instructions ............... | **18a** | |
| **b** Redetermine the gain or (loss) on line 17 excluding the loss, if any, on line 18a. Enter here and on Form 1040, line 14 ............... | **18b** | -18,668. |

BAA For Paperwork Reduction Act Notice, see separate instructions.

Form **4797** (2008)

FDIZ1001  12/15/08

SSN XXX-XX-7975

Jack Hemmenway
GCCF Claim #1062409

Form **6198**
Department of the Treasury
Internal Revenue Service

**At-Risk Limitations**

► Attach to your tax return.
► See separate instructions.

OMB No. 1545-0712

**2008**

Attachment Sequence No. **31**

Name(s) shown on return: Jack & ▓ Hemmenway

Identifying number: ▓

Description of activity (see instructions): S Corporation Schedule K-1 JBS Packing Company, Inc. ▓

### Part I — Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts.
See instructions.

| | | |
|---|---|---:|
| 1 | Ordinary income (loss) from the activity (see the instructions) | -260,237. |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you are reporting on: | |
| a | Schedule D ..................... 2a | |
| b | Form 4797 ..................... 2b | |
| c | Other form or schedule ..................... 2c | |
| 3 | Other income and gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c ..... 3 | |
| 4 | Other deductions and losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 2c ..... 4 | -17,169. |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See the instructions before completing the rest of this form ..... 5 | -277,406. |

### Part II — Simplified Computation of Amount at Risk. See instructions before completing this part.

| | | |
|---|---|---:|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. Do not enter less than zero ..... 6 | 605,888. |
| 7 | Increases for the tax year (see instructions) ..... 7 | |
| 8 | Add lines 6 and 7 ..... 8 | 605,888. |
| 9 | Decreases for the tax year (see instructions) ..... 9 | |
| 10a | Subtract line 9 from line 8 ..... ► 10a  605,888. | |
| b | If line 10a is more than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Publication 925 for information on the recapture rules ..... 10b | 605,888. |

### Part III — Detailed Computation of Amount at Risk. If you completed Part III of Form 6198 for 2007, see instructions.

| | | |
|---|---|---|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. Do not enter less than zero ..... 11 | |
| 12 | Increases at effective date ..... 12 | |
| 13 | Add lines 11 and 12 ..... 13 | |
| 14 | Decreases at effective date ..... 14 | |
| 15 | Amount at risk (check box that applies): | |
| a | ☐ At effective date. Subtract line 14 from line 13. Do not enter less than zero. ..... 15 | |
| b | ☐ From 2007 Form 6198, line 19b. Do not enter the amount from line 10b of the 2007 form. | |
| 16 | Increases since (check box that applies): | |
| a | ☐ Effective date  b ☐ The end of your 2007 tax year ..... 16 | |
| 17 | Add lines 15 and 16 ..... 17 | |
| 18 | Decreases since (check box that applies): | |
| a | ☐ Effective date  b ☐ The end of your 2007 tax year ..... 18 | |
| 19a | Subtract line 18 from line 17 ..... ► 19a | |
| b | If line 19a is more than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see Publication 925 for information on the recapture rules ..... 19b | |

### Part IV — Deductible Loss

| | | |
|---|---|---:|
| 20 | Amount at risk. Enter the larger of line 10b or line 19b ..... 20 | 605,888. |
| 21 | Deductible loss. Enter the smaller of the line 5 loss (treated as a positive number) or line 20. See the instructions to find out how to report any deductible loss and any carryover ..... 21 | -277,406. |

**Note:** If the loss is from a passive activity, see the Instructions for Form 8582, Passive Activity Loss Limitations, or the Instructions for Form 8810, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.

BAA For Paperwork Reduction Act Notice, see instructions.

Form 6198 (2008)

FDIZ1401  06/25/08

SSN XXX-XX-7975  
Jack Hemmenway  
GCCF Claim #1062409

Form **6198**  
Department of the Treasury  
Internal Revenue Service

**At-Risk Limitations**

► Attach to your tax return.  
► See separate instructions.

OMB No. 1545-0712  
**2008**  
Attachment Sequence No. **31**

Name(s) shown on return: Jack & Hemmenway  
Identifying number: ▓▓▓▓

Description of activity (see instructions):  
S Corporation Schedule K-1  JBS Shrimp Company

### Part I — Current Year Profit (Loss) From the Activity, Including Prior Year Nondeductible Amounts. See instructions.

| Line | Description | Amount |
|---|---|---:|
| 1 | Ordinary income (loss) from the activity (see the instructions) | −79,570. |
| 2 | Gain (loss) from the sale or other disposition of assets used in the activity (or of your interest in the activity) that you are reporting on: | |
| 2a | Schedule D | |
| 2b | Form 4797 | |
| 2c | Other form or schedule | |
| 3 | Other income and gains from the activity, from Schedule K-1 of Form 1065, Form 1065-B, or Form 1120S, that were not included on lines 1 through 2c | 1. |
| 4 | Other deductions and losses from the activity, including investment interest expense allowed from Form 4952, that were not included on lines 1 through 2c | −55,487. |
| 5 | Current year profit (loss) from the activity. Combine lines 1 through 4. See the instructions before completing the rest of this form | −135,056. |

### Part II — Simplified Computation of Amount at Risk. See instructions before completing this part.

| Line | Description | Amount |
|---|---|---|
| 6 | Adjusted basis (as defined in section 1011) in the activity (or in your interest in the activity) on the first day of the tax year. Do not enter less than zero | |
| 7 | Increases for the tax year (see instructions) | |
| 8 | Add lines 6 and 7 | |
| 9 | Decreases for the tax year (see instructions) | |
| 10a | Subtract line 9 from line 8 | |
| 10b | If line 10a is more than zero, enter that amount here and go to line 20 (or complete Part III). Otherwise, enter -0- and see Publication 925 for information on the recapture rules | |

### Part III — Detailed Computation of Amount at Risk. If you completed Part III of Form 6198 for 2007, see instructions.

| Line | Description | Amount |
|---|---|---|
| 11 | Investment in the activity (or in your interest in the activity) at the effective date. Do not enter less than zero | |
| 12 | Increases at effective date | |
| 13 | Add lines 11 and 12 | |
| 14 | Decreases at effective date | |
| 15 | Amount at risk (check box that applies): | |
| a | ☐ At effective date. Subtract line 14 from line 13. Do not enter less than zero. | |
| b | ☐ From 2007 Form 6198, line 19b. Do not enter the amount from line 10b of the 2007 form. | |
| 16 | Increases since (check box that applies): | |
| a | ☐ Effective date   b ☐ The end of your 2007 tax year | |
| 17 | Add lines 15 and 16 | |
| 18 | Decreases since (check box that applies): | |
| a | ☐ Effective date   b ☐ The end of your 2007 tax year | |
| 19a | Subtract line 18 from line 17 | |
| 19b | If line 19a is more than zero, enter that amount here and go to line 20. Otherwise, enter -0- and see Publication 925 for information on the recapture rules | |

### Part IV — Deductible Loss

| Line | Description | Amount |
|---|---|---|
| 20 | Amount at risk. Enter the larger of line 10b or line 19b | |
| 21 | Deductible loss. Enter the smaller of the line 5 loss (treated as a positive number) or line 20. See the instructions to find out how to report any deductible loss and any carryover | |

Note: If the loss is from a passive activity, see the Instructions for Form 8582, Passive Activity Loss Limitations, or the Instructions for Form 8810, Corporate Passive Activity Loss and Credit Limitations, to find out if the loss is allowed under the passive activity rules. If only part of the loss is subject to the passive activity loss rules, report only that part on Form 8582 or Form 8810, whichever applies.

BAA For Paperwork Reduction Act Notice, see instructions.                                    Form 6198 (2008)

FDIZ1401  05/25/08

SSN XXX-XX-7975  
Jack Hemmenway  
GCCF Claim #1062409

OMB No. 1545-0172

Form **4562**  
Department of the Treasury  
Internal Revenue Service (99)

**Depreciation and Amortization**  
(Including Information on Listed Property)  
► See separate instructions.   ► Attach to your tax return.

**2008**  
Attachment Sequence No. **67**

Name(s) shown on return: Jack & ███ Hemmenway  
Identifying number: ███

Business or activity to which this form relates: Sch C Shrimper

### Part I — Election To Expense Certain Property Under Section 179
Note: If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount. See the instructions for a higher limit for certain businesses | $250,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | $800,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2007 Form 4562 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | |
| 13 | Carryover of disallowed deduction to 2009. Add lines 9 and 10, less line 12 ► 13 | |

Note: Do not use Part II or Part III below for listed property. Instead, use Part V.

### Part II — Special Depreciation Allowance and Other Depreciation (Do not include listed property.) (See instructions.)

| | | |
|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | 12,352. |
| 15 | Property subject to section 168(f)(1) election | |
| 16 | Other depreciation (including ACRS) | 2,969. |

### Part III — MACRS Depreciation (Do not include listed property.) (See instructions)

**Section A**

| | | |
|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2008 | 37,869. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | |

**Section B — Assets Placed in Service During 2008 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only — see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a 3-year property | | | | | | |
| b 5-year property | | 12,352. | 5.0 yrs | HY | 200DB | 2,470. |
| c 7-year property | | | | | | |
| d 10-year property | | | | | | |
| e 15-year property | | | | | | |
| f 20-year property | | | | | | |
| g 25-year property | | | 25 yrs | | S/L | |
| h Residential rental property | | | 27.5 yrs | MM | S/L | |
| | | | 27.5 yrs | MM | S/L | |
| i Nonresidential real property | | | 39 yrs | MM | S/L | |
| | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2008 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a Class life | | | | | S/L | |
| b 12-year | | | 12 yrs | | S/L | |
| c 40-year | | | 40 yrs | MM | S/L | |

### Part IV — Summary (See instructions.)

| | | |
|---|---|---|
| 21 | Listed property. Enter amount from line 28 | |
| 22 | Total. Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | 55,659. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | |

BAA For Paperwork Reduction Act Notice, see separate instructions.   FDIZ0812 06/12/08   Form 4562 (2008)

Jack Hemmenway
SSN XXX-XX-7975
GCCF Claim #1062409

Jack & ▮▮▮ Hemmenway

Schedule E, page 2
Line 28 Information

| 28 | (a) Name | (b) P/S | (c) Foreign Partnership | (d) EIN | (e) Any amount is not at risk |
|---|---|---|---|---|---|
| D | Hemmenway Management, LLC | P | | ▮ | |
| E | Hemmenway Family Limited Partnership | P | | ▮ | |
| F | HHS Enterprises, Inc. | S | | ▮ | |
| G | JBS Packing Company, Inc. | S | | ▮ | X |
| H | JBS Shrimp Company | S | | ▮ | X |
| I | PYA | S | | ▮ | X |

Schedule E, page 2
Line 28 Income or Loss

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| Name | (f) Loss Allowed K-1 | (g) Income K-1 | (h) Loss K-1 | (i) Section 179 | (j) Income K-1 |
| D Hemmenway M | | | | | 650. |
| E Hemmenway F | | 64,337. | | | |
| F HHS Enterpr | | | | | 29,972. |
| G JBS Packing | | | 260,237. | | |
| H JBS Shrimp | | | | | 0. |
| I PYA | | | 1. | | |
| Total | | 64,337. | 260,238. | | 30,622. |