# Exhibit C
# 2008 IRS Tax Transcript



```
                        This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                                      Request Date:       11-20-2014
                                                      Response Date:      11-20-2014
                                                      Tracking Number:    100219527587

FORM NUMBER:       1040
TAX PERIOD:        Dec. 31, 2008


TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

JACK &        HEMMENWAY
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
                    --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                               0.00
ACCRUED INTEREST:                                              0.00    AS OF: May  28, 2012
ACCRUED PENALTY:                                               0.00    AS OF: May  28, 2012


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                                 0.00


                    ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                                      02
FILING STATUS:                                  Married Filing Joint
ADJUSTED GROSS INCOME:                                   -301,175.00
TAXABLE INCOME:                                                0.00
TAX PER RETURN:                                                0.00
SE TAXABLE INCOME TAXPAYER:                                    0.00
SE TAXABLE INCOME SPOUSE:                                      0.00
TOTAL SELF EMPLOYMENT TAX:                                     0.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)                Oct. 22, 2009
PROCESSING DATE                                                             Nov. 30, 2009
```

|          |                        TRANSACTIONS          |          |            |             |
|----------|----------------------------------------------|----------|------------|-------------|
| **CODE** | **EXPLANATION OF TRANSACTION**               | **CYCLE**| **DATE**   | **AMOUNT**  |
| 150      | Tax return filed                             | 20094608 | 11-30-2009 | $0.00       |
| n/a      | 18221-304-77321-9                            |          |            |             |
| 960      | Appointed representative                     |          | 03-24-2009 | $0.00       |
| 460      | Extension of time to file ext. Date 10-15-2009 |        | 04-15-2009 | $0.00       |
| 670      | Payment                                      |          | 04-15-2009 | -$25,000.00 |

| | | | |
|---|---|---|---:|
| 766 | Credit to your account | 04-15-2009 | -$600.00 |
| 836 | Refund you chose to apply to next year's taxes | 04-15-2009 | $25,000.00 |
| 971 | Notice issued<br>CP 0012 | 11-30-2009 | $0.00 |
| 846 | Refund issued | 11-30-2009 | $600.00 |
| 961 | Removed appointed representative | 01-16-2012 | $0.00 |
| 960 | Appointed representative | 04-02-2012 | $0.00 |

```
This Product Contains Sensitive Taxpayer Data
```