# Exhibit D
# Community Bank Letter



July 7, 2015

United States District Court
ATTN: Patrick A Juneau
935 Gravier St, Suite 700
New Orleans, LA 70112

Dear Mr. Juneau,

I have attached a copy of the Signature Card you requested in the Subpoena we received. You also asked for a copy of a check (#1334) for $150,000.00 dated 2/11/13 to the United States Treasury, unfortunately we were unable to find the item. It looks like it was never presented to the bank to post to our customers account. Both Mr. Lampman and myself looked on our system from 1/1/10 to 7/6/15 and find no check. If you are in need of anything else, please send us a new Subpoena and a new Attachment A.

Thank you,

Lana Broussard
CommunityBank of TX NA
Bookkeeping Department
1-800-552-6668 x4201

enclosed

Bank Where U Live

5999 Delaware   P.O. Box 26017   Beaumont, TX 77720-6017 | 409.861.7200   1.866.427.9306
communitybankoftx.com   Member FDIC   Equal Housing Lender