# Exhibit E
# Second 2008 IRS Tax Transcript



```
                This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                        Request Date:         08-20-2015
                                        Response Date:        08-19-2015
                                        Tracking Number:     100263469174

FORM NUMBER:     1040
TAX PERIOD:      Dec. 31, 2008


TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:
```

```
JACK &           HEMMENWAY
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

            --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                  -223,931.00
ACCRUED INTEREST:                                        0.00   AS OF: Jun. 08, 2015
ACCRUED PENALTY:                                         0.00   AS OF: Jun. 08, 2015


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                    -223,931.00


            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:                                             02
FILING STATUS:                                 Married Filing Joint
ADJUSTED GROSS INCOME:                            -301,175.00
TAXABLE INCOME:                                          0.00
TAX PER RETURN:                                          0.00
SE TAXABLE INCOME TAXPAYER:                              0.00
SE TAXABLE INCOME SPOUSE:                                0.00
TOTAL SELF EMPLOYMENT TAX:                               0.00


RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)        Oct. 22, 2009
PROCESSING DATE                                                     Nov. 30, 2009
```

|  | TRANSACTIONS |  |  |  |
|---|---|---|---|---|
| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
| 150 | Tax return filed | 20094608 | 11-30-2009 | $0.00 |
| n/a | 18221-304-77321-9 | | | |
| 960 | Appointed representative | | 03-24-2009 | $0.00 |

| | | | |
|---|---|---|---|
| 460 | Extension of time to file ext. Date 10-15-2009 | 04-15-2009 | $0.00 |
| 670 | Payment | 04-15-2009 | -$25,000.00 |
| 766 | Credit to your account | 04-15-2009 | -$600.00 |
| 836 | Refund you chose to apply to next year's taxes | 04-15-2009 | $25,000.00 |
| 971 | Notice issued<br>CP 0012 | 11-30-2009 | $0.00 |
| 846 | Refund issued | 11-30-2009 | $600.00 |
| 961 | Removed appointed representative | 01-16-2012 | $0.00 |
| 960 | Appointed representative | 04-02-2012 | $0.00 |
| 670 | Payment | 04-13-2015 | -$223,931.00 |
| 570 | Additional account action pending | 05-04-2015 | $0.00 |
| 977 | Amended return filed | 04-13-2015 | $0.00 |
| n/a | 18277-539-03123-5 | | |

This Product Contains Sensitive Taxpayer Data