# Exhibit H
# 2008 Trip Ticket Totals Submitted by Jack Hemmenway's Accountant

# MITCHELL T. FONTENOTE
## CERTIFIED PUBLIC ACCOUNTANT

February 11, 2013

Jack Hemmenway

▮▮▮▮▮▮▮▮▮▮

Dear Jack:

We have prepared your 2008 amended form 1040X US Amended Individual Income Tax form. Please sign and mail as soon as possible. Thank you for your business.

Sincerely,

Mitchell Fontenote, CPA
Mitchell T Fontenote CPA, Inc.

2428 NALL STREET • PORT NECHES, TEXAS 77651
PHONE (409) 722-6300 • FAX (409) 722-6301
MITCHELL@MITCHELLTFONTOTECPA.COM

Total Income Statement Jan 1, 2008 - Dec 31, 2008 Amounts from pack out sheets provided by Debbie

| | | Master Jack | Capt Jack | Cracker Jack | Fat Jack | Capt Jack II | | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| **Income:** | | | | | | | | |
| Deposits | 1,601,502.38 | | | | | | | 1,601,502.38 |
| Interest | - | | | | | | | 0.00 |
| **Total Income** | **1,601,502.38** | | | | | | | **1,601,502.38** |
| | | | | | | | | |
| **Expenses:** | | | | | | | | |
| Supplies | 78,947.63 | | | | | | | 78,947.63 |
| Mechanic | - | | | | | | | 0.00 |
| Parts | - | | | | | | | 0.00 |
| Contract Labor | 3,500.00 | 163,037.97 | 121,200.91 | 177,183.20 | 196,426.84 | 225,670.66 | (286,976.04) | 600,043.54 |
| Cell Phone | - | | | | | | | 0.00 |
| Repairs | 231,763.90 | | | | | | | 231,763.90 |
| Interest | 1,321.38 | | | | | | | 1,321.38 |
| Fuel | 626,548.61 | 24,783.80 | 13,551.46 | 32,746.00 | 17,820.00 | 35,404.00 | | 750,853.87 |
| Boat Note | 23,854.76 | | | | | | | 23,854.76 |
| Insurance | 60,614.75 | | | | | | | 60,614.75 |
| Equipment | 24,703.70 | | | | | | | 24,703.70 |
| Electronics | - | | | | | | | 0.00 |
| License | - | | | | | | | 0.00 |
| Groceries | 42,139.28 | 16,605.72 | 5,949.21 | 14,831.74 | 8,146.97 | 11,701.39 | | 99,374.31 |
| Medical | - | | | | | | | 0.00 |
| Crew Advance | - | | | | | | | 0.00 |
| Boat Stall | - | | | | | | | 0.00 |
| Personal Loan | - | | | | | | | 0.00 |
| Taxes | 89,928.45 | | | | | | (80,000.00) | 9,928.45 |
| Miscellaneous Debit Memo | 30,000.00 | | | | | | | 30,000.00 |
| misc. | 9,575.10 | | | | | | | 9,575.10 |
| **Total Expenses** | **1,222,897.56** | | | | | | | **1,920,981.39** |
| | | | | | | | | 0.00 |
| Net Income | 378,604.82 | | | | | | | (319,479.01) |
| | | | | | | | | 0.00 |
| Bank Acct Contract Labor | 3,500.00 | | | | | | | 3,500.00 |
| 1099 Contract Labor | - | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| Adjusted Net Income | 382,104.82 | | | | | | | (322,979.01) |
| | | | | | | | | 0.00 |
| Adjusted Total Expenses | 1,219,397.56 | | | | | | | 1,920,981.39 |
| | | | | | | | | 0.00 |
| Interest from boat notes | - | | | | | | | 0.00 |
| | | | | | | | | 0.00 |
| deducting boat note pmts | 23,854.76 | | | | | | | 23,854.76 |
| | | | | | | | | 0.00 |
| Total Net Income | 405,959.58 | | | | | | | 405,959.58 |
| | | | | | | | | 0.00 |
| Total Expenses | 1,195,542.80 | | | | | | | 1,195,542.80 |

```
 1,920,981.39  +
   23,854.76   -
   24,703.70   -
   30,000.00   -
   55,659.00   +

005

Total       1,898,081.93  *
ontax return
```

| Capt Jack Income Statement | | Fat Jack Income Statement | | Master Jack Income Statement | |
|---|---:|---|---:|---|---:|
| **Income:** | | **Income:** | | **Income:** | |
| Deposits | 243,577.43 | Deposits | 411,950.60 | Deposits | 432,459.15 |
| Interest | | Interest | | Interest | |
| **Total Income** | **243,577.43** | **Total Income** | **411,950.60** | **Total Income** | **432,459.15** |
| | | | | | |
| **Expenses:** | | **Expenses:** | | **Expenses:** | |
| Supplies | 7,625.52 | Supplies | 7,360.00 | Supplies | 25,585.22 |
| Mechanic | - | Mechanic | - | Mechanic | - |
| Parts | - | Parts | - | Parts | - |
| Contract Labor | - | Contract Labor | - | Contract Labor | 3,500.00 |
| Cell Phone | - | Cell Phone | - | Cell Phone | - |
| Repairs | 81,859.88 | Repairs | 31,262.10 | Repairs | 39,513.01 |
| Interest | - | Interest | - | Interest | - |
| Fuel | 210,157.13 | Fuel | 179,962.86 | Fuel | 74,158.34 |
| Boat Note | - | Boat Note | - | Boat Note | - |
| Insurance | - | Insurance | 470.52 | Insurance | - |
| Equipment | 4,100.00 | Equipment | 6,176.46 | Equipment | - |
| Electronics | - | Electronics | - | Electronics | - |
| License | - | License | - | License | - |
| Groceries | 2,018.98 | Groceries | 8,359.31 | Groceries | 20,980.86 |
| Medical | - | Medical | - | Medical | - |
| Crew Advance | - | Crew Advance | - | Crew Advance | - |
| Boat Stall | - | Boat Stall | - | Boat Stall | - |
| Personal Loan | - | Personal Loan | - | Personal Loan | - |
| Taxes | - | Taxes | - | Taxes | - |
| Miscellaneous Debit Memo | - | Miscellaneous Debit Memo | - | Miscellaneous Debit Memo | - |
| misc. | 180.00 | misc. | - | misc. | 90.00 |
| **Total Expenses** | **305,941.51** | **Total Expenses** | **233,591.25** | **Total Expenses** | **163,827.43** |
| | | | | | |
| Net Income | (62,364.08) | Net Income | 178,359.35 | Net Income | 268,631.72 |
| | | | | | |
| Bank Acct Contract Labor | - | Bank Acct Contract Labor | - | Bank Acct Contract Labor | 3,500.00 |
| 1099 Contract Labor | - | 1099 Contract Labor | - | 1099 Contract Labor | - |
| | | | | | |
| Adjusted Net Income | (62,364.08) | Adjusted Net Income | 178,359.35 | Adjusted Net Income | 272,131.72 |
| | | | | | |
| Adjusted Total Expenses | 305,941.51 | Adjusted Total Expenses | 233,591.25 | Adjusted Total Expenses | 160,327.43 |

| Capt Jack II Income Statement | | Cracker Jack Income Statement | | General Income Statement | |
|---|---:|---|---:|---|---:|
| Income: | | Income: | | Income: | |
| Deposits | 513,515.20 | Deposits | 419,273.60 | Deposits | - |
| Interest | | Interest | | Interest | - |
| **Total Income** | **513,515.20** | **Total Income** | **419,273.60** | **Total Income** | **-** |
| Expenses: | | Expenses: | | Expenses: | |
| Supplies | 20,592.48 | Supplies | 1,317.09 | Supplies | 16,467.32 |
| Mechanic | - | Mechanic | - | Mechanic | - |
| Parts | - | Parts | - | Parts | - |
| Contract Labor | - | Contract Labor | - | Contract Labor | - |
| Cell Phone | - | Cell Phone | - | Cell Phone | - |
| Repairs | 6,252.82 | Repairs | 66,564.73 | Repairs | 6,311.36 |
| Interest | - | Interest | - | Interest | 1,321.38 |
| Fuel | 51,349.90 | Fuel | 103,920.38 | Fuel | 7,000.00 |
| Boat Note | - | Boat Note | - | Boat Note | 23,854.76 |
| Insurance | 41,247.47 | Insurance | - | Insurance | 18,896.76 |
| Equipment | 797.50 | Equipment | 13,629.74 | Equipment | - |
| Electronics | - | Electronics | - | Electronics | - |
| License | - | License | - | License | - |
| Groceries | - | Groceries | - | Groceries | 10,780.13 |
| Medical | - | Medical | - | Medical | - |
| Crew Advance | - | Crew Advance | - | Crew Advance | - |
| Boat Stall | - | Boat Stall | - | Boat Stall | - |
| Personal Loan | - | Personal Loan | - | Personal Loan | - |
| Taxes | - | Taxes | - | Taxes | 89,928.45 |
| Miscellaneous Debit Memo | - | Miscellaneous Debit Memo | - | Miscellaneous Debit Memo | 30,000.00 |
| misc. | - | misc. | 2,475.00 | misc. | 6,830.10 |
| **Total Expenses** | **120,240.17** | **Total Expenses** | **187,906.94** | **Total Expenses** | **211,390.26** |
| Net Income | 393,275.03 | Net Income | 231,366.66 | Net Income | (211,390.26) |
| Bank Acct Contract Labor | - | Bank Acct Contract Labor | - | Bank Acct Contract Labor | - |
| 1099 Contract Labor | - | 1099 Contract Labor | - | 1099 Contract Labor | |
| Adjusted Net Income | 393,275.03 | Adjusted Net Income | 231,366.66 | Adjusted Net Income | (211,390.26) |
| Adjusted Total Expenses | 120,240.17 | Adjusted Total Expenses | 187,906.94 | Adjusted Total Expenses | 211,390.26 |

JACK HEMMENWAY
TOTAL PURCHASE ORDERS
2008

| | |
|---|---:|
| Captain Jack | 294,795.80 |
| Fat Jack | 477,981.30 |
| Cracker Jack | 505,106.35 |
| Master Jack | 463,855.75 |
| Captain Jack II | 549,300.65 |
| **Total** | $ 2,291,039.85 |

JACK HEMMENWAY  
TOTAL PURCHASE ORDERS  
2008

|  |  |
|---|---:|
|  | 30,940.90 |
|  | 1,176.80 |
|  | 13,552.85 |
|  | 490.40 |
|  | 73,483.60 |
|  | 1,840.00 |
|  | 24,548.50 |
|  | 1,019.00 |
|  | 80,246.00 |
|  | 4,018.80 |
|  | 1,734.00 |
|  | 35,059.15 |
|  | 2,110.80 |
|  | 23,269.80 |
|  | 1,305.20 |
| Captain Jack | 294,795.80 |
|  | 44,286.80 |
|  | 1,822.20 |
|  | 33,579.90 |
|  | 1,059.20 |
|  | 57,417.45 |
|  | 174,812.15 |
|  | 7,828.00 |
|  | 96,898.10 |
|  | 5,247.80 |
|  | 438.00 |
|  | 51,806.50 |
|  | 2,785.20 |
| Fat Jack | 477,981.30 |
|  | 68,704.60 |
|  | 2,830.20 |
|  | 145,889.55 |
|  | 5,656.40 |
|  | 148,980.70 |
|  | 7,504.00 |
|  | 119,075.30 |
|  | 6,465.60 |
| Cracker Jack | 505,106.35 |

|  |  |
|---|---:|
|  | 67,059.65 |
|  | 2,543.40 |
|  | 29,766.95 |
|  | 1,114.60 |
|  | 515.05 |
|  | 163,056.05 |
|  | 711.40 |
|  | 112,821.20 |
|  | 6,315.00 |
|  | 49,311.85 |
|  | 3,379.25 |
|  | 25,217.15 |
|  | 2,044.20 |
| Master Jack | 463,855.75 |
|  | 67,367.50 |
|  | 2,510.40 |
|  | 3,727.65 |
|  | 71,421.10 |
|  | 123.60 |
|  | 62,542.25 |
|  | 3,153.45 |
|  | 187,342.55 |
|  | 7,136.55 |
|  | 84,929.45 |
|  | 4,609.55 |
|  | 36,928.10 |
|  | 2,687.70 |
|  | 14,039.00 |
|  | 781.80 |
| Captain Jack II | 549,300.65 |
| **Total** | **$ 2,291,039.85** |