# Exhibit I
# Trip Tickets for Master Jack as recorded in Texas Parks & Wildlife Department's Trip Ticket Database

| Ticket Number | Fisherman Name | Dealer | Species | Count | Quantity | Unit | Unit Price | Factor | Live Weight | Value | Vessel No. | Public private | County | Trans Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2260 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 21-25 | 22484 | P | 1 | 1 | 22484 | 22484 | 1087157 | N | 123 | Dec. 12, 2011 |
| 2176 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 21-25 | 33961 | P | 1 | 1 | 33961 | 33961 | 1087157 | N | 123 | Oct. 18, 2011 |
| 2012 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 22-25 | 58985 | P | 1 | 0.621118 | 36636.64594 | 58985 | 1087157 | N | 123 | Aug. 11, 2011 |
| 2012 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 26-30 | 13958 | P | 1 | 0.621118 | 8669.565211 | 13958 | 1087157 | N | 123 | Aug. 11, 2011 |
| 1912 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 41-50 | 612 | P | 1 | 0.621118 | 380.1242233 | 612 | 1087157 | N | 123 | 6/6/2011 |
| 1912 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 16-18 | 418 | P | 1 | 0.649351 | 271.4285713 | 418 | 1087157 | N | 123 | 6-Jun-11 |
| 1912 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 13-15 | 11563 | P | 1 | 0.649351 | 7508.441554 | 11563 | 1087157 | N | 123 | 6-Jun-11 |
| 1879 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 22-25 | 352 | P | 1 | 0.649351 | 228.5714284 | 352 | 1087157 | N | 123 | 16-May-11 |
| 1879 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 12-Sep | 22238 | P | 1 | 0.649351 | 14440.25973 | 22238 | 1087157 | N | 123 | 16-May-11 |
| 1813 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 26-30 | 780 | P | 1 | 0.621118 | 484.4720494 | 780 | 1087157 | N | 123 | 7-Mar-11 |
| 1813 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 22-25 | 2222 | P | 1 | 0.649351 | 1442.857142 | 2222 | 1087157 | N | 123 | 7-Mar-11 |
| 1813 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 19-21 | 7404 | P | 1 | 0.649351 | 4807.792205 | 7404 | 1087157 | N | 123 | 7-Mar-11 |
| 1813 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 21-25 | 5222 | P | 1 | 1 | 5222 | 5222 | 1087157 | N | 123 | 7-Mar-11 |
| 1813 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 21-25 | 1091 | P | 1 | 1 | 1091 | 1091 | 1087157 | N | 123 | 7-Mar-11 |
| 1813 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 16-20 | 3998 | P | 1 | 1 | 3998 | 3998 | 1087157 | N | 123 | 7-Mar-11 |
| 1514 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 21-25 | 14829 | P | 1 | 1 | 14829 | 14829 | 1087157 | N | 123 | Aug. 18, 2010 |
| 1514 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 26-30 | 3263 | P | 1 | 0.621118 | 2026.708073 | 3263 | 1087157 | N | 123 | Aug. 18, 2010 |
| 1514 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 31-35 | 2445 | P | 1 | 0.621118 | 1518.633539 | 2445 | 1087157 | N | 123 | Aug. 18, 2010 |
| 1514 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 16-20 | 1440 | P | 1 | 1 | 1440 | 1440 | 1087157 | N | 123 | Aug. 18, 2010 |
| 1448 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 51-60 | 14213 | P | 1 | 0.621118 | 8827.950305 | 14213 | 1087157 | N | 123 | 9-Jul-10 |
| 1448 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 16-18 | 3749 | P | 1 | 0.649351 | 2434.415583 | 3749 | 1087157 | N | 123 | 9-Jul-10 |
| 1448 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 13-15 | 1421 | P | 1 | 0.649351 | 922.7272722 | 1421 | 1087157 | N | 123 | 9-Jul-10 |
| 1448 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 12-Sep | 1219 | P | 1 | 0.649351 | 791.5584411 | 1219 | 1087157 | N | 123 | 9-Jul-10 |
| 1448 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 16-20 | 980 | P | 1 | 1 | 980 | 980 | 1087157 | N | 123 | 9-Jul-10 |
| 1294 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 26-30 | 7118 | P | 1 | 0.649351 | 4622.07792 | 7118 | 1087157 | N | 123 | 6-May-10 |
| 1294 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 19-21 | 7104 | P | 1 | 0.649351 | 4612.98701 | 7104 | 1087157 | N | 123 | 6-May-10 |
| 1294 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 16-18 | 4799 | P | 1 | 0.649351 | 3116.233765 | 4799 | 1087157 | N | 123 | 6-May-10 |
| 1294 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 13-15 | 2339 | P | 1 | 0.649351 | 1518.831168 | 2339 | 1087157 | N | 123 | 6-May-10 |
| 1294 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 22-25 | 2110 | P | 1 | 0.649351 | 1370.129869 | 2110 | 1087157 | N | 123 | 6-May-10 |
| 1294 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 12-Sep | 1590 | P | 1 | 0.649351 | 1032.467532 | 1590 | 1087157 | N | 123 | 6-May-10 |
| 1294 | LLOYD BUCKHEIT | J B S PACKING, INC. | White Shrimp | 40-50 | 1160 | P | 1 | 0.649351 | 753.2467528 | 1160 | 1087157 | N | 123 | 6-May-10 |
| 1294 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 40-50 | 254 | P | 1 | 0.621118 | 157.763975 | 254 | 1087157 | N | 123 | 6-May-10 |
| 1111 | LLOYD BUCKHEIT | J B S PACKING, INC. | Brown Shrimp | 21-25 | 24653 | P | 1 | 1 | 24653 | 24653 | 1087157 | N | 123 | Sept. 23, 2009 |
| 10 | DELBERT E BULL | J B S PACKING, INC. | Brown Shrimp | 21-25 | 7048 | P | 1 | 1 | 7048 | 7048 | 1087157 | (None) | 123 | 9-Mar-07 |
| 10 | DELBERT E BULL | J B S PACKING, INC. | White Shrimp | 16-18 | 2062 | P | 1 | 0.649351 | 1338.961038 | 2062 | 1087157 | (None) | 123 | 9-Mar-07 |
| 10 | DELBERT E BULL | J B S PACKING, INC. | White Shrimp | 19-21 | 323 | P | 1 | 0.649351 | 209.7402596 | 323 | 1087157 | (None) | 123 | 9-Mar-07 |
| 10 | DELBERT E BULL | J B S PACKING, INC. | White Shrimp | 22-25 | 176 | P | 1 | 0.649351 | 114.2857142 | 176 | 1087157 | (None) | 123 | 9-Mar-07 |