# Exhibit J
# Trip Tickets for Cracker Jack as recorded in the Texas Parks & Wildlife Department Trip Ticket Database

| Ticket Number | Fisherman Name | Dealer | Species | Count | Quantity | Unit | Unit Price | Factor | Live Weight | Value | Vessel No. | Public private | County | Trans Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2268 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 21-25 | 20592 | P | 1 | 1 | 20592 | 20592 | 1030824 | N | 123 | Dec. 13, 2011 |
| 2268 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 16-20 | 1371 | P | 1 | 1 | 1371 | 1371 | 1030824 | N | 123 | Dec. 13, 2011 |
| 2217 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 26-30 | 3688 | P | 1 | 1 | 3688 | 3688 | 1030824 | N | 123 | Oct. 24, 2011 |
| 2217 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 21-25 | 22321 | P | 1 | 1 | 22321 | 22321 | 1030824 | N | 123 | Oct. 24, 2011 |
| 2217 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 16-20 | 6026 | P | 1 | 1 | 6026 | 6026 | 1030824 | N | 123 | Oct. 24, 2011 |
| 2217 | ROBERT WOODRUF | J B S PACKING, INC. | Rock Shrimp | 26-35 | 524 | P | 1 | 0.598802 | 313.772455 | 524 | 1030824 | N | 123 | Oct. 24, 2011 |
| 2110 | ROBERT WOODRUF | J B S PACKING, INC. | Rock Shrimp | 26-35 | 283 | P | 1 | 0.598802 | 169.4610778 | 283 | 1030824 | N | 123 | Sept. 3, 2011 |
| 2110 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 31-35 | 2868 | P | 1 | 1 | 2868 | 2868 | 1030824 | N | 123 | Sept. 3, 2011 |
| 2110 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 26-30 | 2634 | P | 1 | 1 | 2634 | 2634 | 1030824 | N | 123 | Sept. 3, 2011 |
| 2110 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 21-25 | 10336 | P | 1 | 1 | 10336 | 10336 | 1030824 | N | 123 | Sept. 3, 2011 |
| 2110 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 16-20 | 2983 | P | 1 | 1 | 2983 | 2983 | 1030824 | N | 123 | Sept. 3, 2011 |
| 2037 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 26-30 | 2802 | P | 1 | 0.621118 | 1740.37267 | 2802 | 1030824 | N | 123 | Aug. 8, 2011 |
| 2037 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 26-30 | 10958 | P | 1 | 1 | 10958 | 10958 | 1030824 | N | 123 | Aug. 8, 2011 |
| 2037 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 21-25 | 15419 | P | 1 | 1 | 15419 | 15419 | 1030824 | N | 123 | Aug. 8, 2011 |
| 2037 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 16-20 | 5189 | P | 1 | 1 | 5189 | 5189 | 1030824 | N | 123 | Aug. 8, 2011 |
| 1948 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 51-60 | 331 | P | 1 | 0.621118 | 205.590062 | 331 | 1030824 | N | 123 | 1-Jul-11 |
| 1948 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 26-30 | 7350 | P | 1 | 0.621118 | 4565.217388 | 7350 | 1030824 | N | 123 | 1-Jul-11 |
| 1948 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 36-40 | 6222 | P | 1 | 1 | 6222 | 6222 | 1030824 | N | 123 | 1-Jul-11 |
| 1948 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 21-25 | 809 | P | 1 | 1 | 809 | 809 | 1030824 | N | 123 | 1-Jul-11 |
| 1948 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 16-20 | 1149 | P | 1 | 1 | 1149 | 1149 | 1030824 | N | 123 | 1-Jul-11 |
| 1918 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 21-25 | 599 | P | 1 | 1 | 599 | 599 | 1030824 | N | 123 | 16-Jun-11 |
| 1918 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 36-40 | 38920 | P | 1 | 0.621118 | 24173.91303 | 38920 | 1030824 | N | 123 | 16-Jun-11 |
| 1918 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 16-18 | 2230 | P | 1 | 0.649351 | 1448.051947 | 2230 | 1030824 | N | 123 | 16-Jun-11 |
| 1918 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 12-Nov | 2907 | P | 1 | 0.649351 | 1887.662337 | 2907 | 1030824 | N | 123 | 16-Jun-11 |
| 1918 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 10-Sep | 733 | P | 1 | 0.649351 | 475.9740257 | 733 | 1030824 | N | 123 | 16-Jun-11 |
| 1858 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 51-60 | 2873 | P | 1 | 0.649351 | 1865.584415 | 2873 | 1030824 | N | 123 | 10-May-11 |
| 1858 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 31-35 | 1442 | P | 1 | 0.649351 | 936.3636359 | 1442 | 1030824 | N | 123 | 10-May-11 |
| 1858 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 26-30 | 7560 | P | 1 | 0.649351 | 4909.090906 | 7560 | 1030824 | N | 123 | 10-May-11 |
| 1858 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 22-25 | 8213 | P | 1 | 0.649351 | 5333.11688 | 8213 | 1030824 | N | 123 | 10-May-11 |
| 1858 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 19-21 | 6305 | P | 1 | 0.649351 | 4094.155842 | 6305 | 1030824 | N | 123 | 10-May-11 |
| 1858 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 16-18 | 2657 | P | 1 | 0.649351 | 1725.324674 | 2657 | 1030824 | N | 123 | 10-May-11 |
| 1858 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 13-15 | 2025 | P | 1 | 0.649351 | 1314.935064 | 2025 | 1030824 | N | 123 | 10-May-11 |
| 1858 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 12-Sep | 1930 | P | 1 | 0.649351 | 1253.246753 | 1930 | 1030824 | N | 123 | 10-May-11 |
| 1832 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 41-50 | 4790 | P | 1 | 0.649351 | 3110.389609 | 4790 | 1030824 | N | 123 | 8-Apr-11 |
| 1832 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 31-35 | 4042 | P | 1 | 0.649351 | 2624.675323 | 4042 | 1030824 | N | 123 | 8-Apr-11 |
| 1832 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 26-30 | 1354 | P | 1 | 0.649351 | 879.2207787 | 1354 | 1030824 | N | 123 | 8-Apr-11 |
| 1832 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 22-25 | 3727 | P | 1 | 0.649351 | 2420.129869 | 3727 | 1030824 | N | 123 | 8-Apr-11 |
| 1832 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 19-21 | 8107 | P | 1 | 0.649351 | 5264.285711 | 8107 | 1030824 | N | 123 | 8-Apr-11 |
| 1832 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 16-18 | 4816 | P | 1 | 0.649351 | 3127.272726 | 4816 | 1030824 | N | 123 | 8-Apr-11 |
| 1816 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 16-18 | 1075 | P | 1 | 0.649351 | 698.0519477 | 1075 | 1030824 | N | 123 | 18-Mar-11 |
| 1810 | ROBERT WOODRUF | J B S PACKING, INC. | White Shrimp | 16-20 | 40 | P | 1 | 1 | 40 | 40 | 1030824 | N | 123 | Feb. 21, 2011 |
| 1810 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 22-25 | 239 | P | 1 | 0.621118 | 148.4472049 | 239 | 1030824 | N | 123 | Feb. 21, 2011 |
| 1810 | ROBERT WOODRUF | J B S PACKING, INC. | Rock Shrimp | 26-35 | 430 | P | 1 | 0.598802 | 257.4850299 | 430 | 1030824 | N | 123 | Feb. 21, 2011 |
| 1810 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 26-30 | 617 | P | 1 | 1 | 617 | 617 | 1030824 | N | 123 | Feb. 21, 2011 |
| 1810 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 21-25 | 3827 | P | 1 | 1 | 3827 | 3827 | 1030824 | N | 123 | Feb. 21, 2011 |
| 1810 | ROBERT WOODRUF | J B S PACKING, INC. | Brown Shrimp | 16-20 | 8914 | P | 1 | 1 | 8914 | 8914 | 1030824 | N | 123 | Feb. 21, 2011 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1786 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 21-25 | 10870 | P | 1 | 1 | 10870 | 10870 | 1030824 | N | 123 | Dec. 15, 2010 |
| 1786 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 26-30 | 9831 | P | 1 | 1 | 9831 | 9831 | 1030824 | N | 123 | Dec. 15, 2010 |
| 1786 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 31-35 | 7871 | P | 1 | 1 | 7871 | 7871 | 1030824 | N | 123 | Dec. 15, 2010 |
| 1786 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 36-40 | 470 | P | 1 | 1 | 470 | 470 | 1030824 | N | 123 | Dec. 15, 2010 |
| 1786 | ROBERT WOODRUF J B S PACKING, INC. | Rock Shrimp | 36-40 | 371 | P | 1 | 0.598802 | 222.1556885 | 371 | 1030824 | N | 123 | Dec. 15, 2010 |
| 1786 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 36-40 | 207 | P | 1 | 0.621118 | 128.5714285 | 207 | 1030824 | N | 123 | Dec. 15, 2010 |
| 1786 | ROBERT WOODRUF J B S PACKING, INC. | White Shrimp | 36-40 | 148 | P | 1 | 1 | 148 | 148 | 1030824 | N | 123 | Dec. 15, 2010 |
| 1526 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 26-30 | 31830 | P | 1 | 0.621118 | 19770.18632 | 31830 | 1030824 | N | 123 | Aug. 23, 2010 |
| 1526 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 31-35 | 2664 | P | 1 | 0.621118 | 1654.658384 | 2664 | 1030824 | N | 123 | Aug. 23, 2010 |
| 1456 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 31-35 | 7164 | P | 1 | 1 | 7164 | 7164 | 1030824 | N | 123 | Aug. 2, 2010 |
| 1456 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 16-20 | 2902 | P | 1 | 1 | 2902 | 2902 | 1030824 | N | 123 | Aug. 2, 2010 |
| 1456 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 16-25 | 2719 | P | 1 | 1 | 2719 | 2719 | 1030824 | N | 123 | Aug. 2, 2010 |
| 1456 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 26-30 | 2123 | P | 1 | 0.621118 | 1318.633539 | 2123 | 1030824 | N | 123 | Aug. 2, 2010 |
| 1447 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 41-50 | 16072 | P | 1 | 0.621118 | 9982.608689 | 16072 | 1030824 | N | 123 | 2-Jul-10 |
| 1447 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 16-20 | 4980 | P | 1 | 1 | 4980 | 4980 | 1030824 | N | 123 | 2-Jul-10 |
| 1447 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 16-20 | 203 | P | 1 | 0.621118 | 126.0869564 | 203 | 1030824 | N | 123 | 2-Jul-10 |
| 1306 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 16-20 | 15529 | P | 1 | 1 | 15529 | 15529 | 1030824 | N | 123 | 20-May-10 |
| 1269 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 21-25 | 21406 | P | 1 | 1 | 21406 | 21406 | 1030824 | N | 123 | 12-Mar-10 |
| 1269 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 16-25 | 2981 | P | 1 | 1 | 2981 | 2981 | 1030824 | N | 123 | 12-Mar-10 |
| 1269 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 16-20 | 2907 | P | 1 | 1 | 2907 | 2907 | 1030824 | N | 123 | 12-Mar-10 |
| 1269 | ROBERT WOODRUF J B S PACKING, INC. | White Shrimp | U-10 | 1497 | P | 1 | 0.649351 | 972.0779216 | 1497 | 1030824 | N | 123 | 12-Mar-10 |
| 1220 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 26-30 | 17419 | P | 1 | 1 | 17419 | 17419 | 1030824 | N | 123 | Dec. 16, 2009 |
| 1220 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 12-Sep | 6755 | P | 1 | 0.621118 | 4195.652171 | 6755 | 1030824 | N | 123 | Dec. 16, 2009 |
| 1188 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 21-25 | 10697 | P | 1 | 1 | 10697 | 10697 | 1030824 | N | 123 | Oct. 16, 2009 |
| 1188 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 16-20 | 4983 | P | 1 | 1 | 4983 | 4983 | 1030824 | N | 123 | Oct. 16, 2009 |
| 1102 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 26-30 | 31556 | P | 1 | 1 | 31556 | 31556 | 1030824 | N | 123 | Sept. 15, 2009 |
| 1102 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 16-20 | 6969 | P | 1 | 1 | 6969 | 6969 | 1030824 | N | 123 | Sept. 15, 2009 |
| 1102 | ROBERT WOODRUF J B S PACKING, INC. | Brown Shrimp | 21-25 | 5546 | P | 1 | 1 | 5546 | 5546 | 1030824 | N | 123 | Sept. 15, 2009 |