UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179 Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

## FINAL JUDGMENT

Upon consideration of the motion by the Deepwater Horizon Economic Claims Center ("DHECC") for entry of a default judgment against claimant Alliance & Associates, LLC ("Alliance") to the DHECC's motion for return of payments made by the DHECC to Alliance, and any opposition thereto or hearing thereon, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion of the DHECC for entry of a default judgment against Alliance is GRANTED; and

2. The Motion of the DHECC for Return of Payments Made to Alliance is GRANTED as to Alliance; and

3. The DHECC claim award in favor of Alliance based upon Claim 31479 is hereby RESCINDED and VACATED; and

4. Judgment is entered against Alliance, requiring Alliance to make restitution to the DHECC. Recognizing that Alliance's legal counsel has made restitution to the DHECC of $533,475.11 on Claim 31479, judgment is entered against Alliance in the amount of $1,600,920.34, plus post-judgment interest; and

- 2 -

     5.  IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

     6.  IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the DHECC in enforcement of this judgment.

     New Orleans, Louisiana this 2nd day of October, 2015.

                                                        United States District Judge