UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[Regarding Modification of Earlier Confidentiality Orders]

Considering that final economic settlement agreement between the BP Entities and the States of Texas, Louisiana, Mississippi, Alabama and Florida ("the Gulf States") have been confected and is being filed in the Court record today; and considering that the BP Entities and the United States and the Gulf States have resolved all claims as reflected in the Consent Decree being filed with the Court today;

IT IS ORDERED that the Court's earlier Confidentiality Orders entered on July 2, 2015 (rec. docs. 14801 and 14806) are hereby modified to the extent that the economic settlement agreement and the Consent Decree may be made public through the filing of those documents in the Court record no earlier than 9:00 Central Daylight Time today.  Pre-Trial Order No. 38 (rec. doc. 3201), however, will remain in effect and continue to bind the parties to keep settlement negotiations, communications and term sheets other than the final settlement documents as private and disclosed to no one.  Such documents shall be deemed exempt under the Freedom of Information Act, 5 U.S.C. § 552, and any corresponding state open records acts absent good cause shown in this proceeding.

New Orleans, Louisiana, this 5th day of October, 2015.

_____
SALLY SHUSHAN
United States Magistrate Judge