UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION "J" |
| This Document Relates to: | § § | JUDGE BARBIER |
| Nos. 10-2771, 10-3059, 10-4182, 10-4183, 11-0516, 13-2749, 13-2890, 13-2813, 13-3031, 13-4677, and 14-0614 | § § | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT MOTION FOR DISMISSAL

On October 5, 2015, the States of Alabama, Florida, Louisiana, Mississippi, and Texas entered into a settlement agreement with BP Exploration & Production Inc. ("BPXP") and other BP entities entitled "Settlement Agreement Between the Gulf States and the BP Entities with Respect to Economic and Other Claims Arising from the *Deepwater Horizon* Incident" (hereinafter "Gulf States Settlement Agreement"). Pursuant to its terms, the Gulf States Settlement Agreement shall become effective upon the entry by this Court of a Consent Decree Among BP Exploration & Production Inc, the United States of America, and the States of Alabama, Florida, Louisiana, Mississippi, and Texas (the "Consent Decree"), which has been lodged with the Court on this 5th day of October, 2015.

Together, the Gulf States Settlement Agreement and the Consent Decree will fully and finally resolve all of the claims that the States of Alabama, Florida, Louisiana, Mississippi and Texas individually, or collectively, have brought against BP Exploration & Production Inc. or

any other BP entity arising from or in any way related to the *Deepwater Horizon* Incident.  In light of the parties having reached settlement, the Gulf States hereby move for dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a) of all of their claims addressed by the Gulf States Settlement Agreement.  For the avoidance of doubt, such dismissals do not extend to the Gulf States' claims for punitive or exemplary damages against the Transocean entities or Halliburton entities arising from or related to the *Deepwater Horizon* incident.

If this Court enters the Consent Decree, the Gulf States hereby move for this dismissal to be converted to a dismissal with prejudice of their claims and complaints upon such entry.  A copy of the Gulf States Settlement Agreement is attached to this Motion.

BPXP and other BP entities hereby join the Gulf States' motion and consent to the voluntary dismissal sought herein and to the conversion of that voluntary dismissal to a dismissal with prejudice if the Consent Decree is entered.  The Parties have further consented to the continuing jurisdiction of the Court for the purposes of enforcing the Gulf States Settlement Agreement and resolving any disputes that might arise thereunder.

For the reasons set forth above, the Parties respectfully request that the Court enter the attached Order of Dismissal.

**For the State of Alabama**

LUTHER J. STRANGE
 *Attorney General*

 /s/ Corey L. Maze                .
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Email:  cmaze@ago.state.al.us

Attorneys for the State of Alabama

                                             **For the State of Florida**

                                             **PAMELA JO BONDI**
                                             ATTORNEY GENERAL
                                             STATE OF FLORIDA

BY:    <u>/s/ Russell S. Kent</u>
           Russell S. Kent
           Special Counsel for Litigation
           Office of the Attorney General
           The Capitol, PL-01
           Tallahassee, FL 32399-1050
           Telephone:  (850) 414-3854

           Patricia A. Conners
           Deputy Attorney General
           Office of the Attorney General
           The Capitol, PL-01
           Tallahassee, FL 32399-1050
           Telephone:  (850) 245-0140

           Adrian Rivard
           Harrison Rivard Duncan & Buzzett, Chtd.
           101 Harrison Avenue
           Panama City, Florida 32401-2725
           Telephone: (850) 769-7714

           Carl R. Nelson
           Buchanan, Ingersoll & Rooney, PC
           501 Kennedy Boulevard, Suite 1700
           Tampa, FL33601-1438
           Telephone: (813) 228-7411

           Franklin R. Harrison
           Harrison, Sale, McCloy, Chartered
           304 Magnolia Avenue
           Panama City, Florida 32401-3125
           Telephone: (850) 769-3434

           Cary Patterson
           Nix, Patterson & Roach, LLP
           2900 St. Michael Drive, 5th Floor
           Texarkana, Texas 75503-2388
           Telephone: (903) 223-3999

**For the State of Louisiana**

JAMES D. "BUDDY" CALDWELL
LOUISIANA ATTORNEY GENERAL
James Trey Phillips
First Assistant Attorney General
Megan K. Terrell
Assistant Attorney General
Section Chief –Environmental
State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6708

KANNER & WHITELEY, LLC
/s/ Allan Kanner
Allan Kanner
Elizabeth B. Petersen
Allison M. Shipp
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777

USRY, WEEKS, &
MATTHEWS, APLC
/s/ T. Allen Usry
T. Allen Usry
1615 Poydras St.
Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641

**For the State of Mississippi**

JIM HOOD
ATTORNEY GENERAL
STATE OF MISSISSIPPI

BY:  /s/ Mary Jo Woods
     Mary Jo Woods
     Special Assistant Attorney General
     Mississippi Bar No. 10468
     Mississippi Attorney General's Office
     Post Office Box 220
     Jackson, Mississippi  39205
     Telephone:  (601) 359-3020
     Facsimile:  (601) 359-2003
     Email:  mwood@ago.state.ms.us

**For the State of Texas**

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

RONALD R. DEL VENTO
Chief, Bankruptcy & Collections Division

JON NIERMANN
Chief, Environmental Protection Division

JANE E. ATWOOD
Assistant Attorney General
Tex. Bar No. 00796144
Jane.Atwood@TexasAttorneyGeneral.gov
Attorney for the State of Texas, on Behalf of the Texas NRD Trustees

  /s/  Jason Starks
JASON A. STARKS
Assistant Attorney General
Tex. Bar No. 24046903
Bankruptcy & Collections Division
Jason.Starks@texasattorneygeneral.gov

P. O. Box 12548
Austin, TX 78711-2548
Telephone: (512) 475-4867
Facsimile: (512) 482-8341

Attorney for the State of Texas, on Behalf of the Texas General Land Office (Economic Damages)

THOMAS H. EDWARDS
LEAD ATTORNEY, MDL 2179
Assistant Attorney General
Tex. Bar No. 06461800
Thomas.Edwards@TexasAttorneyGeneral.gov

CRAIG J. PRITZLAFF
Assistant Attorney General
Tex. Bar No. 24046658
Craig.Pritzlaff@TexasAttorneyGeneral.gov

Attorneys for the State of Texas
Office of the Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

**For BP Exploration & Production Inc.; BP Corporation North America, Inc.; BP p.l.c.; BP America Production Company; and other BP entities**

BY: /s/ *Don K. Haycraft*

J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979

Brian D. Israel
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 5th day of October 2015.

                 */s/ Don K. Haycraft*