**Appendix 1: List of Designated Natural Resource Damages Trustees**

Alabama:
Commissioner, Alabama Department of Conservation and Natural Resources
Alabama State Geologist

Florida:
Secretary, Florida Department of Environmental Protection
Executive Director, Florida Fish and Wildlife Conservation Commission

Louisiana:
Director, Louisiana Oil Spill Coordinator's Office
Executive Director, Louisiana Coastal Protection and Restoration Authority
Secretary, Louisiana Department of Natural Resources
Secretary, Louisiana Department of Environmental Quality
Secretary, Louisiana Department of Wildlife and Fisheries

Mississippi:
Executive Director, Mississippi Department of Environmental Quality

Texas:
Texas Parks and Wildlife Department
Texas General Land Office
Texas Commission on Environmental Quality

United States of America:
Secretary of Commerce
Secretary of the Interior
Secretary of Agriculture
Secretary of Defense
Administrator of Environmental Protection Agency