**Appendix 2: Agreement Among the United States and the Gulf States Relating to Natural Resource Restoration**

Restoration to be performed through this Appendix 2 addresses the following **Restoration Goals**, which also were identified in the Gulf Coast Ecosystem Restoration Task Force Strategy (December 2011): Restore and Conserve Habitat; Restore Water Quality; Replenish and Protect Living Coastal and Marine Resources; Enhance Community Resiliency (Provide and Enhance Recreational Opportunities); and Provide for Monitoring, Research, and Adaptive Management.  The restoration work and terms specified in this Appendix 2 are in conjunction with a Programmatic Restoration Plan that will be adopted by the Trustees prior to entry of this Consent Decree.

SECTION 1: MONEY AVAILABLE FOR RESTORATION PROJECTS

Monies available for restoration consist of all payments by BPXP to the Trustees for natural resource damages (hereafter, "**NRD Monies**").  **NRD Monies** include NRD payments by BPXP required by Paragraphs 15, 16, and 21 and the $1 billion made available by BPXP under the Framework Agreement, the unspent portion of which is paid to the Trustees pursuant to Paragraph 17.

SECTION 2: ALLOCATION OF NRD MONIES TO RESTORATION AREAS AND TYPES OF RESTORATION ACTIVITIES

The restoration work addressed by this Appendix 2 will be performed by the Trustees, acting through the Trustee Council, using best available science.  The Trustees will use **NRD Monies** for their restoration activities.  The restoration work to be done by the Trustees shall be consistent with a Programmatic Restoration Plan adopted by the Trustees.  The Programmatic Restoration Plan shall set forth, among other things, how the proposed restoration will address the injuries to natural resources caused by the *Deepwater Horizon* Incident.

2.1. **NRD Monies** received from BPXP shall be allocated among the following **Restoration Areas**:

2.1.1. "**Open Ocean**" consists of restoration activities for resources primarily in the ocean and Federal Trustee administrative and preliminary planning activities across **Restoration Areas**.

2.1.2. "**Region-wide**" consists of categories of restoration projects that will benefit resources across the Gulf.  It also contains funding for Gulf-wide needs such as monitoring, research, oversight, and planning.

2.1.3. "**Restoration in Alabama**" consists of restoration activities to benefit resources within the geographic jurisdiction of the State of Alabama.

2.1.4. "**Restoration in Florida**" consists of restoration activities to benefit resources within the geographic jurisdiction of the State of Florida.

2.1.5. "**Restoration in Louisiana**" consists of restoration activities to benefit resources within the geographic jurisdiction of the State of Louisiana.

2.1.6. "**Restoration in Mississippi**" consists of restoration activities to benefit resources within the geographic jurisdiction of the State of Mississippi.

2.1.7. "**Restoration in Texas**" consists of restoration activities to benefit resources within the geographic jurisdiction of the State of Texas.

2.1.8. "**Adaptive Management & Unknown Conditions Restoration**" consists of restoration activities funded by BPXP's additional payments for unknown conditions and adaptive management that are in addition to the $7.1 billion on the NRD payment schedule.

2.2. For each **Restoration Area**, the **Restoration Area Amount** shall be the amount of **NRD Monies** to be made available to that **Restoration Area**.  The **Restoration Area Amounts** for each **Restoration Area** are:

| Restoration Area | Restoration Area Amounts |
| --- | --- |
| Region-Wide | $ 349,851,678 |
| Open Ocean | $1,240,697,916 |
| Restoration in Alabama | $ 295,589,305 |
| Restoration in Florida | $ 680,152,643 |
| Restoration in Louisiana | $5,000,000,000 |
| Restoration in Mississippi | $ 295,557,000 |
| Restoration in Texas | $ 238,151,458 |
| Adaptive Mgmt. & Unknown Conditions Restoration | up to $ 700,000,000 |
| **TOTAL:** | **$8,800,000,000** |

2.3. Distribution of NRD Payments.

2.3.1. Early Restoration Payments.  Early Restoration Framework Agreement monies paid by BPXP after entry of the Consent Decree pursuant to Paragraph 17 will be distributed to NRDAR sub-accounts for the Restoration Areas as follows:

2.3.1.1.  <u>Agreed-upon projects</u>.  For early restoration projects previously approved in a stipulation or a term sheet, funding for those projects will be distributed to the Restoration Area to which the project pertains.  A listing of previously approved early restoration projects for each Restoration Area is in Table 2.

2.3.1.2.  The remaining early restoration NRD Monies that BPXP must pay within 30 days of the Effective Date will be distributed so that the total early restoration funding distributed to each **Restoration Area** equals the **Total Early Restoration Distribution** shown in the following table:

| **Restoration Area** | **Total Early Restoration Distribution** |
|---|---:|
| Region-wide | $34,079,283 |
| Open Ocean | $76,700,409 |
| Restoration in Alabama | $129,027,405 |
| Restoration in Florida | $149,878,130 |
| Restoration in Louisiana | $371,437,300 |
| Restoration in Mississippi | $131,000,000 |
| Restoration in Texas | $107,877,473 |
| Adaptive Mgmt. & Unknown Conditions Restoration | $0 |
| **TOTAL:** | **$1,000,000,000** |

2.3.1.3.  The accrued interest paid by BPXP pursuant to Paragraph 17 will be distributed to the NRDAR sub-account for the Region-wide **Restoration Area**.

2.3.2.  <u>Distribution of the NRD payments on NRD Payment schedule in Paragraph 16</u>.  Beginning one year after entry of the Consent Decree, BPXP will make a series of payments pursuant to Paragraph 16 for NRD totaling $7.1 billion (not including interest and an additional payment for unknown conditions and adaptive management).  Those payments will be distributed each year to NRDAR sub-accounts for each of the seven Restoration Areas in the amounts shown on Appendix 2 Table 3.  Within each **Restoraton Area**, the distributed funds will be allocated proportionate to the **Restoration Type** amounts in Table 1, taking into account early restoration project allocations.  The **Trustee Implementation Group** for each **Restoration Area** may agree on a different allocation of funds to the **Restoration Types**, consistent with fully funding all of the **Restoration Type** allocations over the life of the payment schedule.

2.3.3.  <u>Distribution of Payments for Unknown Conditions and Adaptive Management</u>.  NRD payments received pursuant to Paragraph 21 will be distributed to the

>    **Adaptive Management & Unknown Conditions Restoration** NRDAR sub-account.

2.4. The chart attached as Table 1 specifies the **Restoration Types** on which the Trustees shall expend **NRD Monies** from each **Restoration Area,** subject to the process for revisions in Section 3.6.

2.5. The rows in Table 1 identify **Restoration Types** organized by **Restoration Goals**.

2.6. For each **Restoration Type**, Table 1 identifies the amount of **NRD Monies** to be spent on restoration projects of that **Restoration Type** for each **Restoration Area,** subject to the process for revisions in Section 3.6.

2.7. **NRD Monies** in each **Restoration Area** not dedicated to a particular **Restoration Type** in Table 1 will be spent on restoration projects as determined by the **Trustee Implementation Group** (defined in Section 3 below) for that **Restoration Area**. It is anticipated that adaptive management will be used to implement restoration projects, and NRD Monies dedicated to any Restoration Type also may be used for that purpose.

<u>SECTION 3: TRUSTEE DECISION-MAKING</u>

3.1. A **Trustee Implementation Group** will administer **NRD Monies** for each **Restoration Area**. Each **Trustee Implementation Group** shall develop, select, and implement restoration projects using **NRD Monies** available for its **Restoration Area**.

3.2. The **Trustee Implementation Groups** shall be constituted for each **Restoration Area** as follows:

>    3.2.1. **Restoration in Alabama**: the Federal Trustees and the natural resource Trustees for the State of Alabama.
>
>    3.2.2. **Restoration in Florida**: the Federal Trustees and the natural resource Trustees for the State of Florida.
>
>    3.2.3. **Restoration in Louisiana**: the Federal Trustees and the natural resource Trustees for the State of Louisiana.
>
>    3.2.4. **Restoration in Mississippi**: the Federal Trustees and the natural resource Trustee for the State of Mississippi.
>
>    3.2.5. **Restoration in Texas**: the Federal Trustees and the natural resource Trustees for the State of Texas.

      3.2.6.  **Region-wide:** all State and Federal Trustees.

      3.2.7.  **Open Ocean:** the Federal Trustees.

      3.2.8.  **Adaptive Management & Unknown Conditions Restoration**: all State and Federal Trustees.

3.3.  <u>Developing, selecting, and implementing projects</u>.  Each **Trustee Implementation Group** shall develop procedures for developing projects, in accordance with the OPA regulations and other applicable requirements.

    3.3.1.  Each **Trustee Implementation Group** shall develop, select, and implement projects on a consensus basis.  For the five **Trustee Implementation Groups** for each of the five Gulf States, consensus requires that a proposed restoration action be supported by both the United States (as decided by the federal Trustees as a group) and the State (as decided by the State trustees as a group).  The Federal Trustees will develop a Memorandum of Understanding (MOU) setting forth an approach and procedures pursuant to which the Federal Trustees will speak with a single voice on decisions made by the five **Trustee Implementation Groups** for each of the five Gulf States; the State Trustees for each State will develop a Memorandum of Understanding (MOU) setting forth an approach and procedures pursuant to which the State Trustees will speak with a single voice on decisions made by the five **Trustee Implementation Groups** for each of the five Gulf States. For the full Trustee Council and the **Trustee Implementation Groups** for the Region-wide and Adaptive Management and Unknown Conditions **Restoration Areas**, consensus requires that a proposed restoration action be supported by all non-abstaining Federal Trustees and all non-abstaining Gulf States (as decided for each Gulf State by the State trustees as a group).  For the Open Ocean **Restoration Area**, consensus requires that a proposed restoration action be supported by all non-abstaining Federal Trustees.

    3.3.2.  The process of developing, selecting, and implementing restoration projects will require **Trustee Implementation Groups** to regularly develop, propose, and decide upon restoration plans, pursuant to the applicable OPA regulations.  Those regulations require an opportunity for public review and comment on proposed restoration plans.  Many restoration plans for specific projects will not require modifications to the Programmatic Restoration Plan; however, some restoration decisions may require modifications to the Programmatic Restoration Plan.

3.4.  At any point in the development, selection, or implementation of a restoration project, the applicable **Trustee Implementation Group** may designate a lead implementing

Trustee for that project.  As appropriate, different Trustees may be designated as lead for different portions of a project.  All decision-making will be as set forth in Paragraphs 3.1, 3.2, and 3.3.

3.5. <u>Project Modification and Replacement.</u>  If construction or implementation is terminated on a project selected by a **Trustee Implementation Group**, the funds that would have been spent on that project remain dedicated to the same **Restoration Type** within the same **Restoration Area**.  The applicable **Trustee Implementation Group** must then select another project(s). With regard to approved early restoration projects, decisions regarding project modifications, selection and implementation of any replacement project(s), and the use of any unexpended early restoration project funds shall be made by the appropriate **Trustee Implementation Group** for that project.

3.6. Changes to the amount of funding to be spent on a **Restoration Type** within a **Restoration Area** may be made after the **Trustee Implementation Group** proposes a revised restoration plan, which is subject to public review and comment pursuant to the OPA regulations, but only with the consensus (as defined in Section 3.3.1) of the Trustees in the **Trustee Implementation Group** for that **Restoration Area**.  Any such changes will follow the applicable OPA requirements for changes to a restoration plan.  In addition, any modifications to shift funding designated for one **Restoration Goal** to another **Restoration Goal** may be made only with the consensus (as defined in Section 3.3.1) of the Trustees in the **Trustee Implementation Group(s)** affected, and only with court approval, through a motion to the court setting forth the basis for the requested change.

3.7. Should there be an unresolved dispute about a substantial matter in one of the five Trustee Implementation Groups for the Gulf States, a trustee in that group may seek guidance from the full Trustee Council through a non-binding, non-voting Executive Session discussion.

3.8. Changes of less than $50,000 to the amount of funding to be spent on a **Restoration Type** within a **Restoration Area** are not changes to the restoration plan and do not require either (1) public review and comment or (2) court approval before the change is put into effect.  Public notice of such a change is required.

3.9. The Trustees shall revise their Memorandum of Understanding for operation of the Trustee Council in accordance with this Consent Decree.

**SECTION 4: GENERAL PROVISIONS**

4.1. <u>Standard Operating Procedures.</u>  The Trustee Council will develop standard operating procedures (SOP) for the long-term management, implementation, and administration

of settlement funds.  The SOP will include, but not be limited to: a) Trustee Council structure and management; b) decision-making and delegation of authority; c) funding; d) administrative procedures; e) project reporting; f) conflict resolution; g) consultation opportunities among the Trustees; and h) administrative accounting, and independent auditing systems for use by each Trustee Implementation Group.  The independent financial audits shall be conducted on a regular basis with respect to funds disbursed to each Trustee Implementation Group as specified in the SOP, and shall include, but shall not be limited to, review of accounting policies and procedures for holding and tracking disbursed funds and review of actual expenditures disbursed for restoration activities.  The results of these independent audits shall be made available to the public.  In selecting and implementing projects, including the administration of **NRD Monies**, each **Trustee Implementation Group** will conform to the Standard Operating Procedures set by the Trustee Council.

4.2. <u>Administration of Restoration Funds</u>.

    4.2.1. **NRD Monies** paid pursuant to this Consent Decree shall be deposited into a Natural Resource Damage Assessment and Restoration (NRDAR) account, managed by the Department of the Interior (DOI) for the Deepwater Horizon Oil Spill.  Sub-accounts for each **Restoration Area** shall be created to fund the work in that **Restoration Area**.  Disbursements from an account shall be made upon application by all Trustees in the appropriate **Trustee Implementation Group** to the appropriate NRDAR account or sub-account.

    4.2.2. Each **Trustee Implementation Group** shall implement the administrative and accounting systems for funds disbursed from the applicable NRDAR account or sub-account.

4.3. <u>No BP role</u>.  BP Entities had no role in the negotiation of Appendix 2, including Tables 1-3.  BP Entities shall have no role in deciding how restoration monies are spent or in other decisions concerning restoration.  BP Entities shall not challenge or object to any actions or analyses conducted by the Trustees, or on behalf of the Trustees, relating to developing, selecting, or implementing restoration work.

## Appendix 2 Table 1: Natural Resource Damages Final Allocation

| Restoration Goals and Restoration Types | Unknown Conditions | Region-wide | Open Ocean | Restoration in Alabama | Restoration in Florida | Restoration in Louisiana | Restoration in Mississippi | Restoration in Texas |
|---|---|---|---|---|---|---|---|---|
| **1. Restore and Conserve Habitat** | | | | | | | | |
| **Wetlands, Coastal and Nearshore Habitats** | | | | 65,000,000 | 5,000,000 | 4,009,062,700 | 55,500,000 | 100,000,000 |
| **Habitat projects on Federally Managed Lands** | | | | 3,000,000 | 17,500,000 | 50,000,000 | 5,000,000 | |
| Early Restoration (thru phase IV) | | | | 28,110,000 | 15,629,367 | 259,625,700 | 80,000,000 | |
| **2. Restore Water Quality** | | | | | | | | |
| **Nutrient reduction (nonpoint source)** | | | | 5,000,000 | 35,000,000 | 20,000,000 | 27,500,000 | 22,500,000 |
| **Water Quality (e.g. stormwater treatments, hydrologic restoration, reduction of sedimentation, etc.)** | | | | | | 300,000,000 | | |
| **3. Replenish and Protect Living Coastal and Marine Resources** | | | | | | | | |
| **Fish and Water Column Invertebrates** | | | 380,000,000 | | | | | |
| Early Restoration Fish | | | 20,000,000 | | | | | |
| **Sturgeon** | | | 15,000,000 | | | | | |
| **Sea Turtles** | | 60,000,000 | 55,000,000 | 5,500,000 | 20,000,000 | 10,000,000 | 5,000,000 | 7,500,000 |
| Early Restoration Turtles | | 29,256,165 | | | | | | 19,965,000 |
| **SAV** | | | | | | 22,000,000 | | |
| **Marine Mammals** | | 19,000,000 | 55,000,000 | 5,000,000 | 5,000,000 | 50,000,000 | 10,000,000 | |
| **Birds** | | 70,400,000 | 70,000,000 | 30,000,000 | 40,000,000 | 148,500,000 | 25,000,000 | 20,000,000 |
| Early Restoration Birds | | 1,823,100 | | 145,000 | 2,835,000 | 71,937,300 | | 20,603,770 |
| **Mesophotic Reefs & Deep Benthic Habitats** | | | 273,300,000 | | | | | |
| **Oysters** | | 64,372,413 | | 10,000,000 | 20,000,000 | 26,000,000 | 20,000,000 | 22,500,000 |
| Early Restoration Oyster | | | | 3,329,000 | 5,370,596 | 14,874,300 | 13,600,000 | |
| **4. Provide and Enhance Recreational Opportunities** | | | | | | | | |
| | | | | 25,000,000 | 63,274,513 | 38,000,000 | 5,000,000 | |
| Early Restoration of Recreational Loss | | | 22,397,916 | 85,505,305 | 120,543,167 | 22,000,000 | 18,957,000 | 18,582,688 |
| **5. Monitoring, Adaptive Management, Administrative Oversight** | | | | | | | | |
| **Monitoring and Adaptive Management** | | 65,000,000 | 200,000,000 | 10,000,000 | 10,000,000 | 225,000,000 | 7,500,000 | 2,500,000 |
| **Administrative Oversight and Comprehensive Planning** | | 40,000,000 | 150,000,000 | 20,000,000 | 20,000,000 | 33,000,000 | 22,500,000 | 4,000,000 |
| **Adaptive Management NRD Payment for Unknown Conditions** | 700,000,000 | | | | | | | |
| **TOTAL NRD FUNDING** | $700,000,000 | $349,851,678 | $1,240,697,916 | $295,589,305 | $680,152,643 | $5,000,000,000 | $295,557,000 | $238,151,458 |

## Appendix 2 Table 2: Early Restoration Projects for each Restoration Area

(Note: Dollar amounts for each early restoration project are estimates. Actual payments received for each early restoration project will be determined after receipt of the final early restoration payment pursuant to Paragraph 17.)

### Region-wide

| Project | Amount |
|---|---|
| Sea turtles (Eco) (TX, DOI, & NOAA) | $25,035,000 |
| **Sea Turtles Total** | **$25,035,000** |
| FL Avian Breeding Habitat (Eco)* (FL & DOI) | $1,823,118 |
| **Birds Total** | **$1,823,118** |
| Restoring the Night Sky, turtle (Eco) (AL, FL, & DOI) | $725,000 |
| Restoring the Night Sky, turtle (Eco) (AL, FL, & DOI) | $3,496,165 |
| **Sea Turtles Total** | **$4,221,165** |
| **Region-wide ER Total** | **$31,079,283** |

### Open Ocean

| Project | Amount |
|---|---|
| Bike & Ped Lane, GUIS MS (RU) | $6,996,751 |
| Bon Secour NWR Trail, AL (RU) | $545,110 |
| Beach Enhancement G.I. National Seashore (RU) | $10,836,055 |
| Gulf Islands National Seashore Ferry Project (RU) | $4,020,000 |
| **Rec Loss Restoration Total** | **$22,397,916** |
| Pelagic Long Line (Eco) | $20,000,000 |
| **Fish and Water Column Invertibrates Total** | **$20,000,000** |
| **Opean Ocean ER Total** | **$42,397,916** |

### Restoration in Alabama

| Project | Amount |
|---|---|
| Gulf State Park (RU) | $85,505,305 |
| **Rec Loss Restoration Total** | **$85,505,305** |
| AL Marsh (Eco)* | $11,280,000 |
| AL Living Shoreline (Eco) (AL & NOAA) | $5,000,080 |
| AL Dune (Eco)* | $1,480,000 |
| AL Shell Belt & Coden Belt Roads LS (Eco) | $8,050,000 |
| AL Point aux Pinx LS (Eco) | $2,300,000 |
| **Wetlands and Coastal Habitats** | **$28,110,080** |
| AL Oyster Cultch (Eco) | $3,239,485 |
| **Oyster Total** | **$3,239,485** |
| Restoring the Night Sky, turtle (Eco) (AL, FL, & DOI) | $100,000 |
| AL Osprey Nests (Eco) | $45,000 |
| **Birds Total** | **$145,000** |
| **Restoration in Alabama ER Total** | **$116,999,870** |

### Restoration in Florida

| Project | Amount |
|---|---|
| Bob Sikes Pier Parking and Trail Restoration (RU) | $1,023,990 |
| Perdido Key State Park Boardwalk Improvements (RU) | $588,500 |
| Shell Point Beach Nourishment (RU) | $882,750 |
| Big Lagoon State Park Boat Ramp Improvements (RU) | $1,483,020 |
| Phase I Boat Ramp (RU)* | $5,067,255 |
| Scallop Enhancement (RU) | $2,890,250 |
| Artificial Reef (RU) | $11,463,587 |
| Fish Hatchery (RU) | $18,793,500 |
| Strategic Boat Access Along FL coast (RU) | $3,248,340 |
| Walton Cty Boardwalks & Dune Crossovers (RU) | $386,291 |
| Gulf Cty Rec Projects (RU) | $2,118,600 |
| Bald Point State Park Rec Areas (RU) | $470,800 |
| Enhancement of Franklin Cty Parks & Boat Ramps (RU) | $1,771,385 |
| Apalachicola River Wildlife & Environ Area Fishing Access (RU) | $262,989 |
| Navarre Beach Park Gulfside Walkover Complex (RU) | $1,221,847 |
| Navarre Beach Park Coastal Access (RU) | $614,630 |
| Gulf Breeze Wayside Park Boat Ramp (RU) | $309,669 |
| Developing Enhanced Rec Opportunities Escribano Point (RU) | $2,576,365 |
| Norriego Point Restoration & Rec Project (RU) | $10,228,130 |

### Restoration in Louisiana

| Project | Amount |
|---|---|
| Fish Hatchery (RU) | $22,000,000 |
| **Rec Loss Restoration Total** | **$22,000,000** |
| Barrier Island Projects (Eco) (LA, DOI, & NOAA) | $49,925,700 |
| Lake Hermitage (Eco)*** | $13,200,000 |
| LA Barrier Island (Eco) (LA, DOI, & NOAA) | $32,500,000 |
| LA Barrier Island Projects (Eco) | $164,000,000 |
| **Wetlands and Coastal Habitats** | **$259,625,700** |
| Oyster Cultch (Eco)*** | $14,874,300 |
| **Oyster Total** | **$14,874,300** |
| LA Breton Island Component (Eco) | $36,000,000 |
| Breton Island Component (Eco) (LA, DOI, & NOAA) | $35,937,300 |
| **Birds Total** | **$71,937,300** |
| **Restoration in Louisiana ER Total** | **$368,437,300** |

### Restoration in Mississippi

| Project | Amount |
|---|---|
| Pascagoula Beach Promenade (RU) | $3,800,000 |
| Popp's Ferry Causeway Park Project (RU) | $4,757,000 |
| INFINITY Science Center (RU) | $10,400,000 |
| **Rec Loss Restoration Total** | **$18,957,000** |
| Living Shoreline (Eco) (MS & NOAA) | $35,000,000 |
| Phase IV Living Shoreline (Eco) | $30,000,000 |
| MS Living Shoreline (Eco) (MS & NOAA) | $15,000,000 |
| **Wetlands and Coastal Habitats** | **$80,000,000** |
| Oyster Cultch (Eco)* | $11,000,000 |
| Artificial Reef (Eco)* | $2,600,000 |
| **Oyster Total** | **$13,600,000** |
| **Restoration in Mississippi ER Total** | **$112,557,000** |

### Restoration in Texas

| Project | Amount |
|---|---|
| Sea Rim State Park (RU) | $210,100 |
| Galveston State Park (RU) | $10,745,060 |
| Artificial Reef (mid/upper coast option) (RU) | $1,919,765 |
| Artificial Reef (Freeport) (RU) | $2,155,365 |
| Artificial Reef (Matagorda) (RU) | $3,552,398 |
| **Rec Loss Restoration Total** | **$18,582,688** |
| Sea turtles (Eco) (TX, DOI, & NOAA) | $15,087,527 |
| Sea turtles (Eco) (TX, DOI, & NOAA) | $4,877,473 |
| **Sea Turtles Total** | **$19,965,000** |
| Bird Rookery Islands (Eco) | $20,603,770 |
| **Birds Total** | **$20,603,770** |
| **Restoration in Texas ER Total** | **$59,151,458** |

Appendix 2-9

| Restoration in Florida | |
|---|---|
| Deer Lake State Park Development (RU) | $588,500 |
| City of Parker-Oak Shore Drive Pier (RU) | $993,649 |
| Panama City Marina Fishing Pier, Boat Ramp & Docks (RU) | $2,000,000 |
| Wakulla Marshes Sands Park Improvements (RU) | $1,500,000 |
| NW FL Estuarine Habitat Restoration, Protect & Edu (RU) | $4,643,547 |
| $300M FL - Coastal Access (RU) | $45,415,573 |
| **Lost Rec Use Total** | **$120,543,167** |
| Phase I Dune (Pensacola Beach) Restoration (Eco)** | $585,898 |
| FL Pensacola Beach Living Shoreline (Eco) (FL & NOAA) | $8,090,468 |
| Cat Point Living Shoreline (Eco) | $775,605 |
| Dune (Perdido Key) Dune Restoration (Eco) | $611,234 |
| Living Shoreline (Eco) (FL & NOAA) | $2,737,595 |
| Florida Seagrass Recovery (Eco) | $2,691,867 |
| Seagrass Recovery GUIS FL (Eco) | $136,700 |
| **Wetlands and Coastal Habitats** | **$15,629,367** |
| Avian Breeding Habitat (Eco)* (FL & DOI) | $2,835,000 |
| **Birds Total** | **$2,835,000** |
| FL Oyster Cultch Placement(Eco) | $5,370,596 |
| **Oysters Total** | **$5,370,596** |

| | |
|---|---|
| **Restoration in Florida ER Total** | **$144,378,130** |

Appendix 2-10

### Appendix 2 Table 3: Distribution of Paragraph 16 NRD Payments to Restoration Area Sub-Accounts

| Payment Date | Assumed Year | Total Payment Amount | Region-wide | Open Ocean | Restoration in Alabama | Restoration in Florida | Restoration in Louisiana | Restoration in Mississippi | Restoration in Texas |
|---|---|---|---|---|---|---|---|---|---|
| Anniversary of the Effective Date | 2017 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2018 | $244,827,586 | $10,888,704 | $40,137,845 | $5,743,514 | $18,285,328 | $159,605,610 | $5,674,379 | $4,492,206 |
| Anniversary of the Effective Date | 2019 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2020 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2021 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2022 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2023 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2024 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2025 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2026 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2027 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2028 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2029 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2030 | $489,655,172 | $21,777,406 | $80,275,690 | $11,487,028 | $36,570,656 | $319,211,220 | $11,348,759 | $8,984,413 |
| Anniversary of the Effective Date | 2031 | $489,655,178 | $21,777,413 | $80,275,692 | $11,487,022 | $36,570,657 | $319,211,230 | $11,348,754 | $8,984,410 |
| **TOTALS:** | | $7,100,000,000 | $315,772,395 | $1,163,997,507 | $166,561,900 | $530,274,513 | $4,628,562,700 | $164,557,000 | $130,273,985 |