**Appendix 6: Redacted Implementation Plan**

**BPXP REMEDIAL ORDER IMPLEMENTATION PLAN**
**March 28, 2013**

### A. <u>Introduction and Applicability</u>

This document ("Implementation Plan") sets forth BP Exploration & Production Inc.'s ("BPXP") plan to implement Paragraphs 5 through 31 of the Remedial Order contained in Exhibit B to the Plea Agreement and entered by the Court on January 29, 2013 This Implementation Plan is required by Paragraph 32 of the Remedial Order. Section H below includes the operative paragraphs of the Remedial Order, the actions required of BPXP for implementation and the applicable milestones and deliverables.

Unless otherwise specifically provided in this Implementation Plan, these requirements apply to all BPXP Deepwater Drilling Operations in Waters of the United States, both those existing on and after the Effective Date of the Remedial Order and any such operations that are acquired, commenced or otherwise engaged in or initiated by BPXP at any time after the Effective Date, until the termination of BPXP's probation. The provisions of this Implementation Plan shall be binding upon BPXP and its agents, successors and assigns, as provided in Paragraphs 39 through 41 of the Remedial Order. BPXP shall be solely responsible for ensuring that actions required under this Implementation Plan are undertaken in accordance with the deadlines and requirements contained in this Implementation Plan.

### B. <u>Definitions</u>

For purposes of this Implementation Plan, whenever the terms set forth below are used, the following definitions shall apply. Otherwise, the statutory and regulatory definitions in the Outer Continental Shelf Lands Act ("OCSLA") or the Clean Water Act ("CWA") or in the regulations implementing OCSLA or CWA shall apply. *See generally* 43 U.S.C. § 1331(a)-(q) (Definitions); 33 U.S.C. § 1362(1)-(25). If there is a conflict between a definition in the CWA and a definition in OCSLA, or the regulations under those statutes, the definition in the CWA or its regulations shall control.

1. "Blowout Preventer" or "BOP" shall mean the blowout preventer system equipment defined in API Standard 53 and used in Deepwater Drilling Operations as provided in 30 C.F.R. § 250.440.

2. "BPXP Annual Report" shall mean the report required for each calendar year as provided in Section E of this Implementation Plan.

3. "Certification" and "Certify" shall mean the verification (or "to verify") documents and information required to be submitted under this Implementation Plan pursuant to Section D.

4. "Effective Date" shall mean the effective date of the Remedial Order, January 29, 2013.

5. "Contractor" and "Contract Personnel" shall have the meaning set forth in 30 C.F.R. § 250.1500.

6. "Date of Approval" shall mean the date on which the Probation Officer and DOJ approve this Implementation Plan (or the later date, if not approved on the same date).

7. "Day" shall mean a calendar day unless expressly stated to be a business day. In computing any period of time under this Implementation Plan, where the last day would fall on a Saturday, Sunday or federal holiday, the period shall run until the close of business of the next business day.

8. "Deepwater Drilling Operations" shall mean deepwater operations in which a Drilling Rig is connected to a subsea well head utilizing a subsea BOP and, prior to moving off location to conduct another activity, conducts such well operations either: (a) pursuant to an approved Application for Permit to Drill ("APD"); or (b) as a subsequent related operation to temporarily abandon, permanently abandon or complete such well.

9. "Drilling Rig" shall mean a mechanical unit, vessel or facility engaged in Deepwater Drilling Operations.

10. "Implementation Plan" shall mean this plan as approved by the Probation Officer and the Department of Justice ("DOJ"), in accordance with Paragraph 32 of the Remedial Order, and as described in Section F below.

11. "Notice" shall mean the process for providing the required notice and service of deliverables as described in Section C of this Implementation Plan.

12. "Operator" shall have the meaning set forth in 30 C.F.R. § 250.105: The person the lessee(s) designates as having control or management of operations on the leased area or a portion thereof. An operator may be a lessee, the Bureau of Safety and Environmental Enforcement- ("BSEE") approved or Bureau of Ocean Energy Management- ("BOEM") approved designated agent of the lessee(s), or the holder of operating rights under a BOEM-approved operating rights assignment.

13. "Operating" shall mean conducting activities on a lease as an Operator.

14. "Platform" shall mean a facility, floating or fixed to the seafloor, primarily used for production of oil and gas. This facility may also be utilized for other operations such as drilling, well completion, well-workover or other operations (this term excludes Platform Rigs.

15. "Platform Rigs" shall mean a BPXP-owned Drilling Rig that is located on a Platform.

16. "Plea Agreement" shall mean the guilty plea agreement between BPXP and the United States filed with the Court on November 15, 2012 and accepted by the Court on January 29, 2013, including the exhibits thereto and the Remedial Order entered by the Court on January 29, 2013.

17. "Waters of the United States" shall mean all waters including navigable waters of the United States, adjoining shorelines, or waters of the contiguous zone, or waters in connection with activities under the Outer Continental Shelf Lands Act, 43 U.S.C. § 1331 *et seq.*, or the Deepwater Port Act of 1974, 33 U.S.C. § 1501 *et seq.*, or water which may affect natural resources belonging to, appertaining to, or under the exclusive management authority of the United States (including resources under the Magnuson-Stevens Fishery Conservation and Management Act, 16 U.S.C. § 1801 *et seq.*).

18. "Well Control" shall mean techniques used in Deepwater Drilling Operations to prevent the uncontrolled influx of formation fluids into the wellbore and the techniques used to regain control of the well if an influx of hydrocarbons or other formation fluids enters the wellbore.

## C.   Notices

1. Any notifications, submittals, reports or communications required by this Implementation Plan shall be made in writing and sent by (a) overnight or certified mail or courier and (b) email or facsimile to the addressees shown on Attachment A to this Implementation Plan.

2. Any recipient shown on Attachment A may change its contact information by sending written notice of the changes to all other addressees and providing them with an updated Attachment A.

3. Notices sent pursuant to this Implementation Plan shall be deemed given the Day of transmittal and deemed received the Day after transmittal.

### D.     Certification

1. Each submittal, or report for which certification is required pursuant to the Implementation Plan, shall be signed by an authorized representative of BPXP on the topics addressed in the document and include the following certification:

   I certify under penalty of law that this document and all attachments were prepared under my direction or supervision in accordance with a system designed to assure that qualified personnel properly gather and evaluate the information submitted. Based on my inquiry of the person or persons who manage the system, or those persons directly responsible for gathering the information generated by the system, the information submitted is, to the best of my knowledge and belief, true, accurate, and complete. I am aware that there are significant penalties for submitting false information, including the possibility of fine and imprisonment for knowing violations.

2. The reporting requirements of this Implementation Plan do not relieve BPXP of any reporting obligations required by any other federal, state, or local law, regulation, permit, or other requirement.

### E.     BPXP Annual Report

Annual compliance reports are required by Paragraph 23(b) of the Remedial Order. The annual reports must describe measures taken to comply with each of the requirements in Paragraphs 5 through 31 of the Remedial Order. BPXP Annual Reports will be due as follows: March 31, 2014; March 31, 2015; March 31, 2016; March 31, 2017; and January 19, 2018. BPXP shall organize the BPXP Annual Report to show the measures taken to meet each individual Remedial Order requirement, whether the measures were taken timely, and whether the measures amounted to compliance with the requirement. BPXP may designate information contained in the annual report as Confidential Business Information. Each report shall meet the requirements included in this Implementation Plan. BPXP shall post all BPXP Annual Reports on the public website required by Paragraph 23 of the Remedial Order, but may exclude from the BPXP Annual Report, or any attachment or appendix thereto, confidential business information or names of employees, employee records or other documents containing personal information.

### F.     Modification of the Implementation Plan

Any proposed modification to this Implementation Plan, including a modification of the SEMS audit schedule, a modification of another deadline or provision, or a submission required by this Implementation Plan subject to approval by DOJ or its designee, must be made in writing to DOJ in accordance with Section C above. Upon approval of a proposed modification by the Probation Officer and DOJ, BPXP shall comply with the Implementation Plan as modified. In

the event DOJ or its designee does not object to or comment on a proposed modification within 60 Days of submission BPXP shall comply with the provisions of the proposed modification.

### G.    Non-compliance

As provided in Paragraph 32 of the Remedial Order, compliance with this Implementation Plan is a special condition of BPXP's probation. Failure to comply with this Implementation Plan (including but not limited to failure to pay the reasonable compensation and expenses of the Auditor; failure to provide the Auditor with access to rigs, facilities, personnel, or data; and failure to satisfactorily address comments or objections made by DOJ or its designee in withholding approval of any plan, provision, or modification of this Implementation Plan) may be grounds for the revocation or modification of BPXP's probation. Failure to comply with regulatory requirements incorporated as requirements of this Implementation Plan shall, if the Court so determines, constitute a violation of BPXP's conditions of probation. BPXP shall comply with the provisions of this Implementation Plan. In the event BPXP fails to comply with any of the provisions of this Implementation Plan, including meeting any of the interim milestones, BPXP will provide prompt notice and a proposal for corrective action to the Probation Officer and other recipients listed in Attachment A to this Implementation Plan. If DOJ identifies a deficiency in compliance, DOJ shall provide BPXP with notice of the deficiency and a reasonable opportunity to cure.

Nothing in this Implementation Plan or the Remedial Order will relieve BPXP of its obligation to comply with all applicable federal or other laws and regulations, including but not limited to more stringent standards or requirements that may be promulgated after the effective date of this Implementation Plan or the Remedial Order. In addition, nothing in this Implementation Plan or the Remedial Order will be construed to prohibit or prevent the United States from developing, implementing and enforcing more stringent standards subsequent to the Effective Date of this Implementation Plan through rulemaking, the permit process or as otherwise authorized or required under federal laws and regulations. In addition, nothing contained in this Implementation Plan or the Remedial Order will be construed to prevent or limit the rights of the United States to seek or obtain other remedies or sanctions available under other federal, state, regional or local statutes or regulations, by virtue of BPXP's violation of the Implementation Plan or Remedial Order or of the statutes and regulations upon which the Implementation Plan and Remedial Order are based, or for BPXP's violations of any applicable provision of law. The requirements of this Implementation Plan and the Remedial Order do not exempt BPXP from complying with any and all new or modified federal or other applicable statutory or regulatory requirements that may require technology, equipment, monitoring or other upgrades after the Effective Date of this Implementation Plan.

### H.    Specific Remedial Order Requirements and BPXP's Proposed Implementation Measures to Meet those Requirements

**5.1** **Remedial Order Requirements – Paragraph 5**

*5. For every contracted drilling rig currently in the defendant's fleet with a remaining contract term of at least three but less than six years as of the Effective Date, the defendant shall conduct at least one Safety and Environmental Management System ("SEMS") audit as described in 30 C.F.R. Part 250 during the remaining contract term. For every contracted drilling rig currently in the defendant's fleet with a remaining contract term of six years or more as of the Effective Date, the defendant shall conduct at least two SEMS audits during the remaining contract term under applicable BSEE regulations. For drilling rigs that are contracted after the Effective Date, the defendant shall comply with applicable BSEE regulations concerning SEMS audits.*

**5.2** **Implementation**

1.   Identification of Contracted Drilling Rigs

    a.   The following contracted Drilling Rigs in BPXP's fleet currently have a remaining contract term of at least three (3) years but less than six (6) years:



    b.   The following contracted Drilling Rigs in BPXP's fleet currently have a remaining contract term of six (6) years or longer:



2.   Audit Frequency and Procedure

    a.   For every contracted Drilling Rig with a remaining contract term of at least three but less than six years as of the Effective Date, BPXP shall conduct at least one SEMS audit during the remaining contract term pursuant to the SEMS Audits Schedule in this Implementation Plan.

    b.   For every contracted Drilling Rig with a remaining contract term of six years or more as of the Effective Date, BPXP shall conduct at least two SEMS audits during the remaining contract term pursuant to the SEMS Audits Schedule in this Implementation Plan.

    c.  For Drilling Rigs contracted after the Effective Date, BPXP shall conduct audits as described in 30 C.F.R. Part 250 Subpart S, as amended. These audits will be added to the SEMS Audits Schedule included in this Implementation Plan.

    d.  All SEMS audits shall be conducted as described in 30 C.F.R. Part 250 Subpart S, as amended, and the SEMS Audits Schedule included in this Implementation Plan.

3.    SEMS Audits Schedule Revisions

    a.  BPXP shall revise the SEMS Audits Schedule to reflect changes in: (i) BPXP's fleet of Drilling Rigs, Platforms and Platform Rigs; (ii) Contractor needs; (iii) auditing efficiencies; or (iv) other reasons for schedule modifications.

    b.  Such revisions must be made pursuant to Paragraph 32 of the Remedial Order and Section F above.

## 5.3    Milestones and Deliverables

1.    Within 30 Days of the Date of Approval of the Implementation Plan, BPXP shall Certify that the above contracted Drilling Rigs listed in 5.2.1, is a complete list of the BPXP rigs subject to the requirements of Remedial Order Paragraph 5 or amend the list and the SEMS Audits Schedule as appropriate. In addition, BPXP must provide the remaining contract length for each Drilling Rig.

2.    BPXP will submit all documentation required for each SEMs audit as described by 30 C.F.R. Part 250 Subpart S, as amended.

3.    BPXP shall include the following information in the BPXP Annual Report

    a.  For SEMS audit activities conducted during the prior calendar year: (i) the completion dates of the SEMS audit activities; (ii) the contracted Drilling Rigs included in the SEMS audit activities; and (iii) the third party SEMS auditor used on the SEMS audits; and

    b.  For SEMS audit activities scheduled for the current calendar year: (i) the dates of the scheduled SEMS audit activities; (ii) the contracted Drilling Rigs included in such SEMS audit activities; and (iii) the third party SEMS auditor to be used to conduct the SEMS audits.

## 6.1    Remedial Order Requirements – Paragraph 6

*6. For its current contracts with rig contractors with respect to deepwater drilling rigs,*

*the defendant shall request that its rig contractors join the Center for Offshore Safety ("COS"), which requires its members to conduct SEMS audits. For new contracts with rig contractors with respect to deepwater drilling rigs, the defendant shall require rig contractors to join COS. The defendant may choose to conduct joint SEMS audits with its contractors for contracted deepwater drilling rigs.*

## 6.2   Implementation

1.   Identification of Drilling Rig Contractors: The following Drilling Rig Contractors have current contracts under which they supply Drilling Rig(s) to BPXP for Deepwater Drilling Operations:



2.   Procedure

   a.   In any new Drilling Rig contracts with Drilling Rig Contractors in the Waters of the United States, BPXP shall include a provision that requires the Drilling Rig Contractor to join the COS.

   b.   Within sixty (60) Days of the Date of Approval of this Implementation Plan, BPXP shall send a letter to its current Drilling Rig Contractors requesting that they join, or confirm that they already have joined, the COS.

   c.   BPXP may choose to conduct joint SEMS audits with its Contractors for contracted Drilling Rigs. To the extent that BPXP chooses to conduct joint SEMS audits with its Contractors, the SEMS audit shall be conducted as described in 30 C.F.R. Part 250 Subpart S, as amended.

## 6.3   Milestones and Deliverables

1.   Within 30 Days of the Date of Approval of this Implementation Plan, BPXP shall Certify that the above Deepwater Drilling Rig Contractor listed in 6.2(1) is a complete list of BPXP's contractors, or amend the list as appropriate.

2.   Within 120 Days of the Date of Approval of this Implementation Plan, BPXP shall Certify that it has sent letters as required to its current Deepwater Drilling Rig Contractors requesting that they join or confirm that they have joined the COS. BPXP will provide the correspondence to and from the Contractors pursuant to this Paragraph and will note where a Contractor has not responded in

a timely fashion. BPXP will provide any correspondence received after 120 Days of approval of this Implementation Plan when it is received.

3.    Within 30 Days of contracting with a new Deepwater Drilling Rig, BPXP shall Certify that the contract includes the provision required by this Paragraph 4. To the extent that BPXP chooses to conduct joint SEMS audits with its Contractors, BPXP will submit all documentation required for each SEMS audit as described in 30 C.F.R. Part 250 Subpart S, as amended.

4.    BPXP shall include the following information in the BPXP Annual Report:

a.  A list of 6.2(1) Deepwater Drilling Rig Contractors and their COS affiliation status;

b.  A list of all non-6.2(1) Deepwater Drilling Rig Contractors and their COS affiliation status; and

c.  For SEMS audits conducted with Drilling Rig Contractors during the prior calendar year: (i) the Drilling Rig Contractor involved; (ii) the completion dates of the SEMS audit activities; (iii) the Drilling Rigs included in the SEMS audit activities; and (iv) the third party SEMS auditor used on the SEMS audits.

## 7.1   Remedial Order Requirements – Paragraph 7

*7. The defendant shall conduct one SEMS audit for each of its operated platforms, including BP-owned platform rigs, within five years of the Effective Date.*

## 7.2   Implementation

1.    Identification of BPXP-operated Platforms and Platform Rigs: BPXP currently operates the following Platforms and Platform Rigs:

- Thunder Horse Platform (including Platform Rig)
- Mad Dog Platform (including Platform Rig)
- Atlantis Platform
- NaKika Platform

2.    Audit Frequency and Procedure

a.  BPXP shall conduct one (1) SEMS audit for each of its operated Platforms and Platform Rigs within five (5) years of the Effective Date.

b.  In the event BPXP commences operation of any additional Platforms or Platform Rigs in the Waters of the United States within three (3) years of the Effective Date, BPXP shall conduct one (1) SEMS audit for these additional Platforms or Platform Rigs, within five (5) years of the Effective Date.

c.  All SEMS audits shall be conducted as described in 30 C.F.R. Part 250 Subpart S, as amended, and the SEMS Audits Schedule included in this Implementation Plan.

3.  SEMS Audits Schedule Revisions

a.  BPXP shall revise the SEMS Audits Schedule to reflect changes in: (i) BPXP's fleet of Drilling Rigs Platforms and Platform Rigs; (ii) Contractor needs; (iii) auditing efficiencies; or (iv) other reasons for schedule modifications.

b.  Such revisions must be made pursuant to Paragraph 32 of the Remedial Order and Section F above.

**7.3   Milestones and Deliverables**

1.  Within 30 Days of the Date of Approval of the Implementation Plan, BPXP shall Certify that the list of Platforms and Platform Rigs in 7.2.1 is a complete list of all BPXP operated Platforms and Platform Rigs subject to the requirements of Paragraph 7, or amend the list and the SEMS Audits Schedule, as appropriate.

2.  When BPXP commences operation of any additional Platforms or Platform Rigs in the Waters of the United States after the Effective Date, BPXP shall provide Notice and a new SEMS Audits Schedule within 30 Days.

3.  BPXP will submit all documentation required for each SEMS audit and corrective action plan as described in 30 C.F.R. Part 250 Subpart S, as amended.

4.  BPXP shall include the following information in the BPXP Annual Report:

a.  For SEMS audit activities conducted during the prior calendar year: (i) the completion dates of the SEMS audit activities; (ii) the Platforms and Platform Rigs included in the SEMS audit activities; and (iii) the third party SEMS auditor used to conduct the SEMS audits.

b.  For SEMS audit activities scheduled for the current calendar year, BPXP shall include the following information : (i) the dates of the planned SEMS audit activities; (ii) the Platforms and Platform Rigs included in such SEMS audit

activities; and (iii) the third party SEMS auditor to be used to conduct the SEMS audits.

## 8.1    Remedial Order Requirements – Paragraph 8

*8. With respect to defendant-operated platforms, the defendant shall follow Third Party SEMS Auditing and Certification of Deepwater Operations Requirements as specified by COS.*

## 8.2    Implementation

BPXP shall follow Third Party SEMS Auditing and Certification of Deepwater Operations Requirements as specified by the COS for BPXP-operated Platforms identified in Section 7. For audits conducted prior to certification by the COS of third party SEMS auditors, or if such third party SEMS auditors are not available, BPXP shall submit a proposed third party SEMS auditor to BSEE for timely approval.

## 8.3    Milestones and Deliverables

1.      Subject to the exception noted in Section 8.2 for audits conducted with BSEE-approved auditors, with each SEMS audit report submitted for a SEMS audit on a BPXP-operated Platform pursuant to the SEMS Audits Schedule, BPXP will require the party conducting the audit to include in his/her report a statement indicating that the SEMS audit was conducted pursuant to the Third Party SEMS Auditing and Certification of Deepwater Operations Requirements as specified by the COS.

2.      BPXP shall include the following information in the BPXP Annual Report:

   a.   For audit activities conducted during the prior calendar year: (i) the completion dates of the SEMS audit activities; (ii) the Platforms and Platform Rigs included in the SEMS audit activities; and (iii) the third party SEMS auditor used on the SEMS audits.

   b.   For audit activities scheduled for the current calendar year, BPXP shall include the following information: (i) the dates of the scheduled SEMS audit activities; (ii) the Platforms and Platform Rigs included in such SEMS audit activities; and (iii) the third party SEMS auditor to be used on the SEMS audits.

**SEMS Audits Schedule**

The following schedule incorporates the scheduling requirement of Paragraphs 5 through 8. The provisions in Paragraph 5 provide for the scheduling of certain SEMS audits beyond the five (5) year term of the probation agreement. BPXP's agreement in this Implementation Plan to the scheduling of audits beyond that period does not extend the probation period, which is expressly set forth in the Plea Agreement. By no later than six (6) months before expiration of the probation period, BPXP will provide Notice of the schedule of audits to be completed after the end of the probation period. By no later than the expiration of the probation period, BPXP shall enter into an Administrative Agreement with BSEE, enforceable by BSEE order, to perform these audits as scheduled, unless the audits have been completed before the expiration of the probation period.

For purposes of this schedule, a SEMS audit is considered complete upon the performance of the physical audit. Appropriate documentation, including the SEMS Third Party Audit Report, and the development of a corrective action plan, described in 30 C.F.R. Part 250 Subpart S, as amended will be conducted in accordance with the regulations. Those audits described in the table below and designated as "Regulatory" signify audits that are required under applicable regulations; additional audits beyond those required by regulation but required under the Remedial Order are indicated by "Additional."

| Platform or Drilling Rig | Audit Type | Completion Date (No Later Than the End of) |
|---|---|---|
| Paragraph 5 – Drilling Rigs contracted for ≥3 and <6 years | | |
| ██████████ | Regulatory | Nov 2013 |
| ██████████ | Additional | Dec 2014 |
| ██████████ | Additional | Dec 2015 |
| Paragraph 5 – Drilling Rigs contracted for ≥6 years | | |
| ██████████ | Additional | Dec 2015 |
| | Additional | Dec 2018 |
| ██████████ | Regulatory | Dec 2016 |
| | Additional | Dec 2020 |
| ██████████ | Additional | Dec 2017 |
| | Additional | Dec 2020 |
| Paragraph 7 – BPXP-Owned Platform Rigs | | |
| ██████████ | Additional | Dec 2014 |
| | Regulatory | Dec 2019 |
| ██████████ | Additional | Dec 2017 |
| | Regulatory | Dec 2022 |
| Paragraph 7 – BPXP-Operated Platforms including BPXP-Owned Platform Rigs | | |
| ██████████ | Regulatory | Nov 2013 |
| | Additional | Dec 2014 |

Appendix 6-12

| | Regulatory | Dec 2019 |
| ███████ | Regulatory | Dec 2022 |
| | Additional | Dec 2017 |
| ██████ | Additional | Dec 2016 |

### 9.1 Remedial Order Requirement – Paragraph 9: Third Party Verification of Blowout Preventers

*9. Each time the defendant or its contractors brings a subsea blowout preventer system as referenced in 30 C.F.R. § 250.440 ("BOP") into service on a moored or dynamically positioned drilling rig, and each time a subsea BOP from a moored or dynamically positioned drilling rig is brought to the surface, the defendant or its contractors, through a third party, will verify that all required and recommended testing and maintenance of the BOP were performed in accordance with manufacturer recommendations and API Recommended Practice 53 (and Standard 53 when it becomes final).*

### 9.2   Implementation

1.   Within 30 days of the Date of Approval of the Implementation Plan, for each new Application for a Permit to Drill in the Waters of the United States for Deepwater Drilling Operations that includes a subsea BOP on a moored or dynamically positioned Drilling Rig, BPXP shall state in supplemental attachment to the Application for a Permit to Drill that: "Each time BPXP or its Contractors initially latch a subsea BOP at the well site and each time the subsea BOP is brought to the surface after it has been latched to a well, BPXP or its Contractors, through a third party, will verify that all required and recommended testing and maintenance of the BOP were performed in accordance with manufacturer recommendations and API Recommended Practice 53 (to be replaced by Standard 53 when it becomes final)."

2.   For each moored or dynamically positioned Drilling Rig operating for BPXP in the Waters of the United States that has a subsea BOP, BPXP shall maintain a register of each time a subsea BOP is latched into service at the well site and each time the subsea BOP from a moored or dynamically positioned Drilling Rig is brought to the surface after it has been latched to a well. The register will include: (a) the date the subsea BOP is latched at the well site; (b) the date the subsea BOP is unlatched and brought to the surface after it has been latched to a well; (c) the date or dates of verification for testing and maintenance of the BOP was performed on the surface in accordance with manufacturer recommendations and API Recommended Practice 53 (to be replaced by Standard 53 when it becomes final); and (d) the third party who performed the verification of testing and maintenance. The register need not include instances where the BOP has been submerged and returned to the surface but not latched to a well.

3.      For each moored or dynamically positioned Drilling Rig operating for BPXP in the Waters of the United States that has a subsea BOP, BPXP shall maintain documentation of verification issued by a third party verifying that all required and recommended testing and maintenance of the BOP were performed on the surface in accordance with manufacturer recommendations and API Recommended Practice 53 (to be replaced by Standard 53 when it becomes final).

**9.3      Milestones and Deliverables**

1.      BPXP shall include the following information in the BPXP Annual Report:

    a.    A list of each moored or dynamically positioned Drilling Rig operated for BPXP in the Waters of the United States that has a subsea BOP over the prior calendar year;

    b.    A list of the third parties that verified the testing and maintenance on each rig; and

    c.    A Certification that every time during the prior calendar year when BPXP or its Contractors initially latch a subsea BOP at the well site, and each time the subsea BOP is brought to the surface after it has been latched to a well, a third party verified that all required and recommended testing and maintenance of the BOP was performed on the surface in accordance with manufacturer recommendations and API Recommended Practice 53 (to be replaced by Standard 53 when final). In the event that BPXP cannot so Certify, it shall provide a list of all instances in the prior calendar year where testing and maintenance of the BOP were not performed as required by Paragraph 9 of the Remedial Order and this Section, along with the reasons for noncompliance and the corrective actions taken or proposed and a Certification that all other deployments were verified as required by Paragraph 9 and this Section.

**10.1    Remedial Order Requirements – Paragraph 10: Deepwater Well Control Competency Assessments**

*10. The defendant shall implement the following measures to strengthen its well control competencies:*

*    a. The defendant shall develop, within 6 months of the Effective Date, a deepwater well control competency assessment plan for the defendant personnel responsible for oversight of deepwater drilling operations on defendant-owned or contracted rigs. The plan shall exceed the competency requirements set forth in 30 C.F.R. §§ 250.1500-1510 (Subpart O), and shall include, but not be limited to: identifying skill sets and other competencies needed to recognize, evaluate, respond, and remediate*

*well control events; providing for the training, assessment of skills and competencies; and undertaking appropriate corrective actions for personnel who do not demonstrate the identified skills or competencies.*

*b. The defendant shall provide to BSEE, on an annual basis, a summary report regarding competency assessment plan implementation, including the types and aggregate number of people assessed, found competent, found in need of further training, and the number who have completed training and reassessment.*

**10.2    Implementation**

1.    BPXP shall develop, by no later than July 29, 2013, a Well Control competency assessment plan for Wellsite Leaders who are responsible for oversight of Deepwater Drilling Operations on BPXP contracted or BPXP-owned Drilling Rigs and Wells Team Leaders who supervise them (collectively "Well Control Personnel"). The plan shall include competency requirements with respect to Well Control Personnel that exceed the competency requirements in BPXP's current Subpart O plan in effect as of the Effective Date. The Well Control competency assessment plan shall address the following elements: (a) identifying skill sets and other competencies needed to recognize, evaluate, respond and remediate Well Control events; (b) providing for training and assessment of skills and competencies, including those associated with interfacing with Drilling Rig Contractors as provided in Well Control bridging documents; and (c) undertaking appropriate corrective actions for personnel who do not demonstrate the identified skills or competencies.

2.    BPXP's Subpart O plan will continue to require International Association of Drilling Contractors ("IADC") WellCap training at supervisory levels for BPXP Wellsite Leaders. BPXP will also continue to require Contractors who perform Well Control duties on BPXP-contracted and BPXP-owned Drilling Rigs to complete IADC WellCap training (or successor IADC training program).

**10.3    Milestones and Deliverables**

1.    No later than May 29, 2013, BPXP shall meet with United States representatives to discuss the elements of a Well Control competency assessment plan. In addition, BPXP shall meet periodically with United States representatives at their request during the development of the Well Control competency assessment plan, to review BPXP's progress.

2.    No later than July 29, 2013, BPXP shall submit for BSEE approval (in accordance with Paragraph 32 of the Remedial Order and Section F above) the Well Control competency assessment plan. The plan shall be applicable to all Well Control

Personnel. Upon submission, BPXP shall begin implementation of the Well Control competency assessment plan.

3.      BPXP shall include the following information in the BPXP Annual Report:

   a.      A summary regarding the IADC WellCap training (or successor IADC training program) at supervisory levels for BPXP Well Control Personnel who are responsible for oversight of Deepwater Drilling Operations on BPXP-owned or BPXP-contracted Drilling Rigs, including the roles and number of people trained during the previous calendar year;

   b.      A summary regarding the Well Control competency assessment plan implementation for the previous calendar year, including: (i) the percentage of Well Control Personnel assessed; (ii) the percentage of those assessed found competent; (iii) the percentage of those assessed found in need of further training; and (iv) the percentage of those found in need of further training that have completed the further training and reassessment; and

   c.      Subsequent BPXP Annual Reports should address the number and/or percentage of new individuals that have been trained and/or assessed since the previous BPXP Annual Reports.

## 11.1    Remedial Order Requirements – Paragraph 11: Cement Design and Competency

*11. a. The defendant shall require review and approval by subject matter experts of the defendant, BP plc, or the Affiliates of cement designs used for primary cementing of casing and exposed hydrocarbon-bearing zones during drilling operations at deepwater wells.*

*b. The defendant shall require that lab testing of cement slurries for primary cementing of casing and exposed hydrocarbon bearing zones relating to drilling operations of deepwater wells be conducted or witnessed by a defendant engineer competent to evaluate such lab testing or a competent third party independent of the cement provider. The defendant shall provide lab results to the applicable BSEE field office within a reasonable period of time.*

*c. The defendant shall develop and provide to BSEE, within 6 months of the Effective Date, a framework document setting forth the defendant's competency requirements for cement subject matter experts, subject to review and approval at BSEE's option.*

## 11.2    Implementation

1.    BPXP shall require that subject matter experts ("SMEs") review and approve cement designs used for primary cementing of casing and exposed hydrocarbon-bearing zones during Deepwater Drilling Operations. SMEs may include BPXP's cementing SME, regional cementing SME, cementing technical specialist, regional zonal isolation SME, zonal isolation technical specialist, or other similar job titles.

2.    BPXP shall require that lab testing of cement slurries for primary cementing of casing and exposed hydrocarbon bearing zones relating to Deepwater Drilling Operations be conducted or witnessed by an engineer competent to evaluate such lab testing, or a competent third party independent of the cement provider. An "engineer competent to evaluate lab testing" may include BPXP's cementing SME, regional cementing SME, cementing technical specialist, regional zonal isolation SME, zonal isolation technical specialist, or other similar job titles.

3.    BPXP shall develop a candidate screening process that sets forth competency requirements for cement SMEs that includes: (a) essential knowledge; (b) experience criteria; (c) qualifications; and (d) development.

## 11.3    Milestones and Deliverables

1.    Within 60 Days of the Date of Approval of the Implementation Plan, BPXP shall submit a list of names and titles of its cementing SMEs, regional cementing SMEs, cementing technical specialist, regional zonal isolation SMEs, zonal isolation technical specialists, and any other individuals it is then currently using to satisfy the requirements of Sections 11.2.1 and 11.2.2. BPXP also shall submit a list of the names and titles of third parties BPXP is then currently using to satisfy the review and approval requirements of Section 11.2.2. An annual update of these lists shall be submitted by the same dates that BPXP's Annual Reports are due. BPXP will Certify that all of these individuals have completed the candidate screening process.

2.    Within 30 days of the Date of Approval of the Implementation Plan, BPXP shall submit with each Application for Permit to Drill for Deepwater Drilling Operations submitted within five years of the Effective Date a supplemental attachment including (a) the name and title of the SME who reviewed and approved the cement designs contained in the APD for primary cementing of casing and exposed hydrocarbon-bearing zones related to the well, and (b) a statement in a supplemental attachment to the APD that lab testing of cement slurries for primary cementing of casing and exposed hydrocarbon bearing zones relating to the well will be conducted or witnessed by an engineer competent to

evaluate such lab testing or a competent third party independent of the cement provider.

3.    BPXP shall submit with relevant Well Activity Reports ("WAR") provided to the applicable BSEE field office for Deepwater Drilling Operations submitted within five years of the Effective Date the results of lab testing of cement slurries for primary cementing of casing and exposed hydrocarbon bearing zones relating to the well. The results must include the name and title of the engineer competent to evaluate such lab testing or the competent third party independent of the cement provider who conducted or witnessed the lab testing.

4.    By no later than July 29, 2013, BPXP shall submit for approval (in accordance with Paragraph 32 of the Remedial Order and Section F above) a framework document for a candidate screening process that sets forth competency requirements for cement SME that includes: (1) essential knowledge; (2) experience criteria; (3) qualifications; and (4) development.

   a.    BPXP will meet with BSEE representatives at their request prior to July 29, 2013 to review BPXP's progress in developing the candidate screening process.

   b.    By no later than October 29, 2013, BPXP shall submit an evaluation of the adequacy of the candidate screening process by an independent third-party cement expert; and

   c.    BPXP may modify the submitted candidate screening process to reflect opportunities for continuous improvement if it provides Notice within 30 Days of any such modifications; and complies with the requirements of Paragraph 32 of the Remedial Order and Section F above.

5.    BPXP shall include the following information in the BPXP Annual Report:

   a.    A Certification that the requirements of 11.3.2 were met during the prior calendar year;

   b.    A Certification that the requirements of 11.3.3 were met during the prior calendar year; and

   c.    A summary regarding the implementation of the cement SME candidate screening process during the prior calendar year. The summary must include the number and percentage of SMEs screened, the number and percentage of those screened found competent, the number and percentage of those screened found in need of further training, and the number and percentage of those

found in need of further training that have completed further training and screening. Subsequent BPXP Annual Reports should specifically address the number and/or percentage of new individuals that have been screened since the previous BPXP Annual Report.

## 12.1 Remedial Order Requirements – Paragraph 12: Houston Monitoring Center ("HMC")

*12. The defendant shall maintain a real-time drilling operations monitoring center at its Houston office or other appropriate location. The well control data to be monitored will include, at a minimum, active pit volume, pump pressure, flow rate out, gas units, and trip displacement. The HMC shall monitor such data for all defendant-owned or contracted rigs conducting drilling with a subsea BOP installed on the wellhead. The defendant shall provide BSEE personnel with reasonable access to the HMC.*

## 12.2 Implementation

1. BPXP shall maintain a real-time drilling monitoring center for five years from the Effective Date. The Houston Monitoring Center (the "HMC") is currently located at BPXP's Houston headquarters. The Well Control data to be monitored will include, at a minimum: (a) active pit volume; (b) pump pressure; (c) flow rate out; (d) gas units; and (e) trip displacement.

2. BPXP shall continuously staff the HMC with personnel who possess IADC WellCap certification to monitor such data for all BPXP-owned or contracted Drilling Rigs conducting Deepwater Drilling Operations with a subsea BOP installed on the wellhead.

3. In the event of a planned maintenance event or an unplanned disruption of operations at the HMC, BPXP shall take reasonable steps to return the HMC to operation promptly. BPXP shall maintain a written contingency plan addressing appropriate steps and procedures when operation of the HMC has been disrupted, and shall apply the HMC contingency plan in such circumstances.

4. The Third Party Auditor and representatives of the United States will be provided access to the HMC at any time.

## 12.3 Milestones and Deliverables

1. Within 60 Days of the Date of Approval of the Implementation Plan, BPXP shall submit a written description of the location of its HMC, and for the HMC: (a) the well control data being monitored; (b) the number and titles of staff; (c) the

general staffing schedule; and (d) a description of the data retention policy. BPXP also shall submit the contingency plans for the HMC.

2. If the HMC is unavailable to monitor one (1) or more rigs for eight (8) consecutive hours or longer, BPXP will maintain a log of such instances, and provide to BSEE and the Third Party Auditor upon request summary documentation regarding the cause and duration of unavailability.

3. BPXP shall include the following information for the prior calendar year in the BPXP Annual Report: (a) the location of the HMC; (b) titles of staff; (c) staffing schedule; (d) length of data retention; (e) a list of the days when the Auditor or representative of the United States requested access to the HMC and whether they were granted such access; and (f) any circumstances in which the HMC was unavailable to monitor one (1) or more rigs for eight (8) consecutive hours or longer.

## 13.1   Remedial Order Requirements – Paragraph 13: Incident Reporting

*13. The defendant shall provide to BSEE, on an annual basis, a summary report documenting incidents operators are required to report under 30 C.F.R. § 250.188. For each item reported, the defendant shall describe the actions implemented to correct the item and/or to prevent recurrence. This report shall be submitted by March 31st of each year covering incidents during the previous calendar year.*

## 13.2   Implementation

In accordance with the schedule set forth in Paragraph 23.3.2, BPXP shall prepare an Incident Summary Report documenting all incidents operators are required to report under 30 C.F.R. § 250.188. For each incident reported, BPXP shall describe the actions taken to correct the item and/or to prevent recurrence. BPXP shall: (a) identify the most frequent incident types; and (b) describe actions implemented to prevent recurrence, including whether or not any corresponding changes were made to the SEMS plan.

## 13.3   Milestones and Deliverables

BPXP shall submit the Incident Summary Report as an appendix to each BPXP Annual Report.

## 14.1   Remedial Order Requirements —— Paragraph 14

*14. The defendant shall train each Command Officer and Staff, General Section Chiefs, and Staff including the Oil Spill Response Coordinator and alternates of the GoM Incident Management organization at least once per year and require their participation*

*in at least one table top oil spill response exercise per year.*

**14.2    Implementation**

1.      BPXP shall require position-specific training prior to assignment, and annual training thereafter, inclusive of training on the oil spill response procedures specific to the position identified in the Oil Spill Response Plan ("OSRP"), , and participation in at least one (1) table top oil spill response exercise, for personnel in the following positions:

- Incident Commander
- Operations Section Chief
- Operations Section Staff
- Planning Section Chief
- Planning Section Staff
-       Source Control Branch Director
-       Source Control Branch Staff
- Logistics Section Chief
- Logistics Section Staff
- Oil Spill Response Coordinator
- Finance Section Chief
- Finance Section Staff

2.      For purposes of Section 14.2.1, "Staff" shall mean alternates of Section Chief and the Oil Spill Response Coordinator positions.

3.      Table top oil spill response exercises at a minimum must exercise procedures identified in the applicable Oil Spill Response Plan being exercised and designed to meet specific and measurable objectives. "Exercise" or "drill" means an activity involving the actual or simulated performance and coordination of response activities by several individuals and/or teams, or the actual or simulated mobilization of personnel and resources.

**14.3    Milestones and Deliverables**

1.      By November 30th of each year, BPXP shall develop and submit to BSEE a document describing: (a) the training BPXP intends to use to satisfy the requirements of Paragraph 14 for the following calendar year; (b) the goals of that training, including covering the subject matter, as appropriate, outlined in ICS 100, 200, 300 and IS 700/800; and (c) the duration of the training.

2.      BPXP shall record this training in accordance with 30 C.F.R. § 254.41(d) and shall retain required training records including training certificates and attendance records at the location designated by BPXP. BPXP shall keep the training records related to the requirements of Paragraph 14 for 5 years after the Effective Date. These records must be made available to the Third Party Auditor and United States upon request.

3.      BPXP shall include the following information in the BPXP Annual Report:

a.      A Certification identifying those BPXP personnel who held any of the positions identified in Section 14.2.1 for the entire prior calendar year, and the training completed by those personnel prior to assignment, and annually thereafter regarding spill response procedures set forth in the OSRP;

b.      A Certification that those BPXP personnel who held any of the positions identified in Section 14.2.1 for the entire prior calendar year participated in at least one table top oil spill response exercise that exercised the parts of the applicable OSRP that apply to Paragraph 14;

c.      A description of the oil spill response training and table top oil spill response exercises conducted during the prior calendar year, including a summary of lessons learned; and

d.      BPXP's Preparedness for Response Exercise Program ("PREP") Triennial Cycle Documentation Form or equivalent triennial exercise record required in 30 C.F.R. § 254.42(e) for the prior calendar year.

## 15.1   Remedial Order Requirements – Paragraph 15

*15. The defendant shall maintain a crisis management organization, including two crisis management centers, consisting of at least 6 crisis management professionals (including a supervisor) to assist in oil spill response training and drills.*

## 15.2   Implementation

1.      BPXP shall maintain a crisis management organization to support the Unified Command during an oil spill response, as needed, and in oil spill response training and drills consisting of:

a.      Two (2) BPXP facilities that can be used as crisis management centers including one (1) in its Houston headquarters, and a second in Houma, Louisiana or another appropriate location which can be used as an alternate facility; and

      b.      A least six (6) BPXP crisis management professionals, including one (1) supervisor.

2.      BPXP shall include the crisis management facilities in the appropriate sections of future submissions of its OSRP.

## 15.3   Milestones and Deliverables

1.      Within 60 Days of the Date of Approval of the Implementation Plan, BPXP shall submit a document describing the locations of its crisis management centers and for each crisis management center: (1) the center resources, (2) the number, titles, and general qualifications of staff, and (3) the staffing schedule.

2.      If at any time no crisis management center is available, BPXP will notify BSEE and the U.S. Coast Guard and submit an explanation pursuant to Section C "Notices," of the situation, describing: (a) the length of time during which no crisis management center will be available; (b) the reasons why an alternative crisis management center location could not be used; and (c) the actions taken, or that will be taken, to make a crisis management center available.

3.      If at any time no crisis management center is available, this may be considered a change which significantly reduces BPXP's response capability triggering a revision to the BPXP OSRP for approval by BSEE within 15 Days of the change, per 30 C.F.R. § 254.30(b)(1).

4.      BPXP shall include the following information for the prior calendar year in the BPXP Annual Report:

      a.      The locations of its crisis management centers, and for each crisis management center: (i) the center resources; (ii) the number, titles, and general qualifications of staff; (iii) staffing schedule; and (iv) any variations from the prior year;

      b.      Any instances when a crisis management center was not available, including the period of time it was unavailable and the location of the crisis management center that was available during that time period. If no alternative crisis management center location was available, BPXP must include: (i) the length of time during which no crisis management center was available; (ii) the reasons why an alternative crisis management center location was not available; and (iii) the actions taken or that will be taken to make a crisis management center available; and

c.       A description of each oil spill response training and/or drill that involved the crisis management centers and/or staff.

## 16.1    Remedial Order Requirements – Paragraph 16

*16. The defendant shall conduct annual training with the Marine Well Containment Company ("MWCC"), or a similar organization, for its Operations Section chiefs and Source Control Section chiefs in the Gulf of Mexico.*

## 16.2    Implementation

1.      BPXP shall conduct annual training with the MWCC or a similar organization for its Operations Section Chiefs and Source Control Branch Directors. The types of annual training permitted under this Paragraph shall be consistent with the subsea well containment responsibilities, including management of source control within the response organization.

## 16.3    Milestones and Deliverables

1.      Within 60 Days of the Date of Approval of the Implementation Plan, BPXP shall submit a document describing the types of training provided by MWCC and other similar organizations that BPXP intends to use to satisfy the requirements of Paragraph 16. The description must include but is not limited to the training goals, and length.

2.      Within 60 Days of a change in source control equipment supplier, BPXP shall submit to BSEE a document describing: (a) the types of training provided by the new supplier; and (b) whether that training will be used by BPXP to satisfy the requirements of Paragraph 16. If the new supplier training will be used by BPXP to satisfy the requirements of Paragraph 16, BPXP shall explain how the training is consistent with the training listed in 16.2.1. The description shall include but is not limited to the training goals, and length.

3.      BPXP shall record this training in accordance with 30 C.F.R. § 254.41(d) and shall retain training records including training certificates, if issued, and attendance records at the location designated by BPXP. BPXP shall keep the training records related to the requirements of Paragraph 16 for five (5) years after the Effective Date. BPXP shall make the training records available to the Third Party Auditor and United States upon request.

4.      BPXP shall include the following information for the prior calendar year in the BPXP Annual Report:

a.    A Certification identifying all personnel who held any of the positions identified in Section 16.2.1 during the entire prior calendar year and the training they completed with the MWCC, or a similar organization; and

b.    A description of all the training conducted.

## 17.1  Remedial Order Requirements – Paragraph 17

*17. The defendant shall participate in MWCC or industry oil spill response drills at least once per year.*

## 17.2  Implementation

1.    BPXP shall require annually that the Gulf of Mexico Oil Spill Response Coordinator or his/her designee participate in at least one (1) MWCC- or other industry-initiated oil spill response drill, which includes a source control objective.

2.    The MWCC or other industry oil spill response exercise must either (a) test response activities represented in BPXP's OSRP, or (b) if BPXP is observing an exercise testing the implementation of another company's OSRP, BPXP must be able to demonstrate how the lessons learned apply to BPXP's OSRP.

## 17.3  Milestones and Deliverables

1.    BPXP shall record these exercises in accordance with 30 C.F.R. § 254.41(d) and shall retain all required records including attendance records, at the location designated by BPXP. BPXP shall keep the records related to the requirements of Paragraph 17 for five (5) years after the Effective Date. These records must be made available to the Third-Party Auditor and United States upon request.

2.    BPXP shall include the following information for the prior calendar year in the BPXP Annual Report:

a.    A Certification that all personnel who held any of the positions in 17.2.1 during the entire prior calendar year participated in at least one MWCC or industry oil spill response exercise;

b.    A description of the oil spill response exercises in which BPXP participated, including lessons learned; and

    c.      BPXP's Preparedness for Response Exercise Program (PREP) Triennial Cycle Documentation Form or equivalent triennial exercise record required in 30 C.F.R. § 254.42(e).

## 18.1   Remedial Order Requirements – Paragraph 18

*18. The defendant shall, at least once per year, conduct or participate in a table top exercise involving activation of MWCC to simulate mobilization of assets and personnel necessary to cap or cap/contain a subsea loss of well control.*

## 18.2   Implementation

1.    BPXP shall require annually that personnel in the following positions participate in at least one (1) table top exercise as described below:

- Incident Commander
- Operations Section Chief
- Operations Section Staff
- Planning Section Chief
- Planning Section Staff
- Source Control Branch Director
- Source Control Branch Staff]
- Logistics Section Chief
- Logistics Section Staff
- Oil Spill Response Coordinator
- Finance Section Chief
- Finance Section Staff

2.    "Activation of the MWCC" means that MWCC personnel will participate in the exercise after it has been convened.

3.    The table top exercises shall have as primary objective the simulation of one or more of the source control notification, procurement, personnel, logistics, and all other actions necessary to cap or cap/contain a subsea loss of well control as described in BPXP's OSRP.

## 18.3   Milestones and Deliverables

1.    By November 30th of each year, BPXP shall submit a tentative schedule for the following year of the planned table top exercises BPXP intends to use to satisfy the requirements of Paragraph 18, including the sections of BPXP's OSRP that will be exercised, and the exercise objectives.

2.      BPXP shall document the exercises and retain records of such exercises in a manner sufficient to demonstrate compliance with 30 C.F.R. § 254.41(d) and will retain all required records including attendance records, or copies thereof, at the location designated by BPXP. BPXP shall keep the records related to the requirements of Paragraph 18 for five (5) years after the Effective Date. These records must be made available to the Third Party Auditor and United States upon request.

3.      BPXP shall include the following information for the prior calendar year in the BPXP Annual Report:

a.      A certification that all personnel on BPXP's rosters of individuals who held any of the positions in 18.2.1 during the entire prior calendar year participated in table top exercises that had as a primary objective the activation of MWCC to simulate mobilization of assets and personnel necessary to cap or cap/contain a subsea loss of Well Control, as described in BPXP's OSRP;

b.      A description of the table top exercise that had as an objective the simulation of one or more of the source control notification, procurement, personnel, logistics, and all other actions necessary to cap or cap/contain a subsea loss of well control as described in BPXP's OSRP conducted by BPXP, including lessons learned; and

c.      BPXP's Preparedness for Response Exercise Program (PREP) Triennial Cycle Documentation Form or equivalent triennial exercise record required in 30 C.F.R. § 254.42(e).

## 19.1   Remedial Order Requirements – Paragraph 19

*19. The defendant shall invite the United States Coast Guard and BSEE to participate in at least one internal oil spill response drill per year.*

## 19.2   Implementation

1.      By November 30th of each year, BPXP shall submit to BSEE and the United States Coast Guard a tentative schedule for the following year for any oil spill response exercises it will conduct and that BPXP intends to use to satisfy the requirements of Paragraph 19.

2.      If the exercise is within BPXP's control or influence, BPXP shall allow BSEE and the United States Coast Guard to participate in the exercise.

**19.3    Milestones and Deliverables**

1.    BPXP shall include the following information in the BPXP Annual Report:

a.    A Certification that Notice was provided to the United States at least 30 Days prior to any oil spill response exercises it intends to use to satisfy the requirements of Paragraphs 14, 17, and 18 during the prior calendar year; and

b.    A list of the exercises in which the United States participated during the prior calendar year.

**20.1    Remedial Order Requirements – Paragraph 20: Oil Spill Response Plan (OSRP)**

*20. Within 60 days of entry of this Order, the defendant shall revise its Oil Spill Response Plan as necessary to include:*

*a. Provisions to maintain access to a supply of dispersant and fire boom for use in the event of an uncontrolled long-term blowout for the length of time required to drill a relief well;*

*b. Contingencies for maintaining an ongoing response for the length of time required to drill a relief well;*

*c. Description of measures and equipment necessary to maximize the effectiveness and efficiency of the response equipment used to recover the discharge on the water's surface, including methods to increase encounter rates;*

*d. Information regarding remote sensing technology and equipment to be used to track oil slicks, including oil spill detection systems and remote thickness detection systems (e.g., X-band/infrared systems);*

*e. Information regarding the use of communication systems between response vessels and spotter personnel;*

*f. Shoreline protection strategy that is consistent with applicable area contingency plans; and*

*g. For operations using a subsea BOP or a surface BOP on a floating facility, a discussion regarding strategies and plans related to source abatement and control for blowouts from drilling.*

**20.2    Implementation**

1.     BPXP shall maintain an OSRP for BPXP's Deepwater Drilling Operations in the Waters of the United States that meets the requirements of Paragraph 20 for five (5) years following the Effective Date.

2.     BPXP shall provide Notice for any proposed modifications to OSRPs in accordance with Paragraph 32 of the Remedial Order and Section F above. Any revisions to the information required to be included in the OSRP can be incorporated in regular, two year OSRP reviews or as required by 30 C.F.R. § 254.30(b).

**20.3    Milestones and Deliverables:**

1.     Within 60 Days of the Date of Approval of the Implementation Plan, BPXP shall submit a document describing where the requirements of Paragraph 20 are addressed in (1) currently approved OSRPs or (2) the most recent version of any OSRP submitted to BSEE for approval.

2.     Every time BPXP submits an OSRP to BSEE for approval, it also shall submit a document describing where the requirements of Paragraph 20 are addressed in the OSRP.

3.     BPXP shall include the following information in the BPXP Annual Report:

   a.     A Certification that all approved OSRPs or OSRPs submitted to BSEE for approval meet the requirements of Paragraph 20, and

   b.     A description of where the requirements of Paragraph 20 are addressed in currently approved OSRPs.

**21.1    Remedial Order Requirements – Paragraph 21: Safety Technology Developed with Industry**

*21. The defendant shall collaborate with industry and academic efforts to develop discrete technologies to enhance operational safety with respect to deepwater drilling. Within one year of the Effective Date, the defendant shall propose and initiate collaboration on at least two pilot projects to evaluate technology enhancements over the course of the five year period following the Effective Date of this Order. Upon conclusion of the pilot projects, the defendant will propose to BSEE at least two pilot projects for implementation and implement them unless the defendant demonstrates that one or more pilot projects is technically unsound or economically infeasible.*

**21.2    Implementation**

1.     BPXP shall work collaboratively with industry and/or academia on developing, testing, and evaluating the pilot projects required under this Paragraph, consisting of at least two discrete projects that represent advancements beyond the current industry standards for operational safety with respect to Deepwater Drilling Operations.

2.     The pilot project development process shall include procedures for independent feasibility tests and third party economic evaluation. Upon conclusion of the pilot project development and testing, BPXP shall implement at least two (2) of the pilot technologies unless feasibility testing and economic evaluations, evaluated by an independent third party, demonstrate that one (1) or more of the pilot projects is technically unsound or economically infeasible to implement.

3.     BPXP shall enter into an Administrative Agreement with BSEE, enforceable by BSEE order, for implementation of the technology enhancements beyond five (5) years after the Effective Date to the extent that implementation extends beyond five (5) years after the Effective Date. The Agreement shall not extend the term of probation.

4.     BPXP's intellectual property rights to data and technology arising out of these pilot projects shall be made available to a third party or third parties under commercially reasonable terms and conditions, provided that such terms do not violate the intellectual property rights of other stakeholders, such as other industry or academic participants in pilot projects.

### 21.3    Milestones and Deliverables

1.     Within six (6) months of the Effective Date, BPXP shall schedule a meeting with BSEE to discuss the proposed pilot projects.

2.     Within one year of the Effective Date, BPXP shall prepare and submit plans to BSEE for each of the proposed pilot projects (" Project Plan") for United States approval pursuant to Paragraph 32 of the Remedial Order and Section F above. Each Pilot Project Plan shall consist of:

   a.     Statement of performance goals;

   b.     Schedule for development, testing, and conducting the pilot project;

   c.     Estimated pilot project costs;

   d.     A schedule for developing testing protocols and evaluation procedures;

e.     A schedule for developing feasibility testing procedures (independent analysis); and

f.     A schedule for developing economic evaluation procedures (third-party).

3.     Following the conclusion of each pilot project, and no later than four (4) years and six (6) months following the Effective Date, BPXP shall submit to BSEE a Final Report on Pilot Performance for each pilot project. The Final Report on Pilot Performance must include: (a) the results of the feasibility testing; (b) the results of the economic evaluation; and (c) a detailed discussion of the incremental costs and benefits of the evaluated technology enhancements. Unless BPXP demonstrates that one (1) or more projects is technically unsound or that incremental benefits are insufficient to justify the incremental costs for these pilot projects, BPXP shall implement the technology enhancements at locations where such enhancements are applicable for BPXP's Deepwater Drilling Operations, in accordance with a reasonable schedule to be proposed by BPXP in the Final Report on Pilot Performance.

4.     In the event BPXP determines that the project is technically unsound, or that the incremental benefits are insufficient to justify the incremental costs, BPXP shall provide the basis for that determination, including the independent evaluation.

5.     BPXP shall include the following information for the prior calendar year in the BPXP Annual Report:

a.     A description of the progress made on the pilot projects; and

b.     If applicable, a description of the technology enhancements to be implemented.

## 22.1   Remedial Order Requirements – Paragraph 22: Other Safety Technology Development

*22. Over the course of the three years following the Effective Date of this Order defendant will advance to BSEE three proposals in one or more of the following categories for pilot projects regarding the development of specific new technology in: (1) enhancing functionality, intervention, testing and activation of BOP systems such as acoustics and subsea communications capabilities; (2) enhancing well design; or (3) enhancing real-time monitoring on rig and onshore. Upon conclusion of the pilot projects, the defendant will implement at least two pilot projects, unless the defendant demonstrates that one or more pilot projects is technically unsound or economically infeasible.*

**22.2    Implementation**

1.      BPXP shall advance to BSEE three (3) proposals for pilot projects in one (1) or more of the following categories: (a) enhancing functionality, intervention, testing and activation of BOP systems such as acoustics and subsea communications capabilities; (b) enhancing well design; or (c) enhancing real-time monitoring on rig and onshore.

2.      The pilot project development process shall include procedures for independent feasibility tests and third party economic evaluation. Upon conclusion of the pilot project development and testing, BPXP shall implement at least two (2) of the pilot technologies unless the feasibility testing and economic evaluations, evaluated by an independent third party demonstrate that one (1) or more of the pilot projects is technically unsound or economically infeasible to implement.

3.      Prior to the end of the Probation period, BPXP shall enter into an Administrative Agreement with BSEE, enforceable by BSEE order, for implementation of the new technology beyond five (5) years after the Effective Date to the extent that implementation shall extend beyond five (5) years after the Effective Date. The Agreement shall not extend the term of probation.

4.      BPXP's intellectual property rights to data and technology arising out of these pilot projects shall be made available to a third party or third parties under commercially reasonable terms and conditions, provided that such terms do not violate the intellectual property rights of other stakeholders, such as other industry or academic participants in pilot projects.

**22.3    Milestones and Deliverables**

1.      Within two (2) years of the Effective Date, BPXP shall prepare and submit to BSEE plans for each of the proposed pilot projects("Pilot Project Plan") for United States approval pursuant to Paragraph 32 of the Remedial Order and Section F above. Each Pilot Project Plan shall consist of:

    a.      Statement of performance goals;

    b.      Schedule for development, testing, and conducting the pilot project;

    c.      Estimated pilot project costs;

    d.      A schedule for the developing testing protocols and evaluation procedures;

e.  A schedule for the developing feasibility testing procedures (independent analysis); and

f.  A schedule for the developing economic evaluation procedures (third-party).

2.  Following the conclusion of each pilot project, and no later than four (4) years and six (6) months following the Effective Date, BPXP shall submit to BSEE a Final Report on Pilot Performance for each pilot project. The Final Report on Pilot Performance must include a detailed discussion of the incremental costs and benefits of the evaluated new technology. Unless BPXP demonstrates that one (1) or more projects is technically unsound or that the incremental benefits are insufficient to justify the incremental costs for these pilot projects, as demonstrated by the independent feasibility testing and economic evaluation, BPXP shall implement at least two (2) of the new technologies at locations where such technologies are applicable for BPXP's Deepwater Drilling Operations, in accordance with a reasonable scheduled to be proposed by BPXP in the Final Reports on Pilot Performance.

3.  BPXP shall include in the BPXP Annual Report:

a.  A description of the progress made on the pilot projects; and

b.  If applicable, a description of the new technology to be implemented.

## 23.1  Remedial Order Requirements – Paragraph 23: Transparency

*23. The defendant will create, within 90 days after the Effective Date, a public website that contains the following information:*

*a. Lessons learned from the Deepwater Horizon incident;*

*b. Annual progress reports on its compliance with the special terms of probation contained in this Order;*

*c. Annual summaries of recordable safety incidents, days away from work, hydrocarbon spills and the volume thereof; and*

*d. An annual list of all incidents of non-compliance with BSEE or BOEM regulations or probation for which the defendant is cited, including corrective actions taken and penalties assessed.*

## 23.2  Implementation

1.      BPXP shall develop and maintain a website on the internet that is: (a) readily searchable by conventional internet and website means; and (b) available to the public free of charge by BPXP, including the downloading of all content from the site.

2.      The website shall contain:

   a.      The following reports, generated by BPXP that related to: (i) the underlying causes or factors giving rise to the *Deepwater Horizon* incident; and (ii) recommendations for improvements in oil spill response and prevention resulting from the *Deepwater Horizon* incident: (a) *Deepwater Horizon Containment and Response: Harnessing Capabilities and Lessons Learned*; (b) *Deepwater Horizon Accident Investigation Report*; (c) presentation slides on *Advancing Global Deepwater Capabilities*; and (d) any updates to items (a)-(c), above.

   b.      An annual progress report summarizing the BPXP Annual Reports, without including confidential business information or names of employees, employee records or other documents containing personal information;

   c.      For the prior calendar year, annual summaries of recordable safety incidents, days away from work, hydrocarbon spills, and the volume thereof; and

   d.      For the prior calendar year, an annual list of all incidents of non-compliance with BSEE or BOEM regulations or probation for which BPXP is cited, including corrective actions taken and penalties assessed.

3.      Documents must remain on the website for five (5) years following the Effective Date.

**23.3    Milestones and Deliverables**

1.      On or before 90 Days after the Effective Date, BPXP shall activate the website required by Paragraph 23. BPXP shall submit to the Probation Officer and DOJ the publically-available link to the website and a list of all documents available on the website.

2.      Annual documents required to be posted by Sections 23.2(b) through (d) above shall be posted on or before March 31, 2014, March 31, 2015, March 31, 2016, March 31, 2017 and January 28, 2018.

3.      BPXP Annual Reports must describe measures taken to comply with each of the requirements in Paragraphs 5 through 31 of the Remedial Order. Each report shall

also contain the information specified expressly in this Implementation Plan, subject to Section E of this Implementation Plan.

4.  BPXP Annual Reports will be due as follows: March 31, 2014; March 31, 2015; March 31, 2016; March 31, 2017; and January 28, 2018.

## 24.1 Remedial Order Requirements – Paragraph 24: Rig Equipment: Two Blind Shear Rams

*24. The defendant will use, and require its contractors to use, subsea BOPs equipped with no fewer than two blind shear rams and a casing shear ram on all drilling rigs under contract to the defendant for deepwater drilling operations in dynamic positioning mode. As to moored drilling rigs under contract to the defendant which use subsea BOPs, the defendant will require that each BOP used in deepwater drilling operations be equipped with two shear rams, including at least one blind shear ram and either an additional blind shear ram or a casing shear ram.*

## 24.2 Implementation

1.  Within 30 days of the Date of Approval of the Implementation Plan, for each new Application for a Permit to Drill ("APD") in the Waters of the United States for Drilling Rigs under contract to BPXP for Deepwater Drilling Operations in dynamic positioning mode, BPXP shall state in a supplemental attachment to the APD that "BPXP will use, and require its Contractors to use, subsea BOPs equipped with no fewer than two (2) blind shear rams and a casing shear ram."

2.  Within 30 days of the Date of Approval of the Implementation Plan, for each new APD in the Waters of the United States for moored Drilling Rigs under contract to BPXP for Deepwater Drilling Operations which use subsea BOPs, BPXP shall state in a supplemental attachment to the APD that: "BPXP will require that each BOP be equipped with two (2) shear rams, including at least one (1) blind shear ram and either an additional blind shear ram or a casing shear ram."

3.  All blind shear rams must be tested pursuant to 30 C.F.R. § 250.449, as amended, or as directed by BSEE.

## 24.3 Milestones and Deliverables

1.  BPXP shall include the following information in the BPXP Annual Report:

    a.  A Certification that all BPXP Applications for Permits to Drill submitted 30 days after the Date of Approval of the Implementation Plan for dynamically positioned Drilling Rigs under contract to BPXP for Deepwater Drilling

Operations include a commitment that such Drilling Rigs will use subsea BOPs equipped with no fewer than two blind shear rams and a casing shear ram;

b.    A Certification that all BPXP Deepwater Drilling Operations with a dynamically positioned Drilling Rig have a subsea BOPs equipped with no fewer than two blind shear rams and a casing shear ram;

c.    A Certification that all BPXP Applications for Permits to Drill submitted 30 days after the Date of Approval of the Implementation Plan for moored Drilling Rigs under contract to BPXP for Deepwater Drilling Operations include a commitment that such Drilling Rigs will use subsea BOPs equipped with two (2) shear rams, including at least one (1) blind shear ram and either an additional blind shear ram or a casing shear ram; and

d.    A Certification that all BPXP Deepwater Drilling Operations with a moored Drilling Rig for Deepwater Drilling Operations include a subsea BOP equipped with two shear rams, including at least one blind shear ram and either an additional blind shear ram or a casing shear ram.

## 25.1    Remedial Order Requirements – Paragraph 25: Safety Organization

*25. The defendant shall maintain a safety organization that has the authority to intervene or stop any operation that it deems unsafe.*

## 25.2    Implementation

BPXP shall maintain a safety organization that has the authority to intervene or stop any operation that it deems unsafe in particular empowering employees and contractors to exercise "stop work" authority where appropriate. This organization shall be capable of promoting a safe operating culture across all levels of BPXP's Deepwater Drilling Operations. It shall be comprised of senior professionals and personnel with technical expertise appropriate to conduct independent review of operating risks. This organization shall have the authority and ability to evaluate all BPXP Deepwater Drilling Operations, without limitation. It shall have the authority to be proactive in its review of such operations. It also shall have the ability to quickly assess and respond to complaints regarding potentially unsafe conditions and/or violations of law.

## 25.3    Milestones and Deliverables

1.    Within six (6) months of the Date of Approval of this Implementation Plan, BPXP shall submit a document describing its safety organization for Deepwater Drilling Operations. The description must include the following:

a.      A discussion of its authority to intervene or stop any operation that it deems unsafe;

b.      A description of the qualifications of the professionals and specialists working in the organization;

c.      A plan for how BPXP will encourage its employees and contractors to, where appropriate, exercise "stop work" authority and to seek assistance from the organization; and

d.      A description of how the organization will set clear requirements, including developing and updating management system standards.

2.      BPXP shall include the following information in the BPXP Annual Report:

a.      A description of BPXP's safety organization for Deepwater Drilling Operations and the numbers of personnel involved in the organization and the positions held; and

b.      A summary of the safety organization's work during the prior calendar year, including, but not limited to: (i) a discussion of when it used its authority to intervene or stop an operation; (ii) a list of examples in which a BPXP employee exercised his/her authority to intervene or stop an operation and the actions (if any) taken by BPXP in response; (iii) a list of examples reported to BPXP in which a BPXP contractor exercised his/her authority to intervene or stop an operation and the actions (if any) taken by BPXP in response; and (iv) a description of any major new safety-related requirements published by the safety organization during the prior calendar year

c.

## Third Party Auditor

**26.1   Remedial Order Requirements**

*26. The defendant will enter into a contract with an independent third-party (referred to herein as "the Auditor") who shall review and report to the Probation Officer, DOJ, and the defendant on the defendant's compliance with paragraphs 5 through 25 of this Order. The reasonable compensation and expenses of the Auditor shall be paid by the defendant. The Auditor shall be compensated in accordance with its typical hourly rates or a reasonable fee determined by the Auditor based on applicable market rates.*

*27. The defendant will propose auditor(s) to perform these functions to DOJ within 90 days after the Effective Date, and the selection shall be subject to DOJ's approval.*

*28. On an annual basis, the Auditor shall perform his/her responsibilities by reviewing documentation and taking such other reasonable measures as may be appropriate to sample or test the defendant's compliance with paragraphs 5 through 25 of this Order. The Auditor shall identify and report annually its findings on the defendant's compliance with the terms of this Order to the Probation Officer, DOJ, and the defendant.*

*29. If the Auditor finds deficiencies in the defendant's compliance with paragraphs 5 through 25 of this Order, the Auditor will provide the Probation Officer, DOJ, and the defendant prompt notice and the defendant will, within 30 days, provide a plan to address the deficiencies and an opportunity to cure. In the event DOJ finds the defendant's plan to address the deficiencies unacceptable, DOJ will submit a written opinion to the defendant identifying its objections and advising the defendant of an acceptable means of addressing the deficiencies. Within 30 days of receiving any such objections from DOJ, the defendant will provide an updated plan to the Auditor and DOJ which either provides for implementation of an option suggested by DOJ or an alternative means which DOJ determines to satisfactorily address its objections.*

*30. In addition to an annual report, the auditor shall periodically evaluate and report to the Probation Officer, BSEE, DOJ, and the defendant whether the defendant has complied with any plan to address deficiencies identified by the Auditor.*

*31. In the event the Auditor resigns, the defendant will propose to DOJ replacement auditor(s) to perform these functions promptly after such resignation. Selection of a replacement auditor shall be subject to the same process set forth immediately above.*

**26.2    Implementation**

1.      BPXP shall comply with the requirements of Paragraphs 26 through 31.

2.      BPXP shall make available to the Third Party Auditor all submissions and underlying documentation contemplated under this Implementation Plan at any time.

3.      BPXP shall provide the Third Party Auditor with reasonable access to BPXP personnel as necessary to perform the duties required by the Remedial Order and the Implementation Plan.

4.      The Third Party Auditor shall only have the duties, responsibilities and authority conferred by the Remedial Order and Implementation Plan, shall not have executive or management functions, and shall not replace or assume the role of any of BPXP's officers, executives, directors, managers or supervisors.

**26.3    Milestones and Deliverables**

1.      Within ninety (90) Days of the Effective Date, BPXP shall submit to DOJ a list of proposed Third Party Auditor(s), and the selection shall be subject to DOJ's approval.

2.      On or before August 31 of each calendar year (excepting 2013) during the term of probation, the Third Party Auditor shall issue the Auditor Annual Report provided for in Paragraph 28 of the Remedial Order.

3.      In the event that the Third Party Auditor resigns, BPXP shall have ninety (90) Days from the date of such resignation to propose a replacement Third Party Auditor to DOJ pursuant to the process identified in Paragraphs 26 and 27 of the Remedial Order.

4.      Within thirty (30) Days of the Third Party Auditor providing BPXP with written notice of a deficiency in BPXP's compliance with Paragraphs 5 through 25 of the Remedial Order, BPXP shall provide notice and submit to DOJ and the Probation Officer a plan in accordance with Section C of this Implementation Plan to address the deficiencies, and an opportunity to cure.

5.      BPXP shall include the following information in the BPXP Annual Report:

a.   All instances where the Third Party Auditor found a deficiency in BPXP's compliance with Paragraphs 5 through 25 during the prior calendar year and how BPXP addressed those deficiencies.

## ATTACHMENT A

Notifications, submittals, reports or communications required by this Implementation Plan to be submitted to BPXP shall be made in writing and sent by (a) overnight or certified mail or courier and (b) email or facsimile to:



Notifications, submittals, reports or communications required by this Implementation Plan to be submitted to the United States shall be made in writing and sent by overnight or certified mail or courier to:

Michael J. Saucier
Regional Supervisor for District Field Operations
Bureau of Safety and Environmental Enforcement
1201 Elmwood Park Boulevard
Harahan, Louisiana 70123
Telephone: (504) 736-2503

Dianne M. Shawley
Senior Advisor for Enforcement Programs
Bureau of Safety and Environmental Enforcement
1849 C Street, N.W.
Room 5428
Washington, D.C. 20240
Telephone: (202) 219-3899

Robert G. Pond
Senior Technical Advisor
Office of Marine Environmental Response
United States Coast Guard
2100 2nd Street, S.W.
Stop 7363
Washington, D.C. 20593
Telephone: (202) 372-2240

Notifications, submittals, reports or communications required by this Implementation Plan to be submitted to the United States shall be made by email or facsimile to:

Colin Black, United States Department of Justice
colin.black@usdoj.gov

Sarah Doverspike, United States Department of the Interior
Sarah.doverspike@sol.doi.gov

John Fogarty, United States Environmental Protection Agency
Fogarty.johnpc@epamail.gov

Cate Tierney, United States Environmental Protection Agency
Tierney.Cate@epamail.gov

Jason R. Hamilton, United States Coast Guard
Jason.R.Hamilton@uscg.mil

Jeff R. Bray, United States Coast Guard
Jeff.R.Bray@uscg.mil

Jason R. Hamilton, United States Coast Guard
Jason.R.Hamilton@uscg.mil

Rhianna N. Macon, United States Coast Guard
Rhianna.N.Macon@uscg.mil

Eric J. Miller, United States Coast Guard
Eric.J.Miller2@uscg.mil

Edward L. Bock, United States Coast Guard
Edward.L.Bock@uscg.mil

Michael Farber, Bureau of Safety and Environmental Enforcement
Michael.farber@bsee.gov

Dianne Shawley, Bureau of Safety and Environmental Enforcement
Michael Saucier, Bureau of Safety and Environmental Enforcement
Michael.Saucier@bsee.gov

Kelly Schnapp, Bureau of Safety and Environmental Enforcement
Kelly.Schnapp@bsee.gov