## Appendix 7: List of BP Entities

Any branch and/or representative office of any entity listed herein, is, for purposes of this Appendix 7, included within the definition of the affiliated entity listed herein.

- BP Exploration & Production Inc.
- BP Corporation North America Inc.
- BP p.l.c.
- A Flygbranslehantering AB
- A.P.P. Chemicals Limited
- ABG Autobahn-Betriebe GmbH
- ABS Auto Business Services GmbH
- Abu Dhabi Marine Areas Limited
- ACP (Malaysia), Inc.
- Actomat B.V.
- Adamol Mineralolhandels GmbH
- Advance Petroleum Holdings Pty Ltd
- Advance Petroleum Pty Ltd
- AE Cedar Creek Holdings LLC
- AE Goshen II Holdings LLC
- AE Goshen II Wind Farm LLC
- AE Power Services LLC
- AE Wind PartsCo LLC
- AEGP General LLC
- AEGP Limited LLC
- AFC Aviation Fuel Company GmbH
- AFC Aviation Fuel Company oHG
- AFCO AB
- AFS Aviation Fuel Services GmbH
- Agencia Operadora Guarapiche S.A.
- AGES International GmbH & Co. KG
- AGES Maut System GmbH & Co. KG
- AGES Maut System Verwaltungs-GmbH
- Air BP Albania SHA
- Air BP Brasil Ltda.
- Air BP Canada Limited
- Air BP Canada LLC
- Air BP Copec S.A.
- Air BP Croatia d.o.o.
- Air BP Denmark ApS
- Air BP Georgia LLC
- AIR BP Hungaria Kft.
- Air BP Italia Spa

- Air BP Limited
- Air BP Norway AS
- Air BP Sales Romania S.R.L.
- Air BP Sweden AB
- Air Refuel Pty Ltd
- Air Transportation Solutions, Inc.
- Aircraft Fuel Supply B.V.
- Aircraft Refuelling Company GmbH
- Akron Wind Energy, LLC
- Alaska Tanker Company, LLC
- Alexander Duckham & Co., Limited
- Alexis Wind Farm LLC
- Alhama Fotovoltaica, S.L.U.
- Allgreen Pty Ltd
- Alyeska Pipeline Service Company
- AM/PM International Inc.
- Ambarli Depolama Hizmetleri Limited Sirketi
- American Oil Company
- Ammenn GmbH
- Amoco (Fiddich) Limited
- Amoco (U.K.) Exploration Company LLC
- Amoco Abu Dhabi Exploration Company
- Amoco Angola B.V.
- Amoco Angola Offshore, Inc.
- Amoco Arabia Company
- Amoco Australia Development Company
- Amoco Austria Petroleum Company
- Amoco Bolivia Oil and Gas Aktiebolag
- Amoco Bolivia Petroleum Company
- Amoco Bolivia Services Company Inc.
- Amoco Brazil, Inc.
- Amoco Canada International Holdings B.V.
- Amoco Capline Pipeline Company
- Amoco Caribbean Trading Company

- Amoco Caspian Sea (Phase 1) Finance Ltd.
- Amoco Caspian Sea Petroleum Company
- Amoco Caspian Sea Petroleum Limited
- Amoco Chemical (Europe) S.A.
- Amoco Chemical Holding B.V.
- Amoco Chemical Malaysia Holding I B.V.
- Amoco Chemical U.K. Limited
- Amoco Chemicals (FSC) B.V.
- Amoco CNG (Trinidad) Limited
- Amoco Corporate Development Company
- Amoco Cushing-Chicago Pipeline Company
- Amoco Cypress Pipeline Company
- Amoco D. T. Company
- Amoco Denmark Exploration Company
- Amoco Destin Pipeline Company
- Amoco Development Corporation
- Amoco Dinarides Petroleum Company
- Amoco Egypt West Nile Delta B.V.
- Amoco Endicott Pipeline Company
- Amoco Environmental Services Company
- Amoco Equipment Leasing Company
- Amoco España Exploration Company
- Amoco Ethanol Development Company
- Amoco Eurasia Oil Company
- Amoco Eurasia Petroleum Company
- Amoco Europe Limited
- Amoco Exploration Holdings B.V.
- Amoco Fabrics (U.K.) Limited
- Amoco Fabrics and Fibers Ltd.
- Amoco Guatemala Petroleum Company
- Amoco High Island Pipeline Company
- Amoco Inam Petroleum Company B. V.
- Amoco Indonesia Exploration Company
- Amoco International (Guernsey) Limited
- Amoco International B.V.
- Amoco International Finance Corporation
- Amoco International Gas Development Limited
- Amoco International Petroleum Company
- Amoco Japan Limited
- Amoco Kazakhstan (CPC) Inc.
- Amoco Kazakhstan Offshore Petroleum Company, LLC
- Amoco Kazakhstan Petroleum Company
- Amoco Kimya Limited Sirketi
- Amoco Leasing Corporation
- Amoco Longhorn GP Pipeline Company
- Amoco Longhorn Pipeline Company
- Amoco Louisiana Fractionator Company
- Amoco Main Pass Gathering Company
- Amoco Marketing Environmental Services Company
- Amoco MB Fractionation Company
- Amoco MBF Company
- Amoco Mediterranean Petroleum Company
- Amoco Mexico, Inc.
- Amoco Morocco Oil Company
- Amoco Myanmar Petroleum Company
- Amoco Netherlands Petroleum Company
- Amoco New Zealand Exploration Company
- Amoco Nigeria Exploration Company Limited
- Amoco Nigeria Oil Company Limited
- Amoco Nigeria Petroleum Company
- Amoco Nigeria Petroleum Company Limited
- Amoco North Sea Limited
- Amoco Norway Oil Company
- Amoco Ob River Petroleum Company
- Amoco Oil Holding Company
- Amoco Olefins Corporation
- Amoco Oman Petroleum Company
- Amoco Orient Company
- Amoco Overseas Exploration Company
- Amoco Papua New Guinea Exploration Company

- Amoco Peru Petroleum Company
- Amoco Pipeline Asset Company
- Amoco Pipeline Holding Company
- Amoco Properties Incorporated
- Amoco Rancho Pipeline Company
- Amoco Ras Al Khaimah Oil Company
- Amoco Raven Ridge Pipeline Company
- Amoco Realty Company
- Amoco Remediation Management Services Corporation
- Amoco Research Operating Company
- Amoco Rio Grande Pipeline Company
- Amoco Services Limited
- Amoco Somalia Petroleum Company
- Amoco South Africa Petroleum (BVI) Corporation
- Amoco Sulfur Recovery Company
- Amoco Supply and Trading Company
- Amoco Sweden Petroleum Company
- Amoco Tax Leasing X Corporation
- Amoco Tax Leasing XV Corporation
- Amoco Teesside Gas Limited
- Amoco Trinidad Gas B.V.
- Amoco Trinidad LNG LLC
- Amoco Trinidad Power Resources Corporation
- Amoco Tri-States NGL Pipeline Company
- Amoco Tunisia Petroleum Company
- Amoco U.K. Petroleum Limited
- Amoco Venezuela Energy Company B.V.
- Amoco Venezuela Petroleum Company
- Amoco Vietnam Petroleum Company
- Amoco Yemen Petroleum Company
- AmProp Finance Company
- Amprop Illinois I Ltd. Partnership
- Amprop Maryland I Ltd. Partnership
- Amprop Riverside I Ltd. Partnership
- Amprop, Inc.
- Anaconda Arizona, Inc.
- Antelope Creek Wind Energy, LLC
- Apex BP Solar
- Apex Energies
- Apex Service Stations Limited
- Arabian Production And Marketing Lubricants Company
- Aral Aktiengesellschaft
- Aral Direkt GmbH
- Aral Luxembourg S.A.
- Aral Mineralölvertrieb GmbH
- Aral Services Luxembourg Sarl
- Aral Tankstellen Services Sarl
- Aral Tankstellenführungsgesellschaft mbH
- ARCO Algeria Inc.
- ARCO Aluminum, Inc.
- ARCO Asia Inc.
- ARCO British International, Inc.
- ARCO British Limited, LLC
- ARCO China Coal Bed Methane Inc.
- ARCO Coal Australia Inc.
- ARCO de Colombia Inc.
- ARCO Denmark Limited
- Arco do Brasil Ltda.
- ARCO Dubai Inc.
- ARCO El-Djazair Holdings Inc.
- ARCO El-Djazair LLC
- ARCO Environmental Remediation, L.L.C.
- ARCO Eurasia and Africa Limited
- ARCO Exploration, Inc.
- ARCO Gaviota Company
- ARCO Ghadames Inc.
- ARCO Global Energy Ventures Asia, Inc.
- ARCO Global Energy Ventures, Inc.
- ARCO Global Services Company Inc.
- ARCO Integrated Power (Zhuhai) Ltd.
- ARCO International Investments Inc.
- ARCO International Services Inc.
- ARCO Ireland Power Ltd.
- ARCO Material Supply Company
- ARCO Mediterranean Inc.
- ARCO Mexico Projects, Inc.
- ARCO Mexico Ventures, Inc.
- ARCO Midcon LLC
- ARCO Middle East & Central Asia Inc.

- ARCO Neftegaz Holdings, Inc.
- ARCO Neighborhood Support Corporation
- ARCO New Venture Co.
- ARCO Offshore (Trinidad) Limited
- ARCO Oil Company Nigeria Unlimited
- ARCO Oman Inc.
- ARCO Ordos CBM Limited
- ARCO Oriente Inc.
- ARCO Overseas Petroleum Inc.
- ARCO Petroleum New Zealand Inc.
- ARCO Philippines (Sulu) Inc.
- ARCO Polypropylene Company
- ARCO Products Company
- ARCO Resources Limited
- ARCO RF Services Inc.
- ARCO Sakhalin Inc. (B)
- ARCO Sakhalin Inc. (D)
- ARCO Solar Nigeria Ltd.
- ARCO Terminal Services Corporation
- ARCO Trinidad Exploration and Production Company Limited
- ARCO Trinidad Inc.
- ARCO Uinta Coal Company
- ARCO Unimar Holdings LLC
- ARCO Venezuela Energy Inc.
- ARCO Western Gas Pipeline Company
- ARCO Wittenberg Investments Limited
- ARCO Zhenhai I, Inc.
- ARCO Zhenhai II, Inc.
- ARCO Zhenhai Petrochemical, LLC
- Arilow Pty Ltd
- Asian Acetyls Co., Ltd
- AsPac Lubricants (Malaysia) Sdn. Bhd.
- ATAS Anadolu Tasfiyehanesi Anonim Sirketi
- Atlantic 1 Holdings LLC
- Atlantic 2/3 Holdings LLC
- Atlantic 2/3 UK Holdings Limited
- Atlantic 4 Holdings LLC
- Atlantic LNG 2/3 Company of Trinidad and Tobago Unlimited
- Atlantic LNG 4 Company of Trinidad and Tobago Unlimited

- Atlantic LNG Company of Trinidad and Tobago
- Atlantic Richfield Ambalat (Indonesia) Limited
- Atlantic Richfield Bukat (Indonesia) Limited
- Atlantic Richfield Company
- Atlantic Richfield Oil & Gas (St. James) Limited
- Atlantic Richfield Peru Inc.
- Atlas Methanol Company Unlimited
- Auwahi Holdings, LLC
- Auwahi Wind Energy Holdings LLC
- Aviation Fuel Services Limited
- Azerbaijan International Operating Company
- B.V. Petrotank
- Bahia de Bizkaia Electridad, S.L.
- Bakelite UK Limited
- Baku-Tbilisi-Ceyhan Pipeline Finance B.V.
- Baltimore Ennis Land Company, Inc.
- Bayernoil Raffineriegesellschaft mbH
- Beaver Creek Wind Energy, LLC
- Beer GmbH
- Beer GmbH & Co. Mineralol-Vertriebs-KG
- Benegas B.V.
- Benegas Vulcentrum B.V.
- Bennett/South Shore Associates
- Berea Holding Company
- BFS Berlin Fuelling Services GbR
- BGFH Betankungs-Gesellschaft Frankfurt-Hahn GbR
- BIL Grundstucksverwaltungs GmbH & Co. Lunar KG
- Biobutanol LLC
- Black Hill Industrial Estate Limited
- Black Lake Pipe Line Company
- Blendcor (Pty) Limited
- Boqueron Holdings B.V.
- Boqueron, S.A.
- Border Pipe Line Company
- BP - Castrol (Thailand) Limited

- BP & Shell Marketing Services (Pvt) Limited
- BP (Abu Dhabi) Limited
- BP (Barbados) Holding SRL
- BP (Barbican) Limited
- BP (China) Holdings Limited
- BP (China) Industrial Lubricants Limited
- BP (Gibraltar) Limited
- BP (GOM) Development & Production Limited
- BP (GOM) Exploration
- BP (GOM) Holdings Limited
- BP (Guangzhou) LPG Limited
- BP (Indian Agencies) Limited
- BP (Prime) Sunoasis Company Limited
- BP (Sabah) Sdn. Bhd.
- BP (Shanghai) LPG LIMITED
- BP (Shanghai) Trading Limited
- BP (Switzerland) AG
- BP (Tianjin) Trading Co., Ltd
- BP (UK) Power Holdings Limited
- BP (Wuxi) LPG Co. Ltd
- BP Africa Limited
- BP Akaryakit Ortakligi
- BP Alaska Gas Pipelines LLC
- BP Alaska LNG LLC
- BP Algerie Limited
- BP Alternative Energy Holdings Limited
- BP Alternative Energy International Limited
- BP Alternative Energy North America Inc.
- BP America Chembel Holding LLC
- BP America Chemicals Company
- BP America Foreign Investments Inc.
- BP America Inc.
- BP America Limited
- BP America Production Company
- BP AMI Leasing, Inc.
- BP Amoco Chemical Company
- BP Amoco Chemical Holding Company
- BP Amoco Chemical Indonesia Limited
- BP Amoco Chemical Malaysia Holding Company
- BP Amoco Chemical Singapore Holding Company
- BP Amoco Deepwater Partnership
- BP Amoco Exploration (Faroes) Limited
- BP Amoco Exploration (Forties) Limited
- BP Amoco Exploration (In Amenas) Limited
- BP Amoco Exploration (Inam) Limited
- BP Amoco Exploration (MSA) Limited
- BP Amoco Neighborhood Development Corporation
- BP Amoco Seaway Products Pipeline Company
- BP Amoco Taiwan Trading Company
- BP Angola (Block 18) B.V.
- BP Argentina Exploration Company
- BP Arobel N.V.
- BP Aromatics Holdings Limited
- BP Aromatics Limited
- BP Aromatics Limited N.V.
- BP Asia Limited
- BP Asia Pacific (Malaysia) Sdn. Bhd.
- BP Asia Pacific Holdings Limited
- BP Asia Pacific Pte Ltd
- BP Australia Capital Markets Limited
- BP Australia Employee Share Plan Proprietary Limited
- BP Australia Group Pty Ltd
- BP Australia Investments Pty Limited
- BP Australia Nominees Proprietary Limited
- BP Australia Pty Limited
- BP Australia Shipping Pty Ltd
- BP Australia Swaps Management Limited
- BP Aviation A/S
- BP Benevolent Fund Trustees Limited
- BP Berau Ltd.
- BP Biocombustíveis S.A.
- BP Biofuels Advanced Technology Inc.
- BP Biofuels Brasil Participacoes Ltda.
- BP Biofuels Brazil Investments Limited

- BP Biofuels Louisiana LLC
- BP Biofuels North America LLC
- BP Biofuels Trading Comercio, Importacao e Exportacao Ltda.
- BP Biofuels UK Limited
- BP Bomberai Ltd.
- BP Botswana (Pty) Limited
- BP Brasil Investimentos Ltda
- BP Brasil Ltda.
- BP Brazil Tracking L.L.C.
- BP Bulwer Island Pty Ltd
- BP Business Service Centre Asia Sdn Bhd
- BP Business Service Centre KFT
- BP Canada Energy
- BP Canada Energy Company
- BP Canada Energy Consolidated Production Company
- BP Canada Energy Development Company
- BP Canada Energy Group ULC
- BP Canada Energy Marketing Corp.
- BP Canada Energy Resources Company
- BP Canada Energy Trading Company
- BP Canada Finance Company
- BP Canada International Holdings B.V.
- BP Canada Investments Inc.
- BP Capellen Sarl
- BP Capital AUD V.O.F.
- BP Capital B.V.
- BP Capital EURO V.O.F.
- BP Capital Markets America Inc.
- BP Capital Markets p.l.c.
- BP Capital NOK BVBA
- BP Capital NOK V.O.F.
- BP Capital V.O.F.
- BP Caplux S.A.
- BP Car Finance Limited
- BP Caribbean (Holdings) Limited
- BP Caribbean Company
- BP Caribbean Trading Company Inc.
- BP Castrol KK
- BP Castrol Lubricants (Malaysia) Sdn. Bhd.
- BP Chembel N.V.
- BP Chemical US Sales Company
- BP Chemicals (International) Limited
- BP Chemicals (Ireland) Limited
- BP Chemicals (Korea) Limited
- BP Chemicals (Malaysia) Sdn. Bhd.
- BP Chemicals East China Investments Limited
- BP Chemicals France Holding
- BP Chemicals Investments Limited
- BP Chemicals Limited
- BP Chemicals S.E.A. Pte Ltd
- BP Chemicals Trading Limited
- BP Chile Petrolera Limitada
- BP China Exploration and Production Company
- BP China Limited
- BP China Ltd.
- BP Colombia Pipelines Limited
- BP Company North America Inc.
- BP Containment Response Limited
- BP Containment Response System Holdings LLC
- BP Continental Holdings Limited
- BP Corporate Holdings Limited
- BP Danmark A/S
- BP Developments Australia (No. 1) Pty Ltd
- BP Developments Australia Pty Ltd.
- BP Dhofar LLC
- BP Dogal Gaz Ticaret Anonim Sirketi
- BP East Arguni Ltd.
- BP East Kalimantan CBM Limited
- BP East Kalimantan Limited
- BP Eastern Mediterranean Limited
- BP Egypt Company
- BP Egypt East Delta Marine Corporation
- BP Egypt East Tanka B.V.
- BP Egypt Investments Limited
- BP Egypt LNG Limited
- BP Egypt Production B.V.
- BP Egypt Ras El Barr B.V.
- BP Egypt West Mediterranean (Block B) B.V.

- BP Employee Disaster Relief Fund, Inc.
- BP Energy America, L.L.C.
- BP Energy Asia Pte. Limited
- BP Energy Colombia Limited
- BP Energy Company
- BP Energy Company (Colombia) Ltd
- BP Energy do Brasil Ltda.
- BP Energy Europe Limited
- BP Energy Exploration Brazil, Inc.
- BP Energy Limited
- BP Energy Vietnam Limited
- BP Espana, S.A. Unipersonal
- BP Europa SE
- BP Europa SE Spolka Europejska Oddzial w Polsce
- BP Europa SE Zweigniederlassung BP Austria
- BP Europa SE, Hamburg, Zweigniederlassung BP (Switzerland) Zug
- BP Europe SE Magyarorszagi Fioktelepe
- BP Exploracion de Venezuela S.A.
- BP Exploration (Alaska) Inc.
- BP Exploration (Algeria) Limited
- BP Exploration (Alov) Limited
- BP Exploration (Alpha) Limited
- BP Exploration (Angola) Limited
- BP Exploration (Azerbaijan) Limited
- BP Exploration (Canada) Limited
- BP Exploration (Caspian Sea) Limited
- BP Exploration (Delta) Limited
- BP Exploration (El Djazair) Limited
- BP Exploration (Epsilon) Limited
- BP Exploration (Finance) Limited
- BP Exploration (Greenland) Limited
- BP Exploration (Morocco) Limited
- BP Exploration (Namibia) Limited
- BP Exploration (Nigeria Finance) Limited
- BP Exploration (Nigeria) Limited
- BP Exploration (Shafag-Asiman) Limited
- BP Exploration (Shah Deniz) Limited
- BP Exploration (South Atlantic) Limited

- BP Exploration (Vietnam) Limited
- BP Exploration (Xazar) Pte. Ltd.
- BP Exploration (Zeta) Limited
- BP Exploration Angola (Kwanza Benguela) Limited
- BP Exploration Australia Pty Ltd
- BP Exploration Beta Limited
- BP Exploration China Limited
- BP Exploration Company (Colombia) Limited
- BP Exploration Company (Middle East) Limited
- BP Exploration Company Limited
- BP Exploration do Brasil Ltda
- BP Exploration Indonesia Limited
- BP Exploration Investments B.V.
- BP Exploration Libya Limited
- BP Exploration Mexico Limited
- BP Exploration Mexico, S.A. De C.V.
- BP Exploration North Africa Limited
- BP Exploration Operating Company Limited
- BP Exploration Orinoco Limited
- BP Exploration Personnel Company Limited
- BP Exploration Services Limited
- BP Exploration Turkiye B.V.
- BP Exploration Venezuela Limited
- BP Express Shopping Limited
- BP Express Sp. z o.o.
- BP Finance (South East Asia) Limited
- BP Finance Australia Pty Ltd
- BP Finance p.l.c.
- BP Foreign Sales Inc.
- BP Foshan LPG Co., Ltd
- BP Foundation Incorporated
- BP France
- BP Fuels & Lubricants AS
- BP Fuels Deutschland GmbH
- BP Fuels Marketing Limited
- BP Fuels Romania S.R.L.
- BP FuJian Ltd
- BP Gas A/S
- BP Gas and Power Company

- BP Gas Austria GmbH Nfg. OHG
- BP Gas Espana, S. A. Unipersonal
- BP Gas Europe, S.A.U.
- BP Gas Marketing Limited
- BP Gas Nederland B.V.
- BP Gas Supply (Angola) LLC
- BP Gaz Anonim Sirketi
- BP Gelsenkirchen GmbH
- BP Gest 24-Exploração de Postos de Abastecimento e de Lojas de Conveniência-Sociedade Unipessoal Lda
- BP Ghana Limited
- BP Global Investments Limited
- BP Global Investments Salalah & Co LLC
- BP Global Special Products (America) Inc.
- BP Global Special Products Limited
- BP Global West Africa Limited
- BP Greece Limited
- BP Group Ireland Trustees Limited
- BP Guangdong Limited
- BP Guangzhou Development Oil Product Co., Ltd
- BP High Density Polyethylene France - BP HDPE
- BP Holdings (Thailand) Limited
- BP Holdings B.V.
- BP Holdings Canada Limited
- BP Holdings International B.V.
- BP Holdings North America Limited
- BP Hong Kong Limited
- BP Huizhou Limited
- BP Hydrogen Power Australia Pty Ltd
- BP IFC Belgium BVBA
- BP India Limited
- BP India Services Private Limited
- BP Indonesia Investment Limited
- BP International Limited
- BP International Services Company
- BP Interoil AG
- BP Investment Management Limited
- BP Investments Asia Limited
- BP Investments Eastern Europe Limited

- BP Iraq Limited
- BP Iraq N.V.
- BP Italia SpA
- BP Japan K.K.
- BP Japan Trading Limited
- BP Jiangmen LPG Co. Limited
- BP Kapuas I Limited
- BP Kapuas II Limited
- BP Kapuas III Limited
- BP Kazakhstan Limited
- BP Korea Limited
- BP Korea Marketing Limited
- BP Kuwait Limited
- BP Latin America LLC
- BP Lesotho (Pty) Limited
- BP Lingen GmbH
- BP LNG Shipping Limited
- BP LPG UK Limited
- BP Lubes Marketing GmbH
- BP Lubricants (UK) Limited
- BP Lubricants KK
- BP Lubricants Services Pty Ltd
- BP Lubricants USA Inc.
- BP Luxembourg S.A.
- BP Malawi Limited
- BP Malaysia Holdings Sdn. Bhd.
- BP Malta Limited
- BP Management International B.V.
- BP Management Netherlands B.V.
- BP Marine Limited
- BP Maritime Services (Isle of Man) Limited
- BP Maritime Services (Singapore) Pte. Limited
- BP Maritime Services Limited
- BP Marketing Egypt LLC
- BP Marketing Limited
- BP Mauritius Limited
- BP Middle East Enterprises Corporation
- BP Middle East Limited
- BP Middle East LLC
- BP Mocambique Limitada
- BP Mojave Germany 2 GmbH
- BP Mojave Nederland N.V.

- BP Muriah Ltd.
- BP Muturi Holdings B.V.
- BP Namibia (Proprietary) Limited
- BP Nederland Holdings BV
- BP Netherlands Exploration Holding B.V.
- BP New Zealand Holdings Limited
- BP New Zealand Share Scheme Limited
- BP Norge AS
- BP North Arafura Limited
- BP Nutrition Inc.
- BP Offshore Gathering Systems Inc.
- BP Offshore Pipelines Inc.
- BP Offshore Response Company LLC
- BP Oil (Gibraltar) Limited
- BP Oil (Thailand) Limited
- BP Oil and Chemicals International Philippines Inc.
- BP Oil Australia Pty Limited
- BP Oil Espana, S.A. Unipersonal
- BP Oil Hellenic S.A.
- BP Oil International Limited
- BP Oil Kent Refinery Limited
- BP Oil Llandarcy Refinery Limited
- BP Oil Logistics UK Limited
- BP Oil Marketing Co.
- BP Oil Marketing GmbH
- BP Oil New Zealand Limited
- BP Oil Pipeline Company
- BP Oil Refineria de Castellon, S.A. Unipersonal
- BP Oil Shipping Company, USA
- BP Oil Supply Company
- BP Oil UK Limited
- BP Oil Venezuela Limited
- BP Oil Vietnam Limited
- BP Oil Yemen Limited
- BP Olex Fanal Mineralol GmbH
- BP Overzee B.V.
- BP Pacific Investments Ltd
- BP Pakistan (Badin) Inc.
- BP Pakistan Exploration and Production, Inc.
- BP Panama SA
- BP Pension Trustees Limited
- BP Pensions (Overseas) Limited
- BP Pensions Limited
- BP Peru Limited
- BP Petrochemicals India Investments Limited
- BP PetroChina Petroleum Co., Ltd
- BP Petroleo y Gas, S.A.
- BP Petroleum (Gibraltar) Limited
- BP Petrolleri Anonim Sirketi
- BP Petronas Acetyls Sdn. Bhd.
- BP Philippines Inc.
- BP Pipelines (Alaska) Inc.
- BP Pipelines (BTC) Limited
- BP Pipelines (North America) Inc.
- BP Pipelines (SCP) Limited
- BP Pipelines (TANAP) Limited
- BP Pipelines Vietnam B.V.
- BP Polska SA
- BP Polska Services Sp. z o.o.
- BP Polypropylene France
- BP Portugal -Comercio de Combustiveis e Lubrificantes SA
- BP Power Trading Limited
- BP Products North America Inc.
- BP Properties Limited
- BP Quanzhou LPG Company Limited
- BP Raffinaderij Rotterdam B.V.
- BP Refinery (Kwinana) Proprietary Limited
- BP Refining & Petrochemicals GmbH
- BP Regional Australasia Holdings Pty Ltd
- BP Russian Investments Limited
- BP Sakhalin Inc.
- BP Santiago Pipelines Company
- BP Services International Limited
- BP Services N.V.
- BP Shafag-Asiman Limited
- BP Sharjah Limited
- BP Sharjah LPG Company
- BP Sharjah LPG Limited
- BP Sharjah Oil Company
- BP Shipcare Sdn. Bhd.

- BP Shipping Limited
- BP Singapore Pte. Limited
- BP Sinopec (ZheJiang) Petroleum Co., Ltd
- BP Social Investment Company
- BP Solar Arabia Ltd
- BP Solar Deutschland GmbH
- BP Solar do Brasil Ltda
- BP Solar Energy North America LLC
- BP Solar Espana, S.A. Unipersonal
- BP Solar France
- BP Solar Hellas S.A.
- BP Solar International Inc.
- BP Solar Italia S.R.L.
- BP Solar Malaysia Sdn. Bhd.
- BP Solar Maroc
- BP Solar Pty Ltd
- BP South East Asia Limited
- BP South West Pacific Limited
- BP Southern Africa (Proprietary) Limited
- BP Southern Cone Company
- BP Subsea Well Response (Brazil) Limited
- BP Subsea Well Response Limited
- BP Sunoasis Company Limited
- BP Sutton Limited
- BP Suzhou LPG Co., Ltd
- BP Swaziland (Pty) Limited
- BP Taiwan Limited
- BP Taiwan Marketing Limited
- BP Tanjung IV Limited
- BP Tanzania Limited
- BP Tanzania Provident Trust Limited
- BP Technology Ventures Inc.
- BP Toplivnaya Kompanya LLC
- BP Trade and Supply (Germany) GmbH, Hamburg
- BP Trading Limited
- BP TRAIN 2/3 HOLDING SRL
- BP Transportation (Alaska) Inc.
- BP Trinidad and Tobago LLC
- BP Trinidad Exploration B.V.
- BP Trinidad Processing Limited

- BP Turkey Refining Limited
- BP Venezuela Holdings Limited
- BP Venezuela Investments B.V.
- BP Venezuela Limited
- BP Vietnam Investments Limited
- BP West Arguni Ltd.
- BP West Aru I Limited
- BP West Aru II Limited
- BP West Coast Products LLC
- BP West Papua I Limited
- BP West Papua III Limited
- BP Wind Energy Limited
- BP Wind Energy North America Inc.
- BP Wiriagar Ltd.
- BP World-Wide Technical Services Limited
- BP YPC Acetyls Company (Nanjing) Limited
- BP Zambia Plc
- BP ZhongShan LPG Co.,Ltd
- BP Zhuhai Chemical Company Limited
- BP Zhuhai LPG Company Limited
- BP Zimbabwe (Pvt) Limited
- BP+Amoco International Limited
- BPA Investment Holding Company
- BP-Amoco Global Power (Europe) Limited
- BP-Husky Refining LLC
- BP-Japan Oil Development Company Limited
- BPNE International B.V.
- BPRY Caribbean Ventures LLC
- BPS BRINDISI 1 s.r.l.
- BPSA Education Foundation Trust
- BPSA Pension Fund
- BPZR (Ningbo) LPG Co., Ltd
- Braendstoflageret Kobenhavns Lufthavn I/S
- Brian Jasper Nominees Pty Ltd
- Britannic Energy Trading Limited
- Britannic Investments Iraq Limited
- Britannic Strategies Limited
- Britannic Trading Limited
- British Pipeline Agency Limited

- Britoil Limited
- Britoil Public Limited Company
- BSPE General, LLC
- BSPE Holdings, LLC
- BSPE Limited, LLC
- BSPE, L.P.
- BTC International Investment Co.
- BTC Pipeline Company
- BTC Pipeline Holding Company Limited
- Buckeye Exploration Limited
- Bunduq Company Limited
- Burmah Castrol Australia Pty Ltd
- Burmah Castrol Capital (Jersey) Limited
- Burmah Castrol Holdings Inc.
- Burmah Castrol Holdings Limited
- Burmah Castrol PLC
- Burmah Castrol South Africa (Pty) Limited
- Burmah Chile S.A.
- Burmah Endeavour Limited
- Burmah Enterprise Limited
- Burmah Fuels Australia Pty Ltd
- Burmah Oil (Louisiana) Inc.
- Burmah Oil Tankers Limited
- Burmah Vessel Operations Limited
- Burmah-Shell Oil Storage & Distributing Company of India Limited
- Butamax™ Advanced Biofuels LLC
- BXL Plastics Limited
- Cadman DBP Limited
- Caesar Oil Pipeline Company, LLC
- Campina Verde Bioenergia Ltda.
- Campina Verde Empreendimentos e Participacoes S.A.
- Candelaria Exploration Corporation
- Canmar (U.S.) Inc.
- Canstates Gas Marketing
- Cantera K-3 Limited Partnership
- Cape Vincent Wind Power, LLC
- Carpio Fotovoltaica, S.L.U.
- Carson Cogeneration Company
- Casitas Pipeline Company
- Castrol (China) Limited

- Castrol (Ireland) Limited
- Castrol (Shenzhen) Company Limited
- Castrol (Switzerland) AG
- Castrol (U.K.) Limited
- Castrol Australia Pty Limited
- Castrol Austria GmbH
- Castrol B.V.
- Castrol BP Petco Limited Liability Company
- Castrol Brasil Ltda.
- Castrol Canada Inc.
- Castrol Caribbean & Central America Inc.
- Castrol China Investments Limited
- Castrol Colombia Limitada
- Castrol Cuba S.A.
- Castrol d.o.o. Beograd
- Castrol de Venezuela C.A.
- Castrol Del Peru S.A.
- Castrol DongFeng Lubricant Co., Ltd
- Castrol Ecuador
- Castrol Hungaria Kereskedelmi Kft
- Castrol Hugaria Trading Co. Ltd.
- Castrol India Limited
- Castrol Industrial Limited
- Castrol Industrial North America Inc.
- Castrol Industrie und Service GmbH
- Castrol KK
- Castrol Limited
- Castrol Lubricants (CR), s.r.o.
- Castrol Lubricants International GmbH
- Castrol Lubricants RO S.R.L.
- Castrol Lubricants Sp.z.o.o.
- Castrol Marine Oil GmbH
- Castrol Marine Oils Limited
- Castrol Mexico, S.A. de C.V.
- Castrol Middle East Limited
- Castrol Namibia (Pty) Limited
- Castrol Offshore Limited
- Castrol Overseas Equities Limited
- Castrol Overseas Investments Limited
- Castrol Overseas Nominees Limited
- Castrol Overseas Securities Limited
- Castrol Pakistan (Private) Limited

- Castrol Philippines, Inc.
- Castrol Polska Sp. z o.o.
- Castrol Russia GmbH
- Castrol Servicos Ltda.
- Castrol Slovensko, s.r.o.
- Castrol South Africa (Pty) Limited
- Castrol Swaziland (Pty) Limited
- Castrol Switzerland AG
- Castrol Trading (Guangzhou) Limited
- Castrol Ukraine LLC
- Castrol Zimbabwe (Private) Limited
- CATS North Sea Limited
- Caudete Fotovoltaica, S.L.U.
- CCWE Holdings LLC
- Cedar Creek II Holdings LLC
- Cedar Creek II, LLC
- Cedar Creek Wind Energy, LLC
- Cekisan Depolama Hizmetleri Limited Sirketi
- Central Alberta Midstream (BP3) Company
- Central Itumbiara de Bioenergia e Alimentos S.A.
- Central Itumbiara de Empreendimentos e Participacoes S.A.
- Central Midstream (CCR3) Company
- Central North Sea Fibre Telecommunications Company Limited
- Centrel Pty Ltd
- Charringtons Fuels Limited
- Chartwin Enterprises Limited
- Chengdu First Energy Company Limited
- Cherry Point Cogen LLC
- Chicap Pipe Line Company
- China American Petrochemical Company, Ltd. (CAPCO)
- China LNG Shipping (International) Company Limited
- CH-Twenty Holdings LLC
- CH-Twenty, Inc.
- Clarisse Holdings Pty Ltd
- Cleopatra Gas Gathering Company, LLC
- Coastal Oil Logistics Limited
- Coastwise Guaranty Company
- Coastwise Trading Company, Inc.
- Compania de Inversiones El Condor Limitada
- Concessionaria Stalvedro S.A.
- Condor Investments (Pvt) Limited
- Consolidada de Energia y Lubricantes, (CENERLUB) C.A.
- Conti Cross Keys Inn, Inc.
- Coro Trading NZ Limited
- CrossAlta Gas Storage & Services Ltd.
- CSGP of Southeast Texas, LLC
- CSGP Services, L.P.
- Cuyama Pipeline Company
- Cypress Pipeline Company, L.L.C.
- Danish Refuelling Service I/S
- Danish Tankage Services I/S
- Deep Creek Wind Farm LLC
- Deepwater (GOM) II LLC
- Deepwater (GOM) LLC
- Delta Housing Inc.
- Denali - The Alaska Gas Pipeline LLC
- Denver Master Limited Partnership I
- Depot Petrolier de Lyon
- Dermody Developments Pty Ltd
- Dermody Holdings Pty Ltd
- Dermody Investments Pty Ltd
- Dermody Petroleum Pty Ltd
- Destin Pipeline Company, L.L.C.
- Deutsche Castrol Vertriebsgesellschaft mbH
- DHC Solvent Chemie GmbH
- Direct Fuels Limited
- Dofima BV
- Dolvik Utvikling AS
- Dome Beaufort Petroleum Limited
- Dome Beaufort Petroleum Limited (March 1980) Limited Partnership
- Dome Beaufort Petroleum Limited 1979 Partnership No. 1
- Dome Kerrobert Pipeline ULC
- Dome NGL Pipeline ULC
- Dome Petroleum LLC
- Dome Wallis (1980) Limited Partnership

- Dorchester Oil Trading Company Limited
- Dradnats, Inc.
- Duckhams Oils (Thailand) Company Limited
- Duckhams Oils Limited
- Dussek Campbell (Cables) Limited
- Dussek Campbell Limited
- Dusseldorf Fuelling Services GbR
- Dusseldorf Tank Services GbR
- DZO Holdings B.V.
- East Siberia Holdings Limited
- East Tanka Petroleum Company "ETAPCO"
- ECM Markets SA (Pty) Ltd
- Edom Hills Project 1, LLC
- Ekma Oil Company "EKMA"
- El Temsah Petroleum Company "PETROTEMSAH"
- Electrical Installations (Pvt) Limited
- Electrical Oil Services Limited
- Elite Customer Solutions Pty Ltd
- Elk River II, LLC
- Elm Holdings Inc.
- Elvary Neftegaz Holdings B.V.
- EMDAD Aviation Fuel Storage FZCO
- Emerald Offshore Services Limited
- Emirates Petroleum Terminals LLC
- Endicott Pipeline Company
- Endymion Oil Pipeline Company, LLC
- Energenomics LLC
- Energy Americas Receivables Company, LLC
- Energy Caspian Corporation
- Energy Emerging Investments, LLC
- Energy Global Investments (USA) Inc.
- Enstar LLC
- Enter SL
- Entrepot petrolier de Chambery
- Entrepôt Pétrolier de Puget sur Argens - EPPA
- EPIC Aviation, LLC
- Erdölchemie Unterstützungskasse GmbH
- ERE Betriebsfuhrungsgesellschaft mbH
- Erfurt Fuelling Services GbR
- Eroil Mineraloel GmbH - Diehl
- ESJ US Holdings LLC
- Esma Petroleum Company "ESMA"
- Estonian Aviation Fuelling Services
- Etzel-Kavernenbetriebsgesellschaft mbH & Co. KG
- Etzel-Kavernenbetriebs-Verwaltungsgesellschaft mbH
- Europa Oil NZ Limited
- Exomet, Inc.
- Expandite Contract Services Limited
- Exploration (Luderitz Basin) Limited
- Exploration Service Company Limited
- F&H Pipeline Company
- FFS Frankfurt Fuelling Services (GmbH & Co.) OHG
- FFS Frankfurt Fuelling Services GbR
- FIBIL SA
- Fingal Aviation Services Limited
- Finsbury Colorado Properties Inc.
- Finsbury Properties Inc.
- Fip Verwaltungs GmbH
- First-Tier Energy Ltd.
- Flat Ridge 2 Holdings LLC
- Flat Ridge 2 Wind Energy LLC
- Flat Ridge 2 Wind Energy South LLC
- Flat Ridge 2 Wind Holdings LLC
- Flat Ridge 3 Wind Energy LLC
- Flat Ridge Wind Energy, LLC
- Flughafen Hannover Pipeline Verwaltungsgesellschaft mbH
- Flughafen Hannover Pipelinegesellschaft mbH & Co. KG
- Ford County Wind Farm LLC
- Fork LPG GmbH
- Formosa BP Chemicals Corporation
- Foseco Chile Ltda.
- Foseco Holding International B.V.
- Foseco Holding, Inc.
- Foseco Management, Inc.
- Foseco Properties, Inc.
- Foseco Venezolana C.A.

- Foseco, Inc.
- Fosroc Expandite Limited
- Fosroc GmbH
- Fosven, CA
- Fowler I Holdings LLC
- Fowler II Holdings LLC
- Fowler III Holdings LLC
- Fowler Ridge Holdings LLC
- Fowler Ridge I Land Investments LLC
- Fowler Ridge II Holdings LLC
- Fowler Ridge II Wind Farm LLC
- Fowler Ridge III Holdings LLC
- Fowler Ridge III Wind Farm LLC
- Fowler Ridge IV Wind Farm LLC
- Fowler Ridge Wind Farm LLC
- Freebees B.V.
- Frühmesser Gesellschaft mit beschränkter Haftung
- Frühmesser GmbH & Co. KG, Landau
- Fuel & Retail Aviation Sweden AB
- Fuelling Aviation Service - FAS
- FUELPLANE- Sociedade Abastecedora de Aeronaves, Unipessoal, Lda
- Fundacioin BP Espana
- Fundación para la Eficiencia Energética de la Comunidad Valenciana
- Galaxy Biofuels LLC
- Gardena Holdings Inc.
- Gas Tanks Nederland B.V.
- Gasolin GmbH
- Gatwick Refuelling Services Limited
- Georg Reitberger Mineralole GmbH & Co. KG
- Georg Reitberger Mineralöle Verwaltungs GmbH
- Georgetown Holding Company
- Georgian Pipeline Company
- Geostock Holding
- Gesmin SNC
- Gezamenlijke Tankdienst Schiphol B.V.
- GFC AB
- GISSCO S.A.
- Global Aviation Services Limited
- GlobeFuel Systems & Services GmbH
- GNR San Juan Limited Partnership
- Golden Hills Wind Energy LLC
- Golden Hills Wind Farm LLC
- Goldlink Petroleum Distributors Pty Ltd
- GOAM 1 SAS
- GOMH Holdings, Inc.
- Goshen Phase II LLC
- Gothenburgh Fuelling Company AB (GFC)
- Grampian Aviation Fuelling Services Limited
- Grangemouth Holdings Limited
- Grangemouth Properties Limited
- Gravcap, Inc.
- Great Republic Power Partners, LLC
- Greater Pacific Limited
- Green Mountain Energy Company
- Green Power G.P., LLC
- Green Power Holdings, LLC
- Green Power Limited, LLC
- Groupement de Distribution de Carburants de Rungis
- Groupement Pétrolier de Strasbourg
- Groupement pour l'Avitaillement de Lyon Saint-Exupéry
- Groupement pour l'Avitaillement de Marseille Provence
- Groupement pour l'Avitaillement de Nice Cote d'Azur
- Groupement pour l'Avitaillement de Toulouse
- Groupement pour l'Avitaillement d'Orly
- Guangdong Dapeng LNG Company Limited
- Guangdong Investments Limited
- Guangzhou Wittenberg Petroleum Ltd
- Gulf Of Suez Petroleum Company "GUPCO"
- H & G Contracting Services Limited
- HAM Fuel & Retail Aviation Deutschland GmbH
- Hamburg Tank Service (HTS) GbR
- Handygas Limited
- Hargreaves Oil Trading Limited

- Havacilik Yakit Ikmali Operasyon Ortakligi
- Heating Innovations Austria GmbH
- HECA London Limited
- Heinrich Fip GmbH & Co. KG
- HFS Hamburg Fuelling Services GbR
- Hiergeist Heizolhandel GmbH & Co. KG
- Hiergeist Verwaltung GmbH
- Highlands Ethanol, LLC
- Holdings BBG Limited
- Hudspeth County Wind Farm LLC
- Hydrogen Energy Australia Pty Ltd
- Hydrogen Energy California LLC
- Hydrogen Energy International Limited
- Hydrogen Energy International LLC
- IGI Resources, Inc.
- Inam Operating Company Limited
- Independent Petroleum Laboratory Limited
- India Gas Solutions Private Limited
- ING Leasing GmbH & Co. Alpha-Quebec oHG
- Inland Corporation
- International Card Centre Limited
- Inversiones Bulo Bulo S.A.
- Iputi Empreendimentos e Participacoes S.A.
- ISLA Mayor Solar, S.L.U.
- Ituiutaba Bioenergia Ltda.
- Ituiutaba Empreendimentos e Participacoes S.A.
- J & A Petrochemical Sdn. Bhd.
- J & S Motors (Pvt) Limited
- J.H.C. Realisations Limited
- Jade Global UK Limited
- Jamaica Aircraft Refuelling Services Limited
- Jiu Feng ARCO Shipping Co. Ltd.
- Joint Basin Corporation
- Joshua Tree Solar Farm, LLC
- Jupiter Insurance Limited
- Kabulonga Properties Limited
- Keijzer-Durieux B.V.

- Kemwell Limited
- Ken-Chas Reserve Company
- Kenilworth Oil Company Limited
- Kime Properties (Pvt) Limited
- Kingston Research Limited
- Kitt Energy Corporation
- Klaus Köhn GmbH
- Klaus Köhn GmbH & Co. Mineralöl KG, Oldenburg
- KnifeSpoonFork B.V.
- Köhn & Plambeck GmbH & Co. KG
- Konsortium Nord West Olleitung GbR
- Konsortium Tanklager Betriebsgesellschaft Nurnberg GbR
- Korea Energy Investment Holdings B.V.
- K-Power Co., Ltd.
- Kurt Ammenn GmbH & Co. KG
- Kuwait Oil Company Limited
- LAO Chemicals Holding Company
- Latin Energy Argentina S.A.
- Lebanese Aviation Technical Services S.A.L.
- LFS Langenhagen Fuelling Services GbR
- Lilac Properties Limited
- Logan Aluminum Inc.
- Long Island Solar Farm LLC
- Los Palacios Exploration Corporation
- Lotos - Air BP Polska Spółka z ograniczoną odpowiedzialnością
- LP Autogas B.V.
- LP Gas B.V.
- LubeCon Canada Ltd.
- Lubricants UK Limited
- Ludgate Sixty Nine Limited
- Maatschap Europoort Terminal
- Macgas Limited
- Magaz Fotovoltaica, S.L.U.
- Main Pass Oil Gathering Company
- Major and Company Limited
- Malmo Fuelling Services AB
- Manchester Airport Storage & Hydrant Company Limited
- Marchena Fotovoltaica, S.L.U.

- Mardi Gras Endymion Oil Pipeline Company, LLC
- Mardi Gras Transportation System Inc.
- Markoil, S.A. Unipersonal
- Mars Oil Pipeline Company
- Masana Petroleum Solutions(PTY) LTD
- Matelub S.A.R.L. (Baldersheim/Frankreich)
- Mayaro Initiative for Private Enterprise Development
- McFall Fuel Limited
- Medina Holding Company
- Mediteranean Gas Co. "MEDGAS"
- Medway Oil and Storage company, Limited
- Mehoopany Holdings LLC
- Mehoopany Wind Energy LLC
- Mehoopany Wind Holdings LLC
- Melrose Oil Trading Company Limited
- Menehall Investments Limited
- Mes Technologia En Servicios Y Energia, S.A. DE C.V.
- Metro-Service B.V.
- Middle East Lubricants Company LLC
- Mid-Valley Pipeline Company
- Milne Point Pipeline, LLC
- Mineralol-Handels-Gesellschaft mbH, Celle
- Minza Pty Ltd
- Mobene GmbH & Co. KG
- Mobene Verwaltungs-GmbH
- Mojave County Wind Farm LLC
- Montilla Fotovoltaica, S.L.U.
- Moron Solar, S.L.U.
- Mountain City Remediation, LLC
- Munster, Simms & Co., Limited
- N.V. Rotterdam-Rijn-Pijpleiding Maatschappij (RRP)
- National Benzole Company Limited
- Natural Gas Vehicles Company "NGVC"
- Nederlandse Maatschappij voor Petroleumgassen 'Benegas' B.V.
- New Zealand Oil Services Limited

- NEWCO LPG Spolka z ograniczona odpowiedzialnoscia
- NFX Combustíveis Marítimos Ltda.
- NGL Ventures (Partnership)
- Nigermed Petroleum S.A.
- Ninnescah Wind Energy LLC
- No. 1 Riverside Quay Proprietary Limited
- Nodaway Wind Energy, LLC
- Nordic Lubricants A/S
- Nordic Lubricants AB
- Nordic Lubricants Oy
- Nord-West Oelleitung GmbH
- Norman Properties (Pvt) Limited
- North America Funding Company
- North Ghara Petroleum Company (NOGHCO)
- North October Petroleum Company "NOPCO"
- North Sea Carbon Management Company Limited
- Northern Plains Wind Energy, LLC
- Northstar Pipeline Company, LLC
- Nova Lubricants (Pvt) Limited
- Oak Hill Venture Fund Limited Partnership
- Oelwerke Julius Schindler GmbH
- Okeanos Gas Gathering Company, LLC
- Olympic Pipe Line Company
- OMD87, Inc.
- Omega Oil Company
- Orion Aardolieprodukten Onderneming B.V
- Orion Delaware Mountain Wind Farm LP
- Orion Energy Holdings, LLC
- Orion Energy L.L.C.
- Orion Lincoln County Wind Farm LLC
- Orion Post Land Investments, LLC
- Orion Sherbino Mesa Delaware LLC
- P. Marin Energia Solar, S.L.U.
- P.T. Amoco Mitsui PTA Indonesia
- P.T. Jasatama Petroindo
- Paardeil Investments (Pty) Limited

- Pacroy (Thailand) Co., Ltd.
- PAE E & P Bolivia Limited
- PAE Oil & Gas Bolivia Ltda.
- Pan American Energy Chile Limitada
- Pan American Energy do Brasil Ltda.
- Pan American Energy Holdings Ltd.
- Pan American Energy Iberica S.L.
- Pan American Energy Investments Ltd.
- Pan American Energy LLC
- Pan American Energy LNG LLC
- Pan American Energy Uruguay S.A.
- Pan American Fueguina S.A.
- Pan American Petroleum Company of California
- Pan American Petroleum Corporation
- Pan American Sur S.A.
- Pan Marine Services SA
- Pars Investment Corporation
- Paul Harling Mineralole GmbH & Co. KG
- Peaks America Inc.
- Pearl River Delta Investments Limited
- Pembina Wind Energy, LLC
- Penagree Limited
- Peninsular Aviation Services Company Limited
- Pentland Aviation Fuelling Services Limited
- Pet Gaz Anonim Sirketi
- Peterhead Hydrogen Power Limited
- Petro Shadwan Petroleum Company "PETRO SHADWAN"
- Petroperija, S.A.
- Petrostock SA
- Pharaonic Petroleum Company "PhPC"
- Phoenix Petroleum Services, Limited Liability Company
- PHP Construction Holdings, Inc.
- PHP Construction Limited
- PHP Operations
- PHP Trading Holdings, Inc.
- PHP Trading Limited
- Phu My 3 BOT Power Company Limited
- Pine Creek Resources, LLC
- Pipers Holdings Limited
- Platina Bioenergia Ltda.
- PLG Pflichtlagergesellschaft fuer Mineraloele AG
- PLR Oil Company Inc.
- Polyethylene Malaysia Sdn. Bhd.
- Premier Lubricants (S) Pte Ltd
- Premium Lubricants Romania S.R.L.
- Prince William Sound Oil Spill Response Corporation
- Products Cogeneration Company
- Produits Métallurgie Doittau SA - PROMEDO
- ProGas Enterprises Limited
- ProGas Limited
- ProGas U.S.A., Inc.
- Proteus Oil Pipeline Company, LLC
- PT BP Petrochemicals Indonesia
- PT Cakrawala Tata Sentosa
- PT Castrol Indonesia
- PT Cemerlang Pelumas Prima
- PT Jasatama Petroindo
- PT Petro Storindo Energi
- PT Vico Enterprises Indonesia
- PTE Pipeline LLC
- Pyramid Motor Corporation (Pvt) Limited
- Raffinerie de Strasbourg
- Rahamat Petroleum Company (PETRORAHAMAT)
- Raimund Mineraloel GmbH
- RAPI SA
- RD Petroleum Limited
- Reading Investment (Nominee) Limited
- Reax Industria e Comercio Ltda.
- Remediation Management Services Company
- Resolution Partners LLP
- Rhein-Main-Rohrleitungstransportgesellschaft mbH
- Richfield Oil Corporation
- Riley County Wind Farm LLC
- Rio Grande Pipeline Company

- Rodas Exploration Corporation
- Rolling Thunder I Power Partners, LLC
- Rolling Thunder II Power Partners, LLC
- Romanian Fuelling Services S.R.L.
- Ropemaker Deansgate Limited
- Ropemaker Gilston Limited
- Ropemaker Hams Hall Limited
- Ropemaker Heywood Limited
- Ropemaker Maidenhead Limited
- Ropemaker Nottingham Limited
- Ropemaker Properties Limited
- Ropemaker Stockley Limited
- Ropemaker Stratton (No.1) Limited
- Ropemaker Stratton (No.2) Limited
- Routex B.V.
- Rudeis Oil Company "RUDOCO"
- Ruehl Gesellschaft m.b.H. & Co KG.
- Ruhr Oel GmbH (ROG)
- Rundel Mineraloelvertrieb GmbH
- Rural Fuel Limited
- Russian Holdings Limited
- S&JD Robertson North Air Limited
- SABA- Sociedade Abastecedora de Aeronaves, Lda
- SAFCO SA
- Salzburg Fuelling GmbH
- Samsung-BP Chemicals Co., Ltd
- Sanilac County Wind Farm LLC
- Santa Cruz Exploration Corporation
- Saturn Insurance Inc.
- SBB Dortmund GmbH
- Scottish Oils Limited
- Servicios Logísticos de Combustibles de Aviación, S.L
- Setra Lubricants
- Setra Lubricants Kazakhstan LLC
- Shanghai Bi Ke Clean Energy Technology Co., Ltd
- Shanghai SECCO Petrochemical Company Limited
- Sharjah Aviation Services Co. LLC
- Sharjah Pipeline Company LLC
- Shell and BP Red Sea Trading Limited
- Shell and BP Scotland Limited
- Shell and BP Services Limited
- Shell and BP South African Petroleum Refineries (Pty) Ltd
- Shell Red Sea Limited
- Shell Zimbabwe (Pvt) Limited
- Shell-Mex and B.P. Limited
- Shenzhen Cheng Yuan Aviation Oil Company Limited
- Shenzhen Dapeng LNG Marketing Company Limited
- Sherbino I Holdings LLC
- Sherbino I Wind Farm LLC
- Sherbino II Holdings LLC
- Sherbino II Wind Farm LLC
- Sherbino Mesa I Land Investments LLC
- Shine Top International Investment Limited
- SIGAS-Armazenagem de Gas, ACE
- Silva Exploration Corporation
- Silver Brook Wind Farm LLC
- Silver Star I Power Partners, LLC
- Silver Star II Power Partners, LLC
- Simpson Creek Wind Farm LLC
- Sisseton Wind Farm LLC
- SKA Energy Holdings Limited
- SM Realisations Limited
- Sociedade de Promocao Imobiliaria Quinta do Loureiro, SA
- Société d'Avitaillement et de Stockage de Carburants Aviation "SASCA"
- Société de Gestion de Dépots d'Hydrocarbures - GDH
- Société de Gestion de Produits Pétroliers - SOGEPP
- SOFAST Limited
- SOL BR1
- Solar Services Inc.
- Solarex Electric Ltd.
- SOPEFRA 3
- South Caucasus Pipeline Company Limited
- South Caucasus Pipeline Holding Company Limited

- South Caucasus Pipeline Option Gas Company Limited
- South Houston Green Power, LLC
- South Louisiana Biofuels LLC
- Southeast Texas Biofuels LLC
- Southern Ridge Pipeline GP LLC
- Southern Ridge Pipeline Holding Company
- Southern Ridge Pipeline LP LLC
- Southern Ridge Pipeline Partners LP
- ST BP Holdings Limited
- ST-Airport Services Pte Ltd
- Standard Oil Alternate Energy Development Company
- Standard Oil Company, Inc.
- STDG Strassentransport Dispositions Gesellschaft mbH
- STDG Strassentransport Dispositions GMBH Spolka z ograniczona odpowiedzialnoscia - Oddzial w Polsce
- Stellaria Property Company Limited
- Stonewall Resources Ltd.
- Stuttgart Fuelling Services GbR
- Sunderland Oil Storage Limited
- Sunrise Oil Sands Partnership
- TAA - Tankanlagen Auhafen AG
- Tankanlage AG Mellingen
- TAR - Tankanlage Ruemlang AG
- Taradadis Pty Ltd
- Tata BP Solar India Limited
- TAU Tanklager Auhafen AG
- TBG Tanklager Betriebs GmbH
- TBN Tanklager-Betriebsgesellschaft Nurnberg GmbH
- TEA Comercio E Participacoes Ltda.
- Tecklenburg GmbH
- Tecklenburg GmbH & Co. Energiebedarf KG
- Teknik Petrol Urunleri Servis Yonetim ve Elektrik Uretim ve Dagitim Limited Sirketi
- Telcom General Corporation
- Terminales Canarios, S.L.
- Terrapin Creek Holdings LLC
- Terrapin Creek Wind Energy LLC
- Terre de Grace Partnership
- Texas Cotton Valley Sand Limited Partnership
- TFSB Turbo Fuel Services Berlin GbR (Schonefeld)
- TGFH Tanklager-Gesellschaft Frankfurt-Hahn GbR
- TGH Tankdienst-Gesellschaft Hamburg GbR
- TGHL Tanklager-Gesellschaft Hannover-Langenhagen GbR
- TGS Tankdienst-Gesellschaft Stuttgart GbR
- The Anaconda Company
- The Baku-Tbilisi-Ceyhan Pipeline Company
- The BP Share Plans Trustees Limited
- The British Petroleum Company Limited
- The Burmah Oil Company (Pakistan Trading) Limited
- The Consolidated Petroleum Company Limited
- The Consolidated Petroleum Supply Company Limited
- The Marine Alliance (UK) Limited
- The Marine Alliance B.V.
- The Marine Alliance Rotterdam B.V.
- The Power Petroleum Company Limited
- The Standard Oil Company
- The Sullom Voe Association Limited
- Titan Wind, LLC
- TLM Tanklager Management GmbH
- TLS Tanklager Stuttgart GmbH
- TNK Industrial Holdings Limited
- TNK-BP Limited
- TOC-Rocky Mountains Inc.
- Toledo Refinery Holding Company LLC
- Top Notch Wind Farm LLC
- Torsina Oil Company "TORSINA"
- Towson Commons Ltd. Partnership
- Trafineo GmbH & Co. KG
- Trafineo Verwaltungs-GmbH
- TransTank GmbH

- Trinity Hills Wind Farm LLC
- Tropical BioEnergia S.A.
- TSG Polska Spolka z ograniczona odpowiedzialnocia
- TSG Tankstellen Support GmbH
- TXC Green Power LLC
- UKCS Carbon Management Company Limited
- Unimar LLC
- Union Texas (Argentina) Ltd.
- Union Texas (Transnational) Limited
- Union Texas Adriatic, Inc.
- Union Texas Azerbaijan Limited
- Union Texas do Brasil Limited
- Union Texas Energy Development Limited
- Union Texas Hellas, Inc.
- Union Texas International Corporation
- Union Texas Kazakhstan Limited
- Union Texas Kazakhstan Offshore Limited
- Union Texas Petroleum
- Union-Tank Eckstein GmbH
- Union-Tank Eckstein GmbH & Co. KG
- United Gas Derivatives Company "UGDC"
- United Kingdom Oil Pipelines Limited
- UT Acadia, LLC
- UT Petroleum Energy, LLC
- UT Petroleum Services, LLC
- UTA Espana S.L.
- UTA Italia S.r.l., Verona /Italien
- UTA Nederland B.V.
- UTA Tank A.G.
- Utah Oil Refining Company
- Utrera Fotovoltaica, S.L.U.
- Vastar Energy, Inc.
- Vastar Gas Marketing, Inc.
- Vastar Holdings, Inc.
- Vastar Pipeline, Inc.
- Vastar Power Marketing, Inc.
- Veba Oil & Gas Cerro Negro GmbH
- Veedol International Limited
- Verano Collateral Holdings LLC
- Veruba Pty Ltd
- VIC CBM Limited
- Viceroy Investments Limited
- Virginia Indonesia Co. CBM Limited
- Virginia Indonesia Co., LLC
- Virginia International Co., LLC
- Virginia Services Ltd., LLC
- Vivergo Fuels Limited
- Vostok-Shmidt Neftegaz Holdings B.V.
- VTA Verfahrenstechnik und Automatisierung GmbH
- Walton-Gatwick Pipeline Company Limited
- Warrenville Development Ltd. Partnership
- Water Way Trading and Petroleum Services LLC
- Watson Cogeneration Company
- Waunita Wind Energy, LLC
- Welchem Canada Ltd.
- Welchem Trinidad, Inc.
- Welchem, Inc.
- West Kimberley Fuels Pty Ltd
- West London Pipeline and Storage Limited
- West Morgan Petroleum Company (PETROMORGAN)
- WESTBIT AB
- Westlake Houston Development, LLC
- Westoil Petroleum Pty Ltd
- Westside Solar, LLC
- White Pines Wind Farm LLC
- Whiting Clean Energy, Inc.
- Whitney Point Solar, LLC
- Wilburton Hub, Inc.
- Wilprise Pipeline Company, L.L.C.
- Windpark Energy Nederland B.V.
- Wiri Oil Services Limited
- Yangtze River Acetyls Co., Ltd
- Yasdan Limited
- Young's Paraffin Light and Mineral Oil Company (Limited)
- Yuma County Wind Farm LLC
- Yuma Wind Energy, LLC

- Zamlube Re-refiners Limited
- ZAO Baltic Petroleum
- ZAO Bi Neft
- Zapad-Shmidt Neftegaz Holdings B.V.
- 0936326 B.C. Unlimited Liability Company
- 123456 Delaware LLC
- 1594416 Alberta Ltd.
- 200 PS Aircraft Holdings Inc.
- 200 PS Investment Company
- 200 PS Overseas Holdings Inc.
- 3101805 Nova Scotia Company
- 33 North Lorel Limited Partnership
- 338 Resources Company
- 4321 North 800 West LLC
- 563916 Alberta Ltd.
- 5836 West Washington Limited Partnership
- 858965 Alberta Ltd.