**Appendix 10: Schedule of Submissions to DOJ ENRD Under Paragraph 37**

**Administrative Agreement Documents**

|   | Administrative Agreement Section | Administrative Agreement Report, Notice, or Other Deliverable | Deadline for Submittal to DOJ ENRD | Specific Document or Information to be Submitted to DOJ ENRD |
|---|---|---|---|---|
| 1. | Section IV, ¶ 6 | Report of New Foreign Covered Transactions (list of new contracts between non-US BP companies and the US government since the time of the amendment of the EPA Administrative Agreement) | Submit with the Administrative Agreement Annual Report | Provide list of new contracts, if any, between non-US BP Entities and the US government since December 24, 2014 |
| 2. | Section V, ¶ 1(E) | BP's Formal Notification of Non-Compliance with the Terms of Probation, Exhibit B or the Implementation Plan | Submit within 30 Days of such notice being sent to the EPA Authorized Representative | Formal notice letter to EPA Authorized Representative |

Appendix 10-1

|   | Administrative Agreement Section | Administrative Agreement Report, Notice, or Other Deliverable | Deadline for Submittal to DOJ ENRD | Specific Document or Information to be Submitted to DOJ ENRD |
|---|---|---|---|---|
| 3. | Section V, ¶ 2(A) | Notice of discovery of violation of the Securities and Exchange Commission Judgment Order | Submit within 30 Days of such notice being sent to the EPA Authorized Representative | Formal notice letter to EPA Authorized Representative |
| 4. | Section VII, ¶ 1 | Ethics Monitor Reports under the Administrative Agreement | Within 60 Days of Effective Date if a final report is received prior to the Effective Date<br><br>Within 60 Days after receipt of final Ethics Monitor Report for reports received after the Effective Date | Final Ethics Monitor Reports |
| 5. | Section VII, ¶ 3 | BP Group US Businesses Ethics & Compliance Annual Audit Schedule | Submit with the Administrative Agreement Annual Report | Schedule of E&C Compliance Audits |
| 6. | Section VII, ¶ 10(A) (4) | OpenTalk Summary Report - Nature, Status and Outcome of Significant Investigations | Submit with the Administrative Agreement Annual Report | Either provide a summary in the Administrative Agreement Annual Report or provide the OpenTalk Summary Report as a separate submission |
| 7. | Section IX, ¶ 2 | BSEE Notice of Unacceptable Performance (notice from BSEE to EPA) | Within 30 days of BP's receipt of such notice | BSEE formal notice of a referral of a determination of unacceptable performance by a BPXP/BPXA Entity to BOEM |

| | Administrative Agreement Section | Administrative Agreement Report, Notice, or Other Deliverable | Deadline for Submittal to DOJ ENRD | Specific Document or Information to be Submitted to DOJ ENRD |
|---|---|---|---|---|
| 8. | Section IX, ¶ 4 | SEMS audit schedules, authorized plans, and final reports, with corrective action plans (SEMS is a safety and environmental management system required by BSEE in the GOM. EPA and PSM are receiving copies of the audits, reports and CAPs) | Submit with the Administrative Agreement Annual Report | Summary to be contained in the annual report of SEMS audit activities for prior year |
| 9. | Section IX, ¶ 7 | Leading and Lagging Safety Indicator Metrics | Submit with the Administrative Agreement Annual Report | The Annual Report shall contain these metrics |
| 10. | Section X, ¶ 1 | Administrative Agreement Annual Reports sent to EPA Authorized Representative prior to the Effective Date of the Consent Decree | Submit within 60 Days of the Effective Date of the Consent Decree | Administrative Agreement Annual Report |
| 11. | Section X, ¶ 1 | Administrative Agreement Annual Reports sent to EPA Authorized Representative after the Effective Date of the Consent Decree | Same as Administrative Agreement deadline for submittal to EPA's Authorized Representative (*e.g.* March 31 of each year unless extended by EPA) | Administrative Agreement Annual Report |

|  | **Administrative Agreement Section** | **Administrative Agreement Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Specific Document or Information to be Submitted to DOJ ENRD** |
|---|---|---|---|---|
| 12. | Section XI, ¶ 2(B) | Auditor annual certification of independence | Submitted with the Administrative Agreement Annual Report, provided that it is timely received from the Auditor. If not timely received, submitted within 30 Days of receipt from the Auditor | Certification of independence from the Auditor |
| 13. | Section XI, ¶ 3(A)(4) | Auditor Annual Report | Within 60 Days of Effective Date if a final report is received prior to the Effective Date<br><br>Within 60 Days after receipt of final report for reports received after the Effective Date | Letter setting forth any final findings of deficiency and corrective actions taken or to be taken |
| 14. | Section XI, ¶ 3(A)(5) | Formal Auditor notice to EPA Authorized Representative of a potential legal violation | Within 30 Days of receipt by BP Entities | Formal Auditor notice to EPA Authorized Representative of a potential legal violation |
| 15. | Section XI, ¶ 3(A)(6) | Formal BPA or Auditor notice to EPA Authorized Representative of a deficiency in compliance | Submitted with the Administrative Agreement Annual Report | Summary contained in Annual Report of final findings of deficiencies and corrective actions |
| 16. | Section XII, ¶ 5 | Quarterly notification of initiation of certain legal proceedings | Submitted with the Administrative Agreement Annual Report | Summary contained in Annual Report of initiation of legal proceedings for prior year |

|    | Administrative Agreement Section | Administrative Agreement Report, Notice, or Other Deliverable | Deadline for Submittal to DOJ ENRD | Specific Document or Information to be Submitted to DOJ ENRD |
|----|---|---|---|---|
| 17. | Section XII, ¶ 7 | Written disclosures and notifications to EPA Authorized Representative of credible evidence of certain violations related to federal procurement and nonprocurement transactions, notification of the outcome of investigations of such credible evidence of certain violations, and summary reports of the status of such investigations contained in the Annual Reports | Submitted with the Administrative Agreement Annual Report | Summary reports of the status of investigations conducted pursuant to this Paragraph 7 |
| 18. | Section XII, ¶ 9 | Notice to EPA Authorized Representative of sale, assignment, or transfer of 50% of a Respondent's assets to an unaffiliated third party<br><br>Notice to EPA Authorized Representative of Respondent's sale or transfer of ownership of any BP Covered Entity in its entirety to an unaffiliated third party | Submitted with the Administrative Agreement Annual Report | Actual notice sent to EPA Authorized Representative or a summary of the sale or transaction contained in the Annual Report |

|  | Administrative Agreement Section | Administrative Agreement Report, Notice, or Other Deliverable | Deadline for Submittal to DOJ ENRD | Specific Document or Information to be Submitted to DOJ ENRD |
|---|---|---|---|---|
| 19. | Section XII, ¶ 10 | Notice of purchase of new entity which enters into procurement or covered nonprocurement transactions with the United States<br><br>Notice of purchase or establishment of new business units in the United States or new BP Affiliates with foreign business if implementation of the Administrative Agreement in the new unit will require more than 180 Days | Submitted with the Administrative Agreement Annual Report | Actual notice sent to EPA Authorized Representative or a summary of the acquisition or transaction, and integration timeline (if applicable) contained in the Annual Report |
| 20. | Section XII, ¶ 13 | Notification to EPA Authorized Representative of employee debarment | Submitted with the Administrative Agreement Annual Report | Summary contained in Annual Report |
| 21. | Section XII ¶ 15 | Notification from EPA of material breach of the Administrative Agreement | Within 30 Days of receipt from EPA of formal written notice | Formal notice letter from EPA of material breach of the Administrative Agreement |
| 22. | Section XII ¶ 19 | Notification from EPA of initiation of suspension, debarment, or statutory disqualification based on material breach of the Administrative Agreement | Within 30 Days of receipt from EPA of formal written notice | Formal notice letter from EPA of initiation of suspension, debarment, or statutory disqualification based on material breach of the Administrative Agreement |

|  | Administrative Agreement Section | Administrative Agreement Report, Notice, or Other Deliverable | Deadline for Submittal to DOJ ENRD | Specific Document or Information to be Submitted to DOJ ENRD |
|---|---|---|---|---|
| 23. | Section XII, ¶ 30 | Requests for Modification (Any request to modify or terminate the agreement early must be submitted to EPA and agreed by the parties) | Submitted with the Administrative Agreement Annual Report | Summary of request and outcome provided in Annual Report. |

**Exhibit B and Implementation Plan Documents**

|  | **Exhibit B and Implementation Plan Citation** | **Exhibit B and Implementation Plan Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Nature of Submission to DOJ ENRD** |
|---|---|---|---|---|
| 24. | Ex. B, ¶ 4(c) | Reports of Ethics Monitor | Within 60 Days of Effective Date if a final report is received prior to the Effective Date<br><br>Within 60 Days after receipt of final report for reports received after the Effective Date | Ethics Monitor Report containing final monitor recommendations |
| 25. | Ex. B, ¶ 4(c) | Reports of Process Safety Monitor | Within 60 Days of Effective Date if a final report is received prior to the Effective Date<br><br>Within 60 Days after receipt of final report for reports received after the Effective Date of the Consent Decree | Process Safety Monitor Report containing final monitor recommendations |

|  | **Exhibit B and Implementation Plan Citation** | **Exhibit B and Implementation Plan Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Nature of Submission to DOJ ENRD** |
|---|---|---|---|---|
| 26. | Ex. B, ¶ 4(d) | Notification that recommendations of monitor(s) are inconsistent with law, regulation, or otherwise inadvisable | Within 30 Days of submission to the Department of Justice Criminal Division for notice of objections<br><br>Within 30 Days of receipt for final alternate recommendations | Formal notice of objections to monitor(s) recommendations submitted to the Department of Justice Criminal Division<br><br>Final alternate recommendations agreed to with Department of Justice Criminal Division |
| 27. | Ex. B ¶ 23(b), Imp. Plan Section E | Annual Progress Reports submitted to the Department of Justice Criminal Division **Prior the to Effective Date** | Within 60 Days of the Effective Date | Annual Progress Report |
| 28. | Ex. B ¶ 23(b), Imp. Plan Section E | Annual Progress Reports submitted to the Department of Justice Criminal Division **After the Effective Date** | Within 60 Days of submission to the Department of Justice Criminal Division | Annual Progress Report |
| 29. | Ex. B, ¶ 32, Imp. Plan Section F | Request for modification of Implementation Plan | Within 30 Days of submission to the Department of Justice Criminal Division | Written request for modification of Implementation Plan |

|  | **Exhibit B and Implementation Plan Citation** | **Exhibit B and Implementation Plan Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Nature of Submission to DOJ ENRD** |
|---|---|---|---|---|
| 30. | Ex. B, ¶ 32, Imp. Plan Section G | BPXP Notice of failure to comply with the Implementation Plan and corrective action plan for any such failure | Within 30 Days of submission to Probation Officer | BPXP's written notice of failure to comply with the Implementation Plan and applicable corrective action plan |
| 31. | Ex. B, ¶ 32, Imp. Plan Section G | The Department of Justice Criminal Division notice to BPXP of failure to comply with the Implementation Plan | Within 30 Days of receipt from the Department of Justice Criminal Division | The Department of Justice Criminal Division's formal written notice of a failure to comply with the Implementation Plan |
| 32. | Ex. B, ¶ 5, Imp. Plan Section H, ¶ 5.3.1 | Certification of list of contracted Drilling Rigs and contract length | Submit with the Plea Agreement Annual Report | Certification of list of contracted Drilling Rigs and contract length at time of Approval of Implementation Plan as required by Imp. Plan Section H, ¶ 5.3.1 |
| 33. | Ex. B, ¶ 5, 6, 7 Imp. Plan Section H, ¶ 5.3.3, 6.3.4, and 7.3.4 | Summary of SEMS audit activities | Submit with the Plea Agreement Annual Report | Summary of SEMS audit activities required by Imp. Plan Section H, ¶¶ 5.3.3, 6.3.4, and 7.3.4 |
| 34. | Ex. B, ¶ 6, Imp. Plan Section H, ¶¶ 6.3.1 through 6.3.3 | Certifications related to Deepwater Drilling Rig contractors | Submit with the Plea Agreement Annual Report | Certifications related to Deepwater Drilling Rig contractors as required by Imp. Plan Section H, ¶¶ 6.3.1 through 6.3.3 |

| | **Exhibit B and Implementation Plan Citation** | **Exhibit B and Implementation Plan Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Nature of Submission to DOJ ENRD** |
|---|---|---|---|---|
| 35. | Ex. B, ¶ 7, Imp. Plan Section H, 7.3.1 | Certification of Platform or Platform Rigs | Submit with prior years' Plea Agreement Annual Reports | Certifications of Platforms or Platform Rigs as required by Imp. Plan Section H, Par 7.3.1 |
| 36. | Ex. B, ¶ 9, Imp. Plan Section H, 9.3.1 | Third party verification of Blowout Preventers – lists and certifications | Submit with the Plea Agreement Annual Report | List of moored or dynamically positioned Drilling Rigs required by Imp. Plan Section H, ¶ 9.3.1(a)<br><br>List of third parties that verified testing and maintenance required by Imp. Plan Section H, ¶ 9.3.1(b)<br><br>Certification of maintenance required by Imp. Plan Section H. ¶ 9.3.1(c) |

|  | **Exhibit B and Implementation Plan Citation** | **Exhibit B and Implementation Plan Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Nature of Submission to DOJ ENRD** |
|---|---|---|---|---|
| 37. | Ex. B, ¶ 11, Imp. Plan Section H, 11.3.1 | List of cementing SMEs and third parties used to satisfy review and approval requirements, with annual updates and certifications of completion of candidate screening process | Submit with the Plea Agreement Annual Report | Submit the summary of cementing activities required by Imp. Plan Section H, 11.3.5 as part of the Plea Agreement Annual Report |
| 38. | Ex. B, ¶ 11, Imp. Plan Section H, 11.3.2 | Addendum to each Application for Permit to Drill (name of SME that reviewed cement design and statement that cement lab test was witnessed by engineer or third party) | Submit with the Plea Agreement Annual Report | Submit the summary of cementing activities required by Imp. Plan Section H, 11.3.5 as part of the Plea Agreement Annual Report |
| 39. | Ex. B, ¶ 11, Imp. Plan Section H, 11.3.3 | Well Activity Reports – Lab Results (results must include name of engineer or third party that witnessed results) | Submit with the Plea Agreement Annual Report | Submit the summary of cementing activities required by Imp. Plan Section H, 11.3.5 as part of the Plea Agreement Annual Report |
| 40. | Ex. B, ¶ 11, Imp. Plan Section H, 11.3.4 | Cement SME competency requirements, candidate screening process, and modifications thereof | Submit with the Plea Agreement Annual Report | Submit the summary of cementing activities required by Imp. Plan Section H, 11.3.5 as part of the Plea Agreement Annual Report |
| 41. | Ex. B, ¶ 12, Imp. Plan Section H, 12.3.1 | Description of Houston Monitoring Center | Submit with the Plea Agreement Annual Report | Submit the summary of Houston Monitoring Center activities required by Imp. Plan Section H, 12.3.3 as part of the Plea Agreement Annual Report |

| | **Exhibit B and Implementation Plan Citation** | **Exhibit B and Implementation Plan Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Nature of Submission to DOJ ENRD** |
|---|---|---|---|---|
| 42. | Ex. B, ¶ 12, Imp. Plan Section H, 12.3.2 | Log of Monitoring Center outages | Submit with the Plea Agreement Annual Report | Submit the summary of Houston Monitoring Center activities required by Imp. Plan Section H, 12.3.3 as part of the Plea Agreement Annual Report |
| 43. | Ex. B, ¶ 13 Imp. Plan Section H, ¶ 13.3 | Incident Summary Report documenting all incidents operators are required to report under 30 C.F.R. § 250.188 | Submit with the Plea Agreement Annual Report | Incident Summary Report shall be submitted as a separate appendix to the Plea Agreement Annual Report and designated as confidential business information |
| 44. | Ex. B, ¶ 14, Imp. Plan Section H, ¶ 14.3.3 | Certifications, training descriptions, and certain other documentation related to Oil Spill Response Plan personnel and training | Submit with the Plea Agreement Annual Report | Certifications of BPXP personnel in certain positions and their training pursuant to Imp. Plan Section H, ¶ 14.3.3(a) and (b)<br><br>Description of Oil Spill Response Plan training and exercises pursuant to Imp. Plan Section H., ¶ 14.3.3 (c)<br><br>PREP Triennial Cycle Documentation Form pursuant to Imp. Plan Section H. ¶ 14.3.3 (d) |

|  | **Exhibit B and Implementation Plan Citation** | **Exhibit B and Implementation Plan Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Nature of Submission to DOJ ENRD** |
|---|---|---|---|---|
| 45. | Ex. B, ¶ 15, Imp. Plan Section H, 15.3.4 | Crisis Management Center description (location, resources, number, titles and qualifications of staff, staffing schedule, availability, and oil spill response training/drills for staff) | Submit with the Plea Agreement Annual Report | Summary required by Imp. Plan Section H, ¶ 15.3.4 to be provided in Annual Report |
| 46. | Ex. B, ¶ 16, Imp. Plan Section H, ¶¶ 16.3.3 and 16.3.4 | Description of training by any new supplier of source control equipment (type of training provided by new supplier)<br><br>Annual certification of personnel and training | Submit with the Plea Agreement Annual Report | Certification of training and personnel required by Imp. Plan Section H, ¶ 16.3.4.a<br><br>Description of training activities required by Imp. Plan Section H, ¶ 16.3.4.b |

|  | **Exhibit B and Implementation Plan Citation** | **Exhibit B and Implementation Plan Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Nature of Submission to DOJ ENRD** |
|---|---|---|---|---|
| 47. | Ex. B, ¶ 17, Imp. Plan Section H, ¶ 17.3.2 | Certification of personnel who participated in industry oil spill response exercises<br><br>Description of oil spill response exercises and lessons learned<br><br>Triennial Cycle Documentation Form | Submit with the Plea Agreement Annual Report | Certification required by Imp. Plan Section H, ¶ 17.3.2.a<br><br>Description of oil spill response exercises required by Imp. Plan Section H, ¶ 17.3.2.b<br><br>Triennial Cycle Documentation Form required by Imp. Plan Section H, ¶ 17.3.2.c |

|  | **Exhibit B and Implementation Plan Citation** | **Exhibit B and Implementation Plan Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Nature of Submission to DOJ ENRD** |
|---|---|---|---|---|
| 48. | Ex. B, ¶¶ 18,19 Imp. Plan Section H, ¶¶ 18.3.1, 18.3.3, 19.2.1, 19.3.3 | Schedules of OSRP Table Top exercises and other response exercises<br><br>Certifications of personnel participation in table top exercises<br><br>Table top exercise descriptions,<br><br>PREP Triennial Cycle Documentation Form<br><br>Certification of notice to the United States,<br><br>List of exercises that the United States participated in | Submit with the Plea Agreement Annual Report | Summary and documentation required by Imp. Plan. Section H, ¶¶ 18.3.3(a), (b), and (c)<br><br>Summary and documentation required by Imp. Plan, Section H, ¶¶ 19.3.1(a) and (b) |
| 49. | Ex. B, ¶ 20, Imp. Plan Section H, 20.3.3 | Certification that all approved OSRPs or OSRPs submitted to BSEE for approval meet the requirements of Paragraph 20 of Exhibit B and a description of where the requirements are met | Submit with the Plea Agreement Annual Report | Certification as set forth in Imp. Plan Section H, ¶ 20.3.3.(a)<br><br>Description of where Paragraph 20 requirements are addressed in currently approved OSRP as set forth in Imp. Plan Section H, ¶ 20.3.3.(b) |

|    | **Exhibit B and Implementation Plan Citation** | **Exhibit B and Implementation Plan Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Nature of Submission to DOJ ENRD** |
|---|---|---|---|---|
| 50. | Ex. B, ¶ 21, 22 Imp. Plan Section H, 21.3, 22.3 | Safety Technology Pilot Project Plans, Reports and Determinations (Plan and Final Report on three pilot projects) | Submit with the Plea Agreement Annual Report | Summary of pilot project and technology enhancements required by Imp. Plan Section H, ¶ 21.3.5(a) and (b) and by Imp. Plan, Section H, ¶ 22.3.3(a) and (b) |
| 51. | Ex.B, ¶ 24, Imp. Plan Section H, ¶ 24.3 | Certifications related to blind shear rams | Submit with the Plea Agreement Annual Report | Certifications required by Imp. Plan Section H, ¶ 24.3.1(a) through (d) |
| 52. | Ex. B, ¶ 25, Imp. Plan Section H, 25.3 | Description of S&OR organization (general description and summary of work, list of stop work examples, and description of new safety requirements published during prior year) | Submit with the Plea Agreement Annual Report | Description of BPXP safety organization for deepwater drilling required by Imp. Plan Section H, ¶ 25.3.2(a)<br><br>Summary of safety organization's work during the prior calendar year required by Imp. Plan Section H, ¶ 25.3.2(b) |
| 53. | Ex. B ¶ 26-31, Imp. Plan Section H, 26.3.2 | Auditor's Annual Report (report by third party Auditor of BP's compliance with Plea Agreement and Imp. Plan) | Submit within 30 Days after final findings of deficiency have been received by BPXP | Letter setting forth Auditor's final findings of deficiency |
| 54. | Ex. B ¶ 26-31, Imp. Plan Section H, 26.3.4 | Written notices of deficiency from third party Auditor outside of Auditor's Annual Report. | Submit within 30 Days after final findings of deficiency have been received by BPXP | Formal written notice of final findings of deficiency |

| | **Exhibit B and Implementation Plan Citation** | **Exhibit B and Implementation Plan Report, Notice, or Other Deliverable** | **Deadline for Submittal to DOJ ENRD** | **Nature of Submission to DOJ ENRD** |
|---|---|---|---|---|
| 55. | Ex. B ¶ 26-31, Imp. Plan Section H, 26.3.4 | BPXP corrective action plan to address deficiencies identified by Auditor | Submit with the Plea Agreement Annual Report | Summary of final findings of deficiencies and how BPXP addressed those deficiencies as required by Imp. Plan, Section H, ¶ 26.3.5(a) |