## Appendix 11: Documents to be Publicly Posted by BPXP Pursuant to Paragraph 38

### Administrative Agreement Documents/Information

| Administrative Agreement Section | Requirement of Administrative Agreement | Document or Information to Be Posted to Website |
|---|---|---|
| Section V, ¶ 1(E) | BPXP's Notification of Non-Compliance with Terms of Probation, Exhibit B or Implementation Plan | Summary in Annual Report pursuant to Section X, ¶ 1. [¶ 38(a)(ii) of Consent Decree] |
| Section V, ¶ 2 | Formal notice of violation of SEC Judgment Order | Post formal notice of violation within 30 days of receipt. [¶ 38(a)(iii) of Consent Decree] |
| Section IX, ¶ 2 | BSEE Notice of Unacceptable Performance | Post formal notice of violation within 30 days of receipt. [¶ 38(a)(iii) of Consent Decree] |
| Section IX, ¶ 7 | Leading and Lagging Safety Indicator Metrics | Included in Annual Report pursuant to Section X, ¶ 1. [¶ 38(a)(ii) of Consent Decree] |
| Section X, ¶ 1 | Annual Report containing summaries of BP activities under core sections of agreement (Sections V through XII) | For final Annual Reports submitted to EPA Authorized Representative prior to the Effective Date of the Consent Decree, post within 60 days after the Effective Date.<br><br>For final Annual Reports submitted to the EPA Authorized Representative after the Effective Date, post within 60 days after submission of Annual Report. [¶ 38(a)(ii) of Consent Decree] |

| Administrative Agreement Section | Requirement of Administrative Agreement | Document or Information to Be Posted to Website |
|---|---|---|
| | | Annual Reports for posting to include summaries of: |
| | | • Notification of conflict between Administrative Agreement and Terms of Probation (if any) pursuant to Section V, ¶ 1(G); |
| | | • BP Ethics & Compliance Internal Audit Activities pursuant to Section VII, ¶ 2; |
| | | •  BP Group US Businesses Ethics & Compliance Annual Audit Schedule pursuant to Section VII, ¶ 3; |
| | | • Summary of OpenTalk Program  pursuant to Section VII, ¶ 10, A(1) through (3); |
| | | • SEMS audit activities conducted during the prior year  pursuant to Section IX, ¶ 4; |
| | | • EPA Independent Auditor certification of independence pursuant to Section XI, ¶ 2(B); |
| | | • EPA Independent Auditor findings of deficiencies and corrective measures, pursuant to Section XI, ¶¶ 3(A)(4) & (5); |
| | | • EPA Independent Auditor |

| Administrative Agreement Section | Requirement of Administrative Agreement | Document or Information to Be Posted to Website |
|---|---|---|
| | | letter of deficiency not included in auditor's annual report on deficiencies in compliance pursuant to Section XI, ¶ 3(A)(6); |
| | | • BPXP's implementation of any corrective actions, remedial measures and/or recommendations for improvement required by Section VII, ¶ 1; Section IX, ¶ 6(C); and Section XI, ¶ 3 (as applicable); |
| | | • Reporting activities to EPA on the status of legal proceedings under Section XII, ¶ 5; |
| | | • Reports of Misconduct and outcome of investigations of misconduct pursuant to Section XII, ¶ 7; |
| | | • Notification of Reclassified Costs pursuant to Section XII, ¶ 17; and |
| | | • Purchase or sale of BP Group Entities pursuant to Section XII, ¶¶ 9 & 10. |

| Administrative Agreement Section | Requirement of Administrative Agreement | Document or Information to Be Posted to Website |
|---|---|---|
| Section XI, ¶ 3(A)(4) | Independent Auditor Annual Report | Letter setting forth any final findings of deficiencies within 30 days of receipt. [¶ 38(a)(v) of Consent Decree] |
| Section XII, ¶ 15 | Notification of Misconduct during Agreement | Post formal notice of misconduct within 30 days of receipt. [¶ 38(a)(iii) of Consent Decree] |
| Section XII, ¶ 19 | Notification of Breach of Agreement | Post formal notice of breach within 30 days of receipt. [¶ 38(a)(iii) of Consent Decree] |

**Exhibit B and Implementation Plan Documents/Information**

| Exhibit B and Implementation Plan Section | Requirement of Exhibit B and/or Implementation Plan | Document to be posted to website |
|---|---|---|
| Ex. B, ¶ 23(b), Implementation Plan Section E | Annual Progress Reports Submitted to DOJ Criminal | For final reports submitted to DOJ Criminal prior to the Effective Date, maintain posted version after Effective Date of Consent Decree.<br><br>For final reports submitted to DOJ Criminal after the Effective Date, post within 60 days of submittal of final report. [¶ 38(a)(iv) of Consent Decree] |
| Ex. B, ¶ 32, Imp. Plan, Section G | DOJ Criminal notice to BPXP of failure to comply with the Implementation Plan | Post formal written notice from DOJ Criminal within 30 days of receipt by BPXP. |
| Ex. B, ¶ 26, Imp. Plan Section H, ¶ 26.3.2 | Auditor's Annual Report | Letter setting forth any final findings of deficiencies. [¶ 38(a)(v) of Consent Decree] |
| Ex. B., ¶ 26, Imp. Plan Section H, ¶ 26.3.4 | Formal written notices of deficiency from Auditor Report | Summarize in BPXP Annual Progress Report. [¶ 38(a)(v) of Consent Decree] |