UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| 10-4536 | : | MAGISTRATE JUDGE SHUSHAN |

## PROPOSED ORDER

The United States, the five Gulf States, and the BP Entities have lodged a proposed settlement resolving the Clean Water Act and OPA claims asserted by the United States and the States.  This proposed settlement is subject to review and comment by the public for a sixty day period, after which (absent comments which persuade any of the sovereigns to withdraw their consent), the parties will seek to enter the Consent Decree as a final settlement.  A hearing on any such motion to enter will be held on March 23, 2015 at a time to be specified later.

SO ORDERED,

_____
KARL J. BARBIER
U.S. District Court Judge

1