# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION "J" |
| This Document Relates to: | § § | JUDGE BARBIER |
| Nos. 10-3059, 10-4182, 10-4183, 11-0516, and 10-2771 (Rec. Doc. Nos. 323 and 462) | § § § | MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF NO OBJECTION
## TO THE RECOMMENDATION OF THE COURT-APPOINTED NEUTRALS
## AND THE PROPOSED ORDER OF THE COURT

On behalf of the Common Benefit Attorneys and the Plaintiffs' Steering Committee, I hereby certify that the Common Benefit Attorneys and the Plaintiffs' Steering Committee have no objection to the recommendation of the Court-Appointed Neutrals and the Proposed Order of the Court, as memorialized in Exhibit "A".

FOR THE COMMON BENEFIT ATTORNEYS
AND PLAINTIFFS' STEERING COMMITTEE

BY: _____
    JAMES P. ROY
Domengeaux, Wright, Roy & Edwards
556 Jefferson Street, Suite 500
Lafayette, LA 70502
Telephone: 337-233-3033
Email: jimr@wrightroy.com

Stephen J. Herman
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Email: Sherman@hhkc.com

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 |
| | | SECTION "J" |
| This Document Relates to: | § § | JUDGE BARBIER |
| Nos. 10-3059, 10-4182, 10-4183, 11-0516, and 10-2771 (Rec. Doc. Nos. 323 and 462) | § § § | MAG. JUDGE SHUSHAN |

**************************************************************************

### CERTIFICATE OF NO OBJECTION
### TO THE RECOMMENDATION OF THE COURT-APPOINTED NEUTRALS
### AND THE PROPOSED ORDER OF THE COURT

On behalf of the BP Parties, I hereby certify that the BP Parties have no objection to the recommendation of the Court-Appointed Neutrals and the Proposed Order of the Court, as memorialized in Exhibit "A".

**FOR BP EXPLORATION & PRODUCTION INC., BP AMERICA PRODUCTION COMPANY, and BP p.l.c.**

BY: _____
Don K. Haycraft (Bar #14361)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
Telephone: (504) 581-7979

J. Andrew Langan, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000

Brian D. Israel
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004
Telephone: (202) 942-5000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION "J" |
| This Document Relates to: Nos. 10-3059, 10-4182, 10-4183, 11-0516, and 10-2771 (Rec. Doc. Nos. 323 and 462) | § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF NO OBJECTION
## TO THE RECOMMENDATION OF THE COURT-APPOINTED NEUTRALS
## AND THE PROPOSED ORDER OF THE COURT

On behalf of the State of Alabama and its Outside Private Counsel, I hereby certify that the State and its Outside Private Counsel and their law firms have no objection to the recommendation of the Court-appointed Neutrals and the Proposed Order of the Court, as memorialized in Exhibit "A".

FOR THE STATE OF ALABAMA
AND ITS OUTSIDE PRIVATE
COUNSEL

Luther Strange

Luther Strange
Attorney General, State of Alabama
501 Washington Avenue
Montgomery, AL  36130
Phone: (334) 242-7300

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, on | § | SECTION "J" |
| APRIL 20, 2010 | § | |
| | § | |
| This Document Relates to: | § | JUDGE BARBIER |
| | § | |
| Nos. 10-3059, 10-4182, 10-4183, | § | MAG. JUDGE SHUSHAN |
| 11-0516, and 10-2771 (Rec. | § | |
| Doc. Nos. 323 and 462) | | |

**************************************************************************

## CERTIFICATE OF NO OBJECTION
## TO THE RECOMMENDATION OF THE COURT-APPOINTED NEUTRALS
## AND THE PROPOSED ORDER OF THE COURT

On behalf of the State of Florida and its Outside Private Counsel, I hereby certify that the State and its Outside Private Counsel have no objection to the recommendation of the Court-appointed Neutrals and the Proposed Order of the Court, as memorialized in Exhibit "A".

FOR THE STATE OF FLORIDA
AND OUTSIDE PRIVATE COUNSEL

PAMELA JO BONDI
ATTORNEY GENERAL
STATE OF FLORIDA

BY: _Russell S. Kent_

Russell S. Kent
Special Counsel for Litigation
Florida Bar No. 0020257
E-Mail: russell.kent@myfloridalegal.com
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone: (850) 414-3854

Patricia A. Conners
Deputy Attorney General
Florida Bar No. 361275
Email: Trish.Conners@myfloridalegal.com
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone:  (850) 245-0140

Adrian Rivard
Harrison Rivard Duncan & Buzzett, Chtd.
101 Harrison Avenue
Panama City, Florida 32401-2725
Telephone: (850) 769-7714
Fax No: (850) 769-7715

Carl R. Nelson
Buchanan, Ingersoll & Rooney, PC
501 Kennedy Boulevard
Suite 1700
Tampa, FL 33601-1438
Telephone: (813) 228-7411
Fax No: (813) 229-8313

Franklin R. Harrison
Harrison, Sale, McCloy, Chartered
304 Magnolia Avenue
Panama City, Florida 32401-3125
Telephone: (850) 769-3434
Fax No: (850) 769-6121

Cary Patterson
Nix, Patterson & Roach, LLP
2900 St. Michael Drive, 5th Floor
Texarkana, Texas 75503-2388
Telephone: (903) 223-3999
Fax No: (903) 223-8520

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, on | § | SECTION "J" |
| APRIL 20, 2010 | § | |
| | § | |
| This Document Relates to: | § | JUDGE BARBIER |
| | § | |
| Nos. 10-3059, 10-4182, 10-4183, | § | MAG. JUDGE SHUSHAN |
| 11-0516, and 10-2771 (Rec. | § | |
| Doc. Nos. 323 and 462) | | |

**************************************************************************

CERTIFICATE OF NO OBJECTION
TO THE RECOMMENDATION OF THE COURT-APPOINTED NEUTRALS
AND THE PROPOSED ORDER OF THE COURT

On behalf of the State of Louisiana and its Outside Private Counsel, I hereby certify that

the State and its Outside Private Counsel have no objection to the recommendation of the Court-

appointed Neutrals and the Proposed Order of the Court, as memorialized in Exhibit "A". I

further certify that said Private Outside Counsel and their law firms have been or will be fully

paid by the State of Louisiana.

FOR THE STATE OF LOUISIANA
AND OUTSIDE PRIVATE COUNSEL

JAMES D. "BUDDY" CALDWELL
LOUISIANA ATTORNEY GENERAL

BY: _____
TREY PHILLIPS
First Assistant Attorney General
Megan K. Terrell
Assistant Attorney General
Section Chief –Environmental
State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6708

Jimmy R. Faircloth, Jr.
FAIRCLOTH MELTON & KEISER LLC
105 Yorktown Drive
Alexandria, LA 71303
Telephone: (318) 619-7755

T. Allen Usry
USRY, WEEKS, & MATTHEWS
1615 Poydras St., Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641

Allan Kanner
Elizabeth B. Petersen
Douglas R. Kraus
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777

Henry T. Dart
Grady J. Flattmann
HENRY DART, ATTORNEYS AT LAW
510 N. Jefferson St.
Covington, LA 70433
Telephone: (985) 809-8093

E. Wade Shows
SHOWS CALI & WALSH
628 St. Louis Street
Baton Rouge, LA 70802
Telephone: (225) 346-1461

Samuel W. Plauche
Plauche & Carr, LLP
811 1st Avenue, Suite 630
Seattle, Washington 98104
Telephone: (206) 588-4188

Lambert J. Hassinger, Jr.
Galloway Johnson Tompkins Burr & Smith
One Shell Square,
701 Poydras St., 40th Floor,
New Orleans, Louisiana 70139

Celia R. Cangelosi
Attorney at Law
918 Government Street, Suite 101
P.O. Box 3036
Baton Rouge, Louisiana 70821-3036

William Patrick III
H. Slayton Dabney, Jr.
Heller, Draper, Patrick, Horn & Dabney,
LLC
650 Poydras St., Suite 2500
New Orleans, Louisiana 70130

Bradley M. Marten
Marten Law PLLC
1191 Second Avenue
Suite 2200
Seattle, Washington 98101

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, on | § | SECTION "J" |
| APRIL 20, 2010 | § | |
| | § | |
| This Document Relates to: | § | JUDGE BARBIER |
| | § | |
| Nos. 10-3059, 10-4182, 10-4183, | § | MAG. JUDGE SHUSHAN |
| 11-0516, and 10-2771 (Rec. | § | |
| Doc. Nos. 323 and 462) | | |

**************************************************************************

## CERTIFICATE OF NO OBJECTION
## TO THE RECOMMENDATION OF THE COURT-APPOINTED NEUTRALS
## AND THE PROPOSED ORDER OF THE COURT

On behalf of the State of Mississippi and its Outside Private Counsel, I hereby certify that the State and its Outside Private Counsel have no objection to the recommendation of the Court-appointed Neutrals and the Proposed Order of the Court, as memorialized in Exhibit "A". I further certify that said Private Outside Counsel and their firms have been or will be fully paid by the State of Mississippi.

**FOR THE STATE OF MISSISSIPPI
AND OUTSIDE PRIVATE COUNSEL**

JIM HOOD
ATTORNEY GENERAL
STATE OF MISSISISPPI

BY: _____

Mary Jo Woods
Special Assistant Attorney General
Mississippi Attorney General's Office
Mississippi Bar No. 10468
Post Office Box 220
Jackson, Mississippi  39205
Telephone:  (601) 359-3020

Fax No. (601) 359-2003 (fax)
Email: mwood@ago.state.ms.us

William M. Quin II
McCraney Montagnet Quin & Noble, PLLC
602 Steed Rd., Ste. 200
Ridgeland, MS 39157
Telephone: (601)707-5725
Fax No. (601) 510-2939
Email: www.mmqnlaw.com

Joe Rice
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Telephone: (843) 216-9159
Fax No. (843) 216-9290
jrice@motleyrice.com

Kim Ervin Tucker, Esq.
48 Harbour Pointe Drive
Lincolnville, ME 04849
Telephone: (202) 841-5439
Email: k.ervintucker@gmail.com


Michael C. Moore
Mike Moore Law Firm, LLC
10 Canebrake Blvd., Ste. 150
Flowood, MS 39232
Telephone: (601) 933-0070
Fax No. (601) 933-0071
E-mail: mm@mikemoorelawfirm.com

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" | § | |
| in the GULF OF MEXICO, on | § | SECTION "J" |
| APRIL 20, 2010 | § | |
| | § | |
| This Document Relates to: | § | JUDGE BARBIER |
| | § | |
| Nos. 10-3059, 10-4182, 10-4183, | § | MAG. JUDGE SHUSHAN |
| 11-0516, and 10-2771 (Rec. | § | |
| Doc. Nos. 323 and 462) | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF NO OBJECTION
## TO THE RECOMMENDATION OF THE COURT-APPOINTED NEUTRALS
## AND THE PROPOSED ORDER OF THE COURT

On behalf of the State of Texas, I hereby certify that the State has no objection to the recommendation of the Court-appointed Neutrals and the Proposed Order of the Court, as memorialized in Exhibit "A".

FOR THE STATE OF TEXAS

BY: _____
JON NIERMANN
Chief, Environmental Protection Division
P.O. Box 12548, MC 066
Austin, Texas 78711-2548
Phone: 512- 475-4140
jon.niermann@texasattorneygeneral.gov

Rhon E. Jones
BEASLEY, ALLEN
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Phone: (334) 269-2343

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL 36660
Phone: (251) 471-6191

Paul M. Sterbcow
LEWIS, KULLMAN
601 Poydras Street, Suite 2615
New Orleans, LA 70130
Phone: (504) 588-1500

Jeffrey A. Breit
BREIT, DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Phone: (757) 670-3888

# EXHIBIT "A"

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: OIL SPILL by the OIL RIG** | § | **MDL No. 2179** |
| **"DEEPWATER HORIZON"** | § | |
| **in the GULF OF MEXICO, on** | § | **SECTION "J"** |
| **APRIL 20, 2010** | § | |
| | § | |
| This Document Relates to: | § | **JUDGE BARBIER** |
| | § | |
| Nos. 10-3059, 10-4182, 10-4183, | § | **MAG. JUDGE SHUSHAN** |
| 11-0516, and 10-2771 (Rec. | § | |
| Doc. Nos. 323 and 462) | | |

*****************************************************************************

## ORDER

### [Regarding Payment of the Gulf States' Attorneys' Fees and Costs]

WHEREAS the Court previously appointed Neutrals (Magistrate Judge Shushan, Patrick A. Juneau, and Special Master Louis Freeh) who oversaw and concluded certain negotiated governmental entity settlements with BP Exploration & Production Inc. ("BPXP"), BP Corporation North America Inc., and BP p.l.c. (collectively, "BP"), including all claims of the State of Alabama, the State of Florida, the State of Louisiana, the State of Mississippi and the State of Texas (collectively, "the Gulf States") and various local governmental entities against the BP Entities;

Whereas, BP and the Gulf States have executed a settlement agreement resolving economic claims and other damages related to the *Deepwater Horizon* incident ("Settlement Agreement"); and further BP and the Gulf States, along with the United States, have executed a Consent Decree resolving environmental claims related to the *Deepwater Horizon* incident, including natural resource damages ("Consent Decree");

WHEREAS the Court-appointed Neutrals have reported to the Court that BPXP has, based on the recommendations of the Neutrals, agreed to pay the below described economic loss claim related fees, costs, and common benefit fees and costs, in addition to the settlement amounts being paid to the States of Alabama, Florida, Louisiana, Mississippi and Texas under the Settlement Agreement between the Gulf States and BP;

WHEREAS the Neutrals concur that such costs and fees should be paid, and have further recommended to the Court that such payments should be made by BPXP as set forth herein;

WHEREAS none of these fees and/or costs are to be paid out of the Settlement Agreement, but rather are being paid by BPXP, in addition to the settlements which were previously reached;

WHEREAS the Court is advised that all Parties defined herein desire to fully and finally settle, compromise, resolve, release and discharge any and all rights and/or claims for the payment, assessment, or other recovery of claims preparation and/or litigation expenses, assessment costs, court costs, and/or attorneys' fees relating to the BP Oil Spill Claims:

IT IS HEREBY ORDERED that:

1. **The Parties** subject to this Order include:

   a.   **Common Benefit Attorneys,** shall include Plaintiffs' Co-Liaison Counsel, the Plaintiffs' Steering Committee, and all other attorneys who performed legal services for the common and collective benefit of MDL No. 2179 Plaintiffs and Claimants-in-Limitation, pursuant to and in compliance with Pre-Trial Orders Nos. 6, 8, 9, 26, 46, 48, 53, 55, 56, and 59.

   b.   **BP Entities,** shall mean one or more of the following: BP Exploration & Production Inc. ("BPXP"), BP Corporation North America Inc., BP America Production Company, and BP p.l.c., and any of their respective parents, subsidiaries, successors, assigns, or affiliates; and for each of the preceding, all of their current, future and former officers, directors, and employees in their official capacity;

   c.   **The State of Alabama,** including its Affiliates, individually and on behalf of its Outside Private Counsel**;**

2

  d.  **The State of Florida,** including its Affiliates, individually and on behalf of its Outside Private Counsel**;**

  e.  **The State of Louisiana,** including its Affiliates, individually and on behalf of its Outside Private Counsel;

  f.  **The State of Mississippi,** including its Affiliates, individually and on behalf of its Outside Private Counsel**;**

  g.  **The State of Texas,** including its Affiliates, individually and on behalf of its Outside Private Counsel**;**

  h.  **Outside Private Counsel,** shall include any and all non-government-employed lawyers, law firms, or other professionals retained and/or appointed, including as Assistant Attorneys General, by the States of Alabama, Florida, Louisiana, Mississippi and/or Texas by and though their respective Governor's Office, Attorney General's Office, and/or other State Office, Department, Agency, or duly appointed Natural Resources Damages Trustee, to perform legal services in connection with the BP Oil Spill Claims, whether or not such lawyer, law firm or professional has entered an appearance in this matter.

  i.  **Affiliates,** for each state shall mean that Gulf State's branches, agencies, associations, authorities, boards, bureaus, councils, departments, educational institutions or systems, components, natural resource damages Trustees, public benefits corporations, or other instrumentalities of any kind, administrators, elected or unelected officials, officers or delegates (other than in their individual capacities), assigns, insurers, attorneys, or other agents of any kind.

  2.  **BP Oil Spill Claims** shall include the investigation, assessment, filing, prosecution, management, coordination, monitoring, discovery, trial, appeal, negotiation, settlement and/or recovery of damages, natural resource damages, fines, penalties, claims, rights, interests, payments and/or other relief to arising out of or in any way related to the *Deepwater Horizon* incident and the blowout of the MC252 Well, including the release of oil into the environment.

  3.  BPXP shall make, or cause to be made, the payments itemized in Appendix A **within 30 days after the effective date of the Consent Decree.**

4.      Phil Garrett, CPA, is directed to establish a Court-supervised Qualified Settlement Fund account in the registry of the court to receive and invest funds to be paid by BP pursuant to this order (Appendix "A") for the benefit of the Common Benefit Attorneys, said funds to be distributed from the registry of the Court to the Common Benefit Attorneys who have complied with Pre-Trial Order No. 9 (and related Orders of the Court), upon agreement of all of said Common Benefit Attorneys Firms who submitted common benefit time or expenses on or before the date of this Order pursuant to PTO 9, and with approval of the Court, *or,* in the absence of such agreement, by allocation and order of the Court ("Escrow Account").

5.      Except as provided below in Paragraph 6, by accepting the money being paid pursuant to this Order, the Common Benefit Attorneys are deemed to fully and finally release, waive, dismiss with prejudice, and forever discharge any and all potential claims, demands, rights and/or interests in claims preparation and/or litigation expenses, assessment costs, court costs, and/or attorneys' fees relating to the BP Oil Spill Claims against the BP Entities with respect to claims of any Local Governmental Entity, , the State of Alabama, the State of Florida, the State of Louisiana, the State of Mississippi and the State of Texas and/or Outside Private Counsel.

6.      Common Benefit Attorneys shall retain the right to pursue and recover common benefit attorney fees and/or costs from:

> a.    the Common Benefit Fee and Cost Fund established pursuant to the DHEPDS and Orders of this court, (including, but not limited to, Rec. Doc. 6532);
>
> b.    the Common Benefit Fee and Cost Sub-Fund established pursuant to the HESI Settlement (Rec. Doc. 13649, ¶4) and/or the Transocean Settlement (Rec. Doc. 14906, ¶4); and/or

       c.    any future recoveries by non-governmental MDL No. 2179 plaintiffs and/or claimants-in-limitation, (Rec. Docs. 5022, 5064 and 5274).

7.    By accepting the money being paid pursuant to this Order, the Common Benefit Attorneys are deemed to forever waive any and all defenses or objections to the payment of claims preparation and/or litigation expenses, assessment costs, court costs, and/or attorneys' fees stated in Paragraph 3 to the State of Alabama, the State of Florida, the State of Louisiana, the State of Mississippi, the State of Texas and/or Outside Private Counsel.

8.    By accepting the money being paid to the States of Alabama, Florida, Louisiana, Mississippi, Texas and/or for their benefit as part of the Settlement Agreement, the Consent Decree and this Order, the States of Alabama, Florida, Louisiana, Mississippi, Texas, including their respective Outside Private Counsel, are deemed to fully and finally release, waive, dismiss with prejudice, and forever discharge any and all claims, potential claims, demands, rights and/or interests in claims preparation and/or litigation expenses, assessment costs, court costs, and/or attorneys' fees relating to BP Oil Spill Claims, including with respect to claims of any Local Government Entity, against the BP Entities and/or Common Benefit Attorneys. Nothing herein shall preclude any State's receipt of natural resource damage assessment (NRDA) expenses or costs that BPXP has previously agreed to pay pursuant to the Consent Decree.

9.    By accepting the money being paid to the States of Alabama, Florida, Louisiana, Mississippi, Texas and/or for their benefit as part of the Settlement Agreement, the Consent Decree, and this Order, the States of Alabama, Florida, Louisiana, Mississippi, Texas, including their respective Outside Private Counsel, are deemed to fully and finally release, waive, and relinquish any and all claim for any fees or costs for the Common Benefit Attorneys from the BP Entities, Common Benefit Attorneys, and/or any common benefit fee and/or cost fund established

pursuant to the *Deepwater Horizon* Economic & Property Damages Settlement (DHEPDS) (Rec. Doc. 6276), the HESI Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 13346) (as amended), the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Rec. Doc. 14644), any other settlement agreement related to BP Oil Spill Claims, or any other common benefit cost or fee fund and/or hold-back account that may be established with respect to any future recoveries by MDL No. 2179 plaintiffs and/or Claimants-in-Limitation. No Gulf State or other governmental entity or its/their Outside Private Counsel shall be eligible to receive any payment from the Escrow Account or any other Common Benefit Fee and Cost Fund that has been or may in the future be established within MDL 2179 for any work that was done for a state or other governmental entity.

10.     By accepting the money being paid to the States of Alabama, Florida, Louisiana, Mississippi, Texas and/or for their benefit as part of the Settlement Agreement, the Consent Decree, and this Order, the States of Alabama, Florida, Louisiana, Mississippi, and Texas are deemed to waive any and all defenses or objections to the payment of claims preparation and/or litigation expenses, assessment costs, court costs, and/or attorneys' fees stated in Paragraph 3 to Outside Private Counsel and/or Common Benefit Attorneys.

11.     By accepting the money being paid to the States of Alabama, Florida, Louisiana, Mississippi, Texas and/or for their benefit as part of the Settlement Agreement, the Consent Decree, and this Order, the States of Alabama, Florida, Louisiana, Mississippi, Texas, individually and on behalf of their Private Outside Counsel, are deemed to fully and finally release, waive, dismiss with prejudice, and forever discharge any and all claims, potential claims, demands, rights and/or interests in claims preparation and/or litigation expenses, assessment costs, court costs,

and/or attorneys' fees relating to BP Oil Spill Claims, including with respect to claims of any Local Government Entity, against the BP Entities.

12.     The BP Entities forever waive any and all defenses or objections to the payment of claims preparation and/or litigation expenses, assessment costs, court costs, and/or attorneys' fees stated in Paragraph 3 to the State of Alabama, the State of Florida, the State of Louisiana, the State of Mississippi, the State of Texas, Outside Private Counsel, and/or Common Benefit Attorneys.

13.     In no event will the BP Entities be obligated to pay more in fees and costs to the States of Alabama, Florida, Louisiana, Mississippi, Texas, any Local Governmental Entity, or to their respective Outside Private Counsel, beyond the amounts specified in this Order.

14.     For the purpose of the Order, the term "Local Governmental Entity" means any local governmental entity that has as of the date of this Order released their claims against BPXP (or any other BP Entity) related to or arising out of the Deepwater Horizon Incident.

New Orleans, Louisiana, this 5th day of October, 2015.


_____
**CARL J. BARBIER**
**United States District Judge**

## APPENDIX A

1) Payment of $40,000,000.00 for the benefit of the Common Benefit Attorneys shall be made by wire transfer to a Court ordered Qualified Settlement Fund account in the registry of this court. The account information will be supplied to BP promptly after establishment.

2) Payment to and/or for the benefit of the State of Alabama, including its Outside Private Counsel, shall be made by wire transfer using the following instructions:

Office of the Alabama Attorney General
Bank: Wells Fargo
Bank ABA Number: ----
Account Number: ----
Account Name: State of Alabama
Sub-account info: Agency 027
Amount: $10,000,000.00

Confirmation of transmittal should be sent to: Corey Maze via email: cmaze@ago.state.al.us

Lewis, Kullman, Sterbcow and Abramson:
Bank: Whitney Bank/Hancock Bank
Bank ABA Number: ----
Account Number: ----
Account Name: MDL 2179 BP SETTLEMENT TRUST ACCOUNT
Amount: $1,266,666.00

Confirmation of transmittal should be sent to: Paul Sterbcow via email: sterbcow@lksalaw.com

Breit Drescher Imprevento:
Bank: Fulton Bank NA
Bank ABA Number: ----
Account Number: ----
Account Name: Fulton Bank Operating Account
Amount: $1,266,667.00

Confirmation of transmittal should be sent to: Jeff Breit via email: jbreit@bdbmail.com

Cunningham Bounds, LLC
Bank: Coastal Bank and Trust Company a Division of Synovus Bank, Bank 560
Bank ABA Number: ----
Account Number: ----
Account Name: Cunningham Bounds, LLC- Operating Account
Amount: $1,266,667.00

Confirmation of transmittal should be sent to: Robert Cunningham via email: rtc@cunninghambounds.com

Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Bank: Columbus Bank and Trust Company
Bank ABA Number: ----
Beneficiary Bank via Bank to Bank Wire: Sterling Bank of Montgomery
Account Number: ----
Account Name: Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. Trust Account
Amount: $6,200,000.00

Confirmation of transmittal should be sent to: Rhon Jones via email: rhon.jones@beasleyallen.com

3) Payment to and/or for the benefit of the State of Florida, including its Outside Private Counsel, shall be made by wire transfer using the following instructions:

Harrison, Rivard, Duncan & Buzzett Law Firm
Bank: Trustmark Bank
Bank ABA Number: ----
Account Number: ----
Account Name: Harrison, Rivard, Duncan & Buzzett, Chartered IOLTA Trust Account
Amount: $52,000,000.00

Confirmation of transmittal should be sent to William Harrison via email: bill@harrisonriverard.com

4) Payment to and/or for the benefit of the State of Louisiana, including its Outside Private Counsel, shall be made by wire transfer using the following instructions:

Bank: J.P. Morgan Chase Bank, N.A.
Bank ABA Number: ----
Account Number: ----
Account Name: State of Louisiana Treasury
Amount: $20,000,000.00

Confirmation of transmittal should be sent to: Lili Peterson via email: e.petersen@kanner-law.com

5) Payment to and/or for the benefit of the State of Mississippi, including its Outside Private Counsel, shall be made by wire transfer using the following instructions:

Bank: Trustmark National Bank
Bank ABA Number: ----
Account Number: ----
Account Name: Attorney General Contingent Fund

Amount: $5,000,000.00

Confirmation of transmittal should be sent to: Mike Moore via email: mm@mikemoorelawfirm.com

6) Payment to and/or for the benefit of the State of Texas, including its Outside Private Counsel, shall be made by wire transfer using the following instructions:

Bank: TX Comp Austin
Bank ABA Number: ----
Account Number: ----
Account Name: Comptroller of Public Accounts, Treasury Operations
Sub-account info: AG No. ---- (BP Gulf Oil Spill)
Amount: $1,000,000.00

Confirmation of transmittal should be sent to: Thomas Edwards via email: thomas.edwards@texasattorneygeneral.gov