# APPENDIX A

1) Payment of $40,000,000.00 for the benefit of the Common Benefit Attorneys shall be made by wire transfer to a Court ordered Qualified Settlement Fund account in the registry of this court. The account information will be supplied to BP promptly after establishment.

2) Payment to and/or for the benefit of the State of Alabama, including its Outside Private Counsel, shall be made by wire transfer using the following instructions:

   Office of the Alabama Attorney General
   Bank: Wells Fargo
   Bank ABA Number: ----
   Account Number: ----
   Account Name: State of Alabama
   Sub-account info: Agency 027
   Amount: $10,000,000.00

   Confirmation of transmittal should be sent to: Corey Maze via email: cmaze@ago.state.al.us

   Lewis, Kullman, Sterbcow and Abramson:
   Bank: Whitney Bank/Hancock Bank
   Bank ABA Number: ----
   Account Number: ----
   Account Name: MDL 2179 BP SETTLEMENT TRUST ACCOUNT
   Amount: $1,266,666.00

   Confirmation of transmittal should be sent to: Paul Sterbcow via email: sterbcow@lksalaw.com

   Breit Drescher Imprevento:
   Bank: Fulton Bank NA
   Bank ABA Number: ----
   Account Number: ----
   Account Name: Fulton Bank Operating Account
   Amount: $1,266,667.00

   Confirmation of transmittal should be sent to: Jeff Breit via email: jbreit@bdbmail.com

   Cunningham Bounds, LLC
   Bank: Coastal Bank and Trust Company a Division of Synovus Bank, Bank 560
   Bank ABA Number: ----
   Account Number: ----
   Account Name: Cunningham Bounds, LLC- Operating Account
   Amount: $1,266,667.00

Confirmation of transmittal should be sent to: Robert Cunningham via email: rtc@cunninghambounds.com

Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.
Bank: Columbus Bank and Trust Company
Bank ABA Number: ----
Beneficiary Bank via Bank to Bank Wire: Sterling Bank of Montgomery
Account Number: ----
Account Name: Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. Trust Account
Amount: $6,200,000.00

Confirmation of transmittal should be sent to: Rhon Jones via email: rhon.jones@beasleyallen.com

3) Payment to and/or for the benefit of the State of Florida, including its Outside Private Counsel, shall be made by wire transfer using the following instructions:

Harrison, Rivard, Duncan & Buzzett Law Firm
Bank: Trustmark Bank
Bank ABA Number:  ----
Account Number: ----
Account Name: Harrison, Rivard, Duncan & Buzzett, Chartered IOLTA Trust Account
Amount: $52,000,000.00

Confirmation of transmittal should be sent to William Harrison via email: bill@harrisonriverard.com

4) Payment to and/or for the benefit of the State of Louisiana, including its Outside Private Counsel, shall be made by wire transfer using the following instructions:

Bank: J.P. Morgan Chase Bank, N.A.
Bank ABA Number: ----
Account Number: ----
Account Name: State of Louisiana Treasury
Amount: $20,000,000.00

Confirmation of transmittal should be sent to: Lili Peterson via email: e.petersen@kanner-law.com

5) Payment to and/or for the benefit of the State of Mississippi, including its Outside Private Counsel, shall be made by wire transfer using the following instructions:

Bank: Trustmark National Bank
Bank ABA Number: ----
Account Number: ----
Account Name: Attorney General Contingent Fund

9

    Amount: $5,000,000.00

    Confirmation of transmittal should be sent to: Mike Moore via email: mm@mikemoorelawfirm.com

6) Payment to and/or for the benefit of the State of Texas, including its Outside Private Counsel, shall be made by wire transfer using the following instructions:

    Bank: TX Comp Austin
    Bank ABA Number: ----
    Account Number: ----
    Account Name: Comptroller of Public Accounts, Treasury Operations
    Sub-account info:  AG No. ---- (BP Gulf Oil Spill)
    Amount: $1,000,000.00

    Confirmation of transmittal should be sent to: Thomas Edwards via email: thomas.edwards@texasattorneygeneral.gov