UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE GULF | : | |
| OF MEXICO, ON APRIL 20, 2010 | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | |
| 10-4536 | : | MAGISTRATE JUDGE SHUSHAN |

**CORRECTED NOTICE OF LODGING OF PROPOSED PARTIAL CONSENT DECREE and
REQUEST THAT THE COURT TAKE NO ACTION
UNTIL A MOTION FOR ENTRY IS FILED**

The United States of America respectfully files with the Court a proposed Consent Decree between the United States of America, the Gulf States and defendant BP Exploration and Production Inc and its affiliated entities.

The proposed Consent Decree is contingent upon a public comment period, so the United States requests that the Court not sign the Consent Decree until the United States files a Motion for Entry. Pursuant to Paragraph 71 of the proposed Consent Decree, and in accordance with the procedures of 28 C.F.R. § 50.7, the public will have 60 days in which to submit comments to the United States Department of Justice on the proposed Consent Decree. The 60-day period will begin on the date notice of the lodging

of the proposed Consent Decree is published in the Federal Register.  If, after reviewing the public comments, the Department of Justice concludes that the proposed Consent Decree should be entered, the United States and will inform the Court of any public comments received and any responses thereto, and will move for entry of the Consent Decree as a final order of the Court.

Plaintiff therefore respectfully requests that this Court receive the proposed Decree for lodging only, and that it abstain from acting upon the Consent Decree until the period for public comment has expired and the Plaintiff has moved for entry of the proposed Consent Decree.

Respectfully Submitted,

JOHN C. CRUDEN
Assistant Attorney General
Environment & Natural Resources Division

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney
General
Civil Division

JAMES NICOLL
Senior Counsel
NANCY FLICKINGER
Senior Attorney
SARAH HIMMELHOCH
Senior Litigation Counsel
DEANNA CHANG
SCOTT CERNICH
A. NATHANIEL CHAKERES
JUDY HARVEY
ABIGAIL ANDRE
RACHEL HANKEY
BETHANY ENGEL
THOMAS BENSON
Trial Attorneys

PETER F. FROST
Director, Torts Branch, Civil Division
Admiralty and Aviation
STEPHEN G. FLYNN
Assistant Director
MICHELLE DELEMARRE
SHARON SHUTLER
JESSICA SULLIVAN
JESSICA MCCLELLAN
MALINDA LAWRENCE
Trial Attorneys

/s/ Sarah D. Himmelhoch
STEVEN O'ROURKE                                R. MICHAEL UNDERHILL, T.A.
Senior Attorney                                Attorney in Charge, West Coast Office
Environmental Enforcement Section              Torts Branch, Civil Division
U.S. Department of Justice                     U.S. Department of Justice
P.O. Box 7611                                  7-5395 Federal Bldg, Box 36028
Washington, D.C. 20044                         450 Golden Gate Avenue
Telephone: 202-514-2779                        San Francisco, CA 94102-3463
Facsimile: 202-514-2583                        Telephone: 415-436-6648
E-mail: steve.o'rourke@usdoj.gov               Facsimile: 415-436-6632
                                               E-mail: mike.underhill@usdoj.gov


DANA J. BOENTE
United States Attorney
Eastern District of Louisiana
SHARON D. SMITH
Assistant United States Attorney
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, LA 70130
Telephone: (504) 680-3000
Facsimile: (504) 680-3184
E-mail: sharon.d.smith@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

Date:  January 2, 2013.                    /s/  Sarah D. Himmelhoch
                                           U.S. Department of Justice