

THE
Kreller
LAW FIRM

Stephen S. Kreller
ssk@krellerlaw.com

October 5, 2015

Magistrate Judge Joseph C. Wilkinson, Jr.
United States Magistrate Judge
United States District Court for the
Eastern District of Louisiana
500 Poydras Street, Room B409
New Orleans, Louisiana 70130

    Re:    In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2015, Case No. 2:10-MD-2179-CJB-SS

Dear Judge Wilkinson:

    Pursuant to your September 29, 2015 Order, we write to state our interest in advocating for an allocation of the Halliburton and Transocean settlements that is fair to the Punitive Damages Settlement Class.

    Together with Faegre Baker Daniels LLP and Langston & Lott, P.A., the Kreller Law Firm represents 900 commercial fishing claimants who participated in the Seafood Compensation Program established by the BP settlement. On behalf of our commercial fishing clients, we request an opportunity to explain the legal, factual, and equitable reasons why the Punitive Damages Settlement Class should receive a significant share of Halliburton and Transocean settlements.

    We respectfully suggest that submission of a written memorandum and supporting materials setting forth this position would be of benefit to the allocation process. We would welcome the opportunity to further participate in the allocation process as Your Honor deems helpful. We take no further position as to the manner and timing of the submissions, and will comply with Your Honor's direction regarding the process.

With kindest regards, I am

Very truly yours,

*Stephen S. Kreller*

Stephen S. Kreller

757 Saint Charles Avenue, Suite 301 / New Orleans, LA 70130 / 504.484.3488
888.929.3488 / Fax: 888.294.6091 / www.krellerlaw.com

Licensed in Alabama, Georgia, Louisiana and New York

Magistrate Judge Joseph C. Wilkinson, Jr.
October 5, 2015
Page 2 of 2

cc: Mr. William L. Roberts, Esq. (via email)
    Mr. Craig S. Coleman, Esq. (via email)
    Mr. Jonathan W. Dettmann, Esq. (via email)
    Mr. Casey L. Lott, Esq. (via email)