IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | Magistrate Judge SHUSHAN |

## ORDER

**CONSIDERING** BP Exploration & Production Inc.'s Motion for Leave to Supplement the Record with Materials from the Economic and Property Damages Settlement (Doc. 15429):

**IT IS ORDERED** that BP Exploration & Production Inc.'s Motion is hereby granted, and that the Index and proposed Exhibits shall be admitted into the MDL 2179 Record.

New Orleans, Louisiana this 6th day of October, 2015.

_____
United States District Judge