UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| *No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## JUDGMENT

For reasons stated in the Order & Reasons of October 6, 2015, granting the Motion of the Special Master for Return of Payments Made to Tony Riley and Others (Rec. Doc. 14070), it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The Deepwater Horizon Economic Claim Center ("DHECC") awards in favor of Tony Riley based upon Claim 26424 and Claim 26459 are hereby RESCINDED and VACATED; and

2. Judgment is entered against Tony Riley, requiring Tony Riley to make restitution to the DHECC in the amount of $221,681.62, plus post-judgment interest; and

3. Tony Riley shall not participate in any further distributions under the DHECC Seafood Compensation Program; and

4. Judgment is entered against Andry Lerner, LLC, Jonathan Andry, and Glen Lerner, holding Andry Lerner, LLC, Jonathan Andry, and Glen Lerner liable—jointly and severally with Tony Riley—to the DHECC, up to the amount of $55,420.46, plus post-judgment interest; and

5. In no event shall the total restitution payable to the DHECC exceed $221,681.62, excluding any post-judgment interest.

6. IT IS FURTHER ORDERED that the trustee of the escrow account established pursuant to the Court's February 12, 2014 Order (Rec. Doc. 12321) shall immediately pay on behalf of Andry Lerner, LLC the sum of $55,420.46 to the DHECC

7. IT IS FURTHER ORDERED that in the event that full restitution as provided in this Order is not made within 30 days of entry of this Order by any party that continues to participate in the DHECC claims process, the DHECC shall withhold the portion of any DHECC claim payment representing professional fees for such party and apply such funds to satisfy the restitution, up to the amount of restitution provided in this Order for such party; and

8. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

9. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

New Orleans, Louisiana, this 6th day of October, 2015.

_____
United States District Judge