UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION J<br>JUDGE BARBIER |
| This Document Refers to 10-8888 and<br>**CROWN ENERGY MANAGEMENT, LLC**<br>　　　　　Plaintiff,<br><br>v.<br><br>**BP EXPLORATION & PRODUCTION INC.; BP AMERICA PRODUCTION COMPANY; and BP p.l.c.**<br>　　　　　Defendants. | MAG. JUDGE SHUSHAN<br>CIVIL ACTION NO. 2:13-cv-06072 |

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Crown Energy Management, LLC, Direct Filing Short Form/Short Form Joinder, Rec. Doc. No. 136360, filed by Plaintiff into No. 10-8888, through undersigned counsel, voluntarily dismisses with prejudice its action (Cause No. 2:13-cv-06072 in this consolidated matter) against all Defendants named in the complaint that was filed on, or about, October 7, 2013. None of the Defendants have filed answers or motions for summary judgment in response to Plaintiff's complaint, and therefore, stipulation by all Defendants is not required. Fed.R.Civ.P. 41(a)(1)(A)(i).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　WILLIAMSON & RUSNAK

*/S/ Jimmy Williamson*
**Jimmy Williamson**
**Federal ID No. 51896**
**Texas State Bar No. 21624100**
**Email:  jimmy@wsrlawfirm.com**

**Cyndi M. Rusnak**
**Federal ID No. 24724**
**Texas State Bar No. 24007964**
**Email:  cyndi@wsrlawfirm.com**

**William Dills**
**Texas State Bar No. 24067421**
**Email:  billy@wsrlawafirm.com**

**4310 Yoakum Boulevard**
**Houston, Texas  77006**
**713.223.3330 – Telephone**
**713.223.0001 – Office**

## CERTIFICATE OF SERVICE

    I hereby certify that on October 6, 2015, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, and provided notice by and through Lexis Nexis to all counsel of record.

               */s/ Jimmy Williamson*
               **Jimmy Williamson**