IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-30507
_____

IN RE: DEEPWATER HORIZON
-----------------------------------------------------------------------------------------
LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

      Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

      Defendants - Appellees

v.

APACHE LOUISIANA MINERALS, L.L.C.

      Claimant - Appellant

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R :

IT IS ORDERED that the appellant's unopposed motion to consolidate cases 15-30507 and 15-30751 for briefing and oral argument purposes, is GRANTED.

IT IS FURTHER ORDERED that the appellant's unopposed motion to unseal case 15-30751, is GRANTED.

IT IS FURTHER ORDERED that the appellant's unopposed motion to establish briefing notice, is GRANTED.

/s/ James E. Graves, Jr.

_____
JAMES E. GRAVES, JR.
UNITED STATES CIRCUIT JUDGE

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 05, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 15-30507 c/w 15-30751    In re: Deepwater Horizon
                 USDC No. 2:10-MD-2179
                 USDC No. 2:12-CV-970
                 USDC No. 2:15-CV-2738

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Shea E. Pertuit, Deputy Clerk
                504-310-7666

P.S. to Counsel: The appellant's brief deadlines, have been updated to October 28, 2015, in both cases. Attached below is a copy of the updated caption which should be used in all future filing.

Mr. William W. Blevins
Mr. Jeffrey Bossert Clark Sr.
Mr. John Spencer Creevy
Mr. C. Berwick Duval II
Mr. Stanwood Robert Duval
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Patrick J. Hron
Mr. Russell Keith Jarrett
Mr. James Andrew Langan
Mr. Douglas C. Longman Jr.
Ms. Carmen Marie Rodriguez
Mr. James Parkerson Roy

```
                            15-30507

IN RE:  DEEPWATER HORIZON
----------------------------------------------------------------
LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

               Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA
PRODUCTION COMPANY; BP, P.L.C.,

               Defendants - Appellees

v.

APACHE LOUISIANA MINERALS, L.L.C.

               Claimant - Appellant


                      Cons. with 15-30751

CLAIMANT ID 100176960,

               Requesting Party - Appellant

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP P.L.C.,

               Objecting Parties - Appellees
```