UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION J |
| | * | JUDGE BARBIER |
| Applies to: All Cases | * * | MAGISTRATE SHUSHAN |

## EX-PARTE MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through one of his current counsel of record, undersigned below, comes Patrick Juneau, as Claims Administrator of the Deepwater Horizon Economic Claims Center ("DHECC"), who respectfully moves the Court to authorize the association as additional counsel of record for the DHECC of the following Louisiana licensed attorneys:

Laura S. Rahman, Louisiana Bar No. 24219, Wilson Elser Moskowitz Edelman & Dicker LLP, 909 Fannin Street, Suite 3300, Houston, TX 77010, telephone 713-353-2000, fax 713-785-7780, Laura.Rahman@wilsonelser.com ("Rahman"); and

P. Kevin Colomb, Louisiana Bar No. 01778, Deepwater Horizon Economic Claims Center, Suite 700, New Orleans, LA 70112, telephone 504-826-8293, fax 504-934-4998, kcolomb@dheclaims.com (Colomb"), upon suggesting that:  (i) Rahman has been retained by DHECC solely in the capacity of collections counsel on behalf of DHECC, in relation to various

claw-back judgments DHECC has obtained in this case and collection proceedings thereon, and (ii) Colomb is employed in the DHECC as Manager of Compliance and Internal Integrity and pursuant to said responsibilities handles all claw-back proceedings for the DHECC.

WHEREFORE, the DHECC prays that the court enter the annexed order adding and enrolling Laura S. Rahman, Wilson Elser Moskowitz Edelman & Dicker LLP, and P. Kevin Colomb, Deepwater Horizon Economic Claims Center, as additional counsel for DHECC in the present matter, exclusively as collections counsel, and for the sole purpose of post judgment collections proceedings on claw-back judgments obtained by DHECC and as claw-back counsel for all claw-back proceedings of the DHECC, respectively.

DATED this 7th day of October, 2015.

Respectfully submitted,

s/J. David Forsyth
J. David Forsyth
Louisiana Bar No.5719
Sessions Fishman Nathan & Israel LLC
201 St. Charles Avenue, Suite 3815
New Orleans, LA 70170
Tel: 504.582.1500 / Fax: 504.582.1555
jdf@sessions-law.com
*Attorney for the Deepwater Horizon Economic Claim Center*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 7th day of October, 2015.

                                             <u>s/*J. David Forsyth*</u>
                                             J. David Forsyth