**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In re:  Oil Spill by the Oil Rig** | * | **MDL No. 2179** |
| **"Deepwater Horizon" in the Gulf** | * | |
| **of Mexico, on April 20, 2010** | * | **SECTION J** |
| | * | |
| | * | **JUDGE BARBIER** |
| **Applies to: All Cases** | * | |
| | * | **MAGISTRATE SHUSHAN** |

ORDER

CONSIDERING THE FOREGOING, IT IS ORDERED that Laura S. Rahman  of Wilson Elser Moskowitz Edelman & Dicker LLP and, P. Kevin Colomb be and are hereby added and enrolled as additional counsel of record for Patrick Juneau, as Claims Administrator of Deepwater Horizon Economic Claims Center., exclusively as collections counsel, and for the sole purpose of post judgment collections proceedings on claw-back judgments obtained by DHECC and as claw-back counsel for all claw-back proceedings of the DHECC, respectively.

New Orleans, Louisiana this __ day of October, 2015.

_____

**JUDGE**