UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION J |
| | * | JUDGE BARBIER |
| Applies to: | * | |
| No. 12-970 | * | MAGISTRATE SHUSHAN |

ORDER

CONSIDERING THE FOREGOING, IT IS ORDERED that Laura S. Rahman of Wilson Elser Moskowitz Edelman & Dicker LLP and, P. Kevin Colomb be and are hereby added and enrolled as additional counsel of record for Patrick Juneau, as Claims Administrator of Deepwater Horizon Economic Claims Center., exclusively as collections counsel, and for the sole purpose of post judgment collections proceedings on claw-back judgments obtained by DHECC and as claw-back counsel for all claw-back proceedings of the DHECC, respectively.

New Orleans, Louisiana this 7th day of October, 2015.

_____
United States District Judge