UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | ) MDL NO. 2179<br>)<br>) SECTION: J<br>)<br>) JUDGE BARBIER<br>) MAG. JUDGE SHUSHAN<br>)<br>)<br>) NOTICE OF MOTION SUBMISSION<br>)<br>)<br>) |

**NOTICE OF MOTION SUBMISSION**

Pursuant to LR 7.2, please take notice that the Center for Biological Diversity (the "Center"), plaintiff in *Center for Biological Diversity v. BP America, et al.*, 2:10-cv-02454 and 2:10-cv-01768, shall submit for hearing Plaintiff's Motion for Reconsideration of the Court's September 14, 2015 Order re: Cross-Motions for Summary Judgment before the Honorable Carl J. Barbier, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:30 a.m. on the 4th of November, 2015, or on the next available date for hearing.

DATED this 8th Day of October, 2015.

Respectfully submitted,

                                        s/Charles M. Tebbutt
                                        Charles M. Tebbutt
                                        Daniel C. Snyder
                                        Law Offices of Charles M. Tebbutt, P.C.
                                        941 Lawrence St.
                                        Eugene, OR 97401
                                        Ph: 541-344-3505
                                        E-mail: charlie.tebbuttlaw@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Motion Submission has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of October, 2015.

        s/ Charles M. Tebbutt
        Charles M. Tebbutt
        Law Offices of Charles M. Tebbutt, P.C.

2