UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>2:10-cv-02454, 2:10-cv-01768 | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>**[PROPOSED] ORDER ON MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 14, 2015 ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

Before the Court is Plaintiff's Motion for Reconsideration of the Court's September 14, 2015 Order re: Cross-Motions for Summary Judgment.

Having reviewed the motion, responses, and replies, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. The Court will revise its opinion and issue a new Order GRANTING, in part, Plaintiff's Motion for Partial Summary Judgment; such Order is forthcoming.

DATED This _____ Day of _____, 2015.

_____
Hon. Carl J. Barbier
United States District Judge

1