UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>**DECLARATION OF CHARLES M. TEBBUTT IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 14, 2015 ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 15352)** |

I, Charles M. Tebbutt, hereby declare:

1.      I am over the age of eighteen and am competent to make this declaration.  I have personal knowledge of the facts set forth herein.

2.      I am lead counsel for the Plaintiff, Center for Biological Diversity, in the above-captioned matter.  I make this declaration in support of the Center's Motion for Reconsideration of the Court's September 14, 2015 Order re: Cross-Motions for Summary Judgment (ECF No. 15352) (hereinafter, "Motion for Reconsideration").

3.      Shortly after the Court issued its Order, I contacted the U.S. Environmental Protection Agency seeking its position on the holdings of the Court.  I spoke with a number of EPA staff during the course of attempting to locate the appropriate contact person.

4.      My request was eventually forwarded to Dean Ziegel, Attorney-Advisor in the Waste and Chemical Enforcement Division.  I shared a copy of the Center's draft Motion for Reconsideration with Mr. Ziegel on October 2.

5.      Mr. Ziegel responded via e-mail on October 7 that he had shared the Center's draft motion with a few other staff and that "it looks fine."  He noted that EPA would not likely

1

submit formal briefing in support of the Motion for Reconsideration unless the matter was before

the Court of Appeals.  A true and correct copy of my e-mail correspondence with Dean Ziegel is

attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and

correct.

SIGNED in Eugene, Oregon this 8th Day of October, 2015.

Respectfully submitted,

s/Charles M. Tebbutt
Charles M. Tebbutt
Law Offices of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97401
Ph: 541-344-3505
E-mail: Charlie@tebbuttlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Declaration of Charles M. Tebbutt in Support of Plaintiff's Motion for Reconsideration of the Court's September 14, 2015 Order re: Cross-Motions for Summary Judgment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 8th day of October, 2015.

s/ Charles M. Tebbutt
Charles M. Tebbutt
Law Offices of Charles M. Tebbutt, P.C.