# EXHIBIT A

# Re: Deepwater

Ziegel, Dean <Ziegel.Dean@epa.gov>

Wed 10/7/2015 5:42 AM

To: Charlie Tebbutt <Charlie@tebbuttlaw.com>;

Cc: Daniel Snyder <Dan@tebbuttlaw.com>;

Good morning Charlie,

Unfortunately, I am out of the office on sick leave today. Came down with a nasty cold. I did share your motion with a few folks and it looks fine. As far as EPA filing a brief in support of your motion, I don't think we will be doing that at this time. If we were to get involved at some point, it would likely be at the Court of Appeals level.

If you still want to chat, I should be back in the office tomorrow.

Good luck.
Dean

Dean B. Ziegel
Attorney-Advisor
Waste and Chemical Enforcement Division
Office of Civil Enforcement
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW (2249A)
Washington, DC 20460
202.564.4038
202.564.0020 fax
ziegel.dean@epa.gov

The information transmitted is intended only for the person or entity to which it is addressed and it may contain sensitive, confidential, and/or privileged material.  Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this in error, please contact the sender and delete the material from your computer.

---

**From:** Charlie Tebbutt <Charlie@tebbuttlaw.com>
**Sent:** Tuesday, October 6, 2015 1:42 PM
**To:** Ziegel, Dean
**Cc:** Daniel Snyder
**Subject:** Re: Deepwater

Hi Dean- I am in my office today and ready to chat.  Thanks

PLEASE NOTE NEW EMAIL ADDRESS:  Charlie@Tebbuttlaw.com

Charlie Tebbutt
Law Offices of Charles M. Tebbutt, P.C
941 Lawrence St.
Eugene, OR 97401
Ph: 541-344-3505
Fax: 541-344-3516
Website: http://charlietebbutt.com

---

**From:** Charlie Tebbutt
**Sent:** Friday, October 2, 2015 12:48 PM
**To:** Ziegel, Dean
**Cc:** Daniel Snyder
**Subject:** Re: Deepwater

Dean - here is our draft brief for EPA's consideration.  I look forward to hearing back from you.  I'll be on cell Monday- 541-285-3717.  Thanks

PLEASE NOTE NEW EMAIL ADDRESS:  Charlie@Tebbuttlaw.com

Charlie Tebbutt
Law Offices of Charles M. Tebbutt, P.C
941 Lawrence St.
Eugene, OR 97401
Ph: 541-344-3505
Fax: 541-344-3516
Website: http://charlietebbutt.com