MINUTE ENTRY
WILKINSON, M.J.
OCTOBER 8, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO: Nos. 12-970, 15-4143, 15-4146 & 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

A status conference was conducted by me on this date to plan and schedule further proceedings concerning allocation between the New Class and the DHEPDS ("Old") Class (as referenced in the subject Settlement Agreements) of the Aggregate Payments made under the HESI ("Halliburton") and Transocean Settlement Agreements. Having considered the three subject Settlement Agreements, the written submissions of counsel, and the oral representations made during the status conference, the allocation determination will proceed as follows:

Ex parte **oral** communications initiated by any person to me concerning the allocation are prohibited. If I find that ex parte **oral** communications are necessary to the allocation determination, I will initiate them and note on the record the time and date on which, and the identity of the persons with whom, I have communicated.

**MJSTAR:   1 : 15**

No attorney appeared at the conference to represent Old Class members who are not also members of the New Class, or certain New Class members who are not also members of the Old Class, such as oil and gas companies with direct property damages and claimants who were excluded from or opted out of the BP Settlement Agreement. I asked the Plaintiffs Steering Committee to locate an attorney or attorneys to advocate for those groups or subgroups, and attorneys in the PSC agreed to do so. I asked that the selected attorney(s) notify me by letter of his or her representation of those groups or subgroups.

No later than November 13, 2015, any party from whom I requested information during the status conference or from whom I subsequently request information (e.g., the Claims Administrator) and any other interested person with standing may provide me **in writing** with any submissions concerning the allocation that they wish me to consider. Counsel are encouraged to align themselves into groups of parties with similar interests, along the lines discussed during the conference, and to submit a single submission, if possible, that advocates for the interests of the particular group of aligned parties.

All such submissions must not exceed twelve (12) double-spaced pages, not including attachments. If a written submission contains information that the submitting party considers protected by any privilege, the submission must be clearly marked as such and delivered to me in camera, and I will direct that it be maintained under seal. If

the submission contains no such privileged information, it should be filed in the record with a notation that it must be forwarded to me by the clerk.

No later than November 27, 2015, any interested person with standing may provide me in writing with any response to any previously filed submission. All such written responses must not exceed six (6) double-spaced pages.

Thereafter, the matter will be under advisement. My allocation determination Report and Reasons will be filed in the record and disseminated electronically pursuant to the Clerk's usual procedures in this matter, with a copy provided to Judge Barbier, when I am ready to issue it.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. CARL J. BARBIER