## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig** | **MDL NO. 2179** |
| **"Deepwater Horizon" in the Gulf** | **SECTION J** |
| **of Mexico, on April 20, 2010** | **JUDGE BARBIER** |
| **Applies to:  10-2771** and | |
| *Civil Action No. 10-9999;* | |
| *Rec. Docs.   323, 322, 320, 318,* | **MAG. JUDGE SHUSHAN** |
| *317, 314, 319* | |

---

## <u>MOTION TO DISMISS</u>

NOW INTO COURT, through undersigned counsel, come Plaintiffs, McNEESE STATE UNIVERSITY, NICHOLLS STATE UNIVERSITY, SOUTHEASTERN LOUISIANA UNIVERSITY, UNIVERSITY OF LOUISIANA SYSTEM, UNIVERSITY OF LOUISIANA AT LAFAYETTE, UNIVERSITY OF NEW ORLEANS and SOUTHERN UNIVERSITY SYSTEM, and on suggesting to this Honorable Court that pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Full and Final Release, Settlement, and Covenant Not to Sue entered into by the parties, the plaintiffs hereby give notice that the above-captioned actions are voluntarily dismissed, with prejudice, against certain Defendants. This Notice of Dismissal shall not include claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. Each party to bear its own costs.

Respectfully submitted,

OFFNER & SCOTT, APLC

  /s/ Kurt Offner
KURT A. OFFNER, No. 28176
Two Lakeway, Suite 1130
3850 N. Causeway Blvd.
Metairie, Louisiana 70002
Phone (504) 264-1057
Facsimile (504) 264-5557
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on the 8th day of October, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record involved in this matter.

/s/ Kurt Offner
KURT A. OFFNER