UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | SECTION J |
| of Mexico, on April 20, 2010 | JUDGE BARBIER |
| **Applies to:**  10-2771 and | |
| *Civil Action No. 10-9999;* | |
| *Rec. Docs. 323, 322, 320, 318,*  *317, 314, 319* | MAG. JUDGE SHUSHAN |

ORDER

CONSIDERING THE FOREGOING;

IT IS ORDERED, ADJUDGED AND DECREED that Defendants in the above numbered and entitled cause, are hereby dismissed, with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order of Dismissal shall not include claims for punitive or exemplary damages against Transocean Inc., Transocean Holdings, LLC, Transocean, Ltd., Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling, Inc., Triton Asset Leasing GmbH, and Halliburton Energy Services, Inc. Each party to bear its own costs.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE