UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>**This Document Relates to:**<br>**2:10-cv-02454, 2:10-cv-01768** | MDL NO. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN<br><br>**DECLARATION OF CHARLES M. TEBBUTT IN SUPPORT OF PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE COURT'S SEPTEMBER 14, 2015 ORDER RE: CROSS-MOTIONS FOR SUMMARY JUDGMENT (ECF NO. 15352)** |

I, Charles M. Tebbutt, hereby declare:

1.     I am over the age of eighteen and am competent to make this declaration.  I have personal knowledge of the facts set forth herein.

2.     I am lead counsel for the Plaintiff, Center for Biological Diversity, in the above-captioned matter.  I make this declaration in support of the Center's Motion for Reconsideration of the Court's September 14, 2015 Order re: Cross-Motions for Summary Judgment (ECF No. 15352) (hereinafter, "Motion for Reconsideration").

3.     Shortly after the Court issued its Order, I contacted the U.S. Environmental Protection Agency seeking its position on the holdings of the Court.  I spoke with a number of EPA staff during the course of attempting to locate the appropriate contact person.

4.     My request was eventually forwarded to Dean Ziegel, Attorney-Advisor in the Waste and Chemical Enforcement Division.  I shared a copy of the Center's draft Motion for Reconsideration with Mr. Ziegel on October 2.

5.     Mr. Ziegel responded via e-mail on October 7 that he had shared the Center's draft motion with a few other staff and that "it looks fine."  He noted that EPA would not likely

1

submit formal briefing in support of the Motion for Reconsideration unless the matter was before the Court of Appeals.  A true and correct copy of my e-mail correspondence with Dean Ziegel is attached hereto as Exhibit A.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

SIGNED in Eugene, Oregon this 9th Day of October, 2015.

Respectfully submitted,

    s/Charles M. Tebbutt  
    Charles M. Tebbutt  
    Law Offices of Charles M. Tebbutt, P.C.  
    941 Lawrence St.  
    Eugene, OR 97401  
    Ph: 541-344-3505  
    E-mail: Charlie@tebbuttlaw.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Declaration of Charles M. Tebbutt in Support of Plaintiff's Motion for Reconsideration of the Court's September 14, 2015 Order re: Cross-Motions for Summary Judgment has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of October, 2015.

                                s/ Charles M. Tebbutt
                                Charles M. Tebbutt
                                Law Offices of Charles M. Tebbutt, P.C.

# EXHIBIT A

# Re: Deepwater

**Ziegel, Dean <Ziegel.Dean@epa.gov>**
Wed 10/7/2015 5:42 AM

To: Charlie Tebbutt <Charlie@tebbuttlaw.com>;
Cc: Daniel Snyder <Dan@tebbuttlaw.com>;

Good morning Charlie,

Unfortunately, I am out of the office on sick leave today. Came down with a nasty cold. I did share your motion with a few folks and it looks fine. As far as EPA filing a brief in support of your motion, I don't think we will be doing that at this time. If we were to get involved at some point, it would likely be at the Court of Appeals level.

If you still want to chat, I should be back in the office tomorrow.

Good luck.
Dean

Dean B. Ziegel
Attorney-Advisor
Waste and Chemical Enforcement Division
Office of Civil Enforcement
U.S. Environmental Protection Agency
1200 Pennsylvania Ave., NW (2249A)
Washington, DC 20460
202.564.4038
202.564.0020 fax
ziegel.dean@epa.gov

The information transmitted is intended only for the person or entity to which it is addressed and it may contain sensitive, confidential, and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you have received this in error, please contact the sender and delete the material from your computer.

---

**From:** Charlie Tebbutt <Charlie@tebbuttlaw.com>
**Sent:** Tuesday, October 6, 2015 1:42 PM
**To:** Ziegel, Dean
**Cc:** Daniel Snyder
**Subject:** Re: Deepwater

Declaration of Charles M. Tebbutt                                        Page 1
Exhibit A

Hi Dean- I am in my office today and ready to chat.  Thanks

PLEASE NOTE NEW EMAIL ADDRESS:  Charlie@Tebbuttlaw.com

Charlie Tebbutt
Law Offices of Charles M. Tebbutt, P.C
941 Lawrence St.
Eugene, OR 97401
Ph: 541-344-3505
Fax: 541-344-3516
Website: http://charlietebbutt.com

---

**From:** Charlie Tebbutt
**Sent:** Friday, October 2, 2015 12:48 PM
**To:** Ziegel, Dean
**Cc:** Daniel Snyder
**Subject:** Re: Deepwater

Dean - here is our draft brief for EPA's consideration.  I look forward to hearing back from you.  I'll be on cell Monday- 541-285-3717.  Thanks

PLEASE NOTE NEW EMAIL ADDRESS:  Charlie@Tebbuttlaw.com

Charlie Tebbutt
Law Offices of Charles M. Tebbutt, P.C
941 Lawrence St.
Eugene, OR 97401
Ph: 541-344-3505
Fax: 541-344-3516
Website: http://charlietebbutt.com