UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| This Document Relates to: 11-1783 (Pierre Mabile) | MAGISTRATE JUDGE SHUSHAN |

## MOTION TO SEVER ACTION

Plaintiff, Pierre Mabile, moves this Court to sever his individual suit from the umbrella of this multidistrict litigation, to proceed and to be tried separately. The categories of claims being litigated in MDL No. 2179, as delineated in the Pretrial Orders, do not encompass Plaintiff's claims for misappropriation and conversion of intellectual property. Moreover, the Judicial Panel on Multidistrict Litigation has found that similar claims in other suits also should be excluded from this MDL litigation in at least three other cases. Therefore, Plaintiff respectfully requests that this Court grant his Motion to Sever.

## PRE-TRIAL ORDER NO. 11 STATEMENT

In accordance with Pretrial Order No. 11, counsel for Plaintiff certifies that they contacted the Plaintiffs' Steering Committee ("PSC") and advised of the intent to file this Motion to Sever. The PSC indicated that it takes no position on this motion.

/s James M. Garner

_____
JAMES M. GARNER #19589
JOHN T. BALHOFF, II #24288
ERIC J. BLEVINS #34209
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana  70112-1033
Telephone: (504) 299-2100
Facsimile:  (504) 299-2300

— and —

LARRY N. GUY #25693
**LAW OFFICE OF LARRY N. GUY**
2321 Drusilla Lane, Suite C
Baton Rouge, Louisiana 70809
Telephone: (225) 291-0111
Fax: (225) 927-7200

**ATTORNEYS FOR PIERRE MABILE**

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion to Sever Action has been served on all counsel by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 9th day of October, 2015.

/s James M. Garner

_____
JAMES M. GARNER