UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION "J" (1) |
| | JUDGE BARBIER |
| This Document Relates to: 11-1783 (Pierre Mabile) | MAGISTRATE JUDGE SHUSHAN |

## NOTICE OF SUBMISSION

Please take notice that Plaintiff, Pierre Mabile, has filed a Motion to Sever Action, which is hereby set for submission to the Court on November 4, 2015 at 9:30 a.m. before the Honorable Carl J. Barbier at the United States District Courthouse, 500 Poydras Street, Courtroom C268, New Orleans, Louisiana 70130.

/s James M. Garner
_____
JAMES M. GARNER #19589
JOHN T. BALHOFF, II #24288
ERIC J. BLEVINS #34209
**SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L.L.C.**
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone: (504) 299-2100
Facsimile: (504) 299-2300

— and —

LARRY N. GUY #25693
**LAW OFFICE OF LARRY N. GUY**
2321 Drusilla Lane, Suite C
Baton Rouge, Louisiana 70809
Telephone: (225) 291-0111
Fax: (225) 927-7200

**ATTORNEYS FOR PIERRE MABILE**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Sever Action has been served on all counsel by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 9th day of October, 2015.

      /s James M. Garner

      _____
      JAMES M. GARNER