(Rev. 10/2002) Complaint

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

FILED by _____ D.C.

MAY 23 2011

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Franklin R. Lacy representing self
_____

_____
Plaintiff(s)

v.

BP p.l.c., Transocean Ltd, Applied Drilling Technology, Inc.

Challenger Minerals, Inc., Halliburton Co.

Carl-Henric Svanberg,

Bob Dudley
_____
Defendant(s)

**COMPLAINT FOR FAILURE TO ADEQUATELY COMPENSATE PLAINTIFF FOR IDEA(S) SOLICITED FOR AND USED TO STOP THE DEEP WATER HORIZON GULF OIL SPILL OF APRIL 20, 2010**

## COMPLAINT

I, Franklin R. Lacy, Marco Island, FL 34145  plaintiff, in the above styled cause, sues defendant(s); BP p.l.c., Transocean Ltd, Applied Drilling Technology, Inc., Challenger Minerals, Inc., Halliburton Co. Carl-Henric Swanberg, Bob Dudley
*(Allegation of jurisdiction, i.e., under which federal law or section of the U.S. Constitution this action is being filed )*

This action is filed under: Diversity of citizenship. Some defendant parties are citizens of United Kingdom and Sweden.  Plaintiff's home is on Marco Island, Florida in The United States District Court of the Southern District of Florida.

Plaintiff mailing address: Franklin R. Lacy, 1083 N. Collier Blvd., #402, Marco Island, Florida 34145, 1-239-970-2213

Defendant BP p.l.c., 501 Westlake Park Boulevard, Houston, Texas 77079  1-281-366-2000

Defendant Bob Dudley, c/o BP p.l.c., 501 Westlake Park Boulevard, Houston, Texas 77079  1-281-366-2000

Defendant Carl-Henric Svanberg, c/o BP p.l.c., 501 Westlake Park Boulevard, Houston, Texas 77079  1-281-366-2000

Defendant Transocean Ltd., 4 Greenway Plaza, Houston, Texas 77046  1-713-232-7500

Def. Applied Drilling Technology, Inc., Langlands House, Huntly Street, Aberdeen, UK AB10 1SH  +44 1224 654400

Defendant Challenger Minerals, Inc., 1311 Broadfield Blvd., Suite 500, Houston, Texas 77084  1-832-587-5400

Defendant Halliburton Co., 3000 N. Sam Houston Pkwy. E., Houston, Texas 77032  1-888-669-3920

EXHIBIT D

(Rev. 10/2002) Complaint

### (Statement of Facts)

On April 20, 2010, Defendants BP p.l.c., Transocean, and Halliburton were responsible for drilling in the Gulf of Mexico on the Deep Water Horizon oil drilling platform when it exploded and sank. There was a very bad oil spill that BP p.l.c. et. al. could not get stopped. They made several tries to overpower and stop the oil spill. Nothing was working. Defendants established a web site and called out to vendors to send them solutions for stopping the disasterous oil spill and clean up the environment. Plaintiff sent them two solutions, each at least twice, The first solution was sent in twice on May 15, 2010. It was rejected on May 20, 2010 because of the "very challlenging and specific operating conditions we face." The second solution was sent in twice on May 25, 2010 and then again twice on June 1, 2010. Plaintiff did not get a timely response to either second solution submission. Plaintiff figured BP p.l.c. was working with his solution. Before Plaintiff sent in his second solution, BP p.l.c. announced that their best hope to stop the oil spill was to drill two parallel holes deep into the Gulf sea floor and then intersect the leaking pipe down deep to stop the leaking oil. After receiving Plaintiff's solution BP p.l.c. announced that they had a better solution to stop the leaking oil, and they proceeded to use Plaintiff's solution(s). BP p.l.c. did not have a large enough pumping capability to fully stop the oil spill using Plaintiff's solution until July 17, 2010 after they brought in a larger pumping ship; however they did stop approximately half of the oil spill for 30 days before July 17, 2010 using Plaintiff's solution until the large pumping ship arrived.

Even though the leak was stopped, the U.S. Coast Guard made Defendants complete their parallel drilling-deep-intersecting solution. That got completed in Mid-September 2010. This was 5 months after the leak started. Plaintiff's solution saved 2 1/2 months of oil leaking. This prevented half the oil spill that BP p.l.c.'s parallel drilling-deep-intersecting solution would have allowed before it was completed.

On February 1, 2011, BP p.l.c. announced that their ultimate costs would be $40.9 billion. If this is for half the spill that would have occurred if they used their parallel drilling-deep-intersect solution, then using Plaintiff's solution saved Defendants an amount approaching $40.9 billion.

In January 2011, BP p.l.c. was interested in Plaintiff becoming an executive consultant for them in Abu Dahbi for . 2 years. Plaintiff knew that this was a settlement offer, and he wrote BP p.l.c. that he was not interested. Plaintiff asks a jury to please determine a fair amount. It should be between the value of two years of executive consulting and the $40.9 billion potential savings to BP p.l.c. and other Defendants from using Plaintiff's solution(s).

Plaintiff has a patent pending on his invention.

EXHIBIT D

(Rev. 10/2002) Complaint

*(Relief request, i.e., State what you want the Court to do or award)*

Wherefore, Plaintiff asks for $6 billion or whatever the jury deems fair in view of a saving to BP p.l.c. and the other Defendabts of up to $40.9 billion. Please see earlier paragraphs. For something to compare to, waitreses get 18% and IRS tax informants get 15% to 30%. How much more important was Plaintiff's contribution to the environment and the well being of our country than these other comparison groups?

Signed this 23rd day of May, 20 11.

| | |
|---|---|
| Franklin R. Lacy | *[signature]* |
| Printed or typed name of Filer | Signature of Filer |
| "In Pro SE" | northernexp@centurytel.net |
| Florida Bar Number | E-mail address |
| 239-970-2213 | 239-970-2213 |
| Phone Number | Facsimile Number |
| 1083 N. collier Blvd., 3402 | |
| Street Address | |
| Marco Island, Florida 34145 | |
| City, State, Zip Code | |

EXHIBIT D

JS 44 (Rev. 2/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.) **NOTICE: Attorneys MUST Indicate All Re-filed Cases Below.**

## I. (a) PLAINTIFFS
Franklin R. Lacy, representing self

**(b)** County of Residence of First Listed Plaintiff: Collier
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
"In Pro Se"

## DEFENDANTS
BP p.l.c., Transocean Ltd, Halliburton Co., Applied Drilling Technology, Inc., Challenger Minerals, Inc., Carl-Henric Svanberg

County of Residence of First Listed Defendant: Middlesex, U.K.
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT LAND INVOLVED.

Attorneys (If Known)

FILED by ___ D.C.
MAY 23 2011
STEVEN M. LARIMORE
S. D. of FLA - MIAMI

**(d)** Check County Where Action Arose: ☑ MIAMI-DADE ☐ MONROE ☐ BROWARD ☐ PALM BEACH ☐ MARTIN ☐ ST. LUCIE ☐ INDIAN RIVER ☐ OKEECHOBEE ☐ HIGHLANDS

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☑ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff (For Diversity Cases Only) and One Box for Defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☑ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☑ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☒ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus-Alien Detainee | | |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |

## V. ORIGIN (Place an "X" in One Box Only)

☑ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Re-filed- (see VI below)
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. RELATED/RE-FILED CASE(S).
(See instructions second page):
a) Re-filed Case ☐ YES ☐ NO
b) Related Cases ☐ YES ☐ NO
JUDGE _____ DOCKET NUMBER _____

## VII. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing and Write a Brief Statement of Cause (**Do not cite jurisdictional statutes unless diversity**):
Plaintiff provided Intellectual Property that led to the stopping of the Gulf Deep Water Horizon Oil Spill. This occurred in response to Defendant(s) soliciting vendor solutions. Plaintiff was not paid.
LENGTH OF TRIAL via 14 days estimated (for both sides to try entire case)

## VIII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 6,000,000,000.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☑ Yes ☐ No

ABOVE INFORMATION IS TRUE & CORRECT TO THE BEST OF MY KNOWLEDGE
SIGNATURE OF ATTORNEY OF RECORD
DATE: May 23, 2011

FOR OFFICE USE ONLY
AMOUNT $350.00 RECEIPT # ____ IFP

EXHIBIT D