| | | |
|---|---|---|
| Elaine N. Walker<br>Secretary of State | **Commonwealth of Kentucky**<br>Office of the Secretary of State | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718 |

April 20, 2011

BP AMERICA
200 WESTLAKE PARK BLVD
HOUSTON, TX 77079

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 11-CI-00087

COURT:  Circuit Court Clerk
        Fleming County
        100 Court Sq.
        Flemingsburg, KY 41041
        Phone: (606) 845-7011

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

- (1) Your attorney, or
- (2) The attorney filing this suit whose name should appear on the last page of the complaint, or
- (3) The court or administrative agency in which the suit is filed at the clerk's number printed above.

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

---

Kentucky Secretary of State's Office    Summons Division    4/20/2011

EXHIBIT E

Generated: 04/18/2011

| | | |
|---|---|---|
| AOC-S-105  Sum Code: CI<br>Rev. 7-99<br>**Commonwealth of Kentucky**<br>**Court of Justice**<br>CR 4.02; Cr Official Form 1 | <br>**Civil Summons** | Case Number **11-CI-00087**<br>Court  CI<br>County  FLEMING |

*Plantiff,* THROCKMORTON, JERRY D  VS. BP AMERICA, *Defendant*

BP AMERICA,
200 WESTLAKE PARK BLVD
HOUSTON          TX     77079



The Commonwealth of Kentucky to the above-named Defendant(s):

You are hereby notified that a legal action has been filed against you in this court demanding relief as shown on the document delivered to you with summons. Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days following the day this paper is delivered to you, judgement by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding such relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this summons.

Circuit/District Clerk, PAM LOWE

By _/s/ B. McDowell_____, DC

Date: 04/15/2011

---

**Proof of Service**

[ ] This Summons was served by delivering a true copy and the Complaint (or other initiating document)
   To: _____

[ ] Not Served because: _____

Date: _____, 2____.                          _____
                                                              Served by

---

CI   11-CI-00087
THROCKMORTON, JERRY D  VS. BP AMERICA,



EXHIBIT E

**Commonwealth of Kentucky**
**FLEMING CIRCUIT COURT**
Case NO. 11-CI-00087

| | | |
|---|---|---|
| **JERRY D. THROCKMORTON**<br>5121 Doyle Lane<br>Mayslick, KY 41055 | | **PLAINTIFF** |
| VS: | **COMPLAINT** | |
| **BP AMERICA**<br>200 Westlake Park Boulevard<br>Houston, TX 77079 | | **DEFENDANT** |

Come the Plaintiff, Jerry D. Throckmorton, and for his complaint against the Defendant, BP America, state as follows:

1. Plaintiff is a resident of Fleming County, Kentucky. Plaintiff resides at 5121 Doyle Lane, Mayslick, Kentucky 41055. Defendant is located at 200 Westlake Park Boulevard, Houston, Texas 77079.

2. The Plaintiff owns a certain property, a wellcap design which is used to seal underwater oil well leaks, that Plaintiff invented.

3. Plaintiff invented a deep-water wellhead leak design, which is to be used to stem the flow of crude oil from a broken wellhead, which Plaintiff recorded on paper and submitted to BP America along with a type written contract for a fee of $3 million and is entitled to the relief sought herein.

4. Plaintiff is the owner of the wellhead design that stopped the flow of oil in the Gulf Coast from the Macondo wellhead, which BP America used.

EXHIBIT E

5.  Plaintiff's contract for $3 million for the use of the design by BP America and design is as follows:

BP America
200 Westlake Park Blvd.
Houston, TX 77079-2663



April 30, 2010

THROCKMORTON
325 A.D.
Kentucky, Ohio & Virginia

To whom it may concern:

    I am an international consultant and attached hereto is a design to stop the oil flow from your busted well in the gulf. This design is a permanent fix for your problem.
    It is a well head seal/sleeve seal and should hold 7,000 to 10,000 psi. If you choose to use this design or anything similar I need to be paid $3,000,000 for my fee and services in this matter.
    Please feel free to contact me at the following address, fax and phone: 5121 Doyle Lane
                   Mayslick, KY 41055
                   Phone: (606) 763-6287
                   Fax: (606) 763-6287

Sincerely,

*[signature]*
Jerry Throckmorton Esq.

EXHIBIT E



6. The Defendant is subject to the jurisdiction of this Court by virtue by their theft and ownership of the design and property in question of the Plaintiff's.

7. The Defendant and its agents, BP p.i.c., 1 St. James's Square, London, SW1Y 4PD, United Kingdom, on July 6, 2010 stated in writing that Plaintiff's submission was used, along with the Gulf Coast Claims, guaranteeing payment of the $3 million.

8. Plaintiff was guaranteed payment of $3 million from the Gulf Coast Claims, PO Box 9658, Dublin, Ohio 43017, along with and including a claim number as an agent of BP America.

9. Defendant has guaranteed payment since July 23, 2010 at which time Defendant agreed it had used Plaintiff's submitted design to seal the Gulf Coast well leak and payment would be forthcoming.

10. Defendant failed to pay Plaintiff $3 million on three separate occasions, the last being February 14, 2011. Defendant stole Plaintiff's design submission and now refuses to pay.

11. Defendant committed theft, fraud and malice toward Plaintiff, thereby entitling Plaintiff to punitive damages in the amount of $50 billion, which is a fair market value of a submitted design pursuant to KRS 411.184.

EXHIBIT E

12. Defendant fabricated and used Plaintiff's submitted design to seal the Gulf Coast Macondo well leak then filed for a patent on said design, which is the Plaintiff's property, until such time Plaintiff is paid.

13. Defendant's failure to pay for Plaintiff's design and use of Plaintiff's property, the submitted design, has caused Plaintiff to suffer irreparable and immediate injury, loss and damage.

**WHEREFORE**, the Plaintiff, Jerry D. Throckmorton, prays as follows:

1. Plaintiff, Jerry D. Throckmorton, receive judgment in the amount of $50 billion for the fair market value of the design and punitive damages.

2. Plaintiff also receive an additional $3 million for his design being used and patented before payment was made for the use thereof.

3. Defendant be ordered to pay all costs, including any and all fees that may occur herein, including all costs which may be incurred by the Plaintiff as a result of this action.

4. Plaintiff prays for judgment in his favor for all actions described herein and all costs described herein.

5. Plaintiff prays he be awarded all other relief to which he may be entitled and a trial by jury on all issues triable thereby.

EXHIBIT E

Respectfully submitted,

*[signature]*
Jerry D. Throckmorton
5121 Doyle Lane
Mayslick, KY 41055

**ATTESTED**
4-15-11. B. M*[illegible]*

EXHIBIT E

**CERTIFIED MAIL**

7192 2677 0010 0129 3704
RETURN RECEIPT (ELECTRONIC)

OFFICE OF
**SECRETARY OF STATE**
P.O. BOX 718
FRANKFORT, KENTUCKY 40602-0718

☑ *REGISTER TO VOTE*

$ 09.58⁰ APR 21 2011
MAILED FROM ZIP CODE 40601

RESTRICTED DELIVERY

RETURN RECEIPT REQUESTED

BP AMERICA
200 WESTLAKE PARK BLVD
HOUSTON, TX 77079

FROM:
CARR: USPS
TRK#: 71922677001001293704
RCVD: 05/03/2011 15:04
TO: GREENE, MURRAY A.
PH: 366-2066
MSC: 16.13
PCS: 1

FLR: MSC: 16.13
GREENE, MURRAY A.
WESTLAKE 1

Murray Greene
16.13 B

RESTRICTED DELIVERY

EXHIBIT E