UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | JUDGE CARL J. BARBIER |
| This document relates to: | ) | |
| | ) | MAG JUDGE SHUSHAN |
| 12-970, *Bon Secour Fisheries, Inc. et al.* | ) | |
| *v. BP Exploration Production Inc.;* | ) | |
| cases within Pleading Bundle B1 | ) | |
| | ) | |
| and All Civil Actions, including | ) | |
| 13:1439; 13:6009; 13:6010; 13:5367; | ) | |
| 14:1106; 14:357; 14:358; 14:359; | ) | |
| 14:1321 and 15:6651; | ) | |

**NOTICE OF LIMITED JOINDER IN PLAINTIFFS' FIRST AMENDED MOTION TO REMAND OR TAKE OTHER AFFIRMATIVE ACTION ON OPT-OUT AND EXCLUDED CLAIMS AND SUPPORTING MEMORANDUM (Rec. Doc. 14927) FILED BY BRENT COON & ASSOCIATES**

**COME NOW** the non-class members represented by Samuel T. Adams, Attorney, in 2:13-cv-1439, and hereby give notice of their limited joinder in Plaintiffs' First Amended Motion to Remand or Take Other Affirmative Action on Opt-Out and Excluded Claims and Supporting Memorandum filed June 27, 2015, by the Law Firm of Brent Coon & Associates (Rec. Doc. 14927) to the extent the motion requests the court to establish a committee made up of stakeholder law firms to oversee the prompt and efficient prosecution and resolution of opt-out and excluded claims.

**DATED** this 13th day of October, 2015.

Respectfully submitted,

/S/ Samuel T. Adams
_____

SAMUEL T. ADAMS
Florida Bar Number 160184
Post Office Box 8420
Panama City, FL  32409
850-785-3469 – office
850-640-1562 – facsimile
tom@samueltadams.com
Attorney for Non-Class Members
represented by Samuel T. Adams

1

**CERTIFICATE OF NON-SUPPORT**

THE UNDERSIGNED ATTORNEY certifies, in accordance with Section X of PTO 11 (rec. doc. 569), that he has conferred with the PSC regarding this motion and was advised the PSC understands that the court will be scheduling a status conference in the near future to discuss, among other things, how the unsettled cases in the MDL should proceed.

/S/ Samuel T. Adams

**CERTIFICATE OF SERVICE**

I certify that this document has been filed with the Clerk of the Court and served by ECF on October 13, 2015, upon:

Attorneys for the Defendants:

> Richard C. Godfrey, P.C.
> J. Andrew Langan, P.C.
> Wendy L. Bloom
> KIRKLAND & ELLIS LLP
> 300 North LaSalle Street
> Chicago, IL 60654
> Telephone: 312-862-2000
>
> Jeffrey Lennard
> SNR Denton US LLP
> 233 South Wacker Drive, Suite 7800
> Chicago, IL 60606
> Telephone: 312-876-8000
>
> Jeffrey Bossert Clark
> Steven A. Myers
> KIRKLAND & ELLIS LLP
> 655 Fifteenth Street, N.W.
> Washington, DC 20005
> Telephone: 202-879-5000
>
> Don K. Haycraft
> LISKOW & LEWIS
> One Shell Square
> 701 Poydras Street, Suite 5000
> New Orleans, LA 70139
> Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

Brent W. Coon
215 Orleans
Beaumont, Texas 77701
Telephone: 409-835-2666
Fax: 409-835-1912
Attorney for BCA Class Members

Respectfully submitted,

/S/ Samuel T. Adams
_____

Attorney for Class Members
represented by Samuel T. Adams