# The Law Office of
# Thomas L. Young, P.A.

209 South Howard Avenue  
Tampa, Florida 33606  
tyoung@tlylaw.com

PH: (813) 251.9706  
Fax: (813) 364.1908

October 10, 2015

Hon. Joseph C. Wilkinson  
U.S. Magistrate Judge  
500 Poydras Street, Room B409  
New Orleans, Louisiana 70130

*File in the record* (handwritten)

**VIA FEDEX OVERNIGHT**

Re: In re Deepwater Horizon Litigation  
**MDL No. 2179; Nos. 12-970, 15-4143, 15-4146, 15-4654**  
*Halliburton and Transocean Settlement Allocation*

Dear Judge Wilkinson:

Pursuant to the Minute Entry of October 8, 2015 regarding the Halliburton (HESI) and Transocean Settlement Allocation [Rec. Doc. 15459], please find this letter as notice of my acceptance of the Plaintiff's Steering Committee's appointment to represent members of the Deepwater Horizon Economic & Property Damages / DHEPDS Class ("Old Class") in the allocation proceedings. My representation will be limited to those Old Class members who do not have *Robins Dry Dock* standing.

Sincerely,

Thomas L. Young

cc: Stephen J. Herman (Co-Liaison / Co-Lead Class Counsel)  
    James Parkerson Roy (Co-Liaison / Co-Lead Class Counsel)  
    R. Alan York (Counsel for Halliburton)  
    Kerry J. Miller (Counsel for Transocean)  
    Stephen Kreller  
    Scott Bickford



RECEIVED OCT 13 2015 — CHAMBERS OF U.S. MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR.