**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig | MDL NO. 2179 |
| "Deepwater Horizon" in the Gulf | |
| of Mexico, on April 20, 2010 | SECTION J |
| | |
| Applies to: *All Cases* | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

<u>ORDER</u>

**[Regarding Reappointment of Neutrals and Liaison Counsel to Neutrals and Confidentiality]**

The Court previously appointed Magistrate Judge Sally Shushan, Special Master Louis Freeh, and Claims Administrator Patrick Juneau as Neutrals to assist in various settlement processes. In addition, the Court appointed Mike Moore and Drake Martin as Liaison Counsel to assist the Neutrals in the course of settlement discussions. The appointment of Magistrate Judge Shushan, Special Master Freeh, Claims Administrator Juneau, Mr. Moore and Mr. Martin shall continue until further order of this Court.

Pursuant to the Court's inherent jurisdiction and Federal Rule of Evidence 408, any information discussed or exchanged with the Neutrals and/or Liaison Counsel to the Neutrals in furtherance of possible settlement shall be treated as strictly confidential and disclosed to no one unless specifically permitted in advance by the undersigned. Documents related to settlement shall be deemed exempt under the Freedom of Information Act, 5 U.S.C. §552, and any corresponding state open records acts absent good cause shown in this proceeding. Any person found to be in violation of this order will be subject to imposition of sanctions.

The fees and expenses of Special Master Freeh and the Liaison Counsel to the Neutrals shall be paid by BP.

New Orleans, Louisiana, this 13th day of October, 2015.

**CARL J. BARBIER**
**United States District Judge**