UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO:<br>Nos. 12-970, 15-4143, 15-4146 & 15-4654 | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

### ORDER AMENDING DEADLINE

Due to the Thanksgiving holiday, **IT IS ORDERED** that the November 27, 2015, deadline set out in my previous order, Record Doc. No. 15459, by which "any interested person with standing may provide me in writing with any response to any previously filed submission" concerning allocation between the New Class and the DHEPDS ("Old") Class (as referenced in the subject Settlement Agreements) of the Aggregate Payments made under the HESI ("Halliburton") and Transocean Settlement Agreements, is hereby AMENDED to reflect that all such responsive submissions should be provided no later than **December 4, 2015**.

New Orleans, Louisiana, this __13th__ day of October, 2015.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HON. CARL J. BARBIER