UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

CERTIFICTION OF THE DHECC
TO THE COURT'S ORDER OF SEPTEMBER 30, 2015

By Order of September 30, 2015, the Court instructed the DHECC to serve a copy of the Court's Order (and the motion for return of payments, if not already done so) on the parties (or their counsel, if represented) in the motions for return of payments from: (a) Joseph K. Bassler [Rec. Doc. 14802] and (b) Tommy Pham [Rec. Doc. 15361]. The Court further instructed the DHECC to certify to the Court by October 12, 2015 whether service occurred.

As directed, the DHECC hereby certifies as follows:

1. <u>Joseph K. Bassler</u>. Joseph K. Bassler has been served by overnight courier with the Court's Order. He was contacted telephonically and agreed to accept service by overnight courier. He was served via hand delivery with a copy of the motion for return of payments and the Court's Order on July 21, 2015. [Rec. Doc. 14802].

    a. *Htun Nyunt, Inc.; TNN Enterprises, Inc.; Beach & Luxury Realty, Inc..* The registered representative for each of the above claimants, named in the motion, was contacted telephonically. Each representative agreed to accept service via overnight courier. A copy of the Court's Order has been served by overnight courier upon the

registered agent for each named business.  Each of the above was personally served with the motion for repayment on July 21, 2015. [Rec. Doc. 14802].

2.  <u>Tommy Pham</u>.  Counsel for Tommy Pham has been served through Lexis Nexis File & Serve with a copy of the Court's order.  Pham's counsel was previously served the motion for return of payments via electronic mail and Lexis Nexis File & Serve.  [Rec. Doc. 15361].

        Respectfully submitted,

        Patrick A. Juneau,
        Claims Administrator

        By:  ___/s/ Kevin Colomb_____
        Kevin Colomb
        Manager of Compliance and Internal Integrity

Dated:   October 13, 2015

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this   13th   day of    October   , 2015, by electronic mail or U.S. mail, on the following:

      Brent Coon & Associates
      215 Orleans
      Beaumont, TX 77701
      *Attorneys for Tommy Pham*

      Htun Nyunt, Inc.
      7415 Flyway Dr.
      Spring Hill, FL 34607

      TNN Enterprises, Inc.
      5917 111th Place
      Pinellas Park, FL 33782

      Beach & Luxury Realty, Inc.
      3544 8th Ave. N
      St. Petersburg, FL 33713

      /s/Kevin Colomb
      Counsel