**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, CHAMBERS B409
NEW ORLEANS, LA 70130

JOSEPH C. WILKINSON, JR.
Chief Magistrate Judge

Phone: (504) 589-7630
Fax: (504) 589-7633

October 13, 2015

Patrick Juneau
Claims Administrator
Deepwater Horizon BP Economic
  and Property Damage Settlement
Exchange Centre
935 Gravier Street, 19th Floor
New Orleans, LA 70112



Re:   MDL 2179 (Deepwater Horizon) (This document relates to
      Nos. 12-970, 15-4143, 15-4146 & 15-4654)

Dear Mr. Juneau:

    I have been appointed by Judge Carl Barbier to act as Allocation Neutral to determine how Aggregate Payments totaling about $1.274 billion from proposed settlements made by Halliburton and Transocean should be apportioned between the class of claims that you have been administering ("the Old Class") and a New Class defined in the more recent Halliburton/Transocean settlement agreements. I will be relying in part on the periodic reports you have been providing to the court concerning the existing settlement program and thank you very much for including me in your most recent distribution of those reports.

    In addition, as I recently advised counsel during a status conference concerning the allocation process that I conducted last week, I would also request that your office provide me, on or shortly before November 13, 2015, with an estimate of the total amount, in dollars, that you project will be paid by BP to all claimants in the Old Class at the end of your work on the prior settlement claims assessment and payment process. I know that this may be a difficult task, but I request that you make your best efforts, using whatever estimating method you decide, based upon your expertise and experience with the process to date, is most appropriate. In providing me with this information, please also explain the method by which you arrive at your calculation, including the essential facts you rely upon in doing so. I have made my own primitive estimate based upon your prior reports that have already been filed in the court's record that projects that the final payout by BP will be about $10.2 billion.

    Please consult with Don Haycraft, counsel for BP, or anyone else with whom you might like to speak, as to whether the projection I am requesting should be made and submitted to me confidentially on grounds that it might be protected by some sort of privilege or by any agreements or court orders that govern your work. If so, please clearly label it as confidential when you submit it to me so that it will be maintained for in camera review only. Otherwise, I will file it in the court's record upon receipt. I would like to receive your projection in the form of a letter to me, limited to no more than 12 pages in length, though you may certainly transmit it to me electronically.

    I very much appreciate your assistance in this undertaking. If you have any questions or need additional input from me, please do not hesitate to let me know.

                                         Sincerely,

                                         Joseph C. Wilkinson, Jr.

cc:    Hon. Carl Barbier
        Stephen Herman
        Don Haycraft
        Alan York
        Kerry Miller
        Scott Bickford
        Greg Friedlander
        Stephen Kreller
        Thomas L. Young