**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, CHAMBERS B409
NEW ORLEANS, LA 70130

JOSEPH C. WILKINSON, JR.
Chief Magistrate Judge

Phone: (504) 589-7630
Fax: (504) 589-7633

October 13, 2015

Kerry Miller
Baker Donelson Bearman
Caldwell & Berkowitz
201 St. Charles Ave., Suite 3600
New Orleans, LA 70170

Alan York
Godwin Lewis PC
4 Houston Center
1331 Lamar Street, Suite 1665
Houston, TX 77010

Don Haycraft
Liskow & Lewis
One Shell Square
701 Poydras St., Suite 5000
New Orleans, LA 70139-5099

*File in the record*
*[signature] 10/13/15*

Re: Halliburton -Transoceanic Settlements: Neutral Allocation;
MDL 2179 (Deepwater Horizon) (This document relates to
Nos. 12-970, 15-4143, 15-4146 & 15-4654)

Gentlemen:

As a follow up to our status conference last Thursday, I have decided that I must make my own determination as to whether the value of the claims of Halliburton and Transocean for their own damages against BP should play any part in the allocation decision. Specifically, I am considering whether the value of those claims should be offset against the value of BP's claims against them for purposes of estimating the value of the Assigned Claims. Accordingly, I request that your in camera submissions to me include (1) your evaluation of the dollar amounts of the defendants' claims against each other; and (2) either (a) the settlements agreement(s) between BP and Halliburton and between BP and Transocean, or (b) a summary of

those agreements that quotes all provisions relating to their treatment or mention of those claims and includes the date(s) each settlement agreement was entered.

By copy of this letter, I am asking Stephen Herman to forward copies of this letter to whomever he thinks will be advocating on behalf of members of (a) the New Class who are not also members of the Old Class (whom I think may have an interest in arguing that an offset should apply, thus lessening the value of the Assigned Claims in which they seem to have no interest) and (b) the Old Class who are not members of the New Class (whom I think may have an interest in arguing that no offset should apply, thus maximizing the value of the Assigned Claims in which they have a clear interest).

Thank you very much.

Sincerely,

Joseph C. Wilkinson, Jr.

cc: Hon. Carl Barbier
    Stephen Herman
    Scott Bickford
    Greg Friedlander
    Stephen Kreller
    Thomas Young