**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, CHAMBERS B409
NEW ORLEANS, LA 70130

JOSEPH C. WILKINSON, JR.
Chief Magistrate Judge

Phone: (504) 589-7630
Fax: (504) 589-7633

October 13, 2015

Thomas L. Young
Law Office of Thomas L. Young, P.A.
209 South Howard Ave.
Tampa, FL 33606

Re: MDL 2179 (Deepwater Horizon) (This document relates to Nos. 12-970, 15-4143, 15-4146 & 15-4654)

Dear Mr. Young:

Thank you very much for undertaking this important assignment. I appreciate your willingness to do so. The deadline for your submission is November 13, 2015.

Sincerely,

Joseph C. Wilkinson, Jr.


cc: Hon. Carl Barbier
    Stephen Herman
    Don Haycraft
    Alan York
    Kerry Miller
    Scott Bickford
    Greg Friedlander
    Stephen Kreller