UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *All Cases* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

# ORDER
[As to Motions to Voluntarily Dismiss Claims Filed Between 9/10/15 and 10/13/15]

Following the recent settlements between BP and many local government entities, multiple motions to voluntarily dismiss claims or cases have been filed. This order disposes of motions that were filed between September 10 and October 13, 2015.[1] If a motion to voluntarily dismiss was filed during this time but is not addressed in this order, it is likely because the motion was deemed deficient, etc., by the Clerk of Court. Any motions for voluntary dismissal filed after October 13, 2015, will be addressed in a subsequent order.

Counsel are encouraged to use whenever possible a *notice* of voluntary dismissal under Federal Rule 41(a)(1)(A), rather than a motion, as such notices do not require an order from the Court. The Court also reminds counsel to file a single, omnibus notice or motion whenever practical, as opposed to multiple notices or motions that seek identical relief for different clients.[2] That said,

IT IS ORDERED that the following motions to voluntarily dismiss are GRANTED as requested in the motions: 15343, 15345, 15358, 15359, 15375, 15460.

---

[1] The Court previously disposed of similar motions to dismiss filed between August 14 and September 9, 2015. (Rec. Docs. 15231, 15350.)
[2] For an example of an omnibus notice of voluntary dismissal, see Rec. Doc. 15022.

New Orleans, Louisiana, this 14th day of October, 2015.

_____
United States District Judge

2