UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *10-2454, 10-1768* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

## ORDER

Before the Court is the Center for Biological Diversity's Motions for Reconsideration of the Court's September 14, 2015 Order. (Rec. Doc. 15461)

IT IS ORDERED that any response shall be filed on or before November 12, 2015. No further briefing on this matter will be permitted.

New Orleans, Louisiana, this 14th day of October, 2015.

_____
United States District Judge