UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| *No. 11-1783* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is Pierre Mabile's Motion to Sever his action from Multidistrict Litigation 2179 ("MDL 2179"). (Rec. Doc. 15462) Mabile filed his action in state court; defendants removed to this Court where it was promptly consolidated with MDL 2179. Mabile's suit alleges that defendants misappropriated or converted his intellectual property, which they used to cap the Macondo well in July 2010.

The Judicial Panel on Multidistrict Litigation has declined to transfer similar cases to MDL 2179. (Rec. Doc. 4251; *see also* Order Denying Transfer, MDL No. 2179 (J.P.M.L. Aug. 3, 2012), ECF No. 1128) Likewise, this Court has severed from MDL 2179 a case involving intellectual property claims. (Rec. Doc. 4377) Accordingly,

IT IS ORDERED that the Motion to Sever (Rec. Doc. 15462) is GRANTED.

IT IS FURTHER ORDERED that civil action no. 11-1783, *Mabile v. BP, p.l.c. et al.* is hereby SEVERED from MDL 2179. The Clerk is instructed to randomly allot this case to a section and division of this Court.

IT IS FURTHER ORDERED that any stay imposed by an order or pretrial order in MDL 2179 is lifted.  The time for responding to Mabile's petition shall commence to run anew from the date of this Order.  *See* Fed. R. Civ. P. 12

New Orleans, Louisiana, this 15th day of October, 2015.

_____
United States District Judge

**Note to Clerk: File in 10-md-2179 and 11-1783**

10/16/15
REALLOTTED TO
**SECT. G MAG 2**