

**Patrick A. Juneau**
*Claims Administrator*

October 15, 2015

*Via Electronic E-mail:*

Honorable Joseph C. Wilkinson, JR.
Chief Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Chambers B409
New Orleans, LA 70130

Re: MDL 2179 (Deepwater Horizon) (This document relates to Nos. 12-970, 15-4143, 15-4146 & 15-4654)

Judge Wilkinson:

I do not have any actuaries on our staff and therefore, I have not developed a report on what the expected pay-out of the claims would be. If such a report was deemed necessary, I could assemble and retain whatever staff and resources would be necessary to develop such a report.

BP has generated reports over time that are filed public records and they may be of some assistance to you. The first attached sheet is a summary of BP's estimated liability covering 2012 through the Q2 report of 2015. Additionally, I am enclosing a portion of BP's 2015 Q2 report that addresses estimated liability.

I will be in claims office next week and if you would like to discuss this matter please let me know and I will come by your office at a time that is convenient for you.

Sincerely,

PATRICK A. JUNEAU
Claims Administrator

CC: Hon. Carl Barbier
Stephen Herman
Don Haycraft
Alan York
Kerry Miller



935 Gravier St., Suite 1905, New Orleans, LA 70112
TEL 504.264.9740 | FAX 504.264.9746
www.deepwaterhorizoneconomicsettlement.com

| BP Report | Estimated Liability |
|---|---|
| 2012 Annual Report | $7.7 billion |
| 2013 Annual Report | $9.2 billion |
| 2014 Annual Report | $9.9 billion |
| 2015 Q1 Report | $10.3 billion |
| 2015 Q2 Report | $11.3 billion |

Financial statements (continued) - 2Q 2015

# Notes

## 2. Gulf of Mexico oil spill (continued)

Provisions recorded include $18.7 billion, plus interest and adjusted to take account of the time value of money, in relation to the Agreements in Principle. In addition, $0.4 billion has been provided in relation to natural resource damage assessment costs under the Agreements in Principle. After taking account of amounts previously provided for, the net increase in provisions as a result of the settlement amounted to $9.8 billion.

### Environmental
The environmental provision includes amounts payable for natural resource damage costs under one of the Agreements in Principle referred to above. These amounts are payable in instalments over 16 years commencing one year after the court approves the Consent Decree; the majority of the unpaid balance of this natural resource damages settlement accrues interest at a fixed rate. The remaining amounts payable under the $1-billion early restoration framework agreement with natural resource trustees for the US and five Gulf states are also included in environmental provisions.

### Litigation and claims
The litigation and claims provision includes amounts that can be estimated reliably for the future cost of settling claims by individuals and businesses for damage to real or personal property, lost profits or impairment of earning capacity and loss of subsistence use of natural resources (Individual and Business Claims), and amounts agreed under the Agreements in Principle in relation to state claims and amounts in respect of local government claims. Claims administration costs and legal costs have also been provided for. Amounts that cannot be measured reliably and which have therefore not been provided for are described under *Contingent liabilities* below.

### Litigation and claims – PSC settlement
BP has provided for its best estimate of the cost associated with the PSC settlement agreements with the exception of the cost of business economic loss claims, except where an eligibility notice has been issued and is not subject to appeal by BP within the claims facility. See *BP Annual Report and Form 20-F 2014* – Financial statements – Note 2 and Legal proceedings on pages 228-237 and page 35 of this report for further details on the settlements with the PSC and related matters.

Management believes that no reliable estimate can currently be made of any business economic loss claims not yet processed or processed but not yet paid, except where an eligibility notice has been issued and is not subject to appeal by BP within the claims facility.

The submission deadline for business economic loss claims passed on 8 June 2015; no further claims may be submitted. A significant number of business economic loss claims have been received but have not yet been processed and it is not possible to quantify the total value of the claims.

A revised policy for the matching of revenue and expenses for business economic loss claims was introduced in May 2014 and, of the claims assessable under the new policy, the majority have not yet been determined at this time. Uncertainties regarding the proper application of the revised policy to particular claims and categories of claims continue to arise as the claims administrator has applied the revised policy. There have been no, or only a small number of, claim determinations made under some of the specialized frameworks that have been put in place for particular industries and so determinations to date may not be representative of the total population of claims. In addition, while detailed data on pre-determination claims is not available due to a court order to protect claimant confidentiality, aggregated pre-determination data has recently been provided. While this data does provide some insights, it is not at a sufficient level of detail to review claim demographics or identify potential populations for each category of claims.

There is limited data available to build up a track record of claims determinations under the policies and protocols that are now being applied following resolution of the matching and causation issues. We are unable to reliably estimate future trends of the number and proportion of claims that will be determined to be eligible, nor can we reliably estimate the value of such claims. A provision for such business economic loss claims will be established when these uncertainties are resolved and a reliable estimate can be made of the liability.

The current estimate for the total cost of those elements of the PSC settlement that BP considers can be reliably estimated, including amounts already paid, is $11.3 billion. The Deepwater Horizon Court Supervised Settlement Program (DHCSSP) has issued eligibility notices, many of which are disputed by BP, in respect of business economic loss claims of approximately $415 million which have not been provided for. The total cost of the PSC settlement is likely to be significantly higher than the amount recognized to date of $11.3 billion because the current estimate does not reflect business economic loss claims not yet processed or processed but not yet paid, except where an eligibility notice has been issued and is not subject to appeal by BP within the claims facility.

## Financial statements (continued)

## Notes

### 2. Gulf of Mexico oil spill (continued)

There continues to be a high level of uncertainty in relation to the amounts that ultimately will be paid in relation to current claims as described above and in Legal proceedings on page 35 and the outcomes of any further litigation including by parties excluded from, or parties who opted out of, the PSC settlement, as well as uncertainty arising from the PSC's appeal to the Fifth Circuit of the District Court's 31 March 2015 decision to deny its motion seeking to alter or amend the revised matching policy for business economic loss claims. There is also uncertainty as to the cost of administering the claims process under the DHCSSP and in relation to future legal costs. The timing of payment of provisions related to the PSC settlement is dependent upon ongoing claims facility activity and is therefore also uncertain.

*Litigation and claims – other claims*
The provision recognized for litigation and claims includes amounts agreed under the Agreements in Principle in relation to state claims and amounts in respect of local government claims. The amount provided in respect of state claims is payable over 18 years from the date the court approves the Consent Decree, of which $1 billion is due following the court approval of the Consent Decree. BP advised the Court that it is satisfied with and has accepted releases received from the vast majority of local government entities. Accordingly, on 27 July, the District Court ordered BP to commence processing payments required under the releases and that such payments be made within 30 days of the Court's order. As part of the Agreements in Principle, BP agreed to pay up to $1 billion to resolve claims made by local government entities.

See Legal proceedings on page 35 for further details.

*Clean Water Act penalties*
A provision has been recognized for penalties under Section 311 of the Clean Water Act, as agreed in the Agreements in Principle. The penalty is payable in instalments over 15 years, commencing one year after the court approves the Consent Decree and execution of the associated agreements. The unpaid balance of this penalty accrues interest at a fixed rate.

*Provision movements and analysis of income statement charge*
A net increase in provisions of $10,663 million and $10,958 million was recognized for the second quarter and half year respectively. The second-quarter net increase arises primarily due to increases in provisions of $9.8 billion in relation to the Agreements in Principle. The remainder of the income statement charge relates to net increases in the litigation and claims provision for business economic loss claims, associated claims administration costs and other items. The net increase for the first half also includes additional increases in business economic loss claim provisions arising in the first quarter. The following table shows an analysis of the income statement charge.

| $ million | Second quarter 2015 | First half 2015 | Cumulative since the Incident |
|---|---|---|---|
| Environmental costs | **5,502** | 5,503 | 8,726 |
| Spill response costs | – | – | 14,304 |
| Litigation and claims costs | **4,520** | 4,814 | 31,594 |
| Clean Water Act penalties – amount provided | **700** | 700 | 4,210 |
| Other costs charged directly to the income statement | **25** | 53 | 1,310 |
| Recoveries credited to the income statement | – | – | (5,681) |
| Charge (credit) related to the trust fund | – | – | (137) |
| Other costs of the trust fund | – | – | 8 |
| Loss before interest and taxation | **10,747** | 11,070 | 54,334 |
| Finance costs   - related to the trust funds | – | – | 137 |
| - not related to the trust funds | **8** | 17 | 111 |
| Loss before taxation | **10,755** | 11,087 | 54,582 |

Further information on provisions is provided in *BP Annual Report and Form 20-F 2014* – Financial statements – Note 2.

## Financial statements (continued)

## Notes

### 2. Gulf of Mexico oil spill (continued)

**Contingent liabilities**

BP currently considers that it is not possible to measure reliably other obligations arising from the incident, including:

- Claims asserted in civil litigation, including any further litigation by parties excluded from, or parties who opted out of, the PSC settlement, including as set out in Legal proceedings on pages 228-237 of *BP Annual Report and Form 20-F 2014* and page 35 of this report, except for claims covered by the Agreements in Principle.
- The cost of business economic loss claims under the PSC settlement not yet processed or processed but not yet paid (except where an eligibility notice has been issued and is not subject to appeal by BP within the claims facility).
- Any obligation that may arise from securities-related litigation.
- Any obligation in relation to other potential private or non-US government litigation or claims (except for those items provided for as described above under Provisions).

It is not practicable to estimate the magnitude or possible timing of payment of these contingent liabilities.

As a result of the Agreements in Principle, contingent liabilities are no longer disclosed in relation to Clean Water Act penalties, natural resource damages and state claims and the vast majority of local claims. See additional information on the Agreements in Principle above and in Legal proceedings on page 35.

The magnitude and timing of all possible obligations in relation to the Gulf of Mexico oil spill continue to be subject to uncertainty.

See also *BP Annual Report and Form 20-F 2014* – Financial statements – Note 2.

### 3. Analysis of replacement cost profit (loss) before interest and tax and reconciliation to profit (loss) before taxation

| Second quarter 2014 | First quarter 2015 | Second quarter 2015 | $ million | First half 2015 | First half 2014 |
|---|---|---|---|---|---|
| 4,049 | 372 | 228 | Upstream | 600 | 8,708 |
| 933 | 2,083 | 1,628 | Downstream | 3,711 | 1,727 |
| 1,024 | 183 | 510 | Rosneft | 693 | 1,542 |
| (434) | (308) | (455) | Other businesses and corporate | (763) | (931) |
| 5,572 | 2,330 | 1,911 | | 4,241 | 11,046 |
| (251) | (323) | (10,747) | Gulf of Mexico oil spill response | (11,070) | (280) |
| (76) | (129) | (39) | Consolidation adjustment – UPII* | (168) | 14 |
| 5,245 | 1,878 | (8,875) | RC profit (loss) before interest and tax | (6,997) | 10,780 |
| | | | Inventory holding gains (losses)* | | |
| (1) | 18 | (3) | Upstream | 15 | (7) |
| 233 | 700 | 606 | Downstream | 1,306 | 310 |
| 26 | 38 | 24 | Rosneft (net of tax) | 62 | 57 |
| 5,503 | 2,634 | (8,248) | Profit (loss) before interest and tax | (5,614) | 11,140 |
| 277 | 281 | 289 | Finance costs | 570 | 564 |
| | | | Net finance expense relating to pensions | | |
| 79 | 77 | 75 | and other post-retirement benefits | 152 | 159 |
| 5,147 | 2,276 | (8,612) | Profit (loss) before taxation | (6,336) | 10,417 |
| | | | **RC profit (loss) before interest and tax*** | | |
| 1,643 | (497) | (10,641) | US | (11,138) | 2,768 |
| 3,602 | 2,375 | 1,766 | Non-US | 4,141 | 8,012 |
| 5,245 | 1,878 | (8,875) | | (6,997) | 10,780 |