## Form 1099-MISC (2008) — Copy 2

☐ CORRECTED (if checked)

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
GULF FINEST INVESTMENT
P.O. BOX 2625
PORT ARTHUR, TX 77642

OMB No. 1545-0115
**2008**
Form 1099-MISC
**Miscellaneous Income**

1. Rents: $
2. Royalties: $
3. Other income: $
4. Federal income tax withheld: $ 0
5. Fishing boat proceeds: $ 12,000.00
6. Medical and health care payments: $
7. Nonemployee compensation: $
8. Substitute payments in lieu of dividends or interest: $
9. Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐
10. Crop insurance proceeds: $
13. Excess golden parachute payments: $
14. Gross proceeds paid to an attorney: $
15a. Section 409A deferrals: $
15b. Section 409A income: $
16. State tax withheld: $
17. State/Payer's state no.:
18. State income: $

PAYER'S federal identification number: 05-0607530
RECIPIENT'S identification number: [REDACTED]
RECIPIENT'S name: Loc Phi Nguyen
Street address: [REDACTED]
City, state, and ZIP code: [REDACTED]

Copy 2 — To be filed with recipient's state income tax return, when required.

Department of the Treasury - Internal Revenue Service

---

## Form 1099-MISC (2008) — Copy 2 (second form)

☐ CORRECTED (if checked)

**PAYER'S name, street address, city, state, ZIP code, and telephone no.**
[REDACTED]

OMB No. 1545-0115
**2008**
Form 1099-MISC
**Miscellaneous Income**

1. Rents: $
2. Royalties: $
3. Other income: $
4. Federal income tax withheld: $
5. Fishing boat proceeds: $
6. Medical and health care payments: $
7. Nonemployee compensation: $12,954.40
8. Substitute payments in lieu of dividends or interest: $
9. Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐
10. Crop insurance proceeds: $
13. Excess golden parachute payments: $
14. Gross proceeds paid to an attorney: $
15a. Section 409A deferrals: $
15b. Section 409A income: $
16. State tax withheld: $
17. State/Payer's state no.:
18. State income: $

PAYER'S federal identification number: [REDACTED]
RECIPIENT'S identification number: [REDACTED]
RECIPIENT'S name: [REDACTED]
Street address: [REDACTED]
City, state, and ZIP code: [REDACTED]

Copy 2 — To be filed with recipient's state income tax return, when required.

Department of the Treasury - Internal Revenue Service