RESPONSE TO FOLLOW UP INCOMPLETE NOTICE

Claimant: LOC PHI NGUYEN
Claimant ID#: 100041044
Claim ID#: 22203

Vessel Name: ▮
Coast Guard Vessel Registration#: ▮
Vessel Type: Freezer (Mr. Nguyen worked on vessel in 2010 – a Non Benchmark year) – Incorrectly entered on claim form as a boat he worked on as a captain during the benchmark years.

Vessel Name: SIR LAWRENCE
Coast Guard Vessel Registration#: 1119661
Vessel size: 88.4 ft.
Vessel Type: Freezer (Mr. Loc Nguyen worked as Captain in bench marks years 2008 & 2009)

**SWS-1**

## Seafood Compensation Plan Sworn Written Statement for Sufficient Documentation of Benchmark Revenue

This Sworn Written Statement allows you to supplement your claim with vessel-specific Benchmark Revenue information. You must include in this Statement **all** Benchmark Revenue earned on the vessel you identify in this Form relevant to your claim, indicating whether that revenue is all of the revenue for the entire vessel or all of the boat captain's share of revenue from that vessel. You cannot submit multiple Statements for the same vessel. You must complete the Benchmark Revenue Information only for the Catch Types you have claimed or will claim in the future. If you need more space to complete this Statement, attach additional pages, and they will be incorporated into this document. In order to have the financial information presented in this Form considered as part of your compensation calculation, you must either submit, or have already submitted, federal or state tax returns and schedules for the years that correspond to the Benchmark Revenue years you completed on this Form.

### A. CLAIMANT INFORMATION

Name:
- Last: Nguyen
- First: Loc
- Middle Initial:

Deepwater Horizon Settlement Program Claimant Number: 100041044

Social Security Number: [redacted]
or
Individual Taxpayer Identification Number:
or
Employer Identification Number:

### B. SEAFOOD PROGRAM SWORN WRITTEN STATEMENT FOR SUFFICIENT DOCUMENTATION OF BENCHMARK REVENUE

Provide all supplemental information required to support your vessel-specific Benchmark Revenue in the sections below.

#### 1. AUTHORIZATION OF USE

If you do not submit copies of Trip Tickets to support your claim, the Claims Administrator will use this SWS-1 Form in conjunction with your federal or state tax records to calculate your loss. If you do submit any Trip Tickets, you must indicate here whether you authorize the CA to use solely your SWS-1 Form to calculate your loss and potentially expedite the processing of your claim, or whether you prefer that the CA use your Trip Tickets if they result in a higher compensation amount than your SWS-1 Form. Check one of these:

[X] Use only my SWS-1 Form to calculate my losses   OR   [ ] Use my Trip Tickets if they result in a higher award than my SWS-1 Form

#### 2. VESSEL INFORMATION

Vessel Name: Sir Lawrence
Home Port County: New Orleans
City: New Orleans
State: LA
Zip Code:
State Registration Number:
Federal Registration Number: 1119661
Hull ID:
Vessel Length: 68.4
Vessel Type: [ ] Ice  [X] Freezer  [ ] N/A

Complete this section only if the vessel identified above is included as part of a boat captain claim. The revenue reported below is:

[X] the revenue for the entire vessel identified in this Form   OR   [ ] the boat captain's share of revenue for the vessel identified in this Form

#### 3. STATEMENT OF REVENUE, LANDING, AND CATCH TYPE

For the singular vessel identified above, indicate by catch type – Shrimp, Oyster, Finfish, Blue Crab, or Other Seafood – the total revenue you derived from Seafood landed in and outside of the Gulf Coast Areas for years identified below. As defined in the Settlement Agreement, the Gulf Coast Areas ("GCA") are the States of Louisiana, Mississippi, or Alabama, the counties of Chambers, Galveston, Jefferson and Orange in the State of Texas, or the counties of Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton and Washington in the State of Florida, including all adjacent Gulf waters, bays, estuaries, straits, and other tidal or brackish waters within the States of Louisiana, Mississippi, Alabama, or those described counties of Texas or Florida. "Other Seafood" refers to "all forms of seafood included in Exhibit 3 of the *Deepwater Horizon* Economic And Property Damages Settlement Agreement (Seafood Distribution Chain Definitions) including stone crab and spiny lobster, but excluding shrimp, oysters, finfish and blue crab."

SWS-1
v.3

1

| SHRIMP | Landed In GCA | | Landed Outside GCA | |
|---|---|---|---|---|
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ 175,299.30 | | TOTAL: $ | |
| 2009 | TOTAL: $ 23,910.05 | | TOTAL: $ | |
| **OYSTER** | **Landed In GCA** | | **Landed Outside GCA** | |
| Oyster Bed Type | Public Grounds | Private Leaseholds | Public Grounds | Private Leaseholds |
| 2007 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2008 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| 2009 | TOTAL: $ | TOTAL: $ | TOTAL: $ | TOTAL: $ |
| **FINFISH** | **Landed In GCA** | | **Landed Outside GCA** | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |
| **BLUE CRAB** | **Landed In GCA** | | **Landed Outside GCA** | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |
| **OTHER SEAFOOD** | **Landed In GCA** | | **Landed Outside GCA** | |
| 2007 | TOTAL: $ | | TOTAL: $ | |
| 2008 | TOTAL: $ | | TOTAL: $ | |
| 2009 | TOTAL: $ | | TOTAL: $ | |

## C. SIGNATURE

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that all the information I have provided in this Statement (and in any pages I have attached to or submitted with this Statement to provide additional information requested in this Statement) is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted with this Statement and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Statement may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

An attorney may sign the claimant's name on this Sworn Written Statement for Sufficient Documentation of Benchmark Revenue if the claimant has authorized the attorney in a Power of Attorney Agreement, a retainer agreement, or other document signed by the claimant in which the claimant has authorized the attorney or law firm to pursue claims for the claimant arising out of the Deepwater Horizon Incident. If the attorney chooses this option, the attorney must either submit, or have already submitted, a PDF of the signed authorization from the claimant before the signature can be accepted. If the attorney does not have a signed authorization from the claimant, the attorney may use the Power of Attorney Form created by the Claims Administrator for this purpose (POA-1), which is available using the Forms section of the website, www.deepwaterhorizonsettlements.com.

As the authorized attorney, by signing below, you are certifying that you have the required written authorization from the claimant to pursue claims for the claimant arising out of the Deepwater Horizon Incident on their behalf and have submitted this authorization.

| Claimant Signature | 3 / 6 / 13 (Month/Day/Year) | *[signature]* Signature |
| --- | --- | --- |
| Date Signed: | | Loc Nguyen Name (Printed or Typed) |
| Attorney Signature | / / (Month/Day/Year) | Signature |
| Date Signed: | | Name (Printed or Typed) |

SWS-1
v.3

3

Loc Nguyen - 1119661
Trip Tickets Submitted to Texas Parks Wildlife Dept.

| nty | State | First Name | Last Name | Document # | DL | Area Fished | Vessel Name | USCG Doc | TXReg | Mo | Day | Year | Species | Market | Count | Quantity | Unit | Cond |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 10 | 20 | 2008 | 96000 | 22-25 | | 1064 | P | O |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 10 | 20 | 2008 | 96000 | 26-30 | | 3574 | P | O |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 10 | 20 | 2008 | 96000 | 9-12 | | 3629 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 10 | 20 | 2008 | 96000 | 13-15 | | 11404 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 10 | 20 | 2008 | 96000 | 16-18 | | 9569 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 10 | 20 | 2008 | 96000 | 26-30 | | 599 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 11 | 19 | 2008 | 96000 | 16-18 | | 820 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 11 | 19 | 2008 | 96000 | 13-15 | | 5451 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 11 | 19 | 2008 | 96000 | 9-12 | | 17697 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 12 | 22 | 2008 | 96000 | 22-25 | | 1294 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 12 | 22 | 2008 | 96000 | 13-15 | | 9771 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 12 | 22 | 2008 | 96000 | 9-12 | | 12390 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 7 | 6 | 2009 | 96000 | 19-21 | HW | 354 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 7 | 6 | 2009 | 96000 | 16-18 | HW | 751 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 7 | 6 | 2009 | 96000 | 16-18 | HW | 1459 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 7 | 6 | 2009 | 96000 | 9-12 | HW | 3084 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 7 | 6 | 2009 | 96180 | 36-40 | HB | 5097 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | | 170 | F/V SIR LAWRENCE | 1119661 | | 7 | 6 | 2009 | 96180 | 40-50 | HB | 10316 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 2 | 2011 | 96000 | 9-12 | HW | 13407 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 2 | 2011 | 96000 | 9-12 HB | HW | 9454 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 2 | 2011 | 96000 | 13 -15 | HW | 9982 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 2 | 2011 | 96000 | 16-18 | HW | 991 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 2 | 2011 | 96180 | 80-100 | HB | 410 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 28 | 2011 | 96000 | 9-12 | HW | 3000 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 28 | 2011 | 96000 | 9-12 HB | HW | 4798 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 28 | 2011 | 96000 | 13 -15 | HW | 1186 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 28 | 2011 | 96180 | 31-35 | HB | 1138 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 28 | 2011 | 96000 | 9-12 | HW | 1564 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 28 | 2011 | 96000 | 13 -15 | HW | 5100 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 7 | 30 | 2011 | 96000 | 9-11 | HW | 14500 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 7 | 30 | 2011 | 96000 | 9-11 | HW | 5433 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 9 | 2 | 2011 | 96000 | 10 | U | 2259 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 9 | 2 | 2011 | 96180 | 15 | 13 | 8400 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 9 | 2 | 2011 | 96180 | 30 | 26 | 31210 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 9 | 2 | 2011 | 96180 | 15 | 13 | 13546 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 9 | 26 | 2011 | 96000 | 12 | 9 | 1884 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 9 | 26 | 2011 | 96180 | 15 | 13 | 6000 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 9 | 26 | 2011 | 96180 | 30 | 26 | 7062 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 9 | 26 | 2011 | 96180 | 15 | 13 | 3339 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 12 | 19 | 2011 | 96000 | 12 | 9 | 2879 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 12 | 19 | 2011 | 96000 | 15 | 13 | 6133 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 12 | 19 | 2011 | 96000 | 18 | 16 | 1192 | P | |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 12 | 19 | 2011 | 96000 | 25 | 22 | 5791 | P | O |
| 123 | 48 | PHI | NGUYEN | 14556011567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 12 | 19 | 2011 | 96000 | 30 | 26 | 2170 | P | O |

Loc Nguyen - 1119661
Trip Tickets Submitted to Texas Parks Wildlife Dept.

| nty | State | First Name | Last Name | Document # | DL | Area Fished | Vessel Name | USCG Doc | TXReg | Mo | Day | Year | Species | Market | Count | Quantity | Unit | Cond |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 12 | 19 | 2011 | 96000 | 50 | 40 | 2242 | P | O |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 1 | 18 | 2012 | 96000 | 10 | U | 534 | P | O |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 1 | 18 | 2012 | 96000 | 18 | 16 | 2236 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 1 | 18 | 2012 | 96000 | 30 | 26 | 4351 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 1 | 18 | 2012 | 96000 | 35 | 31 | 4810 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 1 | 18 | 2012 | 96000 | 60 | 40 | 9700 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 1 | 18 | 2012 | 96000 | 60 | 50 | 4811 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 1 | 18 | 2012 | 96180 | 30 | 26 | 616 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 1 | 18 | 2012 | 96000 | 60 | 40 | 6682 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 4 | 5 | 2012 | 96000 | 12 | 9 | 11142 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 5 | 9 | 2012 | 96000 | 12 BLK | 9 | 10987 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 5 | 9 | 2012 | 96000 | 18 | 16 | 3238 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 1567 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 5 | 9 | 2012 | 96180 | 50 | 40 | 2389 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 3323 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 21 | 2012 | 96000 | 12 | 9 | 9367 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 3323 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 21 | 2012 | 96000 | 15 | 13 | 1325 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 3323 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 21 | 2012 | 96000 | 18 | 16 | 8188 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 3323 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 21 | 2012 | 96000 | 21 | 19 | 734 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 3323 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 21 | 2012 | 96000 | 25 | 22 | 7255 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 3323 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 21 | 2012 | 96000 | 30 | 26 | 657 | P | |
| 123 | 48 | PHI | NGUYEN | 14556001 3323 | TX15784363 | 170 | F/V SIR LAWRENCE | 1119661 | | 6 | 21 | 2012 | 96180 | 50 | 40 | 5312 | P | |