UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | MDL. No. 2179<br><br>SECTION J |
| Applies to 12-790<br>Bon Secour Fisheries, et al, on behalf of themselves and all similarly situated vs. BP Exploration and Production, Inc., et al.<br>AND<br>No. 15-3726; Claim ID #95586<br>CLAIMANT id 100009540 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN<br><br>2:10-md-21679 |

## MOTION TO BE MADE COUNSEL OF RECORD

Claimant, ARTCC Enterprises, LLC, BP Claimant ID 100009540 Claim ID 95586, appearing through undersigned counsel, moves the Court designate Louis R. Koerner, Jr. and Koerner Law Firm as counsel of record for ARTCC Enterprises, LLC.

> KOERNER LAW FIRM
> /s/ Louis R. Koerner, Jr.
> Louis R. Koerner, Jr.
> Louisiana Bar 7817
> 1204 Jackson Avenue
> New Orleans, Louisiana 70130
> P.O. Box 4297
> Houma, Louisiana 70361
> Telephone: 985-580-0350
> New Orleans: 504-581-9569
> Telecopier: 504-324-1798
> (Cellular) 504-405-1411
> e-mail: koerner@koerner-law.com
> URL: http:/www.koerner-law.com
> Attorneys for ARTCC Enterprises, LLC

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on October 26, 2015.

> /s/Louis R. Koerner, Jr.
> Louis R. Koerner, Jr.

1