UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | MDL. No. 2179<br><br>SECTION J |
| Applies to 12-790<br>Bon Secour Fisheries, et al, on behalf of themselves and all similarly situated vs. BP Exploration and Production, Inc., et al.<br>AND<br>No. 15-3726; Claim ID #95586<br>CLAIMANT id 100009540 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN<br><br>2:10-md-21679 |

**ORDER GRANTING MOTION TO BE MADE COUNSEL OF RECORD**

Considering the motion of claimant, ARTCC Enterprises, LLC,

IT IS ORDERED that Louis R. Koerner, Jr. and Koerner Law Firm be and the same be entered as counsel of record for ARTCC Enterprises, LLC.

New Orleans, Louisiana, this _____ day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE