UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                     MDL. No. 2179
"Deepwater Horizon" in the Gulf of Mexico,
On April 20, 2010                                   SECTION J

Applies to 12-790                                   JUDGE BARBIER
Bon Secour Fisheries, et al, on              MAGISTRATE JUDGE SHUSHAN
behalf of themselves and all similarly situated
vs. BP Exploration and Production, Inc., et al.        2:10-md-21679
AND
No. 15-3726; Claim ID #95586
CLAIMANT id 100009540

**MOTION PURSUANT TO FRAP 4(a)(5) FOR EXTENSION OF TIME ON
ACCOUNT OF A CAUSE BEYOND MOVER'S CONTROL, ITS INABILITY
DESPITE DILIGENT EFFORT, SAID CAUSE BEYOND MOVER'S CONTROL
CONSTITUTING GOOD CAUSE AND/OR EXCUSABLE NEGLECT**

Claimant, ARTCC Enterprises, LLC, appearing through undersigned counsel, moves the

Court, pursuant to FRAP 4A(5), to file its notice of appeal within the second thirty days subsequent

to the August 27, 2015 denial of its request for discretionary review of its claim by this Court.

The grounds for this motion, asserting good cause, excusable neglect, and a cause beyond

its control, as are more fully set forth in the annexed memorandum, are as follows:

1.

As is set forth in his unsworn declaration, Art Chauvin is the owner and manager of

ARTCC Enterprises, LLC, BP Claimant ID 100009540 Claim ID  95586.

2.

In connection with receipt of the rejection of the discretionary review of the claim of

ARTCC Enterprises, LLC on August 27 or 28, 2015, a representative of the BP claims office

reiterated to Mr. Chavin that ARTCC Enterprises, LLC, a business entity, could not file in proper

person, but that he and it had to hire an attorney in order to file an appeal to the 5th Circuit Court

of Appeal. Mr. Chauvin very much wanted to have such a filing timely made.

1

3.

Mr. Chauvin immediately, continuously, but unsuccessfully sought counsel by contacting at least 11 attorneys, all of whom turned him down.

4.

It was not until October 20 that he found an attorney, the undersigned, who was willing to file the appeal and pursue it in the Fifth Circuit.

5.

This recitation, including the detail in Mr. Chauvin's unsworn declaration, of the inability to obtain counsel despite unusually diligent effort and the necessity to obtain such counsel, was beyond the control of ARTCC Enterprises, LLC and therefore constitutes excusable neglect and/or good cause within the meaning of FRAP 4(a)(5)(A),[1] but, as this motion does come not within the scope of FRAP 4(a)(1) or (3), notice must be given to the other party and an *ex parte* order granting this motion may not be filed.

---

[1] (5) Motion for Extension of Time.

(A) The district court may extend the time to file a notice of appeal if:

(i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires; and

(ii) regardless of whether its motion is filed before or during the 30 days after the time prescribed by this Rule 4(a) expires, that party shows excusable neglect or good cause.

(B) A motion filed before the expiration of the time prescribed in Rule 4(a)(1) or (3) may be ex parte unless the court requires otherwise. If the motion is filed after the expiration of the prescribed time, notice must be given to the other parties in accordance with local rules.

Respectfully submitted,

KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.
Louis R. Koerner, Jr.
Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130
P.O. Box 4297
Houma, Louisiana 70361
Telephone: 985-580-0350
New Orleans: 504-581-9569
Telecopier: 504-324-1798
(Cellular) 504-405-1411
e-mail: koerner@koerner-law.com
URL: http:/www.koerner-law.com
Attorneys for ARTCC Enterprises, LLC

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served upon all interested

counsel by ECF filing on October 26, 2015.

/s/Louis R. Koerner, Jr.
Louis R. Koerner, Jr.