UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | MDL. No. 2179 SECTION J |
| Applies to 12-790 Bon Secour Fisheries, et al, on behalf of themselves and all similarly situated vs. BP Exploration and Production, Inc., et al. AND No. 15-3726; Claim ID #95586 CLAIMANT id 100009540 | JUDGE BARBIER MAGISTRATE JUDGE SHUSHAN 2:10-md-21679 |

**UNSWORN DECLARATION UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. § 1746 OF ART CHAUVIN**

I, Art Chauvin, declare under penalty of perjury under the laws of the United States of America that the following is true and correct.

1.    My name is Art Chauvin and I am the owner and manager of ARTCC Enterprises, LLC, BP Claimant ID 100009540 Claim ID  95586.

2.    I am over the age of 18 and have personal knowledge of the facts stated in this unsworn declaration under penalty of perjury.

3.    When I received the rejection of the discretionary review of the claim of ARTCC Enterprises, LLC on August 28, 2015, it was reiterated to me by a representative of the BP claims office that ARTCC Enterprises, LLC, as a business entity, could not file in proper person but that I and it had to hire an attorney in order to file an appeal with the 5th Circuit Court of Appeals, which I very much wanted to do.

4.    I immediately but unsuccessfully sought counsel as follows:

August 28, 2015    William Bordelon and David Shea of Bordelon & Shea 985-876-3377

Met with both of them. They told me that going to the 5th Circuit was probably a waste of time and money, it is a one way street. William

1

referred me to Matthew Block. Matthew was originally part of GCCF team.

| | |
|---|---|
| August 31, 2015 | Matthew Block 985-446-0418 |

I contacted Matthew, gave him access to my portal. He got back with me on September 3, 2015 and told me that I was pretty much at the end and that going to the 5th Circuit was not going to be successful.

| | |
|---|---|
| August 31, 2015 | Brent Coon & Associates Stephanie Romero 409-835-2666 |

Left message for Stephanie to call me back.

| | |
|---|---|
| September 2, 2015 | I left another message for Stephanie. |

September 4, 2015 I called and told the receptionist that this was third time calling and I would appreciate if Stephanie would take my call. Stephanie got on the phone, we spoke for about 30 seconds when she asked me if she could call me back in 5 minutes cause she was in the middle of setting up a conference call. I said sure and she never called me back. September 7, 2015 I left another message with no response. September 9, 2015 I left another message with no response. I GAVE UP!

| | |
|---|---|
| September 1, 2015 | Morgan & Morgan 877-667-4265 |

Called and they said they aren't handling any more BP claims, too much trouble.

| | |
|---|---|
| September 1, 2015 | Motley-Rice 843-216-9000 Veronica South Carolina |

Called and was told they were not interested, too time consuming.

| | |
|---|---|
| September 10, 2015 | Barry Sallinger 337-235-3791 Lafayette |

Met in his office at 9:30 in the morning. Told me that this wasn't his type of law practice but he knew lawyers in New Orleans that handled many BP claims and he would contact them and get back with me.

( See E-Mail )

Mr. Chauvin:

We sent your BP information to an attorney to review for consideration of handling your BP claim. She has advised that she will not be able to handle the claim. Please read below her response. If you should have any questions, please do not hesitate to give us a call.

Thanks,

**Natalie H. Harvison**
*Paralegal*
(337) 235-5791

(337) 235-1067 fax
820 E. St. Mary Boulevard
Lafayette, Louisiana 70503
**www.sallingerlaw.com**

**From:** Jessica Hayes [mailto:jhayes@murray-lawfirm.com]
**Sent:** Tuesday, September 22, 2015 10:47 AM
**To:** Barry Sallinger
**Cc:** Natalie Harvison
**Subject:** RE: Art Chauvin BP Claim Information

Sorry, I am not interested in this claim.

I have reviewed all the attached materials and still have a lot of questions, but, at this stage, I just think there is too much water under the bridge and it is too bad that Mr. Chauvin did not have representation from the beginning to sort this out so that the information submitted remained as consistent as possible.

Policy 354 in all its versions is no longer in effect, but I am not sure that the fact that it is no longer in effect really changes anything. There seem to be issues with the financials provided by the previous company based on the Discretionary Court Review Memorandum so the Claims Administrator may have been unwilling to utilize those documents. Also, the accountant hired to perform the review of the Gulf Coast Claims Facility Final Payment Offer suggests that reliance on the financials provided by the previous company is not as valid or beneficial as reliance the actual numbers after the business was purchased so, while the GCCF is not the governing entity anymore, the initial suggestion that those documents are more representative by the claimant may be a hurdle. In addition, I think there might be unrealistic expectations of recovery generally.

There are probably some arguments about all of the above, but I have limited information and think that getting this sorted out on appeal is going to be very tough.

If you have any questions or need additional information, then please do not hesitate to contact me via telephone at 504-525-8100 or email at jhayes@murray-lawfirm.com.

Jessica W. Hayes

Murray Law Firm
650 Poydras Street, Suite 2150
New Orleans, Louisiana 70130

Telephone: 504-525-8100
Facsimile: 504-584-5249
Toll-Free: 1-800-467-8100
E-mail: jhayes@murray-lawfirm.com

---

From: Artcchauvin@aol.com
To: latonya@sallingerlaw.com
Sent: 09/11/2015 12:08:56 P.M. Central Daylight Time
Subj: Art Chauvin BP Claim Information

Mr. Barry,

Pleasure meeting you yesterday. I am in desperate need of some help with my BP claim. I hope you can lead me in the right direction and help me succeed with my claim. Attached is my Final Proposal to the Appeal Panel and My request for Discretionary Court Review.

Dates that I think are important pertaining to the Appeal request in reference to Policy 354v2 are as follows. October 9, 2014 Filed my Appeal request and referenced Policy 354v2 John Creevy, Plaintiff Steering Committee, instructed me go to Portal and look at Policy 354v2 and include it in my request. August 31, 2015 Patrick Hron, Appeals Coordinator, informed me that Policy 354v2 had been withdrawn mid last year. September 2, 2015 Patrick Hron states that Policy 354v2 was withdrawn August 2014. September 2, 2015 John Creevy states that Policy 354v2 was removed September 2014.

The problem I see is that I Appealed based on Policy 354v2 on October 9, 2014 and Policy 354v2 was still on the Portal system. No one with Plaintiff Steering Committee or BP informed me that the Policy was removed in August or September. And, I was instructed by the Steering Committee to put Policy 354v2 in my request.

Dates that I think are important pertaining to my Discretionary Court Review are as follows. November 11, 2014 Discretionary Court Review requested. According to Settlement Program, BP had 10 days to file objection and did not. February 23, 2015 Emily Sewell, Office of Appeals Coordinator, stated that my claim was still pending before the courts. April 6, 2015 Alexa Strachan, Office of Appeals Coordinator, stated that my claim was still pending before the courts. April 15, 2015 Notified on the Portal System that my Discretionary Court Review was filed. April 17, 2015 Alexa Strachan informed me that BP was not given notice in November that I requested Discretionary Court Review and that we need to give them time to file an objection. April 28, 2015 BP filed an objection. May 20, 2015 Patrick Hron informed me that an authentification of documents was requested and I would be notified if they needed any more information. August 18, 2015 Notified that the authentification process was completed. August 25, 2015 Received by mail that my Discretionary Court Review was filed into the District Court

by the District Court. August 28, 2015 Notified that my request was DENIED on the portal system.

I have several concerns about this process. First, why was BP given extra time to file their objection? They expect us to follow the rules they set up and the rules don't seem to apply to BP. My claim should have gone in front the Courts with out an objection filed by BP back in November. I also do not understand how the Courts could have ruled in 2 days. That's not enough time to review a claim of this size and complexity.

And, my biggest concern is that they drug this process out so long that now the OP OUT date has passed. I would have Opted out a long time ago if policy 354v2 did not exist.

Please advise me or refer me to someone who can help me be successful against BP.

Thank you,

Art C. Chauvin

985-856-4359

artcchauvin@aol.com

September 13, 2015   Thomas Young 813-251-9706 Tampa, Florida Cameron

I communicated with Cameron via text messages.

( See Text Messages )



Thu, 09/17/2015

Log in name: artcchauvin
Password : workofart1

1:41 PM



Thank you!

1:41 PM



MMS 1:44 PM



+18133895124

This is a letter I sent to another person a week ago, which highlights important dates

1:45 PM



Thank you. We will review this as well.

1:58 PM

Mon, 09/28/2015

I am suspecting you don't have any good or possibly good news for me....lol

4:27 PM





Not true. I'm sorry. I'm





Not true. I'm sorry, I'm just buried under deadlines. I have had someone in my office download and start reviewing your docs but there are so many it's taking time. I have yet to get feedback on any deadline by way of your claim or just to file with the 5th circuit in general.

We were openly curious where you got your appeal number, but we have not run a comp Calc on your numbers.

It appears BP responded hating you to pay them back. That is a first. We are just going to need more time. I will attempt to have something for you by the



← **+18133895124**   📞   🗑   ⋮

4:44 PM

No problem. ..thanks for the response. ..I really do appreciate you looking into my file...thanks 

4:48 PM

Tue, 10/06/2015

Any luck? 

11:15 AM

Thu, 10/08/2015

 Art,
If you argued your business was not a Start-up, you would have had to give them monthly P&L's for 2007 (or at least monthly operational activity/costs incurred prior





Art,
If you argued your business was not a Start-up, you would have had to give them monthly P&L's for 2007 (or at least monthly operational activity/costs incurred prior to October 2008) through the period you shut down, which appears to be Dec 2010. We can find monthly P&Ls for 2009 & 2010, but only annual figures for 2007 & 2008. We understand the previous owner did not have monthly data, but without it, the Claims Administration could only use 2009 and 2010 data.

Policy 354, which may have helped at one time, but has since been butchered out of existence is the reason for their Failed Start-Up designation. It is now at their discretion entirely as to how they deem a claim.

That aside, using the data provided, we don't understand how you came up with your calculations or the value you countered with. Claim value is based off of Variable Expenses. Causation is based off of

 Saving screenshot...

← +18133895124 📞 🗑 ⋮

Revenue. Your argument for what you believe you were owed appears to be based off of revenue, as far as we can tell. That is not how the program works. And that is basis for their response.
We did not evaluate their work papers as it would take too much time and money and frankly, based on their previous "offer" this could end up being even worse for you.
We do not see how you have further recourse at this time.

10:26 AM

Fri, 10/09/2015

I based my claim amount on the EBITDA number , which is earnings after expenses,
 that BP'S accounting group calculated. BP only wants to pay me based on the balance sheet and is not offering anything for lost revenue. I need an attorney that will help me file an appeal to the 5th circuit.



September 16, 2015    John Bethune 504-218-8570 New Orleans

I contacted the New Orleans Lawyer Referral Program and was referred to Mr. Bethune. I called and spoke to Mr. Bethune and was told that he stayed away from BP claims, too messy.

September 18, 2015    Joel Waltzer 504-340-6300 Gretna

I met with him in his office at 10:00 am on Behrman Highway. Told me that I was basically fighting a losing battle and I should cut my loses and take what they are offering. He stated that he was currently representing many clients and that he was getting nowhere. Did not want to take on anymore clients with BP claims. I then e-mailed him after the weekend and asked a question about the judgement.

( See E-Mail )

*****************************************************************************

I don't see it working. Not for me anyway. Thx and good luck!

Sent from my iPhone

On Sep 21, 2015, at 2:22 PM, "Artcchauvin@aol.com" <Artcchauvin@aol.com> wrote:

Joel,

Pleasure meeting you Friday. Is there any way a Motion to Alter or Amend a Judgement can be filed with the District Courts?

Thank,

Art Chauvin

985-856-4359

artcchauvin@aol.com

*****************************************************************************

5.      It was not until October 15, 2015 that I talked by phone to Louis R. Koerner, Jr. He initially told me that he could not do anything for me. However, I convinced Anne Parr, his legal administrator, to set me an appointment with Mr. Koerner at his office in New Orleans on October 20, 2015 in which he stated that he was able to help at least to file an appeal. He explained that an extension could be obtained for thirty additional days but that the standard of consideration was

very difficult.

6.    However, based on my diligent and continuing but unsuccessful efforts to find counsel, as described above and as I knew necessary to file an appeal and reviewing the memorandum that my counsel had filed, I feel that there was no neglect at all and that this Court should look favorably on my application to file out of time.

7.    Executed on the 25th day of October, 2015 in Houma, Louisiana.

_____
ART CHAUVIN