UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | MDL. No. 2179<br><br>SECTION J |
| Applies to 12-790<br>Bon Secour Fisheries, et al, on behalf of themselves and all similarly situated vs. BP Exploration and Production, Inc., et al.<br>AND<br>No. 15-3726; Claim ID #95586<br>CLAIMANT id 100009540 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN<br><br>2:10-md-21679 |

**NOTICE OF SUBMISSION OF MOTION PURSUANT TO FRAP 4(a)(5) FOR EXTENSION OF TIME ON ACCOUNT OF A CAUSE BEYOND MOVER'S CONTROL, ITS INABILITY DESPITE DILIGENT EFFORT, SAID CAUSE BEYOND MOVER'S CONTROL CONSTITUTING GOOD CAUSE AND/OR EXCUSABLE NEGLECT**

PLEASE TAKE NOTICE that Claimant, ARTCC Enterprises, LLC, will submit its motion, pursuant to FRAP 4(a)(5), to extend the period of time within which to file a notice of appeal of the August 27, 2015 denial of its request for discretionary review of its claim by this Court to the Honorable Carl Barbier on November 18, 2015.

Respectfully submitted,

KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.
Louis R. Koerner, Jr.
Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130
P.O. Box 4297
Houma, Louisiana 70361
Telephone: 985-580-0350
New Orleans: 504-581-9569
Telecopier: 504-324-1798
(Cellular) 504-405-1411
e-mail: koerner@koerner-law.com
URL: http:/www.koerner-law.com
Attorneys for ARTCC Enterprises, LLC

1

## CERTIFICATE

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on October 26, 2015.

                                               /s/Louis R. Koerner, Jr.
                                               Louis R. Koerner, Jr.