UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, On April 20, 2010 | MDL. No. 2179<br><br>SECTION J |
| Applies to 12-790<br>Bon Secour Fisheries, et al, on behalf of themselves and all similarly situated vs. BP Exploration and Production, Inc., et al.<br>AND<br>No. 15-3726; Claim ID #95586<br>CLAIMANT id 100009540 | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN<br><br>2:10-md-21679 |

## NOTICE OF APPEAL

Please take notice that claimant, ARTCC Enterprises, LLC, BP Claimant ID 100009540 Claim ID 95586, appearing through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order and Judgment of August 27, 2015 denying discretionary review and permitting the Appeal Panel's decision to stand as the Settlement Program's final determination of the claims of ARTCC Enterprises, LLC and from any adverse interlocutory decision that may have been rendered either in the United States District Court or in the Appeal Panel or in any other administrative or other proceeding.

KOERNER LAW FIRM
/s/ Louis R. Koerner, Jr.
Louis R. Koerner, Jr.
Louisiana Bar 7817
1204 Jackson Avenue
New Orleans, Louisiana 70130
P.O. Box 4297
Houma, Louisiana 70361
Telephone: 985-580-0350
New Orleans: 504-581-9569
Telecopier: 504-324-1798
(Cellular) 504-405-1411
e-mail: koerner@koerner-law.com
URL: http:/www.koerner-law.com
Attorneys for ARTCC Enterprises, LLC

1

**CERTIFICATE**

I hereby certify that a copy of the foregoing pleading has been served upon all interested counsel by ECF filing on October 26, 2015.

/s/Louis R. Koerner, Jr.
Louis R. Koerner, Jr.
