UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179

Section:  J (1)

THIS DOCUMENT RELATES:

Case No.: 2:10-CV-02771; 2:10-CV-08888
(Rec. Doc. 111059)

JUDGE BARBIER
MAG. JUDGE SHUSHAN

_____ /

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the Motion to Withdraw as Counsel filed on behalf of Cossich, Sumich, Parsiola & Taylor, LLC and its individual attorneys.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel filed on behalf of Cossich, Sumich, Parsiola & Taylor, LLC and its individual Attorneys be and the same is hereby GRANTED.

2. All correspondence and pleadings for the Plaintiff shall be mailed to: Timmy Scott Duval, 13957 Bellingrath Road, Coden, AL 36523, Tel: (251) 599-7735.

DONE AND ORDERED in chambers, at New Orleans, Louisiana on this _____ day of _____, 2015.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE