UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J HONORABLE JUDGE BARBIER |
| Applies to: | § § | MAGISTRATE JUDGE SHUSHAN |
| Nos. 10-3059, 10-4183, 11-0516, 13-2646, 13-2749, 13-3031, 13-4677, and 14-0614 | § § § § | |

## JOINT MOTION FOR DISMISSAL

The States of Alabama, Florida, Louisiana, Mississippi, and Texas (collectively the "States") have entered into a settlement agreement with Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH ("Transocean") entitled "Master Settlement Agreement." Pursuant to its terms, the Master Settlement Agreement became effective on the date upon which the last State executed its State Release, which occurred on October 13, 2015.

The Master Settlement Agreement and the State Releases fully and finally resolve all of the claims that the States of Alabama, Florida, Louisiana, Mississippi and Texas individually, or collectively, have brought against Transocean arising from or in any way related to the *Deepwater Horizon* Incident. In light of the parties having reached settlement, the States hereby move for dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a) of all of their claims addressed by the Master Settlement Agreement.

Transocean hereby joins the States' motion and consents to the dismissal sought herein. The Parties have further consented to continuing jurisdiction of the Court for the purposes of

28494295.1                                                       1

enforcing the Master Settlement Agreement and resolving any disputes that might arise thereunder.

For the reasons set forth above, the Parties respectfully request that the Court enter the attached Order of Dismissal.

**For the State of Alabama**

LUTHER J. STRANGE
 *Attorney General*

 /s/ Corey L. Maze
*Special Deputy Attorney General*

WINFIELD J. SINCLAIR
*Assistant Attorney General*

Office of the Alabama Attorney General
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Email: cmaze@ago.state.al.us

Attorneys for the State of Alabama

**For the State of Florida**

**PAMELA JO BONDI**
ATTORNEY GENERAL
STATE OF FLORIDA

BY:   /s/ Russell S. Kent
Russell S. Kent
Special Counsel for Litigation
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone: (850) 414-3854

Patricia A. Conners
Deputy Attorney General
Office of the Attorney General
The Capitol, PL-01
Tallahassee, FL 32399-1050
Telephone: (850) 245-0140

Adrian Rivard
Harrison Rivard Duncan & Buzzett, Chtd.
101 Harrison Avenue
Panama City, FL 32401-2725
Telephone: (850) 769-7714

Carl R. Nelson
Buchanan, Ingersoll & Rooney, PC
501 Kennedy Boulevard, Suite 1700
Tampa, FL 33601-1438
Telephone: (813) 228-7411

Franklin R. Harrison
Harrison, Sale, McCloy, Chartered
304 Magnolia Avenue
Panama City, FL 32401-3125
Telephone: (850) 769-3434

Cary Patterson
Nix, Patterson & Roach, LLP
2900 St. Michael Drive, 5th Floor
Texarkana, TX 75503-2388
Telephone: (903) 223-3999

**For the State of Louisiana**

JAMES D. "BUDDY" CALDWELL
LOUISIANA ATTORNEY GENERAL
James Trey Phillips
First Assistant Attorney General
Megan K. Terrell
Assistant Attorney General
Section Chief –Environmental
State of Louisiana
P.O. Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6708

KANNER & WHITELEY, LLC
 /s/ Allan Kanner
Allan Kanner
Elizabeth B. Petersen
Allison M. Shipp
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777

USRY, WEEKS, &
MATTHEWS, APLC
 /s/ T. Allen Usry
T. Allen Usry
1615 Poydras Street
Suite 12
New Orleans, LA 70112
Telephone: (504) 592-4641

**For the State of Mississippi**

JIM HOOD
ATTORNEY GENERAL
STATE OF MISSISSIPPI

BY:   <u>/s/ Mary Jo Woods</u>
       Mary Jo Woods
       Special Assistant Attorney General
       Mississippi Bar No. 10468
       Mississippi Attorney General's Office
       Post Office Box 220
       Jackson, MS  39205
       Telephone: (601) 359-3020
       Facsimile: (601) 359-2003
       Email: mwood@ago.state.ms.us

**For the State of Texas**

|  |  |
|---|---|
|  | KEN PAXTON<br>Attorney General of Texas |
|  | CHARLES E. ROY<br>First Assistant Attorney General |
|  | JAMES E. DAVIS<br>Deputy Attorney General for Civil Litigation |
| RONALD R. DEL VENTO<br>Chief, Bankruptcy & Collections Division | JON NIERMANN<br>Chief, Environmental Protection Division |
|  /s/ Jason Starks<br>JASON A. STARKS<br>Assistant Attorney General<br>Tex. Bar No. 24046903<br>Bankruptcy & Collections Division<br>Jason.Starks@texasattorneygeneral.gov | JANE E. ATWOOD<br>Assistant Attorney General<br>Tex. Bar No. 00796144<br>Jane.Atwood@TexasAttorneyGeneral.gov<br>Attorney for the State of Texas, on Behalf of the Texas NRD Trustees |
| P. O. Box 12548<br>Austin, TX 78711-2548<br>Telephone: (512) 475-4867<br>Facsimile: (512) 482-8341 | THOMAS H. EDWARDS<br>LEAD ATTORNEY, MDL 2179<br>Assistant Attorney General<br>Tex. Bar No. 06461800<br>Thomas.Edwards@TexasAttorneyGeneral.gov |
| Attorney for the State of Texas, on Behalf of the Texas General Land Office (Economic Damages) | CRAIG J. PRITZLAFF<br>Assistant Attorney General<br>Tex. Bar No. 24046658<br>Craig.Pritzlaff@TexasAttorneyGeneral.gov |
|  | Attorneys for the State of Texas<br>Office of the Attorney General<br>P. O. Box 12548, Capitol Station<br>Austin, TX  78711-2548<br>Tel: (512) 463-2012<br>Fax: (512) 320-0911 |

**For Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH**

/s/ Brad D. Brian
Brad D. Brian
Daniel B. Levin
MUNGER TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
       daniel.levin@mto.com

/s/ Steven L. Roberts
Steven L. Roberts
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, TX 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com

/s/ Kerry J. Miller
Kerry J. Miller
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Tel: (504) 566-8646
Fax: (504) 585-6946
Email: kjmiller@bakerdonelson.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading will be served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 27th day of October 2015.

/s/ Kerry J. Miller