**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | ) | |
| **"Deepwater Horizon" in the** | ) | **MDL NO. 2179; SECTION J** |
| **Gulf of Mexico, on April 20, 2010** | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| **This document relates to:** | ) | |
| | ) | **MAG JUDGE SHUSHAN** |
| **12-970, *Bon Secour Fisheries, Inc. et al.***) | | |
| **v. BP Exploration & Production Inc.,** | ) | |
| **et al** | ) | |
| | ) | |
| **This Document Relates to:** | ) | |
| | ) | |
| **Case No: 13--6008** | ) | |

**ORDER**

Considering the foregoing Motion for Extension of Time to File Response to Special Master's Motion for Return of Payment made to Tommy Pham,

IT IS HEREBY ORDERED that respondent Brent Coon & Associates is granted a 15 day extension, until November 14, 2015, to file any response to the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center.

This _____ day of _____, 2015.


_____
**Judge C. Barbier, Eastern District of Louisiana**