UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 15-3726* | : | Mag. Judge Shushan |
| | : | |

**O R D E R**

Before the Court is Claimant 100009540's motion for extension of time to file a notice of appeal.  (Rec. Doc. 15494).  Because this motion was filed after the time prescribed in Fed. R. App. Proc. 4(a), it cannot be *ex parte*.  *See* Fed. R. App. Proc. 4(a)(5)(B).  Accordingly,

IT IS ORDERED that any response to the motion for extension of time to file a notice of appeal (Rec. Doc. 15494) shall be filed on or before Tuesday, November 10, 2015.

New Orleans, Louisiana, this 27th day of October, 2015.

_____
United States District Judge