UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig ) <br> "Deepwater Horizon" in the ) <br> Gulf of Mexico, on April 20, 2010 ) <br> ) <br> This document relates to: ) <br> ) <br> 12-970, *Bon Secour Fisheries, Inc. et al*.) <br> v. BP Exploration & Production Inc., ) <br> et al ) <br> ) <br> This Document Relates to: ) <br> ) <br> Case No: 13—6009 ) | MDL NO. 2179; SECTION J <br><br> JUDGE CARL J. BARBIER <br><br> MAG JUDGE SHUSHAN |

**ORDER**

Considering the foregoing Motion for Extension of Time to File Response to Special Master's Motion for Return of Payment made to Tommy Pham,

IT IS HEREBY ORDERED that respondent Brent Coon & Associates is granted a 15 day extension, until November 14, 2015, to file any response to the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center.

This _____ day of _____, 2015.

_____
**Judge C. Barbier, Eastern District of Louisiana**