IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | C.A. NO. 2:10-mdl-02179 SECTION: J |
| This Document Relates to In re: Triton Asset Leasing GmbH Case No.: 2:10-cv-02771-CJB-SS | § § § § § | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*****************************************************************************

## AGREED MOTION TO DISMISS WITH PREJUDICE CLAIMS OF CRAIG M. BRELAND

TO THE HONORABLE CARL J. BARBIER, UNITED STATES DISTRICT JUDGE:

COME NOW Plaintiff, Craig M. Breland, individually, as well as all Defendants and Intervening Defendants, who file this Agreed Motion to Dismiss With Prejudice, stating that all claims, causes of action asserted, or which could have been asserted, by or on behalf of Plaintiff, against the above Defendants and Intervening Defendants in this litigation have been fully and finally resolved and settled and, as such, Plaintiff and Defendants jointly move to dismiss the claims of Plaintiff with prejudice, each party to bear their own costs.

WHEREFORE, premises considered, Plaintiff, Craig M. Breland, individually, as well as all Defendants and Intervening Defendants jointly pray that

the Court grant this Motion and dismiss all claims with prejudice, and award such other and further relief to which they may be justly entitled.

Respectfully submitted:

CUNNINGHAM BOUNDS

By: *s/William E. Bonner*
    WILLIAM E. BONNER
    AL State Bar #ASB-5242-M46B
    1601 Dauphin Street
    Mobile, Alabama 36604
    Phone: 251-471-6191
    E-mail: web@cunninghambounds.com

**COUNSEL FOR CRAIG M. BRELAND**

PREIS PLC

By: *s/Robert M. Kallam*
    ROBERT M. KALLAM (#20242)
    102 Versailles Blvd., Suite 400
    Post Office Drawer 94-C
    Lafayette, LA 70509
    Telephone: (337) 237-6062
    Facsimile: (337) 237-9129
    E-mail: rkallam@preisplc.com

**COUNSEL FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.**

LISKOW & LEWIS


By: *s/Don K. Haycraft*
 DON K. HAYCRAFT (#14361)
 One Shell Square
 701 Poydras Street, Suite 5000
 New Orleans, LA 70139
 Telephone: 504-556-4128
 E-mail: dkhaycraft@liskow.com

**COUNSEL FOR BP EXPLORATION & PRODUCTION, INC., BP PRODUCTS NORTH AMERICA, INC., BP CORPORATION NORTH AMERICA, INC., BP COMPANY NORTH AMERICA, INC., BP AMERICA, INC. AND BP P.L.C.**

BEIRNE, MAYNARD & PARSONS, LLP


By: *s/Hal C. Welch*
 HAL C. WELCH (#13344)
 601 Poydras Street, Suite 2200
 New Orleans, LA 70130
 Telephone: 504-586-1241
 E-mail: hwelch@bmpllp.com

**COUNSEL FOR SHUMAN CONSULTING SERVICES, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing to all known attorneys-in-charge in accordance with Federal Rule of Civil Procedure 5(b) through the Court's CM/ECF System and by electronically uploading a copy of the foregoing to the Lexis Nexis File & Serve system in accordance with Pretrial Order No. 42 and the procedures established in MDL 2179 on this 29th day of October, 2015.

                                       *s/Robert M. Kallam*
                                       ROBERT M. KALLAM