

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1) |
| This Document Relates to: 13-6360<br>13-6362<br>(Christine Reitano) | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### CHRISTINE REITANO'S RENEWED MOTION TO SEVER ACTION OR, IN THE ALTERNATIVE, MOTION FOR A SUGGESTION OF REMAND TO BE SENT TO THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

Plaintiff, Christine Reitano, moves this Court to sever her individual suit for "Bad Faith Breach of Contract, Denial of Equal Protection Pursuant to the Louisiana Constitution, Defamation and Damages" from the umbrella of this multi-district litigation (MDL), in order that the case can proceed in due course and be tried separately. The categories of claims being litigated in MDL No. 2179, as delineated in the Pretrial Orders, do not encompass any aspect of Plaintiff's claims in this matter. Moreover, the Judicial Panel on MultiDistrict Litigation, as well as this Court as recently as October 16, 2015, have already found that unrelated claims in other suits should be excluded from this MDL litigation.

In the alternative, and only if this Court denies Ms. Reitano's renewed motion to sever, Ms. Reitano moves the Court for a suggestion of remand to be sent to the Judicial Panel on MultiDistrict Litigation for further consideration and action.

Wherefore, for the reasons stated in this Renewed Motion as well as the reasons stated in her first motion to sever, Ms. Reitano prays that this motion to sever be granted or, in the alternative, that the motion for suggestion of remand to be sent to the Judicial Panel on MultiDistrict Litigation be granted.

## PRE-TRIAL ORDER NO. 11 STATEMENT

In accordance with Pretrial Order No. 11, counsel for Plaintiff certifies that she contacted the Plaintiff's Steering Committee ("PSC") through Messrs. Jim Roy and Steve Herman and advised of the intent to file this Motion to Sever. In response, Mr. Herman, for the PSC, indicated that the PSC takes no position on this motion.

Respectfully Submitted:

/s/ Mary Olive Pierson
_____
MARY OLIVE PIERSON, #11004
P.O. Box 14647 (70898)
8702 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: (225) 927-6765
Email: mop@mopslaw.com

*Attorney for Christine Reitano*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Sever has been served on all counsel of record, by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 12, and that the foregoing motion was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, on this 29th day of October, 2015.

_____
/s/ Mary Olive Pierson
MARY OLIVE PIERSON