UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION "J" (1) |
| This Document Relates to:  13-6360<br>13-6362<br>(Christine Reitano) | JUDGE BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### NOTICE OF SUBMISSION

Please take notice that Plaintiff, Christine Reitano, has filed a Renewed Motion to Sever Action or, in the alternative, Motion for a Suggestion of Remand to be sent to the Judicial Panel on Multidistrict Litigation, which is hereby set for submission to the Court on November 18, 2015 at 9:30 a.m. before the Honorable Carl J. Barbier at the United States District Courthouse, 500 Poydras Street, Courtroom C268, New Orleans, Louisiana 70130.

Respectfully Submitted:

/s/ Mary Olive Pierson
MARY OLIVE PIERSON, #11004
P.O. Box 14647 (70898)
8702 Jefferson Highway, Suite B
Baton Rouge, LA 70809
Telephone: (225) 927-6765
Email: mop@mopslaw.com

*Attorney for Christine Reitano*