UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J (1) |
| THIS DOCUMENT RELATES: | |
| Case No.: 2:10-CV-02771; 2:10-CV-08888<br>(Rec. Doc. 111059) | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |
| _____ / | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

THIS CAUSE came before the Court upon the Motion to Withdraw as Counsel filed on behalf of Cossich, Sumich, Parsiola & Taylor, LLC and its individual attorneys.

The Court having read and considered argument of counsel and being otherwise fully apprised in the premises, it is hereby ORDERED AND ADJUDGED as follows:

1. That the Motion to Withdraw as Counsel filed on behalf of Cossich, Sumich, Parsiola & Taylor, LLC and its individual Attorneys be and the same is hereby GRANTED.

2. Plaintiff's current contact information is: Timmy Scott Duval, 13957 Bellingrath Road, Coden, AL 36523, Tel: (251) 599-7735.

New Orleans, Louisiana this 29th day of October, 2015.

HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE