UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL NO. 2179; SECTION J |
| This document relates to: | ) ) | JUDGE CARL J. BARBIER |
| 12-970, *Bon Secour Fisheries, Inc. et al.* v. BP Exploration & Production Inc., et al | ) ) ) ) | MAG JUDGE SHUSHAN |
| This Document Relates to: | ) ) ) | |
| Case No: 13—6009 | ) | |

**ORDER**

Considering the First Amended Motion for Extension of Time to File Response to Special Master's Motion for Return of Payment made to Tommy Pham,

IT IS HEREBY ORDERED that respondent Brent Coon & Associates is granted until Monday, November 16, 2015, to file any response to the motion for return of payment. Any reply by the Special Master or DHECC shall be filed on or before Monday, November 30, 3015.

IT IS FURTHER ORDERED that the motion is denied insofar as it seeks discovery from government run trip ticket databases.

New Orleans, Louisiana this 30th day of October, 2015.

_____
United States District Judge