UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 10 -  MD - 2179 |
| | Section J |
| | HONORABLE CARL. BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., et al., on behalf of themselves and all others similarly situated, | Civil Action No. 12-970 |
| Plaintiffs, | Section J |
| v. | HONORABLE CARL J. BARBIER |
| BP Exploration & Production Inc.; BP America Production Company; BP, P.L.C., | MAGISTRATE JUDGE SHUSHAN |
| Defendants. | |

**MOTION OF CLAIMANT ID #100228454/CLAIM ID # 230425 FOR SUMMARY ENFORCEMENT OF ELIGIBILITY AWARD AND SETTLEMENT AGREEMENT,OR, IN THE ALTERNATIVE, TO REVOKE INVALID OPT-OUT**

Pursuant to Fed.R.Civ.P 56 and L.R. 56, Claimant files this motion for summary enforcement of the settlement agreement reached herein, and in support states:

1

1. On or about October 24, 2012, an Opt-Out form was executed by the president of Claimant ID # 100228454, in his individual capacity only. This Opt-Out form is attached hereto as Exhibit "A".

2. In June 2013 Claimant #100228454 retained the Law Office of Jack L. Townsend, Sr. P.A., to pursue a BEL claim for the claimant's business, which is an incorporated business located within the Gulf Coast Area.

3. The claimant's Business Economic Loss Claim was filed by its current counsel, Jack Light Townsend, on August 19, 2013.[1] (Doc. ID #11872195).

4. Beginning on April 1, 2014, and continuing thereafter through August 2014, the assigned DWHCC analyst contacted counsel for Claimant on a monthly basis requesting additional information in order to evaluate and calculate the claim.

5. At no time during this process did the DWHCC analyst or any member of the Settlement Program, or BP, assert that Claimant had submitted an Opt-Out Request for the Business Economic Loss Claim.

6. On February 23, 2015, the Settlement Program issued an Eligibility Notice. (Doc. ID # 16098194) to the claimant for the Business Economic Loss Claim. The Eligibility Notice is attached hereto as Exhibit "B".

7. BP did not appeal the Eligibility Notice within the time limits provided in the Eligibility Notice nor did BP object to payment of Claimant #100228454 or Claim #230425 on any grounds.

---

[1] Throughout this motion supporting documents will be referred to by the Document ID Numbers assigned by the DWHCC.

8. The claimant, signed and returned the Release and Settlement Agreement (Doc ID #16268570, attached hereto as Exhibit "C"), which included the Eligibility Award settlement papers and submitted them to the DWHCC.

9. On or about March 23, 2015 the DWHCC accepted the Claim Payment Documentation.

10. On May 26, 2015 the DWHCC issued a Notice of Closed Claim: Opt-Out Claimants. (Doc ID # 16820506, attached hereto as Exhibit "D").

11. On June 2, 2015, Claimant promptly submitted an Opt-Out Revocation request (Doc ID #16936187, attached hereto as Exhibit "E") along with a new Business Economic Loss Claim, (Doc ID #16936335).

12. Twenty days later, DWHCC notified Claimant that BP would not consent to a "Late Opt Out Revocation", despite the fact that the only Opt-Out submitted had nothing to do with the claimant's Business Economic Loss Claim.

13. Claimant received the notice on June 29, 2015, and shortly thereafter appealed that determination on the same grounds alleged herein.

14. The appeal request to the appeal panel was denied by the Appeals Coordinator's office and a request for discretionary review of the appropriateness of the opt-out decisions and lack of appellate review was also denied by the Appeals Coordinator office.

15. As explained more fully in the accompanying Memorandum in Support, the opt-out form relied upon by DWHCC to deny payment of the settlement has no bearing on the Business Economic Loss Claim submitted by Claimant #100228454.

16. As of the date or this Motion, the DWHCC refuses to pay the settlement reached between it and Claimant ID # 100228454 for the Business Economic Loss Claim.

17. Undersigned counsel was retained by Claimant ID # 100228454 to bring this motion because Claimant's counsel, Jack Light Townsend, has only limited *pro hac vice* for filing discretionary review motions.

WHEREFORE, Claimant #100228454 respectfully requests that an order be entered enforcing the settlement agreement reached herein, or, in the alternative granting its request to revoke the disputed Opt-Out, reinstating it as a Class Member and ordering immediate payment of the Eligibility Award.


Respectfully Submitted,

s/ Edward A. Doskey
Edward A. Doskey
FL Bar No.: 127360
Attorney for Plaintiff
DOSKEY LAW, P.L.C.
807 Howard Ave.
New Orleans, LA  70113-1107
Telephone: (504) 684-4473
Fax: (504) 324-2398
E-mail: ed@doskeylaw.com


**CERTIFICATE OF SERVICE**

I certify that on October 30, 2015 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.