UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 10-MD-2179<br><br>Section J<br><br>HONORABLE CARL. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| Bon Secour Fisheries, Inc., et al., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BP Exploration & Production, Inc.; BP America Production Company; BP P.L.C.,<br>    Defendants. | Civil Action No. 12-970<br><br>Section J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

### CLAIMANT'S MOTION TO FILE UNDER SEAL EXHIBITS TO ITS MOTION FOR SUMMARY ENFORCEMENT OF ELIGIBILITY AWARD AND SETTLEMENT AGREEMENT, OR IN THE ALTERNATIVE, TO REVOKE OPT-OUT

Pursuant to L.R. 5.6, Claimant ID # 100228454 hereby requests leave of court to file under seal Exhibits A through E because they contain confidential information concerning the claimant.

Respectfully Submitted,

<u>s/ Edward A. Doskey</u>
Edward A. Doskey
FL Bar No.: 127360
Attorney for Plaintiff
DOSKEY LAW, P.L.C.
807 Howard Ave.
New Orleans, LA  70113-1107
Telephone: (504) 684-4473
Fax: (504) 324-2398
E-mail: ed@doskeylaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on October 30, 2015 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.