# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 10-MD-2179<br><br>Section J<br><br>**HONORABLE CARL. BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |
| **Bon Secour Fisheries, Inc., et al.,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BP Exploration & Production, Inc.; BP America Production Company; BP P.L.C.,** Defendants. | Civil Action No. 12-970<br><br>Section J<br><br>**HONORABLE CARL J. BARBIER**<br><br>**MAGISTRATE JUDGE SHUSHAN** |

## ORDER

Considering the foregoing motion of Claimant # 1002284554, it is hereby ORDERED that the Motion is GRANTED and that leave of court is granted to file under seal Exhibits A through E to Claimant's Motion for Summary Enforcement of Eligibility Award and Settlement Agreement, or, in the Alternative, to Revoke Invalid Opt-Out.

New Orleans, Louisiana this _____ day of November, 2015

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE