UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL NO. 2179<br><br>Section: J |
| This Document Applies to: | : : | The Hon. Carl J. Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | The Hon. Sally Shushan |

NOTICE BY THE SPECIAL MASTER OF
SATISFACTION OF JUDGMENT BY CERTAIN CLAIM PARTICIPANTS

COMES NOW Special Master Louis J. Freeh, providing notice that the Final Judgment entered by the Court on October 6, 2015 [Rec. Doc. 15449], has been satisfied as to Andry Lerner, LLC, Jonathan Andry and Glen Lerner. In support of this notice, the Special Master states as follows:

1. On October 6, 2015, the Court entered an Order & Reasons [Rec. Doc. 15448], finding that Andry Lerner, LLC, Jonathan Andry and Glen Lerner were jointly and severally liable with claimant Tony Riley ("Riley") to repay DHECC seafood claim awards paid by the DHECC to Riley, up to the amounts specified in the Order & Reasons.

2. On October 6, 2015, the Court entered the Final Judgment in favor of the DHECC and against, *inter alia*, Andry Lerner, LLC, Jonathan Andry and Glen Lerner in the amount of $55,420.46, plus post-judgment interest. The Final Judgment provided that the total restitution payable to the DHECC should not exceed $221,681.62.

3. On or about October 15, 2015, the trustee holding funds for Andry Lerner, LLC repaid $55,420.46 to the DHECC. *See* Ex. A at ¶ 3 (declaration in proof of satisfaction). Pursuant to Local Rule 54.5, the Final Judgment as to Andry Lerner, LLC, Jonathan Andry and Glen Lerner has been satisfied.

- 2 -

4. Pursuant to Fed. R. Civ. P. 60(b)(5), and based upon the restitution in principal of $55,420.46 made by Andry Lerner, LLC, Jonathan Andry and Glen Lerner, the remaining restitution payable to the DHECC by Riley should not exceed $166,261.16, plus post-judgment interest.

Respectfully submitted,

    /s/ Louis J. Freeh    
Louis J. Freeh
Special Master


Dated: November 2, 2015

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this   2nd   day of    November   , 2015.

                                             /s/Gregory A. Paw
                                             Counsel