UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section: J |
| | : | |
| This Document Applies to: | : | The Hon. Carl J. Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | The Hon. Sally Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

O R D E R

AND NOW, upon consideration of the notice by the Special Master of satisfaction of the Final Judgment entered on October 6, 2015 [Rec. Doc. 15449] as to Andry Lerner, LLC, Jonathan Andry and Glen Lerner, the Court finds:

1. On October 6, 2015, the Court entered an Order & Reasons [Rec. Doc. 15448], finding that Andry Lerner, LLC, Jonathan Andry and Glen Lerner were jointly and severally liable with claimant Tony Riley ("Riley") to repay DHECC seafood claim awards paid by the DHECC to Riley, up to the amounts specified in the Order & Reasons.

2. On October 6, 2015, the Court entered the Final Judgment in favor of the DHECC and against, *inter alia*, Andry Lerner, LLC, Jonathan Andry and Glen Lerner in the amount of $55,420.46, plus post-judgment interest. The Final Judgment provided that the total restitution payable to the DHECC should not exceed $221,681.62.

3. On or about October 15, 2015, the trustee holding funds for Andry Lerner, LLC repaid $55,420.46 to the DHECC.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Clerk of Court shall note upon the docket sheet of the case that:

1. The Final Judgment as to Andry Lerner, LLC, Jonathan Andry and Glen Lerner has been satisfied; and

2. The remaining restitution payable under the Final Judgment to the DHECC by Tony Riley shall not exceed $166,261.16, plus post-judgment interest.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____
United States District Judge