## DECLARATION OF ROBERT P. LEVINE

I, Robert P. Levine, for my declaration, state as follows:

1. I am the Chief Financial Officer for the Deepwater Horizon Economic Claims Center ("DHECC").

2. Among my duties, I assist the Claims Administrator in administration of the BP Economic & Property Damages Settlement Trust (the "Trust").

3. On or about October 15, 2015, the trustee holding funds for Andry Lerner, LLC repaid $55,420.46, inclusive of post-judgment interest, to the Trust.

Pursuant to 28 U.S.C. § 1746, I certify that the foregoing is true and correct.

Signed this 2 day of November, 2015, in New Orleans, Louisiana.

Robert P. Levine