UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010                                  2:10 MDL 2179

                                                   SECTION J

JOHNNY SEXTON                                                 JUDGE BARBIER
     Claimant,
                                                   MAG JUDGE SHUSAN

This Document Relates To:
12-970
_____/

## NOTICE OF CHANGE OF ADDRESS

Please be advised that attorney, Douglas S. Lyons and the firms Lyons & Farrar, P.A. and Douglas S. Lyons, P.A. have changed their address from 325 N. Calhoun Street, Tallahassee, FL 32301 to 1637 Metropolitan Boulevard, Suite A-2 Tallahassee, FL 32308-1521.  All other contact information will remain the same.

                                      **LYONS & FARRAR, P.A.**
                                      Attorneys for Claimant

                                      /s/ Douglas S. Lyons
                                      **DOUGLAS S. LYONS**
                                      Florida Bar No. 128277
                                      1637 Metropolitan Blvd.
                                      Suite A-2
                                      Tallahassee, FL. 32308
                                      (850) 222-8811
                                      Primary:  dougl@lyonsandfarrar.com
                                      Secondary:  dawnw@lyonsandfarrar.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 2, 2015, a true and correct copy of

the foregoing Notice of Change of Address was filed with the Clerk of the Panel via the JPML CM/ECF system, which will send notice of the same to all counsel of record.

/s/ Douglas S. Lyons
Douglas S. Lyons

C:\Users\marshal\Desktop\DSL\BP\Sexton\pleading\Notice\BP Sexton Notice of Change of Address.rtf