**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, CHAMBERS B409
NEW ORLEANS, LA 70130

JOSEPH C. WILKINSON, JR.
Chief Magistrate Judge

Phone: (504) 589-7630
Fax: (504) 589-7633

November 2, 2015

Patrick Juneau
Claims Administrator
Deepwater Horizon BP Economic
 and Property Damage Settlement
Exchange Centre
935 Gravier Street, 19th Floor
New Orleans, LA 70112

Re: MDL 2179 (Deepwater Horizon) (This document relates to
Nos. 12-970, 15-4143, 15-4146 & 15-4654)

Dear Mr. Pat:

Thank you for your assistance in connection with my assignment to make a neutral allocation of the aggregate payments provided in the proposed Haliburton and Transocean settlements with a "New Class." This letter seeks some additional information, if you are able to provide it.

Based upon my review of your report filed in the court's record on October 1, 2015, Record Doc. No. 15425, it appears to me that of the approximately 380,000 claimants under the BP Settlement Agreement that you are administering, claimants in the following beneficiary categories might also qualify as members of the New Class.

- seafood compensation program (about 24,000 claims);
- coastal real property (about 42,000 claims);
- wetlands real property (about 25,500 claims);
- subsistence hunters and fishers (about 66,500 claims); and
- vessel physical damage (about 1,500 claims).

Total: About 159,500 claims

Is there any way that you could calculate, based upon your records, how many of these 159,500 claimants are residents of or have their business operations in Alabama and/or Florida, as opposed to Louisiana and/or Texas, and provide me with those numbers? Since there appear to be some differences in the way the United States Fifth and Eleventh Circuit Courts of Appeals treat punitive damages claims of

the type possessed by the New Class, this statistic may have some role in the manner in which I make the allocation.

By copy of this letter to counsel, I am asking them to consider briefing and comparing the Fifth Circuit/Eleventh Circuit law in their written submissions due November 13th, to whatever extent, if any, they believe it is material to their positions.

Thank you very much.

Sincerely,

Joseph C. Wilkinson, Jr.

cc: Hon. Carl Barbier
Stephen Herman
Don Haycraft
Alan York
Kerry Miller
Scott Bickford
Greg Friedlander
Stephen Kreller
Thomas L. Young