IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § | C.A. NO.  2:10-mdl-02179<br><br>SECTION: J |
| This Document Relates to In re: Triton Asset Leasing GmbH Case No.: 2:10-cv-02771-CJB-SS | § § § § § § | JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

********************************************************************

<u>ORDER OF DISMISSAL OF CLAIMS OF CRAIG M. BRELAND</u>

CONSIDERING the Agreed Motion to Dismiss with Prejudice the claims of Craig M. Breland,

IT IS ORDERED that the Agreed Motion to Dismiss with Prejudice the claims of Craig M. Breland, is GRANTED and the claims asserted or which could have been asserted in this case on behalf of Plaintiff, Craig M. Breland, individually, are hereby dismissed, with prejudice.  Each party is to bear their own respective costs.

New Orleans, Louisiana this 2nd day of November, 2015.

_____
U.S. DISTRICT JUDGE CARL J. BARBIER