IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) Section: J(1) ) ) Judge: Barbier ) ) Magistrate: Shushan |
| This Document Relates To: | ) ) |
| Case No.: 2:10-CV-08888 (Rec. Doc. 123235) | ) |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. and finding that the same has merit,

**IT IS ORDERED** that the Motion to Withdraw is GRANTED and that Waltzer Wiygul & Garside, L.L.C. is WITHDRAWN as counsel for Plaintiff Billy Griffin. Plaintiff's contact information is:

> Billy Griffin
> 111 Emily St.
> Montegut, LA 70377
> (985) 594-2810

New Orleans, Louisiana this 2nd day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE