UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | 10-MD-2179<br><br>Section J<br><br>HONORABLE CARL. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |
| **Bon Secour Fisheries, Inc., et al.**, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>**BP Exploration & Production, Inc.; BP America Production Company; BP P.L.C.**,<br>    Defendants. | Civil Action No. 12-970<br><br>Section J<br><br>HONORABLE CARL J. BARBIER<br><br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

Considering the foregoing motion of Claimant # 1002284554, it is hereby ORDERED that the Motion is GRANTED and that leave of court is granted to file under seal Exhibits A through E to Claimant's Motion for Summary Enforcement of Eligibility Award and Settlement Agreement, or, in the Alternative, to Revoke Invalid Opt-Out.

New Orleans, Louisiana this 2nd day of November, 2015.

_____
United States District Judge