ROBERT J. DAVID
GERALD E. MEUNIER
IRVING J. WARSHAUER
STEVAN C. DITTMAN
MICHAEL J. ECUYER
WALTER C. MORRISON IV*
M. PALMER LAMBERT
RACHEL A. STERNLIEB
KATHY A. RITO

OF COUNSEL
JACK C. BENJAMIN

*ALSO ADMITTED IN MISSISSIPPI

LAW OFFICES
**GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.**
2800 ENERGY CENTRE
1100 POYDRAS
NEW ORLEANS 70163-2800

TELEPHONE
(504) 522-2304

TELECOPIER
(504) 528-9973

SAMUEL G. GAINSBURGH
WILLIAM W. BLEVINS
NEW ROADS OFFICE:
745 MAIN STREET
SUITE 3
NEW ROADS, LA 70760
TELEPHONE: (225) 638-8511
TELECOPIER: (225) 638-8319

JACKSON OFFICE:
240 TRACE COLONY PARK DR.
SUITE 100
RIDGELAND, MS 39157
TELEPHONE: (601) 933-2054

REPLY TO NEW ORLEANS OFFICE

November 3, 2015



**BY HAND**

Honorable Carl Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C256
New Orleans, Louisiana 70130

    Re:    BP v. Watts
           USDC, EDLA No. 13-6774

Dear Judge Barbier,

    As counsel for the defendant Mikal Watts in the above matter, I take this means to advise the Court, as well as lead counsel of record for the other parties, that a federal criminal indictment of Mr. Watts (and others) now has been returned on the basis of the same incidents and activity which give rise to this civil action. *See U.S. v. Mikal Watts, et al.*, No. 1:15C165LG-RHW (S.D. Miss.).

    On February 26, 2014, the Court granted our motion to stay the civil case pending the criminal investigation of our client (Rec. Doc. 12426). We submit that this stay order, without need for modification of its general language, should remain in effect pending the final outcome of the above criminal proceedings.

    Please advise if Your Honor feels anything further is needed from us at this time.

                                Sincerely,

                                Gerald E. Meunier

GEM/cdm
cc:    Kevin M. Downey, Esq. (kdowney@wc.com)
        Don K. Haycraft, Esq. (dkhaycraft@liskow.com)
        James B. Irwin, Esq. (jirwin@irwinllc.com)

GAINSBURGH, BENJAMIN,
DAVID, MEUNIER & WARSHAUER, L.L.C.
2800 ENERGY CENTRE · 1100 POYDRAS ST.
NEW ORLEANS, LOUISIANA 70163-2800

**BY HAND**

Honorable Carl Barbier
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C256
New Orleans, Louisiana 70130

**DO NOT MAIL**