U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  NOV -5 2015

WILLIAM W. BLEVINS
CLERK

LAW OFFICES
## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901
(202) 434-5000
FAX (202) 434-5029

MARGARET A. KEELEY
(202) 434-5137
mkeeley@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 4, 2015

The Honorable Carl J. Barbier
United States District Court
 for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

  Re: *In re: Deepwater Horizon*, MDL 10-2179
    Member Case 13-cv-06674 (*BP Exploration & Production, Inc. v. Watts*)

Dear Judge Barbier:

  I write on behalf of Plaintiffs in this matter, BP Exploration & Production, Inc., and BP America Production Company ("BP"). BP is in receipt of Mr. Meunier's letter of November 3, 2015, on behalf of Mikal Watts, regarding the stay order in the *BP v. Watts* litigation. BP does not presently intend to seek a modification of this Court's order staying the *BP v. Watts* litigation (Rec. Doc. 12426), but reserves its right to request a modification in the future.

          Respectfully submitted,

          Margaret A. Keeley

cc: Gerald E. Meunier, Esq.
   James B. Irwin, Esq.