IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION



IN RE:

DEEPWATER HORIZON OIL SPILL
IN THE GULF OF MEXICO,

MDL NO. 2:10-MDL-2179-CJB-SS

_____/

## MOTION TO COMPEL
## ADMINISTRATOR PATRICK JUNNEAU TO ANSWER
## COMMUNICATION AND CLAIM REQUEST

**COMES NOW** Claimant Derrick Robinson, who has filed with the claims administrator a claim for Medical Benefits. See *Exhibit A*. In the course of having filed his claim the claims administrator has failed to communicate with him about his claim filed through supplement on May 15, 2015. Claimant again sent another letter to the administrator on July 10, 2015 See *Exhibit B* and to date has not received any reply to his claims or any communication from the administrator to his letters.

**WHEREFORE** Claimant Derrick Robinson hereby respectfully moves the Court to issue its' Order directing the Claims Administrator Patrick Junneau to communicate and answer his letters and provide the status of his claims.

TENDERED FOR FILING

NOV - 6 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

PROVIDED TO
CENTURY CI ON
NOV 0 3 2015
FOR MAILING D.R.

Respectfully submitted,

**DERRICK ROBINSON**, *pro se*
DC No. Q07409
Century Correctional Institution
400 Tedder Road
Century, FL. 32535


*Derrick Robinson*
**DERRICK ROBINSON**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been provided by U.S. Mail first class postage prepaid to: Patrick Junneau, Esq., Claims Administrator, Deepwater Horizon Claims Center, 935 Gravier Street, Suite 400, New Orleans, LA. 70112 and that all other parties will be served by LEXIS/NEXIS serve on this 3rd day of November 2015.

*Derrick Robinson*
**DERRICK ROBINSON**

2

Derrick Robinson Q-07450 B1/104-L
Century Correction Institution
400 Tedder Road
Century, FL 32535

U.S. District Court
Clerk of The Court
500 Poydras Street
New Orleans, LA 70130

LEGAL MAIL