IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

TENDERED FOR FILING

IN RE:

DEEPWATER HORIZON OIL SPILL
IN THE GULF OF MEXICO,

NOV - 6 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

MDL NO. 2:10-MDL-2179-CJB-SS

/

## ORDER COMPELLING CLAIMS ADMINISTRATOR PATRICK JUNNEAU TO REPLY TO CLAIMANT DERRICK RONBINSON'S COMMUNICATION REQUESTS

**THIS CAUSE** is before the Court on Claimant Derrick Robinson's Motion to Compel Claims Administrator Patrick Junneau to provide answers to his several letters and request(s) served on the Claims Administrator, Patrick Junneau. Claimant provides as evidence several letters and a copy of his claims asserting that he has not received any answer to his letters to the claims administrator to report to him the status of his claim. After having carefully considered the premises therein, Claimant is entitled to receive a response to his communication and requests made to the Claims Administrator. The Claims Administrator has the sole responsibility for administering the claims process and should provide responses to a claimant's request within a reasonable amount of time. The requests that Claimant has made are in excess of 6 months old and he has not received and response from the administrator; this amount of time is unreasonable.

Therefore it is hereby **ORDERED AND ADJUDGED** that Claimant's Motion to Compel is hereby **GRANTED**. It is further **ORDERED** that the Claims Administrator Patrick

1

Junneau *shall* file a complete and full reply to the Claimant's communication within ten (10) days of the date of this Order.

**DONE AND ORDERED** in Chambers at New Orleans, Louisiana on this _____ day of November, 2015.

 

                                                **CARL J. BARBIER**
                                                United States District Judge