UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179 SECTION "J" |
| This Document Applies to: | : : | Judge Barbier |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | : : : | Mag. Judge Shushan |

### MOTION FOR LEAVE TO FILE SUR-REPLY

Claimants Gulf Finest Investment Co. ("Gulf Finest"), LVS Investment Group Inc. ("LVS"), Sinh Tran, Ngoc Lam, and Christopher Tran (collectively, "Claimants") respectfully move this Court for leave to file a Sur-Reply in response to the Special Master's Reply brief in support of his motion to claw back payments made to Claimants (Rec. Doc. 15482). Claimants seek to file their Sur-Reply for the limited purpose of addressing previously uncited evidence that the Special Master claims to support his position that Claimants committed fraud. Given the serious nature of the allegations and the summary process by which the Special Master seeks to claw back Claimants' payments and prevent Claimants from receiving further distributions, Claimants request leave to respond.

The Sur-Reply, attached hereto, explains why none of the facts cited by the Special Master are material, and indeed, why many of them are not even correct. Instead, the payments made to Claimants are supported by genuine shrimp landings, and any discrepancy in the information submitted by Claimants was not material to the determination. Finally, the fact that Claimants are compelled to file a Sur-Reply to address additional factual allegations further

indicates that, at the very least, material facts are in dispute and judgment should not be granted as a matter of law.

Therefore, Claimants request an Order granting them leave to file the attached Sur-Reply.

Respectfully submitted

/s/ Ellie T. Schilling
William P. Gibbens, 27225
Ellie T. Schilling, 33358
SCHONEKAS, EVANS, MCGOEY
& MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
Telephone:  (504) 680-6050
Fax:  (504) 680-6051
billy@semmlaw.com
ellie@semmlaw.com

Attorneys for Claimants, Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Ngoc Lam, and Christopher Tran

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing pleading was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 9th day of November, 2015.

/s/ Ellie T. Schilling
ELLIE T. SCHILLING