UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
|    "DEEPWATER HORIZON" IN THE | : | |
|    GULF OF MEXICO, ON APRIL 20, 2010 | : | SECTION "J" |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Shushan |
| al. v. BP Exploration & Production Inc., et al. | : | |
| | : | |

## ORDER

Considering the foregoing Motion for Leave to File Sur-Reply;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**, and Claimants Gulf Finest Investment Co., LVS Investment Group Inc., Sinh Tran, Ngoc Lam, and Christopher Tran are granted leave to file their Sur-Reply.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
UNITED STATES DISTRICT JUDGE