

Patrick A. Juneau
*Claims Administrator*

November 9, 2015

Via Electronic E-mail:

Honorable Joseph C. Wilkinson, JR.
Chief Magistrate Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Chambers B409
New Orleans, LA 70130

Re:   MDL 2179 (Deepwater Horizon) (This document relates to Nos. 12-970, 15-4143, 15-4146 & 15-4654)

Judge Wilkinson:

I have had my staff gather as much information as they could in response to your inquiry. The attached is a summary of our findings.

If there is any additional information that you would like, please let me know.

Sincerely,

PATRICK A. JUNEAU
Claims Administrator

# Data Request
Specific Claim Category Breakout by State of Residence

As of 11/9/15

| Claim Type/State | Seafood Compensation Program | Coastal Real Property | Wetlands Real Property | Subsistence | Vessel Physical Damage | Other | Total |
|---|---|---|---|---|---|---|---|
| Texas | 2,930 | 678 | 4,261 | 5,590 | 28 | 5,994 | 19,481 |
| Louisiana | 11,071 | 3,808 | 18,179 | 26,302 | 952 | 57,248 | 117,560 |
| Mississippi | 1,759 | 2,998 | 590 | 16,345 | 165 | 22,748 | 44,605 |
| Alabama | 1,828 | 12,476 | 193 | 14,708 | 206 | 33,571 | 62,982 |
| Florida | 6,775 | 11,047 | 544 | 3,704 | 151 | 82,333 | 104,554 |
| Other States | 575 | 11,061 | 2,717 | 994 | 50 | 16,950 | 32,347 |
| Total | 24,938 | 42,068 | 26,484 | 67,643 | 1,552 | 218,844 | 381,529 |

Note: Submissions by State are claims filed by claimants residing in that particular state. This report does not represent that these claims were filed on by or on behalf of claimants with losses occurring from business done in that particular state. Some claimants in this report may have suffered losses in states outside of their state of residence. Likewise, some claimants with losses occurring within an affected state are not included in this report because the claimant resides in a different state.