## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | MDL NO. 2179; SECTION J |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | JUDGE CARL J. BARBIER |
| This document relates to: | ) | |
| | ) | MAG JUDGE SHUSHAN |
| | ) | |
| Applies to: | ) | |
| 2:13-cv-01439; 2:10-cv-03093 | ) | |

### NOTICE OF JOINDER IN MOTION FOR CASE MANAGEMENT CONFERENCE AND SUPPORTING MEMORANDUM (Rec. Doc. 14976) FILED BY THE McKENZIE LAW FIRM, P.A.

**COME NOW** the non-class members represented by Samuel T. Adams, Attorney, in 2:13-cv-1439, and hereby give notice of their joinder in Plaintiffs' Motion for Case Management Conference and Supporting Memorandum filed August 11, 2015, by the McKenzie Law Firm, P.A. (Rec. Doc. 14976).

**DATED** this 10th day of November, 2015.

Respectfully submitted,

/S/ Samuel T. Adams

SAMUEL T. ADAMS
Florida Bar Number 160184
Post Office Box 8420
Panama City, FL  32409
850-785-3469 – office
850-640-1562 – facsimile
tom@samueltadams.com
Attorney for Non-Class Members
represented by Samuel T. Adams

### CERTIFICATE OF NON-SUPPORT

THE UNDERSIGNED ATTORNEY certifies, in accordance with Section X of PTO 11 (rec. doc. 569), that he has conferred with the PSC regarding this motion and was advised the PSC understands that the court will be scheduling a status conference in the near future to discuss, among other things, how the unsettled cases in the MDL should proceed.

/S/ Samuel T. Adams

1

**CERTIFICATE OF SERVICE**

  I certify that this document has been filed with the Clerk of the Court and served by ECF on November 10, 2015, upon:

Attorneys for the Defendants:

  Richard C. Godfrey, P.C.
  J. Andrew Langan, P.C.
  Wendy L. Bloom
  KIRKLAND & ELLIS LLP
  300 North LaSalle Street
  Chicago, IL 60654
  Telephone: 312-862-2000

  Jeffrey Lennard
  SNR Denton US LLP
  233 South Wacker Drive, Suite 7800
  Chicago, IL 60606
  Telephone: 312-876-8000

  Jeffrey Bossert Clark
  Steven A. Myers
  KIRKLAND & ELLIS LLP
  655 Fifteenth Street, N.W.
  Washington, DC 20005
  Telephone: 202-879-5000

  Don K. Haycraft
  LISKOW & LEWIS
  One Shell Square
  701 Poydras Street, Suite 5000
  New Orleans, LA 70139
  Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

  Stephen Jay Herman
  Soren E. Gisleson
  HERMAN HERMAN & KATZ LLP
  820 O'Keefe Avenue
  New Orleans, LA 70113
  Telephone: 504-581-4892
  Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

Brent W. Coon
215 Orleans
Beaumont, Texas 77701
Telephone: 409-835-2666
Fax: 409-835-1912
Attorney for BCA Class Members

Respectfully submitted,

/S/ Samuel T. Adams
_____

Attorney for Class Members
represented by Samuel T. Adams