UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL. NO. 2179 |
| | * | SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries Inc., et al., v. BP Exploration & Production, Inc., et al | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

### APACHE LOUISIANA MINERALS, LLC's
### FIRST SUPPLEMENTAL SUBMISSION OF DOCUMENTS
### FOR FIFTH CIRCUIT CASE NO. 15-30507

In accordance with leave granted by the Fifth Circuit by Order dated November 3, 2015, in Fifth Circuit Case No. 15-30507, Apache Louisiana Minerals, LLC submits the following documents into the record.

| | EDLa Rec. Doc. ID | Date Filed |
|---|---|---|
| Exhibit No. 1-01 | 6-6 | September 3, 2015 |
| Exhibit No. 1-02 | 6-28 | September 3, 2015 |
| Exhibit No. 1-03 | 7-7 | September 3, 2015 |
| Exhibit No. 1-04 | 7-7 | September 3, 2015 |
| Exhibit No. 1-05 | 7-7 | September 3, 2015 |
| Exhibit No. 1-06 | 7-7 | September 3, 2015 |
| Exhibit No. 1-07 | 7-7 | September 3, 2015 |
| Exhibit No. 1-08 | 7-7 | September 3, 2015 |
| Exhibit No. 1-09 | 7-17 | September 3, 2015 |

{L0366951.4}                                1

| | | |
|---|---|---|
| Exhibit No. 1-10 | 7-17 | September 3, 2015 |
| Exhibit No. 1-11 | 7-19 | September 3, 2015 |
| Exhibit No. 1-12 | 7-23 | September 3, 2015 |

November 12, 2015

        Respectfully submitted,

        DUVAL, FUNDERBURK, SUNDBERY,
            LOVELL & WATKINS, APLC
        C. BERWICK DUVAL, II (#5109)
        STANWOOD R. DUVAL (#27732)
        101 Wilson Avenue
        Post Office Box 3017
        Houma, Louisiana 70361
        Telephone: (985) 876-6410
        Facsimile:  (985) 851-1490
        Email: berwick@duvallawfirm.com
        Email: stan@duvallawfirm.com
        and

        JONES WALKER LLP

        /s/ Carmen M. Rodriguez
        DOUGLAS C. LONGMAN, JR. (#8719)
        CARMEN M. RODRIGUEZ (#22573)
        600 Jefferson St., Suite 1600
        P. O. Box 3408
        Lafayette, Louisiana 70502-3408
        Telephone:  (337) 593-7600
        Facsimile:    (337) 593-7601
        Email: dlongman@joneswalker.com
        Email: carmenrodriguez@joneswalker.com

        *Attorneys for Apache Louisiana Minerals, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 12th day of November, 2015.

/s/ Carmen M. Rodriguez
CARMEN M. RODRIGUEZ