From: Jennifer Goodwin <jgoodwin@browngreer.com>
To: "claimforms@deepwaterhorizoneconomicsettlement.com"
<claimforms@deepwaterhorizoneconomicsettlement.com>
Subject: FW: BP Oil - Supplemental ALM briefing
Date: Tue, 19 Nov 2013 18:19:36 +0000
Transaction Date (UTC): 2013-11-19 18:20:06



From: Warlick, Sarah E. [mailto:Sarah.Warlick@aporter.com]
Sent: Monday, November 18, 2013 5:06 PM
To: 'Steve Herman'; mjuneau@dheclaims.com; Stan Duval; Jack M. Alltmont; AppealsCoordinator
Cc: Cantor, Daniel A.; Holstein, Mark E; ccappeals@mdl2179psc.com; James Roy; Tommy Thomassie; Berwick Duval; Jennifer Goodwin; Frank Trani; Sally_Shushan@laed.uscourts.gov
Subject: RE: BP Oil - Supplemental ALM briefing

All,

Attached please find BP's response to Claimant's recent filing. We would appreciate if this could be provided to the en banc panel in this matter.

Kind regards,
Sarah


From: Steve Herman [mailto:SHERMAN@hhklawfirm.com]
Sent: Wednesday, November 13, 2013 11:58 AM
To: 'Michael Juneau'; Warlick, Sarah E.; Stan Duval; Jack M. Alltmont; appealscoordinator@dhecc.com<mailto:appealscoordinator@dhecc.com>
Cc: Cantor, Daniel A.; Holstein, Mark E; ccappeals@mdl2179psc.com<mailto:ccappeals@mdl2179psc.com>; James Roy; Tommy Thomassie; Berwick Duval; Jennifer Goodwin; Frank Trani; Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>
Subject: RE: BP Oil - Supplemental ALM briefing

Thanks Mike.

From: Michael Juneau [mailto:mjuneau@dheclaims.com]
Sent: Wednesday, November 13, 2013 10:55 AM
To: Steve Herman; 'Warlick, Sarah E.'; Stan Duval; Jack M. Alltmont; appealscoordinator@dhecc.com<mailto:appealscoordinator@dhecc.com>
Cc: Cantor, Daniel A.; Holstein, Mark E; ccappeals@mdl2179psc.com<mailto:ccappeals@mdl2179psc.com>; James Roy; Tommy Thomassie; Berwick Duval; Jennifer Goodwin; Frank Trani; Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>
Subject: RE: BP Oil - Supplemental ALM briefing

All:

Both BP's and Class Counsel's supplemental filings have been received and provided to Jack Alltmont, Appeals Coordinator.

[Signature - Mike]

935 Gravier Street, Ste. 1905
New Orleans, LA 70112
mjuneau@dheclaims.com<mailto:mjuneau@dheclaims.com>

From: Steve Herman [mailto:SHERMAN@hhklawfirm.com]
Sent: Wednesday, November 13, 2013 10:52 AM
To: 'Warlick, Sarah E.'; Stan Duval; Michael Juneau; Jack M. Alltmont;
appealscoordinator@dhecc.com<mailto:appealscoordinator@dhecc.com>
Cc: Cantor, Daniel A.; Holstein, Mark E;
ccappeals@mdl2179psc.com<mailto:ccappeals@mdl2179psc.com>; James Roy; Tommy
Thomassie; Berwick Duval; Jennifer Goodwin; Frank Trani;
Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>
Subject: BP Oil - Supplemental ALM briefing

Thanks. Please find attached Class Counsel's Supplemental Submission. I
think it was provided yesterday, but I am recirculating out of an abundance
of caution. Thanks.

From: Warlick, Sarah E. [mailto:Sarah.Warlick@aporter.com]
Sent: Wednesday, November 13, 2013 10:32 AM
To: Stan Duval; Michael Juneau
Cc: Cantor, Daniel A.; Holstein, Mark E;
ccappeals@mdl2179psc.com<mailto:ccappeals@mdl2179psc.com>; Steve Herman;
James Roy; Tommy Thomassie; Berwick Duval;
appealscoordinator@dhecc.com<mailto:appealscoordinator@dhecc.com>; Jennifer
Goodwin; Frank Trani;
Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>; Jack
M. Alltmont
Subject: RE: Supplemental ALM briefing

Attached please find BP's supplemental filing addressing Claimant's
certification. We respectfully request that you submit this filing to the en
banc Appeals Panel.

Kind regards,
Sarah

Sarah E. Warlick
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.6409
sarah.warlick@aporter.com<mailto:sarah.warlick@aporter.com>
www.arnoldporter.com

From: Stan Duval [mailto:stan@duvallawfirm.com]
Sent: Tuesday, November 12, 2013 4:49 PM
To: Michael Juneau
Cc: Cantor, Daniel A.; Warlick, Sarah E.; Holstein, Mark E;
ccappeals@mdl2179psc.com<mailto:ccappeals@mdl2179psc.com>; Steve Herman;
James Roy; Tommy Thomassie; Berwick Duval;

appealscoordinator@dhecc.com<mailto:appealscoordinator@dhecc.com>; Jennifer
Goodwin; Frank Trani;
Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>; Jack
M. Alltmont
Subject: RE: Supplemental ALM briefing

Mike:

Attached is Apache Louisiana Minerals, LLC's certification.

Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA    70361-3017
Telephone:  985.876.6410
Facsimile:  985.851.1490
Email:      stan@duvallawfirm.com<mailto:stan@duvallawfirm.com>

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of
Duval, Funderburk, Sundbery,Lovell & Watkins are confidential, intended
solely for the use of the individual or entity to whom they are addressed,
and are protected by the Attorney-Client Privilege.  If you are not the
intended recipient or the person responsible for delivering the e-mail to the
intended recipient, be advised that you have received this e-mail in error
and that any use,dissemination, forwarding, printing, or copying of this e-
mail is strictly
prohibited.  If you have received this e-mail in error, please immediately
notify us by telephone at 985-876-6410.

From: Michael Juneau [mailto:mjuneau@dheclaims.com]
Sent: Tuesday, November 12, 2013 8:23 AM
To: Stan Duval
Cc: Cantor, Daniel A.; Warlick, Sarah E.; Holstein, Mark E;
ccappeals@mdl2179psc.com<mailto:ccappeals@mdl2179psc.com>; Steve Herman;
James Roy; Tommy Thomassie; Berwick Duval;
appealscoordinator@dhecc.com<mailto:appealscoordinator@dhecc.com>; Jennifer
Goodwin; Frank Trani;
Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>; Jack
M. Alltmont
Subject: Re: Supplemental ALM briefing

Stan:

At the Court's direction, BP had a deadline last Friday for "certification"
that its documents had been previously submitted in the underlying claims
file. Claimant's  and Class Counsel's deadline for a similar "certification"
was set for today (Tuesday) at 5:00 pm. Do you intend to provide something
along those lines today?
Michael J. Juneau
Special Counsel
Deepwater Horizon Claims Center
mjuneau@dheclaims.com<mailto:mjuneau@dheclaims.com>

Privileged & Confidential
Sent from my iPhone

On Nov 12, 2013, at 8:12 AM, "Stan Duval" <stan@duvallawfirm.com<mailto:stan@duvallawfirm.com>> wrote:
Mr. Juneau:

I have reviewed Mr. Cantor's certification, and I can stipulate that all of the documents attached to BP's en banc brief were attached to various initial and final proposals regarding various appeals. However, his certification makes it clear that none of the documents attached to BP's various appeals and en banc brief were submitted prior to BP filing an appeal; and therefore, none of the documents attached are part of the record.

The Rules Governing the Appeals Process, which became effective on February 14, 2013, specifically state that, with regard to Initial Proposals, either party may submit a supporting memorandum and any additional materials as set forth in Rule 13 with its Initial Proposal (See Rule 17(a)). Rule 13, entitled, Record on Appeal, lists 8 items (a-h) that define what the record of appeal shall consist of. Nowhere does it say that the record consists of documents attached to either an Initial or Final Proposal, except for category (h), which provides that a claimant may submit additional substantive documentation with the claimant's Final Proposal and supporting memorandum an any appeal by BP, where BP contends that the claim does not comply with the applicable documentation requirements set forth in the Settlement Agreement. Rule 17(b) regarding Final Proposals, further clarifies that a party may only submit additional materials with a Final Proposal and supporting memorandum: (i) in the event of a cross-appeal under Rule 14; and (ii) as set forth within Rule 13.

Neither the Settlement Agreement nor the Rules Governing the Appeals Process allow for the attaching of exhibits to appeal memoranda; and therefore, ALM respectfully submits that all documents attached to BP's Initial Proposals and Final Proposals should be stricken. Further, the Appeals Panelists should not be allowed to review those documents.

Sincerely,

Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA   70361-3017
Telephone:   985.876.6410
Facsimile:   985.851.1490
Email:       stan@duvallawfirm.com<mailto:stan@duvallawfirm.com>

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval, Funderburk, Sundbery,Lovell & Watkins are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by the Attorney-Client Privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error

and that any use,dissemination, forwarding, printing, or copying of this e-mail is strictly
prohibited. If you have received this e-mail in error, please immediately notify us by telephone at 985-876-6410.

From: Cantor, Daniel A. [mailto:Daniel.Cantor@APORTER.COM]
Sent: Friday, November 08, 2013 4:41 PM
To: Michael Juneau; Stan Duval
Cc: Warlick, Sarah E.; Holstein, Mark E; ccappeals@mdl2179psc.com<mailto:ccappeals@mdl2179psc.com>; Steve Herman; James Roy; Tommy Thomassie; Berwick Duval; appealscoordinator@dhecc.com<mailto:appealscoordinator@dhecc.com>; Jennifer Goodwin; Frank Trani; Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>
Subject: RE: Supplemental ALM briefing

Thanks Mike. Attached please find BP's certification. Kindly confirm receipt and have a nice weekend. Thanks

Dan

From: Michael Juneau [mailto:mjuneau@dheclaims.com]
Sent: Thursday, November 07, 2013 5:23 PM
To: Stan Duval
Cc: Cantor, Daniel A.; Warlick, Sarah E.; Holstein, Mark E; ccappeals@mdl2179psc.com<mailto:ccappeals@mdl2179psc.com>; Steve Herman; James Roy; Tommy Thomassie; Berwick Duval; appealscoordinator@dhecc.com<mailto:appealscoordinator@dhecc.com>; Jennifer Goodwin; Frank Trani; Sally_Shushan@laed.uscourts.gov<mailto:Sally_Shushan@laed.uscourts.gov>
Subject: Re: Supplemental ALM briefing

All:

The following instructions have been received from the US District Court as to the en banc briefing issues re: Apache Louisiana Materials (ALM):

(1). By 5:00 pm (central time), Friday, November 8, 2013, BP is to provide the following:
    (A). Certification that the documents attached to BP's en banc brief were previously submitted and made a part of the record of one or more of the individual ALM claim files; and
    (B). Claim number, document number and page number citations as to each such document relative to where each such document is located in the individual claim file(s).
(2). Assuming timely compliance of the above by BP, Class Counsel and Claimant may do likewise by 5:00 pm (central time), Tuesday, November 12, 2013. Namely, they are to provide the following:
    (A). Certification that the documents attached to their en banc briefs were previously submitted and made a part of the record of one or more of the individual ALM claim files; and
    (B). Claim number, document number and page number citations as to each such document relative to where each such document is located in the individual claim file(s).

Absent compliance with the above, the Appeals Panel members will be instructed to refrain from viewing the referenced documents.

Michael J. Juneau
Special Counsel
Deepwater Horizon Claims Center
mjuneau@dheclaims.com<mailto:mjuneau@dheclaims.com>

Privileged & Confidential
Sent from my iPhone

On Nov 7, 2013, at 2:23 PM, "Michael Juneau"
<mjuneau@dheclaims.com<mailto:mjuneau@dheclaims.com>> wrote:
All:

This will confirm that the Program has received three supplemental emails regarding this en banc issue - starting with Dan Cantor's, then Steve Herman's, and finally Stan Duval's. The Appeals Panel has not yet given us direction as to how those emails should be handled. We of course will follow whatever direction the Appeals Panel provides in that regard.
Michael J. Juneau
Special Counsel
Deepwater Horizon Claims Center
mjuneau@dheclaims.com<mailto:mjuneau@dheclaims.com>

Privileged & Confidential
Sent from my iPhone

On Nov 7, 2013, at 1:54 PM, "Stan Duval"
<stan@duvallawfirm.com<mailto:stan@duvallawfirm.com>> wrote:
Dear Mr. Cantor,

BP has been improperly attaching "evidence" to its appeal briefs submitted with its initial proposals. BP's initial proposal consisted of 511 pages of documents, and BP's en banc memorandum consisted of 756 pages of documents. Since BP has taken it upon itself to attach documents to its initial proposals despite the fact that they were not in the record, I cannot verify at this time that all documents attached to BP's en banc memorandum were in fact submitted with one or more of BP's initial proposals. Perhaps if you could provide a list of what BP attached and when (and perhaps give me a document ID) that verifies that all documents were submitted with one of the underlying Apache appeals, I will stipulate that BP did not in fact submit any new "evidence" to its en banc memorandum. However, I will not stipulate that the attaching of documents to any of BP's appeal briefs/memoranda was proper. BP has submitted over 700 pages of documents with its en banc memorandum. Those 700 pages were never a part of the record in the proceedings before the appeal; and therefore, the attachment of those documents is improper. If any appeal panelist were to review the documents BP submitted with its en banc memorandum, they certainly would not be conducting a de novo review, and that would be against the terms of the Settlement Agreement.

Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA   70361-3017

Telephone: 985.876.6410
Facsimile: 985.851.1490
Email: stan@duvallawfirm.com<mailto:stan@duvallawfirm.com>

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of Duval, Funderburk, Sundbery, Lovell & Watkins are confidential, intended solely for the use of the individual or entity to whom they are addressed, and are protected by the Attorney-Client Privilege. If you are not the intended recipient or the person responsible for delivering the e-mail to the intended recipient, be advised that you have received this e-mail in error and that any use, dissemination, forwarding, printing, or copying of this e-mail is strictly
prohibited. If you have received this e-mail in error, please immediately notify us by telephone at 985-876-6410.

From: Cantor, Daniel A. [mailto:Daniel.Cantor@APORTER.COM]
Sent: Thursday, November 07, 2013 9:04 AM
To: Stan Duval; Warlick, Sarah E.; Michael Juneau
Cc: Holstein, Mark E;
ccappeals@mdl2179psc.com<mailto:ccappeals@mdl2179psc.com>; Steve Herman; James Roy; 'Tommy Thomassie'; Berwick Duval
Subject: RE: Supplemental ALM briefing

Dear Mr. Duval,

BP is in receipt of Apache's supplemental filing with the En Banc Appeals Panel. That filing contains a material misstatement that requires immediate correction. Specifically, you state that "It appears that BP has attached a couple of hundred pages of 'new evidence' in support of its position. This extra evidence was never submitted with any of BP's prior appeal memorandum." This statement is simply untrue. All of the evidence submitted by BP in connection with the En Banc proceeding was previously submitted in connection with underlying individual Apache appeals.

We request that you inform the En Banc Appeals Panel of and correct this misstatement in your filing by noon today. Kindly please copy me when you do so. Thank you for your immediate attention to this matter.

Dan Cantor
Counsel for BP

From: Stan Duval [mailto:stan@duvallawfirm.com]
Sent: Wednesday, November 06, 2013 9:11 AM
To: Warlick, Sarah E.; Michael Juneau
Cc: Cantor, Daniel A.; Holstein, Mark E;
ccappeals@mdl2179psc.com<mailto:ccappeals@mdl2179psc.com>; Steve Herman; James Roy; 'Tommy Thomassie'; Berwick Duval
Subject: RE: Supplemental ALM briefing

All,

Attached is a supplemental memo we have uploaded to our portal to address BP's supplemental filing as well as all of the documents it has attached to its memo. I respectfully request that you submit this filing to the en banc Appeals Panel.

Stanwood R. Duval
Attorney
Duval, Funderburk, Sundbery,
Lovell & Watkins
101 Wilson Ave.
P. O. Box 3017
Houma, LA   70361-3017
Telephone:   985.876.6410
Facsimile:   985.851.1490
Email:       stan@duvallawfirm.com<mailto:stan@duvallawfirm.com>

CONFIDENTIALITY STATEMENT
This email and any file information transmitted with it from the law firm of
Duval, Funderburk, Sundbery,Lovell & Watkins are confidential, intended
solely for the use of the individual or entity to whom they are addressed,
and are protected by the Attorney-Client Privilege.  If you are not the
intended recipient or the person responsible for delivering the e-mail to the
intended recipient, be advised that you have received this e-mail in error
and that any use,dissemination, forwarding, printing, or copying of this e-
mail is strictly
prohibited.  If you have received this e-mail in error, please immediately
notify us by telephone at 985-876-6410.

From: Warlick, Sarah E. [mailto:Sarah.Warlick@aporter.com]
Sent: Tuesday, November 05, 2013 2:23 PM
To: Michael Juneau
Cc: Cantor, Daniel A.; Stan Duval; Holstein, Mark E;
ccappeals@mdl2179psc.com<mailto:ccappeals@mdl2179psc.com>
Subject: Supplemental ALM briefing

Dear Mike,

Please find enclosed BP's request to submit a supplemental filing to the en
banc Appeals Panel.  We respectfully request that you submit this filing to
the en banc Appeals Panel.

Kind regards,
Sarah


Sarah E. Warlick
Arnold & Porter LLP
555 Twelfth Street, NW
Washington, DC 20004-1206

Telephone: +1 202.942.6409
sarah.warlick@aporter.com<mailto:sarah.warlick@aporter.com>
www.arnoldporter.com

_____
U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

----------------------------------------------------------------------

For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com

---

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

---

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

----------------------------------------------------------------------

For more information about Arnold & Porter LLP, click here :
http://www.arnoldporter.com

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

_____

_____

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

_____

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

------------------------------------------------------------------
For more information about Arnold & Porter LLP, click here : http://www.arnoldporter.com

CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this

email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

CONFIDENTIAL ATTORNEY WORK PRODUCT

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

---

U.S. Treasury Circular 230 Notice

Any U.S. federal tax advice included in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding U.S. federal tax-related penalties or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

------------------------------------------------------------------

For more information about Arnold & Porter LLP, click here : http://www.arnoldporter.com

### BP's Supplemental Response To The *En Banc* Panel Regarding Apache Louisiana Minerals LLC

Apache Louisiana Minerals LLC's ("ALM" or "Claimant") November 15, 2013 filing represents its latest attempt to avoid Claimant's repeated, prior admissions to federal regulators, state regulators, and investors that it is, together with its consolidated affiliates, an oil and gas company. As with Claimant's prior efforts, this effort is entirely without merit.

Previously, Claimant told the Appeals Panel that the evidence attached to BP's *en banc* briefs "was never submitted with any of BP's prior appeal briefs." November 5, 2013 Letter from Stanwood Duval on Behalf of Claimant at 1.[1] When challenged as to the veracity of this statement, Claimant admitted that it was incorrect and untrue: "all of the documents attached to BP's *en banc* brief were attached to various initial and final proposals regarding various appeals." November 12, 2013 Electronic Mail from Stanwood Duval on Behalf of Claimant.

Claimant also previously sought to block the evidence of its admissions to federal and state regulators and investors, as well as other evidence of the true nature of its business, by contending that such evidence was not part of the record. The Appeal Panel has rejected this incorrect and unsound contention.

Having failed with its efforts to preclude the Panel from reviewing its own admissions and other evidence of the nature of its business, Claimant now submits a new brief and affidavit in support thereof in which it contends that it is a distinct corporate entity from other members of the Apache corporate family. That is entirely irrelevant and besides the point. BP has not cited the federal securities filings and investor statements of the entire Apache corporate family and other evidence of the nature of Claimant's business for the proposition that all members of the

---

[1] *See also id.* at 3 ("Now that the matter is going through an en banc review, BP has taken upon itself to again attach more documents, including several hundred new pages of documents that it has never attached to any of its briefs.").

1

corporate family are a single juridical entity. Rather, the import of the securities filings, representations to investors, and other evidence and admissions is that the entire Apache corporate family admits and continuously has affirmatively represented to the public, investors, regulators, and the markets that it is engaged in the business of exploring for and extracting oil and gas.

For example, Claimant's corporate parent, on behalf of itself ***and Claimant*** among others,[2] has repeatedly admitted and affirmatively represented in its federal securities filings that it ***and Claimant*** are an oil and gas company:

- "Apache is engaged in a single line of business. Both domestically and internationally, the Company explores for, develops, and produces natural gas crude oil and natural gas liquids." Apache Corp. Form 10-K for 2012, Note 13 (attached as Exhibit 1 to BP's Opening *En Banc* Brief).

- The entire Apache corporate family, including Claimant, is "an independent energy company that explores for, develops, and produces natural gas, crude oil, and natural gas liquids." *Id.* at p.1.

- The entire Apache corporate family, including Claimant, earned 100% of their revenues from "Oil and gas production revenues." *Id.* at Note 13.

Tellingly, Claimant's new affidavit does not and cannot dispute or repudiate these admissions and affirmative representations of fact.

Claimant's inter-company leases with its corporate parent (on which the exact same individual signs for both Claimant and its corporate parent) further confirm what Claimant has

---

[2] For example, the Apache annual report is submitted on behalf of the entire Apache corporate family, including Claimant. *See* Apache Corp. Form 10-K for 2012, Ex. 21.1; p. 1 (attached as Exhibit 1 to BP's Initial Proposal) ("References to 'Apache' or the 'Company' include Apache Corporation and its consolidated subsidiaries…").

2

represented to the world, namely that it is a part of the consolidated corporate family's efforts to explore for and extract oil and gas. Claimant acquires and holds the minerals for the corporate family's singular stated purpose, namely the exploration and extraction of oil and gas. That the actual operation of wells may be done by a different member of the corporate family in no way changes the fact that claimant is part of a consolidated corporate effort to explore for and extract oil and gas. And that is what it has affirmatively represented to the markets, regulators, investors and the public at large.

Simply put, Claimant's own repeated admissions and affirmative representations to federal and state regulators, and the other cited evidence of its business operations, establish that Claimant is an excluded member of the oil and gas industry. However, in the event that the Appeals Panel has any remaining questions concerning Claimant's excluded status, it would be appropriate for the Appeals Panel to remand the matter with instructions to the Claims Administrator to obtain all relevant information regarding Claimant's status and to re-evaluate whether Claimant is excluded.