

| POINT | NORTHING | EASTING | DESCRIPTION |
|---|---|---|---|
| 752 | 244555.820 | 2271883.903 | SHORE SHOT |
| 753 | 244579.384 | 2272089.218 | SHORE SHOT |
| 754 | 244227.773 | 2272085.001 | SHORE SHOT |
| 755 | 244021.412 | 2272063.214 | SHORE SHOT |
| 756 | 243582.802 | 2271992.517 | SHORE SHOT |
| 757 | 243343.102 | 2271959.988 | SHORE SHOT |
| 758 | 243181.524 | 2271912.496 | SHORE SHOT |
| 759 | 243078.964 | 2271864.391 | SHORE SHOT |
| 760 | 242936.729 | 2271830.405 | SHORE SHOT |
| 761 | 242744.073 | 2271786.912 | SHORE SHOT |
| 762 | 242621.167 | 2271784.313 | SHORE SHOT |
| 763 | 242302.236 | 2271756.666 | SHORE SHOT |
| 764 | 242052.782 | 2271754.693 | SHORE SHOT |
| 765 | 241850.942 | 2271763.082 | SHORE SHOT |
| 766 | 241286.095 | 2271932.901 | SHORE SHOT |
| 767 | 241119.401 | 2271994.210 | SHORE SHOT |
| 768 | 240770.951 | 2272071.705 | SHORE SHOT |
| 769 | 240319.377 | 2272164.779 | SHORE SHOT |
| 770 | 240221.530 | 2272175.710 | SHORE SHOT |
| 771 | 240204.310 | 2272214.258 | SHORE SHOT |
| 772 | 240050.643 | 2272249.532 | SHORE SHOT |
| 773 | 240044.933 | 2272244.031 | SHORE SHOT |
| 774 | 239888.027 | 2272082.609 | SHORE SHOT |
| 775 | 240091.232 | 2272037.795 | SHORE SHOT |
| 776 | 240370.259 | 2272010.867 | SHORE SHOT |
| 777 | 240698.291 | 2271897.985 | SHORE SHOT |
| 778 | 240892.414 | 2271888.859 | SHORE SHOT |
| 779 | 241393.115 | 2271708.732 | SHORE SHOT |
| 780 | 241858.327 | 2271585.108 | SHORE SHOT |
| 781 | 242056.564 | 2271593.736 | SHORE SHOT |
| 782 | 242289.674 | 2271575.000 | SHORE SHOT |
| 783 | 242350.759 | 2271552.347 | SHORE SHOT |
| 784 | 242484.552 | 2271553.148 | SHORE SHOT |
| 785 | 243041.689 | 2271681.422 | SHORE SHOT |
| 786 | 243191.100 | 2271715.142 | SHORE SHOT |
| 787 | 243353.544 | 2271768.333 | SHORE SHOT |
| 788 | 243572.802 | 2271789.460 | SHORE SHOT |
| 789 | 243992.544 | 2271852.145 | SHORE SHOT |
| 389 | 242898.690 | 2269287.690 | P.I. CHARLY |
| 632 | 243239.876 | 2272248.360 | P.I. GUM |

COORDINATES REFER TO LOUISIANA STATE PLANE GRID SYSTEM
AND ARE BASED ON L.D.W.F. P.I.'S CHARLY AND GUM.

TOPOGRAPHY PLOTTED FROM U.S.C.G.S. QUADRANGLE 'LAKE FELICITY, LA.'

Scale: 1" = 400'

I certify that I surveyed on this day OCTOBER 13, 19 92, for account of APACHE LOUISIANA MINERALS, INC. the boundaries and limits of a portion of the bed or bottom of BAYOU ST JEAN CHARLES for Oyster Bedding purposes, containing 20 SUPERFICIAL ACRES, situated _____ in Section ___ T. ___ S. R. ___ E. in the parish of TERREBONNE, Louisiana, and bounded as shown above.

P.O. Address P.O. BOX 206 HOUMA, LA 70361

Book 259 Page 91-93
APP'L No. ~~KK-312~~ 20050106
LEASE No. ~~30906~~ 3090605

QUAD 39

Raymond C. Impastato
REG. No. 4501
REGISTERED PROFESSIONAL
STATE OF LOUISIANA LAND SURVEYOR

Raymond C. Impastato
PROFESSIONAL LAND SURVEYOR