UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | * | MDL. NO. 2179 |
| "Deepwater Horizon" in the | | |
| Gulf of Mexico, on April 20, 2010 | * | SECTION "J" |
| | | |
| This Document Relates To: | * | JUDGE BARBIER |
| | | |
| No. 12-970, Bon Secour Fisheries Inc., | * | |
| et al., v. BP Exploration & | | |
| Production, Inc., et al | * | MAGISTRATE JUDGE SHUSHAN |

**APACHE LOUISIANA MINERALS, LLC's**
**SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL**
**IN FIFTH CIRCUIT CASE NO. 15-30507**

In accordance with leave granted by the Fifth Circuit by Order dated November 3, 2015,

Apache Louisiana Minerals, LLC designates the following documents for inclusion in the appeal

record.

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6272 | 4/18/2012 | MOTION for Certification of a Rule 23(B)(3) Class for Purposes of Settlement by Plaintiffs. (Attachments: #1 Memorandum in Support) (Reference: B3 Cases (including No. 12-968)) (Herman, Stephen) Modified on 4/18/2012 (blg). (Entered: 04/18/2012) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6395 | 5/1/2012 | TRANSCRIPT of Hearing on Motions for conditional certification of Rule 23(b)(3) classes for settlement purposes and for preliminary approval of the proposed class action settlements respecting the proposed Economic and Property Damage Class Settlement and the Medical Benefits Class Settlement held on April 25, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/30/2012. (Reference: ALL CASES, 12-968, 12-970)(clu, ) Modified docket text on 5/2/2012 (jtd). (Entered: 05/01/2012) |
| 2:10-md-2179 | 7104 | 8/13/2012 | MEMORANDUM IN SUPPORT OF FINAL APPROVAL OF ECONOMIC AND PROPERTY DAMAGES CLASS SETTLEMENT by Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Expert Report - Klonoff, # 4 Affidavit Issacharoff, # 5 Affidavit Herman, # 6 Affidavits: Rice - Negotiations, Rice-Seafood Program, Rice-Fee, Bon Secur, Friloux, Gallo, Ft. Morgan Realty, GW Fins, Hutto, Irwin, Kee, Tesvich, LKEU, Lundy, Guidry, PCB Dolphin Tours, Sellers, Zeke's)(Reference: Cases in Pleading Bundle B1, and * VoO Charter Dispute Cases, 12-970)(sek, ) (Entered: 08/13/2012) |
| 2:10-md-2179 | 7110 | 8/13/2012 | NOTICE by Class Counsel, BP Exploration & Production Inc., and BP America Production Company of Joint Filing of the Declarations of Cameron R. Azari; Daniel J. Balhoff; John C. Coffee, Jr.; Meade Monger; and John W. Perry, Jr.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/14/2012 (gec, ). (Entered: 08/13/2012) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7114 | 8/13/2012 | MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 by Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19 (Part 1), # 21 Exhibit 19 (Part 2), # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 8/15/2012 (gec, ). (Entered: 08/14/2012) |
| 2:10-md-2179 | 7726 | 10/22/2012 | NOTICE of Filing of the Supplemental Declarations of Cameron R. Azari; Daniel J. Balhoff; Stephen Cirami; John Coffee; Meade Monger; David Odom and John Perry, Jr. by Class Counsel, BP Exploration & Production Inc., and BP America Production Company. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek, ). (Entered: 10/22/2012) |

| Case No. | Doc No. | Date Filed | Name of Document |
|----------|---------|------------|------------------|
| 2:10-md-2179 | 7727 | 10/22/2012 | REPLY to Response to Motion filed by All Plaintiffs re 7114 MOTION for Final Approval of Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2012 . (Attachments: # 1 Exhibit A revision (re Seafood Program), # 2 Exhibit C (Summary of Objections), # 3 Exhibit D (in globo) (GCCF Winding Down), # 4 Affidavit Klonoff - Supplemental Report, # 5 Affidavit Greenwald, # 6 Exhibit Haycraft Ltr (VoO Offset), # 7 Exhibit BP Submission (VoO Offset), # 8 Exhibit Cantor Ltr (VoO Offset), # 9 Exhibit Ltr to Wilson (Customer Mix), # 10 Exhibit Citizen Article, # 11 Exhibit Palmer Orders)(Reference: B1 Cases; VoO Charter Disputes; No.12-970; No.10-7777)(Herman, Stephen) (Entered: 10/22/2012) |
| 2:10-md-2179 | 7731 | 10/22/2012 | Reply in Support of BP Defendants' Motion for Final Approval of the Deepwater Horizon Economic and Property Damages Settlement As Amended on May 2, 2012 by BP Defendants. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14)(Reference: ALL CASES & 12-970)(Haycraft, Don) Modified text on 10/23/2012 (sek, ). (Entered: 10/22/2012) |
| 2:10-md-2179 | 7892 | 11/15/2012 | TRANSCRIPT of Final Fairness Hearing held on November 8, 2012 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number (504) 589-7779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 2/13/2013. (Reference: 12CA0968; 12CA0970)(clu, ) (Entered: 11/15/2012) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 7945 | 11/19/2012 | Proposed Findings of Fact & Conclusions of Law by Class Counsel and BP Defendants. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Haycraft, Don) Modified on 11/20/2012 (gec, ). (Additional attachment(s) added on 11/27/2012: # 2 Replacement pages 141 through 147 per Order #8023) (sek, ). (Entered: 11/19/2012) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 8963 | 3/20/2013 | NOTICE of Filing of Declaration of Andrew T. Karron Relating to the Submission of In Camera Materials Prior to March 5, 2013 by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Karron Declaration, # 2 Exhibit 1A, # 3 Exhibit 1B1, # 4 Exhibit 1B2, # 5 Exhibit 1B3, # 6 Exhibit 1B4, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 7A, # 13 Exhibit 7B, # 14 Exhibit 8A, # 15 Exhibit 8B, # 16 Exhibit 9A, # 17 Exhibit 9B, # 18 Exhibit 10A, # 19 Exhibit 10B, # 20 Exhibit 11A, # 21 Exhibit 11B, # 22 Exhibit 11C, # 23 Exhibit 11D, # 24 Exhibit 11E, # 25 Exhibit 11F, # 26 Exhibit 12A, # 27 Exhibit 12B, # 28 Exhibit 12C, # 29 Exhibit 12D, # 30 Exhibit 13, # 31 Exhibit 14, # 32 Exhibit 15, # 33 Exhibit 16, # 34 Exhibit 17, # 35 Exhibit 18A, # 36 Exhibit 18B, # 37 Exhibit 18C, # 38 Exhibit 18D, # 39 Exhibit 18E, # 40 Exhibit 18F, # 41 Exhibit 18G, # 42 Exhibit 18H, # 43 Exhibit 18I, # 44 Exhibit 18J, # 45 Exhibit 18K, # 46 Exhibit 18L, # 47 Exhibit 18M, # 48 Exhibit 18N, # 49 Exhibit 18O, # 50 Exhibit 18P, # 51 Exhibit 18Q, # 52 Exhibit 18R, # 53 Exhibit 18S, # 54 Exhibit 19A, # 55 Exhibit 19B, # 56 Exhibit 19C, # 57 Exhibit 19D, # 58 Exhibit 19E, # 59 Exhibit 19F, # 60 Exhibit 19G, # 61 Exhibit 19H, # 62 Exhibit 19I, # 63 Exhibit 19J, # 64 Exhibit 19K, # 65 Exhibit 19L, # 66 Exhibit 19M, # 67 Exhibit 19N, # 68 Exhibit 19O, # 69 Exhibit 19P, # 70 Exhibit 19Q, # 71 Exhibit 19R, # 72 Exhibit 19S, # 73 Exhibit 19T, # 74 Exhibit 19U, # 75 Exhibit 19V, # 76 Exhibit 19W, # 77 Exhibit 19X, # 78 Exhibit 19Y, # 79 Exhibit 19Z, # 80 Exhibit 19ZZA, # 81 Exhibit 19ZZB, # 82 Exhibit 19ZZC, # 83 Exhibit 19ZZD, # 84 Exhibit 19ZZE, # 85 Exhibit 19ZZF, # 86 Exhibit 19ZZG, # 87 Exhibit 19ZZH)(Reference: ALL CASES)(gec, ) (Entered: 03/20/2013) |

| Case No. | Doc No. | Date Filed | Name of Document |
| --- | --- | --- | --- |
| 2:10-md-2179 | 9087 | 4/2/2013 | RESPONSE/MEMORANDUM in Opposition filed by The Economic Settlement Class, by and thru appointed Class Counsel re 8965 MOTION for Preliminary Injunction, 8964 MOTION for Preliminary Injunction. (Attachments: # 1 Exhibit 1 - From Preliminary Approval Hearing Presentation, # 2 Exhibit 2 - Supplemental Carroll Declaration, # 3 Exhibit 3 - Supplemental Herman Declaration, # 4 Exhibit 4 - Supplemental Tomlinson Declaration, # 5 Exhibit 5 - Wolfe Affidavit (Wall's Gator Farm), # 6 Exhibit 6 - Dugas Affidavit (Chef John Folse & Co), # 7 Exhibit 7 - BP Appeal No. 88168, # 8 Exhibit 8 - BP Appeal No. 88708)(Reference: 12-970 & 13-492)(sek, ) (Entered: 04/02/2013) |
| 2:10-md-2179 | 9089 | 4/2/2013 | RESPONSE to Motion filed by Claims Administrator and the Settlement Program re 8965 MOTION for Preliminary Injunction, 8964 MOTION for Preliminary Injunction. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Reference: all cases; 12-970)(sek, ) (Additional attachment(s) added on 4/2/2013: # 7 SEALED Unredacted Motion, # 8 SEALED EXHIBIT B, # 9 SEALED EXHIBIT B(1), # 10 SEALED Exhibit C(1)) (sek, ). (Entered: 04/02/2013) |
| 2:10-md-2179 | 9836 | 5/8/2013 | TRANSCRIPT of Hearing on motions held on April 5, 2013 before Judge Carl Barbier. Court Reporter/Recorder Karen Ibos, Telephone number 504-589-7776. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/6/2013. (Reference: 12-970 and 13-492)(rsg) (Entered: 05/08/2013) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11156 | 8/27/2013 | EXPARTE/CONSENT MOTION to Authorize Claims Administrator to Implement Settlement Agreement With Respect to Oil & Gas Services Industry Claims by Plaintiffs, the Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Herman, Stephen) Modified on 8/28/2013 (gec, ). (Entered: 08/27/2013) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11300 | 9/10/2013 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 11156 MOTION to Authorize Claims Administrator to Implement Settlement re Support Services Claims. (Attachments: # 1 Exhibit Declaration of Bloom, # 2 Exhibit A to Bloom Declaration, # 3 Exhibit B to Bloom Declaration, # 4 Exhibit C to Bloom Declaration, # 5 Exhibit D to Bloom Declaration, # 6 Exhibit E to Bloom Declaration, # 7 Exhibit F to Bloom Declaration, # 8 Exhibit G to Bloom Declaration, # 9 Exhibit H to Bloom Declaration, # 10 Exhibit I to Bloom Declaration, # 11 Exhibit J to Bloom Declaration, # 12 Exhibit K to Bloom Declaration, # 13 Exhibit L to Bloom Declaration, # 14 Exhibit M to Bloom Declaration, # 15 Exhibit N to Bloom Declaration, # 16 Exhibit O to Bloom Declaration, # 17 Exhibit P to Bloom Declaration, # 18 Exhibit Q to Bloom Declaration, # 19 Exhibit R to Bloom Declaration, # 20 Exhibit S to Bloom Declaration, # 21 Exhibit T to Bloom Declaration, # 22 Exhibit U to Bloom Declaration, # 23 Exhibit V to Bloom Declaration, # 24 Exhibit W to Bloom Declaration, # 25 Exhibit X to Bloom Declaration, # 26 Exhibit Y to Bloom Declaration, # 27 Exhibit Z to Bloom Declaration, # 28 Exhibit ZA to Bloom Declaration, # 29 Exhibit Declaration of Benton, # 30 Exhibit 1 to Benton Declaration, # 31 Exhibit 2A to Benton Declaration, # 32 Exhibit 2B to Benton Declaration, # 33 Exhibit 3 to Benton Declaration, # 34 Exhibit 4A to Benton Declaration, # 35 Exhibit 4B to Benton Declaration, # 36 Exhibit 5A to Benton Declaration, # 37 Exhibit 5B to Benton Declaration, # 38 Exhibit 5C to Benton Declaration, # 39 Exhibit 5D to Benton Declaration)(Reference: ALL CASES)(Haycraft, Don) Modified on 9/11/2013 (gec, ). (Additional attachment(s) added on 9/17/2013: # 40 SEALED Memo in Opposition, # 41 SEALED Wendy Bloom Declaration, # 42 SEALED Exhibits to Wendy Bloom Declaration, # 43 SEALED Erica Benton Declaration, # 44 SEALED Benton Exhibit 2A, # 45 SEALED Benton Exhibit 2B, # 46 SEALED Benton Exhibit 3) (sek, ). (Entered: 09/10/2013) |

| Case No. | Doc No. | Date Filed | Name of Document |
|----------|---------|------------|------------------|
| 2:10-md-2179 | 11390 | 9/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11300 Response/Memorandum in Opposition to Motion Filed by Class Counsel Regarding Oil & Gas Support Services Industry Claims by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: All Cases, 12-970)(Haycraft, Don) Modified on 9/17/2013 (gec, ). (Entered: 09/16/2013) |
| 2:10-md-2179 | 11406 | 9/17/2013 | ORDER granting 11390 BP's Motion to Seal Documents re 11300 Response/Memorandum in Opposition; ORDERED that BP's Memorandum in Opposition to Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement With Respect to Oil & Gas Support Services Industry Claims, the Declaration of Wendy L. Bloom, and its supporting exhibits (Exhibits A to ZA); and (3) the Declaration of Erica Benton and Exhibits 2A, 2B, and 3 attached thereto, be filed under seal pending further order of the Court. Signed by Judge Carl Barbier on 9/17/13. (Reference: All Cases (Including No. 12-970))(sek, ) (Entered: 09/17/2013) |
| 2:10-md-2179 | 11460 | 9/20/2013 | EXPARTE/CONSENT MOTION for Leave to File Reply Brief in Support of Motion to Authorize Claims Administrator to Implement Settlement Agreement for Oil & Gas Support Service Claims by Plaintiff Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading)(Reference: 12-970)(Herman, Stephen) Modified on 9/23/2013 (gec, ). (Entered: 09/20/2013) |
| 2:10-md-2179 | 11470 | 9/23/2013 | REPLY BRIEF in Support filed by The Economic & Property Damages Settlement Class, through Lead Class Counsel re 11156 MOTION to Authorize Claims Administrator to Implement Settlement re Support Services Claims . (Reference: 12-970)(sek, ) (Main Document 11470 replaced on 9/23/2013 to correct image) (sek, ). (Entered: 09/23/2013) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11541 | 9/27/2013 | MOTION for Leave to File Sur-Reply in Opposition to Class Counsel's Motion to Authorize the Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims by Defendant BP. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Sur-Reply, # 3 Proposed Pleading Bloom Declaration, # 4 Proposed Pleading Exhibit to Bloom Declaration)(Reference: ALL CASES,12-970)(Haycraft, Don) Modified on 9/30/2013 (gec, ). (Entered: 09/27/2013) |
| 2:10-md-2179 | 11542 | 9/27/2013 | EXPARTE/CONSENT MOTION to Seal Sur-Reply in Opposition to Class Counsel's Motion to Authorize the Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 9/30/2013 (gec, ). (Entered: 09/27/2013) |
| 2:10-md-2179 | 11740 | 10/26/2013 | NOTICE Supplement to 11728 Notice of Filing Relating to BEL Remand Issues by Economic & Property Damages Settlement Class. (Attachments: # 1 Exhibit 1 - Supp. Declaration of Allen Carroll (10-24-2013))(Reference: 12-970)(Herman, Stephen) Modified on 10/28/2013 (gec, ). (Entered: 10/26/2013) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11804 | 11/6/2013 | RESPONSE to 11735 Order by Eligible Business Economic Loss (BEL) Claimants, Economic & Property Damages Settlement Class . (Attachments: # 1 Affidavit of Stephen J. Herman, # 2 Exhibit BP Compensation Framework (9-15-2011), # 3 Exhibit BP Documentation (9-27-2011_, # 4 Affidavit of Joseph F. Rice, # 5 Exhibit Index of BEL Framework Drafts, # 6 Exhibit Index of Draft Agreements, # 7 Exhibit La. GCCF Map, # 8 Exhibit Miss. GCCF Map, # 9 Exhibit Ala. GCCF Map, # 10 Exhibit Fla. GCCF Map, # 11 Exhibit Tex. GCCF Map, # 12 Exhibit Business Data, # 13 Exhibit BP Compensation Framework (9-15-2011), # 14 Exhibit PSC Memo (11-3-2011), # 15 Exhibit BP Memo (11-10-2011), # 16 Exhibit Rice Memo (11-16-2011), # 17 Exhibit BP Memo (12-13-2011), # 18 Exhibit PN Illustration of CAO, # 19 Exhibit Brown Memo (4-13-2012), # 20 Exhibit Rice E-Mail (3-5-2012), # 21 Exhibit Bloom Edits to PPT (3-6-2012), # 22 Exhibit Hacker E-Mail (4-4-2012), # 23 Exhibit Rice Response to Hacker (4-15-2012), # 24 Exhibit Rice E-Mail to Bloom (4-10-2012), # 25 Exhibit BP Draft Tutorial Slides (5-7-2012), # 26 Affidavit of Rohn E. Jones, # 27 Affidavit of Michael Allen Scott)(Reference: No. 12-970)(Herman, Stephen) Modified on 11/7/2013 (gec, ). (Entered: 11/06/2013) |
| 2:10-md-2179 | 11833 | 11/12/2013 | REPLY Regarding Remand of BEL Issue by Business Economic Loss (BEL) Claimants and the Economic & Property Damages Settlement Class . (Attachments: # 1 Affidavit of Stephen J. Herman (11-11-2013), # 2 Affidavit of Rhon E. Jones (11-12-2013), # 3 Exhibit Industry Designations, # 4 Affidavit of Robert Michael Wallace (11-12-2013), # 5 Affidavit of Michael Allen Scott (11-12-2013), # 6 Affidavit of Joseph F. Rice (11-12-2013), # 7 Exhibit Phrases in BP Declarations, # 8 Exhibit "Matching", # 9 Exhibit re Hacker Communications, # 10 Affidavit of Calvin C. Fayard, Jr. (11-11-2013))(Reference: No. 12-970)(Herman, Stephen) Modified on 11/13/2013 (gec, ). (Entered: 11/12/2013) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11885 | 11/21/2013 | Memorandum by Eligible Business Economic Loss (BEL) Claimants re 11861 Order, (Class Submission of Proposal on Matching Expenses) (Attachments: # 1 Exhibit Class Proposal: Expense Recognition, # 2 Exhibit Class Statement: Revenue Recognition)(Reference: No. 12-970)(Herman, Stephen) Modified text on 11/22/2013 (sek, ). (Entered: 11/21/2013) |
| 2:10-md-2179 | 11973 | 12/13/2013 | OBJECTIONS by Eligible Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class to Administrative Decision to Allow BP to Submit New "Evidence" in connection with Settlement Program Appeals. (Reference: 12-970)(Herman, Stephen) Modified on 12/16/2013 (gec, ). (Entered: 12/13/2013) |
| 2:10-md-2179 | 12017 | 12/18/2013 | Supplemental Memorandum filed by BEL Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class Regarding Causation in Light of December 2nd per Curiam From the Fifth Circuit Bel Panel. (Attachments: # 1 Affidavit Tim Ryan, # 2 Affidavit Sean Michael Snaith)(Reference: 12-970)(sek, ) (Entered: 12/18/2013) |
| 2:10-md-2179 | 12062 | 12/26/2013 | Memorandum by Defendant BP re 11973 Objections, BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 12-970)(Haycraft, Don) Modified on 12/26/2013 (gec, ). (Additional attachment(s) added on 1/2/2014: # 3 SEALED Memorandum, # 4 SEALED Exhibit 1, # 5 SEALED Exhibit 2) (gec, ). (Entered: 12/26/2013) |
| 2:10-md-2179 | 12283 | 2/4/2014 | EXPARTE/CONSENT MOTION for Leave to File Reply Brief by Eligible Claimants and the Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: 12-970)(Herman, Stephen) Modified on 2/5/2014 (gec, ). (Entered: 02/04/2014) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 12317 | 2/10/2014 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 12283 MOTION for Leave to File Reply Brief on Issue of Settlement Program Appeals. (Reference: All Cases)(Haycraft, Don) Modified on 2/11/2014 (gec, ). (Entered: 02/10/2014) |
| 2:10-md-2179 | 12517 | 3/14/2014 | ORDER re 11973 Regarding Class Counsel's Objection to Administrative Ruling Regarding the Admission of New "Evidence" by BP in Connection with Settlement Program Appeals; Ordered that Class Counsel's objection is OVERRULED. Signed by Judge Carl Barbier on 3/14/14.(Reference: 12-970)(sek) (Main Document 12517 replaced on 3/17/2014) (sek). (Additional attachment(s) added on 3/17/2014: # 1 SEALED ORDER) (sek). (Entered: 03/14/2014) |
| 2:10-md-2179 | 12589 | 3/25/2014 | NOTICE of Filing Regarding Proposed Matching Policy for BEL Claims by Patrick A. Juneau. (Attachments: # 1 Policy 495 - Part 1, # 2 Policy 495 - Part 2, # 3 Policy 495 - Part 3, # 4 Policy 495 - Part 4, # 5 Policy 495 - Part 5, # 6 Policy 495 - Part 6, # 7 Policy 495 - Part 7, # 8 Policy 495 - Part 8, # 9 Policy 495 - Part 9, # 10 Policy 495 - Part 10, # 11 Policy 495 - Part 11, # 12 Policy 495 - Part 12, # 13 Policy 495 - Part 13, # 14 Policy 495 - Part 14, # 15 Policy 495 - Part 15, # 16 Policy 495 - Part 16, # 17 Policy 495 - Part 17, # 18 Policy 495 - Part 18)(Reference: 12-970)(Forsyth, J.) Modified on 3/27/2014 (gec). (Entered: 03/25/2014) |
| 2:10-md-2179 | 12941 | 5/27/2014 | MOTION to Alter or Amend 12817 Order Regarding Adoption of Policy No. 495 by Business Economic Loss (BEL) Claimants. (Attachments: # 1 Memorandum in Support)(Reference: No. 12-970)(Herman, Stephen) Modified on 5/27/2014 (gec). (Entered: 05/27/2014) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 13076 | 6/27/2014 | ORDER Regarding Motion to Clarify and/or to Alter or Amend Order Lifting Injunction (Rec. doc. 13004 ) as set forth in document. Signed by Judge Carl Barbier on 6/27/14. (Reference: All Cases & 12-970)(sek) (Entered: 06/27/2014) |
| 2:10-md-2179 | 13086 | 7/1/2014 | ORDER Regarding GCCF Transition Claims and Forty Percent Remainder Payments as set forth in document. Signed by Judge Carl Barbier on 7/1/14. (Attachments: # 1 Letter re Transition Claims)(Reference: all cases)(sek) (Entered: 07/01/2014) |
| 2:10-md-2179 | 13496 | 10/15/2014 | RESPONSE to Motion filed by All Plaintiffs re 13370 MOTION to remove the Claims Administrator. (Attachments: # 1 Affidavit Stephen J. Herman, # 2 Affidavit James P. Roy, # 3 Affidavit Calvin C. Fayard Jr., # 4 Affidavit Elizabeth J. Cabraser, # 5 Exhibit Class Memo re Fraud Investigations (Oct. 6, 2014), # 6 Exhibit Class Master Amicus (July 16, 2014))(Reference: No. 12-970)(Herman, Stephen) Modified on 10/15/2014 (gec). (Entered: 10/15/2014) |
| 2:10-md-2179 | 14356 | 3/31/2015 | ORDER denying 12941 Class Counsel's Motion to Alter or Amend Order Adopting Matching Policy (No. 495). Signed by Judge Carl Barbier on 3/31/15. (Reference: 12-970)(sek) (Entered: 03/31/2015) |
| 2:10-md-2179 | 14517 | 5/4/2015 | Memorandum by Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class re 14514 Statement (Update by the Claims Administrator). (Attachments: # 1 Exhibit A - BP Claims (Nov. 3, 2014), # 2 Exhibit B - Memo to Freeh et al (Oct. 6, 2014), # 3 Exhibit C - E-Mail to Freeh (March 5, 2015), # 4 Exhibit D - Memo to Welker (March 12, 2015), # 5 Exhibit E - Memo to Freeh (March 12, 2015), # 6 Exhibit F - Memo to Claims Administrator (April 1, 2015))(Reference: No. 12-970)(Herman, Stephen) Modified on 5/4/2015 (gec). (Entered: 05/04/2015) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14693 | 6/08/2015 | RESPONSE to Motion filed by Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class re 14259 MOTION of the DHECC for Return of Payments Made to Vernon Alfonso, Jr. and Others (Submission by Class Counsel re "Clawback" Motions). (Reference: No. 12-970)(Herman, Stephen) Modified on 6/9/2015 (gec). (Entered: 06/08/2015) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14914 | 7/22/2015 | Supplement to the Record By Class Counsel re Materials Associated with The Economic and Property Damages Settlement. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W, # 24 Exhibit X, # 25 Exhibit Y, # 26 Exhibit Z, # 27 Exhibit ZA, # 28 Exhibit ZB, # 29 Exhibit ZC, # 30 Exhibit ZD, # 31 Exhibit ZE, # 32 Exhibit ZF, # 33 Exhibit ZG, # 34 Exhibit ZH, # 35 Exhibit ZI, # 36 Exhibit ZJ, # 37 Exhibit ZK, # 38 Exhibit ZL, # 39 Exhibit ZM, # 40 Exhibit ZN, # 41 Exhibit ZO, # 42 Exhibit ZP, # 43 Exhibit ZQ, # 44 Exhibit ZR, # 45 Exhibit ZS, # 46 Exhibit ZT, # 47 Exhibit ZU, # 48 Exhibit ZV, # 49 Exhibit ZW, # 50 Exhibit ZX, # 51 Exhibit ZY, # 52 Exhibit ZZ, # 53 Exhibit ZZA, # 54 Exhibit ZZB, # 55 Exhibit ZZC, # 56 Exhibit ZZD, # 57 Exhibit ZZE, # 58 Exhibit ZZF, # 59 Exhibit ZZG, # 60 Exhibit ZZH, # 61 Exhibit ZZI, # 62 Exhibit ZZJ, # 63 Exhibit ZZK, # 64 Exhibit ZZL, # 65 Exhibit ZZM, # 66 Exhibit ZZN, # 67 Exhibit ZZO, # 68 Exhibit ZZP, # 69 Exhibit ZZQ, # 70 Exhibit ZZR, # 71 Exhibit ZZS, # 72 Exhibit ZZT, # 73 Exhibit ZZU, # 74 Exhibit ZZV, # 75 Exhibit ZZW, # 76 Exhibit ZZX, # 77 Exhibit ZZY, # 78 Exhibit ZZZ, # 79 Exhibit ZZZA, # 80 Exhibit ZZZB, # 81 Exhibit ZZZC, # 82 Exhibit ZZZD, # 83 Exhibit ZZZE, # 84 Exhibit ZZZF, # 85 Exhibit ZZZG, # 86 Exhibit ZZZH, # 87 Exhibit ZZZI)(Reference: 12-970)(sek) (Entered: 07/22/2015) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 15429 | 10/2/2015 | EXPARTE/CONSENT MOTION for Leave to File Supplemental Record Material from Economic and Property Damages Settlement by Defendant BP Exploration & Production Inc. (Attachments: # 1 Proposed Order, # 2 Index of Exhibits, # 3 Exhibit 01, # 4 Exhibit 02, # 5 Exhibit 03, # 6 Exhibit 04, # 7 Exhibit 05, # 8 Exhibit 06, # 9 Exhibit 07, # 10 Exhibit 08, # 11 Exhibit 09, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20, # 23 Exhibit 21, # 24 Exhibit 22, # 25 Exhibit 23, # 26 Exhibit 24, # 27 Exhibit 25, # 28 Exhibit 26, # 29 Exhibit 27, # 30 Exhibit 28, # 31 Exhibit 29, # 32 Exhibit 30, # 33 Exhibit 31, # 34 Exhibit 32, # 35 Exhibit 33, # 36 Exhibit 34, # 37 Exhibit 35, # 38 Exhibit 36, # 39 Exhibit 37, # 40 Exhibit 38, # 41 Exhibit 39, # 42 Exhibit 40, # 43 Exhibit 41, # 44 Exhibit 42, # 45 Exhibit 43, # 46 Exhibit 44, # 47 Exhibit 45, # 48 Exhibit 46, # 49 Exhibit 47, # 50 Exhibit 48, # 51 Exhibit 49, # 52 Exhibit 50, # 53 Exhibit 51, # 54 Exhibit 52, # 55 Exhibit 53, # 56 Exhibit 54, # 57 Exhibit 55, # 58 Exhibit 56, # 59 Exhibit 57, # 60 Exhibit 58, # 61 Exhibit 59, # 62 Exhibit 60, # 63 Exhibit 61, # 64 Exhibit 62, # 65 Exhibit 63, # 66 Exhibit 64, # 67 Exhibit 65, # 68 Exhibit 66, # 69 Exhibit 67, # 70 Exhibit 68, # 71 Exhibit 69, # 72 Exhibit 70, # 73 Exhibit 71, # 74 Exhibit 72, # 75 Exhibit 73, # 76 Exhibit 74, # 77 Exhibit 75, # 78 Exhibit 76, # 79 Exhibit 77, # 80 Exhibit 78, # 81 Exhibit 79, # 82 Exhibit 80, # 83 Exhibit 81-1, # 84 Exhibit 81-2, # 85 Exhibit 81-3, # 86 Exhibit 81-4, # 87 Exhibit 81-5, # 88 Exhibit 82, # 89 Exhibit 83, # 90 Exhibit 84, # 91 Exhibit 85)(Reference: 12-970)(Haycraft, Don) Modified on 10/2/2015 (sek). (Entered: 10/02/2015) |

| Case No. | Doc No. | Date Filed | Name of Document |
|---|---|---|---|
| 10-md-2179 | 15563 | 11/12/2015 | DESIGNATION of Record on Appeal by Plaintiff re: [14681] Notice of Appeal (Attachments: #(1) Exhibit 1-01, #(2) Exhibit 1-02, #(3) Exhibit 1-03, #(4) Exhibit 1-04, #(5) Exhibit 1-05, #(6) Exhibit 1-06, #(7) Exhibit 1-07, #(8) Exhibit 1-08, #(9) Exhibit 1-09, #(10) Exhibit 1-10, #(11) Exhibit 1-11, #(12) Exhibit 1-12)(Reference: 12-970)(Rodriguez, Carmen |

November 12, 2015

Respectfully submitted,

DUVAL, FUNDERBURK, SUNDBERY,
        LOVELL & WATKINS, APLC

C. BERWICK DUVAL, II (#5109)
STANWOOD R. DUVAL (#27732)
101 Wilson Avenue
Post Office Box 3017
Houma, Louisiana 70361
Telephone: (985) 876-6410
Facsimile:  (985) 851-1490
Email: berwick@duvallawfirm.com
Email: stan@duvallawfirm.com

and

JONES WALKER LLP

/s/ Carmen M. Rodriguez
DOUGLAS C. LONGMAN, JR. (#8719)
CARMEN M. RODRIGUEZ (#22573)
600 Jefferson St., Suite 1600
P. O. Box 3408
Lafayette, Louisiana 70502-3408
Telephone:  (337) 593-7600
Facsimile:    (337) 593-7601
Email: dlongman@joneswalker.com
Email: carmenrodriguez@joneswalker.com

*Attorneys for Apache Louisiana Minerals, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 12th day of November, 2015.

/s/ Carmen M. Rodriguez
CARMEN M. RODRIGUEZ