| | |
|---|---|
| **LATONYA WILLIAMS** | **UNITED STATES DISTRICT COURT** |
| **VERSUS** | **EASTERN DISTRICT** |
| **SHAMROCK MANAGEMENT, LLC, ETAL** | **USDC# C.A. 11-674** |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, come Ronna M. Steele and the Law Offices of Ronna M. Steele, who hereby move to withdraw as counsel for Latonya Williams. The present address of Ms. Williams is as follows:

**LaTonya Williams**

**578 Aragon Road**

**Montegut, LA**

The current telephone number of Ms. Latonya Williams is as follows:

**(985)293-3845**

Counsel further certifies that Ms. Latonya Williams has been notified of all deadlines and any court appearances

                                      **RESPECTFULLY SUBMITTED BY:**

                                      __s/Ronna M. Steele_____
                                      **RONNA M. STEELE (#20006)**
                                      Law Offices of Ronna M. Steele
                                      301 Huey P .Long Avenue
                                      Gretna, L a70053
                                      (504) 366-3475
                                      Fax: (504) 361-4752