UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010**<br><br>This Document Relates to:<br><br>Nos. 12-970, 15-4143, 15-4146, and 15-4654 | **MDL No. 2179**<br><br>**SECTION: J**<br><br><br>**JUDGE BARBIER**<br><br>**MAGISTRATE SHUSHAN** |

## PSC SUBMISSION REGARDING THE ALLOCATION OF HALLIBURTON AND TRANSOCEAN SETTLEMENT PROCEEDS

Co-Liaison Counsel and the Plaintiffs' Steering Committee, in the capacity of appointed Class Counsel for the *Deepwater Horizon* Economic & Property Damages Settlement Class and Proposed Class Counsel for the New Punitive Damages Settlement Class, respectfully submit the following in connection with the allocation of Halliburton and Transocean settlement proceeds, as requested by the Allocation Neutral [Rec. Doc. 15459][1]:

MAY IT PLEASE THE COURT:

PSC / Class Counsel do not advocate for either class to receive a greater allocation than the other.

For completeness of the record, PSC / Class Counsel respectfully submit:

> Ex. A – E-Mail to Plaintiffs' Counsel (Oct. 9, 2015)

> Ex. B – E-Mail to T. Young, S. Bickford and S. Kreller (Oct. 9, 2015)

---

[1] *See also* Transcript (Oct. 8, 2015) and Amending Order [Rec. Doc. 15467].

For the benefit of the Allocation Neutral, PSC / Class Counsel respectfully suggest that the following documents in the MDL Record may be helpful in arriving at an appropriate allocation:

- Joint Letter to Allocation Neutral [Rec. Doc. 15444] (Oct. 5, 2015)

- Plaintiffs' Opposition to Transocean's Motions for Partial Judgment on the Pleadings [Rec. Doc. 10186] (May 20, 2013)

- Plaintiffs' Opposition to Halliburton's Motions for Partial Judgment on the Pleadings [Rec. Doc. 10187] (May 20, 2013)

- Plaintiffs' Proposed Phase One Findings [Rec. Doc. 10459] (June 21, 2013)

- Order and Reasons [Rec. Doc. 5493] (Jan. 31, 2012)

- Order and Reasons [Rec. Doc. 5446] (Jan. 26, 2012)

- Findings of Fact and Conclusions of Law – Phase One Trial (Corrected Version) [Rec. Doc. 13381-1] (Sept. 9, 2014)

- BP Economic & Property Damages Settlement Approval Brief [Rec. Doc. 7114-1] (Aug. 13, 2012)

- Class Approval Brief re BP Economic & Property Damages Settlement [Rec. Doc. 7104] (Aug. 13, 2012)

- Class Reply Brief re BP Economic & Property Damages Settlement [Rec. Doc. 7727] (Oct. 22, 2012)

This 13th day of November, 2015.

Respectfully submitted,


____/s/   Stephen J. Herman_____                    ____/s/ James Parkerson Roy_____
**Stephen J. Herman**, La. Bar No. 23129          **James Parkerson Roy**, La. Bar No.11511
**HERMAN HERMAN & KATZ LLC**                      **DOMENGEAUX WRIGHT ROY & EDWARDS LLC**
820 O'Keefe Avenue                                556 Jefferson Street, Suite 500
New Orleans, Louisiana 70113                      Lafayette, Louisiana 70501

Telephone: (504) 581-4892
Fax. No. (504) 569-6024
Email: sherman@hhklawfirm.com
*Plaintiffs Co-Liaison Counsel*,
*Co-Lead Class Counsel,*
*and Proposed Co-Lead Class Counsel*

Telephone: (337) 233-3033
Fax No. (337) 233-2796
E-Mail: jimr@wrightroy.com
*Plaintiffs Co-Liaison Counsel,*
*Co-Lead Class Counsel,*
*and Proposed Co-Lead Class Counsel*

## PLAINTIFFS' STEERING COMMITTEE,
## *DEEPWATER HORIZON* ECONOMIC & PROPERTY DAMAGES CLASS
## COUNSEL, AND PROPOSED NEW PUNITIVE DAMAGES CLASS COUNSEL

Brian H. Barr
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, ECHSNER & PROCTOR, PA
316 South Baylen St., Suite 600
Pensacola, FL 32502-5996
Office: (850) 435-7045
Telefax: (850) 436-6187
E-Mail: bbarr@levinlaw.com

Jeffrey A. Breit
BREIT DRESCHER & IMPREVENTO
Towne Pavilion Center II
600 22nd Street, Suite 402
Virginia Beach, Virginia 23451
Office: (757) 670-3888
Telefax: (757) 670-3895
E-Mail: jbreit@bdbmail.com

Elizabeth J. Cabraser
LIEFF, CABRASER, HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Office: (415) 956-1000
Telefax: (415) 956-1008
E-Mail: ecabraser@lchb.com

Philip F. Cossich, Jr.
COSSICH, SUMICH, PARSIOLA &
TAYLOR
8397 Highway 23, Suite 100
Belle Chasse, LA 70037
Office: (504) 394-9000

Robin L. Greenwald
WEITZ & LUXENBERG, PC
700 Broadway
New York, NY 10003
Office: (212) 558-5802
Telefax: (212) 344-5461
E-Mail: rgreenwald@weitzlux.com

Rhon E. Jones
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P. C.
218 Commerce St., P.O. Box 4160
Montgomery, AL 36104
Office: (334) 269-2343
Telefax: (334) 954-7555
E-Mail: rhon.jones@beasleyallen.com

Matthew E. Lundy
LUNDY, LUNDY, SOILEAU & SOUTH
501 Broad Street
Lake Charles, LA 70601
Office: (337) 439-0707
Telefax: (337) 439-1029
E-Mail: mlundy@lundylawllp.com

Michael C. Palmintier
deGRAVELLES, PALMINTIER,
HOLTHAUS & FRUGE'
618 Main Street
Baton Rouge, LA 70801-1910
Office: (225) 344-3735
Telefax: (225) 344-0522
E-Mail: mpalmintier@dphf-law.com

Telefax: (504) 394-9110
E-Mail:  pcossich@cossichlaw.com

Robert T. Cunningham
CUNNINGHAM BOUNDS, LLC
1601 Dauphin Street, P. O. Box 66705
Mobile, AL  36660
Office:  (251) 471-6191
Telefax: (251) 479-1031
E-Mail:  rtc@cunninghambounds.com

Alphonso Michael "Mike" Espy
MORGAN & MORGAN, P.A.
188 East Capitol Street, Suite 777
Jackson, MS 39201
Office: (601) 949-3388
Telefax: (601) 949-3399
E-Mail:  mike@mikespy.com

Calvin C. Fayard, Jr.
FAYARD & HONEYCUTT
519 Florida Avenue, SW
Denham Springs, LA  70726
Office:  (225) 664-4193
Telefax: (225) 664-6925
E-Mail:  calvinfayard@fayardlaw.

Ervin A. Gonzalez
COLSON HICKS EIDSON
255 Alhambra Circle, Penthouse
Coral Gables, FL 33134
Office: (305) 476-7400
Telefax: (305) 476-7444
E-Mail:  ervin@colson.com

Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Office: (843) 216-9159
Fax No. (843) 216-9290
E-Mail: jrice@motleyrice.com

Paul M. Sterbcow
LEWIS, KULLMAN, STERBCOW &
ABRAMSON
601 Poydras Street, Suite 2615
New Orleans, LA  70130
Office:  (504) 588-1500
Telefax:  (504) 588-1514
E-Mail:  sterbcow@lksalaw.com

Scott Summy
BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX  75219
Office:  (214) 521-3605
Telefax: (214) 599-1172
E-Mail:  ssummy@baronbudd.com

Conrad S.P. "Duke" Williams
WILLIAMS LAW GROUP
435 Corporate Drive, Suite 101
Maison Grand Caillou
Houma, Louisiana 70360
Office: (985) 876-7595
Fax No. (985) 876-7594
E-Mail: duke@williamslawgroup.org

**CERTIFICATE OF SERVICE**

We hereby certify that the above and foregoing Submission will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 13th day of November, 2015.

  /s/ Stephen J. Herman and James Parkerson Roy