**From:** Steve Herman
**Sent:** Friday, October 09, 2015 10:50 AM
**To:** 'AllBP'
**Cc:** Tom Young; Scott Bickford; 'Stephen Kreller'
**Subject:** BP Oil - Halliburton/Transocean Settlement Allocation
**Importance:** High

See attached Minute Entry.  Judge Wilkinson has indicated that, while he will not preclude anyone from appropriately weighing in, he strongly encourages the coordination of aligned interests, and has suggested as follows:

If you represent *only* on-shore businesses and others who are members of the BP Economic Damages Class, who do not have *Robins Dry Dock* standing, and will not be in the New Punitive Damages Class, and want to weigh in on the allocation, please contact Tom Young, tyoung@tlylaw.com.

If you represent *only* potential members of the New Punitive Damages Class, who have *Robins Dry Dock* standing, and, for some reason, either Opted Out or were Excluded from the BP Economic Damages Class, and want to weigh in on the allocation, please contact Scott Bickford, sbickford@mbfirm.com.

If you represent commercial fishermen or wetlands property owners or others who are potential members of *both* the BP Economic Damages Class and the New Punitive Damages Class, and, for some reason, want to weigh in on the allocation, please contact Stephen Kreller, ssk@krellerlaw.com.

Please remember that Judge Wilkinson is *only* addressing the allocation of the Aggregate Payments between the two classes, and is *not* dealing with the internal distribution of such funds to the eligible members of the relevant respective classes, (*see, e.g.,* Joint Letter attached).

Thanks, and have a good weekend,

- Jim and Steve

Stephen J. Herman, Esq.
Herman Herman & Katz LLP
Office (direct): (504) 680-0554
E-Mail: sherman@hhklawfirm.com

To see what's new in Class Actions / BP Oil Spill Lit. /
Legal Ethics & Professionalism / Product Liability / ERISA /
Visit: www.gravierhouse.com

**From:** Efile_Notice@laed.uscourts.gov [mailto:Efile_Notice@laed.uscourts.gov]
**Sent:** Friday, October 09, 2015 8:26 AM
**To:** Efile_Information@laed.uscourts.gov
**Subject:** Activity in Case 2:10-md-02179-CJB-SS In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 Status Conference

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U. S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered on 10/9/2015 at 8:25 AM CDT and filed on 10/8/2015

| | |
|---|---|
| **Case Name:** | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 |
| **Case Number:** | 2:10-md-02179-CJB-SS |
| **Filer:** | |
| **Document Number:** | 15459 |

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Joseph C. Wilkinson, Jr: Status Conference held on 10/8/2015. A status conference was conducted by me on this date to plan and schedule further proceedings concerning allocation between the New Class and the DHEPDS (Old) Class (as referenced in the subject Settlement Agreements) of the Aggregate Payments made under the HESI (Halliburton) and Transocean Settlement Agreements. Having considered the three subject Settlement Agreements, the written submissions of counsel, and the oral representations made during the status conference, the allocation determination will proceed as set forth in document. (Reference: 12-970, 15-4143, 15-4146, 15-4654)(my)(NEF:CJB)**