**From:** Steve Herman
**Sent:** Friday, October 09, 2015 11:17 AM
**To:** 'Tom Young'; 'Scott Bickford'; 'Stephen Kreller'
**Cc:** Jim Roy
**Subject:** BP Oil - Halliburton/Transocean Settlement Allocation - (1 of 2)

Please find attached the last working draft of our 5th Circuit Phase One Trial Appeal Brief which included assignments of error re Transocean.  I guess it is technically Work Product, but I think it is appropriate for each of you to consider and perhaps utilize in some way in advocating whatever positions you and your aligned parties decide to advocate.

Other attached documents which might be helpful to you are:

- Plaintiffs' Opposition to Transocean's Motions for Partial Judgment on the Pleadings [Doc. 10186] (May 20, 2013)
- Plaintiffs' Opposition to Halliburton's Motions for Partial Judgment on the Pleadings [Doc. 10187] (May 20, 2013)
- Plaintiffs' Proposed Phase One Finding [Rec. Doc. 10459]
- Order and Reasons [Rec. Doc. 5493] (Jan. 31, 2012)
- Order and Reasons [Rec. Doc. 5446] (Jan. 26, 2012)
- Findings of Fact and Conclusions of Law – Phase One Trial (Corrected Version) [Rec. Doc. 13381-1] (Sept. 9, 2014)
- BP Econ Settlement Approval Brief [Rec. Doc. 7114-1] (Aug. 13, 2012)
- Class Approval Brief re BP Econ Settlement [Rec. Doc. 7104] (Aug. 13, 2012)
- Class Reply Brief re BP Econ Settlement [Rec. Doc. 7727] (Oct. 22, 2012)

Stephen J. Herman, Esq.
Herman Herman & Katz LLP
Office (direct): (504) 680-0554
E-Mail: sherman@hhklawfirm.com

To see what's new in Class Actions / BP Oil Spill Lit. /
Legal Ethics & Professionalism / Product Liability / ERISA /
Visit: www.gravierhouse.com

**From:** Steve Herman
**Sent:** Friday, October 09, 2015 11:20 AM
**To:** 'Tom Young'; 'Scott Bickford'; 'Stephen Kreller'
**Cc:** 'Jim Roy'
**Subject:** BP Oil - Halliburton/Transocean Settlement Allocation - (2 of 2)


**From:** Steve Herman
**Sent:** Friday, October 09, 2015 11:17 AM
**To:** 'Tom Young'; 'Scott Bickford'; 'Stephen Kreller'
**Cc:** Jim Roy
**Subject:** BP Oil - Halliburton/Transocean Settlement Allocation - (1 of 2)

Please find attached the last working draft of our 5th Circuit Phase One Trial Appeal Brief which included assignments of error re Transocean. I guess it is technically Work Product, but I think it is appropriate for each of you to consider and perhaps utilize in some way in advocating whatever positions you and your aligned parties decide to advocate.

Other attached documents which might be helpful to you are:

- Plaintiffs' Opposition to Transocean's Motions for Partial Judgment on the Pleadings [Doc. 10186] (May 20, 2013)
- Plaintiffs' Opposition to Halliburton's Motions for Partial Judgment on the Pleadings [Doc. 10187] (May 20, 2013)
- Plaintiffs' Proposed Phase One Finding [Rec. Doc. 10459]
- Order and Reasons [Rec. Doc. 5493] (Jan. 31, 2012)
- Order and Reasons [Rec. Doc. 5446] (Jan. 26, 2012)
- Findings of Fact and Conclusions of Law – Phase One Trial (Corrected Version) [Rec. Doc. 13381-1] (Sept. 9, 2014)
- BP Econ Settlement Approval Brief [Rec. Doc. 7114-1] (Aug. 13, 2012)
- Class Approval Brief re BP Econ Settlement [Rec. Doc. 7104] (Aug. 13, 2012)
- Class Reply Brief re BP Econ Settlement [Rec. Doc. 7727] (Oct. 22, 2012)

Stephen J. Herman, Esq.
Herman Herman & Katz LLP
Office (direct): (504) 680-0554
E-Mail: sherman@hhklawfirm.com

To see what's new in Class Actions / BP Oil Spill Lit. /
Legal Ethics & Professionalism / Product Liability / ERISA /
Visit: www.gravierhouse.com