## Index to Exhibits Attached to Stephen Kreller Letter

| Tab | Document |
|---|---|
| 1 | BDO Consulting, *Independent Evaluation of the Gulf Coast Claims Facility* (Apr. 9, 2012) |
| 2 | BP Annual Report and Form 20-F 2010 |
| 3 | DHECC Total Estimated DHECC Payout (Table 1) and (Table 2) |
| 4 | DHECC *Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement* (November 12, 2015) |
| 5 | Annual Report and Form 20-F 2014 |
| 6 | Matthew Moerschbeacher & John W. Day, Jr., *Ultra-Deepwater Gulf of Mexico Oil and Gas: Energy Return on Financial Investment and a Preliminary Assessment of Energy Return on Energy Investment*, 2011 SUSTAINABILITY (Oct. 2011) |
| 7 | BP Press Release, *BP Announces Settlement with Anadarko Petroleum Company of Claims Related to Deepwater Horizon Accident* (October 17, 2011) |
| 8 | BP Press Release, *BP Announces Settlement with Moex/Mitsui of Claims Between the Companies Related to the Deepwater Horizon Accident* (May 20, 2011) |
| 9 | **ECF No. 6430-1** Deepwater Horizon Economic and Property Damages Settlement Agreement as Amended on May 2, 2015 |
| 10 | **ECF No.2074** – BP Parties' Counter-Complaint, Cross-Complaint and Third Party Complaint Against Transocean and Claim in Limitation; **ECF No. 2057** Answer to Complaint and Petition of Triton Asset Leasing GmbH, et al and Counterclaim, Cross-Claim, and Third Party Complaint; **ECF No. 2082** BP's Cross-Complaint and Third-Party Complaint Against Halliburton; **ECF No. 2083** BP's Third Party Complaint Against Halliburton |
| 11 | **ECF No. 3830** Order and Reasons [As to Motions to Dismiss the B1 Master Complaint] |
| 12 | **ECF No. 5809** Order and Reasons [As to the United States', Transocean's, and Anadarko's Cross-Motions for Partial Summary Judgment Regarding Liability under the CWA and OPA] |
| 13 | **ECF No. 8268-1** Memorandum in Support of Halliburton Energy Services, Inc.'s Motion for Judgment on the Pleadings or Alternative Motion for Summary Judgment Regarding BP's Assignment of Claims |
| 14 | **ECF No. 13355** Findings of Fact and Conclusions of Law Phase One Trial |

| 15 | BP Press Release *BP Announces Settlement with Cameron International Corporation of Claims Related to The Deepwater Horizon Accident* (December 15, 2011) |
|---|---|
| 16 | BP Press Release *BP Agrees to Settlement with Weatherford of Potential Claims Between the Companies Related to The Deepwater Horizon Accident* (June 20, 2011) |
| 17 | **ECF No. 10281-1** Transocean's Memorandum of Points and Authorities in Support of its Motion for Partial Summary Judgment as to BP "Direct Damages" Claims Purportedly Assigned to the Economic Class |
| 18 | **ECF No. 5446** Order and Reasons [As to Transocean and BP's Cross-Motions for Partial summary Judgment Regarding Indemnity] |
| 19 | **ECF No. 5493** Order and Reasons [As to Halliburton's and BP's Cross-Motions for Partial Summary Judgment Regarding Indemnity] |
| 20 | **ECF No. 8120-1** Memorandum of Points and Authorities in Support of Transocean's Motion for Partial Judgment on the Pleadings as to Claims Assigned Under Settlement Agreement |
| 21 | **ECF No. 13346-1** HESI Punitive Damages and Assigned Claims Settlement Agreement |
| 22 | **ECF No. 14644-1** Transocean Punitive Damages and Assigned Claims Settlement Agreement |
| 23 | Department of Justice Press Release *Halliburton Pleads Guilty to Destruction of evidence in Connection with Deepwater Horizon Disaster and Is Sentenced to Statutory Maximum fine* (September 19, 2014) |
| 24 | **ECF No. 10458** Post-Trail Brief (Submitted by the Plaintiff Steering Committee on Behalf of Plaintiffs and Claimants-in-Limitation for the Phase One Limitation and Liability Trial |