9/2/13            Events/Notices



# DEEPWATER HORIZON
## CLAIMS CENTER
### ECONOMIC & PROPERTY DAMAGE CLAIMS

- Home
- Results Search
- Policy Keeper
- Law Firm Search
- Reporting
- Change Password / Email
- Log Off

## Events/Notices

<< Back

### Claimant Information

Claimant ID: 100104880  
GCCF Claimant ID:  
Taxpayer Type: Business  
SSN/EIN: ******9609  
Represented By: Pro Se  
Portal User: Yes  

Name:  
Business: Andry Law Firm  
Address: 610 Baronne Street  
            New Orleans LA 70113  
Preferred Language: English

### Claim Information

Claim ID: 54566  
Claim Type: Business Economic Loss  
Claimed Benchmark Period: 2009  

Business name: The Andry Law Firm, LLC  
Address: 610 Baronne Street, New Orleans, LA, 70113

**Claim Review History**

### Events/Notices

| Event | Event Date | Response Deadline | View Date | User |
|---|---|---|---|---|
| Claim Payment Documentation Accepted | 07/29/2013 | | | |
| Post Appeal Award Offer Accepted | 07/25/2013 | | | |
| Post Appeal Eligibility Notice | 06/07/2013 | | 07/09/2013 | SystemAdmin, GCG |
| Appeal Panel Decision Notice | 06/04/2013 | | 07/09/2013 | SystemAdmin, GCG |
| Final Proposals Notice | 05/16/2013 | 05/21/2013 | 07/12/2013 | Andry, Jonathan |
| BP Submitted Final Proposal for Appeal | 05/06/2013 | | | |
| Deadline for Claimant Final Proposal Expired – Default Value Used | 05/06/2013 | | | |
| Initial Proposals Notice | 05/02/2013 | 05/05/2013 | | |
| BP Submitted Initial Proposal for Appeal | 04/25/2013 | | | |
| Claimant Submitted Initial Proposal for Appeal | 04/25/2013 | | | |
| BP Appeal of Eligibility Notice | 04/10/2013 | | 07/09/2013 | SystemAdmin, GCG |
| BP Requested Payment Appeal | 04/09/2013 | | | |
| Offer Accepted / Claimant Waives Right to Reconsideration | 03/22/2013 | | | |
| Eligibility Notice | 03/20/2013 | | | |
| Accountant Reviewer Elected to Continue Review upon Receipt of New Documents or Edit to Claimed Benchmark Period | 03/19/2013 | | | |
| Accountant QA Review | 03/12/2013 | | | |
| Accountant Initial Review | 03/07/2013 | | | |
| Accountant Initial Review | 03/07/2013 | | | |
| Claim Deadline Extended | 03/04/2013 | | | |
| Manual Override of Established Process for Claim | 02/12/2013 | | | |
| Response to Incompleteness Notice Received | 12/13/2012 | | | |
| Accountant Initial Review | 12/13/2012 | | | |
| Incompleteness Notice | 12/12/2012 | 04/03/2013 | 07/09/2013 | SystemAdmin, GCG |
| Manual Override of Established Process for Claim | 12/04/2012 | | | |
| Accountant Initial Review | 12/03/2012 | | | |
| Claims Review | 12/03/2012 | | | |
| Claim Form Submitted | 08/14/2012 | | | |

Close



EXHIBIT B