**From:** Patrick Hron [mailto:phron@dheclaims.com]
**Sent:** Thursday, November 12, 2015 1:50 PM
**To:** Gibby Andry
**Subject:** RE: DWHCC - Andry Law Firm (Claimant ID: 100104880, Claim ID: 54566)

Mr. Andry,

We have received the below email from you to the Program's Accountants.  As you are aware, this issue has been raised with the Claims Administrator's Office on numerous occasions, and the CAO's position has been made clear each time (see attached email).  The District Court issued an Order instructing the Program to process the claim in accordance with the Program's applicable rules and policies, which include Policy 495 (Rec. Doc. 14221).  We are following those directions from the District Court.  To the extent you disagree with our position, that should be taken up with the Court.

Please comply with the Program Accountants' requests for information so that we may continue the timely processing of this claim and so that the claim may avoid incompleteness.

Sincerely,

Patrick Hron

Claims Administrator's Office


---------- Forwarded message ----------

From: **Gibby Andry** <gandry@gibbyandrylaw.com>
Date: Mon, Nov 2, 2015 at 5:59 PM
Subject: RE: DWHCC - Andry Law Firm (Claimant ID: 100104880, Claim ID: 54566)
To: "Craig Saito (US - Advisory)" <craig.m.saito@pwc.com>

Dear Craig,

I appreciate your e-mail of this day.  However, I am confused by your requests because my firm's claim was issued a Final Award determination in June of 2013.  In response thereto, my firm signed a Final Release evidencing my firm's settlement with BP on July 18, 2013 after BP's appeal was unanimously denied.  The Claims Administrator received the Final Release on July 22, 2013.  According to the United States Fifth Circuit Court of Appeals and In Re:  Deepwater Horizon, Young, Johnson, et al vs. BP Exploration & Production, Inc., et al, No. 14-30269 (U.S. 5th Cir 2015), my firm and BP have a binding settlement agreement evidenced by a signed release.  As evidenced by the attached signed release, the payment amount is $7,818,693.95.  During that time and after other similar professional service companies were paid for BEL claims using the same BP approved process.  Accordingly, please move up my firm's claim up the line for payment in the amount of $7,818,693.95 without delay.  Thank you for your attention to this matter.

Kindly acknowledge and advise.

**Gilbert V. Andry, IV**
**The Andry Law Firm, LLC**
828 Baronne Street
New Orleans, LA  70113
Telephone:  (504) 586-8899

**From:** Craig Saito (US - Advisory) [mailto:craig.m.saito@pwc.com]



EXHIBIT

E

tabbies®

**Sent:** Monday, November 02, 2015 3:13 PM
**To:** Gibby Andry
**Subject:** DWHCC - Andry Law Firm (Claimant ID: 100104880, Claim ID: 54566)

Hi Gilbert,

My name is Craig Saito and I am an analyst with the Deepwater Horizon Claims Center. My team has performed a preliminary review of your claim for Andry Law Firm (Claimant ID: 100104880, Claim ID: 54566) and we are requesting further explanations / information regarding the claim:

1. Regarding the Profit and Loss statements provided. Please respond to the following questions regarding the creation of the P&Ls:
    a) Are the provided P&Ls the original versions, or were they derived from other source P&Ls maintained during the regular course of business?
    b) What type of information was used to prepare the P&Ls and what type of records are kept throughout the normal course of business?
    c) When were the P&Ls generated and is any accounting software used? If so, what accounting software is used?
    d) When are the books closed?
    e) What basis of accounting (i.e. cash/accrual) is used?"

2. Please help us obtain a better understanding of the business operations and projects:
    a) In terms of services, are they short term engagements (i.e. less than 30 days) where the invoices and receives payment shortly thereafter? Please describe the normal work/billing cycles.
    b) Please help us understand the procedures regarding revenue reporting. Are revenues reported as the work is performed, upon completion, upon receipt of payment (if so how many days after completion is this typically), etc.?

Please confirm receipt of this email.  By all means let me know if you have any questions or need further clarification.

Regards,
Craig Saito
--
PwC
Email: craig.m.saito@pwc.com
PricewaterhouseCoopers LLP
300 Madison Ave, New York, NY 10017
http://www.pwc.com/us

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership. This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.

--
PwC

Office: 646-471-8338
Email: craig.m.saito@pwc.com
PricewaterhouseCoopers LLP
300 Madison Ave, New York, NY 10017
http://www.pwc.com/us

--
James Chung
PwC | Manager, Forensic Services
Direct: (646) 471-2748 | Mobile: (646) 479-9451
Email: james.chung@pwc.com
PricewaterhouseCoopers Advisory Services LLC
300 Madison Avenue  |  New York, NY 10017
www.pwc.com/us/forensics

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership. This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

--
James Chung
PwC | Manager, Forensic Services
Direct: (646) 471-2748 | Mobile: (646) 479-9451
Email: james.chung@pwc.com
PricewaterhouseCoopers Advisory Services LLC
300 Madison Avenue  |  New York, NY 10017
www.pwc.com/us/forensics

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete

the material from any computer. PricewaterhouseCoopers LLP is a Delaware limited liability partnership. This communication may come from PricewaterhouseCoopers LLP or one of its subsidiaries.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.