<u>Dave Welker Summary 7/9/13</u>

4/20/2010 – Spill

Shortly after the spill → formation of the Gulf Coast Claims Facility (GCCF)

GCCF pays out roughly $6 Billion to claimants

- Stuart Feinberg – Admin

**Plaintiffs' Steering Committee (PSC)**

- Payment apparatus that is separate & apart from the main claimant's fund ($600 Million)
- Settlement created through a separate negotiation & approved in November 2010
    - 12 settlement categories
- Judicial approval of the settlement established a class action settlement program

**"Smoothing"**

- 2009 – Andry Lerner wins large settlement → pockets roughly $3 million, then does not work at all for roughly 1 year
- 2010 – DWH spill → Andry Lerner files a claim under the settlement to "recover" money
- Formula for determining how much a business should receive, each business must provide proof of revenues for any three (3) month period in the year leading up to the spill and any 3 month period within one (1) year after the spill (actual formula is very complex but it seems to be based at some level, on the difference between the pre and post-spill earnings)
- Andry Lerner submits its claim using the 3 month period when they won their settlement ($3 million in revenue) and a 3 month period after the spill, during which time the firm was not servicing clients ($0 revenue)
- Andry was granted just over $7 million

**Claims Reviewers** - Determine class eligibility

**Brown Greer**

- Orran Brown & Lynn Greer
- Primary claims reviewers for DWH
- North Carolina
- Specialize in claims review

**Garden City Group**

- Neil Zola
- Claims reviewer for DWH
- Garden City, NY
- Mostly attorneys

**Auditors** – Oversee the claims payment process

**PwC**

- Charles Hacker
- Tad Martens
- 3 Additional Partners

**Postlethwaite & Netterville**

- Mark Staley
- Robin Pitcher
- Additional Senior Leadership

*Welker utilized a PI firm out of Lafayette, LA (didn't mention the name) to run down leads and investigate claimants

