# EXHIBIT A

Parties with similarly aligned interests to Plaquemines Parish, the Plaquemines Parish Port, Harbor and Terminal District, The Cameron Parish Police Jury and The Town of Grand Isle, Louisiana, with respect to the allocation of Settlement Proceeds include:

I. Local governments with *Robins Dry Dock* standing such as a county, parish, municipality, city, town, or village (including any agency, branch, commission, department, unit, district, or board of such local government);

II. Entities with *Robins Dry Dock* standing which were excluded from the Deepwater Horizon Economic and Property Damage Class ("DHEPDS Class") pursuant to Section 2.2.4 of the Economic & Property Damages Class Settlement Agreement based on the substantive nature of the business (i.e. oil and gas companies, real estate developers, etc.); and,

III. Natural persons and entities with *Robins Dry Dock* standing who or which were covered by the DHEPDS Class but timely elected to be excluded from the DHEPDS Class under the procedures in the Economic and Property Damages Settlement Notice.

These parties specifically include, but are not limited to:

**ALABAMA**
Kelly Builders, Inc.
Schlinkert, Tom
Wolf Bay, LLC

**FLORIDA**
Armstrong Airport Concessions
Bach Distribution, Inc
City of St. Pete Beach Florida
City of St. Petersburg, Florida
City of Treasure Island
DCR Mortgage Partners III, LP
Freedom Bank of America
Juvenile Welfare Board of Pinellas County, FL
Murray, Mr. Robert
Museum of Fine Arts of St. Petersburg, FL
Panther Ridge Estates, Inc
Rushing, Heath & Amanda

T. D. Auditing d/b/a Bevinco
Tampa Bay Water
Tampa Sports Authority
The Bird of Paradise, LLC
The Florida Aquarium, Inc.

**LOUISIANA**
Scott Ard Safety Consultants, LLC
Container Rentals, Inc.
Fucich, Tammy
The Grand Isle Independent Levee District
Lafitte Area Independent Levee District
Plaquemines Parish School Board
Stewart, Kathy
The Town of Lafitte

**MISSISSIPPI**
Phillips, Shana
RBR Developments, LLC
Saba, Sr., Milton