UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | : : : : | MDL No. 2179<br>SECTION: J |
| This Document Relates To: All Cases and No. 2:10-cv-2771 (*In re The Complaint And Petition Of Triton Asset Leasing GmbH, et al.*) | : : : : : | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## BP PARTIES' COUNTER-COMPLAINT, CROSS-COMPLAINT AND THIRD PARTY COMPLAINT AGAINST TRANSOCEAN AND CLAIM IN LIMITATION

Counter-, cross-, and/or Third-Party Plaintiffs BP Exploration & Production Inc. ("BPXP") and BP America Production Company ("BPAP") (collectively, the "BP Parties") bring this action under Federal Rules of Civil Procedure 13 and 14 against Transocean Ltd., Transocean, Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH (collectively, "Transocean"). The BP Parties further submit this Claim in Limitation pursuant to Federal Rule of Civil Procedure Supplemental Rule F(5) in response to the Complaint for Exoneration from or Limitation of Liability filed by Petitioners Triton Asset Leasing GmbH, Transocean Holdings LLC, Transocean Offshore Deepwater Drilling, Inc., and Transocean Deepwater, Inc. in Case No. 2:10-cv-2771.

### INTRODUCTION

1.      Transocean owned and operated the *Deepwater Horizon*, a mobile offshore drilling unit or rig. On April 20, 2010, the *Deepwater Horizon* was in the process of completing an exploratory drilling well in the Gulf of Mexico when it exploded and caught fire. Lives were lost and people were injured. Two days later, on April 22, 2010, the vessel sank and from that


EXHIBIT G

11. Transocean Inc. is a Cayman Islands corporation with principal places of business at 4 Greenway Plaza, Houston, Texas, 77046, and 70 Harbour Drive, Grand Cayman, Cayman Islands, KY1-1003. Transocean Inc. is the direct or indirect parent of the Transocean *Deepwater Horizon* Companies.

12. Transocean Ltd. is a Swiss Confederation corporation with its principal place of business at Turmstrasse 30, CH-6300 Zug, Switzerland. Transocean Ltd. owns 100% of defendant Transocean Inc., and is the ultimate parent and controlling entity of the Transocean *Deepwater Horizon* Companies.

## JURISDICTION

13. This action arises out of and in connection with drilling operations by the *Deepwater Horizon*, a vessel. This Court has jurisdiction pursuant to 28 U.S.C. § 1333. The claims presented in this Counter-Complaint, Cross-Complaint and Third-Party Complaint are admiralty or maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the BP Parties designate this case as an admiralty or maritime case as provided in that Rule.

14. In addition, the Transocean *Deepwater Horizon* Companies have filed a Rule 14(c) Third-Party Complaint against the BP Parties, among other defendants, tendering the third-party defendants to the plaintiffs/claimants. This Court has jurisdiction over the Transocean *Deepwater Horizon* Companies' Rule 14(c) Third-Party Complaint pursuant to Rule 9(h) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1333. The BP Parties also are named as defendants in admiralty, maritime and other complaints pending before this Court.

15. Venue is proper pursuant to 28 U.S.C. § 1391(b)-(c).