UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "*Deepwater Horizon*" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION: J |
| This Document Relates To: All Cases and No. 10-2771 (*In re The Complaint And Petition Of Triton Asset Leasing GmbH, et al.*) | * * * * * | JUDGE BARBIER<br>MAGISTRATE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## BP'S CROSS-COMPLAINT AND THIRD-PARTY COMPLAINT AGAINST HALLIBURTON

BP Exploration & Production Inc. and BP America Production Company (collectively "BP") bring this cross-complaint and third-party complaint to hold Halliburton Energy Services, Inc. ("Halliburton") accountable for its improper conduct, errors and omissions, including fraud and concealment, as set forth below, that caused and/or contributed to the explosion, fire, loss of rig, deaths, personal injuries, and the resulting release of oil and hazardous substances in connection with the *Deepwater Horizon* incident.

### INTRODUCTION

1. BP Exploration & Production and its co-lessees, as leaseholders of the Macondo prospect, drilled an exploratory well in Mississippi Canyon 252 ("MC252") to discover whether any oil and gas could be extracted. To drill the well, BP hired Transocean Inc. ("Transocean"), which used the *Deepwater Horizon* to drill the MC252 exploratory well.

2. Halliburton provided cementing and mud logging services at the MC252 exploratory well.


EXHIBIT H

10. BP's claim arises out of and in connection with drilling operations by the *Deepwater Horizon*, a vessel. This Court has jurisdiction pursuant to 28 U.S.C. § 1333. The claims presented in this pleading are admiralty or maritime claims within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and BP designates this case as an admiralty or maritime case as provided in that Rule.

11. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)-(c).

## BACKGROUND ON THE COMPANIES INVOLVED

12. BP is one of the world's largest energy companies, providing its customers with fuel for transportation, energy for heat and light, retail services and petrochemicals products for everyday use. Among its operations, BP conducts drilling operations in the Gulf of Mexico where the accident that gives rise to this lawsuit occurred.

13. Halliburton is one of the world's largest providers of services to the energy industry. With more than 55,000 employees in approximately 70 countries, Halliburton provides services to the oil and gas industry throughout the lifecycle of the reservoir—from locating hydrocarbons and managing geological data, to drilling and formation evaluation, well construction and completion, including cement and mud logging operations, and optimizing production through the life of the field. Halliburton holds itself out to the industry in general, and to BP in particular, as a provider of expert services in various fields, including cementing and drilling fluid ("mud") monitoring services.

14. Halliburton claims that it originated oilfield cementing and further claims that it "leads the world in effective, efficient delivery of zonal isolation and engineering for the life of the well." BP reasonably believed and relied upon Halliburton's representations in this regard with respect to the operations at the Macondo well.