**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET, CHAMBERS B409
NEW ORLEANS, LA 70130

JOSEPH C. WILKINSON, JR.
Chief Magistrate Judge

October 13, 2015

Phone: (504) 589-7630
Fax: (504) 589-7633

Scott R. Bickford
Martzell & Bickford
338 Lafayette St.
New Orleans, LA 70130

Gregory M Friedlander
Gregory M. Friedlander & Associates, PC
11 S. Florida Street
Mobile, AL 36606

Re:  MDL 2179 (Deepwater Horizon) (This document relates to
      Nos. 12-970, 15-4143, 15-4146 & 15-4654)

Gentlemen:

As a follow up to our status conference last week, I request that, if you will be making a submission on behalf of members of the New Class who were excluded from the Old Class (e.g., local governments, oil and gas interests, Old Class opt-outs etc.), please include your best estimates of the number of potential claimants, over and above those New Class members who are also in the Old Class (which seems to me to be about 159,500). It would also be helpful if I had a numerical estimate of how many of these kinds of additional New Class members are in each subset (e.g., 40 local governments, 100 oil and gas interests, 100 Old Class opt-outs etc.).

By copy of this letter, I am asking Stephen Herman to forward this letter to whomever he thinks might also be advocating on behalf of the various New Class aligned interests, especially if that will not be one of you two.

Thank you very much.

Sincerely,

Joseph C. Wilkinson, Jr.

cc:   Hon. Carl Barbier
      Stephen Herman
      Don Haycraft
      Kerry Miller
      Alan York
      Stephen Kreller
      Thomas Young



OCT 15 2015
Dup of Doc. 15471D

EXHIBIT
M