UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf of** | * | |
| **Mexico, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates To:** | * | **JUDGE BARBIER** |
| | * | |
| *No. 12-970* | * | **MAGISTRATE SHUSHAN** |
| | * | |

## ORDER

### Approving Amended Rules Governing Discretionary Court Review of Appeal Determinations

**PURSUANT** to this Court's continuing and exclusive jurisdiction under Section 18.1 of the Economic and Property Damages Settlement Agreement (as amended on July 7, 2015 and approved on December 21, 2012) (the "Settlement Agreement"); and pursuant to the ruling of the Fifth Circuit Court of Appeals, 785 F.3d 986 (5th Cir. 2015),

**IT IS HEREBY ORDERED** as follows:

1. The amended Rules Governing Discretionary Court Review of Appeal Determinations (to be effective October 26, 2015), attached hereto, in accordance with Sections 6.3, 6.6, and Exhibit 25 of the Settlement Agreement, are approved, to clarify the process by which the Parties may designate the record for appeals to the Fifth Circuit Court of Appeals.

2. Because of the sensitive nature of the information contained in claims files and appeals involving them, the district court record in these cases will be restricted to the Court, the claimant, BP, and all counsel of record regarding each claim.

3. As indicated in Rules 36 and 37 of the Rules Governing Discretionary Court Review of Appeal Determinations, the Parties have 21 days after the filing of the Notice of Appeal to complete the record. If additional time is needed to complete the record, the Parties

    shall file a motion with the Fifth Circuit requesting additional time to complete the record.

4. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules attached to this Order.

New Orleans, Louisiana, this 16th day of November, 2015.

                                                                               *[signature]*

                                                   CARL J. BARBIER
                                                   UNITED STATES DISTRICT JUDGE