Minute Entry
Barbier, J.
November 13, 2015
JS–10: 55 minutes

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : | MDL NO. 2179  SECTION: J (1) |
| Relates To:   13-0706, 13-0810, 13-1143, 13-1185, 13-1222, 13-1386, 13-2006 | : : : | JUDGE BARBIER MAG. JUDGE SHUSHAN |

FRIDAY, NOVEMBER 13, 2015, 9:00 A.M.
JUDGE CARL J. BARBIER PRESIDING

STATUS CONFERENCE

The Court conducted an in-chambers conference with counsel and Magistrate Judge Shushan regarding the OPA (moratoria) test cases.

The Conference ended at 9:55 a.m.

Present:
Paul Sterbcow and Conrad "Duke" Williams for PSC
Matt Regan for BP