STATE OF TEXAS        §

                                      §

COUNTY OF JEFFERSON     §

       BEFORE ME, the undersigned authority, on this day personally appeared Tommy Pham who, being duly sworn, deposed and said as follows:

       "My name is Tommy Pham, I am over 18 years of age, of sound mind, and capable of making this affidavit. I have personal knowledge of the facts stated herein and those facts are true and correct."

       I am the part-owner, along with my wife Tiffany Tran, and Captain of the Capt Tommy, Vessel Number 920049, which I purchased in 1993 and have used to shrimp the Gulf of Mexico ever since. The Capt Tommy is 76' long steel vessel used to catch shrimp in the Gulf of Mexico.

       In 2009, the transmission on the Captain Tommy broke on or about March 31, 2009 when we returned to the dock. We were forced to wait several weeks for it to be repaired because the mechanic, Thomas Gregory, was working on other projects and because it took some time to order the parts necessary to make the repairs. The repairs where then made over a two day period from April 15 to April 17. See attached Exhibit 1 for more details.

       As a result, my boat lost significant revenue in April 2009, and the exclusion of the 2009 revenue was correct.

       I am a full time shrimp boat captain and I let my wife Tiffany Tran handle the business aspects of my boat.

       I authorized Tiffany Tran to handle all of my claims with the DHECC including the boat owner claim. My wife clearly used improper documents that did not include the correct vendor or date to reflect the actual 2009 repairs.

       I was unaware of the documents that were filed in support of my claim until the issued raised in the "Motion of the DHECC for Return of Payments Made to Tommy Pham" were specifically brought to my attention.



PLAINTIFF'S
EXHIBIT
A

I am a full time commercial shrimper with well documented ownership of my vessel and my annual catch.  I lost a great deal off money from the oil spill and should be compensated for my loss,

Both my wife and I are first generation immigrants from Vietnam and we have limited skills communicating in English.

I have limited English reading and writing skills, but this affidavit has been translated to me orally.

Further affiant sayeth naught."

_Tommy Pham_
AFFIANT

SWORN TO AND SUBSCRIBED before me, the undersigned authority, on this the _____ day of _____, 2015.

_Ava Champagne_
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS
COUNTY OF JEFFERSON
My commission expires: August 6, 2016

AVA CHAMPAGNE
Notary Public, State of Texas
My Commission Expires
August 05, 2016