Records Obtained by Authorization

From Thomas Gregory

2681 61st Street

Port Acres, TX 77640


For Brent W. Coon


Neil McCallum & Associates, Inc.

28858.002

NMA
COPY



PLAINTIFF'S
EXHIBIT
A-1

# AFFIDAVIT

Type of Records: Any/all invoices or other documents during the year of 2009 regarding MV/Captain Tommy Vessel.

Any/all invoices or other documents during the year of 2009 regarding Tommy Van Pham.

Before me, the undersigned authority, personally appeared _Thomas Gregory_,
who, being by me duly sworn, deposed as follows:                              (Custodian of Records)

My name is _Thomas Gregory_, I am over eighteen (18) years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the Custodian of Records for: Thomas Gregory

Attached hereto are ___1___ pages of records from this facility. These said records are kept in the regular course of business, and it was the regular course of business for an employee or representative of this facility, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the original or exact duplicates of the original.


_____
AFFIANT (Custodian of Records)

Sworn to and subscribed before me on the 10th day of _September 2015_, 20 15.


_____
NOTARY PUBLIC

My Commission Expires: _September 29, 2018_

BRANDY GRYDER
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 09/29/2018

Order No. 28858.002

I, Katherine R. Keath, a Notary Public in and for the State of Texas, do hereby certify that the foregoing Testimony of the Witness, Thomas Gregory, after said witness was duly sworn by Brandy Gryder was delivered to Nell McCallum & Associates, Inc.

I further certify that said Original Answers are being delivered to Brent W. Coon, the requesting attorney, for safekeeping and use at trial.

Given under my hand and seal of office on September 17, 2015.

_Katherine R. Keath_
Notary Public



KATHERINE R. KEATH
Notary Public, State of Texas
My Commission Expires
May 07, 2016

Nell McCallum & Associates, Inc.
Beaumont/Houston, Texas

28858.002

Nell McCallum & Associates, Inc.

has verified that these records are complete

and the best possible quality

THOMAS W GREGORY
318 Hill Terrace Dr
Ned Texas
77640

ME518-1 6,99.1

## Job Invoice

| DATE ORDERED 4/15/09 | ORDER TAKEN BY Tom |
|---|---|
| PHONE NO. 409 543/1084 | CUSTOMER ORDER # |

**SOLD TO** Fn Capt Tommy
JBS Packing
Houston Ave
Port Auther Texas

JOB LOCATION JBS Packing
JOB PHONE Same | STARTING DATE 4/15/09
TERMS Cash 45.00 P/H

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 1 | Beann Kit | | 2,544.80 | Clock screw socksplul |
| 1 | Gasket seal Kit | | 236.90 | Metal Remove Cover Broken |
| 10 | 47 Tube locktite sensor | | 42.50 | Fdw Person Gear |
| #8 | Frictor Plate Clutches | | 389.72 | New New Rec Kit |
| 10 | metal Plate clutch 24.00 | | 240.00 | & Fdw cloth |
| 1 | new Fdw Prow Gear | | 1,560.00 | Pump & control valve Rebuilt |
| | | | | Complet Oftul |

**MISCELLANEOUS CHARGES**

Customer Supply matrial
for all Pans at coast
Tow it

| | | | |
|---|---|---|---|
| Rebuilt Pump P/a | | | 338.60 |
| Control Valve P/a | | | 228.60 |
| TOTAL MISCELLANEOUS | | | 567.14 |

| LABOR | HRS. | RATE | AMOUNT |
|---|---|---|---|
| Total Parts 5006.00 | 20 HRX45.00 | | 1,260.00 |

Total Tom 6,833.14
Paid Cash
TOTAL MATERIALS 5006.00 | TOTAL LABOR 1,260.00

WORK ORDERED Capt Tommy
DATE ORDERED 4/15/09
DATE COMPLETED 4/17/09

| TOTAL LABOR | 1260.00 |
|---|---|
| TOTAL MATERIALS | 5000.00 |
| TOTAL MISCELLANEOUS | 567.14 |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | 6833.14 |

CUSTOMER APPROVAL SIGNATURE Tom Grego
AUTHORIZED SIGNATURE
A-2817-3817 / T-3866
10-11