**TOMMY PHAM**      SSN 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      GCCF# 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

CLIENT: TOMMY PHAM          2009 TRIP TICKET SUMMARY          SSN: 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

GCCF#: 1129678

| 2009 | Landing Date | Quantity & Unit Price | TOTAL | Notes |
|---|---|---|---|---|
| JANUARY | | | | |
| | 12th | 3000 lbs. x $1.20; 1800 lbs. x $1.30; 600 lbs. x $1.40 | $6,780.00 | |
| FEBRUARY | | | | |
| | 27th | 7200 lbs. x $1.55 | $11,160.00 | |
| MARCH | | | | |
| | 10th | 3000 lbs. x $1.45; 600 lbs. x $1.65; 91 lbs. x $2.80 | $5,594.80 | |
| | 31st | 900 lbs. x $1.45; 1200 lbs. x $1.50 | $3,105.00 | |
| APRIL | DID NOT SHIRMP | N/A | $0.00 | |
| MAY | | | | |
| | 7th | 4200 lbs. x $1.40 | $5,880.00 | |
| | 14th | 2163 lbs. x $1.00; 1200 lbs. x $1.35; 219 lbs. x $2.60 | $4,352.40 | |
| | 30th | 152 lbs. x $.90; 2410 lbs. x $1.40; 600 lbs. x $1.50; 3370 lbs. x $1.65 | $9,971.30 | |
| JUNE | | | | |
| | 12th | 1955 lbs. x $2.60; 2400 lbs. x $1.50 | $8,683.00 | |
| | 24th | 2400 lbs. x $1.35; 1770 lbs. x $2.50 | $7,665.00 | |
| JULY | | | | |
| | 23rd | 782 lbs. x $1.20; 960 lbs. x $1.45; 1000 lbs. x $1.50; 84 lbs. x $1.80; 880 lbs. x $3.30 | $6,885.60 | |
| | 23rd | 1000 lbs. x $.40 | $400.00 | |
| | 31st | 600 lbs. x $1.15; 43 lbs. x $2.10; 1368 lbs. x $3.10 | $5,021.10 | |
| AUGUST | | | | |
| | 11th | 7800 lbs. x $.85 | $6,630.00 | |
| | 24th | 1200 lbs. x $.100; 3710 lbs. x $2.05; 250 lbs. x $3.10 | $9,580.50 | |



PLAINTIFF'S EXHIBIT 13

TOMMY PHAM          SSN 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          GCCF# 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

| CLIENT: TOMMY PHAM | | 2009 TRIP TICKET SUMMARY | | SSN: 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 |
|---|---|---|---|---|
| GCCF#: 1129678 | | | | |
| SEPTEMBER | | | | |
| | 8th | 1200 lbs. x $1.10; 1960 lbs. x $2.05; 200 lbs. x $3.45 | $6,028.00 | |
| | | | | |
| OCTOBER | | | | |
| | 2nd | 50 lbs. x $1.30; 6200 lbs. x $1.15 | $7,195.00 | |
| | 20th | 2740 lbs. x $2.20; 830 lbs. x $3.95 | $9,306.50 | |
| | 26th | 707 lbs. x $1.30; 414 lbs. x $2.65; 186 lbs. x $3.95 | $2,750.90 | |
| | | | | |
| NOVEMBER | | | | |
| | 20th | 60 lbs. x $2.20; 1045 lbs. x $2.30; 780 lbs. x $3.95 | $5,616.50 | |
| | | | | |
| DECEMBER | DID NOT SHRIMP | N/A | $0.00 | |
| | | | | |
| | | | | |
| 2009 TRIP TICKET TOTAL | | | $122,605.60 | |

TOMMY PHAM     SSN 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     GCCF# 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

Systems Group South, Inc.

PURCHASE ORDER ANALYSIS FOR DATES 01/01/2009 TO 12/31/2009 BY CUSTOMER

| CUSTOMER | TOTAL PURCHASE |
|---|---|
| CAPT. TOMMY | 122605.60 |

TOTAL PURCHASES FOR 01/01/2009 THRU 12/31/2009

$ 122605.60

PURCHASE ORDER

| DATE | NUMBER | TIME STAMP |
|---|---|---|
| 02/27/2009 | 36512 | _:_ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:

CAPT. TOMMY

SOURCE DATA:

BOAT:
BOAT #: 920049  VES#:
TEXAS LIC. #: 145560008212
AREA:
CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 02/27/2009 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|---|---|---|---|---|---|
| 7200.00 | 31-35HDWHFRKSXUPAW | FRESH 31-35 HOW / WILD | 1.55 | 11160.00 | |
| total pounds: 7200.00 | | | TOTAL ORDER: | 11160.00 | |

RECEIVED BY _____  DATE _____

PURCHASE ORDER

DATE         NUMBER    TIME STAMP
03/31/2009   36582         :

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049  VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED    | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|------------|------------|--------|-------|--------|----------|-------------|
| 03/31/2009 |            |        |       | TP     |          |             |

| QUANTITY | STOCK#            | DESCRIPTION          | (PER LB) | EXTENSION |
|----------|-------------------|----------------------|----------|-----------|
| 900.00   | 41-50HOWHFRKSXUPAW | FRESH 41-50 HOW / WILD | 1.45   | 1305.00   |
| 1200.00  | 36-40HOWHFRKSXUPAW | FRESH 36-40 HOW / WILD | 1.50   | 1800.00   |

total pounds: 2100.00                TOTAL ORDER:  3105.00

RECEIVED BY _____  DATE _____

TOMMY PHAM     SSN 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     GCCF# 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

PURCHASE ORDER

| DATE | NUMBER | TIME STAMP |
|---|---|---|
| 05/07/2009 | 36676 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:

CAPT. TOMMY

SOURCE DATA:

BOAT:
BOAT #: 920049 VES#:
TEXAS LIC. #: 145560000212
AREA:
CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 05/07/2009 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |
|---|---|---|---|---|
| 4200.00 | 31-35MOWHFRKSXUPAW | FRESH 31-35 HOW / WILD | 1.40 | 5880.00 |
| total pounds: 4200.00 | | | TOTAL ORDER: | 5880.00 |

RECEIVED BY _____ DATE _____

PURCHASE ORDER

```
                    DATE         NUMBER       TIME STAMP
                    05/14/2009   36713            :
JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640
                                 REPRINT


PURCHASED FROM:                   SOURCE DATA:

CAPT. TOMMY                       BOAT:
                                  BOAT #: 920049  VES#:
                                  TEXAS LIC. #: 145560006212
                                  AREA:
                                  CAPTAIN'S NAME: TOMMY V. PHAM
```

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---------|-----------|--------|-------|--------|----------|-------------|
| 05/14/2009 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |
|----------|--------|-------------|--------|-----------|
| 2163.00 | 51-60HOWHFRKSXUPAW | FRESH 51-60 HDW / WILD | 1.00 | 2163.00 |
| 1200.00 | 26-30HOWHFRKSXUPAW | FRESH 26-30 HDW / WILD | 1.35 | 1620.00 |
| 219.00  | 21-25SOWHFRKSXUPAW | FRESH 21-25 SOW / WILD | 2.60 | 569.40 |

total pounds: 3582.00          TOTAL ORDER: 4352.40

RECEIVED BY _____  DATE _____

TOMMY PHAM     SSN 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     GCCF# 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

```
                              PURCHASE ORDER

                         DATE          NUMBER      TIME STAMP
                         06/12/2009    36917          _:__

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640
                                    REPRINT




PURCHASED FROM:                   SOURCE DATA:

CAPT. TOMMY                       BOAT:
                                  BOAT #: 920049 VES#:
                                  TEXAS LIC.#: 145560008212
                                  AREA:
                                  CAPTAIN'S NAME: TOMMY V. PHAM

===================================================================
ORDERED    EST. DELIV  F.O.B.    TERMS    PUR BY  RECEIVED  TICKET/INV#
06/12/2009      -                            TP
===================================================================
 QUANTITY |  STOCK#     |    DESCRIPTION       |PER LB|  EXTENSION

    1955.00  21-25SOWHFRKSXUPAW  FRESH 21-25 SOW / WILD    2.60    5083.00
    2400.00  19-21HOWHFRKSXUPAW  FRESH 19-21 HOW / WILD    1.50    3600.00

       total pounds:   4355.00             TOTAL ORDER:   8683.00


RECEIVED BY _____ DATE _____
```

PURCHASE ORDER

DATE         NUMBER      TIME STAMP
07/23/2009   37091       _:_

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                           SOURCE DATA:

CAPT. TOMMY                               BOAT:
                                          BOAT #: 920049  VES#:
                                          TEXAS LIC. #: 145560005212
                                          AREA:
                                          CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED    | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|------------|------------|--------|-------|--------|----------|-------------|
| 07/23/2009 |            |        |       | TP     |          |             |

| QUANTITY | STOCK#              | DESCRIPTION           | /PER LB/ | EXTENSION |
|----------|---------------------|-----------------------|----------|-----------|
| 782.00   | 26-30HOWHFRKSXUPAW  | FRESH 26-30 HOW / WILD| 1.20     | 938.40    |
| 960.00   | 16-18HOWHFRKSXUPAW  | FRESH 16-18 HOW / WILD| 1.45     | 1392.00   |
| 1000.00  | 13-15HOWHFRKSXUPAW  | FRESH 13-15 HOW       | 1.50     | 1500.00   |
| 84.00    | 36-40SOWHFRKSXUPAW  | FRESH 36-40 SOW / WILD| 1.80     | 151.20    |
| 880.00   | 10-15SOWHFRKSXUPAW  | FRESH 10-15 SOW / WILD| 3.30     | 2904.00   |

total pounds: 3706.00                     TOTAL ORDER:   6885.60

RECEIVED BY _____  DATE _____

TOMMY PHAM        SSN 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        GCCF# 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

PURCHASE ORDER

| DATE | NUMBER | TIME STAMP |
|---|---|---|
| 07/31/2009 | 37133 | : |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:

CAPT. TOMMY

SOURCE DATA:

BOAT:
BOAT #: 920049  VES#:
TEXAS LIC.#: 145960008212
AREA:
CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 07/31/2009 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |
|---|---|---|---|---|
| 600.00 | 26-30HDWHFRKSXUPAW | FRESH 26-30 HDW / WILD | 1.15 | 690.00 |
| 43.00 | 26-30SDWHFRKSXUPAW | FRESH 26-30 SDW / WILD | 2.10 | 90.30 |
| 1368.00 | 16-20SDWHFRKSXUPAW | FRESH 16-20 SDW / WILD | 3.10 | 4240.80 |

total pounds: 2011.00         TOTAL ORDER:   5021.10

RECEIVED BY _____  DATE _____

TOMMY PHAM          SSN 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          GCCF# 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

PURCHASE ORDER

DATE          NUMBER          TIME STAMP
08/11/2009    37191           __:__

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                SOURCE DATA:

CAPT. TOMMY                    BOAT:
                               BOAT #: 920049  VES#:
                               TEXAS LIC.#: 145560008212
                               AREA:
                               CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED    | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|------------|------------|--------|-------|--------|----------|-------------|
| 08/11/2009 |            |        |       | TP     |          |             |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |
|----------|--------|-------------|--------|-----------|
| 7800.00  | 26-30HOWHFRKSXUPAW | FRESH 26-30 HDW / WILD | 0.85 | 6630.00 |
| total pounds: 7800.00 | | | TOTAL ORDER: | 6630.00 |

RECEIVED BY _____  DATE _____

TOMMY PHAM    SSN 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    GCCF# 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

PURCHASE ORDER

DATE         NUMBER    TIME STAMP
08/24/2009    37261       _:_

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                SOURCE DATA:

CAPT. TOMMY                    BOAT:
                               BOAT #: 920049  VES#:
                               TEXAS LIC.#: 145560008212
                               AREA:
                               CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 08/24/2009 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | (PER LB) | EXTENSION |
|---|---|---|---|---|
| 1200.00 | 26-30HOWHFRKSXUPAW | FRESH 26-30 HOW / WILD | 1.00 | 1200.00 |
| 3710.00 | 26-30SOWHFRKSXUPAW | FRESH 26-30 SOW / WILD | 2.05 | 7605.50 |
| 250.00 | 16-20SOWHFRKSXUPAW | FRESH 16-20 SOW / WILD | 3.10 | 775.00 |

total pounds:  5160.00          TOTAL ORDER:  9580.50

RECEIVED BY _____  DATE _____

PURCHASE ORDER

| DATE | NUMBER | TIME STAMP |
|---|---|---|
| 09/08/2009 | 37315 | : |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:

CAPT. TOMMY

SOURCE DATA:

BOAT:
BOAT #: 920049  VES#:
TEXAS LIC.#: 145560008212
AREA:
CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 09/08/2009 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|---|---|---|---|---|---|
| 1200.00 | 26-30HOWHFRKSXUPAW | FRESH 26-30 HOW / WILD | 1.10 | 1320.00 | |
| 1960.00 | 26-30SOWHFRKSXUPAW | FRESH 26-30 SOW / WILD | 2.05 | 4018.00 | |
| 200.00 | 16-20SOWHFRKSXUPAW | FRESH 16-20 SOW / WILD | 3.45 | 690.00 | |
| total pounds: 3360.00 | | | TOTAL ORDER: | 6028.00 | |

RECEIVED BY _____ DATE _____

TOMMY PHAM     SSN 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     GCCF# 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

PURCHASE ORDER

DATE     NUMBER     TIME STAMP
10/02/2009    37383

JBS PACKING COMPANY, INC.
P.O. BOX 299
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:

CAPT. TOMMY

SOURCE DATA:

BOAT:
BOAT #: 520049 VES#:
TEXAS LIC.#: 145560008212
AREA:
CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 10/02/2009 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|---|---|---|---|---|---|
| 50.00 | 36-40SOWHFRKSXUPAW | FRESH 36-40 SOW / WILD | 1.30 | 65.00 | |
| 6200.00 | 26-30HOWHFRKSXUPAW | FRESH 26-30 HOW / WILD | 1.15 | 7130.00 | |
| total pounds: 6250.00 | | | TOTAL ORDER: | 7195.00 | |

RECEIVED BY _____ DATE _____

TOMMY PHAM            SSN 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            GCCF# 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

PURCHASE ORDER

DATE          NUMBER        TIME STAMP
10/20/2009    27450              :

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049  VES#:
                                   TEXAS LIC. #: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

ORDERED      EST. DELIV  F.O.B.    TERMS       PUR BY    RECEIVED   TICKET/INV#
10/20/2009                                     TP

| QUANTITY | STOCK# | DESCRIPTION | (PER LB) | EXTENSION |
|---|---|---|---|---|
| 2740.00 | 26-30SOWHFRKSXUPAW | FRESH 26-30 SOW / WILD | 2.20 | 6028.00 |
| 830.00 | 16-20SOWHFRKSXUPAW | FRESH 16-20 SOW / WILD | 3.95 | 3278.50 |
| total pounds: 3570.00 | | | TOTAL ORDER: | 9306.50 |

RECEIVED BY _____  DATE _____

PURCHASE ORDER

DATE        NUMBER      TIME STAMP
10/26/2009    37485         _:_

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049  VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 10/26/2009 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|---|---|---|---|---|---|
| 707.00 | 26-30HDWHFRKSXUPAW | FRESH 26-30 HDN / WILD | 1.30 | 919.10 | |
| 414.00 | 21-25SOWHFRKSXUPAW | FRESH 21-25 SOW / WILD | 2.65 | 1097.10 | |
| 186.00 | 16-20SOWHFRKSXUPAW | FRESH 16-20 SOW / WILD | 3.95 | 734.70 | |

total pounds: 1307.00              TOTAL ORDER:  2750.90

RECEIVED BY _____  DATE _____

TOMMY PHAM          SSN 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          GCCF# 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

PURCHASE ORDER

DATE          NUMBER          TIME STAMP
11/20/2009    37590           __:__

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049  VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 11/20/2009 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | (PER LB) | EXTENSION |
|---|---|---|---|---|
| 60.00 | 13-15HOWHFRKSXUPAW | FRESH 13-15 HOW | 2.20 | 132.00 |
| 1045.00 | 26-30SOWHFRKSXUPAW | FRESH 26-30 SOW / WILD | 2.30 | 2403.50 |
| 780.00 | 16-20SOWHFRKSXUPAW | FRESH 16-20 SOW / WILD | 3.95 | 3081.00 |

total pounds: 1885.00                TOTAL ORDER:    5616.50

RECEIVED BY _____ DATE _____