**TOMMY PHAM**          **SSN 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**          **GCCF# 1129678**

CLIENT: TOMMY PHAM          2008 TRIP TICKET SUMMARY          SSN: 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

GCCF#: 1129678

| 2008 | Landing Date | Quantity & Unit Price | TOTAL | Notes |
|---|---|---|---|---|
| JANUARY | DID NOT SHRIMP | N/A | $0.00 | |
| FEBRUARY | | | | |
| | 6th | 354 lbs. x $2.00 | $708.00 | |
| | 22nd | 132 lbs. x $3.60; 90 lbs. x $2.95; 2800 lbs. x $1.80 | $5,780.70 | |
| MARCH | | | | |
| | 24th | 52 lbs. x $3.60; 2750 lbs. x $2.00 | $5,687.20 | |
| APRIL | | | | |
| | 2nd | 4400 lbs. x $1.80; 2652 lbs. x $1.55 | $12,030.60 | |
| | 17th | 91 lbs. x $3.60; 680 lbs. x $2.20; 1159 lbs. x $1.80 | $3,909.80 | |
| | 28th | 480 lbs. x $3.60; 1900 lbs. x $3.05 | $7,523.00 | |
| MAY | | | | |
| | 13th | 445 lbs. x $3.05; 4800 lbs. x $2.00 | $10,957.25 | |
| | 23rd | 4490 lbs. x $2.25 | $10,102.50 | |
| | 30th | 314 lbs. x $2.95; 2400 lbs. x $1.90 | $5,486.30 | |
| JUNE | | | | |
| | 16th | 1200 lbs. x $3.45; 2400 lbs. x $2.90 | $11,100.00 | |
| | 26th | 748 lbs. x $4.80; 3415 lbs. x $2.25 | $11,274.15 | |
| JULY | | | | |
| | 23rd | 783 lbs. x $6.15; 980 lbs. x $5.60; 48 lbs. x $2.40 | $10,418.65 | |
| AUGUST | | | | |
| | 4th | 930 lbs. x $5.60 | $5,208.00 | |
| | 11th | 50 lbs. x $5.50; 404 lbs. x $2.10 | $1,123.40 | |
| | 21st | 1426 lbs. x $4.70 | $6,702.20 | |
| SEPTEMBER | | | | |

PLAINTIFF'S EXHIBIT
tabbies

TOMMY PHAM          SSN 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          GCCF# 1129678

CLIENT: TOMMY PHAM          2008 TRIP TICKET SUMMARY          SSN: 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

GCCF#: 1129678

| | | | | |
|---|---|---|---|---|
| | 8th | 440 lbs. x $4.00;<br>3620 lbs. x $1.65 | $7,733.00 | |
| | 29th | 290 lbs. x $3.40;<br>2400 lbs. x $2.65 | $7,346.00 | |
| OCTOBER | | | | |
| | 10th | 2284 lbs. x $2.90 | $6,623.60 | |
| | 18th | 1875 lbs. x $2.60;<br>930 lbs. x $1.40 | $6,177.00 | |
| | 31st | 1950 lbs. x $4.00 | $7,800.00 | |
| | | | | |
| NOVEMBER | | | | |
| | 14th | 3563 lbs. x $4.00 | $14,252.00 | |
| DECEMBER | | | | |
| | 1st | 1275 lbs. x $3.60;<br>120 lbs. x $2.80;<br>1800 lbs. x $1.45 | $7,536.00 | |
| | | | | |
| 2008 TRIP TICKET TOTAL | | | $165,479.35 | |

TOMMY PHAM          SSN 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          GCCF# 1129678

Systems Group South, Inc.

PURCHASE ORDER ANALYSIS FOR DATES 01/01/2008 TO 12/18/2008 BY CUSTOMER

CUSTOMER                    TOTAL POUNDS   TOTAL PURCHASE

CAPT. TOMMY                      62920        165479.35

TOTAL PURCHASES FOR 01/01/2008   THRU   12/18/2008

           WEIGHT:              62920        165479.35

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

| DATE | NUMBER | TIME STAMP |
|------|--------|------------|
| 02/06/2008 | 35185 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                          SOURCE DATA:

CAPT. TOMMY                              BOAT:
                                        BOAT #: 920049 VES#:
                                        TEXAS LIC.#: 145560008212
                                        AREA:
                                        CAPTAIN'S NAME: TOMMY V. PHAM

===================================================================

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---------|-----------|--------|-------|--------|----------|-------------|
| 02/06/2008 | | | | JS | | |

===================================================================

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|----------|--------|-------------|--------|-----------|---|
| ____ 354.00 | 26-30HOWHFRKSXUPAW | FRESH 26-30 HOW / WILD | 2.00 | 708.00 | 708.00 |

total pounds:   354.00                    TOTAL ORDER:   708.00

RECEIVED BY _____   DATE _____

TOMMY PHAM          SSN 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       GCCF# 1129678

PURCHASE ORDER

|  | DATE | NUMBER | TIME STAMP |
|---|---|---|---|
|  | 02/22/2008 | 35198 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:

CAPT. TOMMY

SOURCE DATA:

BOAT:
BOAT #: 920049 VES#:
TEXAS LIC.#: 145560008212
AREA:
CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 02/22/2008 |  |  |  | JS |  |  |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |
|---|---|---|---|---|
| 132.00 | 26-30SOWHFRKSXUPAW | FRESH 26-30 SOW / WILD | 3.60 | 475.20 |
| 90.00 | 16-18HOWHFRKSXUPAW | FRESH 16-18 HOW / WILD | 2.95 | 265.50 |
| 2800.00 | 31-35HOWHFRKSXUPAW | FRESH 31-35 HOW / WILD | 1.80 | 5040.00 |

total pounds:   3022.00                    TOTAL ORDER:   5780.70

RECEIVED BY _____   DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

| | DATE | NUMBER | TIME STAMP |
|---|---|---|---|
| | 03/24/2008 | 35232 | __:__ |

JBS PACKING COMPANY, INC.
P. O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

===============================================================================

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 03/24/2008 | | | | JS | | |

===============================================================================

| QUANTITY | | STOCK# | | DESCRIPTION | |PER LB| | EXTENSION |
|---|---|---|---|---|---|---|
| ____ | 52.00 | 26-30SOWHFRKSXUPAW | FRESH 26-30 SOW / WILD | 3.80 | 187.20 |
| ____ | 2750.00 | 26-30HOWHFRKSXUPAW | FRESH 26-30 HOW / WILD | 2.00 | 5500.00 |

total pounds:   2802.00                TOTAL ORDER:   5687.20

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

| | DATE | NUMBER | TIME STAMP |
|---|---|---|---|
| | 04/02/2008 | 35239 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 04/02/2008 | | | | JS | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|---|---|---|---|---|---|
| 4400.00 | 31-35HOWHFRKSXUPAW | FRESH 31-35 HOW / WILD | 1.80 | 7920.00 | |
| 2652.00 | 36-40HOWHFRKSXUPAW | FRESH 36-40 HOW / WILD | 1.55 | 4110.60 | |

total pounds:   7052.00                TOTAL ORDER:   12030.60

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

|  | DATE | NUMBER | TIME STAMP |
|--|------|--------|------------|
|  | 04/17/2008 | 35274 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---------|-----------|--------|-------|--------|----------|-------------|
| 04/17/2008 | | | | JS | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|----------|--------|-------------|--------|-----------|---|
| 91.00 | 13-15HOWHFRKSXUPAW | FRESH 13-15 HOW | 3.60 | | 327.60 |
| 680.00 | 22-25HOWHFRKSXUPAW | FRESH 22-25 HOW / WILD | 2.20 | | 1496.00 |
| 1159.00 | 31-35HOWHFRKSXUPAW | FRESH 31-35 HOW / WILD | 1.80 | | 2086.20 |

total pounds:    1930.00                    TOTAL ORDER:    3909.80

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

|  | DATE | NUMBER | TIME STAMP |
|---|---|---|---|
|  | 04/28/2008 | 35302 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145550008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 04/28/2008 | | | | JS | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |
|---|---|---|---|---|
| 480.00 | 13-15HOWHFRKSXUPAW | FRESH 13-15 HOW | 3.60 | 1728.00 |
| 1900.00 | 16-18HOWHFRKSXUPAW | FRESH 16-18 HOW / WILD | 3.05 | 5795.00 |

total pounds:   2380.00                TOTAL ORDER:   7523.00

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

|  | DATE | NUMBER | TIME STAMP |
|--|------|--------|------------|
|  | 05/13/2008 | 35350 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

=================================================================

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---------|------------|--------|-------|--------|----------|-------------|
| 05/13/2008 | | | | TP | | |

=================================================================

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |
|----------|--------|-------------|--------|-----------|
| 445.00 | 16-18HOWHFRKSXUPAW | FRESH 16-18 HOW / WILD | 3.05 | 1357.25 |
| 4800.00 | 26-30HOWHFRKSXUPAW | FRESH 26-30 HOW / WILD | 2.00 | 9600.00 |

total pounds:   5245.00               TOTAL ORDER:   10957.25

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

|  | DATE | NUMBER | TIME STAMP |
|---|---|---|---|
|  | 05/23/2008 | 35390 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 05/23/2008 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |
|---|---|---|---|---|
| 4490.00 | 22-25HOWHFRKSXUPAW | FRESH 22-25 HOW / WILD | 2.25 | 10102.50 |

total pounds:   4490.00                TOTAL ORDER:   10102.50

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

DATE          NUMBER          TIME STAMP
05/30/2008       35417              __:__

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED<br>05/30/2008 | EST. DELIV | F.O.B. | TERMS | PUR BY<br>TP | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |
|---|---|---|---|---|
| 314.00 | 16-18HOWHFRKSXUPAW | FRESH 16-18 HOW / WILD | 2.95 | 926.30 |
| 2400.00 | 26-30HOWHFRKSXUPAW | FRESH 26-30 HOW / WILD | 1.90 | 4560.00 |

total pounds:  2714.00                    TOTAL ORDER:   5486.30

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

DATE          NUMBER          TIME STAMP
06/16/2008     35501             __:__

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED 06/16/2008 | EST. DELIV | F.O.B. | TERMS | PUR BY TP | RECEIVED | TICKET/INV# Y |
|---|---|---|---|---|---|---|

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|---|---|---|---|---|---|
| 1200.00 | 13-15HOWHFRKSXUPAW | FRESH 13-15 HOW | 3.45 | | 4140.00 |
| 2400.00 | 16-18HOWHFRKSXUPAW | FRESH 16-18 HOW / WILD | 2.90 | | 6960.00 |

total pounds:   3600.00                    TOTAL ORDER:   11100.00

RECEIVED BY _____ DATE _____

TOMMY PHAM              SSN 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              GCCF# 1129678

PURCHASE ORDER

|        | DATE       | NUMBER | TIME STAMP |
|--------|------------|--------|------------|
|        | 06/26/2008 | 35555  | __:__      |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED<br>06/26/2008 | EST. DELIV | F.O.B. | TERMS | PUR BY<br>TP | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|---|---|---|---|---|---|
| 748.00 | 21-25SOWHFRKSXUPAW | FRESH 21-25 SOW / WILD | 4.80 | 3590.40 |
| 3415.00 | 22-25HOWHFRKSXUPAW | FRESH 22-25 HOW / WILD | 2.25 | 7683.75 |

total pounds:   4163.00                TOTAL ORDER:   11274.15

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

|  | DATE | NUMBER | TIME STAMP |
|---|---|---|---|
|  | 07/23/2008 | 35691 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 07/23/2008 |  |  |  | TP |  |  |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |  |
|---|---|---|---|---|---|
| 783.00 | 10-15SOWHFRKSXUPAW | FRESH 10-15 SOW / WILD | 6.15 | 4815.45 |  |
| 980.00 | 16-20SOWHFRKSXUPAW | FRESH 16-20 SOW / WILD | 5.60 | 5488.00 |  |
| 48.00 | 19-21HOWHFRKSXUPAW | FRESH 19-21 HOW / WILD | 2.40 | 115.20 |  |

total pounds:   1811.00                    TOTAL ORDER:   10418.65

RECEIVED BY _____ DATE _____

TOMMY PHAM        SSN 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        GCCF# 1129678

PURCHASE ORDER

|  |  |  |
|---|---|---|
| DATE | NUMBER | TIME STAMP |
| 08/04/2008 | 35736 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 08/04/2008 |  |  |  | TP |  |  |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |
|---|---|---|---|---|
| 930.00 | 16-20SOWHFRKSXUPAW | FRESH 16-20 SOW / WILD | 5.60 | 5208.00 |

total pounds:    930.00                    TOTAL ORDER:    5208.00

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

| DATE | NUMBER | TIME STAMP |
|------|--------|------------|
| 08/11/2008 | 35800 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---------|------------|--------|-------|--------|----------|-------------|
| 08/11/2008 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|----------|--------|-------------|--------|-----------|---|
| 50.00 | 16-20SOWHFRKSXUPAW | FRESH 16-20 SOW / WILD | 5.50 | 275.00 | |
| 404.00 | 26-30HOWHFRKSXUPAW | FRESH 26-30 HOW / WILD | 2.10 | 848.40 | |

total pounds:   454.00                TOTAL ORDER:    1123.40

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

```
                    DATE      NUMBER    TIME STAMP
                  08/21/2008   35884      __:__
JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640
                                    REPRINT



    PURCHASED FROM:                  SOURCE DATA:

    CAPT. TOMMY                      BOAT:
                                     BOAT #: 920049 VES#:
                                     TEXAS LIC.#: 145560008212
                                     AREA:
                                     CAPTAIN'S NAME: TOMMY V. PHAM
```

```
=======================================================================
 ORDERED    EST. DELIV  F.O.B.    TERMS      PUR BY  RECEIVED  TICKET/INV#
 08/21/2008             COD                  TP
=======================================================================
  QUANTITY  |  STOCK#   |        DESCRIPTION     |PER LB| EXTENSION
-----------------------------------------------------------------------
____  1426.00   21-25SOWHFRKSXUPAW  FRESH 21-25 SOW / WILD       4.70        6702.20

       total pounds:   1426.00                 TOTAL ORDER:   6702.20
```

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

|  | DATE | NUMBER | TIME STAMP |
|---|---|---|---|
|  | 09/08/2008 | 36014 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 09/08/2008 |  |  |  | TP |  |  |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |  |
|---|---|---|---|---|---|
| _____ 440.00 | 21-25SOWHFRKSXUPAW | FRESH 21-25 SOW / WILD | 4.00 | 1760.00 |  |
| _____ 3620.00 | 26-30HOWHFRKSXUPAW | FRESH 26-30 HOW / WILD | 1.65 | 5973.00 |  |

total pounds: 4060.00              TOTAL ORDER:   7733.00

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

|  | DATE | NUMBER | TIME STAMP |
|---|---|---|---|
|  | 09/29/2008 | 36067 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|
| 09/29/2008 |  |  |  | TP |  |  |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |  |
|---|---|---|---|---|---|
| 290.00 | 21-25SOWHFRKSXUPAW | FRESH 21-25 SOW / WILD | 3.40 | 986.00 |  |
| 2400.00 | 26-30SOWHFRKSXUPAW | FRESH 26-30 SOW / WILD | 2.65 | 6360.00 |  |

total pounds:   2690.00              TOTAL ORDER:   7346.00

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

## PURCHASE ORDER

| DATE | NUMBER | TIME STAMP |
|------|--------|------------|
| 10/10/2008 | 36094 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                          SOURCE DATA:

CAPT. TOMMY                              BOAT:
                                        BOAT #: 920049 VES#:
                                        TEXAS LIC.#: 145560008212
                                        AREA:
                                        CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED 10/10/2008 | EST. DELIV | F.O.B. | TERMS | PUR BY TP | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|---|---|---|---|---|---|
| 2284.00 | 21-25SOWHFRKSXUPAW | FRESH 21-25 SOW / WILD | 2.90 | 6623.60 | 6623.60 |

total pounds: 2284.00                    TOTAL ORDER:     6623.60

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

| DATE | NUMBER | TIME STAMP |
|------|--------|------------|
| 10/18/2008 | 36144 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---------|-----------|--------|-------|--------|----------|-------------|
| 10/18/2008 | | | | TP | | |

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|----------|--------|-------------|--------|-----------|---|
| ____ 1875.00 | 13-15HOWHFRKSXUPAW | FRESH 13-15 HOW | 2.60 | 4875.00 | |
| ____ 930.00 | 31-35HOWHFRKSXUPAW | FRESH 31-35 HOW / WILD | 1.40 | 1302.00 | |

total pounds:    2805.00              TOTAL ORDER:    6177.00

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

|  | DATE | NUMBER | TIME STAMP |
|---|---|---|---|
|  | 10/31/2008 | 36213 | __:__ |

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                        SOURCE DATA:

CAPT. TOMMY                            BOAT:
                                       BOAT #: 920049 VES#:
                                       TEXAS LIC.#: 145560008212
                                       AREA:
                                       CAPTAIN'S NAME: TOMMY V. PHAM

| ORDERED 10/31/2008 | EST. DELIV | F.O.B. | TERMS | PUR BY TP | RECEIVED | TICKET/INV# |
|---|---|---|---|---|---|---|

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION | |
|---|---|---|---|---|---|
| ___ 1950.00 | 16-20SOWHFRKSXUPAW | FRESH 16-20 SOW / WILD | 4.00 | 7800.00 | 7800.00 |

total pounds:   1950.00                  TOTAL ORDER:   7800.00

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

|  | DATE | NUMBER | TIME STAMP |
|--|------|--------|------------|
|  | 11/14/2008 | 36272 | __:__ |

JBS PACKING COMPANY, INC.
P. O. BOX 399
PORT ARTHUR, TEXAS 77640

REPRINT

PURCHASED FROM:                    SOURCE DATA:

CAPT. TOMMY                        BOAT:
                                   BOAT #: 920049 VES#:
                                   TEXAS LIC.#: 145560008212
                                   AREA:
                                   CAPTAIN'S NAME: TOMMY V. PHAM

===================================================================

| ORDERED | EST. DELIV | F.O.B. | TERMS | PUR BY | RECEIVED | TICKET/INV# |
|---------|-----------|--------|-------|--------|----------|-------------|
| 11/14/2008 | | | | TP | | |

===================================================================

| QUANTITY | STOCK# | DESCRIPTION | PER LB | EXTENSION |
|----------|--------|-------------|--------|-----------|
| 3563.00 | 16-20SOWHFRKSXUPAW | FRESH 16-20 SOW / WILD | 4.00 | 14252.00 |

        total pounds:   3563.00              TOTAL ORDER:    14252.00

RECEIVED BY _____ DATE _____

TOMMY PHAM          SSN 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          GCCF# 1129678

PURCHASE ORDER

```
                           DATE      NUMBER     TIME STAMP
                         12/01/2008   36333       __:__

JBS PACKING COMPANY, INC.
P.O. BOX 399
PORT ARTHUR, TEXAS 77640
                                        REPRINT


    PURCHASED FROM:                 SOURCE DATA:

    CAPT. TOMMY                     BOAT:
                                    BOAT #: 920049 VES#:
                                    TEXAS LIC.#: 145560008212
                                    AREA:
                                    CAPTAIN'S NAME: TOMMY V. PHAM


==================================================================
ORDERED     EST. DELIV  F.O.B.    TERMS      PUR BY  RECEIVED  TICKET/INV#
12/01/2008                                   TP
==================================================================
   QUANTITY |   STOCK#    |       DESCRIPTION   |PER LB| EXTENSION
------------------------------------------------------------------
____  1275.00  16-20SOWHFRKSXUPAW  FRESH 16-20 SOW / WILD    3.60    4590.00
____   120.00  21-25SOWHFRKSXUPAW  FRESH 21-25 SOW / WILD    2.80     336.00
____  1800.00  31-35HOWHFRKSXUPAW  FRESH 31-35 HOW / WILD    1.45    2610.00

      total pounds:   3195.00            TOTAL ORDER:      7536.00

RECEIVED BY _____  DATE _____
```