UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 12-968 | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT,** comes Ronna M. Steele and Law Offices of Ronna M. Steele, who hereby move to withdraw for Latonya Williams. The present address of Ms. Williams is as follows:

**Latonya Williams**

**578 Aragon Road**

**Montegut, La**

The current telephone number of Ms. Latonya Williams is as follows:

**(985)293-3845**

Counsel further certifies that Ms. Williams has been notified of all deadlines and any court appearances.

_____s/Ronna M. Steele_____

**RONNA M. STEELE (#20006)**
Law Offices of Ronna M. Steele
301 Huey P .Long Avenue
Gretna, L a70053
(504) 366-3475

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 12-968 | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

### CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of November, 2015, I electronically filed the foregoing with the Clerk of court by using the CM/ECF system which will send a notice of electronic filing to the following: ALL COUNSEL OF RECORD.

_s/Ronna M. Steele_

**RONNA M. STEELE (#20006)**
Law Offices of Ronna M. Steele
301 Huey P .Long Avenue
Gretna, L a70053
(504) 366-3475
Fax: (504) 361-4752