UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: 12-968 | JUDGE BARBIER |
| | MAGISTRATE JUDGE SHUSHAN |

ORDER

Considering the foregoing motion;

**IT IS HEREBY ORDERED** that Ronna M. Steele and the Law Offices of Ronna M. Steele be allowed to withdraw as counsel of record for Ms. Latonya Williams.

New Orleans, Louisiana, this _____ day of _____, 2015..

_____
**JUDGE**