# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to: | * * | Honorable CARL J. BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * | Magistrate Judge SHUSHAN |

---

## SUPPLEMENTAL DESIGNATIONS OF RECORD ON APPEAL IN <u>FIFTH CIRCUIT CASE NO. 15-30507</u>

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6272 | 04/18/2012 | MOTION for Certification of a Rule 23(B)(3) Class for Purposes of Settlement by Plaintiffs. (Attachments: # 1 Memorandum in Support)(Reference: B3 Cases (including No. 12-968))(Herman, Stephen) Modified on 4/18/2012 (blg). (Entered: 04/18/2012) |
| 2:10-md-2179 | 8812 | 03/05/2013 | ORDER: Review of Issue from Panel (Matching of Revenue and Expenses); Before the Court is a motion by BP, asking the Court to review and reverse the Claims Administrator's January 15, 2013 policy decision interpreting certain portions of the Economic Settlement Agreement; After fully reviewing the additional materials submitted by the parties and the relevant portions of the Settlement Agreement, the Court affirms the Claims Administrator's interpretation as set forth in the January 15, 2013 Announcement of Policy Decisions Regarding Claims Administration. Signed by Judge Carl Barbier on 3/5/13.(Reference: 12-970)(sek, ) (Entered: 03/05/2013) |
| 2:10-md-2179 | 8904 | 03/14/2013 | NOTICE *of Filing of Declaration of Andrew T. Karron Relating to the Submission of In Camera Materials Prior to March 5, 2013* by Defendants BP Exploration & Production Inc., BP America Production Company . (Attachments: # 1 Exhibit A, # 2 Exhibit 1A, # 3 Exhibit 1B, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11A, # 14 Exhibit 11B, # 15 Exhibit 11C, # 16 Exhibit 11D, # 17 Exhibit 11E, # 18 Exhibit 11F, # 19 Exhibit 12A, # 20 Exhibit 12B, # 21 Exhibit 12C, # 22 Exhibit 12D, # 23 Exhibit 13, # 24 Exhibit 14, # 25 Exhibit 15, # 26 Exhibit 16, # 27 Exhibit 17, # 28 Exhibit 18A, # 29 Exhibit 18B, # 30 Exhibit 18C, # 31 Exhibit 18D, # 32 Exhibit 18E, # 33 Exhibit 18F, # 34 Exhibit 18G, # 35 Exhibit 18H, # 36 Exhibit 18I, # 37 Exhibit 18J, # 38 Exhibit 18K, # 39 Exhibit 18L, # 40 Exhibit 18M, # 41 Exhibit 18N, # 42 Exhibit 18O, # 43 Exhibit 18P, # 44 Exhibit 18Q, # 45 Exhibit 18R, # 46 Exhibit 18S, # 47 Exhibit 19A, # 48 Exhibit 19B, # 49 Exhibit 19C, # 50 Exhibit 19D, # 51 Exhibit 19E, # 52 Exhibit 19F, # 53 Exhibit 19G, # 54 Exhibit 19H, # 55 Exhibit 19I, # 56 Exhibit 19J, # 57 Exhibit 19K, # 58 Exhibit 19L, # 59 Exhibit 19M, # 60 Exhibit 19N, # 61 Exhibit 19O, # 62 Exhibit 19P, # 63 Exhibit 19Q, # 64 Exhibit 19R, # 65 Exhibit 19S, # 66 Exhibit 19T, # 67 Exhibit 19U, # 68 Exhibit 19V, # 69 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Exhibit 19W, # 70 Exhibit 19Y, # 71 Exhibit 19Z, # 72 Exhibit 19ZZA, # 73 Exhibit 19ZZB, # 74 Exhibit 19ZZC, # 75 Exhibit 19ZZD, # 76 Exhibit 19ZZE, # 77 Exhibit 19ZZF, # 78 Exhibit 19ZZG, # 79 Exhibit 19ZZH)(Reference: ALL CASES, 12-970)(Jarrett, Russell) Modified on 3/15/2013 (gec, ). Modified on 6/10/2014 - see related filings 8905 , 8951 , 8963 (sek). (Entered: 03/14/2013) |
| 2:10-md-2179 | 8905 | 03/14/2013 | EXPARTE/CONSENT MOTION for Leave to File *Under Seal the Declaration of Andrew T. Karron Relating to the Submission of In Camera Materials Prior to March 5, 2013, and Related Exhibits, and Requesting the Court to Unseal the Filed Documents* by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Proposed Order)(Reference: ALL CASES, 12-970)(Jarrett, Russell) Modified on 3/15/2013 (gec, ). (Entered: 03/14/2013) |
| 2:10-md-2179 | 8910 | 03/15/2013 | EXPARTE/CONSENT MOTION for Leave to File Excess Pages *for BP's Memorandum in Support of Emergency Motion for a Preliminary Injunction Against the Claims Administrator and Settlement Program to Enjoin Payments and Awards for Business Economic Loss Claims Based on Fictitious "Losses"* by Defendants BP Exploration & Production, Inc., BP America Production Company. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading BP's Motion for Preliminary Injunction, # 3 Proposed Pleading BP's Memorandum in Support for Preliminary Injunction, # 4 Proposed Pleading Exhibit A (Declaration of Andrew T. Karron in Support of BP's Motion for Preliminary Injunction), # 5 Proposed Pleading Exhibit 1, # 6 Proposed Pleading Exhibit 2, # 7 Proposed Pleading Exhibit 3, # 8 Proposed Pleading Exhibit 4, # 9 Proposed Pleading Exhibit 5, # 10 Proposed Pleading Exhibit 6, # 11 Proposed Pleading Exhibit 7, # 12 Proposed Pleading Exhibit 8, # 13 Proposed Pleading Exhibit 9, # 14 Proposed Pleading Exhibit 9A, # 15 Proposed Pleading Exhibit 9B, # 16 Proposed Pleading Exhibit 9C, # 17 Proposed Pleading Exhibit 9D, # 18 Proposed Pleading Exhibit 9E, # 19 Proposed Pleading Exhibit 9F, # 20 Proposed Pleading Exhibit 9G, # 21 Proposed Pleading Exhibit 9H, # 22 Proposed Pleading Exhibit 9I, # 23 Proposed Pleading Exhibit 10, # 24 Proposed Pleading Exhibit 11, # 25 Proposed Pleading |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Exhibit 12, # 26 Proposed Pleading Exhibit 13, # 27 Proposed Pleading Exhibit 14, # 28 Proposed Pleading Exhibit 15, # 29 Proposed Pleading Exhibit 16, # 30 Proposed Pleading Exhibit 17, # 31 Proposed Pleading Exhibit 18, # 32 Proposed Pleading Exhibit 19, # 33 Proposed Pleading Exhibit 20, # 34 Proposed Pleading Exhibit 21, # 35 Proposed Pleading Exhibit 22, # 36 Proposed Pleading Exhibit 23, # 37 Proposed Pleading Exhibit 24, # 38 Proposed Pleading Exhibit 25, # 39 Proposed Pleading Exhibit 26, # 40 Proposed Pleading Exhibit 27, # 41 Proposed Pleading Exhibit 28, # 42 Proposed Pleading Exhibit 29, # 43 Proposed Pleading Exhibit 30, # 44 Proposed Pleading Exhibit 31, # 45 Proposed Pleading Exhibit 32, # 46 Proposed Pleading Exhibit 33, # 47 Proposed Pleading Exhibit 34, # 48 Proposed Pleading Exhibit 35, # 49 Proposed Pleading Exhibit 36, # 50 Proposed Pleading Exhibit 37, # 51 Proposed Pleading Exhibit 38, # 52 Proposed Pleading Exhibit 39, # 53 Proposed Pleading Exhibit 40, # 54 Proposed Pleading Exhibit 41, # 55 Proposed Order)(Reference: All Actions; 12-970)(Haycraft, Don) Modified on 3/22/2013 (gec, ). (Entered: 03/15/2013) |
| 2:10-md-2179 | 8911 | 03/15/2013 | EXPARTE/CONSENT MOTION to Seal Document 8910 MOTION for Leave to File Excess Pages *for BP's Memorandum in Support of Emergency Motion for a Preliminary Injunction Against the Claims Administrator and Settlement Program to Enjoin Payments and Awards for Business Economic Loss Claims* by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Proposed Order)(Reference: All Actions; 12-970)(Haycraft, Don) Modified on 3/22/2013 (gec, ). (Entered: 03/15/2013) |
| 2:10-md-2179 | 8912 | 03/15/2013 | EXPARTE/CONSENT MOTION to Expedite *Hearing on BPs Emergency Motion for a Preliminary Injunction Against the Claims Administrator and Settlement Program to Enjoin Payments and Awards for Business Economic Loss Claims Based on Fictitious "Losses"* by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Proposed Order)(Reference: All Actions; 12-970)(Haycraft, Don) Modified on 3/22/2013 (gec, ). (Entered: 03/15/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 8949 | 03/19/2013 | ORDER: In member case 12-970, BP moved for a preliminary injunction against the Claims Administrator and the Court Supervised Settlement Program and requested an expedited hearing date. (No. 10-md-2179, Rec. Doc. 8912 ). BP also recently instituted case 13-492 and requested similar, if not identical, relief. (No. 13-492, Rec. Doc. 5). Having considered BP's motions for expedited hearings, IT IS ORDERED that BP's motions for preliminary injunctions in 12-970 and 13-492 will be heard together on Friday, April 5, 2013 at 9:30 a.m. FURTHER ORDERED that any opposition by Class Counsel and/or the Claims Administrator shall be filed by Monday, April 1, 2013. No further briefing, from any party, shall be permitted. Signed by Judge Carl Barbier on 3/19/13.(Reference: 12-970, 13-492)(sek, ) (Entered: 03/19/2013) |
| 2:10-md-2179 | 8951 | 03/19/2013 | ORDER granting 8905 BP's Motion for Leave to File; FURTHER ORDERED that the Declaration of Andrew T. Karron Relating To The Submission Of In Camera Materials Prior To March 5, 2013, And Related Exhibits, and the accompanying exhibits thereto shall be filed in the public record. Further, while it appears that BP has endeavored to file all documents previously submitted to the Court regarding this issue, including documents submitted by Class Counsel, Class Counsel may file any documents omitted by BP by March 22, 2013. Signed by Judge Carl Barbier on 3/19/13. (Reference: all cases; 12-970)(sek, ) (Entered: 03/19/2013) |
| 2:10-md-2179 | 8952 | 03/19/2013 | ORDER granting 8910 Motion for Leave to File Excess Pages; BP shall be allowed 35 pages, excluding exhibits, for BP's Memorandum In Support Of Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses". Signed by Judge Carl Barbier on 3/19/13. (Reference: all cases; 12-970)(sek, ) (Entered: 03/19/2013) |
| 2:10-md-2179 | 8953 | 03/19/2013 | ORDER granting 8911 BP's Motion to Seal & Unseal certain exhibits; FURTHER ORDERED that Exhibits A-I to Exhibit 9, and Exhibits 17-23, 25-29, 32, and 39-41, to the Declaration Of Andrew T. Karron In Support Of BP's Emergency Motion For A Preliminary Injunction Against |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses:" ("Karron Declaration In Support Of BP's Emergency PI Motion") be filed under seal pending further order of the Court; and it is further ORDERED that Exhibits A-I to Exhibit 9, and Exhibits 17-21, 25, 26, 39-41 to the Karron Declaration In Support Of BP's Emergency PI Motion be filed in the public record of this action. Signed by Judge Carl Barbier on 3/19/13. (Reference: all cases; 12-970)(sek, ) (Entered: 03/19/2013) |
| 2:10-md-2179 | 8954 | 03/19/2013 | ORDER: Considering BP Defendants' Ex Parte Motion [doc #2 filed in case 13-492] to File Under Seal the January 15, 2013 Decision of the Claims Administrator, the Undertaking of Patrick Juneau, and the Supplement and Amendment to Undertaking of Patrick Juneau and Requesting the Court to Unseal Same, IT IS HEREBY ORDERED that the BP Defendants' Motion is GRANTED; and it is further ORDERED that the January 15, 2013 Decision of the Claims Administrator, the Undertaking of Patrick Juneau, and the Supplement and Amendment to Undertaking of Patrick Juneau shall be filed in the public record. Signed by Judge Carl Barbier on 3/19/13.(Reference: 13-492)(sek, ) (Entered: 03/19/2013) |
| 2:10-md-2179 | 8955 | 03/19/2013 | ORDERED that BP's Motion [doc #4 filed in case 13-492] is GRANTED. BP shall be allowed 35 pages, excluding exhibits, for BP's Memorandum In Support Of Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses". Signed by Judge Carl Barbier on 3/19/13.(Reference: 13-492)(sek, ) (Entered: 03/19/2013) |
| 2:10-md-2179 | 8956 | 03/19/2013 | ORDER: Considering BP's Ex Parte Motion [doc #6 filed in case 13-492] And Incorporated Memorandum In Support To File Under Seal Certain Exhibits To BP's Memorandum In Support Of Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses", and the accompanying exhibits thereto, and for a further order directing that certain of |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | those exhibits then be unsealed and filed in the public record, and good cause therefor having been shown, IT IS HEREBY ORDERED that the BP Defendants' Motion is GRANTED; and it is further ORDERED that Exhibits A-I to Exhibit 9, and Exhibits 17-23, 25-29, 32, and 39-41, to the Declaration Of Andrew T. Karron In Support Of BP's Emergency Motion For A Preliminary Injunction Against The Claims Administrator And Settlement Program To Enjoin Payments And Awards For Business Economic Loss Claims Based On Fictitious "Losses" ("Karron Declaration In Support Of BP's Emergency PI Motion") be filed under seal pending further order of the Court; and it is further ORDERED that Exhibits A-I to Exhibit 9, and Exhibits 17-21, 25, 26, 39-41 to the Karron Declaration In Support Of BP's Emergency PI Motion be filed in the public record of this action. Signed by Judge Carl Barbier on   3/19/13.(Reference:   13-492)(sek,   )   (Entered: 03/19/2013) |
| 2:10-md-2179 | 8963 | 03/20/2013 | NOTICE of Filing of Declaration *of Andrew T. Karron Relating to the Submission of In Camera Materials Prior to March 5, 2013* by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Karron Declaration, # 2 Exhibit 1A, # 3 Exhibit 1B1, # 4 Exhibit 1B2, # 5 Exhibit 1B3, # 6 Exhibit 1B4, # 7 Exhibit 2, # 8 Exhibit 3, # 9 Exhibit 4, # 10 Exhibit 5, # 11 Exhibit 6, # 12 Exhibit 7A, # 13 Exhibit 7B, # 14 Exhibit 8A, # 15 Exhibit 8B, # 16 Exhibit 9A, # 17 Exhibit 9B, # 18 Exhibit 10A, # 19 Exhibit 10B, # 20 Exhibit 11A, # 21 Exhibit 11B, # 22 Exhibit 11C, # 23 Exhibit 11D, # 24 Exhibit 11E, # 25 Exhibit 11F, # 26 Exhibit 12A, # 27 Exhibit 12B, # 28 Exhibit 12C, # 29 Exhibit 12D, # 30 Exhibit 13, # 31 Exhibit 14, # 32 Exhibit 15, # 33 Exhibit 16, # 34 Exhibit 17, # 35 Exhibit 18A, # 36 Exhibit 18B, # 37 Exhibit 18C, # 38 Exhibit 18D, # 39 Exhibit 18E, # 40 Exhibit 18F, # 41 Exhibit 18G, # 42 Exhibit 18H, # 43 Exhibit 18I, # 44 Exhibit 18J, # 45 Exhibit 18K, # 46 Exhibit 18L, # 47 Exhibit 18M, # 48 Exhibit 18N, # 49 Exhibit 18O, # 50 Exhibit 18P, # 51 Exhibit 18Q, # 52 Exhibit 18R, # 53 Exhibit 18S, # 54 Exhibit 19A, # 55 Exhibit 19B, # 56 Exhibit 19C, # 57 Exhibit 19D, # 58 Exhibit 19E, # 59 Exhibit 19F, # 60 Exhibit 19G, # 61 Exhibit 19H, # 62 Exhibit 19I, # 63 Exhibit 19J, # 64 Exhibit 19K, # 65 Exhibit 19L, # 66 Exhibit 19M, # 67 Exhibit 19N, # 68 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Exhibit 19O, # 69 Exhibit 19P, # 70 Exhibit 19Q, # 71 Exhibit 19R, # 72 Exhibit 19S, # 73 Exhibit 19T, # 74 Exhibit 19U, # 75 Exhibit 19V, # 76 Exhibit 19W, # 77 Exhibit 19X, # 78 Exhibit 19Y, # 79 Exhibit 19Z, # 80 Exhibit 19ZZA, # 81 Exhibit 19ZZB, # 82 Exhibit 19ZZC, # 83 Exhibit 19ZZD, # 84 Exhibit 19ZZE, # 85 Exhibit 19ZZF, # 86 Exhibit 19ZZG, # 87 Exhibit 19ZZH)(Reference:  ALL  CASES)(gec,  )  (Entered: 03/20/2013) |
| 2:10-md-2179 | 8964 | 03/20/2013 | MOTION for Preliminary Injunction Against the Claims Administrator and Settlement Program to Enjoin Payments and Awards for Business Economic Loss Claims Based on Fictitious "Losses" by BP Exploration & Production Inc. and BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Karron Declaration, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit 20, # 24 Exhibit 21, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 30, # 29 Exhibit 31, # 30 Exhibit 33, # 31 Exhibit 34, # 32 Exhibit 35, # 33 Exhibit 36, # 34 Exhibit 37, # 35 Exhibit 38, # 36 Exhibit 39, # 37 Exhibit 40, # 38 Exhibit 41)(Reference: ALL CASES, 12-970)(gec, ) (Additional attachment(s) added on 3/20/2013: # 39 Sealed Exhibit 22, # 40 Sealed Exhibit 23, # 41 Sealed Exhibit 27, # 42 Sealed Exhibit 28, # 43 Sealed Exhibit 29, # 44 Sealed Exhibit 32) (gec, ). (Entered: 03/20/2013) |
| 2:10-md-2179 | 8965 | 03/20/2013 | MOTION for Preliminary Injunction Against the Claims Administrator and Settlement Program to Enjoin Payments and Awards for Business Economic Loss Claims Based on Fictitious "Losses" by BP Exploration & Production Inc. and BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Karron Declaration, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18, # 22 Exhibit 19, # 23 Exhibit |

7

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | 20, # 24 Exhibit 21, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 30, # 29 Exhibit 31, # 30 Exhibit 33, # 31 Exhibit 34, # 32 Exhibit 35, # 33 Exhibit 36, # 34 Exhibit 37, # 35 Exhibit 38, # 36 Exhibit 39, # 37 Exhibit 40, # 38 Exhibit 41)(Reference: 13-492)(gec, ) (Additional attachment(s) added on 3/20/2013: # 39 Sealed Exhibit 22, # 40 Sealed Exhibit 23, # 41 Sealed Exhibit 27, # 42 Sealed Exhibit 28, # 43 Sealed Exhibit 29, # 44 Sealed Exhibit 32) (gec, ). (Entered: 03/20/2013) |
| 2:10-md-2179 | 9085 | 04/02/2013 | ORDER: [Regarding the Preliminary Injunction Hearing Scheduled for April 5, 2013, at 9:30 a.m.]; The Court previously scheduled a hearing on BP's motions for preliminary injunction against the Claims Administrator and the Settlement Program (see Rec. Doc. 8964 , 8965 ) for Friday, April 5 at 9:30 a.m (Rec. Doc. 8949 ). During this hearing, the Court will also consider the Claims Administrator's recently-filed motion to dismiss in case no. 13-492. (Rec. Doc. 9066 ) BP shall file its response to this motion no later than Thursday, April 4, at noon. Furthermore, in light of the voluminous briefing submitted and the Court's familiarity with these issues, the Court will limit oral argument at the April 5th hearing to 40 minutes, divided as follows: BP 20 minutes; Class Counsel & Claims Administrator 20 minutes. Signed by Judge Carl Barbier on 4/2/13.(Reference: 13-492, 12-970)(sek, ) (Entered: 04/02/2013) |
| 2:10-md-2179 | 9087 | 04/02/2013 | RESPONSE/MEMORANDUM in Opposition filed by The Economic Settlement Class, by and thru appointed Class Counsel re 8965 MOTION for Preliminary Injunction, 8964 MOTION for Preliminary Injunction. (Attachments: # 1 Exhibit 1 - From Preliminary Approval Hearing Presentation, # 2 Exhibit 2 - Supplemental Carroll Declaration, # 3 Exhibit 3 - Supplemental Herman Declaration, # 4 Exhibit 4 - Supplemental Tomlinson Declaration, # 5 Exhibit 5 - Wolfe Affidavit (Wall's Gator Farm), # 6 Exhibit 6 - Dugas Affidavit (Chef John Folse & Co), # 7 Exhibit 7 - BP Appeal No. 88168, # 8 Exhibit 8 - BP Appeal No. 88708)(Reference: 12-970 & 13-492)(sek, ) (Entered: 04/02/2013) |
| 2:10-md-2179 | 9089 | 04/02/2013 | RESPONSE to Motion filed by Claims Administrator and the Settlement Program re 8965 MOTION for Preliminary Injunction, 8964 MOTION for Preliminary Injunction. |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Reference: all cases; 12-970)(sek, ) (Additional attachment(s) added on 4/2/2013: # 7 SEALED Unredacted Motion, # 8 SEALED EXHIBIT B, # 9 SEALED EXHIBIT B(1), # 10 SEALED Exhibit C(1)) (sek, ). (Entered: 04/02/2013) |
| 2:10-md-2179 | 9202 | 04/05/2013 | Minute Entry for proceedings held before Judge Carl Barbier: Motion Hearing held on 4/5/2013. MOTION 9066 to dismiss case 13-492 for Failure to State a Claim by Defendants Patrick A. Juneau, Deepwater Horizon Court Supervised Settlement Program; ORDERED GRANTED. MOTION for Preliminary Injunction 8965 regarding case 13-492 by BP Exploration & Production Inc. and BP America Production Company; ORDERED DENIED AS MOOT; case is dismissed. MOTION for Preliminary Injunction 8964 regarding case 12-970 by BP Exploration & Production Inc. and BP America Production Company; ORDERED DENIED. MOTION 9151 for a Stay and Injunction Pending Appeal from 8812 March 5, 2013 Order, by Defendants BP Exploration & Production, Inc., BP America Production Company, and BP p.l.c; ORDERED DENIED. (Court Reporter Karen Ibos.) (Attachments: # 1 Attendance List) (Reference: 10md2179, 12-970, 13-492)(sek, ) (Entered: 04/08/2013) |
| 2:10-md-2179 | 9836 | 05/08/2013 | TRANSCRIPT of Hearing on motions held on April 5, 2013 before Judge Carl Barbier. Court Reporter/Recorder Karen Ibos, Telephone number 504-589-7776. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/6/2013. (Reference: 12-970 and 13-492)(rsg) (Entered: 05/08/2013) |
| 2:10-md-2179 | 11156 | 08/27/2013 | EXPARTE/CONSENT MOTION to Authorize Claims Administrator to Implement Settlement Agreement With Respect to Oil & Gas Services Industry Claims by Plaintiffs, the Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Herman, Stephen) Modified on 8/28/2013 (gec, ). (Entered: 08/27/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 11300 | 09/10/2013 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 11156 MOTION to Authorize Claims Administrator to Implement Settlement re Support Services Claims. (Attachments: # 1 Exhibit Declaration of Bloom, # 2 Exhibit A to Bloom Declaration, # 3 Exhibit B to Bloom Declaration, # 4 Exhibit C to Bloom Declaration, # 5 Exhibit D to Bloom Declaration, # 6 Exhibit E to Bloom Declaration, # 7 Exhibit F to Bloom Declaration, # 8 Exhibit G to Bloom Declaration, # 9 Exhibit H to Bloom Declaration, # 10 Exhibit I to Bloom Declaration, # 11 Exhibit J to Bloom Declaration, # 12 Exhibit K to Bloom Declaration, # 13 Exhibit L to Bloom Declaration, # 14 Exhibit M to Bloom Declaration, # 15 Exhibit N to Bloom Declaration, # 16 Exhibit O to Bloom Declaration, # 17 Exhibit P to Bloom Declaration, # 18 Exhibit Q to Bloom Declaration, # 19 Exhibit R to Bloom Declaration, # 20 Exhibit S to Bloom Declaration, # 21 Exhibit T to Bloom Declaration, # 22 Exhibit U to Bloom Declaration, # 23 Exhibit V to Bloom Declaration, # 24 Exhibit W to Bloom Declaration, # 25 Exhibit X to Bloom Declaration, # 26 Exhibit Y to Bloom Declaration, # 27 Exhibit Z to Bloom Declaration, # 28 Exhibit ZA to Bloom Declaration, # 29 Exhibit Declaration of Benton, # 30 Exhibit 1 to Benton Declaration, # 31 Exhibit 2A to Benton Declaration, # 32 Exhibit 2B to Benton Declaration, # 33 Exhibit 3 to Benton Declaration, # 34 Exhibit 4A to Benton Declaration, # 35 Exhibit 4B to Benton Declaration, # 36 Exhibit 5A to Benton Declaration, # 37 Exhibit 5B to Benton Declaration, # 38 Exhibit 5C to Benton Declaration, # 39 Exhibit 5D to Benton Declaration)(Reference: ALL CASES)(Haycraft, Don) Modified on 9/11/2013 (gec, ). (Additional attachment(s) added on 9/17/2013: # 40 SEALED Memo in Opposition, # 41 SEALED Wendy Bloom Declaration, # 42 SEALED Exhibits to Wendy Bloom Declaration, # 43 SEALED Erica Benton Declaration, # 44 SEALED Benton Exhibit 2A, # 45 SEALED Benton Exhibit 2B, # 46 SEALED Benton Exhibit 3) (sek, ). (Entered: 09/10/2013) |
| 2:10-md-2179 | 11390 | 09/16/2013 | EXPARTE/CONSENT MOTION to Seal Document 11300 Response/Memorandum in Opposition to Motion *Filed by Class Counsel Regarding Oil & Gas Support Services Industry Claims* by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: All Cases, 12- |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 970)(Haycraft, Don) Modified on 9/17/2013 (gec, ). (Entered: 09/16/2013) |
| 2:10-md-2179 | 11406 | 09/17/2013 | ORDER granting 11390 BP's Motion to Seal Documents re 11300 Response/Memorandum in Opposition; ORDERED that BP's Memorandum in Opposition to Class Counsel's Motion to Authorize Claims Administrator to Implement the Settlement Agreement With Respect to Oil & Gas Support Services Industry Claims, the Declaration of Wendy L. Bloom, and its supporting exhibits (Exhibits A to ZA); and (3) the Declaration of Erica Benton and Exhibits 2A, 2B, and 3 attached thereto, be filed under seal pending further order of the Court. Signed by Judge Carl Barbier on 9/17/13. (Reference: All Cases (Including No. 12-970))(sek, ) (Entered: 09/17/2013) |
| 2:10-md-2179 | 11470 | 09/23/2013 | REPLY BRIEF in Support filed by The Economic & Property Damages Settlement Class, through Lead Class Counsel re 11156 MOTION to Authorize Claims Administrator to Implement Settlement re Support Services Claims . (Reference: 12-970)(sek, ) (Main Document 11470 replaced on 9/23/2013 to correct image) (sek, ). (Entered: 09/23/2013) |
| 2:10-md-2179 | 11541 | 09/27/2013 | MOTION for Leave to File *Sur-Reply in Opposition to Class Counsel's Motion to Authorize the Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims* by Defendant BP. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Sur-Reply, # 3 Proposed Pleading Bloom Declaration, # 4 Proposed Pleading Exhibit to Bloom Declaration)(Reference: ALL CASES,12-970)(Haycraft, Don) Modified on 9/30/2013 (gec, ). (Entered: 09/27/2013) |
| 2:10-md-2179 | 11542 | 09/27/2013 | EXPARTE/CONSENT MOTION to Seal *Sur-Reply in Opposition to Class Counsel's Motion to Authorize the Claims Administrator to Implement the Settlement Agreement with Respect to Oil & Gas Support Services Industry Claims* by Defendant BP. (Attachments: # 1 Proposed Order)(Reference: ALL CASES, 12-970)(Haycraft, Don) Modified on 9/30/2013 (gec, ). (Entered: 09/27/2013) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| 2:10-md-2179 | 11566 | 10/03/2013 | ORDER: In view of the ruling rendered by the Fifth Circuit panel on October 2, 2013 in case number 13-30315 consolidated with 13-30329, the Claims Administrator is ordered to immediately suspend the issuance of any final determination notices or any payments with respect to those BEL claims in which the Claims Administrator determines that the matching of revenues and expenses is an issue. The Section 6 claims appeals process (filing of notices, briefs, and panel decisions) for similar BEL claims will be placed on hold pending implementation of the Fifth Circuit decision. All other claims and appeals are to be processed and determinations, decisions, and payments made in the normal course of the Program's operation. This order is issued only as an immediate and interim measure until the Court is able to confer with and receive input from the parties in order to confect an appropriate "narrowly tailored" preliminary injunction order as instructed by the Fifth Circuit. The parties are instructed to submit to the Court in camera a proposed draft for a narrowly tailored preliminary injunction order, together with a letter brief, not exceeding five pages, as to how the Court should proceed to implement the Fifth Circuit ruling. In addition, the parties shall submit proposed policy language for the Court's consideration. Such submissions shall be made not later than 3:00 p.m. on Wednesday, October 9, 2013. The Court will hold a status conference in chambers with counsel for BP, Class Counsel, and the Claims Administrator on Friday, October 11, 2013 at 9:00 a.m. Signed by Judge Carl Barbier on 10/3/13.(Reference: 12-970 & all cases)(sek, ) (Entered: 10/03/2013) |
| 2:10-md-2179 | 11635 | 10/11/2013 | Minute Entry for proceedings held before Judge Carl Barbier: Status Conference held on 10/11/2013. By Tuesday, October 15 at 5:00 p.m., Class Counsel and BP shall submit revised proposed language for the "narrowly tailored" preliminary injunction, consistent with the Court's interpretation and instructions provided in chambers. Class Counsel and BP shall submit their proposed language directly to chambers, as well as to the Claims Administrator and each other. The parties shall meet and confer next week (October 14 - 18) regarding proposed policy language for the Settlement Program, consistent with the Court's interpretation and instructions provided in chambers. By Friday, October 18 at 5:00 p.m., |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Class Counsel and BP shall submit a proposed scheduling order. The scheduling order shall include a hearing date on Monday, December 2, 2013 at 8:30 a.m. (Attachments: # 1 Conference Attendance Record) (Reference: 12-970)(gec, ) (Entered: 10/11/2013) |
| 2:10-md-2179 | 11697 | 10/18/2013 | PRELIMINARY INJUNCTION Related to BEL Claims. Signed by Judge Carl Barbier.(Reference: ALL CASES and 12-970)(gec, ) (Entered: 10/18/2013) |
| 2:10-md-2179 | 11726 | 10/23/2013 | NOTICE by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. *of Filing of Documents Previously Submitted in Camera in Support of BP's Positions Concerning the Court's Orders of October 3 and 18, 2013.* (Attachments: # 1 Exhibit I, # 2 Exhibit I.1, # 3 Exhibit I.2, # 4 Exhibit I.2.A, # 5 Exhibit I.2.B, # 6 Exhibit I.2.C, # 7 Exhibit I.2.D, # 8 Exhibit I.2.E, # 9 Exhibit I.2.F, # 10 Exhibit II, # 11 Exhibit II.1, # 12 Exhibit II.2, # 13 Exhibit II.3, # 14 Exhibit II.4, # 15 Exhibit II.5, # 16 Exhibit III, # 17 Exhibit III.1, # 18 Exhibit IV, # 19 Exhibit IV.1, # 20 Exhibit V, # 21 Exhibit V.1, # 22 Exhibit V.2, # 23 Exhibit VI, # 24 Exhibit VI.1, # 25 Exhibit VI.2, # 26 Exhibit VI.3, # 27 Exhibit VII)(Reference: All Cases)(Haycraft, Don) Modified on 10/24/2013 (gec, ). (Attachment 26 replaced on 10/25/2013) (gec, ). (Entered: 10/23/2013) |
| 2:10-md-2179 | 11728 | 10/24/2013 | NOTICE of *Filing Relating to the Remand on BEL Issues* by Economic & Property Damages Settlement Class. (Attachments: # 1 Exhibit 1 - In Camera Submission (10-9-2013), # 2 Exhibit 2 - Draft Proposed Policy (10-9-2013), # 3 Exhibit 3 - Proposed Injunction (10-15-2013), # 4 Exhibit 4 - Letter to Judge Barbier (10-18-2013), # 5 Exhibit 5 - Proposed Scheduling Order (10-18-2013), # 6 Exhibit 6 - Letter Brief to Fifth Circuit (No.13-30095) (10-18-2013), # 7 Exhibit 7 - Memo to Claims Administrator (10-23-2013))(Reference: No. 12-970)(Herman, Stephen) Modified on 10/25/2013 (gec, ). (Entered: 10/24/2013) |
| 2:10-md-2179 | 11735 | 10/25/2013 | SCHEDULING ORDER Regarding BEL Remand as set forth in document. The Court will inform the parties if it requires a formal hearing with live testimony. If such a hearing is necessary, it will be held on Monday, 12/2/2013 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | at 09:30 AM before Judge Carl Barbier. Signed by Judge Carl Barbier on 10/25/13.(Reference: 12-970)(sek, ) (Entered: 10/25/2013) |
| 2:10-md-2179 | 11739 | 10/25/2013 | NOTICE of Filing *(Letters to the Claims Administrator)* pursuant to 11697 Order by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: All Actions)(Haycraft, Don) Modified on 10/28/2013 (gec, ). (Entered: 10/25/2013) |
| 2:10-md-2179 | 11740 | 10/26/2013 | NOTICE *Supplement to* 11728 Notice of Filing Relating to BEL Remand Issues by Economic & Property Damages Settlement Class. (Attachments: # 1 Exhibit 1 - Supp. Declaration of Allen Carroll (10-24-2013))(Reference: 12-970)(Herman, Stephen) Modified on 10/28/2013 (gec, ). (Entered: 10/26/2013) |
| 2:10-md-2179 | 11790 | 11/05/2013 | ORDER: Clarifying Preliminary Injunction (Rec. Doc. 11697 ) Regarding Claims Currently in the Appeals Process. Signed by Judge Carl Barbier on 11/5/13.(Reference: All Cases and 12-970)(sek, ) (Entered: 11/05/2013) |
| 2:10-md-2179 | 11804 | 11/06/2013 | RESPONSE to 11735 Order by Eligible Business Economic Loss (BEL) Claimants, Economic & Property Damages Settlement Class . (Attachments: # 1 Affidavit of Stephen J. Herman, # 2 Exhibit BP Compensation Framework (9-15-2011), # 3 Exhibit BP Documentation (9-27-2011_, # 4 Affidavit of Joseph F. Rice, # 5 Exhibit Index of BEL Framework Drafts, # 6 Exhibit Index of Draft Agreements, # 7 Exhibit La. GCCF Map, # 8 Exhibit Miss. GCCF Map, # 9 Exhibit Ala. GCCF Map, # 10 Exhibit Fla. GCCF Map, # 11 Exhibit Tex. GCCF Map, # 12 Exhibit Business Data, # 13 Exhibit BP Compensation Framework (9-15-2011), # 14 Exhibit PSC Memo (11-3-2011), # 15 Exhibit BP Memo (11-10-2011), # 16 Exhibit Rice Memo (11-16-2011), # 17 Exhibit BP Memo (12-13-2011), # 18 Exhibit PN Illustration of CAO, # 19 Exhibit Brown Memo (4-13-2012), # 20 Exhibit Rice E-Mail (3-5-2012), # 21 Exhibit Bloom Edits to PPT (3-6-2012), # 22 Exhibit Hacker E-Mail (4-4-2012), # 23 Exhibit Rice Response to Hacker (4-15-2012), # 24 Exhibit Rice E-Mail to Bloom (4-10-2012), # 25 Exhibit BP Draft Tutorial Slides (5-7-2012), # 26 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Affidavit of Rohn E. Jones, # 27 Affidavit of Michael Allen Scott)(Reference: No. 12-970)(Herman, Stephen) Modified on 11/7/2013 (gec, ). (Entered: 11/06/2013) |
| 2:10-md-2179 | 11818 | 11/07/2013 | Memorandum by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. re 11735 Order, Submission of Additional Fact Evidence Regarding BEL Remand (Attachments: # 1 Exhibit 1 (Bloom Declaration and Exhibits), # 2 Exhibit 2 (Godfrey Declaration), # 3 Exhibit 3 (Sider Declaration and Exhibits), # 4 Exhibit 4 (Gaspardo Declaration))(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/8/2013 (gec, ). (Entered: 11/07/2013) |
| 2:10-md-2179 | 11819 | 11/07/2013 | MOTION to Amend/Correct Scheduling Order Re BEL Remand and Preliminary Injunction Relating to BEL Claims by Defendants BP Exploration & Production Inc., BP America Production Company, BP p.l.c. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A (Rumsey Declaration), # 3 Exhibit B (Sider Declaration))(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/8/2013 (gec, ). (Entered: 11/07/2013) |
| 2:10-md-2179 | 11826 | 11/07/2013 | RESPONSE/MEMORANDUM in Opposition filed by Eligible Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class re 11819 MOTION to Amend/Correct *Scheduling Order Re BEL Remand and Preliminary Injunction Relating to BEL Claims (Causation).* (Attachments: # 1 Exhibit A - BP Draft Tutorial Slides, # 2 Exhibit B - Unofficial Transcript from Fifth Cir Hearing)(Reference: No. 12-970)(Herman, Stephen) Modified on 11/8/2013 (gec, ). (Entered: 11/07/2013) |
| 2:10-md-2179 | 11833 | 11/12/2013 | REPLY Regarding Remand of BEL Issue by Business Economic Loss (BEL) Claimants and the Economic & Property Damages Settlement Class . (Attachments: # 1 Affidavit of Stephen J. Herman (11-11-2013), # 2 Affidavit of Rhon E. Jones (11-12-2013), # 3 Exhibit Industry Designations, # 4 Affidavit of Robert Michael Wallace (11-12-2013), # 5 Affidavit of Michael Allen Scott (11-12-2013), # 6 Affidavit of Joseph F. Rice (11-12-2013), # 7 Exhibit Phrases in BP Declarations, # 8 |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Exhibit "Matching", # 9 Exhibit re Hacker Communications, # 10 Affidavit of Calvin C. Fayard, Jr. (11-11-2013))(Reference: No. 12-970)(Herman, Stephen) Modified on 11/13/2013 (gec, ). (Entered: 11/12/2013) |
| 2:10-md-2179 | 11836 | 11/12/2013 | Memorandum Submission of Rebuttal Fact Evidence Regarding BEL Remand by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/13/2013 (gec, ). (Entered: 11/12/2013) |
| 2:10-md-2179 | 11838 | 11/12/2013 | EXPARTE/CONSENT MOTION for Leave to File Reply Memorandum by Defendants BP Exploration & Production Inc., BP America Production Company, BP,p.l.c. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Exhibit A (12-7-12 Letter to Judge Shushan), # 4 Exhibit B (Rumsey Declaration - Redacted))(Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/13/2013 (gec, ). (Entered: 11/12/2013) |
| 2:10-md-2179 | 11840 | 11/12/2013 | EXPARTE/CONSENT MOTION to Seal Document 11838 MOTION for Leave to File Reply Memorandum Exhibit B (Rumsey Declaration) by Defendant. (Attachments: # 1 Proposed Order)(Reference: All Cases and 12-970)(Haycraft, Don) (Entered: 11/12/2013) |
| 2:10-md-2179 | 11848 | 11/14/2013 | EXPARTE/CONSENT MOTION for Leave to File *Sur-Reply in Opposition to BP's Motion to Amend Scheduling Order and Injunction (re Causation)* by Eligible Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: 12-970)(Herman, Stephen) Modified on 11/14/2013 (gec, ). (Entered: 11/14/2013) |
| 2:10-md-2179 | 11857 | 11/15/2013 | ORDER: ORDERED that BP's Motion for Leave to File Reply Memorandum (Rec. Doc. 11838 ), BP's Motion to File Under Seal Attachment 1 to the Declaration of Allison B. Rumsey (Exhibit B) in Support of BP's Reply Memorandum (Rec. Doc. 11840 ), and Class Counsel's Motion for Leave to File Sur-Reply (Rec. Doc. 11848 ) are hereby GRANTED. FURTHER ORDERED that BP's Motion to Amend Scheduling Order re BEL Remand and |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | Preliminary Injunction Relating to BEL Claims (Rec. Doc. 11819 ) is DENIED for the reasons previously stated in the Court's Preliminary Injunction Order of October 18, 2013 (Rec. Doc. 11697 ) and further for the reasons stated by Class Counsel. Signed by Judge Carl Barbier on 11/15/13.   (Reference:   12-970)(sek,   )   (Entered: 11/15/2013) |
| 2:10-md-2179 | 11861 | 11/15/2013 | SCHEDULING   ORDER   Regarding   BEL   Matching Proposals. By 5:00 p.m. on November 21, 2013, the parties   will   file   proposals   for   matching   which   are designed to be responsive to the Fifth Circuit's BEL decision. By 5:00 p.m. on November 26, 2013, the parties will file memoranda (not exceeding 10 pages) responding to their opponents' submissions. Signed by Judge Carl Barbier.(Reference: 12-970)(gec, ) (Entered: 11/15/2013) |
| 2:10-md-2179 | 11862 | 11/18/2013 | Brief on the BEL Remand Issue by Eligible Business Economic Loss (BEL) Claimants, Economic & Property Damages Settlement Class pursuant to 11735 Order. (Reference:   12-970)(Herman,   Stephen)   Modified   on 11/18/2013 (gec, ). (Entered: 11/18/2013) |
| 2:10-md-2179 | 11863 | 11/18/2013 | Memorandum Regarding BEL Remand by Defendant BP pursuant to 11735 Order. (Reference: All Cases and 12-970)(Haycraft, Don) Modified on 11/18/2013 (gec, ). (Entered: 11/18/2013) |
| 2:10-md-2179 | 11868 | 11/15/2013 | REPLY to Response to Motion filed by Defendant BP re 11819 MOTION to Amend/Correct *Scheduling Order Re BEL Remand and Preliminary Injunction Relating to BEL Claims.* (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: All Cases and 12-970)(gec, ) (Additional attachment(s) added on 11/19/2013: # 3 SEALED - Exhibit B) (gec, ). Modified on 11/19/2013 (gec, ). (Entered: 11/19/2013) |
| 2:10-md-2179 | 11876 | 11/20/2013 | Memorandum *Offer of Proof Regarding* 11819 *Motion to Amend Scheduling Order and Motion to Amend Injunction* by   Defendant   BP.   (Attachments:   #   1   Affidavit (Declaration of Richard C. Godfrey), # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I, # 11   Exhibit   J,   #   12   Exhibit   K)(Reference:   12-970)(Haycraft, Don) Modified on 11/21/2013  (gec, ). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Entered: 11/20/2013) |
| 2:10-md-2179 | 11879 | 11/21/2013 | NOTICE OF APPEAL by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c., defendants in Bon Secour Fisheries Inc., et al. v. BP Exploration & Production Inc., et al., No. 12-970, appeal to the United States Court of Appeals for the Fifth Circuit from (1) the Preliminary Injunction Related to BEL Claims entered on or about October 18, 2013 11697 ; (2) the Scheduling Order Regarding BEL Remand entered on or about October 25, 2013 11735 ; and (3) the Order denying BP's motion to amend the foregoing orders, entered on or about November 15, 2013 11857 . (Filing fee $ 455, receipt number 053L-4239957.) (Reference: 12-970)(Haycraft, Don) Modified text on 11/22/2013 (sek,  ).  Modified  on  5/16/2014  (jdh).  (Entered: 11/21/2013) |
| 2:10-md-2179 | 11885 | 11/21/2013 | Memorandum by Eligible Business Economic Loss (BEL) Claimants re 11861 Order, (Class Submission of Proposal on Matching Expenses) (Attachments: # 1 Exhibit Class Proposal: Expense Recognition, # 2 Exhibit Class Statement: Revenue Recognition)(Reference: No. 12-970)(Herman, Stephen) Modified text on 11/22/2013 (sek, ). (Entered: 11/21/2013) |
| 2:10-md-2179 | 11886 | 11/21/2013 | BP's Memorandum re 11861 Order, *Regarding Matching and Memorandum in Support of Permanent Injunction Related to BEL Claims* (Attachments: # 1 Exhibit 1 (Proposed Permanent Injunction, # 2 Exhibit 2 (Guidelines and Appendix))(Reference: All Cases and 12-970)(Haycraft, Don) Modified text on 11/22/2013 (sek, ). (Entered: 11/21/2013) |
| 2:10-md-2179 | 11891 | 11/22/2013 | OBJECTION by Defendants BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. re 11825 *to Magistrate Judge's Order Striking BP's November 7, 2013 Notice of Filing* (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Proposed Order)(Reference: All Cases and 12-970)(Haycraft, Don) Modified  text  on  11/25/2013  (sek,  ).  (Entered: 11/22/2013) |
| 2:10-md-2179 | 11900 | 11/26/2013 | BP's Response to Class Counsel Submission 11885 of Proposal for Matching Expenses.(Reference: 12-970)(Haycraft, Don) Modified text on 11/26/2013 (sek, ). |

| Case No. | Doc. No. | Date Filed | Name of Document |
|----------|----------|------------|------------------|
| | | | (Entered: 11/26/2013) |
| 2:10-md-2179 | 11973 | 12/13/2013 | OBJECTIONS by Eligible Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class *to Administrative Decision to Allow BP to Submit New "Evidence" in connection with Settlement Program Appeals.* (Reference: 12-970)(Herman, Stephen) Modified on 12/16/2013 (gec, ). (Entered: 12/13/2013) |
| 2:10-md-2179 | 12017 | 12/18/2013 | Supplemental Memorandum filed by BEL Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class Regarding Causation in Light of December 2nd per Curiam From the Fifth Circuit Bel Panel. (Attachments: # 1 Affidavit Tim Ryan, # 2 Affidavit Sean Michael Snaith)(Reference: 12-970)(sek, ) (Entered: 12/18/2013) |
| 2:10-md-2179 | 12055 | 12/24/2013 | ORDER Responding to Remand of Business Economic Loss Issues. With respect to the calculation of Variable Profit under Exhibit 4C, the Court finds that revenue must be matched with the variable expenses incurred by a claimant in conducting its business, and that does not necessarily coincide with when revenue and variable expenses are recorded. Accordingly, IT IS ORDERED that the matter is remanded to the Claims Administrator, Patrick A. Juneau, with instructions to adopt and implement an appropriate protocol or policy for handling BEL claims in which the claimant's financial records do not match revenue with corresponding variable expenses. With respect to how causation is determined under the Settlement, the Court finds that BP is judicially estopped from arguing (1) that Exhibit 4B is not the exclusive means of determining whether a business economic loss is "as a result of" of the Deepwater Horizon Incident for purposes of the Settlement, including the Class Definition; (2) or that the Settlement contains, implicitly or explicitly, a causation requirement other than Exhibit 4B; (3) or that satisfying Exhibit 4B does not establish under the Settlement an irrebuttable presumption that a business' economic loss was "as a result of" the Deepwater Horizon Incident; (4) or making similar arguments. As a corollary to this ruling, the Court finds that whether a business economic loss is "as a result of" the Deepwater Horizon Incident for purposes of the Settlement is determined |

19

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | exclusively by Exhibit 4B. Furthermore, although the Court does not believe it has jurisdiction to consider these issues concerning Article III, Rule 23, and the Rules Enabling Act, the Court finds that the Settlement is not defective under Article III, Rule 23, or the Rules Enabling Act, nor was certification of the class improper. The Court maintains the preliminary injunction as amended on December 5, 2013 [Rec. Doc. 11928], pending further action by the Certification Panel or the BEL Panel of the Fifth Circuit. Signed by Judge Carl Barbier.(Reference: All Cases and 12-970)(gec, ) (Main Document 12055 replaced on 1/2/2014) (gec, ). (Entered: 12/24/2013) |
| 2:10-md-2179 | 12062 | 12/26/2013 | Memorandum by Defendant BP re 11973 Objections, *BP's Response to Class Counsel's Objection to the Appeal Panel's Consideration of Facts Submitted by BP* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Reference: 12-970)(Haycraft, Don) Modified on 12/26/2013 (gec, ). (Additional attachment(s) added on 1/2/2014: # 3 SEALED Memorandum, # 4 SEALED Exhibit 1, # 5 SEALED Exhibit 2) (gec, ). (Entered: 12/26/2013) |
| 2:10-md-2179 | 12283 | 02/04/2014 | EXPARTE/CONSENT MOTION for Leave to File *Reply Brief* by Eligible Claimants and the Economic & Property Damages Settlement Class. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: 12-970)(Herman, Stephen) Modified on 2/5/2014 (gec, ). (Entered: 02/04/2014) |
| 2:10-md-2179 | 12317 | 02/10/2014 | RESPONSE/MEMORANDUM in Opposition filed by Defendant BP re 12283 MOTION for Leave to File Reply Brief on Issue of Settlement Program Appeals. (Reference: All Cases)(Haycraft, Don) Modified on 2/11/2014 (gec, ). (Entered: 02/10/2014) |
| 2:10-md-2179 | 12589 | 03/25/2014 | NOTICE of Filing Regarding Proposed Matching Policy for BEL Claims by Patrick A. Juneau. (Attachments: # 1 Policy 495 - Part 1, # 2 Policy 495 - Part 2, # 3 Policy 495 - Part 3, # 4 Policy 495 - Part 4, # 5 Policy 495 - Part 5, # 6 Policy 495 - Part 6, # 7 Policy 495 - Part 7, # 8 Policy 495 - Part 8, # 9 Policy 495 - Part 9, # 10 Policy 495 - Part 10, # 11 Policy 495 - Part 11, # 12 Policy 495 - Part 12, # 13 Policy 495 - Part 13, # 14 Policy 495 - Part 14, # 15 Policy 495 - Part 15, # 16 Policy 495 - Part 16, # 17 Policy 495 - Part 17, # 18 Policy 495 - Part |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 18)(Reference: 12-970)(Forsyth, J.) Modified on 3/27/2014 (gec). (Entered: 03/25/2014) |
| 2:10-md-2179 | 12817 | 05/05/2014 | ORDER: Regarding Adoption of Policy No. 495, "Business Economic Loss Claims: Matching of Revenue and Expenses." The Court finds that proposed Policy No. 495 fairly implements the directive of the Fifth Circuit Court of Appeal's ruling entered on October 2, 2013. Accordingly, the Court affirms the Claims Administrator's proposal & approves the enactment of Policy No. 495, "Business Economic Loss Claims: Matching of Revenues and Expenses." The Program is authorized to immediately implement the processing of Business Economic Loss claims pursuant to the Policy. Signed by Judge Carl Barbier on 5/5/14.(Reference: all cases & 12-970)(sek) (Additional attachment(s) added on 5/6/2014: # 1 Exhibit) (sek). Modified on 5/6/2014 to correct image w/exhibit (sek). (Entered: 05/05/2014) |
| 2:10-md-2179 | 12941 | 05/27/2014 | MOTION to Alter or Amend 12817 Order Regarding Adoption of Policy No. 495 by Business Economic Loss (BEL) Claimants. (Attachments: # 1 Memorandum in Support)(Reference: No. 12-970)(Herman, Stephen) Modified on 5/27/2014 (gec). (Entered: 05/27/2014) |
| 2:10-md-2179 | 12948 | 05/28/2014 | ORDER: Dissolving Preliminary Injunction Related to BEL Claims & Implementation of Policy 495: Matching of Revenue and Expenses; ORDERED that the injunction regarding BEL claims is DISSOLVED & VACATED. The Claims Administrator is instructed to resume the processing & payment of claims in accordance with the terms of the Settlement Agreement. FURTHER ORDERED that the Claims Administrator's Policy No. 495, "Business Economic Loss Claims: Matching of Revenue & Expenses" shall be applied to all BEL Claims currently in the claims process at any point short of final payment, including those claims currently in the claims appeal process, save & except those claims that had prior to October 3, 2013: received a final Eligibility Notice or Denial Notice & either (a) no timely appeal had been filed or (b) did not satisfy the criteria of an appealable claim under the terms of the Settlement Agreement. Signed by Judge Carl Barbier on 5/28/14.(Reference: 12-970)(sek) (Entered: 05/28/2014) |

21

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 13004 | 06/07/2014 | MOTION to Clarify and/or to Alter or Amend 12948 Order Lifting Injunction Regarding Application of Matching Policy (No. 495) by Business Economic Loss Claimants. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A - Goodwin E-Mail 5-16-2014)(Reference: No. 12-970)(Herman, Stephen) Modified on 6/9/2014 (gec). (Entered: 06/07/2014) |
| 2:10-md-2179 | 13073 | 06/27/2014 | MOTION for Restitution and Injunctive Relief by Defendants BP Exploration & Production, Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit, # 3 Proposed Order)(Reference: All Cases and 12-970)(Haycraft, Don) (Additional attachment(s) added on 6/27/2014 per Order #13077: # 4 SEALED Memo in Support, # 5 SEALED Declaration of Brian Gaspardo with attachments A & B) (sek). Modified on 6/30/2014 (gec). (Entered: 06/27/2014) |
| 2:10-md-2179 | 13074 | 06/27/2014 | EXPARTE/CONSENT MOTION to Seal Document 13073 MOTION for Restitution and Injunctive Relief by Defendants BP Exploration & Production, Inc., BP America Production Company. (Attachments: # 1 Proposed Order)(Reference: ALL CASES)(Haycraft, Don) Modified on 6/30/2014 (gec). (Entered: 06/27/2014) |
| 2:10-md-2179 | 13076 | 06/27/2014 | ORDER Regarding Motion to Clarify and/or to Alter or Amend Order Lifting Injunction (Rec. doc. 13004) as set forth in document. Signed by Judge Carl Barbier on 6/27/14. (Reference: All Cases & 12-970)(sek) (Entered: 06/27/2014) |
| 2:10-md-2179 | 13077 | 06/27/2014 | ORDER granting 13074 BP's Motion to Seal; further ORDERED that unredacted versions of BP's Memorandum in Support of Motion for Restitution and Injunctive Relief and the Declaration of Brian Gaspardo In Support of BP's Motion for Restitution and Injunctive Relief, as well as Attachments A and B to the Declaration of Brian Gaspardo, be filed under seal pending further order of the Court. Signed by Judge Carl Barbier on 6/27/14. (Reference: All Cases and No. 12-970)(sek) (Entered: 06/27/2014) |
| 2:10-md-2179 | 13086 | 07/01/2014 | ORDER Regarding GCCF Transition Claims and Forty Percent Remainder Payments as set forth in document. Signed by Judge Carl Barbier on 7/1/14. (Attachments: # 1 Letter re Transition Claims)(Reference: all cases)(sek) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | (Entered: 07/01/2014) |
| 2:10-md-2179 | 13287 | 08/15/2014 | RESPONSE to Motion filed by Class Counsel re 13073 MOTION for Restitution and Injunctive Relief. (Reference: 12-970)(Herman, Stephen) Modified on 8/18/2014 (gec). (Entered: 08/15/2014) |
| 2:10-md-2179 | 13345 | 08/29/2014 | REPLY to Response to Motion filed by Defendant BP re 13073 MOTION for Restitution and Injunctive Relief . (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: ALL CASES)(Haycraft, Don) Modified on 9/2/2014 (gec). (Entered: 08/29/2014) |
| 2:10-md-2179 | 13435 | 09/24/2014 | Minute Order. Proceedings held before Judge Carl Barbier: STATUS CONFERENCE (held 9-24-14): Discussion re preservation of issues relating to Transocean's potential liability for any surface discharge of oil. The parties agreed that the issue was not resolved by the Phase One Findings of Fact and Conclusions of Law, but could be deferred until a later date.; Discussion re a potential briefing schedule on Halliburton's pending motion for summary judgment regarding indemnification and/or contribution for civil penalties [Rec. Doc. 10753]. The matter was taken under advisement.; Oral Argument: Motions for Reconsideration of the Court's Order of July 23, 2014 Regarding Chronic Specified Physical Conditions [Rec. Docs. 13303, 13308, 13318]; Argued; ORDERED that the motions are taken under advisement.; Oral Argument: BP's Motion for Restitution and Injunctive Relief [Rec. Doc. 13073]; Argued; ORDERED that the motion is DENIED.(Court Reporter Cathy Pepper.) (Attachments: # 1 Conference Attendance Record) (Reference: all cases, 12-968, 12-970)(sek) (Entered: 09/24/2014) |
| 2:10-md-2179 | 14356 | 03/31/2015 | ORDER denying 12941 Class Counsel's Motion to Alter or Amend Order Adopting Matching Policy (No. 495). Signed by Judge Carl Barbier on 3/31/15. (Reference: 12-970)(sek) (Entered: 03/31/2015) |
| 2:10-md-2179 | 14514 | 05/01/2015 | Statement *Update to the Court* by Patrick A. Juneau. (Attachments: # 1 Proposed Order)(Reference: 12-970)(Paw, Gregory) Modified on 5/4/2015 (gec). (Entered: 05/01/2015) |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 14517 | 05/04/2015 | Memorandum by Claimants in the Court-Supervised Settlement Program and the Economic & Property Damages Settlement Class re 14514 Statement (*Update by the Claims Administrator*). (Attachments: # 1 Exhibit A - BP Claims (Nov. 3, 2014), # 2 Exhibit B - Memo to Freeh et al (Oct. 6, 2014), # 3 Exhibit C - E-Mail to Freeh (March 5, 2015), # 4 Exhibit D - Memo to Welker (March 12, 2015), # 5 Exhibit E - Memo to Freeh (March 12, 2015), # 6 Exhibit F - Memo to Claims Administrator (April 1, 2015))(Reference: No. 12-970)(Herman, Stephen) Modified on 5/4/2015 (gec). (Entered: 05/04/2015) |
| 2:10-md-2179 | 15429 | 10/02/2015 | EXPARTE/CONSENT MOTION for Leave to File *Supplemental Record Material from Economic and Property Damages Settlement* by Defendant BP Exploration & Production Inc. (Attachments: #1 Proposed Order, #2 Index of Exhibits, #3 Exhibit 01, #4 Exhibit 02, #5 Exhibit 03, #6 Exhibit 04, #7 Exhibit 05, #8 Exhibit 06, #9 Exhibit 07, #10 Exhibit 08, #11 Exhibit 09, #12 Exhibit 10, #13 Exhibit 11, #14 Exhibit 12, #15 Exhibit 13, #16 Exhibit 14, #17 Exhibit 15, #18 Exhibit 16, #19 Exhibit 17, #20 Exhibit 18, #21 Exhibit 19, #22 Exhibit 20, #23 Exhibit 21, #24 Exhibit 22, #25 Exhibit 23, #26 Exhibit 24, #27 Exhibit 25, #28 Exhibit 26, #29 Exhibit 27, #30 Exhibit 28, #31 Exhibit 29, #32 Exhibit 30, #33 Exhibit 31, #34 Exhibit 32, #35 Exhibit 33, #36 Exhibit 34, #37 Exhibit 35, #38 Exhibit 36, #39 Exhibit 37, #40 Exhibit 38, #41 Exhibit 39, #42 Exhibit 40, #43 Exhibit 41, #44 Exhibit 42, #45 Exhibit 43, #46 Exhibit 44, #47 Exhibit 45, #48 Exhibit 46, #49 Exhibit 47, #50 Exhibit 48, #51 Exhibit 49, #52 Exhibit 50, #53 Exhibit 51, #54 Exhibit 52, #55 Exhibit 53, #56 Exhibit 54, #57 Exhibit 55, #58 Exhibit 56, #59 Exhibit 57, #60 Exhibit 58, #61 Exhibit 59, #62 Exhibit 60, #63 Exhibit 61, #64 Exhibit 62, #65 Exhibit 63, #66 Exhibit 64, #67 Exhibit 65, #68 Exhibit 66, #69 Exhibit 67, #70 Exhibit 68, #71 Exhibit 69, #72 Exhibit 70, #73 Exhibit 71, #74 Exhibit 72, #75 Exhibit 73, #76 Exhibit 74, #77 Exhibit 75, #78 Exhibit 76, #79 Exhibit 77, #80 Exhibit 78, #81 Exhibit 79, #82 Exhibit 80, #83 Exhibit 81-1, #84 Exhibit 81-2, #85 Exhibit 81-3, #86 Exhibit 81-4, #87 Exhibit 81-5, #88 Exhibit 82, #89 Exhibit 83, #90 Exhibit 84, #91 Exhibit 85)(Reference: 12-970)(Haycraft, Don) Modified on |

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| | | | 10/2/2015 (sek). (Entered: 10/02/2015) |
| 2:10-md-2179 | 15447 | 10/06/2015 | ORDER: CONSIDERING BP Exploration & Production Inc.'s Motion for Leave to Supplement the Record with Materials from the Economic and Property Damages Settlement (Doc. 15429): IT IS ORDERED that BP Exploration & Production Inc.'s Motion is hereby granted, and that the Index and proposed Exhibits shall be admitted into the MDL 2179 Record. Signed by Judge Carl Barbier on 10/6/15. (Reference: 12-970)(sek) (Entered: 10/06/2015) |

Respectfully submitted,

/s/ Don K. Haycraft

| | |
|---|---|
| Richard C. Godfrey, P.C. | Don K. Haycraft (#14361) |
| Wendy L. Bloom | Devin C. Reid (#32645) |
| KIRKLAND & ELLIS LLP | LISKOW & LEWIS |
| 300 North LaSalle | 701 Poydras Street, Suite 5000 |
| Chicago, IL 60654 | New Orleans, LA 70139 |
| Telephone:  (312) 862-2000 | Telephone: (504) 556-4128 |
| Facsimile:  (312) 862-2200 | Facsimile: (504) 556-4108 |
| richard.godfrey@kirkland.com | dkhaycraft@liskow.com |
| wendy.bloom@kirkland.com | dcreid@liskow.com |
| | |
| Jeffrey Bossert Clark | Daniel Cantor |
| Zachary W. Byer | Sarah E. Warlick |
| KIRKLAND & ELLIS LLP | ARNOLD & PORTER LLP |
| 655 Fifteenth Street, N.W. | 555 Twelfth Street, N.W. |
| Washington, DC 20005 | Washington, DC 20004 |
| Telephone: (202) 879-5000 | Telephone: (202) 942-5000 |
| Facsimile: (202) 879-5200 | Facsimile: (202) 942-5999 |
| jeffrey.clark@kirkland.com | daniel.cantor@aporter.com |
| zachary.byer@kirkland.com | sarah.warlick@aporter.com |

*Attorneys-in-Charge for Appellee, BP Exploration & Production Incorporated,*
*BP America Production Company, and BP P.L.C.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 17th day of November, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all attorneys of record.  I further certify that, on the same day, I mailed, faxed, or e-mailed the foregoing document and notice of electronic filing to all attorney(s) of record who are non-CM/ECF participants.

/s/ Don K. Haycraft

26