# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179<br><br>Section: J (1) |
| **THIS DOCUMENT RELATES:** | |
| Case No.: 2:10-CV-02771; 2:10-CV-08888 (Rec. Doc. 111007, 111019, 111546, 111544, 111547, 111595, 111017, 66709, 66726, 66746, 66759, and 70611) _____ / | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

## EXHIBIT A

| | Client Name | Client Address | Rec. Doc. Direct Filing Short Form | Date Direct Filing Short Form Was Filed |
|---|---|---|---|---|
| 1. | Gerald Chassion, LLC d/b/a Wiggins Seafood | 723 Teche Road<br>Bayou Vista, LA 70380<br>(985) 255-6969 | 111007 | 02/03/2012 |
| 2. | Tina's Cafe, LLC d/b/a Wiggins Seafood #2 | 723 Teche Road<br>Bayou Vista, LA 70380<br>(985) 255-6969 | 111019 | 02/03/2012 |
| 3. | Jane Hall | 102 Royal Crescent Drive<br>Belle Chasse, LA 70037<br>(504) 415-3226 | 111546 | 02/22/2012 |
| 4. | Charles Walton | 912 Dauphine Street<br>New Orleans, LA 70116<br>(504) 522-8884 | 111544 | 02/22/2012 |
| 5. | Patricia Alley | 907 Pogue Street<br>Perkins, OK 74059<br>(405) 547-4019 | 111547 | 02/22/2012 |
| 6. | Jacqueline Blair | 2 Park Timbers Drive<br>New Orleans, LA 70131<br>(504) 496-5750 | 111595 | 02/23/2012 |
| 7. | Victor Pisani, Sr. | 3200 Wytchwood St.<br>Morgan City, LA 70380<br>(985) 397-1934 | 111017 | 02/03/2012 |
| 8. | V.P. Enterprises | 3200 Wytchwood St.<br>Morgan City, LA 70380<br>(985) 397-1934 | 111017 | 02/03/2012 |

| 9.  | Jambon Rentals, LLC | 20804 Highway 1<br>Golden Meadow, LA 70357<br>(985) 475-5402 | 66709 | 04/20/2011 |
| --- | --- | --- | --- | --- |
| 10. | Josh Jambon Properties, LLC | 20804 Highway 1<br>Golden Meadow, LA 70357<br>(985) 475-5402 | 66726 | 04/20/2011 |
| 11. | Josh's Daddy's Money, Inc. | 20804 Highway 1<br>Golden Meadow, LA 70357<br>(985) 475-5402 | 66746 | 04/20/2011 |
| 12. | Bill's Shady Lawn, LLC | 20804 Highway 1<br>Golden Meadow, LA 70357<br>(985) 475-5402 | 66759 | 04/20/2011 |
| 13. | Jambon Boat Brokers, LLC | 20804 Highway 1<br>Golden Meadow, LA 70357<br>(985) 475-5402 | 70611 | 04/20/2011 |