UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL. NO. 2179 |
| | * | SECTION "J" |
| This Document Relates To: | * | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries Inc., et al., v. BP Exploration & Production, Inc., et al | * | |
| | * | MAGISTRATE JUDGE SHUSHAN |

## APACHE LOUISIANA MINERALS, LLC's
## SECOND SUPPLEMENTAL SUBMISSION OF DOCUMENTS
## FOR FIFTH CIRCUIT CASE NO. 15-30507

In accordance with leave granted by the Fifth Circuit by Order dated November 3, 2015, in Fifth Circuit Case No. 15-30507, Apache Louisiana Minerals, LLC submits the following documents into the record.

                                Name of Document

   Exhibit No. 2-01              Examples of Court Decisions on Discretionary Review

November 17, 2015

                            Respectfully submitted,

                            DUVAL, FUNDERBURK, SUNDBERY,
                                LOVELL & WATKINS, APLC
                            C. BERWICK DUVAL, II (#5109)
                            STANWOOD R. DUVAL (#27732)
                            101 Wilson Avenue
                            Post Office Box 3017
                            Houma, Louisiana 70361
                            Telephone: (985) 876-6410
                            Facsimile:  (985) 851-1490
                            Email: berwick@duvallawfirm.com
                            Email: stan@duvallawfirm.com

                            and

{L0367523.1}                         1

{L0367523.1} 2

JONES WALKER LLP

/s/ Carmen M. Rodriguez
DOUGLAS C. LONGMAN, JR. (#8719)
CARMEN M. RODRIGUEZ (#22573)
600 Jefferson St., Suite 1600
P. O. Box 3408
Lafayette, Louisiana 70502-3408
Telephone: (337) 593-7600
Facsimile: (337) 593-7601
Email: dlongman@joneswalker.com
Email: carmenrodriguez@joneswalker.com

*Attorneys for Apache Louisiana Minerals, L.L.C.*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice in accordance with the procedures established in MDL 2179, on this 17th day of November, 2015.

    /s/ Carmen M. Rodriguez
    CARMEN M. RODRIGUEZ