UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| *Applies to 12-970;*<br>*Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, vs. BP Exploration & Production, Inc., et al.*<br>*AND-*<br>*No. 15-2735; Claim ID #286722* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER and JUDGMENT**

Considering the request for discretionary review and having reviewed the objection and the record; Accordingly,

IT IS ORDERED that the request for discretionary review is hereby GRANTED. The facts here do not establish sufficient control by the government such that this claimant should be considered an Affiliate (Sec. 38.3) and a Governmental Organization (Sec. 38.77) and thus excluded under Section 2.2.5 of the Settlement Agreement. The state exercises some influence by virtue of the fact that the governor of the state appoints six members of the twenty-five member board, but that is a significant minority of the entity's governing board. The federal government funds this entity to a significant extent and places various conditions as prerequisites to that funding, but in this instance, those factors do not rise to the level of sufficient control so as to classify this entity as an Affiliate. This claimant is not excluded as a Governmental Organization. The decision of the Appeal Panel is REVERSED. This claim is to be REMANDED to the Program for processing.

New Orleans, Louisiana, this 28th day of July, 2015.

CARL J. BARBIER
United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig     MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010     SECTION J

*Applies to 12-970;*     JUDGE BARBIER
*Bon Secour Fisheries, et al., on*     MAGISTRATE JUDGE SHUSHAN
*behalf of themselves and all similarly situated,*
*vs. BP Exploration & Production, Inc., et al.*
*AND-*
*No. 15-2752; Claim ID #271192*

## ORDER and JUDGMENT

Considering the request for discretionary review and having reviewed the objection and the record; Accordingly,

IT IS ORDERED that the request for discretionary review is hereby GRANTED. The Settlement Agreement's instructions/mandate to the Claims Administrator relative to GCCF Releases are found at Section 2.2.6 of the Settlement Agreement. The Claims Administrator's limited role with regard to GCCF Releases is to exclude from the Settlement Class those who satisfy the criteria of the GCCF Release Exclusion.

Specifically, the Settlement Agreement excludes from the settlement class those who: (1) made a claim to the GCCF; (2) were paid by the GCCF; and (3) signed a GCCF Release. Although this claimant did sign a GCCF Release (in the capacity of the claimant's spouse, as opposed to in the capacity of a claimant herself), she was not the actual claimant in the GCCF nor was she the one who actually received payment from the GCCF. As such, the specific criteria of Section 2.2.6 are not satisfied. This claimant is not excluded from the settlement class. Further the claim asserted here is a Real Property Sales claim. Those damages differ from the lost rental damages that were paid to claimant's husband by the GCCF. This claim therefore does not

present a "double recovery" issue, which would warrant a different result. The Claims Administrator has issued Policy 276 v.2, which this Court finds to be the correct statement of how the terms of the Settlement Agreement are to be implemented. For this reason, the decision of the Appeal Panel is REVERSED in the determination of the Claims Administrator is REINSTATED.

New Orleans, Louisiana, this 28th day of July, 2015.

**CARL J. BARBIER**
**United States District Judge**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** "**Deepwater Horizon**" **in the Gulf of Mexico, on April 20, 2010** | **MDL NO. 2179** <br><br> **SECTION J** |
| *Applies to 12-970;* <br> *Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, vs. BP Exploration & Production, Inc., et al.* <br> AND- <br> *No. 15-3186; Claim ID #332986* | **JUDGE BARBIER** <br> **MAGISTRATE JUDGE SHUSHAN** |

## ORDER and JUDGMENT

Considering the request for discretionary review and having reviewed the objection and the record; Accordingly,

IT IS ORDERED that the request for discretionary review is hereby GRANTED. This matter involves another claim involving a condominium jointly owned by a husband and wife. The wife filed a claim with the GCCF, was paid by the GCCF (for lost rental income) and signed a GCCF release. The wife is therefore excluded from the settlement class pursuant to Section 2.2.7 of the Settlement Agreement. The husband, on the other hand, is <u>not</u> excluded because he was not the actual GCCF claimant nor was he actually paid by the GCCF.

The husband now asserts a real property sales claim, which differs from the lost rental damage claim made by the wife and paid by the GCCF. The decision of the Appeal Panel properly analyzed those issues, but the Appeal Panel decision went on to reduce the husband's Real Property Sales recovery by 50%. Allowing such a reduction may have some logical appeal, but it is not supported by the written terms of the Settlement Agreement. Accordingly, the decision of

the Appeal Panel is REVERSED and the determination of the Claims Administrator is REINSTATED.

    New Orleans, Louisiana, this <u>10th</u> day of August, 2015.

                                               **CARL J. BARBIER**
                                             **United States District Judge**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig *"Deepwater Horizon"* in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| *Applies to 12-970;*<br>*Bon Secour Fisheries, et al., on behalf of themselves and all similarly situated, vs. BP Exploration & Production, Inc., et al.*<br>AND-<br>*No. 15-5351; Claim ID #231320* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER and JUDGMENT

Considering the request for discretionary review and having reviewed the objection and the record; Accordingly,

IT IS ORDERED that the request for discretionary review is hereby GRANTED. A new owner acquired a 49% ownership interest in the claimant business in 2010. The Settlement Program failed to recognize that individual's earnings for 2010 as owner/officer compensation. The decision of the Appeal Panel is REVERSED, and the claim is REMANDED to the Settlement Program so that the Accounting Vendors may properly account for owner/officer compensation.

New Orleans, Louisiana, this 23rd day of October, 2015.

CARL J. BARBIER
United States District Judge