UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010     MDL No. 2179

Section:  J (1)

THIS DOCUMENT RELATES:

Case No.: 2:10-CV-02771; 2:10-CV-08888     JUDGE BARBIER
(Rec. Doc. 111007, 111019, 111546, 111544,     MAG. JUDGE SHUSHAN
111547, 111595, 111017, 66709, 66726, 66746,
66759, and 70611)
_____ /

# EXHIBIT A

|     | Client Name | Client Address | Rec. Doc. Direct Filing Short Form | Date Direct Filing Short Form Was Filed |
| --- | --- | --- | --- | --- |
| 1.  | Gerald Chassion, LLC d/b/a Wiggins Seafood | 723 Teche Road<br>Bayou Vista, LA 70380<br>(985) 255-6969 | 111007 | 02/03/2012 |
| 2.  | Tina's Cafe, LLC d/b/a Wiggins Seafood #2 | 723 Teche Road<br>Bayou Vista, LA 70380<br>(985) 255-6969 | 111019 | 02/03/2012 |
| 3.  | Jane Hall | 102 Royal Crescent Drive<br>Belle Chasse, LA 70037<br>(504) 415-3226 | 111546 | 02/22/2012 |
| 4.  | Charles Walton | 912 Dauphine Street<br>New Orleans, LA 70116<br>(504) 522-8884 | 111544 | 02/22/2012 |
| 5.  | Patricia Alley | 907 Pogue Street<br>Perkins, OK 74059<br>(405) 547-4019 | 111547 | 02/22/2012 |
| 6.  | Jacqueline Blair | 2 Park Timbers Drive<br>New Orleans, LA 70131<br>(504) 496-5750 | 111595 | 02/23/2012 |
| 7.  | Victor Pisani, Sr. | 3200 Wytchwood St.<br>Morgan City, LA 70380<br>(985) 397-1934 | 111017 | 02/03/2012 |
| 8.  | V.P. Enterprises | 3200 Wytchwood St.<br>Morgan City, LA 70380<br>(985) 397-1934 | 111017 | 02/03/2012 |

| 9.  | Jambon Rentals, LLC | 20804 Highway 1<br>Golden Meadow, LA 70357<br>(985) 475-5402 | 66709 | 04/20/2011 |
| --- | --- | --- | --- | --- |
| 10. | Josh Jambon Properties, LLC | 20804 Highway 1<br>Golden Meadow, LA 70357<br>(985) 475-5402 | 66726 | 04/20/2011 |
| 11. | Josh's Daddy's Money, Inc. | 20804 Highway 1<br>Golden Meadow, LA 70357<br>(985) 475-5402 | 66746 | 04/20/2011 |
| 12. | Bill's Shady Lawn, LLC | 20804 Highway 1<br>Golden Meadow, LA 70357<br>(985) 475-5402 | 66759 | 04/20/2011 |
| 13. | Jambon Boat Brokers, LLC | 20804 Highway 1<br>Golden Meadow, LA 70357<br>(985) 475-5402 | 70611 | 04/20/2011 |