UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| | * | SECTION J |
| "Deepwater Horizon" in the Gulf | * | JUDGE BARBIER |
| | * | MAG. JUDGE SUSHAN |
| of Mexico, on April 20, 2010 | * | |

*******************************************************************************************

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Claimant #100069247, will bring its Motion to Enforce Settlement against Defendant BP Exploration & Production, Inc., et al before this Honorable Court for the United States District Court for the Eastern District of Louisiana, on the 16th of December, 2015 at 9:30 a.m. in the United States District Courthouse, 500 Poydras Street, New Orleans, or as soon thereafter as the matter may be heard.

Respectfully Submitted,

/s/ Robert E. Couhig Jr.
**Couhig Partners, LLC**

>Robert Couhig, Jr. (Bar No. 4498)
>Lisa L. Maher (Bar No. 21326)
>3250 Entergy Centre
>1100 Poydras Street
>New Orleans, LA 70163
>Telephone (504) 588-1288
>FAX: (504) 588-9750
>ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 23rd day of November, 2015.

>/s/ Robert E. Couhig Jr.
>Robert E. Couhig, Jr.