# EXHIBIT A

*LeRoy Wilson v. BP Exploration & Prod., Inc., et al.*, No. 1:15-CV-00300, (S.D. Ala.).
*MSA XXVII Motion for Settlement Costs*

**MSA, § II.QQQQ- PARSING OUT THE SETTLEMENT COST DEFINITION**

**Deepwater Horizon** *Medical Benefits Class Action Settlement Agreement, as Amended on May 1, 2012* **("*MSA*"), MDL 2179, Rec. Doc. 6427-1, § II.QQQQ (May 3, 2012)**

QQQQ. SETTLEMENT COSTS shall mean (i) all compensation for SPECIFIED PHYSICAL CONDITIONS as provided in Section VI and Exhibit 8; (ii) all costs associated with the PERIODIC MEDICAL CONSULTATION PROGRAM as provided in Section VII; (iii) all costs associated with the GULF REGION HEALTH OUTREACH PROGRAM as provided in Section IX; (iv) all applicable federal, state, or local taxes on monies held in the MEDICAL SETTLEMENT TRUST in accordance with the terms of this MEDICAL SETTLEMENT AGREEMENT; (v) all reasonable compensation to and all reasonable out-of-pocket costs and expenses incurred by the CLAIMS ADMINISTRATOR (including the CLAIMS ADMINISTRATOR'S staff and contractors) in performing its duties in accordance with Sections V and XXI, the GUARDIAN AD LITEM in performing his or her duties in accordance with Section III.C, and the mediators used in connection with claims for LATER-MANIFESTED PHYSICAL CONDITIONS in performing their duties in accordance with Section VIII.E; (vi) all reasonable costs and expenses associated with the MEDICAL BENEFITS SETTLEMENT CLASS NOTICE and implementation of the MEDICAL BENEFITS SETTLEMENT CLASS NOTICE PLAN, including any supplements thereto ordered by the COURT, and all reasonable compensation to and all reasonable out-of-pocket costs and expenses incurred by the MEDICAL BENEFITS SETTLEMENT CLASS NOTICE AGENT (including the NOTICE AGENT'S staff and contractors) in performing its duties in accordance with Section XI; (vii) all reasonable costs and compensation associated with the operations and administration of the MEDICAL SETTLEMENT TRUST; and (viii) all other costs and compensation reasonably associated with the implementation and administration of this MEDICAL SETTLEMENT AGREEMENT. BP shall have the right to challenge before the COURT the reasonableness of any compensation, costs, and/or expenses sought by the NOTICE AGENT, the CLAIMS ADMINISTRATOR, the

trustee and/or the directed trustee of the MEDICAL SETTLEMENT TRUST, the GUARDIAN AD LITEM, or the mediators.

SETTLEMENT COSTS shall mean[:]
- (i) all compensation for SPECIFIED PHYSICAL CONDITIONS as provided in Section VI and Exhibit 8;
- (ii) all costs associated with the PERIODIC MEDICAL CONSULTATION PROGRAM as provided in Section VII;
- (iii) all costs associated with the GULF REGION HEALTH OUTREACH PROGRAM as provided in Section IX;
- (iv) all applicable federal, state, or local taxes on monies held in the MEDICAL SETTLEMENT TRUST in accordance with the terms of this MEDICAL SETTLEMENT AGREEMENT;
- (v) all reasonable compensation to and all reasonable out-of-pocket costs and expenses incurred by[:]
  - the CLAIMS ADMINISTRATOR (including the CLAIMS ADMINISTRATOR'S staff and contractors) in performing its duties in accordance with Sections V and XXI,
  - the GUARDIAN AD LITEM in performing his or her duties in accordance with Section III.C, and
  - the mediators used in connection with claims for LATER-MANIFESTED PHYSICAL CONDITIONS in performing their duties in accordance with Section VIII.E;
- (vi) all reasonable costs and expenses associated with the MEDICAL BENEFITS SETTLEMENT CLASS NOTICE and implementation of the MEDICAL BENEFITS SETTLEMENT CLASS NOTICE PLAN, including any supplements thereto ordered by the COURT, and all reasonable compensation to and all reasonable out-of-pocket costs and expenses incurred by the MEDICAL BENEFITS SETTLEMENT CLASS NOTICE AGENT (including the NOTICE AGENT'S staff and contractors) in performing its duties in accordance with Section XI;
- (vii) all reasonable costs and compensation associated with the operations and administration of the MEDICAL SETTLEMENT TRUST; and
- (viii) all other costs and compensation reasonably associated with the implementation and administration of this MEDICAL SETTLEMENT AGREEMENT.

**Comment [RG1]:** This subsection discusses the SPC Matrix and Proof of Claim Form compensation to Class Members. This clearly shows that persons other than the Claims Administrator, Guardian ad Litem, and Mediators can receive Settlement Costs. A Class Member is eligible for compensation for his/her SPC under this section. Costs for SPC Matrix conditions are detailed under the *Settlement Cost Test* as "all *other* cost and compensation" reasonably associated with the class member implementing terms of the MSA as the claim is administered to its final conclusion.

**Comment [RG2]:** "and" is used within this subsection to provide different examples of compensation and cost as can be incurred only by the listed parties within this subsection. Those listed individuals are the Claims Administrator, the Guardian ad Litem, and the mediators. Subsection (v) does not apply to Class Members.

**Comment [RG3]:** "and" is used to divide each section representing a different but still possible definition for Settlement Costs.

**Comment [RG4]:** The *Settlement Cost Test* acts as a catchall which does not specify any particular section within the MSA but instead refers to "all other" not already enumerated expenses in "this MSA." It also is open for all individuals that can implement any term that can be administered in the MSA.