# EXHIBIT B

*LeRoy Wilson v. BP Exploration & Prod., Inc., et al.*, No. 1:15-CV-00300, (S.D. Ala.). *MSA XXVII Motion for Settlement Costs*

**STATUS REPORT FROM THE *DEEPWATER HORIZON*
MEDICAL BENEFITS SETTLEMENT CLAIMS ADMINISTRATOR
TABLE 11**

*Status Report from the* Deepwater Horizon *Medical Benefits Settlement Claims Administrator*, MDL No. 2179, Rec. Doc. 14980, Table 11 (Aug. 12, 2015) (Garretson Resolution Group).

| TABLE 11: APPROVED NOTICES OF INTENT TO SUE | | |
|---|---|---|
| **Mediation Elections** | Reporting Period | Total |
| Later-Manifested Physical Condition Claims for Which at Least One BP Defendant Elected Mediation | 0 | 0 |
| Later-Manifested Physical Condition Claims Pending a Decision from One or More BP Defendants Regarding Mediation | 2 | 2 |
| Later-Manifested Physical Condition Claims for Which No BP Defendants Elected Mediation | 3 | 17 |
| **TOTAL:** | 5 | 19 |
| **Results of Mediation** | Reporting Period | Total |
| Later-Manifested Physical Condition Claims Settled by Mediation | 0 | 0 |
| Later-Manifested Physical Condition Claims Settled by Mediation as to One but Not All BP Defendants Listed in the Notice of Intent to Sue | 0 | 0 |
| Later-Manifested Physical Condition Claims Mediated but Not Settled | 0 | 0 |
| **TOTAL CLAIMS MEDIATED:** | 0 | 0 |
| **Back-End Litigation Option Lawsuit** | Reporting Period | Total |
| Later-Manifested Physical Condition Claims for Which No BP Defendant Elected Mediation | 3 | 17 |
| Later-Manifested Physical Condition Claims Mediated but Not Settled | 0 | 0 |
| **TOTAL CLASS MEMBERS ELIGIBLE TO FILE A BACK-END LITIGATION OPTION LAWSUIT**[18] | 3 | 8 |

---

[18] The total eligible for BELO over the life of the project was seventeen (17). However, of the seventeen (17), only eight (8) are currently eligible for BELO. The other nine (9) have let expire the six-month (6-month) deadline for properly and timely filing a Back-End Litigation Option Lawsuit.