UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| | * | SECTION J |
| "Deepwater Horizon" in the Gulf | * | JUDGE BARBIER |
| | * | MAG. JUDGE SUSHAN |
| of Mexico, on April 20, 2010 | * | |

*********************************************************************************************

## MOTION TO ENFORCE SETTLEMENT RELEASE

NOW INTO COURT,  through undersigned counsel, comes Claimant 100092786[1],
who respectfully moves this Court to enforce the unambiguous terms of the Release[2]
which Claimant signed.  As more fully set forth in the attached Memorandum, Claimant
avers:

- BP proposed, and Claimant accepted, a Release that assured Claimant that upon
  execution of the Release, any future court decisions, good or bad, would have no
  impact on the validity and enforceability of the Release.

---

[1] Undersigned counsel refers to the Claimant pursuant to its claim number and has redacted identifying
information in this submission to ensure confidentiality of the individual claimant as provided for in the
Settlement Agreement Section 4.4.1, Doc. 6822; as well as Doc. 6573.
[2] A copy of the Release, with confidential information extracted, is attached hereto.

- The governing Release language specifically states that "it is possible that the terms of the proposed settlement may change in the future-for better or worse- as a result of further legal proceedings. **However, if you sign this Individual Release, none of those uncertain future events will affect you."**

- Claimant signed the Release before this Court issued an injunction on August 8, 2013.

- Claimant was issued a Post-Appeal Eligibility Notice on September 27, 2013, well before this Court's Order of October 2, 2013.[3]

- BP failed to seek a discretionary review on matching, although BP sought discretionary review on Causation, which was a moot issue and prohibited as a basis for appeal by this Court.

- The claims by and between Claimant and BP were resolved with a legally binding Full and Final Release executed, forever resolving the matters between these parties.

- The subsequent events after that date, including this Court's injunction order of October 2, 2013 had no bearing on this claim pursuant to the clear language of the Full and Final Release Agreement.

- The recent Fifth Circuit decision of *In Re: Deepwater Horizon, Young, Johnson, et al. v. BP Exploration & Production, Inc., et al.*, 14-30269, 786 F.3d 344 (5th Cir. 2015) which relied on the Master Settlement Agreement at issue, dictates that a final award was

---

[3] See, Post Appeal Eligibility Notice, attached hereto.

perfected by Claimant's signed release which is fully enforceable, binding, and irrevocable.

Accordingly, this Court should enforce the clear terms of the Full and Final Release Agreement and order the Claims Administrator to pay the claim referenced in the Release.

Respectfully Submitted,

/s/ Robert E. Couhig, Jr.
**Couhig Partners, LLC**
Robert Couhig, Jr. (Bar No. 4498)
Lisa L. Maher (Bar No. 21326)
3250 Entergy Centre
1100 Poydras Street
New Orleans, LA 70163
Telephone (504) 588-1288
FAX: (504) 588-9750
ATTORNEY FOR CLAIMANT

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 23rd day of November, 2015.

/s/ Robert E. Couhig, Jr.
Robert E. Couhig, Jr.