UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * | |
| | * | **CASE NO: MDL 2179** |
| **This Document Relates To:** | * | |
| 2:13-cv-02948, Southbrook Gulf Shores, LLC, et al. v. BP Exploration & Production, Inc., et al. *and* 2:10-cv-08888 (Short Form Joinder Doc. No. 70315) | * * * | **SECTION J** **Honorable CARL J. BARBIER** **Magistrate Judge SHUSHAN** |

## MOTION TO SUBSTITUTE COUNSEL AND SEVER

COMES NOW, Plaintiff **Southbrook Gulf Shores, LLC**, and respectfully moves this Honorable Court to SEVER Southbrook Gulf Shores, LLC's claims from *Port St. Joe Fla., LLC, et al. v. BP Exploration & Production, Inc., et al.*, (E.D. La. No. 13-02948) AND SUBSTITUTE Mary Beth Mantiply as Southbrook's counsel of record. As grounds, Southbrook Gulf Shores, LLC states:

1. Southbrook Gulf Shores, LLC, M. Shane Lucado and Mary Beth Mantiply are each in agreement that Mary Beth Mantiply should be SUBSTITUTED as counsel for Southbrook Gulf Shores, LLC. Southbrook, Lucado and Mantiply also agree that M. Shane Lucado should no longer serve as counsel for Southbrook.

2. M. Shane Lucado will continue representation of the remaining 7 (seven) plaintiffs in *Port St. Joe Fla., LLC, et al v. BP Exploration & Production, Inc., et al*, (E.D. La. No. 13-02948). All parties in *Port St. Joe Fla, LLC* and each undersigned counsel submit that SEVERANCE of Southbrook's claims will better serve judicial economy because severance will

eliminate unnecessary coordination with different factions of clients and counsel.

3. The undersigned counsel further request that SUBSTITUTION of Mary Beth Mantiply includes any and all claims under this Court's jurisdiction related to Southbrook Gulf Shores, LLC, Southbrook Development of Alabama, LLC, Michael Mabugat, Wes Lake Development of Alabama, LLC, Practorian Development of Delaware, LLC, and/or Practorian Development and Acquisitions, LLC to include Short Form Joinder , E.D. La. No. 10-8888 and E.D. La. No. 10-2771.

Respectfully Submitted,

M. SHANE LUCADO
SHELBY RODEN, P.C.
1 Perimeter Park South, Suite 435 S
Birmingham, AL 35243
Telephone: (205) 278-0025
Email: slucado@lucadolaw.com

New Counsel:

s/Mary Beth Mantiply
MARY BETH MANTIPLY
BALDWIN COUNTY AL LAW OFFICES FOR CIVIL LITIGATION, LLC.
Fed. Bar No. MANTM7470
P.O. Box 862
Montrose, AL 36559
Telephone: (251) 625-4040
Adele123m@aol.com
Plaintiff's Counsel

s/Neil C. Johnston, Jr.
NEIL C. JOHNSTON, Jr.
ASB-2968-X98K | JOHNN0326
LAW OFFICE OF NEIL C. JOHNSTON JR., LLC
150 Berwyn Drive West
Mobile, AL 36608
Telephone: (251) 709-8251
Facsimile: (251) 725-9732
NeilCJohnston@ncjlawoffice.com

Case 2:10-md-02179-CJB-DPC Document 15600 Filed 11/25/15 Page 3 of 3

## CERTIFICATE OF SERVICE

    I do hereby certify that the above Motion to Substitute Counsel and Sever has been served on all counsel of record by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 12, and by electronically filing the same with the Clerk of Court for the United States District Court for the Eastern District of Louisiana through the Clerk's CM/ECF Filing System on this ____ day of _____, 2015.

 

                                                _____
MARY BETH MANTIPLY
MANTIPLY & ASSOCIATES
P.O. Box 862
Montrose, AL 36559-0862
Telephone: (251) 625-4040
Email: adele123m@aol.com