UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | 2:13-cv-02948-CJB-SS |
| | **MDL NO. 2179** |
| **This document Relates to:** 2:13-cv-02948, Southbrook Gulf Shores, LLC, et al v. BP Exploration And Production, Inc, et al and *Cv 2:10-8888; (short form joinder Rec. Doc.  70315)* | **SECTION J** |
| | **JUDGE BARBIER** |
| | **MAGISTRATE JUDGE SHUSHMAN** |

## ORDER

Considering the Motion to sever and substitute counsel filed by Southbrook Gulf Shores, LLC:

It is ORDERED that the motion filed by the Movant, Southbrook Gulf Shores, LLC, is hereby granted.

Signed this ____ day of _____ , 2015.

_____

Honorable Carl J. Barbier
U.S. District Court Judge

1