## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater** | ) | **MDL No. 2179** |
| **Horizon" in the Gulf of Mexico, on** | ) | |
| **April 20, 2010** | ) | **SECTION J** |
| | ) | |
| **This Document Relates to: 2:13-cv-2544** | ) | **Judge Barbier** |
| | ) | **Mag. Judge Shushan** |

## ORDER

Upon consideration of the Motion of RBC Real Estate Finance, Inc. for Leave to File Amended Complaint, it is hereby ORDERED that RBC Real Estate Finance, Inc.'s Motion for Leave to File Amended Complaint is GRANTED.

Signed in New Orleans, Louisiana, this _____ day of _____, 2015.

_____

Judge Carl J. Barbier