# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT FOR
## THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | ) ) ) ) | MDL No. 2179<br><br>SECTION J |
| This Document Relates to: 2:13-cv-2544 | ) ) ) ) ) | Judge Barbier<br>Mag. Judge Shushan<br><br>JURY DEMAND |

## AMENDED COMPLAINT FOR DAMAGES

**NOW COME** Plaintiff RBC Real Estate Finance, Inc. and Assignee Lamplight Capital & Asset Management LLC, through undersigned counsel, who do allege, aver and represent as follows:

### NATURE OF THE ACTION

1. On or about April 20, 2010, the *Deepwater Horizon* drilling platform exploded and sank, causing a spill of over 200 million gallons of crude oil from the Macondo Well, MC-252, and resulting in the worst maritime environmental disaster in United States history.

2. Plaintiff and Assignee have suffered economic injury, damage and/or losses as a result of the oil spill.

### THE PARTIES, JURISDICTION AND VENUE

3. Plaintiff, RBC Real Estate Finance, Inc. (hereinafter "Plaintiff"), is a Delaware corporation with its principle place of business/operations located at 8081 Arco Corporate Drive, Suite 500, Raleigh, North Carolina 27617-2041.

4. Assignee, Lamplight Capital & Asset Management, LLC (hereinafter "Assignee"), is a limited liability company located in Texas with its principal place of

1

business/operations located at 10375 Richmond Avenue, Suite 1010, Houston, Texas 77042-4693.

5. Plaintiff and Assignee bring these claims pursuant to Federal General Maritime Law including/and/or the Oil Pollution Act of 1990 ("OPA"), 33 USC §2701, *et seq.*

6. Jurisdiction exists before this Court pursuant to Article III, Section 2 of the United States Constitution, which empowers the federal judiciary to hear "all Cases of admiralty and maritime jurisdiction.

7. Jurisdiction also exists before this Court pursuant to the Oil Pollution Act, 33 U.S.C. § 2717(b) (the "OPA").

8. Defendant, BP Exploration & Production, Inc. ("BP Exploration"), is a Delaware corporation with its principal place of business in Warrenville, Illinois. BP Exploration was designated as a "Responsible Party" by the U.S. Coast Guard under the Oil Pollution of 1990, 33 U.S.C. §2714. This court has personal jurisdiction over BP Exploration, because BP Exploration is registered to do business in Alabama, does business in Alabama, and has a registered agent in Alabama.

9. Defendant, BP America Production Company ("BP America"), is a Delaware corporation with its principal place of business in Houston, Texas. This Court has personal jurisdiction over BP America, because BP America is registered to do business in Alabama, does business in Alabama, and has a registered agent in Alabama.

10. Defendant, BP p.l.c., is a British public limited company with its corporate headquarters in London, England. BP p.l.c. is the global parent company of the worldwide business operating under the "BP" logo. BP p.l.c. operates its various business divisions, such as the "Exploration and Production" division within BP Exploration and BP America, through vertical business arrangements aligned by

2

product or service groups. BP p.l.c.'s operations are worldwide, including in the United States. Defendants BP Exploration and BP America are wholly-owned subsidiaries of BP p.l.c. and are sufficiently controlled by BP p.l.c. so as to be BP p.l.c.'s agents in Alabama and the U.S. more generally. Plaintiff and Assignee further adopt and incorporate by reference all jurisdictional allegations against BP p.l.c. set forth in Paragraphs 212-218 of the Amended B1 Master Complaint, Document No. 1128 filed in MDL No. 2179, *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.*

11. BP Exploration, BP America, and BP p.l.c. are generally referred to herein collectively as the "BP Defendants" or "BP."

12. Defendant, Halliburton Energy Services, Inc., is a Delaware corporation with its principal place of business in Houston, Texas. Halliburton is registered to do and does business in the State of Alabama. Halliburton provided engineering services, materials, testing, mixing, and pumping for cementing operations on board the Deepwater Horizon, as well as onshore engineering support for those operations.

13. Halliburton division Sperry Drilling Services (formerly Sperry Sun Drilling Services) was responsible for mudlogging personnel and equipment on the Deepwater Horizon, including downhole drilling tools. Sperry mudlogging personnel were partially responsible for monitoring the well, including mud pit fluid levels, mud flow in and out of the well, mud gas levels, and pressure fluctuations. "Halliburton" shall refer to both Halliburton Energy Services, Inc. and its Sperry division.

14. Defendant, Transocean Ltd., is a Swiss corporation than maintains substantial U.S. offices in Houston, Texas. Transocean Ltd. is registered to do and does business in the State of Alabama. Transocean Ltd. was an owner, managing owner, and/or operator of the Deepwater Horizon.

3

15. Defendant, Transocean Offshore Deepwater Drilling, Inc., is a Delaware Corporation with its principal place of business in Houston, Texas. Transocean Offshore Deepwater Drilling, Inc. is registered to do and does business in the State of Alabama. Transocean Offshore Deepwater Drilling, Inc. is affiliated with Transocean ltd. and was an owner, managing owner, and/or operator of the Deepwater Horizon.

16. Defendant, Transocean Deepwater, Inc., is a Delaware Corporation with its principal place of business in Houston, Texas, and that at all pertinent times was doing business in the State of Alabama. Transocean Deepwater Drilling, Inc. is affiliated with Transocean ltd. and was an owner, managing owner, and/or operator of the Deepwater Horizon.

17. Defendant, Transocean Holdings, Inc., is a Delaware Corporation with its principal place of business in Houston, Texas. Transocean Holdings, Inc. is registered to do and does business in the State of Alabama. Transocean Holdings, Inc. is affiliated with Transocean ltd. and is a wholly-owned subsidiary of Transocean Offshore Deepwater Drilling, Inc. Transocean Holdings, Inc. is an owner, managing owner, and/or operator of the Deepwater Horizon, and participated in the Deepwater Horizon's offshore drilling operations at the Macondo prospect, where the oil spill originated. More specifically, Transocean Holdings, Inc. is party to the contract with BP regarding the lease of the Deepwater Horizon for drilling operations in the Gulf of Mexico. On April 28, 2010, the U.S. Coast Guard named Transocean Holdings, Inc. as a "Responsible Party" under the Oil Pollution Act for the surface oil spill resulting from the blowout by the Deepwater Horizon.

18. Venue is proper in this jurisdiction because the Defendants' actions, inactions, and failures directly and proximately caused the damage and harm to the Plaintiff and Assignee in this jurisdiction. The damages suffered by Plaintiff and Assignee arise

4

from the oil spill's devastating impact on the Holiday Isle Condominium located in Dauphin Island, Alabama.

## FACTUAL BACKGROUND

19. Plaintiff and Assignee adopt and incorporate as if fully restated herein the factual allegations, causes of action, and prayer for relief, raised in the Amended B1 Master Complaint, Document No. 1128 filed in MDL No. 2179, *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010* (the "MDL Complaint").

20. Plaintiff and Assignee further adopt and incorporate as if restated herein all factual allegations information contained in the Direct Filing Short Form/Short Form Joinder, Rec. Doc. No. 112714, filed by Plaintiff into No. 10-8888.

21. Plaintiff and Assignee further adopt and incorporate as if fully restated herein Plaintiffs' Supplemental and Amended Responses to Phase One Written Discovery Requests, dated October 8, 2011; Amended Response to Phase One Request for Admission No. 76, dated December 27, 2011; and Supplemental and Amended Responses to Phase One Interrogatories Nos. 6, 7, and 17, dated December 14, 2012.

22. Plaintiff is a real estate financing company/financial institution.  Holiday Isle, LLC developed the Holiday Isle Condominium located in Dauphin Island, Alabama. Holiday Isle Condominium consists of one hundred forty-five (145) units.  RBC Bank (USA), as assignee of AmSouth Bank, was the construction lender/mortgagee on the Holiday Isle Project.  Pursuant to an assignment by RBC Bank (USA) (formerly RBC Centura Bank), Plaintiff acquired all rights, mortgages, agreements, contracts and assignments from RBC Bank (USA).

23. Prior to the oil spill, Holiday Isle, LLC filed for Chapter 11 bankruptcy.  A Reorganizational Plan was approved by the Bankruptcy Court on November 3, 2009.

Under the Plan, Holiday Isle, LLC continued to market and sell the units. Holiday Isle, LLC was required to sell a certain number of units per month. After the oil spill, the market for units in Holiday Isle Condominium virtually disappeared. Holiday Isle, LLC was not able to generate sales after the oil spill, resulting in the inability of it to make payments to Plaintiff from closings as required by the Plan.

24. On August 27, 2010, Plaintiff foreclosed its construction loan and took title to the remaining eighty-two (82) unsold units. At the foreclosure sale, the amounts Plaintiff bid for the remaining eighty-two (82) units reflected an appraised value which was substantially less that what Holiday Isle, LLC was selling similar units for pre-spill. In addition, Plaintiff sold several units post-foreclosure for substantially less than what Holiday Isle, LLC was selling units for pre-spill. The post-spill sales price was approximately $50,000.00 less per unit compared to pre-spill. Eighty-two (82) units multiplied by $50,000.00 equals $4,100,000.00 in damages.

25. In addition, Plaintiff has incurred a total of approximately $2,078,560.66 in carrying costs and expenses through January 8, 2013. These carrying costs and expenses will continue to increase until all of the units are sold. Due to the oil spill, Plaintiff is claiming compensatory damages of at least $6,178,560.66 to date.

26. The oil spill directly damaged/harmed Plaintiff. There was substantial oil on Plaintiff's property which caused physical injury to Plaintiff's property. A BP clean-up staging area was on Plaintiff's property. As such, Plaintiff's damages/injuries fall under general maritime law as established by *Robbins Dry Dock*.

27. Because Plaintiff is a financial institution, it appears to be excluded from the Class Action Settlement (except for its Coastal Real Property claims which are "Expressly Reserved Claims" under the terms of the Class Action Settlement).

28. Plaintiff, out of an abundance of caution, made and/or re-made "presentment" of its

claim in accord with 33 USC §§ 2702(b) and 2713 by submitting a description of the claim with a "sum certain" and some supporting documentation to BP as the "responsible party" under OPA *via* U.S. Mail on January 10, 2013.  A copy of the cover letter to the claim is appended hereto as Exhibit "1".  BP received the claim on January 14, 2013.  See Exhibit "2".  On January 21, 2013, BP acknowledged receiving the claim.  A copy of BP's January 21, 2013 letter acknowledging receipt of the claim and mistakenly referring it to the Court Supervised Settlement Facility is appended hereto as Exhibit "3".

29. On January 25, 2013, Plaintiff sent BP a letter regarding BP mistakenly referring the claim to the Court Supervised Settlement Facility.  See Exhibit "4".  On March 21, 2013, BP sent Plaintiff a second letter acknowledging receipt of the claim and that is was properly submitted to BP.  A copy of BP's March 21, 2013 letter is appended hereto as Exhibit "5".

30. Because Plaintiff previously asserted claims against the responsible party through its prior claim filed with the Gulf Coast Claims Facility (GCCF No. 1189014 – the claims were filed in addition to the ones filed by Holiday Isle, LLC), the presentment on or about January 10, 2013 was made and/or re-made out of an abundance of caution.

31. BP did not respond to the claim within ninety (90) days of presentment.  Therefore, BP either denied the claim or otherwise failed to satisfy/pay the claim within ninety (90) days of presentment.

32. In 2013, Assignee Lamplight Capital & Asset Management, LLC entered into an agreement with Plaintiff RBC Real Estate Finance, Inc. to purchase various real property assets, claims, judgments, settlement agreements, deficiency rights, etc., which included all BP oil spill related claims regarding the Holiday Isle Condominium in Dauphin Island, Alabama and Holiday Isle, LLC.  In the aforementioned agreement,

RBC Real Estate Finance, Inc. assigned all BP oil spill related claims to Lamplight Capital & Asset Management, LLC regarding the Holiday Isle Condominium and Holiday Isle, LLC.  A copy of the Agreement Regarding Oil Spill Related Claims is appended hereto as Exhibit "6".

33. Accordingly, RBC Real Estate Finance, Inc. acknowledges and agrees that all future compensation that it would have been entitled to receive (but for the assignment) from any BP oil spill related claim concerning Holiday Isle Condominium and Holiday Isle, LLC shall be paid to Lamplight Capital & Asset Management, LLC as Assignee.  This includes, but is not limited to, any future compensation received from the lawsuit filed in the United States District Court for the Southern District of Alabama (Civil Action No. 1:13-cv-00194-C) and transferred to the United States District Court for the Eastern District of Louisiana (MDL No. 13-2544), and MDL No. 2179 pending in the United States District Court for the Eastern District of Louisiana.  See Exhibit "6".

34. Due to the oil spill, Assignee is claiming compensatory damages of at least $6,178,560.66 to date.

## CLAIMS FOR RELIEF

35. Plaintiff and Assignee adopt and incorporate as if restated herein, all claims for relief raised in the MDL Complaints against the Defendants as responsible parties under the Oil Pollution Act, 33 USC §2701, et seq., which holds responsible parties liable to Plaintiff and Assignee for removal costs and damages arising out of the following:

     a.   Loss of Natural Resources;

     b.   Loss or Damage to Real or Personal Property;

     c.   Subsistence Use;

     d.   Loss of Revenues;

     e.   Loss of Profits and/or Earning Capacity; and

    f.   Loss of Public Services.

36. Plaintiff and Assignee adopt and incorporate as if restated herein, all claims for relief raised in the MDL Complaints against all defendants identifying General Maritime Law causes of action and claims for relief relating to the following:

    a.   Negligence; and

    b.   Gross Negligence and Willful Misconduct.

37. Plaintiff and Assignee adopt and incorporate as if restates herein, all claims for relief raised in the MDL Complaints against all defendants for Punitive Damages arising out of willful and wanton misconduct and/or gross negligence as alleged and described in the MDL Complaints.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff RBC Real Estate Finance, Inc. and Assignee Lamplight Capital & Asset Management, LLC demand judgment against Defendants, jointly, severally, and *in solido,* as follows:

    a.   Economic and compensatory damages in amounts to be determined at trial, but no less than $6,178,560.66;

    b.   Punitive Damages;

    c.   Pre-judgment and post-judgment interest at the maximum rate allowable by law;

    d.   Reasonable claims preparation expenses;

    e.   Attorneys' fees;

    f.   Costs of litigation; and

    g.   Such other and further relief available under all applicable state and federal laws and any relief the Court deems just and appropriate.

## REQUEST FOR TRIAL BY JURY

Plaintiff and Assignee request that the above and foregoing be heard at trial by a jury of peers.

Respectfully submitted by,
**DANIELL, UPTON & PERRY, P.C.**
**30421 Highway 181**
**Daphne, AL 36527**
**(251) 625-0046 (Voice)**
**(251) 625-0464 (Fax**

/s/  David A. Busby
David A. Busby (Federal Bar # BUSBD-4991)
**dab@dupm.com** (E-mail)

David F. Daniell (Federal Bar # DANID-1333)
**dfd@dupm.com** (E-Mail)

Jonathan R. Law (Federal Bar # LAWJ-7439)
**jrl@dupm.com** (E-Mail)

**Attorneys for Plaintiff RBC Real Estate**
**Finance, Inc. and Assignee Lamplight Capital**
**& Asset Management, LLC**

**Dated:  November 30, 2015.**

## CERTIFICATE OF SERVICE

I, David A. Busby, hereby certify that on November 30, 2015, I caused a true and correct copy of Plaintiff RBC Real Estate Finance, Inc.'s and Assignee Lamplight Capital & Asset Management, LLC's Amended Complaint to be transmitted by File&ServeXpress upon all counsel of record.

s/David A. Busby
David A. Busby

10

EXHIBIT 1

# DANIELL, UPTON & PERRY, P.C.

### ATTORNEYS AND COUNSELORS AT LAW
MALBIS PLANTATION PARKWAY
30421 HIGHWAY 181
DAPHNE, ALABAMA 36526
(251) 625-0046
www.daniellupton.com

DAVID F. DANIELL †•
MARK J. UPTON *
JAMES LYNN PERRY* ♦
WILLIAM D. ANDERSON *
JONATHON R. LAW
DAVID A. BUSBY ♪•♣
L. BLADE THOMPSON *♪

† ALSO ADMITTED IN TENNESSEE
* ALSO ADMITTED IN FLORIDA
• ALSO ADMITTED IN MISSISSIPPI
♪ ALSO ADMITTED IN GEORGIA
♣ ALSO ADMITTED IN TEXAS

MAILING ADDRESS:

P. O. BOX 1800
DAPHNE, AL 36526

FAX:
(251) 625-0464

♦ CERTIFIED AS A CIVIL
TRIAL SPECIALIST BY
THE NATIONAL BOARD OF
TRIAL ADVOCACY

**January 10, 2013**

**VIA First Class Mail & Email:** bpclaimsprogram@bp.com

BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

      **Re:**   **Deepwater Horizon Incident**
            **RBC Real Estate Finance, Inc.**
            **Our File No.: 99735-12043**

To Whom It May Concern:

    We represent RBC Real Estate Finance, Inc. On February 4, 2011, we initially filed a claim solely on behalf of Holiday Isle, LLC with the Gulf Coast Claims Facility (GCCF# 1189014). On November 16, 2011, we provided GCCF with supplemental information requested by Kenneth Feinberg and Bill Mulvey regarding both Holiday Isle, LLC and RBC Real Estate Finance, Inc.

    Holiday Isle, LLC developed the Holiday Isle Condominium located in Dauphin Island, Alabama. Holiday Isle Condominium consists of 145 units. RBC Bank (USA), as assignee of AmSouth Bank, was the construction lender/mortgagee on the Holiday Isle Project. Pursuant to an assignment by RBC Bank (USA) (formerly RBC Centura Bank), RBC Real Estate Finance, Inc. ("REFI") acquired all rights, mortgages, agreements, contracts and assignments from RBC Bank (USA).

    Prior to the oil spill, Holiday Isle, LLC filed for Chapter 11 bankruptcy. A Reorganizational Plan was approved by the Bankruptcy Court on November 3, 2009. Under the Plan, Holiday Isle, LLC continued to market and sell the units. Holiday Isle, LLC was required to sell a certain number of units per month. After the oil spill, the market for units in Holiday Isle Condominium virtually disappeared. Holiday Isle, LLC was not able to generate sales after the oil spill, resulting in the inability of it to make payments to REFI from closings as required by the Plan.

    On August 27, 2010, REFI foreclosed its construction loan and took title to the remaining 82 unsold units. At the foreclosure sale, the amounts REFI bid for the remaining 82 units reflected an appraised value which was substantially less that what Holiday Isle, LLC was selling similar units for pre-spill. In addition, REFI sold several units post-foreclosure for substantially less than what Holiday Isle, LLC was selling units for pre-spill.

The post-spill sales price is approximately $50,000.00 less per unit compared to pre-spill. 82 units multiplied by $50,000.00 equals $4,100,000.00 in damages. In addition, REFI has incurred a total of approximately $2,078,560.66 in carrying costs and expenses through January 8, 2013. These carrying costs and expenses will continue to increase until all of the units are sold. Due to the oil spill, REFI is claiming compensatory damages of at least $6,178,560.66 to date.

For over a year, we negotiated directly with Mr. Feinberg and Mr. Mulvey. Before a settlement could be reached on this claim, the Class Action Settlement was agreed to by BP. Thereafter, GCCF quit processing claims and the Deepwater Horizon Claims Center took over.

Since REFI is financial institution, it is excluded from the Class Action Settlement (except for its Coastal Real Property claims which are "Expressly Reserved Claims").

Pursuant to the Oil Pollution Act of 1990, REFI presents this Full and Final Payment Claim to BP for payment.   REFI demands $6,178,560.66 in compensatory damages plus $20,000,000 in punitive damages, for a total claim of $26,178,560.66.  In support of its claim, REFI provides the following:

1. The sales history of the entire Holiday Isle Project, including units sold, the dates the units were sold, how much the units sold for, and the square footage price.   A spreadsheet containing all of the sales information is attached hereto as Exhibit "A".
2. The HUD Statements are attached hereto as cumulative Exhibit "B".
3. The Deeds of the five units sold at the foreclosure sale are attached hereto as cumulative Exhibit "C".
4. A description of the make-up of the units.   There are a total of 145 units including 1 commercial unit.   There are 76 two bedroom/two bath units, 54 three bedroom/two bath units, 14 three bedroom/three bath end units, and 1 commercial unit.   See Exhibit "D".
5. Post-foreclosure carrying costs and expenses through 1/8/2013.   See Exhibit "E".
6. Financing terms throughout the history of the Holiday Isle Project.   See cumulative Exhibit "F".
7. Photographs of the oil spill damage and BP clean-up staging area at Holiday Isle Condominium.   See cumulative Exhibit "G".

Please process and pay this $26,178,560.66 Full and Final Claim as soon as possible.

Sincerely,

DAVID A. BUSBY
For the Firm

Enclosures
CC: Bob Clute, Esq. (via email)
      Daniel Reid (via email)

# EXHIBIT 2



**UNITED STATES**
**POSTAL SERVICE.**

Date: 01/14/2013

LYNN MCGRAW:

The following is in response to your 01/14/2013 request for delivery information on your
Signature Confirmation(TM) item number 2308 0440 0000 0374 3444. The delivery record
shows that this item was delivered on 01/14/2013 at 07:55 AM in HOUSTON, TX 77051 to C
VEGA. The scanned image of the recipient information is provided below.

Signature of Recipient:



Address of Recipient:



Thank you for selecting the Postal Service for your mailing needs. If you require additional
assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

RBC Real Estate Finance, Inc.
Mailed 1-10-13

U.S. Postal Service™ Signature Confirmation Receipt

Postage and Signature Confirmation fees must be paid before mailing.

SIGNATURE CONFIRMATION NUMBER:
2308 0440 0000 0374 3444

[Please Print Clearly]

Postmark
Here

DAPHNE
AL 36521

USPS
JAN 10 2013

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel

# EXHIBIT 3

*1002274-01*



JANUARY 21, 2013

DANIELL, UPTON & PERRY, P.C.
DAVID BUSBY
PO BOX 1800
DAPHNE, AL 36526-1800

Re:   *Referral to Court Supervised Settlement Facility*
      Claim No.: 1002274-01

Dear DAVID BUSBY:

The BP Claims Program has received your claim form submitted on behalf of RBC REAL ESTATE FINANCE, INC.. The BP Claims Program only processes claims made by claimants who (1) are not members of the class defined by the class action settlement reached between BP and the Plaintiffs' Steering Committee in relation to *In re: Gulf Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL No. 2179;* or (2) voluntarily opted out of the class action settlement on or before November 1, 2012. Upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement. This settlement established a Court Supervised Settlement Program that accepts claims for economic and property damage for class members who did not voluntarily opt out of the settlement.

For information on the class settlement, including what claims are eligible under the terms of the settlement agreement, please contact the Court Supervised Claims Program at 1-866-992-6174, or visit the Court Supervised Claims Program website at www.DeepwaterHorizonSettlements.com. You may also contact the Plaintiffs' Steering Committee for the Settlement Class by visiting their website at www.bpmdl2179.com.

Sincerely,

BP Claims Program

*1002274*

# EXHIBIT 4

# DANIELL, UPTON & PERRY, P.C.

### ATTORNEYS AND COUNSELORS AT LAW
#### MALBIS PLANTATION PARKWAY
#### 30421 HIGHWAY 181
#### DAPHNE, ALABAMA 36526
#### (251) 625-0046
*www.daniellupton.com*

DAVID F. DANIELL †♦
MARK J. UPTON ❋
JAMES LYNN PERRY• ♦
WILLIAM D. ANDERSON ❋
JONATHON R. LAW
DAVID A. BUSBY ✗•▲
L. BLADE THOMPSON ❋✗

† ALSO ADMITTED IN TENNESSEE
❋ ALSO ADMITTED IN FLORIDA
• ALSO ADMITTED IN MISSISSIPPI
✗ ALSO ADMITTED IN GEORGIA
▲ ALSO ADMITTED IN TEXAS

MAILING ADDRESS:

P.O. BOX 1800
DAPHNE, AL 36526

FAX:
(251) 625-0464

♦ CERTIFIED AS A CIVIL
TRIAL SPECIALIST BY
THE NATIONAL BOARD OF
TRIAL ADVOCACY

**January 25, 2013**

**Via Facsimile & Email:**   1-866-542-4785   bpclaimsprogram@bp.com

BP Claims Program
P.O. Box 330919
Houston, TX 77233-0919

      **Re:**   **Deepwater Horizon Incident**
               **RBC Real Estate Finance, Inc.**
               **Claim Nos.:  1002274-01**
               **Our File No.:  99735-12043**

To Whom It May Concern:

     We represent RBC Real Estate Finance, Inc.   On January 10, 2013, we filed a $6,178,560.66 Final Payment Claim (plus $20,000,000 in punitive damages) on behalf of RBC Real Estate Finance, Inc. with the BP Claims Program.

     On January 25, 2013, we received a letter from BP dated January 21, 2013 that states "upon review of your claim, it appears that you may be a member of the class defined in the class action settlement agreement."  Please be advised is a real estate financing company/financial institution.  Therefore, it is excluded from the class action (except for the Coastal Real Property claims/Expressly Reserved Claims that it filed with the Claims Center).  Enclosed is a copy of the January 21, 2013 letter for your reference.

     Please confirm receipt of this letter and acknowledge that RBC Real Estate Finance, Inc. is not precluded from filing a claim with the BP Claims Program.

     Please process and pay this $26,178,560.66 Full and Final Claim as soon as possible.

                                 Sincerely,

                                 **DAVID A. BUSBY**
                                 For the Firm

Enclosure

# EXHIBIT 5

*1002274-01*



bp

MARCH 21, 2013

DANIELL, UPTON & PERRY, P.C.
DAVID BUSBY
PO BOX 1800
DAPHNE, AL 36526-1800

Re:    *Acknowledgement of Receipt of Claim Form for Opt Out Claimants or Excluded Claimants*
        Claim No.: 1002274-01

Dear DAVID BUSBY:

The BP Claims Program recently received a claim form (or forms) submitted on behalf of RBC REAL
ESTATE FINANCE, INC. in relation to the Deepwater Horizon incident on April 20, 2010 and subsequent
oil spill.  Your claim has been assigned number 1002274-01.

If you have questions about the BP Claims Program or wish to speak with one of our representatives,
please contact us toll-free at: 1-855-687-2631.  Please reference the above claim number when calling.
Additional information is also available at www.bp.com/claims.

***All Claimants have the right to consult with an attorney of their own choosing prior to accepting any***
***settlement of claims or signing a release of legal rights.***

Sincerely,

BP Claims Program

*1002274*

EXHIBIT 6

## AGREEMENT REGARDING OIL SPILL RELATED CLAIMS

In 2013, Lamplight Capital & Asset Management, LLC ("Lamplight") entered into an agreement with RBC Real Estate Finance, Inc. ("REFI") to purchase various real property assets, claims, judgments, settlement agreements, deficiency rights, etc., which included all BP oil spill related claims regarding the Holiday Isle Condominium in Dauphin Island, Alabama and Holiday Isle, LLC.

In the aforementioned agreement, REFI assigned all BP oil spill related claims to Lamplight regarding the Holiday Isle Condominium and Holiday Isle, LLC.

Accordingly, REFI acknowledges and agrees that all future compensation that it would have been entitled to receive (but for the assignment) from any BP oil spill related claim concerning Holiday Isle Condominium and Holiday Isle, LLC shall be paid to Lamplight as Assignee. This includes, but is not limited to, any future compensation received from the *Deepwater Horizon* Economic and Property Damages Settlement/Class Action, Halliburton Settlement/Class Action, Transocean Settlement/Class Action, the lawsuit filed in the United States District Court for the Southern District of Alabama (Civil Action No. 1:13-cv-00194-C) and transferred to the United States District Court for the Eastern District of Louisiana (MDL No. 13-2544), and MDL No. 2179 pending in the United States District Court for the Eastern District of Louisiana.

**LAMPLIGHT CAPITAL &**
**ASSET MANAGEMENT, LLC**

By: _____

Name: DANIEL B. RUD

Title PRESIDENT

**RBC REAL ESTATE FINANCE, INC.**

By: _____

Name: Jame Tedm Jr.

Title: President

1

**STATE OF TEXAS**

**COUNTY OF** _Harris_

I, _Christina L. Juckes_, a Notary Public in and for said State and County, hereby certify that _Daniel B. Reid_, who is named as _President_ of **Lamplight Capital & Asset Management, LLC** is signed to the foregoing Agreement and who is known to me, acknowledged before me on this day that, being informed of the contents of the above and foregoing Agreement, and in his capacity as such _____, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal of office this _6th_ day of _December_, 2015.

```
┌─────────────────────────────┐
│  ★  CHRISTINA L. JUCKES      │
│     MY COMMISSION EXPIRES    │
│     December 10, 2017        │
└─────────────────────────────┘
```

_Christina L. Juckes_
**NOTARY PUBLIC**
**My Commission Expires:** _12/10/17_

2

**STATE OF NORTH CAROLINA**

**COUNTY OF** _Wake_

I, _Judith M Felton_, a Notary Public in and for said State and County, hereby certify that _James Team_, who is named as _President_ of **RBC Real Estate Finance, Inc.** is signed to the foregoing Agreement and who is known to me, acknowledged before me on this day that, being informed of the contents of the above and foregoing Agreement, and in his capacity as such _____, executed the same voluntarily on the day the same bears date.

Given under my hand and official seal of office this _18th_ day of _November_, 2015.

_Judith M Felton_
**NOTARY PUBLIC**
**My Commission Expires:** _3-10-2020_

3