

# DEEPWATER HORIZON CLAIMS CENTER
## ECONOMIC & PROPERTY DAMAGE CLAIMS

- Home
- News and Developments
- Firm Administration
- Download Files
- Claimant Activity
- Reporting
- Notices
- Forms
- Payments
- Change Password / Email
- Log Off

## Claims Events/Notices

<< Back

### Claimant Information

- **Claimant ID:** 100069247
- **GCCF Claimant ID:**
- **Taxpayer Type:** Business
- **SSN/EIN:** *****5623
- **Represented By:** Couhig Partners, LLC
- **Portal User:** N/A
- **Name:**
- **Business Address:**
- **Preferred Language:** English

### Claim Information

- **Claim ID:** 32395
- **Claim Type:** Business Economic Loss
- **Claimed Benchmark Period:** 2009
- **Business name:** Bremermann Designs
- **Address:** 3943 Magazine Street, New Orleans, LA, 70115

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Policy 70 Review Concluded | 08/19/2015 | | | | |
| Reconsideration of Policy 70 Denial Notice Requested | 07/13/2015 | | | | |
| Policy 70 Denial Notice Regarding Second Request for IRS Authorization Forms | 06/23/2015 | 07/23/2015 11:59 PM CST | | 06/24/2015 | Robert, Couhig Jr. |
| Incompleteness Notice Regarding Request for Authorization Forms | 04/10/2015 | 05/11/2015 11:59 PM CST | Print / View Notice | 04/13/2015 | Robert, Couhig Jr. |
| Initial Notice of Request for Authorization Forms | 02/04/2015 | 03/06/2015 11:59 PM CST | Print / View Notice | 02/09/2015 | Robert, Couhig Jr. |
| Returned to Claims Administrator for Review under Policy 495 | 07/23/2014 | | | | |
| Claim Payment Documentation Accepted | 10/04/2013 | | | | |
| Post Appeal Eligibility Notice | 09/09/2013 | | | | |
| Appeal Panel Decision Notice | 09/06/2013 | | | | |
| Final Proposals Notice | 07/29/2013 | | | | |
| Claimant Submitted Final Proposal for Appeal | 07/26/2013 | | | | |
| BP Submitted Final Proposal for Appeal | 07/26/2013 | | | | |
| Initial Proposals Notice | 07/17/2013 | | | | |
| BP Submitted Initial Proposal for Appeal | 07/16/2013 | | | | |
| Claimant Submitted Initial Proposal for Appeal | 07/16/2013 | | | | |
| Claim Payment Documentation Incomplete | 07/08/2013 | | | | |
| BP Appeal of Eligibility Notice | 07/01/2013 | | | | |
| BP Requested Payment Appeal | 06/29/2013 | | | | |
| Eligibility Notice | 06/19/2013 | | | | |
| Response to Follow-Up Incompleteness Notice Received | 05/24/2013 | | | | |
| Follow-Up Incompleteness Notice | 04/10/2013 | | | | |
| Response to Follow-Up Incompleteness Notice Received | 02/08/2013 | | | | |
| Follow-Up Incompleteness Notice | 01/11/2013 | 02/11/2013 11:59 PM CST | | 07/09/2013 | GCG, SystemAdmin |
| Claims Review | 12/12/2012 | | | | |
| | 12/06/2012 | | | | |



EXHIBIT 3

| | | | | | |
|---|---|---|---|---|---|
| Response to Incompleteness Notice Received | | | | | |
| Incompleteness Notice | 11/15/2012 | | | | |
| Claims Review | 11/08/2012 | | | | |
| Claim Form Submitted | 07/11/2012 | | | | |