UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179  SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[OPA Test Cases – Conference on Monday, November 30, 2015]

1. **Bisso**.

Bisso reported that, by the close of business on **Friday, December 4, 2015**, it will: (a) identify the clawback documents; (2) provide complete privilege logs; and (3) amend its responses to interrogatories. The parties will schedule depositions of Bisso witnesses for January and BP witnesses for February.

2. **Wadleigh**.

Wadleigh reported that it was very close to completing document production. It will report on the status of the privilege log at the next conference.

A damage model will provide information sought by BP's interrogatories. It will be produced by the end of January. The expert preparing the model, Harold Asher, will be out for a week with surgery, so the completion of the model is delayed. Mr. Asher is working on similar

---

[1] The OPA Causation Test Cases are:

  Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
  Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
  Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
  Blake International USA Rigs, LLV v. BP Exploration & Production, Inc., et al, 13-1185.
  Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
  Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
  Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

damage models for Bisso and Blake.

BP will provide counsel for Wadleigh with its recent letter concerning the interrogatory issues. It believes that an expert report/deposition will be unable to satisfy all of the interrogatory issues.

3. **Blake**.

Blake's documents are being manually scanned. It is a little behind Wadleigh in the completion of document production and preparation of a privilege log. It anticipates relying on the expert's damage model to respond to most of BP's interrogatory issues.

4. **Stipulations**.

The parties were reminded of the need to work on stipulations.

5. **Prior Motions**.

The parties will be able to comply with the deadline of **Wednesday, December 16, 2015** to file their motions. Oppositions are due on **January 6, 2015**. Replies are due on **January 20, 2016**.

6. **Cross-Motions for Summary Judgment**.

The deadline will be in April 2015. The Court will email the parties with the filing date.

7. **Next Conference**.

The next telephone status conference is on **Wednesday, December 9, 2015, at 1:30 p.m**.

New Orleans, Louisiana, this 30th day of November, 2015.

                                             **SALLY SHUSHAN**
                                             United States Magistrate Judge