UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  OIL SPILL BY THE OIL RIG    *   10-MD-2179
        DEEPWATER HORIZON IN THE    *
        GULF OF MEXICO ON           *   Section J
        APRIL 20, 2010              *
                                    *   November 30, 2015
                                    *
Applies to:  13-0706, 13-0810       *   New Orleans, Louisiana
             13-1143, 13-1185       *
             13-1222, 13-1386       *
             13-2006                *
                                    *
* * * * * * * * * * * * * * * * * *
```

STATUS CONFERENCE BEFORE THE
HONORABLE SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

Official Court Reporter:       Toni Doyle Tusa, CCR, FCRR
                               500 Poydras Street, B-275
                               New Orleans, Louisiana 70130
                               (504) 589-7778

Proceedings recorded by mechanical stenography using computer-aided transcription software.

# INDEX

|  | Page |
|---|---|
| Bisso | 3 |
| Wadleigh and Blake | 5 |
| Stipulations | 9 |
| Prior Motions | 9 |

**PROCEEDINGS**

**(November 30, 2015)**

11:05  **THE COURT:** Hello. Hey, guys. How's it going?

11:05  **MR. ROY:** Great.

11:05  **THE COURT:** Well, let's talk about it. We are back in weekly conferences, huh?

11:06  **MR. WILLIAMS:** If you say so.

11:06  **THE COURT:** Seems that way to me. How's it seem to you guys? We could do it every other week if you prefer, but we are back in regular conferences. Let's put it that way.

Let's talk about Bisso first. We had the completion of production of documents. Where do we stand, first, on clawback issues?

11:06  **MR. STERBCOW:** According to Avansic, we are going to have the complete clawback document to BP this week.

11:06  **THE COURT:** Guys, we have a court reporter. So if you identify yourselves when you speak, that would help.

11:06  **MR. STERBCOW:** Paul Sterbcow.

11:06  **THE COURT:** I gave it to her. Thanks, Paul.

So we are looking at getting that taken care of this week. How about work toward completion of the privilege log?

11:06  **MR. STERBCOW:** The same thing.

11:07  **THE COURT:** Then the amended responses to BP's interrogatories?

11:07  1     **MR. STERBCOW:**  I told Matt I would have those in
11:07  2  their hands by close of business on Friday, and that's my
11:07  3  intent.
11:07  4     **THE COURT:**  Lovely.  Now, have you all talked to each
11:07  5  other about scheduling the Bisso witnesses?
11:07  6     **MR. STERBCOW:**  Only insofar as I think we wanted to
11:07  7  try to start picking dates in January.
11:07  8          Is that right, Matt?
11:07  9     **THE COURT:**  Right.
11:07 10     **MR. REGAN:**  Judge, this is Matt Regan.  Paul, Duke,
11:07 11  Chris, and I spoke right before the holiday last week.  We are
11:07 12  going to try this week to get together.  Paul is going to give
11:07 13  us his sense of -- from our original list of witnesses, kind of
11:07 14  an update of where things stand so that we can make some
11:07 15  judgments about the depositions and kind of go from there.
11:07 16     **THE COURT:**  Good.
11:07 17     **MR. REGAN:**  That's where that stands, so no formal
11:07 18  dates yet.  Obviously, for us, we want to finish with the
11:08 19  documents.  We want to finish with the interrogatories.  We
11:08 20  want to see if there's any issues, but use this month to try to
11:08 21  get that stuff squared away, so that when we do get into
11:08 22  depositions we kind of have the written discovery issues
11:08 23  squared away.
11:08 24     **THE COURT:**  Fine.  Paul or Duke, how are we doing on
11:08 25  Wadleigh and Blake?

11:08   1            **MR. HERMAN:**  This is Steve Herman.
11:08   2            **THE COURT:**  Hey, Steve.
11:08   3            **MR. HERMAN:**  Hey, Judge.  I will let Duke handle
11:08   4  Blake.
11:08   5            On Wadleigh, we think we are very close to
11:08   6  finishing the initial production, based on the deficiencies
11:08   7  that BP has alleged so far.  I'm hoping to get that done this
11:08   8  week.  It might be next week, but I'm hopeful this week.
11:08   9            Matt also raised a few issues that he wants us
11:08  10  to follow up with the client on, which we are doing.  So that
11:09  11  will hopefully cover most of the document issues.
11:09  12            I'm not sure if we have got a formal letter or
11:09  13  anything on the interrogatories.  Maybe we do.  I saw that it
11:09  14  was part of something he sent to Duke.  We will obviously
11:09  15  supplement those, but what I was thinking -- kind of what we
11:09  16  are planning to do is we have our expert working on a damage
11:09  17  model/report.  Unfortunately, the expert is apparently going to
11:09  18  be out of pocket for a week or two, either in December or
11:09  19  January, because he has to have some surgery.  We are
11:09  20  cautiously optimistic we can have a damage model/expert report
11:09  21  to BP by the end of January.
11:09  22            So if we got that to them then, I'm hopeful that
11:10  23  that, as a practical matter, is going to answer 99 percent of
11:10  24  their interrogatories, to the extent they haven't been answered
11:10  25  already or we don't supplement.  Then that will give them an

```
11:10   1   opportunity, if everything goes right, to have plenty of time
11:10   2   to depose that witness and whatever other reasonable Wadleigh
11:10   3   witnesses they need between that time and April, when the
11:10   4   actual motions are due.
11:10   5           THE COURT:  Good.  Are you, Steve, preparing your
11:10   6   privilege log as you go, on production?
11:10   7           MR. HERMAN:  I'll have to talk to the guys about
11:10   8   that.  I don't know what efforts have been undertaken in that
11:10   9   regard.  I'm, frankly, not sure how many privileged documents
11:10  10   there are, if any.  I will follow up with our guys on that
11:10  11   today.
11:10  12           THE COURT:  Good.  I'm assuming there are very few,
11:10  13   if any, but I just want to make sure we are covering that as we
11:11  14   go.
11:11  15           MR. HERMAN:  Okay.  I will follow up on that.
11:11  16           MR. REGAN:  Judge, this is Matt, just to answer some
11:11  17   of Steve's comments.
11:11  18               First, Steve, yes, there is a letter on the
11:11  19   interrogatory answers.  I think there were global issues that
11:11  20   kind of went across the various answers.  The one that was sent
11:11  21   to Duke, I think, covers Wadleigh, but we will confirm that and
11:11  22   make sure you have what you need.
11:11  23               With respect to those questions, I think it's
11:11  24   conceivable that there are some parts of that interrogatory
11:11  25   where an expert or -- there may be some crossover, but I think
```

|       |    |                                                                           |
|-------|----|---------------------------------------------------------------------------|
| 11:11 | 1  | there's also going to be simple factual questions that are in              |
| 11:11 | 2  | those interrogatories that we can walk through with you for                |
| 11:11 | 3  | which we are going to need answers on those from the company,              |
| 11:11 | 4  | given the fact that they are interrogatories.                              |
| 11:11 | 5  |             So I think the best thing for us to do is take a               |
| 11:11 | 6  | look at the things sent to Duke.  We will go through that with             |
| 11:11 | 7  | you.  Then to the extent that we have an issue that we need to             |
| 11:11 | 8  | bring to the Court's attention, we can bring it up at the next             |
| 11:11 | 9  | conference.                                                                |
| 11:12 | 10 |             **MR. HERMAN:**  That's fine.  It was my impression that       |
| 11:12 | 11 | most of the things that you were asking for was more                       |
| 11:12 | 12 | specificity on what damages were allegedly caused by what.  I              |
| 11:12 | 13 | would think that most of that would be covered in an expert                |
| 11:12 | 14 | report.  We will do whatever we need to do.                                |
| 11:12 | 15 |             **THE COURT:**  Matt, if you will follow up and make sure      |
| 11:12 | 16 | Steve has a copy of the letter and, if possible, if there are              |
| 11:12 | 17 | specific interrogatories as to Wadleigh that you think are                 |
| 11:12 | 18 | deficient, let's make sure to cover that.                                  |
| 11:12 | 19 |             Next up is Blake.  Duke, do you want to talk to                |
| 11:12 | 20 | us about Blake?                                                            |
| 11:12 | 21 |             **MR. WILLIAMS:**  Sure, Judge, just real briefly.  We         |
| 11:12 | 22 | discussed Blake, in addition to Wadleigh, in that phone call               |
| 11:12 | 23 | between me, Paul, Matt, and Chris, I think, last Tuesday or                |
| 11:13 | 24 | Wednesday.  A lot of Blake's production are manually scanned               |
| 11:13 | 25 | documents, and we produced those.                                          |

11:13  1         We still have additional productions to make,
11:13  2 and we are working full-time on it.  I suspect we are lagging a
11:13  3 little bit behind Wadleigh, but there are not a tremendous
11:13  4 number of documents.  I think that we ought to be pretty close
11:13  5 to Wadleigh's timetable as far as the production is concerned.
11:13  6 Privilege logs are being built or populated as we go.  It's not
11:13  7 going to be a whole lot of documents.
11:13  8         We are working.  We are going to coordinate with
11:13  9 Paul.  We are looking for consistency here, but we are going to
11:14 10 supplement our interrogatories as well and, you know, try and
11:14 11 meet BP's objections.
11:14 12         We did get the letter.  It includes Wadleigh.
11:14 13 Go ahead and circulate it again, Chris or Matt, directly to
11:14 14 Paul or Steve.  We can all make sure we are on the same page.
11:14 15         **THE COURT:**  Okay.  Good.  Have you also got an expert
11:14 16 that's working on this by way of supplementation of the
11:14 17 responses?
11:14 18         Duke, did you hear that?  Duke?
11:14 19         **MR. REGAN:**  We might have just lost Duke.
11:14 20         **MR. HERMAN:**  This is Steve.  I think the answer is
11:15 21 yes.  I'm not sure if Paul is planning to do the same thing.
11:15 22 At least the last time I talked to Duke, we were kind of
11:15 23 thinking the same thing along the lines of Blake and Wadleigh.
11:15 24         **THE COURT:**  Okay.  Good.
11:15 25         **MR. STERBCOW:**  Judge, it's Paul.  I am doing the same

11:15  1  thing.  Asher has been working with me on Bisso since we
11:15  2  started all of this, so I'm hopeful that I'm going to have a
11:15  3  report similar to what Steve talked about that will answer a
11:15  4  lot of the particular questions that have been posed in the
11:15  5  interrogatories and that we need to supplement.
11:15  6          **THE COURT:**  Hopefully Duke will dial back in.
11:15  7              Just a reminder that we do need probably to work
11:15  8  on stipulations once you all have finished the document
11:15  9  production and privilege logs.
11:15 10              Now, you saw the reurging of motions, huh?  We
11:15 11  hadn't talked about that before.  Do those timeframes present
11:16 12  any problems for anybody?
11:16 13          **MR. HERMAN:**  No, Your Honor.  Well, not to the
11:16 14  plaintiffs.  I won't speak for Matt.
11:16 15          **MR. REGAN:**  I think we are well in hand to comply
11:16 16  with those.
11:16 17          **THE COURT:** Okay. Good. That's good. Thanks, Matt.
11:16 18  Thanks, Steve.
11:16 19              Then we have got the cross motions that will be
11:16 20  teed up, which I know you all are working toward as well.
11:16 21              Is there anything else that you all want to
11:16 22  cover that we should either make a topic today or make a
11:16 23  recurring topic?
11:16 24          **MR. STERBCOW:**  No.  This is Sterbcow.  I think we are
11:16 25  doing well.  The only issue we may face is getting all of these

```
11:16    1   depositions scheduled in the time frame that we all need to
11:17    2   work under.  We dealt with that in the prior phases, and I
11:17    3   would think we will be able to deal with it here.
11:17    4             THE COURT:  Right.  I'm figuring you are going to
11:17    5   want to look at January for the plaintiffs' witnesses and
11:17    6   February for BP's witnesses.  You all are working well
11:17    7   together.  I'm going to leave that to you.
11:17    8             MR. REGAN:  Judge, this is Matt again.  In terms of
11:17    9   the order that came out with the reurging of the motions, there
11:17   10   then is -- I don't have it right in front of me, but the tail
11:17   11   end does talk about that concept of partial summary judgment as
11:17   12   well --
11:17   13             THE COURT:  Exactly.
11:17   14             MR. REGAN:  -- but without a time frame on that.  Is
11:17   15   it your thought that we still should be aiming for filing those
11:17   16   in April, or is that let's see how things go in the next couple
11:17   17   months?
11:17   18             THE COURT:  No.  I think that's still going to be
11:17   19   April.  I thought we had put out the dates for that.  I'm
11:18   20   looking at the order, and you are 100 percent right.
11:18   21                 I will have that ready for you.  Why don't I do
11:18   22   this.  Why don't I set dates and e-mail it to everybody.
11:18   23   Unless you all have a problem, those will be the dates by which
11:18   24   everything needs to be filed.
11:18   25             MR. REGAN:  That certainly is acceptable.  I think
```

11:18  1  there is a phrase, something in there to the effect of
11:18  2  following the reurging of the motions then we will turn to
11:18  3  those.  I guess an alternative is whether we all kind of know
11:18  4  that we are working towards that time frame but we see where we
11:18  5  are in January or February.
11:18  6           **THE COURT:**  Yes, I think that's right.  I think what
11:18  7  we will do is we will set dates, but those will be dates that
11:18  8  you can work toward but may not be necessary.
11:18  9           **MR. REGAN:**  Yes.  The circumstances may change.
11:18 10           **THE COURT:**  Exactly.
11:19 11           **MR. HERMAN:**  Sounds good.
11:19 12           **THE COURT:**  I will take a look at that and shoot you
11:19 13  all an e-mail on those dates.  Let me know if you have
11:19 14  problems.  Okay?
11:19 15           **MR. WILLIAMS:**  Judge, I'm back on.  I'm sorry.  I got
11:19 16  kicked off.
11:19 17           **THE COURT:**  Duke, we missed you.  We took care of
11:19 18  everything while you were gone, so it's no problem.
11:19 19           **MR. WILLIAMS:**  There was not a doubt.
11:19 20           **THE COURT:**  No problem.  No problem.
11:19 21              What do you all think?  Do you want to go every
11:19 22  other week for the time being?  Do you want to go weekly?  How
11:19 23  are y'all feeling about it?
11:19 24           **MR. WILLIAMS:**  I think every other week is fine,
11:19 25  personally, but I will go with the majority on that.

```
11:19    1           THE COURT:  Matt, any preference?
11:19    2           MR. REGAN:  I'm fine with every other week.  My one
11:19    3  thought is, at least in the month of December, given that we
11:19    4  have some things we need to get done, whether maybe -- we can
11:19    5  split the difference, but maybe we do have a call at some point
11:20    6  next week --
11:20    7           THE COURT:  Okay.
11:20    8           MR. REGAN:  -- to see where we are.  If we slip in
11:20    9  the next two or three weeks, particularly with the timing of
11:20   10  what we just talked about a second ago, things are going to
11:20   11  push.  So that would just be the thought of whether we have a
11:20   12  short check-in call at some point next week.
11:20   13           THE COURT:  Why don't we do this.
11:20   14           MR. WILLIAMS:  That's fine.
11:20   15           THE COURT:  Why don't we have a brief check-in call.
11:20   16  What do you think?  Maybe next Wednesday?  What do you think?
11:20   17           MR. WILLIAMS:  That's fine, Judge.  That's fine.
11:20   18           MR. REGAN:  Yes, that would be fine.
11:20   19           THE COURT:  Hold on.  Let me go take a quick look at
11:20   20  my calendar.
11:20   21                Okay, guys.  I'm good that afternoon.  I have a
11:21   22  settlement conference that morning, but that afternoon I'm
11:21   23  fine.  Does everybody look okay for a brief call at some point
11:21   24  next Wednesday?
11:21   25           MR. HERMAN:  This is Steve.  I will be traveling.  I
```

```
11:21   1   will either give Duke a Wadleigh update or I will see if maybe
11:21   2   Soren or somebody can jump on to address the Wadleigh issues.
11:21   3            THE COURT:  Matt, what looks good for you?  Early
11:21   4   afternoon?  Midafternoon?
11:21   5            MR. REGAN:  Whatever your pleasure is.  Right now I'm
11:21   6   open that whole afternoon.  Whatever works best for you.
11:21   7            THE COURT:  Why don't we do it at 1:30 next
11:21   8   Wednesday.  We will just do a quick update.
11:21   9            MR. REGAN:  Sounds good.  Will you have Marie
11:21  10   circulate a call number for that, Judge?
11:21  11            THE COURT:  Yes.  Absolutely.  All right, guys.  I
11:21  12   appreciate it.  Have a good week.  We will circulate those
11:22  13   dates for the motions.
11:22  14            (Proceedings adjourned.)
11:22  15                          * * *
```

### CERTIFICATE

I, Toni Doyle Tusa, CCR, FCRR, Official Court Reporter for the United States District Court, Eastern District of Louisiana, certify that the foregoing is a true and correct transcript, to the best of my ability and understanding, from the record of proceedings in the above-entitled matter.

                                                *s/ Toni Doyle Tusa*
                                                Toni Doyle Tusa, CCR, FCRR
                                                Official Court Reporter

MR. HERMAN: [9]  4/25 5/2 6/6 6/14
 7/9 8/19 9/12 11/10 12/24
MR. REGAN: [14]
MR. ROY: [1]  3/3
MR. STERBCOW: [7]  3/13 3/17 3/22
 3/25 4/5 8/24 9/23
MR. WILLIAMS: [7]  3/6 7/20 11/14
 11/18 11/23 12/13 12/16
THE COURT: [34]

**0**

0706 [1]  1/8
0810 [1]  1/8

**1**

10-MD-2179 [1]  1/5
100 percent [1]  10/20
1143 [1]  1/8
1185 [1]  1/8
1222 [1]  1/9
13-0706 [1]  1/8
13-0810 [1]  1/8
13-1143 [1]  1/8
13-1185 [1]  1/8
13-1222 [1]  1/9
13-1386 [1]  1/9
13-2006 [1]  1/9
1386 [1]  1/9
1:30 [1]  13/7

**2**

20 [1]  1/6
2006 [1]  1/9
2010 [1]  1/6
2015 [2]  1/7 3/2
2179 [1]  1/5
275 [1]  1/21

**3**

30 [2]  1/7 3/2

**5**

500 [1]  1/21
504 [1]  1/22
589-7778 [1]  1/22

**7**

70130 [1]  1/22
7778 [1]  1/22

**9**

99 percent [1]  5/23

**A**

ability [1]  13/18
able [1]  10/3
about [12]  3/5 3/11 3/21 4/5 4/15 6/7
 7/20 9/3 9/11 10/11 11/23 12/10
above [1]  13/19
above-entitled [1]  13/19
Absolutely [1]  13/11
acceptable [1]  10/25
According [1]  3/14
across [1]  6/20
actual [1]  6/4
addition [1]  7/22
additional [1]  8/1
address [1]  13/2
adjourned [1]  13/14

afternoon [4]  12/21 12/22 13/4 13/6
again [2]  8/13 10/8
ago [1]  12/10
ahead [1]  8/13
aided [1]  1/25
aiming [1]  10/15
all [14]
alleged [1]  5/7
allegedly [1]  7/12
along [1]  8/23
already [1]  5/25
also [3]  5/9 7/1 8/15
alternative [1]  11/3
am [1]  8/25
amended [1]  3/24
answer [4]  5/23 6/16 8/20 9/3
answered [1]  5/24
answers [3]  6/19 6/20 7/3
any [5]  4/20 6/10 6/13 9/12 12/1
anybody [1]  9/12
anything [2]  5/13 9/21
apparently [1]  5/17
Applies [1]  1/8
appreciate [1]  13/12
APRIL [4]  1/6 6/3 10/16 10/19
are [42]
as [11]  4/6 5/23 6/6 6/13 7/17 8/5 8/5
 8/6 8/10 9/20 10/11
Asher [1]  9/1
asking [1]  7/11
assuming [1]  6/12
at [13]  3/20 7/6 7/8 8/22 10/5 10/20
 11/12 12/3 12/5 12/12 12/19 12/23
 13/7
attention [1]  7/8
Avansic [1]  3/14
away [2]  4/21 4/23

**B**

B-275 [1]  1/21
back [4]  3/5 3/10 9/6 11/15
based [1]  5/6
be [18]
because [1]  5/19
been [4]  5/24 6/8 9/1 9/4
before [3]  1/13 4/11 9/11
behind [1]  8/3
being [2]  8/6 11/22
best [3]  7/5 13/6 13/18
between [2]  6/3 7/23
Bisso [3]  3/11 4/5 9/1
bit [1]  8/3
Blake [6]  4/25 5/4 7/19 7/20 7/22 8/23
Blake's [1]  7/24
BP [3]  3/15 5/7 5/21
BP's [3]  3/24 8/11 10/6
brief [2]  12/15 12/23
briefly [1]  7/21
bring [2]  7/8 7/8
built [1]  8/6
business [1]  4/2
but [17]

**C**

calendar [1]  12/20
call [6]  7/22 12/5 12/12 12/15 12/23
 13/10
came [1]  10/9
can [8]  4/14 5/20 7/2 7/8 8/14 11/8
 12/4 13/2

care [2]  3/20 11/17
caused [1]  7/12
cautiously [1]  5/20
CCR [3]  1/21 13/17 13/22
certainly [1]  10/25
CERTIFICATE [1]  13/16
certify [1]  13/18
change [1]  11/9
check [2]  12/12 12/15
check-in [2]  12/12 12/15
Chris [3]  4/11 7/23 8/13
circulate [3]  8/13 13/10 13/12
circumstances [1]  11/9
clawback [2]  3/13 3/15
client [1]  5/10
close [3]  4/2 5/5 8/4
comments [1]  6/17
company [1]  7/3
complete [1]  3/15
completion [2]  3/12 3/21
comply [1]  9/15
computer [1]  1/25
computer-aided [1]  1/25
conceivable [1]  6/24
concept [1]  10/11
concerned [1]  8/5
conference [3]  1/13 7/9 12/22
conferences [2]  3/6 3/10
confirm [1]  6/21
consistency [1]  8/9
coordinate [1]  8/8
copy [1]  7/16
correct [1]  13/18
could [1]  3/9
couple [1]  10/16
court [6]  1/1 1/21 3/16 13/17 13/17
 13/22
Court's [1]  7/8
cover [3]  5/11 7/18 9/22
covered [1]  7/13
covering [1]  6/13
covers [1]  6/21
cross [1]  9/19
crossover [1]  6/25

**D**

damage [2]  5/16 5/20
damages [1]  7/12
dates [9]  4/7 4/18 10/19 10/22 10/23
 11/7 11/7 11/13 13/13
deal [1]  10/3
dealt [1]  10/2
December [2]  5/18 12/3
DEEPWATER [1]  1/5
deficiencies [1]  5/6
deficient [1]  7/18
depose [1]  6/2
depositions [3]  4/15 4/22 10/1
dial [1]  9/6
did [2]  8/12 8/18
difference [1]  12/5
directly [1]  8/13
discovery [1]  4/22
discussed [1]  7/22
DISTRICT [4]  1/1 1/2 13/17 13/17
do [23]
document [3]  3/15 5/11 9/8
documents [6]  3/12 4/19 6/9 7/25 8/4
 8/7
does [2]  10/11 12/23

**D**
doing [4]  4/24 5/10 8/25 9/25
don't [8]  5/25 6/8 10/10 10/21 10/22
 12/13 12/15 13/7
done [2]  5/7 12/4
doubt [1]  11/19
Doyle [4]  1/21 13/17 13/21 13/22
due [1]  6/4
Duke [14]

**E**
e-mail [2]  10/22 11/13
each [1]  4/4
Early [1]  13/3
EASTERN [2]  1/2 13/17
effect [1]  11/1
efforts [1]  6/8
either [3]  5/18 9/22 13/1
else [1]  9/21
end [2]  5/21 10/11
entitled [1]  13/19
every [4]  3/9 11/21 11/24 12/2
everybody [2]  10/22 12/23
everything [3]  6/1 10/24 11/18
Exactly [2]  10/13 11/10
expert [6]  5/16 5/17 5/20 6/25 7/13
 8/15
extent [2]  5/24 7/7

**F**
face [1]  9/25
fact [1]  7/4
factual [1]  7/1
far [2]  5/7 8/5
FCRR [3]  1/21 13/17 13/22
February [2]  10/6 11/5
feeling [1]  11/23
few [2]  5/9 6/12
figuring [1]  10/4
filed [1]  10/24
filing [1]  10/15
fine [9]  4/24 7/10 11/24 12/2 12/14
 12/17 12/17 12/18 12/23
finish [2]  4/18 4/19
finished [1]  9/8
finishing [1]  5/6
first [3]  3/11 3/13 6/18
follow [4]  5/10 6/10 6/15 7/15
following [1]  11/2
foregoing [1]  13/18
formal [2]  4/17 5/12
frame [3]  10/1 10/14 11/4
frankly [1]  6/9
Friday [1]  4/2
front [1]  10/10
full [1]  8/2
full-time [1]  8/2

**G**
gave [1]  3/19
get [6]  4/12 4/21 4/21 5/7 8/12 12/4
getting [2]  3/20 9/25
give [3]  4/12 5/25 13/1
given [2]  7/4 12/3
global [1]  6/19
go [11]  4/15 6/6 6/14 7/6 8/6 8/13
 10/16 11/21 11/22 11/25 12/19
goes [1]  6/1
going [16]
gone [1]  11/18
good [12]  4/16 6/5 6/12 8/15 8/24 9/17
 9/17 11/11 12/21 13/3 13/9 13/12
got [5]  5/12 5/22 8/15 9/19 11/15
Great [1]  3/4
guess [1]  11/3
GULF [1]  1/6
guys [7]  3/3 3/9 3/16 6/7 6/10 12/21
 13/11

**H**
had [2]  3/11 10/19
hadn't [1]  9/11
hand [1]  9/15
handle [1]  5/3
hands [1]  4/2
has [4]  5/7 5/19 7/16 9/1
have [32]
haven't [1]  5/24
he [3]  5/9 5/14 5/19
hear [1]  8/18
Hello [1]  3/3
help [1]  3/17
her [1]  3/19
here [2]  8/9 10/3
Herman [1]  5/1
Hey [3]  3/3 5/2 5/3
his [1]  4/13
Hold [1]  12/19
holiday [1]  4/11
Honor [1]  9/13
HONORABLE [1]  1/13
hopeful [3]  5/8 5/22 9/2
hopefully [2]  5/11 9/6
hoping [1]  5/7
HORIZON [1]  1/5
how [5]  3/21 4/24 6/9 10/16 11/22
How's [2]  3/3 3/8
huh [2]  3/6 9/10

**I**
I'll [1]  6/7
I'm [18]
identify [1]  3/17
if [16]
impression [1]  7/10
in [28]
includes [1]  8/12
INDEX [1]  2/1
initial [1]  5/6
insofar [1]  4/6
intent [1]  4/3
interrogatories [9]  3/25 4/19 5/13 5/24
 7/2 7/4 7/17 8/10 9/5
interrogatory [2]  6/19 6/24
into [1]  4/21
is [31]
issue [2]  7/7 9/25
issues [7]  3/13 4/20 4/22 5/9 5/11 6/19
 13/2
it [20]
it's [4]  6/23 8/6 8/25 11/18

**J**
January [5]  4/7 5/19 5/21 10/5 11/5
JUDGE [10]  1/14 4/10 5/3 6/16 7/21
 8/25 10/8 11/15 12/17 13/10
judgment [1]  10/11
judgments [1]  4/15
jump [1]  13/2
just [8]  6/13 6/16 7/21 8/19 9/7 12/10
 12/11 13/8

**K**
kicked [1]  11/16
kind [7]  4/13 4/15 4/22 5/15 6/20 8/22
 11/3
know [5]  6/8 8/10 9/20 11/3 11/13

**L**
lagging [1]  8/2
last [3]  4/11 7/23 8/22
least [2]  8/22 12/3
leave [1]  10/7
let [3]  5/3 11/13 12/19
let's [5]  3/5 3/10 3/11 7/18 10/16
letter [4]  5/12 6/18 7/16 8/12
lines [1]  8/23
list [1]  4/13
little [1]  8/3
log [2]  3/22 6/6
logs [2]  8/6 9/9
look [5]  7/6 10/5 11/12 12/19 12/23
looking [3]  3/20 8/9 10/20
looks [1]  13/3
lost [1]  8/19
lot [3]  7/24 8/7 9/4
LOUISIANA [4]  1/2 1/8 1/22 13/18
Lovely [1]  4/4

**M**
MAGISTRATE [1]  1/14
mail [2]  10/22 11/13
majority [1]  11/25
make [9]  4/14 6/13 6/22 7/15 7/18 8/1
 8/14 9/22 9/22
manually [1]  7/24
many [1]  6/9
Marie [1]  13/9
Matt [13]  4/1 4/8 4/10 5/9 6/16 7/15
 7/23 8/13 9/14 9/17 10/8 12/1 13/3
matter [2]  5/23 13/19
may [4]  6/25 9/25 11/8 11/9
maybe [5]  5/13 12/4 12/5 12/16 13/1
MD [1]  1/5
me [6]  3/8 7/23 9/1 10/10 11/13 12/19
mechanical [1]  1/24
meet [1]  8/11
MEXICO [1]  1/6
Midafternoon [1]  13/4
might [2]  5/8 8/19
missed [1]  11/17
model [2]  5/17 5/20
model/expert [1]  5/20
model/report [1]  5/17
month [2]  4/20 12/3
months [1]  10/17
more [1]  7/11
morning [1]  12/22
most [3]  5/11 7/11 7/13
motions [6]  6/4 9/10 9/19 10/9 11/2
 13/13
my [5]  4/2 7/10 12/2 12/20 13/18

**N**
necessary [1]  11/8
need [9]  6/3 6/22 7/3 7/7 7/14 9/5 9/7
 10/1 12/4
needs [1]  10/24
New [2]  1/8 1/22
next [10]  5/8 7/8 7/19 10/16 12/6 12/9

## N

next... [4] 12/12 12/16 12/24 13/7
no [7] 4/17 9/13 9/24 10/18 11/18 11/20 11/20
not [8] 5/12 6/9 8/3 8/6 8/21 9/13 11/8 11/19
November [2] 1/7 3/2
now [3] 4/4 9/10 13/5
number [2] 8/4 13/10

## O

objections [1] 8/11
obviously [2] 4/18 5/14
off [1] 11/16
Official [3] 1/21 13/17 13/22
OIL [2] 1/5 1/5
okay [8] 6/15 8/15 8/24 9/17 11/14 12/7 12/21 12/23
on [26]
once [1] 9/8
one [2] 6/20 12/2
only [2] 4/6 9/25
open [1] 13/6
opportunity [1] 6/1
optimistic [1] 5/20
or [16]
order [2] 10/9 10/20
original [1] 4/13
Orleans [2] 1/8 1/22
other [6] 3/9 4/5 6/2 11/22 11/24 12/2
ought [1] 8/4
our [4] 4/13 5/16 6/10 8/10
out [3] 5/18 10/9 10/19

## P

page [2] 2/2 8/14
part [1] 5/14
partial [1] 10/11
particular [1] 9/4
particularly [1] 12/9
parts [1] 6/24
Paul [10] 3/18 3/19 4/10 4/12 4/24 7/23 8/9 8/14 8/21 8/25
percent [2] 5/23 10/20
personally [1] 11/25
phases [1] 10/2
phone [1] 7/22
phrase [1] 11/1
picking [1] 4/7
plaintiffs [1] 9/14
plaintiffs' [1] 10/5
planning [2] 5/16 8/21
pleasure [1] 13/5
plenty [1] 6/1
pocket [1] 5/18
point [3] 12/5 12/12 12/23
populated [1] 8/6
posed [1] 9/4
possible [1] 7/16
Poydras [1] 1/21
practical [1] 5/23
prefer [1] 3/9
preference [1] 12/1
preparing [1] 6/5
present [1] 9/11
pretty [1] 8/4
prior [1] 10/2
privilege [4] 3/21 6/6 8/6 9/9
privileged [1] 6/9
probably [1] 9/7
problem [4] 10/23 11/18 11/20 11/20
problems [2] 9/12 11/14
proceedings [4] 1/24 3/1 13/14 13/19
produced [1] 7/25
production [6] 3/12 5/6 6/6 7/24 8/5 9/9
productions [1] 8/1
push [1] 12/11
put [2] 3/10 10/19

## Q

questions [3] 6/23 7/1 9/4
quick [2] 12/19 13/8

## R

raised [1] 5/9
RE [1] 1/5
ready [1] 10/21
real [1] 7/21
reasonable [1] 6/2
record [1] 13/19
recorded [1] 1/24
recurring [1] 9/23
Regan [1] 4/10
regard [1] 6/9
regular [1] 3/10
reminder [1] 9/7
report [4] 5/17 5/20 7/14 9/3
reporter [4] 1/21 3/16 13/17 13/22
respect [1] 6/23
responses [2] 3/24 8/17
reurging [3] 9/10 10/9 11/2
RIG [1] 1/5
right [10] 4/8 4/9 4/11 6/1 10/4 10/10 10/20 11/6 13/5 13/11

## S

SALLY [1] 1/13
same [5] 3/23 8/14 8/21 8/23 8/25
saw [2] 5/13 9/10
say [1] 3/7
scanned [1] 7/24
scheduled [1] 10/1
scheduling [1] 4/5
second [1] 12/10
Section [1] 1/6
see [5] 4/20 10/16 11/4 12/8 13/1
seem [1] 3/8
Seems [1] 3/8
sense [1] 4/13
sent [3] 5/14 6/20 7/6
set [2] 10/22 11/7
settlement [1] 12/22
shoot [1] 11/12
short [1] 12/12
should [2] 9/22 10/15
SHUSHAN [1] 1/13
similar [1] 9/3
simple [1] 7/1
since [1] 9/1
slip [1] 12/8
so [13] 3/7 3/16 3/20 4/14 4/17 4/21 5/7 5/10 5/22 7/5 9/2 11/18 12/11
software [1] 1/25
some [9] 4/14 5/19 6/16 6/24 6/25 12/4 12/5 12/12 12/23
somebody [1] 13/2
something [2] 5/14 11/1
Soren [1] 13/2
sorry [1] 11/15
Sounds [2] 11/11 13/9
speak [2] 3/17 9/14
specific [1] 7/17
specificity [1] 7/12
SPILL [1] 1/5
split [1] 12/5
spoke [1] 4/11
squared [2] 4/21 4/23
stand [2] 3/12 4/14
stands [1] 4/17
start [1] 4/7
started [1] 9/2
STATES [3] 1/1 1/14 13/17
STATUS [1] 1/13
stenography [1] 1/24
Sterbcow [2] 3/18 9/24
Steve [10] 5/1 5/2 6/5 6/18 7/16 8/14 8/20 9/3 9/18 12/25
Steve's [1] 6/17
still [3] 8/1 10/15 10/18
stipulations [2] 2/5 9/8
Street [1] 1/21
stuff [1] 4/21
summary [1] 10/11
supplement [4] 5/15 5/25 8/10 9/5
supplementation [1] 8/16
sure [9] 5/12 6/9 6/13 6/22 7/15 7/18 7/21 8/14 8/21
surgery [1] 5/19
suspect [1] 8/2

## T

tail [1] 10/10
take [3] 7/5 11/12 12/19
taken [1] 3/20
talk [5] 3/5 3/11 6/7 7/19 10/11
talked [5] 4/4 8/22 9/3 9/11 12/10
teed [1] 9/20
terms [1] 10/8
Thanks [3] 3/19 9/17 9/18
that [79]
that's [10] 4/2 4/17 7/10 8/16 9/17 10/18 11/6 12/14 12/17 12/17
their [2] 4/2 5/24
them [2] 5/22 5/25
then [7] 3/24 5/22 5/25 7/7 9/19 10/10 11/2
there [14]
there's [2] 4/20 7/1
these [1] 9/25
they [3] 5/24 6/3 7/4
thing [5] 3/23 7/5 8/21 8/23 9/1
things [6] 4/14 7/6 7/11 10/16 12/4 12/10
think [23]
thinking [2] 5/15 8/23
this [17]
those [14]
thought [4] 10/15 10/19 12/3 12/11
three [1] 12/9
through [2] 7/2 7/6
time [8] 6/1 6/3 8/2 8/22 10/1 10/14 11/4 11/22
timeframes [1] 9/11
timetable [1] 8/5
timing [1] 12/9
today [2] 6/11 9/22
together [2] 4/12 10/7
told [1] 4/1
Toni [4] 1/21 13/17 13/21 13/22
took [1] 11/17

## T

topic [2]  9/22 9/23
toward [3]  3/21 9/20 11/8
towards [1]  11/4
transcript [1]  13/18
transcription [1]  1/25
traveling [1]  12/25
tremendous [1]  8/3
true [1]  13/18
try [4]  4/7 4/12 4/20 8/10
Tuesday [1]  7/23
turn [1]  11/2
Tusa [4]  1/21 13/17 13/21 13/22
two [2]  5/18 12/9

## U

under [1]  10/2
understanding [1]  13/18
undertaken [1]  6/8
Unfortunately [1]  5/17
UNITED [3]  1/1 1/14 13/17
Unless [1]  10/23
up [7]  5/10 6/10 6/15 7/8 7/15 7/19 9/20
update [3]  4/14 13/1 13/8
us [5]  4/13 4/18 5/9 7/5 7/20
use [1]  4/20
using [1]  1/24

## V

various [1]  6/20
very [2]  5/5 6/12

## W

Wadleigh [11]  4/25 5/5 6/2 6/21 7/17 7/22 8/3 8/12 8/23 13/1 13/2
Wadleigh's [1]  8/5
walk [1]  7/2
want [9]  4/18 4/19 4/20 6/13 7/19 9/21 10/5 11/21 11/22
wanted [1]  4/6
wants [1]  5/9
was [6]  5/14 5/15 6/20 7/10 7/11 11/19
way [3]  3/8 3/10 8/16
we [92]
Wednesday [4]  7/24 12/16 12/24 13/8
week [15]
weekly [2]  3/6 11/22
weeks [1]  12/9
well [8]  3/5 8/10 9/13 9/15 9/20 9/25 10/6 10/12
went [1]  6/20
were [5]  6/19 7/11 7/12 8/22 11/18
what [13]  5/15 5/15 6/8 6/22 7/12 7/12 9/3 11/6 11/21 12/10 12/16 12/16 13/3
whatever [4]  6/2 7/14 13/5 13/6
when [3]  3/17 4/21 6/3
where [6]  3/12 4/14 4/17 6/25 11/4 12/8
whether [3]  11/3 12/4 12/11
which [4]  5/10 7/3 9/20 10/23
while [1]  11/18
whole [2]  8/7 13/6
Why [5]  10/21 10/22 12/13 12/15 13/7
will [28]
without [1]  10/14
witness [1]  6/2
witnesses [5]  4/5 4/13 6/3 10/5 10/6
won't [1]  9/14
work [4]  3/21 9/7 10/2 11/8
working [8]  5/16 8/2 8/8 8/16 9/1 9/20 10/6 11/4
works [1]  13/6
would [7]  3/17 4/1 7/13 7/13 10/3 12/11 12/18
written [1]  4/22

## Y

y'all [1]  11/23
yes [6]  6/18 8/21 11/6 11/9 12/18 13/11
yet [1]  4/18
you [42]
your [4]  6/5 9/13 10/15 13/5
Your Honor [1]  9/13
yourselves [1]  3/17