UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| No. 10-4536 | * | |
| | | MAG. JUDGE SHUSHAN |
| | * | |

**ORDER**

The Court intends to enter a Rule 54(b) partial final judgment with respect to yesterday's Findings of Fact and Conclusions of Law for the Penalty Phase (Rec. Doc. 15606).

The Court hereby ORDERS counsel for the United States and Anadarko Petroleum Corporation ("Anadarko") to confer and attempt to reach agreement on a proposed judgment. The proposed judgment should award, *inter alia*, any costs other than attorney fees[1] and post-judgment interest[2] to the United States, unless the parties agree that such amounts are not legally recoverable.[3] The proposed judgment shall be submitted to the Court no later than Tuesday, December 15, 2015.

New Orleans, Louisiana, this 1st day of December, 2015.

United States District Judge

---

[1] *See* Fed. R. Civ. P. 54(d).
[2] *See* 28 U.S.C. § 1961.
[3] Although it has not exhaustively researched the matter, it is the Court's understanding that prejudgment interest may not be awarded in connection with a Clean Water Act civil penalty.