

# DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

- Home
- News and Developments
- Firm Administration
- Download Files
- Claimant Activity
- Reporting
- Notices
- Forms
- Payments
- Change Password / Email
- Log Off

## Claims Events/Notices

<< Back

### Claimant Information

| | |
|---|---|
| Claimant ID: 100092786 | Name: |
| GCCF Claimant ID: | Business: |
| Taxpayer Type: Business | Address: |
| SSN/EIN: *****7872 | |
| Represented By: Couhig Partners, LLC | Preferred Language: English |
| Portal User: N/A | |

### Claim Information

| | |
|---|---|
| Claim ID: 52730 | Business name: AME Services, Inc. |
| Claim Type: Business Economic Loss | Address: 23 Barreca Street, Norco, LA, 70079 |
| Claimed Benchmark Period: Average of 2007 and 2009 | |

We have displayed Events below that allow you to track your claim through the claims review process. To view any Notice, click on the hyperlink or click the View button in the Status column. Clicking a hyperlinked Notice will take you to a screen where you will be able to view the Notice and provide a response from the available options. Notices posted using the View button do not have multiple response options, but you must respond in order for us to continue processing your claim. The View Date and User columns display the date and who first viewed the Notice. If the View Date and User columns are blank, no user has viewed the Notice.

| Event | Event Date | Response Deadline | Details | View Date | User |
|---|---|---|---|---|---|
| Returned to Claims Administrator for Review under Policy 495 | 10/03/2014 | | | | |
| Discretionary Court Review Requested | 10/10/2013 | | | | |
| Post Appeal Eligibility Notice | 09/27/2013 | | | | |
| Appeal Panel Decision Notice | 09/26/2013 | | | | |
| Final Proposals Notice | 09/04/2013 | | | | |
| BP Submitted Final Proposal for Appeal | 09/03/2013 | | | | |
| Claimant Submitted Final Proposal for Appeal | 09/03/2013 | | | | |
| Initial Proposals Notice | 08/27/2013 | | | | |
| BP Submitted Initial Proposal for Appeal | 08/26/2013 | | | | |
| Claimant Submitted Initial Proposal for Appeal | 08/26/2013 | | | | |
| Claim Payment Documentation Accepted | 08/19/2013 | | | | |
| BP Appeal of Eligibility Notice | 08/09/2013 | | | | |
| BP Requested Payment Appeal | 08/08/2013 | | | | |
| Eligibility Notice | 07/19/2013 | 08/19/2013 11:59 PM CST | | 07/19/2013 | Robert, Couhig Jr. |
| Claims Review | 02/08/2013 | | | | |
| Response to Incompleteness Notice Received | 12/11/2012 | | | | |
| Incompleteness Notice | 12/10/2012 | 01/09/2013 11:59 PM CST | | 12/11/2012 | Robert, Couhig Jr. |
| Claims Review | 11/30/2012 | | | | |
| Claim Form Submitted | 08/13/2012 | | | | |



EXHIBIT 2

11/20/2015 Case 2:10-md-02179-CJB-DPC Document 15611-3 Filed 12/01/15 Page 2 of 2



# DEEPWATER HORIZON CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

| Home |
| News and Developments |
| Firm Administration |
| Download Files |
| Claimant Activity |
| Reporting |
| Notices |
| Forms |
| Payments |
| Change Password / Email |
| Log Off |

## Events/Notices

<< Back

### Claimant Information

| | |
|---|---|
| Claimant ID: 100092786 | Name: |
| GCCF Claimant ID: | Business: |
| Taxpayer Type: Business | Address: |
| SSN/EIN: *****7872 | |
| Represented By: Couhig Partners, LLC | Preferred Language: English |
| Portal User: N/A | |

**Current Claimant Status:** Release Accepted

### Claimant Activity

| Event | Event Date | Response Deadline | |
|---|---|---|---|
| Claimant Enforced Third Party Claim Notice | 10/27/2015 | | Events / Notices |
| Claimant Enforced Third Party Claim Notice | 09/24/2015 | | Events / Notices |
| Release Accepted | 08/16/2013 | | |
| Release Incompleteness Notice | 08/07/2013 | | Events / Notices |
| Release Incomplete | 08/06/2013 | | |
| Registration Form Submitted | 08/10/2012 | | |

Close

https://www2.deepwaterhorizoneconomicsettlement.com/secure/Shared/Notices/ClaimantDetails.aspx 1/1