UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J<br><br>JUDGE BARBIER |
| Applies to: 12-968 | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Leroy Wilson's Motion to Require BP to Pay Settlement Costs (Rec. doc. 15596)]**

On November 23, 2015, Leroy Wilson ("Wilson") filed a motion to require BP to pay all settlement costs reasonably associated with his SPC Claim and LMPC Claim. Rec. doc. 15596.

IT IS ORDERED that: (1) by **Wednesday, December 16, 2015**, BP Exploration & Production, Inc. shall file an opposition limited to 15 double spaced pages in 12 point font; (2) by **Wednesday, December 23, 2015**, Wilson shall file a reply limited to five double spaced pages in 12 point font; and (3) thereafter the motion will be taken under submission on briefs and without oral argument.

New Orleans, Louisiana, this 1st day of December, 2015.

_____
SALLY SHUSHAN
United States Magistrate Judge