REFERENCE: MDL-2179'J" IN RE: OIL RIG "DEEPWATER HORIZON"

Claim Number SPC00002895

GCCF Claim Number 1173939

*12-968*

David M. Strong, Pro Se

305 Syringa Road, P.O. Box 219

Topping, VA 23169

(804) 286-9030

November 19, 2015

Certified Mail Return Receipt

7015 0640 0000 2906 2563

U.S. District Court

For the Eastern District of Louisiana

The Honorable Judge William W. Blevins, Clerk

500 Poydras Street, Room C – 151

New Orleans, LA 70130

TENDERED FOR FILING

NOV 25 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

RE:     Notification of Medical Benefits Claims Settlement

Dear Honorable Clerk, Mr. Strong (The Appellant) is writing the Court in regard to his Pro Se Case having seen on TV in July 2015 that Funds for the MDL-2179 had been allocated for distribution in the Gulf Coast States and this was not clear for Appellant in his Pro Se Case. For example, in review that the GCCF and the DHMBC Administrators denied the Appellant claims and Herman, Herman & Katz were not accepting new class members. Therefore, the Appellant is asking The Honorable Clerk how the Appellant Pro Se Case will be process.

1

REFERENCE: MDL-2179'J" IN RE: OIL RIG "DEEPWATER HORIZON"

Claim Number SPC00002895

GCCF Claim Number 1173939

Sincerely

*[signature]*
David m. Strong, Pro Se

| | |
|---|---|
| DHMBC Administrator | Herman, Herman & Katz |
| 935 Gravel Street, Suite 1400 | 820 O'Keefe Avenue |
| New Orleans, LA 7012 | New Orleans, LA 70113-1116 |

2

David M. Strong
P.O. Box 219
Topping, VA 23169

RETURN RECEIPT REQUESTED

CERTIFIED MAIL

7015 0640 0000 2906 2563

7013:3816629 0029

RICHMOND VA 230
20 NOV'15
PM 11



02 1P
0001916472  NOV 20 2015
MAILED FROM ZIP CODE 23169
$ 006.74⁰
PITNEY BOWES

6.74

RETURN RECEIPT REQUESTED

U.S. District Court
for the Eastern District of Louisiana
The Honorable Judge William W.
Blevins, Clerk
500 Poydras Street, Room C-151
New Orleans, LA 70130