# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 14-31165

**A True Copy**
**Certified order issued Nov 12, 2015**

Jyle W. Cayce

Clerk, U.S. Court of Appeals, Fifth Circuit

IN RE: DEEPWATER HORIZON

---

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; BON SECOUR FISHERIES, INCORPORATED; FORT MORGAN REALTY, INCORPORATED; LFBP 1, L.L.C., doing business as GW Fins; PANAMA CITY BEACH DOLPHIN TOURS & MORE, L.L.C.; ZEKES CHARTER FLEET, L.L.C.; WILLIAM SELLERS; KATHLEEN IRWIN; RONALD LUNDY; CORLISS GALLO; JOHN TESVICH; MICHAEL GUIDRY, on behalf of themselves and all others similarly situated; HENRY HUTTO; BRAD FRILOUX; JERRY J. KEE,

  Plaintiffs - Appellees

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

  Defendants - Appellants

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

ORDER:

IT IS ORDERED that the joint stipulation of the parties to dismiss the appeal pursuant to Fed. R. App. P. 42(b) is GRANTED

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 12, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 14-31165   In re: Deepwater Horizon
                         USDC No. 2:10-MD-2179
                         USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Allison G. Lopez, Deputy Clerk
                                      504-310-7702

cc w/encl:
    Mr. George Howard Brown
    Ms. Elizabeth Joan Cabraser
    Mr. Miguel Angel Estrada
    Mr. Soren E. Gisleson
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman
    Mr. Thomas George Hungar
    Mr. Samuel Issacharoff
    Mr. Scott Payne Martin
    Mr. Theodore B. Olson
    Mr. James Parkerson Roy