# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

November 16, 2015

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  Sealed Appellant 2, et al.
          v. BP Exploration & Production, Inc., et al.
          No. 15-508
          (Your No. 14-31107)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**　　　　　　　　　　　　　　　　　　**TEL. 504-310-7700**
**CLERK**　　　　　　　　　　　　　　　　　　　　　　　**600 S. MAESTRI PLACE**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**NEW ORLEANS, LA 70130**

November 17, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

　　　No. 14-31107　　In re: Deepwater Horizon
　　　　　　　　　　　USDC No. 2:10-MD-2179
　　　　　　　　　　　USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.

　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　Charlene A. Vogelaar, Deputy Clerk
　　　　　　　　　　　　　　　　504-310-7648