UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL 2179 |
| | | SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| Nos. 10-2454 & 10-1768 | * | MAGISTRATE SHUSHAN |

### ORDER

Before the Court is Center for Biological Diversity's ("the Center") Motion for Reconsideration under Federal Rule 59(e) **(Rec. Doc. 15461)** regarding the Court's September 14, 2015 Order, which granted Defendants' motions for summary judgment and denied the Center's cross-motion for partial summary judgment. (*See* Rec. Doc. 15352). BP and Transocean oppose the motion. (Rec. Doc. 15567).

"Reconsideration of a judgment after its entry is an extraordinary remedy that should be used sparingly." *Templet v. HydroChem Inc.*, 367 F.3d 473, 479 (5th Cir. 2004) (citations omitted). "[A] motion to alter or amend the judgment under Rule 59(e) must clearly establish either a manifest error of law or fact or must present newly discovered evidence and cannot be used to raise arguments which could, and should, have been made before the judgment issued." *Rosenzweig v. Azurix Corp.*, 332 F.3d 854, 863 (5th Cir. 2003) (quotations and citations omitted). Because the Center's motion presents documents and arguments that could have and should have been included in the summary judgment briefing,

**IT IS ORDERED** that the Center's Motion for Reconsideration (**Rec. Doc. 15461**) is **DENIED**, and,

**IT IS FURTHER ORDERED** that the Motion for Reconsideration and the documents attached thereto are hereby **STRUCK** from the record.

New Orleans, Louisiana, this 4th day of December, 2015.

_____
United States District Judge

**NOTE TO CLERK**: Enter in 10-md-2179, 10-2454, and 10-1768.