UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br><br>These Pleadings apply to: *All Cases*<br><br>(Including No. 12-970) | MDL No. 2179<br><br>SECTION: J<br><br>JUDGE BARBIER<br><br>MAGISTRATE SUSHAN |

## ORDER

**CONSIDERING** Plaintiffs' *Ex Parte* Motion for Interim Reimbursement of Shared Expenses:

**IT IS ORDERED** that Philip A. Garrett, C.P.A., be and is hereby authorized and directed to arrange for the interim and interlocutory payment of shared cost reimbursements from the Common Benefit Fee and Cost Fund established pursuant to Section 5.16 of the Economic and Property Damages Class Settlement Agreement to Philip A. Garrett, CPA, in the amount of $23,100.00.

**SIGNED** at New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Hon. Carl J. Barbier