

**ADAMS, JENKINS AND CHEATHAM**
CERTIFIED PUBLIC ACCOUNTANTS AND BUSINESS CONSULTANTS

Common Benefit Fee and Cost Fund
c/o Phillip Garrett
156 Bald Eagle Drive
Abita Springs, LA 70420

Client ID: 3738
Invoice: 16386
Date: 08/31/2015

For professional service rendered as follows:
    Preparation of 2014 federal and Louisiana income tax returns.      2,100.00

| | |
|---|---|
| Billed Time & Expenses | $2,100.00 |
| Invoice Total | $2,100.00 |

| | |
|---|---|
| Beginning Balance | $0.00 |
| Invoices | 2,100.00 |
| Receipts | 0.00 |
| Adjustments | 0.00 |
| Service Charges | 0.00 |
| Amount Due | $2,100.00 |

**EXHIBIT A**

231 Wylderose Drive | Midlothian, VA 23113 | 804.323.1313