UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG ) | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the ) | |
|       GULF OF MEXICO, on ) | SECTION: J |
|     APRIL 20, 2010 ) | |
| ) | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: ) | MAG. JUDGE WILKINSON |
| 10-cv-08888 [Rec Doc. 57007], 10-cv-02543 ) | |
| ) | |

## UNOPPOSED MOTION FOR RELIEF FROM PRESERVATION ORDER

**NOW INTO COURT,** through undersigned counsel, comes John Wunstell, Jr. ("Plaintiff"), who requests relief from the general Preservation Order such that he be allowed to dispose of his shrimping vessel *F/V Ramie's Wish*, which remains contaminated with oil and dispersant chemicals due to the vessel's participation in the *In Situ* Burn Team during BP's Vessel's of Opportunity (VoO) Program. The vessel has been made available for inspection to All Defendants, who would not be prejudiced by the disposal of the vessel, and have voiced no opposition to same.[1]

WHEREFORE, as this motion is unopposed, and no parties will be prejudiced by the disposal of the Plaintiff's vessel, Plaintiff prays that this Honorable Court grant the Motion for Relief from Preservation Order and allow him to dispose of his vessel.

This 7th day of December, 2015.

---

[1] *See* EXHIBIT A.

Respectfully Submitted,


   /s/ Stephen J. Herman
**STEPHEN J. HERMAN**, La. Bar No. 23129
**SOREN E. GISLESON**, La. Bar No. 26302
**AARON AHLQUIST**, La. Bar No. 29063
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
*Counsel for Plaintiff*


**CERTIFICATE OF SERVICE**

 **I H**EREBY **C**ERTIFY that the above and foregoing Motion will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 7th day of December, 2015.


                 /s/ Stephen J. Herman