# Aaron Ahlquist

| | |
|---|---|
| **From:** | Esbrook, Christopher J. <cesbrook@kirkland.com> |
| **Sent:** | Friday, October 23, 2015 8:13 AM |
| **To:** | Steve Herman; Langan, Andrew; *dkhaycraft@liskow.com |
| **Cc:** | Sally_Shushan@laed.uscourts.gov; Jim Roy; Soren Gisleson; Aaron Ahlquist |
| **Subject:** | RE: BP Oil - Motion to Dispose of (or alternatively Transfer Possession of) the Ramie Wish |

Steve,

BP has considered your request and does not object to Mr. Wunstell disposing of his vessel, the *Ramie Wish*. BP expects that you will obtain any permission by the Court that may be needed to dispose of the vessel pursuant to PTO No. 1.

Best,
Chris

Christopher J. Esbrook
KIRKLAND & ELLIS LLP
300 North Lasalle Street
Chicago, IL  60654
312.862.2032 (Tel)
312.862.2200 (Fax)
christopher.esbrook@kirkland.com

---

**From:** Steve Herman [mailto:SHERMAN@hhklawfirm.com]
**Sent:** Saturday, September 19, 2015 5:43 PM
**To:** Langan, Andrew; Esbrook, Christopher J.; *dkhaycraft@liskow.com
**Cc:** Sally_Shushan@laed.uscourts.gov; Jim Roy; Soren Gisleson; Aaron Ahlquist
**Subject:** BP Oil - Motion to Dispose of (or alternatively Transfer Possession of) the Ramie Wish

Dear Andy, Chris and Don,

I hope that you are having a nice weekend.

As you may recall, BP has, in the past, insisted that one of our clients, Mr. Wunstell, continue to maintain a still-contaminated vessel, the *Ramie Wish,* despite several inspections, and the offer to transfer possession of the vessel to BP.

We would appreciate it if BP would again consider allowing Mr. Wunstell to dispose of the vessel, or alternatively transfer possession to BP.

The history is recounted in the attached Memorandum in Support of Request for Relief from Protective Order, which we would plan to file in the event that we cannot resolve the issue amicably.

Thanks, best wishes, and have a nice rest of the weekend, - Steve

Stephen J. Herman, Esq.
Herman Herman & Katz LLP

1

# Steve Herman

| | |
|---|---|
| **From:** | Esbrook, Christopher J. <cesbrook@kirkland.com> |
| **Sent:** | Friday, August 01, 2014 3:35 PM |
| **To:** | Aaron Ahlquist; Jim Klick; Steve Herman |
| **Cc:** | DefenseLiaison2179@liskow.com; Soren Gisleson |
| **Subject:** | RE: BP Oil - John "Winnie" Wunstell and Kelly Blanchard - No. 2:10-cv-02543 / Short Form Joinder Nos. 57007, 56968, and 110854 |

Aaron,

BP objects to Mr. Wunstell disposing of the vessel, the *Rammie's Wish*. All parties and counsel in MDL 2179 have a duty to preserve evidence relevant to the proceedings in MDL 2179 pursuant to Pretrial Order No. 1. "The duty extends to documents, data, and *tangible things* in possession, custody, and control of the parties," which includes the vessel upon which Mr. Wunstell and Ms. Blanchard were allegedly injured. (PTO No. 1, ¶ 14.) "Failure to comply may lead to dismissal of claims, striking of defenses, imposition of adverse inferences or other dire consequences." (Id.) Moreover, BP intends on requesting a supplemental inspection in the near future and I will be in touch regarding the request soon. In the meantime, please don't hesitate to contact me if you would like to discuss.

All the best,
Chris



Christopher J. Esbrook
KIRKLAND & ELLIS LLP
300 North Lasalle Street
Chicago, IL  60654
312.862.2032 (Tel)
312.862.2200 (Fax)
christopher.esbrook@kirkland.com

---

**From:** Aaron Ahlquist [mailto:aahlquist@hhklawfirm.com]
**Sent:** Wednesday, July 02, 2014 9:40 AM
**To:** Jim Klick; Esbrook, Christopher J.; Steve Herman
**Cc:** DefenseLiaison2179@liskow.com; Soren Gisleson
**Subject:** RE: BP Oil - John "Winnie" Wunstell and Kelly Blanchard - No. 2:10-cv-02543 / Short Form Joinder Nos. 57007, 56968, and 110854

Chris and other members of the defense team.

This is to follow up on our previous requests relating to the disposal of Wunstell's vessel. At this point, his vessel has been tested and examined on multiple occasions, in June 2010 and, most recently on April 24, 2014, including chemical testing and surveying of the vessel. As we have previously represented to you Wunstell is no longer able to keep his vessel at its current location, and needs to dispose of it. If any defendant would like to take possession or ownership of the vessel, please let us know as soon as possible. We will transfer title to BP or any other party. If we do not hear that any defendant intends on taking possession of the Ramie's Wish in the next 30 days, we will advise Mr. Wunstell that he may dispose of the vessel. If you seek relief from the Court, please copy us upon filing.

Aaron Z. Ahlquist, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Direct Dial: 504-680-0588

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

**CONFIDENTIAL ATTORNEY WORK PRODUCT**

 Please consider the environment before printing this e-mail

---

**From:** Aaron Ahlquist
**Sent:** Friday, April 04, 2014 2:51 PM
**To:** Jim Klick; 'Esbrook, Christopher J.'; Steve Herman
**Cc:** DefenseLiaison2179@liskow.com; Soren Gisleson
**Subject:** RE: BP Oil - John "Winnie" Wunstell and Kelly Blanchard - No. 2:10-cv-02543 / Short Form Joinder Nos. 57007, 56968, and 110854

Chris and other members of the defense team,

We have previously sent emails requesting whether BP, or others, desire to further inspect Mr. Wunstel's vessel. While BP indicated that it wanted to conduct additional testing, we have repeatedly requested dates for such inspection to no avail. The continued storage and retention of Wunstell's vessel is causing him increasing and considerable hardship. Please provide us with dates to inspect vessel in next 10 days, otherwise may need to take this issue up with the Court concerning continued preservation of the vessel, which BP has previously inspected on multiple occasions, and who should bear that cost. It is our understanding that Mr. Wunstell's dock space is no longer available to him, and storing the vessel at another dock costs $300 per day.

We look forward to hearing from you in the near future.

Aaron Z. Ahlquist, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Direct Dial: 504-680-0588

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

**CONFIDENTIAL ATTORNEY WORK PRODUCT**

 Please consider the environment before printing this e-mail

---

**From:** Jim Klick
**Sent:** Monday, March 10, 2014 11:13 AM
**To:** 'Esbrook, Christopher J.'; Steve Herman
**Cc:** DefenseLiaison2179@liskow.com; Aaron Ahlquist; Soren Gisleson
**Subject:** RE: BP Oil - John "Winnie" Wunstell and Kelly Blanchard - No. 2:10-cv-02543 / Short Form Joinder Nos. 57007, 56968, and 110854


Chris and other members of defense team: Please provide me with dates in March that you are all jointly available to conduct the inspection you have requested.

It should be noted that BP has previously inspected this vessel, initially on 6/02/2010 with Mark Latham, Donald Abunza, and an expert hired by them present. Subsequent thereto, in connection with efforts to reach amicable agreement regarding vessel damage claims, there were subsequent inspections by some BP marine surveyors, which we never

received copies of these reports, as my client was told that they were "in legal." Nevertheless, we are agreeable to your desire to inspect vessel again.  Jim

---

**From:** Esbrook, Christopher J. [mailto:cesbrook@kirkland.com]
**Sent:** Monday, February 17, 2014 6:56 PM
**To:** Steve Herman
**Cc:** DefenseLiaison2179@liskow.com; Jim Klick; Aaron Ahlquist; Soren Gisleson
**Subject:** RE: BP Oil - John "Winnie" Wunstell and Kelly Blanchard - No. 2:10-cv-02543 / Short Form Joinder Nos. 57007, 56968, and 110854

Steve,

Thank you for your e-mail.  BP objects to Mr. Wunstell disposing of the vessel, the *Rammie's Wish*.  As you know, all parties and counsel in MDL 2179 have a duty to preserve evidence relevant to the proceedings in MDL 2179 pursuant to Pretrial Order No. 1.  "The duty extends to documents, data, and *tangible things* in possession, custody, and control of the parties," which would include the vessel upon which Mr. Wunstell and Ms. Blanchard were allegedly injured.  (PTO No. 1, ¶ 14.)  Moreover, BP respectfully requests the opportunity to inspect the vessel at a mutually agreeable time and place.

Best,
Chris


Christopher J. Esbrook
KIRKLAND & ELLIS LLP
300 North Lasalle Street
Chicago, IL  60654
312.862.2032 (Tel)
312.862.2200 (Fax)
christopher.esbrook@kirkland.com

---

**From:** Steve Herman [mailto:SHERMAN@hhklawfirm.com]
**Sent:** Friday, February 14, 2014 8:27 AM
**To:** DefenseLiaison2179@liskow.com
**Cc:** Jim Klick; Soren Gisleson; Aaron Ahlquist
**Subject:** BP Oil - John "Winnie" Wunstell and Kelly Blanchard - No. 2:10-cv-02543 / Short Form Joinder Nos. 57007, 56968, and 110854

Dear Friends,

Plaintiffs' vessel was heavily damaged in the VoO Program, and they have been paid on their Vessel Damage Claim in the Economic & Property Damages Settlement.

Mr. Wuntstell still has pending personal injury claims against several of the MDL Defendants.

Plaintiffs would like to dispose of the damaged vessel.

If any defendant desires to inspect the vessel before it is disposed, please let us know.

Thanks.

3