UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATED TO: 10-cv-08888 [Rec Doc. 57007], 10-cv-02543 | ) ) ) | |

## ORDER

**CONSIDERING** Plaintiff's *Unopposed Motion for Relief from Preservation Order*:

**IT IS HEREBY ORDERED** Plaintiff, John Wunstell, Jr., is hereby granted relief from general preservation Requirements of PTO No. 1, and s hereby authorized to dispose of his vessel, *F/V Ramie's Wish*, as he sees fit.

**SIGNED** in New Orleans, Louisiana this _____ day of _____, 2015.

 

_____
Hon. Carl J. Barbier
U.S. District Court Judge