UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION: J |
| This Document Relates To: | * * | JUDGE BARBIER |
| *No. 12-970* | * * | MAGISTRATE SHUSHAN |

## ORDER

### [Approving Amended Rules Governing Discretionary Court Review of Appeal Determinations]

**PURSUANT** to this Court's continuing and exclusive jurisdiction under Section 18.1 of the Economic and Property Damages Settlement Agreement (as amended on May 2, 2012 and approved on December 21, 2012) (the "Settlement Agreement"); and pursuant to the ruling of the Fifth Circuit Court of Appeals, 785 F.3d 986 (5th Cir. 2015),

**IT IS HEREBY ORDERED** as follows:

1. The amended Rules Governing Discretionary Court Review of Appeal Determinations (to be effective December 8th, 2015), attached hereto, in accordance with Sections 6.3, 6.6, and Exhibit 25 of the Settlement Agreement, are approved, to streamline the designation process as it relates to appeals filed pursuant to these Rules.

2. Because of the sensitive nature of the information contained in claims files and appeals involving them, the District Court record in these cases will be restricted to the Court, the claimant, BP, and all counsel of record regarding each claim.

3. As indicated in Rule 38 of the Rules Governing Discretionary Court Review of Appeal Determinations, the Court has requested that Lead Class Counsel and BP provide an index of a standard designation of documents from the MDL 2179 case file to be

included in the record on all appeals to the Fifth Circuit Court of Appeals. The documents associated with this designation will be housed in Fifth Circuit Case File No. 15-98007 and included in the record on all appeals to the Fifth Circuit Court of Appeals made pursuant to these Rules.

4. This Court retains exclusive jurisdiction over the interpretation, implementation and enforcement of the Rules attached to this Order.

New Orleans, Louisiana, this  8th  day of December, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE