## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 SECTION "J" |
| This Document Relates To: | * * | JUDGE BARBIER |
| No. 12-970 | * * | MAG. JUDGE SUSHAN |

## <u>*EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD ON BEHALF OF WOODBRIDGE BARIC PRE-SETTLEMENT FUNDING, LLC</u>

NOW INTO COURT, through undersigned counsel, comes Woodbridge Baric Pre-Settlement Funding, LLC, who wishes to enroll Anton L. Hasenkampf, Louisiana Bar Number 36109, of the law firm of Leake & Andersson, LLP, as additional counsel of record in the above entitled and numbered cause.

        Respectfully submitted,

        <u>/s/ *Margaret F. Swetman*</u>
        GEORGE D. FAGAN, T.A. - #14260
        MARGARET F. SWETMAN - # 29195
        ANTON L. HASENKAMPF - #36109
        LEAKE & ANDERSSON, L.L.P.
        1100 Poydras Street, Suite 1700
        New Orleans, Louisiana 70163
        Telephone: (504) 585-7500
        Facsimile: (504) 585-7775
        Email: gfagan@leakeandersson.com
        Email: mswetman@leakeandersson.com
        Email: ahasenkampf@leakeandersson.com
        *Attorneys for Woodbridge Baric Pre-Settlement Funding, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been electronically filed and delivered to all counsel of record by notice of electronic filing by the court, by depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 9th day of December, 2015, at their last known address of record.

/s/ *Margaret F. Swetman*

41747/320