# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

November 30, 2015

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re:  State of Veracruz, Republic of Mexico, et al.
           v. BP, P.L.C., et al.
           No. 15-155
           (Your No. 13-31070)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 01, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

   No. 13-31070   In re: Deepwater Horizon
                  USDC No. 2:10-MD-2179
                  USDC No. 2:10-CV-4239
                  USDC No. 2:10-CV-4240
                  USDC No. 2:10-CV-4241

Dear Mr. Blevins,

Enclosed is a copy of the Supreme Court order denying certiorari.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Charlene A. Vogelaar, Deputy Clerk
                              504-310-7648