# United States Court of Appeals

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE　　　　　　　　　　　　　　　　　　　　　TEL. 504-310-7700
CLERK　　　　　　　　　　　　　　　　　　　　　　　　　600 S. MAESTRI PLACE
　　　　　　　　　　　　　　　　　　　　　　　　　　　NEW ORLEANS, LA 70130

December 01, 2015

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

　　　No. 14-31026　　In re: Deepwater Horizon
　　　　　　　　　　　USDC No. 2:10-MD-2179
　　　　　　　　　　　USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record is returned to District Court:

( 2 ) Volumes    (  ) Envelopes    (  ) Boxes

　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　LYLE W. CAYCE, Clerk

　　　　　　　　　　　　　　　　　　*Dantrell Johnson*

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Dantrell L. Johnson, Deputy Clerk
　　　　　　　　　　　　　　　　　　504-310-7689

cc w/encl:
　　Mr. Jeffrey Bossert Clark, Sr.
　　Mr. Dominic E. Draye
　　Mr. Soren E. Gisleson
　　Mr. Richard Cartier Godfrey
　　Mr. Don Keller Haycraft
　　Mr. Stephen Jay Herman
　　Mr. James Andrew Langan
　　Mr. Charles Marshall Thomas