UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 12-970 | * | MAG. JUDGE SUSHAN |
| | * | |

ORDER

Considering Woodbridge Baric Pre-Settlement Funding, LLC's *Ex Parte* Motion to

Enroll Additional Counsel of Record;

IT IS ORDERED that Anton L. Hasenkampf , Louisiana Bar Number 36109, of the law

firm of Leake & Andersson, LLP be and he is hereby added as additional counsel of record for

Woodbridge Baric Pre-Settlement Funding, LLC , in the above entitled and numbered cause.

New Orleans, Louisiana this 9th day of December, 2015.

_____

UNITED STATES DISTRICT JUDGE