UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL 2179 <br> SECTION "J" |
| Applies to: | * * | JUDGE BARBIER |
| No. 10-8888 (Rec. Doc. 77122) | * * | MAGISTRATE SHUSHAN |

## ORDER

Considering the Motion to Withdraw as Counsel of Record (Rec. Doc. 15578);

IT IS ORDERED that Ronna M. Steele and the Law Offices of Ronna M. Steele are hereby withdrawn as counsel of record for Latonya Williams (present address/phone no.: 578 Aragon Road, Montegut, La, (985) 293-3845).

New Orleans, Louisiana this 10th day of December, 2015

_____
United States District Judge