UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON"in the GULF OF MEXICO on APRIL 20, 2010 | MDL NO. 2179<br><br>JUDGE BARBIER |
| This document relates to:<br>Nos. 12-970, 15-4143,<br>15-4146 and 15-4654 | MAG. JUDGE WILKINSON |

## ORDER

The "Neutral Allocation and Reasons (Halliburton and Transocean Settlements)" issued in this matter on December 10, 2015, Record Doc. No. 15652, contained an error in the percentages of the two allocation payments. I am separately filing a corrected document reflecting that the respective percentages are 72.8 % to the New Class and 27.2 % to the Old Class. The lump sum dollar amounts remain the same. The Clerk is directed to remove "Neutral Allocation and Reasons (Halliburton and Transocean Settlements)," Record Doc. No. 15652, from the record and substitute the corrected document in its place.

New Orleans, Louisiana, this ___11th___ day of December, 2015.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE