UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010        SECTION J

This Filing Applies to:                 JUDGE BARBIER

Nos. 13-706, 13-810,                    MAGISTRATE JUDGE SHUSHAN
13-1143, 13-1185, 13-1222,
13-1386 and 13-2006[1]

## ORDER

[OPA Test Cases – Conference on Wednesday, December 9, 2015]

1. **Bisso**.

    Bisso reported that on December 9, 2015, it served: (a) amended responses to interrogatories; (b) a privilege log; and (c) a clawback log.

    Bisso reported that it provided available dates in January for the depositions of seven or eight current Bisso employees. It also communicated with Elizabeth Brumley, a former Bisso employee in Houston, on her availability for depositions.

    BP depositions are to be scheduled for February.

2. **Wadleigh**.

    On December 7, 2015, Wadleigh reported that:

    (a) It provided BP with the metadata and/or other associated information regarding the approximately 400 "orphan" e-mails and/or other documents, as well as a preliminary privilege log.

---

[1] The OPA Causation Test Cases are:

   Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
   Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
   Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
   Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
   Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
   Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
   Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

(b) It is working to produce the damage model by the end of January. Within the next few weeks, representatives of Wadleigh and Harold Asher's team will meet to pin down additional issues for amendment to and/or supplementation of the damage model.

(c) It was attempting to address the issues raised by BP's letter concerning interrogatory issues.

Before the next conference Wadleigh will report when the amended answers to interrogatories will be served.

3. **Blake**.

Blake completed the scanning and production of its hard copy documents. It is working on the production of its electronic documents. Logs for privileged and clawback documents are being prepared as the documents are reviewed prior to production. The electronic documents will be produced in waives.

Blake is working on its amended responses to BP's interrogatories.

4. **Stipulations**.

The parties are reminded of the need to work on stipulations.

5. **Prior Motions**.

The deadlines for the Rule 12 motions to dismiss are:

**Wednesday, December 16, 2015,** to file motions.

**Wednesday, January 6, 2016**, to file oppositions.

**Wednesday, January 20, 2016,** for replies.

6. **Cross-Motions for Summary Judgment**.

By **Monday, April 4, 2016,** the parties shall file cross-motions for summary judgment.

By **Monday, April 25, 2016**, the parties may file their opposition briefs.

By **Friday, May 13, 2016**, the parties may file reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted. Page limitations will be discussed at the December 16, 2015 conference.

7. **Next Conference**.

The next telephone status conference is on **Wednesday, December 16, 2015, at 1:30 p.m**.

New Orleans, Louisiana, this 9th day of December, 2015.

                                              **SALLY SHUSHAN**
                                              United States Magistrate Judge