01-40954
PW/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

# *CONFIDENTIAL*

## *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# Lars Herbst
**VOLUME 1**

OCTOBER 10, 2012

# COPY



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

```
 1        Q.    Okay.  And these appear to be
 2   Mr. Bromwich's comments, and the sec- -- the
 3   next paragraph reads, I want to make just a
 4   couple remarks regard -- remarks about the
 5   suspension and the Secretary's decision to
 6   lift it before it's originally scheduled
 7   expiration date of November 30.  "The
 8   suspension was a necessary measure to ensure
 9   that appropriate safety, containment and
10   response mechanisms were in place.  As the
11   Secretary explained in his July 12 decision,
12   the proper safeguards were not at that time
13   in place to prevent or respond to another
14   deepwater blowout."  Did I read that
15   correctly?
16        A.    Yes.
17        Q.    Do you agree with that
18   statement, "As the Secretary explained in his
19   July 12 decision, the proper safeguards were
20   not at that time in place to prevent or
21   respond to another deepwater blowout"?
22        MR. DAVIS-DENNY:  Form.
23        MR. ROBERTS:  Objection; form.
24        MR. FLYNN:  Object as to form.
25        A.    I would partially agree with
```

|       |    |                                                              |
|-------|----|--------------------------------------------------------------|
|       | 1  | that.  I think that this accident did not                    |
|       | 2  | condemn all drilling operations or blowout                   |
|       | 3  | preventers which are used to prevent releases                |
|       | 4  | and blowouts.  I do believe that obviously                   |
| 04:33 | 5  | there were learnings from -- from the                        |
|       | 6  | incident and that the ability to respond to a                |
|       | 7  | similar incident needed to be upgraded.                      |
|       | 8  |     Q.    (BY MR. KRAUS)  Okay.  Do you |
|       | 9  | believe that in light of the response efforts                |
| 04:33 | 10 | that were being made related to the Deepwater                |
|       | 11 | Horizon that had another blowout happened in                 |
|       | 12 | the Gulf of Mexico, that there were                          |
|       | 13 | sufficient resources to respond to another                   |
|       | 14 | spill?                                                       |
| 04:34 | 15 |     MR. FLYNN:  Objection as to form.    |
|       | 16 |     A.    Sorry, could you repeat the |
|       | 17 | question?                                                    |
|       | 18 |     MR. KRAUS:  Can you read it back?    |
|       | 19 |     (The pending question was read       |
| 04:34 | 20 | by the reporter.)                                            |
|       | 21 |     A.    If I speak specifically to -- to |
|       | 22 | source control, which -- which our bureau is                 |
|       | 23 | more responsible for than the actual                         |
|       | 24 | implementation of spill response, I believe                  |
| 04:34 | 25 | obviously the learnings and the equipment                    |

| | | |
|---|---|---|
| | 1 | that were developed for the Deepwater Horizon |
| | 2 | source control could have been available or |
| | 3 | made available for a future response. |
| | 4 | Q.    (BY MR. KRAUS)  And I'm talking |
| 04:35 | 5 | if one were to happen at the same time you |
| | 6 | were still -- that you were responding to the |
| | 7 | Deepwater Horizon, you're saying that there |
| | 8 | were sufficient resources? |
| | 9 | MR. FLYNN:  Objection as to form. |
| 04:35 | 10 | A.    Okay.  I did not get that from |
| | 11 | your question.  At that particular time, I |
| | 12 | believe that was the reason why the -- the |
| | 13 | secretary had issued the original moratorium. |
| | 14 | At least part of that decision was to ensure |
| 04:35 | 15 | that while this particular event was going |
| | 16 | on, that there -- there may not be sufficient |
| | 17 | resources to cover another one. |
| | 18 | Q.    (BY MR. KRAUS)  Okay.  Thank |
| | 19 | you.  Can you turn to Tab 7, which has been |
| 04:35 | 20 | marked as Exhibit 9087?  Do you know who |
| | 21 | Shiva McMahon is? |
| | 22 | A.    I've seen the name, but I don't |
| | 23 | recall who that is. |
| | 24 | Q.    You'll note on the e-mail closer |
| 04:36 | 25 | to the bottom of the page that Ms. McMahon -- |

```
         1        A.    That -- I would agree with --
         2   with part of the mobilization of equipment,
         3   and they really didn't address international
         4   sources in the plan.
09:31    5        Q.    Okay.  The next slide is "The
         6   Insufficiency of Oil Spill Response
         7   Resources"; do you see that?
         8        A.    Yes.
         9        Q.    First bullet point is "The
09:32   10   unprecedented deployment of oil spill
        11   response resources to the Deepwater Horizon
        12   site and regional shorelines raises serious
        13   concerns about the industry's ability to
        14   respond should another deepwater spill
09:32   15   occur"; did I read that?
        16        A.    Yes.
        17        Q.    You agree with that, right?
        18        MR. DAVIS-DENNY:  Objection; form.
        19        A.    If another similar deepwater
09:32   20   spill occurred, yes.
        21        Q.    (BY MR. BARR) Okay.  Were --
        22   was deepwater drilling going on in September
        23   of 2010?
        24        A.    There would have been
09:32   25   potentially some drilling as it related to
```

|  |  |
|---|---|
| 1 | water injection wells, as I recall. |
| 2 | Q. Would you agree that one of the |
| 3 | reasons for the moratorium was the serious |
| 4 | concern about the industry's ability to |
| 09:32  5 | respond should another deepwater spill occur? |
| 6 | A. In particular at the -- the same |
| 7 | time that this equipment was deployed for |
| 8 | this response and the ability to respond to |
| 9 | another similar type accident. |
| 09:33 10 | Q. The industry was pumping all |
| 11 | available resources into this response, and |
| 12 | if another incident occurred, it would have |
| 13 | been impossible to respond to it, correct? |
| 14 | MR. FENDLER: Object to the form. |
| 09:33 15 | A. I think if there was, again, a |
| 16 | similar event to -- to this one, yes, it |
| 17 | would be very difficult to respond to that |
| 18 | second event. |
| 19 | Q. (BY MR. BARR) Impossible, |
| 09:33 20 | correct? There is no other equipment, right? |
| 21 | A. Well, again, each case is |
| 22 | different, and the equipment that would need |
| 23 | to be deployed on that one, it would be |
| 24 | different than this. So it's -- I hate to |
| 09:33 25 | say impossible, but it would be very |

|  |  |
|---|---|
| 1 | difficult. |
| 2 | Q. If they had to skim, burn, or |
| 3 | disperse any oil from a second incident, safe |
| 4 | to say couldn't have been done, correct? |
| 09:34  5 | A. I would say that's fair, if the |
| 6 | release was the same, yes. |
| 7 | MR. BARR: Okay. All right. We need |
| 8 | to take a tape break, so we'll break for |
| 9 | that. |
| 09:34 10 | THE VIDEOGRAPHER: The time is |
| 11 | 9:34 a.m., and we're off the record. |
| 12 | (Recess from 9:34 a.m. to 9:49 a.m.) |
| 13 | THE VIDEOGRAPHER: The time is |
| 14 | 9:49 a.m., and we're back on the record. |
| 09:49 15 | Q. (BY MR. BARR) All right. |
| 16 | Mr. Herbst, I'm going to hand you what I'm |
| 17 | marking as Exhibit 9097. |
| 18 | MR. BARR: And counsel for the United |
| 19 | States would like to make a statement first. |
| 09:50 20 | MR. FLYNN: This document appears to be |
| 21 | a privileged document. It appears that it |
| 22 | may be protected by the attorney-client |
| 23 | privilege as well as the deliberative process |
| 24 | privilege. I do not know if it's been clawed |
| 09:50 25 | back yet; if not, it almost certainly will |



# Forums on Offshore Drilling

*Oil Spill Preparedness and Response*

Biloxi, Mississippi
September 10, 2010

CONFIDENTIAL

IMU276-002193



9096
Exhibit No. ____
Worldwide Court Reporters, Inc.

TREX 009096.0001

# Purpose of the Forums

The current suspension of deepwater drilling is in effect until November 30, 2010, or until such earlier time as the Secretary determines that deepwater drilling operations can proceed safely with robust health and environmental protections in place.

Secretary Salazar directed BOEM to collect public and expert input about the following three issues pertaining to deepwater drilling activities:

1. Drilling and workplace safety.
2. Wild well intervention and containment techniques.
3. Oil spill response capabilities for offshore drilling and production facilities.

A purpose of the forums is to identify whether any modifications to the scope or duration of the deepwater drilling suspensions is warranted, based on the risks associated with specific types of operations.

We want to hear from you. Please fill out a comment card or submit your comments at www.BOEMRE.gov/forums

CONFIDENTIAL

IMU276-002194

TREX 009096.0002

# The Importance of Deepwater Drilling

- Tens of thousands of workers are employed in the Gulf of Mexico offshore oil and gas industry.

- Domestic energy production is important to the health of the economy, energy independence and national security.

- The Gulf of Mexico currently accounts for 30% of domestic oil production and 12% of domestic natural gas production.

CONFIDENTIAL

IMU276-002195

TREX 009096.0003

# The Importance of Drilling Safety and Effective Oil Spill Response: What is at Risk?





Deepwater spills have a devastating impact on:

- Fishing and Shrimping
- Tourism
- Wildlife
- The ocean and coastal environments
- Local communities

The only way to minimize the harm once an oil spill occurs is through a rapid and effective oil spill response.

CONFIDENTIAL                IMU276-002196

TREX 009096.0004

# The Impact of the Deepwater Horizon Oil Spill

- 11 rig workers died in the Macondo well blowout and fire.

- The Deepwater Horizon oil spill has had a dramatic effect on the ocean and coastal environments in the Gulf of Mexico.

- Hundreds of miles of shoreline and wetlands in the Gulf states have been affected by the Deepwater Horizon oil spill.

- The entire Gulf ecosystem will be affected, including marine plankton, fish and shellfish, birds, marine mammals, and other wildlife.

- The Deepwater Horizon oil spill also has had a major impact on the fishing, shrimping, tourism, commercial retail and other industries in the Gulf of Mexico region.



CONFIDENTIAL

IMU276-002197

TREX 009096.0005

# Resources Deployed in the Deepwater Horizon Clean-Up Effort

- Oil spill response resources across the nation have been mobilized for the clean-up of the Deepwater Horizon spill.

- This includes, among others:
    - Tens of thousands of personnel
    - Millions of feet of boom
    - Thousands of vessels
    - Over one hundred helicopters and aircraft




CONFIDENTIAL

IMU276-002198

TREX 009096.0006

# Inadequacy of Current Oil Spill Response Plans

- Industry representatives have admitted that they are not well-equipped to handle worst-case scenarios.

- Industry regional response plans proved inadequate to address the Deepwater Horizon spill:
    - Plans overestimated the daily recovery capacity of skimming systems in the open ocean.
    - Plans failed to account for the spreading of oil and the significant shoreline impact.
    - Plans failed to provide for rapid mobilization of equipment from domestic and international sources.



CONFIDENTIAL

IMU276-002199

TREX 009096.0007

# The Insufficiency of Oil Spill Response Resources

- The unprecedented deployment of oil spill response resources to the Deepwater Horizon site and regional shorelines raises serious concerns about the industry's ability to respond should another deepwater spill occur.

- Industry executives testified before Congress that they deployed all available resources to respond to the Deepwater Horizon spill.

- In a June 28, 2010, meeting with Interior, industry was unable to provide assurances that sufficient resources existed to address a second oil spill while the response to the Deepwater Horizon spill was ongoing.

- The Coast Guard determined that the number of oil skimming vessels was inadequate to recover the oil released from the Deepwater Horizon spill. Accordingly, USCG and EPA amended their oil spill response requirements to allow certain commercial and military vessels normally required to be available for spills in other regions to be deployed to the Deepwater Horizon site.

- NOAA stated that it was fully engaged in responding to the Deepwater Horizon spill and that it would have had difficulty responding if another spill were to occur simultaneously in another U.S. location.

CONFIDENTIAL

IMU276-002200

TREX 009096.0008

# Weather-Related Complications



- Clean-up operations during hurricane season are subject to multiple weather-related complications, difficulties and delay:
    - Response crews cannot conduct skimming or controlled burn operations in elevated sea states.
    - Increased wave heights may cause boom to break apart in some areas.
    - Storm surges may distribute oil over a wider geographic area and carry the oil into the coastline and inland.

- Although Tropical Storm Alex took a path away from the Macondo site, ocean conditions generated by the storm required all 510 skimmers responding to the Deepwater Horizon spill to return to shore.

CONFIDENTIAL

IMU276-002201

TREX 009096.0009



CONFIDENTIAL

IMU276-002202

TREX 009096.0010

# Today's Panels

- Panel I:
  - Gary Rook, Technical Director, Edison Chouest Offshore
  - John Dane, President and CEO, Trinity Yachts
  - Jim Adams, President, Offshore Marine Service Association
  - Donald W. Davis, Former Administrator, Louisiana Applied and Educational Oil Spill Research and Development Program
  - Kevin Costner, Co-founder, Ocean Therapy Solutions and Blue Planet Solutions

- Panel II:
  - A.J. Holloway, Mayor of the City of Biloxi
  - George Schloegel, Mayor of the City of Gulfport
  - Connie Moran, Mayor of the City of Ocean Springs
  - Connie Rockco, Harrison County Supervisor
  - Michael Mangum, Jackson County Supervisor

CONFIDENTIAL

IMU276-002203

TREX 009096.0011

# Forums on Offshore Drilling

## Oil Spill Preparedness and Response

Biloxi, Mississippi
September 10, 2010

CONFIDENTIAL

IMU276-002204

TREX 009096.0012