UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION J |
| | * | JUDGE BARBIER |
| Applies to: All Cases (including C.A. 12-970) | * * | MAGISTRATE SHUSHAN |

ORDER GRANTING EX PARTE MOTION BY THE CLAIMS ADMINISTRATOR
TO AUTHORIZE AND APPROVE RE-DESIGNATION OF CO-DOCUMENTATION
REVIEWER AND RE-CONSTITUTION OF AUDIT COMMITTEE

Considering the Ex Parte Motion by the Claims Administrator to Authorize And Approve Re-designation of Co-Documentation Reviewer and Re-constitution of Audit Committee (the "Motion"), without objection by BP Exploration & Production, Inc. or Class Counsel, and the Court finding the same to be warranted and justified under the circumstances described, and as permitted by the Settlement Agreement and in the exercise of its continuing jurisdiction and inherent authority over the CSSP; accordingly,

IT IS ORDERED that the Motion be and is hereby GRANTED in its entirety; and

IT IS FURTHER ORDERED that (a) the re-designation of P. Raymond Lamonica ("Lamonica") as Co-Documentation Reviewer, together with Lynne R. Stern (each of whom may act independently), at such compensation as the Claims Administrator reasonably determines,

1

and with Loos continuing to serve as Associate Documentation Reviewer, and (b)(i) Lamonica's resignation from the CSSP Audit Committee and as its Chairman, and (ii) at the option of the Claims Administrator, at least for the time being, the re-constitution and reduction in size of the Audit Committee from three members to the two other current members, Lloyd Tate and Dr. Larry Crumbley, who shall elect the new Chairman or Chairmen, but with the option by the Claims Administrator to appoint one of more additional members at his discretion should he determine that the need arises, all effective as of December 31, 2015, and that to the extent necessary and consistent with all of the foregoing the Audit Committee Charter and the following Orders be deemed to be amended accordingly (but otherwise to remain in full force and effect in accordance with their terms) by the entry of this Order: (a) August 22, 2013 Order [Doc. 11088], (b) April 16, 2014 Order [Doc.12682], (c) June 19, 2014 Order [Doc.13046], and June 11, 2015 Order [Doc.14714], all effective as of December 31, 2015, all be and the same are hereby **AUTHORIZED** and **APPROVED**.

New Orleans, Louisiana this 15th day of December, 2015.

_____<br>
Carl J. Barbier<br>
United States District Judge