**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 15-4143, 15-4146 & 15-4654 | * | MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DEADLINE FOR SUBMISSIONS
### REGARDING NEW CLASS DISTRIBUTION MODEL
### (Halliburton and Transocean Settlements)

The undersigned Claims Administrator is charged with responsibility for creating a distribution model for funds allocated to the New Class under the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement.

Submissions to assist the Claims Administrator in evaluating these issues may be made no later than January 15, 2016 and are to be submitted to the following address:

> Michael J. Juneau
> Claims Administrator – New Class
> P.O. Box 51268
> Lafayette, LA 70505-1268

Copies of any submissions should be provided to Lead Class Counsel as well as counsel for Halliburton and Transocean, respectively.

Issues addressed in such submissions are not limited to but may include the following:

- Should eligibility for the Coastal Real Property claim type under the Deepwater Horizon Economic & Property Damages Settlement automatically result in eligibility for recovery under the New Class? Should such eligibility be limited to the "oiled" classifications of Coastal Real Property claims?
- Should eligibility for the Wetlands Real Property claim type under the Deepwater Horizon Economic & Property Damages Settlement automatically result in

eligibility for recovery under the New Class?  Should such eligibility be limited to the "oiled" classification of Wetlands Real Property claims?

- Do subsistence fishermen have standing to recover punitive damages under the *Robins Dry Dock* line of cases?
- Do Charterboat Operators have standing to recover punitive damages under the *Robins Dry Dock* line of cases?
- Who owns the actual beach / the actual waterfront land bordering the Gulf of Mexico under the laws of the respective states?  The states? Local governments? Individual property owners? Individual condominium owners in adjoining high-rise beachfront condo complexes? Condominium associations?
- What factors should be considered / how should values be assigned to claims under the New Class, particularly in a way that promotes efficiency and limits administrative costs?

New Orleans, Louisiana, this 15th day of December, 2015.


_____/s/Michael J. Juneau_____
MICHAEL J. JUNEAU, Bar No. 18277
CLAIMS ADMINISTRATOR
P.O. Box 51268
Lafayette, LA 70505-1268
Telephone No. (337) 269-0052