UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No.  2179<br><br>Section:  J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>        2:13-cv-05370 | |

## *EX PARTE* MOTION TO ENROLL COUNSEL OF RECORD FOR PLAINTIFF

COMES NOW the Plaintiff, GREEN ACRES DEVELOPMENT LLC, by and through the undersigned counsel, and move this Court for an order enrolling Kelley B. Stewart, Esquire, Bonnie Kendrick, Esquire, and Michael G. Stag, Esquire, as counsel for the Plaintiff listed in the above-captioned matter and in support thereof would state:

1. Plaintiff, GREEN ACRES DEVELOPMENT, LLC, in the above-captioned matter is currently unrepresented by counsel.  As such, Plaintiff, GREEN ACRES DEVELOPMENT, LLC, has sought representation for itself.

2. Kelley B. Stewart is an attorney with the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A. and is a member in good standing with the Florida State Bar with a Florida bar number of 492132.

3.  Bonnie A. Kendrick is an attorney with the law firm of Smith Stag, LLC and is a member in good standing with the Louisiana State Bar with a Louisiana bar number of 31806.

3.  Michael G. Stag is an attorney with the law firm of Smith Stag, LLC and is a member in good standing with the Louisiana State Bar with a Louisiana bar number of 23314.

4.  The appearances of Kelley B. Stewart, Esquire, Bonnie Kendrick, Esquire, and Michael G. Stag, Esquire will not hinder or delay the litigation of this case.

WHEREFORE, Plaintiffs respectfully request that Kelley B. Stewart, Esquire, Bonnie Kendrick, Esquire, and Michael G. Stag, Esquire, be admitted to enroll as additional counsel and participate fully as counsel in this action.

DATED on this 15th day of December 2015.

    KRUPNICK CAMPBELL MALONE
    BUSER SLAMA HANCOCK
    LIBERMAN & MCKEE, P.A.

    By:  /s/ Kelley B. Stewart

    Kelley B. Stewart (Florida Bar #492132)
    kstewart@krupnicklaw.com
    12 Southeast Seventh Street, Suite 801
    Fort Lauderdale, Florida 33301-3426
    954-763-8181 telephone
    954-763-8292 facsimile

    SMITH STAG, LLC

Bonnie A. Kendrick, Esquire (31806)
bkendrick@smithstag.com
Michael G. Stag, Esquire (23314)
mstag@smithstag.com
65 Canal Street, Suite 2850
New Orleans, LA  70130
504-593-9600 telephone
504-593-9601 facsimile

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Enroll Additional Counsel of Record for Plaintiffs has been served on all counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order Number 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 14th day of December 2015.

KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK
LIBERMAN & MCKEE, P.A.


By:  /s/ Kelley B. Stewart

Kelley B. Stewart (Florida Bar #492132)
kstewart@krupnicklaw.com

        12 Southeast Seventh Street, Suite 801
        Fort Lauderdale, Florida 33301-3426
        954-763-8181 telephone
        954-763-8292 facsimile

        SMITH STAG, LLC
        Bonnie A. Kendrick, Esquire (31806)
        bkendrick@smithstag.com
        Michael G. Stag, Esquire (23314)
        mstag@smithstag.com
        65 Canal Street, Suite 2850
        New Orleans, LA  70130
        504-593-9600 telephone
        504-593-9601 facsimile

        Attorneys for Plaintiff