UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * * | MDL No. 2179 SECTION "J" JUDGE BARBIER |
| This Document Relates to: No. 10-4536, United States of America v. BP Exploration & Production Inc., et. al. | * * * * * | MAGISTRATE NO. 1 MAGISTRATE SHUSHAN |

* * * * * * * * * * * *

## FINAL JUDGMENT AS TO ANADARKO ENTITIES

For reasons stated in **(1)** the Court's Order and Reasons as to the United States', Transocean's, and Anadarko's Cross-Motions for Partial Summary Judgment Regarding Liability under the CWA and OPA (Rec. Doc. 5809); **(2)** the parties' stipulation that the United States is no longer pursuing Clean Water Act liability against Anadarko Exploration & Production LP ("Anadarko E&P") (Rec. Doc. 5930); and **(3)** the Findings of Fact and Conclusions of Law -- Penalty Phase, dated November 30, 2015 (Rec. Doc. 15606), final judgment is hereby issued as to all claims of the United States filed in the matter of *United States v. BPXP, et al.*, Civ. No. 10-4536, against both Anadarko Petroleum Corporation and Anadarko Exploration & Production LP.

Accordingly, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1. Judgment is entered in favor of Plaintiff United States of America and against Defendant Anadarko Petroleum Corporation ("Anadarko") on the First Claim for Relief, and Anadarko is liable to the United States for civil penalties under the Clean Water Act, 33 U.S.C. § 1321(b)(7), in the amount of $159,500,000.00 (one hundred fifty-nine million, five hundred thousand dollars and zero cents).

2. Final declaratory judgment is entered against Anadarko on the Second Claim for Relief, and Anadarko is a "Responsible Party" for purposes of the Oil Pollution Act, 33 U.S.C. § 2717(f)(2), is jointly and severally liable with regard to the discharge that occurred beneath the surface of the water, and is not subject to the limitations set forth in Section 1004(a) of OPA, 33 U.S.C. § 2704(a).

3. Anadarko shall remit payment within 90 days of entry of this Partial Final Judgment by electronic transfer or any other reasonable means so designated by the United States. Post-judgment interest shall accrue from the date of entry of this Partial Final Judgment until Anadarko has paid the penalty amount in full, at the rate set forth in 28 U.S.C. § 1961.

4. No pre-judgment interest is awarded.

5. No attorneys' fees are awarded. Each party shall bear its own attorneys' fees associated with this action.

6. Pursuant to Local Rule 54, the United States must serve on the attorneys for Anadarko and file with the clerk a motion to tax costs on the forms prescribed by the Court, together with a certification that the items are correct and that the costs have been necessarily incurred. At the request of the parties, all time limits set forth in Local Rule 54 are hereby extended as follows: the United States must file its motion for costs within 45 days of receiving notice of entry of judgment, and Anadarko shall file any response to the United States' bill of costs within 30 days of the United States' motion.

7. Pursuant to Fed. R. Civ. P. 54(b), as this action involves multiple parties, the Court determines that there is no just reason for delay of the entry of this judgment.

New Orleans, Louisiana, this 16th day of December, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: File in Civ. No. 10-md-2179 and Civ. No. 10-4536.**