UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 10, 2010 | MDL No. 2179<br><br>Section: J<br><br>Judge Barbier<br>Magistrate Shushan |
| This Document Relates to:<br>          2:13-cv-05370 | |

**ORDER ON *EX PARTE* MOTION TO ENROLL
COUNSEL OF RECORD FOR PLAINTIFFS**

THIS CAUSE having been considered on Plaintiff's Motion to Enroll Counsel of Record for Plaintiff, GREEN ACRES DEVELOPMENT LLC, in the above-captioned case, it is

ORDERED AND ADJUDGED as follows:

1. That Plaintiff's *Ex Parte* Motion to Enroll Counsel of Record for Plaintiff is granted.

2. That Kelley B. Stewart, Esquire, with the law firm of Krupnick Campbell Malone Buser Slama Hancock Liberman, P.A and Bonnie A. Kendrick, Esquire, and Michael G. Stag, Esquire, with the law firm of Smith Stag, LLC be enrolled as counsel of record for the Plaintiff, GREEN ACRES DEVELOPMENT LLC.

New Orleans, Louisiana this 16th day of December, 2015.

_____
UNITED STATES DISTRICT JUDGE