UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases – Conference on Wednesday, December 16, 2015]

1. **Bisso – Discovery Responses**.

On December 9, Bisso reported it served: (a) amended responses to interrogatories; (b) a privilege log; and (c) a clawback log.  BP reported that it was relatively comfortable with the material.  There may be two small issues with the response to interrogatories and one issue on a clawback letter, and BP will confer with Bisso on those.  It did not anticipate a need for Court intervention.

2. **Bisso – Depositions.**

Bisso provided BP with dates for nearly all of the nine persons BP wants to depose.   BP will confer with Bisso and fix dates for the depositions in January.

3. **Wadleigh**.

By **Friday, January 8, 2016**, Wadleigh shall serve verified responses to BP's interrogatories.

---

[1] The OPA Causation Test Cases are:

  Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
  Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
  Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
  Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
  Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
  Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
  Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

Wadleigh shall submit the report (or declaration) of Harold Asher by **Friday, January 29, 2016**.

The parties shall provide the Court with their correspondence and emails regarding document production. The Court will review the submissions and rule on the sufficiency of Wadleigh's document production.

BP shall also provide the Court with the interrogatories concerning Wadleigh and Blake.

4. **Blake**.

Blake reported that some months ago it completed the scanning and production of its hard copy documents (about 6,000 documents). It is working on the production of its electronic documents. There are about 20,000 documents to be reviewed. It anticipates that about 15,000 will be produced by January 15, 2016. The remaining 5,000 will be produced by about January 22, 2016. Logs for privilege and clawback documents are being prepared as the documents are reviewed prior to production.

Amended answers to the interrogatories will be provided by **Friday, January 8, 2016**.

5. **Depositions of Blake, Wadleigh, BP and Experts**.

The parties shall work to schedule the depositions of Blake, Wadleigh and BP witnesses in February 2016. By **Monday, December 21, 2015**, BP shall submit a proposed schedule for expert discovery necessary for the presentation of the cross-motions for summary judgment. The PSC shall submit its comments on the BP proposal by **Tuesday, December 22, 2015**. The schedule will be set at the conference on December 23, 2015.

6. **Stipulations**.

The parties are reminded to work on stipulations.

7. **Prior Motions**.

The PSC filed its renewed motion to strike affirmative defenses and motion in limine. Rec.

2

doc. 15655. BP filed its motion to dismiss the Moratoria claims. Rec. doc. 15663. **Wednesday, January 6, 2016**, is the deadline for opposition briefs. **Wednesday, January 20, 2016,** is the deadline for reply briefs. Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

8. **Cross-Motions for Summary Judgment**.

There was discussion of the cross-motions for summary judgment and the fact and expert discovery required for presentation of the motions. The purpose of the cross-motions for summary judgment is to resolve whether, as a matter of law, there is a cause of action or a claim for damages caused by the government's imposition of the drilling moratorium or for the government's failure to issue permits.

By **Monday, April 4, 2016,** the parties shall file their cross-motions for summary judgment. By **Monday, April 25, 2016**, the parties shall file their opposition briefs. By **Friday, May 13, 2016**, the parties shall file reply briefs. Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted. Page limitations will be discussed at the December 23, 2015 conference.

9. **Next Conference**.

The next telephone status conference is on **Wednesday, December 23, at 10.00 a. m**.

New Orleans, Louisiana, this 17th day of December, 2015.

_____
 **SALLY SHUSHAN**
 United States Magistrate Judge