UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J" |
| THIS DOCUMENTS RELATES TO:<br><br>No. 13-5804 Elton Johnson v. BP Expl. and Prod., Inc. et al. | JUDGE BARBIER<br>MAG. JUDGE WILKINSON |

## ORDER

Pursuant to my previous order, Record Doc. No. 15023, a telephone conference to discuss settlement possibilities was set in this matter on December 17, 2015. However, Kurt Arnold, counsel for plaintiff Elton Johnson, and Christopher Esbrook, counsel for the BP defendants, have advised that they are in the process of finalizing settlement in this matter, that the settlement conference set in this matter is unnecessary and that they will file an appropriate motion when settlement has been finalized. Accordingly,

**IT IS ORDERED** that the conference previously set before me on December 17, 2015, is hereby **CANCELLED.** Counsel must file an appropriate motion when settlement has been sufficiently finalized to permit entry of a dismissal order and cancellation of the evidentiary hearing currently set before Judge Barbier on January 14, 2016.

New Orleans, Louisiana, this \_\_\_17th\_\_\_ day of December, 2015.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. CARL J. BARBIER**