UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J |
| Applies to: *12-970* | * * * | JUDGE BARBIER MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Claimant No. 100228454's Motion for Summary Enforcement of Eligibility Award and Settlement Agreement, or, in the Alternative, to Revoke Invalid Opt-Out.  (Rec. Doc. 15520). Having considered the motion, memorandum, and attached documents,

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana this 18th day of December, 2015.

_____
United States District Judge