UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| *No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is the Motion to Enforce the Andy Law Firm, LLC's Settlement with BP and Order the Claims Administrator to Pay the Andry Law Firm, LLC's BEL Claim Final Award. (Rec. Doc. 15573). Having considered the motion, memorandum, and attached documents,

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana, this 18th day of December, 2015.

_____
United States District Judge