UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL 2179 |
| This Document Relates To: | * | SECTION: J |
| *No. 12-970* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |

# ORDER

Before the Court are Motions by Claimants 100069247 and 100092786 to Enforce Settlement Releases.  (Rec. Docs. 15594, 15604, 15611).  Having considered the motions, memoranda, and attached documents,

IT IS ORDERED that the Motions are DENIED.

New Orleans, Louisiana, this 18th day of December, 2015.

_____
United States District Judge