UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *No. 13-2948 &* | * | |
| *No. 10-8888 (Rec. Doc. 70315)* | | **MAG. JUDGE SHUSHAN** |
| | * | |

# ORDER

Before the Court is Southbrook Gulf Shores, LLC's Motion to Substitute Counsel and Sever. (Rec. Doc. 15600) Having considered the motion,

IT IS ORDERED that the Motion is GRANTED IN PART and to the extent mover requests that Mary Beth Mantiply be substituted for M. Shane Lucado as counsel of record for Southbrook Gulf Shores, LLC.

IT IS FURTHER ORDERED that the Motion is DENIED IN PART and to the extent mover requests severance from 13-2948.

New Orleans, Louisiana, this 18th day of December, 2015.

_____
United States District Judge