IN THE
U.S. DIST. COURT FOR THE EASTERN DIST.
OF LOUISIANA;
     NEW ORLEANS, LA.
           70130

DAVID DINWIDDIE - PLAINTIFF
  V.         CA NOS. 10-8888 AND 10-2771          10-md-2179
BP & GCCF - DEFENDANTS
   (UNITED STATES OF AMERICA)
   TO: HON. CHIEF JUDGE CARL BARBIER
     U.S. COURTHOUSE, 500 POYDRAS ST.
       NEW ORLEANS, LA.
              70130
RE: ACKNOWLEDGMENT & INFORMATION...
     HON. CHIEF JUDGE BARBIER
     THIS REQUEST IS MADE TO YOU AS OF YOU
BEING THE CHIEF JUDGE UPON WHOM HAS TAKEN THE
ABOVE ENTITLED, CAPTIONED AND STYLED ACTIONS UNDER
ADVISEMENT... UNFORTHUNATELY THE COUNSEL
WHOM WERE WITH WAS HANDLING THE CASE AT THAT
TIME HAS DECLINED FROM THE PROCEEDINGS AN
IT'S AN GREAT NEED HOWEVER, TO KNOW THE STATUS
THE PROCEEDINGS AN OR HAS THE TWO (2) DEFEN-
DANTS ANSWERED THESE TWO (2) SHORT CLAIMS

ON WHICH HAS BEEN PENDING IN YOUR COURT FROM 07/30/11:

I, DAVID DINWIDDIE, HEREBY STATES THAT THIS KNOWLEDGE AND BELIEF OF BOTH DEFENDANTS... THAT THEY HAVE SETTLED ANY AND ALL MATTER WITH ALL CLAIMANT CONCERNING THE BP OIL SPILLS...

MOST OF ALL, IF THE CASE IS REQUIRING ANYTHING THAT CONCERNS MY PRESENCE, OR MY IN LIMINE'S. I WOULD HEREBY BE AVAILABLE AT THE ADDRESS SHOWN BELOW FOR IMMEDIATELY RESPONSES...

STATE OF MISSISSIPPI
COUNTY OF GREENE

I, THE UNDERSIGNED AUTHORITY HEREBY AFFIRMS THAT THE FOREGOINGS ABOVE ACKNOWLEDGEMENTS AND INFORMATIONS IS GIVEN IS TRUE AND CORRECT UNDER SURETY FROM PERJURY... EXECUTED UNDER THE PENALTY OF PERJURY THIS 18th DAY OF DEC.    2015 A.D.

Mr. David Dinwiddie

MR. DAVID DINWIDDIE #169723
SMCI (2) L/B-1/B#193
22689 HWY. 63 NORTH
P.O. BOX 1419
LEAKESVILLE, MISS.
39451

MR. DAVID DINWIDDIE #159193
SMCI (B) 4/B-1/B#193
89699 HWY. 63 NORTH
P.O. BOX 419
LEAKESVILLE, MISS. 39451



GULFPORT MS 395
28 DEC 2015 PM 2 T

HONORABLE CHIEF JUDGE
MR. CARL BARBIER
U.S. DIST. JUDGE
U.S. COURTHOUSE CHAMBER
500 POYDRAS STREET
NEW ORLEANS, LA.
70130

