# EXHIBIT E

*LeRoy Wilson v. BP Exploration & Prod., Inc., et al.*, No. 1:15-CV-00300, (S.D. Ala.).
*Reply to BP's Memorandum in Opposition*

**STATUS REPORT FROM THE *DEEPWATER HORIZON*
MEDICAL BENEFITS SETTLEMENT CLAIMS ADMINISTRATOR AUGUST 12, 2015**

- **TABLE 3**
- **TABLE 7**

**STATUS REPORT FROM THE *DEEPWATER HORIZON*
MEDICAL BENEFITS SETTLEMENT CLAIMS ADMINISTRATOR NOVEMBER 06, 2015**

- **TABLE 3**
- **TABLE 7**
- **TABLE 11**

*Compare Status Report from the* Deepwater Horizon *Medical Benefits Settlement Claims Administrator*, MDL No. 2179, Rec. Doc. 14980, at 13 tbl.3 (Aug. 12, 2015), with *Status Report from the* Deepwater Horizon *Medical Benefits Settlement Claims Administrator*, MDL No. 2179, Rec. Doc. 15536, at 13 tbl.3 (Nov. 06, 2015).

*Compare Status Report from the* Deepwater Horizon *Medical Benefits Settlement Claims Administrator*, MDL No. 2179, Rec. Doc. 14980, at 20 tbl.7 (Aug. 12, 2015), with *Status Report from the* Deepwater Horizon *Medical Benefits Settlement Claims Administrator*, MDL No. 2179, Rec. Doc. 15536, at 21 tbl.7 (Nov. 06, 2015).

*Status Report from the* Deepwater Horizon *Medical Benefits Settlement Claims Administrator*, MDL No. 2179, Rec. Doc. 15536, at 26-27 tbl.11 (Nov. 06, 2015) (Garretson Resolution Group).

| Table 3: Determined Compensation Level | | | | | | | | | | | |
| Claimed Compensation Level | A1 | | A2 | | A3 | | A4 | | B1 | | Grand Total |
| Section VII of POCF | Count | % | Count | % | Count | % | Count | % | Count | % | |
| A1 | 1,705 | 99.71% | 2 | 0.12% | 2 | 0.12% | 1 | 0.06% | | 0.00% | 1,710 |
| A2 | | 0.00% | 46 | 85.19% | 8 | 14.81% | | 0.00% | | 0.00% | 54 |
| A3 | 1 | 0.76% | 13 | 9.85% | 111 | 84.09% | 7 | 5.30% | | 0.00% | 132 |
| A4 | | 0.00% | | 0.00% | | 0.00% | 6 | 100.00% | | 0.00% | 6 |
| B1 | 2 | 8.70% | 10 | 43.48% | 7 | 30.43% | | 0.00% | 4 | 17.39% | 23 |
| Multiple | 15 | 35.71% | 11 | 26.19% | 12 | 28.57% | 2 | 4.76% | 2 | 4.76% | 42 |
| None | 6 | 50.00% | 2 | 16.67% | 2 | 16.67% | 2 | 16.67% | 0 | 0.00% | 12 |
| Total | 1,729 | 87.37% | 84 | 4.24% | 142 | 7.18% | 18 | 0.91% | 6 | 0.30% | 1,979 |

| Table 3: Determined Compensation Level | | | | | | | | | | | |
| Claimed Compensation Level | A1 | | A2 | | A3 | | A4 | | B1 | | Grand Total |
| Section VII of POCF | Count | % | Count | % | Count | % | Count | % | Count | % | |
| A1 | 3,402 | 99.01% | 10 | 0.29% | 21 | 0.61% | 3 | 0.09% | | 0.00% | 3,436 |
| A2 | 40 | 26.49% | 97 | 64.24% | 14 | 9.27% | | 0.00% | | 0.00% | 151 |
| A3 | 22 | 8.91% | 23 | 9.31% | 185 | 74.90% | 17 | 6.88% | | 0.00% | 247 |
| A4 | 6 | 27.27% | 1 | 4.55% | 5 | 22.73% | 10 | 45.45% | | 0.00% | 22 |
| B1 | 51 | 39.23% | 41 | 31.54% | 30 | 23.08% | 3 | 2.31% | 5 | 3.85% | 130 |
| Multiple | 68 | 45.64% | 45 | 30.20% | 30 | 20.13% | 4 | 2.68% | 2 | 1.34% | 149 |
| None | 127 | 85.23% | 10 | 6.71% | 9 | 6.04% | 3 | 2.01% | | 0.00% | 149 |
| Total | 3,716 | 86.74% | 227 | 5.30% | 294 | 6.86% | 40 | 0.93% | 7 | 0.16% | 4,284 |

| TABLE 7: APPROVED CLAIMS FOR SPCS[15] | | | | | |
|---|---|---|---|---|---|
| SPC | Reporting Period Number Approved | Total Number Approved to Date | Reporting Period Amount Approved | Total Amount Approved to Date | Total "Approved with Defects" Amount Allocated to Date | Total Compensation Allocated to Date |
| A1 | 334 | 1,580 | $433,400 | $2,052,800 | $145,600 | $2,198,400 |
| A2 | 34 | 59 | $256,600 | $443,450 | $1,221,000 | $1,664,450 |
| A3 | 64 | 104 | $790,400 | $1,284,400 | $1,827,800 | $3,112,200 |
| A4 | 9 | 12 | $24,300 | $32,400 | $99,900 | $132,300 |
| B1 | 2 | 3 | $121,400 | $158,350 | $121,400 | $279,750 |
| | | | | | | |
| Total | 443 | 1,758 | $1,626,100 | $3,971,400 | $3,415,700 | $7,387,100 |

| TABLE 7: APPROVED CLAIMS FOR SPCS[13] | | | | | |
|---|---|---|---|---|---|
| SPC | Reporting Period Number Approved | Total Number Approved to Date | Reporting Period Amount Approved | Total Amount Approved to Date | Total "Approved with Defects" Amount Allocated to Date | Total Compensation Allocated to Date |
| A1 | 1,453 | 3,031 | $1,824,100 | $3,874,300 | $55,500 | $3,929,800 |
| A2 | 98 | 157 | $736,500 | $1,175,350 | $1,528,700 | $2,704,050 |
| A3 | 117 | 222 | $1,444,950 | $2,741,700 | $1,420,250 | $4,161,950 |
| A4 | 22 | 34 | $59,400 | $91,800 | $108,000 | $199,800 |
| B1 | 0 | 3 | $0 | $158,350 | $242,800 | $401,150 |
| | | | | | | |
| Total | 1,690 | 3,447 | $4,064,950 | $8,041,500 | $3,355,250 | $11,396,750 |

| TABLE 11: APPROVED NOTICES OF INTENT TO SUE | | |
|---|---|---|
| **Mediation Elections** | Reporting Period | Total |
| Later-Manifested Physical Condition Claims for Which at Least One BP Defendant Elected Mediation | 0 | 0 |
| Later-Manifested Physical Condition Claims Pending a Decision from One or More BP Defendants Regarding Mediation | 5 | 5 |
| Later-Manifested Physical Condition Claims for Which No BP Defendants Elected Mediation | 14 | 31 |
| | | |
| **TOTAL:** | 19 | 36 |
| | | |
| **Results of Mediation** | Reporting Period | Total |
| Later-Manifested Physical Condition Claims Settled by Mediation | 0 | 0 |
| Later-Manifested Physical Condition Claims Settled by Mediation as to One but Not All BP Defendants Listed in the Notice of Intent to Sue | 0 | 0 |
| Later-Manifested Physical Condition Claims Mediated but Not Settled | 0 | 0 |
| | | |
| **TOTAL CLAIMS MEDIATED:** | 0 | 0 |
| | | |

| Back-End Litigation Option Lawsuit | Reporting Period | Total |
|---|---|---|
| Later-Manifested Physical Condition Claims for Which No BP Defendant Elected Mediation | 14 | 31 |
| Later-Manifested Physical Condition Claims Mediated but Not Settled | 0 | 0 |
| | | |
| **TOTAL CLASS MEMBERS ELIGIBLE TO FILE A BACK-END LITIGATION OPTION LAWSUIT[17]** | 14 | 18 |