UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010           SECTION J

This Filing Applies to:           JUDGE BARBIER

Nos. 13-706, 13-810,           MAGISTRATE JUDGE SHUSHAN
13-1143, 13-1185, 13-1222,
13-1386 and 13-2006[1]

**ORDER**

**[OPA Test Cases – Conference on Wednesday, December 23, 2015]**

1. **Bisso – Discovery Responses**.

The Bisso depositions will be in Houston. Dates have been agreed to for most of the depositions. BP will follow-up with the PSC on a couple of questions regarding Bisso's responses to the interrogatories.

2. **Wadleigh**.

By **Friday, January 8, 2016**, Wadleigh shall serve verified responses to BP's interrogatories. Wadleigh shall submit the report (or declaration) of Harold Asher by **Friday, January 29, 2016**.

The PSC reported on that on Monday, December 28, Avansic will re-produce the 9,600 readily available documents they produced as part of Volume 002, consistent with the protocols that it established with BP in conjunction with the Bisso re-production, in accordance with PTO 16.

BP will work on the list of Wadleigh representatives to be deposed and report to the PSC

---

[1] The OPA Causation Test Cases are:

    Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
    Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
    Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
    Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
    Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
    Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
    Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

before the next conference.

3. **Blake**.

Blake anticipates that about 15,000 documents will be produced by January 15, 2016. The remaining 5,000 will be produced by about January 22, 2016. Logs for privilege and clawback documents are being prepared as the documents are reviewed prior to production. Amended answers to the interrogatories will be provided by **Friday, January 8, 2016**.

Before the next conference BP will consider who it wants to depose at Blake. The depositions will be in New Orleans.

4. **Expert Discovery**.

For any expert relied upon by the PSC necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, January 29, 2016**. Depositions of any such experts shall be completed by **Friday, February 19, 2016**.

For any expert relied upon by BPXP necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, March 4, 2016**. Depositions of any such experts shall be completed by **Monday, March 21, 2016**.

This will complete expert discovery relevant to the cross-motions prior to their filing.

5. **Stipulations**.

The PSC is working on proposed stipulations. When they are complete, it will submit them to BP for consideration.

6. **Prior Motions**.

The PSC filed its renewed motion to strike affirmative defenses. Rec. doc. 15655. BP filed

its motion to dismiss the Moratoria claims.   Rec. doc. 15663.

**Wednesday, January 6, 2016**, is the deadline for opposition briefs.

**Wednesday, January 20, 2016,** is the deadline for reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

7. **Cross-Motions for Summary Judgment**.

The purpose of the cross-motions for summary judgment is to resolve whether, as a matter of law, there is a cause of action or a claim for damages caused by the government's imposition of the drilling moratorium or for the government's failure to issue permits.

**Monday, April 4, 2016,** file cross-motions for summary judgment.

**Monday, April 25, 2016**, file opposition briefs.

**Friday, May 13, 2016**, file reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

Page limitations were discussed.  There will be further discussion at the next conference. There was agreement that the parties would not be able to file separate motions regarding the claims of Bisso, Wadleigh and Blake.

8. **Trinity Offshore**.

Previously the PSC reported that the claim of Trinity Offshore would not proceed because it was acquired by Harvey Gulf Marine and the claim would be dismissed.   BP asked about the status of the dismissal.   At the next conference, the PSC shall report on the dismissal of the Trinity Offshore claim.

9. **Next Conference**.

The next telephone status conference is on **Wednesday, January 6, 2016 at 9:30 a. m**.

New Orleans, Louisiana, this 28th day of December, 2015.

_____
**SALLY SHUSHAN**
United States Magistrate Judge