UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

CONSENT MOTION
CONCERNING CERTAIN REFERRAL PAYMENTS INVOLVING GLEN LERNER

COME NOW Special Master Louis J. Freeh, Glen Lerner, through counsel, and Farr,

Farr, Emerich, Hackett & Carr, P.A., through counsel, by joint consent motion to propose a

procedure to hold in escrow certain legal fees from claims paid by the Deepwater Horizon

Court Supervised Settlement Program ("CSSP"). The support for this motion is more fully

stated in the accompanying memorandum.

Respectfully submitted,

SPECIAL MASTER LOUIS J. FREEH

By: _____
Gregory A. Paw
*Counsel to the Special Master*

GLEN J. LERNER

By: _____
Dominic P. Gentile
Gentile, Cristalli, Miller,
Armeni, Savarese PLLC
410 South Rampart, Ste. 420
Las Vegas, NV 89145
*Counsel for Glen J. Lerner*

FARR, FARR, EMERICH, HACKETT & CARR, P.A.

By: _____

George T. Williamson
Farr, Farr, Emerich, Hackett & Carr, P.A.
99 Nesbit Street
Punta Gorda, FL  33950
*On behalf of the Farr Law Firm*

Dated: December 30, 2015

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served this __30th__ day of December, 2015, on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

_/s/ Gregory A. Paw_____
Counsel