## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates to: | * | JUDGE BARBIER |
| | * | |
| No. 13-3747, *Danos, et al. v. BP America* | * | MAGISTRATE SHUSHAN |

### ANSWER AND DEFENSES OF DEFENDANT WAM INDUSTRIES INC.

NOW INTO COURT, through undersigned counsel, comes defendant, WAM Industries Inc., who answers and defends against plaintiffs' Complaint as follows:

### FIRST DEFENSE

Plaintiffs have failed to state a claim for relief against WAM Industries Inc.

### SECOND DEFENSE

Plaintiffs are bound by the medical settlements from BP and their claims are barred by accord and satisfaction.

### THIRD DEFENSE

WAM Industries Inc. denies that the savings to suitors clause applies to it and contests subject matter jurisdiction.

### FOURTH DEFENSE

Plaintiffs' damages in whole or in part, were caused by the fault or negligence of third parties for whom defendant WAM Industries Inc. cannot be responsible.

## FIFTH DEFENSE

Plaintiffs' damages were caused, in whole or in part, by plaintiffs' fault or negligence which included, but was not limited to, failure to mitigate his damages.

## SIXTH DEFENSE

Defendant further pleads in the alternative that plaintiffs' sole and exclusive remedy against WAM Industries Inc., to the extent that any plaintiff has any remedy at all, lies in workers' compensation and that any and all claims in tort should be dismissed.

## ANSWER

## PARTIES:  PLAINTIFFS

1.

Defendant denies the allegations of paragraph 1 for lack of sufficient information to justify a belief thereof.

2.

Defendant denies the allegations of paragraph 2 for lack of sufficient information to justify a belief thereof.

3.

Defendant denies the allegations of paragraph 3 for lack of sufficient information to justify a belief thereof.

4.

Defendant denies the allegations of paragraph 4 for lack of sufficient information to justify a belief thereof.

5.

Defendant denies the allegations of paragraph 5 for lack of sufficient information to justify a belief thereof.

6.

Defendant denies the allegations of paragraphs 6 for lack of sufficient information to justify a belief thereof.

7.

Defendant denies the allegations of paragraph 7 for lack of sufficient information to justify a belief thereof.

## PARTIES:  DEFENDANTS

8.

Defendant denies the allegations of paragraph 8 for lack of sufficient information to justify a belief thereof.

9.

Defendant denies the allegations of paragraph 9 for lack of sufficient information to justify a belief thereof.

10.

Defendant denies the allegations of paragraph 10 for lack of sufficient information to justify a belief thereof.

11.

Defendant denies the allegations of paragraph 11 for lack of sufficient information to justify a belief thereof.

12.

Defendant denies the allegations of paragraph 12 for lack of sufficient information to justify a belief thereof.

13.

Defendant denies the allegations of paragraph 13 for lack of sufficient information to justify a belief thereof.

14.

Defendant denies the allegations of paragraph 14 for lack of sufficient information to justify a belief thereof.

15.

Defendant denies the allegations of paragraph 15 for lack of sufficient information to justify a belief thereof.

16.

Defendant denies the allegations of paragraph 16 for lack of sufficient information to justify a belief thereof.

17.

Defendant denies the allegations of paragraph 17 for lack of sufficient information to justify a belief thereof.

18.

Defendant denies the allegations of paragraph 18 for lack of sufficient information to justify a belief thereof.

19.

Defendant denies the allegations of paragraph 19 for lack of sufficient information to justify a belief thereof.

20.

Defendant denies the allegations of paragraph 20 for lack of sufficient information to justify a belief thereof.

21.

Defendant denies the allegations of paragraph 21 for lack of sufficient information to justify a belief thereof.

22.

Defendant denies the allegations of paragraph 22 for lack of sufficient information to justify a belief thereof.

23.

Defendant denies the allegations of paragraph 23 for lack of sufficient information to justify a belief thereof.

24.

Defendant denies the allegations of paragraph 24 for lack of sufficient information to justify a belief thereof.

25.

Defendant denies the allegations of paragraph 25 for lack of sufficient information to justify a belief thereof.

26.

Defendant denies the allegations of paragraph 26 for lack of sufficient information to justify a belief thereof.

27.

Defendant denies the allegations of paragraph 27 for lack of sufficient information to justify a belief thereof.

28.

Defendant denies the allegations of paragraph 28 for lack of sufficient information to justify a belief thereof.

29.

Defendant denies the allegations of paragraph 29 for lack of sufficient information to justify a belief thereof.

30.

Defendant denies the allegations of paragraph 30 for lack of sufficient information to justify a belief thereof.

31.

Defendant denies the allegations of paragraph 31 for lack of sufficient information to justify a belief thereof.

32.

Defendant denies the allegations of paragraph 32 for lack of sufficient information to justify a belief thereof.

33.

Defendant denies the allegations of paragraph 33 for lack of sufficient information to justify a belief thereof.

34.

Defendant denies the allegations of paragraph 34 for lack of sufficient information to justify a belief thereof.

35.

Defendant denies the allegations of paragraph 35 for lack of sufficient information to justify a belief thereof.

36.

Defendant denies the allegations of paragraph 16 for lack of sufficient information to justify a belief thereof.

37.

Defendant denies the allegations of paragraph 37 for lack of sufficient information to justify a belief thereof.

38.

Defendant denies the allegations of paragraph 38 for lack of sufficient information to justify a belief thereof.

39.

Defendant denies the allegations of paragraph 39 for lack of sufficient information to justify a belief thereof.

40.

The allegations of paragraph 40 are admitted.

41.

Defendant denies the allegations of paragraph 41.

## JURISDICTION OF VENUE

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

## FACTUAL ALLEGATIONS

1.

The allegations of paragraph 1, including subparts a – b, are denied for lack of sufficient

information.

## The Blowout

1.

The allegations of paragraph 1 are denied for lack of sufficient information.

2.

The allegations of paragraphs 2 are denied for lack of sufficient information.

3.

The allegations of paragraph 3 are denied for lack of sufficient information.

4.

The allegations of paragraph 4 are denied for lack of sufficient information.

5.

The allegations of paragraph 5 are denied for lack of sufficient information.

6.

The allegations of paragraph 6 are denied for lack of sufficient information.

7.

The allegations of paragraph 7 are denied for lack of sufficient information.

8.

The allegations of paragraph 8 are denied for lack of sufficient information.

9.

The allegations of paragraph 9 are denied for lack of sufficient information.

10.

The allegations of paragraph 10 are denied for lack of sufficient information.

11.

The allegations of paragraph 11 are denied for lack of sufficient information.

12.

The allegations of paragraph 12 are denied for lack of sufficient information.

13.

The allegations of paragraph 13 are denied for lack of sufficient information.

14.

The allegations of paragraph 14 are denied for lack of sufficient information.

15.

The allegations of paragraph 15 are denied for lack of sufficient information.

16.

The allegations of paragraph 16 are denied for lack of sufficient information.

17.

The allegations of paragraph 17 are denied for lack of sufficient information.

18.

The allegations of paragraph 18 are denied for lack of sufficient information.

19.

The allegations of paragraph 19 are denied for lack of sufficient information.

20.

The allegations of paragraph 20 are denied for lack of sufficient information.

21.

The allegations of paragraph 21 are denied for lack of sufficient information.

22.

The allegations of paragraph 22 are denied for lack of sufficient information.

23.

The allegations of paragraph 23 are denied for lack of sufficient information.

24.

The allegations of paragraph 24 are denied for lack of sufficient information.

25.

The allegations of paragraph 25 are denied for lack of sufficient information.

26.

The allegations of paragraph 26 are denied for lack of sufficient information.

**<u>Uncontrolled Discharge of Oil into the Gulf and Environmental Implications</u>**

1.

The allegations of paragraph 1 are denied for lack of sufficient information.

10

2.

The allegations of paragraph 2 are denied for lack of sufficient information.

3.

The allegations of paragraph 3 are denied for lack of sufficient information.

4.

The allegations of paragraph 4 are denied for lack of sufficient information.

5.

The allegations of paragraph 5 are denied for lack of sufficient information.

6.

The allegations of paragraph 6 are denied for lack of sufficient information.

7.

The allegations of paragraph 7 are denied for lack of sufficient information.

8.

The allegations of paragraph 8 are denied for lack of sufficient information.

9.

The allegations of paragraph 9 are denied for lack of sufficient information.

10.

The allegations of paragraph 10 are denied for lack of sufficient information.

11.

The allegations of paragraph 11 are denied for lack of sufficient information.

12.

The allegations of paragraph 12 are denied for lack of sufficient information.

13.

The allegations of paragraph 13 are denied for lack of sufficient information.

14.

The allegations of paragraph 14 are denied for lack of sufficient information.

15.

The allegations of paragraph 15 are denied for lack of sufficient information.

16.

The allegations of paragraph 16 are denied for lack of sufficient information.

17.

The allegations of paragraph 17 are denied for lack of sufficient information.

18.

The allegations of paragraph 18 are denied for lack of sufficient information.

19.

The allegations of paragraph 19 are denied for lack of sufficient information.

20.

The allegations of paragraph 20 are denied for lack of sufficient information.

21.

The allegations of paragraph 21 are denied for lack of sufficient information.

22.

The allegations of paragraph 22 are denied for lack of sufficient information.

23.

The allegations of paragraph 23 are denied for lack of sufficient information.

24.

The allegations of paragraph 24 are denied for lack of sufficient information.

25.

The allegations of paragraph 25 are denied for lack of sufficient information.

26.

The allegations of paragraph 26 are denied for lack of sufficient information.

27.

The allegations of paragraph 27 are denied for lack of sufficient information.

28.

The allegations of paragraph 28 are denied for lack of sufficient information.

29.

The allegations of paragraph 29 are denied for lack of sufficient information.

30.

The allegations of paragraph 30 are denied for lack of sufficient information.

31.

The allegations of paragraph 31 are denied for lack of sufficient information.

32.

The allegations of paragraph 32 are denied for lack of sufficient information.

33.

The allegations of paragraph 33 are denied for lack of sufficient information.

34.

The allegations of paragraph 34 are denied for lack of sufficient information.

35.

The allegations of paragraph 35 are denied for lack of sufficient information.

36.

The allegations of paragraph 36 are denied for lack of sufficient information.

37.

The allegations of paragraph 37 are denied for lack of sufficient information.

38.

The allegations of paragraph 38 are denied for lack of sufficient information.

39.

The allegations of paragraph 39 are denied for lack of sufficient information.

40.

The allegations of paragraph 40 are denied for lack of sufficient information.

41.

The allegations of paragraph 41 are denied for lack of sufficient information.

42.

The allegations of paragraph 42 are denied for lack of sufficient information.

43.

The allegations of paragraph 43 are denied for lack of sufficient information.

44.

The allegations of paragraph 44 are denied for lack of sufficient information.

45.

The allegations of paragraph 45 are denied for lack of sufficient information.

46.

The allegations of paragraph 46 are denied for lack of sufficient information.

**Factual Allegations of Clean-Up Response Workers:  Jorey Danos, Frank Howell,
Patrick Poirson, James Morgan, Ronald Sheron, David Hackney, Daniel Hatcher**

1.

The allegations of paragraph 1 are denied for lack of sufficient information.

2.

The allegations of paragraph 2 are denied for lack of sufficient information.

3.

The allegations of paragraph 3 are denied for lack of sufficient information.

4.

The allegations of paragraph 4 are denied for lack of sufficient information.

5.

The allegations of paragraph 5 are denied for lack of sufficient information.

6.

The allegations of paragraph 6 are denied for lack of sufficient information.

**Factual Allegations Jorey Danos**

1.

The allegations of paragraph 1 are denied for lack of sufficient information.

2.

The allegations of paragraph 2 are denied for lack of sufficient information.

3.

The allegations of paragraph 3 are denied for lack of sufficient information.

15

4.

The allegations of paragraph 4 are denied for lack of sufficient information.

5.

The allegations of paragraph 5 are denied for lack of sufficient information.

6.

The allegations of paragraph 6 are denied for lack of sufficient information.

7.

The allegations of paragraph are denied for lack of sufficient information.

**Factual Allegations Frank Howell**

1.

The allegations of paragraph 1 are denied for lack of sufficient information.

2.

The allegations of paragraph 2 are denied for lack of sufficient information.

3.

The allegations of paragraph 3 are denied for lack of sufficient information.

4.

The allegations of paragraph 4 are denied for lack of sufficient information.

5.

The allegations of paragraph 5 are denied for lack of sufficient information.

6.

The allegations of paragraph 6 are denied for lack of sufficient information.

**Factual Allegations Patrick Poirson**

1.

The allegations of paragraph 1 are denied for lack of sufficient information.

2.

The allegations of paragraph 2 are denied for lack of sufficient information.

3.

The allegations of paragraph 3 are denied for lack of sufficient information.

4.

The allegations of paragraph 4 are denied for lack of sufficient information.

5.

The allegations of paragraph 5 are denied for lack of sufficient information.

**Factual Allegations of James Morgan**

1.

The allegations of paragraph 1 are denied for lack of sufficient information.

2.

The allegations of paragraph 2 are denied for lack of sufficient information.

**Factual Allegations of Dan Hatcher**

1.

The allegations of paragraph 1 are denied for lack of sufficient information.

2.

The allegations of paragraph 2 are denied for lack of sufficient information.

3.

The allegations of paragraph 3 are denied for lack of sufficient information.

17

4.

The allegations of paragraph 4 are denied for lack of sufficient information.

5.

The allegations of paragraph 5 are denied for lack of sufficient information.

**Factual Allegations of Ronald Shearon, Jr. and Patricia Maria Rye**

1.

The allegations of paragraph 1 are denied for lack of sufficient information.

2.

The allegations of paragraph 2 are denied for lack of sufficient information.

**Factual Allegations of David Hackney**

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

**CLAIMS FOR RELIEF**

**COUNT I**

**Negligence Under General Maritime Law**

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

6.

The allegations of paragraph 6 are denied.

7.

The allegations of paragraph 7 are denied.

8.

The allegations of paragraph 8 are denied.

9.

The allegations of paragraph 9 are denied.

10.

The allegations of paragraph 10 are denied.

## COUNT II

## Gross Negligence Under General Maritime Law

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

19

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

6.

The allegations of paragraph 6 are denied.

7.

The allegations of paragraph 7 are denied.

8.

The allegations of paragraph 8 are denied.

9.

The allegations of paragraph 9 are denied.

10.

The allegations of paragraph 10 are denied.

11.

The allegations of paragraph 11 are denied.

12.

The allegations of paragraph 12 are denied.

13.

The allegations of paragraph 13 are denied.

14.

The allegations of paragraph 14 are denied.

15.

The allegations of paragraph 15 are denied.

16.

The allegations of paragraph 16 are denied.

17.

The allegations of paragraph 17 are denied.

18.

The allegations of paragraph 18 are denied.

19.

The allegations of paragraph 19 are denied.

20.

The allegations of paragraph 20 are denied.

21.

The allegations of paragraph 21 are denied.

## COUNT III

### Negligence Per Se Under General Maritime Law, State and Federal Law

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

21

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

6.

The allegations of paragraph 6 are denied.

7.

The allegations of paragraph 7 are denied.

## COUNT IV

## STRICT LIABILITY FOR MANUFACTURING AND/OR DESIGN DEFECT

### (All Plaintiffs v. Cameron)

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

6.

The allegations of paragraph 6 are denied.

7.

The allegations of paragraph 7 are denied.

8.

The allegations of paragraph 8 are denied.

9.

The allegations of paragraph 9 are denied.

10.

The allegations of paragraph 10 are denied.

11.

The allegations of paragraph 11 are denied.

12.

The allegations of paragraph 12 are denied.

13.

The allegations of paragraph 13 are denied.

14.

The allegations of paragraph 14 are denied.

15.

The allegations of paragraph 15 are denied.

16.

The allegations of paragraph 16 are denied.

17.

The allegations of paragraph 17 are denied.

18.

The allegations of paragraph 18 are denied.

19.

The allegations of paragraph 19 are denied.

20.

The allegations of paragraph 20 are denied.

21.

The allegations of paragraph 21 are denied.

22.

The allegations of paragraph 22 are denied.

**Claims Under the Oil Pollution Act as to BP Defendants**

**(Economic Loss)**

**(All Plaintiffs Against BP and Transocean)**

**COUNT V**

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

6.

The allegations of paragraph 6 are denied.

7.

The allegations of paragraph 7 are denied.

8.

The allegations of paragraph 8 are denied.

9.

The allegations of paragraph 9 are denied.

10.

The allegations of paragraph 10 are denied.

11.

The allegations of paragraph 11 are denied.

## **COUNT VI**

### **Claims Under Louisiana Nuisance Law**

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

6.

The allegations of paragraph 6 are denied.

7.

The allegations of paragraph 7 are denied.

8.

The allegations of paragraph 8 are denied.

## **COUNT VII**

### **Loss of Consortium Claims**

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

## **COUNT VIII**

## **Jones Act Claims**

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

## **COUNT IX**

## **Unseaworthiness Claims**

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

## COUNT X

## MAINTENANCE AND CURE

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

6.

The allegations of paragraph 6 are denied.

7.

The allegations of paragraph 7 are denied.

8.

The allegations of paragraph 8 are denied.

9.

The allegations of paragraph 9 are denied.

10.

The allegations of paragraph 10 are denied.

11.

The allegations of paragraph 11 are denied.

12.

The allegations of paragraph 12 are denied.

13.

The allegations of paragraph 13 are denied.

14.

The allegations of paragraph 14 are denied.

15.

The allegations of paragraph 15 are denied.

16.

The allegations of paragraph 16 are denied.

17.

The allegations of paragraph 17 are denied.

18.

The allegations of paragraph 18 are denied.

19.

The allegations of paragraph 19 are denied.

## **COUNT XI**

### **Negligence, Gross Negligence and/or Failure to Warn Under**

### **Louisiana, Mississippi and Florida Law**

1.

The allegations of paragraph 1 are denied.

29

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

6.

The allegations of paragraph 6 are denied.

7.

The allegations of paragraph 7 are denied.

8.

The allegations of paragraph 8 are denied.

9.

The allegations of paragraph 9 are denied.

10.

The allegations of paragraph 10 are denied.

11.

The allegations of paragraph 11 are denied.

12.

The allegations of paragraph 12 are denied.

13.

The allegations of paragraph 13 are denied.

14.

The allegations of paragraph 14 are denied.

15.

The allegations of paragraph 15 are denied.

16.

The allegations of paragraph 16 are denied.

17.

The allegations of paragraph 17 are denied.

18.

The allegations of paragraph 18 are denied.

## COUNT XII

## BATTERY

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

6.

The allegations of paragraph 6 are denied.

## COUNT XIII

## STRICT LIABILITY UNDER GENERAL MARITIME LAW FOR DESIGN DEFECT AGAINST NALCO

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

6.

The allegations of paragraph 6 are denied.

7.

The allegations of paragraph 7 are denied.

8.

The allegations of paragraph 8 are denied.

9.

The allegations of paragraph 9 are denied.

10.

The allegations of paragraph 10 are denied.

11.

The allegations of paragraph 11 are denied.

12.

The allegations of paragraph 12 are denied.

13.

The allegations of paragraph 13 are denied.

14.

The allegations of paragraph 14 are denied.

15.

The allegations of paragraph 15 are denied.

16.

The allegations of paragraph 16 are denied.

17.

The allegations of paragraph 17 are denied.

18.

The allegations of paragraph 18 are denied.

## **COUNT XIV**

## **PUNITIVE DAMAGES**

1.

The allegations of paragraph 1 are denied.

2.

The allegations of paragraph 2 are denied.

3.

The allegations of paragraph 3 are denied.

4.

The allegations of paragraph 4 are denied.

5.

The allegations of paragraph 5 are denied.

6.

The allegations of paragraph 6 are denied.

7.

The allegations of paragraph 7 are denied.

8.

The allegations of paragraph 8 are denied.

9.

The allegations of paragraph 9 are denied.

10.

The allegations of paragraph 10 are denied.

11.

The allegations of paragraph 11 are denied.

12.

The allegations of paragraph 12 are denied.

13.

The allegations of paragraph 13 are denied.

14.

The allegations of paragraph 14 are denied.

15.

The allegations of paragraph 15 are denied.

16.

The allegations of paragraph 16 are denied.

17.

The allegations of paragraph 17 are denied.

18.

The allegations of paragraph 18 are denied.

19.

The allegations of paragraph 19 are denied.

20.

The allegations of paragraph 20 are denied.

21.

The allegations of paragraph 21 are denied.

22.

The allegations of paragraph 22 are denied.

23.

The allegations of paragraph 23 are denied.

24.

The allegations of paragraph 24 are denied.

25.

The allegations of paragraph 25 are denied.

26.

The allegations of paragraph 26 are denied.

## DAMAGES

The allegations of paragraph 1 are denied.

WHEREFORE, defendant, WAM Industries Inc., prays that its Answer be deemed good and sufficient and after due delays, plaintiffs' claims be dismissed at plaintiffs' cost.

Respectfully submitted,

 s/ Michael. T. Tusa, Jr.
MICHAEL T. TUSA, JR. (#02154)
MICHAEL B. ALKER (#24275)
SUTTON, ALKER & RATHER, LLC
4080 Lonesome Road, Suite A
Mandeville, LA 70448
Telephone: (985) 727-7501
Facsimile:  (985) 727-7505
Email:  mtusa@sutton-alker.com
Email:  jrather@sutton-alker.com
**Attorneys for WAM Industries Inc.**

36

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing ANSWER AND DEFENSES OF DEFENDANT WAM INDUSTRIES INC. has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 30th day of December, 2015.

*s/ Michael T. Tusa, Jr.*
Michael T. Tusa, Jr.

37