ADDENDUM B

TO THE OPA TEST CASE PLAINTIFFS' OPPOSITION TO BP'S RENEWED MOTION TO DISMISS

# NOTICES TO MARINERS

NOAA GoM Chart Modifications

On May 5, 2010, the USCG began advising mariners navigating the Gulf of Mexico that updates concerning the spill zone and spill projections would be forthcoming with respect to NOAA navigational charts.  The USCG warned mariners of these changes to NOAA charts every subsequent week through the week of September 1, 2010.[1]

Due to the Spill, the USCG notified mariners navigating the Gulf of Mexico on June 30, 2010 that numerous NOAA charts were being modified due to the spill. Mariners were notified of the deletion of many of the changes on November 10, 2010.  The affected charts included, but were not limited to, the following:

> 411 (Gulf of Mexico), 1115 (Cape St. George to Mississippi Passes (Oil and Gas Leasing Areas)), 1116 (Mississippi River to Galveston (Oil and Gas Leasing Areas)), 11006 (Gulf Coast - Key West to Mississippi River), 11339 (Calcasieu River and approaches), 11340 (Mississippi River to Galveston), 11345 (Intracoastal Waterway New Orleans to Calcasieu River West Section), 11346 (Port Fourchon and approaches), 11347 (Calcasieu River and Lake), 11349 (Vermillion Bay and approaches), 11350 (Intracoastal Waterway Wax Lake Outlet to Forked Island including Bayou Teche, Vermillion River, and Freshwater Bayou), 11351 (Point au Fer to Marsh Island), 11352 (Intracoastal Waterway New Orleans to Calcasieu River East Section), 11353 (Baptiste Collette Bayou to Mississippi River Gulf Outlet; Baptiste Collette Bayou Extension), 11355 (Intracoastal Waterway Catahoula Bay to Wax Lake Outlet including the Houma Navigation canal), 11357 (Timbalier and Terrebonne Bays), 11358 (Barataria Bay and approaches), 11360 (Cape St. George to Mississippi Passes), 11361 (Mississippi River Delta; Southwest Pass; South Pass; Head of Passes), 11364 (Mississippi River-Venice to New Orleans), 11365 (Barataria and Bayou Lafourche Waterways Intracoastal Waterway to Gulf of Mexico), 11366 (Approaches to Mississippi River), 11367 (Intracoastal Waterway Waveland to Catahoula Bay), and 11371 (Lake Borgne and approaches Cat Island to Point aux Herbes).[2]

---

[1] See LNM0818g2010 (Week 18, 2010) at p. 2 of 42.

[2] See LNM0826g2010 (Week 26, 2010) at 26-40 of 57; see also LNM0845g2010 (Week 45, 2010) at 25-32 of 48.

General Limits on Navigation Near GoM Beaches and Tributaries along Coastlines of Florida, Alabama, Mississippi, and Louisiana

On May 19, 2010, the USCG began advising mariners navigating the Gulf of Mexico that absorbent boom and piles had been placed along beaches and tributaries in Louisiana, Mississippi, Alabama and Florida and directed mariners to use extreme caution in such areas.

This warning was provided to mariners every week thereafter until July 7, 2010, at which time the USCG began advising mariners more specifically on a weekly basis that thousands of feet of boom, piles, and barges had been placed in and along these areas.

Finally, on October 20, 2010, the USCG advised mariners that the subject boom, piles, and barges "reportedly" had been removed.[3]

A.      Navigation Restrictions on Louisiana Coastal Waters

On May 26, 2010, the USCG began advising mariners navigating the Gulf of Mexico that booming operations were being conducted in several Louisiana cities and that such operations could be anywhere oil or pollutants had been found; it urged mariners to use extreme caution and to avoid oil contaminated water, booming operations, and skimming operations.  The specific locations identified at the time included Caminada Pass, Barataria Pass, Coup Abel, Four Bayou Pass, Grand Isle, Lake Pelto, Port Fourchon, Terrebonne Bay, Timbalier Bay, Caminada Bay, Carrlou Lake, Port of Venice, Tiger Pass, Baptiste Collette, Rigolets, Venice Jump, South Pass, Southeast Pass, Pass a Loutre, Hopedale, Cocodrie, Franklin and Bayou St. Dennis.  This warning was provided every week through the week of October 20, 2010.[4]

After October 20, 2010, the USCG continued advising mariners navigating the Gulf of Mexico that booming operations were being conducted in several Louisiana cities and that such operations could be anywhere oil or pollutants had been found; it urged mariners to use extreme caution and to avoid oil contaminated water, booming operations, and skimming operations.  The specific locations identified at the time included Baptiste Collette and Pass a Loutre.  This warning continued to be provided to mariners every week thereafter until November 24, 2010.[5]

Vessel operations in the Gulf of Mexico were restricted in Caminada Pass, Barataria Pass, Coup Abel, Four Bayou Pass, Grand Isle, Lake Pelto, Port Fourchon, Terrebonne Bay, Timbalier Bay, Caminada Bay, Carrlou Lake, Port of Venice, Tiger Pass, Baptiste Collette, Rigolets, Venice Jump, South Pass, Southeast Pass, Pass a Loutre, Hopedale, Cocodrie, Franklin and Bayou St. Dennis from at least May 26, 2010 until October 20, 2010 due to the Spill.[6]

---

[3] See LNM0820g2010 (Week 20, 2010) at 35 of 45; see also LNM0827g2010 (Week 27, 2010) at 38 of 53; see also LNM0842g2010 (Week 42, 2010) at 28 of 43.

[4] See LNM0821g2010 (Week 21, 2010) at 34 of 42; see also LNM0842g2010 (Week 42, 2010) at 32 of 43.

[5] LNM0843g2010 (Week 43, 2010) at 40 of 53; see also LNM0821g2010 (Week 21, 2010) at 35 of 47.

[6] See *supra*.

Vessel operations in the Gulf of Mexico were restricted in Baptiste Collette and Pass a Loutre from at least May 26, 2010 until the week of November 24, 2010 due to the Spill.[7]

On June 2, 2010, the USCG began advising mariners navigating the Gulf of Mexico that more than 1,200 protection pilings had been established in St. Bernard and Plaquemines parishes "to mitigate the environmental impacts of the Deepwater Horizon Oil Spill." The USCG further advised mariners that the pilings were approximately 500 feet apart. The USCG warned mariners about the pilings through the week of November 24, 2010.[8]

Vessel operations in the waters surrounding St. Bernard and Plaquemines Parishes were restricted from at least May 26, 2010 until the week of November 24, 2010 due to the Spill.[9]

On June 9, 2010, the USCG began advising mariners navigating the Gulf of Mexico that barges had been moored to pilings in the Rigolets as an oil barrier. The USCG further advised that a navigational channel approximately 300 to 400 feet wide had been established off the south side of the channel but nevertheless urged mariners to use extreme caution in the area. On October 27, 2010 the USCG began advising mariners navigating the Gulf of Mexico that the barges had reportedly been removed and replaced with protective boom as an oil barrier, and on November 24, 2010 the USCG re-urged its warnings regarding moored barges in the area. The USCG issued these warnings through the week of December 1, 2010.[10]

Vessel operations in the Rigolets were restricted from at least June 9, 2010 through the week of December 1, 2010 due to the Spill.[11]

On June 16, 2010, the USCG began advising mariners navigating the Gulf of Mexico of closures of waterways along the Louisiana coastline between Catahoula Bay and Wax Lake Outlet in connection with containment boom placement. The USCG specifically warned mariners of closures of the Havoline Canal and the Evans Canal in Bayou LaFourche for that reason. The USCG issued these warnings through the week of November 17, 2010.[12]

Vessel operations in the Gulf of Mexico between Catahoula Bay and Wax Lake Outlet were prohibited from at least June 16, 2010 until the week of November 17, 2010 due to the Spill.[13]

On June 23, 2010, the USCG began advising mariners navigating the Gulf of Mexico that nine barges stretching 900 feet had been placed in Pass Abel to serve as hard boom barriers. The barges were located between 29-18-18.54N 089-54-49.99W and 29-18-13.36N 089-54-59.30W,

---

[7] See *supra*.

[8] See LNM0822g2010 (Week 22, 2010) at 38 of 44; see also LNM0847g2010 (Week 47, 2010) at 36 of 47.

[9] See *supra*.

[10] See LNM0823g2010 (Week 23, 2010) at 36 of 43; see also LNM0843g2010 (Week 43, 2010) at 41 of 53; see also LNM0847g2010 (Week 47, 2010) at 36 of 47; see also LNM0848g2010 (Week 48, 2010) at 31 of 41.

[11] See *supra*.

[12] See LNM0824g2010 (Week 24, 2010) at 49 of 54; see also LNM0846g2010 (Week 46, 2010) at 40 of 46.

[13] See *supra*.

and mariners were advised to transit this area with extreme caution and to proceed at slowest safe speed to minimize wake.  The USCG issued this warning through the week of August 18, 2010.[14]

On June 30, 2010, the USCG began advising mariners navigating the Gulf of Mexico that 6,000 feet of 30 inch pipe boom had been set with piles inside of Pass Abel near Grand Isle.  The USCG urged mariners to use extreme caution in the area and issued this warning through the week of July 14, 2010.[15]

On July 21, 2010, the USCG began advising mariners navigating the Gulf of Mexico that Pass Abel was not recommended for passage due to numerous piles, hard boom, and barges.  The USCG urged mariners to seek alternative passage.  On August 11, 2010, the USCG updated its notice to begin advising mariners navigating the Gulf of Mexico that Pass Abel was totally closed due to numerous piles, hard boom, and barges.  The closure notice was provided by the USCG every week through December 29, 2010.[16]

Vessel operations in Pass Abel were restricted from at least June 23, 2010 through the week of August 11, 2010 due to the Spill.[17]

Vessel operations at Pass Abel were closed from August 18, 2010 through December 29, 2010 due to the Spill.[18]

On July 7, the USCG began advising mariners navigating the Gulf of Mexico of the existence of a COTP safety zone from June 24, 2010 through September 24, 2010 in the area of the Mississippi River which prohibited vessels from getting within 20 meters of booming operations, boom, or oil spill response efforts.  Mariners were prohibited from entering the COTP zone without specific authorization with violators being subject to significant fines and potential imprisonment.[19]

On October 6, 2010, the USCG began advising mariners navigating the Gulf of Mexico that a Deepwater Horizon Response Vessel Cleaning Station had been set up between Mile 2.0, AHOP and Mile 4.0, AHOP of the Mississippi River.  The USCG urged mariners to transit the area at the slowest safe speed through the week of March 9, 2011.[20]

Vessel operations in/near the Mississippi River were restricted from June 24, 2010 through March 9, 2011 due to the Spill.

---

[14] See LNM0825g2010 (Week 25, 2010) at 40-41 of 46; see also LNM0833g2010 (Week 33, 2010) at 43 of 50.

[15] See LNM0826g2010 (Week 26, 2010) at 51 of 57; see also LNM0828g2010 (Week 28, 2010) at 40 of 45.

[16] See LNM0829g2010 (Week 29, 2010) at 45 of 50; see also LNM0832g2010 (Week 32, 2010) at 44 of 51; see also LNM0852g2010 (Week 52, 2010) at 36 of 41.

[17] See *supra*.

[18] *Id.*

[19] See LNM0827g2010 (Week 27, 2010) at 41 of 53.

[20] See LNM0840g2010 (Week 40, 2010) at 33 of 44.

On October 20, 2010, the USCG began advising mariners navigating the Gulf of Mexico that a safety zone had been established notice advised of the establishment of a safety zone at Charenton Drainage and Navigation Canal in a 1,000 yard radius until December 31, 2010. Vessels were prohibited from entering the zone without specific authorization from the Captain of the Port, Morgan City, with violators being subject to significant fines and potential imprisonment.[21]

Vessel operations at Charenton Drainage and Navigation Canal were restricted from October 20, 2010 through the end of 2010 due to the Spill.[22]

On December 22, 2010, the USCG began advising mariners navigating the Gulf of Mexico that hundreds of pilings and sections of rigid boom remained along coastal and marsh areas of Louisiana after the response to the Spill and that removal operations were ongoing.  The USCG urged mariners to exercise caution when navigating Louisiana coastal waters for this reason through the week of February 2, 2011.[23]

Beginning on December 22, 2010, the USCG began providing mariners navigating the Gulf of Mexico with the locations/positions of pilings associated with the Spill along the Louisiana coast.  The locations/positions were provided through the week of March 9, 2011.[24]

Vessel operations in the Gulf of Mexico along the Louisiana Coast continued to be restricted through the week of March 9, 2011 due to the Spill.[25]

On January 12, 2011, the USCG began advising mariners navigating the Gulf of Mexico that all pilings associated with boom operations from the BP Oil spill had reportedly been removed from the Chef Menteur Pass area.[26]

B.     Navigation Restrictions on Mississippi Coastal Waters

On June 2, 2010, the USCG began advising mariners navigating the Gulf of Mexico that eight sections of containment boom were placed along the shoreline in Ocean Springs, Mississippi and urged mariners to use extreme caution in the area.  This warning was provided to mariners every week thereafter until October 20, 2010, at which time the USCG advised mariners that the subject containment boom reportedly had been removed.[27]

---

[21] See LNM0842g2010 (Week 42, 2010) at 37 of 43.

[22] See *supra*.

[23] See LNM0851g2010 (Week 51, 2010) at 2-3 of 43; see also LNM0805g2011 (Week 5, 2011) at 3 of 44.

[24] See LNM0851g2010 (Week 51, 2010) at 42 of 43 and attachment thereto; see also LNM0810g2011 (Week 10, 2011) at 45 of 45 and attachment thereto.

[25] See *supra*.

[26] See LNM0802g2011 (Week 2, 2011) at 35 of 45.

[27] See LNM0822g2010 (Week 22, 2010) at 36 of 44; see also LNM0842g2010 (Week 42, 2011) at 30 of 43.

Vessel operations in the Gulf of Mexico were restricted near Ocean Springs, Mississippi from at least June 2, 2010 until the week of October 20, 2010 due to the Spill.[28]

On June 30, 2010, the USCG began advising mariners navigating the Gulf of Mexico that containment boom had been set across Biloxi Channel from the southeastern tip of Deer Island to the southern entrance of Davis Bayou. This warning was provided to mariners every week through the week of October 13, 2010.  Passage through the boom during that time frame was made through request.  On October 20, 2015, the USCG advised mariners that the containment boom across Biloxi Channel reportedly had been removed.[29]

Vessel operations in the Gulf of Mexico were restricted near the Biloxi Channel from at least June 30, 2010 until the week of October 13, 2010 due to the Spill.[30]

On June 30, 2010, the USCG began advising mariners navigating the Gulf of Mexico that containment boom had been set across Davis Bayou and Fort Bayou. This warning was provided to mariners every week through the week of October 13, 2010.  Passage through the boom during that time frame was made through request.  On October 20, 2015, the USCG advised mariners that the containment boom across Davis Bayou and Fort Bayou reportedly had been removed.[31]

Vessel operations in the Gulf of Mexico were restricted near Davis Bayou and Fort Bayou from at least June 30, 2010 until the week of October 13, 2010 due to the Spill.[32]

C.     Navigation Restrictions on Alabama Coastal Waters

On June 16, 2010, the USCG began advising mariners navigating the Gulf of Mexico that Perdido Pass was closed during incoming tides.  It also began advising mariners that there were extensive booming and oil skimming operations in the vicinity of Perdido Pass including areas throughout the back bays. Mariners were urged to use extreme caution in the area.  The USCG warned mariners of the closure/restrictions through the week of September 29, 2010.  On October 20, 2010, the USCG notified mariners that the closure/restriction had reportedly been suspended.[33]

Vessel operations in the Gulf of Mexico were restricted at Perdido Pass from at least June 16, 2010 until the week of October 20, 2010 due to the Spill.[34]

---

[28] See *supra.*

[29] See LNM0826g2010 (Week 26, 2010) at 45 of 57; see also LNM0841g2010 (Week 41, 2011) at 32 of 44; see also LNM0842g2010 (Week 42, 2011) at 30 of 43.

[30] See *supra.*

[31] See LNM0826g2010 (Week 26, 2010) at 45 of 57; see also LNM0841g2010 (Week 41, 2011) at 32 of 44; see also LNM0842g2010 (Week 42, 2011) at 30 of 43.

[32] See *supra.*

[33] See LNM0824g2010 (Week 24, 2010) at 43 of 54; see also LNM0839g2010 (Week 39, 2011) at 32 of 45; see also LNM0842g2010 (Week 42, 2011) at 29 of 43.

[34] See *supra.*

On June 30, 2010, the USCG began advising mariners navigating the Gulf of Mexico that containment barges had been set across Weeks Bay.  It further advised that navigation was closed during periods of incoming tides.  This warning was provided through the week of October 13, 2010.   On October 20, 2010, the USCG advised mariners that the subject containment barges had reportedly been removed.[35]

Vessel operations in the Gulf of Mexico were restricted at Weeks Bay from at least June 30, 2010 through the week of October 20, 2010 due to the Spill.[36]

On July 7, 2010, the USCG began advising mariners navigating the Gulf of Mexico of the existence of a COTP safety zone in Mobile which prohibited vessels from getting within 20 meters of booming operations, boom, or oil spill response efforts and to maintain no wake zones in the area.  The USCG continued to provide this warning to mariners through the week of September 29, 2010.[37]

Vessel operations in the Gulf of Mexico were restricted near Mobile from at least July 7, 2010 through the week of September 29, 2010 due to the Spill.[38]

D.      Navigation Restrictions on Florida Coastal Waters

On June 16, 2010, the USCG began advising mariners navigating the Gulf of Mexico of wet storage areas containing 24,000 feet of containment boom in St. Andrew Bay.  The USCG urged mariners to avoid these areas through the week of July 21, 2010.  The specific locations (with coordinates) of the several thousand feet of boom were provided to mariners and included the following with respect to St. Andrew Bay: Southeast side (4000' of boom); Southwest side (4000' of boom); Panama City Marina – Northwest Side (6000' of boom); Red Fish Point (2000' of boom); North Shell Island (4000' of boom); and Grand Lagoon (4000' of boom).[39]

On June 30, 2010, the USCG began advising mariners navigating the Gulf of Mexico that 71,000 feet of floating hard deflection boom was being deployed at approximately 61 sites in and around St. Andrew Bay.  Traffic was allowed to pass upon request.  The USCG urged mariners to use extreme caution in this area through the week of July 14, 2010.[40]

On July 7, 2010, the USCG began advising mariners navigating the Gulf of Mexico that containment boom and piles was being set across St. Andrew Bay Pass and that, once completed,

---

[35] See LNM0826g2010 (Week 26, 2010) at 45 of 57; see also LNM0841g2010 (Week 41, 2011) at 31 of 44; see also LNM0842g2010 (Week 42, 2011) at 30 of 43.
[36] See *supra.*
[37] See LNM0827g2010 (Week 27, 2010) at 39 of 53; see also LNM0839g2010 (Week 39, 2011) at 32 of 45.
[38] See *supra.*
[39] See LNM0824g2010 (Week 24, 2010) at 41-42 of 54; see also LNM0829g2010 (Week 29, 2011) at 36-37 of 50.
[40] See LNM0826g2010 (Week 26, 2010) at 44 of 57; see also LNM0828g2010 (Week 28, 2011) at 32 of 45.

traffic would be allowed to pass upon request.  The USCG urged mariners to use extreme caution in this area for this reason through the week of September 15, 2010.  On September 22, 2010, the USCG advised mariners that operations to remove the containment boom were underway through the week of October 13, 2010, and the use of extreme was still urged.  On October 20, 2010, the USCG advised mariners that the removal operations had been completed.[41]

Vessel operations in the Gulf of Mexico near St. Andrew Bay were restricted from at least June 16, 2010 through the week of October 20, 2010 due to the Spill.[42]

On June 16, 2010, the USCG began advising mariners navigating the Gulf of Mexico that Pensacola Pass was closed during incoming tides.  It also began advising mariners that there were extensive booming and oil skimming operations in the vicinity of Pensacola Pass including areas throughout the back bays. Mariners were urged to use extreme caution while transiting the area at the times it was open.  The USCG warned mariners of the closure/restrictions through the week of September 29, 2010.  On October 20, 2010, the USCG notified mariners that the closure/restriction had reportedly been lifted.[43]

Vessel operations in the Gulf of Mexico were restricted at Pensacola Pass from at least June 16, 2010 until the week of October 20, 2010 due to the Spill.[44]

On July 7, 2010, the USCG began advising mariners navigating the Gulf of Mexico that Destin Pass was closed during incoming/flood tides and that permission for transit was necessary during all other times.  The USCG further urged mariners to use extreme caution in the area.  These warnings were provided every week through the week of September 29, 2010.[45]

Vessel operations in the Gulf of Mexico were restricted at Destin Pass from at least July 7, 2010 through the week of September 29, 2010 due to the Spill.[46]

On July 21, 2010, the USCG began advising mariners navigating the Gulf of Mexico that containment boom and piles were being set in the Choctawhatchee Bay entrance and East Pass. The USCG further advised mariners to use extreme caution in the area.  These warnings were provided every week through the week of October 13, 2010.  On October 20, 2010, mariners were advised that the containment boom and piles had been removed.[47]

---

[41] See LNM0827g2010 (Week 27, 2010) at 39 of 53; see also LNM0837g2010 (Week 37, 2011) at 39 of 54; also LNM0838g2010 (Week 38, 2010) at 32 of 45; see also LNM0842g2010 (Week 42, 2011) at 29 of 43.

[42] See *supra.*

[43] See LNM0824g2010 (Week 24, 2010) at 42 of 54; see also LNM0839g2010 (Week 39, 2011) at 32 of 45; see also LNM0842g2010 (Week 42, 2011) at 29 of 43.

[44] See *supra.*

[45] See LNM0827g2010 (Week 27, 2010) at 39 of 53; see also LNM0839g2010 (Week 39, 2011) at 32 of 45.

[46] See *supra.*

[47] See LNM0829g2010 (Week 29, 2010) at 37 of 50; see also LNM0842g2010 (Week 42, 2011) at 29 of 43.

Vessel operations in the Gulf of Mexico were restricted at the Choctawhatchee Bay entrance and East Pass from at least July 21, 2010 until October 20, 2010 due to the Spill.[48]

General GOM Limitations and Warnings

Vessel operations in the Gulf of Mexico were restricted from April 2010 (i.e., the time the Spill began) until at least May 2011 due to the Spill.

On July 14, 2010, the USCG advised mariners navigating the Gulf of Mexico of hazards associated with the water via an enclosed Marine Safety Information Bulletin dated July 9, 2010. The Bulletin advised of reports of vessel taking on contaminated water during ballasting operations in the Gulf of Mexico due to the Spill and advised mariners to not conduct such operations unless essential. Even then, the USCG advised mariners to take prudent actions to ensure no contamination. The Bulletin was entitled "Coast Guard District Eight Office of Prevention Marine Safety Information Bulletin 01-10 - Ballasting Operations in The Gulf of Mexico during Deepwater Horizon Gulf Oil Spill Response."[49]

On September 15, 2010, the USCG began advising mariners that surface crafts known as wave gliders would be in the vicinity of the Deepwater Horizon site at radii between 10 and 20 nautical miles until October 30, 2010. Mariners were warned by the USCG to avoid the wave gliders.[50]

On February 2, 2011, the USCG began advising mariners that surface crafts known as wave gliders would be in the vicinity of the Deepwater Horizon site at radii between 10 and 20 nautical miles until February 28, 2011. Mariners were warned by the USCG to avoid the wave gliders.[51]

On March 16, 2011, the USCG began advising mariners that surface crafts known as wave gliders would be in the vicinity of the Deepwater Horizon site at radii between 10 and 20 nautical miles until May 6, 2011. Mariners were warned by the USCG to avoid the wave gliders.[52]

---

[48] See *supra.*

[49] See LNM0828g2010 (Week 28, 2010) at 3 of 45.

[50] See LNM0837g2010 (Week 37, 2010) at 40-41 of 54.

[51] See LNM0805g2011 (Week 5, 2011) at 34 of 44.

[52] See LNM0811g2011 (Week 11, 2011) at 36 of 46.