01-43227
DG/comp

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

# *CONFIDENTIAL*

## *WorldwideVIEW* ™
### Interactive Deposition Digital Display

ORAL AND VIDEOTAPED DEPOSITION OF:



# Andrew Mackay

**JULY 16, 2013**

# *COPY*



*Systems Technology for the Litigation World*

Litigation Group♦Court Reporting♦Video Production♦Videoconferencing

**For U.S. & International Services**
**800 - 745 - 1101**

34

1    April 20, 2010, TransOcean was not required to

2    have on hand or have access to a prebuilt capping

3    stack, correct?

4         A.   I think that is correct.

5         Q.   All right.   In preparing your -- well,

6    actually, I don't -- your re- -- your expert

7    report, Exhibit 12000, contains your CV; is that

8    right?

9         A.   Yeah.

10        Q.   Okay.   And your CV, is that up to date?   I

11   think it starts on Page 55.

12        A.   Yeah.   Sorry.   This was written in 2012.

13   It's near as can be supposed.

14        Q.   Okay.   Does this contain all of your

15   relevant expertise in providing your opinion in

16   this litigation today?

17        A.   Yes, it does.

18        Q.   I don't want to walk through it detail by

19   detail, but I do want to give you an opportunity

20   to provide me with a brief statement of your

21   relevant expertise as it relates to your opinion

22   in this litigation.

23        A.   To my --

24        Q.   Why don't you give me a brief statement of

25   why you're qualified to opine that, as of April

1    **20, 2010, no jurisdiction required a prebuilt**

2    **capping stack?**

3         A.   Well, his- -- historically -- I'm not

4    going to go to the beginning; but in 1980, I

5    started working for Department of Energy in

6    London.  And that was the beginning of my work

7    with legislation and regulation within the UK oil

8    field.

9              That meant the -- the application of

10   Regulation 2, well operations; and for four years,

11   I worked on well operations in the UK, everything

12   from drilling, abandonments, suspension, re-entry,

13   work-over, well intervention.  And back in those

14   days, we gave "consent"; therefore, we had to know

15   how the well operations worked and what the

16   legislation was.

17             As things progressed, in 1988, we had

18   a -- a blowout in the North Sea from the Ocean

19   Odyssey.  That changed and -- and one week before

20   that, I actually left the Department of Energy.

21   One week later, the Ocean Odyssey blew out; and I

22   was asked to go back to the Department of Energy

23   as -- to help out on the investigation of what

24   happened on Ocean Odyssey.

25             From that came HPHT wells, what

36

1    became known as the HPHT well; and I helped to

2    write the IP Code of Practice and all the other

3    documentation that went to -- towards assessing

4    and analyzing rigs that were working in the North

5    Sea at that time in order to put them back into

6    service.  They were actually -- there was a

7    moratorium on any rig with a 10k stack or greater,

8    and all wells were suspended.

9                    I went all the way through that

10   process gaining experience of what -- of how to

11   put together that kind of documentation,

12   experience of the -- of the law, etc.

13                   And at that time, we worked with

14   Norway and various other entities around the

15   world.  I believe we even worked with the United

16   States, although I did not do that myself.

17                   And as we progressed through this, we

18   then had Piper Alpha.  A company with Piper Alpha

19   was before or after now, but we had Piper Alpha.

20                   And Lord Cullen then came to a

21   decision at the Piper Alpha inquiry that we should

22   change the regulations of the Safety Case regs.

23   So my first introduction to changing regulations

24   was the Safety Case regulations, and I was part of

25   a team that advised the people who write

1    legislation within the UK government what was

2    required.  And then following that, I -- I

3    provided the assessment of safety cases for

4    drilling rigs and for well operations.

5              Following that, the DCR regulations

6    came into force, the drilling and design and

7    construction regulations and -- and I was part of

8    that team as well with a -- with one of the guys,

9    actually, who's mentioned here, Peter Robinson.

10             And that progressed into well

11   examination.  That progressed into international

12   well examination and from -- from about 1990

13   almost, I guess, we started to get more involved

14   with the international leg- -- international

15   jurisdictions to the point now, in 2013, where my

16   company now works with 46 operators in the North

17   Sea looking at well assurance, well examination,

18   management systems, and that kind of stuff.

19             And in order to do that, myself and

20   everybody else in the team has to understand

21   legislation to a certain extent, regulation

22   without any fail.

23             And so, as we move overseas to Mexico

24   working with Pemex and the CNH, which are the --

25   like the Department of Energy or the MMS, or

1    whatever they're called now, BOEMRE, in -- in

2    Mexico, we gained more experience.  We -- we offer

3    assistance to these people, and so we're taking

4    our expertise to them.  We're learning from them,

5    and we now do this in -- it's in here somewhere.

6    I think it's something like 18 -- 18 to 20

7    countries.

8                   So we have gathered an enormous

9    amount of information about jurisdiction around

10   the world, everywhere from Australia to Mexico to

11   the UK to Norway.  We've helped people develop

12   stuff.  We've commented on what they're doing,

13   etc..

14                  So that is how I describe my ability

15   to be able to put a report such as this together.

16        Q.   There's a lot there.  But is it fair to

17   say that that boils down to that -- for decades

18   your day-to-day job includes interpreting

19   regulations and advising clients as to the impact

20   of those regulations?

21        A.   I have, in effect, done that since I

22   joined the Department of Energy in 1980 --

23        Q.   Okay.  If we look at Page --

24        A.   -- about two years.

25        Q.   -- 55 of your Expert Report, Exhibit