From: Eaton, Richard J
Sent: Fri Oct 09 23:11:49 2009
To: Suttles, Doug J; Daly, Mike (SJS); Reed, Paul
Cc: Price, Bruce; Peijs, Jasper; Gidado, Olakunle
Subject: OpCo risk review
Importance: Normal
Attachments: OpCo Risk Review.ppt; Group+Segment level risks Sept 2009.pdf; GDP 3_1 Annex 1&2 - HSE & Business Impact Levels.doc

All,

Please see the attached risk management pack for review at OpCo on Monday. Also attached as back up are the Group and Segment risks submitted by the SPUs/Functions as part of the Plan feed and the risk impact levels used to evaluate the risks taken from the Group Define Practice for management of risk.

We have prepared hard copies of the pack for those in Houston.

Regards,
Richard
E&P Executive Office
Tel: +1 281 366 6882
Mobile: +1 281 467 6786
Email: richard.eaton@bp.com
BP p.l.c. Registered office: 1 St James's Square, London, SW1Y 4PD. Registered in England and Wales, number 102498


Suttles
EXHIBIT NO. 2245

CONFIDENTIAL                                                                                               BP-HZN-2179MDL01443369

Annex 2 – Risk Framework – Business Impact Levels

| SEVERITY* | Non-Financial Impact | Financial Impact (EQUIPMENT DAMAGE, BUSINESS VALUE LOST) |
|---|---|---|
| A | • Public or investor outrage on a global scale.<br>• Threat of global loss of license to operate. | >$20 billion |
| B | • Loss of license to operate a major asset in a major market – US, EU, Russia.<br>• Intervention from major Government – US, UK, EU, Russia.<br>• Public or investor outrage in major western markets – US, EU.<br>• Damage to relationships with key stakeholders of benefit to the Group. | $5 billion – $20 billion |
| C | • Loss of license to operate other material asset, or severe enforcement action against a major asset in a major market.<br>• Intervention from other major Government.<br>• Public or investor outrage in other material market where we have presence or aspiration. | $1 billion – $5 billion |
| D | • Severe enforcement action against a material asset in a non-major market, or against other assets in a major market.<br>• Interventions from non-major Governments.<br>• Public or investor outrage in a non-major market, or localised or limited "interest-group" outrage in a major market.<br>• Prolonged adverse national or international media attention.<br>• Widespread adverse social impact.<br>• Damage to relationships with key stakeholders of benefit to the Segment. | $100m – $1 billion |
| E | • Other adverse enforcement action by regulators.<br>• Limited "interest-group" outrage in non major market.<br>• Short term adverse national or international media coverage.<br>• Damage to relationships with key stakeholders of benefit to the SPU. | $5m – $100m |
| F | • Regulatory compliance issue which does not lead to regulatory or other higher severity level consequence.<br>• Prolonged local media coverage.<br>• Local adverse social impact.<br>• Damage to relationships with key stakeholders of benefit to the PU. | $500k – $5m |
| G | • Short term local media coverage.<br>• Some disruption to local operations (e.g., loss of single road access less than 24 hours). | $50k – $500k |
| H | • Isolated and short term complaints from neighbours (e.g., complaints about specific noise episode). | <$50k |

* The colours in the above table are for use on a Risk Management Matrix (RMM). This is a tool used by Group Leadership to report and manage SPU, Segment and Group risk. For those risk events which are included in the RMM, the following guidance applies:
- Risks with Impact levels C and above are recorded on the Group RMM.
- Risks with Impact levels D and above are recorded on the Segment RMM.
- Risks with Impact levels H and above are recorded on the SPU RMM.

In some cases Level D impacts may be elevated to Group Impact. For risks in category D, the Segment CE, COO or SPUL will determine whether a particular risk should be elevated.

CONFIDENTIAL

BP-HZN-2179MDL01443372