Now viewing document 157 (467474) of 266 in Search: |,Witnesse...



| | |
|---|---|
| **Document Info** | |
| Company | BPXP |
| Custodian | Jassal, Kal\|Jassal, Kal |
| Box No | MDL2179VOL000053 |
| DocID | BP-HZN-2179MDL01941082 |
| Beg Doc No | **BP-HZN-2179MDL01941082** |
| End Doc No | BP-HZN-2179MDL01941167 |
| Page Count | 86 |
| Attachment | BP-HZN-2179MDL01941168 |
| Family | BP-HZN-2179MDL01941082-BP-HZN-2179MDL01941168 |
| Properties | Standalone |
| Hash | 5f265118043856e6a92798a83f09b176 |
| **Attachment Information** | |
| Attachment Title | 2009 SPU Major Hazard Risk Summary-October 1 2009.ppt |
| Application | Microsoft PowerPoint |
| File Path | \DELI000009\Jassall_Kal_export\1\[root]\WINDOWS\Temporary Internet Files\OLK4C/2009 SPU Major Hazard Risk Summary-October 1 2009.ppt |
| Doc Link | BP-HZN-2179MDL01941082.ppt |
| **Objective Coding** | |
| Subject | GOM SPU Major Hazard Risk -Asset Specific Horn Mountain |
| Date Created | 02/03/2009 |
| Date Last Modified | 10/06/2009 |
| Date Received | 11/19/2009 |
| File Size | 5426176 |
| **TEXT** | |
| Full Text | **Click here to see complete field** |

2009 GoM SPU Major Hazard Risk Register
9 October 2009

2
GOM SPU Major Hazard Risk Review
Agenda: September 16, 2009
Dan Replogle
Thunder Horse
2:50 - 3:10
Wrap Up
4:00
Starlee Waligura
Na Kika
3:50 – 4:00
Keith Elliott
Atlantis
3:40 - 3:50
Jayne Gates
Marlin
3:30 – 3:40
Dawn Allen
Horn Mountain

Exhibit No. 4164
Worldwide Court
Reporters, Inc.

# 2009 Major Hazard Risks Placed on Risk Register

| Consequence | | | | Probability | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Health and Safety | Environmental Impact | Reputation | Severity | An event that would be unlikely in the industry ($<10^{-6}$/yr) | Has never occurred within industry ($10^{-6}$ to $10^{-5}$/yr) | Similar event has occurred somewhere in industry ($10^{-5}$ to $10^{-4}$/yr) | Similar event has occurred somewhere in Group ($10^{-4}$ to $10^{-3}$/yr) | Likely to occur within the lifetime of 10 facilities ($10^{-3}$ to $10^{-2}$/yr) | Likely to occur in the facility lifetime ($10^{-2}$ to $10^{-1}$/yr) |
| | | | | 1 | 2 | 3 | 4 | 5 | 6 |
| >200 fatalities | >1,000,000 bbls of oil | Global outrage, global brand damage and/or affecting int'l legislation | A | TH-HSE-26, TH-HSE-19 — 8 | 9 | HM-20 — 10 | TH-HSE-08 — 11 | 12 | 13 |
| >50 fatalities | 500M-1MM bbls of oil | Int'l media coverage. Regional (N. Amer.) outrage. Regional brand damage. Likely to lead to change of legislation at regional level. | B | 8 | TH-HSE-30, MD-16 — 9 | TH-HSE-03, TH-HSE-17, MD-02, MD-10, HM-01, NA-HSE-43, MA-HSE-01, AT-HSE-54, MA-HSE-13, MA-HSE-63, HM-22, HM-21, PO-12, PO-05, PO-06, HL-12, HL-11, HL-04, MD-31 — 9 | TH-HSE-02, TH-HSE-15, TH-HSE-06, PO-07, MA-HSE-06, NA-HSE-19, MA-HSE-52, NA-HSE-09, AT-HSE-99, AT-HSE-TGR, HL-04, MD-13, MD-08, HM-03 — 10 | 11 | 12 |
| >10 fatalities | 150M-500M bbls of oil | Regional media coverage or severe national outrage. Likely to lead to change of regulations at the national level. | C | | | | | HM-08, HM-12, HM-14, HM-29 — 9 | 10 | 11 |
| 3-10 fatalities | 1M-150M bbls | National media attention or severe local outrage. Prosecution by regulator. | D | | | | | | | 10 |

Key: Safety / Environmental / Reputation

44th Risk, Thunder Horse Drill Derrick Support Plate Risk, not yet formally assessed.



# Risk Matrix
# Holstein

## Holstein High Risks

| Consequence | | | | | Probability | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Health and Safety | Environmental Impact | Financial Loss | Reputation | Severity | An event that would be unlikely in the industry ($<10^{-6}$ / yr) | Has never occurred within industry ($10^{-6}$ to $10^{-5}$ / yr) | Similar event has occurred somewhere in industry ($10^{-5}$ to $10^{-4}$ / yr) | Similar event has occurred somewhere in Group ($10^{-4}$ to $10^{-3}$ / yr) | Likely to occur within the lifetime of 10 facilities ($10^{-3}$ to $10^{-2}$ / yr) | Likely to occur in the facility lifetime ($10^{-2}$ to $10^{-1}$ / yr) |
| | | | | | 1 | 2 | 3 | 4 | 5 | 6 |
| >200 fatalities | >1,000,000 bbls of oil | >$10 billion | Global outrage, global brand damage and/or affecting int'l legislation | A | 8 | 9 | 10 | 11 | 12 | 13 |
| >50 fatalities | 500M-1MM bbls of oil | $5-10 billion | Int'l media coverage. Regional (N. Amer.) outrage. Regional brand damage. Likely to lead to change of legislation at | B | | 8 | 9 | HL-04 10 HL-11 | 11 | 12 |
| >10 fatalities | 150M-500M bbls of oil | $500 million - $5 billion | Regional media coverage or severe national outrage. Likely to lead to change of regulations at the national level. | C | | | HL-12 8 | HL-01 9 | 10 | 11 |
| 3-10 fatalities | 1M-150M bbls | $100 to $500 million | National media attention or severe local outrage. Prosecution by regulator. | D | | | | 8 | 9 | 10 |

| ID | Scenario Description | Risk Rank | Type of Risk |
|---|---|---|---|
| HL-01 | Flare system failure during blowdown event | D4 | Safety |
| HL-04 | Topsides Hydrocarbon Release - Production Deck | C4 | Safety |
| HL-11 | Topsides Hydrocarbon Release - Mezzanine Deck | C4 | Safety |
| HL-12 | Helicopter Transportation to and From Offshore Installation | C3 | Safety |



# Risk Matrix
## Mad Dog

### Consequence

| Severity | Health and Safety | Environmental Impact | Financial Loss | Reputation |
|---|---|---|---|---|
| A | >200 fatalities | >1,000,000 bbls of oil | >$10 billion | Global outrage, global brand damage and/or affecting int'l legislation |
| B | >50 fatalities | 500M-1MM bbls of oil | $5-10 billion | Int'l media coverage. Regional (N. Amer.) outrage. Regional brand damage. Likely to lead to change of legislation at Regional level. |
| C | >10 fatalities | 150M-500M bbls | $500 million - $5 billion | Regional media coverage or severe national outrage. Likely to lead to change of regulations at the national level. |
| D | 3-10 fatalities | 1M-150M bbls | $100 to $500 million | National media attention or severe local outrage. Prosecution by regulator. |

### Probability

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | An event that would be unlikely in the industry ($<10^{-6}$ / yr) | Has never occurred within industry ($10^{-6}$ to $10^{-5}$ / yr) | Similar event has occurred somewhere in industry ($10^{-5}$ to $10^{-4}$ / yr) | Similar event has occurred somewhere in Group ($10^{-4}$ to $10^{-3}$ / yr) | Likely to occur within the lifetime of 10 facilities ($10^{-3}$ to $10^{-2}$ / yr) | Likely to occur in the facility lifetime ($10^{-2}$ to $10^{-1}$ / yr) |
| A | 8 | 9 | 10 | 11 | 12 | 13 |
| B | | 8 (MD-16) | 9 | 10 | 11 | 12 |
| C | | | 9 (MD-10, MD-02) | 9 (MD-31) | 10 | 11 |
| D | | | | 8 (MD-13, MD-08) | 9 | 10 |

### Scenario Table

| ID | Scenario Description | Risk Rank | Type of Risk |
|---|---|---|---|
| MD-2 | Topsides Hydrocarbon Release - Production Deck | C3 | Safety |
| MD-8 | Topsides Hydrocarbon Release - Mezzanine Deck | D4 | Safety |
| MD-10 | Helicopter Transportation to and From Offshore Installation | C3 | Safety |
| MD-13 | Topsides Hydrocarbon Release - Drill Deck/Compression | D4 | Safety |
| MD-16 | Merchant Vessel Collision | B2 | Safety |
| MD-31 | Bondstrand Pipine Failure | C4 | Safety |



14

# Risk Matrix
# Pompano

| Consequence | | | | | Probability | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Health and Safety | Environmental Impact | Financial Loss | Reputation | Severity | An event that would be unlikely in the industry | Has never occurred within industry | Similar event has occurred somewhere in industry | Similar event has occurred somewhere in Group | Likely to occur within the lifetime of 10 facilities | Likely to occur in the facility lifetime |
| | | | | | ($<10^{-6}$ / yr) | ($10^{-6}$ to $10^{-5}$ / yr) | ($10^{-5}$ to $10^{-4}$ / yr) | ($10^{-4}$ to $10^{-3}$ / yr) | ($10^{-3}$ to $10^{-2}$ / yr) | ($10^{-2}$ to $10^{-1}$ / yr) |
| | | | | | 1 | 2 | 3 | 4 | 5 | 6 |
| >200 fatalities | >1,000,000 bbls of oil | >$10 billion | Global outrage, global brand damage and/or affecting int'l legislation | A | 8 | 9 | 10 | 11 | 12 | 13 |
| >50 fatalities | 500M-1MM bbls of oil | $5-10 billion | Int'l media coverage. Regional (N. Amer.) outrage. Regional brand damage. Likely to lead to change of legislation at | B | | 8 | 9 | 10 | 11 | 12 |
| >10 fatalities | 150M-500M bbls of oil | $500 million - $5 billion | Regional media coverage or severe national outrage. Likely to lead to change of regulations at the national level. | C | | | PO-05<br>PO-06<br>PO-12 | 9 | 10 | 11 |
| 3-10 fatalities. | 1M-150M bbls | $100 to $500 million | National media attention or severe local outrage. Prosecution by regulator. | D | | | | PO-07<br>8 | 9 | 10 |

| ID | Scenario Description | Risk Rank | Type of Risk |
|---|---|---|---|
| PO-05 | Production or Export Riser Release | C3 | Safety |
| PO-06 | Topsides Hydrocarbon Release - Well Bay | C3 | Safety |
| PO-07 | Topsides Hydrocarbon Release - Gas Lift | D4 | Safety |
| PO-12 | Helicopter Transportation to and From Offshore Installation | C3 | Safety |

Case 2:10-md-02179-CJB-DPC   Document 15704-6   Filed 01/06/16   Page 6 of 10

# Risk Matrix
## Thunder Horse

| Consequence | | | | | Probability | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Health and Safety | Environmental Impact | Financial Loss | Reputation | Severity | An event that would be unlikely in the industry | Has never occurred within industry | Similar event has occurred somewhere in industry | Similar event has occurred somewhere in Group | Likely to occur within the lifetime of 10 facilities | Likely to occur in the facility lifetime |
| | | | | | ($<10^{-5}$/yr) 1 | ($10^{-5}$ to $10^{-4}$/yr) 2 | ($10^{-4}$ to $10^{-3}$/yr) 3 | ($10^{-4}$ to $10^{-3}$/yr) 4 | ($10^{-3}$ to $10^{-2}$/yr) 5 | ($10^{-2}$ to $10^{-1}$/yr) 6 |
| >200 fatalities | >1,000,000 bbls of oil | >$10 billion | Global outrage, global brand damage and/or affecting int'l legislation | A | TH-HSE-26  8 | 9 | 10 | TH-HSE-08  11 | 12 | 13 |
| >50 fatalities | 500M-1MM bbls of oil | $5-10 billion | Int'l media coverage. Regional (N. Amer.) outrage. Regional brand damage. Likely to lead to change of legislation at | B | TH-HSE-19  8 | TH-HSE-30  8 | 9 | 10 | 11 | 12 |
| >10 fatalities | 150M-500M bbls of oil | $500 million - $5 billion | Regional media coverage or severe national outrage. Likely to lead to change of regulations at the national level. | C | | | TH-HSE-03  8  TH-HSE-17 | 9 | 10 | 11 |
| 3-10 fatalities | 1M-150M bbls | $100 to $500 million | National media attention or severe local outrage. Prosecution by regulator. | D | | | | TH-HSE-02  TH-HSE-15  8  TH-HSE-06 | 9 | 10 |

| ID | Scenario Description | Risk Rank | Type of Risk |
|---|---|---|---|
| TH-HSE-2 | Topsides Hydrocarbon Release - Production Module | D4 | Safety |
| TH-HSE-3 | Topsides Hydrocarbon Release - Compression Module | C3 | Safety |
| TH-HSE-6 | Topsides Hydrocarbon Release - Hull Deck Box | D4 | Safety |
| TH-HSE-8 | Loss of Well Control | A4 | Environment |
| TH-HSE-15 | Small Subsea Leak | D4 | Environment |
| TH-HSE-17 | Helicopter Transportation to and From Offshore Installation | C3 | Safety |
| TH-HSE-19 | Merchant vessel collides with Offshore Installation | A1 | Safety |
| TH-HSE-26 | Supply boat collides wth riser | A1 | Safety |
| TH-HSE-30 | Terrorist attack on Offshore Installation | B2 | Safety |

10th Thunder Horse risk, Drilling Derrick Support Plate, not formally assessed

27



38

## Risk Register
## Horn Mountain

| Consequence | | | | | Probability | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Health and Safety | Environmental Impact | Financial Loss | Reputation | Severity | An event that would be unlikely in the industry | Has never occurred within industry | Similar event has occurred somewhere in industry | Similar event has occurred somewhere in Group | Likely to occur within the lifetime of 10 facilities | Likely to occur in the facility lifetime |
| | | | | | ($<10^{-6}$ /yr) | ($10^{-6}$ to $10^{-5}$ /yr) | ($10^{-5}$ to $10^{-4}$ /yr) | ($10^{-4}$ to $10^{-3}$ /yr) | ($10^{-3}$ to $10^{-2}$ /yr) | ($10^{-2}$ to $10^{-1}$ /yr) |
| | | | | | 1 | 2 | 3 | 4 | 5 | 6 |
| >200 fatalities | >1,000,000 bbls of oil | >$10 billion | Global outrage, global brand damage and/or affecting int'l legislation | A | 8 | 9 | 10 | 11 | 12 | 13 |
| >50 fatalities | 500M-1MM bbls of oil | $5-10 billion | Int'l media coverage. Regional (N. Amer.) outrage. Regional brand damage. Likely to lead to change of legislation at | B | | 8 | 9 HM-20 | 10 | 11 | 12 |
| >10 fatalities | 150M-500M bbls of oil | $500 million - $5 billion | Regional media coverage or severe national outrage. Likely to lead to change of regulations at the national level. | C | | | 9 HM-01 HM-21 HM-22 | 9 HM-03 | 10 | 11 |
| 3-10 fatalities | 1M-150M bbls | $100 to $500 million | National media attention or severe local outrage. Prosecution by regulator. | D | | | | 8 | HM-08 HM-12 HM-14 HM-29 | 10 |

| ID | Scenario Description | Risk Rank | Type of Risk |
|---|---|---|---|
| HM-01 | Helicopter Transportation to and From Offshore Installation | C3 | Safety |
| HM-03 | Dropped Object | C4 | Safety |
| HM-08 | Topsides Hydrocarbon Release - Production Deck | D5 | Safety |
| HM-12 | Topsides Hydrocarbon Release - Cell Deck | D5 | Safety |
| HM-14 | Air intrusion into Vessel | D5 | Safety |
| HM-20 | Merchant vessel collides with Offshore Installation | B3 | Safety |
| HM-21 | Production riser release | C3 | Safety |
| HM-22 | Export riser release | C3 | Safety |
| HM-29 | MP289C Pig Receiver Equilization Line Failure | D5 | Safety |

# Risk Matrix
## Marlin

### Consequence

| Health and Safety | Environmental Impact | Financial Loss | Reputation | Severity |
|---|---|---|---|---|
| >200 fatalities | >1,000,000 bbls of oil | >$10 billion | Global outrage, global brand damage and/or affecting int'l legislation | A |
| >50 fatalities | 500M-1MM bbls oil | $5-10 billion | Int'l media coverage. Regional (N. Amer.) outrage. Regional brand damage. Likely to lead to change of legislation at | B |
| >10 fatalities | 150M-500M bbls of oil | $500 million - $5 billion | Regional media coverage or severe national outrage. Likely to lead to change of regulations at the national level. | C |
| 3-10 fatalities | 1M-150M bbls | $100 to $500 million | National media attention or severe local outrage. Prosecution by regulator. | D |

### Probability

| | An event that would be unlikely in the industry | Has never occurred within industry | Similar event has occurred somewhere in industry | Similar event has occurred somewhere in Group | Likely to occur within the lifetime of 10 facilities | Likely to occur in the facility lifetime |
|---|---|---|---|---|---|---|
| | (<10⁻⁶ / yr) | (10⁻⁶ to 10⁻⁵ / yr) | (10⁻⁵ to 10⁻⁴ / yr) | (10⁻⁴ to 10⁻³ / yr) | (10⁻³ to 10⁻² / yr) | (10⁻² to 10⁻¹ / yr) |
| | 1 | 2 | 3 | 4 | 5 | 6 |
| A | 8 | 9 | 10 | 11 | 12 | 13 |
| B | | 8 | 9 (MA-HSE-01) | 10 | 11 | 12 |
| C | | | 8 (MA-HSE-53, MA-HSE-13) | 9 (MA-HSE-06) | 10 | 11 |
| D | | | | 8 | 9 | 10 |

| ID | Scenario Description | Risk Rank | Type of Risk |
|---|---|---|---|
| MA-HSE-01 | Helicopter Transportation to and From Offshore Installation | C3 | Safety |
| MA-HSE-06 | Topsides Hydrocarbon Release - Upper Deck | D4 | Safety |
| MA-HSE-13 | Topsides Hydrocarbon Release - Lower Deck | C3 | Reputation |
| MA-HSE-53 | Fiberbond Piping Failure in the Hull | C3 | Safety |



49

# Risk Register
# Atlantis

| | Consequence | | | | Probability | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Health and Safety | Environmental Impact | Financial Loss | Reputation | Severity | An event that would be unlikely in the industry (<10⁻⁶ / yr) 1 | Has never occurred within industry (10⁻⁶ to 10⁻⁵ / yr) 2 | Similar event has occurred somewhere in industry (10⁻⁵ to 10⁻⁴ / yr) 3 | Similar event has occurred somewhere in Group (10⁻⁴ to 10⁻³ / yr) 4 | Likely to occur within the lifetime of 10 facilities (10⁻³ to 10⁻² / yr) 5 | Likely to occur in the facility lifetime (10⁻² to 10⁻¹ / yr) 6 |
| >200 fatalities | >1,000,000 bbls of oil | >$10 billion | Global outrage, global brand damage and/or affecting int'l legislation | A | 8 | 9 | 10 | 11 | 12 | 13 |
| >50 fatalities | 500M-1MM bbls of oil | $5-10 billion | Int'l media coverage. Regional (N. Amer.) outrage. Regional brand damage. Likely to lead to change of legislation at | B | | 8 | 9 | 10 | 11 | 12 |
| >10 fatalities | 150M-500M bbls of oil | $500 million - $5 billion | Regional media coverage or severe national damage. Likely to lead to change of regulations at the national level. | C | | | 8 AT-HSE-54 | 9 | 10 | 11 |
| 3-10 fatalities. | 1M-150M bbls | $100 to $500 million | National media attention or severe local outrage. Prosecution by regulator. | D | | | | 8 AT-HSE-TGR AT-HSE-99 | 9 | 10 |

| ID | Scenario Description | Risk Rank | Type of Risk |
|---|---|---|---|
| AT-HSE-TGR | Topsides Hydrocarbon Release (Combined Topsides Risk) | D4 | Safety |
| AT-HSE-99 | Loss of Well Control | D4 | Environment |
| AT-HSE-54 | Helicopter Transportation to and From Offshore Installation | C3 | Safety |



# Risk Matrix
## Na Kika

### Consequence

| Severity | Health and Safety | Environmental Impact | Financial Loss | Reputation |
|---|---|---|---|---|
| A | >200 fatalities | >1,000,000 bbls of oil | >$10 billion | Global outrage, global brand damage and/or affecting int'l legislation |
| B | >50 fatalities | 500M-1MM bbls oil | $5-10 billion | Int'l media coverage. Regional (N. Amer.) outrage. Regional brand damage. Likely to lead to change of legislation at |
| C | >10 fatalities | 150M-500M bbls of oil | $500 million - $5 billion | Regional media coverage or severe national outrage. Likely to lead to change of regulations at the national level. |
| D | 3-10 fatalities | 1M-150M bbls | $100 to $500 million | National media attention or severe local outrage. Prosecution by regulator. |

### Probability

| | 1 (<10⁻⁶ /yr) | 2 (10⁻⁶ to 10⁻⁵ /yr) | 3 (10⁻⁵ to 10⁻⁴ /yr) | 4 (10⁻⁴ to 10⁻³ /yr) | 5 (10⁻³ to 10⁻² /yr) | 6 (10⁻² to 10⁻¹ /yr) |
|---|---|---|---|---|---|---|
| | An event that would be unlikely in the industry | Has never occurred within industry | Similar event has occurred somewhere in industry | Similar event has occurred somewhere in Group | Likely to occur within the lifetime of 10 facilities | Likely to occur in the facility lifetime |
| A | 8 | 9 | 10 | 11 | 12 | 13 |
| B | | 8 | 9 (NA-HSE-43) | 10 | 11 | 12 |
| C | | | 8 | 9 (NA-HSE-19, NA-HSE-52) | 10 | 11 |
| D | | | | | 9 | 10 |

### Scenarios

| ID | Scenario Description | Risk Rank | Type of Risk |
|---|---|---|---|
| NA-HSE-19 | Topsides Hydrocarbon Release - Compression Module | D4 | Safety |
| NA-HSE-43 | Helicopter Transportation to and From Offshore Installation | C3 | Safety |
| NA-HSE-52 | Subsea Flowline Leak | D4 | Environmental |

