Case 2:10-md-02179-CJB-DPC   Document 15704-7   Filed 01/06/16   Page 1 of 2



| | |
|---|---|
| Document No. | DWGOM-GP 48-0099 |
| Applicability | DWGOM |
| Date | Rev 0 3 March 2010 |

# Guidance on Practice for Major Hazard and Risk Register Development

DWGOM-GP 48-0099

## DWGOM
### SITE TECHNICAL PRACTICES



EXHIBIT NO. 2701

CONFIDENTIAL                                                BP-HZN-2179MDL01335856

Rev 0 3 March 2010

DWGOM-GP 48-0099
Guidance on Practice for Major Hazard and Risk Register Development

| Health and Safety | Health and Safety - 3rd Parties | Environmental Impact | Financial Loss | Continuous Activities | | Severity Level | Possible, but not known to have occurred in the E&P industry | Has not occurred in the E&P industry | Has not occurred in the E&P industry in the last 10 years | Occurs once in 100 facility lifetimes | Occurs once in 10 facility lifetimes | Possibility of occurring in the facility lifetime | Possibility of repeated events in the facility lifetime | Common occurrence at this facility |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Project Activity of "short" duration | Reputation | | Possibly, but has no known to have occurred in the E&P industry | Has not occurred in the E&P industry | 0.01% chance of occurring during a project | 0.1% chance of occurring during a project | 1% chance of occurring during a project | 1% chance of occurring during project | 10% chance of occurring during project | Occurs once or more during the project |
| | | | | | | | (<10⁻⁶/yr) | (10⁻⁶ to 10⁻⁵/yr) | (10⁻⁵ to 10⁻⁴/yr) | (10⁻⁴ to 10⁻³/yr) | (10⁻³ to 10⁻²/yr) | (10⁻² to 10⁻¹/yr) | (10⁻¹ to 1/yr) | >1/yr |
| | | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| >200 acute or chronic (actual or alleged) fatalities | >50 acute or chronic (actual or alleged) fatalities | >100,000 bbls of oil in sensitive coastal waters; >1,000,000 bbls of oil in other coastal waters. Prolonged regional/global contamination | >$10 billion | | Global outrage, global brand damage and/or affecting International legislation. | A | MEDIUM | | | | | | | |
| >50 acute or chronic (actual or alleged) fatalities | >10 acute or chronic (actual or alleged) fatalities | >10,000 bbls of oil in sensitive coastal waters. >100,000 bbls of oil in other coastal waters. Short term damage at regional level. Prolonged contamination affecting extensive nature conservation | $1-10 billion | | International media coverage. Regional outrage, for example North America, Europe. Regional brand damage. Likely to lead to change of regulations at regional level. | B | MEDIUM | MEDIUM | | | | | | |
| >10 acute or chronic (actual or alleged) fatalities | 1 or more acute or chronic (actual or alleged) fatalities. Multiple permanent injuries or irreversible health effects | >10,000 bbls Oil, >1,000 bbls oil in sensitive area, >100 Te of classified material. Long Term damage affecting extensive area. | $100 million - $1 billion | | Regional media coverage or severe national outrage. Threat of, or loss of license to operate for affected business/site. Likely to lead to change of regulations an National level. | C | CRR | MEDIUM | MEDIUM | | | | | |
| 1 or more acute or chronic (actual or alleged) fatalities. Multiple permanent injuries or irreversible health effects. | Permanent injury or irreversible health effect affecting single person. Non permanent injuries or short term health effects affecting multiple people | Uncontained release of reportable quantity (e.g. >100 bbls oil, less if in sensitive location or >10 Te classified material). Extensive short term pollution/contamination. Prolonged pollution/contamination affecting limited area. | $10 to $100 million | | National media attention or sever local outrage. Prosecution by regulator. | D | CRR | CRR | MEDIUM | MEDIUM | | | | |
| One or more permanent / disabling injuries | One or more serious injuries requiring medical care beyond first response. | Release offsite with immediate remediation or onsite release with prolonged damage. | $1 to $10 million | | State media coverage | E | CRR | CRR | CRR | MEDIUM | MEDIUM | | | |
| One or more loss time injuries | One or more minor injuries. | Onsite release that is remediated immediately | $100,000 to $1 million | | Local media coverage | F | CRR | CRR | CRR | CRR | MEDIUM | MEDIUM | | |
| One or more first aid injuries | No offsite impacts | Contained onsite release. | <$100,000 | | No community notification | G | CRR | CRR | CRR | CRR | CRR | MEDIUM | MEDIUM | |

CONFIDENTIAL

BP-HZN-2179MDL01335894