```
 1           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF LOUISIANA
 2
      IN RE:  OIL SPILL BY    MDL NO. 2179
 3    THE OIL RIG
      "DEEPWATER HORIZON"     SECTION:  J
 4    IN THE GULF OF
      MEXICO, ON APRIL 20,    JUDGE BARBIER
 5    2010                    MAG. JUDGE SHUSHAN
```

**VOLUME 1 OF 2**

Deposition of **DOUG SUTTLES** taken in the Orleans Room, Pan American Life Center, 601 Poydras Street, New Orleans, Louisiana, on Thursday, May 19, 2011.

**APPEARANCES:**

ON BEHALF OF THE PLAINTIFFS STEERING COMMITTEE:

    WATTS GUERRA CRAFT, LLP
    (BY:  MIKAL WATTS, ESQUIRE
         DAVID V. McLENDON, ESQUIRE)
         W.D. DENIS, ESQUIRE)
    Four Dominion Drive, Bldg. 3, Suite 100
    San Antonio, Texas 78257

1  Q. Was Anadarko or MOEX there?

2  A. I -- I don't know. I don't
3  recall them being there, but I don't know for
4  certain.

5  Q. Did you also pull three rigs
6  from service to assist in the MC252 response
7  efforts? Is that -- is that correct?

8  A. Yes. One of the early actions
9  we took was to begin to suspend operations on
10 our existing rigs so we -- if needed, they
11 could be deployed in the response.

12 Q. Did -- did you suspend most of
13 your deepwater operations prior to the
14 President's moratorium?

15 A. I believe all of our rigs
16 working in the Gulf of Mexico had been
17 suspended so that they'd be available during
18 the response, and that decision was taken
19 quite early. I -- I don't know -- I don't
20 remember what day the moratorium came out,
21 but we took that decision quite early.

22 Q. And would it have been possible
23 for you to -- you being BP to have responded
24 to a second deepwater disaster during that
25 period of time given the amount of resources