01-36952
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | ) ) ) ) ) ) ) | MDL NO. 2179  SECTION : J  JUDGE BARBIER  MAG. JUDGE SHUSHAN |

### *WorldwideVIEW*™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



## ANTHONY HAYWARD

**VOLUME 1**

June 6, 2011

# COPY



*Systems Technology for the Litigation World*

Litigation Group ♦ Court Reporting ♦ Video Production ♦ Videoconferencing

**For U.S. & International Services**
800 - 745 - 1101

1  Q.  All right.  You mentioned the -- I think you
2  mentioned earlier in a question a response to me, the
3  moratorium.  Do you have an opinion as to whether that
4  moratorium was directly the result of and caused by
5  this accident?
6          MR. WEBB:  Objection, form.
7          MR. GODFREY:  Same objection.
8  A.  I think it was a response by the authorities
9  to say, "We want to understand what has happened here
10 before we have drilling continuing in the Gulf of
11 Mexico."  At the time and the circumstance, probably
12 not an unreasonable thing to have done.
13 Q.  (By Mr. Sterbcow) Do you have any reason -- or
14 did you have any reason in your position before you
15 left the company to believe that the Administration had
16 any plans whatsoever to either stop or limit or in any
17 way involve itself in deepwater drilling activity had
18 this not occurred?
19         MR. GODFREY:  Objection as to form.
20 A.  I just want to make certain I've understood
21 the question.
22         So the question is did the -- did the
23 Administration have an intent to involve itself in
24 deepwater drilling operations had this not occurred?
25 Q.  (By Mr. Sterbcow) Let me say a better

```
 1  question.
 2      A.   They were involved --
 3      Q.   They were involved?
 4      A.   -- in deepwater --
 5      Q.   Correct.
 6      A.   -- operations?
 7      Q.   Do you have any reason to believe that but for
 8  this incident a moratorium on deepwater drilling would
 9  have ever taken place in the Gulf of Mexico?
10           MR. WEBB:  Objection, form.
11           MR. GODFREY:  Same objection.
12      A.   Well, I think it's clear that the moratorium
13  was put in place following this accident until the --
14  the authorities could understand what had happened and
15  how to ensure there was not a repeat.
16      Q.   (By Mr. Sterbcow) And do you think that
17  deepwater drilling in the Gulf of Mexico can be done
18  safely and reliably despite this accident?
19      A.   I do.
20      Q.   And do you think that deepwater drilling in
21  the Gulf of Mexico should, in fact, continue?
22      A.   I do.
23      Q.   And do you --
24      A.   It's a very important part of America's energy
25  concept, as the President has recently enunciated.
```

**PURSUANT TO CONFIDENTIALITY ORDER**

01-36956
EAF/dlr

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG ) MDL NO. 2179
"DEEPWATER HORIZON" in the )
GULF OF MEXICO, on ) SECTION: J
APRIL 20, 2010 )
) JUDGE BARBIER
)
) MAG. JUDGE SHUSHAN

## CONFIDENTIAL

### WorldwideVIEW™
**Interactive Deposition Digital Display**

ORAL AND VIDEOTAPED DEPOSITION OF:



# ANTHONY HAYWARD

**VOLUME 2**

JUNE 8, 2011

## COPY



Systems Technology for the Litigation World

Litigation Group•Court Reporting•Video Production•Videoconferencing
For U.S. & International Services
800 - 745 - 1101

1  extensive and severe damage to Gulf tourism industry?
2              MR. GODFREY:  Objection to form.
3      A.   I'm clearly aware that in the middle of the
4  accident last Summer and the aftermath, a lot of people
5  that would have come to the Gulf Coast didn't.
6      Q.   (By Mr. Kanner) The -- do you agree that the
7  spill also had adverse consequences for deep and
8  shallow water drilling industries operating in the Gulf
9  of Mexico?
10             MR. GODFREY:  Objection to form.
11     A.   Clearly, the moratorium imposed by the
12 Government had a big impact on shallow and deepwater
13 activity.
14     Q.   (By Mr. Kanner) I think yesterday you said you
15 thought that was reasonable, correct?
16     A.   I thought it was a reasonable decision at the
17 time until the nature of the accident was understood.
18     Q.   Leave aside the former moratorium, if you
19 would, for a second.
20     A.   M-h'm.
21     Q.   And I -- I certainly agree that the response
22 efforts were -- were unprecedented.  I think you
23 had 48,000 people involved at one point in time,
24 some 6700 vessels, 125 aircraft.  I think you -- you --
25 you bought all the dispersant that was available in the

**PURSUANT TO CONFIDENTIALITY ORDER**