UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER

[Regarding the Claims Administrator's Report of December 17, 2015 Proposing the Seafood Compensation Program Supplemental Distributions]

The Settlement Agreement approved by the Court's Order dated May 2, 2012 [Rec. Doc. 6414] provided for a Seafood Compensation Program ("SCP"), and established a $2.3 billion SCP fund ("the "SCP Fund") for seafood harvesters and oyster leaseholders. It provided that the balance of any amounts remaining in the SCP Fund after the completion of the initial distributions would be divided proportionately and delivered to all eligible claimants, unless the Court-Appointed Seafood Neutrals (the "Seafood Neutrals") recommended a different formula.  On September 19, 2014, the Seafood Neutrals submitted their Recommendations (the "Neutrals' Recommendations") proposing a partial distribution targeted at $500 million ("Supplemental Distribution Round One"), based on a *pro rata* distribution formula, which was approved by the Court's Order dated November 18, 2014 [Rec. Doc. 13416].

In December 2014, the Claims Administrator proceeded to make Supplemental Distribution Round One payments in accordance with the Neutrals' Recommendations. The Court has now received the Claims Administrators letter  report and recommendations dated December 17, 2015 (the "Claims Administrator's Recommendations") providing for a subsequent distribution ("Supplemental Distribution Round Two"), and thereafter a residual distribution ("Residual Distribution").   The Court finding that the Claims Administrator's Recommendations are appropriate and well founded and should be adopted and approved, and with the concurrence of the Seafood Neutrals; accordingly,

IT IS ORDERED that the attached Claims Administrator's Recommendations be filed into the record.

IT IS FURTHER ORDERED that the Claims Administrator's Recommendations be and are hereby approved, and that the Claims Administrator implement the proposed Supplemental Distribution Round Two in accordance with the Claims Administrator's Recommendations.

IT IS FURTHER ORDERED that, at the appropriate time, the Claims Administrator: (1) consult with the Seafood Neutrals, Class Counsel, and BP to ensure that all parties agree regarding whether all necessary conditions have been met before disbursing the Residual Distribution; and (2) consult with the Seafood Neutrals, Class Counsel, and BP to ensure that all parties agree regarding the amount remaining in the SCP Fund before disbursing the Residual Distribution in accordance with the Claims Administrator's Recommendations.

IT IS FURTHER ORDERED that after the completion of the Residual Distribution, the Claims Administrator has authority to close out the SCP Fund in accordance with the Claims Administrator's Recommendations. The Claims Administrator will confer and coordinate with the Seafood Neutrals, Class Counsel and BP in order to seek agreement as to (1) the amount remaining in the SCP Fund after the completion of the Residual Distribution; and (2) the appropriate disposition of any residual amounts remaining in the SCP Fund if, at the end of the Residual Distribution, the amount remaining in the SCP Fund is depleted to the extent that it is impractical to disburse another round and that an alternate disposition such as a *cy pres* award is necessary or appropriate. If such agreement cannot be reached, any unresolved issues shall be presented to the Court for resolution.

Signed in New Orleans, Louisiana, this 7th day of January, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE