# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
        "Deepwater Horizon" in the Gulf
        of Mexico, on April 20, 2010       SECTION J

This Filing Applies to:             JUDGE BARBIER

Nos. 13-706, 13-810,        MAGISTRATE JUDGE SHUSHAN
13-1143, 13-1185, 13-1222,
13-1386 and 13-2006[1]

## ORDER

### [OPA Test Cases – Conference on Wednesday, January 6, 2016]

1. **Bisso – Discovery Responses**.

> The parties reported that the Bisso depositions are set for Houston from January 13 to January 22. The time limits in the Federal Rules of Civil Procedure will apply.

> At the January 13, 2016 conference, the parties will report on the scheduling of the depositions of BP representatives sought by Bisso, Wadleigh and Blake.

2. **Wadleigh**.

> Wadleigh is close to completing re-production of documents. It previously reported that Avansic was to re-produce the 9,600 readily available documents they produced as part of Volume 002, consistent with the protocols that it established with BP in conjunction with the Bisso re-production, in accordance with PTO 16.

> **Friday, January 8, 2016**, is the deadline for Wadleigh to serve verified responses to BP's

---

[1]   The OPA Causation Test Cases are:

> Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
> Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
> Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
> Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
> Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
> Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
> Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

interrogatories.   Wadleigh shall submit the report (or declaration) of Harold Asher by **Friday, January 29, 2016**.

BP identified the Wadleigh representatives to be deposed.   The parties will work to schedule these depositions and report at the January 13, 2016 conference.

3. **Blake**.

Blake will be producing about 7,000 documents soon.   It previously reported that it anticipated that about 15,000 documents would be produced by January 15, 2016.   The remaining 5,000 were to be produced by around January 22, 2016.   Logs for privilege and clawback documents were being prepared as the documents are reviewed prior to production.   **Friday, January 8, 2016**, is the deadline for Blake's amended answers to interrogatories.

BP identified the Blake representatives to be deposed.   The parties will work to schedule these depositions and report at the January 13, 2016 conference.

4. **Expert Discovery**.

For any expert relied upon by the PSC necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, January 29, 2016**.   Depositions of any such experts shall be completed by **Friday, February 19, 2016**.

For any expert relied upon by BPXP necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, March 4, 2016**.   Depositions of any such experts shall be completed by **Monday, March 21, 2016**.

This will complete expert discovery relevant to the cross-motions prior to their filing.

5.   **Stipulations**.

The PSC reported that it will provide BP with proposed stipulations by **Saturday, January 9, 2016**.   BP is working on its stipulations and will respond to the proposal from the PSC.

6.   **Prior Motions**.

The PSC filed its renewed motion to strike affirmative defenses.   Rec. doc. 15655.   BP filed its motion to dismiss the Moratoria claims.   Rec. doc. 15663.

**Wednesday, January 6, 2016**, is the deadline for opposition briefs.

**Wednesday, January 20, 2016,** is the deadline for reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

7.   **Cross-Motions for Summary Judgment**.

The purpose of the cross-motions for summary judgment is to resolve whether, as a matter of law, there is a cause of action or a claim for damages caused by the government's imposition of the drilling moratorium or for the government's failure to issue permits.

**Monday, April 4, 2016,** file cross-motions for summary judgment.

**Monday, April 25, 2016**, file opposition briefs.

**Friday, May 13, 2016**, file reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

There will be one page limit for each brief and briefs will be combined with one brief filed on behalf of the three plaintiffs and one brief on behalf of the defendant.

**Opening and opposition briefs will be limited to no more than 40 pages.[2]   Reply briefs**

---

[2] Double-spaced with 12pt. font.

**will be limited to no more than 25 pages.**

8.  **Trinity Offshore**.

The PSC reported that it was communicating with counsel for Trinity Offshore and Harvey Gulf Marine concerning the dismissal of the Trinity Offshore claim.   The PSC will follow-up.   It did not anticipate any issues with the dismissal of the claim.

9.  **Next Conference**.

The next telephone status conference is on **Wednesday, January 13, 2016 at 9:30 a. m.**

New Orleans, Louisiana, this 7th day of January, 2016.

**SALLY SHUSHAN**
United States Magistrate Judge