UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010 | * * * | MDL NO. 2179 SECTION: "J" |
| This Document Relates To: | * * * | JUDGE BARBIER |
| No. 13-5804, Young v. BP Exploration & Production Inc., et al. (Elton Johnson) | * * * | MAG. JUDGE WILKINSON |

ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties have firmly agreed upon a compromise,

**IT IS ORDERED** that the claims of the parties are hereby dismissed without costs, but without prejudice to the right upon good cause shown, within sixty days, for the parties to seek summary judgment enforcing the compromise if it is not consummated by that time.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 6th day of January, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE

**Note to Clerk: Docket in 10-md-2179 and 13-5804**