UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | |
| ALL CASES IN PLEADING BUNDLE B3 | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * *

ORDER TO SHOW CAUSE

[As to the B3 Claims Against the Clean-Up Responder Defendants]

Before the Court are the Clean-Up Responder Defendants'[1] motions for summary judgment on derivative immunity and preemption grounds, seeking dismissal with prejudice of all remaining claims asserted against them in the First Amended Master Complaint in Accordance with Pretrial Order No. 11 Section III.B(3) (Rec. Doc. 1812), and related briefing. (Rec. Docs. 6536, 6538, 6546, 6547, 6551, 6553, 6557, 6559, 6597, 6696, 6842, 6843, 6845, 6849, 6852, 6854, 6859, 6878, 6897).  Also before the Court is the Plaintiffs' Steering Committee and the Clean-Up Responder Defendants' Joint Report Regarding Claimants' Compliance with Pretrial Order No. 57 ("Joint Report").  (Rec. Doc. 13667).

The Court has considered the briefing related to the Clean-Up Responder Defendants' summary judgment motions, as well as the Joint Report, and intends to issue the Order & Reasons attached hereto as Exhibit A.

---

[1] O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

IT IS ORDERED that any Plaintiff(s) opposed to this Court entering the Order & Reasons attached hereto as Exhibit A must show cause in writing on or before <u>Thursday, January 28, 2016</u>, why this Court should not dismiss their "B3"[2] claim(s) with prejudice for the reasons set forth in such Order & Reasons. The Clean-Up Responder Defendants may submit any response thereto by <u>Thursday, February 4, 2016</u>.

New Orleans, Louisiana this 7th day of January, 2016.

_____
CARL J. BARBIER
United States District Judge

---

[2] The "B3" pleading bundle was defined by this Court in Pretrial Order No. 11 (Case Management Order No. 1) and clarified in Pretrial Order No. 25. (Rec. Docs. 569, 983).

2