UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:   OIL SPILL BY THE OIL RIG   *   10-MD-2179
         *DEEPWATER HORIZON* IN THE   *
         GULF OF MEXICO ON            *   Section J
         APRIL 20, 2010               *
                                      *   December 23, 2015
                                      *
Applies to:   13-0706, 13-0810       *
              13-1143, 13-1185       *
              13-1222, 13-1386       *
              13-2006                 *
                                      *
* * * * * * * * * * * * * * * * * * *


STATUS CONFERENCE BEFORE THE
HONORABLE SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE


Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                              500 Poydras Street, B-275
                              New Orleans, Louisiana 70130
                              (504) 589-7778


Proceedings recorded by mechanical stenography using
computer-aided transcription software.

## INDEX

|                                        | Page |
|----------------------------------------|------|
| Bisso                                  | 3    |
| Wadleigh                               | 5    |
| Blake                                  | 6    |
| Expert Discovery                       | 7    |
| Stipulations                           | 10   |
| Cross Motions for Summary Judgement    | 10   |
| Miscellaneous                          | 13   |

<u>**PROCEEDINGS**</u>

**(December 23, 2015)**

**THE COURT:**  Good morning everybody.  How goes it?
Well, it's a gloomy day before Christmas.

**MR. WILLIAMS:**  I think it's a great day.

**THE COURT:**  It's a great day?  Good.  That sounds
better.

Well, let's work our way through this so you all
can launch off to the holidays.  Let's get an update on where
we are with Bisso.

**MR. WILLIAMS:**  Judge, this is Duke Williams.  Paul is
out of town.  Ian Taylor, his associate, is on to give us a
quick update on Bisso.

**THE COURT:**  Good.  Good morning, how goes it?

**MR. TAYLOR:**  Good.  Thank you, Your Honor.  Good
morning.

As it stands, we were in the process of getting
the depositions scheduled for January.  At this point I think
we have most of them set.  There were a couple where we needed
to move the dates around a little bit.  As far as I understand
it, I think that's all in the works.

**THE COURT:**  Good.

**MR. TAYLOR:**  The only other issue -- and I don't
know, Matt, if you want to touch on this, and I don't know if
it's really been hashed out yet with Paul at all, but just with

1    respect to the location of the depositions and whether they are

2    going to be in New Orleans or Houston?

3             THE COURT:  Okay.

4             MR. REGAN:  Yes.  What I would say is I think Houston

5    would work fine for us, too, because I think that's most

6    convenient for y'all.  Is that right?

7             MR. TAYLOR:  Yes, definitely.  We would prefer them

8    to be done in Houston.

9             MR. REGAN:  What I would say right now, Judge, is we

10   will work with them.  I think it may end up being a convenient

11   location for everybody.  I think we are going to be able to

12   accommodate that, no problem at all, but I know that some other

13   people are working on it.

14            THE COURT:  Good.  You know, obviously Houston is

15   easier to get to for you than New Orleans is, huh?

16            MR. REGAN:  Not for me.  I love New Orleans, Judge.

17            THE COURT:  Oh, I meant flightwise.  I meant

18   flightwise.  I didn't mean enjoymentwise.  That's different.

19            MR. REGAN:  Yes.  Fair point on both sides, Judge.

20            THE COURT:  Anything else, Matt, that we need to

21   cover with regard to Bisso?

22            MR. REGAN:  What I would say, Your Honor, is that our

23   Bisso team does have a few follow-up questions on the

24   interrogatory responses.  What I think we will do is be able to

25   talk with Paul and his team about those the first week of

10:04

1    January and see if we can square those up.

2                Some of them may be things where we just need

3    clarification that the only answer is really going to come in a

4    deposition.  Some may be where maybe there's a slight

5    supplement that can be done.  What I would say is the ball is

6    in our court to raise those issues separately, directly with

7    Paul and his team, and go from there.

8                THE COURT:  Okay.  Good.  Let's move on to Wadleigh.

9                It looks as though we have resolved the

10   difficulty on reproduction of documents, which was good news

11   last week.  Is there any update on where we are with them?

12               MR. WILLIAMS:  Yes, Your Honor.  This is Duke.  I

13   just got an e-mail from Avansic this morning with an update.

14   The Volume 2 production that we talked about last week, it

15   looks like at least 90 percent of it -- it's kind of a

16   reproduction, but this was the production we were talking about

17   last week.  It looks like at least 90 percent of it will be

18   uploaded and sent to BP on Monday.

19               THE COURT:  Good.  All right.  Then, Duke, do you

20   have any idea where that leaves us with regard to overall

21   production of documents?

22               MR. WILLIAMS:  Judge, you mean with respect to

23   Wadleigh?

24               THE COURT:  Yes.

25               MR. WILLIAMS:  I think that will be pretty close to

10:06

1   being it for Wadleigh.

2           **THE COURT:**  Good.  Matt, have you all discussed the

3   people at Wadleigh that you all are going to want to depose?

4           **MR. REGAN:**  Not in a very long time, Your Honor, but

5   it's probably a good topic for the first week of January.

6           **THE COURT:**  Right.

7           **MR. REGAN:**  I believe the list is going to be

8   short --

9           **THE COURT:**  Good.

10          **MR. REGAN:**  -- just because of what I understand

11  about that institution.  It is probably time for us to rewarm

12  that list and start putting some dates on the calendar.

13          **THE COURT:**  Right.  So let's go ahead and, after the

14  production on Monday, why don't I put the ball in your court to

15  revisit that, and we will cover that on the next status call.

16          **MR. REGAN:**  Sounds good, Your Honor.

17          **THE COURT:**  All right.  So now let's move on to Blake

18  and get an update on where we are there.

19          **MR. WILLIAMS:**  Your Honor, this is Duke.  Nothing new

20  or different than last week.  The Blake document review and

21  preparation for production continues.  I don't see any

22  deviation from the same timetable we suggested last week.  It's

23  going pretty smoothly.  Of course, I think it was January 8 or

24  January 9 Blake is supposed to update and finalize their

25  interrogatory responses.  That shouldn't be an issue either.

1    **THE COURT:**  Good.  Again, I guess, Matt, why don't

2   you all think about -- and I know production is not complete

3   yet, but think about who you are going to want to depose, and

4   let's talk about that on our next conference call so that we

5   can start working on dates for those people as well.

6            **MR. REGAN:**  Yes, Your Honor.

7            **MR. WILLIAMS:**  Matt, good news there.  The Blake

8   folks are in Houma, but taking their depositions in New Orleans

9   will not be a problem.

10            **THE COURT:**  That's good news.  Good, good, good.

11            Let's see, guys.  Next up was our discussion

12   regarding expert discovery.  Did you all reach a resolution on

13   that or is that something we have to decide today?

14            **MR. WILLIAMS:**  Well, Judge -- this is Duke -- Matt

15   had suggested a schedule, which you have seen.

16            **THE COURT:**  Yes.

17            **MR. WILLIAMS:**  We have had some subsequent

18   discussions as recently as Matt and I talking about it on the

19   phone earlier this morning.  I think Paul had suggested

20   something of a compromise, and we are okay with that.

21            **THE COURT:**  Matt, are you okay with the suggested

22   compromise?

23            **MR. REGAN:**  Yes.  I think where things stand, if I

24   could start there, Your Honor, is I think the only question is

25   really how much time in between the plaintiffs' experts and

10:09

1  ours.

2          THE COURT:  Yes.

3          MR. REGAN:  So Paul had suggested we do it exactly

4  30 days after the plaintiffs, and my compromise was could we

5  add basically seven more days to March 4.  So at this point we

6  are really getting to the fine knitting.  The reason for just

7  having a few extra days is because we are going to be doing

8  fact depositions in February as well and just to get a few

9  buffer days there.  I haven't heard back yet on whether that,

10  in our trading here, works.

11          THE COURT:  Yes.

12          MR. REGAN:  The fact of the matter is, Your Honor,

13  there's not a whole lot of days anyway, so it's a pretty

14  compressed schedule wherever we land.

15          THE COURT:  Yes.  I was going to go for the 30 days,

16  but I'm perfectly willing to go with March 4.  The one date

17  that concerns me is your suggested date of March 30 being right

18  on when cross motions are going to be filed.  Do you think that

19  we could go with March 4 and then the final depositions of

20  experts, instead of being March 30, make it more like March 21?

21          MR. REGAN:  This is Matt, Your Honor.  That's fine by

22  me.

23          MR. WILLIAMS:  Your Honor, this is Duke.  I think

24  that's okay with me as well.  You're talking about changing the

25  March 9 date to March 4 --

1    10:11   THE COURT:  No.

2    MR. WILLIAMS:  -- and marching the March 30 date

3    back?

4    THE COURT:  No.  No.  No, Duke.  No, Duke.  We are

5    talking about getting ready to file cross motions.  So the

6    dates that I'm looking at to finish up the expert discovery

7    would be expert reports for BP will be no later than March 4,

8    then depositions of any such experts will be completed by

9    March 21, and then the cross motions would be filed on Monday,

10   April 4.

11   So that gives you a couple of weeks to digest

12   the depositions and make any modifications to your draft

13   motions that you need.  If we went with the March 30 date, that

14   really wouldn't give you all time to be prepared to file on

15   April 4.  Does that make sense?

16   MR. WILLIAMS:  Yes, it does.

17   THE COURT:  Sorta?

18   MR. WILLIAMS:  No, it does.

19   THE COURT:  Well, I'll have it in the minute entry

20   going out today, but the deadlines would be as follows:  Expert

21   reports for the PSC are going to be January 29; depositions of

22   those experts will be completed by February 19; BP will give

23   its expert reports by March 4; and the depositions of those

24   experts will be completed by March 21.  I'll have that in

25   today's order.

1      **MR. WILLIAMS:**  Okay.

2      **THE COURT:**  All right?  Good, good, good.

3          Have you all done anything with regard to

4  stipulations that might be necessary to file the cross motions?

5      **MR. WILLIAMS:**  We haven't done anything together,

6  Your Honor.  The PSC is in the process of putting together

7  stipulations.  I had talked to Chris Keegan about this just

8  about two or three weeks ago.  Chris' suggestion was until the

9  interrogatory answers are received, it might be a little

10  premature to start trying to compare and winnow down the lists.

11      **THE COURT:**  Okay.

12      **MR. WILLIAMS:**  We have a list of stipulations that's

13  pretty close to being complete, but we are still working on it.

14      **THE COURT:**  Okay.  As soon as you all reach what you

15  think is the completion point, why don't you pop it out,

16  regardless of the status of interrogatory answers, and let BP

17  start chewing on it.

18      **MR. WILLIAMS:**  Okay.  That's fine.  That's basically

19  what I told Chris we would do.

20      **THE COURT:**  All right.  I wanted to talk to you guys

21  about page limitations on the cross motions for summary

22  judgment.  What caused me concern was the fact that we have

23  three plaintiffs.  I'm hoping that we are not going to have

24  three briefs that are the maximum amount allowed by the federal

25  rules.  I was thinking we could fashion a general brief and

10:15

1   then a brief, if necessary, on behalf of Bisso, Wadleigh, and

2   Blake, limit that to case-specific stuff, and then allow BP to

3   respond likewise.  Does that make sense?

4            MR. WILLIAMS:  That sounds like a great idea,

5   Your Honor.

6            THE COURT:  All right.  Obviously, on the general

7   motion, that can be the page limits that are set by the federal

8   rules.  What do you all think on client-specific briefs?  No

9   comment, huh?

10           MR. WILLIAMS:  Well, I'm thinking.

11           THE COURT:  Since I'm just raising it --

12           MR. WILLIAMS:  Without talking to Paul and Steve, it

13  really shouldn't be a huge number of pages.  I want to say that

14  the issues that are specific to the clients probably won't take

15  a tremendous amount of discussion to cover.

16           THE COURT:  Right.  I agree.

17                 I'm sorry, Matt.  Go ahead.

18           MR. REGAN:  I was going to say, Judge, I would like

19  to talk to a few people about that, and maybe we can land this

20  in early January.  The thing I would say, my initial reaction

21  is -- maybe this will be no surprise, but we are probably going

22  to have different approaches to the way that we are filing

23  these motions.

24           THE COURT:  Okay.

25           MR. REGAN:  So it may be one where having a total

10:17

1    number of pages makes sense, and then each side can distribute

2    those pages in the way that it wants to.  I want to think about

3    that a little bit.  Factually speaking, we may have more of an

4    interest of providing a more detailed presentation about the

5    plaintiffs than the plaintiffs do.

6            **THE COURT:**  Okay.

7            **MR. REGAN:**  They may have more interest in providing

8    detail about a different topic than we do.  No prejudice to

9    anybody about how they want to present an issue to the Court

10   for resolution, the thing I -- for ease of reference, etc., it

11   may be something where just having -- we can talk about

12   components of briefs, but having kind of an overall page limit

13   kind of gives each side the flexibility that they may need.

14           **THE COURT:**  Yes.  I don't have a problem with that.

15   As a matter of fact, it probably makes sense.

16               Duke, you could use your pages -- if you had

17   more things to talk about for one plaintiff rather than

18   another, you could use them any way you wanted.  So I assume

19   that would work for you.

20           **MR. WILLIAMS:**  It would work for us, Your Honor.

21           **THE COURT:**  Okay.  Why don't you all think about

22   that, and we will cover it at our next conference.  I didn't

23   want you all thinking that you got 90 pages, you know.

24           **MR. WILLIAMS:**  No.  This is Matt again, Your Honor.

25   I understand, and I agree with that.

1    **THE COURT:**  Okay.  Good.  Let's see.  Anything else

2    you all want to talk about?

3    **MR. LANGAN:**  Your Honor, it's Andy Langan.

4    Matt, do you have anything?

5    **MR. REGAN:**  No.  I was going to give a preview to

6    what you were going to ask and say I know there's one person

7    who has something on their Christmas list and that's Andy.  So

8    I was going to turn it over to you.

9    **MR. LANGAN:**  Yes.  A minor point.  You will recall we

10   had seven cases.  One of the seven cases was Trinity,

11   Your Honor.

12   **THE COURT:**  Right.

13   **MR. LANGAN:**  I think the plaintiffs told us some time

14   ago that for various reasons Trinity was not going to proceed.

15   **THE COURT:**  Right.

16   **MR. LANGAN:**  We have talked about whether or not

17   there would be a seventh case substituted, which is a separate

18   conversation.  As a housekeeping detail, we had asked the PSC

19   about a week or more ago could they file dismissal papers as to

20   Trinity if they are not going to proceed.  It seems like they

21   should.  So we had asked, I think, Paul and Duke about that,

22   have not heard any response, and I just wanted to kind of put

23   that on the radar here.

24   **THE COURT:**  Okay.  Duke, have you all had the

25   opportunity to discuss that?

1          **MR. WILLIAMS:**  Yes.  As you probably recall, they

2    were bought by Harvey Gulf Marine, I believe.

3          **THE COURT:**  Right.

4          **MR. WILLIAMS:**  I think Paul was waiting to get

5    official authority or written authority to dismiss it, but we

6    are in agreement.  It definitely needs to be done.  I will get

7    on that first thing Monday, when Paul is back in town, and we

8    will get that done.

9          **MR. TAYLOR:**  This is Ian, Your Honor.  I know that

10   Paul is actively working on that, so that process is underway.

11         **THE COURT:**  Good.  Thank you, Ian.  It sounds like we

12   have agreement.  We just need to take care of the formality.

13         **MR. LANGAN:**  This is Andy.  We appreciate that, Duke

14   and Ian.  We appreciate that very much.

15         **THE COURT:**  Anything else on anybody's mind?

16         **MR. WILLIAMS:**  Yes.  I have something on my mind,

17   Judge.

18         **THE COURT:**  What's that?

19         **MR. WILLIAMS:**  It's a dumb question.  I read

20   paragraph 5 of your November 19 order --

21         **THE COURT:**  Right.

22         **MR. WILLIAMS:**  -- which says following resolution of

23   the motions itemized in paragraph 4, which both parties have

24   already filed, the Court may order the parties to file cross

25   motions for summary judgment in the three test cases regarding

1   any remaining issues.  So we at this point are just assuming we

2   are going forward with summary judgments, correct?

3          THE COURT:  Yes.  We are going forward with summary

4   judgments on the issue as to whether as a matter of law there

5   is a cause of action or claim for damages caused by the

6   government's imposition of the drilling moratorium or for the

7   government's failure to issue permits.  So that's what we are

8   going forward on starting on cross motions on April 4.

9          MR. WILLIAMS:  Okay.  That's fine, but I thought that

10  issue is what we teed up in the motions we filed in December.

11         THE COURT:  They may overlap to some extent, but

12  those are reurged motions to dismiss.  I think collectively we

13  wanted to tee up cross motions for summary judgment on perhaps

14  an overlapping issue.  If Judge Barbier decides he can't grant

15  the motions to dismiss, he will move on to the cross motions.

16         MR. WILLIAMS:  Okay.  So we will just slide into the

17  summary judgment motions, then.

18         THE COURT:  Correct.  That's how I'm looking at it.

19             Matt and Andy, do you agree?

20         MR. REGAN:  Your Honor, this is Matt.  I think that's

21  the path we are on, and so I would agree with the way you

22  stated it.

23         THE COURT:  Okay.  Good.

24             Duke, that clarifies it for you?

25         MR. WILLIAMS:  Yes, it does.

10:23

1   **THE COURT:**  Good.  All right.  What else is on

2 anybody's mind other than, of course, we need to set another

3 date for the next conference?

4     Okay.  What are you thinking about?  Do you want

5 to do it after the first of the year or do you want to try for,

6 for example, the 30th, a week from today?

7   **MR. REGAN:**  This is Matt, Your Honor.  I will go

8 first.  I think the first week of January makes the most sense.

9 I would love to talk to you on the 30th, but hopefully I will

10 have a few days off between here and then.

11   **THE COURT:**  Well, good for you.

12   **MR. WILLIAMS:**  That's fine with us, Your Honor.

13   **THE COURT:**  Is Tuesday, the 5th, too soon or do you

14 want to go for Wednesday, the 6th, which is two weeks from

15 today?

16   **MR. REGAN:**  This is Matt.  I think the 6th works fine

17 for me.

18   **THE COURT:**  Why don't we go for 9:30 on the 6th.  If

19 anybody has any problems in the interim, Mike and I will both

20 be around.

21   **MR. WILLIAMS:**  That's fine with us, Your Honor.

22   **THE COURT:**  All right.  Well, since I won't talk to

23 you before then, everybody have a happy holiday and be safe.

24   **MR. WILLIAMS:**  Same to you, Your Honor.

25   **THE COURT:**  Thanks, guys.

10:24

1          **MR. REGAN:**  Same to you, Your Honor.

2          **MR. LANGAN:**  Thank you, Your Honor.

3          **MR. WILLIAMS:**  Take care everybody.  Have a great

4    holiday.

5          (Proceedings adjourned.)

6                              * * *

7                          <u>**CERTIFICATE**</u>

8          I, Toni Doyle Tusa, CCR, FCRR, Official Court

9    Reporter for the United States District Court, Eastern District

10   of Louisiana, certify that the foregoing is a true and correct

11   transcript, to the best of my ability and understanding, from

12   the record of proceedings in the above-entitled matter.

13

14

15                              <u>*s/ Toni Doyle Tusa*</u>

16                              Toni Doyle Tusa, CCR, FCRR
                                Official Court Reporter

17

18

19

20

21

22

23

24

25

**0**

0706 [1]  1/7
0810 [1]  1/7

**1**

10-MD-2179 [1]  1/4
1143 [1]  1/8
1185 [1]  1/8
1222 [1]  1/8
13 [1]  2/9
13-0706 [1]  1/7
13-0810 [1]  1/7
13-1143 [1]  1/8
13-1185 [1]  1/8
13-1222 [1]  1/8
13-1386 [1]  1/8
13-2006 [1]  1/9
1386 [1]  1/8
19 [2]  9/22 14/20

**2**

20 [1]  1/6
2006 [1]  1/9
2010 [1]  1/6
2015 [2]  1/6 3/2
21 [3]  8/20 9/9 9/24
2179 [1]  1/4
23 [2]  1/6 3/2
275 [1]  1/21
29 [1]  9/21

**3**

30 [4]  8/17 8/20 9/2 9/13
30 days [2]  8/4 8/15
30th [2]  16/6 16/9

**5**

500 [1]  1/21
504 [1]  1/22
589-7778 [1]  1/22
5th [1]  16/13

**6**

6th [3]  16/14 16/16 16/18

**7**

70130 [1]  1/21
7778 [1]  1/22

**9**

90 [1]  12/23
90 percent [2]  5/15 5/17
9:30 [1]  16/18

**A**

ability [1]  17/11
able [2]  4/11 4/24
about [26]
above [1]  17/12
above-entitled [1]  17/12
accommodate [1]  4/12
action [1]  15/5
actively [1]  14/10
add [1]  8/5
adjourned [1]  17/5
after [3]  6/13 8/4 16/5
again [2]  7/1 12/24
ago [3]  10/8 13/14 13/19
agree [4]  11/16 12/25 15/19 15/21
agreement [2]  14/6 14/12
ahead [2]  6/13 11/17
aided [1]  1/25
all [23]

allow [1]  11/2
allowed [1]  11/8
already [1]  14/24
amount [2]  10/24 11/15
Andy [4]  13/3 13/7 14/13 15/19
another [2]  12/18 16/2
answer [1]  5/3
answers [2]  10/9 10/16
any [9]  5/11 5/20 6/21 9/8 9/12 12/18
  13/22 15/1 16/19
anybody [2]  12/9 16/19
anybody's [2]  14/15 16/2
anything [6]  4/20 10/3 10/5 13/1 13/4
  14/15
anyway [1]  8/13
Applies [1]  1/7
appreciate [2]  14/13 14/14
approaches [1]  11/22
APRIL [4]  1/6 9/10 9/15 15/8
April 4 [3]  9/10 9/15 15/8
are [33]
around [2]  3/20 16/20
as [18]
ask [1]  13/6
asked [2]  13/18 13/21
associate [1]  3/12
assume [1]  12/18
assuming [1]  15/1
at [11]  3/18 3/25 4/12 5/15 5/17 6/3 8/5
  9/6 12/22 15/1 15/18
authority [2]  14/5 14/5
Avansic [1]  5/13

**B**

B-275 [1]  1/21
back [3]  8/9 9/3 14/7
ball [2]  5/5 6/14
Barbier [1]  15/14
basically [2]  8/5 10/18
be [34]
because [3]  4/5 6/10 8/7
been [1]  3/25
before [3]  1/12 3/4 16/23
behalf [1]  11/1
being [5]  4/10 6/1 8/17 8/20 10/13
believe [2]  6/7 14/2
best [1]  17/11
better [1]  7/25
between [2]  7/25 16/10
Bisso [3]  3/10 3/13 4/21 4/23 11/1
bit [2]  3/20 12/3
Blake [5]  6/17 6/20 6/24 7/7 11/2
both [3]  4/19 14/23 16/19
bought [1]  14/2
BP [5]  5/18 9/7 9/22 10/16 11/2
brief [2]  10/25 11/1
briefs [3]  10/24 11/8 12/12
buffer [1]  8/9
but [15]  3/25 4/12 5/16 6/4 7/3 7/8 8/16
  9/20 10/13 11/21 12/12 14/5 15/9 15/11
  16/9

**C**

calendar [1]  6/12
call [2]  6/15 7/4
can [8]  3/9 5/1 5/5 7/5 11/7 11/19 12/1
  12/11
can't [1]  15/14
care [2]  14/12 17/3
case [2]  11/2 13/17
case-specific [1]  11/8
cases [3]  13/10 13/10 14/25
cause [1]  15/5

caused [2]  10/22 15/5
CERTIFICATE [1]  17/7
certify [1]  17/10
changing [1]  8/24
chewing [1]  10/17
Chris [2]  10/7 10/19
Chris' [1]  10/8
Christmas [2]  3/4 13/7
claim [1]  15/5
clarification [1]  5/3
clarifies [1]  15/24
client [1]  11/8
client-specific [1]  11/8
clients [1]  11/14
close [2]  5/25 10/13
collectively [1]  15/12
come [1]  5/3
comment [1]  11/9
compare [1]  10/10
complete [2]  7/2 10/13
completed [3]  9/8 9/22 9/24
completion [1]  10/15
components [1]  12/12
compressed [1]  8/14
compromise [3]  7/20 7/22 8/4
computer [1]  1/25
computer-aided [1]  1/25
concern [1]  10/22
concerns [1]  8/17
conference [4]  1/12 7/4 12/22 16/3
continues [1]  6/21
convenient [2]  4/6 4/20
conversation [1]  13/18
correct [3]  15/2 15/18 17/10
could [7]  7/24 8/4 8/19 10/25 12/16
  12/18 13/19
couple [2]  3/19 9/11
course [2]  6/23 16/2
court [9]  1/1 1/20 5/6 6/14 12/9 14/24
  17/8 17/9 17/16
cover [4]  4/21 6/15 11/15 12/22
cross [9]  8/18 9/5 9/9 10/4 10/21 14/24
  15/8 15/13 15/15

**D**

damages [1]  15/5
date [6]  8/16 8/17 8/25 9/2 9/13 16/3
dates [4]  3/20 6/12 7/5 9/6
day [3]  3/4 3/5 3/6
days [7]  8/4 8/5 8/7 8/9 8/13 8/15 16/10
deadlines [1]  9/20
December [3]  1/6 3/2 15/10
decide [1]  7/13
decides [1]  15/14
DEEPWATER [1]  1/5
definitely [2]  4/7 14/6
depose [2]  6/3 7/3
deposition [1]  5/4
depositions [9]  3/18 4/1 7/8 8/8 8/19 9/8
  9/12 9/21 9/23
detail [2]  12/8 13/18
detailed [1]  12/4
deviation [1]  6/22
Did [1]  7/12
didn't [2]  4/18 12/22
different [4]  4/18 6/20 11/22 12/8
difficulty [1]  5/10
digest [1]  9/11
directly [1]  5/6
discovery [2]  7/12 9/6
discuss [1]  13/25
discussed [1]  6/2

## D

discussion [2]  7/11 11/15
discussions [1]  7/18
dismiss [3]  14/5 15/12 15/15
dismissal [1]  13/19
distribute [1]  12/1
DISTRICT [4]  1/1 1/2 17/9 17/9
do [14]  4/24 5/19 8/3 8/18 10/19 11/8
  12/5 12/8 13/4 15/19 16/4 16/5 16/5
  16/13
document [1]  6/20
documents [2]  5/10 5/21
does [6]  4/23 9/15 9/16 9/18 11/3 15/25
doing [1]  8/7
don't [9]  3/23 3/24 6/14 6/21 7/1 10/15
  12/14 12/21 16/18
done [6]  4/8 5/5 10/3 10/5 14/6 14/8
down [1]  10/10
Doyle [4]  1/20 17/8 17/15 17/15
draft [1]  9/12
drilling [1]  15/6
Duke [13]  3/11 5/12 5/19 6/19 7/14 8/23
  9/4 9/4 12/18 13/21 13/24 14/13 15/24
dumb [1]  14/19

## E

e-mail [1]  5/13
each [2]  12/1 12/13
earlier [1]  7/18
early [1]  11/20
ease [1]  12/10
easier [1]  4/15
EASTERN [2]  1/2 17/9
either [1]  6/25
else [4]  4/20 13/1 14/15 16/1
end [1]  4/10
enjoymentwise [1]  4/18
entitled [1]  17/12
entry [1]  9/19
etc [1]  12/10
everybody [4]  3/3 4/11 16/23 17/3
exactly [1]  8/3
example [1]  16/6
expert [5]  7/12 9/6 9/7 9/20 9/23
experts [5]  7/25 8/20 9/8 9/22 9/24
extent [1]  15/11
extra [1]  8/7

## F

fact [4]  8/8 8/12 10/22 12/15
Factually [1]  12/3
failure [1]  15/7
Fair [1]  4/19
far [1]  3/20
fashion [1]  10/25
FCRR [3]  1/20 17/8 17/15
February [2]  8/8 9/22
February 19 [1]  9/22
federal [2]  10/24 11/7
few [5]  4/23 8/7 8/8 11/19 16/10
file [5]  9/5 9/14 10/4 13/19 14/24
filed [4]  8/18 9/9 14/24 15/10
filing [1]  11/22
final [1]  8/19
finalize [1]  6/24
fine [8]  4/5 8/6 8/21 10/18 15/9 16/12
  16/16 16/21
finish [1]  9/6
first [6]  4/25 6/5 14/7 16/5 16/8 16/8
flexibility [1]  12/13
flightwise [2]  4/17 4/18
folks [1]  7/8

## G

follow [1]  4/23
followup [1]  14/12
following [1]  14/22
follows [1]  9/20
foregoing [1]  17/10
formality [1]  14/12
forward [3]  15/2 15/3 15/8

general [2]  10/25 11/6
get [7]  3/9 4/15 6/18 8/8 14/4 14/6 14/8
getting [3]  3/17 8/6 9/5
give [4]  3/12 9/14 9/22 13/5
gives [2]  9/11 12/13
gloomy [1]  3/4
go [9]  5/7 6/13 8/15 8/16 8/19 11/17
  16/7 16/14 16/18
goes [2]  3/3 3/14
going [23]
good [29]
got [2]  5/13 12/23
government's [2]  15/6 15/7
grant [1]  15/14
great [4]  3/5 3/6 11/4 17/3
guess [1]  7/1
GULF [2]  1/5 14/2
guys [3]  7/11 10/20 16/25

## H

had [10]  7/15 7/17 7/19 8/3 10/7 12/16
  13/10 13/18 13/21 13/24
happy [1]  16/23
Harvey [1]  14/2
has [2]  13/7 16/19
hashed [1]  3/25
have [28]
haven't [2]  8/9 10/5
having [4]  8/7 11/25 12/11 12/12
he [2]  15/14 15/15
heard [2]  8/9 13/22
here [3]  8/10 13/23 16/10
his [3]  3/12 4/25 5/7
holiday [2]  16/23 17/4
holidays [1]  3/9
Honor [25]
HONORABLE [1]  1/13
hopefully [1]  16/9
hoping [1]  10/23
HORIZON [1]  1/5
Houma [1]  7/8
housekeeping [1]  13/18
Houston [4]  4/2 4/4 4/8 4/14
how [5]  3/3 3/14 7/25 12/9 15/18
huge [1]  11/13
huh [2]  4/15 11/9

## I

I'll [2]  9/19 9/24
I'm [7]  8/16 9/6 10/23 11/10 11/11 11/17
  15/18
Ian [4]  3/12 14/9 14/11 14/14
idea [2]  5/20 11/4
if [10]  3/24 3/24 5/1 7/23 9/13 11/1
  12/16 13/20 15/14 16/18
imposition [1]  15/6
in [29]
INDEX [1]  2/1
initial [1]  11/20
instead [1]  8/20
institution [1]  6/11
interest [2]  12/4 12/7
interim [1]  16/19
interrogatory [4]  4/24 6/25 10/9 10/16

into [1]  15/16
issue [7]  3/23 6/25 12/9 15/4 15/7 15/10
  15/14
issues [3]  5/6 11/14 15/1
it [42]
it's [10]  3/4 3/5 3/6 3/25 5/15 6/5 6/22
  8/13 13/3 14/19
itemized [1]  14/23
its [1]  9/23

## J

January [8]  3/18 5/1 6/5 6/23 6/24 9/21
  11/20 16/8
January 29 [1]  9/21
January 8 [1]  6/23
January 9 [1]  6/24
JUDGE [10]  1/13 3/11 4/9 4/16 4/19
  5/22 7/14 11/18 14/17 15/14
Judge Barbier [1]  15/14
judgment [4]  10/22 14/25 15/13 15/17
judgments [2]  15/2 15/4
just [13]  3/25 5/2 5/13 6/10 8/6 8/8 10/7
  11/11 12/11 13/22 14/12 15/1 15/16

## K

Keegan [1]  10/7
kind [4]  5/15 12/12 12/13 13/22
knitting [1]  8/6
know [8]  3/24 3/24 4/12 4/14 7/2 12/23
  13/6 14/9

## L

land [2]  8/14 11/19
Langan [1]  13/3
last [5]  5/11 5/14 5/17 6/20 6/22
later [1]  9/7
launch [1]  3/9
law [1]  15/4
least [2]  5/15 5/17
leaves [1]  5/20
let [1]  10/16
let's [8]  3/8 3/9 5/8 6/13 6/17 7/4 7/11
  13/1
like [7]  5/15 5/17 8/20 11/4 11/18 13/20
  14/11
likewise [1]  11/3
limit [1]  11/2 12/12
limitations [1]  10/21
limits [1]  11/7
list [4]  6/7 6/12 10/12 13/7
lists [1]  10/10
little [3]  3/20 10/9 12/3
location [2]  4/1 4/11
long [1]  6/4
looking [2]  9/6 15/18
looks [3]  5/9 5/15 5/17
lot [1]  8/13
LOUISIANA [3]  1/2 1/21 17/10
love [2]  4/16 16/9

## M

MAGISTRATE [1]  1/13
mail [1]  5/13
make [4]  8/20 9/12 9/15 11/3
makes [3]  12/1 12/15 16/8
March [14]  8/5 8/16 8/17 8/19 8/20 8/20
  8/25 8/25 9/2 9/7 9/9 9/13 9/23 9/24
March 21 [3]  8/20 9/9 9/24
March 30 [4]  8/17 8/20 9/2 9/13
March 4 [5]  8/16 8/19 8/25 9/7 9/23
March 9 [1]  8/25
marching [1]  9/2

**M**

Marine [1]  14/2
Matt [16]  3/24 4/20 6/2 7/1 7/7 7/14 7/18
7/21 8/21 11/7 12/24 13/4 15/19 15/20
16/7 16/16
matter [4]  8/12 12/15 15/4 17/12
maximum [1]  10/24
may [10]  4/10 5/2 5/4 11/25 12/3 12/7
12/11 12/13 14/24 15/11
maybe [3]  5/4 11/19 11/21
MD [1]  1/4
me [6]  4/16 8/17 8/22 8/24 10/22 16/17
mean [2]  4/18 5/22
meant [2]  4/17 4/17
mechanical [1]  1/24
MEXICO [1]  1/5
might [2]  10/4 10/9
Mike [1]  16/19
mind [3]  14/15 14/16 16/2
minor [1]  13/9
minute [1]  9/19
Miscellaneous [1]  2/9
modifications [1]  9/12
Monday [4]  5/18 6/14 9/9 14/7
moratorium [1]  15/6
more [7]  8/5 8/20 12/3 12/4 12/7 12/17
13/19
morning [5]  3/3 3/14 3/16 5/13 7/19
most [3]  3/19 4/5 16/8
motion [1]  11/7
motions [16]  8/18 9/5 9/9 9/13 10/4
10/21 11/23 14/23 14/25 15/8 15/10
15/12 15/13 15/15 15/15 15/17
move [4]  3/20 5/8 6/17 15/15
much [2]  7/25 14/14
my [4]  8/4 11/20 14/16 17/11

**N**

necessary [2]  10/4 11/1
need [6]  4/20 5/2 9/13 12/13 14/12 16/2
needed [1]  3/19
needs [1]  14/6
new [6]  1/21 4/12 4/15 4/16 6/19 7/8
New Orleans [4]  4/2 4/15 4/16 7/8
news [3]  5/10 7/7 7/10
next [5]  6/15 7/4 7/11 12/22 16/3
no [13]  4/12 9/1 9/4 9/4 9/4 9/4 9/7 9/18
11/8 11/21 12/8 12/24 13/5
not [10]  4/16 6/4 7/2 7/9 8/13 10/23
13/14 13/16 13/20 13/22
Nothing [1]  6/19
November [1]  14/20
November 19 [1]  14/20
now [2]  4/9 6/17
number [2]  11/13 12/1

**O**

obviously [2]  4/14 11/6
off [2]  3/9 16/10
official [4]  1/20 14/5 17/8 17/16
Oh [1]  4/17
OIL [2]  1/4 1/4
okay [18]
on [47]
one [5]  8/16 11/25 12/17 13/6 13/10
only [3]  3/23 5/3 7/24
opportunity [1]  13/5
or [12]  4/2 6/20 6/23 7/13 10/8 13/16
13/19 14/5 15/5 15/6 16/5 16/13
order [3]  9/25 14/20 14/24
Orleans [5]  1/21 4/2 4/15 4/16 7/8
other [3]  3/23 4/12 16/2

our [7]  3/8 4/22 5/6 7/4 7/11 8/10 12/22
ours [1]  4/4
out [4]  3/12 3/25 9/20 10/15
over [1]  13/8
overall [2]  5/20 12/12
overlap [1]  16/16
overlapping [1]  15/14

**P**

page [4]  2/2 10/21 11/7 12/12
pages [5]  11/13 12/1 12/2 12/16 12/23
papers [1]  13/19
paragraph [2]  14/20 14/23
parties [2]  14/23 14/24
path [1]  15/21
Paul [11]  3/11 3/25 4/25 5/7 7/19 8/3
11/12 13/21 14/4 14/7 14/10
people [4]  4/13 6/3 7/5 11/19
percent [2]  5/15 5/17
perfectly [1]  8/16
perhaps [1]  15/13
permits [1]  15/7
person [1]  13/6
phone [1]  7/19
plaintiff [1]  12/17
plaintiffs [5]  8/4 10/23 12/5 13/13
plaintiffs' [1]  7/25
point [6]  3/18 4/19 8/5 10/15 13/9 15/1
pop [1]  10/15
Poydras [1]  1/21
prefer [1]  4/7
prejudice [1]  12/8
premature [1]  10/10
preparation [1]  6/21
prepared [1]  9/4
present [1]  12/9
presentation [1]  12/4
pretty [4]  5/25 6/23 8/13 10/13
preview [1]  13/5
probably [6]  6/5 6/11 11/14 11/21 12/15
14/1
problem [3]  4/12 7/9 12/14
problems [1]  16/19
proceed [2]  12/3 14/13 20
proceedings [4]  1/24 3/1 17/5 17/12
process [3]  3/17 10/6 14/10
production [6]  5/14 5/16 5/21 6/14 6/21
7/2
providing [2]  12/4 12/7
PSC [3]  9/21 10/6 13/18
put [2]  6/14 13/22
putting [2]  6/12 10/6

**Q**

question [2]  7/24 14/19
questions [1]  4/23
quick [1]  3/13

**R**

radar [1]  13/23
raise [1]  5/6
raising [1]  11/11
rather [1]  12/17
RE [1]  1/4
reach [2]  7/12 10/14
reaction [1]  11/20
read [1]  14/19
ready [1]  9/5
really [6]  3/25 5/3 7/25 8/6 9/14 11/13
reason [1]  8/6
reasons [1]  13/14
recall [2]  13/9 14/1
received [1]  10/9

recently [1]  7/18
recorded [1]  1/24
reference [1]  12/10
regard [3]  4/21 5/20 10/3
regarding [2]  7/12 14/25
regardless [1]  10/16
remaining [1]  15/1
Reporter [3]  1/20 17/9 17/16
reports [3]  9/7 9/21 9/23
reproduction [2]  5/10 5/16
resolution [3]  7/12 12/10 14/22
resolved [1]  5/9
respect [2]  4/1 5/22
respond [1]  11/3
response [1]  13/22
responses [2]  4/24 6/25
reurged [1]  15/12
review [1]  6/20
revisit [1]  6/15
rewarm [1]  6/11
RIG [1]  1/4
right [17]  4/6 4/9 5/19 6/6 6/13 6/17 8/17
10/2 10/20 11/6 11/16 13/12 13/15 14/3
14/21 16/1 16/22
rules [2]  10/25 11/8

**S**

safe [1]  16/23
SALLY [1]  1/13
same [3]  6/22 16/24 17/1
say [8]  4/4 4/9 4/22 5/5 11/13 11/18
11/20 13/6
says [1]  14/22
schedule [2]  7/15 8/14
scheduled [1]  3/18
Section [1]  1/5
see [4]  5/1 6/21 7/11 13/1
seems [1]  13/20
seen [1]  7/15
sense [5]  9/15 11/3 12/1 12/15 16/8
sent [1]  5/18
separate [1]  13/17
separately [1]  5/6
set [3]  3/19 11/7 16/2
seven [3]  8/5 13/10 13/10
seventh [1]  13/17
short [1]  6/8
should [1]  13/21
shouldn't [2]  6/25 11/13
SHUSHAN [1]  1/13
side [2]  12/1 12/13
sides [1]  4/19
since [2]  11/11 16/22
slide [1]  15/16
slight [1]  5/4
smoothly [1]  6/23
so [18]
software [1]  1/25
some [7]  4/12 5/2 5/4 6/12 7/17 13/13
15/11
something [5]  7/13 7/20 12/11 13/7
14/16
soon [2]  10/14 16/13
sorry [1]  11/17
Sorta [1]  9/17
sounds [4]  3/6 6/16 11/4 14/11
speaking [1]  5/6
specific [3]  11/2 11/8 11/14
SPILL [1]  1/4
square [1]  5/1
stand [1]  7/23
stands [1]  3/17

# S

start [5] 6/12 7/5 7/24 10/10 10/17
starting [1] 15/8
stated [1] 15/22
STATES [3] 1/1 1/13 17/9
status [3] 1/12 6/15 10/16
stenography [1] 1/24
Steve [1] 11/12
still [1] 10/13
stipulations [3] 10/4 10/7 10/12
Street [1] 1/21
stuff [1] 11/2
subsequent [1] 7/17
substituted [1] 13/17
such [1] 9/8
suggested [6] 6/22 7/15 7/19 7/21 8/3 8/17
suggestion [1] 10/8
summary [6] 10/21 14/25 15/2 15/3 15/13 15/17
supplement [1] 5/5
supposed [1] 6/24
surprise [1] 11/21

# T

take [3] 11/14 14/12 17/3
taking [1] 7/8
talk [9] 4/25 7/4 10/20 11/19 12/11 12/17 13/2 16/9 16/22
talked [3] 5/14 10/7 13/16
talking [5] 5/16 7/18 8/24 9/5 11/12
Taylor [1] 3/12
team [3] 4/23 4/25 5/7
tee [1] 15/13
teed [1] 15/10
test [1] 14/25
than [7] 4/15 6/20 9/7 12/5 12/8 12/17 16/2
Thank [3] 3/15 14/11 17/2
Thanks [1] 16/25
that [67]
that's [16] 3/21 4/5 4/18 7/10 8/21 8/24 10/12 10/18 10/18 13/7 15/7 15/9 15/18 15/20 16/12 16/21
their [3] 6/24 7/8 13/7
them [6] 3/19 4/7 4/10 5/2 5/11 12/18
then [10] 5/19 8/19 9/8 9/9 11/1 11/2 12/1 15/17 16/10 16/23
there [9] 3/19 5/7 5/11 6/18 7/7 7/24 8/9 13/17 15/4
there's [3] 5/4 8/13 13/6
these [1] 11/23
they [9] 4/1 12/7 12/9 12/13 13/19 13/20 13/20 14/1 15/11
thing [3] 11/20 12/10 14/7
things [3] 5/2 7/23 12/17
think [28]
thinking [4] 10/25 11/10 12/23 16/4
this [23]
those [8] 4/25 5/1 5/6 7/5 9/22 9/23 12/2 15/12
though [1] 5/9
thought [1] 15/9
three [4] 10/8 10/23 10/24 14/25
through [1] 3/8
time [5] 6/4 6/11 7/25 9/14 13/13
timetable [1] 6/22
today [4] 7/13 9/20 16/6 16/15
today's [1] 9/25
together [2] 10/5 10/6
told [2] 10/19 13/13
Toni [4] 1/20 17/8 17/15 17/15

too [2] 4/5 16/13
topic [1] 6/5
total [1] 11/25
touch [1] 3/24
town [2] 3/12 14/7
trading [1] 8/10
transcript [1] 17/11
transcription [1] 1/24
tremendous [1] 11/15
Trinity [3] 13/10 13/14 13/20
true [1] 17/10
try [1] 16/5
trying [1] 10/10
Tuesday [1] 16/13
turn [1] 13/8
Tusa [4] 1/20 17/8 17/15 17/15
two [2] 10/8 16/14

# U

understand [3] 3/20 6/10 12/25
understanding [1] 17/11
underway [1] 14/10
UNITED [3] 1/1 1/13 17/9
until [1] 10/8
up [7] 4/10 4/23 5/1 7/11 9/6 15/10 15/13
update [6] 3/9 3/13 5/11 5/13 6/18 6/24
uploaded [1] 5/18
us [8] 3/12 4/5 5/20 6/11 12/20 13/13 16/12 16/21
use [2] 12/16 12/18
using [1] 1/24

# V

various [1] 13/14
very [2] 6/4 14/14
Volume [1] 5/14
Volume 2 [1] 5/14

# W

Wadleigh [5] 5/8 5/23 6/1 6/3 11/1
waiting [1] 14/4
want [11] 3/24 6/3 7/3 11/13 12/2 12/9 12/23 13/2 16/4 16/5 16/14
wanted [4] 10/20 12/18 13/22 15/13
wants [1] 12/2
was [15] 5/10 5/16 6/23 7/11 8/4 8/15 8/18 9/20 10/22 10/25 11/18 13/5 13/8 13/10 13/14 14/4
way [5] 3/8 11/22 12/2 12/18 15/21
we [65]
Wednesday [1] 16/14
week [10] 4/25 5/11 5/14 5/17 6/5 6/20 6/22 13/19 16/6 16/8
weeks [3] 9/11 10/8 16/14
well [10] 3/4 3/8 7/5 7/14 8/8 8/24 9/19 11/10 16/11 16/22
went [1] 9/13
were [5] 3/17 3/19 5/16 13/6 14/2
what [15] 4/4 4/9 4/22 4/24 5/5 6/10 10/14 10/19 10/22 11/8 13/6 15/7 15/10 16/1 16/4
What's [1] 14/18
when [2] 8/18 14/7
where [10] 3/9 3/19 5/2 5/4 5/11 5/20 6/18 7/23 11/25 12/11
wherever [1] 8/14
whether [4] 4/1 8/9 13/16 15/4
which [6] 5/10 7/15 13/17 14/22 14/23 16/14
who [2] 7/3 13/7
whole [1] 8/13
why [5] 6/14 7/1 10/15 12/21 16/18

will [21]
Williams [1] 8/16
willing [1] 8/16
winnow [1] 10/10
Without [1] 11/12
won't [2] 11/14 16/22
work [5] 3/8 4/5 4/10 12/19 12/20
working [4] 4/13 7/5 10/13 14/10
works [3] 3/21 8/10 16/16
would [17] 4/4 4/5 4/7 4/9 4/22 5/5 9/7 9/9 9/20 10/19 11/18 11/20 12/19 12/20 13/17 15/21 16/9
wouldn't [1] 9/14
written [1] 14/5

# Y

y'all [1] 4/6
year [1] 16/5
Yes [18]
yet [3] 3/25 7/3 8/9
you [54]
You're [1] 8/24
your [30]
Your Honor [23]