DEEPWATER HORIZON MEDICAL BENEFIT CLAIM NUMBER SPC0002179

UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Office of the Clerk

January 04, 2016

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JAN - 6 2016

WILLIAM W. BLEVINS
CLERK

10-2179 MDL
J-(1)

WILLAM W. BLEVINS

CLERK

500 Poydras St., RM C-151

NEW ORLEANS, LA 70130

REFERENCE: MDL-2179 "j" (1) IN RE: OIL SPILL BY THE OIL RIG :DEEPWATER HORIZON"

Deepwater Horizon Medical Benefit (DHMB) Claim Number SPC0002179

Gulf Coast Claim Facility (FCCF) Clam Number 91173939

David M. Strong

    Appellant

v.

BP/DHMBS Claims Administrator

    Defendant

TENDERED FOR FILING

JAN -6 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

*****MOTION TO SET ASIDE*****

I David McArthur Strong (Mr. Strong) move to set aside BP/DHMB Claims Administrator's "Medical Benefit Map, Document 6273-12." For the following reasons; BP/DHMB Claims Administrator's Map discriminated against Mr. Strong because BP/DHMBS/Claims Administrator knowingly or should have known they set boundaries having knowledge of Mr. Strong Claim with GCCF before they excluded Mr. Strong Address at 4543 Cotton Cove Drive Gulf Shores, AL 36542 from the DHMB Map Document 6273-12. Mr. Strong house is three hundred feet from the mouth of Cotton Creek and Intracoastal Waterway! It is very well known that the high tide crest at the mouth of creeks, rivers, marsh land and wet land like where Mr. Strong lived who are most effective by the Deepwater Horizon Oil Spill in the Gulf of Mexico. This map was made available to Mr. Strong after he received a proof of Claim Form from DHMB Claims Administrators. This action Infringe on Mr. Strong Rights under the Fourteenth Amendment of the Constitution of the United States of America and deny Mr. Strong due process of law.

1

DEEPWATER HORIZON MEDICAL BENEFIT CLAIM NUMBER SPC0002179

Crude Oil is unrefined petroleum and has a density greater than that of salt water in the Gulf of Mexico and the weight of Crude Oil displaced salt water and rest on the bottom of the Gulf of Mexico and the Crude Oil will remain at rest until the force of water is greater than the gravity of Crude oil. When the Crude Oil was exposed to disbursing agent/solvents causing a chemical reaction and the Crude Oil was refined into Petroleum Oil based solution that has a greater density than salt water. This Petroleum Oil based solution is a raw material that has not been refined into a safe product and emits petroleum distillate poisoning gases and orders into the air and if a susceptible individual breathe this petroleum distillate poisoning gas and orders over a period of time it can cause sickness and death.

When the high tides force the Petroleum Oil based solution into bays, creeks, rivers, marsh lands and wet lands the force of the high tide causes the fresh water to recede back into creeks and rivers. And the fresh water has a density less than salt water and when the high tide crest the fresh water began to flow out toward the Gulf of Mexico and the fresh water come in contact the with the disbursing agent/solvent the Petroleum Oil precipitates to the bottom of creeks, rivers, marsh lands, wet lands and bays. Since the fresh water is less stable than salt water the disbursing agent/solvents bonds with the fresh water and recede before the salt water because salt water has a greater density. Fresh water will flow on top of salt water until the salt water and fresh reach equilibrium. Since salt water is very stable and fresh water is unstable there will be more Petroleum Oil precipitation where high tide crest at the mouth of rivers, creeks, marsh lands and wet lands most distance from the Gulf of Mexico.

*****RATIONALE*****

MR. Strong lived at 4543 Cotton Cove Drive Gulf Shore, Alabama 36542 from January 18, 2005 to April 29, 2011; and

Mr. Strong was admitted to the South Baldwin Regional Medical Center through the Emergency Room on June 15, 2010 for respiratory difficulties, and

Mr. Strong received a Proof of Claim Form Number (91173939) from Gulf Coast Claims Facility Claims administrator dated November 02, 2010; and

Mr. Strong received a Proof of Claim Form Number (SPC0002895) from Deepwater Horizon Medical Benefit Claims Administrator dated August 09, 2012; and

Mr. Strong received a Notice that denied Mr. Strong medical benefits and compensatory damage and he was given 60 days to file a Notice of Appeal with U.S. District Court. The Notice was from DHMB Claims Administrator dated March 03, 2014; and

Mr. Strong received a letter from the U.S. District Court dated May 22. 2014 that the appeal is pending; and

Mr. Strong down loaded DHMB Map Document # 6273-12 dated April 18, 2012; BP and DHMB Claims Administrator knew that the above map intentionally discriminated against Mr. Strong who lived near the mouth of Cotton Creek and Intracoastal Waterway; therefore

DEEPWATER HORIZON MEDICAL BENEFIT CLAIM NUMBER SPC0002179

*****ORDER*****

Mr. Strong is asking the United States District Court for the Eastern District of Louisiana to SET ASIDE BP/ DHMB Claims Administrator's Deepwater Horizon Medical Benefit Map, Document 6273-12 because it infringes upon Mr. Strong Rights under the Fourteenth Amendment of the Constitution of the United States of America.

Respectfully Submitted

*[signature]* Pro Se

David M. Strong, Pro Se

David M. Strong

P.O. Box 219

Topping, VA 23169

(804) 286-9030

DHMB Claims Administrator

935 Gravier Street, Suite 1400

New Orleans, LA 70112

Certified Mail Return Receipt

7015 0640 0000 2906 2570

3

This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP13F © U.S. Postal Service; July 2013; All rights reserved.

# PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

**Mailing Label**
Label 11-B, March 2004

Post Office To Addressee

EXPRESS MAIL
UNITED STATES POSTAL SERVICE®

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt — Mo. / Day / Time / AM / PM / Employee Signature
Delivery Attempt — Mo. / Day / Time / AM / PM / Employee Signature
Delivery Date — Mo. / Day / Time / AM / PM / Employee Signature

**CUSTOMER USE ONLY**

WAIVER OF SIGNATURE (Domestic Mail Only)

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

NO DELIVERY ☐ Weekend ☐ Holiday

TO: (PLEASE PRINT) PHONE ( )
U.S. District Court for
Eastern District of Louisiana
William W. Blevins, Clerk
500 Poydras Street, Rm C-151
New Orleans, LA 70130

ZIP + 4 70130+

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 23169
Day Accepted: M
Date Accepted: 1 / Day 4 / Year 16
Time Accepted: 3:08 ☒ PM
Flat Rate ☒ or Weight: lbs. 2 oz.

Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day
Scheduled Date of Delivery: Month 1 / Day 6
Scheduled Time of Delivery: ☐ Noon ☒ 3 PM
Military: ☐ 2nd Day ☐ 3rd Day
Int'l Alpha Country Code

Postage: $19.99
Return Receipt Fee: $
COD Fee: $
Insurance Fee: $
Total Postage & Fees: $19.99
Acceptance Emp. Initials: CC

EG 516765637 US

FROM: (PLEASE PRINT) PHONE ( 804 ) 286-9030
David M. Strong
P.O. Box 219
Toppings, VA 23169

PRESS HARD. YOU ARE MAKING 3 COPIES.



FOR PICKUP OR TRACKING
Visit www.usps.com
Call 1-800-222-1811

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

EP13F July 2013   OD: 12.5 x 9.5
PS10001000006

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

This envelope is made from post-consumer waste. Please recycle - again.