NO 15-30381

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE: DEEPWATER HORIZON
MDL NO. 2179

On Appeal from the United States District Court
for the Eastern District of Louisiana

**MOTION OF APPELLANTS,
MARY S. WILLKOMM, MARTIN J. SCHOENBERGER,
CLIFFORD PHILIP BEIN AND KEVIN C. SCHOENBERGER,
TO SUPPLEMENT THE RECORD ON APPEAL
AFTER ORAL ARGUMENT**

**KEVIN C. SCHOENBERGER
LAW OFFICE OF KEVIN C. SCHOENBERGER**
201 St. Charles Avenue
Suite 2422 - Place St. Charles
New Orleans, Louisiana 70170
Telephone: (504) 525-1143
Facsimile: (504) 587-0901
Email: kcschoenberger@gmail.com

*Counsel for Appellants*

## MOTION TO SUPPLEMENT RECORD ON APPEAL

NOW INTO COURT, through undersigned counsel, come appellants, Mary S. Willkomm, Martin J. Schoenberger, Clifford Philip Bein and Kevin C. Schoenberger, who move this court for an order allowing them to supplement the record on appeal by submitting the attached letter to correct a factual mistake due to oversight made by Kevin Schoenberger, counsel for appellants, during oral argument, to-wit: that he did not contact any of the co-owners of the two parcels of land in question in 2012. In fact, he had spoken with the President of Sunrise Fish and Oyster Company.

                                Respectfully submitted,
                                LAW OFFICE OF KEVIN C. SCHOENBERGER
By:   /s/ *Kevin C. Schoenberger*
                                KEVIN C. SCHOENBERGER (Bar No. 11813)
                                201 St. Charles Avenue
                                Suite 2422 - Place St. Charles
                                New Orleans, Louisiana 70170
                                Telephone: (504) 525-1143
                                Facsimile: (504) 587-0901
                                Email:. kcschoenberger@gmail.com
                                *Counsel for Appellants*

# KEVIN C. SCHOENBERGER
ATTORNEY AND COUNSELOR AT LAW
201 ST. CHARLES AVENUE
SUITE 2422 - PLACE ST. CHARLES
NEW ORLEANS, LOUISIANA 70170

TELEPHONE: (504) 525-1143

FACSIMILE: (504) 587-0901
E-MAIL: kcschoenberger@gmail.com

December 18, 2015

Hon. Patrick E. Higginbotham, Judge
Hon. Jennifer Walker Elrod, Judge
Hon. Priscilla R. Owen, Judge
United States Court of Appeals
Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

Re:   *BP Exploration & Production, Inc., et al v. Mary S. Willkomm, et al*
      Case No. 15-30381     In Re: Deepwater Horizon

Dear Judges, Higginbotham, Elrod and Owen:

I am writing to correct a factual mistake I made due to an oversight during oral argument on December 3, 2015. When asked by the bench if I had attempted to contact any of the co-owners of the two parcels in question after my clients' submissions had been denied by the Claims Administrator, I answered "no." This was a mistake due to a lapse in my memory.

In 2012, when I learned the Claims Administrator had denied my clients' claims, I was unaware of the identities of the other owners of Parcel No. 1460300. However, I did happen to know the identity of one of the other owners of Parcel No. 1610194, to-wit: Sunrise Fish and Oyster Company.

I located and telephoned the President of Sunrise in July-August, 2012 and told him I had filed a claim on behalf of the Schoenberger heirs but that it had been denied. He confirmed his company owned the land, but advised he did not know if his attorney had filed a claim. He seemed reserved and unwilling to discuss the matter. I did not know this gentleman personally.

This occurred so long ago I had simply forgotten about it when asked by the court. Upon further reflection, I realized my oversight.

Very truly yours,

Kevin C. Schoenberger

KCS:lsg

pc:   Jeffrey B. Clark, Sr., Esq.

## CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that I have electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system, and that service will be accomplished by the CM/ECF system on the following:

Richard C. Godfrey, PC J.
Andrew Langan, PC
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Richard.godfrey@kirkland.com
Andrew.langan@kirkland.com

Jeffrey Bossert Clark
Jane Stack
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200
Jeffrey.clark@kirkland.com
Jane.stack@kirkland.com

Don K. Haycraft
Devin C. Reid
LISKOW & LEWIS LLP
701 Poydras Street, Suite 5000
New Orleans, LA 70139
Telephone: (504) 556-4128
Facsimile: (504) 556-4108
dkhaycraft@liskow.com
dcreid@liskow.com

/s/ Kevin C. Schoenberger

December 18, 2015

## CERTIFICATE OF CONFERENCE

**I HEREBY CERTIFY** that I contacted Jeffrey Clark, counsel for BP in these proceedings. BP objects to this filing.

New Orleans, Louisiana this 22nd day of December, 2015.

*/s/ Kevin C. Schoenberger*
**KEVIN C. SCHOENBERGER**

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 23, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-30381    In re: Deepwater Horizon
                          USDC No. 2:10-MD-2179
                          USDC No. 2:12-CV-970

The court has granted the motion to supplement the record in this case. The district court is requested to add the attached documents to their court's docket and to provide us with a supplemental electronic record. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Connie Brown, Deputy Clerk
                                        504-310-7671

Mr. William W. Blevins
Mr. Jeffrey Bossert Clark Sr.
Mr. Richard Cartier Godfrey
Mr. Thomas George Hungar
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Kevin Conrad Schoenberger
Mrs. Jane Marie Stack

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 15-30381
_____

IN RE: DEEPWATER HORIZON
_____

LAKE EUGENIE LAND AND DEVELOPMENT, INCORPORATED; ET AL,

    Plaintiffs

v.

BP EXPLORATION AND PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION COMPANY; BP, P.L.C.,

    Defendants - Appellees

v.

MARY S. WILLKOMM; MARTIN J. SCHOENBERGER; CLIFFORD PHILIP BEIN; KEVIN CONRAD SCHOENBERGER,

    Claimants - Appellants

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R :

IT IS ORDERED that the unopposed motion of appellants to supplement the record on appeal with a letter to correct a factual mistake is GRANTED.

<u>/s/ Lyle W. Cayce</u>
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT