# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig<br>"Deepwater Horizon" in the Gulf<br>of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**SECTION "J"** |
| **This Document Applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc.,<br>et al. v. BP Exploration & Production,<br>Inc., et al.* | **MAG. JUDGE SHUSHAN** |
| **RE: CHASE BANK, Garnishee** | |

## MOTION FOR WRIT OF EXECUTION (FIERI FACIAS) ORDERING SEIZURE/GARNISHMENT OF BANK ACCOUNT

Plaintiff Deep Water Horizon Economics Claim Center ("Deep Water") moves for entry of a writ of execution (fiery facias) ordering the seizure/garnishment of funds held by Defendant Casey C. Thonn ("Thonn") for plaintiff and judgment creditor, Deep Water based on the following:

1. Deep Water is a judgment creditor to Casey Thonn in the amount of $357,002.35 plus $1.08 per diem as post judgment interest (calculated as $357,002.35 x .11% divided by 365 days) from and after July 16, 2014 until the date the judgment is satisfied. A copy of that judgment is attached hereto as Exhibit "1."

2. Deep water has reason to believe that judgment debtor Thonn has funds on deposit with Chase Bank.

3. Chase Bank is located in Slidell, Louisiana.

4. As judgment creditor, Deep Water is entitled to a Writ of Execution (Fieri Facias) authorizing the U.S. Marshal for this District to seize all non-exempt assets of the judgment debtor, Thonn, in an amount sufficient to satisfy the judgment.

5. Chase Bank should be cited as garnishee and ordered to answer the annexed interrogatories according to law attached hereto as Exhibit "2."

893821v.2

-2-

WHEREFORE Plaintiff and judgment creditor, Deep Horizon, prays this Court: 1) order the issuance of a Writ of Fieri Facias, directing the U.S. Marshal to seize the non-exempt property of the judgment debtor, Casey C. Thonn, sufficient to satisfy Deep Water's claim; 2) order Chase Bank to be cited as garnishee, and 3) order Chase Bank to answer the annexed interrogatories according to law.

Respectfully Submitted:

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

  /s/ Laura S. Rahman_____
Laura S. Rahman
Louisiana Bar No. 24219
909 Fannin Street, Suite 3300
Houston, TX 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Email: Laura.Rahman@wilsonelser.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of court on **January 12, 2016** by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE**. As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

  /s/ Lani Maile_____

893821v.2