**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig** | **MDL 2179** |
| **"Deepwater Horizon" in the Gulf** | |
| **of Mexico, on April 20, 2010** | **SECTION "J"** |
| | |
| **This Document Applies to:** | **JUDGE BARBIER** |
| | |
| *No. 12-970, Bon Secour Fisheries, Inc.,* | **MAG. JUDGE SHUSHAN** |
| *et al. v. BP Exploration & Production,* | |
| *Inc., et al.* | |
| | |
| **RE: CHASE BANK, Garnishee** | |

<u>**WRIT OF EXECUTION (FIERI FACIAS)**</u>

**To the U.S. Marshal for the Eastern District of Louisiana:**

      Greetings:    Chase Bank
                   7610 West Washington Street
                   Indianapolis, IN 46231

We command you to garnish any and all accounts, including but not limited to the checking  account tied to the debit card ending in 0699) of Casey C. Thonn (social security # XXX-XX-7553) at Chase Bank, in the manner prescribed by law, the sum of $357,002.35 as and for the principal balance unsatisfied on the judgment plus $1.08 per diem as post judgment interest (calculated as$357,002.35 x .11% divided by 365 days) from and after July 16, 2014 until the date the judgment is satisfied, as well as your own costs and charges, to satisfy a judgment rendered against the debtor Casey C. Thonn, said judgment attached hereto as Exhibit 1.

///

///

///

///

893828v.2

-2-

When you have executed this writ, you shall make return to our said court as the law directs.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Clerk, United States District Court for
the Eastern District of Louisiana.

-2-