UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | MDL 2179<br><br>SECTION "J" |
| **This Document Applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | **MAG. JUDGE SHUSHAN** |
| **RE: CHASE BANK, Garnishee** | |

### NOTICE OF SEIZURE/GARNISHMENT

Notice is hereby given that in obedience to a Writ of Execution (Feiri Facias) issued on the _____ day of _____, 2016, by the Clerk of the United States District Court for the Eastern District of Louisiana, in the matter entitled *Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010,* No. MDL 2179 to satisfy a judgment of THREE HUNDRED FIFTY SEVEN TWO DOLLARS AND 35/100 ($357,002.35) plus costs and interest, I am this day seizing/garnishing the following property:

1. Any and all accounts at Chase Bank, including but not limited to the account tied to the debit card ending in 0699) of Casey C. Thonn (social security # XXX-XX-7553).

DATE OF SEIZURE/GARNISHMENT:_____ _____, 2016.

_____
U.S. Marshal
Eastern District of Louisiana


By:_____