UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| **This Document Applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | **MAG. JUDGE SHUSHAN** |

**RE: CHASE BANK, Garnishee**

## STATEMENT OF SUMS DUE

| | | |
|---|---|---|
| Principal: | $357,002.35 | July 16, 2014 Judgment |
| Interest: | $    588.60 | Calculated as $357,002.35 Multiplied by .11% Divided by 365 days equals $1.08 per diem |
| | | $1.08 x 545 days (number of days from date of judgment July 16, 2014 through January 16, 2015 or date of seizure) equals $588.60 |
| U.S. Marshals' Fees | $    100.00 | |
| **TOTAL** | $357,690.95 | As of January 12, 2016. NOTE: Please add $1.08 per day from January 13th, 2016, until date of seizure. |

///

///

///

///

///

///

893826v.1

-2-

Respectfully Submitted:

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

_/s/ Laura S. Rahman_____
Laura S. Rahman
Louisiana Bar No. 24219
909 Fannin Street, Suite 3300
Houston, TX 77010
Telephone: (713) 353-2000
Facsimile: (713) 785-7780
Email: Laura.Rahman@wilsonelser.com
*Attorney for Deepwater Horizon Economic Claims Center*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of court on **January 12, 2016** by using the CM/ECF system which will send a notice of electronic filing to: **ALL COUNSEL OF RECORD AND/OR UNREPRESENTED PARTIES WHO RECEIVE ELECTRONIC NOTICE IN THIS CASE**. As the only active parties are plaintiff and defendant, the City of New Orleans which is not entitled to service, I have not attempted to serve any current or former party by any other method.

_/s/ Lani Maile_____