## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**SECTION "J"** |
| **This Document Applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | **MAG. JUDGE SHUSHAN** |

## DHECC'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") hereby moves the Court to for an order compelling Bobby Lambert, Sr. ("Claimant") to respond to DHECC's post-judgment interrogatories. In support of this motion, DHECC states the following:

1. On October 30, 2015, the DHECC served the Claimant with Post-Judgment Interrogatories in accordance with Federal Rules of Civil Procedure 26, 33, 69 and Louisiana Code of Civil Procedure CCP 1457, 1469, 2451, and 2456. See Ex. A.

2. The Claimant was required to respond to the Post-Judgment Interrogatories within 30 days. However, the Defendant failed to respond.

3. DHECC requires the Court's assistance in the form of an Order compelling the Claimant to respond to the Post-Judgment Interrogatories.

///

///

///

///

///

900999v.1

4.  A memorandum of law in support of this motion and a proposed order is filed herewith.

DATED this 12th day of January, 2016.

          _/s/ Laura Rahman_____
Laura S. Rahman
Louisiana Bar No. 24219
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, TX  77010
Tel: 713.353.2000
Fax: 713.785.7780
Laura.Rahman@wilsonelser.com
*Attorney for Deepwater Horizon Economic Claims Center*

900999v.1

## CERTIFICATE OF SERVICE

I do hereby certify that on the 12th day of January, 2016, a copy of the foregoing **DHECC'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES** was filed with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to counsel by operation of the court's electronic system.

                                                __/s/ Lani Maile_____
                                                An Employee of
                                                WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

900999v.1