### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>    **"Deepwater Horizon" in the Gulf**<br>    **of Mexico, on April 20, 2010** | **MDL 2179**<br><br>**SECTION "J"** |
| **This Document Applies to:** | **JUDGE BARBIER** |
| ***No. 12-970, Bon Secour Fisheries, Inc.,***<br>***et al. v. BP Exploration & Production,***<br>***Inc., et al.*** | **MAG. JUDGE SHUSHAN** |

### DECLARATION OF LANI MAILE IN SUPPORT OF DHECC'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES

1.     I, Lani Maile, do hereby declare as follows:

2.     Our law firm represents Deepwater Horizon Economic Claims Center (the "DHECC") in connection with recovering certain money paid out to Bobby Lambert, Sr. ("Debtor").

3.     On October 30, 2015, I served the Claimant with Post-Judgment Interrogatories in accordance with Federal Rules of Civil Procedure 26, 33, 69 and Louisiana Code of Civil Procedure CCP 1457, 1469, 2451, and 2456.  *See* Ex. A.

4.     The Claimant was required to respond to the Post-Judgment Interrogatories within 30 days but failed to do so.

5.     I make this Declaration in support of DHECC'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES.

///

///

///

///

900995v.1

6.      I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge, information, and belief.

EXECUTED this 12th day of January, 2016 in Clark County, Nevada.

_/s/ Lani Maile_____
Lani Maile