# EXHIBIT A

Laura S. Rahman
Louisiana Bar No. 24219
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, TX  77010
Tel: 713.353.2000 / Fax: 713.785.7780
Laura.Rahman@wilsonelser.com
*Attorney for Defendant Deepwater
Horizon Economic Claims Center*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc.,* | * | |
| *et al v. BP Exploration & Production* | * | MAGISTRATE SHUSHAN |
| *Inc., et al.* | * | |
| | * | POST JUDGMENT |
| | * | INTERROGATORIES |
| | * | |

IMPORTANT NOTICE – PLEASE READ CAREFULLY.    FAILURE TO RESPOND TO THIS POST JUDGMENT DISCOVERY MAY RESULT IN A CONTEMPT OF COURT ORDER FROM THE ISSUING COURT

The United States District Court Eastern District Of Louisiana to:  Bobby Lambert, Sr.

Judgment has been entered against you in the United States District Court Eastern District of Louisiana on June 29, 2015 in the amount of One Hundred Twenty-Nine Thousand Four Hundred Forty-Seven and 64/100 US Dollars (US $129,447.64) to bear interest at the Louisiana statutory rate from the Entry of Judgment until Satisfaction. The unsatisfied Judgment is attached as Exhibit 1.

Attached to this document is a list of questions that court rules require you to answer within thirty (30) days from the date you receive this pleading.  If you do not answer the attached

845431v.1

questions, within the time required, the opposing party may ask the court to conduct a hearing to determine if you should be held in contempt. You will be compelled to appear at the hearing and explain your reasons for your failure to answer.

If this judgment has resulted from a default, you may have the right to have this default judgment vacated by making an appearance and the appropriate motion to the Court. Contact an attorney or the Clerk of the Court for information on making such a motion. Even if you dispute the judgment, you must answer all of the attached questions.

You must answer each question by giving complete answers, attaching additional pages it necessary. False or misleading answers may subject you to punishment by the Court. A failure to respond may also subject you to punishment by the court. You need not provide information concerning the income and assets of others living in your household unless you have a financial interest in the assets or incomes. Be sure to sign and date your answers and return them to the address in the upper left hand Corner of the first page of this Subpoena within 30 days.

DATED this 26th day of October, 2015

/s/ Laura Rahman

Laura S. Rahman
Louisiana Bar No. 24219
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
909 Fannin Street, Suite 3300
Houston, TX 77010
Tel: 713.353.2000
Fax: 713.785.7780
Laura.Rahman@wilsonelser.com
*Attorney for Defendant Deepwater
Horizon Economic Claims Center*

845431v.1

## QUESTIONS FOR INDIVIDUALS

1:      PERSONAL INFORMATION

1.      Full Name _____

2.      Address _____

3.      Birth Date _____        Place: _____

4.      Social Security # ____-_____-_____

5.      Driver's License #, Expiration Date_____        _____

6.      Telephone # _____

7.      Are you Married? If so, give your spouse's first and maiden name if applicable.

        _____ Date of Marriage _____

8.      Have you married previously? If so, please provide names and address of former

        Spouses, dates of marriage, and dates of divorce or death

        _____

9.      Do you own the property where you reside?

        Yes ___ No ___ If yes, state the following:

        (a)     Name of the Owner or Owners _____

        (b)     Date Property was purchased _____

        (c)     Purchase Price _____

        (d)     Name and address of mortgage holder _____

        (e)     Balance due on mortgage _____

10.     If you do not own the property you reside in, do you live in an apartment or private
        home?

        _____

11.     If you live in a private home who owns it? _____

12.     Do you have a lease?

        (a)     Landlord Name and Address _____

        (b)     How much is Rent $_____ per _____

        (c)     Who pays the Rent? _____

Page 3 of 12

845431v.1

(d)    Do you pay by cash, check or other means? _____

(e)    Do you have any boarders, dependents, or subtenants? _____

(f)    If so, please provide names and the amount of rent paid by each

_____

## B:    EMPLOYMENT INFORMATION

1:    What is your occupation? _____

2:    Are you employed, if so, please provide the following:

    (a)    Name of Business _____

    (b)    Address _____

    (c)    Phone Number _____

    (d)    Length of Contract of Employment _____

    (e)    Weekly Salary _____

    (f)    Pay Periods _____

    (g)    Commissions _____

    (h)    Outstanding Amounts owed to you by employer _____

    (i)    Other compensations _____

3:    Do you have any part-time Employment _____

    a)    Name of Business _____

    (b)    Address _____

    (c)    Phone Number _____

    (d)    Length of Contract of Employment _____

    (e)    Weekly Salary _____

    (f)    Pay Periods _____

    (g)    Commissions _____

    (h)    Outstanding Amounts owed to you by employer _____

    (i)    Other compensations _____

4:    Do you receive any regular income from other sources, such as hobbies

845431v.1

5:      If not presently employed, provide the name and address of last employer

_____

6:      If you are not the sole support of your family, please state the amount of contributions of each member of your family toward the support of your home

_____

_____

7:      Do you own a business?

Yes ___ No ___ If yes, state the following

(a)     Name and address of business _____

_____

(b)     Is the business a Corporation, Sole Proprietorship, or Partnership? _____

(c)     The name and address of all stockholders, officers, and/or partners

_____

_____

(d)     The Amount of income received by you from the business during the last

twelve months _____

8:      Are you an officer director, member, partner, or shareholder of any other business entity?

If so, state the following

(a)     Name of Company _____

(b)     Address _____

(c)     Phone Number _____

(d)     Position in Business_____

(e)     Derived income received by you in the last twelve months _____

9:      Is there currently a wage execution on your salary ?  Yes _____   No _____

C:     **CASH, BANK DEPOSITS**

1:      Do you have in your own name, or jointly, any bank accounts, commercial, savings,

8454311v.1

Credit union accounts, or otherwise?

    (a)    Name of Bank _____

    (b)    Address of Bank _____

    (c)    Account Number _____

Second Bank

    (a)    Name of Bank _____

    (b)    Address of Bank _____

    (c)    Account Number _____

Third Bank

    (a)    Name of Bank _____

    (b)    Address of Bank _____

    (c)    Account Number _____

3:    Can you write checks on any of these accounts? _____

4:    If you do not currently have a bank account, when and where did you last have

Possession of one? _____

5:    When and for how much did you make your last deposit? _____

6:    When and where did you draw your last check?    _____

7:    Do you have power of attorney or other authority to sign checks or other instruments
from

the payment of money on bank accounts?_____

8:    Does your spouse have a bank account?

    (a)    Name of Bank _____

    (b)    Address of Bank _____

    (c)    Account Number _____

9:    Explain the source of money in your spouse's bank account_____

10:    Do you or your spouse have a safe deposit box?

    (a)    Name of Bank _____

    (b)    Address of Bank _____

8454311v.1

      (c)     Do you have the right of access?_____

11:    What property have you disposed of since the service on you of this Order? Either Cash

       personal, or real property? _____

**D:    Insurance**

1:    Do you have any accident, health, disability, annuity, income, retirement pension, Or life insurance, if so:

      (a)     Name of Insurance Company _____

      (b)     The Amount, type, and date of Issuance of policy _____

            _____

      (c)     Number of each policy _____

      (d)     Annual Premium     $_____

      (e)     Any Assignments of Policy _____

      (f)     Dates and amounts of any loans against policies _____

            _____

2:    Have you borrowed any money against your insurance policies? If so, how much,

       And has the money been used? _____

3:    Do you receive or have any claims for disability payments on these policies?

       _____

4:    Do you have fire insurance on the contents of your home?

      (a)     Name of Policy _____

      (b)     Name Policy is issued under _____

      (c)     Where do you keep policies _____

**E:    Property and Assets**

1:    If you receive money from any of the following sources, list the amount, frequency, and the name and address of the source

8454311v.1

| Type | Amount and Frequency | Name and Address of Source |
|---|---|---|
| Alimony | _____ | _____ |
| Loan Payments | _____ | _____ |
| Rental Income | _____ | _____ |
| Pensions | _____ | _____ |

| Type | Amount and Frequency | Name and Address of Source |
|---|---|---|
| Bank Interest | _____ | _____ |
| Stock Dividend | _____ | _____ |
| Other | _____ | _____ |

Do you own any of the following?

| Type | Description |
|---|---|
| Stocks | _____ |
| Bonds | _____ |
| Securities | _____ |
| Mortgages | _____ |
| Trust Deeds | _____ |
| Stockbroker Account | _____ |
| Promissory Notes | _____ |
| Bills of Exchange | _____ |
| Other Commercial Paper | _____ |
| Jewelry | _____ |
| Judgments | _____ |

3:   Do you receive any of the following, which are exempt from levy? Any levy on disclosed Exempt funds may result in the monetary penalties including reimbursement of the debtor's out of pocket expenses

| | | | |
|---|---|---|---|
| Social Security Benefits | Yes___ | Amount per Month_____ | No___ |
| S.S.I. Benefits | Yes___ | Amount per Month_____ | No___ |
| Welfare Benefits | Yes___ | Amount per Month_____ | No___ |

845431v.1

V.A. Benefits                Yes___         Amount per Month_____ No__

Unemployment Benefits    Yes___         Amount per Month_____ No__

Worker's Compensation    Yes___         Amount per Month_____ No__

Child Support Payments    Yes___         Amount per Month_____ No__

Attach copies of your three most recent bank statements for each account listed in this subpoena

4:      Do you own any other real estate?

        Yes___ No___ If yes, state the following:

        (a)    Address of Property _____

        (b)    Date Property was Purchased _____

        (c)    Purchase Price _____

        (d)    Name and Address of all owners _____

        (e)    Name and Address of Mortgage Holder _____

        (f)    Balance due on Mortgage _____

        (g)    Names and addresses of all tenants and monthly payments paid by each

        _____

5:      Does the present value of your personal property, including automobiles, furniture

Appliances, stocks, bonds, and cash on hand exceed $12,000.00

Yes _____ No _____ If "yes" you must itemize all personal property

Cash on Hand $_____

Other Personal property (set forth, make model and serial number). If financed provide

name and address of party to whom you made payments to.

| Item | Purchase Date | Purchase Price | Balance Due |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

845431v.1

_____     _____     _____     _____

6:   Do you own a vehicle?

Yes___ No___ If yes, state the following for each vehicle

(a)   Make, Model, and Year _____

(b)   If there is a lien on the vehicle, state the name and address of lien holder, and the

Amount due _____

(c)   License Plate #_____

(d)   Vehicle Identification _____

7:   Have you or your spouse purchased or are purchasing any items on an installment plan?

Purchase _____

Amount of full value _____

Installment Payments and frequency_____

8:   Do you or your spouse have any interest in the estate of a deceased person?

_____

9:   Have you or your spouse inherited any money or property?

_____

10.   Are you the beneficiary of or do you have any interest in any will or insurance policy?

_____

11:   Within the past year, have you received any payments or money other than those already

described? _____

12:   Are you a member of any organization, union, or club?

_____

13:   Are you entitled to any other money from any state, city, county, or federal government

Agency? _____

14:   Does anyone owe you money?

(a) Person/Entity _____

(b)   Amount of money owed? _____

845431v.1

(c)      Payment Plan

F:      **Debts and Collectiions**

1:      What are your average monthly expenses and how are they met

| Type | Amount | Payment Method |
|------|--------|----------------|
| ____ | ____ | _____ |
| ____ | ____ | _____ |
| ____ | ____ | _____ |
| ____ | ____ | _____ |
| ____ | ____ | _____ |
| ____ | ____ | _____ |
| ____ | ____ | _____ |

2:      Are you currently making payments to any Creditors?

_____

3:      What are the totals of your liability, excluding this judgment

_____

4:      Have you applied for a loan from any bank, financing company, or other lending

Institution within the last five years? Result?

_____

_____

5:      Have you issued any financial statements in the past five years? _____

6:      Are you a party to any other contracts? _____

7:      Have you ever been in bankruptcy?

(a)      When_____

(b)      Where _____

(c)      Disposition _____

8:      Are you or your spouse currently the Plaintiff or Defendant in any other court action?

If so, state the following:

845431v.1

| Party | Court | Docket Number | Type of Action |
|-------|-------|---------------|----------------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

9:    Set forth all other judgments that you are aware of that have been entered against you:

| Creditor Name | Creditor Attorney | Amount Due | Court | Docket |
|---------------|-------------------|------------|-------|--------|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

10:    Have you made payments on these judgments? _____

_____

11:    Are there any outstanding executions, orders, subpoenas, debtor exams, or orders for

Payments against you? _____

_____

12:    How do you propose to satisfy the current pending judgment _____

_____

_____

I declare under penalty of perjury under the law of the State of Nevada that the

Foregoing is true and correct

Date: _____            _____
                                    Signature of Person making Declaration

8454311v.1

# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * | MDL 2179 |
| | | SECTION: J |
| This Document Relates To: | * | |
| | | JUDGE BARBIER |
| *12-970* | * | |
| | | MAG. JUDGE SHUSHAN |
| | * | |

FINAL JUDGMENT

For the reasons stated in the Court's Order & Reasons of June 29, 2015, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. The *Deepwater Horizon* Economic Claims Center ("DHECC") claim awards in favor of Bobby Lambert, Sr. ("Lambert") based upon Claim 12463 and Claim 12464 are hereby RESCINDED and VACATED; and

2. Judgment is entered against Lambert, requiring Lambert to make restitution to the DHECC in the amount of $129,447.64, plus post judgment interest. This restitution represents the claim awards paid to Lambert of $172,596.85, less the $43,149.21 his former counsel already has repaid to the DHECC Trust fund (representing the contingency fee that counsel received); and

3. Lambert shall participate in no further distribution under the DHECC Seafood Compensation Program; and

4. Pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

5. The United States marshal shall provide services as may be needed by the Special Master and the DHECC in enforcement of this judgment.

New Orleans, Louisiana, this 29th day of June, 2015.

United States District Judge

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bobby Ray Lambert, Sr.
8071 Sunshine Drive
Ervington, AL 36544

9590 9403 0584 5183 3566 03

2. Article Number *(Transfer from service label)*

7015 0640 0003 4843 1248

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by *(Printed Name)*          C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt