UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION:  J |
| Applies to: *12-970* | * * | JUDGE BARBIER |
| | * | MAGISTRATE SHUSHAN |

## ORDER

Before the Court is Boh Bros. Construction Company, L.L.C. and Broadmoor, L.L.C.'s Motion for Aid in Consummation of Settlement Agreement and/or for Status Conference.  (Rec. Doc. 15532). Having considered the motion and attached documents,

IT IS ORDERED that the Motion is DENIED.

New Orleans, Louisiana this 13th day of January, 2016.

_____
United States District Judge