**SEALED**

UNDER SEAL

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER <br> MAGISTRATE JUDGE SHUSHAN |

**CONFIDENTIALITY ORDER**

**[Concerning Settlement Documents and Discussions]**

Pursuant to the Court's inherent jurisdiction and Federal Rule of Evidence 408, every recipient of this Order shall treat as strictly confidential all documentation, draft or otherwise, of all term sheets, release agreements, or other settlement-related documentation, and all communications regarding resolution of claims or lawsuits related to this multi-district litigation (including both the fact and substance of any discussions and any document prepared in connection therewith).  Any person who has been shown any such documents and/or included in communications shall be bound to keep such information as private and disclosed to no one unless specifically permitted **in advance** by the undersigned. Documents related to settlement shall be deemed exempt under the Freedom of Information Act, 5 U.S.C. sec. 552, and any corresponding state open records acts absent good cause shown in this proceeding.

Any person found to be in violation of this order will be subject to imposition of sanctions.

New Orleans, Louisiana, this 13th day of January 2016.

_____
SALLY SHUSHAN
United States Magistrate Judge