UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig                            MDL NO. 2179
       "Deepwater Horizon" in the Gulf
       of Mexico, on April 20, 2010               SECTION J

**This Filing Applies to:**                       **JUDGE BARBIER**

Nos. 13-706, 13-810,                              **MAGISTRATE JUDGE SHUSHAN**
13-1143, 13-1185, 13-1222,
13-1386 and 13-2006[1]

**ORDER**

**[OPA Test Cases – Conference on Wednesday, January 13, 2016]**

1. **Bisso – Discovery Responses**.

On January 12, 2016, PSC submitted a letter brief on Bisso Marine 30(b)(6) Issue concerning claims and supporting documentation submitted to GCCF. BP's letter response is due on **Thursday, January 14, 2016 at noon**.

There was an issue concerning Topic 4 of Bisso's Rule 30(b)(6) deposition. Beau Bisso will be the designated representative on Topic 4. BP anticipated that the deposition on Topic 4 will take 4 to 5 hours. There will be a second day for the remaining Rule 30(b)(6) topics. BP dropped its request for the fact deposition of Glen Posic. There was agreement that Bisso will respond to Topic 5 with two representatives: one on legal; and one on operations.

2. **Wadleigh and Blake Document Production**.

Wadleigh is producing about 4,000 documents by January 13, 2016. Additional documents

---

[1] The OPA Causation Test Cases are:

   Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
   Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
   Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
   Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
   Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
   Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
   Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

will be produced by Friday, January 15, 2016.  Blake will be producing about 10,000 documents on Friday, January 15, 2016.  Logs for privilege and clawback documents will have to be served for Wadleigh and Blake.

3. **Wadleigh and Blake Interrogatory Responses**.

Wadleigh and Blake amended their answers to BP's interrogatories on January 8, 2016.  BP has issues with the responses.  If the parties are unable to resolve the issues, BP will submit a three page double-spaced letter with copies of the interrogatory responses.  Wadleigh and Blake will submit a joint three page response.

4. **Wadleigh and Blake Depositions**.

BP identified the representatives of Wadleigh and Blake to be deposed and provided available dates for the second half of February.

5. **BP Depositions**.

The BP depositions have not been scheduled.  The parties are working to resolve issues with the Rule 30(b)(6) notice for BP.

6. **Stipulations**.

The PSC sent proposed stipulations to BP.  The parties are working to use the stipulations to reduce the number of Rule 30(b)(6) topics required for BP's deposition.

7. **Trinity Offshore**.

The PSC reported that the only thing remaining for the dismissal of the Trinity Offshore claim was for the lawyers to prepare and file the dismissal papers.

8. **Prior Motions**.

The PSC filed its renewed motion to strike affirmative defenses.  Rec. doc. 15655.  The U.S. filed a response to the PSC motion to strike.  Rec. doc. 15702.  BP filed a response.  Rec. doc.

2

15705.  BP filed its motion to dismiss the Moratoria claims.  Rec. doc. 15663.  The PSC filed a response.  Rec. doc. 15704.

**Wednesday, January 20, 2016,** is the deadline for reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

9. **Expert Discovery**.

For any expert relied upon by the PSC necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, January 29, 2016**.  Depositions of any such experts shall be completed by **Friday, February 19, 2016**.

For any expert relied upon by BPXP necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, March 4, 2016**.  Depositions of any such experts shall be completed by **Monday, March 21, 2016**.

This will complete expert discovery relevant to the cross-motions prior to their filing.

10. **Cross-Motions for Summary Judgment**.

The purpose of the cross-motions for summary judgment is to resolve whether, as a matter of law, there is a cause of action or a claim for damages caused by the government's imposition of the drilling moratorium or for the government's failure to issue permits.

**Monday, April 4, 2016,** file cross-motions for summary judgment.

**Monday, April 25, 2016**, file opposition briefs.

**Friday, May 13, 2016**, file reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if

3

oral argument will be granted.

**Opening and opposition briefs will be limited to no more than 40 pages.**[2]   **Reply briefs will be limited to no more than 25 pages.**

11.  <u>Next Conference</u>.

The next telephone status conference is on Wednesday, **January 20, 2016 at 9:30 a. m**.

New Orleans, Louisiana, this 13th day of January, 2016.

_____
SALLY SHUSHAN
United States Magistrate Judge

---

[2] Double-spaced with 12pt. font.

4