UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | |
| *ALL CASES IN PLEADING BUNDLE B3* | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFFS' STEERING COMMITTEE AND CLEAN-UP RESPONDER DEFENDANTS' JOINT CERTIFICATION REGARDING COMPLIANCE WITH NOTICE REQUIREMENTS IN CONNECTION WITH THE ORDER TO SHOW CAUSE AS TO THE B3 CLAIMS**

The Plaintiffs' Steering Committee and the Clean-Up Responder Defendants,[1] through Plaintiffs' Co-Liaison Counsel and Defense Liaison Counsel, certify that they have complied with the same notice procedures approved by the Court and delineated in Pretrial Order No. 57 (Rec. Doc. 13158) with respect to the Order to Show Cause as to the B3 Claims Against the Clean-Up Responder Defendants and Exhibit A attached thereto (Rec. Docs. 15711 and 15711-1) (the "OSC").

Defense Liaison Counsel has mailed the OSC to those Plaintiffs who are not represented by counsel and submitted a request to opt out of the Medical Benefits Class Action Settlement (the "Settlement"), as identified in the exhibits to the Joint Filing of the Declaration of Matthew Garretson (Rec. Doc. 7989), unredacted copies of which were provided to the Clean-Up Responder Defendants following the Court's August 2, 2013 Order.  (Rec. Doc. 10920).  Further,

---

[1] The Clean-Up Responder Defendants are the following: O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

Defense Liaison Counsel has commissioned Epiq Systems, also known as Epiq Class Action & Claims Solutions Inc. ("Epiq"), to mail the OSC to all B3 Plaintiffs in their database for this litigation. Epiq has confirmed that the OSC has been mailed to approximately 19,530 Plaintiffs, as done previously. (Rec. Doc. 13667). These mailing efforts were all complete as of January 14, 2016.

Plaintiffs' Co-Liaison Counsel has, as practicable, emailed the OSC to known counsel of record for Plaintiffs who joined in the First Amended Master Complaint in Accordance with Pretrial Order No. 11 Section III.B(3) (Rec. Doc. 1812), filed an individual action against any Clean-Up Responder Defendant(s), and/or opted out of the Settlement on January 12, 2016.

January 15, 2016

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman (LA # 23129) | James Parkerson Roy (LA # 11511) |
| HERMAN HERMAN & KATZ LLP | DOMENGEAUX WRIGHT & EDWARDS, LLC |
| 820 O' Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, LA 70113 | Lafayette, LA 70501 |
| Telephone: (504) 581-4892 | Telephone: (337) 233-3033 |
| Facsimile: (504) 569-6024 | Facsimile: (337) 233-2796 |
| *Plaintiffs' Liaison Counsel* | *Plaintiffs' Liaison Counsel* |

/s/ Michael J. Lyle
Michael J. Lyle (DC #475078, IL #6199227)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 6th Street NW, 11th floor
Washington, DC 20001
Telephone: (202) 538-8000
Facsimile: (202) 538-8100

*Defense Liaison Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Plaintiffs' Steering Committee and Clean-Up Responder Defendants' Joint Certification Regarding Compliance with Notice Requirements in Connection with the Order to Show Cause as to the B3 Claims has been served on All Counsel by electronically uploading the same to File & ServeXpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of January, 2016.

                                  /s/ Michael J. Lyle
                                  Michael J. Lyle