UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf Of Mexico, on April 20, 2010 | : | MDL NO.: 2179 |
| | : | SECTION: J |
| | : | HONORABLE CARL J. BARBIER |
| **This Document Applies to:** | : | HONORABLE SALLY SHUSHAN |
| *No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production, Inc., et al.* | : | |

### EMERGENCY MOTION TO EXAMINE JUDGMENT DEBTOR

Now into court comes **Deepwater Horizon Economic Claims Center ("DHECC")**, who respectfully represents:

I.

**DHECC** is a judgment creditor of **Casey Thonn ("Thonn")**, a defendant in this action. The Judgment against **Thonn** in favor of **DHECC** was rendered by the United States District Court for the Eastern District of Louisiana on July 16, 2014 [Rec. Doc. 13150], in the above captioned proceedings.

Counsel for **DHECC** has just been made aware that Thonn is scheduled to report to prison on January 25, 2016 (see Case 2:14-cr-00207; Rec. Doc. 49) stemming from the criminal action related to filing a false claim to DHECC for compensation from the BP Economic & Property Damages Settlement Trust, for which he now owes restitution, the same money **DHECC** now seeks to collect from him in this action.

II.

The Court awarded **DHECC** total damages caused by **Thonn**, and entered judgment in the amount of $357,002.35, plus post-judgment interest at the legal rate until paid and costs.

837388v.4

### III.

The Judgment has not been satisfied and **DHECC** wishes to examine judgment debtor **Thonn**, on all matters relevant to its property, pursuant to Fed. R. Civ. P. 69(a) and C.C.P. art. 2451. As such, **DHECC** requests that Thonn be required to sit for a debtor's exam prior to January 25, 2016 in open court. If the Court is not inclined to set Thonn's deposition on an expedited basis, alternatively, **DHECC** requests that pursuant to Fed. R. Civ. P. 30(a)(2)(B), that this Court enter an order requiring Thonn to sit for a judgment debtor exam during his incarceration at the time and place set by this Court.

### IV.

Movant also desires that the judgment debtor produce in open court (or as otherwise ordered by this Court) for examination the books, papers, and other documents described below which are in its possession, and also desires to examine the judgment debtor in connection with these books, papers, and documents listed below:

(a) Any and all titles, deeds, or other documents by which **Thonn** owns or leases any real estate or other immovable property;

(b) Copies of any and all tax returns, including income, personal, VAT or others, **Thonn** has filed, individually or jointly with any other person, corporation, business entity, agency, or instrumentality, for the previous four (4) calendar years, including all schedules, attachments, and worksheets, and with the name and current address of any and all persons who assisted in preparing those returns;

(c) The original instrument for any and all certificates of stock, bonds, mutual funds, brokerage accounts, or indentures, and other securities titled in the name of, or beneficially held by, or for, **Thonn**, whether alone or jointly with any other person(s); corporation, business entity,

agency, or instrumentality in any corporation, limited liability company, any other business organized under the laws of any state, or other entity during the last three (3) years;

(d) Copies of any and all financial statements in **Thonn's** possession, custody or control, prepared by or for **Thonn**, reflecting **Thonn's** financial condition during the past three (3) years, whether prepared for **Thonn** individually or jointly with any other person or persons, or for a corporation, firm, or other entity in which **Thonn** owned an interest;

(e) Any and all documents or title, instruments (negotiable and non-negotiable), chattle paper (tangible or intangible), notes, deeds, conveyances, certificates of title, bills of sale, bills of lading, letters of credit, warehouse receipts, mortgages, and security instruments of any kind showing or tending to show the existence of debts owed to or by **Thonn**, or property owned by **Thonn**, or property in which **Thonn** has a mortgage or security interest. This request includes all such items executed or in effect during the last three (3) years;

(f) Any and all writings, correspondence, and financial records in **Thonn's** possession or custody, or subject to **Thonn's** control, showing or tending to show monies owed to **Thonn for outstanding debts in connection with any and all commercial or personal activities of Thonn**, and all records **Thonn** may have showing or tending to show all the persons, corporations, business entities, agencies, or instrumentalities who owe **Thonn** money;

(g) Any and all insurance policies insuring loss to any property, real or personal, that **Thonn** owns or has owned in the last three (3) years), individually or jointly with any other person(s), corporation, business entity, agency, or instrumentality, or that **Thonn** holds for the benefit of any other person(s), corporation, business entity, or instrumentality, that were in effect during the last three (3) years;

837388v.4

(h) Any and all pending and executed acts of sale, deeds, contracts, commercial agreements, and all other documents showing transfer of any and all property, tangible or intangible, owned (in whole or in part), manufactured, produced, or acquired by **Thonn**, individually or jointly with any other person(s), corporation, business entity, agency, or instrumentality, during the previous three (3) years up to and including the date of this request;

(i) Any and all bank statements, cancelled checks, check stubs, deposit slips, wire transfer requests, wire transfer receipts, or other documentation of wire transfers to or from **Thonn**, and other records in **Thonn's** possession, custody, or control, showing or tending to show transactions with a bank or other financial institution with which **Thonn** did business, or relating to a deposit account on which **Thonn** has had signature authority during the previous three (3) years, regardless of whether the accounts were in **Thonn's** name or that of another person(s) corporation, business entity, agency, or instrumentality;

(j) Any and all documents relating to any and all interest(s), whether minority or majority interest(s), that **Thonn** has had during the previous three (3) years through the present date, in any entity, corporation, limited liability company, partnership, joint venture, trust, or other business type organized under the laws of any state;

(k) Any and all documents relating in any way to **Thonn's** business, occupation, employment, livelihood, and any and all other sources of income during the last four (4) years, including sales revenue, salaries, income, bonuses, commissions, pension plan, insurance, and other fringe benefits;

(l) Any and all documents reflecting and identifying any and all assets owned by **Thonn, individually or together with any other person(s), corporation, business entity,**

837388v.4

**agency, or instrumentality; whether Thonn has a majority or minority ownership interest therein,** during the last three (3) years;

(m) Any and all ledger cards, ledgers, journals, memoranda, books of account, and other documents reflecting and identifying **Thonn's** assets, payables and receivables during the last three (3) years through the present date;

(n) Any and all documents providing any and all information of all sources of **Thonn's** income during the last four (4) years;

(o) Any and all trust instruments, agreements, correspondence, and other documents relating to all trusts in which **Thonn** is a trustee, beneficiary or has any other kind of interest, together with all documents identifying the assets of such trust(s) and the present location of each asset, all transactions by such trust(s), all transfers of trust property, and the names and addresses of trustees and beneficiaries; this request includes all such items signed or in effect during the last three (3) years to the present date;

(p) Any and all records relating to and identifying all motor vehicles, boats, and all other registered movables owned, rented, leased and otherwise used by **Thonn** during the last three (3) years to the present date and, if not owned by **Thonn**, records identifying the owner thereof along with his/her/its present address, and detail concerning the arrangement under which **Thonn** was afforded use of the motor vehicle, boat, or other movable;

(q) Any and all records relating to safe deposit boxes and/or the extent and circumstances of any and all financial relationships with any banks or other depositories for securities, cash, or other valuables, rented or otherwise used by **Thonn** or jointly with any other person(s), corporation, business entity, agency, or other business organized under the laws of any state during the last three (3) years to the present date, together with any and all agreements,

837388v.4

writings, or other documents memorializing or detailing the extent and circumstances of such relationships;

(r) Any and all documents reflecting and/or identifying all personal property in which **Thonn** has or had any ownership interest, either jointly, individually, or otherwise, during the last three (3) years to the present date, together with the location of each item and its present market value;

(s) Any and all mortgages, liens, pledges, promissory notes, security agreements, financing statements and all other documents in any way reflecting any security interest, mortgage, lien, pledge, hypothecation or encumbrance of any kind upon any property, real or personal, tangible or intangible, owned by **Thonn**, whether individually or jointly with others during the last four (4) years to the present date, and in any way evidencing any debt relating thereto;

(t) Any and all documents (including all monthly, quarterly or annual account statements) identifying every securities brokerage account **Thonn** has or has had during the last three (3) years, individually or together with any other person(s), corporation, business entity, agency, or instrumentality, and the name and present address of such other person(s), corporation, business entity, agency, or instrumentality;

(u) Any and all documents relating in any way to and identifying any property for which **Thonn** or someone on **Thonn's** behalf has held for another person or business entity during the last three (3) years, and such documents relating in any way to property **Thonn** has held for another person or business entity during that time;

(v) The identities and current addresses of any and all C.P.A.s and accountants, that **Thonn** has hired or used and those that have been hired or used by each corporation, limited

837388v.4

liability company, partnership, joint venture, trust, and any other business entity, whether organized under the laws of a domestic or foreign state, that is owned partially or wholly by **Thonn,** or any corporation, limited liability company, partnership, joint venture, trust, and any other business entity organized under the laws of any state possessing any amount of ownership interest in **Thonn** (i.e. as a parent company) and those with which **Thonn** has been associated or affiliated with, directly or indirectly through any subsidiary or parent company, in any way during the last three (3) years to the present date;

(w)   Any and all judgments which have been entered in **Thonn's** favor or against **Thonn** that have not yet been satisfied in full;

(x)   Any and all documents in any way relating to any and all insurance claims made by **Thonn** or on **Thonn's** behalf during the last six (6) years to the present date, and reflecting the present status of the claim and any proceeds, whatever amount, that **Thonn** may have received or is entitled to receive as a result thereof;

(y)   Any and all appraisal reports, documents, or correspondence prepared during the last three (3) years to the present date regarding any property **Thonn** owned, either individually or jointly with any other person or persons, or upon which **Thonn** has held a mortgage, security interest, lien, pledge or other encumbrance, either individually or jointly with any other person(s), corporation, business entity, agency, or instrumentality, or in which **Thonn** has had any other kind of interest during the last three years to the present date, and the status thereof;

(z)   Any and all documents reflecting each and every corporation, business entity, agency, or instrumentality possessing an ownership interest in **Thonn**, whether such interest is a majority or minority interest, including but not limited to the full name, address and contact information for such owner during the last four (4) years; and

837388v.4

(aa) Any and all documents, correspondence, or other writing, both electronic and tangible, reflecting the location of any and all business dealings, whether directly by **Thonn** or on his behalf directly or indirectly, from which **Thonn** obtained assets or any percent ownership interest in or right to any asset located throughout the world in any place;

(bb) The full names, current addresses and contact information for any and all individuals, corporations, agents, brokers, or other business entity employed by **Thonn**, in any manner, for assistance in loading, unloading, appraising, inspecting, facilitating delivery or transfer, or otherwise providing services in delivery and/or transfer of goods manufactured, produced, sold, traded, or otherwise placed into the United States stream of commerce by **Thonn** during the last three (3) years to the present date;

(cc) Any and all contracts, agreements, correspondence, or other written documents reflecting an agreement between **Thonn** and any other person(s), corporation, business entity, agency, or other business organized under the laws of a foreign state for the loading, shipment, unloading, transfer, transport, inspection, appraisal, delivery, or any other service in the sale, trade, or other commercial transaction for the sale, trade, production, manufacture, fabrication, of goods in which **Thonn** has any ownership interest, individually or with other persons, corporations, business entities, agencies, instrumentalities, or other business organized under the laws of any state;

(dd) Any and all documents memorializing payments, credits, or any other form of compensation provided by **Thonn** for brokerage services in loading, shipment, unloading, transfer, transport, inspection, appraisal, delivery, or any other service in the sale, trade, or other commercial transaction for the sale, trade, production, manufacture, fabrication, of goods in which **Thonn** has any ownership interest, individually or with other persons, corporations,

837388v.4

business entities, agencies, instrumentalities, or other business organized under the laws of any state;

(ee)  A list of any and all vessels owned, operated, used or to be used by **Thonn** for the shipment of goods in which **Thonn** had or has any interest either as seller, broker, agent, consignee, consigner, manufacturer, or producer under any and all contracts, commercial agreements, or other business arrangement for the sale of such goods by **Thonn**; and a complete listing of the precise U.S. locations and anticipated dates or date ranges each vessel is expected to arrive with said cargo;

(ff)  A detailed description of, including the quantity and present market value, of any and all goods sold, consigned, manufactured, fabricated, or otherwise placed into the stream of commerce by **Thonn** and to be shipped and delivered anywhere in the United States under a contract, act of sale, consignment, or any other commercial transaction, executing or currently pending, to which **Thonn** was a party, individually or together with any other person(s), corporation, limited liability company, or any other business organization formed under the laws of any state, in the last four (4) years to present date;

(gg)  Any and all contracts, agreements, correspondence, or other written documents reflecting any agreement or understanding between **Thonn** and any person(s) or business entity, or any of its subsidiaries, for the sale, resale, consignment, referral, marketing, advertising, or other mechanism whereby **Thonn** products are placed into the stream of commerce; and detail concerning the specific facts and circumstances of any arrangement between **Thonn** and any person(s) or business entity, or any of those person(s) or entity's subsidiaries or agents for such services; and

837388v.4

(hh)    Any and all documents reflecting any sums outstanding or paid within the previous 4 years to the present date, by **Thonn** to any person(s) or business entities, or any of their subsidiaries or agents for the purpose of advertising, marketing, commissions, fees, or any other purpose which results in placing **Thonn** products into the stream of commerce.

V.

Movant believes that through these books, papers, and documents, it can establish what property the judgment debtor has which may be used to satisfy the above Judgment.

VI.

The cost of the examination of the judgment debtor should be taxed against **Thonn**.

THEREFORE, movant prays that:

1.    The court orders the defendant, **Casey Thonn**, to appear in open court for examination as judgment debtor prior to January 25, 2016, or alternatively during his incarceration at the place and time ordered by this Court;

2.    The court orders the defendant, **Casey Thonn** at the same time, to provide the books, papers, and documents described in paragraph IV above, at the time of the debtor's exam.

DATED this 15th day of January, 2016

> WILSON, ELSER, MOSKOWITZ,
> EDELMAN & DICKER LLP
>
> /s/Laura S. Rahman
> Laura S. Rahman
> Louisiana Bar No. 24219
> 909 Fannin Street, Suite 3300
> Houston, TX  77010
> Tel: 713.353.2000 / Fax: 713.785.7780
> Laura.Rahman@wilsonelser.com
> *Attorney for Deepwater Horizon Economic Claims Center*

837388v.4

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2015, a copy of the foregoing **EMERGENCY MOTION TO EXAMINE JUDGMENT DEBTOR** was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to counsel by operation of the court's electronic system.

/s/Annemarie Gourley
An Employee of
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP