

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL 2179<br><br>SECTION "J" |
| Applies to: *Merchant v. BP Deepwater Horizon Claim Center*, No. 15-4290 | * * * | JUDGE BARBIER<br><br>MAGISTRATE SHUSHAN |

## MOTION TO DISMISS

Patrick A. Juneau acting for the defendant in his capacity as Claims Administrator of the Deepwater Horizon Court-Supervised Settlement Program and as Trustee of the Deepwater Horizon Economic and Property Damages Trust, through his undersigned counsel, hereby requests that this court dismiss the above-referenced action originally filed in the Southern District of Alabama by class member Raymond J. Merchant.  The grounds underlying this request are set forth in the Memorandum in support of this Motion.

Respectfully submitted,

*/s/  Richard C. Stanley*
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
STANLEY, REUTER, ROSS, THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana  70112
Telephone: (504) 523-1580
Facsimile: (504) 524-0069
rcs@stanleyreuter.com

J. David Forsyth, 5719
SESSIONS, FISHMAN, NATHAN &
ISRAEL, L.L.C.
201 St. Charles Ave., Suite 3815
New Orleans, Louisiana 70170
Telephone: (504) 582-1521
jdf@sessions-law.com

Attorneys for Patrick A. Juneau, in his official capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been mailed to the *pro se* plaintiff and has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 15th day of January, 2016.

/s/ Richard C. Stanley