E-SERVICE
58437110
Jan 15 2016
01:33PM
File & ServeXpress

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| RAYMOND J. MERCHANT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )        CIVIL ACTION NO. 15-0355-CG-M |
| | ) |
| BP DEEPWATER HORIZON CLAIM | ) |
| CENTER, | ) |
| | ) |
| Defendant. | ) |

### SERVICE NOTICE

Pursuant to Local Rule 4.1, the following procedures for service of process apply in this District.

   **(a).  Summons.**  The provisions of Fed.R.Civ.P. 4 apply in this District.  If service is effected by summons, the person effecting service shall make proof thereof to the Court within five (5) days of the date service is effected.  <u>See</u> Fed.R.Civ.P. 4(l).

   **(b)  Waiver of Service**.  The provisions of Fed.R.Civ.P. 4(d) apply in this District.  If service is waived, Plaintiff shall file the waiver of service with the Court within five (5) days after receipt of the waiver by Plaintiff.

   **(c)  Notice of Service Attempt**.  If within forty-five (45) days after the filing of the Complaint, Plaintiff has not effected service by summons or waiver of service, Plaintiff shall file with the Court a notice describing the action taken by Plaintiff to effect service and the results thereof.

July 21, 2015

                              CHARLES R. DIARD, JR., CLERK


                  By  _____s/Tammy O. Thornton_____
                              Deputy Clerk


**EXHIBIT  A**