UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig          MDL NO. 2179
   "Deepwater Horizon" in the Gulf
   of Mexico, on April 20, 2010       SECTION J

This Filing Applies to:                JUDGE BARBIER

Nos. 13-706, 13-810,                MAGISTRATE JUDGE SHUSHAN
13-1143, 13-1185, 13-1222,
13-1386 and 13-2006[1]

## ORDER

**[OPA Test Cases – Topic 10 of BP's Rule 30(b)(6) to Bisso (Rec. doc. 15720)]**

Topic 10 of BP's Rule 30(b)(6) Notice to Bisso Marine Company ("Bisso") states:

Your claims and supporting documentation submitted to the Gulf Coast Claims Facility and BP Claims Facility following the *Deepwater Horizon* incident.

Bisso objects that the topic seeks information that is inadmissible under Fed. R. Evid. 408. It contends that: (1) it submitted claims to both the GCCF and BP Claims Program prior to filing its lawsuit in fulfillment of the "presentment" requirement under the Oil Pollution Act, 33 U.S.C. § 2713(a); (2) the submissions were efforts by Bisso to settle its claim prior to litigation; (3) they are settlement offers under Rule 408; and (4) no Bisso representative should be compelled to testify in response to these two submissions. Rec. doc. 15720.

BP responds that: (1) Bisso's OPA claim submissions are directly relevant to its OPA claim in this OPA Causation Test Case; (2) Bisso's interrogatory responses refer to the information

---

[1] The OPA Causation Test Cases are:

    Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
    Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
    Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
    Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
    Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
    Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
    Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

submitted by Bisso to the GCCF and BP Claims Program; (3) BP is entitled to test whether Bisso satisfied the OPA presentment requirement; and (4) the Rule 408 issue is premature. Rec. doc. 15721.

The information sought by BP concerning Bisso's submissions to the GCCF and BP Claims Program is relevant to the parties' claims and defenses. The Rule 408 issue is premature. It can be resolved on a motion in limine or at trial. The right of Bisso to urge that its submissions to the GCCF and BP Claims Program and testimony about them should not be considered on the cross-motions for summary judgment is reserved.

IT IS ORDERED that Bisso's request for an order preventing discovery on its submissions to the GCCF and BP Claims Program (Rec. doc. 15720) is DENIED.

New Orleans, Louisiana, this 16th day of January, 2016.

                                                SALLY SHUSHAN
                                        United States Magistrate Judge