IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * | MDL NO. 2179 |
| | * | SECTION: "J" |
| This document relates to No. 12-970 | * | Honorable Carl J. Barbier |
| | * | Magistrate Judge Shushan |

\* \* \*

## NOTICE OF APPEAL

**NOW INTO COURT,** comes the Andry Law Firm, LLC, through undersigned counsel, who, pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. §1291, hereby gives notice that the Andry Law Firm, LLC appeals to the United States District Court of Appeals for the Fifth Circuit from the final order [Doc. 15667], entered in this action on December 18, 2015, denying The Motion to Enforce The Andry Law Firm, LLC's Settlement with BP and Order the Claims Administrator to Pay The Andry Law Firm, LLC's BEL Claim Final Award.

Respectfully submitted,

*/s/ Stephen M. Gelé*
**RANDALL A. SMITH, T.A. (# 2117)**
**STEPHEN M. GELÉ (#22385)**
    Of
Smith & Fawer, LLC
201 St. Charles Ave., Ste. 3702
New Orleans, LA  70170
Telephone:  504-525-2200
Facsimile:  504-525-2205
rasmith@smithfawer.com
sgele@smithfawer.com

*Attorneys for The Andry Law Firm, L.L.C.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing notice of appeal has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 19th day of January, 2016.

                                                    *Stephen M. Gelé*
                                                    Stephen M. Gelé