UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| Applies to:<br>No. 12-970, Bon Secour Fisheries, Inc., et al.<br>v. BP Exploration & Production, Inc., et al. | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding Emergency Motion for Judgment Debtor Exam by DHECC (Rec. doc. 15724)]**

The Court, having considered Deepwater Horizon Economic Claims Center's ("DHECC") Emergency Motion to Examine Judgment Debtor and for good cause shown does hereby rules as follows:

IT IS HEREBY ORDERED, that DHECC's Motion is GRANTED and DHECC, the judgment creditor, is entitled to an Order directing a Judgment Debtor Examination. Accordingly,

IT IS FURTHER ORDERED that judgment debtor Casey Thonn shall appear at the law offices of Frank DeSalvo, located at 739 Baronne Street, New Orleans, Louisiana 70113, on **Friday, January 22, 2016, at 2:00 p.m.**, for a judgment debtor examination and produce for examination the books, papers, and other documents described in (a) through (hh) of the Emergency Motion for Judgment Debtor Exam (rec. doc. 15724) which are in Mr. Thonn's possession. The undersigned will swear in the judgment debtor by conference call and the dial information will be emailed to all counsel.

New Orleans, Louisiana, this 19th day of January, 2016.

**SALLY SHUSHAN**
**United States Magistrate Judge**