UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| **This Document Applies to:** | **JUDGE BARBIER** |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | **MAG. JUDGE SHUSHAN** |
| **RE: CHASE BANK, Garnishee** | |

### WRIT OF EXECUTION (FIERI FACIAS)

**To the U.S. Marshal for the Eastern District of Louisiana:**

  Greetings:  Chase Bank
          7610 West Washington Street
          Indianapolis, IN 46231

  We command you to garnish any and all accounts, including but not limited to the checking account tied to the debit card ending in 0699) of Casey C. Thonn (social security # XXX-XX-7553) at Chase Bank, in the manner prescribed by law, the sum of $357,002.35 as and for the principal balance unsatisfied on the judgment plus $1.08 per diem as post judgment interest (calculated as $357,002.35 x .11% divided by 365 days) from and after July 16, 2014 until the date the judgment is satisfied, as well as your own costs and charges, to satisfy a judgment rendered against the debtor Casey C. Thonn, said judgment attached hereto as Exhibit 1.

///

///

///

///

893828v.2

When you have executed this writ, you shall make return to our said court as the law directs.

New Orleans, Louisiana, this __20th___ day of ___JANUARY_____, 2016.

William W. Blevins, _____
Clerk, United States District Court for the Eastern
District of Louisiana.
by sk/memo copy
Deputy Clerk

-2-

893828v.2