UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Trinity Offshore, LLC** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:13-cv-01222** |
| | ) | |
| | ) | **SECTION J** |
| | ) | |
| vs. | ) | **DISTRICT JUDGE** |
| | ) | **CARL BARBIER** |
| | ) | |
| **BP Exploration & Production, Inc., BP America** | ) | **MAGISTRATE JUDGE** |
| **Production Company, BP p.l.c.,** | ) | **SALLY SHUSHAN** |
| **Transocean Offshore Deepwater** | ) | |
| **Drilling, Inc., Transocean Deepwater, Inc.,** | ) | |
| **Transocean Holdings, LLC,** | ) | |
| **Halliburton Energy Services, Inc., and** | ) | |
| **Sperry Drilling Services, a division of** | ) | |
| **Halliburton Energy Services, Inc.** | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |
| _____ | ) | |

## VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, GULF COAST SHIPYARD OPERATIONS, INC., who moves to dismiss the above-captioned matter in its entirety with prejudice and with each party to bear its own attorney's fees and costs.

      Respectfully Submitted,

      LUNDY, LUNDY, SOILEAU & SOUTH LLP

      <u>/s/ Matthew E. Lundy</u>
      HUNTER W. LUNDY, La. Bar Roll No. 8938
      MATTHEW E. LUNDY, La. Bar Roll No. 18988
      T. HOUSTON MIDDLETON IV, La. Bar Roll No. 33281
      501 Broad Street
      Post Office Box 3010
      Lake Charles, Louisiana 70601
      (337) 439-0707 – Telephone
      (337) 439-1029 – Facsimile

      *Attorneys for Plaintiff,*
      *Gulf Coast Shipyard Operations, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 21, 2016, a copy of the foregoing Voluntary Motion to Dismiss With Prejudice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Matthew E. Lundy