UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **Trinity Offshore, LLC** | ) | **CIVIL ACTION NO.:** |
| | ) | **2:13-cv-01222** |
| | ) | |
| *Plaintiff*, | ) | **SECTION J** |
| | ) | |
| vs. | ) | **DISTRICT JUDGE** |
| | ) | **CARL BARBIER** |
| | ) | |
| **BP Exploration & Production, Inc., BP America** | ) | **MAGISTRATE JUDGE** |
| **Production Company, BP p.l.c.,** | ) | **SALLY SHUSHAN** |
| **Transocean Offshore Deepwater** | ) | |
| **Drilling, Inc., Transocean Deepwater, Inc.,** | ) | |
| **Transocean Holdings, LLC,** | ) | |
| **Halliburton Energy Services, Inc., and** | ) | |
| **Sperry Drilling Services, a division of** | ) | |
| **Halliburton Energy Services, Inc.** | ) | |
| | ) | |
| *Defendants* | ) | |
| | ) | |
| _____ | ) | |

## ORDER

Considering Plaintiff's Voluntary Motion to Dismiss With Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that GULF COAST SHIPYARD OPERATIONS, INC. be dismissed from the above captioned lawsuit, with prejudice.

THUS DONE AND SIGNED, this _____ day of _____, 2016.

_____
JUDGE CARL J. BARBIER