UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE:  OIL SPILL BY THE OIL RIG     *   10-MD-2179
        *DEEPWATER HORIZON* IN THE    *
        GULF OF MEXICO ON             *   Section J
        APRIL 20, 2010                *
                                      *   January 20, 2016
                                      *
Applies to:  13-0706, 13-0810        *
             13-1143, 13-1185        *
             13-1222, 13-1386        *
             13-2006                 *
                                      *
*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *


STATUS CONFERENCE BEFORE THE
HONORABLE SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE




Official Court Reporter:       Toni Doyle Tusa, CCR, FCRR
                               500 Poydras Street, B-275
                               New Orleans, Louisiana 70130
                               (504) 589-7778



Proceedings recorded by mechanical stenography using
computer-aided transcription software.

## <u>INDEX</u>

|                                          | <u>Page</u> |
|------------------------------------------|------|
| Bisso Depositions                        | 3    |
| Wadleigh and Blake Document Production    | 15   |
| Wadleigh and Blake Depositions            | 17   |
| BP Depositions                           | 17   |
| Draft Stipulations                       | 17   |

09:25

**<u>PROCEEDINGS</u>**

**(January 20, 2016)**

THE COURT:  Good morning, everybody.  How are you doing?  Boy, it's a very subdued crowd today, huh?  What can I say?  We have probably beaten you into submission, huh?

MR. WILLIAMS:  That happened about a year and a half ago.

THE COURT:  I don't know about that, but okay.

So how are y'all coming on the depositions? Going smoothly?

MR. STERBCOW:  Your Honor, it's Paul.  They are. There is an issue.  Duke is running the call, so I don't know when we need to present the issue to you for discussion. Otherwise, to answer your question, they are going fine.

THE COURT:  Good.  Well, if it relates to the Bisso depositions, let's raise the issue now.

MR. STERBCOW:  Okay.  Here's the issue, and it relates to the -- well, actually it's a BP 30(b)(6) deposition issue, but the Bisso depositions have brought it to light.  Let me explain.

As I understand it, the back-and-forth regarding the 30(b)(6) topics, two of the areas of disagreement at this point are:  (1) our ability to obtain BP's Gulf of Mexico projections, capital expenditures, predicted and actual, etc., etc., for a certain period of time leading up to and then after

4

09:32

1    the spill; and (2) then to obtain documents from BP regarding

2    how they handle presentment on their end, you know, what did

3    they do, how did they analyze them, what do they think is the

4    proper methodology, what do they think the defects are, etc.

5            I, admittedly, have not been involved in any of

6    those discussions, but they are unresolved.  The reason that I

7    have to bring it up today is that in every Bisso deposition

8    thus far two themes, among others, have been touched.

9            Number one, every Bisso witness has been asked

10   about the move in the Gulf of Mexico from shallow water to

11   deepwater drilling, the inference being that Bisso's losses

12   were caused in part or in whole by a move of the industry off

13   the shelf into deep water, consequently causing Bisso economic

14   harm, and we have had to answer those questions.

15           So my position on that is if we have to answer

16   those questions, then BP is going to have to answer questions

17   about the market conditions in the Gulf of Mexico and what they

18   thought market conditions would be and then what market

19   conditions actually were in the relevant time period.  If it's

20   good for them, it's good for us.

21           The second issue is presentment.  We got

22   Your Honor's order.  We are testifying pursuant to your order,

23   to the best of our ability, on preparation of presentment, but

24   questions have been asked specifically about methodology, where

25   did the numbers come from, how did you compute them, who was

09:34

1    involved, and so forth.  That's fine, and we are happy to

2    answer to the best of our ability.

3                By the same token, if we have to answer those

4    questions, then BP is going to have to answer the same

5    questions:  What did you do with our presentment?  What is your

6    criticism of our presentment?  Who was involved?  What's wrong

7    with our methodology, to the extent you think there's something

8    wrong?  What's wrong with the reliability of our numbers, to

9    the extent you think something is wrong?

10               My understanding as of today is that BP is

11   objecting to both those topics, as being topics for discussion,

12   and production of any documents relating to both.  So the

13   problem Bisso has is we are already in and we are already

14   talking about this stuff.

15               The two depositions that remain are the general

16   counsel, David Reisman, and the CEO and president of the

17   company, Beau Bisso.  In my humble opinion, I'm committing

18   malpractice if I allow these two gentlemen to testify fully on

19   those two topics and then I'm told a month from now that while

20   you testified and gave all the information that you have, BP is

21   not going to have to do the same thing.  So that's where we

22   are.

23               **THE COURT:**  Okay.

24               **MR. REGAN:**  Your Honor, this is Matt.  Chris has the

25   detail on this.  Just structurally, this is a great discussion

09:35

1    for us to have with Paul and with Duke in a meet-and-confer.

2    It's not a great one to hear about in terms of in the midst of

3    a Court conference.

4                We have been talking with Duke about those

5    discovery requests for months.  We are waiting for a response

6    from Duke on a proposal of how to narrow them.  So on the

7    discovery requests, to now bolt them to Bisso, we just don't

8    think this is the right way do it.

9                That said, before I turn it over to Chris on the

10   details here, we are not the plaintiff here.  We are not the

11   one seeking damages.  With respect to how we handle

12   presentment, ultimately the Court has a ruling on what needs to

13   be said about presentment; but the actual handling of it, other

14   than things in terms of communications between BP and in this

15   case Bisso, that's going to be almost all privileged

16   discussions.

17               Paul, I don't know what's happening in those

18   depositions.  Again, as I said at the beginning, this may be a

19   better discussion for us to have in a meet-and-confer, and then

20   we can provide letters to the Court about where things stand.

21   To the extent Bisso had discussions with you about what to put

22   in their presentments, I would suspect you're not letting your

23   witnesses answer those questions because that would be --

24   again, it's your point.  That would be something that would be

25   out of bounds.

09:36

1              The challenge that Chris and I have right now is

2   that we have been going down a path of trying to narrow

3   discovery issues and do what you do in those discussions, try

4   and narrow and see what people really need, and then out of

5   nowhere we then get different stories from different lawyers

6   about what we are supposed to be doing.  It's just not a

7   process that we can accommodate.  It creates a real problem for

8   what we thought was a pretty smooth process.

9           **THE COURT:**  Okay.  Go ahead, Paul.

10          **MR. STERBCOW:**  If that's the situation and it can't

11   be handled now, then I want to let everybody know -- and I will

12   let Neil Roman know -- if questions come up regarding

13   presentment and/or an alleged shift in market from deep water

14   to shallow water to Bisso's detriment, I will instruct them not

15   to answer those questions.

16          **MR. REGAN:**  Your Honor, I think our position is he

17   will make that instruction to his peril because his client is

18   the one seeking damages.  It is his client that made

19   fundamental business decisions that may bear on his client's

20   damages.  BP's decision, as a multinational global corporation,

21   about what it's going to do in 20,000 foot drilling, the

22   relevance of that to whether Bisso can recover under OPA,

23   that's the fight that needs to be presented to the Court in

24   motion practice.  Right now that's not a privilege discussion

25   because we have already briefed the question of where the

09:38

1    privilege and what settlement communications vis-à-vis

2    presentment.  This seems like a second bite at the apple of the

3    ruling that we got on Saturday.

4          **MR. STERBCOW:**  It's not.  Then I guess I will do it

5    at my peril.  Fine.

6          **THE COURT:**  Well, let's try to nip it in the bud.  It

7    seems to me, Paul, that your witnesses' answers to questions

8    that -- I think BP, at least in this brief conversation, makes

9    a point that if Bisso changed its business model to go from

10   shallow to deep water, then BP is entitled to know that.  I

11   think that's unrelated to whether or not I'll allow similar

12   questioning at the BP 30(b)(6) deposition.

13         So I hear you on your peril, but it seems to me

14   the questions are relevant, are likely to lead to the discovery

15   of admissible or relevant information, and you probably should

16   not take that peril.

17         **MR. STERBCOW:**  Your Honor, it's not a question of

18   changing a business model.  What they are arguing is that they

19   didn't cause the company's losses; the market shift, in part or

20   in whole, caused the company's loss.  That's basically where

21   they are coming from with this line of questioning, which is

22   why I want to know what they thought the market was going into

23   this, before the spill, because we are getting a lot of

24   questions about there's a downturn in '08, there's a downturn

25   in '09, even without this catastrophe y'all are going down the

09:40

1    tubes for multiple reasons --

2              THE COURT:  Right.

3              MR. STERBCOW:  -- global financial crisis, on and on

4    and on.  My only point is that if we have to answer and deal

5    with questions like that, then I don't understand why BP would

6    not have to deal with the same topics from our end and the same

7    questions and the same answers.

8              THE COURT:  Yep.

9              MR. STERBCOW:  It puts me in a position of having to

10   allow this testimony and then possibly be told a month from

11   now, "Well, you gave the information that they wanted, but in

12   order to defend those allegations regarding cause of business

13   losses, we are not going to let you go into BP's business."  So

14   it's an irreparable problem for me if I let these guys go

15   forward.  I can't put the genie back in the bottle.

16             THE COURT:  Well, I hear you.

17             MR. REGAN:  Your Honor --

18             THE COURT:  Go ahead, Matt.

19             MR. REGAN:  Just briefly, Your Honor.  I'm at the

20   relevance point.  If BP was a competitor of Bisso, if BP was

21   Harvey Gulf, if BP was Chouest, then I think Paul's point is

22   one that would make more sense to me on a relevance standard,

23   but BP is not seeking any damages here, and BP is an

24   international oil company.  That is fundamentally different.

25                  To the extent there were views about what was

09:41

1    happening in the market, it's what happened in the market
2    relative to what you do in the market.  So how Wadleigh
3    operates, how Bisso operates, how Blake operates versus a BP,
4    if it were apples and oranges here and ultimately -- but I come
5    back just to a fundamental relevance point is we are just
6    trying to understand what this plaintiff is asking for in terms
7    of damages and what its business is.  This is 101 stuff.
8    Whatever BP's answers are about the marketplace is irrelevant
9    to what Bisso's marketplace is and what Bisso's decisions were.
10            MR. STERBCOW:  Relevance I don't think is the
11   question here, at least that is my -- I raised relevance and
12   presentment and was informed that relevance is not the issue at
13   this stage.
14            More importantly, Judge, I'm specifically
15   talking about the Gulf of Mexico.  I think everybody has to
16   keep in mind that -- take Macondo.  If Macondo hadn't happened,
17   a production platform was going to receive that oil that
18   ultimately was going to be passed through pipelines to the
19   shore, the vast majority of which were laid, repaired, and
20   maintained by Bisso Marine.
21            THE COURT:  Right.
22            MR. STERBCOW:  So it is relevant.  It's directly
23   relevant to a major piece of our claim, at the least which is
24   the pipeline division.
25            THE COURT:  Right.

1          MR. STERBCOW:  Okay.

2          THE COURT:  Right.

3          MR. STERBCOW:  So it is relevant, no question about

4     it.

5          THE COURT:  Okay, but look.  I want to separate the

6     two, guys.

7               What I would like to do is look at the 30(b)(6)

8     topics, Paul, that you and Duke have propounded.  I can take

9     that on as a separate review, the issue being now whether we

10    complete the Bisso depositions.  I think that asking about the

11    market conditions in the Gulf for Bisso at the time is fair

12    game.  I don't think that one depends on the other, although it

13    might.  I just haven't looked at the designated areas of

14    testimony.

15         MR. WILLIAMS:  Judge, this is Duke.

16         THE COURT:  Yeah, Duke.

17         MR. WILLIAMS:  What I spent the waning hours of

18    yesterday doing, based on my prior meet-and-confers with Chris

19    and Matt, is whacking away at the 30(b)(6) notice that we have

20    been discussing.  I hope to be in a position -- I told Matt and

21    Chris this last night -- to be able to circulate our kind of

22    final product for discussion purposes.

23              You know, I have deleted a lot of stuff.  I have

24    compressed some things and tried, where I could, to be

25    sensitive to their concerns.  I haven't circulated it yet,

1  though, and we haven't had a chance to talk about it.  I am
2  going to do that hopefully by the end of this afternoon or this
3  evening.
4            **THE COURT:**  Okay.  So let's conclude this discussion
5  by doing this.
6            Duke, you will circulate your revised 30(b)(6)
7  notice.  Presumably, we are still going to have the issue of
8  the conditions in the Gulf and BP's processing of presentment.
9  It sounds like you all might be able to narrow that conflict
10  but probably not eliminate it.  Why don't you all confer on any
11  remaining disagreement.
12            Who wants to go first?  I guess, BP, you will go
13  first on the remaining issues in dispute relative to BP's
14  30(b)(6) deposition.
15            Duke, you and Paul and anyone else who wants to
16  chime in can respond to BP's letter.
17            So do you want to set times for that?  I want to
18  give you time to give it to Matt and gang and confer, and then
19  have Matt take the lead on telling us what the remaining issues
20  are from BP's point of view, and then you all reply.
21            **MR. WILLIAMS:**  That's fine, Your Honor.
22            **THE COURT:**  Okay.  Matt, do you want to suggest time
23  periods?  Let's just say Duke gets this to you tomorrow
24  morning.
25            **MR. REGAN:**  What I would say, Judge -- and it's kind

09:46

1    of mindful that we don't have a lot of time, but also mindful

2    that we are not intending these depositions to happen until

3    February anyway.

4            **THE COURT:**  Right.

5            **MR. REGAN:**  Then I would say if we could have five

6    days from the time we get Duke's best and final so that if Duke

7    wants to make sure that he has Steve's thoughts and Paul's

8    thoughts and anybody else's thoughts before he sends it to us,

9    five days from getting his best and final, we will use those

10   five days to develop our position on those.

11           I don't want to foreclose the possibility that

12   we actually pick up the phone and call Duke and say, hey, what

13   about if we did this or that.

14           **THE COURT:**  No, positively, I want you all to have a

15   meet-and-confer period.  I'm not trying to foreclose that by

16   any stretch.

17           **MR. REGAN:**  So what I would say is five days for any

18   further meet-and-confer and then maybe an additional two days

19   after that to file something on unresolved issues.  What my

20   thought process there is, Your Honor, essentially we will have

21   developed our issues, but we will go back to Paul and Duke and

22   team with those within the five days.  Anything that comes off

23   the table gets deleted from the issues list.  Whatever remains

24   get submitted to the Court two days later.

25           **THE COURT:**  Right.  Duke, do you think four or five

09:47

1    days for you all to respond?

2            **MR. WILLIAMS:**  Sure, Your Honor.  That would be

3    plenty of time.

4            **THE COURT:**  Okay.  Well, let's handle it that way.

5                Meanwhile, Paul, I don't want you to instruct

6    your witnesses not to answer, but go ahead and answer the

7    questions because I do think it is pertinent to the inquiry as

8    to what the business conditions were at the time.  If they can

9    answer it, have them answer it to the best of their ability.

10           **MR. STERBCOW:**  Will do.

11           **MR. WILLIAMS:**  Judge, this is Duke, just real quick

12   before we leave the prior topic.  As Matt pointed out, I have

13   to run two or three traps on my end, the individual lawyers who

14   are representing the three test cases we are talking about,

15   Wadleigh, Bisso, and Blake.

16           **THE COURT:**  Right.

17           **MR. WILLIAMS:**  I'll do my best to get it to them

18   tomorrow morning, but we are in Houston now.  We are in the

19   middle of depositions.

20           **THE COURT:**  Yeah.  No, Duke --

21           **MR. WILLIAMS:**  I will just do my best to get it to

22   them ASAP, and we can talk right away.  We are familiar with

23   the issues.  We have had lots of discussions.  So when I get it

24   to them and after we have had our meet-and-confer, I guess we

25   can agree to disagree on those points, and then the time can

09:49

1    start from there.

2            THE COURT:  Right.  Exactly.  That's how I'm seeing

3    it, Duke.  So it's not necessarily tomorrow.  It's when you

4    have run the traps, made sure that you have got your best and

5    final, get it out to BP, and then the clock will start ticking

6    on one final meet-and-confer and then letter briefing.

7            MR. WILLIAMS:  Okay.  That's fine.

8            THE COURT:  Okay?

9            MR. WILLIAMS:  Perfect.

10           THE COURT:  All right.  Let's get an update on

11   Wadleigh and Blake document production.

12           MR. WILLIAMS:  Your Honor, this is Duke.  My

13   understanding is that a subsequent small production of

14   remaining documents may have been produced last night.  I have

15   not had a chance to go back and read the hundred e-mails I have

16   gotten recently, but I think Wadleigh is just about done.

17           THE COURT:  Okay.

18           MR. WILLIAMS:  I am not aware of any particular new

19   issues that have been raised.  I think -- and Chris can correct

20   me if I'm wrong -- there were some technical issues that seemed

21   pretty easily resolvable from what I read three or four days

22   ago.  I think we are okay.

23           MR. KEEGAN:  Yeah.  I think --

24           MR. WILLIAMS:  I'm sorry, Chris.

25           MR. KEEGAN:  I think that's right, Duke.  I haven't

09:50

1    heard anything, just the standard sort of what about these five

2    files, what about these 10 files, so it looks like things are

3    in good shape.

4              MR. WILLIAMS:  Okay.  On Blake, a production -- I

5    think 12,100 documents -- is going out by this Friday at the

6    latest.  It seems like the Blake production is going pretty

7    smoothly.  A lot of the issues we had on the others we are not

8    having yet, at least, with the Blake production.  That

9    production will continue until we are complete, which is

10   probably going to be another 10 days or so.

11             THE COURT:  Okay.  Have the privilege logs for

12   Wadleigh been produced?  If not, Duke, just make sure that they

13   are produced when you have completed the last production.

14             MR. WILLIAMS:  I will.

15             THE COURT:  And likewise for Blake.

16             All right, guys.  Is there anything else on

17   those that we need to discuss?

18             MR. KEEGAN:  Your Honor, this is Chris.  We do have

19   some short letters on sort of the supplemental interrogatory

20   responses that we will get to Duke and Steve today on those

21   ones, just to move the ball forward.

22             THE COURT:  Good.  That was my next agenda item.  So

23   you do have some remaining issues?

24             MR. KEEGAN:  We do.

25             THE COURT:  After you have had your further

09:52

1    meet-and-confer, if you can't resolve it, we have already said

2    three pages, double spaced, along with the interrogatory

3    response should come to me with a joint three-page response.

4              How are we coming on scheduling Wadleigh and

5    Blake depositions?

6         **MR. WILLIAMS:**  Well, Steve is not on the call, but my

7    plan today was to -- not today, tomorrow, when we start the

8    next deposition, I will talk to Neil Roman.  Of course, I will

9    include Chris and Matt in the e-mail.  I should be able to lock

10    in dates in the date range that Chris suggested in his e-mail

11    by tomorrow or Friday for the Blake witnesses.

12         **THE COURT:**  Good.  Have we set aside times or dates

13    for the BP depositions?

14         **MR. WILLIAMS:**  Not yet.

15         **THE COURT:**  Not yet?  Okay.  Well, maybe you all want

16    to just set aside some time that you think logically would work

17    for you.  I know we have not completed the 30(b)(6) notice.

18    Why don't y'all look at the calendar and maybe set some time

19    aside that works for everybody.

20         **MR. WILLIAMS:**  That's fine.  When Matt, Chris, and I

21    talk before the end of the week -- and we will.  I will

22    probably call them later this afternoon if they are available.

23    We will address that as well.

24         **THE COURT:**  So where do we stand on draft

25    stipulations?  I think, BP, you were going to get your -- I'm

1  sorry, the PSC was to get the proposed stipulations to BP.  BP,

2  I believe you have them, and you were supposed to respond.

3          MR. KEEGAN:  That's right.  This is Chris again.  We

4  are working on our responses, and will get that out this week

5  as well.

6          THE COURT:  Good.  Let's see.  I think that's all I

7  wanted to cover today.  Do you all have anything else that you

8  want to cover?

9          MR. WILLIAMS:  Not on our side, Your Honor.

10          THE COURT:  Well, let me ask you.  Do you want to go

11  for a conference a week from today again or sometime next week?

12          MR. WILLIAMS:  Yes, Your Honor.  I think that would

13  be a good idea.

14          THE COURT:  Do you all have depositions next

15  Wednesday, the 27th?

16          MR. WILLIAMS:  Just Tuesday.  There's been a minor

17  shift in the deposition schedule because of weather concerns on

18  the East Coast.

19          THE COURT:  Well, how about next Wednesday, the 27th,

20  at 9:30?

21          MR. WILLIAMS:  That is fine with the PSC, Your Honor.

22          MR. REGAN:  I think that's good for us as well,

23  Your Honor.  This is Matt.

24          THE COURT:  Okay, Matt.  Then we will talk to

25  everybody next Wednesday, the 27th, at 9:30.  I look forward to

09:55

1    it.

2              MR. REGAN:  Thank you, Your Honor.

3              MR. WILLIAMS:  Likewise, Your Honor.

4              THE COURT:  Have a good day.

5              MR. WILLIAMS:  Thank you very much.  Have a nice day,

6    everybody.

7              THE COURT:  Thank you.  Bye-bye.

8              (Proceedings adjourned.)

9                           * * *

10                       **CERTIFICATE**

11         I, Toni Doyle Tusa, CCR, FCRR, Official Court

12   Reporter for the United States District Court, Eastern District

13   of Louisiana, certify that the foregoing is a true and correct

14   transcript, to the best of my ability and understanding, from

15   the record of proceedings in the above-entitled matter.

16

17

18                        _s/ Toni Doyle Tusa_
                         Toni Doyle Tusa, CCR, FCRR
19                        Official Court Reporter

20

21

22

23

24

25

' [1] 1/25
'08 [1] 8/24
'09 [1] 8/25

**0**
0706 [1] 1/7
0810 [1] 1/7

**1**
10 [1] 16/2
10 days [1] 16/10
10-MD-2179 [1] 1/4
101 [1] 10/7
1143 [1] 1/8
1185 [1] 1/8
12,100 [1] 16/5
1222 [1] 1/8
13-0706 [1] 1/7
13-0810 [1] 1/7
13-1143 [1] 1/8
13-1185 [1] 1/8
13-1222 [1] 1/8
13-1386 [1] 1/8
13-2006 [1] 1/9
1386 [1] 1/8

**2**
20 [3] 1/6 1/6 3/2
20,000 [1] 7/21
2006 [1] 1/9
2010 [1] 1/6
2016 [2] 1/6 3/2
2179 [1] 1/4
275 [1] 1/21
27th [3] 18/15 18/19 18/25

**3**
30 [8] 3/18 3/22 8/12 11/7 11/19 12/6
 12/14 17/17

**5**
500 [1] 1/21
504 [1] 1/22
589-7778 [1] 1/22

**7**
70130 [1] 1/21
7778 [1] 1/22

**9**
9:30 [2] 18/20 18/25

**A**
ability [5] 3/23 4/23 5/2 14/9 19/14
able [3] 11/21 12/9 17/9
about [26]
above [1] 19/15
above-entitled [1] 19/15
accommodate [1] 7/7
actual [2] 3/24 6/13
actually [3] 3/18 4/19 13/12
additional [1] 13/18
address [1] 17/23
adjourned [1] 19/8
admissible [1] 8/15
admittedly [1] 4/5
after [4] 3/25 13/19 14/24 16/25
afternoon [2] 12/2 17/22
again [4] 6/18 6/24 18/3 18/11
agenda [1] 16/22
ago [2] 3/7 15/22
agree [1] 14/25
ahead [3] 7/9 9/18 14/6

aided [1] 1/25
al [13] 1/6 1/6 1/7 3/2 1/8 1/8
 13/14 14/1 15/10 16/16 17/15 18/6 18/7
 18/14
allegations [1] 9/12
alleged [1] 7/13
allow [3] 5/18 8/11 9/10
almost [1] 6/15
along [1] 17/2
already [4] 5/13 5/13 7/25 17/1
also [1] 13/1
although [1] 11/12
am [2] 12/1 15/18
among [1] 4/8
analyze [1] 4/3
and/or [1] 7/13
another [1] 16/10
answer [14] 3/14 4/14 4/15 4/16 5/2 5/3
 5/4 6/23 7/15 9/4 14/6 14/6 14/9 14/9
answers [3] 8/7 9/7 10/8
any [7] 4/5 5/12 9/23 12/10 13/16 13/17
 15/18
anybody [1] 13/8
anyone [1] 12/15
anything [4] 13/22 16/1 16/16 18/7
anyway [1] 13/3
apple [1] 8/2
apples [1] 10/4
Applies [1] 1/7
APRIL [1] 1/6
are [42]
areas [2] 3/22 11/13
arguing [1] 8/18
as [11] 3/21 5/10 5/11 6/18 7/20 11/9
 14/7 14/12 17/23 18/5 18/22
ASAP [1] 14/22
aside [3] 17/12 17/16 17/19
ask [1] 18/10
asked [2] 4/9 4/24
asking [2] 10/6 11/10
at [20]
available [1] 17/22
aware [1] 15/18
away [2] 11/19 14/22

**B**
B-275 [1] 1/21
back [5] 3/21 9/15 10/5 13/21 15/15
back-and-forth [1] 3/21
ball [1] 16/21
based [1] 11/18
basically [1] 8/20
be [20]
bear [1] 7/19
beaten [1] 3/5
Beau [1] 5/17
because [6] 6/23 7/17 7/25 8/23 14/7
 18/17
been [11] 4/5 4/8 4/9 4/24 6/4 7/2 11/20
 15/14 15/19 16/12 18/16
before [6] 1/12 6/9 8/23 13/8 14/12
 17/21
beginning [1] 6/18
being [3] 4/11 5/11 11/9
believe [1] 18/2
best [9] 4/23 5/2 13/6 13/9 14/9 14/17
 14/21 15/4 19/14
better [1] 6/19
between [1] 6/14
Bisso [18] 3/15 3/19 4/7 4/9 4/13 5/13
 5/17 6/7 6/15 6/21 7/22 8/9 9/20 10/3
 10/20 11/10 11/11 14/15
Bisso's [4] 4/11 7/14 10/9 10/9

black [1] 8/2
blank [3] 13/4 14/25 16/4 16/6
 16/8 16/15 17/5 17/11
bolt [1] 6/7
both [2] 5/11 5/12
bottle [1] 9/15
bounds [1] 6/25
Boy [1] 3/4
BP [23]
BP's [8] 3/23 7/20 9/13 10/8 12/8 12/13
 12/16 12/20
brief [1] 8/8
briefed [1] 7/25
briefing [1] 15/6
briefly [1] 9/19
bring [1] 4/7
brought [1] 3/19
bud [1] 8/6
business [7] 7/19 8/9 8/18 9/12 9/13
 10/7 14/8
but [17] 3/8 3/19 4/6 4/23 6/13 8/13 9/11
 9/23 10/4 11/5 12/10 13/1 13/21 14/6
 14/18 15/16 17/6
bye [2] 19/7 19/7
Bye-bye [1] 19/7

**C**
calendar [1] 17/18
call [4] 3/12 13/12 17/6 17/22
can [11] 3/4 6/20 7/7 7/22 11/8 12/16
 14/8 14/22 14/25 14/25 15/19
can't [3] 7/10 9/15 17/1
capital [1] 3/24
case [1] 6/15
cases [1] 14/14
catastrophe [1] 8/25
cause [2] 8/19 9/12
caused [2] 4/12 8/20
causing [1] 4/13
CCR [3] 1/20 19/11 19/18
CEO [1] 5/16
certain [1] 3/25
CERTIFICATE [1] 19/10
certify [1] 19/13
challenge [1] 7/1
chance [2] 12/1 15/15
changed [1] 8/9
changing [1] 8/18
chime [1] 12/16
Chouest [1] 9/21
Chris [12] 5/24 6/9 7/1 11/18 11/21
 15/19 15/24 16/18 17/9 17/10 17/20
 18/3
circulate [2] 11/21 12/6
circulated [1] 11/25
claim [1] 10/23
client [2] 7/17 7/18
client's [1] 7/19
clock [1] 15/5
Coast [1] 18/18
come [4] 4/25 7/12 10/4 17/3
comes [1] 13/22
coming [3] 3/9 8/21 17/4
committing [1] 5/17
communications [2] 6/14 8/1
company [2] 5/17 9/24
company's [2] 8/19 8/20
competitor [1] 9/20
complete [2] 11/10 16/9
completed [2] 16/13 17/17
compressed [1] 11/24
compute [1] 4/25
computer [1] 1/25

# C

computer-aided [1]  1/25
concerns [2]  11/25 18/17
conclude [1]  12/4
conditions [6]  4/17 4/18 4/19 11/11 12/8
 14/8
confer [9]  6/1 6/19 12/10 12/18 13/15
 13/18 14/24 15/6 17/1
conference [3]  1/12 6/3 18/11
confers [1]  11/18
conflict [1]  12/9
consequently [1]  4/13
continue [1]  16/9
conversation [1]  8/8
corporation [1]  7/20
correct [2]  15/19 19/13
could [2]  11/24 13/5
counsel [1]  5/16
course [1]  17/8
COURT [10]  1/1 1/20 6/3 6/12 6/20 7/23
 13/24 19/11 19/12 19/19
cover [2]  18/7 18/8
creates [1]  7/7
crisis [1]  9/3
criticism [1]  5/6
crowd [1]  3/4

# D

damages [5]  6/11 7/18 7/20 9/23 10/7
date [1]  17/10
dates [2]  17/10 17/12
David [1]  5/16
day [2]  19/4 19/5
days [10]  13/6 13/9 13/10 13/17 13/18
 13/22 13/24 14/1 15/21 16/10
deal [2]  9/4 9/6
decision [1]  7/20
decisions [2]  7/19 10/9
deep [3]  4/13 7/13 8/10
deepwater [2]  1/5 4/11
defects [1]  4/4
defend [1]  9/12
deleted [2]  11/23 13/23
depends [1]  11/12
deposition [6]  3/18 4/7 8/12 12/14 17/8
 18/17
depositions [11]  3/9 3/16 3/19 5/15 6/18
 11/10 13/2 14/19 17/5 17/13 18/14
designated [1]  11/13
detail [1]  5/25
details [1]  6/10
detriment [1]  7/14
develop [1]  13/10
developed [1]  13/21
did [6]  4/2 4/3 4/25 4/25 5/5 13/13
didn't [1]  8/19
different [3]  7/5 7/5 9/24
directly [1]  10/22
disagree [1]  14/25
disagreement [2]  3/22 12/11
discovery [4]  6/5 6/7 7/3 8/14
discuss [1]  16/17
discussing [1]  11/20
discussion [7]  3/13 5/11 5/25 6/19 7/24
 11/22 12/4
discussions [5]  4/6 6/16 6/21 7/3 14/23
dispute [1]  13/21
DISTRICT [4]  1/1 1/2 19/12 19/12
division [1]  10/24
do [27]
document [1]  15/11
documents [4]  4/1 5/12 15/14 16/5

doing [4]  3/4 7/6 11/18 12/5
don't [21]  3/11 4/2 6/15 7/8 9/5 10/4
 11/12 12/10 13/1 13/11 14/5 17/18
done [1]  15/16
double [1]  17/2
down [2]  7/2 8/25
downturn [2]  8/24 8/24
Doyle [4]  1/20 19/11 19/18 19/18
draft [1]  17/24
drilling [2]  4/11 7/21
Duke [21]
Duke's [1]  13/6

# E

e-mail [2]  17/9 17/10
e-mails [1]  15/15
easily [1]  15/21
East [1]  18/18
EASTERN [2]  1/2 19/12
economic [1]  4/13
eliminate [1]  12/10
else [3]  12/15 16/16 18/7
else's [1]  13/8
end [5]  4/2 9/6 12/2 14/13 17/21
entitled [2]  8/10 19/15
essentially [1]  13/20
etc [3]  3/24 3/25 4/4
even [1]  8/25
evening [1]  12/3
every [2]  4/7 4/9
everybody [6]  3/3 7/11 10/15 17/19
 18/25 19/6
Exactly [1]  12/3
expenditures [1]  3/24
explain [1]  3/20
extent [4]  5/7 5/9 6/21 9/25

# F

fair [1]  11/11
familiar [1]  14/22
far [1]  4/8
FCRR [3]  1/20 19/11 19/18
February [1]  13/3
fight [1]  7/23
file [1]  13/19
files [2]  16/2 16/2
final [5]  11/22 13/6 13/9 15/5 15/6
financial [1]  9/3
fine [7]  3/14 5/1 8/5 12/21 15/7 17/20
 18/21
first [2]  12/12 12/13
five [7]  13/5 13/9 13/10 13/17 13/22
 13/25 16/1
foot [1]  7/21
foreclose [2]  13/11 13/15
foregoing [1]  19/13
forth [2]  3/21 5/1
forward [3]  9/15 16/21 18/25
four [2]  13/25 15/21
Friday [2]  16/5 17/11
fully [1]  5/18
fundamental [2]  7/19 10/5
fundamentally [1]  9/24
further [2]  13/18 16/25

# G

game [1]  11/12
gang [1]  12/18
gave [2]  5/20 9/11
general [1]  5/15
genie [1]  9/15
gentlemen [1]  5/18
get [12]  7/5 13/6 13/24 14/17 14/21

 14/23 13/5 15/10 16/20 17/25 18/1 18/4
getting [2]  8/23 13/9
give [2]  12/18 12/18
global [2]  7/20 9/3
go [11]  7/9 8/9 9/13 9/14 9/18 12/12
 12/12 13/21 14/6 15/15 18/10
going [9]  3/10 3/14 4/16 5/4 5/4 5/21 6/15
 7/2 7/21 8/22 8/25 9/13 10/17 10/18
 12/2 12/7 16/5 16/6 16/10 17/25
good [11]  3/3 3/15 4/20 4/20 16/3 16/22
 17/12 18/6 18/13 18/22 19/4
got [3]  4/21 8/3 15/4
gotten [1]  15/16
great [2]  5/25 6/2
guess [3]  8/4 12/12 14/24
GULF [8]  1/5 3/23 4/10 4/17 9/21 10/15
 11/11 12/8
guys [3]  9/14 11/6 16/16

# H

had [8]  4/14 6/21 12/1 14/23 14/24
 15/15 16/7 16/25
hadn't [1]  10/16
half [1]  3/6
handle [3]  4/2 6/11 14/4
handled [1]  7/11
handling [1]  6/13
happen [1]  13/2
happened [3]  3/6 10/1 10/16
happening [2]  6/17 10/1
happy [1]  5/1
harm [1]  4/14
Harvey [1]  9/21
has [6]  4/9 5/13 5/24 6/12 10/15 13/7
have [54]
haven't [4]  11/13 11/25 12/1 15/25
having [2]  9/9 16/8
he [3]  7/16 13/7 13/8
hear [3]  6/2 8/13 9/16
heard [1]  16/1
here [5]  6/10 6/10 9/23 10/4 10/11
Here's [1]  3/17
hey [1]  13/12
his [6]  7/17 7/17 7/18 7/19 13/9 17/10
Honor [17]  3/11 5/24 7/16 8/17 9/17
 9/19 12/21 13/20 14/2 15/12 16/18 18/9
 18/12 18/21 18/23 19/2 19/3
Honor's [1]  4/22
HONORABLE [1]  1/13
hope [1]  11/20
hopefully [1]  12/2
HORIZON [1]  1/5
hours [1]  11/17
Houston [1]  14/18
how [13]  3/3 3/9 4/2 4/3 4/25 6/6 6/11
 10/2 10/3 10/3 15/2 17/4 18/19
huh [2]  3/4 3/5
humble [1]  5/17
hundred [1]  15/15

# I

I'll [2]  8/11 14/17
I'm [9]  5/17 5/19 9/19 10/14 13/15 15/2
 15/20 15/24 17/25
idea [1]  18/13
if [23]
importantly [1]  10/14
in [51]
include [1]  17/9
INDEX [1]  2/1
individual [1]  14/13
industry [1]  4/12

## I

inference [1]  4/11
information [3]  5/20 8/15 9/11
informed [1]  10/12
inquiry [1]  14/7
instruct [2]  7/14 14/5
instruction [1]  7/17
intending [1]  13/2
international [1]  9/24
interrogatory [2]  16/19 17/2
into [4]  3/5 4/13 8/22 9/13
involved [3]  4/5 5/1 5/6
irrelevant [1]  10/8
irreparable [1]  9/14
is [62]
issue [9]  3/12 3/13 3/16 3/17 3/19 4/21
10/12 11/9 12/7
issues [11]  7/3 12/13 12/19 13/19 13/21
13/23 14/23 15/19 15/20 16/7 16/23
it [40]
it's [17]  3/4 3/11 3/18 4/19 4/20 6/2 6/24
7/6 7/21 8/4 8/17 9/14 10/1 10/22 12/25
15/3 15/3
item [1]  16/22
its [2]  8/9 10/7

## J

January [2]  1/6 3/2
joint [1]  17/3
JUDGE [5]  1/13 10/14 11/15 12/25
14/11
just [16]  5/25 6/7 7/6 9/19 10/5 10/5
11/13 12/23 14/11 14/21 15/16 16/1
16/12 16/21 17/16 18/16

## K

keep [1]  10/16
kind [2]  11/21 12/25
know [10]  3/8 3/12 4/2 6/17 7/11 7/12
8/10 8/22 11/23 17/17

## L

laid [1]  10/19
last [3]  11/21 15/14 16/13
later [2]  13/24 17/22
latest [1]  16/6
lawyers [2]  7/5 14/13
lead [2]  8/14 12/19
leading [1]  3/25
least [4]  8/8 10/11 10/23 16/8
leave [1]  14/12
let [6]  3/19 7/11 7/12 9/13 9/14 18/10
let's [7]  3/16 8/6 12/4 12/23 14/4 15/10
18/6
letter [2]  12/16 15/6
letters [2]  6/20 16/19
letting [1]  6/22
light [1]  3/19
like [6]  8/2 9/5 11/7 12/9 16/2 16/6
likely [1]  8/14
likewise [2]  16/15 19/3
line [1]  8/21
list [1]  13/23
lock [1]  17/9
logically [1]  17/16
logs [1]  16/11
look [4]  11/5 10/17 17/18 18/25
looked [1]  11/13
looks [1]  16/2
loss [1]  8/20
losses [3]  4/11 8/19 9/13
lot [4]  8/23 11/23 13/1 16/7

lots [1]  14/23

## M

Macondo [2]  10/16 10/16
made [2]  7/18 15/4
MAGISTRATE [1]  1/13
mail [2]  17/9 17/10
mails [1]  15/15
maintained [1]  10/20
major [1]  10/23
majority [1]  10/19
make [4]  7/17 9/22 13/7 16/12
makes [1]  8/8
malpractice [1]  5/18
Marine [1]  10/20
market [10]  4/17 4/18 4/18 7/13 8/19
8/22 10/1 10/1 10/2 11/11
marketplace [2]  10/8 10/9
Matt [12]  5/24 9/18 11/19 11/20 12/18
12/19 12/22 14/12 17/9 17/20 18/23
18/24
matter [1]  19/15
may [3]  6/18 7/19 15/14
maybe [2]  13/18 17/15 17/18
MD [1]  1/4
me [9]  3/20 8/7 8/13 9/9 9/14 9/22 15/20
17/3 18/10
Meanwhile [1]  14/5
mechanical [1]  6/2
meet [8]  6/1 6/19 11/18 13/15 13/18
14/24 15/6 17/1
meet-and-confer [7]  6/1 6/19 13/15
13/18 14/24 15/6 17/1
meet-and-confers [1]  11/18
methodology [3]  4/4 4/24 5/7
MEXICO [5]  1/5 3/23 4/10 4/17 10/15
middle [1]  14/19
midst [1]  6/2
might [2]  11/13 12/9
mind [1]  10/16
mindful [2]  13/1 13/1
minor [1]  18/16
model [2]  8/9 8/18
month [2]  5/19 9/10
months [1]  6/5
more [2]  9/22 10/14
morning [3]  3/3 12/24 14/18
motion [1]  7/24
move [3]  4/10 4/12 16/21
much [1]  19/5
multinational [1]  7/20
multiple [1]  9/7
my [15]  4/15 5/10 5/17 8/5 9/4 10/11
11/18 13/19 14/13 14/17 14/21 15/12
16/22 17/6 19/14

## N

narrow [4]  6/6 7/2 7/4 12/9
necessarily [1]  15/3
need [3]  3/13 7/4 16/17
needs [2]  6/12 7/23
Neil [2]  7/12 17/8
new [2]  1/21 15/18
next [6]  16/22 17/8 18/11 18/14 18/19
18/25
nice [1]  19/5
night [2]  11/21 15/14
nip [1]  8/6
no [3]  11/3 13/14 14/20
not [32]
notice [3]  11/19 12/7 17/17
now [9]  3/16 5/19 6/7 7/1 7/11 7/24 9/11

11/9 14/18
Number [1]  4/9
Number one [1]  4/9
numbers [2]  4/25 5/8

## O

objecting [1]  5/11
obtain [2]  3/23 4/1
off [2]  4/12 13/22
Official [3]  1/20 19/11 19/19
oil [4]  1/4 1/4 9/24 10/17
okay [17]  3/8 3/17 5/23 7/9 11/1 11/5
12/4 12/22 14/4 15/7 15/8 15/17 15/22
16/4 16/11 17/15 18/24
on [41]
one [7]  4/9 6/2 6/11 7/18 9/22 11/12
15/6
ones [1]  16/21
only [1]  9/4
OPA [1]  7/22
operates [3]  10/3 10/3 10/3
opinion [1]  5/17
or [14]  4/12 7/13 8/11 8/15 8/19 12/2
13/13 13/25 14/13 15/21 16/10 17/11
17/12 18/11
oranges [1]  10/4
order [3]  4/22 4/22 9/12
Orleans [1]  1/21
other [2]  6/13 11/12
others [2]  4/8 16/7
Otherwise [1]  3/14
our [16]  3/23 4/23 5/2 5/5 5/6 5/7 5/8
7/16 9/6 10/23 11/21 13/10 13/21 14/24
18/4 18/9
out [6]  6/25 7/4 14/12 15/5 16/5 18/4
over [1]  6/9

## P

page [2]  2/2 17/3
pages [1]  17/2
part [2]  4/12 8/19
particular [1]  15/18
passed [1]  10/18
path [1]  7/2
Paul [9]  3/11 6/1 6/17 7/9 8/7 11/8 12/15
13/21 14/5
Paul's [2]  9/21 13/7
people [1]  7/4
Perfect [1]  15/9
peril [4]  7/17 8/5 8/13 8/16
period [3]  3/25 4/19 13/15
periods [1]  12/23
pertinent [1]  14/7
phone [1]  13/12
pick [1]  13/12
piece [1]  10/23
pipeline [1]  10/24
pipelines [1]  10/18
plaintiff [2]  6/10 10/6
plan [1]  17/7
platform [1]  10/17
plenty [1]  14/3
point [8]  3/23 6/24 8/9 9/4 9/20 9/21
10/5 12/20
pointed [1]  14/12
points [1]  14/25
position [5]  4/15 7/16 9/9 11/20 13/10
positively [1]  13/14
possibility [1]  13/11
possibly [1]  9/10
Poydras [1]  1/21
practice [1]  7/24

**P**

predicted [1]  3/24
preparation [1]  4/23
present [1]  3/13
presented [1]  7/23
presentment [11]  4/2 4/21 4/23 5/5 5/6
6/12 6/13 7/13 8/2 10/12 12/8
presentments [1]  6/22
president [3]  5/16
Presumably [1]  12/7
pretty [3]  7/8 15/21 16/6
prior [2]  11/18 14/12
privilege [3]  7/24 8/1 16/11
privileged [1]  6/15
probably [5]  3/5 8/15 12/10 16/10 17/22
problem [3]  5/13 7/7 9/14
proceedings [4]  1/24 3/1 19/8 19/15
process [3]  7/7 7/8 13/20
processing [1]  12/8
produced [3]  15/14 16/12 16/13
product [1]  11/22
production [9]  5/12 10/17 15/11 15/13
16/4 16/6 16/8 16/9 16/13
projections [1]  3/24
proper [1]  4/4
proposal [1]  6/6
proposed [1]  18/1
propounded [1]  11/8
provide [1]  6/20
PSC [2]  18/1 18/21
purposes [1]  11/22
pursuant [1]  4/22
put [2]  6/21 9/15
puts [1]  9/9

**Q**

question [5]  3/14 7/25 8/17 10/11 11/3
questioning [2]  8/12 8/21
questions [15]  4/14 4/16 4/16 4/24 5/4
5/5 6/23 7/12 7/15 8/7 8/14 8/24 9/5 9/7
14/7
quick [1]  14/11

**R**

raise [1]  3/16
raised [2]  10/11 15/19
range [1]  17/10
RE [1]  1/4
read [2]  15/15 15/21
real [2]  7/7 14/11
really [1]  7/4
reason [1]  4/6
reasons [1]  9/1
receive [1]  10/17
recently [1]  15/16
record [1]  19/15
recorded [1]  1/24
recover [1]  7/22
regarding [4]  3/21 4/1 7/12 9/12
Reisman [1]  5/16
relates [2]  3/15 3/18
relating [1]  5/12
relative [2]  10/2 12/13
relevance [7]  7/22 9/20 9/22 10/5 10/10
10/11 10/12
relevant [6]  4/19 8/14 8/15 10/22 10/23
11/3
reliability [1]  5/8
remain [1]  5/15
remaining [5]  12/11 12/13 12/19 15/14
16/23
remains [1]  13/23

repaired [1]  10/19
reply [1]  20/2
Reporter [3]  1/20 19/12 19/19
representing [1]  14/14
requests [2]  6/5 6/7
resolvable [1]  15/21
resolve [1]  17/1
respect [1]  6/11
respond [3]  12/16 14/1 18/2
response [3]  6/5 17/3 17/3
responses [2]  16/20 18/4
review [1]  11/9
revised [1]  12/6
RIG [1]  1/4
right [16]  6/8 7/1 7/24 9/2 10/21 10/25
11/2 13/4 13/25 14/16 14/22 15/2 15/10
15/25 16/16 18/3
Roman [2]  7/12 17/8
ruling [2]  6/12 8/3
run [2]  14/13 15/4
running [1]  3/12

**S**

said [4]  6/9 6/13 6/18 17/1
SALLY [1]  1/13
same [6]  5/3 5/4 5/21 9/6 9/6 9/7
Saturday [1]  8/3
say [6]  3/5 12/23 12/25 13/5 13/12
13/17
schedule [1]  18/17
scheduling [1]  17/4
second [2]  4/21 8/2
Section [1]  1/5
see [2]  7/4 18/6
seeing [1]  15/2
seeking [3]  6/11 7/18 9/23
seemed [1]  15/20
seems [4]  8/2 8/7 8/13 16/6
sends [1]  13/8
sense [1]  9/22
sensitive [1]  11/25
separate [2]  11/5 11/9
set [4]  12/17 17/12 17/16 17/18
settlement [1]  8/1
shallow [3]  4/10 7/14 8/10
shape [1]  16/3
shelf [1]  4/13
shift [3]  7/13 8/19 18/17
shore [1]  10/19
short [1]  16/19
should [3]  8/15 17/3 17/9
SHUSHAN [1]  1/13
side [1]  18/9
similar [1]  8/11
situation [1]  7/10
small [1]  15/13
smooth [1]  3/10
smoothly [2]  3/10 16/7
so [22]
software [1]  1/25
some [6]  11/24 15/20 16/19 16/23 17/16
17/18
something [4]  5/7 5/9 6/24 13/19
sometime [1]  18/11
sorry [2]  15/24 18/1
sort [2]  16/1 16/19
sounds [1]  12/9
spaced [1]  17/2
specifically [2]  4/24 10/14
spent [1]  11/17
spill [3]  1/4 4/1 8/23
stage [1]  10/13
stand [2]  6/20 17/24

standard [2]  9/22 16/1
start [3]  12/5 12/7 17/4
STATES [3]  1/1 1/13 19/12
STATUS [1]  1/12
stenography [1]  1/24
Steve [2]  16/20 17/6
Steve's [1]  13/7
still [1]  12/7
stipulations [2]  17/25 18/1
stories [1]  7/5
Street [1]  1/21
stretch [1]  13/16
structurally [1]  5/25
stuff [3]  5/14 10/7 11/23
subdued [1]  3/4
submission [1]  3/5
submitted [1]  13/24
subsequent [1]  15/13
suggest [1]  12/2
suggested [1]  17/10
supplemental [1]  16/19
supposed [2]  7/6 18/2
sure [4]  13/7 14/2 15/4 16/12
suspect [1]  6/22

**T**

table [1]  13/23
take [4]  8/16 10/16 11/8 12/19
talk [5]  12/1 14/22 17/8 17/21 18/24
talking [4]  5/14 6/4 10/15 14/14
team [1]  13/22
technical [1]  15/20
telling [1]  12/19
terms [3]  6/2 6/14 10/6
test [1]  14/14
testified [1]  5/20
testify [1]  5/18
testifying [1]  4/22
testimony [2]  9/10 11/14
than [1]  6/14
Thank [3]  19/2 19/5 19/7
that [76]
that's [16]  5/1 5/21 6/15 7/10 7/23 7/24
8/11 8/20 12/21 15/2 15/7 15/25 17/20
18/3 18/6 18/22
their [4]  4/2 6/22 11/25 14/9
them [12]  4/3 4/20 4/25 6/6 6/7 7/14
14/9 14/17 14/22 14/24 17/22 18/2
themes [1]  4/8
then [23]
there [6]  3/12 9/25 13/20 15/1 15/20
16/16
there's [4]  5/7 8/24 8/24 18/16
these [5]  5/18 9/14 13/2 16/1 16/2
they [17]  3/11 3/14 4/2 4/3 4/3 4/3 4/4
4/6 4/17 8/18 8/18 8/21 8/22 9/11 14/8
16/12 17/22
thing [1]  5/21
things [4]  6/14 6/20 11/24 16/2
think [26]
this [33]
those [18]  4/6 4/14 4/16 5/3 5/11 5/19
6/4 6/17 6/23 7/3 7/15 9/12 13/9 13/10
13/22 14/25 16/17 16/20
though [1]  12/1
thought [4]  4/18 7/8 8/22 13/20
thoughts [3]  13/7 13/8 13/8
three [5]  14/13 14/14 15/21 17/2 17/3
three-page [1]  17/3
through [1]  10/18
thus [1]  4/8
ticking [1]  15/5
time [12]  3/25 4/19 11/11 12/18 12/22

## T

time... [7]  13/1 13/6 14/3 14/8 14/25
17/16 17/18
times [2]  12/17 17/12
today [8]  3/4 4/7 5/10 16/20 17/7 17/7
18/7 18/11
token [1]  5/3
told [3]  5/19 9/10 11/20
tomorrow [5]  12/23 14/18 15/3 17/7
17/11
Toni [4]  1/20 19/11 19/18 19/18
topic [1]  14/12
topics [6]  3/22 5/11 5/11 5/19 9/6 11/8
touched [1]  4/8
transcript [1]  19/14
transcription [1]  1/25
traps [2]  14/13 15/4
tried [1]  11/24
true [1]  19/13
try [2]  7/3 8/6
trying [3]  7/2 10/6 13/15
tubes [1]  9/1
Tuesday [1]  18/16
turn [1]  6/9
Tusa [4]  1/20 19/11 19/18 19/18
two [9]  3/22 4/8 5/15 5/18 5/19 11/6
13/18 13/24 14/13

## U

ultimately [3]  6/12 10/4 10/18
under [1]  7/22
understand [3]  3/21 9/5 10/6
understanding [3]  5/10 15/13 19/14
UNITED [3]  1/1 1/13 19/12
unrelated [1]  8/11
unresolved [2]  4/6 13/19
until [2]  13/2 16/9
up [4]  3/25 4/7 7/12 13/12
update [1]  15/10
us [6]  4/20 6/1 6/19 12/19 13/8 18/22
use [1]  13/9
using [1]  1/24

## V

vast [1]  10/19
versus [1]  10/3
very [2]  3/4 19/5
view [1]  12/20
views [1]  9/25
vis [2]  8/1 8/1
vis-à-vis [1]  8/1

## W

Wadleigh [6]  10/2 14/15 15/11 15/16
16/12 17/4
waiting [1]  6/5
waning [1]  11/17
want [12]  7/11 8/22 11/5 12/17 12/17
12/22 13/11 13/14 14/5 17/15 18/8
18/10
wanted [2]  9/11 18/7
wants [3]  12/12 12/15 13/7
was [14]  4/25 5/6 7/8 8/22 9/20 9/20
9/21 9/25 10/12 10/17 10/18 16/22 17/7
18/1
water [5]  4/10 4/13 7/13 7/14 8/10
way [2]  6/8 14/4
we [69]
weather [1]  18/17
Wednesday [3]  18/15 18/19 18/25
week [4]  17/21 18/4 18/11 18/11
well [13]  3/15 3/18 8/6 9/11 9/16 14/4

17/6 17/15 17/23 18/5 18/10 18/19
18/22
were [10]  4/12 4/19 9/25 10/4 10/9
10/19 14/8 15/20 17/25 18/2
whacking [1]  11/19
what [36]
what's [3]  5/6 5/8 6/17
Whatever [2]  10/8 13/23
when [6]  3/13 14/23 15/3 16/13 17/7
17/20
where [7]  4/24 5/21 6/20 7/25 8/20
11/24 17/24
whether [3]  7/22 8/11 11/9
which [4]  8/21 10/19 10/23 16/9
while [1]  5/19
who [5]  4/25 5/6 12/12 12/15 14/13
whole [2]  4/12 8/20
why [4]  8/22 9/5 12/10 17/18
will [22]
within [1]  13/22
without [1]  8/25
witness [1]  4/9
witnesses [3]  6/23 14/6 17/11
witnesses' [1]  8/7
work [1]  17/16
working [1]  18/4
works [1]  17/19
would [14]  4/18 6/22 6/23 6/24 6/24 9/5
9/22 11/7 12/25 13/5 13/17 14/2 17/16
18/12
wrong [5]  5/6 5/8 5/8 5/9 15/20

## Y

y'all [3]  3/9 8/25 17/18
Yeah [3]  11/16 14/20 15/23
year [1]  3/6
Yep [1]  9/8
Yes [1]  18/12
yesterday [1]  11/18
yet [4]  11/25 16/8 17/14 17/15
you [54]
you're [1]  6/22
your [30]
Your Honor [15]  3/11 5/24 7/16 8/17
9/19 12/21 13/20 14/2 15/12 16/18 18/9
18/12 18/21 18/23 19/3
Your Honor's [1]  4/22