UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | |
| Trinity Offshore v. BP Exploration & Production, et al | JUDGE BARBIER |
| | MAGISTRATE SHUSHAN |
| No. 2:13-cv-01222 | |

## VOLUNTARY MOTION TO DISMISS WITH PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, GULF COAST SHIPYARD GROUP, INC., fka GULF COAST SHIPYARD OPERATIONS, INC. fka TRINITY OFFSHORE, LLC fka TY OFFSHORE, LLC, who move to dismiss the above-captioned matter in its entirety with prejudice and with each party to bear its own attorney's fees and costs.

        Respectfully Submitted,

        LUNDY, LUNDY, SOILEAU & SOUTH LLP

        /s/ Matthew E. Lundy
        HUNTER W. LUNDY, La. Bar Roll No. 8938
        MATTHEW E. LUNDY, La. Bar Roll No. 18988
        T. HOUSTON MIDDLETON IV, La. Bar Roll No. 33281
        501 Broad Street
        Post Office Box 3010
        Lake Charles, Louisiana 70601
        (337) 439-0707 – Telephone
        (337) 439-1029 – Facsimile

        *Attorneys for Plaintiff,*
        *Gulf Coast Shipyard Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 22, 2016, a copy of the foregoing Voluntary Motion to Dismiss With Prejudice was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Matthew E. Lundy