UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf                  MDL No. 2179
of Mexico, on April 20, 2010

SECTION: J

This Document Relates to:

Trinity Offshore v. BP Exploration &             JUDGE BARBIER
Production, et al

MAGISTRATE SHUSHAN

No. 2:13-cv-01222

ORDER

Considering Plaintiff's Voluntary Motion to Dismiss With Prejudice:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that GULF COAST SHIPYARD GROUP, INC., fka GULF COAST SHIPYARD OPERATIONS, INC. fka TRINITY OFFSHORE, LLC fka TY OFFSHORE, LLC, be dismissed from the above captioned lawsuit, with prejudice.

THUS DONE AND SIGNED, this _____ day of _____, 2016.

_____
JUDGE CARL J. BARBIER