# *United States Court of Appeals*
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK



TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 01, 2015

FILED DEC 8 2015

WILLIAM W. BLEVINS
CLERK

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 14-31026    In re: Deepwater Horizon
                                USDC No. 2:10-MD-2179
                                USDC No. 2:12-CV-970

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Record is returned to District Court:

( 2 ) Volumes    ( ) Envelopes    ( ) Boxes

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Dantrell L. Johnson, Deputy Clerk
                          504-310-7689

cc w/encl:
    Mr. Jeffrey Bossert Clark, Sr.
    Mr. Dominic E. Draye
    Mr. Soren E. Gisleson
    Mr. Richard Cartier Godfrey
    Mr. Don Keller Haycraft
    Mr. Stephen Jay Herman
    Mr. James Andrew Langan
    Mr. Charles Marshall Thomas

___ Fee _____
___ Process _____
X   Dktd _____
___ CtRmDep _____
___ Doc. No. _____