UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL 2179 <br><br> SECTION: "J" |
| This Document Applies to: | JUDGE BARBIER |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MAG. JUDGE SHUSHAN |

### NOTICE OF FILING
### GLEN J. LERNER'S CERTIFICATION OF NON-EXISTENCE OF AGREEMENT

**NOW INTO COURT**, through undersigned counsel, comes Glen J. Lerner, who pursuant to this Court's Order of January 5, 2016 (Doc. No. 15703), ordering Glen Lerner to personally certify to the Court in writing and by filing same on the docket, that neither Glen Lerner nor Glen Lerner P.L.L.C. has any other agreements for representations of any CSSP claimants, other than those already disclosed with the Andry Lerner law firm and with the Farr Law Firm, hereby attaches as Exhibit 1 his executed Certification of Non Existence of Agreement.

Respectfully submitted,

*/s/ Pauline F. Hardin*
Pauline F. Hardin (La. Bar #6542)
Jones Walker LLP
201 St. Charles Avenue
49th Floor
New Orleans, LA 70170
Telephone: (504) 582-8110
Fax: (504) 589-8110
phardin@joneswalker.com

*Attorneys for Glen J. Lerner*

{N3167963.1}

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Filing has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 22nd day of January, 2016.

/s/ Pauline F. Hardin
Pauline F. Hardin

{N3167963.1}