UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010<br><br>This Document Applies to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | MDL 2179<br><br>SECTION: "J"<br><br>JUDGE BARBIER<br><br>MAG. JUDGE SHUSHAN |

## GLEN LERNER'S CERTIFICATION OF NON EXISTENCE OF AGREEMENT

I, Glen J. Lerner, individually and as sole member of Glen Lerner, P.L.L.C., hereby certifies that no client representation agreements relating to the CSSP exist other than through the AndryLerner Law Firm and The Farr Law Firm.

Dated this 20th day of January, 2016.

_____
GLEN J. LERNER

EXHIBIT "1"