UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| of Mexico, on April 20, 2010 | * | SECTION J |
| | * | |
| | * | JUDGE BARBIER |
| Applies to: All Cases (including C.A. 12-970) | * | |
| | * | MAGISTRATE SHUSHAN |

## ORDER

**[REGARDING PRODUCTION AND CONFIDENTIALITY
OF INFORMATION FROM FEDERAL PERMITS DATABASES]**

The Court having been advised and finding as follows:

1. The Court has entered various orders designed to enhance both the efficiency and integrity of the Court Supervised Settlement Program ("CSSP").  For example, on September 18, 2012, at the request of the Claims Administrator and with the consent of the parties, this Court ordered "all authorities … to provide to the [CSSP] trip ticket data, dealer reports, and/or equivalent data for the year or years identified by the Settlement Program" to "enhance the efficiency of the Claims process."  [Rec. Doc. 7441.]

2. Recently, the Claims Administrator contacted the National Oceanic and Atmospheric Administration Fisheries ("NOAA") regarding access to information in its databases of certain federal permits issued during the period January 1, 2009 and December 31, 2011.  This information consists of: (1) permit type, including  all Gulf of Mexico vessel permits and Highly Migratory Species permits; (2) permit holder information, including first and last name of the permit holders or if the permit holder is a business, the business name and first and last names of the business principles, the addresses, dates of birth, and last four digits of social

1

security numbers of permit holders and principles, and the last four digits of business tax identification numbers; and (3) the effective date, expiration date, end date, and statuses of these permits, all for the period January 1, 2009 – December 31, 2011 (collectively, the "Permit Databases").

3. Access to the information in the Permit Databases kept by NOAA would be of assistance in the claims review process. Counsel for the NOAA informed the Claims Administrator that pursuant to 15 C.F.R. §15, which regulates the production of documents in a legal proceeding by U.S. Department of Commerce bureaus such as NOAA, the contents of the Permit Databases are confidential and are not subject to disclosure pursuant to a subpoena. NOAA will, however, release the Permit Databases pursuant to court order.

4. Therefore, with the consent of the NOAA, the Claims Administrator has requested this Court to issue this Order authorizing and directing the NOAA to produce the Permit Databases to enhance the efficiency and effectiveness of the processing of claims filed with the CSSP;

Accordingly, in the implementation and exercise of its continuing jurisdiction over the CSSP and under its inherent authority, it is

ORDERED that as soon as practicable the Southeast Regional Office of the National Oceanic and Atmospheric Administration Fisheries provide the Claims Administrator the Permit Databases for the period January 1, 2009 through December 31, 2011; and it is further

ORDERED that the Claims Administrator shall maintain all information received as Confidential Claims Information pursuant to this Court's Order of June 29, 2012 [Rec. Doc. 6822], and the Claims Administrator shall share all information received pursuant to the Order

with the DHECC Claims Administration Office for use as needed in the implementation of the CSSP.

    Signed in New Orleans, Louisiana, this 25th day of January, 2016.

                                                                                    _____
                                                                                     Carl J. Barbier
                                                                                     United States District Judge

.