phone #
228-249-4206

Roland J. Myers
3718 Mayo St
Apt. A
Moss Point MS
39563

1-19-2016

10-2179
2(1)

TENDERED FOR FILING
JAN 22 2016
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

FILED JAN 22 2016
WILLIAM W. BLEVINS
CLERK

To: The United States District Court Eastern District of Louisiana

I am writing this letter to give the reason why my B3 claim should not be dismissed by this court. I am having increased illnesses since the B.P. oil spill.

My house I was living in at the time of the spill is located 1/4 mile from the upper mouth of the Pascagoula River. And once the oil hit shore the smell of oil was suffocating for weeks.

At this time I am developing serious sinus problems and upper respiratory problems. And serious diabetes and high blood pressure. Please don't dismiss my B3 claim.

Signed Roland J. Myers
1-19-2016

Epiq Systems as Database Administrator
for MDL 2179, Deepwater Horizon Oil Spill Litigation
PO Box 4349
Portland, OR 97208-4349

   061601909221

000 0311981 00000000 001 019 08211 :::::: 0 0
ROLAND J MYERS
# A
3718 MAYO ST
MOSS POINT, MS 39563-2643

January 14, 2016

# This Page Intentionally Left Blank



Case 2:10-md-02179-CJB-SS Document 15711 Filed 01/07/16 Page 1 of 2



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * <br> * <br> * SECTION: J <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *ALL CASES IN PLEADING BUNDLE B3* | * JUDGE BARBIER <br> * MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER TO SHOW CAUSE

### [As to the B3 Claims Against the Clean-Up Responder Defendants]

Before the Court are the Clean-Up Responder Defendants'[1] motions for summary judgment on derivative immunity and preemption grounds, seeking dismissal with prejudice of all remaining claims asserted against them in the First Amended Master Complaint in Accordance with Pretrial Order No. 11 Section III.B(3) (Rec. Doc. 1812), and related briefing. (Rec. Docs. 6536, 6538, 6546, 6547, 6551, 6553, 6557, 6559, 6597, 6696, 6842, 6843, 6845, 6849, 6852, 6854, 6859, 6878, 6897). Also before the Court is the Plaintiffs' Steering Committee and the Clean-Up Responder Defendants' Joint Report Regarding Claimants' Compliance with Pretrial Order No. 57 ("Joint Report"). (Rec. Doc. 13667).

The Court has considered the briefing related to the Clean-Up Responder Defendants' summary judgment motions, as well as the Joint Report, and intends to issue the Order & Reasons attached hereto as Exhibit A.

---

[1] O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.





IT IS ORDERED that any Plaintiff(s) opposed to this Court entering the Order & Reasons attached hereto as Exhibit A must show cause in writing on or before <u>Thursday, January 28, 2016</u>, why this Court should not dismiss their "B3"[2] claim(s) with prejudice for the reasons set forth in such Order & Reasons. The Clean-Up Responder Defendants may submit any response thereto by <u>Thursday, February 4, 2016</u>.

New Orleans, Louisiana this 7th day of January, 2016.

CARL J. BARBIER
United States District Judge

---

[2] The "B3" pleading bundle was defined by this Court in Pretrial Order No. 11 (Case Management Order No. 1) and clarified in Pretrial Order No. 25. (Rec. Docs. 569, 983).

2



GULFPORT MS 395

20 JAN 2016 PM 2 T

To: The United District court
Eastern States
District of Louisiana
500 Poy BRAS St
New ORLEANS 70130

Roland J. Myers
3718 Mayo St
Apt. A.
Moss Point MS
39563