UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases – Conference on Wednesday, January 20, 2016]

1. **Bisso – Depositions**.

Counsel for Bisso explained a difference of opinion concerning the BP 30(b)(6) deposition regarding market conditions in the Gulf of Mexico and regarding the details of presentments. Counsel for Bisso was instructed that its 30(b)(6) witnesses were to answer questions regarding those topics and Court will take up separately whether those issues are properly designated for BP's 30(b)(6) deposition.

Plaintiffs are to circulate their revised 30(b)(6) deposition notice and confer with BP. If disagreements cannot be resolved, BP will transmit to the Court within two (2) days after the conclusion of the meet and confer period detailing any remaining issues. Within five (5) days of that, plaintiffs will respond by letter brief.

---

[1] The OPA Causation Test Cases are:

Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

2. **Wadleigh and Blake Document Production**.

Counsel reported that production by Wadleigh is substantially complete. Regarding Blake, an additional approximately 12,000 were to be produced by Friday, January 22. Counsel estimated that completion of production would be within approximately ten days.

3. **Wadleigh and Blake Interrogatory Responses**.

Counsel for BP reported that there are some remaining issues on the interrogatory responses. After a meet and confer period, any remaining issues will be raised with the Court in letter briefs.

4. **Wadleigh and Blake Depositions**.

Counsel for plaintiffs advised that the Wadleigh and Blake witnesses should be scheduled shortly.

5. **BP Depositions**.

BP and plaintiffs will set aside times for BP witnesses' depositions.

6. **Stipulations**.

The plaintiffs have transmitted proposed stipulations to BP which is reviewing them and working on its responses.

7. **Trinity Offshore**.

The PSC reported that the only thing remaining for the dismissal of the Trinity Offshore claim was for the lawyers to prepare and file the dismissal papers.

8. **Prior Motions**.

The PSC filed its renewed motion to strike affirmative defenses. Rec. doc. 15655. The U.S. filed a response to the PSC motion to strike. Rec. doc. 15702. BP filed a response. Rec. doc. 15705. BP filed its motion to dismiss the Moratoria claims. Rec. doc. 15663. The PSC filed a response. Rec. doc. 15704.

2

**Wednesday, January 20, 2016,** is the deadline for reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

9. **Expert Discovery**.

For any expert relied upon by the PSC necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, January 29, 2016**.   Depositions of any such experts shall be completed by **Friday, February 19, 2016**.

For any expert relied upon by BPXP necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, March 4, 2016**.   Depositions of any such experts shall be completed by **Monday, March 21, 2016**.

This will complete expert discovery relevant to the cross-motions prior to their filing.

10. **Cross-Motions for Summary Judgment**.

The purpose of the cross-motions for summary judgment is to resolve whether, as a matter of law, there is a cause of action or a claim for damages caused by the government's imposition of the drilling moratorium or for the government's failure to issue permits.

**Monday, April 4, 2016,** file cross-motions for summary judgment.

**Monday, April 25, 2016**, file opposition briefs.

**Friday, May 13, 2016**, file reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

**Opening and opposition briefs will be limited to no more than 40 pages.**[2]  **Reply briefs will be limited to no more than 25 pages.**

11. **Any Other Matters.**

No other matters were raised.

12. **Next Conference**.

The next telephone status conference is on **Wednesday, January 27, 2016 at 9:30 a.m**.

New Orleans, Louisiana, this 25th day of January, 2016.

                                                      **SALLY SHUSHAN**
                                                     United States Magistrate Judge

---

[2] Double-spaced with 12pt. font.