UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION: J |
| | * | |
| Applies to: | * | JUDGE BARBIER |
| | * | |
| No. 13-1222, Trinity Offshore, LLC v. | * | MAGISTRATE SHUSHAN |
| Exploration & Production, Inc., et al. | * | |

## ORDER

Considering Plaintiff's Voluntary Motion to Dismiss with Prejudice (Rec. Doc. 15782),

IT IS ORDERED that the Motion is GRANTED and member case 13-cv-01222 is DISMISSED with prejudice, each party to bear its own attorney's fees and costs.

New Orleans, Louisiana this 22nd day of January, 2016.

_____
United States District Judge