Case 2:10-md-02179-CJB-DPC Document 15799 Filed 01/26/16 Page 1 of 4

Fee _____
_____ Process _____
X  Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JAN 26 2016
WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * MDL NO. 2179 <br> * <br> * <br> * <br> * SECTION: J |
| THIS DOCUMENT RELATES TO: <br> "CAUSE" | * <br> * <br> * JUDGE BARBIER <br> * MAG. JUDGE SHUSHAN |

IN RE: CAUSE    *Response To Court Order*

On April 20, 2010 a loss of well controll and one or more fires and explosions occurred on "Deepwater Horizon Oil Rig.

Which had been engaged in drilling activities in the Mississippi Canyon Block 252-the location known as the "Macondo" well on the Outer Continental Shelf off the coast of Louisiana.

The "Deepwater Horizon sank two days later, oil began to discharge into the Gulf of Mexico, and the flow of oil continued for three months until the "Defendants' solicit the "Plaintiff" for "Counsel", until the well was capped on July 15, 2010.

1.) The "Defendants'" had eight faild attemps, on trying to contain, and seal the well, on, or about May 26, 2010 a representative solicit the "Plaintiff" and requested for the "Plaintiff" to come to the Eldon Bolden Building on Bayview Avenue to review the "Plaintiffs" drawings, and to explain the concepts'. At the "Defendants" response center, to review as-well-as revise them.

1

2.) The "Defendants" first posted a three million dollar "Reward on CNN For anyone who help them seal the well, which lured the "Plaintiff" into a "Commerical Transaction", this would be construe as a "Offer and Acceptance aggreement, a "Verbal" aggreement, as-well-as an "Express" aggreement, which are binding according to the "Spirite of the Law", or the "Rule" of law.

3.) The "Presentation" that was given by the "Defendants" at the "Deepwater Horizon Trial was "False", a Gross fabrication of where the concepts came from. a) The "Plaintiff" counsel the "Defendants" or requested that the pipe on the riser be cut, it was in the way, it had too be cut, there was three contentious down in the well head, you couldn't just break the flange apart on the well head and remove the pipe. b) The "Plaintiff" concept and drawing for the containment dome, the "Defendants" called the LMRP. c) The "Paintiff" ask the "Defendants" too hook up the Q4000 pump too the LMRP, to inincrease the intake of oil, it went from six hundred thousand gallons of oil too one point two million gallons of oil. The Discovery Interprise couldn't clean the oil fast enough, so they said that the robot bumped it, and took it off of the well head. The "Plaintiff also gave the Defendants the concepts as-well-as the drawings for the stacking, to seal the well.

2

the opening presentation was fabricated for their own personal gain, the "Defendants" gave statements to the "Court".

5.) The "Defendants" stance towards' the "Plaintiff"is of a "Perverse Nature" as-well-as "Gross". The Justice Department stated that the "Defendants" were "Lying" as-well.

6.) Futher, because this comprehensive federal oil spill response regime imposes a duty on private entities such as the Clean-Up Responder "Defendants" to obey the FOSC's direction during a response efforts, it "stand as an obstacle" for the "Plaintiff" to be fully compensated,as-well-as being recognize.

7.) As the evidence submitted indicates that the "Paintiffs" Response Activities undertaken by the "Defendants" were executed pursuant to the authorization, direction, and ultimate control of the federal government.

Further, these "Action are a violation of state, maritime as-well-as federal law, and is a violation of the "Paintiff" "God Given Rights'.

8.) "Pertinent, or "Relevant" to the "Plaintiff" being a "CLEAN-UP- WORKER" it is defined in Section I.A.1). The term "CLEAN-UP-WORKER" is defined as all NATURAL PERSONS who performed RESPONSE ACTIVITIES.

9.) Furthermore (Rec. Doc. 6427-1, SectionII.Q). Further, the term "RESPONSE ACTIVITIES" is defined to include "the clean-up, remedation efforts, and all other responsive actions.

10.) The Plaintiff Question CNN about the reward, as-well-as about being lured into assisting the Defendants', the representative responded by stating that the new technology came from errow, and luck.

11.) Reuters' reported at the conclussion of the report to the president, that a sole individual assisted the defendants', in sealing the well via cell phone.

12.) April 17, 2010 another representative stated in the Sun Herald News' paperthat they used local knowledge and expertise and if they had to do it over again that they would have done it sooner.

13.) Report to the President, on the bottom of the page a statement from the Coast Guard they admitted that they were prohibitted, from disclosing the proposals actually submitted.

14.) June 11, 2010, was a tribute to the Plaintiff response efforts'.

15.) For the President to write to the Plaintiff is further proof of the Plaintiffs' response efforts'

16.) The specific nature of the Plaintiffs' Claim had not been known to the "Court" until the Plaintiff file.

17.) The Defendants' actions' has the appearance of a "Perverse" Nature.

**Certificate of Service**
I hereby certify that I have served a copy of this document on all counsel of record either in person or my mailing it postage prepaid on this ___26___ day of __Jan__, 20_16_

_Signature_

Date _Aaron Wallace_
AARON WALLACE
200 Mason Ct.
Ocean Springs, MS.
39564
(228-447-5182)

4