Epiq Systems as Database Administrator
for MDL 2179, Deepwater Horizon Oil Spill Litigation
PO Box 4349
Portland, OR 97208-4349



061602069892

000 0150519 00000000 001 019 03962
ANITA K KASTORFF
12700 LARRY LN W
GRAND BAY, AL 36541-6606



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED JAN 26 2016
WILLIAM W. BLEVINS
CLERK

January 14, 2016

# This Page Intentionally Left Blank



RECEIVED
JAN 25 2016
CHAMBERS OF
U.S. DISTRICT JUDGE
CARL J. BARBIER

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.



Jan. 21, 2016

Dear Honorable Judge Barbier,

I am in receipt of your letter informing me that I failed to file a timely questionaire regarding a medical condition I developed while doing BP oil clean up.

Sir, I didn't fail. I was abiding by the terms and direction of my legal counsel, Brent Coon, from Beaumont, Texas, who advised me to not answer any letters from the Gulf Coast Claims Office because I was under contract to him.

I had retained him to file an economical loss suit for me and he did so. At the time, medical lawsuits were not being heard. He told me to mail my medical file and as soon as the medical cases were heard, he would file on my behalf. Any information I received from you or the GCCO was disregarded as per his direction.

At some point in the last four years, Brent Coon decided he would not file medical lawsuits on behalf of his clients, but I didn't get the memo. Out of his 10,000 or so BP Oil Spill clients, I am one of the ones who fell through the cracks. I never got the letter his office claims they sent. I'm not saying they didn't send it, I'm just saying your letters and packets always found me even when I moved and married.

Yesterday, when I got your letter packet, I called again to try to

1

talk to somone at Brent Coon's office. Previous attempts failed because they have an answering machine with directions to leave my name and number and they would call me back, but I never got any call backs.

I never worried because I was under contract to an attorney who was "lawyer of the year" in Texas. He was tauted as the foremost guru of litigation regarding British Petroleum in the history of the world. The fact that we hardly had any communication over the last four years was a minor inconvenience that would disappear as soon as my number came across his desk. He was the Master, and I knew he had my back. Right? Of course not.

Yesterday, after a second call attempt to BCA at 5:54 Central time, I was lucky enough to talk to a live human being on the phone. I was told that my economical lawsuit was denied because I am a Merchant Marine, and that I was on my own with regard to my medical claim. I was appalled. I was furious. I cried. All at once.

How could Ken Feinberg do this to me a second time?

Forty one years ago, I was a claimant in another class action lawsuit of which Ken Feinberg was the administrator.

It was called the Dalkon Shield lawsuit. Dalkon Shield was an interuterine device which was inserted and attached to the uterus to prevent pregnancy. The Dalkon Shield proved to be defective causing pregnancy, punctured uteruses and other

2

medical issues.

As luck would have it, my Dalkon Shield failed and I became pregnant. My child was born premature with lung problems, which he battled his whole life. Every year without fail, he ended up in the hospital with respiratory infections, sometimes close to death. I had four children and he was the only one who was sickly.

I attributed his medical problems to the Dalkon Shield because this is how I think. To me, one follows the other, forming a correlation and an identity created by the source. I filed a lawsuit on behalf of myself and my son.

In the meantime, just like with the BP lawsuit, everybody and anybody got compensation except me. My aunt, who frankly admitted she never even had a Dalkon Shield filed a claim and got paid without setting foot in a courtroom. So did other women I knew. But I waited patiently because I knew I had a good case. I was going to win, right? Of course not.

After six years, I finally got my day in court before a mediator. I had my medical records in order, my son's medical records and even had the RN who assisted my doctor in the insertion of the device to testify on my behalf!

I was prepared and armed to the teeth. I couldn't lose. But I did. The mediator ruled that I had no viable case and even accused me of lying. I was crushed. A few years later, my sickly son gave up the fight and passed away.

Here I am again Judge, another Feinberg lawsuit and frankly I'm

not encouraged. It appears that under his administration the undeserving get paid while the true victims are left with nothing.

In 2005 I changed careers and became a Merchant Marine. At the time of the oil spill I worked on an oil supply vessel that supplied the Deepwater Horizon oil rig. At the time of the explosion I was home on my time off. But when I got back to work, our vessel went to the rig site to assist in the clean up effort. The captain told me we were positioned directly over where the rig sank.

Huge bubbles of oil bubbled up off the ocean floor around our vessel. We were floating in a thick oil slick. Ships and tankers of all sizes were all around us skimming oil and burning it off or collecting it for disposal.

Airplanes were flying overhead dropping dispersant on everything. Even us. As an Able Seaman, I was exposed out on the deck a lot during this time.

I remember looking over the side of the boat and thinking about those poor people still trapped in the wreckage below. The people I had a working relationship with. The ones I waved to while we offloaded and onloaded their supplies, all lying charred and dead in the twisted metal of the rig. Then all the fire with black choking smoke and greasy oil covering everything. The toxic fumes, and boiling bubbles of oil made it look like Dante's Inferno.

I asked the captain if the boat had respirators but it did not.

Some of the boats I had worked on had respirators due to the fact that we routinely carried hazardous chemicals in the tanks, but this particular boat was not one of them.

After my hitch was completed, I was sent to Africa for two months in an attempt to keep me working during the moratorium. While there, I began to experience my first symptoms of illness. I managed to work one month of my hitch but was airlifted to a hospital in Sierra Leone for three days and then from there back home.

I lost 30 lbs in six months and exhausted my FMLA. I was ordered back to work but couldn't go. I was too sick. I had been working for this particular company for four years without any lost time for sickness but now I couldn't work. I was terminated.

I attributed my sickness to the spill. In my opinion one leads to the other. No sickness before, now I'm sick as a dog...hmmm.....

But what do I know, because once again, like a scene from a bad movie, everybody I know is getting BP compensation. My husband got $2000 because he had a fishing license. My cousin got $5000 because she sells ladie's underwear at Dillards. My neighbor got $100,000 because he had a leaf raking business, but I can't get a dime because I don't count. I was there, at the site of the horrible tragedy, inhaling dispersant and burning oil fumes for two weeks but I don't count. I got sick and lost my good job, but I don't count.

How does ladie's underwear equate to the worst oil spill disaster

in history? How is leaf raking worth a hundred grand? How does one relate to the other when a person like myself who worked for the very rig that sank, and knew the people who died in that explosion, and who assisted at ground zero be so discounted and so disenfranchised?

If I sound bitter, I'm sorry, I don't mean to, but I truly don't understand this logic.

Your Honor, the fact that you sent me a letter allowing me to plead my case lets me know that you are aware that there may be people like me who have done everything they know to do and still got left out. It tells me that you are willing to go the extra mile for us- for me, and I appreciate it. Please give me another chance to make this right. Thank You.


Warmest Regards,


Anita Kathleen Kastorff (Battiste)

katybattiste@yahoo.com

251-402-8299

Anita K K
12700 La
Grand Bay, Al




7015 1520 0003 4053 6518

U.S. MARSHALS

United States District Court
Eastern District of La

Honorable Carl J. Barbier
500 Poydras St
Room C256
New Orleans, La 70130





U.S. POSTAGE
PAID
GRAND BAY, AL
36541
JAN 21, 16
AMOUNT
$4.16
R2305E125166-7