UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL by the OIL RIG    *   MDL NO.2179
"DEEPWATER HORIZON" in the         *
GULF OF MEXICO, on                 *
APRIL 20,2010                      *   SECTION:J

THIS DOCUMENT RELATES TO:          *

MOTION OF OBJECTION AND REASON     *   JUDGE BABIER
                                   *   MAG. JUDGE SHUSHAN

## MOTION OF OBJECTION AND REASON

[As to the B3 Claim Against the Defendants]

Before the Court are the Plaintiffs'[1] motion for objection seeking dismissal.

The Plaintiffs' claim is a legitimate claim, in reference to the defendants requestfor motion for dismissal, is a total refusal to accept, and faithfully fulfill their responsibility.

The Plaintiff profoundly object the request for dismissal, the defendants' who had been designated the "responsible party" for the oil spill under the Oil Pollution Act of 1990 ("OPA"),33 U.S.C.Section 2701et. seq., are ducking their responsibility.

Sincerly Yours'
AARON WALLACE
200 Mason Ct.
Ocean Springs
MS, 39564
(228-447-5182)

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel of record either in person or by mailing it postage prepaid on this ___ day of _____, 20__.

Signature