# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) MDL No. 2179 ) ) SECTION: J ) ) JUDGE BARBIER ) |
| (REF: C.A. 13-2702, *First National Bank of Crestview v. BP Exploration & Prod. Inc., et al.*) | ) MAGISTRATE JUDGE SHUSHAN ) ) |

## NOTICE OF SUBSTITUTION

PLEASE TAKE NOTICE that on January 16, 2015, the Office of the Comptroller of the Currency appointed the Federal Deposit Insurance Corporation as Receiver (the "FDIC-R") for Plaintiff, First National Bank of Crestview ("Crestview").

A true and correct copy of the Letter from the Office of the Comptroller of Currency to the FDIC dated January 16, 2015, which encloses a true and correct copy of the Receivership Determination and Appointment of Receiver regarding Crestview dated January 16, 2015, is attached hereto as **Exhibit "1"** and incorporated herein by reference.

Pursuant to 12 U.S.C. §§ 1821(c) and (d), the FDIC-R has succeeded to all rights, titles, powers, and privileges of Crestview. Thus, the FDIC-R stands in the shoes of Crestview with respect to all matters, including litigation by and against Crestview.

The FDIC-R hereby substitutes in for Crestview as the real party in interest.

Respectfully submitted,

/s/James M. Garner
LEOPOLD Z. SHER (#12014)
JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
**SHER GARNER CAHILL RICHTER**
**KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana  70112-4046
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2300

**COUNSEL FOR FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this, the 26th day of January, 2016, the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*.

/s/ James M. Garner
JAMES M. GARNER