UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL 2179 |
| | * | SECTION J |
| This Document Applies To: | * * | JUDGE BARBIER |
| No. 12-1422, Action Restoration, Inc. v. Cameron International Corporation, et al | * * | MAGISTRATE JUDGE SHUSHAN |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes **ACTION RESTORATION, INC.**, who moves this Honorable Court to enroll the following attorneys as additional counsel of record for movant:

> J. Lee Hoffoss, Jr. (La. Bar No. 29254)
> Claude P. Devall (La. Bar No. 29148)
> HOFFOSS DEVALL, LLC
> 517 W. College Street
> Lake Charles, Louisiana 70605
> Tel: (337) 433-2053
> Facsimile: (337) 433-2055

THEREFORE, MOVANT, **ACTION RESTORATION, INC.**, PRAYS that J. Lee Hoffoss, Jr. and Claude P. Devall be enrolled as additional counsel of record for movants.

Respectfully submitted:

**HOFFOSS DEVALL, LLC**

s/ J. Lee Hoffoss, Jr.
J. LEE HOFFOSS, JR. (LA 29254)
jlhoffoss@hdinjurylaw.com
CLAUDE P. DEVALL (LA 29148)
tclaudedevall@yahoo.com
517 W. College Street
Lake Charles, Louisiana 70605
Telephone:   (337) 433-2053
Facsimile:   (337) 433-2055

                    s/ Pete Steele
                    LANCE P. BRADLEY (TX 21750350)
                    PETE STEELE (TX 19099800)
                    Bradley, Steele and Pierce, LLP
                    3120 Central Mall Drive
                    Port Arthur, Texas 77642
                    Telephone:   (409) 724-6644
                    Facsimile:    (409) 724-7585

                    ATTORNEYS FOR MOVANT,
                    ACTION RESTORATION, INC.

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the above and foregoing Motion to Enroll Additional Counsel of Record has been forwarded to all known counsel of record through the Lexis-Nexis File & Serve.

     Lake Charles, Louisiana, this 27th day of January, 2016.


                    s/ J. Lee Hoffoss, Jr.
                    J. LEE HOFFOSS, JR.