UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL 2179 |
| | * | SECTION J |
| This Document Applies To: | * | |
| | * | JUDGE BARBIER |
| No. 12-1422, Action Restoration, Inc. v. Cameron International Corporation, et al | * * | MAGISTRATE JUDGE SHUSHAN |

## ORDER

CONSIDERING THE FOREGOING MOTION TO ENROLL:

IT IS ORDERED that J. Lee Hoffoss, Jr. and Claude P. Devall be and they are hereby enrolled as additional counsel of record for Action Restoration, Inc. in the above entitled and numbered cause.

THUS DONE AND SIGNED at New Orleans, Louisiana, this ____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE