UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

MDL No. 2179

SECTION: J

This Document Relates to:

No. 2:10-cv-08888

JUDGE BARBIER

**SHORT FORM FILED FOR STEVEN HERING
UNDER DOCUMENT NUMBER 130507**

MAGISTRATE SHUSHAN

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff, STEVEN HERING, who respectfully moves this Court for an Order permitting Matthew Lundy and Houston Middleton of the law firm of Lundy, Lundy, Soileau & South, LLP to enroll as additional counsel of record on behalf of the Plaintiff, STEVEN HERING, in the above-captioned matter WITH CONSENT of the current law firm, Aylstock, Witkin, Kreis, & Overholtz, PLLC.

Respectfully Submitted,

AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC

/s/ Justin G. Witkin
JUSTIN G. WITKIN, Fl. Bar Roll No. 109584
17 East Main Street, Suite 200
Pensacola, FL 32502
(850) 850-202-1010 – Telephone

LUNDY, LUNDY, SOILEAU & SOUTH LLP

/s/ Matthew E. Lundy
MATTHEW E. LUNDY, La. Bar Roll No. 18988
T. HOUSTON MIDDLETON IV, La. Bar Roll No. 33281
501 Broad Street
Post Office Box 3010
Lake Charles, Louisiana 70601
(337) 439-0707 – Telephone
(337) 439-1029 – Facsimile

*Attorneys for Plaintiff,*
*Steven Hering*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2016, a copy of the foregoing Motion to Enroll Additional Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Matthew E. Lundy