UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This Document Relates to: | |
| No. 2:10-cv-08888 | JUDGE BARBIER |
| SHORT FORM FILED FOR STEVEN HERING UNDER DOCUMENT NUMBER 130507 | MAGISTRATE SHUSHAN |

## ORDER

IT IS HEREBY ORDERED that Matthew Lundy and Houston Middleton of the law firm of Lundy, Lundy, Soileau & South, LLP be enrolled as additional counsel of record on behalf of the Plaintiff, STEVEN HERING in the above-captioned matter.

THUS DONE AND SIGNED at New Orleans, Louisiana, this _____ day of _____, 2016.

_____
THE HONORABLE JUDGE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE