# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re:   Oil Spill by the Oil Rig
        "Deepwater Horizon" in the Gulf          **MDL No. 2179**
        of Mexico, on April 20, 2010

                                       **SECTION: J**

**This Document Relates to:**

**No. 2:10-cv-08888**                        **JUDGE BARBIER**

**SHORT FORM FILED FOR**            **MAGISTRATE SHUSHAN**
**SHREE GAYATRIMA, INC. d/b/a RED CARPET**
**INN; d/b/a/ STOP N' GO GAS**
**UNDER DOCUMENT NUMBER 129846**

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

      NOW INTO COURT, through undersigned counsel, comes Plaintiff, **SHREE GAYATRIMA, INC. d/b/a RED CARPET INN; d/b/a/ STOP N' GO GAS**, who respectfully moves this Court for an Order permitting Matthew Lundy and Houston Middleton of the law firm of Lundy, Lundy, Soileau & South, LLP to enroll as additional counsel of record on behalf of the Plaintiff, **SHREE GAYATRIMA, INC. d/b/a RED CARPET INN; d/b/a/ STOP N' GO GAS**, in the above-captioned matter WITH CONSENT of the current law firm, Aylstock, Witkin, Kreis, & Overholtz, PLLC.

                         Respectfully Submitted,

                         AYLSTOCK, WITKIN, KREIS, & OVERHOLTZ, PLLC

                         /s/ Justin G. Witkin
                         JUSTIN G. WITKIN, Fl. Bar Roll No. 109584
                         17 East Main Street, Suite 200
                         Pensacola, FL 32502
                         (850) 850-202-1010 – Telephone

LUNDY, LUNDY, SOILEAU & SOUTH LLP

/s/ Matthew E. Lundy
MATTHEW E. LUNDY, La. Bar Roll No. 18988
T. HOUSTON MIDDLETON IV, La. Bar Roll No. 33281
501 Broad Street
Post Office Box 3010
Lake Charles, Louisiana 70601
(337) 439-0707 – Telephone
(337) 439-1029 – Facsimile

*Attorneys for Plaintiff,*
*Shree Gayatrima, Inc. d/b/a Red Carpet Inn; d/b/a Stop N'*
*Go Gas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 28, 2016, a copy of the foregoing Motion to Enroll Additional Counsel of Record was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ Matthew E. Lundy