UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL 2179 |
| | * | SECTION J |
| This Document Applies To: | * * | JUDGE BARBIER |
| No. 12-1422, Action Restoration, Inc. v. Cameron International Corporation, et al | * * | MAGISTRATE JUDGE SHUSHAN |

**MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

NOW INTO COURT, through undersigned counsel, comes **ACTION RESTORATION, INC.**, who moves this Honorable Court to enroll the following attorneys as additional counsel of record for movant:

>J. Lee Hoffoss, Jr. (La. Bar No. 29254)
>Claude P. Devall (La. Bar No. 29148)
>HOFFOSS DEVALL, LLC
>517 W. College Street
>Lake Charles, Louisiana 70605
>Tel: (337) 433-2053
>Facsimile: (337) 433-2055

THEREFORE, MOVANT, **ACTION RESTORATION, INC.**, PRAYS that J. Lee Hoffoss, Jr. and Claude P. Devall be enrolled as additional counsel of record for movants.

>Respectfully submitted:
>
>**HOFFOSS DEVALL, LLC**
>
>*s/ J. Lee Hoffoss, Jr.*
>J. LEE HOFFOSS, JR. (LA 29254)
>lee@hdinjurylaw.com
>CLAUDE P. DEVALL (LA 29148)
>tclaude@hdinjurylaw.com
>517 W. College Street
>Lake Charles, Louisiana 70605
>Telephone:   (337) 433-2053
>Facsimile:   (337) 433-2055

*s/ Lance P. Bradley*
LANCE P. BRADLEY (TX 21750350)
PETE STEELE (TX 19099800)
Bradley, Steele and Pierce, LLP
3120 Central Mall Drive
Port Arthur, Texas 77642
Telephone:   (409) 724-6644
Facsimile:   (409) 724-7585

ATTORNEYS FOR MOVANT,
ACTION RESTORATION, INC.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the above and foregoing Motion to Enroll Additional Counsel of Record has been forwarded to all known counsel of record through the CM/ECF System of the Eastern District of Louisiana.

Lake Charles, Louisiana, this 28th day of January, 2016.

s/ J. Lee Hoffoss, Jr.
J. LEE HOFFOSS, JR.