
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[OPA Test Cases – Conference on Wednesday, January 27, 2016]**

1. **Bisso – Depositions**.

The parties reported that the scheduled Bisso depositions were complete. They are working to schedule the depositions of two persons not employed by Bisso.

During the deposition of one of the representatives of Bisso an issue arose as to five documents. The witness was questioned regarding the documents. The parties dispute whether the documents are protected from disclosure. Bisso requests their return. BP will submit a letter to the PSC. If the parties are unable to resolve the clawback issue, they shall agree on a schedule for letter briefs to the Court for resolution of the issue.

2. **Wadleigh and Blake Document Production**.

Wadleigh's document production is complete except for a few documents.

Blake has about 9,000 documents left to produce. They will be produced by February 2. Privilege logs, clawbacks and redacted documents will follow shortly.

---

[1] The OPA Causation Test Cases are:

    Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
    Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
    Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
    Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
    Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
    Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

3.  **Wadleigh and Blake Interrogatory Responses**.

BP sent a letter to the PSC with remaining issues on the interrogatory responses. The PSC will determine if any are susceptible to resolution. If they are not, the parties will agree on a schedule for presenting the issues to the Court on letter briefs.

4.  **Wadleigh and Blake Depositions**.

Two depositions are required for Wadleigh. The parties are working to schedule them. The Blake depositions will be scheduled in March.

5.  **BP Depositions**.

The parties are working on dates in March for BP depositions. They are working to resolve issues with the Rule 30(b)(6) deposition notice. If they cannot be resolved, they will submit letter briefs to Court detailing any remaining issues. BP shall submit its letter to the Court within two (2) days of the conclusion of the meet and confer period. Within five (5) days of BP's submission, the PSC will respond by letter brief.

6.  **Stipulations**.

The plaintiffs sent proposed stipulations to BP. It will submit a revised draft by January 28.

7.  **Trinity Offshore**.

Judge Barbier signed the order dismissing Trinity Offshore's claim. Rec. doc. 15798.

8.  **Prior Motions**.

The PSC's renewed motion to strike affirmative defenses and BP's motion to dismiss the Moratoria claims are briefed and under submission. Rec. docs. 15655, 15663, 15702, 15704, 15705, 15752 and 15778. The Court will notify the parties if oral argument will be granted.

9.  **Expert Discovery**.

For any expert relied upon by the PSC necessary for the presentation of the April cross-

motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, January 29, 2016**.  Depositions of any such experts shall be completed by **Friday, February 19, 2016**.

For any expert relied upon by BPXP necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, March 4, 2016**.  Depositions of any such experts shall be completed by **Monday, March 21, 2016**.

The deposition of Harold Asher may be delayed to March 1, 2 or 3.   If it is delayed, the report or declaration of BP's expert responding to Mr. Asher will be moved to March 11, 2016.  The deadline for the PSC's deposition of the BP expert responding to Mr. Asher remains March 21, 2016. It will not be delayed.

This will complete expert discovery relevant to the cross-motions prior to their filing.

**10.  Cross-Motions for Summary Judgment**.

The purpose of the cross-motions for summary judgment is to resolve whether, as a matter of law, there is a cause of action or a claim for damages caused by the government's imposition of the drilling moratorium or for the government's failure to issue permits.

**Monday, April 4, 2016,** file cross-motions for summary judgment.

**Monday, April 25, 2016**, file opposition briefs.

**Friday, May 13, 2016**, file reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

**Opening and opposition briefs will be limited to no more than 40 pages.[2]   Reply briefs**

---

[2] Double-spaced with 12pt. font.

3

**will be limited to no more than 25 pages.**

11. **Next Conference**.

The next telephone status conference is on Wednesday**, February 3, 2016 at 9:30 a.m**.

New Orleans, Louisiana, this 28th day of January, 2016.

                                     **SALLY SHUSHAN**
                                United States Magistrate Judge