UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:   OIL SPILL by the OIL RIG | * | |
|           "DEEPWATER HORIZON" in the | * | MDL NO. 2179 |
|           GULF OF MEXICO, on | * | |
|           APRIL 20, 2010 | * | SECTION: J |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| | * | |
| *ALL CASES IN PLEADING BUNDLE B3* | * | JUDGE BARBIER |
| | * | MAG. JUDGE SHUSHAN |
| *    *    *    *    *    *    *    *    * | | |

## MOTION TO ENROLL AS COUNSEL OF RECORD
[As to the B3 Claims Against the Clean-Up Responder Defendants]

NOW INTO COURT comes J. Richard Kanuch who hereby desires to enroll as counsel of record in this matter on behalf of plaintiff Maria Mendoza

Respectfully Submitted,

/s J. Richard Kanuch, Esq.
J. Richard Kanuch, Esq
J. Richard Kanuch, L.L.C.
LA Bar Roll No.: 14413
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Phone: (504) 525-4361
Fax:    (504) 525-4380