UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: | * * * | |
| *ALL CASES IN PLEADING BUNDLE B3* | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

* * * * * * * * *

**ORDER**
**[As to the B3 Claims Against the Clean-Up Responder Defendants]**

AFTER CONSIDERING the foregoing motion, it is hereby ordered that J. Richard Kanuch be enrolled as the counsel of record for plaintiff Maria Mendoza in the above numbered and entitled action.

New Orleans, Louisiana this 28th day of January, 2016