UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:    OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179

SECTION: J |
| THIS DOCUMENT RELATES TO: | * * * | |
| *ALL CASES IN PLEADING BUNDLE B3* | * * | JUDGE BARBIER
MAG. JUDGE SHUSHAN |

**RESPONSE TO ORDER TO SHOW CAUSE**
[As to the B3 Claims Against the Clean-Up Responder Defendants]

NOW INTO COURT, through undersigned counsel, comes Maria Mendoza, hereinafter referred to as Plaintiff, who, upon suggesting to this Honorable Court that she was hired by C and G Welding, Inc. in April of 2010 to perform clean up along the shoreline of Louisiana for the Oil spill related to the oil spill by the oil rig "Deepwater Horizon" in the gulf of Mexico on April 20, 2010; that Plaintiff was not provided the proper personal protective equipment, only gloves and shoe coverings; that a certain amount of the crude oil splashed onto her right arm, right shoulder, face, and into the right eye of the Plaintiff, causing severe burns to her skin; that protective suit / garment and safety goggles / glasses was part of the required personal protective equipment to protect against said burns, but that her employer did not provide the necessary personal protective equipment for unknown reasons; that Plaintiff has incurred permanent scarring and endures heinous suffering daily.

Plaintiff was not provided a PTO-57 questionnaire form to provide to the Court regarding her injuries by her employer, C and G Welding, Inc., a company contracted by the government to provide shore line clean up services made necessary by the oil spill related to the oil rig

"Deepwater Horizon" As such, Plaintiff was unable to complete filing requirements of the PTO-57 form as set out by this court and requests that she be allowed a late filing of the same and that her claim not be dismissed, pursuant to this Honorable Court's order on January 7, 2015. Please see attached affidavit labeled as exhibit "A" and made a part hereof for all purposes.

Respectfully Submitted,

/s J. Richard Kanuch, Esq.
J. Richard Kanuch, Esq
J. Richard Kanuch, L.L.C.
LA Bar Roll No.: 14413
701 Poydras Street, Suite 4100
New Orleans, LA 70139
Phone: (504) 525-4361
Fax:    (504) 525-4380
