UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 SECTION: J |
| THIS DOCUMENT RELATES TO: | * * * | |
| *ALL CASES IN PLEADING BUNDLE B3* | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \*

DECLARATION
[As to the B3 Claims Against the Clean-Up Responder Defendants]

Pursuant to 28 U.S. Code sec. 1746, I, Maria Mendoza, declare under penalty of perjury that the foregoing is true and correct:

1. I was hired by C and G Welding, Inc. in April of 2010 to perform certain shoreline cleanup services in the state of Louisiana following the oil spill by the oil rig "Deepwater Horizon."

2. That in October of 2010, while performing the trained procedure for cleanup along the shoreline in Fourchon, Louisiana, crude oil splashed from the shoreline and onto my right arm, right shoulder, face, and into my right eye, whereby I sustained burns requiring medical treatment.

3. That my employer, C and G Welding, Inc. did not provide me with a protective garment/suit or safety goggles/glasses that would have protected me from the crude oil that was splashed onto my right arm, right shoulder, face and into my right eye.

4. That my employer, C and G Welding, Inc. never afforded me with a reason as to why they couldn't provide me with the requisite personal protective equipment.