5. That my employer, C and G Welding, in spite of the lack of proper personal protective equipment, required that I still perform the cleanup required.

6. That I did not undergo the normal decontamination after the accident had occurred.

7. That my injuries required extensive medical treatment and have caused pain and suffering to this day.

8. That my employer, C and G Welding never provided me with a PTO-57 questionnaire form to fill out and therefore I never submitted one to the proper authorities.

9. That I, Maria Mendoza, now provide this declaration in lieu of said PTO-57 questionnaire form and ask that my claim not be dismissed pursuant to this Court's order on January 5, 2015.

I, Maria Mendoza, again declare, under the penalty of perjury, that the preceding is true and correct to the best of my knowledge, information, recollection, and belief.

_Maria Mendoza_
Maria Mendoza

_1-27-16_
Date