U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JAN 29 2016
WILLIAM W. BLEVINS
CLERK

10 MD 2179 J(1)

Jeremiah M. LaBrosse

705 Cedar St.

Waveland, MS 39576

Honorable Judge Carl J. Barbier,

I Jeremiah LaBrosse have strong reasons why my BP master complaint should, without a doubt, not be dismissed. My personal Blood reports shows large Concentrations of all VOCs specifically Styrene, which was in the 90th percentile. Long-term effects are inevitable. Short term side effects are as follows: Random Locational feeling of pins and needles sensation while in direct sunlight, continued "brain fog", continuous Sinus Drainage, Mood swings, Extreme forgetfulness, random Nerve pain in various locations including eyes, knees, arms, toes, hip etc. Length and Location varies. I'm without healthcare insurance and cannot afford any co-pays or deductibles. Therefore, lack of Professional help has been unobtainable. I worked with the boom, with little to no protection. Protection was not enforced. Even the Coast Guard tried to intervene with no success. I have a family and a child, whom I am the sole provider and caretaker, to consider when involving matters of my health. The long term effects known and unknown are not only frightening, but alarming that this matter could and may possibly be dismissed.

Sincerely,

Jeremiah M. LaBrosse

**NEW ORLEANS PUBLIC LIBRARY**

219 Loyola Avenue
New Orleans LA 70112-2044

## FACSIMILE TRANSMITTAL SHEET

TO: Judge Carl J. Barbier
FROM: Jeremiah M. LaBrosse
COMPANY:
DATE: 1-28-2016
RECEIVER'S FAX NUMBER: (504) 589-4536
TOTAL # OF PAGES INCLUDING COVER: 2
RECEIVER'S PHONE NUMBER: (504) 589-7525
SENDER'S FAX NUMBER:
RE: BP
SENDER'S PHONE NUMBER: (228) 304-9169

☒ URGENT  ☒ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY

NOTES/COMMENTS: Thank You

form #230
4/9/98