**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | **MDL NO. 2179; SECTION J** |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| This document relates to: | ) | |
| | ) | **MAG JUDGE SHUSHAN** |
| 12-970, *Bon Secour Fisheries, Inc. et al.* | ) | |
| *v. BP Exploration Production Inc.;* | ) | |
| cases within Pleading Bundle B1 | ) | |
| | ) | |
| and All Civil Actions, including | ) | **UNITED STATES DISTRICT** |
| 33:2701; 13-6008; 13-6009; 13-5367; 14-1106; | ) | **COURT EASTERN DISTRICT** |
| 14-357; 14-358; 14-359; 14-1321 and 13-6651 | ) | **OF LOUISIANA** |

## MOTION FOR STATUS CONFERENCE

COME NOW, Plaintiffs', represented by Brent Coon & Associates and associated counsel who were excluded from or elected to opt-out of the Deepwater Horizon Economic and Property Damages Class (collectively "BCA Plaintiffs"), who respectfully files this *Motion for Status Conference* and seek an order granting an in-person status conference before Magistrate Judge Sally Shushan for the following reasons, to wit:

### I.

In support of this Motion Plaintiffs have attached their Memorandum in Support of Motion for Status Conference.

### PRAYER

WHEREFORE, Plaintiffs pray for an in-person status conference before Magistrate Judge Sally Shushan to discuss how the above-captioned matters should proceed within the overall context of the "Deepwater Horizon" litigation.

Dated: January 29, 2016

Respectfully submitted,

/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701 Tel.:
(409) 835-2666
Fax: (409) 835-1912
brent@bcoonlaw.com

*Attorney for the BCA Class Members*

## CERTIFICATE OF SERVICE

I certify that this document has been filed with the Clerk of the Court and served by ECF on January 29, 2016, upon:

Attorneys for the Defendants:

Richard C. Godfrey, P.C. J. Andrew
Langan, P.C. Wendy L. Bloom
KIRKLAND & ELLIS LLP 300 North
LaSalle Street Chicago, IL 60654
Telephone: 312-862-2000

Jeffrey Lennard
SNR Denton US LLP
233 South Wacker Drive Suite 7800
Chicago, IL 60606
Telephone: 312-876-8000

Jeffrey Bossert Clark
Steven A. Myers
KIRKLAND & ELLIS LLP 655 Fifteenth
Street, N.W. Washington, DC 20005
Telephone: 202-879-5000

Don K. Haycraft
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000 New Orleans,
LA 70139
Telephone: 504-581-7979

Attorneys for Class Plaintiffs:

Stephen Jay Herman
Soren E. Gisleson
HERMAN HERMAN & KATZ LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: 504-581-4892
Fax: 504-561-6024

James Parkerson Roy
DOMENGEAUX, WRIGHT, ROY & EDWARDS
556 Jefferson Street - Suite 500
Lafayette, LA 70501
Telephone: 337-233-3033
Fax: 337-233-2796

Elizabeth Joan Cabraser
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street - 29th Floor
San Francisco, CA 94111
Telephone: 415-956-1000
Fax: 415-956-1008

Samuel Issacharoff
NEW YORK UNIVERSITY SCHOOL OF LAW
40 Washington Square, S. - Suite 41 1J
New York, NY 10012
Telephone: 212-998-6580
Fax: 212-995-4590

                    Respectfully submitted,

                    /s/ Brent W. Coon
                    Brent W. Coon
                    Federal Bar No. 9308
                    Texas Bar No. 04769750
                    215 Orleans
                    Beaumont, Texas 77701 Tel.:
                    (409) 835-2666
                    Fax: (409) 835-1912
                    brent@bcoonlaw.com

                    *Attorney for the BCA Class Members*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | **MDL NO. 2179; SECTION J** |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| This document relates to: | ) | |
| | ) | **MAG JUDGE SHUSHAN** |
| 12-970, *Bon Secour Fisheries, Inc. et al.* | ) | |
| *v. BP Exploration Production Inc.;* | ) | |
| cases within Pleading Bundle B1 | ) | |
| | ) | |
| and All Civil Actions, including | ) | **UNITED STATES DISTRICT** |
| 33:2701; 13-6008; 13-6009; 13-5367; 14-1106; | ) | **COURT EASTERN DISTRICT** |
| 14-357; 14-358; 14-359; 14-1321 and 13-6651 | ) | **OF LOUISIANA** |
| | ) | |

## <u>ORDER</u>

**CONSIDERING THE ABOVE FOREGOING:**

  **IT IS HEREBY ORDERED** that all parties shall appear before the Magistrate Judge Sally

Shushan on the _____ day of _____, 2016 at New Orleans, LA for an in person status

conference.

   Signed this \_\_\_ day of _____, 2016 at New Orleans, LA.

     _____

     Magistrate Judge Sally Shushan