UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf               MDL No. 2179
of Mexico, on April 20, 2010

                                              SECTION: J

This Document Relates to:

No. 2:10-cv-08888                             JUDGE BARBIER

SHORT FORM FILED FOR STEVEN HERING            MAGISTRATE SHUSHAN
UNDER DOCUMENT NUMBER 130507

## ORDER

IT IS HEREBY ORDERED that Matthew Lundy and Houston Middleton of the law firm of Lundy, Lundy, Soileau & South, LLP be enrolled as additional counsel of record on behalf of the Plaintiff, STEVEN HERING in the above-captioned matter.

New Orleans, Louisiana this 29th day of January, 2016.

_____
United States District Judge