UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010

MDL No. 2179

SECTION: J

**This Document Relates to:**

No. 2:10-cv-08888

JUDGE BARBIER

**SHORT FORM FILED FOR
SHREE GAYATRIMA, INC. d/b/a RED CARPET
INN; d/b/a/ STOP N' GO GAS
UNDER DOCUMENT NUMBER 129846**

MAGISTRATE SHUSHAN

## ORDER

IT IS HEREBY ORDERED that Matthew Lundy and Houston Middleton of the law firm of Lundy, Lundy, Soileau & South, LLP be enrolled as additional counsel of record on behalf of the Plaintiff, **SHREE GAYATRIMA, INC. d/b/a RED CARPET INN; d/b/a/ STOP N' GO GAS** in the above-captioned matter.

New Orleans, Louisiana this 29th day of January, 2016.

_____
United States District Judge