**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, | * * * * | MDL 2179 |
| | * | SECTION J |
| This Document Applies To: | * * | JUDGE BARBIER |
| No. 12-1422, Action Restoration, Inc. v. Cameron International Corporation, et al | * * | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

CONSIDERING THE FOREGOING MOTION TO ENROLL:

IT IS ORDERED that J. Lee Hoffoss, Jr. and Claude P. Devall be and they are hereby enrolled as additional counsel of record for Action Restoration, Inc. in the above entitled and numbered cause.

New Orleans, Louisiana this 29th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE