UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig           "Deepwater Horizon"           in the Gulf of Mexico,           on April 20, 2010 | * * * * * | MDL No. 2179     SECTION: J     JUDGE BARBIER |
| This Document Relates to: *U.S. v. BP, et al.*  2:10-cv-04536 | * * * | MAGISTRATE SHUSHAN |

*EX PARTE* CONSENT MOTION OF THE UNITED STATES FOR AN EXTENSION
OF TIME FOR THE SUBMISSION OF ITS BILL OF COSTS
FOR ANADARKO PETROLEUM CORPORATION

With the consent of Defendant Anadarko Petroleum Corporation, Plaintiff United States hereby submits this *ex parte* consent motion to extend the deadline for the United States' Bill of Costs for Anadarko in *United States of America v. BP Exploration & Production, Inc., et al.*, 2:10-cv-04536 (E.D. La.) ("*U.S. v. BP, et al.*") from February 1, 2016 to February 8, 2016.

Final Judgment as to Anadarko Entities was entered on December 16, 2015 [Rec. Doc. 15659] and, *inter alia*, ordered the United States to file its motion for costs necessarily incurred in this action within 45 days of receiving notice of the judgment.

As the Court is aware, this multi-district litigation has involved many depositions, trial days, court hearings, fees and Orders setting out detailed required procedures for depositions, trials, exhibits and filings.  There were also three separate Phases of discovery and trial, as well as multiple defendants, making a submission of costs as to Anadarko complex and time-intensive.  The United States has prepared a draft submission, but seeks an extension of time to complete its quality assurance/quality control review of the invoices and calculations and to

continue the meet-and-confer process with Anadarko to determine whether there are any areas of agreement prior to submission.  Anadarko consents to this request.

     A proposed order accompanies this request.

                               Respectfully submitted,

BENJAMIN C. MIZER  
Principal Deputy Assistant Attorney General  
Civil Division  

R. MICHAEL UNDERHILL, T.A  
Attorney in Charge, West Coast Office  

JOHN C. CRUDEN  
Assistant Attorney General  
Environment & Natural Resources Division  

SARAH HIMMELHOCH  
Senior Counsel  

/s/ Steven O'Rourke  
STEVEN O'ROURKE  
Environmental Enforcement Section  
U.S. Department of Justice  
P.O. Box 7611, Washington, D.C. 20044  
Telephone: 202-514-2779  
E-mail: steve.o'rourke@usdoj.gov  

KENNETH A. POLITE, JR.  
United States Attorney  
Eastern District of Louisiana  
SHARON D. SMITH  
Assistant United States Attorney  
Eastern District of Louisiana  

Attorneys for the UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 29th day of January, 2016.

*/s/ Steven O'Rourke*
Steven O'Rourke