## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| **In Re:** | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | **MDL NO. 2179** **SECTION: J** **JUDGE BARBIER** |
| **This Document Relates to:** **Case No. 2:10-cv-04536** | | : : | **MAG. JUDGE SHUSHAN** |

## [PROPOSED] ORDER

CONSIDERING THE *EX PARTE* CONSENT MOTION of the United States of America for an extension of time for the submission of its Bill of Costs for Anadarko Petroleum Corporation,

IT IS HEREBY ORDERED that the date of submission of the United States' bill of costs for Anadarko in *United States of America v. BP Exploration & Production, Inc., et al.,* 2:10-cv-04536 (E.D. La.) is extended until February 8, 2016.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____

UNITED STATES DISTRICT JUDGE