IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | *  MDL NO. 2179 <br> * <br> *  SECTION: J <br> * |
| This document relates to: | * <br> * <br> * |
| Civil Action Nos. 12-970, 15-4143, and 15-4654 | *  HONORABLE CARL J. BARBIER <br> * <br> *  MAGISTRATE JUDGE <br> *  SHUSHAN <br> * <br> * <br> * <br> * |

**ORDER AUTHORIZING PAYMENT TO
ESCROW AGENT FOR SETTLEMENT FUND**

Upon the joint motion of Plaintiffs' Co-Liaison Counsel on behalf of the members of a putative New Class, as defined by the HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on November 13, 2014) (the "Amended Settlement Agreement"), and Co-Lead Class Counsel on behalf of the DHEPDS Class, as defined in the Amended Settlement Agreement, and Halliburton Energy Services, Inc. ("HESI"), for Authority to Make Payment to Escrow Agent for the Settlement Fund; and,

Having considered the record of these proceedings, the recommendations of counsel for the moving parties, and the requirements of law:

**IT IS HEREBY ORDERED**:

The parties are authorized to pay the annual fee of $50,000.00 to the Escrow Agent, as required by Section 3.4 and Exhibit C of the Escrow Agreement (approved by the Court in Rec.

Doc. No. 13649).  This payment shall be made from the Settlement Fund and the Attorneys' Fee Account on a *pro rata* basis.

The Escrow Agent is accordingly and hereby authorized to withdraw such funds from the Settlement Fund and Attorneys' Fee Account in order to pay such annual fee.

New Orleans, Louisiana this 29th day of January, 2016.

                                                                     */s/ Carl J. Barbier*
                                                                     **CARL J. BARBIER**
                                                                     **UNITED STATES DISTRICT JUDGE**