UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to: Case No. 2:10-cv-04536 | | : : | MAG. JUDGE SHUSHAN |

## ORDER

CONSIDERING THE *EX PARTE* CONSENT MOTION of the United States of America for an extension of time for the submission of its Bill of Costs for Anadarko Petroleum Corporation,

IT IS HEREBY ORDERED that the date of submission of the United States' bill of costs for Anadarko in *United States of America v. BP Exploration & Production, Inc., et al.,* 2:10-cv-04536 (E.D. La.) is extended until February 8, 2016.

New Orleans, Louisiana this 29th day of January, 2016.

_____
United States District Judge