UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br><br>Section "J" |
| This Document Relates To:<br>No. 15-4143, 15-4146 & 15-4654 | | Judge Barbier<br>Mag. Judge Shushan |

| REPORT BY THE CLAIMS ADMINISTRATOR OF THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS ||||
|---|---|---|---|
| **STATUS REPORT NO.** | 1 | **DATE** | FEBRUARY 1, 2016 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:    Oil Spill by the Oil Rig<br>          "Deepwater Horizon" in the Gulf<br>          of Mexico, on April 20, 2010 | MDL 2179<br><br>SECTION "J" |
| This Document Relates To:<br>          *No. 15-413, 15-4146 & 15-4654* | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

### REPORT BY THE CLAIMS ADMINISTRATOR OF THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS

### STATUS REPORT NO. 1, FEBRUARY 1, 2016

The Claims Administrator of the HESI Punitive Damages and Assigned Claims Settlement Agreement and the Transocean Punitive Damages and Assigned Claims Settlement Agreement (Settlement Agreements) submits this quarterly report (Status Report) pursuant to this Court's October 23, 2015 Order [Rec. Doc. 15481] to inform the Court on the status of implementation of the Settlement Agreements as of January 31, 2016. All capitalized terms in this Status Report shall have the same meeting as in the Settlement Agreements and orders of this Court, or as otherwise set forth herein.

I. STATUS OF IMPLEMENTATION OF SETTLEMENT AGREEMENTS

A. **Notice Program**

The Settlement Agreements provide that the Notice Program providing class notice to New Class Members or DHEPDS Class Members shall be approved by the Court. In preparation for submitting the proposed Notice Program to the Court, the Plaintiffs Steering Committee in MDL 2179 (PSC) have retained Kinsella Media to design and implement the class notice in consultation with the appropriate parties including Co-Lead Counsel for the DHEPDS Class/Proposed Lead Counsel for the Proposed New HESI Punitive Class, Halliburton and Transocean. The Claims Administrator is actively working with Kinsella Media and the parties on issues relating to planned notice to the Class, and further consultations are scheduled in February.

B. **Settlement Administration**

The Claims Administrator has retained Garden City Group, LLC (GCG) to assist the Claims Administrator in administering the Claims Program established by the Settlement Agreements for the New Class. All

administrative activities are conducted at the direction and with the oversight of the Claims Administrator. The Claims Administrator is actively working with GCG on preparations for all settlement administration activities, and further consultations are scheduled with GCG and the parties in February. GCG also has assisted the Claims Administrator during this quarter by providing data and information necessary for the development of the Notice Program and for the Claims Administrator's use in reference to the distribution model for funds allocated to the New Class under the Settlement Agreements.

### C. Distribution Model

The Claims Administrator is charged with responsibility for creating a distribution model for funds allocated to the New Class under the Settlement Agreements. Pursuant to the Neutral Allocation and Reasons dated December 10, 2015, $902,083,250 in funds were apportioned to the New Class by the Court-appointed Allocation Neutral. The Claims Administrator has been actively engaged in developing the distribution model for the New Class. These activities include analyzing data, evaluating potential approaches to the distribution model, and meeting with the parties. In addition, on December 15, 2015, the Claims Administrator filed with this Court a Notice of Deadline for Submissions Regarding New Class Distribution Model (Halliburton and Transocean Settlements) to seek input on various issues relevant to the model. Submissions to the Claims Administrator were required to be submitted no later than January 15, 2016. The Claims Administrator received 16 such submissions and is in the process of reviewing them. Further work on the distribution model is scheduled in February.

### II. CONCLUSION

The Claims Administrator respectfully submits this first Status Report so that the Court may be fully apprised of the status of the implementation of the Settlement Agreements. Should the Court determine that additional information would be useful, the Claims Administrator is prepared to provide further details at the Court's request.

    /s/ Michael J. Juneau
MICHAEL J. JUNEAU
CLAIMS ADMINISTRATOR