UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration Production, Inc.; cases within Pleading Bundle B1 | MAGISTRATE JUDGE SHUSHAN |
| and All Civil Actions, including 13-2701; 12-6008; 13-6009; 13-5367; 14-1106; 14-357; 14-358; 14-359; 14-1321 and 12-6651 | |

## ORDER

**[Motion for Status Conference (Rec. doc. 15812)]**

On January 29, 2016, the plaintiffs represented by Breen Coon & Associates filed a motion for a status conference before Magistrate Judge Shushan. These plaintiffs describe themselves as persons who were excluded from or elected to opt-out of the Deepwater Horizon Economic and Property Damage Class (collectively referred to as "BCA Plaintiffs"). It is estimated that there are more than 85,000 valid opt-out and excluded plaintiffs. The BCA plaintiffs are a fraction of this group. The Court will deal with opt-outs and excluded plaintiffs in due course and will not take BCA plaintiffs ahead of others.

IT IS ORDERED that the motion of the plaintiffs represented by Brent Coon & Associates for an in-person status conference before Magistrate Judge Shushan (Rec. doc. 15812) is DENIED.

New Orleans, Louisiana, this 1st day of February, 2016.

SALLY SHUSHAN
United States Magistrate Judge