UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | : : : : : | MDL NO. 2179 SECTION: J JUDGE BARBIER |
| This Document Relates to All Cases | | : | MAG. JUDGE SHUSHAN |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## ORDER ALLOWING BP DEFENDANTS' DISPOSAL OF WEATHERFORD FLOAT COLLARS and RELATED MATERIALS

Considering that BP America Inc., BP America Production Company, and BP Exploration & Production Inc. (collectively, the "BP Defendants" or "BP") provided notice to this Court and the Parties on December 26, 2015, of their intention to dispose of 10 Weatherford 7" M45AP Hyd 513 float collars (and 3 spare auto-fill tube assemblies) procured from Weatherford by the BP Incident Investigation Team after April 20, 2010; and considering that such materials have been tested as part of the investigation and thus were part of the post-incident assessment; and considering that no party has raised an objection regarding this proposed disposal or otherwise indicated why these materials should be retained,

IT IS ORDERED that BP's request for entry of an order allowing the disposal of these materials is GRANTED, and these materials may be disposed.

New Orleans, Louisiana, this 1st day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE