

United States District Court for
Eastern District Of Louisiana
500 Poydras Street
New Orleans, La. 70130
MDL NO. 2179

Scea B. Burrage
10150 Woodie Lane
Irvington, AL 36544-4903
757-401-5731
January 27, 2016

## SHOW OF CAUSE

"Your Honor" Judge Carl J. Barbier,

I am Scea B. Burrage one of the eleven (11) Plaintiffs listed on case MDL. NO. 2179 on page 31. Before the Court my "B3" claim should not be dismissed because I have complied with all required forms and deadlines. The PTO 57 Questionnaire are sufficient and raise material issues of fact in connection with the Clean-Up Responder Defendants. I have provided a timely written response to all of the questions posed in the Questionnaire. I have provided copies of medical records and insurance information.
The impact caused by Deepwater Horizon Oil Spill in the Gulf of Mexico on April 20, 2010, caused a strong smell (pollutant, chemical, toxic)in the air. Due to inhalation of these fumes it has caused me to suffer with skin irritations, boils, dizziness, nausea, breathing issues, nasal problems, fatigue and other symptoms. Theses symptoms are ongoing.
These are the Medical Facilities that have provided services pertaining to my medical conditions. Providence Medical, Mobile Alabama, American Family Care, Mobile, Alabama and Physicians of Tidewater, Virginia Beach, Virginia.
These Health and Safety issues caused by Deepwater Horizon Oil Spill has not only caused me suffering, but others that have been exposed as well.
Thank you.

Sincerely,

Scea B. Burrage

TENDERED FOR FILING

JAN 29

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

IT IS ORDERED that any Plaintiff(s) opposed to this Court entering the Order & Reasons attached hereto as Exhibit A must show cause in writing on or before <u>Thursday, January 28, 2016</u>, why this Court should not dismiss their "B3"[2] claim(s) with prejudice for the reasons set forth in such Order & Reasons. The Clean-Up Responder Defendants may submit any response thereto by <u>Thursday, February 4, 2016</u>.

New Orleans, Louisiana this 7th day of January, 2016.

CARL J. BARBIER
United States District Judge

---

[2] The "B3" pleading bundle was defined by this Court in Pretrial Order No. 11 (Case Management Order No. 1) and clarified in Pretrial Order No. 25. (Rec. Docs. 569, 983).

**American Family Care, Inc.**
MSC 10000020 BX830810
Birmingham, AL 35283-0810

| IF PAYING BY MASTERCARD OR VISA FILL OUT BELOW | |
|---|---|
| ☐ MASTERCARD | ☐ VISA |
| ☐ AMEX | |
| CARD NUMBER | EXP. DATE |
| SIGNATURE | SHOW AMOUNT PAID HERE |
| STATEMENT DATE 9/22/2014 | ACCT# 1136420 |

Scea Burrage
10150 Woods Lane
IRVINGTON, AL 36544

American Family Care, Inc.
MSC 10000020 BX830810
Birmingham, AL 35283-0810

☐ Please check box if address is incorrect or insurance information has changed, and indicate change(s) on reverse

## ACCOUNT SUMMARY

**The Insurance Companies on file for these visits:**
**Scea Burrage**
  Tricare

Out to insurance: $0.00
You have paid $0.00 as copays that are still pending.

You have $0.00 currently in your responsibility.
You have $0.00 available as a credit.
**You owe $0.00 today.**

Visit Date: 12/16/2012
Visit ID: 6169550
Patient: Scea
Location: Tillmans Corner
Physician: Linda Davenport, MD

| | CHARGES | INSURANCE PAYMENT | CONTRACT SAVINGS | PATIENT PAYMENT | ADJUSTMENT | BALANCE | RESPONSIBLE PARTY | DENIAL CODE |
|---|---|---|---|---|---|---|---|---|
| 85025 CBC | $27.00 | $6.24 | $19.19 | $0.00 | $1.57 | $0.00 | | COIN |
| 86738 MYCOPLASMA | $54.00 | $10.64 | $40.70 | $0.00 | $2.66 | $0.00 | | COIN |
| Z85025 CBC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Z86738 MYCOPLASMA | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Z87070 CULTURE AEROBIC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Z87075 CULTURE, ANAEROBIC W/ISOLATION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 10060 I&D ABSCESS, SIMPLE OR SINGLE | $102.00 | $40.39 | $19.90 | $0.00 | $41.71 | $0.00 | | COIN |
| 96372 INJECTIBLE ADMINISTRATION FEE | $30.00 | $13.95 | $12.57 | $0.00 | $3.48 | $0.00 | | COIN |
| 99204 OFFICE EVALUATION AND MANAGEMENT SERVICES, NP | $191.00 | $0.00 | $72.61 | $54.26 | $64.13 | $0.00 | | DED |
| J2010 LINCOMYCIN INJ | $36.00 | $9.03 | $24.72 | $0.00 | $2.25 | $0.00 | | COIN |
| J2300 INJ NALBUPHINE HYDROCHLORIDE | $18.00 | $0.57 | $17.29 | $0.00 | $0.14 | $0.00 | | COIN |
| UNLAB Unordered Lab | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 36415 VENIPUNCTURE | $6.00 | $0.00 | $6.00 | $0.00 | $0.00 | $0.00 | | GLOBAL |
| | $464.00 | $80.82 | $212.98 | $54.26 | $115.94 | $0.00 | | |

Visit Date: 12/18/2012
Visit ID: 6172533
Patient: Scea
Location: Tillmans Corner
Physician: Linda Davenport, MD

| | CHARGES | INSURANCE PAYMENT | CONTRACT SAVINGS | PATIENT PAYMENT | ADJUSTMENT | BALANCE | RESPONSIBLE PARTY | DENIAL CODE |
|---|---|---|---|---|---|---|---|---|
| 96372 INJECTIBLE ADMINISTRATION FEE | $30.00 | $13.94 | $12.57 | $3.49 | $0.00 | $0.00 | | COIN |
| 99024 POSTOPERATIVE FOLLOW-UP VISIT, NORM | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| J2010 LINCOMYCIN INJ | $36.00 | $9.03 | $24.72 | $2.25 | $0.00 | $0.00 | | COIN |
| | $66.00 | $22.97 | $37.29 | $5.74 | $0.00 | $0.00 | | |

(abscess - poic) / [illegible]

| | | CHARGES | INSURANCE PAYMENT | CONTRACT SAVINGS | PATIENT PAYMENT | ADJUSTMENT | BALANCE | RESPONSIBLE PARTY | DENIAL CODE |
|---|---|---|---|---|---|---|---|---|---|
| **Visit Date:** | 12/20/2012 | | | | | | | | |
| **Visit ID:** | 6177474 | | | | | | | | |
| **Patient:** | Scea | | | | | | | | |
| **Location:** | Festival Centre | | | | | | | | |
| **Physician:** | Vanessa Thomas, MD | | | | | | | | |
| 99024 POSTOPERATIVE FOLLOW-UP VISIT, NORM | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| **Visit Date:** | 12/22/2012 | | | | | | | | |
| **Visit ID:** | 6182710 | | | | | | | | |
| **Patient:** | Scea | | | | | | | | |
| **Location:** | Festival Centre | | | | | | | | |
| **Physician:** | Vanessa Thomas, MD | | | | | | | | |
| 99024 POSTOPERATIVE FOLLOW-UP VISIT, NORM | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| **Visit Date:** | 12/24/2012 | | | | | | | | |
| **Visit ID:** | 6184995 | | | | | | | | |
| **Patient:** | Scea | | | | | | | | |
| **Location:** | Festival Centre | | | | | | | | |
| **Physician:** | Vanessa Thomas, MD | | | | | | | | |
| 99024 POSTOPERATIVE FOLLOW-UP VISIT, NORM | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| **Visit Date:** | 12/26/2012 | | | | | | | | |
| **Visit ID:** | 6186935 | | | | | | | | |
| **Patient:** | Scea | | | | | | | | |
| **Location:** | Festival Centre | | | | | | | | |
| **Physician:** | Lloyd Manchikes, MD | | | | | | | | |
| 99024 POSTOPERATIVE FOLLOW-UP VISIT, NORM | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| **Visit Date:** | 02/18/2014 | | | | | | | | |
| **Visit ID:** | 6901792 | | | | | | | | |
| **Patient:** | Scea | | | | | | | | |
| **Location:** | Tillmans Corner | | | | | | | | |
| **Physician:** | Ronald Perdue, MD | | | | | | | | |
| 96372 INJECTIBLE ADMINISTRATION FEE | | $30.00 | $0.00 | $11.38 | $0.00 | $18.62 | $0.00 | | DED |
| 99214 OFFICE EVALUATION AND MANAGEMENT SERVICES, EP | | $141.00 | $0.00 | $62.08 | $12.00 | $66.92 | $0.00 | | DED |
| J0702 INJ BETAMETHASONE ACETATE & SODIUM | | $24.00 | $0.00 | $10.08 | $0.00 | $13.92 | $0.00 | | DED |
| Z81000 URINALYSIS, NONAUTOMATED, WITH MICROSCOPY | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| Z87086LC CULTURE, URINE WITH SENSITIVITY (LAB CORP) | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| 81000 URINALYSIS, NONAUTOMATED, WITH MICROSCOPY | | $12.00 | $0.00 | $8.91 | $0.00 | $3.09 | $0.00 | | DED |
| UNLAB Unordered Lab | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | | |
| | | $207.00 | $0.00 | $92.45 | $12.00 | $102.55 | $0.00 | | |

A finance charge is computed on a monthly periodic rate of
0.00%, 0% annually on any balances over 0 days.

Explanation of outstanding balance(s):

COIN: Coinsurance Amount

DED: Deductible Amount

GLOBAL: The benefit for this service is included in the payment/allowance for another service/procedure that has already been adjudicated

**PATIENT OWES:**
$0.00
**INSURANCE OWES:**
$0.00

(2)

# EPT
PO BOX 7549 | PORTSMOUTH VA 23707-0549

## PATIENT STATEMENT

(i) For help with billing questions, please call:
757-686-3525

**IF PAYING BY CREDIT CARD, FILL OUT BELOW**

CHECK CARD USING FOR PAYMENT ☐ MasterCard ☐ VISA

CARD NUMBER

SIGNATURE

EXP. DATE

SECURITY CODE

**Pay Online: www.ept911.com**

| Account Number | Due Date | Amount Due | Amount Paid |
|---|---|---|---|
| 000-000-1454664 | 01/23/2016 | $45.70 | $ |

**Addressee** — Page 1 of 1

**Please make checks payable and remit to:**

SCEA BURRAGE
10150 WOODIE LN
IRVINGTON AL 36544-4903

EMER PHYSICIANS OF TIDEWATER
PO BOX 7549
PORTSMOUTH VA 23707-0549

☐ Check if address/insurance changes are on back

*Please detach and return top portion with payment.*

| Account Number | Account Name | Statement Date | Due Date |
|---|---|---|---|
| 000-000-1454664 | SCEA BURRAGE | 01/08/2016 | 01/23/2016 |

| Date | Service Description | Charges | Payments/Adjustments | Patient Balance |
|---|---|---|---|---|
| | PREVIOUS BALANCE---> | | | $45.70 |
| | STATEMENT ENDING BALANCE---> | | | $45.70 |
| | *-- Current Statement Summary --* | | | |
| | Previous Balance       45.70 | | | |
| | Charges (First Billing)     .00 | | | |
| | Personal Payments           .00 | | | |
| | Insurance Payments          .00 | | | |
| | Adjustments                 .00 | | | |
| | Ending Balance         45.70 | | | |

**MESSAGES**
YOUR ACCOUNT BALANCE IS OVER 60 DAYS OLD. PAYMENT ARRANGEMENTS MAY BE MADE BY CONTACTING OUR OFFICE IMMEDIATELY. 757-686-3525 PAY YOUR BILL ONLINE AT WWW.EPT911.COM

**Pay Online: www.ept911.com**

Total Balance .................................. $45.70
Minimum Amount Due ..................... $45.70

(3)

**AFFIDAVIT**

Date January 27, 2016                                County Mobile

Purpose Show of Cause
United States District Court
for Eastern District of Louisiana

**PERSONALLY** came and appeared before me, the undersigned Notary the written name Scea B. Burrage who is a resident of Mobile County, State of Alabama, and his/her statement and Affidavit upon oath and affirmation of belief and personal knowledge that the following matters, facts, and things set forth are true and correct to the best of his/her knowledge.

Dated this 27th day of January, 2016

Signature of Affiant

Scea B. Burrage

Sworn to subscribed before me this 27th day of January, 2016

Notary Public
My Commission expires _____

TENDERED FOR FILING

JAN 29 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



CHAD MILAM
NOTARY
MY COMM. EXPIRES
9/30/2017
STATE OF ALABAMA AT LARGE
PUBLIC

