1-26-16
10 md 2179
J(1)

Judge Barbier,

I think the courts should consider the fact that I worked in close contact with contaminants the entire time I were associated with the spill. I not only did beach clean up, but most of my job description were involved with the actual cleaning of materials used to eradicate the oil spill. Such as cleaning boom (A floating device in the open waters used to contain the oil), I also decontaminated large ships, barges, skimmers, Airboats, John boats and any other materials used in the effort to clean up the spill. I think the courts should reconsider their ruling concerning Bundle B3. Who's to say what my condition may be 10-20 yrs. from now.

Sincerely, yours
Tyrone Moss

P.S. My declaration shows in detail my daily journey to the mouth of the Mississippi (South Pass) for three weeks taking samples of the worst natural disaster in US history!!!



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | *  MDL NO. 2179 <br> * <br> * <br> * <br> *  SECTION: J <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * |
| *ALL CASES IN PLEADING BUNDLE B3* | *  JUDGE BARBIER <br> *  MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO SHOW CAUSE

### [As to the B3 Claims Against the Clean-Up Responder Defendants]

Before the Court are the Clean-Up Responder Defendants'[1] motions for summary judgment on derivative immunity and preemption grounds, seeking dismissal with prejudice of all remaining claims asserted against them in the First Amended Master Complaint in Accordance with Pretrial Order No. 11 Section III.B(3) (Rec. Doc. 1812), and related briefing. (Rec. Docs. 6536, 6538, 6546, 6547, 6551, 6553, 6557, 6559, 6597, 6696, 6842, 6843, 6845, 6849, 6852, 6854, 6859, 6878, 6897). Also before the Court is the Plaintiffs' Steering Committee and the Clean-Up Responder Defendants' Joint Report Regarding Claimants' Compliance with Pretrial Order No. 57 ("Joint Report"). (Rec. Doc. 13667).

The Court has considered the briefing related to the Clean-Up Responder Defendants' summary judgment motions, as well as the Joint Report, and intends to issue the Order & Reasons attached hereto as Exhibit A.

---

[1] O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.



IT IS ORDERED that any Plaintiff(s) opposed to this Court entering the Order & Reasons attached hereto as Exhibit A must show cause in writing on or before Thursday, January 28, 2016, why this Court should not dismiss their "B3"[2] claim(s) with prejudice for the reasons set forth in such Order & Reasons. The Clean-Up Responder Defendants may submit any response thereto by Thursday, February 4, 2016.

New Orleans, Louisiana this 7th day of January, 2016.

CARL J. BARBIER
United States District Judge

---

[2] The "B3" pleading bundle was defined by this Court in Pretrial Order No. 11 (Case Management Order No. 1) and clarified in Pretrial Order No. 25. (Rec. Docs. 569, 983).

Tyrone Moss
6515 Hanks Dr. #140
B.R., LA. 70812

U.S. MARSHALS

BATON ROUGE LA 707

Honorable Carl Barbier
Deepwater Horizon Oil Spill Litigation
500 Poydras Street
Room C256
New Orleans, LA 70130

7013 0330 0001 3030 6135