UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION: J |
| THIS DOCUMENT RELATES TO: | | * * * |
| *ALL CASES IN PLEADING BUNDLE B3* | | * * | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \*

**ORDER**

AFTER CONSIDERING the foregoing motion (Doc. 15808), it is hereby ordered that J. Richard Kanuch be enrolled as the counsel of record for plaintiff Maria Mendoza in the above and entitled action.

New Orleans, Louisiana this 2nd day of February, 2016.

_____
United States District Judge

NOTE TO COUNSEL: See Pretrial Order No. 12 (Rec. Doc. 600) regarding electronic service via LexisNexis File & Serve.