

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

> **REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW**
>
> | STATUS REPORT NO. | 41 | DATE | JANUARY 29, 2016 |
> |---|---|---|---|

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**REPORT BY THE CLAIMS ADMINISTRATOR OF THE DEEPWATER HORIZON ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT ON THE STATUS OF CLAIMS REVIEW**

**STATUS REPORT NO. 41, DATED JANUARY 29, 2016**

The Claims Administrator of the Deepwater Horizon Economic and Property Settlement Agreement (Settlement Agreement) submits this Report to inform the Court of the status of the implementation of the Settlement Agreement as of December 31, 2015. The Claims Administrator will provide any other information in addition to this Report as requested by the Court.

    **I.**    **STATUS OF THE CLAIMS REVIEW PROCESSES AND CLAIM PAYMENTS**

    **A. Claim Form Submissions.**

The Claims Administrator opened the Settlement Program with needed functions staffed and operating on June 4, 2012, just over 30 days after the Claims Administrator's appointment. As of December 31, 2015, the Claims Administrator's Office and Vendors (CAO)[1] have received 382,192 Claim Forms since the Settlement Program opened on June 4, 2012, as shown in the Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement (Public Report) attached as Exhibit A.[2]

---

[1] "Claims Administrator's Office", as used within this report, refers to the Claims Administrator and, where applicable, Court-Supervised Settlement Program vendors working with and under the Claims Administrator.
[2] The total claims received may continue to experience insignificant changes as the CAO continues to process outstanding claims

2

Of the total Claim Forms submitted, 6.5% were filed within the Seafood Program, 15.9% were filed within the Individual Economic Loss (IEL) framework, and 38.2% were filed within the Business Economic Loss (BEL) framework (including Start-Up and Failed BEL Claims). *See* Ex. A, Table 2.

On December 8, 2014, the United States Supreme Court declined the request for a review of the Fifth Circuit's rulings upholding the District Court's Final Approval Order of the Settlement Agreement. Accordingly, the Effective Date of the Settlement Agreement was December 8, 2014, and the final deadline for filing all new claims occurred on June 8, 2015. As such, the Claims Administrator will close new claim submissions made after June 8, 2015.

### B. Claims Review.

The CAO completed its first claim reviews and issued its first outcome notices on July 15, 2012, and its first payments on July 31, 2012. There are many steps involved in reviewing a claim so that it is ready for a notice. In addition to reviewing the claims, substantial communication to claimants or their representatives is performed via notices, emails, phone calls, interviews, and site visits to obtain clarification and/or additional information or documentation necessary for the Program to review claims.

#### 1. Claim Type Review Details.

Table 1 provides information, by Claim Type, on the number of claims filed, the number of claims that have been reviewed to Notice, the number of claims remaining to be reviewed to Notice, and the number of claims reviewed to either a Notice or "Later Notice" to date. Table 1 divides the claims reviewed to a "Later Notice" into separate sections: (1) claims receiving a Notice based on CAO review following the submission of additional materials by a claimant in response to an Incompleteness Notice, and (2) claims receiving a Notice following a Reconsideration review conducted by the CAO.

3

| Table 1.  Throughput Analysis of Claims Filed and Notices Issued. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **A. Claims Reviewed to First Notice** | | | | | | | | | | | |
| | Claim Type | Status of All Claims Filed | | | | | | | | | |
| | | Total Claims Filed To Date[3] | Reviews Completed to Notice or Closed | | | | Claims Remaining to Review | | | | |
| 1. | Seafood | 24,948 | 24,833 | | 99.5% | | 115 | | | 0.5% | |
| 2. | IEL | 60,760 | 51,741 | | 85.2% | | 9,019 | | | 14.8% | |
| 3. | IPV/FV | 388 | 380 | | 97.9% | | 8 | | | 2.1% | |
| 4. | BEL | 132,928 | 100,631 | | 75.7% | | 32,297 | | | 24.3% | |
| 5. | Start-Up BEL | 7,680 | 6,395 | | 83.3% | | 1,285 | | | 16.7% | |
| 6. | Failed BEL | 5,552 | 4,665 | | 84.0% | | 887 | | | 16.0% | |
| 7. | Coastal RP | 42,098 | 41,328 | | 98.2% | | 770 | | | 1.8% | |
| 8. | Wetlands RP | 26,586 | 16,197 | | 60.9% | | 10,389 | | | 39.1% | |
| 9. | RPS | 3,065 | 2,037 | | 66.5% | | 1,028 | | | 33.5% | |
| 10. | Subsistence | 67,672 | 47,034 | | 69.5% | | 20,638 | | | 30.5% | |
| 11. | VoO | 8,961 | 8,948 | | 99.9% | | 13 | | | 0.1% | |
| 12. | VPD | 1,554 | 1,545 | | 99.4% | | 9 | | | 0.6% | |
| 13. | TOTAL | 382,192 | 305,734 | | 80.0% | | 76,458 | | | 20.0% | |
| **B. Claims Reviewed to Later Notice** | | | | | | | | | | | |
| | Claim Type | Initial or Preliminary Incompleteness Response | | | | Follow-Up Incompleteness Responses | | | | Requests for Reconsideration | | |
| | | Total Responses | Claims with Later Notice | Remaining Claims # | Remaining Claims % | Total Responses | Claims with Later Notice | Remaining Claims # | Remaining Claims % | Total Requests | Claims with Later Notice | Remaining Claims # | Remaining Claims % |
| 1. | Seafood | 5,968 | 5,603 | 365 | 6.1% | 2,882 | 2,727 | 155 | 5.4% | 4,188 | 3,785 | 403 | 9.6% |
| 2. | IEL | 18,356 | 16,322 | 2,034 | 11.1% | 9,556 | 8,486 | 1,070 | 11.2% | 6,920 | 6,290 | 630 | 9.1% |
| 3. | IPV/FV | 116 | 111 | 5 | 4.3% | 45 | 42 | 3 | 6.7% | 50 | 44 | 6 | 12.0% |
| 4. | BEL | 51,564 | 38,333 | 13,231 | 25.7% | 26,335 | 18,382 | 7,953 | 30.2% | 15,790 | 12,307 | 3,483 | 22.1% |
| 5. | Start-Up BEL | 3,318 | 2,748 | 570 | 17.2% | 2,143 | 1,641 | 502 | 23.4% | 1,459 | 1,127 | 332 | 22.8% |
| 6. | Failed BEL | 1,546 | 1,256 | 290 | 18.8% | 1,029 | 765 | 264 | 25.7% | 946 | 764 | 182 | 19.2% |
| 7. | Coastal RP | 6,267 | 6,054 | 213 | 3.4% | 1,782 | 1,734 | 48 | 2.7% | 2,255 | 2,210 | 45 | 2.0% |
| 8. | Wetlands RP | 749 | 533 | 216 | 28.8% | 168 | 133 | 35 | 20.8% | 1,254 | 1,041 | 213 | 17.0% |
| 9. | RPS | 371 | 370 | 1 | 0.3% | 138 | 138 | 0 | 0.0% | 260 | 257 | 3 | 1.2% |
| 10. | Subsistence | 15,159 | 9,952 | 5,207 | 34.3% | 7,552 | 4,238 | 3,314 | 43.9% | 4,100 | 2,493 | 1,607 | 39.2% |
| 11. | VoO | 1,006 | 993 | 13 | 1.3% | 441 | 427 | 14 | 3.2% | 675 | 644 | 31 | 4.6% |
| 12. | VPD | 815 | 779 | 36 | 4.4% | 389 | 374 | 15 | 3.9% | 297 | 262 | 35 | 11.8% |
| 13. | TOTAL | 105,235 | 83,054 | 22,181 | 21.1% | 52,460 | 39,087 | 13,373 | 25.5% | 38,194 | 31,224 | 6,970 | 18.2% |

---

[3] The total claims received may continue to experience insignificant changes as the CAO continues to process outstanding claims.

2. **Claimant Accounting Support Reviews.**

A special team handles Claimant Accounting Support (CAS) reviews. CAS reimbursement is available under the Settlement Agreement for IEL, BEL, and Seafood claims. After a claim has been determined to be payable and the Compensation Amount has been calculated, the CAS team reviews accounting invoices and CAS Sworn Written Statements submitted by the claimant. Table 2 includes information on the number of CAS reviews the CAO has completed to date, whether the Accounting Support documentation was complete, and the dollar amounts reimbursed for each Claim Type.

| | Table 2. Claimant Accounting Support. | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Claim Type** | **CAS Review Results** | | | | **Total CAS Review Results** | | **CAS Dollar Amount Reimbursed** | |
| | | **Complete** | | **Incomplete** | | | | | |
| | | Since Last Report[4] | Total to Date | Since Last Report | Total to Date | Since Last Report | Total to Date | Since Last Report | Total to Date |
| 1. | BEL | 915 | 24,004 | 181 | 3,255 | 1,096 | 27,259 | $1,122,421.75 | $32,392,698.55 |
| 2. | IEL | 9 | 3,360 | 6 | 758 | 15 | 4,118 | $1,667.44 | $427,213.49 |
| 3. | Seafood | -4 | 3,953 | 20 | 867 | 16 | 4,820 | $1,751.26 | $1,633,725.85 |
| 4. | TOTAL | 920 | 31,317 | 207 | 4,880 | 1,127 | 36,197 | $1,125,840.45 | $34,453,637.89 |

C. **Claim Notices and Payments.**

Tables 3 and 4 of the Public Report attached in Exhibit A provide detail on the notices and payments issued to date. As of December 31, 2015, the CAO has issued 115,406 Eligibility

---

[4] Changes since the last report include the impact of claims previously deemed Incomplete during CAS Review that are no longer considered Incomplete after a subsequent review. Negative values may occasionally appear in this table, which may be caused when a claim has gone through multiple CAS Reviews resulting in a change in the CAS Review result. For example, a claim's CAS Review may change from incomplete to complete when the claimant supplements his/her CAS review with additional documentation to cure an incompleteness reason. Similarly, negative values may appear when a claim goes through an additional CAS Review after Reconsideration or when a claim goes through a new initial review and the CAS reviewer must apply current review policies.

Notices to unique claims with Payment Offers totaling $7.25 billion.  As of that date, the CAO has made payments on 108,878 claims totaling $6.57 billion.

    D. **Re-Reviews, Reconsiderations, and Appeals.**

        1. **Re-Reviews and Outcomes.**

The CAO implemented a Re-Review process beginning on January 18, 2013, that provides claimants with the opportunity to request a Re-Review of their claim within 30 days of the issuance of an Eligibility or Denial Notice if the claimant has additional documentation not previously submitted to support its claim.  Following a Re-Review, claimants receive a Post Re-Review Notice, from which they may then request Reconsideration if they wish.  To date, there have been 134,116 Eligibility or Denial Notices issued from which claimants can or could seek Re-Review. Of those, the window to seek Re-Review has passed or Re-Review has been requested for 131,677. Of those, claimants have requested Re-Review of 16,058 claims. Thus, the rate of Re-Review from all final determinations is 12.2%.  The rate of Re-Review from Eligibility Notices is 8.6%, while the rate of Re-Review from Denial Notices is 21.3%.

Table 3 summarizes the Re-Reviews the CAO has completed, the number of Post Re-Review Notices the CAO has issued, and whether the outcome of the Re-Review resulted in an award that was higher than (  ), lower than (  ),or the same as (   ) the outcome previously issued. The table also includes information on whether an original Exclusion Denial was confirmed or overturned on Re-Review.

| | Table 3. Re-Reviews. ||||| 
|---|---|---|---|---|---|
| | A. Re-Review Requests and Reviews ||||| 
| | **Claim Type** | **Requests Received To Date** | **Notice Issued or Claims Closed** | **Claims Remaining to Receive Notice or Claims Closed** ||
| | | | | # | % |
| 1. | Seafood | 909 | 886 | 23 | 2.5% |
| 2. | IEL | 1,020 | 941 | 79 | 7.7% |
| 3. | IPV/FV | 14 | 14 | 0 | 0.0% |
| 4. | BEL | 5,632 | 4,648 | 984 | 17.5% |
| 5. | Start-Up BEL | 481 | 366 | 115 | 23.9% |
| 6. | Failed BEL | 325 | 275 | 50 | 15.4% |
| 7. | Coastal RP | 1,218 | 1,184 | 34 | 2.8% |
| 8. | Wetlands RP | 2,119 | 1,706 | 413 | 19.5% |
| 9. | RPS | 131 | 129 | 2 | 1.5% |
| 10. | Subsistence | 4,088 | 3,530 | 558 | 13.6% |
| 11. | VoO | 69 | 68 | 1 | 1.4% |
| 12. | VPD | 52 | 51 | 1 | 1.9% |
| 13. | **TOTAL** | **16,058** | **13,798** | **2,260** | **14.1%** |
| | B. Re-Review Notices Issued ||||||||||
| | | Outcome of Re-Review Notice |||||||||
| | **Claim Type** | **Compensation Amount for Eligible Claims** |||||| **Exclusions/Denials** ||||
| | | | | | | | | Confirmed || Overturned ||
| | | # | % | # | % | # | % | # | % | # | % |
| 1. | Seafood | 446 | 50.3% | 56 | 6.3% | 250 | 28.2% | 124 | 14.0% | 10 | 1.1% |
| 2. | IEL | 228 | 24.2% | 95 | 10.1% | 288 | 30.6% | 323 | 34.3% | 7 | 0.7% |
| 3. | IPV/FV | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 14 | 100.0% | 0 | 0.0% |
| 4. | BEL | 1,435 | 30.9% | 165 | 3.5% | 352 | 7.6% | 2,637 | 56.7% | 59 | 1.3% |
| 5. | Start-Up BEL | 58 | 15.8% | 10 | 2.7% | 12 | 3.3% | 284 | 77.6% | 2 | 0.5% |
| 6. | Failed BEL | 3 | 1.1% | 5 | 1.8% | 3 | 1.1% | 263 | 95.6% | 1 | 0.4% |
| 7. | Coastal RP | 64 | 5.4% | 5 | 0.4% | 143 | 12.1% | 934 | 78.9% | 38 | 3.2% |
| 8. | Wetlands RP | 35 | 2.1% | 9 | 0.5% | 45 | 2.6% | 1,605 | 94.1% | 12 | 0.7% |
| 9. | RPS | 1 | 0.8% | 0 | 0.0% | 3 | 2.3% | 112 | 86.8% | 13 | 10.1% |
| 10. | Subsistence | 2,337 | 66.2% | 687 | 19.5% | 399 | 11.3% | 106 | 3.0% | 1 | 0.0% |
| 11. | VoO | 7 | 10.3% | 5 | 7.4% | 18 | 26.5% | 36 | 52.9% | 2 | 2.9% |
| 12 | VPD | 20 | 39.2% | 4 | 7.8% | 13 | 25.5% | 13 | 25.5% | 1 | 2.0% |
| 13. | **TOTAL** | **4,634** | **33.6%** | **1,041** | **7.5%** | **1,526** | **11.1%** | **6,451** | **46.8%** | **146** | **1.1%** |

**2. Reconsideration Reviews and Outcomes.**

To date, there have been 251,188 Eligibility, Denial, or Incompleteness Denial Notices issued from which claimants can or could seek Reconsideration. Of those, the window to seek Reconsideration has passed or Reconsideration has been requested for 244,488. Of those, claimants have requested Reconsideration of 38,194 claims. Thus, the rate of Reconsideration from all final determinations is 15.6%. The rate of Reconsideration from Eligibility Notices is 5.2%, while the rate of Reconsideration from Denial or Incompleteness Denial Notices is 25.1%.

Table 4 summarizes the Reconsiderations the CAO has completed, the number of Post-Reconsideration Notices the CAO has issued, and whether the outcome of the Reconsideration review resulted in an award that was higher than ( ), lower than ( ), or the same as ( ) the outcome previously issued. The table also includes information on whether an original Exclusion Denial was confirmed or overturned on Reconsideration.

| | Table 4. Reconsideration. | | | | |
|---|---|---|---|---|---|
| | **A. Reconsideration Requests and Reviews** | | | | |
| | **Claim Type** | **Requests Received To Date** | **Notice Issued or Claims Closed** | **Claims Remaining to Receive Notice or Claims Closed** | |
| | | | | **#** | **%** |
| 1. | Seafood | 4,188 | 3,785 | 403 | 9.6% |
| 2. | IEL | 6,920 | 6,290 | 630 | 9.1% |
| 3. | IPV/FV | 50 | 44 | 6 | 12.0% |
| 4. | BEL | 15,790 | 12,307 | 3,483 | 22.1% |
| 5. | Start-Up BEL | 1,459 | 1,127 | 332 | 22.8% |
| 6. | Failed BEL | 946 | 764 | 182 | 19.2% |
| 7. | Coastal RP | 2,255 | 2,210 | 45 | 2.0% |
| 8. | Wetlands RP | 1,254 | 1,041 | 213 | 17.0% |
| 9. | RPS | 260 | 257 | 3 | 1.2% |
| 10. | Subsistence | 4,100 | 2,493 | 1,607 | 39.2% |
| 11. | VoO | 675 | 644 | 31 | 4.6% |
| 12. | VPD | 297 | 262 | 35 | 11.8% |
| 13. | **TOTAL** | **38,194** | **31,224** | **6,970** | **18.2%** |

8

| | | B. Reconsideration Notices Issued | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Type | Outcome of Reconsideration Notice[5] | | | | | | | | |
| | | Compensation Amount for Eligible Claims | | | | | | Exclusions/Denials | | |
| | | | | | | | | Confirmed | | Overturned | |
| | | # | % | # | % | # | % | # | % | # | % |
| 1. | Seafood | 789 | 20.8% | 185 | 4.9% | 520 | 13.7% | 1,826 | 48.2% | 465 | 12.3% |
| 2. | IEL | 170 | 2.7% | 122 | 1.9% | 470 | 7.5% | 3,854 | 61.3% | 1,674 | 26.6% |
| 3. | IPV/FV | 0 | 0.0% | 0 | 0.0% | 0 | 0.0% | 43 | 97.7% | 1 | 2.3% |
| 4. | BEL | 560 | 4.6% | 223 | 1.8% | 431 | 3.5% | 5,572 | 45.3% | 5,521 | 44.9% |
| 5. | Start-Up BEL | 13 | 1.2% | 12 | 1.1% | 21 | 1.9% | 693 | 61.5% | 388 | 34.4% |
| 6. | Failed BEL | 1 | 0.1% | 7 | 0.9% | 10 | 1.3% | 615 | 80.5% | 131 | 17.1% |
| 7. | Coastal RP | 96 | 4.3% | 24 | 1.1% | 442 | 20.0% | 1,364 | 61.7% | 284 | 12.9% |
| 8. | Wetlands RP | 38 | 3.7% | 11 | 1.1% | 70 | 6.7% | 886 | 85.1% | 36 | 3.5% |
| 9. | RPS | 1 | 0.4% | 0 | 0.0% | 4 | 1.6% | 226 | 87.9% | 26 | 10.1% |
| 10. | Subsistence | 294 | 11.8% | 57 | 2.3% | 90 | 3.6% | 1,297 | 52.0% | 755 | 30.3% |
| 11. | VoO | 59 | 9.2% | 4 | 0.6% | 127 | 19.7% | 393 | 61.0% | 61 | 9.5% |
| 12 | VPD | 48 | 18.3% | 5 | 1.9% | 16 | 6.1% | 122 | 46.6% | 71 | 27.1% |
| 13. | TOTAL | 2,069 | 6.6% | 650 | 2.1% | 2,201 | 7.0% | 16,891 | 54.1% | 9,413 | 30.1% |

3. **Appeals.**

(a) **BP Appeals.**

To date, the CAO has issued 29,938 Eligibility Notices that meet or exceed the threshold amount rendering them eligible for appeal by BP. Of those, BP has either filed an appeal or the deadline for BP to file an appeal has passed for 29,757 Notices. Of those 29,757 Notices, BP has filed 7,426 appeals, a 25.0% appeal rate. Table 5 provides summary information on the status of BP appeals.

| | Table 5. Status of BP Appeals. | | | |
|---|---|---|---|---|
| | A. Appeal Filing/Resolution | | | |
| | Status | As of Last Report | Since Last Report | Total |
| 1. | BP Appeals Filed | 7,302 | 124 | 7,426 |
| 2. | Resolved Appeals | 6,850 | 111 | 6,961 |
| (a). | Resolved by Panel Decision | 2,805 | 30 | 2,835 |
| (b). | Resolved by Parties | 1,246 | 50 | 1,296 |

---

[5] Changes to the figures related to outcomes of Reconsideration Notices as compared to the previous outcomes are a result of multiple claimants receiving new Notices and subsequently requesting further Reconsideration, which resulted in the removal of the claims associated with these new Reconsideration requests from this Report.

| Table 5.  Status of BP Appeals. ||||
|---|---|---|---|---|
| A.   Appeal Filing/Resolution |||||
| | Status | As of Last Report | Since Last Report | Total |
| (c). | Remand to Claims Administrator | 232 | 15 | 247 |
| (d). | Administratively Closed | 423 | 0 | 423 |
| (e). | Withdrawn | 443 | 7 | 450 |
| (f). | Inactive Under Reconsideration/Re-Review | 256 | 9 | 265 |
| (g). | Return for Review Under Policy 495 | 1,445 | 0 | 1,445 |
| B.  Pending Appeals |||||
| 1. | In "Baseball" Process | | | 176 |
| 2. | Submitted to Panel | | | 214 |
| 3. | Under Discretionary Court Review | | | 75 |
| 4. | **TOTAL PENDING** | | | **465** |

**(b) Claimant Appeals.**

Before a claimant may file an appeal, the claimant must request Reconsideration and receive a Post-Reconsideration Eligibility or Denial Notice.  To date, the CAO has issued 12,211 Post-Reconsideration Eligibility and Denial Notices.  Of those, the claimant has either filed an appeal or the deadline for the claimant to file an appeal has passed for 11,892 Notices.  Of those 11,892 Notices, claimants have filed 2,771 appeals, a 23.3% appeal rate.  Of the 2,771 claimant appeals, 2,043 are appeals of Post-Reconsideration Denial Notices, while 728 are appeals of Post-Reconsideration Eligibility Notices.  Table 6 provides summary information on the status of Claimant Appeals.

| Table 6.  Status of Claimant Appeals. ||||
|---|---|---|---|---|
| A. Appeal Filing/Resolution |||||
| | Status | As of Last Report | Since Last Report | Total |
| 1. | **Claimant Appeals Filed** | **2,613** | **158** | **2,771** |
| 2. | **Resolved Appeals** | **1,989** | **49** | **2,038** |
| (a). | Resolved by Panel Decision | 1,568 | 33 | 1,601 |
| (b). | Resolved by Parties | 93 | 1 | 94 |
| (c). | Remand to Claims Administrator | 103 | 7 | 110 |
| (d). | Administratively Closed | 80 | 7 | 87 |
| (e). | Withdrawn | 55 | 1 | 56 |

10

| Table 6. Status of Claimant Appeals. | | | | | |
|---|---|---|---|---|---|
| **A. Appeal Filing/Resolution** | | | | | |
| | Status | | As of Last Report | Since Last Report | Total |
| (f). | Return for Review Under Policy 495 | | 90 | 0 | 90 |
| **B. Pending Appeals** | | | | | |
| 1. | In "Baseball" Process | | | | 39 |
| 2. | In "Non-Baseball" Process | | | | 250 |
| 3. | Submitted to Panel | | | | 110 |
| 4. | Under Discretionary Court Review | | | | 334 |
| 5. | **TOTAL PENDING** | | | | **733** |

**(c) Resolved Appeals.**

As reported in the table below, 8,999 appeals have been resolved. Table 7 provides a summary of these resolved appeals by Claim Type. The comparison between the Post-Appeal Award Amount and the Award Amount within the original notice does not take into consideration the 5.0% increase in compensation that a claimant who prevails upon appeal receives.

| Table 7. Outcome After Appeal. | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Claim Type | Appeals Settled or Decided by Panel | | | | | | With-drawn | Admin. Closed | Inactive Under Recon./Re-Review | Return for Review Under Policy 495 | Total |
| | | Compensation Amount Following Appeal Compared to That of Original Notice | | | | | | | | | | |
| | | Higher | Lower | Same | Denial Upheld | Denial Over-turned | Remand | | | | | |
| 1. | Seafood | 79 | 22 | 171 | 57 | 7 | 23 | 52 | 9 | 9 | 0 | **429** |
| 2. | IEL | 28 | 70 | 128 | 112 | 15 | 52 | 16 | 26 | 8 | 0 | **455** |
| 3. | IPV/FV | 0 | 0 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 0 | **3** |
| 4. | BEL | 74 | 1,428 | 2,332 | 503 | 108 | 253 | 385 | 445 | 232 | 1,535 | **7,295** |
| 5. | Coastal RP | 38 | 1 | 29 | 161 | 8 | 2 | 8 | 8 | 0 | 0 | **255** |
| 6. | Wetlands RP | 3 | 10 | 6 | 61 | 3 | 1 | 3 | 12 | 16 | 0 | **115** |
| 7. | RPS | 0 | 8 | 27 | 43 | 0 | 1 | 5 | 2 | 0 | 0 | **86** |
| 8. | Subsistence | 1 | 1 | 16 | 4 | 1 | 7 | 1 | 3 | 0 | 0 | **34** |
| 9. | VoO | 17 | 32 | 49 | 67 | 20 | 6 | 28 | 4 | 0 | 0 | **223** |
| 10. | VPD | 2 | 29 | 32 | 21 | 0 | 12 | 8 | 0 | 0 | 0 | **104** |
| 11. | **TOTAL** | **242** | **1,601** | **2,790** | **1,030** | **163** | **357** | **506** | **510** | **265** | **1,535** | **8,999** |

### (d) Incompleteness Appeals.

The Appeal for Insufficient Documentation (Incompleteness Appeal) allows Economic Class Members to have their claims reviewed by a separate Documentation Reviewer when the CAO denies their claims because of insufficient documentation. The Documentation Reviewer reviews the claimant's documentation to determine whether the Settlement Program correctly denied the claim.

Before sending the claim to the Documentation Reviewer, the CAO reviews the appeal request along with any newly submitted documents. If the claimant has submitted the requested documentation and cured the incompleteness, the CAO issues the appropriate Notice. If the claimant still has not submitted the requested documentation, the CAO sends the claim to the Documentation Reviewer for review.

Before a claimant may file an appeal of an Incompleteness Denial, the claimant must request Reconsideration and receive a Post-Reconsideration Incompleteness Denial Notice. To date, the CAO has issued 9,050 Post-Reconsideration Incompleteness Denial Notices. Of those, the claimant's appeal deadline has passed or an appeal has been filed for 8,840 Notices. Of the 8,840 Notices eligible for appeal, 4,604 (52.1%) appeal requests have been filed. Table 8 provides summary information on the status of Incompleteness Appeals.

| | Table 8. Incompleteness Appeals. | | | |
|---|---|---|---|---|
| | **A.  Incompleteness Appeal Filing/Resolution** | | | |
| | Status | As of Last Report | Since Last Report | Total |
| 1. | **Incompleteness Appeals Filed** | 4,386 | 218 | 4,604 |
| 2. | **Appeals Resolved** | 2,688 | 106 | 2,794 |
| (a). | Withdrawn/Closed Claims | 32 | 5 | 37 |
| (b). | Cured | 863 | 61 | 924 |
| (c). | Incompleteness Denial Affirmed | 1,641 | 14 | 1,655 |
| (d). | Incompleteness Denial Overturned | 152 | 26 | 178 |

12

| Table 8.  Incompleteness Appeals. | | |
|---|---|---|
| **B.  Pending Incompleteness Appeals** | | |
| 3. | In Pre-Documentation Reviewer Process | 1,124 |
| 4. | Currently Before Documentation Reviewer | 686 |
| 5. | **TOTAL PENDING** | **1,810** |

**(e) Fifth Circuit Appeals.**

As a result of decisions handed down by the United States Court of Appeals for the Fifth Circuit (the "Fifth Circuit") on May 8, 2015, the Parties now have the right to notice further appeals to the Fifth Circuit from rulings made by the District Court on discretionary review of individual claims. The CAO has finalized procedures with the District Court to implement and facilitate the Fifth Circuit's rulings since changes were required with respect to the docketing of discretionary review requests and rulings, and the creation of appeal records. Claimants primarily have taken various appeals, which have been argued, are awaiting oral argument, and/or are pending decision before the Fifth Circuit.

**E.  Seafood Supplemental Distribution.**

The Settlement Agreement calls for BP to finance a $2.3 billion Seafood Compensation Program Settlement Fund.  The Settlement Agreement states that any balance available after the first distribution will be distributed to each claimant in proportion to the claimant's gross compensation, unless the Court-Appointed Seafood Neutrals recommend a different formula.  On September 19, 2014, the Seafood Neutrals submitted to the Court their Recommendations for the Seafood Compensation Program Supplemental Distribution (which can be located on the Settlement Program's Website). On November 18, 2014, the Court approved the Seafood Supplemental Distribution formula established under the Court-Designated Neutrals' Recommendations for Seafood Compensation Program Supplemental Distribution. The Court approved a partial Supplemental Distribution targeted at $500 million of the remaining

13

undistributed portion of the aggregate $2.3 billion fund for the Seafood Compensation Program. Payments will be disbursed in multiple phases.

The Seafood Neutrals also recommended that if a claimant or BP disagrees with a claimant's award in the Supplemental Distribution, the challenge must be limited to whether the formulas described in Sections II (A) and III (F) of the Recommendations were properly implemented with respect to the individual claim at issue. The Seafood Neutrals also recommended that the Claims Administrator have the discretion and authority to promulgate procedural and evidentiary rules as well as limit and define appellate rights. On November 18, 2014, the Court approved the Seafood Neutrals' Recommendations in full, and on December 29, 2014, the Claims Administrator promulgated Rules Governing the Seafood Supplemental Distribution Calculation Objection Process pursuant to the Court-approved Seafood Neutrals' recommendations.

On December 17, 2015, the Claims Administrator submitted a letter report and recommendations to the Court providing for a subsequent distribution ("Supplemental Distribution Round Two"), and thereafter a residual distribution ("Residual Distribution"). The Claims Administrator recommended that Supplemental Distribution Round Two follow the Seafood Neutrals' pro rata approach and include (1) claimants that were not included in the partial distribution approved by the Court on November 18, 2014 ("Supplemental Distribution Round One") but now have eligible claims and (2) claimants whose eligible claim populations or values increased subsequent to their Supplemental Distribution Round One calculations. The Claims Administrator also recommended that the Residual Distribution be administered after completion of Supplemental Distribution Rounds One and Two to proportionally divide the remainder of the $2.3 billion fund to all eligible claimants from those rounds. On January 7, 2016, the Court approved the Claims Administrator's report and recommendations in full, requiring that the Claims

14

Administrator consult with the Seafood Neutrals, Class Counsel, and BP regarding the timing and amount of the Residual Distribution before disbursing it.

As of December 31, 2015, the Settlement Program has issued 4,795 Seafood Supplemental Distribution Eligibility Notices for a total Supplemental Distribution Value of $472,142,801.  The Seafood Supplemental Distribution Notices are included in the report where appropriate. As of December 31, 2015, the Settlement Program issued payments of $457,602,658 from the Supplemental Distribution to 4,077 claimants.

## II.   CONCLUSION

The Claims Administrator offers this Report to ensure that the Court is informed of the status of the Settlement Program to date.  If the Court would find additional information helpful, the Claims Administrator stands ready to provide it at the Court's convenience.

      /s/ Patrick Juneau
PATRICK A. JUNEAU
CLAIMS ADMINISTRATOR

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th day of January, 2016.

   /s/ Patrick Juneau
PATRICK A. JUNEAU
CLAIMS ADMINISTRATOR