**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  OIL SPILL BY THE OIL RIG | ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | ) | |
| GULF OF MEXICO, ON APRIL 20, 2010 | ) | SECTION: J |
| | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| (REF: C.A. 13-2702, *First National Bank of* | ) | MAGISTRATE JUDGE SHUSHAN |
| *Crestview v. BP Exploration & Prod. Inc., et al.*) | ) | |
| | ) | |

### *EX PARTE* MOTION FOR LEAVE TO SUBSTITUTE PARTY

NOW INTO COURT, through undersigned counsel, comes the Federal Deposit Insurance Corporation as Receiver ("FDIC-R") who respectfully submits that it should be substituted as plaintiff in the referenced matter in place of First National Bank of Crestview ("Crestview").  In support of this request, FDIC-R shows that on January 16, 2015, the Office of the Comptroller of the Currency appointed it as Crestview's receiver.

A true and correct copy of the Letter from the Office of the Comptroller of Currency to the FDIC-R dated January 16, 2015, which encloses a true and correct copy of the Receivership Determination and Appointment of Receiver regarding Crestview dated January 16, 2015, is attached hereto as **Exhibit "1"** and incorporated herein by reference.

Pursuant to 12 U.S.C. §§ 1821(c) and (d), the FDIC-R has succeeded to all rights, titles, powers, and privileges of Crestview.  Thus, the FDIC-R stands in the shoes of Crestview with respect to all matters, including litigation by and against Crestview.

Accordingly, FDIC-R respectfully requests that this Honorable Court grant its motion and substitute it as plaintiff in place of Crestview.

Respectfully submitted,

  /s/James M. Garner
LEOPOLD Z. SHER (#12014)
JAMES M. GARNER (#19589)
MARTHA Y. CURTIS (#20446)
**SHER GARNER CAHILL RICHTER
KLEIN & HILBERT, L.L.C.**
909 Poydras Street, Suite 2800
New Orleans, Louisiana  70112-4046
Telephone:  (504) 299-2100
Facsimile:  (504) 299-2300

**COUNSEL FOR FEDERAL DEPOSIT
INSURANCE CORPORATION AS RECEIVER**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this, the 3rd day of February, 2016, the above and foregoing motion has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 12, and that the foregoing was electronically filed through this Court's electronic filing and notification system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*.

  /s/ James M. Garner
JAMES M. GARNER

2