UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  OIL SPILL BY THE OIL RIG  "DEEPWATER HORIZON" IN THE  GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) ) ) ) ) ) | MDL No. 2179  SECTION: J  JUDGE BARBIER  MAGISTRATE JUDGE SHUSHAN |
| (REF: C.A. 13-2702, *First National Bank of Crestview v. BP Exploration & Prod. Inc., et al.*) | | |

## ORDER

Considering the foregoing *ex parte* motion of the Federal Deposit Insurance Corporation as Receiver ("FDIC-R") to substitute,

IT IS ORDERED that said motion is hereby GRANTED and that FDIC-R shall be substituted as plaintiff in Civil Action Number 13-2702 in place of First National Bank of Crestview.

New Orleans, Louisiana this _____ day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE