UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases – Conference on Wednesday, February 3, 2016]

1. **Bisso**.

Bisso reported that Elizabeth Brumley is available for her deposition in Houston on March 11, 2016. It will confirm whether a subpoena is required. It will be necessary to subpoena Mr. Loeb for his deposition in Dallas. These two depositions will complete the Bisso deposition discovery.

On January 29, BP submitted its letter concerning the clawback issue. Bisso will submit its response on **Friday, February 5, 2016**.

2. **Wadleigh and Blake Document Production**.

The PSC reported that the Wadleigh production is complete.

On February 2, Blake completed its document production. It expects that it will complete the privilege logs, clawbacks and redacted documents by Friday, February 5.

BP will review the Wadleigh and Blake productions and report whether any issues remain.

---

[1] The OPA Causation Test Cases are:

    Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
    Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
    Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
    Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
    Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
    Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

3. **Wadleigh and Blake Interrogatory Responses**.

Issues remain with the Wadleigh and Blake interrogatory responses.  By **Monday, February 8, 2016,** BP shall submit a letter brief (no longer than four pages doubled spaced) with the interrogatories, responses and Mr. Asher's declarations as attachments.  If Wadleigh and Blake want to respond (no longer than four pages doubled spaced), their deadline is **Monday, February 15, 2016, at 9:00 a.m**.

4. **Wadleigh and Blake Depositions**.

The two Wadleigh depositions are scheduled.  The Blake depositions will be scheduled in March.

5. **BP Depositions**.

The parties are working to resolve issues with the Rule 30(b)(6) notice.  After there is agreement on the notice, BP will designate its representatives and the depositions will be scheduled in March.

If the Rule 30(b)(6) topics cannot be resolved, BP shall submit a letter brief (no longer than three pages double spaced) to the Court within two (2) days of the conclusion of the meet and confer period.  Within five (5) days of BP's submission, the PSC will respond by letter brief (same restrictions).

6. **Stipulations**.

BP is working on a response to plaintiffs' proposed stipulations.

7. **Prior Motions**.

The PSC's renewed motion to strike affirmative defenses and BP's motion to dismiss the Moratoria claims are briefed and under submission. Rec. docs. 15655, 15663, 15702, 15704, 15705, 15752 and 15778.   The Court will notify the parties if oral argument will be granted.

2

8. **Expert Discovery**.

The PSC reported that on January 29, 2016, they produced three declarations from Harold Asher and five declarations from other experts. Depositions of the experts other than Mr. Asher shall be completed by **Friday, February 19, 2016**. At the next conference the parties shall report on the scheduling of those depositions.

The deposition of Harold Asher may be delayed to March 1, 2 or 3. If it is delayed, the report or declaration of BP's expert responding to Mr. Asher will be delayed to March 11, 2016. The deadline for the PSC's deposition of the BP expert responding to Mr. Asher remains March 21, 2016. It will not be delayed. At the next conference the PSC shall report on the status of Mr. Asher's other trial commitment and whether the date of his deposition can be moved up to before the end of February.

For any expert relied upon by BPXP necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, March 4, 2016**. Depositions of any such experts shall be completed by **Monday, March 21, 2016**.

This will complete expert discovery relevant to the cross-motions prior to their filing.

9. **Cross-Motions for Summary Judgment**.

The purpose of the cross-motions for summary judgment is to resolve whether, as a matter of law, there is a cause of action or a claim for damages caused by the government's imposition of the drilling moratorium or for the government's failure to issue permits.

**Monday, April 4, 2016,** file cross-motions for summary judgment.

**Monday, April 25, 2016**, file opposition briefs.

**Friday, May 13, 2016**, file reply briefs.

3

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

**Opening and opposition briefs will be limited to no more than 40 pages.[2]  Reply briefs will be limited to no more than 25 pages.**

10. **Next Conference**.

The next telephone status conference is on **Wednesday, February 10, 2016 at 11:00 a.m**.

New Orleans, Louisiana, this 3rd day of February, 2016.

_____
SALLY SHUSHAN
United States Magistrate Judge

---

[2] Double-spaced with 12pt. font.

4