UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179<br><br>SECTION: J |
| This document relates to: | JUDGE BARBIER |
| ALL CASES | MAGISTRATE JUDGE SHUSHAN |

# FIRST AMENDMENT TO PRETRIAL ORDER NO. 59

### (Extension of the Initial Cut-Off Date in Pretrial Order No. 59)

Pretrial Order No. 59 (Rec. Doc. No. 14863) is hereby amended to extend the "Initial Cut-Off Date" of March 31, 2015 to December 31, 2015. By no later than Monday, February 22, 2016, the Court-appointed CPA Philip Garrett ("PG") shall post on the Philip Garrett Case Cost Management System located at www.garrettco-ccms.com/bp the final, corrected hours and expenses of potential Fee Applicants from inception of the litigation through and including December 31, 2015, which have been accepted by PG pursuant to PTO 9 and PTO 59.

All other provisions of PTO 59 remain in effect.

New Orleans, Louisiana, this 3rd day of February, 2016.

_____
Hon. Carl J. Barbier
U.S. District Court Judge