P.S. I was in the hospital couldn't walk for 2 weeks & had bleeding.

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED FEB 02 2016
WILLIAM W. BLEVINS
CLERK

Freddie M. Galloway
3500 Howze Street
Moss Point Miss 39563
10 md 2179 J(1)

Corl [illegible]
Dear Sir,

I Freddie M. Galloway filed a claim about the oil spill because I eat fish that had been caught in the water and I saw oil in the river more than one time as I went by it. I also smelled it in the air at my home for months and couldn't go out side except when I just had too, going to the doctor for light headed, dizzie, headache, eyes watering, nose stopped up or running, faintified, I had to have someone to hold on to me, and I still do sometime because I still fell weak and can't hardly breath most of the time since then. I am real short winded, have to sit down when I walk a short distance. I fell a few times and had to get on blood thinners. I've had to take a lot of medic for injection and pain. Thank You. Freddie M. Galloway

TENDERED FOR FILING
FEB - 2 2016
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee ___
Process ___
X Dktd ___
CtRmDep ___
Doc. No. ___

Re pzg. Systems as Database administrator for MDL 2179, Deepwater Horizon Oil Spill Litigation
P O Box 4349
Portland Or.
97208 4349

Gradlyn Holloway
3500 House St.
Moss Point MS 39563

Clerk of Court
United States District Court
for the eastern district of
Louisiana
New Orleans La- 70138