# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * | MDL NO. 2179 |
|  | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * * |  |
| *ALL CASES IN PLEADING BUNDLE B3* | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF MATTHEW GARRETSON

I, Matthew Garretson, am over twenty-one years of age and of sound mind and body. This declaration is based on my personal knowledge.

1. I am the Founder and Chief Executive Officer of The Garretson Resolution Group, Inc. ("GRG"), the Court-appointed Claims Administrator for the Medical Benefits Class Action Settlement (the "Settlement"). I understand that the Court gave final approval of the Settlement, as amended on May 1, 2012, on January 11, 2013 and the "effective date" of the Settlement is February 12, 2014.

2. I understand that the Medical Benefits Settlement Class (the "Settlement Class") is defined as detailed in the Court's Order and Judgment dated January 11, 2013. (Rec. Doc. 8218 ¶ 2).

3. Pursuant to the Court's Preliminary Approval Order of the Settlement, dated May 2, 2012, members of the Settlement Class were required to send all requests to opt out of the Settlement to GRG's attention. (Rec. Doc. 6419 ¶ 29). This Order also designated the period and method for class members to opt out of the Settlement Class. (*Id.*).

1

4.      On November 21, 2012, my Declaration was submitted to the Court detailing the opt-out requests GRG had received as of Tuesday, November 20, 2012. (Rec. Doc. 7989-1). Exhibit K to my Declaration listed those individuals who submitted opt-out requests substantially in compliance with the requirements of Section XI.E of the Settlement and Paragraph 29 of the Court's Preliminary Approval Order. (Rec. Doc. 7989-24).

5.      On February 1, 2016, Defense Liaison Counsel, on behalf of all of the Clean-Up Responder Defendants,[1] requested that GRG confirm and formally certify for the Court that the individuals identified in Exhibit A to this Declaration did not opt out of the Settlement. I understand that the list sent to GRG by Defense Liaison Counsel and set forth at Exhibit A contains the names of those Plaintiffs who provided a timely written submission to the Court in response to the Order to Show Cause as to the B3 Claims Against the Clean-Up Responder Defendants (Rec. Doc. 15711) and identified themselves as a clean-up worker in their respective submissions. I further understand that the list sent to me by Defense Liaison Counsel was prepared based on their review of Exhibit K to my November 21, 2012 Declaration described above, as well as their review of the terms of the Settlement.

6.      On February 4, 2016, GRG confirmed that none of the Plaintiffs listed on Exhibit A to this Declaration validly opted out of the Settlement.

---

[1] I understand that the "Clean-Up Responder Defendants" are a grouping of defendants consisting of the following: O'Brien's Response Management, L.L.C. (formerly known as O'Brien's Response Management, Inc.), National Response Corporation, Marine Spill Response Corporation, Dynamic Aviation Group, Inc., Airborne Support, Inc., Airborne Support International, Inc., DRC Emergency Services, LLC, International Air Response, Inc., Lynden, Inc., Lane Aviation, Inc., Tiger Rentals, Ltd., The Modern Group, Ltd., and The Modern Group GP-SUB, Inc.

3

I declare under the penalties of perjury that the foregoing statements made in this Declaration are true and correct.

Executed on the 4th day of February, 2016.

                                                                                                     *Matthew J. Garretson*
                                                                                                     Matthew Garretson
                                                                                            Garretson Resolution Group, Inc.

3

## **EXHIBIT A**

- Aaron Wallace
- Anita Kathleen Kastorff (formerly known as Anita Kathleen Battiste and/or Katy Battiste)
- Maria Mendoza
- Tyrone Moss