## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1222, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[OPA Test Cases – BP's Challenge to Bisso's Clawback Request (Rec. doc. 15831)]**

The document production of Bisso Marine Company, Inc. ("Bisso") included five documents:

Bisso 50436969 – Weisgarber deposition Exhibit 3

Bisso 50436970

Bisso 50436971 – Weisgarber deposition Exhibit 4

Bisso 50436972

Bisso 50437391 – Weisgarber deposition Exhibit 2

Three of them were used by BP in the deposition of Robert Weisgarber, a former interim CFO, of Bisso. After the deposition, Bisso, as the producing party, made a request for the return of the documents. It contends that the documents are privileged and were inadvertently produced.[2] Pursuant to PTO 14 (Governing the Treatment of Privileged and Work Product Materials), BP

---

[1] The OPA Causation Test Cases are:

  Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
  Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
  Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
  Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
  Trinity Offshore, LLC v. BP Exploration & Production, Inc., et al, 13-1222.
  Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
  Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

[2] The subject documents were listed on Bisso's privilege log produced by Bisso and served on BP on December 9, 2015.

challenged the clawback request.

On January 29, 2016, BP submitted a letter with the five documents plus an excerpt of the Weisgarber deposition. BP submitted the five documents for *in camera* review. Bisso's counsel was copied on BP's January 29, 2016 letter.

On February 5, 2016, Bisso submitted for *in camera* consideration a response with three exhibits: Exhibit A – February 10, 2010 email string; Exhibit B – February 17, 2010 email; and Exhibit C – four screen shots.

After review of the parties' submissions, the Court finds that the five documents are protected from disclosure.

BP's January 29, 2016 letter will be filed in the record. The five documents at issue and Bisso's letter of February 5, 2016 with exhibits A-C will be retained *in camera*. In the event of an appeal, they will be provided to District Judge Barbier.

IT IS ORDERED that: (1) BP's challenge to Bisso's clawback request (Rec. doc. 15831) is DENIED; and (2) the deadline for an appeal of this order is **Monday, February 15, 2016**.

New Orleans, Louisiana, this 5th day of February, 2016.

                                          **SALLY SHUSHAN**
                                        United States Magistrate Judge