# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| In Re: | Oil Spill by the Oil Rig | : | MDL NO. 2179 |
| | "Deepwater Horizon" in the | : | |
| | Gulf of Mexico, on | : | SECTION: J |
| | April 20, 2010 | : | |
| | | : | JUDGE BARBIER |
| This Document Relates to: 10-3059, 10-4182, | | : | |
| | 10-4183, 10-4536, 11-516, 13-2645, | : | MAG. JUDGE SHUSHAN |
| | 13-2646, 13-2749, 13-2813, | : | |
| | 13-4677, and 14-0614 | : | |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**Notice of Filing of Stipulation (Phase V) Under the
"Framework for Early Restoration Addressing Injuries
Resulting from the Deepwater Horizon Oil Spill"**

The United States of America, the Natural Resource Damage ("NRD") Trustees for the States of Alabama, Florida, Mississippi, Louisiana, and Texas, and BP Exploration & Production Inc. ("BP") (collectively "Parties") jointly provide this Notice. The United States, Alabama, and Louisiana previously provided the Court with a "Report" [Doc. 2239] about the administrative agreement entitled "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill" (hereinafter, "Framework Agreement") [Doc. 2239-1].[1] The Framework Agreement calls for the Parties (specifically, those with claims filed in the MDL) to file with this Court a Stipulation concerning each natural resource restoration project that BP has agreed to fund under the Framework Agreement. [Doc 2239-1 ¶ 13]. The United States, Alabama, Louisiana, and BP previously filed an initial joint Notice concerning 8 such Project

---

[1] All five states are parties to the Framework Agreement and are signatories of the Stipulations, although only Alabama and Louisiana provided the initial Notices because the other three states, Mississippi, Florida, and Texas, were not then parties to MDL 2179. The States of Mississippi, Florida, and Texas have since entered appearances in the MDL.

Stipulations on June 6, 2012. [Doc. 6621], a subsequent Notice concerning 2 such Project Stipulations on January 9, 2013 [Doc. 8194], a third Notice concerning 44 such Project Stipulations on October 9, 2014 [Doc. 13,481], and a fourth Notice concerning 10 such Project Stipulations on September 24, 2015 [Doc. 15,378].

This Notice of the new "Phase V" additional Project Stipulation is provided solely to inform the Court and the public about the filing of the Stipulation; no action is required or requested of this Court.

## I. Background: Natural Resource Damage Assessment and the Framework Agreement.

As set out in the previously-filed "Report" on the Framework Agreement, the Oil Pollution Act ("OPA") calls for the designation of State and Federal "Trustees," 33 U.S.C. § 2706(a), who are charged to assess natural resource damages resulting from the *Deepwater Horizon* oil spill ("Oil Spill") and to prepare a plan for restoration, rehabilitation, replacement, or acquisition of the equivalent of the injured natural resources. *See* 33 U.S.C. § 2706(c); 33 U.S.C. § 2706(d). OPA and the OPA regulations, 15 C.F.R. Part 990, require that restoration plans be adopted only after adequate public notice and opportunity for comment. 33 U.S.C. § 2706(c)(5). The Trustees and the responsible parties may enter into a settlement at any time, during or after the NRD Assessment. 15 C.F.R § 990.25.

In the case of the Oil Spill, designated officials of the five Gulf Coast states, the National Oceanic and Atmospheric Administration, the United States Department of the Interior, the Secretary of the United States Department of Agriculture, and the Administrator of the United States Environmental Protection Agency are the relevant State and federal Trustees. The administrative NRD Assessment is proceeding apace, and the Trustees have published a draft

Programmatic Damage Assessment and Restoration Plan for the injuries to natural resources resulting from the Oil Spill, which is available at http://www.gulfspillrestoration.noaa.gov.

Long before the Programmatic Damage Assessment and Restoration Plan was proposed, the Trustees and BP sought to expedite efforts to restore natural resources and services known to have been injured as a result of the Oil Spill based on preliminary information developed in the NRD Assessment process. The Trustees and BP entered into the Framework Agreement, which called for the Trustees to select "early" restoration projects under OPA, and called for BP to fund such projects out of $1 billion that BP set aside in trust for this purpose.

## II.     The Project and Stipulation.

The new Stipulation relates to the "Florida Coastal Access Project," which is intended to enhance public access to surrounding natural resources and to increase recreational opportunities through the acquisition and/or enhancement of coastal parcels in the Florida Panhandle. This project will be implemented in two phases at a total cost of $45.4 million. Regarding the first phase, the Trustees have published a "Deepwater Horizon Oil Spill Phase V Early Restoration Plan and Environmental Assessments" ("Phase V Plan"), available at www.doi.gov/deepwaterhorizon. The Phase V Plan calls for the first phase of projects, at a combined estimated cost of $34.4 million to acquire land along the coast of northwestern Florida to improve public access to coastal resources and provide recreational opportunities. The remaining $11 million is to be used for a subsequent phase of this project to create recreational uses and coastal access for the public through the acquisition of additional land along the coast of northwestern Florida and the design and construction of

recreational amenities. The second phase will be identified and selected by the Trustees in a future restoration plan, in accordance with OPA, after public review of the proposed actions.

As contemplated in the Framework Agreement, this Florida Coastal Access Project will be implemented in part through the Stipulation. ¶ 12. Thus, BP will fund this Trustee-selected restoration project in exchange for the Trustees' agreement on the types and amounts of "NRD Offsets" attributable to the project. *See* Framework Agreement ¶¶ 8 – 11. The agreed upon Offsets will be used to determine the credit that will be applied for this project against the Trustees' ultimate assessment of natural resource injury. *Id*. The Parties have agreed to the Phase V Stipulation, which must be filed with the Court for informational purposes. Framework Agreement ¶ 13. The Stipulation is attached as an exhibit to this Notice.

Accordingly, of the $1 billion available under the Framework Agreement, approximately $877 million has been allocated to 65 specific projects.

## III. How the Framework Agreement and Stipulation Relate to the Claims in the MDL.

The complaint in *United States v. BP Exploration and Production, Inc., et al.*, No. 2:10-cv-04536 (E.D. La. Dec. 15, 2010), sought declaratory judgment of liability under OPA for NRD; no claim for a specific amount of NRD was made and the United States asserted a reservation of rights to return later to seek an actual award of damages under OPA.[2]

The five Gulf Coast states have also filed complaints alleging claims under OPA:

---

[2] BP raised certain affirmative defenses to the United States' OPA claims, including BP's First Affirmative Defense regarding claim splitting. The Court's February 22, 2012, "Order and Reasons [As to the United States', Transocean's, and Anadarko's Cross-Motions for Partial Summary Judgment Regarding Liability under the CWA and OPA]" [Doc. 5809] addresses this issue. Nothing in the Framework Agreement or this filing is intended to waive or contradict in any manner any of the parties' respective positions as set forth in their pleadings or otherwise on the appropriate procedure for the adjudication of any NRD claims.

For Alabama: *State of Alabama v. BP p.l.c., et al.*, 10-4182; *State of Alabama v. Transocean, Ltd., et al.*, 10-4183; *State of Alabama v. Anadarko Petroleum Corp. et al.*, 13-2645; *State of Alabama v. Transocean, Ltd., et al.*, 13-2646; *State of Alabama v. BP p.l.c., et al.*, 13-2813; for Florida: *Vinyard et al. v. BP, et al.*, 14-0614; for Louisiana: *State of Louisiana v. Triton Asset Leasing, et al.*, 10-03059; *State of Louisiana v. BP, et al.*, 11-516; for Mississippi: *Hood v. BP, et al.*, 13-2749; for Texas: *State of Texas v. BP, et al.*, 13-4677.

At this time, neither the Stipulations nor this Notice requires any action by the Court. However, if the parties are unable to amicably resolve all NRD matters, the Stipulation will be relevant to the amount of uncompensated NRD for which BP may be held liable (in this or some subsequent civil action). As the Court is aware, a settlement-in-principle of the NRD matters has been announced and a Consent Decree is being prepared for filing, subject to public comment and further approvals. If the Consent Decree is approved, the remaining funds will be paid under the Consent Decree and no further Notices of this sort will be required.

**IV.    Conclusion**

The United States, the States of Alabama, Florida, Louisiana, Mississippi, and Texas, and BP jointly provide this Notice solely for informational purposes. If the Trustees and BP file any further stipulations under ¶ 13 of the Framework Agreement, the parties will make further informational or other filings with the Court, as appropriate.

                                             Respectfully submitted,

For the United States of America:

| | |
|---|---|
| JOHN C. CRUDEN | BENJAMIN C. MIZER |
| Assistant Attorney General | Principal Deputy Assistant Attorney General |
| Environment & Natural Resources Division | Civil Division |

/s/ Steven O'Rourke
STEVEN O'ROURKE
Senior Attorney
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044
Telephone: 202-514-2779
Facsimile: 202-514-2583
E-mail: steve.o'rourke@usdoj.gov

R. MICHAEL UNDERHILL
Attorney in Charge, West Coast Office
Torts Branch, Civil Division
U.S. Department of Justice
7-5395 Federal Bldg., Box 36028
450 Golden Gate Avenue
San Francisco, CA 94102-3463
Telephone: 415-436-6648
E-mail: mike.underhill@usdoj.gov

KENNETH A. POLITE, JR., United States Attorney
SHARON D. SMITH, Assistant United States Attorney
Eastern District of Louisiana
New Orleans, LA

For the State of Louisiana:
JEFF LANDRY
Louisiana Attorney General
Wilbur L. "Bill" Stiles, III
First Assistant Attorney General
StilesB@ag.state.la.us
Elizabeth B. Murrill
Director, Civil Division
MurrillE@ag.state.la.us
Telephone: (225) 326-6000

For the State Trustees of Alabama:
LUTHER J. STRANGE
Attorney General
Robert D. Tambling
Assistant Attorney General

/s/ Steven B. "Beaux" Jones
STEVEN B. "BEAUX" JONES
Assistant Attorney General
State of Louisiana
P.O. Box 94005,
Baton Rouge, Louisiana 70804-9005
Tel: 225- 326-6700
Fax: 225- 326-6099
JonesST@ag.state.la.us

/s/ Corey Maze
COREY MAZE
Special Deputy Attorney General
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
Facsimile: (334) 242-4891
E-Mail: cmaze@ago.state.al.us

For the State Trustees of Florida:

/s/ Kenneth von Schaumburg
KENNETH VON SCHAUMBURG
Clark Hill, PLC
601 Pennsylvania Avenue NW
North Building, Suite 1000
Washington, DC 20004
Telephone: 202-772-0904
Email: kvonschaumburg@clarkhill.com


For the State Trustees of Texas:

/s/ Thomas Haines Edwards
THOMAS HAINES EDWARDS
Office of the Attorney General of Texas
P. O. Box 12548
Austin, TX 78711-2548
512-463-2012
Fax: 512-320-0911
Email: thomas.edwards@texasattorneygeneral.gov


For the State Trustees of Mississippi:

JIM HOOD
Attorney General for the State of
Mississippi

/s/ Mary Jo Woods
MARY JO WOODS
Special Assistant
Mississippi Attorney General's Office
P.O. Box 220
Jackson, MS 39205
601-359-3020
Fax: 601-359-2003
Email: mwood@ago.state.ms.us


For BP Exploration & Production Inc.:

DON K. HAYCRAFT (Bar #14361)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Robert C. "Mike" Brock
Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
312-862-2000 (Tel)
312-862-2200 (Fax)

/s/ Brian D. Israel
BRIAN D. ISRAEL
Arnold & Porter LLP

555 Twelfth Street, NW
Washington, DC 20004-1206
Telephone: 202.942.6546
brian_israel@aporter.com

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing document has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this date: February 8, 2016.

Date: February 8, 2016                /s/ Steven O'Rourke
                                              STEVEN O'ROURKE