# Exhibit 2

**TO UNITED STATES' BILL OF COSTS**

**Exhibit 2**
**Fees of the Clerk, 28 U.S.C. §1920(1)**

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| United States' Unopposed Motion for Amendment to PTO 1 and PTO 14 Regarding Communications between Counsel for the United States, the States, and Plaintiffs Steering Committee; Proposed Order Granting the United States' Unopposed Motion for Amendment to PTO 1 and PTO 14 Regarding Communications between Counsel for the United States, the States, and Plaintiffs' Steering Committee; United States' Unopposed Motion for Entry of Order Relating to Confidential Information in the Possession of the United States; Proposed Order Granting the United States' Unopposed Motion for Entry of Order Relating to Confidential Information in the Possession of the United States | 05/13/2011 | $ 35.00 | 1 |
| Ex Parte Consent Joint Motion of the United States and Anadarko E&P Company LP to Modify and Clarify Court's Order Dated April 28, 2011 (Rec. Doc. 2184) Regarding Deadlines for Filing Opposition and Response to Anadarko E&P Company LP's Motion to Dismiss and Reply Thereto [filed 5-16-2011, Rec. Doc. 2392]; Proposed Order accompanying Ex Parte Consent Joint Motion of the United States and Anadarko E&P Company LP (Rec. Doc. 2392) [filed 5-16-2011, Rec. Doc. 2392-1] | 05/16/2011 | $ 35.00 | 1 |
| Unopposed Motion for Order Protecting Confidentiality of Settlement Communications; Unopposed Motion for Order Protecting Confidentiality of Settlement Communications - Proposed Order | 05/27/2011 | $ 35.00 | 2 |
| The United States' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Anadarko Petroleum Corporation; The United States' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to MOEX Offshore 2007 LLC | 06/10/2011 | $ 35.00 | 3 |
| United States' Response to Anadarko E&P LP's 1st Set of Discovery Requests; United Stats' Response to Anadarko Petroleum's 1st Set of Discovery Requests; United States' Third Response to BP's First Set of Discovery Requests; United States' Initial Response to BP's Second Set of Discovery Requests; United States' Response to BP's 3d Set of Discovery Requests; United States' Response to MOEX's 1st Set of Discovery Requests; United States' Response to Various Defendants' Requests | 06/20/2011 | $ 35.00 | 3 |
| United States' Report on Efforts to Respond to Discovery Served on the United States Before July 1, 2011 | 09/06/2011 | $ 35.00 | 4 |
| Revisions to the United States' First Set of Interrogatories, Requests for Production of Documents, and Requests for Admission to Anadarko Petroleum Corporation | 09/09/2011 | $ 35.00 | 4 |
| Statement of the United States of America on the Effect of the Court's Order (Rec. Doc. 3830) on Pending Motions to Dismiss -- filed 9-12-2011 (Rec. Doc. 3975) | 09/12/2011 | $ 35.00 | 4 |
| United States' Ex Parte Motion for Leave to File Memorandum in Support of United States' Second Motion for Partial Summary Judgment as to the Liability of BP Exploration & Production Inc., the Transocean Defendants, and the Anadarko Defendants, in Excess of Page Limit, with Proposed Motion, Orders, Memorandum in Support of the United States' Second Motion for Partial Summary Judgment, Statement of Undisputed Facts, and Exhibits thereto -- Parts 1-3 [Rec. Doc. 4820 - filed 12-6-11] | 12/06/2011 | $ 35.00 | 5 |
| Unopposed Motion to Dispose of Dupes and Trash; Proposed Order granting Unopposed Motion to Dispose of Dupes and Trash; Exhibit 1 to Unopposed Motion to Dispose of Dupes and Trash | 12/20/2011 | $ 35.00 | 6 |

Exhibit 2
Fees of the Clerk, 28 U.S.C. §1920(1)

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| Plaintiff United States' Response to BP's Initial Brief and Document Identification Regarding Deliberative Process Privilege | 04/11/2012 | $ 35.00 | 7 |
| United States' Memorandum in Opposition to Two Motions to Intervene -- filed 5-11-2012 [Rec. Doc. 6508] | 05/11/2012 | $ 35.00 | 8 |
| United States' Opposition to BP's Objections to and Appeal from Magistrate Judge's Order Regarding BP's Challenges to 21 Deliberative Process Privilege Claims by the United States (Rec. Doc. 6650) | 06/19/2012 | $ 35.00 | 9 |
| Statement of Interest of the United States in Reply to the PSC's Omnibus Opposition [Doc.# 6691-2] to the B3 Summary Judgment Motions -- filed 7-6-2012 [Doc. 6851] | 07/06/2012 | $ 35.00 | 10 |
| Agreed 30(b)(6) Deposition Notice of BP Defendants | 08/02/2012 | $ 35.00 | 11 |
| Plaintiff United States' Notice of Service of Non-Party Subpoena Upon Worldwide Oilfield Machine, Inc.; Notice of Video Deposition of Intertek Group, Plc Pursuant to the Federal Rules of Civil Procedure (With 30(b)(2) Document Requests); Notice of Video Deposition of Isotech Laboratories, Inc. Pursuant to the Federal Rules of Civil Procedure (With 30(b)(2) Document Requests) | 08/02/2012 | $ 35.00 | 11 |
| Notice of Service of Privilege Logs and Related Discovery Documents; United States' 54th Privilege Log; The United States' 55th Privilege Log; The United States' 56th Privilege Log; The United States' 56th Privilege Log; United States' List of Large Files with Processing Issues; United States' Loose Media Index | 08/15/2012 | $ 35.00 | 11 |
| United States' Letter Brief Responding to BP's Schedule 4 Privilege Challenges | 08/17/2012 | $ 35.00 | 12 |
| United States' 58th Privilege Log (Purdue University Documents) | 08/21/2012 | $ 35.00 | 12 |
| Letter to Judge Shushan re BP's Email re August 15 Deadline and Related Phase II Issues | 08/24/2012 | $ 35.00 | 12 |
| Agreed 30(b)(6) Deposition Notice of Add Energy Group with attached Deposition Subpoena | 08/29/2012 | $ 35.00 | 12 |
| Motion of the United States for Leave to File Memorandum in Excess of Ordinary Page Limitations Regarding the "United States' Response to the BP Defendants' Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement" [Rec. Doc. 7114], with Memorandum, Declaration of R. Michael Underhill, and Exhibits thereto attached [Rec. Doc. 7229] -- filed 8-31-2012 -- Parts 1-3; Ex Parte Motion of the United States to File its Unredacted Memorandum Under Seal Regarding the "United States' Response to the BP Defendants' Motion for Final Approval of Deepwater Horizon Economic and Property Damages Settlement" [Rec. Doc. 7114] [Rec. Doc. 7230] -- filed 8-31-2012 | 08/31/2012 | $ 35.00 | 12 |
| Notice of Appeal filed by the United States [Rec. Doc. 7442] - filed 9-18-2012 | 09/18/2012 | $ 35.00 | 13 |

**Exhibit 2**
**Fees of the Clerk, 28 U.S.C. §1920(1)**

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| Letter to Judge Shushan re In Camera Submission re Documents Withheld at United States' Request from Third Party Subpoena Productions; Letter to Judge Shushan re DPP Claims in US Privilege Logs 58 and 59; Letter to Judge Shushan re DPP Claims in US Privilege Logs 58 and 59 (Attachment 2) | 09/19/2012 | $ 35.00 | 13 |
| Letter to Judge Shushan re DPP Claims in US Privilege Logs 58 and 59 (actual letter) | 09/19/2012 | $ 35.00 | 13 |
| Letter to Judge Shushan re Coast Guard Deliberative Process Privilege Claims; Letter to Judge Shushan Coast Guard Deliberative Process Privilege Claims (Att. 1 - Declaration); Letter to Judge Shushan re Coast Guard Deliberative Process Privilege Claims (Log of Phase 2 DPP Assertions by USCG) | 09/20/2012 | $ 35.00 | 13 |
| Letter to Judge Shushan re Cumulative Privilege Log List; US Cumulative List of Privilege Logs; US Privilege Log 60; US Clawback Log of Sept. 21, 2012 | 09/21/2012 | $ 35.00 | 13 |
| Agreed 30(b)(6) Deposition Notice of the BP Institute for Multiphase Flow (With 30(b)(2) Document Requests), with attached Subpoena | 09/21/2012 | $ 35.00 | 13 |
| Letter to Judge Shushan re Zantaz DPP Verification; United States' Log of ZANTAZ Documents Challenged by BP and over which the US only Asserts Deliberative Process Privilege | 9/27/2012 | $ 35.00 | 14 |
| United States' Clawback Notification for September 28, 2012; United States' Clawback Log for September 28, 2012 | 09/28/2012 | $ 35.00 | 14 |
| United States' Privilege Log 61 (Clawback and Landry) | 09/28/2012 | $ 35.00 | 14 |
| Letter to Judge Shushan re Cumulative Log List; United States' Cumulative List of Privilege Logs for the Week Ending Sept. 28, 2012 | 09/28/2012 | $ 35.00 | 14 |
| United States' Clawback Notice for October 2, 2012; United States' Clawback Log for October 2, 2012 | 10/02/2012 | $ 35.00 | 15 |
| United States Privilege Log 62 (Clawback and McNutt) | 10/02/2012 | $ 35.00 | 15 |
| United States Clawback Notice for October 4, 2012; United States Clawback Log for October 4, 2012 | 10/04/2012 | $ 35.00 | 15 |
| United States Privilege Log 63 | 10/04/2012 | $ 35.00 | 15 |
| United States Privilege Log 64 | 10/05/2012 | $ 35.00 | 15 |
| Letter to Judge Shushan re US Cumulative Privilege Log List for October 5, 2012; US Cumulative Privilege Log List for October 5, 2012 | 10/05/2012 | $ 35.00 | 15 |
| Letter to Judge Shushan re Completion of US QA QC of its Production | 10/10/2012 | $ 35.00 | 15 |
| United States Clawback Notification; United States Clawback Log for October 12, 2012 | 10/12/2012 | $ 35.00 | 16 |

**Exhibit 2**
**Fees of the Clerk, 28 U.S.C. §1920(1)**

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| Letter to Judge Shushan re US Production of Documents | 10/17/2012 | $ 35.00 | 16 |
| United States Clawback Notification; United States Clawback Log for October 17, 2012 | 10/18/2012 | $ 35.00 | 16 |
| Letter to Judge Shushan re Cumulative Log List; United States Cumulative List of Privilege Logs; United States' October 18, 2012 Clawback Notification; United States' 65th Privilege Log (Phase 1 DPP Claims); United States' 66th Privilege Log (Phase 1 Non-DPP Claims); United States' 67th Privilege Log (Phase 2 DPP Claims); United States' 68th Privilege Log (Phase 2 Non-DPP Claims); United States' 69th Privilege Log (Later Phases DPP Claims); United States' 70th Privilege Log (Later Phases Non-DPP Claims) | 10/18/2012 | $ 35.00 | 16 |
| United States' Corrected Privilege Log 69 | 10/19/2012 | $ 35.00 | 16 |
| United States' Clawback Notification of October 22, 2012; United States' 71st Privilege Log | 10/22/2012 | $ 35.00 | 16 |
| US Clawback Log of October 24, 2012; US Privilege Log 72 | 10/24/2012 | $ 35.00 | 17 |
| United States' Cumulative List of Privilege Logs as of October 25, 2012 | 10/25/2012 | $ 35.00 | 17 |
| US Clawback Notice of October 26, 2012; US Privilege Log 73 | 10/26/2012 | $ 35.00 | 17 |
| Letter to Allan Pixton re Various Open Discovery Issues (and attachment) | 10/29/2012 | $ 35.00 | 17 |
| Letter to Allan Pixton re Various Open Discovery Issues (Actual Letter) | 10/29/2012 | $ 35.00 | 17 |
| US Clawback Notice of October 31, 2012 | 10/31/2012 | $ 35.00 | 17 |
| United States' Letter to BP re: Production of Intertek Videos; Exhibit 9754 | 11/01/2012 | $ 35.00 | 18 |
| United States' Cumulative List of Privilege Logs | 11/02/2012 | $ 35.00 | 18 |
| United States Clawback Notification; United States Clawback Log for November 5, 2012 | 11/05/2012 | $ 35.00 | 18 |
| United States Clawback Notification and Privilege Log 74; United States Clawback Log for November 8, 2012; United States Privilege Log 74 | 11/08/2012 | $ 35.00 | 19 |
| United States' Cumulative Log List for November 9, 2012 | 11/09/2012 | $ 35.00 | 19 |

**Exhibit 2**
**Fees of the Clerk, 28 U.S.C. §1920(1)**

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| United States Cumulative List of Privilege Logs for November 23, 2012; United States' 75th Privilege Log (UC - Leifer) | 11/23/2012 | $ 35.00 | 19 |
| Confidentiality Designations for Stewart Griffiths Deposition | 11/27/2012 | $ 35.00 | 19 |
| United States' Good Faith Phase Two Trial Exhibit List - First Installment | 12/19/2012 | $ 35.00 | 20 |
| US Privilege Log 76 | 12/20/2012 | $ 35.00 | 20 |
| United States' Cumulative Log List | 12/20/2012 | $ 35.00 | 21 |
| United States' Letter Brief re Certain BP Rule 30(b)(6) Depositions (Redacted) | 12/21/2012 | $ 35.00 | 21 |
| United States' 77th Privilege Log | 01/03/2013 | $ 35.00 | 22 |
| United States' Cumulative List of Privilege Logs for January 4, 2013 | 01/04/2013 | $ 35.00 | 22 |
| United States' Objections to Phase Two Good Faith Exhibit List -- First Installment | 01/14/2013 | $ 35.00 | 23 |
| Letter to Judge Shushan re U.S. Rule 30(b)(6) Designees | 01/16/2013 | $ 35.00 | 23 |
| Letter to Judge Shushan re EPA Search Terms | 01/17/2013 | $ 35.00 | 23 |
| US Privilege Log #80 | 01/30/2013 | $ 35.00 | 24 |
| Letter to Judge Shushan re BP's Motion to Reconsider regarding BP's Rule 30(b)(6) Designees and attached exhibits | 01/30/2013 | $ 35.00 | 24 |
| United States' Cumulative List of Privilege Logs for February 1, 2013 & United States' 81st Privilege Log | 02/01/2013 | $ 35.00 | 25 |
| Letter to Judge Shushan requesting Clarification or Reconsideration of Order re US Rule 30(b)(6) Designees | 02/08/2013 | $ 35.00 | 26 |
| United States' Cumulative List of Confidentiality De-Designations | 02/13/2013 | $ 35.00 | 26 |
| United States' Motion in Limine for Admission of Nine Phase II Trial Exhibits, Memorandum in Support and Exhibits Thereto, with Proposed Order [Rec. Doc. 8587]; United States' Ex Parte Motion to File its Unredacted Memorandum and Exhibits Under Seal Regarding Motion in Limine for Admission of Nine Trial Exhibits, with Proposed Order [Dkt. No. 8587] [Rec. Doc. 8588] | 02/15/2013 | $ 35.00 | 26 |

**Exhibit 2**
**Fees of the Clerk, 28 U.S.C. §1920(1)**

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| United States' Reply Memorandum in Support of Motion for Admission of Nine Trial Exhibits (Phase Two) - filed 3-1-2013 [Rec. Doc. 8733] | 03/01/2013 | $ 35.00 | 27 |
| United States' Cumulative Privilege Log List & United States' 83rd Privilege Log (EPA) | 03/05/2013 | $ 35.00 | 27 |
| United States' Response to Interrogatories from Rec. Doc #8466 | 03/08/2013 | $ 35.00 | 28 |
| United States' Cumulative Clawback Log as of March 15, 2013 | 03/15/2013 | $ 35.00 | 28 |
| United States' Phase Two Expert Witness Disclosure | 03/22/2013 | $ 35.00 | 28 |
| Notice of Filing United States' Good Faith Phase Two Trial Exhibit List -- Second Installment & United States' Good Faith Phase Two Trial Exhibit List -- Second Installment | 03/29/2013 | $ 35.00 | 28 |
| Revised Consideration Materials List for United States' Expert Dr. Ronald Dykhuizen & Revised Consideration Materials List for United States' Experts Drs. Mohan Kelkar and Rajagopal Raghavan | 04/01/2013 | $ 35.00 | 30 |
| United States' Trial Objections to the Deposition Bundles of Gary Kenney and Neil Thompson (with attachments) | 04/04/2013 | $ 35.00 | 30 |
| US Cumulative Clawback Log of April 15, 2013 & United States' 84th Privilege Log | 04/16/2013 | $ 35.00 | 30 |
| United States' Objections to Good Faith Phase Two Trial Exhibit List -- Second Installment | 04/19/2013 | $ 35.00 | 30 |
| U.S. Cumulative Clawback Log of May 15, 2013 | 05/15/2013 | $ 35.00 | 31 |
| Motion for Entry of Revised Versions of PTO 37 and 39 (and attachments) | 05/17/2013 | $ 35.00 | 32 |
| United States' Letter Brief in Response to BP's Letter Brief Regarding the Admissibility of TREX-009088 | 05/28/2013 | $ 35.00 | 32 |
| Motion to Exclude Expert Testimony; Memorandum in Support; Proposed Order; Exhibit 1 | 05/29/2013 | $ 35.00 | 32 |
| US Brief Regarding Dr. Marchand; BP Witness Disclosure; US Initial Letter; BP Letter: US Second Letter | 06/07/2013 | $ 35.00 | 33 |
| United States' Second Phase Two Expert Witness Disclosure | 06/10/2013 | $ 35.00 | 33 |
| Phase Two Witness List | 06/24/2013 | $ 35.00 | 34 |

Exhibit 2
Fees of the Clerk, 28 U.S.C. §1920(1)

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| United States' Objections to and Motion to Review "Order Regarding BP-Anadarko's Motion to Strike Rebuttal Experts for the U.S.", Memorandum in Support, and Exhibits thereto - filed 6-27-2013 [Rec. Doc. 10533] | 06/27/2013 | $ 35.00 | 34 |
| United States' Ex Parte Motion to File Under Seal Certain Exhibits Regarding United States' Objections to and Motion to Review "Order Regarding Motion to Strike Rebuttal Experts for the U.S." - filed 6-27-2013 [Rec. Doc. 10535] | 06/27/2013 | $ 35.00 | 34 |
| United States' Phase Two, Quantification Segment, Motion in Limine to Exclude Admittedly Incorrect Opinion Testimony of Adrian Johnson - filed 8-19-2016 [Doc. 11052]; Phase Two, Quantification Segment, Motion in Limine of the United States: Motion to Preclude Opinion Testimony of BP-Anadarko Witness Curtis Whitson as to Pure Question of Law - filed 8-19-2013 [Doc. 11056]; United States' Phase Two, Quantification Segment, Motion in Limine to Exclude the Testimony of Srdjan Nesic filed 8-19-2013 [Doc. 11058] | 08/19/2013 | $ 35.00 | 35 |
| Phase Two, Quantification Segment, Motion in Limine of the United States: Motion to Exclude the Expert Testimony of Michael Zaldivar filed 8-19-2013 [Doc. 11057] - Part 1 of 3; Phase Two, Quantification Segment, Motion in Limine of the United States: Motion to Exclude the Expert Testimony of Michael Zaldivar filed 8-19-2013 [Doc. 11057] - Part 2 of 3; Phase Two, Quantification Segment, Motion in Limine of the United States: Motion to Exclude the Expert Testimony of Michael Zaldivar filed 8-19-2013 [Doc. 11057] - Part 3 of 3; United States' Ex Parte Motion to File Its Unredacted Memorandum and Exhibits Under Seal Regarding Motion to Exclude Expert Testimony of Michael Zaldivar filed 8-19-2013 [Doc. 11059]; Phase Two Quantification Segment; Motion in Limine of the United States: Motion to Preclude Surrebuttal Expert Opinion Testimony Not Disclosed in Rule 26(a) Written Reports of Certain BP-Anadarko Witnesses filed 8-19-2013 [Doc. 11060] | 08/19/2013 | $ 35.00 | 35 |
| United States' Cumulative Confidentiality De-Designation Log of August 23, 2013 | 08/23/2013 | $ 35.00 | 35 |
| Notice of Filing of United States' Phase Two Exhibit List Installment 3 (and Parts 1-6) | 08/23/2013 | $ 35.00 | 36 |
| United States' 85th Privilege Log; United States' Cumulative Claw-Back Log of August 30, 2013 | 08/30/2013 | $ 35.00 | 36 |
| United States' Objections to Good Faith Phase Two Trial Exhibit List - Third Installment | 08/30/2013 | $ 35.00 | 36 |
| United States' Opposition to BP's Motion in Limine to Exclude Other Government Reports and Privileged Communications Relating to the Scope of BP's Internal Investigation from Both Segments of the Phase Two Trial (and 5 attachments) | 09/03/2013 | $ 35.00 | 37 |
| United States' Cumulative De-Designation Log of September 3, 2013 | 09/03/2013 | $ 35.00 | 37 |

Exhibit 2
Fees of the Clerk, 28 U.S.C. §1920(1)

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| United States' Memorandum in Opposition to BP's Motion to Exclude Opinions and Testimony of Drs. Dykhuizen and Griffiths (and Attachments 1-24); Motion to Seal Attachments 10, 17, and 18 to United States' Memorandum in Opposition to BP's Motion to Exclude Opinions and Testimony of Drs. Dykhuizen and Griffiths; Proposed Order Granting Motion to Seal Attachments 10, 17, and 18 to United States' Memorandum in Opposition to BP's Motion to Exclude Opinions and Testimony of Drs. Dykhuizen and Griffiths | 09/03/2013 | $ 35.00 | 38 |
| United States' Memorandum in Opposition to BP's Motion to Exclude Certain Opinions and Testimony of Dr. Mohan Kelkar, with Exhibits - Filed 9-3-2013 [Rec. Doc. 11201] -- Parts 1-6 | 09/03/2013 | $ 35.00 | 38 |
| United States' Memorandum in Opposition to BP's Motion to Exclude Opinions and Testimony of Dr. Nathan Bushnell (and 25 exhibits); Motion to Seal Exhibits to United States' Memorandum in Opposition to BP's Motion to Exclude Opinions and Testimony of Dr. Nathan Bushnell; Proposed Order Granting Motion to Seal Certain Exhibits to United States' Memorandum in Opposition to BP's Motion to Exclude Opinions and Testimony of Dr. Nathan Bushnell | 09/04/2013 | $ 35.00 | 39 |
| United States of America's Pre-Trial Statement for Phase Two: Number of Barrels of Oil Discharged, and BP's Statements and Actions Related to Quantification and Source Control - filed 9-5-2013 [Rec. Doc. 11265] | 09/05/2013 | $ 35.00 | 40 |
| Reply in Support of United States' Motion to Preclude Surrebuttal Expert Opinion | 09/10/2013 | $ 35.00 | 40 |
| Reply Memorandum in Support of Motion in Limine to Exclude the Expert Testimony of Dr. Srjdan Nesic (and 1 attachment); Reply Memorandum in Support of the United States' Motion to Preclude Opinion Testimony of Curtis Whitson (and 2 attachments); Reply Memorandum in Support of Motion in Limine to Exclude the Expert Testimony of Michael Zaldivar (and 7 attachments) | 09/10/2013 | $ 35.00 | 40 |
| United States' Good Faith Phase 2 Exhibit List - Final Installment | 09/13/2013 | $ 35.00 | 40 |
| Corrected United States Phase 2 Good Faith Exhibit List | 09/16/2013 | $ 35.00 | 40 |
| Motion to Review Magistrate's Order Regarding Motion to Strike Dr. Nathan Bushnell Deposition Designation or, in the alternative, Motion to Strike BP "Relied Upon" Experts; Proposed Order Granting Motion to Review Magistrate's Order Regarding Motion to Strike Dr. Nathan Bushnell Deposition Designation or, in the alternative Motion to Strike BP "Relied Upon" Experts; Brief in Support of Motion to Review Magistrate's Order Regarding Motion to Strike Dr. Nathan Bushnell Deposition Designation or, in the Alternative Motion to Strike BP "Relied Upon" Experts; Exhibits in Support of Motion to Review Magistrate's Order Regarding Motion to Strike Dr. Nathan Bushnell Deposition Designation or, in the Alternative Motion to Strike BP "Relied Upon" Experts | 09/16/2013 | $ 35.00 | 41 |
| Corrected Proposed Order Granting Motion to Review Magistrate's Order Regarding Motion to Strike Dr. Nathan Bushnell Deposition Designation or, in the Alternative Motion to Strike BP "Relied Upon" Experts | 09/16/2013 | $ 35.00 | 41 |

**Exhibit 2**
**Fees of the Clerk, 28 U.S.C. §1920(1)**

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| United States' Motion to Review Magistrate's Order Regarding Motion to Strike Dr. Nathan Bushnell Deposition Designation and, in the Alternative, Motion to Strike BP "Relied Upon" Experts; Memorandum in Support, and Exhibits thereto -- filed 9-17-2013 [Rec. Doc. 11397] | 09/17/2013 | $ 35.00 | 41 |
| United States' Objections to Good Faith Phase Two Exhibit Lists | 09/20/2013 | $ 35.00 | 41 |
| United States' 86th Privilege Log; United States' Cumulative Clawback Log of September 24, 2013 | 09/24/2013 | $ 35.00 | 41 |
| Parties' Phase Two Good Faith Combined Trial Exhibit and Objection List (Pleading); Parties' Phase Two Good Faith Combined Trial Exhibit and Objection List (List) | 09/26/2013 | $ 35.00 | 42 |
| United States' Objections to BP's Demonstratives | 09/30/2013 | $ 35.00 | 42 |
| United States' Objections to BP's Second Disclosure of Demonstratives for the Quantification Segment of the Phase Two Trial | 10/03/2013 | $ 35.00 | 43 |
| United States' Phase Two Post-Trial Brief; Notice of Filing of United States' Proposed Findings of Fact and Conclusions of Law; United States' Proposed Findings of Fact; Attachment A to United States' Proposed Findings of Facts (Lynch Errata); United States' Proposed Conclusions of Law | 12/20/2013 | $ 35.00 | 44 |
| United States Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents, and Exhibits thereto [Rec. Doc. 12460] - filed 3-6-2014 (Parts 1-3); Corrected United States' Motion to File Three Exhibits Under Seal Regarding United States Opposition to BPXP's Motion in Limine to Exclude (1) Additional Evidence of Culpability and (2) Evidence Relating to Prior Incidents [Rec. Doc. 12464] - filed 3-6-2014; United States' Opposition to Motion in Limine of Defendant Anadarko Petroleum Corporation to Exclude All Evidence Regarding Anadarko's Culpability [Rec. Doc. 12462] - filed 3-6-2014 (Parts 1 and 2) | 03/06/2014 | $ 35.00 | 45 |
| Additional Response of the United States to Order [Re: Preparation for Discovery in the Penalty Phase]; Memorandum on the Burden of Proof for the Penalty Factors in Section 311(b) of the Clean Water Act [Rec. Doc. 12479] - filed 3-10-14 | 03/10/2014 | $ 35.00 | 45 |
| U.S. Reply to Anadarko's Opposition to Motion for Discovery of Anadarko's Subsidiaries & Exhibit | 03/17/2014 | $ 20.00 | 45 |
| United States' Motion to Compel Production of the Injury and Illness Database, Memorandum in Support, and Exhibit thereto - filed 5-30-14 [Rec. Doc. 12958]; Motion to Expedite the United States' Motion to Compel Production of the Injury and Illness Database - filed 5-30-14 [Rec. Doc. 12959] | 05/30/2014 | $ 35.00 | 46 |
| United States Penalty Phase Cumulative Clawback Log of July 2, 2014 | 07/02/2014 | $ 35.00 | 47 |
| United States' Third Supplemental Response to Defendants' Penalty Phase Discovery | 07/09/2014 | $ 35.00 | 47 |

**Exhibit 2**
**Fees of the Clerk, 28 U.S.C. §1920(1)**

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| US Privilege Log 87; Declaration of Ed Keable in Support of US Privilege Log 87; Declaration of RADM Poulin in Support of US Privilege Log 87; US Cumulative Claw Back Log as of July 11, 2014; United States' Third Amended Initial Rule 26 Disclosure | 07/11/2014 | $ 35.00 | 47 |
| Motion to Review Order Regarding Admiral Mary Landry; Brief in Support of Motion to Review Order Regarding Admiral Mary Landry; Proposed Order in Support of Motion to Review Order Regarding Admiral Mary Landry; Letter to Judge Shushan regarding addition of Robin Conmy to US Rule 26(a) Disclosure | 08/08/2014 | $ 35.00 | 48 |
| United States' Penalty Phase "Round 2" Expert Witness Disclosure | 09/12/2014 | $ 35.00 | 49 |
| Notice of Filing United States' Good Faith Penalty Phase Trial Exhibit List: First Installment; United States' Good Faith Penalty Phase Trial Exhibit List: First Installment | 09/26/2014 | $ 35.00 | 49 |
| Notice of Service of US Round 3 Expert Reports | 09/26/2014 | $ 35.00 | 49 |
| US First Good Faith Report on Confidentiality Status of Penalty Phase Exhibits | 10/03/2014 | $ 35.00 | 50 |
| United States' Initial Objections to September 26, 2014 Good Faith Penalty Phase Trial Exhibit Lists | 10/08/2014 | $ 35.00 | 50 |
| Notice of Filing of Stipulations (Phase III) Under the "Framework for Early Restoration Addressing Injuries Resulting from the Deepwater Horizon Oil Spill" - filed 10-9-2014 [Rec. Doc. 13481] (and exhibits 1-4) | 10/09/2014 | $ 35.00 | 50 |
| Plaintiff United States' (1) Motion in Limine to Admit Evidence Pertaining to Anadarko's Contentions Concerning Non-Operators and (2) In Opposition to Anadarko's Motion to Enforce the Court's Order Excluding Culpability Evidence Against Anadarko, Memorandum in Support, and Exhibits thereto - filed 12-2-14 - [Rec. Doc. 13747] | 12/02/2014 | $ 35.00 | 51 |
| United States' Motion in Limine to Exclude Legal Opinion Testimony of David Sunding, Memorandum in Support, and Exhibits thereto - filed 12-5-14 [Rec. Doc. 13764] | 12/05/2014 | $ 35.00 | 51 |
| Opposition of the United States To: BPXP's Motion to Establish as a Matter of Law the Maximum CWA Per-Barrel Civil Penalty - filed 12-8-2014 [Rec. Doc. 13796] | 12/08/2014 | $ 35.00 | 51 |
| US Penalty Phase Exhibit List -- Second Installment; US Final Penalty Phase Witness List; US Notice of Video Clips from Deposition that the United States May Use at Trial | 12/12/2014 | $ 35.00 | 51 |
| United States' Memorandum in Opposition to BPXP's Motion to Strike Opinions and Testimony of Charles F. Mason -filed 12-15-14 [Rec. Doc. 13846]; United States' Opposition to BPXP's Motion to Exclude the Opinions and Testimony of Dr. Richard W. Clapp - filed 12-15-14 [Rec. Doc. 13850] | 12/15/2014 | $ 35.00 | 51 |
| US Opposition to BP's Motion to Exclude Testimony of Dr. Diane Austin (and exhibits) | 12/15/2014 | $ 35.00 | 51 |
| US Opposition to BP Motion to Exclude Testimony of Captain Mark VanHaverbeke (and exhibits) | 12/15/2014 | $ 35.00 | 52 |

**Exhibit 2**
**Fees of the Clerk, 28 U.S.C. §1920(1)**

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| United States' Memorandum in Opposition to BPXP's Motion to Exclude the Reports and Testimony of Dr. Fredric Quivik - filed 12-15-14 [Rec. Doc. 13858]; Opposition of the United States To: BPXP's Motion to Exclude Certain Opinions of Dr. Stanley Rice filed 12-15-14 [Rec. Doc. 13859] | 12/15/2014 | $ 35.00 | 52 |
| US Opposition to BP's Motion to Exclude Opinions and Testimony of Dr. Donald Boesch and Dr. Stanley Rice Regarding Speculative Environmental Harm by Defendant BP Exploration & Production Inc. (and exhibits) | 12/15/2014 | $ 35.00 | 52 |
| Opposition to Motion to Exclude Reports and Testimony of Ian Ratner by Defendant BP Exploration & Production Inc. (and exhibits) | 12/15/2014 | $ 35.00 | 53 |
| Omnibus Ex Parte Motion by the United States for Leave to File Documents Under Seal Related to Five Motions - filed 12-15-14 [Rec. Doc. 13863] | 12/15/2014 | $ 35.00 | 53 |
| Pre-Trial Statement of the United States Regarding the Appropriate Civil Penalty for Anadarko Petroleum Corporation - filed 12-19-2014 [Rec. Doc. 13896] | 12/19/2014 | $ 35.00 | 54 |
| Reply of the United States in Support of: Motion by the United States Seeking a Legal Ruling Regarding the Applicable Statutory Maximum Regulation - filed 12-19-2014 [Rec. Doc. 13890]; United States' Response to BPXP's Motion in Limine to Preclude the United States from Introducing Evidence for the Purpose of Establishing the Liability of BP Group Entities Other than BPXP - filed 12-19-2014 [Rec. Doc. 13893]; United States' Errata Sheet for the United States' Good Faith Penalty Phase Trial Exhibit List - filed 12-19-2014 [Rec. Doc. 13899]; United States' Second Good Faith Confidentiality Status Report | 12/19/2014 | $ 35.00 | 54 |
| Opposition of the United States To: BPXP's Motion to Exclude Certain Opinions of Dr. Stanley Rice - filed 12-15-14 [Rec. Doc. 13859]; United States' Memorandum in Opposition to BPXP's Motion to Exclude the Reports and Testimony of Dr. Fredric Quivik [Redacted per Order, Rec. Doc. 13875] - filed 12-22-14 [Rec. Doc. 13908] | 12/22/2014 | $ 35.00 | 54 |
| United States' Memorandum in Opposition to BPXP's Motion to Exclude the Reports and Testimony of Ian Ratner [Redacted after review per Order, Rec. Doc. 13875] - filed 12-22-2014 [Rec. Doc. 13912] | 12/22/2014 | $ 35.00 | 54 |
| United States' Reply in Support of its Motion in Limine to Exclude Legal Opinion Testimony of David Sunding (and exhibits) | 12/22/2014 | $ 35.00 | 55 |
| United States' Rebuttal Video Clips | 12/29/2014 | $ 35.00 | 55 |
| United States' Amendment to the United States' Good Faith Penalty Phase Trial Exhibit List (Rec. Doc. 13838) -- filed 1-5-2015 [Rec. Doc. 13969] | 01/05/2015 | $ 35.00 | 56 |
| United States' Opposition to BPXP's Motion to Strike Errata Sheets for the Expert Reports of Dr. Stanley Rice, Capt. Mark VanHaverbeke, and Mr. Ian Ratner, and Exhibits thereto - filed 1-9-2015 [Rec. Doc. 14003]; Ex Parte Motion by the United States for Leave to File Documents Under Seal and Request for an Order - filed 1-9-2015 [Rec. Doc. 14004]; United States' Second Amendment to the United States' Good Faith Penalty Phase Trial Exhibit List - filed 1-9-2015 [Rec. Doc. 13999] | 01/09/2015 | $ 35.00 | 56 |
| United States' Objections to Defendants' Final Good Faith Penalty Phase Exhibit Lists | 01/16/2015 | $ 35.00 | 56 |

**Exhibit 2**
**Fees of the Clerk, 28 U.S.C. §1920(1)**

| Fees of the Clerk, 28 U.S.C. §1920(1) (Lexis File & Serve Fees) | Date | Amount Charged | Page |
|---|---|---|---|
| United States' Third Amendment to the United States' Good Faith Penalty Phase Trial Exhibit List | 01/17/2015 | $ 35.00 | 56 |
| United States' Fourth Amendment to the United States' Good Faith Penalty Phase Trial Exhibit List [Rec. Doc. 13838] | 01/20/2015 | $ 35.00 | 56 |
| United States' Fifth Amendment to the United States' Good Faith Penalty Phase Trial Exhibit List [Rec. Doc. 13838] | 01/30/2015 | $ 35.00 | 56 |
| United States' Proposed Findings of Fact for the Penalty Phase Trial (Redacted); United States' Proposed Conclusions of Law for the Penalty Phase Trial; United States' Ex Parte Motion to Seal Appendix A to the United States' Proposed Findings of Fact for the Penalty Phase Trial; Proposed Order Granting United States' Ex Parte Motion to Seal Appendix A to the United States' Proposed Findings of Fact for the Penalty Phase Trial | 03/27/2015 | $ 35.00 | 58 |
| United States of America's Post-Trial Brief | 03/27/2015 | $ 35.00 | 58 |
| United States' Reply to Defendants' Post-Trial Papers | 04/24/2015 | $ 35.00 | 59 |
| **TOTAL** | | **$ 5,480.00** | |