# Exhibit 3

**TO UNITED STATES' BILL OF COSTS**

**Exhibit 3**
**Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2)**
(Court Proceedings)

| FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE, 28 U.S.C. §1920(2) (Court Proceedings) | DATE | TRANSCRIPT COSTS | PAGE(S) | Comments |
|---|---|---|---|---|
| TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS BEFORE JUDGE SHUSHAN ON 11/18/11 | 11/18/2011 | $ 89.10 | 1 | |
| TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS BEFORE JUDGE BARBIER ON 11/18/11 | 11/18/2011 | $ 96.30 | 2 | |
| TRANSCRIPT OF PRETRIAL CONFERENCE HELD ON 9/11/13 | 9/11/2013 | $ 63.90 | 3 | |
| PHASE 2: TRIAL TRANSCRIPT AM SESSION 9/30 TO 10/3/13 (SOURCE CONTROL), PM SESSION 10/15/13 (QUANTIFICATION) | 9/30/2013-10/03/2013; 10/15/2013 | $ 864.00 | 4 | Amount reflects 1/5 of the total cost |
| PHASE 2: TRIAL TRANSCRIPT PM SESSION 9/30/13-10/3/13 (SOURCE CONTROL), 10/17/13 (QUANTIFICATION) | 9/30/2013-10/03/2013; 10/17/2013 | $ 864.00 | 5 | Amount reflects 1/5 of the total cost |
| PHASE 2: TRIAL TRANSCRIPT AM SESSION 9/30 TO 10/3/13 (SOURCE CONTROL), PM SESSION 10/15/13 (QUANTIFICATION) | 9/30/2013-10/03/2013; 10/15/2013 | $ 140.72 | 6 | Amount reflects 1/5 of the total cost |
| PHASE 2: TRIAL TRANSCRIPT FOR PM SESSION 9/30/13-10/3/13 (SOURCE CONTROL), PM SESSION 10/17/13 (QUANTIFICATION) | 9/30/2013-10/03/2013; 10/17/2013 | $ 379.52 | 7 | Amount reflects 1/5 of the total cost |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/7/13 AM SESSION | 10/7/2013 | $ 1,513.17 | 8 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/7/13 PM SESSION | 10/7/2013 | $ 2,322.54 | 9 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/8/13 AM SESSION | 10/8/2013 | $ 1,395.87 | 10 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/8/13 PM SESSION | 10/8/2013 | $ 2,041.02 | 11 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/9/13 AM SESSION | 10/9/2013 | $ 1,724.31 | 12 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/9/13 PM SESSION | 10/9/2013 | $ 1,442.79 | 13 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/10/13 AM SESSION | 10/10/2013 | $ 1,607.01 | 14 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/10/13 PM SESSION | 10/10/2013 | $ 973.59 | 15 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/15/13 AM SESSION | 10/15/2013 | $ 1,802.19 | 16 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/16/13 AM SESSION | 10/16/2013 | $ 1,802.19 | 17 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/17/13 AM SESSION | 10/17/2013 | $ 1,801.26 | 18 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/18/13 AM SESSION | 10/18/2013 | $ 1,665.66 | 19 | |
| PHASE 2/QUANTIFICATION:  DAILY TRIAL TRANSCRIPT FOR 10/18/13 PM SESSION | 10/18/2013 | $ 1,055.70 | 20 | |
| TRANSCRIPT OF THE FINAL EXHIBIT MARSHALING CONFERENCE FOR PHASE 2 TRIAL - 11/7/13 | 11/7/2013 | $ 28.80 | 21 | |
| TRANSCRIPT OF STATUS CONFERENCE HELD ON 4/17/2014 | 4/17/2014 | $ 103.55 | 22 | |
| TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS BEFORE JUDGE SHUSHAN ON JULY 24, 2014 | 7/24/2014 | $ 123.00 | 23 | |
| TRANSCRIPT OF STATUS CONFERENCE HELD ON 8/7/14 | 8/7/2014 | $ 39.90 | 24 | |
| TRANSCRIPT OF STATUS CONFERENCE HELD ON 9/4/14 | 9/4/2014 | $ 74.05 | 25 | |

**Exhibit 3**
**Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2)**
**(Court Proceedings)**

| FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE, 28 U.S.C. §1920(2) (Court Proceedings) | DATE | TRANSCRIPT COSTS | PAGE(S) | Comments |
|---|---|---|---|---|
| TRANSCRIPT OF STATUS CONFERENCE HELD ON 9/18/14 | 9/18/2014 | $ 108.40 | 26 | |
| TRANSCRIPT OF STATUS CONFERENCE HELD ON 9/24/14 | 9/24/2014 | $ 483.85 | 27 | |
| TRANSCRIPT OF STATUS CONFERENCE HELD 10/2/14 | 10/2/2014 | $ 42.35 | 28 | |
| TRANSCRIPT OF STATUS CONFERENCE HELD 10/30/14 AND 10/31/2014 | 10/30/2014-10/31/2014 | $ 328.00 | 29 | |
| TRANSCRIPT PENALTY PHASE STATUS CONFERENCE PROCEEDINGS 12/4/2014 | 12/4/2014 | $ 117.50 | 30 | |
| TRANSCRIPT OF PENALTY PHASE STATUS CONFERENCE HELD 12/18/14 | 12/18/2014 | $ 134.15 | 31 | |
| TRANSCRIPT PENALTY PHASE STATUS CONFERENCE PROCEEDINGS 1/7/2015 | 1/7/2015 | $ 217.35 | 32 | |
| PENALTY PHASE TRIAL: 3 REALTIME FEEDS | 1/7/2015-2/2/2015 | $ 2,524.50 | 33 | |
| TRANSCRIPT OF PENALTY PHASE STATUS CONFERENCE HELD 1/8/15 | 1/8/2015 | $ 25.55 | 34 | |
| ADVANCE DEPOSIT FOR DAILY ROUGH & FINAL TRIAL TRANSCRIPT FOR PENALTY PHASE TRIAL | 1/13/2015-1/14/2015 | $ 2,000.00 | 35 | |
| ADVANCE DEPOSIT FOR DAILY ROUGH & FINAL TRIAL TRANSCRIPT FOR PENALTY PHASE TRIAL | 1/13/2015-1/14/2015 | $ 2,000.00 | 36 | |
| ADVANCE DEPOSIT FOR DAILY ROUGH & FINAL TRIAL TRANSCRIPT FOR PENALTY PHASE TRIAL | 1/13/2015-1/14/2015 | $ 2,000.00 | 37 | |
| ADVANCE DEPOSIT FOR DAILY ROUGH & FINAL TRIAL TRANSCRIPT FOR PENALTY PHASE TRIAL | 1/13/2015-1/14/2015 | $ 2,000.00 | 38 | |
| PENALTY PHASE TRIAL: REALTIME FEEDS FOR TRIAL PROCEEDINGS HELD ON 1/20/15-1/23/15 | 1/20/2015-1/23/2015 | $ 2,385.00 | 39 | |
| PENALTY PHASE TRIAL: HOURLY TRANSCRIPT FOR 1/20/15-1/23/15, DAYS 1-4 MORNING SESSIONS | 1/20/2015-1/23/2015 | $ 1,036.90 | 40 | |
| PENALTY PHASE TRIAL: HOURLY TRIAL TRANSCRIPTS 1/26/15 TO 2/2/15, DAYS 5-8, MORNING SESSIONS | 1/26/2015-2/2/2015 | $ 1,214.53 | 41 | |
| PENALTY PHASE TRIAL: HOURLY TRANSCRIPT FOR 1/26/15-2/2/15, DAYS 5-8 AFTERNOON SESSIONS | 1/26/2015-2/2/2015 | $ 1,237.45 | 42 | |
| PENALTY PHASE TRIAL: HOURLY TRANSCRIPT FOR 1/26/15-2/2/15, DAYS 5-8 AFTERNOON SESSIONS | 1/26/2015-2/2/2015 | $ 2,542.50 | 43 | |
| TOTAL | | $ 44,412.17 | | |