# Exhibit 4

**TO UNITED STATES' BILL OF COSTS**

**Exhibit 4**
Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2)
(Deposition Transcripts)

| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2) (Deposition Transcripts) | Phase | Date of Deposition | Deposition Transcript Costs | Deposition Video Costs | Total Costs | Page(s) |
|---|---|---|---|---|---|---|
| Deposition of Richard Vargo | Phase I | 03/30/2011 - 03/31/2011 | $ 2,101.70 | $ 640.00 | $ 2,741.70 | 1-3 |
| Deposition of Robert Bodek | Phase I | 04/11/2011 - 04/12/2011 | $ 1,892.75 | | $ 1,892.75 | 4-5 |
| Deposition of Paul Chandler | Phase I | 05/04/2011 | $ 755.80 | $ 280.00 | $ 1,035.80 | 253-254 |
| Deposition of Alan O'Donnell | Phase I | 05/05/2011 | $ 694.90 | $ 280.00 | $ 974.90 | 6-7 |
| Deposition of Jim Bryan | Phase I | 05/06/2011 | | $ 120.00 | $ 120.00 | 8 |
| Deposition of Robert Quitzau | Phase I | 5/25/2011 - 5/26/2011 | $ 1,465.40 | $ 560.00 | $ 2,025.40 | 9-11 |
| Deposition of Kirk Wardlaw | Phase I | 06/09/2011 | | $ 320.00 | $ 320.00 | 12 |
| Deposition of Darrell Hollek | Phase I | 06/22/2011 | $ 1,256.68 | | $ 1,256.68 | 13 |
| Deposition of Graham Pinky Vinson | Phase I | 06/23/2011 - 06/24/2011 | $ 2,153.09 | | $ 2,153.09 | 14-15 |
| Deposition of Michael Beirne | Phase I | 6/27/2011 - 06/28/2011 | $ 2,361.69 | | $ 2,361.69 | 16-17 |
| Deposition of Jerry Byrd | Phase I | 07/13/2011 | $ 616.78 | $ 160.00 | $ 776.78 | 18-19 |
| Deposition of Stuart Strife | Phase I | 10/05/2011 | $ 925.31 | $ 280.00 | $ 1,205.31 | 20-21 |
| Deposition of Roger Vernon | Phase I | 12/13/2011 | $ 789.32 | $ 200.00 | $ 989.32 | 22-23 |
| Deposition of Gordon Cain | Phase I | 12/19/2011 | $ 676.17 | | $ 676.17 | 24 |
| Deposition of James Lang | Phase I | 01/11/2012 | $ 1,061.04 | | $ 1,061.04 | 25 |
| Deposition of Graham Pinky Vinson | Phase I | 01/11/2012 | | $ 160.00 | $ 160.00 | 26 |
| Deposition of Paul Hsieh | Phase II | 09/11/2012 - 09/12/2012 | | $ 850.00 | $ 850.00 | 27 |
| Deposition of Brian O'Neill | Phase II | 09/12/2012 | | $ 300.00 | $ 300.00 | 28 |
| Deposition of Richard Camilli | Phase II | 09/12/2012 - 09/13/2012 | | $ 600.00 | $ 600.00 | 29 |
| Deposition of Matt Gochnour | Phase II | 09/13/2012 - 09/14/2012 | | $ 950.00 | $ 950.00 | 30 |
| Deposition of Steve Pelphrey | Phase II | 09/14/2012 | | $ 200.00 | $ 200.00 | 31 |
| Deposition of Jason LeBlanc | Phase II | 09/14/2012 - 09/15/2012 | | $ 325.00 | $ 325.00 | 32 |

**Exhibit 4**
Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2)
(Deposition Transcripts)

| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2) (Deposition Transcripts) | Phase | Date of Deposition | Deposition Transcript Costs | Deposition Video Costs | Total Costs | Page(s) |
|---|---|---|---|---|---|---|
| Deposition of Mark Sogge | Phase II | 09/18/2012 - 09/19/2012 | | $ 750.00 | $ 750.00 | 33 |
| Deposition of Graham Pinky Vinson | Phase II | 09/18/2012 - 09/19/2012 | | $ 650.00 | $ 650.00 | 34 |
| Deposition of Jaime Loos | Phase II | 09/20/2012 | | $ 350.00 | $ 350.00 | 35 |
| Deposition of Alan O'Donnell | Phase II | 09/21/2012 | | $ 300.00 | $ 300.00 | 36 |
| Deposition of Antonio Possolo | Phase II | 09/26/2012 - 09/27/2012 | | $ 750.00 | $ 750.00 | 37 |
| Deposition of Simon Bishop | Phase II | 09/27/2012 - 09/28/2012 | | $ 650.00 | $ 650.00 | 38 |
| Deposition of Mark Miller | Phase II | 10/01/2012 | $ 1,428.05 | $ 550.00 | $ 1,978.05 | 39-40 |
| Deposition of Ole Rygg | Phase II | 10/03/2012 | $ 1,474.17 | $ 600.00 | $ 2,074.17 | 41-42 |
| Deposition of Charles Henry | Phase II | 10/03/2012 - 10/04/2012 | $ 2,712.45 | $ 650.00 | $ 3,362.45 | 43-45 |
| Deposition of Tom Knox | Phase II | 10/11/2012 - 10/12/2012 | | $ 550.00 | $ 550.00 | 46 |
| Deposition of Adam Ballard | Phase II | 10/16/2012 - 10/17/2012 | $ 2,606.77 | $ 950.00 | $ 3,556.77 | 47-49 |
| Deposition of Arthur Ratzel | Phase II | 10/17/2012 - 10/18/2012 | $ 3,061.64 | $ 850.00 | $ 3,911.64 | 50-52 |
| Deposition of Mary Landry | Phase II | 10/22/2012 - 10/23/2012 | $ 3,355.64 | $ 900.00 | $ 4,255.64 | 53-56 |
| Deposition of Marcia McNutt | Phase II | 10/24/2012 - 10/25/2012 | $ 3,137.63 | $ 900.00 | $ 4,037.63 | 57-59 |
| Deposition of Yun Wang | Phase II | 10/24/2012 - 10/25/2012 | $ 1,565.07 | $ 600.00 | $ 2,165.07 | 60-62 |
| Deposition of Trevor Smith | Phase II | 10/25/2012 - 10/26/2012 | $ 2,848.24 | $ 750.00 | $ 3,598.24 | 63-65 |
| Deposition of Thomas Hunter | Phase II | 10/30/2012 - 10/31/2012 | $ 3,602.72 | $ 750.00 | $ 4,352.72 | 66-68 |
| Deposition of Don Maclay | Phase II | 10/31/2012 - 11/01/2012 | $ 3,022.03 | $ 900.00 | $ 3,922.03 | 69-72 |
| Deposition of Robert Quitzau | Phase II | 11/01/2012 - 11/02/2012 | $ 2,368.17 | | $ 2,368.17 | 73-74 |
| Deposition of Robert Sanders | Phase II | 11/05/2012 | $ 1,161.81 | $ 450.00 | $ 1,611.81 | 75-76 |
| Deposition of Robert Turlak | Phase II | 11/06/2012 - 11/27/2012 | $ 2,775.45 | $ 850.00 | $ 3,625.45 | 77-80 |
| Deposition of Tanner Gansert | Phase II | 11/12/2012 | $ 1,382.68 | | $ 1,382.68 | 81 |

**Exhibit 4**
Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2)
(Deposition Transcripts)

| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2) (Deposition Transcripts) | Phase | Date of Deposition | Deposition Transcript Costs | Deposition Video Costs | Total Costs | Page(s) |
|---|---|---|---|---|---|---|
| Deposition of Ruben Schulkes | Phase II | 11/12/2012 | $ 1,337.97 | $ 350.00 | $ 1,687.97 | 82-83 |
| Deposition of Kevin Devers | Phase II | 11/12/2012 - 11/13/2012 | $ 2,518.96 | $ 800.00 | $ 3,318.96 | 84-86 |
| Deposition of Stewart Griffiths | Phase II | 11/13/2012 - 11/14/2012 | $ 2,867.80 | $ 750.00 | $ 3,617.80 | 87-89 |
| Deposition of Earnest Bush | Phase II | 11/14/2012 | $ 723.76 | | $ 723.76 | 90 |
| Deposition of Andrew Woods | Phase II | 11/14/2012 | $ 1,403.66 | $ 350.00 | $ 1,753.66 | 91-92 |
| Deposition of George Guthrie | Phase II | 11/15/2012 - 11/16/2012 | $ 2,421.66 | | $ 2,421.66 | 93-94 |
| Deposition of George Ross | Phase II | 11/16/2012 | $ 817.88 | $ 200.00 | $ 1,017.88 | 95-96 |
| Deposition of Ellen Williams | Phase II | 11/19/2012 - 11/20/2012 | $ 1,693.83 | $ 650.00 | $ 2,343.83 | 97-99 |
| Deposition of John Hughes | Phase II | 11/27/2012 - 11/28/2012 | $ 2,926.13 | $ 1,000.00 | $ 3,926.13 | 100-102 |
| Deposition of Christopher Matice | Phase II | 11/28/2012 | $ 1,205.17 | $ 350.00 | $ 1,555.17 | 103-104 |
| Deposition of Charlie Holt | Phase II | 11/28/2012 - 11/29/2012 | $ 2,923.32 | $ 800.00 | $ 3,723.32 | 105-107 |
| Deposition of Matthew Stahl | Phase II | 11/29/2012 | $ 477.64 | $ 300.00 | $ 777.64 | 108-109 |
| Deposition of Steven McArthur | Phase II | 11/30/2012 | $ 641.07 | $ 300.00 | $ 941.07 | 110-111 |
| Deposition of Charles Miller | Phase II | 11/30/2012 | $ 341.69 | $ 250.00 | $ 591.69 | 112-113 |
| Deposition of Edmond Shtepani | Phase II | 11/30/2012 | $ 1,000.87 | $ 400.00 | $ 1,400.87 | 114-115 |
| Deposition of Albert Decoste | Phase II | 12/05/2012 | $ 1,715.88 | $ 550.00 | $ 2,265.88 | 116-117 |
| Deposition of Stephen Carmichael | Phase II | 12/18/2012 - 12/19/2012 | $ 1,543.15 | $ 550.00 | $ 2,093.15 | 118-120 |
| Deposition of Timothy Lockett | Phase II | 12/18/2012 - 12/19/2012 | $ 2,092.33 | $ 900.00 | $ 2,992.33 | 121-123 |
| Deposition of Farah Saidi | Phase II | 01/10/2013 - 01/11/2013 | | $ 700.00 | $ 700.00 | 124 |
| Deposition of Tony Liao | Phase II | 01/11/2013 | $ 1,138.58 | $ 800.00 | $ 1,938.58 | 125-126 |
| Deposition of Trevor Hill | Phase II | 01/14/2013 - 01/15/2013 | $ 3,043.86 | $ 900.00 | $ 3,943.86 | 127-129 |
| Deposition of Robert Merrill | Phase II | 01/15/2013 - 01/16/2013 | $ 2,380.67 | | $ 2,380.67 | 130-131 |

Exhibit 4
Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2)
(Deposition Transcripts)

| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2) (Deposition Transcripts) | Phase | Date of Deposition | Deposition Transcript Costs | | Deposition Video Costs | | Total Costs | | Page(s) |
|---|---|---|---|---|---|---|---|---|---|
| Deposition of William Lehr | Phase II | 01/17/2013 - 01/18/2013 | $ | 2,511.70 | | | $ | 2,511.70 | 132-133 |
| Deposition of Steven Chu | Phase II | 01/24/2013 | $ | 1,466.96 | $ | 350.00 | $ | 1,816.96 | 134-135 |
| Deposition of Ronald Dykhuizen | Phase II | 01/30/2013 - 01/31/2013 | $ | 2,474.07 | $ | 850.00 | $ | 3,324.07 | 136-138 |
| Deposition of Mark Havstad | Phase II | 01/30/2013 - 01/31/2013 | $ | 2,411.55 | $ | 600.00 | $ | 3,011.55 | 139-142 |
| Deposition of Michael Levitan | Phase II | 01/30/2013 - 01/31/2013 | $ | 2,161.89 | $ | 650.00 | $ | 2,811.89 | 143-146 |
| Deposition of George Graettinger | Phase II | 02/06/2013 | $ | 877.49 | $ | 350.00 | $ | 1,227.49 | 147-148 |
| Deposition of Ira Leifer | Phase II | 02/21/2013 - 02/22/2013 | $ | 2,569.80 | $ | 650.00 | $ | 3,219.80 | 149-151 |
| Deposition of Kinton Lawler | Phase II | 03/08/2013 | $ | 997.25 | | | $ | 997.25 | 152 |
| Deposition of Ronald Dykhuizen | Phase II | 6/19/2013 - 06/20/2013 | $ | 2,970.61 | | | $ | 2,970.61 | 153-154 |
| Deposition of Stewart Griffiths | Phase II | 06/26/2013 - 06/27/2013 | $ | 2,930.90 | $ | 960.00 | $ | 3,890.90 | 155-158 |
| Deposition of Mehran Pooladi-Darvish | Phase II | 07/03/2013 - 07/04/2013 | $ | 3,342.78 | $ | 960.00 | $ | 4,302.78 | 159-161 |
| Deposition of Rory Davis | Phase II | 07/12/2013 | $ | 959.27 | $ | 300.00 | $ | 1,259.27 | 162-163 |
| Deposition of Thomas Hunter | Phase II | 07/12/2013 | $ | 1,455.36 | | | $ | 1,455.36 | 164 |
| Deposition of Alan Huffman | Phase II | 07/18/2013 | $ | 754.14 | | | $ | 754.14 | 165 |
| Deposition of Jean-Claude Roegiers | Phase II | 07/24/2013 - 07/25/2013 | $ | 2,167.32 | $ | 720.00 | $ | 2,887.32 | 166-168 |
| Deposition of Adam Ballard | Phase II | 07/29/2013 | $ | 1,623.98 | $ | 480.00 | $ | 2,103.98 | 169-170 |
| Deposition of Glen Benge | Phase II | 08/01/2013 | $ | 1,041.48 | | | $ | 1,041.48 | 171 |
| Deposition of Amy Merten | Phase III | 06/11/2014 | $ | 2,962.50 | $ | 900.00 | $ | 3,862.50 | 172, 233 |
| Deposition of Laura Folse | Phase III | 06/16/2014 | $ | 2,482.50 | $ | 810.00 | $ | 3,292.50 | 173, 233 |
| Deposition of James Hanzalik | Phase III | 06/17/2014 | $ | 2,812.50 | $ | 720.00 | $ | 3,532.50 | 174, 233 |
| Deposition of Harry Luton | Phase III | 06/17/2014 | $ | 2,002.50 | $ | 720.00 | $ | 2,722.50 | 175, 234 |
| Deposition of Joshua Barnes | Phase III | 06/18/2014 | $ | 2,812.50 | $ | 810.00 | $ | 3,622.50 | 176, 234 |

**Exhibit 4**
Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2)
(Deposition Transcripts)

| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2) (Deposition Transcripts) | Phase | Date of Deposition | Deposition Transcript Costs | | Deposition Video Costs | | Total Costs | | Page(s) |
|---|---|---|---|---|---|---|---|---|---|
| Deposition of Larry Hewett | Phase III | 06/19/2014 | $ | 2,320.00 | $ | 540.00 | $ | 2,860.00 | 177, 234 |
| Deposition of Richard Heron | Phase III | 06/20/2014 | $ | 2,670.00 | $ | 810.00 | $ | 3,480.00 | 178, 235 |
| Deposition of Mace Barron | Phase III | 06/24/2014 | $ | 3,062.50 | $ | 810.00 | $ | 3,872.50 | 179-180, 236 |
| Deposition of Drew Casey | Phase III | 06/24/2014 | $ | 1,912.50 | $ | 360.00 | $ | 2,272.50 | 181, 236 |
| Deposition of Mark Huston | Phase III | 06/24/2014 | $ | 3,482.50 | $ | 720.00 | $ | 4,202.50 | 182-183, 236 |
| Deposition of Iris Cross | Phase III | 06/26/2014 | $ | 2,545.00 | $ | 720.00 | $ | 3,265.00 | 257, 235 |
| Deposition of Robyn Conmy | Phase III | 06/26/2014 | $ | 3,312.50 | $ | 900.00 | $ | 4,212.50 | 184-185, 237 |
| Deposition of John Howard | Phase III | 06/26/2014 | $ | 3,132.50 | $ | 720.00 | $ | 3,852.50 | 186-187, 237 |
| Deposition of Marshall Rose | Phase III | 06/26/2014 | $ | 2,167.50 | $ | 720.00 | $ | 2,887.50 | 188, 237 |
| Deposition of Mike Utsler | Phase III | 06/27/2014 | $ | 3,492.50 | $ | 810.00 | $ | 4,302.50 | 189-190, 235 |
| Deposition of Sarah McNulty | Phase III | 07/01/2014 | $ | 3,052.50 | $ | 990.00 | $ | 4,042.50 | 191-192, 238 |
| Deposition of Julia Hein | Phase III | 07/09/2014 | $ | 2,792.50 | $ | 810.00 | $ | 3,602.50 | 193, 238 |
| Deposition of Damian Higgins | Phase III | 07/09/2014 | $ | 2,462.50 | $ | 900.00 | $ | 3,362.50 | 194, 239 |
| Deposition of Jane Lubchenco | Phase III | 07/10/2014 | $ | 2,820.00 | $ | 990.00 | $ | 3,810.00 | 195, 239 |
| Deposition of Mark Miller | Phase III | 07/10/2014 | $ | 2,412.50 | $ | 765.00 | $ | 3,177.50 | 196, 240 |
| Deposition of Robert Gwin | Phase III | 07/11/2014 | $ | 3,012.50 | $ | 720.00 | $ | 3,732.50 | 197-198, 240 |
| Deposition of Margaret Douglas | Phase III | 07/15/2014 | $ | 1,435.00 | $ | 540.00 | $ | 1,975.00 | 199, 241 |
| Deposition of Frank Kulesa | Phase III | 07/15/2014 | $ | 2,970.00 | $ | 900.00 | $ | 3,870.00 | 200, 241 |
| Deposition of Meredith Austin | Phase III | 07/17/2014 | $ | 2,850.00 | $ | 900.00 | $ | 3,750.00 | 201, 242 |
| Deposition of Darrell Hollek | Phase III | 07/17/2014 | $ | 2,085.00 | $ | 720.00 | $ | 2,805.00 | 202, 242 |
| Deposition of Stephen McCleary | Phase III | 07/18/2014 | | | $ | 900.00 | $ | 900.00 | 243 |
| Deposition of Jacqueline Michel | Phase III | 08/01/2014 | $ | 3,150.00 | $ | 990.00 | $ | 4,140.00 | 203-204, 244 |

**Exhibit 4**
Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2)
(Deposition Transcripts)

| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case, 28 U.S.C. §1920(2) (Deposition Transcripts) | Phase | Date of Deposition | Deposition Transcript Costs | Deposition Video Costs | Total Costs | Page(s) |
|---|---|---|---|---|---|---|
| Deposition of Roger Laferriere | Phase III | 08/05/2014 | $ 3,950.00 | $ 1,170.00 | $ 5,120.00 | 205-206, 244 |
| Deposition of Kenneth Arnold | Phase III | 10/07/2014 | $ 620.96 | $ 900.00 | $ 1,520.96 | 207, 245 |
| Deposition of Gardner Walkup | Phase III | 10/10/2014 | $ 3,213.46 | $ 720.00 | $ 3,933.46 | 208-209, 245 |
| Deposition of Robert Cox | Phase III | 10/14/2014 | $ 2,760.96 | $ 900.00 | $ 3,660.96 | 210, 246 |
| Deposition of Diane Austin | Phase III | 10/16/2014 | $ 3,240.96 | $ 990.00 | $ 4,230.96 | 211-212, 246 |
| Deposition of Elliot Taylor | Phase III | 10/21/2014 | $ 4,858.52 | $ 1,080.00 | $ 5,938.52 | 213-214, 247 |
| Deposition of Ian Ratner | Phase III | 10/21/2014 - 10/22/2014 | $ 5,101.92 | $ 1,260.00 | $ 6,361.92 | 215-217, 247-248 |
| Deposition of Frank Paskewich | Phase III | 10/23/2014 | $ 3,240.96 | $ 990.00 | $ 4,230.96 | 255-256, 247 |
| Deposition of Donald Boesch | Phase III | 10/24/2014 | $ 3,789.31 | $ 900.00 | $ 4,689.31 | 218-219, 249 |
| Deposition of John Tunnell | Phase III | 10/27/2014 | $ 3,259.31 | $ 990.00 | $ 4,249.31 | 220-221, 249 |
| Deposition of Charles Mason | Phase III | 10/29/2014 | $ 3,446.81 | $ 855.00 | $ 4,301.81 | 222-223, 250 |
| Deposition of Stanley Rice | Phase III | 10/30/2014 | $ 3,580.96 | $ 1,080.00 | $ 4,660.96 | 224-225, 250 |
| Deposition of David Sunding | Phase III | 10/30/2014 | $ 3,710.96 | $ 855.00 | $ 4,565.96 | 226-227, 251 |
| Deposition of Richard Clapp | Phase III | 10/31/2014 | $ 2,899.74 | $ 810.00 | $ 3,709.74 | 228, 251 |
| Deposition of Mark VanHaverbeke | Phase III | 10/31/2014 | $ 2,851.81 | $ 990.00 | $ 3,841.81 | 229, 251 |
| Deposition of George Bonanno | Phase III | 11/03/2014 | $ 2,819.74 | $ 855.00 | $ 3,674.74 | 230, 252 |
| Deposition of Damian Shea | Phase III | 11/03/2014 | $ 3,941.81 | $ 900.00 | $ 4,841.81 | 231-232, 252 |
| TOTAL | | | | | $ 323,821.27 | |