# Exhibit 5

**TO UNITED STATES' BILL OF COSTS**

Exhibit 5
Fees for Witnesses

| Fees for Witnesses (Last Name, First Name) | 2 or 3 | Depo/Trial | Testimony Dates | Days of Testimony | Flight Cost | Per Diem Travel | Per Diem 71 (if 1 day) or 142 (if 2 days) | Per Diem Travel | Car Rental, Taxi, or Mileage | Hotel Total Equals daily rate x 1 for 1 day testimony; x 2 for 2 day testimony | 40 (if 1 day) or 80 (if 2 days) | Sum | Page(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Austin, Diane | 3 | Depo | 10/16/2014 | 1 | $ 522.20 | $ 53.25 | $ 71.00 | $ 53.25 | $ 18.22 | $ 127.08 | $ 40.00 | $ 885.00 | 1-8 |
| Austin, Diane | 3 | Trial | 1/20/2015 | 1 | $ 363.20 | $ 53.25 | $ 71.00 | $ 53.25 | $ 38.00 | $ 113.34 | $ 40.00 | $ 732.04 | 9-15 |
| Austin, Meredith | 3 | Depo | 7/17/2014 | 1 | | $ 53.25 | $ 71.00 | $ 53.25 | | | $ 40.00 | $ 217.50 | |
| Austin, Meredith | 3 | Trial | 1/20/2015 | 1 | | $ 53.25 | $ 71.00 | $ 53.25 | | | $ 40.00 | $ 217.50 | |
| Barron, Mace | 3 | Depo | 6/24/2014 | 1 | | $ 53.25 | $ 71.00 | $ 53.25 | | $ 165.20 | $ 40.00 | $ 382.70 | 16-17 |
| Benge, Glen | 2 | Depo | 8/1-8/2/13 | 2 | $ 389.30 | $ 53.25 | $ 142.00 | $ 53.25 | $ 126.73 | $ 225.74 | $ 80.00 | $ 1,070.27 | 18-22 |
| Boesch, Donald | 3 | Depo | 10/28/2014 | 1 | $ 581.20 | $ 53.25 | $ 71.00 | $ 53.25 | $ 107.20 | $ 177.98 | $ 40.00 | $ 1,083.88 | 27-31 |
| Boesch, Donald | 3 | Trial | 1/21/2015 | 1 | | $ 53.25 | $ 71.00 | $ 53.25 | $ 121.16 | $ 177.72 | $ 40.00 | $ 516.38 | 23-26 |
| Bushnell, Nathan | 2 | Depo | 7/18-7/19/13 | 2 | $ 481.60 | $ 53.25 | $ 142.00 | $ 53.25 | $ 218.25 | $ 230.26 | $ 80.00 | $ 1,258.61 | 32-80 |
| Clapp, Richard | 3 | Depo | 10/31/2014 | 1 | | $ 53.25 | $ 71.00 | $ 53.25 | $ 120.00 | $ 162.65 | $ 40.00 | $ 500.15 | 91-93 |
| Clapp, Richard | 3 | Trial | 1/20/2015 | 1 | $ 403.20 | $ 53.25 | $ 71.00 | $ 53.25 | $ 81.50 | $ 176.27 | $ 40.00 | $ 878.47 | 81-90 |
| Conmy, Robin | 3 | Depo | 6/26/2014 | 1 | | $ 53.25 | $ 71.00 | $ 53.25 | $ 66.00 | $ 176.27 | $ 40.00 | $ 459.77 | 94-97 |
| Davis, Rory | 2 | Depo | 7/12-7/13/13 | 2 | $ 549.80 | $ 53.25 | $ 142.00 | $ 53.25 | $ 126.66 | $ 305.00 | $ 80.00 | $ 1,309.96 | 98-107 |
| Dewers, Tom | 2 | Depo | 8/2/2013 | 1 | | $ 53.25 | $ 71.00 | $ 53.25 | | | $ 40.00 | $ 217.50 | |
| Dykhuizen, Ronald | 2 | Trial | 10/7/2013 | 1 | $ 422.60 | $ 53.25 | $ 71.00 | $ 53.25 | $ 49.12 | $ 180.67 | $ 40.00 | $ 869.89 | 114-119 |
| Dykhuizen, Ronald | 2 | Depo | 1/30/2013 - 1/31/2013 | 2 | $ 251.60 | $ 53.25 | $ 142.00 | $ 53.25 | $ 83.12 | $ 357.49 | $ 80.00 | $ 1,020.71 | 112-113 |
| Dykhuizen, Ronald - Expert | 2 | Depo | 6/19/2013 - 6/20/2013 | 2 | $ 561.10 | $ 53.25 | $ 142.00 | $ 53.25 | $ 48.12 | $ 307.10 | $ 80.00 | $ 1,244.82 | 108-111 |
| Graettinger, George | 2 | Depo | 2/6/2013 | 1 | $ 516.10 | $ 53.25 | $ 71.00 | $ 53.25 | $ 192.00 | $ 209.54 | $ 40.00 | $ 1,135.14 | 120-135 |
| Griffiths, Stewart | 2 | Depo | 6/26 - 6/27/13 | 2 | $ 645.60 | $ 53.25 | $ 142.00 | $ 53.25 | $ 66.00 | $ 308.32 | $ 80.00 | $ 1,348.42 | 145-154 |
| Griffiths, Stewart | 2 | Depo | 11/13 - 11/14/12 | 2 | $ 609.20 | $ 53.25 | $ 142.00 | $ 53.25 | $ 37.00 | $ 309.10 | $ 80.00 | $ 1,283.80 | 136-144 |
| Griffiths, Stewart | 2 | Trial | 10/8/2013 | 1 | $ 774.60 | $ 53.25 | $ 71.00 | $ 53.25 | $ 53.00 | $ 153.55 | $ 40.00 | $ 1,198.65 | 155-162 |
| Guthrie, George | 2 | Depo | 11/15/2012 - 11/16/2012 | 2 | | $ 53.25 | $ 142.00 | $ 53.25 | | | $ 80.00 | $ 328.50 | |
| Havstad, Mark | 2 | Depo | 1/30/2013 - 1/31/2013 | 2 | | $ 53.25 | $ 142.00 | $ 53.25 | | | $ 80.00 | $ 328.50 | |
| Hewett, Larry | 3 | Depo | 6/19/2014 | 1 | $ 444.00 | $ 53.25 | $ 71.00 | $ 53.25 | $ 80.00 | $ 174.27 | $ 40.00 | $ 915.77 | 163-165 |

Exhibit 5
Fees for Witnesses

| Fees for Witnesses (Last Name, First Name) | 2 or 3 | Depo/Trial | Testimony Dates | Days of Testimony | Flight Cost | Per Diem Travel | Per Diem 71 (if 1 day) or 142 (if 2 days) | Per Diem Travel | Car Rental, Taxi, or Mileage | Hotel Total Equals daily rate x 1 for 1 day testimony; x 2 for 2 day testimony | 40 (if 1 day) or 80 (if 2 days) | Sum | Page(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Howard, John | 3 | Depo | 6/26/2014 | 1 | $ 683.94 | $ 53.25 | $ 71.00 | $ 53.25 | $ 192.00 | $ 167.21 | $ 40.00 | $ 1,260.65 | 166-177 |
| Hsieh, Paul | 2 | Depo | 9/11-9/12/12 | 2 | $ 784.70 | $ 53.25 | $ 142.00 | $ 53.25 | $ 76.00 | $ 202.00 | $ 80.00 | $ 1,391.20 | 178-184 |
| Hsieh, Paul | 2 | Trial | 10/8/2013 | 1 | $ 416.45 | $ 53.25 | $ 71.00 | $ 53.25 | | $ 137.00 | $ 40.00 | $ 770.95 | 185-196 |
| Huffman, Alan | 2 | Depo | 7/17 - 7/18/13 | 2 | | $ 53.25 | $ 142.00 | $ 53.25 | | | $ 80.00 | $ 328.50 | |
| Huffman, Alan | 2 | Trial | 10/18/2013 | 1 | | $ 53.25 | $ 71.00 | $ 53.25 | | | $ 40.00 | $ 217.50 | |
| Hunter, Tom | 2 | Depo | 7/12/2013 | 1 | | $ 53.25 | $ 71.00 | $ 53.25 | | | $ 40.00 | $ 217.50 | |
| Hunter, Tom | 2 | Depo | 10/30-10/31 | 2 | | $ 53.25 | $ 142.00 | $ 53.25 | | | $ 80.00 | $ 328.50 | |
| Hunter, Tom | 2 | Trial | 10/7/2013 | 1 | | $ 53.25 | $ 71.00 | $ 53.25 | | | $ 40.00 | $ 217.50 | |
| Kelkar, Mohan | 2 | Depo | 7/17-7/18/13 | 2 | | $ 53.25 | $ 142.00 | $ 53.25 | $ 73.00 | $ 234.26 | $ 80.00 | $ 635.76 | 197-203 |
| Kelkar, Mohan | 2 | Trial | 10/9/2013 | 1 | $ 582.60 | $ 53.25 | $ 71.00 | $ 53.25 | $ 80.00 | $ 154.55 | $ 40.00 | $ 1,034.65 | 204-216 |
| Kulesa, Frank | 3 | Depo | 7/15/2014 | 1 | $ 444.00 | $ 53.25 | $ 71.00 | $ 53.25 | $ 29.73 | $ 126.93 | $ 40.00 | $ 818.16 | 217-219 |
| Landry, Mary | 2 | Depo | 10/22 - 10/23/12 | 2 | $ 859.60 | $ 53.25 | $ 142.00 | $ 53.25 | $ 65.85 | $ 318.40 | $ 80.00 | $ 1,572.35 | 221-222 |
| Lang, James | 1 | Depo | 1/11/2012 | 1 | $ 494.90 | $ 53.25 | $ 71.00 | $ 53.25 | $ 87.00 | $ 154.55 | $ 40.00 | $ 953.95 | 223-239 |
| Larsen, Leif | 2 | Depo | 7/25-7/26/13 | 2 | $ 2,249.83 | $ 53.25 | $ 142.00 | $ 53.25 | $ 99.02 | $ 222.00 | $ 80.00 | $ 2,899.35 | 240-252 |
| Larsen, Leif | 2 | Trial | 10/18/2013 | 1 | $ 2,846.10 | $ 53.25 | $ 71.00 | $ 53.25 | $ 84.58 | $ 226.00 | $ 40.00 | $ 3,374.18 | 253-275 |
| Lehr, William | 2 | Depo | 1/17 - 1/18/13 | 2 | | $ 53.25 | $ 142.00 | $ 53.25 | | | $ 80.00 | $ 328.50 | |
| Maclay, Don | 2 | Depo | 10/31/2012 - 11/1/2012 | 2 | | $ 53.25 | $ 142.00 | $ 53.25 | | | $ 80.00 | $ 328.50 | |
| Martinez, John | 2 | Depo | 7/30-7/31/13 | 2 | $ 390.30 | $ 53.25 | $ 142.00 | $ 53.25 | $ 118.20 | $ 230.26 | $ 80.00 | $ 1,067.26 | 291-298 |
| Mason, Charles | 3 | Depo | 10/29/2014 | 1 | $ 898.70 | $ 53.25 | $ 71.00 | $ 53.25 | $ 73.00 | $ 177.98 | $ 40.00 | $ 1,367.18 | 306-315 |
| Mason, Charles | 3 | Trial | 1/22/2015 | 1 | $ 902.70 | $ 53.25 | $ 71.00 | $ 53.25 | $ 70.00 | $ 173.43 | $ 40.00 | $ 1,363.63 | 299-305 |
| McCleary, Stephen | 3 | Depo | 7/18/2014 | 1 | $ 534.00 | $ 53.25 | $ 71.00 | $ 53.25 | $ 38.00 | $ 126.93 | $ 40.00 | $ 916.43 | 315-318 |
| McNulty, Sara | 3 | Depo | 7/1/2014 | 1 | $ 439.19 | $ 53.25 | $ 71.00 | $ 53.25 | $ 122.68 | $ 111.90 | $ 40.00 | $ 891.27 | 319-333 |
| McNutt, Marcia | 2 | Depo | 10/24/2012 - 10/25/2012 | 2 | | $ 53.25 | $ 142.00 | $ 53.25 | | | $ 80.00 | $ 328.50 | |
| Michel, Jacqueline | 3 | Depo | 8/12/2014 | 1 | $ 700.00 | $ 53.25 | $ 71.00 | $ 53.25 | $ 76.75 | | $ 40.00 | $ 994.25 | 581-589 |

Exhibit 5
Fees for Witnesses

| Fees for Witnesses (Last Name, First Name) | 2 or 3 | Depo/Trial | Testimony Dates | Days of Testimony | Flight Cost | Per Diem Travel | Per Diem 71 (if 1 day) or 142 (if 2 days) | Per Diem Travel | Car Rental, Taxi, or Mileage | Hotel Total Equals daily rate x 1 for 1 day testimony; x 2 for 2 day testimony | 40 (if 1 day) or 80 (if 2 days) | Sum | Page(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Miller, Mark | 2 | Depo | 10/1/2012 | 1 | $ 470.06 | $ 53.25 | $ 71.00 | $ 53.25 | $ 85.76 | $ 153.55 | $ 40.00 | $ 926.87 | 334-348 |
| Miller, Mark | 3 | Depo | 7/10/2014 | 1 | $ 455.19 | $ 53.25 | $ 71.00 | $ 53.25 | $ 66.00 | $ 127.08 | $ 40.00 | $ 865.77 | 349-374 |
| Pooladi-Darvish, Mehran | 2 | Depo | 7/3-7/4/13 | 2 | $ 939.02 | $ 53.25 | $ 142.00 | $ 53.25 | $ 40.00 | $ 372.64 | $ 80.00 | $ 1,680.16 | 383-395 |
| Pooladi-Darvish, Mehran | 2 | Trial | 10/10/2013 | 1 | $ 233.93 | $ 53.25 | $ 71.00 | $ 53.25 | | $ 261.90 | $ 40.00 | $ 713.33 | 375-382 |
| Possolo, Antonio | 2 | Depo | 9/26 - 9/27/13 | 2 | $ 607.03 | $ 53.25 | $ 142.00 | $ 53.25 | | | $ 80.00 | $ 935.53 | 396-397 |
| Ratzel, Arthur | 2 | Depo | 10/17-10/18/12 | 2 | $ 547.70 | $ 53.25 | $ 142.00 | $ 53.25 | $ 88.22 | $ 307.10 | $ 80.00 | $ 1,271.52 | 590-592 |
| Ratner, Ian | 3 | Depo | 10/21-10/22/14 | 2 | $ 467.20 | $ 53.25 | $ 142.00 | $ 53.25 | $ 80.00 | $ 355.44 | $ 80.00 | $ 1,231.14 | 398-418 |
| Ratner, Ian | 3 | Trial | 1/23/2015 | 1 | $ 602.20 | $ 53.25 | $ 71.00 | $ 53.25 | $ 134.00 | $ 286.73 | $ 40.00 | $ 1,240.43 | 419-460 |
| Rice, Stanley | 3 | Depo | 10/30/2014 | 1 | $ 1,632.60 | $ 53.25 | $ 71.00 | $ 53.25 | $ 80.00 | $ 177.04 | $ 40.00 | $ 2,107.14 | 461-487 |
| Rice, Stanley | 3 | Trial | 1/21/2015 | 1 | $ 461.20 | $ 53.25 | $ 71.00 | $ 53.25 | $ 71.00 | $ 154.64 | $ 40.00 | $ 904.34 | 461-487 |
| Roegiers, Jean-Claude | 2 | Depo | 7/24-7/25/13 | 2 | $ 431.60 | $ 53.25 | $ 142.00 | $ 53.25 | | $ 202.00 | $ 80.00 | $ 962.10 | 502-505 |
| Roegiers, Jean-Claude | 2 | Trial | 10/18/2013 | 1 | $ 431.60 | $ 53.25 | $ 71.00 | $ 53.25 | $ 170.00 | $ 141.00 | $ 40.00 | $ 960.10 | 489-501 |
| Sogge, Mark | 2 | Depo | 9/18/2012 - 9/19/2012 | 2 | | $ 53.25 | $ 142.00 | $ 53.25 | | | $ 80.00 | $ 328.50 | |
| VanHaverbeke, Mark | 3 | Depo | 10/31/2014 | 1 | $ 329.20 | $ 53.25 | $ 71.00 | $ 53.25 | $ 58.00 | $ 177.72 | $ 40.00 | $ 782.42 | 506-508 |
| VanHaverbeke, Mark | 3 | Trial | 1/21/2015 | 1 | | $ 53.25 | $ 71.00 | $ 53.25 | | | $ 40.00 | $ 217.50 | |
| Walkup, Gardner | 3 | Depo | 10/10/2014 | 1 | $ 625.20 | $ 53.25 | $ 71.00 | $ 53.25 | $ 74.74 | $ 176.27 | $ 40.00 | $ 1,093.71 | 509-529 |
| Walkup, Gardner | 3 | Trial | 1/22/2015 | 1 | $ 696.20 | $ 53.25 | $ 71.00 | $ 53.25 | | | $ 40.00 | $ 913.70 | 530-537 |
| Zick, Aaron | 2 | Depo | 6/28 - 6/29/13 | 2 | $ 766.10 | $ 53.25 | $ 142.00 | $ 53.25 | $ 154.69 | $ 283.46 | $ 80.00 | $ 1,532.75 | 538-580 |
| Zick, Aaron | 2 | Trial | 10/8 - 10/9/13 | 2 | $ 365.80 | $ 53.25 | $ 142.00 | $ 53.25 | $ 155.56 | $ 318.40 | $ 80.00 | $ 1,168.26 | 538-580 |
| TOTAL | | | | | | | | | | | | $ 62,845.42 | |