# Exhibit 6

**TO UNITED STATES' BILL OF COSTS**

**Exhibit 6**
**Fees for exemplification and the costs of making copies, 28 U.S.C. § 1920(4)**

| Fees for exemplification and the costs of making copies, 28 U.S.C. § 1920(4) | Date | Cost | Amount Paid by US | Prorate % | Prorated Amount | Additional Phase II Prorate (April - June Trial Cuts Only) | Amount Owed by Anadarko | Page(s) |
|---|---|---|---|---|---|---|---|---|
| Costs of April 2013 Trial Cuts (Worldwide) | Apr-13 | $ 134,853.68 | $ 67,426.84 | 14.07% | $ 9,486.96 | 70% | $ 6,640.87 | 1-2; 3-40 |
| Costs of May 2013 Trial Cuts (Worldwide) | May-13 | $ 140,541.86 | $ 70,270.93 | 23.52% | $ 16,527.72 | 70% | $ 11,569.41 | 1-2; 41-59 |
| Costs of June 2013 Trial Cuts (Worldwide) | Jun-13 | $ 93,769.14 | $ 46,884.57 | 88.16% | $ 41,333.44 | 70% | $ 28,933.41 | 1-2; 60-72 |
| Costs of July 2013 Trial Cuts (Worldwide) | Jul-13 | $ 109,849.75 | $ 54,924.88 | 70.00% | $ 38,447.41 | | $ 38,447.41 | 1-2; 73-87 |
| Costs of August 2013 Trial Cuts (Worldwide) | Aug-13 | $ 237,089.43 | $ 118,544.72 | 70.00% | $ 82,981.30 | | $ 82,981.30 | 1-2; 88-103 |
| Costs of September 2013 Trial Cuts (Worldwide) | Sep-13 | $ 427,432.34 | $ 213,716.17 | 70.00% | $ 149,601.32 | | $ 149,601.32 | 1-2; 104-132 |
| Costs of October 2013 Trial Cuts (Worldwide) | Oct-13 | $ 389,264.25 | $ 194,632.13 | 70.00% | $ 136,242.49 | | $ 136,242.49 | 1-2; 133-157 |
| Costs of November 2013 Trial Cuts (Worldwide) | Nov-13 | $ 146,363.28 | $ 73,181.64 | 70.00% | $ 51,227.15 | | $ 51,227.15 | 1-2; 158-171 |
| Costs of Phase 3 Public Website Services (Avansic) | 01/31/2015 | $ 1,356.25 | $ 1,356.25 | | $ 1,356.25 | | $ 1,356.25 | 172 |
| Costs of Phase 3 Public Website Services (Avansic) | 03/31/2015 | $ 700.00 | $ 700.00 | | $ 700.00 | | $ 700.00 | 173 |
| Costs of Phase 3 Exhibit Management and Production (inData) | 10/1/2014-11/30/2014 | $ 100,837.50 | $ 100,837.50 | 84.00% | $ 84,703.50 | | $ 84,703.50 | 174-190 |
| Costs of Phase 3 Trial Exhibit List and Management (inData) | 3/6/2015/-5/15/2015 | $ 22,031.15 | $ 22,031.15 | 84.00% | $ 18,506.17 | | $ 18,506.17 | 191-198 |
| Costs of Phase 3 Exhibit Management and Production; At Trial Service and Equipment Management (inData) | 12/1/2014-2/1/2015 | $ 265,868.31 | $ 265,868.31 | 84.00% | $ 223,329.38 | | $ 223,329.38 | 199-247 |
| **TOTAL** | | | | | | | **$ 834,238.65** | |