# Exhibit 8

**TO UNITED STATES' BILL OF COSTS**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20110394

| | |
|---|---|
| R. MICHAEL UNDERHILL, ESQUIRE<br>U. S. DEPARTMENT OF JUSTICE<br>450 GOLDEN GATE AVENUE<br>7TH FLOOR, ROOM 5395<br>SAN FRANCISCO, CA 94102<br><br>Phone: (415) 436-6648<br>FAX: (415) 436-6632<br><br>*mike.underhill@usdoj.gov* | **MAKE CHECKS PAYABLE TO:**<br>CATHY PEPPER, CCR RMR CRR<br>Official Court Reporter<br>500 Poydras St, Room B406<br>New Orleans, LA 70130<br><br>Phone: (504) 589-7779<br>FAX: (504) 589-7726<br>Tax ID: 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<br>*cathy_pepper@laed.uscourts.gov* |

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 12-16-2011 | DATE DELIVERED: 12-16-2011 |
|---|---|---|---|

**Case Style:** MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON...
TRANSCRIPT OF DISCOVERY STATUS CONFERENCE PROCEEDINGS HELD BEFORE THE
HONORABLE SALLY SHUSHAN TAKEN ON NOVEMBER 18, 2011

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 99 | 0.90 | 89.10 | | 0.60 | | 89.10 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 89.10 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| For R. Michael Underhill | TOTAL REFUND: |
| transcript ordered for ENRD  Date Paid:     Amt: | TOTAL DUE: $89.10 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: *s/Cathy Pepper* | DATE 12-16-2011 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

102. 32. 260

12/8/11

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20110388

**━MAKE CHECKS PAYABLE TO:━**

R. MICHAEL UNDERHILL, ESQUIRE
U. S. DEPARTMENT OF JUSTICE
450 GOLDEN GATE AVENUE
7TH FLOOR, ROOM 5395
SAN FRANCISCO, CA 94102

Phone: (415) 436-6648
FAX: (415) 436-6632

mike.underhill@usdoj.gov

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
500 Poydras St, Room B406
New Orleans, LA 70130

Phone: (504) 589-7779
FAX (504) 589-7726

cathy_pepper@laed.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 12-02-2011 | 12-05-2011 |

**Case Style:** MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON...
TRANSCRIPT OF MONTHLY STATUS CONFERENCE PROCEEDINGS HELD BEFORE THE
HONORABLE CARL J. BARBIER TAKEN ON NOVEMBER 18, 2011

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 107 | 0.90 | 96.30 | | 0.60 | | 96.30 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 96.30 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid: | TOTAL DUE: | $96.30 |

*R. for Mike Underhill!*

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| s/Cathy Pepper | 12-05-2011 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

**Court Proceedings_002**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20131131

**MAKE CHECKS PAYABLE TO:**

DAVID McILWAIN
U.S. DEPARTMENT OF JUSTICE - EES
ENVIRONMENT AND NATURAL RESOURCES
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

Phone:    (202) 514-1544

KAREN ANDERSON IBOS, RPR, CRR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM HB-406
NEW ORLEANS, LA 70130

Phone:    (504) 589-7776

Tax ID:    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
karen_ibos@laed.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 12-13-2013 | 12-13-2013 |

**Case Style:** MDL-2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
TRANSCRIPT OF PRETRIAL CONFERENCE HELD ON 9/11/13 BEFORE JUDGE BARBIER.

PO# DJJ-12P-ENR01-0422 ~vyl 12/17/13

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 71 | 0.90 | 63.90 | | 0.60 | | 63.90 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 63.90 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| N0134902 | TAX (If Applicable): |
| 081595 | LESS AMOUNT OF DEPOSIT: |
| RCN N022 | TOTAL REFUND: |
| | TOTAL DUE: $63.90 |

OK to pay

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| s:/Karen A. Ibos | 12-13-2013 |

*(All previous editions of this form are cancelled and should be destroyed)*

**Court Proceedings_003**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

COPY FOR YOUR
INFORMATION

**INVOICE NO:** 20130138

**MAKE CHECKS PAYABLE TO:**

2014 JAN 28 PM 5:53

STEVEN O'ROURKE, ESQUIRE
U. S. DEPT OF JUSTICE
1425 NEW YORK AVENUE NW
WASHINGTON, DC 20005

Phone: (202) 616-4037

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
500 Poydras St, Room B406
New Orleans, LA 70130

Phone: (504) 589-7779
FAX    (504) 589-7726
Tax ID: 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
cathy_pepper@laed.uscourts.gov

*U.S. v. B.P. Exploration and Production, Inc.*
*DJ# 90-5-1-1-10026*

| | CRIMINAL | ☒ CIVIL | DATE ORDERED: 09-30-2013 | DATE DELIVERED: 09-30-2013 |
|---|---|---|---|---|

**Case Style:** MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON...
AM SESSION 9/30 TO 10/3/13, PM SESSION 10/15/13; 3.63x194 (1/2 original),
1.20x555 PDF, .90x749 ASCII, .90x749 ETRAN; Realtime: 9/30 2x132, 10/1
2x144, 10/2 2x146, 10/3 2x133,10/15 2x194 PER ~~PO #DJJ-12P-ENR01-0422~~ EFT,
CATHY PEPPER, CHASE ROUTING #065400137, ACCT #201924633, NOTE: ~~RCN 1031~~

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 194 | 3.63 | 704.22 | 749 | 1.20 | 898.80 | 1304 | 0.90 | 1,173.60 | 2,776.62 |
| Realtime | 1498 | 1.50 | 2,247.00 | | 1.20 | | | | | 2,247.00 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 5,023.62 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | ~~$5,023.62~~ |

OK to pay
Bakr
4,320.00

ENTITY INVOICE PAYMENT
(with Certified Invoice Procedures)

Contract/Contract Order Number: D-13-P-ENRD1-0167
ChargeDoc: M01 339 20 2510
Cost Center: DB 1595
Control: 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
Amount received on: 9/30/13
Payment Authorized By (Print name): B. Parker
Date signed: 1/28/14

Date Paid: _____ Amt: $ _____

**ADDITIONAL INFORMATION**

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION:**
I certify that the transcript fees charged and page used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| s/Cathy Pepper | 11-12-2013 |

*(All previous editions of this form are cancelled and should be destroyed)*

RCN M031

PDF created with pdfFactory trial version www.pdffactory.com

COPY FOR YOUR INFORMATION

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

OFFICE OF FINANCE
MANAGEMENT AND PLANNING

INVOICE NO: 20130151

**MAKE CHECKS PAYABLE TO:**

2014 JAN 28 PM 5:53

Steve O'Rourke
USDOJ - ENRD
Environmental Enforcement Section
Post Office Box 7611
Washington, DC 20044-7611

Phone: (202) 514-1544   *U.S. v. BP Exploration*
*and Production, Inc.*
*DJ # 90-5-1-1-10026*

david.mcilwain@usdoj.gov

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone: (504) 589-7778
FAX (504) 589-7726
Tax ID: 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
tdtusa1@gmail.com

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 09-19-2013 | DATE DELIVERED: 10-17-2013 |
|---|---|---|

**Case Style:** 10-MD-2179, IN RE: Oil Spill by the Oil Rig DEEPWATER HORIZON
Afternoons 9/30/13 - 10/3/13, 10/17/13, 214x$3.63 (1/2 original), pdf, 620x$1.20; ASCII, 172x$1.20 & 662x.90; E-Tran, 834x.90; RT: 9/30, 2x172; 10/1, 2x173; 10/2, 2x206; 10/3, 2x69; 10/17, 4x214; ~~DJ0-ENR01-0422~~, Toni Tusa, Whitney Routing 065400153, Acct. 46346353, ~~RCN L034~~

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 214 | 3.63 | 776.82 | 792 | 1.20 | 950.40 | 1496 | 0.90 | 1,346.40 | 3,073.62 |
| Realtime | ~~2096~~ 2096 | ~~1.50~~ 1.50 | ~~3,144.00~~ 3,144.00 | | | | | | | 3,144.00 |
| Misc. Desc. | | | | | | | | | | |

MISC. CHARGES:

TOTAL: 6,217.62

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: ~~$6,217.62~~

4,320.00
OK to pay
B Parker

2013 NOV 15 AM 10:30
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING
Returned

CONTRACT INVOICE PAYMENT
(To be used with Certified Invoice Procedures)
Contract Order Number: DJ-13-P-ENR01-0422
Purchase Code: M0133920
SOL 510 DB 1595
Contract Code 4-37-17-4500
Goods/Services received on 9/19/13
Approved by (Print name) B. Parker
Signature: [signature]
Date: 1-28-14

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *Toni Doyle Tusa, CCR, FCRR* | DATE 11-12-2013 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

RCN M031

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**INVOICE NO:** 20130138A

**MAKE CHECKS PAYABLE TO:**

STEVEN O'ROURKE, ESQUIRE
U. S. DEPT OF JUSTICE
1425 NEW YORK AVENUE NW
WASHINGTON, DC 20005

Phone: (202) 616-4037

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
500 Poydras St, Room B406
New Orleans, LA 70130

Phone: (504) 589-7779
FAX (504) 589-7726
Tax ID: 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
cathy_pepper@laed.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 09-30-2013 | DATE DELIVERED: 09-30-2013 |
|---|---|---|---|---|

**Case Style:** MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON...
AM SESSION 9/30 TO 10/3/13, PM SESSION 10/15/13; 3.63x194 (1/2 original),
1.20x555 PDF, .90x749 ASCII, .90x749 ETRAN; Realtime: 9/30 2x132, 10/1
2x144, 10/2 2x146, 10/3 2x133,10/15 2x194 PER ~~PO #DJJ-12P-ENRO1-0422~~,EFT,
CATHY PEPPER, CHASE ROUTING #065400137, ACCT #201924633, NOTE: ~~RCN L034~~

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 194 | 3.63 | 704.22 | 749 | 1.20 | 898.80 | 1304 | 0.90 | 1,173.60 | 2,776.62 |
| Realtime | 1498 | 1.50 | 2,247.00 | | 1.20 | | | | | 2,247.00 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | **TOTAL:** | 5,023.62 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid: Amt: | TOTAL DUE: | $5,023.62 |

*N0134909*
*RCN N022*
*081595*

$703.62

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s/Cathy Pepper* | DATE 11-12-2013 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20130151A

**MAKE CHECKS PAYABLE TO:**

Steve O'Rourke
USDOJ - ENRD
Environmental Enforcement Section
Post Office Box 7611
Washington, DC 20044-7611

Phone: (202) 514-1544

david.mcilwain@usdoj.gov

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone:  (504) 589-7778
FAX       (504) 589-7726
Tax ID:   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
tdtusa1@gmail.com

2014 JAN 28  PM

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 09-19-2013 | 10-17-2013 |

**Case Style:** 10-MD-2179, IN RE: Oil Spill by the Oil Rig DEEPWATER HORIZON

Afternoons 9/30/13 - 10/3/13, 10/17/13, 214x$3.63 (1/2 original), pdf, 620x$1.20; ASCII, 172x$1.20 & 662x.90; E-Tran, 834x.90; RT: 9/30, 2x172; 10/1, 2x173; 10/2, 2x206; 10/3, 2x69; 10/17, 4x214; ~~DOJ ENR01-0422~~, Toni Tusa, Whitney Routing 065400153, Acct. 46346353, ~~RCN L034~~

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 214 | 3.63 | 776.82 | 792 | 1.20 | 950.40 | 1496 | 0.90 | 1,346.40 | 3,073.62 |
| Realtime | 2096 | 1.50 | 3,144.00 | | | | | | | 3,144.00 |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 6,217.62 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| N01 3490 | | TAX (If Applicable): | |
| RCN N022 | | LESS AMOUNT OF DEPOSIT: | |
| 0B1595 | | TOTAL REFUND: | $1,897.62 |
| | | TOTAL DUE: | $6,217.62 |

OK to pay  BFitz

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| *Toni Doyle Tusa, CCR, FCRR* | 11-12-2013 |

*(All previous editions of this form are cancelled and should be destroyed)*

**Court Proceedings_007**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20131136

## MAKE CHECKS PAYABLE TO:

STEVEN O'ROURKE
U.S. DEPARTMENT OF JUSTICE - EES
ENVIRONMENT AND NATURAL RESOURCES
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

Phone:  (202) 514-1544

KAREN ANDERSON IBOS, RPR, CRR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM HB-406
NEW ORLEANS, LA 70130

Phone:  (504) 589-7776

Tax ID:  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
karen_ibos@laed.uscourts.gov

| | CRIMINAL | x CIVIL | DATE ORDERED: 01-24-2014 | DATE DELIVERED: 01-24-2014 |

**Case Style:** MDL-2179, IN RE:  OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
DAILY TRIAL TRANSCRIPT FOR 10/7/13, AM SESSION, PHASE II TRIAL HELD
BEFORE THE HONORABLE JUDGE BARBIER.  PDF (129 X 3.63), ASCII (129 X
1.20), ETRAN (129 X .90), AND 4 REALTIME FEEDS (516 X 1.50)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 129 | 3.63 | 468.27 | 129 | 1.20 | 154.80 | 129 | 0.90 | 116.10 | 739.17 |
| Realtime | 516 | 1.50 | 774.00 | | 1.20 | | | | | 774.00 |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 1,513.17 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| NO134907 | | TAX (If Applicable): | |
| RCN NO22 | | LESS AMOUNT OF DEPOSIT: | |
| OBI595 | | TOTAL REFUND: | |
| | | TOTAL DUE: | $1,513.17 |

OK to pay B Teller

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: s:/Karen A. Ibos | DATE 01-24-2014 |

*(All previous editions of this form are
cancelled and should be destroyed)*

2014 JAN 28 PM 02

OFFICE OF FINANCIAL MANAGEMENT AND PLANNING

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20130103

**MAKE CHECKS PAYABLE TO:**

Steven O'Rourke
U.S. Department of Justice - ENRD
Environment & Natural Resources
P.O. BOX 7611- Ben Franklin Station
Washington, DC 20044-7611

Phone:

JODI SIMCOX, RMR, FCRR
United States Court Reporter
500 Poydras Street
Room HB-406
New Orleans, LA 70130

Phone:     (504) 589-7780

Tax ID:     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
jodi_simcox@laed.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 10-07-2013 | DATE DELIVERED: 10-07-2013 |
|---|---|---|---|

**Case Style:** MDL-2719, IN RE: THE OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
WEEK 2 (10/7/13) PM SESSIONS, NONJURY TRIAL PROCEEDINGS HELD BEFORE THE
HONORABLE CARL J. BARBIER. 3.63x198 (1/2 ORIGINAL) PDF, 1.20x198 ASCII,
.90x198 ETRAN; RT FEEDS: 10/7 4x198. ~~PO #DJ5 14P ENR01 0422~~.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 198 | 3.63 | 718.74 | 198 | 1.20 | 237.60 | 198 | 0.90 | 178.20 | 1,134.54 |
| Realtime | 792 | 1.50 | 1,188.00 | | | | | | | 1,188.00 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 2,322.54 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| Date Paid: | | Amt: | | | | | TOTAL DUE: | | | $2,322.54 |

*(vertical stamp at left:)* OFFICE OF FINANCIAL MANAGEMENT ENRD DOJ 2014 FEB 18 AM 10: 54

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: *Jodi Simcox, RMR, FCRR* | DATE |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

*N01 34916*
*081595*
*RCN N022*

**Court Proceedings_009**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20131137

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| STEVEN O'ROURKE | KAREN ANDERSON IBOS, RPR, CRR |
| U.S. DEPARTMENT OF JUSTICE - EES | OFFICIAL COURT REPORTER |
| ENVIRONMENT AND NATURAL RESOURCES | 500 POYDRAS STREET |
| P.O. BOX 7611, BEN FRANKLIN STATION | ROOM HB-406 |
| WASHINGTON, DC 20044-7611 | NEW ORLEANS, LA 70130 |
| Phone: (202) 514-1544 | Phone: (504) 589-7776 |

Tax ID: 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
karen_ibos@laed.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-24-2014 | DATE DELIVERED: 01-24-2014 |
|---|---|---|---|

**Case Style:** MDL-2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
DAILY TRIAL TRANSCRIPT FOR 10/8/13, AM SESSION, PHASE II TRIAL HELD
BEFORE THE HONORABLE JUDGE BARBIER. PDF (119 X 3.63), ASCII (119 X
1.20), ETRAN (119 X .90) AND 4 REALTIME FEEDS (476 X 1.5).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 119 | 3.63 | 431.97 | 119 | 1.20 | 142.80 | 119 | 0.90 | 107.10 | 681.87 |
| Realtime | 476 | 1.50 | 714.00 | | 1.20 | | | | | 714.00 |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 1,395.87 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| NO134906 | | TAX (If Applicable): | |
| RCN N022 | | LESS AMOUNT OF DEPOSIT: | |
| 081595 | | TOTAL REFUND: | |
| | | TOTAL DUE: | $1,395.87 |

OK to pay
B. Roube

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: s:/Karen A. Ibos | DATE 01-24-2014 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

**Court Proceedings_010**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20130110

**MAKE CHECKS PAYABLE TO:**

Steven O'Rourke
U.S. Department of Justice - ENRD
Environment & Natural Resources
P.O. BOX 7611- Ben Franklin Station
Washington, DC 20044-7611

Phone:

JODI SIMCOX, RMR, FCRR
United States Court Reporter
500 Poydras Street
Room HB-406
New Orleans, LA 70130

Phone:     (504) 589-7780

Tax ID:   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
jodi_simcox@laed.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 10-08-2013 | 10-08-2013 |

**Case Style:** MDL-2179, IN RE: Oil Spill by the Oil Rig Deepwater Horizon
WEEK 2 (10/8/13) PM SESSIONS, NONJURY TRIAL PROCEEDINGS HELD BEFORE THE
HONORABLE CARL J. BARBIER. 3.63x174 (1/2 ORIGINAL) PDF, 1.20x174 ASCII,
.90x174 ETRAN; RT FEEDS: 10/8 4x174. ~~PO /DOJ IEP ENROI 0402.~~

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 174 | 3.63 | 631.62 | 174 | 1.20 | 208.80 | 174 | 0.90 | 156.60 | 997.02 |
| Realtime | 696 | 1.50 | 1,044.00 | | | | | | | 1,044.00 |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 2,041.02 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| Date Paid:        Amt: | TOTAL DUE: $2,041.02 |

*(stamp, left margin:)* OFFICE OF FINANCIAL 2014 FEB 18 AM 10: 54

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE:   *Jodi Simcox, RMR, FCRR* | DATE |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

N0134917
0B1595
RCN N022

**Court Proceedings_011**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20131138

**MAKE CHECKS PAYABLE TO:**

STEVEN O'ROURKE
U.S. DEPARTMENT OF JUSTICE - EES
ENVIRONMENT AND NATURAL RESOURCES
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

Phone: (202) 514-1544

KAREN ANDERSON IBOS, RPR, CRR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM HB-406
NEW ORLEANS, LA 70130

Phone: (504) 589-7776

Tax ID: 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
karen_ibos@laed.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 01-24-2014 | 01-24-2014 |

**Case Style:** MDL-2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
DAILY TRIAL TRANSCRIPT FOR 10/9/13, AM SESSION, PHASE II TRIAL HELD
BEFORE THE HONORABLE JUDGE BARBIER.   PDF (147 X 3.63), ASCII (147 X
1.20), ETRAN (147 X .90) AND 4 REALTIME FEEDS (588 X 1.50).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 147 | 3.63 | 533.61 | 147 | 1.20 | 176.40 | 147 | 0.90 | 132.30 | 842.31 |
| Realtime | 588 | 1.50 | 882.00 | | 1.20 | | | | | 882.00 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 1,724.31 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $1,724.31 |

NO134905
OB1595
RCN NO22

OK to pay
B. Palace

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| s:/Karen A. Ibos | 01-24-2014 |

(All previous editions of this form are
cancelled and should be destroyed)

**Court Proceedings_012**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO:  20130111

**MAKE CHECKS PAYABLE TO:**

Steven O'Rourke
U.S. Department of Justice - ENRD
Environment & Natural Resources
P.O. BOX 7611- Ben Franklin Station
Washington, DC 20044-7611

Phone:

JODI SIMCOX, RMR, FCRR
United States Court Reporter
500 Poydras Street
Room HB-406
New Orleans, LA 70130

Phone:     (504) 589-7780

Tax ID:     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
jodi_simcox@laed.uscourts.gov

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL    ☒ CIVIL | 10-09-2013 | 10-09-2013 |

**Case Style:** MDL-2179, IN RE: Oil Spill by the Oil Rig Deepwater Horizon
WEEK 2 (10/9/13) PM SESSIONS, NONJURY TRIAL PROCEEDINGS HELD BEFORE THE
HONORABLE CARL J. BARBIER. 3.63x123 (1/2 ORIGINAL) PDF, 1.20x123 ASCII,
.90x123 ETRAN; RT FEEDS: 10/9 4x123.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 123 | 3.63 | 446.49 | 123 | 1.20 | 147.60 | 123 | 0.90 | 110.70 | 704.79 |
| Realtime | 492 | 1.50 | 738.00 | | | | | | | 738.00 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 1,442.79 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $1,442.79 |

*(vertical stamp, left margin:)* OFFICE OF FINANCIAL [illegible] 2014 FEB 18 AM 10: 54

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| *Jodi Simcox, RMR, FCRR* | |

*(All previous editions of this form are cancelled and should be destroyed)*

N0134918
081595
RCN N022

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20131139

**MAKE CHECKS PAYABLE TO:**

STEVEN O'ROURKE
U.S. DEPARTMENT OF JUSTICE - EES
ENVIRONMENT AND NATURAL RESOURCES
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

Phone: (202) 514-1544

KAREN ANDERSON IBOS, RPR, CRR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM HB-406
NEW ORLEANS, LA 70130

Phone: (504) 589-7776

Tax ID: 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
karen_ibos@laed.uscourts.gov

*(Stamp: OFFICE OF FINANCIAL MANAGEMENT AND PLANNING 2014 JAN 28 PM 02)*

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 01-24-2014 | DATE DELIVERED: 01-24-2014 |

**Case Style:** MDL-2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
DAILY TRIAL TRANSCRIPT FOR 10/10/13, AM SESSION, PHASE II TRIAL HELD
BEFORE THE HONORABLE JUDGE BARBIER. PDF (137 X 3.63), ASCII (137 X
1.20), ETRAN (137 X .90) AND 4 REALTIME FEEDS (548 X 1.50).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 137 | 3.63 | 497.31 | 137 | 1.20 | 164.40 | 137 | 0.90 | 123.30 | 785.01 |
| Realtime | 548 | 1.50 | 822.00 | | 1.20 | | | | | 822.00 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 1,607.01 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $1,607.01 |

*(Handwritten: NOI 34909 / OB1595 / RCN NO22)*

*(Handwritten: OK to Pay B Keller)*

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s:/Karen A. Ibos | DATE 01-24-2014 |

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20130112

### MAKE CHECKS PAYABLE TO:

Steven O'Rourke
U.S. Department of Justice - ENRD
Environment & Natural Resources
P.O. BOX 7611- Ben Franklin Station
Washington, DC 20044-7611

Phone:

JODI SIMCOX, RMR, FCRR
United States Court Reporter
500 Poydras Street
Room HB-406
New Orleans, LA 70130

Phone:    (504) 589-7780

Tax ID:    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
jodi_simcox@laed.uscourts.gov

| | |
|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 10-10-2013 | DATE DELIVERED: 10-10-2103 |

**Case Style:** MDL-2179, IN RE: Oil Spill by the Oil Rig Deepwater Horizon
WEEK 2 (10/10/13) PM SESSIONS, NONJURY TRIAL PROCEEDINGS HELD BEFORE THE
HONORABLE CARL J. BARBIER. 3.63x83 (1/2 ORIGINAL) PDF, 1.20x83 ASCII,
.90x83 ETRAN; RT FEEDS: 10/10 4x83. ~~RT 1800-121 ENRO1 0122.~~

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 83 | 3.63 | 301.29 | 83 | 1.20 | 99.60 | 83 | 0.90 | 74.70 | 475.59 |
| Realtime | 332 | 1.50 | 498.00 | | | | | | | 498.00 |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 973.59 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| Date Paid: | | Amt: | | | | TOTAL DUE: | | | | $973.59 |

OK to
pay
Barbier

OFFICE OF FINANCIAL
MANAGEMENT CLERK
2014 FEB 18  AM 10: 54

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE:   *Jodi Simcox, RMR, FCRR*          DATE

(All previous editions of this form are
cancelled and should be destroyed)

NOI 349919
OB1595
RCN NO22

**Court Proceedings_015**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE LAED

INVOICE NO: 02014921

**MAKE CHECKS PAYABLE TO:**

Steve O'Rourke
US Dpt of Justice - ENRD
Environmental & Natural Resource
PO Box 7611- Ben Franklin Station
Washington, DC 20004-7611

Phone:

steve.o'rourke@usdoj.gov

SUSAN A. ZIELIE, RMR, FCRR
Federal Official Court Reporter
HB406
500 Poydras Street
New Orleans, LA 70130

Phone:     (504) 589-7781

Tax ID:   27-4516729
susan_zielie@laed.uscourts.gov

2014 JAN 30 AM 5:36

OFFICE OF FINANCIAL MANAGEMENT AND BUDGET

| | CRIMINAL | x CIVIL | DATE ORDERED: 10-15-2013 | DATE DELIVERED: 10-15-2013 |

**Case Style:** MDL 2179, IN RE: DEEPWATER HORIZON
10.15.13AM, ~~10.16.13AM~~, ~~10.17.13AM~~ * 3.63 x 428 (1/2 Original) pdf; 428 x
.90 ascii; 428 x .90 eTran; 1.50 x 2388 live feed(s)
BILLED PER DJJ-12P-ENRO1-0422,
EFT, SUSAN A. ZIELIE, BECU ROUTING #325081403 ACT# 3559176877

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|----------|-------|-------|----------|-------|-------|----------|-------|-------|----------|---------|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 143 | 3.63 | 519.09 | 143 | 1.20 | 171.60 | 285 | 0.90 | 256.50 | 947.19 |
| Realtime | 570 | 1.50 | 855.00 | | | | | | | 855.00 |

| Misc. Desc. | MISC. CHARGES: | |
|-------------|----------------|--|
| | TOTAL: | 1,802.19 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| NO134911 RCN NO22 OBI595 | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $1,802.19 |

OK to Pay BKirk

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged  and page format used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 01-28-2014 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT
## FOR THE LAED

INVOICE NO: 02014922

**MAKE CHECKS PAYABLE TO:**

Steve O'Rourke
US Dpt of Justice - ENRD
Environmental & Natural Resource
PO Box 7611- Ben Franklin Station
Washington, DC 20004-7611

Phone:

*steve.o'rourke@usdoj.gov*

SUSAN A. ZIELIE, RMR, FCRR
Federal Official Court Reporter
HB406
500 Poydras Street
New Orleans, LA 70130

Phone:    (504) 589-7781

Tax ID:   27-4516729
*susan_zielie@laed.uscourts.gov*

2014 JAN 30

| | CRIMINAL | X CIVIL | DATE ORDERED: 10-16-2013 | DATE DELIVERED: 10-16-20 |

**Case Style:** MDL 2179, IN RE: DEEPWATER HORIZON
~~10.15.13AM~~, 10.16.13AM, ~~10.17.13AM~~* 3.63 x 428 (1/2 Original) pdf; 428 x
.90 ascii; 428 x .90 eTran; 1.50 x 2388 live feed(s)
BILLED PER DJJ-12P-ENRO1-0422,
EFT, SUSAN A. ZIELIE, BECU ROUTING #325081403 ACT# 3559176877

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 143 | 3.63 | 519.09 | 143 | 1.20 | 171.60 | 285 | 0.90 | 256.50 | 947.19 |
| Realtime | 570 | 1.50 | 855.00 | | | | | | | 855.00 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 1,802.19 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| NO134912 | TAX (If Applicable): | |
| RCN NO22 | LESS AMOUNT OF DEPOSIT: | |
| OB1595 | TOTAL REFUND: | |
| | TOTAL DUE: | $1,802.19 |

OK to
pay
BPartu

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 01-28-2014 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT
## FOR THE LAED

INVOICE NO: 02014923

**MAKE CHECKS PAYABLE TO:**

Steve O'Rourke
US Dpt of Justice - ENRD
Environmental & Natural Resource
PO Box 7611- Ben Franklin Station
Washington, DC 20004-7611

Phone:

steve.o'rourke@usdoj.gov

SUSAN A. ZIELIE, RMR, FCRR
Federal Official Court Reporter
HB406
500 Poydras Street
New Orleans, LA 70130

Phone:   (504) 589-7781

Tax ID:   27-4516729
susan_zielie@laed.uscourts.gov

*(stamp)* OFFICE OF FINANCIAL MANAGEMENT AND PLANNING 2014 JAN 30 AM 6:36

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 10-17-2013 | 10-17-2013 |

**Case Style:** MDL 2179, IN RE: DEEPWATER HORIZON
~~10.15.13AM~~, ~~10.16.13AM~~, 10.17.13AM * 3.63 x 428 (1/2 Original) pdf; 428 x
.90 ascii; 428 x .90 eTran; 1.50 x 2388 live feed(s)
BILLED PER DJJ-12P-ENRO1-0422,
EFT, SUSAN A. ZIELIE, BECU ROUTING #325081403 ACT# 3559176877

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 142 | 3.63 | 515.46 | 142 | 1.20 | 170.40 | 286 | 0.90 | 257.40 | 943.26 |
| Realtime | 572 | 1.50 | 858.00 | | | | | | | 858.00 |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL:   1,801.26 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| N0139913 | TAX (If Applicable): |
| RCN N022 | LESS AMOUNT OF DEPOSIT: |
| OB1595 | TOTAL REFUND: |
| | TOTAL DUE:   $1,801.26 |

*OK to pay B Rucker*

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE   01-28-2014 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**INVOICE NO:** 20131140

**MAKE CHECKS PAYABLE TO:**

STEVEN O'ROURKE
U.S. DEPARTMENT OF JUSTICE - EES
ENVIRONMENT AND NATURAL RESOURCES
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

Phone: (202) 514-1544

KAREN ANDERSON IBOS, RPR, CRR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM HB-406
NEW ORLEANS, LA 70130

Phone: (504) 589-7776

Tax ID: 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
karen_ibos@laed.uscourts.gov

2014 JAN 28 PM 4:10 OFFICE OF FINANCIAL MANAGEMENT PLANNING

| | CRIMINAL | ☒ CIVIL |
|---|---|---|

**DATE ORDERED:** 01-24-2014          **DATE DELIVERED:** 01-24-2014

**Case Style:** MDL-2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
DAILY TRIAL TRANSCRIPT FOR 10/18/13, AM SESSION, PHASE II TRIAL HELD
BEFORE THE HONORABLE JUDGE BARBIER. PDF (142 X 3.63), ASCII (142 X
1.20), ETRAN (142 X .90) AND 4 REALTIME FEEDS (568 X 1.50).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 142 | 3.63 | 515.46 | 142 | 1.20 | 170.40 | 142 | 0.90 | 127.80 | 813.66 |
| Realtime | 568 | 1.50 | 852.00 | | 1.20 | | | | | 852.00 |
| Misc. Desc. | | | | | | | | **MISC. CHARGES:** | | |

| | |
|---|---|
| | **TOTAL:** 1,665.66 |
| NO134903 | **LESS DISCOUNT FOR LATE DELIVERY:** |
| OB1595 | **TAX (If Applicable):** |
| RCN NO22 | **LESS AMOUNT OF DEPOSIT:** |
| | **TOTAL REFUND:** |
| | **TOTAL DUE:** $1,665.66 |

OK to pay D. Foster

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| s:/Karen A. Ibos | 01-24-2014 |

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20130113

**MAKE CHECKS PAYABLE TO:**

Steven O'Rourke
U.S. Department of Justice - ENRD
Environment & Natural Resources
P.O. BOX 7611- Ben Franklin Station
Washington, DC 20044-7611

Phone:

JODI SIMCOX, RMR, FCRR
United States Court Reporter
500 Poydras Street
Room HB-406
New Orleans, LA 70130
Phone: (504) 589-7780

Tax ID: 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
jodi_simcox@laed.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 10-18-2013 | DATE DELIVERED: 10-18-2013 |

**Case Style:** MDL-2179, IN RE: Oil Spill by the Deepwater Horizon
WEEK 2 (10/18/13) PM SESSIONS, NONJURY TRIAL PROCEEDINGS HELD BEFORE THE
HONORABLE CARL J. BARBIER. 3.63x90 (1/2 ORIGINAL) PDF, 1.20x90 ASCII,
.90x90 ETRAN; RT FEEDS: 10/18 4x90. ~~XXXXXXXXXXXXXXXXXXXXX~~

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 90 | 3.63 | 326.70 | 90 | 1.20 | 108.00 | 90 | 0.90 | 81.00 | 515.70 |
| Realtime | 360 | 1.50 | 540.00 | | | | | | | 540.00 |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 1,055.70 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| Date Paid: | | Amt: | | | | TOTAL DUE: | | | | $1,055.70 |

*OK to pay B. Baker*

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: **Jodi Simcox, RMR, FCRR**

DATE

*(All previous editions of this form are cancelled and should be destroyed)*

NO134920
OB1595
RCN NO22

**Court Proceedings_020**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE ~~EASTERN DISTRICT~~ OF LOUISIANA

INVOICE NO: 20131121

**MAKE CHECKS PAYABLE TO:**

DAVID McILWAIN
U.S. DEPARTMENT OF JUSTICE - EES
ENVIRONMENT AND NATURAL RESOURCES
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

Phone: (202) 514-1544

KAREN ANDERSON IBOS, RPR, CRR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM HB-406
NEW ORLEANS, LA 70130

Phone: (504) 589-7776

Tax ID: 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
karen_ibos@laed.uscourts.gov

| | |
|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED 11-12-2013   DATE DELIVERED: 11-12-2013 |

**Case Style:** MDL-2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
TRANSCRIPT OF THE FINAL EXHIBIT MARSHALING CONFERENCE HELD ON 11/7/13
BEFORE MAGISTRATE SHUSHAN.

~~PO# DJJ-12P-ENR01-0422~~

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 32 | 0.90 | 28.80 | | 0.60 | | 28.80 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 28.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| N0134908  RCN N022  OB1595 | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $28.80 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| s:/Karen A. Ibos | 11-13-2013 |

(All previous editions of this form are
cancelled and should be destroyed)

**Court Proceedings_021**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20140048

### MAKE CHECKS PAYABLE TO:

SARAH D. HIMMELHOCH, ESQUIRE
US DEPARTMENT OF JUSTICE (ENRD)
ENVIRONMENT & NATURAL RESOURCES DIV
POST OFFICE BOX 7611
WASHINGTON, DC 20044

Phone: (202) 514-0180

Sarah.Himmelhoch@usdoj.gov

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
500 Poydras St, Room B406
New Orleans, LA 70130

Phone: (504) 589-7779
FAX (504) 589-7726
Tax ID: 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
cathy_pepper@laed.uscourts.gov

2014 NOV 11 PM 2: 06
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

| | | |
|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 04-17-2014 | DATE DELIVERED: 04-21-2014 |

**Case Style:** MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON...
TRANSCRIPT OF TELEPHONE STATUS CONFERENCE PROCEEDINGS HELD BEFORE THE
HONORABLE SALLY SHUSHAN TAKEN ON APRIL 17, 2014

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 13 | 4.85 | 63.05 | 27 | 0.90 | 24.30 | 27 | 0.60 | 16.20 | 103.55 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.50 | | | | | |

Misc. Desc.

OFFICE OF FINANCIAL
2014 APR 30 PM 1: 56

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 103.55 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| Date Paid: Amt: TOTAL DUE: | $103.55 |

OK to pay B Pepper

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s/Cathy Pepper | DATE 04-21-2014 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20140086

DAVID MCILLWAIN, ESQUIRE
U. S. DEPARTMENT OF JUSTICE -- EES
ENVIRONMENT AND NATURAL RESOURCES
PO BOX 7611
WASHINGTON, DC 20044

Phone: (202) 514-1544
FAX: (202) 514-0097

David.McIlwain@usdoj.gov

**MAKE CHECKS PAYABLE TO:**

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
500 Poydras St, Room B406
New Orleans, LA 70130

Phone: (504) 589-7779
FAX (504) 589-7726
Tax ID: 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
cathy_pepper@laed.uscourts.gov

| | | | |
|---|---|---|---|
| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 07-24-2014 | DATE DELIVERED: 07-24-2014 | |

Case Style: MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEWATER HORIZON...
TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS HELD BEFORE THE HONORABLE
SALLY SHUSHAN TAKEN ON JULY 24, 2014

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 12 | 6.05 | 72.60 | 24 | 1.20 | 28.80 | 24 | 0.90 | 21.60 | 123.00 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 123.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| Date Paid: Amt: | TOTAL DUE: $123.00 |

OFFICE OF FINANCIAL
MANAGEMENT
2014 AUG 1 AM 11: 15

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s/Cathy Pepper | DATE 07-24-2014 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

NO13449 33/N022/B1595

PDF created with pdfFactory trial version www.pdffactory.com

Court Proceedings_023

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20140066

**DAVID McILWAIN**
U.S. DEPARTMENT OF JUSTICE - EES
ENVIRONMENT AND NATURAL RESOURCES
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

Phone: (202) 514-1544

**MAKE CHECKS PAYABLE TO:**

KAREN ANDERSON IBOS, RPR CRR RMR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM HB-406
NEW ORLEANS, LA 70130

Phone: (504) 589-7776

Tax ID: 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
karen_ibos@laed.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 08-13-2014 | DATE DELIVERED: 08-13-2014 |
|---|---|---|---|---|

**Case Style:** MDL-2179, IN RE: THE OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
TRANSCRIPT OF TELEPHONE STATUS CONFERENCE HELD ON 8/7/14 BEFORE
MAGISTRATE JUDGE SHUSHAN.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 6 | 4.85 | 29.10 | 12 | 0.90 | 10.80 | | 0.60 | | 39.90 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 39.90 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| NO134987 | | TAX (If Applicable): | |
| OB1595 | | LESS AMOUNT OF DEPOSIT: | |
| RCN NO22 | | TOTAL REFUND: | |
| | | TOTAL DUE: | $39.90 |

OK to
pay

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | s:/Karen A. Ibos | DATE | 08-13-2014 |
|---|---|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20140076

**MAKE CHECKS PAYABLE TO:**

DAVID McILWAIN
U.S. DEPARTMENT OF JUSTICE - EES
ENVIRONMENT AND NATURAL RESOURCES
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

Phone: (202) 514-1544

KAREN ANDERSON IBOS, RPR CRR RMR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM HB-406
NEW ORLEANS, LA 70130

Phone: (504) 589-7776

Tax ID: 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
karen_ibos@laed.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 09-08-2014 | DATE DELIVERED: 09-08-2014 |

Case Style: MDL-2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
TRANSCRIPT OF STATUS CONFERENCE HELD ON 9/4/14 BEFORE MAGISTRATE JUDGE
SHUSHAN.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 11 | 4.85 | 53.35 | 23 | 0.90 | 20.70 | | 0.60 | | 74.05 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 74.05 |

N0134988
0B1595
RCN N022

| | LESS DISCOUNT FOR LATE DELIVERY: | |
|---|---|---|
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $74.05 |

*OK to pay
[initials]*

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: s:/Karen A. Ibos | DATE 09-08-2014 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20140100

**MAKE CHECKS PAYABLE TO:**

David McIlwain, Esq.
USDOJ - ENRD
Environmental Enforcement Section
Post Office Box 7611
Washington, DC 20044-7611

Phone: (202) 514-1544

david.mcilwain@usdoj.gov

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone: (504) 589-7778
FAX: (504) 589-7726

tdtusa1@gmail.com

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 09-24-2014

DATE DELIVERED: 09-24-2014

**Case Style:** 10-MD-2179, IN RE: Oil Spill by the Oil Rig Deepwater Horizon
Telephone status conference held 9-18-14 before Magistrate Judge Shushan;
cost of original split between US and BP; transcripts provided in pdf,
E-Tran, and ASCII by e-mail.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 14 | 4.85 | 67.90 | 27 | 0.90 | 24.30 | 27 | 0.60 | 16.20 | 108.40 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 108.40

N0134990

LESS DISCOUNT FOR LATE DELIVERY:

OB1595

TAX (If Applicable):

RCN N022

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $108.40

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE: *Toni Doyle Tusa, CCR, FCRR*

DATE: 09-24-2014

(All previous editions of this form are
cancelled and should be destroyed)

**Court Proceedings_026**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20140105

**MAKE CHECKS PAYABLE TO:**

DAVID MCILLWAIN, ESQUIRE
U. S. DEPARTMENT OF JUSTICE -- EES
ENVIRONMENT AND NATURAL RESOURCES
PO BOX 7611
WASHINGTON, DC 20044

Phone:  (202) 514-1544
FAX:    (202) 514-0097

David.Mcllwain@usdoj.gov

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
500 Poydras St, Room B406
New Orleans, LA 70130

Phone:   (504) 589-7779
FAX      (504) 589-7726
Tax ID:  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
cathy_pepper@laed.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 09-24-2014 | DATE DELIVERED: 09-25-2014 |

**Case Style:** MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON...
TRANSCRIPT OF STATUS CONFERENCE AND HEARING PROCEEDINGS HELD BEFORE THE
HONORABLE CARL J. BARBIER TAKEN ON SPETEMBER 24, 2014

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 47 | 6.05 | 284.35 | 95 | 1.20 | 114.00 | 95 | 0.90 | 85.50 | 483.85 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: |
| | **TOTAL:** 483.85 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| N0134989 | TAX (If Applicable): |
| 061595 | LESS AMOUNT OF DEPOSIT: |
| RcN N022 | TOTAL REFUND: |
| Date Paid:        Amt: | TOTAL DUE $483.85 |

OK to pay B. Fadd

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s/Cathy Pepper* | DATE 09-25-2014 |

(All previous editions of this form are
cancelled and should be destroyed)

PDF created with pdfFactory trial version www.pdffactory.com

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20140091

**MAKE CHECKS PAYABLE TO:**

DAVID McILWAIN
U.S. DEPARTMENT OF JUSTICE - EES
ENVIRONMENT AND NATURAL RESOURCES
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

Phone: (202) 514-1544

KAREN ANDERSON IBOS, RPR CRR RMR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM HB-406
NEW ORLEANS, LA 70130

Phone: (504) 589-7776

Tax ID: 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
karen_ibos@laed.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED 10-14-2014 | DATE DELIVERED 10-14-2014 |

**Case Style:** MDL-2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON

TRANSCRIPT OF STATUS CONFERENCE HELD ON 10/2/14 BEFORE MAGISTRATE JUDGE SHUSHAN.

P0161070

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 7 | 4.25 | 29.75 | 14 | 0.90 | 12.60 | | 0.60 | | 42.35 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: |

TOTAL: 42.35

LESS DISCOUNT FOR LATE DELIVERY

TAX If Applicable

LESS AMOUNT OF DEPOSIT

TOTAL REFUND:

TOTAL DUE: $42.35

OK to pay Kar

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE s:/Karen A. Ibos | DATE 10-14-2014 |

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20140120

**MAKE CHECKS PAYABLE TO:**

DAVID MCILLWAIN, ESQUIRE
U. S. DEPARTMENT OF JUSTICE -- EES
ENVIRONMENT AND NATURAL RESOURCES
PO BOX 7611
WASHINGTON, DC 20044

Phone: (202) 514-1544
FAX: (202) 514-0097

David.McIlwain@usdoj.gov

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
500 Poydras St, Room B406
New Orleans, LA 70130

Phone: (504) 589-7779
FAX (504) 589-7726
Tax ID: 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
cathy_pepper@laed.uscourts.gov

PO161071

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| CRIMINAL    X CIVIL | 10-30-2014 | 10-31-2014 |

**Case Style:** MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON...

TRANSCRIPT OF ALABAMA DAMAGE CASES, PENALTY PHASE, AND SEA TEST CASES
STATUS CONFERENCE PROCEEDINGS HELD BEFORE THE HONORABLE SALLY SHUSHAN
TAKEN ON OCTOBER 30 AND OCTOBER 31, 2014

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 32 | 6.05 | 193.60 | 64 | 1.20 | 76.80 | 64 | 0.90 | 57.60 | 328.00 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

Misc. Desc.                                        MISC. CHARGES:

TOTAL: 328.00

LESS DISCOUNT FOR LATE DELIVERY:

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

Date Paid:                Amt:                TOTAL DUE    $328.00

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| s/Cathy Pepper | 11-03-2014 |

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20140148

**MAKE CHECKS PAYABLE TO:**

DAVID MCILLWAIN, ESQUIRE
U. S. DEPARTMENT OF JUSTICE -- EES
ENVIRONMENT AND NATURAL RESOURCES
PO BOX 7611
WASHINGTON, DC 20044

| | |
|---|---|
| Phone: | (202) 514-1544 |
| FAX: | (202) 514-0097 |

*David.Mcllwain@usdoj.gov*

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
500 Poydras St, Room B-275
New Orleans, LA 70130

| | |
|---|---|
| Phone: | (504) 589-7779 |
| FAX | (504) 589-7726 |
| Tax ID: | 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 |

*cathy_pepper@laed.uscourts.gov*

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 12-04-2014 | DATE DELIVERED: 12-13-2014 |
|---|---|---|---|

Case Style: MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON...
TRANSCRIPT OF PENALTY PHASE STATUS CONFERENCE PROCEEDINGS HELD BEFORE THE
HONORABLE SALLY SHUSHAN TAKEN ON DECEMBER 4, 2014

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | 16 | 4.25 | 68.00 | 33 | 0.90 | 29.70 | 33 | 0.60 | 19.80 | 117.50 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 117.50 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| Date Paid: | | | Amt: | | | TOTAL DUE: | | | | $117.50 |

PO135913
081595
RCN P029

*(stamped, sideways):* OFFICE OF FINANCIAL MANAGEMENT AND PLANNING 2014 DEC 18 AM 11: 51

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | | DATE |
|---|---|---|
| *s/Cathy Pepper* | | 12-18-2014 |

(All previous editions of this form are
cancelled and should be destroyed)

**Court Proceedings_030**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20150007

**MAKE CHECKS PAYABLE TO:**

David McIlwain, Esq.
USDOJ - ENRD
Environmental Enforcement Section
Post Office Box 7611
Washington, DC 20044-7611

Phone: (202) 514-1544

david.mcilwain@usdoj.gov

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, Room B-275
New Orleans, LA 70130

Phone: (504) 589-7778
FAX: (504) 589-7726

tdtusa1@gmail.com

| | CRIMINAL | X | CIVIL | DATE ORDERED: 01-05-2015 | DATE DELIVERED: 01-05-2015 |

**Case Style:** 10-MD-2179, IN RE: Oil Spill by the Oil Rig DEEPWATER HORIZON

Penalty Phase telephone status conference (39 pages) held at 1:00 p.m. on
12-18-14; cost of original transcript split between US and BP; transcript
provided in PDF, PTX, and ASCII formats by e-mail.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 19 | 3.65 | 69.35 | 20 | 0.90 | 18.00 | 78 | 0.60 | 46.80 | 134.15 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 134.15 |
| | | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $134.15 |

PO135921
OBI595
RCN P029

OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING
15 JAN -7 PM 2:49

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *Toni Doyle Tusa, CCR, FCRR* | DATE 01-05-2015 |

(All previous editions of this form are
cancelled and should be destroyed)

**Court Proceedings_031**

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

INVOICE NO: 20150005

MANAGE 2 AM 9:27

**MAKE CHECKS PAYABLE TO:**

DAVID MCILLWAIN, ESQUIRE
U. S. DEPARTMENT OF JUSTICE -- EES
ENVIRONMENT AND NATURAL RESOURCES
PO BOX 7611
WASHINGTON, DC 20044

Phone: (202) 514-1544
FAX: (202) 514-0097

David.McIlwain@usdoj.gov

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
735 Pecan Grove Lane
New Orleans, LA 70121

Phone: (504) 589-7779
FAX: (504) 589-7726
Tax ID: 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
cathy_pepper@laed.uscourts.gov

| | CRIMINAL | X CIVIL |
|---|---|---|

DATE ORDERED: 01-07-2015

DATE DELIVERED: 01-08-2015

**Case Style:** MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON...
TRANSCRIPT OF PENALTY PHASE PRETRIAL CONFERENCE PROCEEDINGS HELD BEFORE
THE HONORABLE CARL J. BARBBIER TAKEN ON JANUARY 7, 2015

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 21 | 6.05 | 127.05 | 43 | 1.20 | 51.60 | 43 | 0.90 | 38.70 | 217.35 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

Misc. Desc:

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 217.35 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING
2015 JAN -9 PH 12:0

| Date Paid: | Amt: | TOTAL DUE: | $217.35 |
|---|---|---|---|

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE: *s/Cathy Pepper*

DATE 01-08-2015

(All previous editions of this form are
cancelled and should be destroyed)

Y REG DOC: PO135916.
AC: 013I595
RCN: PO29

**Court Proceedings_032**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20150130

**MAKE CHECKS PAYABLE TO:**

DAVID MCILLWAIN, ESQUIRE
U. S. DEPARTMENT OF JUSTICE -- EES
ENVIRONMENT AND NATURAL RESOURCES
PO BOX 7611
WASHINGTON, DC 20044

Phone: (202) 514-1544
FAX: (202) 514-0097

*David.McIlwain@usdoj.gov*

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
735 Pecan Grove Lane
New Orleans, LA 70121

Phone: (504) 589-7779
FAX (504) 589-7726
Tax ID: 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
*cathy_pepper@laed.uscourts.gov*

| | | DATE ORDERED: 01-07-2015 | DATE DELIVERED: 02-02-2015 |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | | |

**Case Style:** MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON...
3 REALTIME FEEDS 1683 X 1.50

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 1683 | 1.50 | 2,524.50 | | 1.20 | | | | | 2,524.50 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 2,524.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| **Date Paid:** **Amt:** | TOTAL DUE: | $2,524.50 |

(stamp) 2015 JUL -8 PM 2:02 OFFICE OF FINANCIAL MANAGEMENT

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *s/Cathy Pepper* | DATE 07-02-2015 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

Yreydoc: PO135967
AC: OB1595
RCN: P029

**Court Proceedings_033**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 2015002<u>4</u>

**MAKE CHECKS PAYABLE TO:**

David McIlwain
U.S. Department of Justice - ENRD
Environment & Natural Resources
P.O. BOX 7611- Ben Franklin Station
Washington, DC 20044-7611

Phone:

JODI SIMCOX, RMR, FCRR
United States Court Reporter
500 Poydras Street
Room HB-275
New Orleans, LA 70130

Phone:     (504) 589-7780

Tax ID:   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
jodi_simcox@laed.uscourts.gov

| | CRIMINAL | x CIVIL | DATE ORDERED: 03-24-2015 | DATE DELIVERED: 03-24-2015 |

**Case Style:** MDL-2179, IN RE: Oil Spill by the Oil Rig Deepwater Horizon

Transcript of January 8, 2015 Penalty Phase status conference held before the Honorable Sally Shushan.

\* Original split with BP.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 7 | 3.65 | 25.55 | | | | | | | 25.55 |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | | | MISC. CHARGES: |

"I certify that the goods and/or services described were received on 03/24/15 and accepted on 03/26/15     Certified invoice procedures were followed & no confirming order was issued."

Use CRAB funds

Case Name: U.S. v. BP x A, et al     DW: 90-5-1-1-10026

Signature: David H McIlwain

Cost Center: S  B151801 (Enter FY)   B1595

Printed/Typed Name & Title: DAVID L. MCILWAIN

x Hearing (2510)  | Deposition (2508)

Other Object Class | | | | |

Date Signed: 26 Mar 2015

Federal Tax ID# or SSN: 2-8-0-6-6-1-6-1-4

| | |
|---|---|
| TOTAL: | 25.55 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | OK to Pay |
| Date Paid:     Amt: | TOTAL DUE: | $25.55 |

DM

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

2015 MAR 26 PM 5:55

| SIGNATURE:  *Jodi Simcox, RMR, FCRR* | DATE |

MANAGEMENT AND
OFFICE OF FINANCE

(All previous editions of this form are
cancelled and should be destroyed)

YREGDOC: PO135929
AC: OB1595     RCV: PO29

**Court Proceedings_034**



P029
JML
11,4,15



| | | 1. Requisition Number | | | 2. Document Control No. |
|---|---|---|---|---|---|
| **U.S. Department of Justice** | | | | | P0135917 |
| | | 3. Page No. | | | 4. Date Prepared |
| Requisition for Equipment, Supplies or Services | | 1 of 1 | | | 13 January 2015 |
| | | 5. For information call *(Name, Telephone Code, and Extension)* | | | |
| | | David McIlwain, 202.514.1544 | | | |

| 6. To: Procurement Services Staff (NPB) | 7. From *(Requisitioning Point---Name and Location)* Environmental Enforcement Sec ENRD, 6th Flr, PHB |
|---|---|

| 8. Recommended Source(s): Cathy Pepper (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) Official Court Reporter c/o U.S. Courthouse E.D. LA. 500 Poydras St., New Orleans, LA 70130 | 9. Required Delivery Date As soon as practicable |
|---|---|

| 10a. Treasury Account Symbol (TAS)/Appropriation: 015 / 2015 / 2015 / 0128 / 000 10b. Cost Center or Account Class: B1595 (CRAB) 10c. Sub-Object Classification Code (SOC): 2510 | 11. Federal Supply Contract No. *(if known)* |
|---|---|

| 12. Signature of Budget Official *[signature]* ¹/14/15 | 14. Signature of Approving Officer *[signature]* JAN 1 4 2015 |
|---|---|
| 13. Name and Title of Budget Official     Date Budget Analyst | 15. Name and Title of Approving Officer     Date Maureen Katz, Assistant Sec Chf, Mgt & Adm, EES |

| Stock No. (16) | Description of Articles or Services *(Attach Statement of Work if required)* (17) | Quantity (18) | Unit of Issue (19) | Estimated Unit Price (20) | Amount (21) | Prop Code (22) |
|---|---|---|---|---|---|---|
| | Daily rough & final trial transcript for BP Deepwater Horizon, as per practice in earlier Phases of Trial (DJ# 90-5-1-1-10026) MDL-2179 | 1 | ea | $2,000 | $2,000.00 | |
| | Obligating Document ✓ | | | | | |
| | Non Obligating Document ____ | | | | | |
| | **FUNDS AVAILABLE** | | | | | |
| | *[signature]* 1/14/15 Name          Date | | | | | |
| | | | | TOTAL | $2,000.00 | |

23. Deliver to *(Give complete shipping address, including ZIP code)*
David McIlwain (david.mcilwain@usdoj.gov) and other email addressees as provided during the trial. Paper copies are not required. PDF, .txt and .ptx are expected, per practice in earlier Phases.

2015 JAN 14 PM 1:25

24. Remarks  Advance on expected invoices, for trial starting 20 January 2015

OFFICE OF FINANCIAL MANAGEMENT

NOTE: Blocks 10a, b, and c must be completed or 186 will be returned

FORM OBD-186 *(Revised)* PREVIOUS VERSIONS ARE OBSOLETE February 2008

DRAFT  Check Requested
in advance


P029
JML
1/14/15

| U.S. Department of Justice<br><br>Requisition for Equipment,<br>Supplies or Services | 1. Requisition Number | | 2. Document Control No.<br>PO135918 |
|---|---|---|---|
| | 3. Page No.<br>   1   of  1 | | 4. Date Prepared<br>13 January 2015 |
| | 5. For information call *(Name, Telephone Code, and Extension)*<br>David McIlwain, 202.514.1544 | | |
| 6. To: Procurement Services Staff (NPB) | 7. From *(Requisitioning Point---Name and Location)*<br>Environmental Enforcement Sec<br>ENRD, 6th Flr, PHB | | |
| 8. Recommended Source(s):<br>Karen Ibos (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)<br>Official Court Reporter<br>c/o U.S. Courthouse E.D. LA.<br>500 Poydras St., New Orleans, LA 70130 | 9. Required Delivery Date<br>As soon as practicable | | |
| 10a. Treasury Account Symbol (TAS)/Appropriation:<br>  015 / 2015 / 2015 / 0128 / 000<br>10b. Cost Center or Account Class:<br>  B1595 (CRAB)<br>10c. Sub-Object Classification Code (SOC):<br>  2510 | 11. Federal Supply Contract No. *(if known)* | | |
| 12. Signature of Budget Official     1/14/15 | 14. Signature of Approving Officer     JAN 1 4 2015 | | |
| 13. Name and Title of Budget Official        Date<br>  Budget Analyst | 15. Name and Title of Approving Officer      Date<br>Maureen Katz, Assistant Sec Chf, Mgt & Adm,<br>EES | | |

| Stock No.<br>(16) | Description of Articles or Services<br>*(Attach Statement of Work if required)*<br>(17) | Quantity<br>(18) | Unit<br>of<br>Issue<br>(19) | Estimated<br>Unit Price<br>(20) | Amount<br>(21) | Prop<br>Code<br>(22) |
|---|---|---|---|---|---|---|
| | Daily rough & final trial transcript for BP Deepwater Horizon, as per practice in earlier Phases of Trial (DJ# 90-5-1-1-10026) MDL-2179 | 1 | ea | $2,000 | $2,000.00 | |
| | Obligating Document ✓ | | | | | |
| | Non Obligating Document | | | | | |
| | **FUNDS AVAILABLE**<br><br>Name         Date  1/14/15 | | | | | |
| | | | | TOTAL | $2,000.00 | |

23. Deliver to *(Give complete shipping address, including ZIP code)*
David McIlwain (david.mcilwain@usdoj.gov) and other email addressees as provided during the trial. Paper copies are not required. PDF, .txt and .ptx are expected, per practice in earlier Phases.

24. Remarks Advance on expected invoices, for trial starting 20 January 2015

NOTE: Blocks 10a, b, and c must be completed or 186 will be returned

FORM OBD-186 *(Revised)*
PREVIOUS VERSIONS ARE OBSOLETE
February 2008

2015 JAN 14 PH 1:52
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

Draft check Requested
in Advance

**Court Proceedings_036**



M029
JML
1/14/15

| **U.S. Department of Justice**<br><br>Requisition for Equipment,<br>Supplies or Services | 1. Requisition Number | 2. Document Control No.<br>PO135919 |
|---|---|---|
| | 3. Page No.<br>1 of 1 | 4. Date Prepared<br>13 January 2015 |
| | 5. For information call *(Name, Telephone Code, and Extension)*<br>David McIlwain, 202.514.1544 | |

| 6. To: Procurement Services Staff (NPB) | 7. From *(Requisitioning Point---Name and Location)*<br>Environmental Enforcement Sec<br>ENRD, 6th Flr, PHB |
|---|---|
| 8. Recommended Source(s):<br>Jodi Simcox (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)<br>Official Court Reporter<br>c/o U.S. Courthouse E.D. LA.<br>500 Poydras St., New Orleans, LA 70130 | 9. Required Delivery Date<br>As soon as practicable |
| 10a. Treasury Account Symbol (TAS)/Appropriation:<br>015/2015 /2015 / 0128 / 000<br>10b. Cost Center or Account Class:<br>B1595 (CRAB)<br>10c. Sub-Object Classification Code (SOC):<br>2510 | 11. Federal Supply Contract No. *(if known)* |

| 12. Signature of Budget Official<br>*[signature]* 1/14/15 | 14. Signature of Approving Officer<br>*[signature]* JAN 14 2015 |
|---|---|
| 13. Name and Title of Budget Official          Date<br>Budget Analyst | 15. Name and Title of Approving Officer          Date<br>Maureen Katz, Assistant Sec Chf, Mgt & Adm,<br>EES |

| Stock No.<br>(16) | Description of Articles or Services<br>*(Attach Statement of Work if required)*<br>(17) | Quantity<br>(18) | Unit of Issue<br>(19) | Estimated Unit Price<br>(20) | Amount<br>(21) | Prop Code<br>(22) |
|---|---|---|---|---|---|---|
| | Daily rough & final trial transcript for BP Deepwater Horizon, as per practice in earlier Phases of Trial (DJ# 90-5-1-1-10026) MDL-2179 | 1 | ea | $2,000 | $2,000.00 | |
| | Obligating Document ✓ | | | | | |
| | Non Obligating Document ____ | | | | | |
| | **FUNDS AVAILABLE**<br><br>*[signature]* 1/14/15<br>Name          Date | | | | | |
| | | | | **TOTAL** | $2,000.00 | |

23. Deliver to *(Give complete shipping address, including ZIP code)*
David McIlwain (david.mcilwain@usdoj.gov) and other email addressees as provided during the trial. Paper copies are not required. PDF, .txt and .ptx are expected, per practice in earlier Phases.

24. Remarks  Advance on expected invoices, for trial starting 20 January 2015 : 1 Hd 71 NAC S102

NOTE: Blocks 10a, b, and c must be completed or 186 will be returned

MANAGEMENT AND FINANCIAL
OFFICE OF FINANCIAL

FORM OBD-186 *(Revised)*
PREVIOUS VERSIONS ARE OBSOLETE
February 2008

DRAFT CHECK REQUESTED
IN ADVANCE


P029
JmL
1/14/15

| | | 1. Requisition Number | 2. Document Control No. |
|---|---|---|---|
| **U.S. Department of Justice** | | | P013592O |
| Requisition for Equipment, Supplies or Services | | 3. Page No. 1 of 1 | 4. Date Prepared 13 January 2015 |
| | | 5. For information call *(Name, Telephone Code, and Extension)* David McIlwain, 202.514.1544 | |
| 6. To: Procurement Services Staff (NPB) | | 7. From *(Requisitioning Point---Name and Location)* Environmental Enforcement Sec ENRD, 6th Flr, PHB | |

| 8. Recommended Source(s): Toni Tusa (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) Official Court Reporter c/o U.S. Courthouse E.D. LA. 500 Poydras St., New Orleans, LA 70130 | 9. Required Delivery Date As soon as practicable |
|---|---|

| 10a. Treasury Account Symbol (TAS)/Appropriation: 015 / 2015 / 0128 /000 10b. Cost Center or Account Class: B1595 (CRAB) 10c. Sub-Object Classification Code (SOC): 2510 | 11. Federal Supply Contract No. *(if known)* |
|---|---|

| 12. Signature of Budget Official *(signature)* 1/14/15 | 14. Signature of Approving Officer *(signature)* JAN 14 2015 |
|---|---|
| 13. Name and Title of Budget Official *Date* Budget Analyst | 15. Name and Title of Approving Officer *Date* Maureen Katz, Assistant Sec Chf, Mgt & Adm, EES |

| Stock No. (16) | Description of Articles or Services *(Attach Statement of Work if required)* (17) | Quantity (18) | Unit of Issue (19) | Estimated Unit Price (20) | Amount (21) | Prop Code (22) |
|---|---|---|---|---|---|---|
| | Daily rough & final trial transcript for BP Deepwater Horizon, as per practice in earlier Phases of Trial (DJ# 90-5-1-1-10026) MDL-2179 | 1 | ea | $2,000 | $2,000.00 | |
| | Obligating Document ✓ | | | | | |
| | Non Obligating Document | | | | | |
| | **FUNDS AVAILABLE** *(signature)* 1/14/15 Name Date | | | | | |
| | | | | TOTAL | $2,000.00 | |

23. Deliver to *(Give complete shipping address, including ZIP code)*
David McIlwain (david.mcilwain@usdoj.gov) and other email addressees as provided during the trial. Paper copies are not required. PDF, .txt and .ptx are expected, per practice in earlier Phases.

24. Remarks  Advance on expected invoices, for trial starting 20 January 2015       2015 JAN 14  PM 1:25

NOTE: Blocks 10a, b, and c must be completed or 186 will be returned

MANAGEMENT AND PLANNING
OFFICE OF FINANCIAL

FORM OBD-186 *(Revised)*
PREVIOUS VERSIONS ARE OBSOLETE
February 2008

Draft Check Requested in
advance.

PO1614025

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20140228

**MAKE CHECKS PAYABLE TO:**

DAVID McILWAIN
U.S. DEPARTMENT OF JUSTICE - EES
ENVIRONMENT AND NATURAL RESOURCES
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

Phone: (202) 514-1544

KAREN ANDERSON IBOS, RPR CRR RMR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM B-275
NEW ORLEANS, LA 70130

Phone: (504) 589-7776

Tax ID: 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
karen_ibos@laed.uscourts.gov

| | | DATE ORDERED: 01-20-2015 | DATE DELIVERED: 01-20-2015 |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | | |

**Case Style:** MDL-2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON
REALTIME FEEDS (1590 X 1.50) FOR TRIAL PROCEEDINGS HELD ON 1/20/15 - 1/23/15.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 1590 | 1.50 | 2,385.00 | | 1.20 | | | | | 2,385.00 |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 2,385.00 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| | | | | | TOTAL DUE: | | | | | $2,385.00 |

### ADDITIONAL INFORMATION
OK to Pay

DMc

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an orde for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

2015 MAY 21 PM 12: 07

SIGNATURE: s:/Karen A. Ibos     DATE 05-19-2015

*(All previous editions of this form are cancelled and should be destroyed)*

OFFICE OF FINANC
MANAGEMENT ANG

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| INVOICE NO: 20140227 | MAKE CHECKS PAYABLE TO: |

DAVID McILWAIN
U.S. DEPARTMENT OF JUSTICE - EES
ENVIRONMENT AND NATURAL RESOURCES
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

Phone: (202) 514-1544

KAREN ANDERSON IBOS, RPR CRR RMR
OFFICIAL COURT REPORTER
500 POYDRAS STREET
ROOM B-275
NEW ORLEANS, LA 70130

Phone: (504) 589-7776

Tax ID: 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
karen_ibos@laed.uscourts.gov

| ☐ CRIMINAL ☒ CIVIL | DATE ORDERED: 01-20-2015 | DATE DELIVERED: 01-20-2015 |

**Case Style: MDL-2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON**
HOURLY TRIAL TRANSCRIPT FOR 1/20/15 - 1/23/15, DAYS 1-4 MORNING SESSIONS;
PDF (530 X 3.63), E-TRAN (530 X 1.20) AND ASCII (530 X .90).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 530 | 3.63 | 1,923.90 | 530 | 1.20 | 636.00 | 530 | 0.90 | 477.00 | 3,036.90 |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 3,036.90 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Check No: 103151236** **Deposit Date: 01-16-2015** | LESS AMOUNT OF DEPOSIT: | 2,000.00 |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $1,036.90 |

OK to pay   DMc

## ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

2015 MAY 21 PM 12: 07

| SIGNATURE: *s:/Karen A. Ibos* | DATE 05-19-2015 |

OFFICE OF FINAN
MANAGEMENT AND ...

*(All previous editions of this form are cancelled and should be destroyed)*

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20150129

### MAKE CHECKS PAYABLE TO:

DAVID MCILLWAIN, ESQUIRE
U. S. DEPARTMENT OF JUSTICE -- EES
ENVIRONMENT AND NATURAL RESOURCES
PO BOX 7611
WASHINGTON, DC 20044

Phone: (202) 514-1544
FAX: (202) 514-0097

*David.McIlwain@usdoj.gov*

CATHY PEPPER, CCR RMR CRR
Official Court Reporter
735 Pecan Grove Lane
New Orleans, LA 70121

Phone: (504) 589-7779
FAX (504) 589-7726
Tax ID: 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
*cathy_pepper@laed.uscourts.gov*

2015 JUL - 8  P 2: 11  OFFICE OF FINANCIAL MANAGEMENT

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 01-26-2015 | 02-02-2015 |

Case Style: MDL 2179, IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON...
HOURLY TRIAL TRANSCRIPTS 1/26/15 TO 2/2/15, DAYS 5-8, MORNING SESSIONS:
PDF 561 X 3.63, ETRANSCRIPTS 561 X 1.20, ASCII 561 X .90

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 561 | 3.63 | 2,036.43 | 561 | 1.20 | 673.20 | 561 | 0.90 | 504.90 | 3,214.53 |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 3,214.53 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| **Check No: 103151237**   **Deposit Date: 01-23-2015** | LESS AMOUNT OF DEPOSIT: | 2,000.00 |
| | TOTAL REFUND: | |
| **Date Paid:**          **Amt:** | TOTAL DUE: | $1,214.53 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

OK to Pay
D. McIlwain

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| *s/Cathy Pepper* | 07-02-2015 |

*(All previous editions of this form are cancelled and should be destroyed)*

Ireydoc? PO135966
AC? OB1595
RCN? PC29

**Court Proceedings_041**

P016409

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20150019

David McIlwain, Esq.
USDOJ - ENRD
Environmental Enforcement Section
Post Office Box 7611
Washington, DC 20044-7611

Phone: (202) 514-1544

*david.mcilwain@usdoj.gov*

**MAKE CHECKS PAYABLE TO:**

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, Room B-275
New Orleans, LA 70130

Phone: (504) 589-7778
FAX (504) 589-7726

*tdtusa1@gmail.com*

| | CRIMINAL | X CIVIL | DATE ORDERED: 02-06-2015 | DATE DELIVERED: 02-06-2015 |
|---|---|---|---|---|

**Case Style:** 10-MD-2179, IN RE: Oil Spill by the Oil Rig DEEPWATER HORIZON
Hourly Trial Transcripts, 1/26/15 - 2/2/15, Days 5 - 8, Afternoon
Sessions; PDF (565 x 3.63), E-Tran (565 x 1.20), & ASCII (565 x .90),
3 realtime feeds (1,695 x 1.50)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 565 | 3.63 | 2,050.95 | 565 | 1.20 | 678.00 | 565 | 0.90 | 508.50 | 3,237.45 |
| Realtime | | 1.50 | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 3,237.45 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | TAX (If Applicable): | | | | | | |
| Check No: 103151234 | **Deposit Date: 01-16-2015** | | | LESS AMOUNT OF DEPOSIT: | | | | | | 2,000.00 |
| | | | | TOTAL REFUND: | | | | | | |
| | | | | TOTAL DUE: | | | | | | $1,237.45 |

Ok to Pay Dmc

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE: *Toni Doyle Tusa, CCR, FCRR*     DATE 05-21-2015

*(All previous editions of this form are cancelled and should be destroyed)*

YREGDOC: P016409
RCN: P029
AC: 0B1595

**Court Proceedings_042**

PO161410

| AO44<br>(Rev. 11/07) | **UNITED STATES DISTRICT COURT**<br>**FOR THE EASTERN DISTRICT OF LOUISIANA** |
|---|---|

INVOICE NO:  20150092

<table>
<tr>
<td>
David McIlwain, Esq.<br>
USDOJ - ENRD<br>
Environmental Enforcement Section<br>
Post Office Box 7611<br>
Washington, DC 20044-7611<br><br>
Phone:   (202) 514-1544<br><br>
<em>david.mcilwain@usdoj.gov</em>
</td>
<td>
**MAKE CHECKS PAYABLE TO:**<br>
Toni Doyle Tusa, CCR, FCRR<br>
Official Court Reporter<br>
500 Poydras Street, Room B-275<br>
New Orleans, LA 70130<br><br>
Phone:   (504) 589-7778<br>
FAX       (504) 589-7726<br><br>
<em>tdtusa1@gmail.com</em>
</td>
</tr>
</table>

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 02-06-2015 | DATE DELIVERED: 02-06-2015 |
|---|---|---|---|

**Case Style:** 10-MD-2179, v
Hourly Trial Transcripts, 1/26/15 - 2/2/15, Days 5 - 8, Afternoon
Sessions; PDF (565 x 3.63), E-Tran (565 x 1.20), & ASCII (565 x .90),
3 realtime feeds (1,695 x 1.50)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 1695 | 1.50 | 2,542.50 | | 1.20 | | | | | 2,542.50 |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 2,542.50 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | TAX (If Applicable): | | | | | | |
| | | | | LESS AMOUNT OF DEPOSIT: | | | | | | |
| | | | | TOTAL REFUND: | | | | | | |
| | | | | TOTAL DUE: | | | | | | $2,542.50 |

*(vertical stamp:)* OFFICE OF FINANCIAL MANAGEMENT AND... 2015 MAY 21  PM 4: 44

OK To Pay  DM

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | *Toni Doyle Tusa, CCR, FCRR* | DATE | 05-21-2015 |
|---|---|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

YREGADOC 3  PO161410
RCN 3  PO29
AC 3  OB1595

**Court Proceedings_043**