# Exhibit 9A

**TO UNITED STATES' BILL OF COSTS**

62·32·260

# GAUDET KAISER, L.L.C.

**BOARD-CERTIFIED COURT REPORTERS**

## Invoice

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130
Toll Free (888) 525-9100

Ph: (504) 525-9100
Fx: (504) 525-9109
gkp2003@aol.com

**Federal ID # 72-1370790**

SANDI L. ANDERSON
UNITED STATES DEPARTMENT OF JUSTICE
AVIATION & ADMIRALTY LITIGATION
1425 NEW YORK AVENUE, NW
SUITE 10100
WASHINGTON, DC 20005

April 7, 2011

**Invoice#** 20726

**Balance:** $928.30

**Re:** IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON"
· RICHARD VARGO
*on* 03/30/11 *Billed* 04/07/11
*by* DIANE CLARK

## Invoicing Information

Charge Description
FOR A COPY OF THE DEPOSITION OF
RICHARD VARGO
DELIVERY VIA UPS

| | |
|---|---|
| TRANSCRIPT | 423 PGS @ 2.10/PG |
| ADM FEE | 25.00 |
| UPS CHARGE | 15.00 |

**THANK YOU FOR YOUR BUSINESS, PLEASE CALL AGAIN**

P l e a s e    R e m i t    - - - >    **Total Due:**    **$928.30**

New Orleans * Mandeville * Baton Rouge
**Terms: Net 30 Days**
Invoices over 30 days old are subject to a 1.5% monthly interest rate.

 Underhill

**Depositions_001**

62. 32. 260

4/15/11

# GAUDET KAISER, L.L.C.

### BOARD-CERTIFIED COURT REPORTERS

## Invoice

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130
Toll Free (888) 525-9100

Ph: (504) 525-9100
Fx: (504) 525-9109
gkp2003@aol.com

**Federal ID # 72-1370790**

SANDI L. ANDERSON
UNITED STATES DEPARTMENT OF JUSTICE
AVIATION & ADMIRALTY LITIGATION
1425 NEW YORK AVENUE, NW
SUITE 10100
WASHINGTON, DC 20005

April 7, 2011

**Invoice#** 20738

**Balance:** $1,203.40

**Re:** IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON"
RICHARD VARGO VOL. II
*on* 03/31/11 *Billed* 04/07/11
*by* DIANE CLARK

## Invoicing Information

Charge Description
FOR A COPY OF THE DEPOSITION OF
RICHARD VARGO VOL. II
DELIVERY VIA UPS

| | |
|---|---|
| TRANSCRIPT | 554 PGS @ 2.10/PG |
| ADM FEE | 25.00 |
| UPS CHARGE | 15.00 |

for Underhill

### THANK YOU FOR YOUR BUSINESS, PLEASE CALL AGAIN

**P l e a s e    R e m i t    - - - >    Total Due: $1,203.40**

**New Orleans * Mandeville * Baton Rouge**
**Terms: Net 30 Days**
**Invoices over 30 days old are subject to a 1.5% monthly interest rate.**

**Depositions_002**

DJ 62.32.260
4/5/11



# Invoice

| Date | Invoice # |
|------|-----------|
| 4/1/2011 | 17334 |

**Bill To**

United State Department of Justice
Sandi Anderson (Mike Underhill)
1425 New York Ave., NW, Suite 10100
Washington, DC 20005
202-616-4112

| Terms | Rep |
|-------|-----|
| Net 30 | GD |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Mpeg 1 Sync | 16 | For providing the mpeg 1 sync of the videotaped depositions of Richard Vargo, held at 601 Poydras Street, New Orleans, Louisiana, taken on March 30, 2011 and March 31, 2011. | 40.00 | 640.00 |
| Shipping Fee | | Shipping | 15.00 | 15.00 |
| | | RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 United States District Court, Eastern District of Louisiana MDL No. 2179 | | |

Enclosed:2- mpeg 1 Sync

*Keyl Seid* for Mike Underhill

Tax ID: 72-1402974

| **Total** | $655.00 |

Please remit invoice to: P.O. Box 486, Metairie, Louisiana 70004



3213 W. Metairie Ave. North ◆ Metairie, Louisiana 70001
New Orleans 504.828.8856 ◆ Baton Rouge 225.292.8352 ◆ Fax 504.828.8865
Toll-Free 1.888.DEPO-VUE ◆ E-mail info@depo-vue.com



Depositions_003

# GAUDET KAISER, L.L.C.

### BOARD-CERTIFIED COURT REPORTERS

## Invoice

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130
Toll Free (888) 525-9100

Ph: (504) 525-9100
Fx: (504) 525-9109
gkp2003@aol.com

### Federal ID # 72-1370790

SANDI L. ANDERSON
UNITED STATES DEPARTMENT OF JUSTICE
AVIATION & ADMIRALTY LITIGATION
1425 NEW YORK AVENUE, NW
SUITE 10100
WASHINGTON, DC 20005

April 20, 2011

**Invoice#** 20971

**Balance:** $1,079.50

**Re:** IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON"
ROBERT BODEK
*on* 04/11/11  *Billed* 04/20/11
*by* THU "TUTTI" BUI

## Invoicing Information

Charge Description
FOR A COPY OF THE DEPOSITION OF
ROBERT BODEK
DELIVERY VIA UPS

TRANSCRIPT      462 PGS @ 2.25 (EXPERT)
ADM FEE         25.00
UPS CHARGE      15.00

*Kyle Ewd* for Mike Underhill

### THANK YOU FOR YOUR BUSINESS, PLEASE CALL AGAIN

**P l e a s e   R e m i t   - - ->   Total Due: $1,079.50**

New Orleans * Mandeville * Baton Rouge
Terms: Net 30 Days
Invoices over 30 days old are subject to a 1.5% monthly interest rate.

# GAUDET KAISER, L.L.C.

### BOARD-CERTIFIED COURT REPORTERS

## Invoice

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130
Toll Free (888) 525-9100

Ph: (504) 525-9100
Fx: (504) 525-9109
gkp2003@aol.com

**Federal ID # 72-1370790**

SANDI L. ANDERSON
UNITED STATES DEPARTMENT OF JUSTICE
AVIATION & ADMIRALTY LITIGATION
1425 NEW YORK AVENUE, NW
SUITE 10100
WASHINGTON, DC 20005

April 20, 2011

**Invoice#** 20979

**Balance:**    $843.25

**Re:** IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON"
ROBERT BODEK VOL. II
*on* 04/12/11  *Billed* 04/20/11
*by* THU "TUTTI" BUI

## Invoicing Information

Charge Description
FOR A COPY OF THE DEPOSITION OF
ROBERT BODEK VOL. II
DELIVERY VIA UPS

TRANSCRIPT      357 PGS @ 2.25/PG
ADM FEE         25.00
UPS CHARGE      15.00

*for Mike Underhill*

### THANK YOU FOR YOUR BUSINESS, PLEASE CALL AGAIN

**P l e a s e    R e m i t   - - - >    Total Due:    $843.25**

**Depositions_005**

62·32·260 5/3/11

# GAUDET KAISER, L.L.C.

**BOARD-CERTIFIED COURT REPORTERS**

## Invoice

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130
Toll Free (888) 525-9100

Ph: (504) 525-9100
Fx: (504) 525-9109
gkp2003@aol.com

**Federal ID # 72-1370790**

SANDI L. ANDERSON
UNITED STATES DEPARTMENT OF JUSTICE
AVIATION & ADMIRALTY LITIGATION
1425 NEW YORK AVENUE, NW
SUITE 10100
WASHINGTON, DC 20005

May 13, 2011

**Invoice#** 21509

**Balance:** $709.90

**Re:** IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON"
ALAN O'DONNELL
*on* 05/05/11 *Billed* 05/13/11
*by* SANDRA FILES

## Invoicing Information

Charge Description
FOR A COPY OF THE DEPOSITION OF
ALAN O'DONNELL
DELIVERY VIA UPS

| | |
|---|---|
| TRANSCRIPT | 319 PGS @ 2.10/PG |
| ADM FEE | 25.00 |
| UPS CHARGE | 15.00 |

*for Mike Underhill*

**THANK YOU FOR YOUR BUSINESS, PLEASE CALL AGAIN**

P l e a s e    R e m i t    - - - >    Total Due:    $709.90

New Orleans * Mandeville * Baton Rouge
Terms: Net 30 Days
Invoices over 30 days old are subject to a 1.5% monthly interest rate

62.32.260



# Invoice

| Date | Invoice # |
|------|-----------|
| 5/10/2011 | 17676 |

6/7/11

**Bill To**

United State Department of Justice
Sandi Anderson (Mike Underhill)
1425 New York Ave., NW, Suite 10100
Washington, DC 20005
202-616-4112

| Terms | Rep |
|-------|-----|
| Net 30 | KS |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Mpeg 1 Sync | 7 | For providing the mpeg 1 sync of the videotaped deposition of Alan O'Donnell, held at 601 Poydras Street, New Orleans, Louisiana, taken on May 5, 2011. | 40.00 | 280.00 |
| Shipping Fee | | Shipping | 15.00 | 15.00 |
| | | RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br>United States District Court, Eastern District of Louisiana<br>MDL No. 2179 | | |

for
R. Michael Underhill

Enclosed:1- mpeg 1 Sync

**Total** $295.00

Tax ID: 72-1402974

Please remit invoice to: P.O. Box 486, Metairie, Louisiana 70004



3213 W. Metairie Ave. North ◆ Metairie, Louisiana 70001
New Orleans 504.828.8856 ◆ Baton Rouge 225.292.8352 ◆ Fax 504.828.8865
Toll-Free 1.888.DEPO-VUE ◆ E-mail info@depo-vue.com



62. 32. 260



# Invoice

| Date | Invoice # |
|------|-----------|
| 5/10/2011 | 17686 |

**Bill To**

United State Department of Justice
Sandi Anderson (Mike Underhill)
1425 New York Ave., NW, Suite 10100
Washington, DC 20005
202-616-4112

| Terms | Rep |
|-------|-----|
| Net 30 | GD |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Mpeg 1 Sync | 3 | For providing the mpeg 1 sync of the videotaped deposition of Jim Bryan, held at 601 Poydras Street, New Orleans, Louisiana, taken on May 6, 2011. | 40.00 | 120.00 |
| Shipping Fee | | Shipping | 15.00 | 15.00 |
| | | RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br>United States District Court, Eastern District of Louisiana<br>MDL No. 2179 | | |

For Underhill

Enclosed:1- mpeg 1 Sync

**Total** $135.00

Tax ID: 72-1402974

Please remit invoice to: P.O. Box 486, Metairie, Louisiana 70004



3213 W. Metairie Ave. North ♦ Metairie, Louisiana 70001
New Orleans 504.828.8856 ♦ Baton Rouge 225.292.8352 ♦ Fax 504.828.8865
Toll-Free 1.888.DEPO-VUE ♦ E-mail info@depo-vue.com

**Depositions_008**



6/20/11

# GAUDET KAISER, L.L.C.

### BOARD-CERTIFIED COURT REPORTERS

## Invoice

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130
Toll Free (888) 525-9100

Ph: (504) 525-9100
Fx: (504) 525-9109
gkp2003@aol.com

**Federal ID # 72-1370790**

SANDI L. ANDERSON
UNITED STATES DEPARTMENT OF JUSTICE
AVIATION & ADMIRALTY LITIGATION
1425 NEW YORK AVENUE, NW
SUITE 10100
WASHINGTON, DC 20005

June 13, 2011

**Invoice#** 21980

**Balance:** $793.90

**Re:** IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON"
ROBERT QUITZAU
*on* 05/25/11 *Billed* 06/13/11
*by* DIANE CLARK

## Invoicing Information

Charge Description
FOR A COPY OF THE DEPOSITION OF
ROBERT QUITZAU
DELIVERY VIA UPS

TRANSCRIPT          359 PGS @ 2.10/PG
ADM FEE             25.00
UPS CHARGE          15.00

DJ
62.32.260

### THANK YOU FOR YOUR BUSINESS, PLEASE CALL AGAIN

for
R. Michael Underhill    P l e a s e    R e m i t    - - - >    Total Due:    $793.90

**New Orleans * Mandeville * Baton Rouge**
**Terms: Net 30 Days**
Invoices over 30 days old are subject to a 1.5% monthly interest rate.

Depositions_009

6/20/11

# GAUDET KAISER, L.L.C.

### BOARD-CERTIFIED COURT REPORTERS

## Invoice

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130
Toll Free (888) 525-9100

Ph: (504) 525-9100
Fx: (504) 525-9109
gkp2003@aol.com

**Federal ID # 72-1370790**

SANDI L. ANDERSON
UNITED STATES DEPARTMENT OF JUSTICE
AVIATION & ADMIRALTY LITIGATION
1425 NEW YORK AVENUE, NW
SUITE 10100
WASHINGTON, DC 20005

June 13, 2011

**Invoice#** 21987

**Balance:** $701.50

**Re:** IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON"
ROBERT QUITZAU VOL. II
*on* 05/26/11 *Billed* 06/13/11
*by* DIANE CLARK

## Invoicing Information

Charge Description
FOR A COPY OF THE DEPOSITION OF
ROBERT QUITZAU VOL. II
DELIVERY VIA UPS

TRANSCRIPT        315 PGS @ 2.10/PG
ADM FEE          25.00
UPS CHARGE       15.00

for Mike Underhill

### THANK YOU FOR YOUR BUSINESS, PLEASE CALL AGAIN

62.32.260 Please Remit - - -> Total Due: $701.50

**New Orleans * Mandeville * Baton Rouge**
**Terms: Net 30 Days**
Invoices over 30 days old are subject to a 1.5% monthly interest rate

62.32.260

# Invoice



**DEPO-VUE, INC.**
CERTIFIED LEGAL VIDEO SPECIALIST

| Date | Invoice # |
|------|-----------|
| 6/6/2011 | 17936 |

6/27/11

**Bill To**

United State Department of Justice
Sandi Anderson (Mike Underhill)
1425 New York Ave., NW, Suite 10100
Washington, DC 20005
202-616-4112

| Terms | Rep |
|-------|-----|
| Net 30 | KS |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Mpeg 1 Sync | 14 | For providing the mpeg 1 sync of the videotaped deposition of Robert Quitzau, held at 601 Poydras Street, New Orleans, Louisiana, taken on May 25, 2011 and May 26, 2011. | 40.00 | 560.00 |
| Shipping Fee | | Shipping | 15.00 | 15.00 |
| | | RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 United States District Court, Eastern District of Louisiana MDL No. 2179 | | |

Mike Underhill

Enclosed:2- mpeg 1 Sync

**Total** $575.00

Tax ID: 72-1402974

Please remit invoice to: P.O. Box 486, Metairie, Louisiana 70004



3213 W. Metairie Ave. North ◆ Metairie, Louisiana 70001
New Orleans 504.828.8856 ◆ Baton Rouge 225.292.8352 ◆ Fax 504.828.8865
Toll-Free 1.888.DEPO-VUE ◆ E-mail info@depo-vue.com



Depositions_011

 

# DEPO-VUE, INC.
## CERTIFIED LEGAL VIDEO SPECIALIST

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/10/2011 | 18044 |

**Bill To**

United State Department of Justice
Sandi Anderson (Mike Underhill)
1425 New York Ave., NW, Suite 10100
Washington, DC 20005
202-616-4112

| Terms | Rep |
|-------|-----|
| Net 30 | GD |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Mpeg 1 Sync | 8 | For providing the mpeg 1 sync of the videotaped deposition of Thruits (Kirk Wardlaw), held at 601 Poydras Street, New Orleans, Louisiana, taken on June 9, 2011. | 40.00 | 320.00 |
| Shipping Fee | | Shipping | 15.00 | -15.00 |
| | | RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br>United States District Court, Eastern District of Louisiana<br>MDL No. 2179 | | |

*for Mike Underhill*
*62.32.260*

Enclosed:1- mpeg 1 Sync

**Total** $335.00

Tax ID: 72-1402974

Please remit invoice to: P.O. Box 486, Metairie, Louisiana 70004



3213 W. Metairie Ave. North ◆ Metairie, Louisiana 70001
New Orleans 504.828.8856 ◆ Baton Rouge 225.292.8352 ◆ Fax 504.828.8865
Toll-Free 1.888.DEPO-VUE ◆ E-mail info@depo-vue.com

Depositions_0



Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 104729 | 08/16/2011 | 01-37179 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/22/2011 | HOUSE | 2179 |

| CASE CAPTION |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

| TERMS |
|---|
| Due upon receipt |

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

Copy of the Daily Certified Transcript of:

| | | | | |
|---|---|---|---|---|
| Darrell Hollek | | 278 Pages @ | 4.09/Page | 1,137.02 |
| EXHIBITS | | 422 Pages @ | .15/Page | 63.30 |
| ADMIN FEE | | | | 25.00 |
| SCANNING | | 392.00 Pages @ | .08/Page | 31.36 |

TOTAL DUE >>>>  1,256.68

Replaces invoice number 103211

_for_
R. Michael Underhill

TAX ID NO.: 74-2175895                                    (202) 616-4112

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

Invoice No.:  104729
Date       :  08/16/2011
**TOTAL DUE** :  1,256.68

Job No.   . :  01-37179
Case No.   :  2179
In Re: Oil Spill by the Oil Rig "Dee

Remit To:   **Worldwide Court Reporters, Inc.**
3000 Weslayan, Suite 235
Houston, TX 77027

**Depositions_013**

62. 32. 260

9/16/11

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000  Fax (713-) 572-2009

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 104738 | 06/30/2011 | 01-37187 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/23/2011 | HOUSE | 2179 |

| CASE CAPTION |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

| TERMS |
|---|
| Due upon receipt |

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

Copy of the Daily Certified Transcript of:
Graham S. Vinson, III, Vol. 1

| | | | |
|---|---|---|---|
| | 377 Pages @ | 4.09/Page | 1,541.93 |
| EXHIBITS | 113 Pages @ | .15/Page | 16.95 |
| ADMIN FEE | | | 25.00 |
| COLOR COPIES | 2.00 Pages @ | .25/Page | .50 |
| SCANNING | 107.00 Pages @ | .08/Page | 8.56 |
| | TOTAL DUE >>>> | | 1,592.94 |

Replaces invoice number 103505

for Underhill

TAX ID NO.: 74-2175895                                    (202) 616-4112

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

Invoice No.:   104738
Date        :   06/30/2011
TOTAL DUE  :   1,592.94

Job No.    :   01-37187
Case No.   :   2179
In Re: Oil Spill by the Oil Rig "Dee

Remit To:   **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston, TX 77027**

**Depositions_014**

62.32.260
9/16/11

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 104739 | 06/30/2011 | 01-37189 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/24/2011 | HOUSE | 2179 |

| CASE CAPTION |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

| TERMS |
|---|
| Due upon receipt |

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

Copy of the Daily Certified Transcript of:
Graham S. Vinson, III, Vol. 2

| | | | |
|---|---|---|---|
| | 130 Pages @ | 4.09/Page | 531.70 |
| EXHIBITS | 15 Pages @ | .15/Page | 2.25 |
| ADMIN FEE | | | 25.00 |
| SCANNING | 15.00 Pages @ | .08/Page | 1.20 |
| | TOTAL DUE >>>> | | 560.15 |

Replaces invoice number 103512

for Underhill

TAX ID NO.: 74-2175895

(202) 616-4112

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

Invoice No.:  104739
Date       :  06/30/2011
TOTAL DUE  :     560.15

Job No.    :  01-37189
Case No.   :  2179
In Re: Oil Spill by the Oil Rig "Dee

Remit To:   **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston, TX 77027**

**Depositions_015**

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 104745 | 06/30/2011 | 01-37247 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/27/2011 | HOUSE | 2179 |
| | **CASE CAPTION** | |
| | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | |
| | **TERMS** | |
| | Due upon receipt | |

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

```
Copy of the Daily Certified Transcript of
    Michael Beirne                    336 Pages @      4.09/Page      1,374.24
            EXHIBITS                  493 Pages @       .15/Page         73.95
            ADMIN FEE                                                    25.00
            SCANNING          •    452.00 Pages @       .08/Page         36.16
                                                                     ─────────
                                  TOTAL   DUE  >>>>                   1,509.35

Replaces invoice number 103570
```

~~Wm Underhill~~

TAX ID NO.: 74-2175895.                            ~(202) 616-4112

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

```
Invoice No.:  104745
Date       :  06/30/2011
TOTAL DUE  :   1,509.35


Job No.    :  01-37247
Case No.   :  2179
In Re: Oil Spill by the Oil Rig "Dee
```

Remit To:   **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston, TX 77027**

9/16/11
62.32.260

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000    Fax (713-) 572-2009

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 104748 | 06/30/2011 | 01-37251 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/28/2011 | HOUSE | 2179 |
| **CASE CAPTION** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **TERMS** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

| Copy of the Daily Certified Transcript of | | | |
|---|---|---|---|
| Michael Beirne, Vol 2 | 192 Pages @ | 4.09/Page | 785.28 |
| EXHIBITS | 186 Pages @ | .15/Page | 27.90 |
| ADMIN FEE | | | 25.00 |
| SCANNING | 177.00 Pages @ | .08/Page | 14.16 |
| | TOTAL DUE >>>> | | 852.34 |

Replaces invoice number 103588

for Underhill

TAX ID NO.: 74-2175895                                         - (202) 616-4112

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

Invoice No.:  104748
Date        :  06/30/2011
TOTAL DUE   :      852.34

Job No.     :  01-37251
Case No.    :  2179
In Re: Oil Spill by the Oil Rig "Dee

Remit To:    **Worldwide Court Reporters, Inc.**
             **3000 Weslayan, Suite 235**
             **Houston, TX 77027**

**Depositions_017**

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009



# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 104136 | 07/29/2011 | 01-37373 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/13/2011 | HOUSE | 2179 |
| **CASE CAPTION** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **TERMS** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

```
Copy of the Daily Certified Transcript of
 Jerry Byrd                     140 Pages @     4.09/Page      572.60
           EXHIBITS              90 Pages @      .15/Page       13.50
           ADMIN FEE                                            25.00
           SCANNING             71.00 Pages @    .08/Page        5.68
                                                              --------
                              TOTAL  DUE  >>>>                  616.78
```



TAX ID NO.:  74-2175895                          (202) 616-4112

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

```
Invoice No.:  104136
Date       :  07/29/2011
TOTAL DUE  :      616.78


Job No.    :  01-37373
Case No.   :  2179
In Re: Oil Spill by the Oil Rig "Dee
```

Remit To:    **Worldwide Court Reporters, Inc.**
             **3000 Weslayan, Suite 235**
             **Houston, TX 77027**

**Depositions_018**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

9/2/11

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/25/2011 | 11V796WW-2 |

**Bill To**

United States Department of Justice
Aviation & Admiralty Litigation
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 8/24/2011 |

| Description | Amount |
|-------------|--------|
| OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | - |
| | |
| Video Syncing - Time Stamping of JERRY BYRD on 7-13-11 | 160.00 |

for
Mila Underhill

Thank you for your business.

| **Total** | $160.00 |

Depositions_019

62. 32. 260

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston, TX 77027
(713) 572-2000   Fax (713-) 572-2009

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 106201 | 10/31/2011 | 01-38290 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/05/2011 | FONTEM | 2179 |

| CASE CAPTION |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |
| **TERMS** |
| Due upon receipt |

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

| Copy of the Daily Certified Transcript of | | | |
|---|---|---|---|
| Stuart C. Strife | 214 Pages @ | 4.09/Page | 875.26 |
| EXHIBITS | 75 Pages @ | .15/Page | 11.25 |
| ADMIN FEE | | | 25.00 |
| COLOR COPIES | 28.00 Pages @ | .25/Page | 7.00 |
| SCANNING | 85.00 Pages @ | .08/Page | 6.80 |
| | TOTAL   DUE   >>>> | | 925.31 |

*On Underhill*

TAX ID NO. : 74-2175895                                    (202) 616-4112

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington, DC 20005

Invoice No.:   106201
Date         :   10/31/2011
**TOTAL DUE**  :      **925.31**

Job No.   :   01-38290
Case No.  :   2179
In Re: Oil Spill by the Oil Rig "Dee

Remit To:      **Worldwide Court Reporters, Inc.**
               **3000 Weslayan, Suite 235**
               **Houston, TX 77027**

**Depositions_020**


**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

11/22/11

# Invoice

| Date | Invoice # |
|------|-----------|
| 10/10/2011 | 11V1307WW-2 |

**Bill To**

United States Department of Justice
Aviation & Admiralty Litigation
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 11/9/2011 |

| Description | Amount |
|-------------|--------|
| OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of STUART STRIFE taken on 10-5-11 | 280.00 |

for
Underhill

Thank you for your business.

| **Total** | $280.00 |

Depositions_021


1/26/12

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107391 | 1/19/2012 | 38865 |
| **Job Date** | **Case No.** | |
| 12/13/2011 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. Department of Justice
Aviation & Admiralty Litigation
1425 New York Avenue, NW, #10100
Washington DC  20005

| Copy of the Daily Certified Transcript of | | | | | |
|---|---|---|---|---|---|
| Roger Vernon | 167.00 | Pages | @ | 4.09 | 683.03 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| COLOR COPIES | 87.00 | | @ | 0.25 | 21.75 |
| SCANNING | 313.00 | | @ | 0.08 | 25.04 |
| Exhibits | 230.00 | | @ | 0.15 | 34.50 |
| | | **TOTAL DUE >>>** | | | **$789.32** |

_R. Michael Underhill._

**Tax ID:** 74-2175895

Phone: 202-616-4112   Fax:

_Please detach bottom portion and return with payment._

Sandi Anderson
U.S. Department of Justice
Aviation & Admiralty Litigation
1425 New York Avenue, NW, #10100
Washington DC  20005

| Invoice No. | : | 107391 |
|---|---|---|
| Invoice Date | : | 1/19/2012 |
| **Total Due** | : | **$ 789.32** |

62.32.260

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| Job No. | : | 38865 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

Depositions_022


**The Video Department**

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869


3/1/18  *Invoice*

| Date | Invoice # |
|------|-----------|
| 12/20/2011 | 11V1679WW-2 |

| Bill To |
|---------|
| United States Department of Justice
Aviation & Admiralty Litigation
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/19/2012 |

| Description | Amount |
|-------------|--------|
| OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010

Video Syncing - Time Stamping of ROGER VERNON taken on o12-13-11 | 200.00 |

For
michelle Delemarre

| Thank you for your business. | **Total** | $200.00 |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 107678 | 1/20/2012 | 38891 |
| **Job Date** | **Case No.** | |
| 12/19/2011 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington DC  20005

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Gordon Cain | 157.00 Pages | @ | 4.09 | 642.13 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 40.00 | @ | 0.15 | 6.00 |
| SCANNING | 38.00 | @ | 0.08 | 3.04 |
| | **TOTAL DUE >>>** | | | **$676.17** |

*for Underhill*

**Tax ID:** 74-2175895

Phone: 202-616-4112   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. Department of Justice
Aviation & Admirality Litigation
1425 New York Avenue, NW, #10100
Washington DC  20005

| Invoice No. | : | 107678 |
|---|---|---|
| Invoice Date | : | 1/20/2012 |
| **Total Due** | : | **$ 676.17** |

| Job No. | : | 38891 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

**Depositions_024**

7/11/11  C 2.32.260

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 108257 | 2/9/2012 | 39387 |
| **Job Date** | **Case No.** | |
| 1/11/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
1425 New York Avenue NW #10100
Washington DC  20530

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| James P. Lang | 235.00 Pages | @ | 4.09 | 961.15 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 327.00 | @ | 0.15 | 49.05 |
| SCANNING | 323.00 | @ | 0.08 | 25.84 |
| Realtime Remote Fee | | | 100.00 | 100.00 |

|  |  |
|---|---|
| **TOTAL DUE  >>>** | **$1,161.04** |

Realtime Remote Fee for Judy Harvey

| | |
|---|---|
| (-) Payments/Credits: | 100.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,061.04** |

for michelle Delemarre

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
1425 New York Avenue NW #10100
Washington DC  20530

| Invoice No. | : | 108257 |
|---|---|---|
| Invoice Date | : | 2/9/2012 |
| **Total Due** | : | **$ 1,061.04** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| Job No. | : | 39387 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_025**



**The Video Department**

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

2/23/12

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2012 | 12V035WW-2 |

**Bill To**

United States Department of Justice
Aviation & Admiralty Litigation
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 3/1/2012 |

| Description | Amount |
|-------------|--------|
| OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br><br>Video Syncing - Time Stamping of GRAHAM VINSON taken on 1-11-12 | 160.00 |

for Michelle Delemorre

Thank you for your business.

| **Total** | $160.00 |

**Depositions_026**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

*Invoice*

11/28/12

| Date | Invoice # |
|------|-----------|
| 9/14/2012 | 12V1173WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

*Sandi Anderson*

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/14/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of PAUL HSIEH Vol. 1 taken on 9-11-12 | 350.00 |
| Video Syncing - Time Stamping of PAUL HSIEH Vol. 2 taken on 9-12-12 | 500.00 |

| Thank you for your business. | **Total** | $850.00 |
|------------------------------|-----------|---------|

# TVD

**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869



## Invoice

| Date | Invoice # |
|------|-----------|
| 9/14/2012 | 12V1192WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

*Sandi Anderson*

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/14/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of BRIAN ONEILL taken on 9-12-12 | 300.00 |

| Thank you for your business. | **Total** | $300.00 |
|------------------------------|-----------|---------|



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/14/2012 | 12V1188WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation |
| Mr. R. Michael Underhill |
| 1425 New York Ave. NW, Suite 10100 |
| Washington, DC 20005 |
| DJ 62-32-260 |

*for Underhill*

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/14/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of DR. RICHARD CAMILLIE Vol. 1 taken on 9-12-12 | 350.00 |
| Video Syncing - Time Stamping of DR. RICHARD CAMILLIE Vol. 2 taken on 9-13-12 | 250.00 |

| Thank you for your business. | **Total** | $600.00 |
|------|------|------|

# TVD

**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

11/28/12

## *Invoice*

| Date | Invoice # |
|------|-----------|
| 9/14/2012 | 12V1200WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

*for Underhill*

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/14/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of MATTHEW GOCHNOUR Vol. 1 taken on 9-13-12 | 500.00 |
| Video Syncing - Time Stamping of MATTHEW GOCHNOUR Vol. 2 taken on 9-14-12 | 450.00 |

Thank you for your business.

| **Total** | $950.00 |
|-----------|---------|



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/14/2012 | 12V1205WW-3 |

*11/28/12*

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

*for Underhill*

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/14/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>Video Syncing - Time Stamping of STEVE PELPHREY taken on 9-14-12 | 200.00 |

Thank you for your business.

| **Total** | $200.00 |
|-----------|---------|

**TVD**

**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/12/12

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/14/2012 | 12V1166WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/14/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of JASON LEBLANC taken on 9-10-12 | 325.00 |

For R. Michael Underhill

Thank you for your business.

| | **Total** | $325.00 |

**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2012 | 12V1221WW-3 |

11/28/12

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/21/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video Syncing - Time Stamping of MARK SOGGE Vol. 1 taken 9-18-12 | 350.00 |
| | |
| Video Syncing - Time Stamping of MARK SOGGE Vol. 2 taken on 9-19-12 | 400.00 |

Thank you for your business.

| **Total** | $750.00 |
|-----------|---------|

Depositions_033

**The Video Department**

# Invoice

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

| Date | Invoice # |
|------|-----------|
| 9/30/2012 | 12V1220WW-3 |

*11/28/12*

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

*Underhill*

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/30/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of PINKY VINSON Vol. 1 taken on 9-18-12 | 300.00 |
| Video Syncing - Time Stamping of PINKY VINSON vol. 2 taken on 9-19-12 | 350.00 |

Thank you for your business.

| **Total** | $650.00 |
|-----------|---------|



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/8/12  Sander

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 10/20/2012 | 12V1241WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 11/19/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of JAIME LOOS on 09-20-12 | 350.00 |

| Thank you for your business. | **Total** | $350.00 |

*Underhill*



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/21/2012 | 12V1227WW-3 |

*11/28/12*

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/21/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of ALAN O'DONNELL taken on 9-19-12 | 300.00 |

| Thank you for your business. | **Total** | $300.00 |

Depositions_036

**TVD**

**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/12/12

# Invoice

| Date | Invoice # |
|------|-----------|
| 9/28/2012 | 12V1269WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260 ✓

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/28/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of ANTONIO POSSOLO PHD.  Vol. 1 taken on 9-26-12 | 450.00 |
| Video Syncing - Time Stamping of ANTONIO POSSOLO PHD. Vol. 2 taken on 9-27-12 | 300.00 |

for Mike Underhill

Thank you for your business.

| **Total** | $750.00 |
|-----------|---------|



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 9/28/2012 | 12V1277WW-3 |

*11/28/12*

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 10/28/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of SIMON BISHOP Vol. 1 taken on 9-27-12 | 400.00 |
| Video Syncing - Time Stamping of SIMON BISHOP Vol. 2 taken on 9-28-12 | 250.00 |

| Thank you for your business. | **Total** | $650.00 |
|---|---|---|

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110709 | 11/9/2012 | 40947 |
| **Job Date** | **Case No.** | |
| 10/1/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

*62. 32.260*

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Mark William Miller, USA, Vol. 1 | 317.00 | Pages | @ | 4.09 | 1,296.53 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 296.00 | | @ | 0.15 | 44.40 |
| COLOR COPIES | 124.00 | | @ | 0.25 | 31.00 |
| Exhibit Scanning | 389.00 | | @ | 0.08 | 31.12 |
| | | **TOTAL DUE >>>** | | | **$1,428.05** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Tax ID: 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 110709 |
| Invoice Date | : | 11/9/2012 |
| **Total Due** | : | **$ 1,428.05** |

| | | |
|---|---|---|
| Job No. | : | 40947 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

**Depositions_039**

# The Video Department

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/18/12  **Invoice**

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1294WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of MARK MILLER taken on 10-1-12 | 550.00 |

Eon Underhill

| Thank you for your business. | **Total** | $550.00 |
|------------------------------|-----------|---------|

**Depositions_040**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110766 | 11/15/2012 | 41219 |
| **Job Date** | **Case No.** | |
| 10/3/2012 | 2179 | |
| **Case Name** | | |

In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

*62.32. 260* (handwritten)

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| **Payment Terms** | | |
|---|---|---|
| Due upon receipt | | |

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Ole Rygg, Ph.D, Vol. 1 Add Energy Group 30 (b) (6) | 321.00 Pages | @ | 4.09 | 1,312.89 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 417.00 | @ | 0.15 | 62.55 |
| COLOR COPIES | 133.00 | @ | 0.25 | 33.25 |
| Exhibit Scanning | 506.00 | @ | 0.08 | 40.48 |
| | **TOTAL DUE >>>** | | | **$1,474.17** |

Ordered By  : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Tax ID: 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 110766 |
| Invoice Date | : | 11/15/2012 |
| **Total Due** | : | **$ 1,474.17** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 41219 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_041**

**TVD**

**The Video Department**

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/18/12  **Invoice**

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1302WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>Video Syncing - Time Stamping of OLE RYGG taken on 10-3-12 | 600.00 |

Underhill

| Thank you for your business. | **Total** | $600.00 |
|------------------------------|-----------|---------|

Depositions_042

_11/28/12_

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110770 | 11/13/2012 | 40950 |
| **Job Date** | **Case No.** | |
| 10/3/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" _62.32.260_ | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Charles Bender Henry, Jr., USA | 365.00 Pages | @ | 4.09 | 1,492.85 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 91.00 | @ | 0.15 | 13.65 |
| COLOR COPIES | 37.00 | @ | 0.25 | 9.25 |
| Exhibit Scanning | 90.00 | @ | 0.08 | 7.20 |
| Realtime Remote Fee | | | 100.00 | 100.00 |
| | **TOTAL DUE >>>** | | | **$1,647.95** |

Ordered By     : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Remote Realtime for Jessica Sullivan

_for_

**Tax ID:** 74-2175895

Phone:     Fax:

_Please detach bottom portion and return with payment._

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 110770 |
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$ 1,647.95** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 40950 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_043**

11/28/18

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110789 | 11/13/2012 | 40951 |
| **Job Date** | **Case No.** | |
| 10/4/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

62.32-260

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Charles Bender Henry, Jr., USA, Vol. 2 | 224.00 Pages | @ | 4.09 | 916.16 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 93.00 | @ | 0.15 | 13.95 |
| COLOR COPIES | 11.00 | @ | 0.25 | 2.75 |
| Exhibit Scanning | 83.00 | @ | 0.08 | 6.64 |
| Realtime Remote Fee | | | 100.00 | 100.00 |
| | **TOTAL DUE >>>** | | | **$1,064.50** |

Ordered By   : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 110789 |
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$ 1,064.50** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 40951 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_044**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/18/12 **Invoice**

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1303WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of CHARLIE HENRY Vol. 1 taken on 10-3-12 | 450.00 |
| Video Syncing - Time Stamping of CHARLIE HENRY Vol. 2 taken on 10-4-12 | 200.00 |

| Thank you for your business. | **Total** | $650.00 |
|------|------|------|

**TVD**

**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/18/12 **Invoice**

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1346WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of TOM KNOX vol. 1 taken on 10-11-12 | 350.00 |
| Video Syncing - Time Stamping of TOM KNOX Vol. 2 taken on 10-12-12 | 200.00 |

*for*
*K. mike Underhill*

| Thank you for your business. | **Total** | $550.00 |

**Depositions_046**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110962 | 11/13/2012 | 40962 |
| **Job Date** | **Case No.** | |
| 10/16/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

*62.  32.  260* (handwritten)

---

Copy of the Daily Certified Transcript of

| | | | | | |
|---|---|---|---|---|---|
| Adam Lee Ballard, Ph.D., Vol. 1 BP Inc. 30 (b) (6) | 327.00 | Pages | @ | 4.09 | 1,337.43 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 392.00 | | @ | 0.15 | 58.80 |
| COLOR COPIES | 58.00 | | @ | 0.25 | 14.50 |
| Exhibit Scanning | 404.00 | | @ | 0.08 | 32.32 |
| | | | **TOTAL DUE >>>** | | **$1,468.05** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admiralty Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 110962 |
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$ 1,468.05** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 40962 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_047**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110989 | 11/13/2012 | 40963 |
| **Job Date** | **Case No.** | |
| 10/17/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| *62. 32. 260* | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Adam Lee Ballard, Ph.D., BP 30 (b) (6), Vol. 2 | 258.00 Pages | @ | 4.09 | 1,055.22 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 264.00 | @ | 0.15 | 39.60 |
| COLOR COPIES | 2.00 | @ | 0.25 | 0.50 |
| Exhibit Scanning | 230.00 | @ | 0.08 | 18.40 |
| | **TOTAL DUE >>>** | | | **$1,138.72** |

Ordered By   : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admiralty Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  110989
Invoice Date  :  11/13/2012
**Total Due**    :  **$ 1,138.72**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.     :  40963
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater
                Horizon"

**Depositions_048**

# TVD

**The Video Department**

P.O. Box 2133 .
Cypress, Texas 77410-2133
Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/18/12

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1358WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of ADAM BALLARD, PH.D Vol. 1 taken on 10-16-12 | 500.00 |
| Video Syncing - Time Stamping of ADAM BALLARD, PH.D Vol. 2 taken on 10-17-12 | 450.00 |

Thank you for your business.

| **Total** | $950.00 |
|-----------|---------|

11/19/12

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110993 | 11/13/2012 | 40965 |
| **Job Date** | **Case No.** | |
| 10/17/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

62. 52. 260

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Arthur Cleveland Ratzel, III, US Vol. 1 | | 342.00 Pages | @ | 4.09 | 1,398.78 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | | 237.00 | @ | 0.15 | 35.55 |
| COLOR COPIES | | 278.00 | @ | 0.25 | 69.50 |
| Exhibit Scanning | | 476.00 | @ | 0.08 | 38.08 |
| Realtime Remote Fee | | | | 100.00 | 100.00 |

out

TOTAL DUE >>>  **$1,666.91**

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admiralty Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Remote Realtime for Deanna Chang

credited

| | |
|---|---|
| (-) Payments/Credits: | 100.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,566.91** |

1,566.91

Tax ID: 74-2175995

for R. michael Underhill

*Please detach bottom portion and return with payment.*

Phone:  Fax:

---

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| Invoice No. | : | 110993 |
|---|---|---|
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$1,566.91** |

| | | |
|---|---|---|
| Job No. | : | 40965 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

**Depositions_050**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111001 | 11/13/2012 | 40966 |
| **Job Date** | **Case No.** | |
| 10/18/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*62. 32.260*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Arthur Cleveland Ratzel, III, Vol. 2 | 318.00 Pages | @ | 4.09 | 1,300.62 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 375.00 | @ | 0.15 | 56.25 |
| COLOR COPIES | 262.00 | @ | 0.25 | 65.50 |
| Exhibit Scanning | 592.00 | @ | 0.08 | 47.36 |

**TOTAL DUE >>>**            **$1,494.73**

Ordered By   : R. Michael Underhill
             U.S. DEPARTMENT OF JUSTICE
             Aviation & Admiralty Litigation
             1425 New York Ave. NW #10100
             Washington, DC 20530

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111001 |
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$ 1,494.73** |

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 40966 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_051**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

*12/18/12*  *Invoice*

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1367WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of ART RATZEL Vol.1 taken on 10-17-12 | 450.00 |
| Video Syncing - Time Stamping of ART RATZEL Vol. 2 taken on 10-18-12 | 400.00 |

Thank you for your business.

**Total**     $850.00

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111114 | 11/13/2012 | 40968 |
| **Job Date** | **Case No.** | |
| 10/22/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*62. 32. 260*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Rear Admiral Mary Ellen Landry, Vol. 1 US 30 (b) (6) | 376.00 Pages | @ | 4.09 | 1,537.84 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 348.00 | @ | 0.15 | 52.20 |
| COLOR COPIES | 467.00 | @ | 0.25 | 116.75 |
| Exhibit Scanning | 815.00 | @ | 0.08 | 65.20 |
| | **TOTAL DUE >>>** | | | **$1,796.99** |

Ordered By    : R. Michael Underhill
               U.S. DEPARTMENT OF JUSTICE
               Aviation & Admiralty Litigation
               1425 New York Ave. NW #10100
               Washington, DC 20530

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111114
Invoice Date  :  11/13/2012
**Total Due**  :  **$ 1,796.99**

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

Job No.     :  40968
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111029 | 11/13/2012 | 40969 |
| **Job Date** | **Case No.** | |
| 10/23/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| *62. 32. 260* | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| Copy of the Daily Certified Transcript of | | | | | |
|---|---|---|---|---|---|
| Rear Admiral Mary Ellen Landry, Vol. 2 | 337.00 | Pages | @ | 4.09 | 1,378.33 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 328.00 | | @ | 0.15 | 49.20 |
| COLOR COPIES | 252.00 | | @ | 0.25 | 63.00 |
| Exhibit Scanning | 539.00 | | @ | 0.08 | 43.12 |
| | | **TOTAL DUE >>>** | | | **$1,558.65** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admiralty Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

**Tax ID:** 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111029 |
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$ 1,558.65** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 40969 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_054**

**The Video Department**

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

**Invoice**

12/18/12

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1385WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation |
| Mr. R. Michael Underhill |
| 1425 New York Ave. NW, Suite 10100 |
| Washington, DC 20005 |
| DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of ADM. MARY LANDRY taken on 10-22-12 | 350.00 |

Thank you for your business.

| **Total** | $350.00 |



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

| Date | Invoice # |
|------|-----------|
| 12/10/2012 | 12V1395WW- |

| Bill To |
|---|

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/9/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of ADM. MARY LANDRY taken on 10-23-12 | 550.00 |

for R. Mike Underhill

Thank you for your business.

| | Total | $550.00 |

*11/28/12*

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000 Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111048 | 11/13/2012 | 40970 |
| **Job Date** | **Case No.** | |
| 10/24/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*62.32.260*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Marcia Kemper McNutt, Ph.D., Vol. 1 | 342.00 Pages | @ | 4.09 | 1,398.78 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 168.00 | @ | 0.15 | 25.20 |
| COLOR COPIES | 29.00 | @ | 0.25 | 7.25 |
| Exhibit Scanning | 164.00 | @ | 0.08 | 13.12 |
| Realtime Remote Fee | | | 100.00 | 100.00 |
| | **TOTAL DUE >>>** | | | **$1,569.35** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Remote Realtime for Jessica Sullivan

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.    :  111048
Invoice Date  :  11/13/2012
**Total Due**    :  **$ 1,569.35**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.      :  40970
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_057**

11/28/12

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111106 | 11/13/2012 | 40971 |
| **Job Date** | **Case No.** | |
| 10/25/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

62 . 32 . 260

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Marcia McNutt, Ph.D., Vol. 2 | 312.00 Pages | @ | 4.09 | 1,276.08 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 527.00 | @ | 0.15 | 79.05 |
| COLOR COPIES | 151.00 | @ | 0.25 | 37.75 |
| Exhibit Scanning | 630.00 | @ | 0.08 | 50.40 |
| Realtime Remote Fee | | | 100.00 | 100.00 |

TOTAL DUE >>>     **$1,568.28**

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Remote Realtime for Jessica Sullivan

*for R. mike Underhill*

**Tax ID:** 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111106 |
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$ 1,568.28** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 40971 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_058**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/18/12 **Invoice**

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1405WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of MARSHA MCNUTT, PH.D Vol. 1 taken on 10-24-12 | 450.00 |
| Video Syncing - Time Stamping of MARSHA MCNUTT, PH.D Vol. 2 taken on 10-25-12 | 450.00 |

*for Underhill*

Thank you for your business.

| **Total** | $900.00 |
|-----------|---------|

*11/28/12*

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111044 | 11/13/2012 | 41069 |
| **Job Date** | **Case No.** | |
| 10/24/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| *62·32·260* | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Yung Wang, Vol. 1 | 209.00 Pages | @ | 4.09 | 854.81 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 398.00 | @ | 0.15 | 59.70 |
| COLOR COPIES | 56.00 | @ | 0.25 | 14.00 |
| Exhibit Scanning | 410.00 | @ | 0.08 | 32.80 |
| Realtime Remote Fee | | | 100.00 | 100.00 |
| | **TOTAL DUE >>>** | | | **$1,086.31** |

Ordered By  : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Remote Realtime for Jessica Sullivan

*for*
*R. Michael Underhill*

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111044 |
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$ 1,086.31** |

Remit To: **Worldwide Court Reporters, Inc.**
         **3000 Weslayan, Suite 235**
         **Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 41069 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_060**

11/16/12

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111090 | 11/13/2012 | 41500 |
| **Job Date** | **Case No.** | |
| 10/25/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| 62.32.260 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Yun Wang, Vol. 2 | 103.00 Pages | @ | 4.09 | 421.27 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 125.00 | @ | 0.15 | 18.75 |
| COLOR COPIES | 14.00 | @ | 0.25 | 3.50 |
| Exhibit Scanning | 128.00 | @ | 0.08 | 10.24 |
| | **TOTAL DUE >>>** | | | **$478.76** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.  : 111090
Invoice Date : 11/13/2012
**Total Due**   : **$ 478.76**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.   : 41500
BU ID     : 1-HOU
Case No.  : 2179
Case Name : In Re: Oil Spill by the Oil Rig "Deepwater
            Horizon"

# TVD

**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/18/12  **Invoice**

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1399WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of YUN WANG Vol. 1 taken on 10-24-12 | 400.00 |
| Video Syncing - Time Stamping of YUN WANG Vol. 2 taken on 10-25-12 | 200.00 |

*Con Underhill*

Thank you for your business.

| **Total** | $600.00 |
|-----------|---------|

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111102 | 11/13/2012 | 40972 |
| **Job Date** | **Case No.** | |
| 10/25/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*62.32.260*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Trevor Smith, Vol. 1 | 376.00 Pages | @ | 4.09 | 1,537.84 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 1,936.00 | @ | 0.15 | 290.40 |
| COLOR COPIES | 79.00 | @ | 0.25 | 19.75 |
| Exhibit Scanning | 1,949.00 | @ | 0.08 | 155.92 |

**TOTAL DUE >>>**  **$2,028.91**

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111102 |
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$ 2,028.91** |

| | | |
|---|---|---|
| Job No. | : | 40972 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111098 | 11/13/2012 | 40973 |
| **Job Date** | **Case No.** | |
| 10/26/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

*62. 32 . 260*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| Copy of the Daily Certified Transcript of | | | | | |
|---|---|---|---|---|---|
| Trevor Smith, Vol. 2 | 167.00 | Pages | @ | 4.09 | 683.03 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 460.00 | | @ | 0.15 | 69.00 |
| COLOR COPIES | 22.00 | | @ | 0.25 | 5.50 |
| Exhibit Scanning | 460.00 | | @ | 0.08 | 36.80 |
| | **TOTAL DUE >>>** | | | | **$819.33** |

Ordered By   R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admiralty Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111098 |
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$ 819.33** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 40973 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**TVD**

**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/18/12   *Invoice*

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1415WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video Syncing - Time Stamping of TREVOR SMITH Vol. 1 taken on 10-25-12 | 400.00 |
| | |
| Video Syncing - Time Stamping of TREVOR SMITH Vol. 2 taken on 10-26-12 | 350.00 |

for Underhill

Thank you for your business.

| | **Total** | $750.00 |

*11/28/12*

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111134 | 11/13/2012 | 40976 |
| **Job Date** | **Case No.** | |
| 10/30/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" *62-32.260* | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| Copy of the Daily Certified Transcript of | | | | |
|---|---|---|---|---|
| Thomas O. Hunter, Ph.D., Vol. 1 | 467.00 Pages | @ | 4.09 | 1,910.03 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 408.00 | @ | 0.15 | 61.20 |
| COLOR COPIES | 312.00 | @ | 0.25 | 78.00 |
| Exhibit Scanning | 668.00 | @ | 0.08 | 53.44 |
| | **TOTAL DUE >>>** | | | **$2,127.67** |

Ordered By  : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111134 |
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$ 2,127.67** |

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 40976 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_066**

11/28/12

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111233 | 11/13/2012 | 40977 |
| **Job Date** | **Case No.** | |
| 10/31/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| 62 . 32 . 260 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| Copy of the Daily Certified Transcript of | | | | |
|---|---|---|---|---|
| Thomas O. Hunter, Ph.D., Vol. 2 US 30 (b) (6) | 288.00 Pages | @ | 4.09 | 1,177.92 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 415.00 | @ | 0.15 | 62.25 |
| COLOR COPIES | 244.00 | @ | 0.25 | 61.00 |
| Exhibit Scanning | 611.00 | @ | 0.08 | 48.88 |
| Realtime Remote Fee | | | 100.00 | 100.00 |
| | | **TOTAL DUE >>>** | | **$1,475.05** |

Ordered By   : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Remote Realtime for Jessica Sullivan

for
Underhill

**Tax ID:** 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111233 |
| Invoice Date | : | 11/13/2012 |
| **Total Due** | : | **$ 1,475.05** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 40977 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**TVD**

**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

12/18/12 **Invoice**

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1434WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of THOMAS HUNTER, PH.D Vol. 1 taken on 10-30-12 | 400.00 |
| Video Syncing - Time Stamping of THOMAS HUNTER, PH.D Vol. 2 taken on 10-31-12 | 350.00 |

For
Underhill

| Thank you for your business. | **Total** | $750.00 |
|------------------------------|-----------|---------|

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111238 | 11/13/2012 | 40978 |
| **Job Date** | **Case No.** | |
| 10/31/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| *62 . 32 . 260* | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Don Maclay, Vol. 1 US 30 (b) (6) | 318.00 Pages | @ | 4.09 | 1,300.62 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 72.00 | @ | 0.15 | 10.80 |
| COLOR COPIES | 140.00 | @ | 0.25 | 35.00 |
| Exhibit Scanning | 196.00 | @ | 0.08 | 15.68 |
| | **TOTAL DUE >>>** | | | **$1,387.10** |

Ordered By   :  R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111238
Invoice Date  :  11/13/2012
**Total Due**   :  **$ 1,387.10**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.     :  40978
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_069**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111292 | 12/14/2012 | 40979 |
| **Job Date** | **Case No.** | |
| 11/1/2012 | 2179 | |
| | **Case Name** | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Don Maclay, Vol. 2 US 30 (b) (6) | 299.00 Pages | @ | 4.09 | 1,222.91 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 1,268.00 | @ | 0.15 | 190.20 |
| COLOR COPIES | 298.00 | @ | 0.25 | 74.50 |
| Exhibit Scanning | 1,529.00 | @ | 0.08 | 122.32 |
| | **TOTAL DUE >>>** | | | **$1,634.93** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

Tax ID: 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111292
Invoice Date  :  12/14/2012
**Total Due**   :  **$ 1,634.93**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.     :  40979
BU ID      :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater
              Horizon"

**Depositions_070**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 11/16/2012 | 12V1441WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/16/2012 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of DON MACLAY Vol. 1 taken on 10-31-12 | 350.00 |

Thank you for your business.

| **Total** | $350.00 |



**The Video Department**

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1451WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>Video Depo of DON MCCLAY VOL. 2 taken on 11-1-12 | 550.00 |

for Underhill

Thank you for your business.

**Total**  $550.00

**Depositions_072**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX  77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111284 | 12/18/2012 | 41070 |
| **Job Date** | **Case No.** | |
| 11/1/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Robert Quitzau, Vol. 1 Anadarko 30 (b)(6) | 382.00 | Pages | @ | 4.09 | 1,562.38 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 356.00 | | @ | 0.15 | 53.40 |
| COLOR COPIES | 96.00 | | @ | 0.25 | 24.00 |
| Exhibit Scanning | 410.00 | | @ | 0.08 | 32.80 |

**TOTAL DUE >>>**          **$1,697.58**

Ordered By   :  R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

_for underhill_

Phone:     Fax:

Tax ID:  74-2175895

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :   111284
Invoice Date  :   12/18/2012
**Total Due**   :   **$ 1,697.58**

Remit To:  **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.     :   41070
BU ID       :   1-HOU
Case No.    :   2179
Case Name   :   In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_073**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX  77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111312 | 12/14/2012 | 41509 |
| **Job Date** | **Case No.** | |
| 11/2/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Robert Quitzau, Vol. 2 Anadarko 30 (b)(6) | 146.00 Pages | @ | 4.09 | 597.14 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 181.00 | @ | 0.15 | 27.15 |
| COLOR COPIES | 26.00 | @ | 0.25 | 6.50 |
| Exhibit Scanning | 185.00 | @ | 0.08 | 14.80 |
| | **TOTAL DUE >>>** | | | **$670.59** |

Ordered By   : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*For Underhill*

**Tax ID:** 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111312
Invoice Date  :  12/14/2012
**Total Due**    :  **$ 670.59**

Job No.    :  41509
BU ID      :  1-HOU
Case No.   :  2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

**Depositions_074**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111316 | 12/18/2012 | 41510 |
| **Job Date** | **Case No.** | |
| 11/5/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Robert Sanders, (BP) 30(b)(6) | 246.00 Pages | @ | 4.09 | 1,006.14 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 363.00 | @ | 0.25 | 90.75 |
| COLOR COPIES | 40.00 | @ | 0.25 | 10.00 |
| Exhibit Scanning | 374.00 | @ | 0.08 | 29.92 |
| | **TOTAL DUE >>>** | | | **$1,161.81** |

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :   111316
Invoice Date   :   12/18/2012
**Total Due**   :   **$ 1,161.81**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.   :   41510
BU ID   :   1-HOU
Case No.   :   2179
Case Name   :   In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_075**



# The Video Department

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1464WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of ROBERT SANDERS taken on 11-5-12 | 450.00 |

*for Underhill*

| Thank you for your business. | **Total** | $450.00 |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111349 | 12/14/2012 | 40981 |
| **Job Date** | **Case No.** | |
| 11/6/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | | |
|---|---|---|---|---|---|
| Robert Joseph Turlak, Volume 1 | 321.00 | Pages | @ | 4.09 | 1,312.89 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 1,415.00 | | @ | 0.15 | 212.25 |
| COLOR COPIES | 14.00 | | @ | 0.25 | 3.50 |
| Exhibit Scanning | 1,376.00 | | @ | 0.08 | 110.08 |
| | | **TOTAL DUE >>>** | | | **$1,663.72** |

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

for Underhill

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.    :  111349
Invoice Date  :  12/14/2012
**Total Due**    :  **$ 1,663.72**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.      :  40981
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_077**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111353 | 12/14/2012 | 40982 |
| **Job Date** | **Case No.** | |
| 11/7/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Robert Joseph Turlak, Vol. 2  TO 30 (b) (6) | 234.00 | Pages | @ | 4.09 | 957.06 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 450.00 | | @ | 0.15 | 67.50 |
| COLOR COPIES | 89.00 | | @ | 0.25 | 22.25 |
| Exhibit Scanning | 499.00 | | @ | 0.08 | 39.92 |
| | | **TOTAL DUE  >>>** | | | **$1,111.73** |

Ordered By    :  R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111353 |
| Invoice Date | : | 12/14/2012 |
| **Total Due** | : | **$ 1,111.73** |

| | | |
|---|---|---|
| Job No. | : | 40982 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

Remit To: **Worldwide Court Reporters, Inc.**
              **3000 Weslayan, Suite 235**
              **Houston TX  77027**

**Depositions_078**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1477WW-3 |

| Bill To |
|---------|

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of ROBERT TURLAK taken on 11-6-12 | 400.00 |

Thank you for your business.

**Total** $400.00



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1481WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>Video Depo of ROBERT TURLAK VOL. 2 taken on 11-7-12 | 450.00 |

Thank you for your business.

| Total | $450.00 |
|-------|---------|

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111383 | 12/14/2012 | 40987 |
| **Job Date** | **Case No.** | |
| 11/12/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Tanner Gansert | 269.00 Pages | @ | 4.09 | 1,100.21 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 297.00 | @ | 0.15 | 44.55 |
| COLOR COPIES | 580.00 | @ | 0.25 | 145.00 |
| Exhibit Scanning | 849.00 | @ | 0.08 | 67.92 |

**TOTAL DUE >>>**          **$1,382.68**

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*For Underhill*

**Tax ID:** 74-2175895                                                   Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111383 |
| Invoice Date | : | 12/14/2012 |
| **Total Due** | : | **$ 1,382.68** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 40987 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_081**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111368 | 12/17/2012 | 41536 |
| **Job Date** | **Case No.** | |
| 11/12/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Ruben Manuel Sylvester Maria Schulkes | 306.00 Pages | @ | 4.09 | 1,251.54 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 227.00 | @ | 0.15 | 34.05 |
| COLOR COPIES | 34.00 | @ | 0.25 | 8.50 |
| Exhibit Scanning | 236.00 | @ | 0.08 | 18.88 |
| | **TOTAL DUE >>>** | | | **$1,337.97** |

Ordered By   : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admiralty Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*fon Underhill*

Tax ID: 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111368
Invoice Date  :  12/17/2012
**Total Due**    :  **$ 1,337.97**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.   :  41536
BU ID     :  1-HOU
Case No.  :  2179
Case Name :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_082**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1509WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of RUBEN SCHULKES taken on 11-12-12 | 350.00 |

*for R. Michael Underhill*

Thank you for your business.

| | **Total** | $350.00 |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX  77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111363 | 12/14/2012 | 40986 |
| **Job Date** | **Case No.** | |
| 11/12/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Kevin James Devers, Volume 1 | 374.00 Pages | @ | 4.09 | 1,529.66 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 450.00 | @ | 0.15 | 67.50 |
| COLOR COPIES | 52.00 | @ | 0.25 | 13.00 |
| Exhibit Scanning | 456.00 | @ | 0.08 | 36.48 |
| | **TOTAL DUE >>>** | | | **$1,671.64** |

Ordered By    : R. Michael Underhill
              U.S. DEPARTMENT OF JUSTICE
              Aviation & Admirality Litigation
              1425 New York Ave. NW #10100
              Washington, DC 20530

*for* Underhill

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111363 |
| Invoice Date | : | 12/14/2012 |
| **Total Due** | : | **$ 1,671.64** |

| | | |
|---|---|---|
| Job No. | : | 40986 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX  77027**

**Depositions_084**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111399 | 12/17/2012 | 40988 |
| **Job Date** | **Case No.** | |
| 11/13/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Kevin James Devers, Volume 2 BP 30(b)(6) | 158.00 Pages | @ | 4.09 | 646.22 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 325.00 | @ | 0.15 | 48.75 |
| COLOR COPIES | 7.00 | @ | 0.25 | 1.75 |
| Exhibit Scanning | 320.00 | @ | 0.08 | 25.60 |
| Realtime Remote Fee | | | 100.00 | 100.00 |

**TOTAL DUE >>>**        **$847.32**

Ordered By  : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Realtime Remote Fee for Jessica Sullivan

*For Underhill*

**Tax ID:** 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111399 |
| Invoice Date | : | 12/17/2012 |
| **Total Due** | : | **$ 847.32** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 40988 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_085**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1510WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of KEVIN DEVERS VOL. 1 taken on 11-12-12 | 400.00 |
| Video Depo of KEVIN DEVERS VOL. 2 taken on 11-13-12 | 400.00 |

*For Underhill*

Thank you for your business.

| Total | $800.00 |
|-------|---------|

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111393 | 12/14/2012 | 41512 |
| **Job Date** | **Case No.** | |
| 11/13/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Stewart Griffiths, Volume 1 | 361.00 Pages | @ | 4.09 | 1,476.49 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 192.00 | @ | 0.15 | 28.80 |
| COLOR COPIES | 149.00 | @ | 0.25 | 37.25 |
| Exhibit Scanning | 311.00 | @ | 0.08 | 24.88 |
| Realtime Remote Fee | | | 100.00 | 100.00 |

TOTAL DUE >>>   **$1,692.42**

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Remote Realtime Connection for Jessica Sullivan

*for Underhill*

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111393 |
| Invoice Date | : | 12/14/2012 |
| **Total Due** | : | **$ 1,692.42** |

| | | |
|---|---|---|
| Job No. | : | 41512 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

**Depositions_087**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111436 | 12/17/2012 | 41075 |
| **Job Date** | **Case No.** | |
| 11/14/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| **Payment Terms** | | |
|---|---|---|
| Due upon receipt | | |

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Stewart Griffiths, Volume 2 US 30 (b) (6) | 273.00 Pages | @ | 4.09 | 1,116.57 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 131.00 | @ | 0.15 | 19.65 |
| COLOR COPIES | 16.00 | @ | 0.25 | 4.00 |
| Exhibit Scanning | 127.00 | @ | 0.08 | 10.16 |
| | **TOTAL DUE >>>** | | | **$1,175.38** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for*
*Underhill*

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111436 |
| Invoice Date | : | 12/17/2012 |
| **Total Due** | : | **$ 1,175.38** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 41075 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_088**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1516WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of STEWART GRIFFITHS VOL. 1 taken on 11-13-12 | 350.00 |
| Video Depo of STEWART GRIFFITHS VOL. 2 taken on 11-14-12 | 400.00 |

Thank you for your business.

**Total** $750.00

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111430 | 12/17/2012 | 40990 |
| **Job Date** | **Case No.** | |
| 11/14/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Earnest Dewayne Bush, BP 30(b)(6) | 162.00 Pages | @ | 4.09 | 662.58 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 75.00 | @ | 0.15 | 11.25 |
| COLOR COPIES | 61.00 | @ | 0.25 | 15.25 |
| Exhibit Scanning | 121.00 | @ | 0.08 | 9.68 |
| | **TOTAL DUE >>>** | | | **$723.76** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admiralty Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111430 |
| Invoice Date | : | 12/17/2012 |
| **Total Due** | : | **$ 723.76** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 40990 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

Depositions_090

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111440 | 12/17/2012 | 41291 |
| **Job Date** | **Case No.** | |
| 11/14/2012 | 2179 | |
| | **Case Name** | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Andrew Woods, BP 30 (b)(6) | 325.00 Pages | @ | 4.09 | 1,329.25 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 164.00 | @ | 0.15 | 24.60 |
| COLOR COPIES | 41.00 | @ | 0.25 | 10.25 |
| Exhibit Scanning | 182.00 | @ | 0.08 | 14.56 |
| | **TOTAL DUE >>>** | | | **$1,403.66** |

Ordered By   :  R. Michael Underhill
              U.S. DEPARTMENT OF JUSTICE
              Aviation & Admirality Litigation
              1425 New York Ave. NW #10100
              Washington, DC 20530

*for Underhill*

Tax ID: 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111440
Invoice Date  :  12/17/2012
**Total Due**     :  **$ 1,403.66**

Remit To:  **Worldwide Court Reporters, Inc.**
           **3000 Weslayan, Suite 235**
           **Houston TX  77027**

Job No.     :  41291
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater
               Horizon"

**Depositions_091**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1532WW-3 |

| Bill To |
|---------|

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>Video Depo of ANDREW WOODS taken on 11-14-12 | 350.00 |

For Underhill

| Thank you for your business. | **Total** | $350.00 |
|---|---|---|

**Depositions_092**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111448 | 12/14/2012 | 40991 |

| Job Date | Case No. | |
|---|---|---|
| 11/15/2012 | 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| George Guthrie, Ph.D., Vol. 1 US 30 (b) (6) | 297.00 Pages | @ | 4.09 | 1,214.73 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 181.00 | @ | 0.15 | 27.15 |
| COLOR COPIES | 82.00 | @ | 0.25 | 20.50 |
| Exhibit Scanning | 251.00 | @ | 0.08 | 20.08 |
| | **TOTAL DUE >>>** | | | **$1,307.46** |

Ordered By     : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admiralty Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

**Tax ID:** 74-2175895

Phone:     Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111448 |
| Invoice Date | : | 12/14/2012 |
| **Total Due** | : | **$ 1,307.46** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 40991 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_093**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111488 | 12/17/2012 | 41293 |
| **Job Date** | **Case No.** | |
| 11/16/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | | |
|---|---|---|---|---|---|
| George Guthrie, Ph.D., Volume 2  US 30 (b)(6) | 205.00 | Pages | @ | 4.09 | 838.45 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 417.00 | | @ | 0.15 | 62.55 |
| COLOR COPIES | 476.00 | | @ | 0.25 | 119.00 |
| Exhibit Scanning | 865.00 | | @ | 0.08 | 69.20 |
| | | **TOTAL DUE >>>** | | | **$1,114.20** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

Tax ID: 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111488 |
| Invoice Date | : | 12/17/2012 |
| **Total Due** | : | **$ 1,114.20** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 41293 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_094**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111480 | 12/17/2012 | 41682 |

| Job Date | Case No. | |
|---|---|---|
| 11/16/2012 | 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| George Ray Ross Jr., Ph.D. P.E.  Stress Engineering | 186.00 Pages | @ | 4.09 | 760.74 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 132.00 | @ | 0.15 | 19.80 |
| COLOR COPIES | 10.00 | @ | 0.25 | 2.50 |
| Exhibit Scanning | 123.00 | @ | 0.08 | 9.84 |

**TOTAL DUE >>>**  **$817.88**

Ordered By  : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111480 |
| Invoice Date | : | 12/17/2012 |
| **Total Due** | : | **$ 817.88** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 41682 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_095**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1550WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of GEORGE ROSS taken on 11-16-12 | 200.00 |

Thank you for your business.

| Total | $200.00 |
|-------|---------|

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111492 | 12/17/2012 | 41077 |
| **Job Date** | **Case No.** | |
| 11/19/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Ellen D. Williams, Volume 1 BP 30 (b)(6) | 291.00 | Pages | @ | 4.09 | 1,190.19 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 220.00 | | @ | 0.15 | 33.00 |
| COLOR COPIES | 71.00 | | @ | 0.25 | 17.75 |
| Exhibit Scanning | 260.00 | | @ | 0.08 | 20.80 |
| | | **TOTAL DUE >>>** | | | **$1,286.74** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :   111492
Invoice Date  :   12/17/2012
**Total Due**   :   **$ 1,286.74**

Remit To: **Worldwide Court Reporters, Inc.**
        **3000 Weslayan, Suite 235**
        **Houston TX 77027**

Job No.    :   41077
BU ID      :   1-HOU
Case No.   :   2179
Case Name  :   In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_097**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111496 | 12/17/2012 | 41514 |
| **Job Date** | **Case No.** | |
| 11/20/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Ellen D. Williams, Ph.D. Volume 2  BP 30(b)(6) | 90.00  Pages | @ | 4.09 | 368.10 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 65.00 | @ | 0.15 | 9.75 |
| Exhibit Scanning | 53.00 | @ | 0.08 | 4.24 |
| | **TOTAL DUE >>>** | | | **$407.09** |

Ordered By    :  R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

Tax ID: 74-2175895                                                                 Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111496
Invoice Date  :  12/17/2012
**Total Due**    :  **$ 407.09**

Remit To:  **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.      :  41514
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_098**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1557WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of ELLEN WILLIAMS, PH.D VOL. 1 taken on 11-19-12 | 400.00 |
| Video Depo of ELLEN WILLIAMS, PH.D VOL. 2 taken on 11-20-12 | 250.00 |

For Underhill

Thank you for your business.

| **Total** | $650.00 |
|-----------|---------|

**Depositions_099**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX  77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111501 | 12/17/2012 | 41599 |
| **Job Date** | **Case No.** | |
| 11/27/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

Copy of the Daily Certified Transcript of

| | | | | | |
|---|---|---|---|---|---|
| John Hughes, Volume 1  BP 30(b)(6) | 336.00 | Pages | @ | 4.09 | 1,374.24 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 518.00 | | @ | 0.15 | 77.70 |
| COLOR COPIES | 29.00 | | @ | 0.25 | 7.25 |
| Exhibit Scanning | 515.00 | | @ | 0.08 | 41.20 |
| | | **TOTAL DUE >>>** | | | **$1,525.39** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

_for underhill_

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

---

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| Invoice No. | : | 111501 |
|---|---|---|
| Invoice Date | : | 12/17/2012 |
| **Total Due** | : | **$ 1,525.39** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| Job No. | : | 41599 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_100**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111505 | 12/17/2012 | 41600 |
| **Job Date** | **Case No.** | |
| 11/28/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| John Hughes, Volume 2  BP 30 (b)(6) | 290.00 Pages | @ | 4.09 | 1,186.10 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 766.00 | @ | 0.15 | 114.90 |
| COLOR COPIES | 50.00 | @ | 0.25 | 12.50 |
| Exhibit Scanning | 778.00 | @ | 0.08 | 62.24 |
| | **TOTAL DUE >>>** | | | **$1,400.74** |

Ordered By   : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for*
*Underhill*

Tax ID: 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111505
Invoice Date  :  12/17/2012
**Total Due**   :  **$ 1,400.74**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.     :  41600
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_101**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1571WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of JOHN HUGHES VOL. 1 taken on 11-27-12 | 400.00 |
| Video Depo of JOHN HUGHES VOL. 2 taken on 11-28-12 | 600.00 |

*for Underhill*

Thank you for your business.

| **Total** | $1,000.00 |
|-----------|-----------|

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111509 | 12/17/2012 | 41692 |
| **Job Date** | **Case No.** | |
| 11/28/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| Copy of the Daily Certified Transcript of | | | | |
|---|---|---|---|---|
| Christopher John Matice - Stress Engineering | 241.00 Pages | @ | 4.09 | 985.69 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 218.00 | @ | 0.15 | 32.70 |
| COLOR COPIES | 450.00 | @ | 0.25 | 112.50 |
| Exhibit Scanning | 616.00 | @ | 0.08 | 49.28 |
| | **TOTAL DUE >>>** | | | **$1,205.17** |

Ordered By    :  R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

Tax ID: 94-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| Invoice No. | : | 111509 |
|---|---|---|
| Invoice Date | : | 12/17/2012 |
| **Total Due** | : | **$ 1,205.17** |

Remit To:  **Worldwide Court Reporters, Inc.**
             **3000 Weslayan, Suite 235**
             **Houston TX  77027**

| Job No. | : | 41692 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_103**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1586WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of DR. CHRIS MATICE taken on 11-28-12 | 350.00 |

Thank you for your business.

| | **Total** | $350.00 |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111513 | 12/17/2012 | 41294 |
| **Job Date** | **Case No.** | |
| 11/28/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Charlie Holt, Volume 1 BP 30 (b)(6) | 369.00 | Pages | @ | 4.09 | 1,509.21 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 366.00 | | @ | 0.15 | 54.90 |
| COLOR COPIES | 161.00 | | @ | 0.25 | 40.25 |
| Exhibit Scanning | 487.00 | | @ | 0.08 | 38.96 |
| | | **TOTAL DUE >>>** | | | **$1,668.32** |

Ordered By  : R. Michael Underhill
             U.S. DEPARTMENT OF JUSTICE
             Aviation & Admirality Litigation
             1425 New York Ave. NW #10100
             Washington, DC 20530

for Underhill

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.  :  111513
Invoice Date  :  12/17/2012
**Total Due**  :  **$ 1,668.32**

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

Job No.     :  41294
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_105**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111523 | 12/17/2012 | 41295 |
| **Job Date** | **Case No.** | |
| 11/29/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| Copy of the Daily Certified Transcript of | | | | | |
|---|---|---|---|---|---|
| Charlie Holt, Volume 2  BP 30 (b)(6) | 270.00 | Pages | @ | 4.09 | 1,104.30 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 379.00 | | @ | 0.15 | 56.85 |
| COLOR COPIES | 125.00 | | @ | 0.25 | 31.25 |
| Exhibit Scanning | 470.00 | | @ | 0.08 | 37.60 |
| | **TOTAL DUE >>>** | | | | **$1,255.00** |

Ordered By    :  R. Michael Underhill
                   U.S. DEPARTMENT OF JUSTICE
                   Aviation & Admirality Litigation
                   1425 New York Ave. NW #10100
                   Washington, DC 20530

_For Underhill_

Tax ID: 74-2175895

Phone:    Fax:

_Please detach bottom portion and return with payment._

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111523 |
| Invoice Date | : | 12/17/2012 |
| **Total Due** | : | **$ 1,255.00** |

| | | |
|---|---|---|
| Job No. | : | 41295 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

**Depositions_106**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1578WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of CHARLIE HOLT VOL. 1 taken on 11-28-12 | 450.00 |
| Video Depo of CHARLIE HOLT VOL. 2 taken on 11-29-12 | 350.00 |

Thank you for your business.

| **Total** | $800.00 |
|-----------|---------|

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111517 | 12/17/2012 | 41717 |
| **Job Date** | **Case No.** | |
| 11/29/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Matthew Jacob Stahl, D. Eng., P.E. Stress Engineering | 105.00 Pages | @ | 4.09 | 429.45 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 39.00 | @ | 0.15 | 5.85 |
| COLOR COPIES | 46.00 | @ | 0.25 | 11.50 |
| Exhibit Scanning | 73.00 | @ | 0.08 | 5.84 |
| | **TOTAL DUE >>>** | | | **$477.64** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

Tax ID: 74-2175895

Phone:      Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   : 111517
Invoice Date  : 12/17/2012
**Total Due**    : **$ 477.64**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.    : 41717
BU ID      : 1-HOU
Case No.   : 2179
Case Name  : In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_108**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1596WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010<br><br>Video Depo of MATTHEW STAHL taken on 11-29-12 | 300.00 |

For Mike Underhill

Thank you for your business.

| **Total** | $300.00 |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111550 | 12/17/2012 | 41795 |
| **Job Date** | **Case No.** | |
| 11/30/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Steven McArthur - Interek | 134.00 Pages | @ | 4.09 | 548.06 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 288.00 | @ | 0.15 | 43.20 |
| COLOR COPIES | 9.00 | @ | 0.25 | 2.25 |
| Exhibit Scanning | 282.00 | @ | 0.08 | 22.56 |
| | **TOTAL DUE >>>** | | | **$641.07** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

Tax ID: 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111550
Invoice Date  :  12/17/2012
**Total Due**     :  **$ 641.07**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.      :  41795
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_110**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1603WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| video Depo of EDMOND SHTEPANI taken on 11-30-12 | 400.00 |
| Video Depo of STEVEN MCARTHUR taken on 11-30-12 | 300.00 |

for mike Underhill

| Thank you for your business. | **Total** | $700.00 |
|------------------------------|-----------|---------|

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111527 | 12/17/2012 | 41718 |
| **Job Date** | **Case No.** | |
| 11/30/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Charles Andrew Miller  Stress Engineering | 75.00 Pages | @ | 4.09 | 306.75 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 32.00 | @ | 0.15 | 4.80 |
| COLOR COPIES | 10.00 | @ | 0.25 | 2.50 |
| Exhibit Scanning | 33.00 | @ | 0.08 | 2.64 |
| | **TOTAL DUE >>>** | | | **$341.69** |

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

---

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111527
Invoice Date  :  12/17/2012
**Total Due**    :  **$ 341.69**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.      :  41718
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_112**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1604WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation |
| Mr. R. Michael Underhill |
| 1425 New York Ave. NW, Suite 10100 |
| Washington, DC 20005 |
| DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of CHUCK MILLER taken on 11-30-12 | 250.00 |

_for R. michael Underhill_

| Thank you for your business. | **Total** | $250.00 |

**Depositions_113**