# Exhibit 9B

**TO UNITED STATES' BILL OF COSTS**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111546 | 12/17/2012 | 41547 |
| **Job Date** | **Case No.** | |
| 11/30/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Edmond Shtepani, Ph.D., P. Eng. - Intertek | 226.00 Pages | @ | 4.09 | 924.34 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 137.00 | @ | 0.15 | 20.55 |
| COLOR COPIES | 66.00 | @ | 0.25 | 16.50 |
| Exhibit Scanning | 181.00 | @ | 0.08 | 14.48 |
| | | **TOTAL DUE >>>** | | **$1,000.87** |

Ordered By    :   R. Michael Underhill
               U.S. DEPARTMENT OF JUSTICE
               Aviation & Admirality Litigation
               1425 New York Ave. NW #10100
               Washington, DC 20530

For Underhill

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :   111546
Invoice Date  :   12/17/2012
**Total Due**     :   **$ 1,000.87**

Remit To:  **Worldwide Court Reporters, Inc.**
           **3000 Weslayan, Suite 235**
           **Houston TX  77027**

Job No.     :   41547
BU ID       :   1-HOU
Case No.    :   2179
Case Name   :   In Re: Oil Spill by the Oil Rig "Deepwater
                Horizon"

**Depositions_114**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/21/2012 | 12V1603WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 1/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| video Depo of EDMOND SHTEPANI taken on 11-30-12 | 400.00 |
| Video Depo of STEVEN MCARTHUR taken on 11-30-12 | 300.00 |

*for Mike Underhill*

| Thank you for your business. | **Total** | $700.00 |
|------------------------------|-----------|---------|

_Act 1/17/13_

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111772 | 1/15/2013 | 41705 |
| **Job Date** | **Case No.** | |
| 12/5/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" DJ 62.32.260 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Albert Jeremiah "Bud" Decoste Jr | 252.00 Pages | @ | 4.09 | 1,030.68 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 1,108.00 | @ | 0.15 | 166.20 |
| COLOR COPIES | 1,240.00 | @ | 0.25 | 310.00 |
| Exhibit Scanning | 2,300.00 | @ | 0.08 | 184.00 |
| | **TOTAL DUE >>>** | | | **$1,715.88** |

Ordered By   :  R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

_for Underhill_

Tax ID: 74-2175895

Phone:    Fax:

_Please detach bottom portion and return with payment._

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111772
Invoice Date  :  1/15/2013
**Total Due**   :  **$ 1,715.88**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.     :  41705
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

1/30/13

| Date | Invoice # |
|------|-----------|
| 1/4/2013 | 12V1624WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 2/3/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of BUD DECOSTE taken on 12-5-12 | 550.00 |

*Underhill*

| Thank you for your business. | **Total** | $550.00 |
|------------------------------|-----------|---------|

**Depositions_117**

**I N V O I C E**

*handwritten: 1/17/13*

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111787 | 1/15/2013 | 41890 |
| **Job Date** | **Case No.** | |
| 12/18/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" *handwritten: 62.32.260* | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Stephen Paul Carmichael, Volume 1 | 246.00  Pages | @ | 4.09 | 1,006.14 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 1,354.00 | @ | 0.15 | 203.10 |
| COLOR COPIES | 64.00 | @ | 0.25 | 16.00 |
| Exhibit Scanning | 1,362.00 | @ | 0.08 | 108.96 |
| | **TOTAL DUE  >>>** | | | **$1,359.20** |

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admiralty Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*signature: for Underhill*

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.  : 111787
Invoice Date  : 1/15/2013
**Total Due**    : **$ 1,359.20**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.      : 41890
BU ID        : 1-HOU
Case No.     : 2179
Case Name    : In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_118**

# INVOICE

*1/17/13*

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111791 | 1/15/2013 | 41893 |
| **Job Date** | **Case No.** | |
| 12/19/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| 62 . 32 . 260 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Stephen Paul Carmichael, Volume 2 | 37.00 | Pages | @ | 4.09 | 151.33 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 33.00 | | @ | 0.15 | 4.95 |
| COLOR COPIES | 3.00 | | @ | 0.25 | 0.75 |
| Exhibit Scanning | 24.00 | | @ | 0.08 | 1.92 |
| | **TOTAL DUE >>>** | | | | **$183.95** |

Ordered By   : R. Michael Underhill
              U.S. DEPARTMENT OF JUSTICE
              Aviation & Admirality Litigation
              1425 New York Ave. NW #10100
              Washington, DC 20530

*for Underhill*

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111791
Invoice Date  :  1/15/2013
**Total Due**  :  **$ 183.95**

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX  77027**

Job No.     :  41893
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater
               Horizon"

**Depositions_119**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

1/30/13

| Date | Invoice # |
|------|-----------|
| 1/4/2013 | 12V1700WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation |
| Mr. R. Michael Underhill |
| 1425 New York Ave. NW, Suite 10100 |
| Washington, DC 20005 |
| DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 2/3/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video Syncing - Time Stamping of STEVE CARMICHAEL Vol. 1 taken on 12-18-12 | 450.00 |
| | |
| Video Syncing - Time Stamping of STEVE CARMICHAEL Vol. 2 taken on 12-19-12 | 100.00 |

*Underhill*

| Thank you for your business. | **Total** | $550.00 |
|------------------------------|-----------|---------|

**1/17/13** **I N V O I C E**

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111783 | 1/15/2013 | 41891 |
| **Job Date** | **Case No.** | |
| 12/18/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" 62 · 32 · 260 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Timothy James Lockett, Ph.D., Volume 1 | 251.00 Pages | @ | 4.09 | 1,026.59 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 219.00 | @ | 0.15 | 32.85 |
| COLOR COPIES | 11.00 | @ | 0.25 | 2.75 |
| Exhibit Scanning | 203.00 | @ | 0.08 | 16.24 |
| | **TOTAL DUE >>>** | | | **$1,103.43** |

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.    :  111783
Invoice Date  :  1/15/2013
**Total Due**    :  **$ 1,103.43**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.       :  41891
BU ID         :  1-HOU
Case No.      :  2179
Case Name     :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_121**

1/17/13

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111795 | 1/15/2013 | 41894 |
| **Job Date** | **Case No.** | |
| 12/19/2012 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" *62.32.260* | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Timothy James Lockett, Ph.D., Volume 2 | 210.00 Pages | @ | 4.09 | 858.90 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 421.00 | @ | 0.15 | 63.15 |
| COLOR COPIES | 33.00 | @ | 0.25 | 8.25 |
| Exhibit Scanning | 420.00 | @ | 0.08 | 33.60 |
| | **TOTAL DUE  >>>** | | | **$988.90** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*Gin Underhill*

**Tax ID:** 74-2175895

Phone:     Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111795
Invoice Date  :  1/15/2013
**Total Due**  :  **$ 988.90**

Remit To: **Worldwide Court Reporters, Inc.**
         **3000 Weslayan, Suite 235**
         **Houston TX  77027**

Job No.      :  41894
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_122**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

1/30/13    ***Invoice***

| Date | Invoice # |
|------|-----------|
| 1/4/2013 | 12V1707WW-3 |

| Bill To |
|---------|

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 2/3/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of TIMOTHY LOCKETT PH. D Vol. 1 taken on 12-18-12 | 400.00 |
| Video Syncing - Time Stamping of TIMOTHY LOCKETT PH. D Vol. 2 taken on 12-19-12 | 500.00 |

Underhill

| Thank you for your business. | **Total** | $900.00 |
|------------------------------|-----------|---------|

**TVD**

**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

3/12/13

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/11/2013 | 13V030WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 2/10/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of FARAH SAIDI V1 taken on 1-10-13 | 400.00 |
| Video Syncing - Time Stamping of FARAH SAIDI V2 taken on 1-11-13 | 300.00 |

*for Underhill*

Thank you for your business.

| **Total** | $700.00 |
|-----------|---------|



# INVOICE

2/19/13

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111934 | 2/8/2013 | 41870 |
| **Job Date** | **Case No.** | |
| 1/11/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Tony T. Liao. Ph.D., Volume 2 (BP) | 259.00 Pages | @ | 4.09 | 1,059.31 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 203.00 | @ | 0.15 | 30.45 |
| COLOR COPIES | 30.00 | @ | 0.25 | 7.50 |
| Exhibit Scanning | 204.00 | @ | 0.08 | 16.32 |
| | **TOTAL DUE >>>** | | | **$1,138.58** |

Ordered By  : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

_Underhill_

Tax ID: 74-2175895

Phone:    Fax:

_Please detach bottom portion and return with payment._

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 111934 |
| Invoice Date | : | 2/8/2013 |
| **Total Due** | : | **$ 1,138.58** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 41870 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_125**

**TVD**

**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

2/12/13

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/11/2013 | 13V025WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 2/10/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of TONY LIAO, PHD. V1 taken on 1-10-13 | 350.00 |
| Video Syncing - Time Stamping of TONY LIAO, PHD V2 taken on 1-11-13 | 450.00 |

For Underhill

Thank you for your business.

| **Total** | $800.00 |
|-----------|---------|

2/19/13

# INVOICE



Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111959 | 2/8/2013 | 41871 |
| **Job Date** | **Case No.** | |
| 1/14/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Trevor J. Hill, Volume 1  (BP) | 328.00 Pages | @ | 4.09 | 1,341.52 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 301.00 | @ | 0.15 | 45.15 |
| COLOR COPIES | 11.00 | @ | 0.25 | 2.75 |
| Exhibit Scanning | 271.00 | @ | 0.08 | 21.68 |
| | **TOTAL DUE  >>>** | | | **$1,436.10** |

Ordered By     : R. Michael Underhill
                      U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
                      450 Golden Gate Avenue, 7th Fl Rm 535
                      San Francisco, CA 94102-3463

Ein Underhill

Tax ID: 742175895                                                                            Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.    :  111959
Invoice Date  :  2/8/2013
**Total Due**     :  **$ 1,436.10**

Remit To: **Worldwide Court Reporters, Inc.**
              **3000 Weslayan, Suite 235**
              **Houston TX  77027**

Job No.       :  41871
BU ID         :  1-HOU
Case No.      :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater
                   Horizon"

**Depositions_127**

2/19/13

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX  77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111983 | 2/8/2013 | 41872 |
| **Job Date** | **Case No.** | |
| 1/15/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Trevor J. Hill, Vol. 2  (BP) | 354.00 | Pages | @ | 4.09 | 1,447.86 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 587.00 | | @ | 0.15 | 88.05 |
| COLOR COPIES | 13.00 | | @ | 0.25 | 3.25 |
| Exhibit Scanning | 545.00 | | @ | 0.08 | 43.60 |
| | | **TOTAL DUE  >>>** | | | **$1,607.76** |

Ordered By   : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

for underhill

Tax ID: 74-2175895

Phone:      Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111983
Invoice Date  :  2/8/2013
**Total Due**    :  **$ 1,607.76**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.      :  41872
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater
               Horizon"

**Depositions_128**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

2/12/13  *Invoice*

| Date | Invoice # |
|------|-----------|
| 1/21/2013 | 13V042WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 2/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of TREVOR HILL V1 taken on 1-14-13 | 400.00 |
| Video Syncing - Time Stamping of TREVOR HILL V2 taken on 1-15-13 | 500.00 |

*Ron Underhill*

Thank you for your business.

| **Total** | $900.00 |

2/19/13

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111971 | 2/8/2013 | 41905 |
| **Job Date** | **Case No.** | |
| 1/15/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Robert C. Merrill, Jr., Volume 1  (BP) | 329.00  Pages | @ | 4.09 | 1,345.61 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 604.00 | @ | 0.15 | 90.60 |
| COLOR COPIES | 193.00 | @ | 0.25 | 48.25 |
| Exhibit Scanning | 755.00 | @ | 0.08 | 60.40 |
| | **TOTAL DUE >>>** | | | **$1,569.86** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

Tax ID: 74-2175895

*for Underhill*

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111971
Invoice Date  :  2/8/2013
**Total Due**   :  **$ 1,569.86**

Remit To: **Worldwide Court Reporters, Inc.**
         **3000 Weslayan, Suite 235**
         **Houston TX  77027**

Job No.    :  41905
BU ID      :  1-HOU
Case No.   :  2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater
              Horizon"

**Depositions_130**



2/19/13

# I N V O I C E

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111987 | 2/8/2013 | 41906 |

| Job Date | Case No. | |
|---|---|---|
| 1/16/2013 | 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Robert C. Merrill, Jr., Volume 2   (BP) | 174.00 | Pages | @ | 4.09 | 711.66 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 226.00 | | @ | 0.15 | 33.90 |
| COLOR COPIES | 73.00 | | @ | 0.25 | 18.25 |
| Exhibit Scanning | 275.00 | | @ | 0.08 | 22.00 |
| | | **TOTAL DUE >>>** | | | **$810.81** |

Ordered By  : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

Tax ID: 74-2175895

Phone:      Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111987
Invoice Date  :  2/8/2013
**Total Due    :  $ 810.81**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.     :  41906
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"



2/19/13

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 111999 | 2/8/2013 | 41909 |
| Job Date | Case No. | |
| 1/17/2013 | 2179 | |
| Case Name | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| Payment Terms | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| William Joseph Lehr, Ph.D., Vol. 1 (US) | 363.00 Pages | @ | 4.09 | 1,484.67 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 762.00 | @ | 0.15 | 114.30 |
| COLOR COPIES | 184.00 | @ | 0.25 | 46.00 |
| Exhibit Scanning | 882.00 | @ | 0.08 | 70.56 |
| | **TOTAL DUE >>>** | | | **$1,740.53** |

Ordered By  : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

*for Underhill*

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  111999
Invoice Date  :  2/8/2013
**Total Due**   :  **$ 1,740.53**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.    :  41909
BU ID      :  1-HOU
Case No.   :  2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater
               Horizon"

**Depositions_132**

2/19/13

# INVOICE



Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112004 | 2/8/2013 | 41911 |
| **Job Date** | **Case No.** | |
| 1/18/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| William Joseph Lehr, Ph.D., Volume 2 (US) | 154.00 | Pages @ | 4.09 | 629.86 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 316.00 | @ | 0.15 | 47.40 |
| COLOR COPIES | 139.00 | @ | 0.25 | 34.75 |
| Exhibit Scanning | 427.00 | @ | 0.08 | 34.16 |
| | **TOTAL DUE >>>** | | | **$771.17** |

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

for Underhill

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.    :  112004
Invoice Date  :  2/8/2013
**Total Due**    :  **$ 771.17**

Remit To:  **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.      :  41911
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_133**

2/19/13

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112073 | 2/8/2013 | 42080 |
| **Job Date** | **Case No.** | |
| 1/24/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Secretary of Energy Steven Chu | 324.00  Pages | @ | 4.09 | 1,325.16 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 413.00 | @ | 0.15 | 61.95 |
| COLOR COPIES | 77.00 | @ | 0.25 | 19.25 |
| Exhibit Scanning | 445.00 | @ | 0.08 | 35.60 |
| | **TOTAL DUE >>>** | | | **$1,466.96** |

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

for Underhill

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.    :  112073
Invoice Date  :  2/8/2013
**Total Due**    :  **$ 1,466.96**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.      :  42080
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater
Horizon"

**Depositions_134**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869



*3/8/13* **Invoice**

| Date | Invoice # |
|------|-----------|
| 1/31/2013 | 13V097WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 3/2/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of SECRETARY STEVEN CHU taken on 1-24-13 | 350.00 |

for Underhill

Thank you for your business.

| **Total** | $350.00 |

**Depositions_135**



# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112107 | 2/8/2013 | 42115 |
| **Job Date** | **Case No.** | |
| 1/30/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Ronald Copeland Dykhuizen, Ph. D., Vol. 1 (US) | 348.00 Pages | @ | 4.09 | 1,423.32 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 272.00 | @ | 0.15 | 40.80 |
| COLOR COPIES | 224.00 | @ | 0.25 | 56.00 |
| Exhibit Scanning | 445.00 | @ | 0.08 | 35.60 |
| | | **TOTAL DUE >>>** | | **$1,580.72** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

*for Underhill*

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  112107
Invoice Date  :  2/8/2013
**Total Due**   :  **$ 1,580.72**

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

Job No.     :  42115
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater
               Horizon"

**Depositions_136**



# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112189 | 2/8/2013 | 42116 |
| **Job Date** | **Case No.** | |
| 1/31/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Ronald Copeland Dykhuizen, Ph.D., Vol. 2  (US) | 166.00 Pages | @ | 4.09 | 678.94 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 721.00 | @ | 0.15 | 108.15 |
| COLOR COPIES | 78.00 | @ | 0.25 | 19.50 |
| Exhibit Scanning | 772.00 | @ | 0.08 | 61.76 |
| | **TOTAL DUE >>>** | | | **$893.35** |

Ordered By     :  R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

**Tax ID:** 74-2175895

Phone:      Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 112189 |
| Invoice Date | : | 2/8/2013 |
| **Total Due** | : | **$ 893.35** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 42116 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

*S A 3/8/13*

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 2/12/2013 | 13V125WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 3/14/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of RONALD DYKHUIZEN V1 taken on 1-30-13 | 500.00 |
| Video Syncing - Time Stamping of RONALD DYKHUIZEN V2 taken on 1-31-13 | 350.00 |

*for Underhill*

| Thank you for your business. | **Total** | $850.00 |
|------------------------------|-----------|---------|

2/19/13

# INVOICE



Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112111 | 2/8/2013 | 42121 |
| **Job Date** | **Case No.** | |
| 1/30/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Mark Havstad, Vol. 1  (US) | 344.00 Pages | @ | 4.09 | 1,406.96 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 161.00 | @ | 0.15 | 24.15 |
| COLOR COPIES | 217.00 | @ | 0.25 | 54.25 |
| Exhibit Scanning | 334.00 | @ | 0.08 | 26.72 |
| | | **TOTAL DUE >>>** | | **$1,537.08** |

Ordered By     : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

for Underhill

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.      :  112111
Invoice Date   :  2/8/2013
**Total Due**      :  **$ 1,537.08**

Remit To:  **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.       :  42121
BU ID         :  1-HOU
Case No.     :  2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater
Horizon"



# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112176 | 2/8/2013 | 42122 |
| **Job Date** | **Case No.** | |
| 1/31/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Mark Havstad, Vol. 2  (US) | 186.00 Pages | @ | 4.09 | 760.74 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 322.00 | @ | 0.15 | 48.30 |
| COLOR COPIES | 51.00 | @ | 0.25 | 12.75 |
| Exhibit Scanning | 346.00 | @ | 0.08 | 27.68 |
| | **TOTAL DUE >>>** | | | **$874.47** |

Ordered By    :  R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

*Underhill*

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 112176 |
| Invoice Date | : | 2/8/2013 |
| **Total Due** | : | **$ 874.47** |

Remit To:  **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 42122 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_140**

**The Video Department**

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

3/8/13  **Invoice**

| Date | Invoice # |
|------|-----------|
| 1/31/2013 | 13V120WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 3/2/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of MARK HAVSTAD taken on 1-30-13 | 350.00 |

*For Underhill*

Thank you for your business.

| | **Total** | $350.00 |

**Depositions_141**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

3/8/13

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 2/12/2013 | 13V136WW-3 |

Bill To

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 3/14/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of MARK HAVSTAD V2 taken on 1-31-13 | 250.00 |

*for Underhill*

| Thank you for your business. | **Total** | $250.00 |
|------------------------------|-----------|---------|



# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112116 | 2/8/2013 | 42138 |

| Job Date | Case No. | |
|---|---|---|
| 1/30/2013 | 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

---

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Michael M. Levitan, Ph.D., Vol. 1 (BP) | 361.00 Pages | @ | 4.09 | 1,476.49 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 342.00 | @ | 0.15 | 51.30 |
| COLOR COPIES | 84.00 | @ | 0.25 | 21.00 |
| Exhibit Scanning | 376.00 | @ | 0.08 | 30.08 |

**TOTAL DUE >>>**     **$1,603.87**

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

*for Underhill*

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

---

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 112116 |
| Invoice Date | : | 2/8/2013 |
| **Total Due** | : | **$ 1,603.87** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 42138 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_143**


# INVOICE

2/19/13

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112196 | 2/8/2013 | 42139 |
| **Job Date** | **Case No.** | |
| 1/31/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Michael M. Levitan, Ph.D., Vol. 2 (BP) | 119.00 Pages | @ | 4.09 | 486.71 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 185.00 | @ | 0.15 | 27.75 |
| COLOR COPIES | 16.00 | @ | 0.25 | 4.00 |
| Exhibit Scanning | 182.00 | @ | 0.08 | 14.56 |
| | **TOTAL DUE >>>** | | | **$558.02** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

Con Underhill

Tax ID: 74-2175895

Phone:     Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  112196
Invoice Date  :  2/8/2013
**Total Due**    :  **$ 558.02**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.      :  42139
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_144**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

4/16/13

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 1/31/2013 | 13V121WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 3/2/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of MICHAEL LEVITAN taken on 1-30-13 | 400.00 |

for R. Mike Underhill

Thank you for your business.

| **Total** | $400.00 |
|-----------|---------|

Depositions_145



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

4/16/13

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/12/2013 | 13V137WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 3/14/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of MICHAEL LEVITAN V2 taken on 1-31-13 | 250.00 |

Thank you for your business.

R. Michael Underhill

| | Total | $250.00 |

62.32.260

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112483 | 4/4/2013 | 42127 |
| **Job Date** | **Case No.** | |
| 2/6/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| George Douglas Graettinger, Vol. 1  (U.S. Fact) | 200.00 Pages | @ | 4.09 | 818.00 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 159.00 | @ | 0.15 | 23.85 |
| Exhibit Scanning | 133.00 | @ | 0.08 | 10.64 |
| | **TOTAL DUE >>>** | | | **$877.49** |

Ordered By   : R. Michael Underhill
             U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
             450 Golden Gate Avenue, 7th Fl Rm 535
             San Francisco, CA 94102-3463

Tax ID: 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  112483
Invoice Date  :  4/4/2013
**Total Due**   :  **$ 877.49**

for
R. Michael Underhill

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

Job No.     :  42127
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_147**


**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

4/5/13

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 3/21/2013 | 13V162WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation |
| Mr. R. Michael Underhill |
| 1425 New York Ave. NW, Suite 10100 |
| Washington, DC 20005 |
| DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 4/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of GEORGE GRAETTINGER taken on 2-6-13 | 350.00 |

*Mike Lindahill*

Thank you for your business.

| **Total** | $350.00 |

**Depositions_148**

65.52.260

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112487 | 4/4/2013 | 42186 |
| **Job Date** | **Case No.** | |
| 2/21/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Dr. Ira Leifer, Vol. 1 (US Affiliate) | 348.00 Pages | @ | 4.09 | 1,423.32 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 531.00 | @ | 0.15 | 79.65 |
| COLOR COPIES | 25.00 | @ | 0.25 | 6.25 |
| Exhibit Scanning | 509.00 | @ | 0.08 | 40.72 |
| | **TOTAL DUE >>>** | | | **$1,574.94** |

Ordered By    : R. Michael Underhill
                    U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
                    450 Golden Gate Avenue, 7th Fl Rm 535
                    San Francisco, CA 94102-3463

For R. Michael Underhill

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

| | | |
|---|---|---|
| Invoice No. | : | 112487 |
| Invoice Date | : | 4/4/2013 |
| **Total Due** | : | **$ 1,574.94** |

Remit To:  **Worldwide Court Reporters, Inc.**
              **3000 Weslayan, Suite 235**
              **Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 42186 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

102. 32.260

# INVOICE 4/8/13

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112492 | 4/4/2013 | 42187 |
| **Job Date** | **Case No.** | |
| 2/22/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Dr. Ira Leifer, Vol. 2 (US Affiliate) | 211.00 Pages | @ | 4.09 | 862.99 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 417.00 | @ | 0.15 | 62.55 |
| COLOR COPIES | 40.00 | @ | 0.25 | 10.00 |
| Exhibit Scanning | 429.00 | @ | 0.08 | 34.32 |
| | **TOTAL DUE >>>** | | | **$994.86** |

Ordered By   : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

*For R. Michael Underhill*

**Tax ID:** 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  112492
Invoice Date  :  4/4/2013
**Total Due**    :  **$ 994.86**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.      :  42187
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_150**

**The Video Department**

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

4/5/13

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/21/2013 | 13V232WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 4/20/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of IRA LEIFER, PH.D V1 taken on 2-21-13 | 350.00 |
| Video Syncing - Time Stamping of IRA LEIFER, PH.D V2 taken on 2-22-13 | 300.00 |

for R. M. Underhill

Thank you for your business.

| **Total** | $650.00 |
|-----------|---------|

62. 30.260
4/8/13

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 112506 | 4/4/2013 | 42378 |
| **Job Date** | **Case No.** | |
| 3/8/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

---

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Kinton Lawler | 196.00 Pages | @ | 4.09 | 801.64 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 516.00 | @ | 0.15 | 77.40 |
| COLOR COPIES | 161.00 | @ | 0.25 | 40.25 |
| Exhibit Scanning | 662.00 | @ | 0.08 | 52.96 |
| | **TOTAL DUE >>>** | | | **$997.25** |

Ordered By  : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE, Tort Branch, Civil Division
450 Golden Gate Avenue, 7th Fl Rm 535
San Francisco, CA 94102-3463

*for* K. michael Underhill

**Tax ID:** 74-2175895

Phone:  Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE

Invoice No.   :  112506
Invoice Date  :  4/4/2013
**Total Due**    :  **$ 997.25**

Remit To:  **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.    :  42378
BU ID      :  1-HOU
Case No.   :  2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_152**

62.32.260

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113357 | 8/6/2013 | 42946 |
| **Job Date** | **Case No.** | |
| 6/19/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Ronald Copeland Dykhuizen, Ph.D. | 399.00 Pages | @ | 4.09 | 1,631.91 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 201.00 | @ | 0.15 | 30.15 |
| COLOR COPIES | 129.00 | @ | 0.25 | 32.25 |
| Exhibit Scanning | 316.00 | @ | 0.08 | 25.28 |

TOTAL DUE >>>                    $1,744.59

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Anderson

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

| Invoice No. | : | 113357 |
|---|---|---|
| Invoice Date | : | 8/6/2013 |
| **Total Due** | : | **$ 1,744.59** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| Job No. | : | 42946 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_153**

62 32260

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113361 | 8/6/2013 | 42947 |
| **Job Date** | **Case No.** | |
| 6/20/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

| Copy of the Daily Certified Transcript of | | | | |
|---|---|---|---|---|
| Ronald Copeland Dykhuizen, Ph.D., Vol. 2 | 269.00 Pages | @ | 4.09 | 1,100.21 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 323.00 | @ | 0.15 | 48.45 |
| COLOR COPIES | 84.00 | @ | 0.25 | 21.00 |
| Exhibit Scanning | 392.00 | @ | 0.08 | 31.36 |
| | **TOTAL DUE >>>** | | | **$1,226.02** |

Ordered By     : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*Anderson*

**Tax ID:** 74-2175895

Phone:   Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

Invoice No.    :  113361
Invoice Date   :  8/6/2013
**Total Due**     :  **$ 1,226.02**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.      :  42947
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_154**

62.32.260

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113409 | 8/6/2013 | 42952 |
| **Job Date** | **Case No.** | |
| 6/26/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

Copy of the Daily Certified Transcript of
Stewart K. Griffiths, Ph.D.

| | | | | |
|---|---|---|---|---|
| | 357.00 Pages | @ | 4.09 | 1,460.13 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 138.00 | @ | 0.15 | 20.70 |
| COLOR COPIES | 37.00 | @ | 0.25 | 9.25 |
| Exhibit Scanning | 167.00 | @ | 0.08 | 13.36 |

**TOTAL DUE >>>**  **$1,528.44**

Ordered By  : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

for
Underhill
Anderson

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

Invoice No.  :  113409
Invoice Date  :  8/6/2013
**Total Due**  :  **$ 1,528.44**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.  :  42952
BU ID  :  1-HOU
Case No.  :  2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_155**

62. 32. 260

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113400 | 8/6/2013 | 42953 |
| **Job Date** | **Case No.** | |
| 6/27/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC 20530

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Stewart K. Griffiths, Ph.D. | 312.00 Pages | @ | 4.09 | 1,276.08 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 271.00 | @ | 0.15 | 40.65 |
| COLOR COPIES | 121.00 | @ | 0.25 | 30.25 |
| Exhibit Scanning | 381.00 | @ | 0.08 | 30.48 |
| | **TOTAL DUE >>>** | | | **$1,402.46** |

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

For
Anderson

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC 20530

Invoice No.    :  113400
Invoice Date  :  8/6/2013
**Total Due**    :  **$ 1,402.46**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.      :  42953
BU ID        :  1-HOU
Case No.     :  2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater
Horizon"

**Depositions_156**

**The Video Department**

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2013 | 13V789WW-3 |

| Bill To |
|---------|

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 8/14/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping - Mpeg Files of STEWART GRIFFITHS on 06-26-13 | 420.00 |
| Delivery | 0.00 |

*for mike Underhill*

Thank you for your business.

| | **Total** | $420.00 |
|---|-----------|---------|



**The Video Department**

P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/15/2013 | 13V793WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 8/14/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping - Mpeg Files of STEWART GRIIFITHS V2 on 06-27-13 | 540.00 |
| Delivery | 0.00 |

For Mike Underhill

Thank you for your business.

| Total | $540.00 |
|-------|---------|

**Depositions_158**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000 Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113473 | 8/7/2013 | 43278 |
| **Job Date** | **Case No.** | |
| 7/3/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC 20530

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Mehran Pooladi-Darvish, Vol. 1 | 362.00 Pages | @ | 4.09 | 1,480.58 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 7.00 | @ | 0.15 | 1.05 |
| COLOR COPIES | 490.00 | @ | 0.25 | 122.50 |
| Exhibit Scanning | 490.00 | @ | 0.08 | 39.20 |
| Realtime Remote Fee | | | 100.00 | 100.00 |
| **TOTAL DUE >>>** | | | | **$1,768.33** |

Ordered By : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

Remote Realtime for Jessica Sullivan

_for Underhill_

_62-32-260_

Tax ID: 74-2175895

Phone: Fax:

_Please detach bottom portion and return with payment._

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC 20530

| | | |
|---|---|---|
| Invoice No. | : | 113473 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 1,768.33** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 43278 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_159**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113477 | 8/7/2013 | 43220 |
| **Job Date** | **Case No.** | |
| 7/4/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Mehran Pooladi-Darvish, Vol. 2 | 302.00 Pages | @ | 4.09 | 1,235.18 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 9.00 | @ | 0.15 | 1.35 |
| COLOR COPIES | 948.00 | @ | 0.25 | 237.00 |
| Exhibit Scanning | 949.00 | @ | 0.08 | 75.92 |
| | **TOTAL DUE  >>>** | | | **$1,574.45** |

Ordered By    :  R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

62-32-260

for Underhill

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

| | | |
|---|---|---|
| Invoice No. | : | 113477 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 1,574.45** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 43220 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_160**



**The Video Department**
P.O. Box 2133 .
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

**Invoice**

10/24/13

| Date | Invoice # |
|------|-----------|
| 8/30/2013 | 13V821WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 9/29/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of MEHRAN POOLADI-DARVISH V1 taken on 7-3-13 | 480.00 |
| Video Syncing - Time Stamping of MEHRAN POOLADI-DARVISH V2 taken on 7-4-13 | 480.00 |

*for Stephen G. Flynn*

Thank you for your business.

| **Total** | $960.00 |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113549 | 8/7/2013 | 43225 |
| **Job Date** | **Case No.** | |
| 7/12/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

| | | | | |
|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | |
| Rory Ronald Davis, Ph.D., P.E. | 217.00 Pages | @ | 4.09 | 887.53 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 42.00 | @ | 0.15 | 6.30 |
| COLOR COPIES | 116.00 | @ | 0.25 | 29.00 |
| Exhibit Scanning | 143.00 | @ | 0.08 | 11.44 |
| | **TOTAL DUE >>>** | | | **$959.27** |

Ordered By    : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*62-32-260*

*fon Underhill*

**Tax ID:** 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

Invoice No.    :  113549
Invoice Date  :  8/7/2013
**Total Due**    :  **$ 959.27**

Remit To: **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston TX  77027**

Job No.     :  43225
BU ID       :  1-HOU
Case No.    :  2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_162**

# The Video Department

P.O. Box 2133 .
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

**Invoice**

10/24/13

| Date | Invoice # |
|------|-----------|
| 8/30/2013 | 13V859WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
|-------|----------|
| Net 30 | 9/29/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of RORY DAVIS taken on 7-12-13 | 300.00 |

*for Steve Flynn*

Thank you for your business.

| **Total** | $300.00 |

Depositions_163

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX  77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113553 | 8/7/2013 | 43280 |

| Job Date | Case No. | |
|---|---|---|
| 7/12/2013 | 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Thomas O. Hunter, Ph.D. | 316.00 | Pages | @ | 4.09 | 1,292.44 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 268.00 | | @ | 0.15 | 40.20 |
| COLOR COPIES | 236.00 | | @ | 0.25 | 59.00 |
| Exhibit Scanning | 484.00 | | @ | 0.08 | 38.72 |

TOTAL DUE >>>          $1,455.36

Ordered By   : R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

62-32-260

*For Underhill*

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

Invoice No.    :   113553
Invoice Date   :   8/7/2013
**Total Due**      :   **$ 1,455.36**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.      :   43280
BU ID        :   1-HOU
Case No.     :   2179
Case Name    :   In Re: Oil Spill by the Oil Rig "Deepwater Horizon"

**Depositions_164**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX  77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113622 | 8/7/2013 | 43284 |
| **Job Date** | **Case No.** | |
| 7/18/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

| | | | | | |
|---|---|---|---|---|---|
| Copy of the Daily Certified Transcript of | | | | | |
| Alan Huffman, Ph.D. | 172.00 | Pages | @ | 4.09 | 703.48 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 58.00 | | @ | 0.15 | 8.70 |
| COLOR COPIES | 40.00 | | @ | 0.25 | 10.00 |
| Exhibit Scanning | 87.00 | | @ | 0.08 | 6.96 |
| | | **TOTAL DUE >>>** | | | **$754.14** |

Ordered By   :  R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

*for Underhill*          62-32-260

**Tax ID:** 74-2175895

Phone:      Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

| | | |
|---|---|---|
| Invoice No. | : | 113622 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 754.14** |

Remit To:  **Worldwide Court Reporters, Inc.**
         **3000 Weslayan, Suite 235**
         **Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 43284 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113714 | 8/7/2013 | 43239 |
| **Job Date** | **Case No.** | |
| 7/24/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

Copy of the Daily Certified Transcript of

| | | | | | |
|---|---|---|---|---|---|
| Jean-Claude Roegiers, Ph.D., Vol. 1 | 306.00 | Pages | @ | 4.09 | 1,251.54 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 145.00 | | @ | 0.15 | 21.75 |
| COLOR COPIES | 33.00 | | @ | 0.25 | 8.25 |
| Exhibit Scanning | 164.00 | | @ | 0.08 | 13.12 |

**TOTAL DUE >>>**  **$1,319.66**

Ordered By   :  R. Michael Underhill
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington, DC 20530

62-32-260

_for_ Underhill

**Tax ID:** 74-2175895

Phone:    Fax:

_Please detach bottom portion and return with payment._

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

| | | |
|---|---|---|
| Invoice No. | : | 113714 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 1,319.66** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 43239 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_166**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113738 | 8/7/2013 | 43240 |
| **Job Date** | **Case No.** | |
| 7/25/2013 | 2179 | |

| **Case Name** |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

| **Payment Terms** |
|---|
| Due upon receipt |

Copy of the Daily Certified Transcript of

| | | | | | |
|---|---|---|---|---|---|
| Jean-Claude Roegiers, Ph.D., Vol. 2 | 188.00 | Pages | @ | 4.09 | 768.92 |
| ADMIN FEE | | | | 25.00 | 25.00 |
| Exhibits | 113.00 | | @ | 0.15 | 16.95 |
| COLOR COPIES | 87.00 | | @ | 0.25 | 21.75 |
| Exhibit Scanning | 188.00 | | @ | 0.08 | 15.04 |
| | | **TOTAL DUE >>>** | | | **$847.66** |

Ordered By     :  R. Michael Underhill
                    U.S. DEPARTMENT OF JUSTICE
                    Aviation & Admirality Litigation
                    1425 New York Ave. NW #10100
                    Washington, DC 20530

62-32-260

On Underhill

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

| | | |
|---|---|---|
| Invoice No. | : | 113738 |
| Invoice Date | : | 8/7/2013 |
| **Total Due** | **:** | **$ 847.66** |

Remit To:  **Worldwide Court Reporters, Inc.**
                **3000 Weslayan, Suite 235**
                **Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 43240 |
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_167**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

10/24/13

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 8/30/2013 | 13V929WW-3 |

| Bill To |
|---------|
| USDOJ-Aviation & Admiralty Litigation<br>Mr. R. Michael Underhill<br>1425 New York Ave. NW, Suite 10100<br>Washington, DC 20005<br>DJ 62-32-260 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 9/29/2013 |

| Description | Amount |
|-------------|--------|
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of JEAN-CLAUDE ROEGIERS V1 taken on 7-24-13 | 420.00 |
| Video Syncing - Time Stamping of JEAN-CLAUDE ROEGIERS V2 taken on 7-25-13 | 300.00 |

For Steve Flym

Thank you for your business.

| | **Total** | $720.00 |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113778 | 8/7/2013 | 43289 |

| Job Date | Case No. | |
|---|---|---|
| 7/29/2013 | 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Adam Lee Ballard, Ph.D. | 369.00 Pages | @ | 4.09 | 1,509.21 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 351.00 | @ | 0.15 | 52.65 |
| COLOR COPIES | 32.00 | @ | 0.25 | 8.00 |
| Exhibit Scanning | 364.00 | @ | 0.08 | 29.12 |
| TOTAL DUE >>> | | | | $1,623.98 |

Ordered By      : R. Michael Underhill
                 U.S. DEPARTMENT OF JUSTICE
                 Aviation & Admirality Litigation
                 1425 New York Ave. NW #10100
                 Washington, DC 20530

62-32-260

For Underhill

Tax ID: 74-2175895

Phone:      Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

Invoice No.    : 113778
Invoice Date   : 8/7/2013
**Total Due**    : **$ 1,623.98**

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX  77027**

| | |
|---|---|
| Job No. | : 43289 |
| BU ID | : 1-HOU |
| Case No. | : 2179 |
| Case Name | : In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_169**



**The Video Department**
P.O. Box 2133
Cypress, Texas 77410-2133
Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
E.I.N. - 76-0614869

10/24/13

# Invoice

| Date | Invoice # |
| --- | --- |
| 8/30/2013 | 13V953WW-3 |

**Bill To**

USDOJ-Aviation & Admiralty Litigation
Mr. R. Michael Underhill
1425 New York Ave. NW, Suite 10100
Washington, DC 20005
DJ 62-32-260

| Terms | Due Date |
| --- | --- |
| Net 30 | 9/29/2013 |

| Description | Amount |
| --- | --- |
| PHASE 2: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Syncing - Time Stamping of ADAM BALLARD, PH.D taken on 7-29-13 | 480.00 |

for SGF AD

Thank you for your business.

| | Total | $480.00 |
| --- | --- | --- |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 113828 | 8/7/2013 | 43245 |
| **Job Date** | **Case No.** | |
| 8/1/2013 | 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

Copy of the Daily Certified Transcript of

| | | | | |
|---|---|---|---|---|
| Glen Benge | 229.00 Pages | @ | 4.09 | 936.61 |
| ADMIN FEE | | | 25.00 | 25.00 |
| Exhibits | 143.00 | @ | 0.15 | 21.45 |
| COLOR COPIES | 146.00 | @ | 0.25 | 36.50 |
| Exhibit Scanning | 274.00 | @ | 0.08 | 21.92 |
| | **TOTAL DUE >>>** | | | **$1,041.48** |

Ordered By      : R. Michael Underhill
                U.S. DEPARTMENT OF JUSTICE
                Aviation & Admirality Litigation
                1425 New York Ave. NW #10100
                Washington, DC 20530

Tax ID: 74-2175895

Phone:    Fax:

*Please detach bottom portion and return with payment.*

Sandi Anderson
U.S. DEPARTMENT OF JUSTICE
Aviation & Admirality Litigation
1425 New York Ave. NW #10100
Washington DC  20530

| Invoice No. | : | 113828 |
|---|---|---|
| Invoice Date | : | 8/7/2013 |
| **Total Due** | : | **$ 1,041.48** |

62 - 32-260

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX  77027**

| Job No. | : | 43245 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" |

**Depositions_171**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116227 | 7/2/2014 | 45271 |
| **Job Date** | **Case No.** | |
| 6/11/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

---

Videotaped Deposition
Amy Merten, Ph.D.                              285.00 Pages        @        10.00        2,850.00
    Conference Room                                                                62.50          62.50
    Internet Realtime Set Up                                                      50.00          50.00

                                        **TOTAL DUE >>>**                           **$2,962.50**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

*OK to Pay*
*D. McIlwain*
*CRAB*
*FUNDS*

Tax ID: 74-2375895                     Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

---

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116227 |
| Invoice Date | : | 7/2/2014 |
| **Total Due** | : | **$ 2,962.50** |

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

*NOI 34939/N022/B1595*

| | | |
|---|---|---|
| Job No. | : | 45271 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_172**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116221 | 7/1/2014 | 45273 |

| Job Date | Case No. | |
|---|---|---|
| 6/16/2014 | MDL 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| Videotaped Deposition | | | | |
|---|---|---|---|---|
| Laura Folse | 237.00 Pages | @ | 10.00 | 2,370.00 |
| Conference Room | | | 62.50 | 62.50 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |

**TOTAL DUE >>>**   **$2,482.50**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

*OK to Pay*
*D. McIlwain*
*CRAB*
*FNNO$*

2014 AUG 11  AM 11:16

Phone: (202) 514-1448   Fax:(202) 514-4180

Tax ID: 74-2175895

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   :  116221
Invoice Date  :  7/1/2014
**Total Due**    :  **$ 2,482.50**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.     :  45273
BU ID       :  1-HOU
Case No.    :  MDL 2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

N01 34938/N022/B1595

**Depositions_173**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116223 | 7/1/2014 | 45274 |
| **Job Date** | **Case No.** | |
| 6/17/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | | | |
|---|---|---|---|---|
| Videotaped Deposition | | | | |
| Captain James Hanzalik | 270.00 Pages | @ | 10.00 | 2,700.00 |
| Conference Room | | | 62.50 | 62.50 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| | **TOTAL DUE >>>** | | | **$2,812.50** |

All Inclusive Pricing Includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

*OK to Pay*
*D. McIlwain*
*CRABFUNDS*

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116223 |
| Invoice Date | : | 7/1/2014 |
| **Total Due** | : | **$ 2,812.50** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 45274 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

N0134940/N022/B1595

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000 Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116225 | 7/1/2014 | 45275 |
| Job Date | Case No. | |
| 6/17/2014 | MDL 2179 | |
| Case Name | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| Payment Terms | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | | | |
|---|---|---|---|---|
| Videotaped Deposition | | | | |
| Harry Heathcote Luton | 184.00 Pages | @ | 10.00 | 1,840.00 |
| Conference Room | | | 112.50 | 112.50 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| | | **TOTAL DUE >>>** | | **$2,002.50** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

OK to pay
D. McIlwain
CRAB FUNDS

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Invoice No.  : 116225
Invoice Date : 7/1/2014
**Total Due** : **$ 2,002.50**

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

Job No.    : 45275
BU ID      : 1-HOU
Case No.   : MDL 2179
Case Name  : In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

NO13493 7/NO22/B1595

**Depositions_175**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116233 | 7/1/2014 | 45276 |
| **Job Date** | **Case No.** | |
| 6/18/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | | | |
|---|---|---|---|---|
| Videotaped Deposition | | | | |
| Joshua Barnes | 270.00 Pages | @ | 10.00 | 2,700.00 |
| Conference Room | | | 62.50 | 62.50 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| | | **TOTAL DUE >>>** | | **$2,812.50** |

All Inclusive Pricing Includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

*OK to Pay*
*CRB Funds*
*D. McIlwain*

Tax ID: 74-2375895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116233 |
| Invoice Date | : | 7/1/2014 |
| **Total Due** | : | **$ 2,812.50** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

*NOI34941/RCN NO22/B1595*

| | | |
|---|---|---|
| Job No. | : | 45276 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_176**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116335 | 7/1/2014 | 45383 |
| **Job Date** | **Case No.** | |
| 6/19/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| Videotaped Deposition | | | | |
|---|---|---|---|---|
| Captain Larry Hewett | 227.00 Pages | @ | 10.00 | 2,270.00 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| | | **TOTAL DUE >>>** | | **$2,320.00** |

All Inclusive Pricing Includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

*OK To Pay*
*D. McIlwa*
*CRAD*
*funds*

2014 AUG 11  AM 11: 16
OFFICE OF FINANCIAL

**Tax ID: 74-2175895**

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Invoice No.   :  116335
Invoice Date  :  7/1/2014
**Total Due**    :  **$ 2,320.00**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 45383 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

NO134942/RCN N022/B1595

**Depositions_177**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116339 | 7/1/2014 | 45279 |

| Job Date | Case No. | |
|---|---|---|
| 6/20/2014 | MDL 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Videotaped Deposition | | | | | |
| Dr. Richard Heron | | 262.00 Pages | @ | 10.00 | 2,620.00 |
| Internet Realtime Set Up | | | | 50.00 | 50.00 |
| | | TOTAL DUE >>> | | | $2,670.00 |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

*OK to Pay
D McIlwain
CRNB
FUNDS*

Tax ID: 74-217589S

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Invoice No.  : 116339
Invoice Date : 7/1/2014
**Total Due** : **$ 2,670.00**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

*NO134943 / RCN NO22 / BI595*

Job No.    : 45279
BU ID      : 1-HOU
Case No.   : MDL 2179
Case Name  : In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_178**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116865 | 8/13/2014 | 45283 |

| Job Date | Case No. |
|---|---|
| 6/24/2014 | MDL 2179 |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

| Payment Terms |
|---|
| Due upon receipt |

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Videotaped Deposition | | | | | |
| Mace G. Barron, Ph.D. | 290.00 Pages | @ | 10.00 | 2,900.00 |
| | **TOTAL DUE >>>** | | | **$2,900.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

N0139952
N022
OBI595

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   :  116865
Invoice Date  :  8/13/2014
**Total Due**     :  **$ 2,900.00**

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX  77027**

Job No.    :  45283
BU ID      :  1-HOU
Case No.   :  MDL 2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater
              Horizon" - Penalty Phase

**Depositions_179**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116868 | 8/13/2014 | 45283 |
| **Job Date** | **Case No.** | |
| 6/24/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | | |
|---|---|---|---|
| Videotaped Deposition | | | |
| Mace G. Barron, Ph.D. | | | |
| Conference Room | | 112.50 | 112.50 |
| Internet Realtime Set Up | | 50.00 | 50.00 |
| | TOTAL DUE  >>> | | $162.50 |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

N0134953
N 022
OB1595

**Tax ID:** 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| Invoice No. | : | 116868 |
|---|---|---|
| Invoice Date | : | 8/13/2014 |
| **Total Due** | : | **$ 162.50** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| Job No. | : | 45283 |
|---|---|---|
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116366 | 7/2/2014 | 45284 |
| **Job Date** | **Case No.** | |
| 6/24/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Videotaped Deposition | | 1,850.00 |
| Lieutenant Commander Drew Casey | 62.50 | 62.50 |
| Conference Room | | |
| | **TOTAL DUE >>>** | $1,912.50 |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

*OK to pay*
*D McIlwain*
*GRAB Funds*

2014 AUG 11 AM 11: 15
OFFICE OF FINANCIAL

**Tax ID:** 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116366 |
| Invoice Date | : | 7/2/2014 |
| **Total Due** | : | **$ 1,912.50** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

*NO134984/N022/B1595*

| | | |
|---|---|---|
| Job No. | : | 45284 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_181**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116872 | 8/13/2014 | 45382 |
| **Job Date** | **Case No.** | |
| 6/24/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

---

Videotaped Deposition
    Mark Huston, Part 1          300.00 Pages   @   10.00   3,000.00

                                              **TOTAL DUE >>>**    **$3,000.00**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup


N0134954
N022
0131595

Tax ID: 74-2175895

                                                    Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

---

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116872 |
| Invoice Date | : | 8/13/2014 |
| **Total Due** | : | **$ 3,000.00** |

Remit To: **Worldwide Court Reporters, Inc.**
              **3000 Weslayan, Suite 235**
              **Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 45382 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116873 | 8/13/2014 | 45382 |
| **Job Date** | | **Case No.** |
| 6/24/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" – Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | |
|---|---|---|---|---|
| Videotaped Deposition | | | | |
| Mark Huston, Part 2 | 32.00 Pages | @ | 10.00 | 320.00 |
| Conference Room | | | 112.50 | 112.50 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| | | **TOTAL DUE >>>** | | **$482.50** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

N0139953
N022
0B595

**Tax ID: 74-2175895**

Phone: (202) 514-1448  Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116873 |
| Invoice Date | : | 8/13/2014 |
| **Total Due** | : | **$ 482.50** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 45382 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" – Penalty Phase |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116882 | 8/13/2014 | 45286 |
| **Job Date** | **Case No.** | |
| 6/26/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Videotaped Deposition                                          300.00  Pages      @        10.00        3,000.00
   Robyn Conmy, Part 1                                          **TOTAL DUE  >>>**                    **$3,000.00**

All Inclusive Pricing Includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

*N0134949*
*RCNN022*
*OB1595*

**Tax ID:** 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116882 |
| Invoice Date | : | 8/13/2014 |
| **Total Due** | : | **$ 3,000.00** |

2014 SEP -4  AM 8: 54
OFFICE OF FINANCIAL

| | | |
|---|---|---|
| Job No. | : | 45286 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

Remit To: **Worldwide Court Reporters, Inc.**
         **3000 Weslayan, Suite 235**
         **Houston TX  77027**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116883 | 8/13/2014 | 45286 |

| Job Date | Case No. | |
|---|---|---|
| 6/26/2014 | MDL 2179 | |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

| Payment Terms |
|---|
| Due upon receipt |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Videotaped Deposition | | | | | |
| Robyn Conmy, Part 2 | 15.00 Pages | @ | 10.00 | 150.00 |
| Conference Room | | | 112.50 | 112.50 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| | | TOTAL DUE >>> | | $312.50 |

N0134957
N022
081595

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   :  116883
Invoice Date  :  8/13/2014
**Total Due**     :  **$ 312.50**

Remit To: **Worldwide Court Reporters, Inc.**
         **3000 Weslayan, Suite 235**
         **Houston TX  77027**

Job No.     :  45286
BU ID       :  1-HOU
Case No.    :  MDL 2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_185**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116880 | 8/13/2014 | 45288 |
| **Job Date** | **Case No.** | |
| 6/26/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | |
|---|---|---|---|---|
| Videotaped Deposition John Jackson Howard, M.D., Part 1 | 300.00 Pages | @ | 10.00 | 3,000.00 |
| | **TOTAL DUE >>>** | | | **$3,000.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

ND134956
N022
08595

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   :  116880
Invoice Date  :  8/13/2014
**Total Due**   :  **$ 3,000.00**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.    :  45288
BU ID      :  1-HOU
Case No.   :  MDL 2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_186**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116881 | 8/13/2014 | 45288 |
| **Job Date** | **Case No.** | |
| 6/26/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Videotaped Deposition | | | | | |
| John Jackson Howard, M.D., Part 2 | 2.00 | Pages | @ | 10.00 | 20.00 |
| Conference Room | | | | 62.50 | 62.50 |
| Internet Realtime Set Up | | | | 50.00 | 50.00 |
| | | **TOTAL DUE >>>** | | | **$132.50** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

*N0134958*
*N022*
*0B1595*

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116881 |
| Invoice Date | : | 8/13/2014 |
| **Total Due** | : | **$ 132.50** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 45288 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116451 | 7/9/2014 | 45289 |
| **Job Date** | **Case No.** | |
| 6/26/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | |
|---|---|---|---|---|
| Videotaped Deposition | 203.00 Pages | @ | 10.00 | 2,030.00 |
| Marshall Rose | | | 87.50 | 87.50 |
| Conference Room | | | 50.00 | 50.00 |
| Internet Realtime Set Up | | | | |
| | **TOTAL DUE >>>** | | | **$2,167.50** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

OK to Pay
CRAB

OFFICE OF FINANCIAL
2014 AUG 11  AM 11: 15

Phone: (202) 514-1448    Fax:(202) 514-4180

Tax ID: 74-2175895

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   :  116451
Invoice Date  :  7/9/2014
**Total Due**    :  **$ 2,167.50**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 45289 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

N0134936/N022/B1595

**Depositions_188**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116878 | 8/13/2014 | 45291 |
| **Job Date** | **Case No.** | |
| 6/27/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Videotaped Deposition
   Mike Utsler, Part 1

300.00 Pages        @        10.00        3,000.00

**TOTAL DUE >>>**                    **$3,000.00**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup



N0134959

**Tax ID:** 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116878 |
| Invoice Date | : | 8/13/2014 |
| **Total Due** | : | **$ 3,000.00** |

Remit To: **Worldwide Court Reporters, Inc.**
         **3000 Weslayan, Suite 235**
         **Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 45291 |
| 8U ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116879 | 8/13/2014 | 45291 |
| **Job Date** | **Case No.** | |
| 6/27/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | |
|---|---|---|---|---|
| Videotaped Deposition | | | | |
| Mike Utsler, Part 2 | 38.00  Pages | @ | 10.00 | 380.00 |
| | | | 62.50 | 62.50 |
| Conference Room | | | 50.00 | 50.00 |
| Internet Realtime Set Up | | | | |
| | | **TOTAL DUE >>>** | | **$492.50** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup



N0134960
N022

Phone: (202) 514-1448   Fax:(202) 514-4180

**Tax ID:** 74-2175895

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116879 |
| Invoice Date | : | 8/13/2014 |
| **Total Due** | : | **$ 492.50** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 45291 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_190**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116884 | 8/13/2014 | 45294 |
| **Job Date** | **Case No.** | |
| 7/1/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Videotaped Deposition | | | | | |
| Sara McNulty | 294.00 Pages | @ | 10.00 | | 2,940.00 |
| | **TOTAL DUE  >>>** | | | | **$2,940.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

NO134961
NO22

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116884 |
| Invoice Date | : | 8/13/2014 |
| **Total Due** | : | **$ 2,940.00** |

Remit To:  **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 45294 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000   Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116885 | 8/13/2014 | 45294 |
| Job Date | Case No. | |
| 7/1/2014 | MDL 2179 | |
| Case Name | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| Payment Terms | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611



Videotaped Deposition
    Sara McNulty
        Conference Room                          62.50        62.50
        Internet Realtime Set Up                 50.00        50.00

                                    TOTAL DUE >>>          $112.50

N0134962
N022

Tax ID: 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Invoice No.   :  116885
Invoice Date  :  8/13/2014
**Total Due**   **:  $ 112.50**

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

Job No.    :  45294
BU ID      :  1-HOU
Case No.   :  MDL 2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_192**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116572 | 7/21/2014 | 45298 |

| Job Date | Case No. |
|---|---|
| 7/9/2014 | MDL 2179 |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

| Payment Terms |
|---|
| Due upon receipt |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Copy of Videotaped Deposition | | | | | |
| Captain Julia Hein | 268.00 | Pages | @ | 10.00 | 2,680.00 |
| Conference Room | | | | 62.50 | 62.50 |
| Internet Realtime Set Up | | | | 50.00 | 50.00 |

**TOTAL DUE >>>     $2,792.50**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

*OK to Pay*
*DMShran*

N0134974
N022

OFFICE OF FINANCIAL
2014 AUG 28  PM 12: 10

**Tax ID:** 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116572 |
| Invoice Date | : | 7/21/2014 |
| **Total Due** | : | **$ 2,792.50** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 45298 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_193**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116569 | 7/17/2014 | 45343 |
| **Job Date** | **Case No.** | |
| 7/9/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Copy of Videotaped Deposition
Damian K. Higgins                          230.00  Pages      @      10.00      2,300.00
    Conference Room                                                112.50        112.50
    Internet Realtime Set Up                                        50.00          50.00

                                                    TOTAL DUE  >>>      $2,462.50

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

                        OK to
                        Pay
                     D. McIlwain

N0134975
N022

**Tax ID:** 74-2175895

                                  Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Invoice No.   :   116569
Invoice Date  :   7/17/2014
**Total Due**   :   **$ 2,462.50**

Remit To:  **Worldwide Court Reporters, Inc.**
           **3000 Weslayan, Suite 235**
           **Houston TX 77027**

| | |
|---|---|
| Job No. | :  45343 |
| BU ID | :  OUT of ST |
| Case No. | :  MDL 2179 |
| Case Name | :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_194**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116640 | 7/24/2014 | 45342 |
| **Job Date** | **Case No.** | |
| 7/10/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| Videotaped Deposition | | | | | |
|---|---|---|---|---|---|
| Dr. Jane Lubchenco | | 277.00 Pages | @ | 10.00 | 2,770.00 |
| Internet Realtime Set Up | | | | 50.00 | 50.00 |
| | | **TOTAL DUE >>>** | | | **$2,820.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

*OK to Pay D. McIlwain*

N0134977
N022

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Invoice No.   : 116640
Invoice Date  : 7/24/2014
**Total Due**   : **$ 2,820.00**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.     : 45342
BU ID       : OUT of ST
Case No.    : MDL 2179
Case Name   : In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_195**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116598 | 7/18/2014 | 45299 |
| **Job Date** | **Case No.** | |
| 7/10/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Videotaped Deposition

Mark Miller                                                         2,350.00

    Conference Room                                    62.50    62.50

**TOTAL DUE >>>**          **$2,412.50**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

OK to Pay
David McIlwain

N0134974
N022

Tax ID: 74-2175895                          Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116598 |
| Invoice Date | : | 7/18/2014 |
| **Total Due** | : | **$ 2,412.50** |

Remit To: **Worldwide Court Reporters, Inc.**
           **3000 Weslayan, Suite 235**
           **Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 45299 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_196**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000 Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116886 | 8/13/2014 | 45301 |
| **Job Date** | **Case No.** | |
| 7/11/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Videotaped Deposition
    Robert Gwin                         275.00 Pages      @      10.00      2,750.00

                                        **TOTAL DUE >>>**                 **$2,750.00**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

N0B4965
N022

**Tax ID: 74-2175895**                    Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116886 |
| Invoice Date | : | 8/13/2014 |
| **Total Due** | **:** | **$ 2,750.00** |

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 45301 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_197**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116887 | 8/13/2014 | 45301 |
| **Job Date** | **Case No.** | |
| 7/11/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Videotaped Deposition
  Robert Gwin

|  |  |  |
|---|---|---|
| Conference Room | 62.50 | 62.50 |
| Internet Realtime Set Up | 50.00 | 50.00 |
| Realtime Remote Connection Fee | 150.00 | 150.00 |

**TOTAL DUE  >>>**          **$262.50**

N0134966
N022

**Tax ID:** 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   : 116887
Invoice Date  : 8/13/2014
**Total Due**    : **$ 262.50**

Remit To: **Worldwide Court Reporters, Inc.**
       **3000 Weslayan, Suite 235**
       **Houston TX  77027**

Job No.    : 45301
BU ID      : OUT of ST
Case No.   : MDL 2179
Case Name  : In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_198**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116605 | 7/21/2014 | 45567 |
| **Job Date** | **Case No.** | |
| 7/15/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Videotaped Deposition
 Margaret Cathy Douglas       116.00 Pages  @   10.00    1,160.00
  Conference Room                   75.00    75.00
  Internet Realtime Set Up             50.00    50.00
  Realtime Remote Connection Fee          150.00    150.00

                 **TOTAL DUE  >>>**    **$1,435.00**

All Inclusive Pricing Includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

N0134928
N022

Tax ID: 74-2175895

                  Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   :   116605
Invoice Date   :   7/21/2014
**Total Due**   :   **$ 1,435.00**

Remit To: **Worldwide Court Reporters, Inc.**
     **3000 Weslayan, Suite 235**
     **Houston TX 77027**

Job No.   :   45567
BU ID   :   OUT of ST
Case No.   :   MDL 2179
Case Name   :   In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_199**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116607 | 7/22/2014 | 45304 |
| **Job Date** | **Case No.** | |
| 7/15/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Videotaped Deposition | | | | | |
| Lieutenant Frank Kulesa | 282.00 Pages | @ | 10.00 | 2,820.00 |
| Conference Room | | | 100.00 | 100.00 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| | | **TOTAL DUE >>>** | | **$2,970.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

NO1349 79
N022

Okte
Pay
D. McIlwain

**Tax ID: 74-2175895**

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.    :  116607
Invoice Date  :  7/22/2014
**Total Due**     :  **$ 2,970.00**

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX  77027**

Job No.      :  45304
BU ID        :  OUT of ST
Case No.     :  MDL 2179
Case Name    :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_200**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116638 | 7/24/2014 | 45306 |
| **Job Date** | **Case No.** | |
| 7/17/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Videotaped Deposition | | | | | |
| Captain Meredith Austin | 270.00 | Pages | @ | 10.00 | 2,700.00 |
| Conference Room | | | | 100.00 | 100.00 |
| Internet Realtime Set Up | | | | 50.00 | 50.00 |
| | | | **TOTAL DUE >>>** | | **$2,850.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

N0134981
RCN N022

OK to Pay
D. McIlwain

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116638 |
| Invoice Date | : | 7/24/2014 |
| **Total Due** | : | **$ 2,850.00** |

Remit To:  **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 45306 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_201**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX  77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116654 | 7/24/2014 | 45307 |
| Job Date | Case No. | |
| 7/17/2014 | MDL 2179 | |
| Case Name | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| Payment Terms | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| Videotaped Deposition | | | | |
|---|---|---|---|---|
| Darrell Hollek | 196.00 Pages | @ | 10.00 | 1,960.00 |
| Conference Room | | | 75.00 | 75.00 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| | | **TOTAL DUE >>>** | | **$2,085.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

N0134982
N022

*7/24
Paid
D. McIlwain*

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.    :  116654
Invoice Date  :  7/24/2014
**Total Due     :  $ 2,085.00**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.      :  45307
BU ID        :  OUT of ST
Case No.     :  MDL 2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_202**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116892 | 8/14/2014 | 45487 |

| Job Date | Case No. |
|---|---|
| 8/1/2014 | MDL 2179 |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

| Payment Terms |
|---|
| Due upon receipt |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Videotaped Deposition
    Dr. Jacqueline Michel, Part 1             300.00  Pages    @     10.00     3,000.00

**TOTAL DUE >>>**      **$3,000.00**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup



N0134970
N022

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116892 |
| Invoice Date | : | 8/14/2014 |
| **Total Due** | : | **$ 3,000.00** |

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 45487 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_203**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116893 | 8/14/2014 | 45487 |
| Job Date | Case No. | |
| 8/1/2014 | MDL 2179 | |
| Case Name | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| Payment Terms | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Videotaped Deposition | | | | | |
| Dr. Jacqueline Michel, Part 2 | 10.00 Pages | @ | 10.00 | 100.00 | |
| Internet Realtime Set Up | | | 50.00 | 50.00 | |
| | | **TOTAL DUE >>>** | | **$150.00** | |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

N0134972
N022

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116893 |
| Invoice Date | : | 8/14/2014 |
| **Total Due** | : | **$ 150.00** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 45487 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_204**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116895 | 8/14/2014 | 45715 |
| **Job Date** | **Case No.** | |
| 8/5/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Videotaped Deposition

| | | | | |
|---|---|---|---|---|
| Captain Roger Laferriere, Part 2 | 90.00 Pages | @ | 10.00 | 900.00 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| | | **TOTAL DUE >>>** | | **$950.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

OFFICE OF FINANCIAL
2014 AUG 28  PM 12: 11

NO134947
RCN NO22
OB1595

**Tax ID:** 74-2175895.

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 116895 |
| Invoice Date | : | 8/14/2014 |
| **Total Due** | : | **$ 950.00** |

2014 SEP - 4  AM 8: 54
OFFICE OF FINANCIAL

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 45715 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_205**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116894 | 8/14/2014 | 45715 |
| **Job Date** | **Case No.** | |
| 8/5/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| Videotaped Deposition | | | | | |
|---|---|---|---|---|---|
| Captain Roger Laferriere, Part 1 | 300.00 Pages | @ | 10.00 | 3,000.00 |
| | **TOTAL DUE >>>** | | | **$3,000.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup



N0134948
RCN N022
061595

2014 AUG 28 PM 12: 11
OFFICE OF FINANCIAL

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Invoice No.  :  116894
Invoice Date :  8/14/2014
**Total Due**   :  **$ 3,000.00**

2014 SEP -4  AM 8: 54
OFFICE OF FINANCIAL

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

Job No.    :  45715
BU ID      :  OUT of ST
Case No.   :  MDL 2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_206**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117705 | 10/20/2014 | 45952 |

| Job Date | Case No. |
|---|---|
| 10/7/2014 | MDL 2179 |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| Payment Terms |
|---|
| Due upon receipt |

PO161079

Videotaped Deposition of:

Kenneth E. Arnold, PE

| | | | | |
|---|---|---|---|---|
| Conference Room | | | 120.96 | 120.96 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| Realtime Remote Connection Fee | 3.00 | @ | 150.00 | 450.00 |

TOTAL DUE >>> $620.96

Remote Connections for: Patrick Casey; Nancy Flickinger & Judith Harvey

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Invoice No.   :  117705
Invoice Date  :  10/20/2014
Total Due     :  $ 620.96

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

| | |
|---|---|
| Job No. | : 45952 |
| BU ID | : OUT of ST |
| Case No. | : MDL 2179 |
| Case Name | : In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_207**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117708 | 10/20/2014 | 46042 |

| Job Date | Case No. | |
|---|---|---|
| 10/10/2014 | MDL 2179 | |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

| Payment Terms |
|---|
| Due upon receipt |

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

P0161076

Copy of Videotaped Deposition

| | | | | | |
|---|---|---|---|---|---|
| Gardner Walkup | 3.00 Pages | @ | 10.00 | 30.00 |
| Conference Room | | | 133.46 | 133.46 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |

**TOTAL DUE >>>    $213.46**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

Tax ID: 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117708 |
| Invoice Date | : | 10/20/2014 |
| Total Due | : | $ 213.46 |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 46042 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_208**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117709 | 10/20/2014 | 46042 |

| Job Date | Case No. | |
|---|---|---|
| 10/10/2014 | MDL 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| Payment Terms |
|---|
| Due upon receipt |

P0161077

Copy of Videotaped Deposition
  Gardner Walkup

300.00 Pages          @          10.00          3,000.00

**TOTAL DUE >>>          $3,000.00**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

**Tax ID:** 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117709 |
| Invoice Date | : | 10/20/2014 |
| Total Due | : | $ 3,000.00 |

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 46042 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_209**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000 Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117745 | 10/21/2014 | 45955 |
| **Job Date** | **Case No.** | |
| 10/14/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

PO161075

| Copy of Videotaped Deposition | | | | | |
|---|---|---|---|---|---|
| Dr. Robert Cox | 259.00 Pages | @ | 10.00 | 2,590.00 |
| Conference Room | | | 120.96 | 120.96 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |

**TOTAL DUE >>>    $2,760.96**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

Tax ID: 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4190

*Please detach bottom portion and return with payment*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117745 |
| Invoice Date | : | 10/21/2014 |
| Total Due | : | $ 2,760.96 |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 45955 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_210**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX  77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117856 | 10/30/2014 | 45957 |

| Job Date | Case No. | |
|---|---|---|
| 10/16/2014 | MDL 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Copy of Videotaped Deposition | | | | | |
| Diane Austin, Ph.D. | | 7.00  Pages | @ | 10.00 | 70.00 |
| Conference Room | | | | 120.96 | 120.96 |
| Internet Realtime Set Up | | | | 50.00 | 50.00 |
| | | | **TOTAL DUE  >>>** | | **$240.96** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $240.96 |

*Yveydoc : PO135955*
*AC : OB1595*
*RCN : PO29*

*ORtoPay*
*D. McIlwain*

# PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117856 |
| Invoice Date | : | 10/30/2014 |
| **Total Due** | : | **$ 240.96** |

2015 JUN 25  PM 5: 02
OFFICE OF FINA
MANAGEMENT AND

Remit To: **Worldwide Court Reporters, Inc.**
   **3000 Weslayan, Suite 235**
   **Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 45957 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_211**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117855 | 10/30/2014 | 45957 |
| Job Date | Case No. | |
| 10/16/2014 | MDL 2179 | |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |
| **Payment Terms** |
| Due upon receipt |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| Copy of Videotaped Deposition | | | | |
|---|---|---|---|---|
| Diane Austin, Ph.D. | 300.00 Pages | @ | 10.00 | 3,000.00 |
| | **TOTAL DUE >>>** | | | **$3,000.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $3,000.00 |

*Yregdoc: PO135956*
*AC: OB1595*
*RCN: PO29*

*OK to Pay*
*D. M. Ilwain*

# PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| Invoice No. | : | 117855 |
|---|---|---|
| Invoice Date | : | 10/30/2014 |
| **Total Due** | : | **$ 3,000.00** |

2015 JUN 25  PM 5:02
OFFICE OF FINANCIAL MANAGEMENT AND...

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| Job No. | : | 45957 |
|---|---|---|
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_212**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117858 | 10/30/2014 | 45961 |
| **Job Date** | **Case No.** | |
| 10/21/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Copy of Videotaped Deposition | | | | | |
| Dr. Elliott Taylor | | | | | |
| | | 122.00 Pages | @ | 14.48 | 1,766.56 |
| | Conference Room | | | 145.96 | 145.96 |
| | Internet Realtime Set Up | | | 50.00 | 50.00 |
| | | | **TOTAL DUE  >>>** | | **$1,962.52** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

Same Day Rush Delivery

*yreydoc : PO135953*
*AC:0B1595*
*PCN: PO29*

*OK to Pay*
*D. McILwai...*

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$1,962.52** |

# PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

2015 JUN 25  PM 5: 03
OFFICE OF FINA...
MANAGEMENT...

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117858 |
| Invoice Date | : | 10/30/2014 |
| **Total Due** | : | **$ 1,962.52** |

Remit To:  **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 45961 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_213**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117857 | 10/30/2014 | 45961 |

| Job Date | Case No. | |
|---|---|---|
| 10/21/2014 | MDL 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

---

| Copy of Videotaped Deposition | | | | | |
|---|---|---|---|---|---|
| Dr. Elliott Taylor | 200.00 Pages | @ | 14.48 | 2,896.00 |

**TOTAL DUE >>>**                         **$2,896.00**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

Same Day Rush Delivery

*Yregdoc: PO135954*
*AC: OB1595*
*RCN: PO29*

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $2,896.00 |

*Ok to Pay*
*D. McIlwain*

# PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

OFFICE OF FINANCIAL MANAGEMENT
2015 JUN 25  PM 5: 02

---

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117857 |
| Invoice Date | : | 10/30/2014 |
| **Total Due** | : | **$ 2,896.00** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 45961 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_214**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX  77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117843 | 10/29/2014 | 46141 |

| Job Date | Case No. | |
|---|---|---|
| 10/22/2014 | MDL 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Copy of Videotaped Deposition
Ian Ratner                                              99.00  Pages     @      10.00         990.00
    Conference Room                                                        170.96         170.96
    Internet Realtime Set Up                                                50.00          50.00
    Realtime Remote Connection Fee                                         150.00         150.00

**TOTAL DUE  >>>**                      **$1,360.96**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

Remote Streaming for: Patrick Casey

(-) Payments/Credits:                          0.00
(+) Finance Charges/Debits:                0.00
(=) New Balance:                          $1,360.96

*Yreqdoc: PO135961*
*A l: OB1595*
*RCN: PO29*

## PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.      :  117843
Invoice Date    :  10/29/2014
**Total Due**      :  $ 1,360.96

Remit To:  **Worldwide Court Reporters, Inc.**
        **3000 Weslayan, Suite 235**
        **Houston TX  77027**

Job No.       :  46141
BU ID         :  OUT of ST
Case No.     :  MDL 2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

2015 JUN 25  PM 5:01  OFFICE OF FINANCIAL MANAGEMENT

**Depositions_215**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000    Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117838 | 10/28/2014 | 46140 |

| Job Date | Case No. | |
|---|---|---|
| 10/21/2014 | MDL 2179 | |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

| Payment Terms |
|---|
| Due upon receipt |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| Copy of Videotaped Deposition | | | | |
|---|---|---|---|---|
| Ian Ratner, Part 2 | 37.00 Pages | @ | 10.00 | 370.00 |
| Conference Room | | | 170.96 | 170.96 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| Realtime Remote Connection Fee | | | 150.00 | 150.00 |
| | | **TOTAL DUE >>>** | | **$740.96** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

Remote Streaming for Patrick Casey

*Yreydoc : PO185962*
*AC : OB1595*
*RCN : P029*

**PAST DUE**

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $740.96 |

*OK to Pay*
*D. McIlwain*

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| Invoice No. | : | 117838 |
|---|---|---|
| Invoice Date | : | 10/28/2014 |
| **Total Due** | : | **$ 740.96** |

2015 JUN 25  PM 5: 01
OFFICE OF THE MANAGEMENT...

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| Job No. | : | 46140 |
|---|---|---|
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_216**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117837 | 10/28/2014 | 46140 |

| Job Date | Case No. | |
|---|---|---|
| 10/21/2014 | MDL 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Copy of Videotaped Deposition
Ian Ratner

| | | | | |
|---|---|---|---|---|
| 300.00 Pages | @ | 10.00 | 3,000.00 |
| TOTAL DUE >>> | | | $3,000.00 |
| (-) Payments/Credits: | | | 0.00 |
| (+) Finance Charges/Debits: | | | 0.00 |
| (=) New Balance: | | | $3,000.00 |

*Yreqdoc: PO135963*
*AC: OB1595*
*RCN: PO29*

*OK to Pay*
*D. McIlwain*

# PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117837 |
| Invoice Date | : | 10/28/2014 |
| **Total Due** | : | **$ 3,000.00** |

OFFICE OF FINANCIAL
MANAGEMENT BY: AMW
2015 JUN 25 PM 5:01

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| | | |
|---|---|---|
| Job No. | : | 46140 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_217**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX  77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117991 | 11/7/2014 | 46077 |
| **Job Date** | **Case No.** | |
| 10/28/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| Copy of Videotaped Deposition | | | | |
|---|---|---|---|---|
| Dr. Donald Boesch | 56.00 Pages | @ | 10.00 | 560.00 |
| Conference Room | | | 179.31 | 179.31 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| | | **TOTAL DUE >>>** | | **$789.31** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $789.31 |

*Yregdoc : PO135941*
*AC : OB1595*
*RCN : PO29*

Ct Pay
D. mIlwain

# PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   :  117991
Invoice Date  :  11/7/2014
**Total Due**   :  **$ 789.31**

2015 JUN 25  PM 5: 05
OFFICE OF FINANCIAL MANAGEMENT AND PLANNING

Remit To:  **Worldwide Court Reporters, Inc.**
               **3000 Weslayan, Suite 235**
               **Houston TX  77027**

Job No.    :  46077
BU ID      :  OUT of ST
Case No.   :  MDL 2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_218**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000 Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117990 | 11/7/2014 | 46077 |
| **Job Date** | **Case No.** | |
| 10/28/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| Copy of Videotaped Deposition | | | | | |
|---|---|---|---|---|---|
| Dr. Donald Boesch | 300.00 Pages | @ | 10.00 | | 3,000.00 |
| | **TOTAL DUE >>>** | | | | **$3,000.00** |
| | (-) Payments/Credits: | | | | 0.00 |
| | (+) Finance Charges/Debits: | | | | 0.00 |
| | (=) New Balance: | | | | **$3,000.00** |

*Yregdoc:* PO135942
*AC:* OB1595
*RCN:* P029

D. Mylwa

# PAST DUE

**Tax ID:** 74-2175895          Phone: (202) 514-1448     Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| Invoice No. | : | 117990 |
|---|---|---|
| Invoice Date | : | 11/7/2014 |
| **Total Due** | : | **$ 3,000.00** |

2015 JUN 25 PM 5:05    OFFICE OF FINANCE MANAGEMENT A...

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| Job No. | : | 46077 |
|---|---|---|
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_219**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117967 | 11/7/2014 | 45954 |

| Job Date | Case No. | |
|---|---|---|
| 10/27/2014 | MDL 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | |
|---|---|---|---|---|
| Copy of Videotaped Deposition | | | | |
| Dr. John W. Tunnell | 3.00 Pages | @ | 10.00 | 30.00 |
| Conference Room | | | 179.31 | 179.31 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| | | **TOTAL DUE  >>>** | | **$259.31** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $259.31 |

Yregdoc: PO135943
AC: OB1595
RCN: P029

P. McIlwain

# PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117967 |
| Invoice Date | : | 11/7/2014 |
| **Total Due** | : | **$ 259.31** |

2015 JUN 25 PM 5:04
OFFICE OF FINANCIAL
MANAGEMENT AND...

| | | |
|---|---|---|
| Job No. | : | 45954 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

**Depositions_220**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117966 | 11/7/2014 | 45954 |
| Job Date | Case No. | |
| 10/27/2014 | MDL 2179 | |
| Case Name | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| Payment Terms | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Copy of Videotaped Deposition
   Dr. John W. Tunnell              300.00 Pages   @   10.00     3,000.00

                                       **TOTAL DUE  >>>**     **$3,000.00**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

                                      (-) Payments/Credits:       0.00
                                        (+) Finance Charges/Debits:     0.00
                                        (=) New Balance:     **$3,000.00**

*Yreydoc : PO13S944*

*AC : OB1595*

*RCN : PO29*

*OK to Pay*

*D. McIlwai*

# PAST DUE

**Tax ID:** 74-2175895                             Phone: (202) 514-1448     Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   :  117966
Invoice Date  :  11/7/2014
**Total Due**    **:  $ 3,000.00**

2015 JUN 25  PM 5:04
OFFICE OF FINANCIAL MANAGEMENT

Remit To: **Worldwide Court Reporters, Inc.**
         **3000 Weslayan, Suite 235**
         **Houston TX  77027**

Job No.      :  45954
BU ID       :  OUT of ST
Case No.    :  MDL 2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_221**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117928 | 11/5/2014 | 45969 |

| Job Date | Case No. |
|---|---|
| 10/29/2014 | MDL 2179 |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

| Payment Terms |
|---|
| Due upon receipt |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Copy of Videotaped Deposition

| Dr. Charles Mason | 8.00 | Pages | @ | 10.00 | 80.00 |
|---|---|---|---|---|---|
| Conference Room | | | | 166.81 | 166.81 |
| Internet Realtime Set Up | | | | 50.00 | 50.00 |
| Realtime Remote Connection Fee | | | | 150.00 | 150.00 |

**TOTAL DUE  >>>**     **$446.81**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

Remote Streaming for Rachel Hankey

*Yregdoc: PO135951*
*AC: OB1595*
*RCW: PO29*

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $446.81 |

**PAST DUE**

*D. McIlwain*
*Oct Pay*

**Tax ID:** 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.    : 117928
Invoice Date  : 11/5/2014
**Total Due**    : **$ 446.81**

2015 JUN 25  PM 5: 03
OFFICE OF FICE
MANAGEMENT AS

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

Job No.      : 45969
BU ID        : OUT of ST
Case No.     : MDL 2179
Case Name    : In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_222**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX  77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117927 | 11/5/2014 | 45969 |
| **Job Date** | **Case No.** | |
| 10/29/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Copy of Videotaped Deposition | | | | | |
| Dr. Charles Mason | | 300.00 Pages | @ | 10.00 | 3,000.00 |
| | | **TOTAL DUE  >>>** | | | **$3,000.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $3,000.00 |

*Yregdoc : PO135952*
*AC : OB1595*
*RCN : PO29*

## PAST DUE

**Tax ID: 74-2175895**

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117927 |
| Invoice Date | : | 11/5/2014 |
| **Total Due** | : | **$ 3,000.00** |

2015 JUN 25  PM 5:03
OFFICE OF FINE MANAGEMENT

| | | |
|---|---|---|
| Remit To: | **Worldwide Court Reporters, Inc.** | |
| | **3000 Weslayan, Suite 235** | |
| | **Houston TX  77027** | |

| | | |
|---|---|---|
| Job No. | : | 45969 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_223**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX  77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117959 | 11/6/2014 | 45970 |
| **Job Date** | **Case No.** | |
| 10/30/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| Copy of Videotaped Deposition | | | | |
|---|---|---|---|---|
| Stanley Rice | 26.00 Pages | @ | 10.00 | 260.00 |
| Conference Room | | | 120.96 | 120.96 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| Realtime Remote Connection Fee | | | 150.00 | 150.00 |

**TOTAL DUE  >>>**  **$580.96**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

Remote Streaming for Rachel Hankey

*Yregdoc: PO135945*
*AC: OB15945*
*RCN: P029*

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $580.96 |

*D. McIlwain*

## PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448     Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117959 |
| Invoice Date | : | 11/6/2014 |
| **Total Due** | : | **$ 580.96** |

OFFICE OF FINANCIAL MANAGEMENT AEU FIN

2015 JUN 25  PM 5: 04

| | | |
|---|---|---|
| Job No. | : | 45970 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan St., Suite 235**
**Houston TX  77027**

**Depositions_224**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117958 | 11/6/2014 | 45970 |
| **Job Date** | **Case No.** | |
| 10/30/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Copy of Videotaped Deposition
Stanley Rice

300.00 Pages  @  10.00  3,000.00

**TOTAL DUE  >>>**  **$3,000.00**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

(-) Payments/Credits:  0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:  $3,000.00

Yregdoc: P0135946
AC: OB1595
RCN: P029

*A. McIlwain*

# PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.    :  117958
Invoice Date  :  11/6/2014
**Total Due**    :  **$ 3,000.00**

2015 JUN 25  PM 5:04
OFFICE OF FINANCIAL
MANAGEMENT AND...

Remit To:  **Worldwide Court Reporters, Inc.**
           **3000 Weslayan, Suite 235**
           **Houston TX  77027**

Job No.      :  45970
BU ID        :  OUT of ST
Case No.     :  MDL 2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater
               Horizon" - Penalty Phase

**Depositions_225**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117952 | 11/6/2014 | 45971 |
| **Job Date** | **Case No.** | |
| 10/30/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | |
|---|---|---|---|---|
| Copy of Videotaped Deposition | | | | |
| David Sunding | 19.00 Pages | @ | 10.00 | 190.00 |
| Conference Room | | | 170.96 | 170.96 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| Realtime Remote Connection Fee | 2.00 | @ | 150.00 | 300.00 |

**TOTAL DUE  >>>**                    **$710.96**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

Remote Streaming for: Charles Griffiths and William Wheeler

(-) Payments/Credits:                0.00
(+) Finance Charges/Debits:          0.00
(=) New Balance:                  $710.96

*Yreydoc: PO135947*
*AC: OB1595*
*RCN: PO29*

# PAST DUE

*DK to Pay*
*D. McIlwain*

**Tax ID:** 74-2175895                    Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   :  117952
Invoice Date  :  11/6/2014
**Total Due**    :  **$ 710.96**

2015 JUN 25  PM 5: 04
OFFICE OF FINAL
MANAGEMENT INC

Remit To:  **Worldwide Court Reporters, Inc.**
           **3000 Weslayan, Suite 235**
           **Houston TX  77027**

Job No.     :  45971
BU ID       :  OUT of ST
Case No.    :  MDL 2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater
               Horizon" - Penalty Phase

**Depositions_226**

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117951 | 11/6/2014 | 45971 |

| Job Date | Case No. | |
|---|---|---|
| 10/30/2014 | MDL 2179 | |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

| Payment Terms |
|---|
| Due upon receipt |

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Copy of Videotaped Deposition
David Sunding

| | | | | |
|---|---|---|---|---|
| 300.00 Pages | @ | 10.00 | 3,000.00 |

TOTAL DUE  >>>   **$3,000.00**

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   **$3,000.00**

Yregdoc: PO135948

AC: OB1595

RCW: PO29

*OK to Pay*
*D. McIlwain*

# PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448   Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

| Invoice No. | : | 117951 |
|---|---|---|
| Invoice Date | : | 11/6/2014 |
| **Total Due** | : | **$ 3,000.00** |

2015 JUN 25  PM 5: 03
OFFICE OF FINANCIAL MANAGEMENT

Remit To:  **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

| Job No. | : | 45971 |
|---|---|---|
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_227**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000 Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117996 | 11/7/2014 | 45972 |
| Job Date | Case No. | |
| 10/31/2014 | MDL 2179 | |
| Case Name | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| Payment Terms | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Copy of Videotaped Deposition

| Dr. Richard Clapp | 251.00 Pages | @ | 10.00 | 2,510.00 |
|---|---|---|---|---|
| Conference Room | | | 189.74 | 189.74 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| Realtime Remote Connection Fee | | | 150.00 | 150.00 |
| | | TOTAL DUE >>> | | $2,899.74 |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

Remote Streaming for Richard Gladstein

(-) Payments/Credits:       0.00
(+) Finance Charges/Debits:  0.00
(=) New Balance:        $2,899.74

*Yreydoc: Pa35940
AC: OB1595
RCN: P029*

## PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Invoice No.   :  117996
Invoice Date  :  11/7/2014
**Total Due**   :  **$ 2,899.74**

2015 JUN 25 PM 5:05
OFFICE OF FINANCE MANAGEMENT AND PLANNING

Remit To: **Worldwide Court Reporters, Inc.**
         **3000 Weslayan St., Suite 235**
         **Houston TX 77027**

Job No.    :  45972
BU ID      :  OUT of ST
Case No.   :  MDL 2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_228**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000  Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117941 | 11/6/2014 | 46044 |

| Job Date | Case No. | |
|---|---|---|
| 10/31/2014 | MDL 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| Copy of Videotaped Deposition | | | | | |
|---|---|---|---|---|---|
| Mark VanHaverbeke | 261.00 | Pages | @ | 10.00 | 2,610.00 |
| Conference Room | | | | 191.81 | 191.81 |
| Internet Realtime Set Up | | | | 50.00 | 50.00 |

**TOTAL DUE >>>** $2,851.81

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

(-) Payments/Credits: 0.00
(+) Finance Charges/Debits: 0.00
(=) New Balance: $2,851.81

*Yregdoc: PO135950*
*AC: 031595*
*RCN: P029*

*OK to Pay*
*D. McIlwain*

# PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117941 |
| Invoice Date | : | 11/6/2014 |
| **Total Due** | : | **$ 2,851.81** |

OFFICE OF FINANCIAL MANAGEMENT AND
2015 JUN 25  PM 5: 03

Remit To: **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 46044 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_229**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118019 | 11/10/2014 | 46168 |

| Job Date | Case No. | |
|---|---|---|
| 11/3/2014 | MDL 2179 | |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

| Payment Terms |
|---|
| Due upon receipt |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Copy of Videotaped Deposition
George Bonanno                           258.00 Pages      @      10.00      2,580.00
   Conference Room                                          189.74       189.74
   Internet Realtime Set Up                                  50.00        50.00

**TOTAL DUE  >>>**          **$2,819.74**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses,
Interactive Realtime, Online Repository, Equipment/Equipment Setup

(-) Payments/Credits:          0.00
(+) Finance Charges/Debits:    0.00
(=) New Balance:         $2,819.74

Yregdoc: PO135935
AC: OB1595
RCN: PO29

# PAST DUE

**Tax ID:** 74-2175895                    Phone: (202) 514-1448    Fax:(202) 514-4180

---

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   :  118019
Invoice Date  :  11/10/2014
**Total Due**     :  **$ 2,819.74**

2015 JUN 25  PM 5: 05
OFFICE OF ... MANAGEMENT

Remit To: **Worldwide Court Reporters, Inc.**
      **3000 Weslayan, Suite 235**
      **Houston TX  77027**

Job No.    :  46168
BU ID      :  OUT of ST
Case No.   :  MDL 2179
Case Name  :  In Re: Oil Spill by the Oil Rig "Deepwater
               Horizon" - Penalty Phase

**Depositions_230**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118017 | 11/10/2014 | 45959 |

| Job Date | Case No. | |
|---|---|---|
| 11/3/2014 | MDL 2179 | |

| Case Name | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Copy of Videotaped Deposition

| | | | | |
|---|---|---|---|---|
| Damian Shea | 40.00 Pages | @ | 10.00 | 400.00 |
| Conference Room | | | 191.81 | 191.81 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |
| Realtime Remote Connection Fee | 2.00 | @ | 150.00 | 300.00 |

**TOTAL DUE  >>>**                    **$941.81**

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

Remote Streaming for Rachel Hankey and Aristide Chakeres

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $941.81 |

Yreydoc : PO135936
AC : OB1595
RCN : PO29

## PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC 20044-7611

Invoice No.   :  118017
Invoice Date  :  11/10/2014
**Total Due**    :  $ 941.81

2015 JUN 25  PM 5:05
OFFICE OF FINANCIAL
MANAGEMENT

Remit To: **Worldwide Court Reporters, Inc.**
            **3000 Weslayan, Suite 235**
            **Houston TX 77027**

Job No.     :  45959
BU ID       :  OUT of ST
Case No.    :  MDL 2179
Case Name   :  In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase

**Depositions_231**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX 77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 118016 | 11/10/2014 | 45959 |
| Job Date | Case No. | |
| 11/3/2014 | MDL 2179 | |
| Case Name | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| Payment Terms | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Copy of Videotaped Deposition Damian Shea | | 300.00 Pages | @ | 10.00 | 3,000.00 |
| | | **TOTAL DUE  >>>** | | | **$3,000.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

Remote Streaming for Rachel Hankey and Aristide Chakeres

*Yreydoc: PO135937*
*AC: OB1595*
*RCN: PO29*

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $3,000.00 |

# PAST DUE

**Tax ID:** 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

2015 JUN 25  PM 5:05
OFFICE OF FINANCIAL MANAGEMENT A...

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 118016 |
| Invoice Date | : | 11/10/2014 |
| **Total Due** | : | **$ 3,000.00** |

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX  77027**

| | | |
|---|---|---|
| Job No. | : | 45959 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_232**

# TVD

**The Video Department**
Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V001US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161081

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video of AMY MERTEN on 06-11-14 (10hrs @ $90 = 900) | 900.00 |
| Video of LAURA FOLSE on 06-16-14 (9hrs @ $90 = 810) | 810.00 |
| Video of CAPT. JAMES HANZALIK on 06-17-14 (8hrs @ $90 = 720) | 720.00 |
| | |
| Delivery | 25.00 |

"I certify that goods and/or services were received on _1 Dec 2014_ (date) and accepted on _2 Dec 2014_ (date). Certified Invoice/Oral Purchase procedure was authorized and no confirming order has been Issued".

90-5-1-1-10026 ⇒ MDL-2179

Case Number _David M Ilwain_    DJ File # ~~2455~~ 15B2215

Signature
DAVID MCILWAIN    Appropriation Code 2508

Printed or Typed Name and Title    Object Class
5 Dec 2014    76-0614869
Date    Federal Tax ID# or SSN

2014 DEC -9 AM 9:56
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

Thank you for your business.

| **Total** | $2,455.00 |

# TVD
## The Video Department

Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V002US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161082

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video of HARRY LUTON on 06-17-14  (8hrs @ $90 = 720) | 720.00 |
| Video of JOSHUA BARNES on 06-18-14  (9hrs @ $90 = 810) | 810.00 |
| Video of CAPT. LARRY HEWETT on 06-19-14  (6 @ $90 = 540) | 540.00 |

"I certify that goods and/or services were received on
 1 Dec 2014  (date) and accepted on  3 Dec 2014  (date).
Certified Invoice / Oral Purchase procedure was authorized and no
confirming order has been issued".

MDL-2179          90-5-1-1-10026
Case Number          D.J File #
David L McIlwain     15B2215
Signature            Appropriation Code
DAVID McILWAIN       2508
Printed or Typed Name and Title   Object Class
5 Dec 2014           76-0614869
Date                 Federal Tax ID# or SSN

2014 DEC -9 AM 9:50
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

Thank you for your business.

| **Total** | $2,070.00 |

OK Copy
DM

Depositions_234

# TVD
**The Video Department**

Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V005US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161085

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video of IRIS CROSS on 06-26-14 (8hrs @ $90 = 720) | 720.00 |
| Video of MIKE UTSER on 06-27-14 (9hrs @ $90 = 810) | 810.00 |
| Video of DR. RICHARD HERON on 06-20-14 (9hrs @ $90 = 810) | 810.00 |

"I certify that goods and/or services were received on
1 Dec 2014 (date) and accepted on 3 Dec 2014 (date).
Certified Invoice/Oral Purchase procedure was authorized and no
confirming order has been issued".

MDL-2179 ____ 90-5-1-1-10026
Case Number ____ DJ File #
_David J McIlwain_ 15B2215

Signature
DAVID MCILWAIN  Appropriation Code
____ 2508
Printed or Typed Name and Title  Object Class
5 Dec 2014 ____ 76-0614869
Date  Federal Tax ID# or SSN

2014 DEC -9 AM 9:56
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

Thank you for your business.

| **Total** | $2,340.00 |

# TVD

**The Video Department**
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V003US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

P0161083

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video of RICHARD MORRISON on 06-20-14  (11hrs @ $90 = 990) | 990.00 |
| Video of MACE BARRON on 06-24-14  (9hrs @ $90 = 810) | 810.00 |
| Video of DREW CASEY on 06-24-14  (4hrs @ $90 = 360) | 360.00 |
| Video of MARK HUSTON on 06-24-14  (8hrs @ $90 = 720) | 720.00 |

"I certify that goods and/or services were received on _1 Dec 14_ (date) and accepted on _3 Dec 14_ (date). Certified Invoice/Oral Purchase procedure was authorized and no confirming order has been Issued".

MDL-2179

Case Number

_David McIlwain_
Signature

DAVID McILWAIN
Printed or Typed Name and Title

5 Dec 2014
Date

DJ File #
90-5-1-1-10026
15B2215

Appropriation Code
2508

Object Class
76-0614869
Federal Tax ID# or SSN

2014 DEC -9 AM 9:58  OFFICE OF FINANCIAL MANAGEMENT AND PLANNING

Thank you for your business.

**Total** $2,880.00

# TVD

**The Video Department**

Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V004US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161084

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video of ROBYN CONMY, Ph.D. on 06-26-14  (10hrs @ $90 = 900) | 900.00 |
| Video of MARSHALL ROSE on 06-26-14  (8hrs @ $90 = 720) | 720.00 |
| Video of DR. JOHN HOWARD on 06-26-14  (8hrs @ $90) | 720.00 |

"I certify that goods and/or services were received on
_1 Dec 14_ (date) and accepted on _3 Dec 2014_ (date).
Certified invoice / Oral Purchase procedure was authorized and no
confirming order has been issued".

MDL-2179      90-5-1-1-10026
Case Number.     DJ File #
_David L McIlwain_    1582215
Signature         Appropriation Code
DAVID M·ILWAIN      2508
Printed or Typed Name and Title   Object Class
5 Dec 2014         76-0614869
Date            Federal Tax ID# or SSN

2014 DEC -9 AM 9:56

OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

| | **Total** | $2,340.00 |

OK to pay
DMc

Depositions_237

# TVD
**The Video Department**

Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V006US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161086

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video of SARAH NcNUTTY on 07-01-14  (11hrs @ $90 = 990) | 990.00 |
| Video of DAVID BUCKNALL on 07-02-14  (10hrs @ $90 = 900) | 900.00 |
| Video of CAPT. JULIA HEIN on 07-09-14  (9 hrs @ $90 = 810) | 810.00 |

"I certify that goods and/or services were received on
1 Dec 2014 (date) and accepted on 3 Dec 2014 (date).
Certified Invoice/Oral Purchase procedure was authorized and no
confirming order has been issued".

MDL-2179                     90-5-1-1-10026
Case Number                  DJ File #
x Dave McIlwain              15B2215
Signature                    Appropriation Code
DAVID McILWAIN               2508
Printed or Typed Name and Title   Object Class
5 Dec 2014                   76-0614869
Date                         Federal Tax ID# or SSN

2014 DEC -9 AM 9:56
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

| Thank you for your business. | **Total** | $2,700.00 |
|------|------|------|

OK to Pay
DM

# TVD
**The Video Department**

Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V007US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161087

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video of DAMIEN HIGGINS on 07-09-14 (10hrs @ $90 = 900) | 900.00 |
| Video of JANE LUBCHENCO on 07-10-14 (11hrs @ $90 = 990) | 990.00 |
| Video of MIKE ROBERTSON on 07-10-14 (10hrs @ $90 = 900) | 900.00 |

"I certify that goods and/or services were received on _1 Dec 2014_ (date) and accepted on _3 Dec 2014_ (date). Certified Invoice/Oral Purchase procedure was authorized and no confirming order has been Issued".

Case Number: MDL-2179
Signature: Dave McIlwain
Printed or Typed Name and Title: DAVID McILWAIN
Date: 5 Dec 2014

DJ File #: 90-5-1-1-10026
DJ File #: 15B2215
Appropriation Code: 2508
Object Class: 76-0614869
Federal Tax ID# or SSN

2014 DEC -9 AM 9:50
OFFICE OF FINANCIAL MANAGEMENT AND PLANNING

| | Total | $2,790.00 |
|---|-------|-----------|

Thank you for your business.

Depositions_239

# TVD

## The Video Department

Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
F.I.N. - 76-0614869

# *Invoice*

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V008US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161088

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video of MARK MILLER on 07-10-14  (8.5 @ $90 = 765) | 765.00 |
| Video of ROBERT GWIN on 07-11-14  (8 @ $90 = 720) | 720.00 |
| Video of BRIAN SMITH on 07-11-14  (11 @ $90 = 990) | 990.00 |

"I certify that goods and/or services were received on
1 Dec 2014 (date) and accepted on 3 Dec 2014 (date).
Certified Invoice/Oral Purchase procedure was authorized and no
confirming order has been Issued".

MDL-2179

Case Number

*Signature*
DAVID McILWAIN

Printed or Typed Name and Title
5 Dec 2014

Date

90-5-1-1-10026

DJ File #
15B2215

Appropriation Code
2505

Object Class
76-0614869
Federal Tax ID# or SSN

2014 DEC -9 AM 9:56

OFFICE OF FINANCIAL MANAGEMENT AND REPORTING

Thank you for your business.

| **Total** | $2,475.00 |

# TVD
**The Video Department**

Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V009US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161089

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video of MARGARET CATHY DAVIS ~DOUGLAS~ on 07-15-14  (6 @ $90 = 540) | 540.00 |
| Video of LT. FRANK KULESA on 07-15-14  (10hrs @ $90 = 900) | 900.00 |
| Video of DUANE WILSON on 07-16-14  (11 @ $90 = 990) | 990.00 |

"I certify that goods and/or services were received on
1 Dec 2014 (date) and accepted on 3 Dec 2014 (date).
Certified Invoice / Oral Purchase procedure was authorized and no
confirming order has been issued".

MDL-2179
Case Number

Signature

DAVID MCILWAIN
Printed or Typed Name and Title

5 Dec 2014
Date

90-5-1-1-10026
DJ File #

15B2215
Appropriation Code

2508
Object Class

76-0614869
Federal Tax ID# or SSN

2014 DEC -9 AM 9:55
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

Thank you for your business.

| **Total** | $2,430.00 |
|-----------|-----------|

OK to Pay

Depositions_241 DMc

# TVD
## The Video Department

**Invoice**

Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V010US |

| Bill To |
|---------|
| USDOJ<br>Mr. David McIlwain<br>ENRD Mail Room, Room 2121<br>601 D Street, N.W.<br>Washington, DC 20004 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161090

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video of STEVEN BRAY on 07-16-14  (11hrs @ $90 = 990) | 990.00 |
| Video of MEREDITH AUSTIN on 07-17-14  (10 @ $90 = 900) | 900.00 |
| Video of DARRELL HOLLEK on 07-17-14  (8hrs @ $90 = 720) | 720.00 |

"I certify that goods and/or services were received on
_1 Dec 14_ (date) and accepted on _3 Dec 14_ (date).
Certified Invoice/Oral Purchase procedure was authorized and no
confirming order has been Issued".

_MDL-2179_
Case Number

_David L McIlwain_ (signature)
Signature

_DAVID MCILWAIN_
Printed or Typed Name and Title

_5 Dec 2014_
Date

_90-5-1-1-10026_
DJ File #

_ISB-2215_
Appropriation Code

_2508_
Object Class

_76-0614869_
Federal Tax ID# or SSN

2014 DEC -9 AM 9:56
OFFICE OF FINANCIAL MANAGEMENT AND PLANNING

| | Total | $2,610.00 |

# TVD

**The Video Department**

Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V011US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161091

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video of CAPT. STEPHEN McCLEARY on 07-18-14   (10 @ $90 = 900) | 900.00 |
| Video of NICK BAMFIELD on 07-24-14   (11hrs @ $90 = 990) | 990.00 |

"I certify that goods and/or services were received on __1 Dec 2014__ (date) and accepted on __3 Dec 2014__ (date). Certified Invoice/Oral Purchase procedure was authorized and no confirming order has been Issued".

Case Number __MDL-2179__    DJ File # __90-5-1-1-10026__

Signature __David McIlwain__    Appropriation Code __15B2215__

Printed or Typed Name and Title __DAVID L McILWAIN__    Object Class __2508__

Date __5 Dec 2014__    Federal Tax ID# or SSN __76-0614869__

2014 DEC -9 AM 9:59
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

Thank you for your business.

**Total**   $1,890.00

# TVD
## The Video Department

Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V012US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161092

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video of DR. JACQUELINE MICHEL on 08-01-14  (11hrs @ $90 = 990) | 990.00 |
| Video of CAPT. ROGER LAFERRIERE on 08-05-14  (13hrs @ $90 = 1170) | 1,170.00 |

"I certify that goods and/or services were received
1Dec2014                         3Dec2014
                                 while was delivered
no services has been rend"
MDL-2179               90-5-1-1-10026
                       15B2215
David McIlwain         15B2215
DAVID L. McILWAIN      2508
5 Dec 2014             76-0614869
Date                   Federal Tax ID or SSN

OFFICE OF FINANCIAL MANAGEMENT AND PLANNING
2014 DEC -9 AM 9:50

Thank you for your business.

| | **Total** | $2,160.00 |

OK to pay
DMC

Depositions_244

# The Video Department

**Invoice**

Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V013US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161093

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video Depo of KEN ARNOLD on 10-07-14  (10hrs @ $90 = 900) | 900.00 |
| Video Depo of GARDNER WALKUP on 10-10-14  (8 @ $90) | 720.00 |
| Video Depo of LAUREN SCOTT, Ph.D. on 10-10-14  (10 @ $90) | 900.00 |

"I certify that goods and/or services were received on
__1 Dec 2014__ (date) and accepted on __3 Dec 2014__ (date).
Certified Invoice/Oral Purchase procedure was authorized and no
confirming order has been Issued".

MDL-2179

Case Number: *David McIlwain*

DJ File # 1532215

Signature

90-5-1-1-10026

Appropriation Code 2508

Printed or Typed Name and Title: DAVID L MCILWAIN

Object Class 76-0614869

Date: 5 Dec 2014

Federal Tax ID# or SSN

2014 DEC -9 AM 9:56
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

Thank you for your business.

| **Total** | $2,520.00 |

OKtoPay
DMc

# TVD

**The Video Department**

Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V014US |

| Bill To |
|---------|
| USDOJ<br>Mr. David McIlwain<br>ENRD Mail Room, Room 2121<br>601 D Street, N.W.<br>Washington, DC 20004 |

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161094

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video Depo of DR. ROBERT COX on 10-14-14  (10 @ 90 = $900) | 900.00 |
| Video Depo of FREDRIC QUIVIC on 10-14-14  (11 @ 90 = $990) | 990.00 |
| Video Depo of DIANE AUSTIN, Ph.D. on 10-16-14  (11 @ $90 = $990) | 990.00 |

"I certify that goods and/or services were received on __1 Dec 14__ (date) and accepted on __30 Dec 2014__ (date). Certified Invoice/Oral Purchase procedure was authorized and no confirming order has been issued".

Case Number __MDL-2179__
Signature __David L McIlwain__
Printed or Typed Name and Title __DAVID L MCILWAIN__
Date __5 Dec 2014__

DJ File # __90-5-1-1-10026__
__1582215__
Appropriation Code __2508__
Object Class __76-0614869__
Federal Tax ID# or SSN

2014 DEC -9 AM 9:50
OFFICE OF FINANCIAL MANAGEMENT AND PLANNING

| | Total | $2,880.00 |
|--|-------|-----------|

Thank you for your business.

Depositions_246

# The Video Department

**Invoice**

Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V016US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161096

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video Depo of DR. ELLIOT TAYLOR on 10-21-14   (12 @ 90 = $1080)   1495 | 1,080.00 |
| Video Depo of IAN RATNER on 10-22-14   (5hrs @ $450)   1504 | 450.00 |
| Video Depo of CAPT. FRANK PASKEWICH on 10-23-14   (11 @ 90 = $990)   11511 | 990.00 |

"I certify that goods and/or services were received on _1 Dec2014_ (date) and accepted on _3Dec2014_ (date). Certified Invoice/Oral Purchase procedure was authorized and no confirming order has been Issued".

Case Number _MDL-2179_

Signature _Dave L McIlwain_

Printed or Typed Name and Title _DAVE L MCILWAIN_

Date _5 Dec 2014_

DJ File # _90-5-1-1-10026_

_15B2215_

Appropriation Code _2508_

Object Class _76-0614869_

Federal Tax ID# or SSN

2014 DEC -9 AM 9:50
OFFICE OF FINANCIAL MANAGEMENT AND PLANNING

Thank you for your business.

| **Total** | $2,520.00 |

OK today
DMc

# TVD
**The Video Department**

Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V015US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161085

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of KATHLEEN SUTCLIFFE, Ph.D. on 10-17-14  (8hrs @ 90 = $720) | 720.00 |
| Video Depo of WALTER CANTREL on 10-21-14  (10hrs @ 90 = $900) | 900.00 |
| Video Depo of IAN RATNER on 10-21-14  (9hrs @ 90 = $810) | 810.00 |

"I certify that goods and/or services were received on
__1 Dec 2014__ (date) and accepted on __3 Dec 2014__ (date).
Certified Invoice/Oral Purchase procedure was authorized and no
confirming order has been issued".

Case Number __MDL-2179__

Signature _Dave L McIlwain_

Printed or Typed Name and Title __DAVE L MCILWAIN__

Date __5 Dec 2014__

DJ File # __90-5-1-1-10026__

__15B2215__

Appropriation Code __2508__

Object Class __76-0614869__

Federal Tax ID# or SSN

2014 DEC -9 AM 9:56   OFFICE OF FINANCIAL MANAGEMENT AND PLANNING

Thank you for your business.

| | **Total** | $2,430.00 |

OK Okay DM

# TVD
**The Video Department**
Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V017US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161097

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video Depo of BUCE DEN UYL on 10-24-14  (10 @ 90 = $900) | 900.00 |
| Video Depo of JOHN TUNNELL, Ph.D. on 10-27-14  (11 @ 90 = $990) | 990.00 |
| Video Depo of DONALD BOESCH on 10-28-14  (10 @ 90 = $900) | 900.00 |

"I certify that goods and/or services were received on __1 Dec 2014__ (date) and accepted on __3 Dec 2014__ (date). Certified Invoice/Oral Purchase procedure was authorized and no confirming order has been issued".

MDL-2179
Case Number

David L McIlwain
Signature

DAMIL McILWAIN
Printed or Typed Name and Title

5 Dec 2014
Date

90-5-1-1-10026
DJ File #

15B2215
Appropriation Code

2508
Object Class

76-0614869
Federal Tax ID# or SSN

2014 DEC -9 AM 9:53
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

Thank you for your business.

| **Total** | $2,790.00 |
|-----------|-----------|

OK to pay
DM

# TVD
## The Video Department
Phone: 281.213.8330 Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V018US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161098

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of DR. CHARLES MASON on 10-29-14  (9.5 @ 90 = $855) | 855.00 |
| Video Depo of MORRIS BURCH on 10-30-14  (8 @ 90 = $720) | 720.00 |
| Video Depo of STANLEY RICE on 10-30-14  (12 @ 90 = $1080) | 1,080.00 |

"I certify that goods and/or services were received on
1 Dec 2014 (date) and accepted on 3 Dec 2014 (date).
Certified Invoice/Oral Purchase procedure was authorized and no
confirming order has been Issued".

MDL-2179

Case Number
David L McIlwain
Signature
DAVID L MCILWAIN
Printed or Typed Name and Title
5 Dec 2014
Date

90-5-1-1-10026
DJ File #
15B2215
Appropriation Code
2508
Object Class
76-0614869
Federal Tax ID# or SSN

2014 DEC -9 AM 9:55
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

Thank you for your business.

| **Total** | $2,655.00 |
|-----------|-----------|

OK to Pay
DMC

# TVD
**The Video Department**

Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V019US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161099

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| | |
| Video Depo of DAVID SUNDING on 10-30-14  (9.5 @ 90 = $855) | 855.00 |
| Video Depo of MARK VANHAVERBEKE on 10-31-14  (11 @ 90 = $990) | 990.00 |
| Video Depo of RICHARD CLAPP on 10-31-14  (9 @ 90 = $810) | 810.00 |

"I certify that goods and/or services were received on __1 Dec 2014__ (date) and accepted on __3 Dec 2014__ (date). Certified Invoice/Oral Purchase procedure was authorized and no confirming order has been issued".

Case Number __MDL-2179__      DJ File # __90-5-1-1-10026__

Signature _David L McIlwain_      Appropriation Code __15B2215__

Printed or Typed Name and Title __DAVID L. MCILWAIN__      Object Class __2508__

Date __5 Dec 2014__      Federal Tax ID# or SSN __76-0614869__

2014 DEC -9 AM 9: 55
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

Thank you for your business.

| **Total** | $2,655.00 |

OK to Pay
DMc

# TVD
**The Video Department**
Phone: 281.213.8330  Fax: 281.213.8320
videodepartment@sbcglobal.net
P.O. Box 2133
Cypress, Texas 77410
E.I.N. - 76-0614869

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/1/2014 | 14V020US |

**Bill To**

USDOJ
Mr. David McIlwain
ENRD Mail Room, Room 2121
601 D Street, N.W.
Washington, DC 20004

| Terms | Due Date |
|-------|----------|
| Net 30 | 12/31/2014 |

PO161100

| Description | Amount |
|-------------|--------|
| PENALTY PHASE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO on APRIL 20, 2010 | |
| Video Depo of ROBERT DAINES on 10-31-14   (10 @ 90 = $900) | 900.00 |
| Video Depo of GEORGE BONANNO on 11-03-14   (9.5 @ 90 = $855) | 855.00 |
| Video Depo of DAMIAN SHAE, Ph.D. on 11-03-14   (10 @ 90 = $900) | 900.00 |

"I certify that goods and/or services were received on
1Dec2014 (date) and accepted on 3Dec2014 (date).
Certified Invoice / Oral Purchase procedure was authorized and no
confirming order has been Issued".

MDL-2179     90-5-1-1-10026

Case Number          DJ File #
David L McIlwain     15B2215

Signature            Appropriation Code
DAVID L. McILWAIN    2508

Printed or Typed Name and Title    Object Class
5 Dec 2014           76-0614869

Date                 Federal Tax ID# or SSN

2014 DEC -9 AH 9:55
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

| Thank you for your business. | **Total** | $2,655.00 |
|---|---|---|

62.32.260

# GAUDET KAISER, L.L.C.

BOARD-CERTIFIED COURT REPORTERS

## Invoice

601 Poydras Street, Suite 1720
New Orleans, Louisiana 70130
Toll Free (888) 525-9100

Ph: (504) 525-9100
Fx: (504) 525-9109
gkp2003@aol.com

Federal ID # 72-1370790

6/3/11

```
SANDI L. ANDERSON                          May 23, 2011
UNITED STATES DEPARTMENT OF JUSTICE
AVIATION & ADMIRALTY LITIGATION            Invoice# 21644
1425 NEW YORK AVENUE, NW
SUITE 10100                                Balance:   $770.80
WASHINGTON, DC 20005
```

```
Re: IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON"
    PAUL CHANDLER
    on 05/04/11  Billed 05/23/11
    by JOSEPH KAISER
```

### Invoicing Information

```
Charge Description
FOR A COPY OF THE DEPOSITION OF
PAUL CHANDLER
DELIVERY VIA UPS




TRANSCRIPT        348 PGS @ 2.10/PG
ADM FEE           25.00
UPS TRANSCRIPT    15.00
```

fra R. Michael Underhill

**THANK YOU FOR YOUR BUSINESS, PLEASE CALL AGAIN**

P l e a s e    R e m i t    - - - >    Total Due:    $770.80

**Depositions_253**



# Invoice

| Date | Invoice # |
|------|-----------|
| 5/6/2011 | 17652 |

6/15/11

**Bill To**

United State Department of Justice
Sandi Anderson (Mike Underhill)
1425 New York Ave., NW, Suite 10100
Washington, DC 20005
202-616-4112

| Terms | Rep |
|-------|-----|
| Net 30 | GD |

| Item | Quantity | Description | Rate | Amount |
|------|----------|-------------|------|--------|
| Mpeg 1 Sync | 7 | For providing the mpeg 1 sync of the videotaped deposition of Paul Chandler, held at 601 Poydras Street, New Orleans, Louisiana, taken on May 4, 2011. | 40.00 | 280.00 |
| Shipping Fee | | Shipping | 15.00 | 15.00 |
| | | RE: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010<br>United States District Court, Eastern District of Louisiana<br>MDL No. 2179 | | |

62. 32-260
for Underhill

Enclosed:1- mpeg 1 Sync

| Total | $295.00 |
|-------|---------|

Tax ID: 72-1402974

Please remit invoice to: P.O. Box 486, Metairie, Louisiana 70004



3213 W. Metairie Ave. North ◆ Metairie, Louisiana 70001
New Orleans 504.828.8856 ◆ Baton Rouge 225.292.8352 ◆ Fax 504.828.8865
Toll-Free 1.888.DEPO-VUE ◆ E-mail info@depo-vue.com



Depositions_254

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX  77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117846 | 10/30/2014 | 45965 |

| Job Date | Case No. | |
|---|---|---|
| 10/23/2014 | MDL 2179 | |

| Case Name | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | |

| Payment Terms | |
|---|---|
| Due upon receipt | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Copy of Videotaped Deposition

| | | | | |
|---|---|---|---|---|
| Captain Frank Paskewich | 7.00  Pages | @ | 10.00 | 70.00 |
| Conference Room | | | 120.96 | 120.96 |
| Internet Realtime Set Up | | | 50.00 | 50.00 |

**TOTAL DUE  >>>**   $240.96

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   $240.96

Yregdoc: PO135959
AC: 031595
RCW: PO29

*OK to Pay*
*D. McIlwain*

# PAST DUE

**Tax ID:** 74-2175895                    Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117846 |
| Invoice Date | : | 10/30/2014 |
| **Total Due** | : | **$ 240.96** |

2015 JUN 25  PM 5: 02
OFFICE OF THE MANAGEMENT

| | | |
|---|---|---|
| Job No. | : | 45965 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

Remit To:  **Worldwide Court Reporters, Inc.**
          **3000 Weslayan, Suite 235**
          **Houston TX  77027**

**Depositions_255**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan St., Suite 235
Houston TX  77027
Phone:713-572-2000   Fax:713-572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117845 | 10/30/2014 | 45965 |

| Job Date | Case No. | |
|---|---|---|
| 10/23/2014 | MDL 2179 | |

| Case Name |
|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

| Payment Terms |
|---|
| Due upon receipt |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | |
|---|---|---|---|---|
| Copy of Videotaped Deposition | | | | |
| Captain Frank Paskewich | 300.00 Pages | @ | 10.00 | 3,000.00 |
| | | **TOTAL DUE  >>>** | | **$3,000.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $3,000.00 |

Yregdoc : PO135960
AC : OB1595
RCN : PO29

# PAST DUE

OFFICE OF FINANCIAL MANAGEMENT AND
2015 JUN 25  PM 5:01

**Tax ID:** 74-2175895                    Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | |
|---|---|---|
| Invoice No. | : | 117845 |
| Invoice Date | : | 10/30/2014 |
| **Total Due** | : | **$ 3,000.00** |

| | | |
|---|---|---|
| Remit To: | **Worldwide Court Reporters, Inc.** | |
| | **3000 Weslayan, Suite 235** | |
| | **Houston TX  77027** | |

| | | |
|---|---|---|
| Job No. | : | 45965 |
| BU ID | : | OUT of ST |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_256**

# INVOICE

Worldwide Court Reporters, Inc.
3000 Weslayan, Suite 235
Houston TX 77027
Phone:(713)572-2000  Fax:(713)572-2009

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116455 | 7/9/2014 | 45287 |
| **Job Date** | **Case No.** | |
| 6/26/2014 | MDL 2179 | |
| **Case Name** | | |
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase | | |
| **Payment Terms** | | |
| Due upon receipt | | |

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

| | | | | | |
|---|---|---|---|---|---|
| Videotaped Deposition | | | | | |
| Iris Cross | | 242.00 Pages | @ | 10.00 | 2,420.00 |
| Conference Room | | | | 75.00 | 75.00 |
| Internet Realtime Set Up | | | | 50.00 | 50.00 |
| | | | **TOTAL DUE >>>** | | **$2,545.00** |

All Inclusive Pricing includes: Page Rate, Admin Fee/Appearance Fee, Rough Draft, Electronic Exhibits, Travel & Lodging Expenses, Interactive Realtime, Online Repository, Equipment/Equipment Setup

*OK to Pay*
*DMcIlwain*

2014 AUG 11  AM II: 15
OFFICE OF FINANCIAL MANAGEMENT

Tax ID: 74-2175895

Phone: (202) 514-1448    Fax:(202) 514-4180

*Please detach bottom portion and return with payment.*

David McIlwain
U.S. DEPARTMENT OF JUSTICE
Environmental Enforcement Section
P. O. Box 7611
Washington DC  20044-7611

Invoice No.   :  116455
Invoice Date  :  7/9/2014
**Total Due**   :  **$ 2,545.00**

Remit To: **Worldwide Court Reporters, Inc.**
**3000 Weslayan, Suite 235**
**Houston TX 77027**

*NO134935/NO22/B1595*

| | | |
|---|---|---|
| Job No. | : | 45287 |
| BU ID | : | 1-HOU |
| Case No. | : | MDL 2179 |
| Case Name | : | In Re: Oil Spill by the Oil Rig "Deepwater Horizon" - Penalty Phase |

**Depositions_257**