# Exhibit 10A

**TO UNITED STATES' BILL OF COSTS**

**Outlook Web App**

Type here to search | Entire Mailbox ▼ 🔎     📷 | 📧 Options | ❓ | Sign out

Mail   •   📷 🎫 🖼

📧 Reply | 📧 Reply All | 📧 Forward | 📇 ✕ | 📧 Junk | Close

**Deleted Items** (727)
**Drafts** [647]
Inbox
**Junk E-Mail** [267]
Sent Items

Click to view all folders ☆

Archives

Manage Folders...

## Travelocity travel confirmation - Oct 15, 2014 - (Itin# 18236735405)

**Travelocity** [travelocity@e.travelocity.com]

To help protect your privacy, some content in this message has been blocked. If you're sure this message is from a trusted sender and you want to re-enable the blocked features, click here.

**Sent:** Saturday, September 27, 2014 3:43 PM
**To:** Austin, Diane E - (daustin)

# Thank you for booking with Travelocity! Your booking is confirmed.

You can manage your reservation or review your itinerary online for the most up-to-date information.

## Prytania Park Hotel, New Orleans
Oct 15, 2014 - Oct 16, 2014 | Itinerary # 18236735405

BOOKED

**Prytania Park Hotel**
Wed Oct/15/2014 - Thu Oct/16/2014 · 1 room | 1 night*

Your reservation is booked. No need to call us to reconfirm this reservation.

**View hotel details**
1525 Prytania St, New Orleans, LA, 70130 United States of America

Tel: 1 (504) 524-0427, Fax: 1 (504) 522-2977

### Price Summary

| | |
|---|---|
| **Total** | **$127.08** |
| Collected by Travelocity | |
| **Room Price** | **$127.08** |
| 1 night | $109.00 |
| Taxes & Fees | $18.08 |

All prices quoted in USD.

### Check-in

- Check-in time starts at 4 PM
- Minimum check-in age is 21
- Mardi Gras Policy, applies for stays through February 12 - 17, 2015: $20 extra person charges. ID bracelets will be required to gain entry to the hotel and must be worn at all times. Parking fee of $20 per day, per car must be prepaid. For more details, please contact the office using the information on the reservation confirmation received after booking.
- The following policies apply during Mardis Gras (February 12-15, 2015). Guests must be 21 years or older to reserve a room. Rates are based on double occupancy; extra guests will increase the daily rate by $20 per guest. A credit card and photo ID must be presented upon check-in. No refunds for partial or complete cancellations. A $100 incidental deposit with a valid credit card or debit card is required at check-in. Rooms are 100% non-smoking; smoking is only allowed outdoors in designated areas (charges apply for violations). ID bracelets issued by the property at check-in are required to gain entry into the hotel and must be worn at all times; if lost, a replacement fee of $25 will be charged to the room. A $20 parking fee per car, per day, must be prepaid at check-in. All visitors (anyone who is not registered to the room via the reservation) will be required to have ID bracelets to gain access to the hotel (a visitor bracelet costs $25 per day). Access to hotel rooms will be given to registered guests and visitors with ID bracelets only.
- Your room will be guaranteed for late arrival.

### Important Hotel Information

Although Travelocity does not charge a fee to change or cancel your booking, **Prytania Park Hotel** may still charge a fee in accordance with its own rules & regulations.

- Cancellations or changes made after 4:00 PM (Central Daylight Time (US & Canada)) on October 12, 2014 or no-shows are subject to a hotel fee equal to 100% of the total amount paid for the reservation.

No elevators

- View your online itinerary for additional rules and restrictions.

### Additional Hotel Services

The below fees and deposits only apply if they are not included in your selected room rate.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Late check-out fee: USD 25.00
- Deposit: USD 100 per stay (for stays between 7 February - 12 February)

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

| Room | **Standard Room, 1 Queen Bed** |
|---|---|
| Reserved for | Includes: Continental Breakfast Free Parking Free Wireless Internet |
| | Diane Austin |

Witness Fees_001

## RENTER / DRIVER INFORMATION

**RENTER** KANE AUSTIN

**CURRENT ADDRESS** | RES. PHONE NO.

CITY | STATE | ZIP CODE

DRIVERS LICENSE NO. | STATE | EXPIRE DATE

DATE OF BIRTH | AGE | RENTER'S INSURANCE CO. AADVANTAGE

CURRENT EMPLOYER | WORK PHONE NO.

EMPLOYER ADDRESS LAFOUCHE | CITY | STATE

RENTER'S LOCAL ADDRESS | LOCAL PHONE

RENTER REQUESTS PERMISSION FOR ADD'L DRIVER NONE | DATE OF BIRTH | AGE

DRIVERS LICENSE NO. | STATE | EXPIRE DATE

---

### COLLISION DAMAGE WAIVER (CDW)
BY INITIALING HERE YOU DECLINE TO PURCHASE CDW. YOU AGREE TO BE RESPONSIBLE FOR ALL DAMAGE TO, OR LOSS OF, THE VEHICLE.

### OPTIONAL PERSONAL ACCIDENT & EFFECTS INSURANCE (PAE)
BY INITIALING HERE, YOU DECLINE TO PURCHASE PAE.

### OPTIONAL SUPPLEMENTAL LIABILITY INSURANCE (SLI)
BY INITIALING HERE, YOU DECLINE TO PURCHASE SLI. YOU AGREE TO BE RESPONSIBLE FOR, AND YOU AGREE THAT YOUR PERSONAL AUTO INSURANCE IS PRIMARY FOR ANY INJURY OR DAMAGE YOU CAUSE TO OTHERS OR THEIR PROPERTY.

### OPTIONAL ROADSIDE SERVICE PLAN (RSP)
BY INITIALING HERE, YOU DECLINE TO PURCHASE RSP.

### EMERGENCY SICKNESS PROTECTION (ESP)
BY INITIALING HERE, YOU DECLINE TO PURCHASE ESP.

### VIOLATION MANAGEMENT SERVICES (VMS)
BY INITIALING HERE, YOU AUTHORIZE US TO RELEASE RENTAL AND CREDIT CARD INFORMATION REGARDING THIS RENTAL TO VIOLATION MANAGEMENT SERVICES (VMS) FOR THE PURPOSE OF PROCESSING AND BILLING YOU FOR UNPAID PARKING, TRAFFIC AND TOLL VIOLATIONS INCURRED BY YOU OR ASSESSED AGAINST US OR THE VEHICLE DURING THIS RENTAL, PLUS A SERVICE CHARGE PAYABLE TO VMS OF A MAXIMUM OF $50.00 PER VIOLATION. YOU AUTHORIZE VMS TO BILL ALL THESE ITEMS DIRECTLY TO THE CREDIT/DEBIT CARD YOU USED FOR THIS TRANSACTION.

### HIGHWAY TOLL ADMINISTRATION (HTA)
BY INITIALING HERE, YOU ACKNOWLEDGE THAT YOU ARE RESPONSIBLE FOR PAYING ALL TOLLS INCURRED WHILE USING THE VEHICLE AND AUTHORIZE US TO RELEASE RENTAL AND CREDIT CARD INFORMATION REGARDING THIS RENTAL TO HTA FOR BILLING AND PROCESSING PURPOSES. IF YOU INCUR A TOLL DURING THE RENTAL PERIOD WITHOUT PAYINGTHE TOLL IN CASH AND WE, OR OUR AGENT HTA MUST PAY THE TOLL ON YOUR BEHALF, YOU WILL BE CHARGED A CONVENIENCE FEE OF $2.95 PER RENTAL DAY UP TO A MAXIMUM $14.75 PER RENTAL PLUS THE PUBLISHED TOLL FEE AT THE TIME YOU INCUR THE TOLL. TOLLS WILL BE PROCESSED AFTER THE RETURN OF THE VEHICLE AND CHARGED TO THE CREDIT OR DEBIT CARD YOU PROVIDED FOR THE RENTAL. CHARGES WILL APPEAR AS A SEPARATE LINE ITEM ON YOUR CREDIT OR BANK STATEMENT.

BY SIGNING BELOW YOU AGREE TO ALL THE TERMS AND CONDITIONS OF THIS AGREEMENT, AS SET FORTH ON THE FACE PAGE, THE TERMS AND CONDITIONS AND THE RECEIPT; YOU ACKNOWLEDGE THAT YOU HAVE BEEN GIVEN AN OPPORTUNITY TO READ THIS AGREEMENT BEFORE BEING ASKED TO SIGN. YOUR SIGNATURE BELOW ALLOWS US TO PROCESS A SEPARATE CREDIT/DEBIT CARD VOUCHER IN YOUR NAME FOR ALL AMOUNTS DUE US. YOU ALSO AUTHORIZE US TO CHARGE YOUR CREDIT/ DEBIT CARD AFTER THE RENTAL CONCLUDES FOR ANY UNPAID PARKING CITATIONS, TOLLS, TOLL EVASION FINES OR OTHER FINES OR PENALTIES ASSESSED AGAINST YOU, US OR THE VEHICLE DURING THIS RENTAL. THE TIME AND MILEAGE RATES ABOVE ARE SUBJECT TO CHANGE IF YOU RETURN THE VEHICLE AFTER THE DUE DATE OR TO A LOCATION OTHER THAN THE RENTING LOCATION; AND CERTIFY THAT THE DRIVERS LICENSE PRESENTED IS CURRENTLY VALID AND IS NOT SUSPENDED, EXPIRED, REVOKED, CANCELLED OR SURRENDERED.

ALL AUTHORIZED DRIVERS MUST BE 21 OR OLDER WITH PERMANENT LICENSE

RENTER X _____

ADDITIONAL DRIVER X _____

RENTAL AGENT _____

COPYRIGHT 2014 PAYLESS CAR RENTAL SYSTEM INC. UNAUTHORIZED REPRODUCTION PROHIBITED BY LAW

ALL CHANGES SUBJECT TO FINAL AUDIT

---

## PAYLESS CAR RENTAL

**PAYLESS CAR RENTAL, INC**
600 Rental Blvd.
Kenner, LA 70062
PHONE: (504) 472-0138

**FACE PAGE**

**RA. NO. MSY-1603**

YOU MUST REPORT ALL DAMAGE TO US AND ALL ACCIDENTS TO US AND TO THE POLICE. YOU MUST ALSO COMPLETE OUR ACCIDENT REPORT FORM

| ORIGINAL | | CURRENT | |
|---|---|---|---|
| UNIT NUMBER | COLOR | UNIT NUMBER 64760640 | COLOR BLACK |
| MAKE | MODEL | MAKE TOYOTA | MODEL COROLLA |
| LICENSE | STATE | LICENSE 800LKL | STATE NV |
| VIN # | | VIN # XEP052962 | G28 |

| | TIME | DATE DUE BACK 10/20/2014 | TIME 10:30 AM |
|---|---|---|---|
| DATE DUE BACK | | | |
| DATE RETURNED | TIME | DATE RETURNED 10/20/2014 | TIME 07:23 AM |
| DATE EXCHANGED | TIME | DATE EXCHANGED 10/11/2014 | TIME 08:49 PM |
| MILEAGE IN | FUEL IN | MILEAGE IN 30222 | FUEL IN F |
| MILEAGE OUT | FUEL OUT | MILEAGE OUT 29598 | FUEL OUT F |
| MILES DRIVEN | | MILES DRIVEN 624 | |
| MILES ALLOWED | | MILES ALLOWED UNLIMITED | |
| CHARGEABLE MILES | | CHARGEABLE MILES 0 | |

RATES DO NOT INCLUDE GASOLINE, MILEAGE, OR OPTIONAL SERVICES

| | | | | |
|---|---|---|---|---|
| 0 | MILES | 0.00 | | 0.00 |
| 0 | HOURS | 5.11 | | 0.00 |
| 2 | DAYS | 15.33 | | 30.66 |
| 0 | EXTRA DAYS | 0.00 | | 0.00 |
| 1 | WEEKS | 91.98 | | 91.98 |
| 0 | MONTHS | 0.00 | | 0.00 |

**TIME AND MILEAGE TOTAL:** 122.64

OTHER CHARGES:
| | | | |
|---|---|---|---|
| CONSOLIDATED FACILITY C @ | 6.20 | Daily | 55.80 |
| ENERGY RECOVERY FEE @ | 0.60 | Daily | 5.40 |
| @ | | | |
| @ | | | |
| @ | | | |
| @ | | | |
| FUEL CHARGE | 9.89 | /Gal. | 0.00 |
| | 10.75 | % | 19.76 |
| SALES TAX | 0.00 | % | 0.00 |
| | 11.11 | % | 14.23 |
| CONCESSION REC FI | 0.00 | % | 0.00 |
| SURCHARGE | $ 0.00 | | 217.83 |

**TOTAL CHARGES:** 217.83
**RENTER PAYMENTS:** 0.00
**REFUNDS:** 0.00
**NET DUE:** 

| | AT RENTAL | AT RETURN |
|---|---|---|
| VEHICLE CONDITION | | |

RENTER ACKNOWLEDGES ATTACHED VEHICLE CONDITION FORM. THE DRIVER OF THE RENTED VEHICLE AND ANY PASSENGER OVER FIVE YEARS OF AGE MUST WEAR A SEAT BELT. NOTICE: OUR LIABILITY DOES NOT COVER INJURIES TO PASSENGERS IN THE VEHICLE.

CONF. # 0013573015

CREDIT CARD INFORMATION
CC TYPE VI | CC NO. _____
AUTH. AMT. 391.55 | AUTH# 26977C

REFER SOURCE PAYLESS
RES. CAR CLASS ICAR

$164.01 ✓

MSY 8.6.2014

Witness Fees_002

**DIANE AUSTIN**



## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|
| ███████████████████████████████████ | | | |
| Standard Purchases | | | |
| 09/28 | 09/28 | TRAVELOCITY.COM  877.270.4536 WA | $127.08 ✓ |
| 10/04 | 10/04 | TRAVELOCITY.COM  877.270.4536 WA | $323.00 ✓ |

**American Airlines
A'Advantage® Miles**

| | |
|---|---|
| A'Advantage® Miles Reported to American Airlines: | **1,353** |
| Purchase Miles | 1,353 |
| Accumulated This Month | **1,353** |

► Visit aa.com/aadvantage to redeem miles, book flights and much more

American Airlines reserves the right to change the AAdvantage program rules, regulations, travel awards and special offers at any time without notice, and to end the AAdvantage program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or Million Miler® status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage.
AAdvantage, AAdvantage with Scissor Eagle design and Million Miler are marks of American Airlines, Inc.



Search

GSA **U.S. General Services Administration**

Home > Policy & Regulations > Travel and Relocation Policy > Per Diem > Per Diem Rates >

# FY 2015 Per Diem Rates for ZIP 70130

(October 2014 - September 2015)

**SEARCH BY CITY, STATE OR ZIP CODE**

Enter your city          Enter your ZIP Code

OR  70130    FIND PER DIEM RATES

Per Diem Map >

**ADDITIONAL PER DIEM TOPICS**
Meals & Incidental Expenses Breakdown (M&IE)
FAQs
State Tax Exemption Forms
Factors Influencing Lodging Rates
FY 2014 Per Diem Highlights
Fire Safe Hotels
Have a Per diem Question?
Downloadable Per Diem Files

Cities not appearing below may be located within a county for which rates are listed.
To determine what county a city is located in, visit the National Association of Counties (NACO) website (a non-federal website).

The following rates apply for **70130**

| Primary Destination* (1) | County (2, 3) | 2014 Oct | Nov | Dec | 2015 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Meals & Inc. Exp.** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Max lodging by Month (excluding taxes) | | | |
| New Orleans | Orleans / St. Bernard / Jefferson / Plaquemine Parishes | 154 | 154 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 107 | 107 | 107 | 71 |

* NOTE: Traveler reimbursement is based on the location of the work activities and not the accommodations, unless lodging is not available at the work activity, then the agency may authorize the rate where lodging is obtained.
** Meals and Incidental Expenses, see Breakdown of M&IE Expenses for important information on first and last days of travel.

**CONTACTS**

Additional Contacts for

Travel Management Policy

**NEED MORE INFORMATION?**
Rates for Alaska, Hawaii, U.S.
Territories and Possessions (set by
DoD)
Rates in Foreign Countries (Set by
State Dept.)
Federal Travel Regulations (FTR)

**RELATED TOPICS**
Travel Resources
E-Gov Travel
FedRooms
POV Mileage Reimbursement Rates

*Last Reviewed 2014-12-02*

Print   Email   Favorites   Twitter   Facebook   Share

53.26
71.00
71.00
$53.26
$248.50

DATA.GOV   USA.gov   Business USA
Also of interest: Webiteone.gov  Recovery.gov  Data.gov  USA.gov  Business USA

## Professional Services

```
 45. ×
325. =
(faded)  =

(faded) . 00 +
  5. ×
325. =
(faded) . 00 =

(faded) . 00 +
 10. ×
105. =
(faded) . 00 =

(faded) . 00 +
  7. ×
325. =
(faded) . 00 =

(faded) . 000 =
(faded) . 00 =

0 . 000 =
```

## Per Diem

```
71 . 00 +
71 . 00 +
71 . 00 +
213 . 000 +

0 . 000 +
```

## First & Last

```
 53 . 25 +
 53 . 25 +
106 . 500 +

0 . 000 +
```

## Car Rental

```
166 . 01 ×
  1 . =
166 . 01 =

0 . 000 +

0 . 000 +
```

## Hotel

```
333 . 00 +
127 . 08 ×
(faded) . 08 =

0 . 000 +
```

## Total

```
(faded) × (faded) =
450 . 08 +
333 . 00 +
106 . 50 +
166 . 01 ×
(faded) =

0 . 000 +
```

21700 ENR EXPERT
JACKIE LASHLEY
P O BOX 7754
BENJAMIN FRANKLIN STATION
WASHINGTON DC 20044-7754

ACCOUNT NUMBER

STATEMENT DATE 10/13/14

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|-----------|-----------|------------------|-------------------------|--------|
| 10-06 | 10-03 | 872771714194 | AMERICAN 00174982252572 SAN ANTONIO TX | 522.20 |
| | | | Memo Transaction | |
| | | | AUSTIN/DIANE EL        DEPARTURE: 10-11-14 | |
| | | | P.O.S.:   SALES TAX: $0.00 | |
| | | | TUS AA G DFW AA G MSY AA Y DFW AA Y TUS | |

Witness Fees_006

Carlson Wagonlit Travel  SatoTravel.

**Your Itinerary**

| | |
|---|---|
| Traveler | **DIANE ELIZABETH AUSTIN** |
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 57 |

\*TICKET PURCHASE WITH CA.......0636\*
\*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
\*NAME/INVOICE AND TICKET NUMBERS APPEAR
\*IN THE PRICING BOX
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Saturday, October 11, 2014**      Confirmation **XHFDVC**



**Flight AMERICAN AIRLINES 80**

DEPARTURE
**TUCSON, AZ**
**1:40 PM, Oct 11, 2014**

ARRIVAL
**DALLAS/F.WORTH,TX**
**5:55 PM, Oct 11, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 02:15 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | Food For Purchase |
| Frequent Flyer | |
| Notes | ONEWORLD |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

**Saturday, October 11, 2014**      Confirmation **XHFDVC**



**Flight AMERICAN AIRLINES 2280**

DEPARTURE
**DALLAS/F.WORTH,TX**
**7:20 PM, Oct 11, 2014**

ARRIVAL
**NEW ORLEANS, LA**
**8:40 PM, Oct 11, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 01:20 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Frequent Flyer | |
| Notes | ONEWORLD |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

**Monday, October 20, 2014**      Confirmation **XHFDVC**



**Flight AMERICAN AIRLINES 1217**

DEPARTURE
**NEW ORLEANS, LA**
**8:20 AM, Oct 20, 2014**

ARRIVAL
**DALLAS/F.WORTH,TX**
**9:55 AM, Oct 20, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:35 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 11A (Window) |
| Frequent Flyer | |
| Notes | ONEWORLD |

PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-------------------------------------------------

CWTSATOTRAVEL CAN BOOK YOUR HOTEL ACCOMODATIONS. WE CAN ASSIST IN KEEPING COSTS
WITHIN PER DIEM AT A FEMA APPROVED PROPERTY, GUARANTEE YOUR RESERVATION FOR
LATE ARRIVAL, AND EVEN CHECK FOR A ROOM AT YOUR FAVORITE HOTEL AT LOW FEDROOM
OR CWTSATOTRAVEL GOVERNMENT RATES. ALL YOUR RESERVATIONS INCLUDED ON ONE
ITINERARY--AIR, CAR, AND HOTEL.

THANKS FROM YOUR CWTSATOTRAVEL TEAM!!!

American Airlines®

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

AUSTIN/DIANE ELIZABE
**NOT VALID FOR**
**TRANSPORTATION**

FARE 25.00 USD
TAX/FEE/CHARGE NA
TAX/FEE/CHARGE NA
TAX/FEE/CHARGE NA
TOTAL 25.00 USD

STAPLE
HERE

Do not expose to excessive heat or direct sunlight

00119981874 3910

$25. ✓

---

AmericanAirlines®

REFUNDABLE ONLY WITH
RELATED FLIGHT CPN
RETAIN THIS RECEIPT
THROUGHOUT YOUR

PASSENGER RECEIPT 1

15 JAN 15 03102105

PSGR TICKET 0017517836

American Airlines

AUSTIN/DIANE ELIZA
15JAN
AA 2230/15 MSY
AA 2304/15 CFW

MPUBBR
PNR
MPUBBR

NEW ORLEANS LA

AA 47 33 55



******* *** ****************

# RECEIPT

****** ***** *************

Airport Shuttle

## AIRPORT SHUTTLE
FOR RESERVATIONS CALL
24 HOURS IN ADVANCE:

## 504-522-3500

****** **** ***************

# RECEIPT

****** **** ***************

NON-REFUNDABLE
NOT RESPONSIBLE FOR LOST
OR STOLEN TICKETS

Reservation # 3626108
✓ 01/15/15 09:00 PM
debbiec

TO/FROM: Lafayette Hotel
600 St. Charles Ave.

PAX: 1/0 FARE $38.00 (CC) ✓

AUSTIN, D

3626108

ROUTE: 3

You are scheduled to be picked up at
the Lafayette Hotel
Your reservation number is: 3626109
* Airport Shuttle New Orleans will not
be responsible or liable for:
* Lost, Stolen or damaged items and
baggage or vehicles parked at any of
our locations. Acts of God or nature,
delays in traffic or flight plans.
* Notice: Baggage Liability
*This motor carrier is not liable for
loss or damage to properly identified
baggage in an amount exceeding
$1,000.00.
Identify Your Baggage
Under FMCSA regulations, all baggage
must be properly identified. Luggage
tags should indicate clearly the name
and address to which lost baggage
should be forwarded. Free luggage
tags are available at all ticket windows
and baggage counters.

$38. ✓

Austin - Travel Reimbursement

**Outlook Web App**

Type here to search   Entire Mailbox ▼ 🔎

Mail

**Deleted Items** (1599)
**Drafts** [815]
**Inbox** (1)
**Junk E-Mail** [441]
**Sent Items**

Click to view all folders ⨯

Archives

Manage Folders...

## Travelocity travel confirmation - Jan 15 - (Itin# 110269774826)

Travelocity [travelocity@e.travelocity.com]

To help protect your privacy, some content in this message has been blocked. If you're sure this message is from a trusted sender and you want to re-enable the blocked features, click here.

**Sent:** Friday, December 05, 2014 5:48 PM
**To:** Austin, Diane E - (daustin)

--

## Thank you for booking with Travelocity! Your booking is confirmed.

You can manage your reservation or review your itinerary online for the most up-to-date information.

### Lafayette Hotel, New Orleans

Lafayette Hotel

BOOKED

Your reservation is booked. No need to call us to reconfirm this reservation.

**View hotel details**
600 Saint Charles Ave, New Orleans, LA, 70130 United States of America

Tel: 1 (504) 524-4441, Fax: 1 (504) 523-7327

**Price Summary**

Total                          **$1,171.09**
Collected by Travelocity

Seasonal deal: save 10%
Prices shown after -$88.40 savings

**Room Price**                 **$1,171.09**

| | $126.70 avg./night |
|---|---|
| 8 nights | $125.10 |
| 1/15/15 | $199.00 |
| 1/16/15 | $199.00 |
| 1/17/15 | $98.10 |
| 1/18/15 | $98.10 |
| 1/19/15 | $98.10 |
| 1/20/15 | $98.10 |
| 1/21/15 | $98.10 |
| 1/22/15 | $157.49 |
| Taxes & Fees | |

All prices quoted in USD.

#### Check-in

- Check-in time starts at 4 PM
- Your room will be guaranteed for late arrival.

#### Important Hotel Information

Although Travelocity does not charge a fee to change or cancel your booking, **Lafayette Hotel** may still charge a fee in accordance with its own rules & regulations.

- Cancellations or changes made after 11:59 PM (Central Daylight Time (US & Canada)) on January 14, 2015 or no-shows are subject to a hotel fee equal to the first night's rate plus taxes and fees.

- View your online itinerary for additional rules and restrictions.

| Room | Deluxe Room, 1 King or 1 Queen Bed |
|---|---|
| Reserved for | Diane Austin<br>1 adult |
| Requests | 1 king bed, non-smoking room |

**Additional Hotel Services**

The below fees and deposits only apply if they are not included in your selected room rate.

The following fees and deposits are charged by the property at time of service, check-in, or check-out.

- Fee for in-room wireless Internet: USD 4.95 per day (rates may vary)
- Valet parking fee: USD 28 per night (in/out privileges)
- Pet fee: USD 50 per room, per stay
- Deposit: USD 50 per stay

The above list may not be comprehensive. Fees and deposits may not include tax and are subject to change.

DIANE AUSTIN

## Account Summary

| Trans. date | Post date | Description | Amount |
|---|---|---|---|



**Standard Purchases**

| 12/06 | 12/06 | TRAVELOCITY.COM | 877.270.4536 WA | $1,171.09 |

American Airlines
AAdvantage® Miles
Reported:
**3,698**

Purchase Miles                3,673
Bonus Miles                    + 25
**Accumulated This Month      3,698**

** Visit aa.com/aadvantage
to redeem miles and book flights**

American Airlines reserves the right to change the AAdvantage program and its terms and conditions at anytime without notice, and to end the AAdvantage program with six months notice. Any such changes may affect your ability to use the awards or mileage credits that you have accumulated. Unless specified, AAdvantage miles earned through this promotion/offer do not count toward elite-status qualification or AAdvantage Million Miler status. American Airlines is not responsible for products or services offered by other participating companies. For complete details about the AAdvantage program, visit www.aa.com/aadvantage.
American Airlines, AAdvantage and AAdvantage Million Miler are trademarks of American Airlines, Inc.

Your Annual Percentage Rate (APR) is the annual interest rate on your account. APRs followed by (V) vary with the market based on the Prime Rate. Balances followed by (D) are determined by the daily balance method (including current transactions).

N CHASE BANK NA
15918
ITE DEI-1404
TON DE 19850

0·00 *
363·20 +
50·00 +
(413·20) *

**MEMO STATEMENT**
**THIS IS NOT A BILL**

| | |
|---|---|
| **ACCOUNT NUMBER** | |
| **STATEMENT DATE** | 02-13-15 |
| **NET CHARGES** | $12,690.40 |

NR EXPERT
LASHLEY
601 D STREET, NW
ROOM 2430
WASHINGTON DC 20530-0001

**T0000002

For reconciliation purposes only. Do not send payment.

---

**JACKIE LASHLEY**

ACCOUNTING CODE:

AGENCY/ORG ID

01901

Approving Official Signature _____ Date: March 23, 2015

**STATEMENT MESSAGES**

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 01-14 | 01-12 | 870131961634 | AMERICAN 00175178365036 SAN ANTONIO TX | 363.20 |
| | | Memo Transaction | | |
| | | AUSTIN/DIANE EL | DEPARTURE: 01-15-15 | |
| | | P.O.S.: SALES TAX: $0.00 | | |
| | | TUS AA G DFW AA G MSY AA G DFW AA G TUS | | |
| 01-30 | 01-28 | 000907594175 | SOUTHWES 5262478262601 800-435-9792 TX | 562.20 |
| | | Memo Transaction | | |
| | | AUTOBEE/ROBERT | DEPARTURE: 02-01-15 | |
| | | P.O.S.: SALES TAX: $0.00 | | |
| | | DEN WN Y BWI WN Y DEN | | |

CUSTOMER SERVICE CALL
1-888-297-0781

LOST/STOLEN CARDS CALL
1-888-297-0782

TTY/TDD SERVICE CALL
1-800-955-8060

SEND BILLING INQUIRIES TO:

JPMORGAN CHASE BANK NA

P.O. BOX 2015
MAIL SUITE IL1-6225
ELGIN, IL 60121

**ACCOUNT NUMBER**

STATEMENT DATE:
02/13/15

| **ACCOUNT SUMMARY** | |
|---|---|
| PURCHASES & OTHER CHARGES | 14,873.30 |
| CASH ADVANCES | .00 |
| CREDITS | 2,182.90 |
| CASH ADVANCE FEE | .00 |
| **NET CHARGES** | **$12,690.40** |
| DISPUTE AMOUNT | .00 |

Witness Fees_012

FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
----------------------------------------------

CWTSATOTRAVEL CAN BOOK YOUR HOTEL ACCOMODATIONS. WE CAN ASSIST IN KEEPING COSTS
WITHIN PER DIEM AT A FEMA APPROVED PROPERTY, GUARANTEE YOUR RESERVATION FOR
LATE ARRIVAL, AND EVEN CHECK FOR A ROOM AT YOUR FAVORITE HOTEL AT LOW FEDROOM
OR CWTSATOTRAVEL GOVERNMENT RATES. ALL YOUR RESERVATIONS INCLUDED ON ONE
ITINERARY--AIR, CAR, AND HOTEL.

THANKS FROM YOUR CWTSATOTRAVEL TEAM!!!

 **Flight AMERICAN AIRLINES 1261**

| DEPARTURE | ARRIVAL |
|-----------|---------|
| **DALLAS/F.WORTH,TX** | **TUCSON, AZ** |
| **10:50 AM, Jan 23, 2015** | **12:17 PM, Jan 23, 2015** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 02:27 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | Food For Purchase |
| Reserved Seats | 26F (Window) |
| Notes | ONEWORLD |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| AUSTIN DIANE ELIZABETH | 1438627/0017517836503/12JAN15 | USD 295.82 | 22.18US | 16.00ZP | 29.20XT | 363.20 |
| | | | | | **Total Amount** | **363.20** |

Form of Payment: CAXXXXXXXXXXXX0636

**GENERAL INFORMATION**
```
*****************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
****************CWTSATOTRAVEL.COM********************
```
.................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.................................................
TRANSACTION FEES ARE NONREFUNDABLE
.................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.................................................
GOVERNMENT ISSUED ID IS REQUIRED
.................................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.................................................
.................................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ......
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
.................................................
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
```
**********************************************
```
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
.................................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 *************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
---------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
---------------------------------------------

---------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES

## Trip on Jan 15, 2015

Locator: **MPUBBR**          Date: **Jan 12, 2015**

| Traveler | **DIANE ELIZABETH AUSTIN** |
|---|---|
| | EXPERT WITNESS |
| | THIS IS YOUR OFFICIAL RECEIPT FOR TRAVEL PLEASE RETAIN FOR VOUCHERING OR REIMBURSEMENT PURPOSES. |
| Customer Number | Q31294J |
| Agent | 29 |

*TICKET PURCHASE WITH CA.......0636*
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
****************************************

### Thursday, January 15, 2015

Confirmation **MPUBBR**

 **Flight AMERICAN AIRLINES 2304**

| DEPARTURE | ARRIVAL |
|---|---|
| **TUCSON, AZ** | **DALLAS/F.WORTH,TX** |
| **2:53 PM, Jan 15, 2015** | **6:05 PM, Jan 15, 2015** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 02:12 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | Food For Purchase |
| Reserved Seats | 26F (Window) |
| Notes | ONEWORLD |

### Thursday, January 15, 2015

Confirmation **MPUBBR**

 **Flight AMERICAN AIRLINES 2280**

| DEPARTURE | ARRIVAL |
|---|---|
| **DALLAS/F.WORTH,TX** | **NEW ORLEANS, LA** |
| **7:20 PM, Jan 15, 2015** | **8:38 PM, Jan 15, 2015** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 01:18 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 24F (Window) |
| Notes | ONEWORLD |

### Friday, January 23, 2015

Confirmation **MPUBBR**

 **Flight AMERICAN AIRLINES 1217**

| DEPARTURE | ARRIVAL |
|---|---|
| **NEW ORLEANS, LA** | **DALLAS/F.WORTH,TX** |
| **8:20 AM, Jan 23, 2015** | **10:03 AM, Jan 23, 2015** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 01:43 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 27A (Window) |
| Notes | ONEWORLD |







**LE PAVILLON HOTEL**
The Belle of New Orleans

| | | |
|---|---|---|
| Mr Mace Gerald Barron | Room No. | : 714 |
| United States | Arrival | : 06-22-14 |
| | Departure | : 06-25-14 |
| | Page No. | : 1 of 2 |
| INFORMATION INVOICE | Folio No. | : |
| Membership No : | Conf. No. | : 13605150 |
| A/R Number : | Cashier No. | : |
| Group Code : | User ID | : JESSICA |
| Company Name : | | |

Thank You For Staying With Us 06-25-14

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06-22-14 | Room Charge | 161.10 | |
| 06-22-14 | Room Tax State | 14.50 | |
| 06-22-14 | Room Tax City | 6.44 | |
| 06-22-14 | Occupancy Tax | 1.00 | |
| 06-22-14 | CVB Assessment | 2.82 | |
| 06-22-14 | Parking | 39.00 | |
| 06-22-14 | Parking Tax | 4.68 | |
| 06-23-14 | Room Charge | 161.10 | |
| 06-23-14 | Room Tax State | 14.50 | |
| 06-23-14 | Room Tax City | 6.44 | |
| 06-23-14 | Occupancy Tax | 1.00 | |
| 06-23-14 | CVB Assessment | 2.82 | |
| 06-23-14 | Parking | 39.00 | |
| 06-23-14 | Parking Tax | 4.68 | |
| 06-24-14 | Crystal Room Breakfast Food CHECK# 0017851 | 33.44 | |
| 06-24-14 | Room Charge | 143.10 | |
| 06-24-14 | Room Tax State | 12.88 | |
| 06-24-14 | Room Tax City | 5.72 | |
| 06-24-14 | Occupancy Tax | 1.00 | |
| 06-24-14 | CVB Assessment | 2.50 | |
| 06-24-14 | Parking | 39.00 | |
| 06-24-14 | Parking Tax | 4.68 | |
| 06-25-14 | Mastercard XXXXXXXXXXXX2836 XX/XX | | 701.40 |

| | | |
|---|---|---|
| **Total Charges** | 701.40 | |
| **Total Credits** | | 701.40 |

Le Pavillon Hotel
833 Poydras Street
New Orleans, LA 70112
504-581-3111





**LE PAVILLON HOTEL**
The belle of New Orleans

Mr Mace Gerald Barron
United States

INFORMATION INVOICE
Membership No   :
A/R Number      :
Group Code      :
Company Name    :

| | |
|---|---|
| Room No. | : 714 |
| Arrival | : 06-22-14 |
| Departure | : 06-25-14 |
| Page No. | : 2 of 2 |
| Folio No. | : |
| Conf. No, | : 13605150 |
| Cashier No. | : |
| User ID | : JESSICA |

Thank You For Staying With Us 06-25-14

**Balance**           **0.00**

**Guest Signature:** _____

Le Pavillon Hotel
833 Poydras Street
New Orleans, LA 70112
504-581-3111

Witness Fees_017

# Expense Report

Ottis Glen Benge dba Benge Consulting
86 E Slatestone Circle
The Woodlands, TX 77822



281.292.6271
(cell)
gbenge

| Dates of Travel: | 31 July - 2 August | | |
|---|---|---|---|
| Location: | New Orleans | | |
| Purpose: | Depositon in Phase 2 | | |
| | Round Trip Mileage to Airport 65 miles @ 0.565/mile | | $36.73 ✓ |
| | Tolls | | $10.00 ✓ |
| | Airport Parking | | $43.00 ✓ |
| | Transportation in New Orleans (taxi to hotel and airport return) | | $80.00 ✓ |
| | Travel Day Per Diem (x 2 days) | | $106.50 ✓ |
| | Per Diem (1 day @ 71 per day) | | $71.00 ✓ |
| | Air Fare * | | $389.30 ✓ |
| | Hotel in New Orleans | | $225.74 ✓ |
| | | | |
| | Total Expenses to be paid for this report | | $962.27 ✓ |

* Includes $200 change fee due to rescheduling of deposition.
(Total cost remained less than changeable ticket from Houston to new Orleans of $515.)

August 9, 2013

US DOJ - ENRD/Executive Office
Procurement, Expert Contracts Unit
P.O. BOX 7611
Washington, DC 20044-7611

REF: Benge Consulting Invoice for July - August, 2013

Please note - the expenses for New Orleans include last minute booking of flights and
hotel in New Orleans. The deposition was originally scheduled at the last minute, then
moved to a later date. Flight arrangements were pre-approved to be made directly with
airline

Glen Benge



**COURTYARD Marriott**

Courtyard by Marriott
New Orleans Downtown|Near the

124 St. Charles Ave.
New Orleans, LA 70130
T 504.581.9005

G. Benge

Room: 407
Room Type: QUEN
Number of Guests: 1
Rate: $99.00    Clerk:

Arrive: 31Jul13    Time: 04:03PM    Depart: 02Aug13    Time:    Folio Number: 52593

| Date | Description | Charges | Credits |
|---|---|---|---|
| ✓ 31Jul13 | Room Charge | 99.00 | |
| 31Jul13 | City Occ Tax | 3.96 | |
| 31Jul13 | State Occ Tax | 8.91 | |
| 31Jul13 | City Flat Occ Tax | 1.00 | |
| ✓ 01Aug13 | Room Charge | 99.00 | |
| 01Aug13 | City Occ Tax | 3.96 | |
| 01Aug13 | State Occ Tax | 8.91 | |
| 01Aug13 | City Flat Occ Tax | 1.00 | |
| ✓ 02Aug13 | Visa | | 225.74 ✓ |
| | Card #: | | |
| | Amount: 225.74  Auth: 031115  Signature on File | | |

**Balance:**    **0.00**

Rewards Account # _____. Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.

Hotel   8/1/13

U.01

9.1.00 +
3.96 +
8.91 +
1.00 +

Total  112.87 =

Telephone 504-606-4333

Cab Co. Patra

## PASSENGER'S RECEIPT, TAXICAB FARE

Date 31 July , 20 13

Amount of Fare $ 33.00

Other Charges $ 7.00

Total . . . . . . . . $ 40.00 ✓

Driver's Name KaDila Cab # 895

Date: 8/2/2013

**Call Nawlins, Dawlin, tell us where yat!**

Fare $ 40.- ✓

**(504) 522-9059** Store it in your cell phone!

**www.nawlinscab.com** Book on-line!

**download the Nawlins Cab mobile app**

Need a cab later? Going to the airport or sight seeing? Need package delivery? Your driver can make those arrangements!



www.newsouthparking-tx.com

**New South Parking**

P.O. Box 60751
Houston, TX 77205
(281) 233-1730

# CUSTOMER RECEIPT

Toledo Ticket Co., Toledo, OH
www.toledoticket.com

| Tran | In Time | Out Time | Fee | CC# |
|------|---------|----------|-----|-----|
| 7620 | 07/31 04:51 | 08/02 09:02 | $43.00 | 5215 |

Parking and Cab fare

0.00 #
40.00 +
40.00 +
43.00 +

Total 123.00

- **Check-in Requirement** – Bags must be checked and boarding passes obtained at least 30 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
  **EXCEPTION**: when departing from Atlanta, Chicago, Cleveland, Denver, Houston, Kona, Las Vegas, Los Angeles, Newark, Orlando, Philadelphia, Reno, San Francisco, Seattle or Tampa, the check in requirement time for Passengers and Bags is 45 minutes
- **Boarding Requirement** - Passengers must be prepared to board at the departure gate with their boarding pass at least 15 minutes prior to scheduled departure.
- Failure to meet the **Boarding Requirements** may result in cancellation of reservations, denied boarding, removal of checked baggage from the aircraft and loss of eligibility for denied boarding compensation.
- Bring your boarding pass or this eTicket Receipt along with photo identification to the airport.
- The FAA now restricts carry-on baggage to one bag plus one personal item (purse, briefcase, laptop computer, etc.) per passenger.
- For up to the minute flight information, sign-up for your Flight Status E-mail at united.com or call 1-800-784-4444; in Spanish 1-800-579-3938.
- If flight segments are not flown in order, your reservation will be cancelled. Rebooking will be subject to the fare rules governing your ticket.
- For the most current status of your reservation, flights and other important policies, go to united.com.
- Your eTicket is non transferable and valid for 1 year from the issue date unless otherwise noted in the fare rules above.

### Customer Care Contact Information
We welcome your compliments, comments or complaints regarding United or a United travel experience. You may contact us using our Customer Care
contact form at united.com

### Proud Member of Star Alliance
We are making connections so you make yours. You can earn and redeem miles on 28 member airlines offering 21,900 daily flights and over
1100 destinations worldwide. Go to www.staralliance.com to find out more. You've earned it.

### Food for Purchase Now Available
Satisfy your cravings with something tasty from our new In-Flight Menu. Snacks or freshly prepared selections are available for purchase on most flights between two and a half and six and a half hours.

### Split terminal operations
While we continue combining our airline, some stations will operate in multiple terminals. Be sure to check your flight status to ensure you arrive at the right terminal before your flight. You can check flight status and gate information at united.com or on the go with mobile.united.com or the United App.
Effective with our March 3 move to a single reservation system, our operations will be split in the following airports. Baltimore MD, London Heathrow England, Kansas City MO, New Orleans LA,
San Diego CA, San Antonio TX, San Jose del Cabo Mexico, New York LaGuardia NY, Washington DC Regan National, Boston MA.
See united.com for where to check in at each airport

### IMPORTANT CONSUMER NOTICES

- **Incorporated Terms** - Your travel is subject to United's Contract of Carriage terms. The Contract is available for inspection at any UA ticketing facility, united.com or by calling 1-800-UNITED-1. Passengers have the right to receive the full text of the terms incorporated by reference free of charge by mail or other delivery service. The Contract terms include rules about limits on liability for personal injury or death and for loss, damage, or delay of goods and baggage, check-in times, overbooking, security issues, reservations, denial of carriage, refunds, claims limits and restrictions, including time limitations for filing a claim or lawsuit, and schedule changes and irregularities. The Contract of Carriage contains further detail of these terms.
- **Additional Terms** – Depending on the rules applicable to the fare paid, one or more restrictions including, but not limited to one or more of the following, may apply to your travel: (1) the ticket may not be refundable but may be exchangeable for a fee with another restricted fare ticket meeting all the rules/restrictions of the original ticket (including the payment of any difference in fares); (2) a fee may apply for changing/canceling reservations; or (3) travel may be restricted to specific flights and/or times and minimum and/or maximum stay may be required.
- **Baggage Liability** - On domestic flights, United's maximum liability limit for checked baggage is $3400 USD per passenger and United excludes liability for all unchecked baggage. For travel within the U.S., United excludes liability for fragile, valuable or perishable items carried in all baggage including jewelry, computers, cash, camera equipment and similar valuables. If any of these items are lost, damaged or delayed, you will not be entitled to any reimbursement. You can declare excess valuation on certain baggage at the airport, additional fees will apply.
- **ADVICE TO INTERNATIONAL PASSENGERS ON CARRIER LIABILITY** – Passengers on a journey involving an ultimate destination or stop in a country other than the country of departure are advised that international treaties known as the Montreal Convention, or its predecessor, the Warsaw Convention, including its amendments, may apply to the entire journey, including any portion thereof within a country. For such passengers, the treaty, including special contracts of carriage embodied in applicable tariffs, governs and may

Witness Fees_022



01-22-15

| | |
|---|---|
| **Donald Boesch** | Folio No. : **138841** Cashier No. : **32** |
| | A/R Number : |
| | Group Code : |
| | Company : **booking.com** |
| **United States** | Membership No. : |
| | Invoice No. : |

| | |
|---|---|
| Room No. : **1002** |
| Arrival : **01-14-15** |
| Departure : **01-22-15** |
| Conf. No. : **67028869** |
| Rate Code : **IYS0G** |
| Page No. : **1 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-14-15 | Deposit Transfer at Check-In | | 1,398.80 |
| 01-14-15 | *Accommodation | 144.00 | |
| 01-14-15 | State Occupancy Tax | 12.96 | |
| 01-14-15 | Flat Tax | 1.00 | |
| 01-14-15 | City Occupancy Tax | 8.28 | |
| 01-15-15 | *Accommodation | 144.00 | |
| 01-15-15 | State Occupancy Tax | 12.96 | |
| 01-15-15 | Flat Tax | 1.00 | |
| 01-15-15 | City Occupancy Tax | 8.28 | |
| 01-16-15 | *Accommodation | 154.00 | |
| 01-16-15 | State Occupancy Tax | 13.86 | |
| 01-16-15 | Flat Tax | 1.00 | |
| 01-16-15 | City Occupancy Tax | 8.86 | |
| 01-17-15 | *Accommodation | 154.00 | |
| 01-17-15 | State Occupancy Tax | 13.86 | |
| 01-17-15 | Flat Tax | 1.00 | |
| 01-17-15 | City Occupancy Tax | 8.86 | |
| 01-18-15 | *Accommodation | 154.00 | |
| 01-18-15 | State Occupancy Tax | 13.86 | |
| 01-18-15 | Flat Tax | 1.00 | |
| 01-18-15 | City Occupancy Tax | 8.86 | |
| 01-19-15 | *Accommodation | 154.00 | |
| 01-19-15 | State Occupancy Tax | 13.86 | |
| 01-19-15 | Flat Tax | 1.00 | |
| 01-19-15 | City Occupancy Tax | 8.86 | |

Staybridge Suites New Orleans
501 Tchoupitoulas Street
New Orleans, LA 70130
Telephone: (504) 571-1818 Facsimile: (504) 571-1811

2015 FEB 19 PM 2:35
DOJ-ENRD
DIV/PROCUREMENT SERVICE



01-22-15

| **Donald Boesch** | | |
|---|---|---|
| Folio No. : **138841** Cashier No. : **32** | Room No. : **1002** |
| A/R Number : | Arrival : **01-14-15** |
| Group Code : | Departure : **01-22-15** |
| Company : **booking.com** | Conf. No. : **67028869** |
| Membership No. : | Rate Code : **IYS0G** |
| Invoice No. : | Page No. : **2 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-20-15 | *Accommodation | 154.00 | |
| 01-20-15 | State Occupancy Tax | 13.86 | |
| 01-20-15 | Flat Tax | 1.00 | |
| 01-20-15 | City Occupancy Tax | 8.86 | |
| 01-21-15 | *Accommodation | 154.00 | |
| 01-21-15 | State Occupancy Tax | 13.86 | |
| 01-21-15 | Flat Tax | 1.00 | |
| 01-21-15 | City Occupancy Tax | 8.86 | |
| 01-22-15 | State Occupancy Tax - Adj. | -25.92 | |
| 01-22-15 | State Occupancy Tax - Adj. | -83.16 | |
| 01-22-15 | Visa | | -109.08 |
| | **Total** | **1,289.72** | **1,289.72** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites New Orleans
501 Tchoupitoulas Street
New Orleans, LA 70130
Telephone: (504) 571-1818 Facsimile: (504) 571-1811

```
TAXI CAB
```

TERMINAL ID:        320-465-496
VEHICLE ID :            1686Aa
DRIVER ID  :          ****3851
TRIP NUMBER:            4514
PASSENGERS:                 1

1/22/2015
START: 14:50              END: 15:11
DISTANCE: 1.55            RATE:  2

FARE AMOUNT:            $  33.00

TIP AMOUNT:            $   6.60

TOTAL :      $    39.60

VISA SALE :          ▮▮▮▮▮

APPROVAL NUMBER :        04297C

***PASSENGER COPY***

TAXICAB AND FOR HIRE VEHICLE BUREAU
CALL 504 458 7503

THANK YOU FOR RIDING WITH US

Powered by:

VeriFone.
Transportation Systems

```
TAXI CAB
```

TERMINAL ID:        320-465-399
VEHICLE ID :            JP1077
DRIVER ID  :          ****4517
TRIP NUMBER:            8841
PASSENGERS:                 1

01/14/2015
START: 18:05             END: 18:06
DISTANCE: 0.00           RATE:  8

FARE AMOUNT:           $  33.00
EXTRA AMOUNT:          $   6.00

TOTAL :      $    39.00

VISA SALE :          ▮▮▮▮▮

APPROVAL NUMBER :        03622C

***PASSENGER COPY***

COMPLAINTS OR CONCERNS
CALL 504 458 7503

THANK YOU FOR RIDING WITH US

Powered by:

VeriFone.
Transportation Systems



```
              0•00  *

              0•00  *

             39•60  +
             39•60  +
            225•00  +
             21•28  +
            325•48  *
```

RECEIPT
NOT FOR EXIT
VISA  ...9907F
KIND OF PAYMENT:
AMOUNT:     $ 225.00

REAGAN
NATIONAL AIRPORT
17
RECEIPT NUMBER:
ENTRY TIME:
01/14/15  14:04
EXIT TIME:
01/22/15  20:15 PM
PARK-DUR.: HIS:MIN
8:06:11

PARKING
AND
MILEAGE

Witness Fees_025

Travel to New Orleans for trial preparation and trial, January 14-22, 2015

| Date | 14-Jan | 15-Jan | 16-Jan | 17-Jan | 18-Jan | 19-Jan | 20-Jan | 21-Jan | 22-Jan |
|---|---|---|---|---|---|---|---|---|---|
| Lodging* | 153.28 | 153.28 | 163.86 | 163.86 | 163.86 | 163.86 | 163.86 | 163.86 | |
| Meals per diem | 49.00 | 71.00 | 71.00 | 71.00 | 71.00 | 55.47 | 47.14 | 67.42 | 36.51 |
| Taxi* | 39.60 | | | | | | | | 39.60 |
| Parking at airport* | | | | | | | | | 225.00 |
| Mileage (home-airport) | 21.28 | | | | | | | | 21.28 |
| Daily total | 263.16 | 224.28 | 234.86 | 234.86 | 234.86 | 219.33 | 211.00 | 231.28 | 322.39 |

* receipts provided

2015 FEB 19 PM 2: 35

DOJ-ENRD

# Dr. Donald F. Boesch

Itemized travel expenses
Deposition, October 26-29, 2014
Annapolis, Maryland – New Orleans, Louisiana

PAID DIRECTLY TO AGENCY
Airline ticket                                              $ 581.20

REIMBURSIBLE
October 26
    Mileage (home to airport, 25 mi. @ 0.56)          14.00
    Lodging                                           175.37
    Meals (lunch, dinner)                              50.47
    Taxi (airport to hotel)                            39.60

October 27
    Lodging                                           175.37
    Meals (breakfast, lunch, dinner)                   63.47

October 28
    Lodging                                           175.37    177.98
    Meals* (breakfast, lunch, dinner)                  63.46

October 29
    Meals* (breakfast, lunch, dinner)                  71.00
    Taxi (airport to hotel)                            39.60
    Parking at airport                                 48.00
    Mileage (home to airport, 25 mi. @ 0.56)           14.00

Total                                                     $ 929.71



## Trip on Oct 26, 2014

Locator: **QNDETY**     Date: **Oct 07, 2014**

| | |
|---|---|
| Traveler | **DONALD FRIEDRICH BOESCH** |
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 40 |

---

### Sunday, October 26, 2014

Confirmation **FAF8C9**

 **Flight SOUTHWEST AIRLINES 820**

| DEPARTURE | ARRIVAL |
|---|---|
| BALTIMORE WASHNTN, MD | NEW ORLEANS, LA |
| 9:55 AM, Oct 26, 2014 | 11:45 AM, Oct 26, 2014 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 02:50 (Non-stop) |
| Equipment | Boeing 737 700 Jet |
| Meal Service | None |
| Notes | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

### Sunday, October 26, 2014

Confirmation **68790643**

 **Hotel INTERCONTINENTAL**

| LOCATION | CONTACT |
|---|---|
| 444 ST CHARLES AVENUE | Tel 1-504-525-5566 |
| NEW ORLEANS, LA US 70130 | Fax 1-504-523-7310 |

| | |
|---|---|
| Reserved For | DONALD FRIEDRICH BOESCH |
| Status | Confirmed |
| Check-In | Oct 26, 2014 |
| Check-Out | Oct 29, 2014 |
| Number of Rooms | 1 |
| Rate | USD 154.00/night |
| Cancellation Policy | Cancel by 6PM |
| Notes | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |
| Directions | LOUIS ARMSTRONG NEW ORLEANS INTL. AIRPORT |

### Wednesday, October 29, 2014

Confirmation **FAF8C9**

 **Flight SOUTHWEST AIRLINES 4549**

| DEPARTURE | ARRIVAL |
|---|---|
| NEW ORLEANS, LA | BALTIMORE WASHNTN, MD |
| 5:25 PM, Oct 29, 2014 | 9:05 PM, Oct 29, 2014 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - H |
| Duration | 02:40 (Non-stop) |
| Equipment | Boeing 737 700 Jet |
| Meal Service | None |

---

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| | | USD 514.42 | 38.58US | 8.00ZP | 20.20XT | 581.20 |
| | | | | | Total Amount | **581.20** |

---

**GENERAL INFORMATION**

*******************************************************

*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******

Witness Fees_028

# I

# INTERCONTINENTAL.

### NEW ORLEANS

10-29-14

| Donaldfriedrich Boesch | | |
|---|---|---|
| Folio No. | : | **824165** |
| A/R Number | : | |
| Group Code | : | |
| Company | : | **Cwt Sato Travel** |
| Membership No. | : | |
| Invoice No. | : | |

| Room No. | : | **0714** |
|---|---|---|
| Arrival | : | **10-26-14** |
| Departure | : | **10-29-14** |
| Conf. No. | : | **68790643** |
| Booking # | : | |
| Page No. | : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-26-14 | Internet Access | 28.00 | |
| 10-26-14 | Package Rate | 154.00 | |
| 10-26-14 | Room State Tax | 13.41 | |
| 10-26-14 | State/City Occupancy Fee | 2.00 | |
| 10-26-14 | Room City Tax | 5.96 | |
| 10-26-14 | Tourism Support Assessment | 2.61 | |
| 10-27-14 | Package Rate | 154.00 | |
| 10-27-14 | Room State Tax | 13.41 | |
| 10-27-14 | State/City Occupancy Fee | 2.00 | |
| 10-27-14 | Room City Tax | 5.96 | |
| 10-27-14 | Tourism Support Assessment | 2.61 | |
| 10-28-14 | Package Rate | 154.00 | |
| 10-28-14 | Room State Tax | 13.41 | |
| 10-28-14 | State/City Occupancy Fee | 2.00 | |
| 10-28-14 | Room City Tax | 5.96 | |
| 10-28-14 | Tourism Support Assessment | 2.61 | |
| 10-29-14 | Visa | | 561.94 |

| | | Charges | Credits |
|---|---|---|---|
| | **Total** | **561.94** | **561.94** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

444 St. Charles Avenue, New Orleans, LA 70130-3171 USA   Tel: (504) 525.5566  Fax: (504) 523.7310
http://new-orleans.intercontinental.com   neworleans@ihg.com

Witness Fees_029

**Receipt from Pablo Amador**

**From** : Square <noreply@messaging.squareup.com>

Wed, Oct 29, 2014 04:49 PM

**Subject** : Receipt from Pablo Amador

**To** : dfboesch



## Pablo Amador

▲

How was your experience?

 

# $39.60



| | |
|---|---|
| Custom Amount | $33.00 |
| Subtotal | $33.00 |
| Tip | $6.60 |
| Total | $39.60 ✓ |

B.W.I AIRPORT PARKING
DAILY A GARAGE
MARYLAND PARKING


Rcpt# 12366
10/29/14 21:05  L#18 A#  1  Txn# 21614
10/26/14 08:43 In   10/29/14 21:05 Out
Tkt# 271872
Daily        $    45.60
Total Tax    $     2.40
Total Fee    $    48.00  ✓
VISA         $    48.00-

Approval No. :01477C
Reference No. :00000812
Change Due   $    0.00
THANKS YOU
HAVE A SAFE TRIP

Witness Fees_031



Hampton Inn & Suites - New Orleans Convention Center
1201 Convention Center Blvd. • New Orleans, LA 70130
Phone (504) 566-9990 • Fax (504) 566-9997

I agree to vacate my room, prior to 11:00 AM, on the specified date of departure, I also agree that the Inn may remove my belongings from said room to safe storage, if I have not vacated.
Signed:
Chant. 3, Title 21, Sec. 75, 76.77 Louisiana Rev. Statute 1958



BUSHNELL, NATHAN P K — name address

| | |
|---|---|
| room number: | 333/KXTD   6:31:00PM |
| arrival date: | 7/15/2013 |
| departure date: | 7/22/2013 |
| adult/child: | 1/0 |
| room rate: | $101.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out, and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN  L-SGV
HH#
AL
BONUS AL  CAR

Confirmation: 80648451

7/22/2013  PAGE  1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here: ☐
*Valet Parking $29.75 Plus Tax per night. Initials:____

signature:

| date | reference | description | amount |
|---|---|---|---|
| 7/15/2013 | 2058487 | GUEST ROOM | $101.00 |
| 7/15/2013 | 2058487 | STATE TAX | $8.08 |
| 7/15/2013 | 2058487 | CITY TAX | $5.05 |
| 7/15/2013 | 2058487 | OCCUPANCY TAX | $1.00 |
| 7/16/2013 | 2058797 | GUEST ROOM | $101.00 |
| 7/16/2013 | 2058797 | STATE TAX | $8.08 |
| 7/16/2013 | 2058797 | CITY TAX | $5.05 |
| 7/16/2013 | 2058797 | OCCUPANCY TAX | $1.00 |
| 7/17/2013 | 2059156 | GUEST ROOM | $101.00 |
| 7/17/2013 | 2059156 | STATE TAX | $8.08 |
| 7/17/2013 | 2059156 | CITY TAX | $5.05 |
| 7/17/2013 | 2059156 | OCCUPANCY TAX | $1.00 |
| 7/18/2013 | 2059691 | GUEST ROOM | $101.00 |
| 7/18/2013 | 2059691 | STATE TAX | $8.08 |
| 7/18/2013 | 2059691 | CITY TAX | $5.05 |
| 7/18/2013 | 2059691 | OCCUPANCY TAX | $1.00 |
| 7/19/2013 | 2060210 | GUEST ROOM | $101.00 |
| 7/19/2013 | 2060210 | STATE TAX | $8.08 |
| 7/19/2013 | 2060210 | CITY TAX | $5.05 |
| 7/19/2013 | 2060210 | OCCUPANCY TAX | $1.00 |
| 7/20/2013 | 2060846 | GUEST ROOM | $101.00 |
| 7/20/2013 | 2060846 | STATE TAX | $8.08 |
| 7/20/2013 | 2060846 | CITY TAX | $5.05 |
| 7/20/2013 | 2060846 | OCCUPANCY TAX | $1.00 |
| 7/21/2013 | 2061475 | GUEST ROOM | $101.00 |

for reservations call 1.800.hampton or visit us online at hampton.com

| account no. | date of charge | folio/chec |
|---|---|---|
| | | 452386 |
| card member name | authorization | |
| establishment no. and location   establishment agrees to transmit to card holder for payment | purchases & services | |
| | taxes | |
| | tips & misc. | |
| signature of card member  X | total amount | |

          

Witness Fees_032



| | Hampton Inn & Suites - New Orleans Convention Center<br>1201 Convention Center Blvd. • New Orleans, LA 70130<br>Phone (504) 566-9990 • Fax (504) 566-9997 | I agree to vacate my room, prior to 11:00 AM, on the specified date of departure, I also agree that the Inn may remove my belongings from said room to safe storage, if I have not vacated.<br>Signed: _____<br>Chapt. 3, Title 21, Sec. 75, 76,77 Louisiana Rev. Statute 1950 | USA<br>Official Sponsor |

| BUSHNELL, NATHAN P K | name<br>address | room number:<br>arrival date:<br>departure date:<br><br>adult/child:<br>room rate: | 333/KXTD<br>7/15/2013   6:31:00PM<br>7/22/2013<br><br>1/0<br>$101.00 | If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out, and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution. |

| | | RATE PLAN<br>HH#<br>AL<br>BONUS AL | L-SGV<br><br><br>CAR | |

Confirmation: 80648451

7/22/2013    PAGE    2

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here:  ☐
*Valet Parking $29.75 Plus Tax per night.   Initials:_____

signature:

| date | reference | description | amount | |
|------|-----------|-------------|--------|--|
| 7/21/2013 | 2061475 | STATE TAX | $8.08 | |
| 7/21/2013 | 2061475 | CITY TAX | $5.05 | |
| 7/21/2013 | 2061475 | OCCUPANCY TAX | $1.00 | |
| | | WILL BE SETTLED TO MC ▇ | $805.91 ✓ | |
| | | EFFECTIVE BALANCE OF | $0.00 | |

ESTIMATED CURRENCY TOTAL

for reservations call **1.800.hampton** or visit us online at **hampton.com**                    **thanks.**

| account no. | | date of charge | folio/check no.<br>452386    A |
|---|---|---|---|
| card member name | | authorization | initial |
| establishment no. and location | establishment agrees to transmit to card holder for payment | purchases & services | |
| | | taxes | |
| | | tips & misc. | |
| **signature** of card member<br><br>X | | total amount | 0.00 |

         



**Nathan Bushnell**

| | |
|---|---|
| From: | Amazon.com <ship-confirm@amazon.com> |
| Sent: | Wednesday, July 3, 2013 11:36 PM |
| To: | Nathan Bushnell |
| Subject: | Your Amazon.com order of "Hydrodynamics of Gas-Liquid..." has shipped! |

 **amazon**

Your Recommendations | Your Orders | Amazon.com

## Shipping Confirmation
Order #108-5539116-1389041

## Hello nathan bushnell,

Thank you for shopping with us. We thought you'd like to know that we shipped your item, and that this completes your order. Your order is on its way, and can no longer be changed. If you need to return an item from this shipment or manage other orders, please visit Your Orders on Amazon.com.

| Your estimated delivery date is: | Your order was sent to: |
|---|---|
| **Tuesday, July 9, 2013** | **Nathan Bushnell** |
| Track Your Package ▶ | ▇▇▇▇▇▇▇▇▇▇ |
| | **United States** |

Your package is being shipped by UPS and the tracking number is 1Z1Y2A991237330898. Depending on the ship speed you chose, it may take 24 hours for your tracking number to return any information.

## Shipment Details



Hydrodynamics of Gas-Liquid Reactors: Normal Operation and Upset Conditions
Sold by Amazon.com LLC

**$140.95**

| | |
|---|---|
| Item Subtotal: | $140.95 |
| Shipping & Handling: | $3.99 |
| Total Before Tax: | $144.94 |
| Sales Tax Collected: | $13.77 |
| **Shipment Total:** | **$158.71** |
| Paid by Mastercard: | $158.71 |

1



AIRPORT CAB # 318
THANK YOU
RENTON, WA 98058
206-775-3444

TERMINAL ID.:
MERCHANT #:

MASTERCARD                    888600
************                8801486654
SALE A    EXP:##/##
BATCH: 000076                    SWIPED
Jul 30, 13   INV: 000003
        AUTH: 015020   17:52

SALE AMT        $65.30

TIP

        $    6.2

TOTAL

AP      $   75.30  ✓

NATHAN BUSHNELL

THANK YOU!
PLEASE COME AGAIN!

CUSTOMER COPY

ALLIANCE CAB SERVICES
(504) 872-0221

TERMINAL ID:
VEHICLE ID :
DRIVER ID :                    320-408-666
TRIP NUMBER:                        0825A
                               xxxx9230
07/16/2013                     6061113
START: 13:24
DIST :                     END:  18:26
           0.00            RATE :   2
FARE AMOUNT
           : $

                                    33.00
TIP AMOUNT
           : $

TOTAL    : $    37.95
CREDIT CARD SALE :                  4.95

APPROVAL NUMBER :   54xxxx

***PASSENGER COPY***          08524Z

THANK YOU FOR RIDING WITH US
PLEASE CALL AGAIN (504) 872-0221
COMPLIMENTS OR CONCERNS CALL
TAXI BUREAU AT (504) 658-7176

Powered by:

VeriFone.
Transportation Systems

VALCIUS TRANSPORTATION
426 WHITNEY AVE.
NEW ORLEANS, LA 701/413

07/30/2013                    07:51:30
Merchant ID:         000000001420000
Terminal ID:                02127361
367249659882

CREDIT CARD

MC SALE

CARD #                    ████████
INVOICE                     8440001
Batch #:                    000844
Approval Code:
                    Authorization Required
Entry Method:                Swiped
Approved:                   Pending

SALE AMOUNT              $39.00  ✓

I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement & Credit Voucher)

X

MERCHANT COPY

UNITED CAB INC
(504) 522 - 0629
(504) 522 - 9771

CREDIT RECEIPT

DRIVER: ****5001
CAB #:    0404
DATE : Time:14:
42-14:42RATE #:
          2Miles R2
:   0.15TRIP #:
FARE :   $33.00
TIPS :   $6.60
Total :  $39.60
CARD #: ████
AUTHOR.: 084215

For comments or
complaints call
(504) 658-7176

VALCIUS TRANSPORTATION
426 WHITNEY AVE.
NEW ORLEANS, LA 701143
07/27/2013
Merchant ID:                    09:11:17
Terminal ID:          000000001420000
367249659882                02127361

CREDIT CARD
CARD #               MC SALE
INVOICE
Batch #:         XXXXXXXX
Approval Code:         8190001
Entry Method:           000839
Approved:               071110
                        Swiped
SALE AMOUNT             Online

                        $38.00 ✓

I agree to pay above total amount
according to card issuer agreement.
(Merchant agreement if Credit Voucher)

X

NATHAN BUSHNELL

MERCHANT COPY



**CD-adapco**

CD-adapco
Corporate Headquarters
Analysis & Design Application Co., Ltd.
60 Broadhollow Road · Melville, NY 11747 · USA
tel +1 631 549 2300 · fax +1 631 549 2654
adapcoaccounts@us.cd-adapco.com · www.cd-adapco.com

Invoice No: 0002485

Date: 7/9/2013

# INVOICE

**Bill To:**

SimuTech Group
Attn: Accounts Payable
11611 Airport Road
Suite 201
Everett WA 98204
United States

**Ship To:**

SimuTech Group
Attn: Butch Vision
11611 Airport Road
Suite 201
Everett WA 98204
United States

Quote No: 267991.1

Start Date: 7/9/2013

End Date: 8/8/2013

| adapco Job No. | Vendor No. | | Sales Person ID | Customer Purchase Order No. | | Payment Terms | |
|---|---|---|---|---|---|---|---|
| 1371-2001 L N | | | SCOHAM01 | VISA | | Net 30 | |
| Ordered | Item Number | | Description | | | Unit Price | Ext. Price |
| 2 | 1101.2 A | STAR-CCM+ Annual | | | | $1,931.00 | $3,862.00 |

| | |
|---|---|
| Subtotal | $3,862.00 |
| Tax | $355.30 |
| Total | $4,217.30 |

**PAID**

CK. NO. VISA

DATE 7/9/13

A late fee equal to the lesser of 2% or the maximum allowed by law, will be charged on all outstanding amounts not paid by the due date.

**Federal Tax ID: 11-2549599**
**Canada Tax ID: 82343 4402 RT0001**

**Check Remittance Instructions:**

Payable to *adapco*
Address: 60 Broadhollow Road
Melville, NY 11747

**Bank Wire Instructions:**

Wire through the Federal Reserve Bank for Credit to **New York Commercial Bank**
Address: 610 Broadhollow Road, Unit 5, Melville, NY 11747
Telephone Number: (631)293-0888
Account Name: Analysis & Design Application Co., Ltd.
Account Number:
Bank Code:



Witness Fees_040



**Luxury Transportation Service**

# Payment Receipt

## For Confirmation #30580

| | |
|---|---|
| **Method:** | MC ** ▮▮▮▮ |
| **Type:** | AUTH_CAPTURE |
| **Transaction Amount:** | $66.00 |
| **Reference/Trans. ID:** | 5387662248 |
| **Passenger:** | Nathan Bushnell |
| **Trip Confirmation#** | 30580 |
| **Trip Date & Time:** | 07/15/2013 @ 06:30 AM |
| **Routing Information:** | **Pick-up Location:** ▮▮▮▮▮▮▮▮▮▮<br>**Drop-off Location:** SEA |

**Charges & Fees**

| | |
|---|---|
| Per Unit 1 x 55.00 | $55.00 |
| Std Grat 20.00% | $11.00 |
| **Reservation Total:** | $66.00 |
| **Payments/Deposits:** | $66.00 |
| **Authorizations:** | $0.00 |
| **Total Due:** | $0.00 |

| Expense Date | Expense Type | Amount | Employee |
|---|---|---|---|
| 7/15/13 | Taxi | $ 66.00 | Nathan Bushnell |
| 7/15/13 | Meals | $ 11.84 | Nathan Bushnell |
| 7/15/13 | Taxi | $ 37.95 | Nathan Bushnell |
| 7/15/13 | Meals | $ 8.50 | Nathan Bushnell |
| 7/16/13 | Meals | $ 11.38 | Nathan Bushnell |
| 7/17/13 | Meals | $ 17.54 | Nathan Bushnell |
| 7/17/13 | Meals | $ 14.54 | Nathan Bushnell |
| 7/17/13 | Meals | $ 20.00 | Nathan Bushnell |
| 7/17/13 | Meals | $ 12.62 | Nathan Bushnell |
| 7/18/13 | Meals | $ 8.01 | Nathan Bushnell |
| 7/18/13 | Meals | $ 42.93 | Nathan Bushnell |
| 7/19/13 | Meals | $ 38.94 | Nathan Bushnell |
| 07/02/2013 | Purchased Materials | $ 27.00 | Nathan Bushnell |
| 7/20/13 | Meals | $ 22.38 | Nathan Bushnell |
| 7/20/13 | Meals | $ 9.29 | Nathan Bushnell |
| 7/21/13 | Meals | $ 19.16 | Nathan Bushnell |
| 7/21/13 | Hotel | $ 805.91 | Nathan Bushnell |
| 7/21/13 | Meals | $ 19.41 | Nathan Bushnell |
| 7/21/13 | Hotel W | $ 101.00 | Szymon Buhajczuk |
| 7/22/13 | Meals | $ 40.02 | Nathan Bushnell |
| 7/22/13 | Taxi | $ 12.00 | Nathan Bushnell |
| 7/23/13 | Meals | $ 13.12 | Nathan Bushnell |
| 7/23/13 | Meals | $ 15.12 | Nathan Bushnell |
| 7/24/13 | Meals | $ 50.12 | Nathan Bushnell |
| 7/24/13 | Meals | $ 7.96 | Nathan Bushnell |
| 7/24/13 | Meals | $ 21.65 | Nathan Bushnell |
| 7/25/13 | Meals | $ 20.56 | Nathan Bushnell |
| 7/25/13 | Meals | $ 29.15 | Nathan Bushnell |
| 7/25/13 | Meals | $ 13.72 | Nathan Bushnell |
| 7/26/13 | Meals | $ 26.29 | Nathan Bushnell |
| 7/26/13 | Meals | $ 20.56 | Nathan Bushnell |
| 7/27/13 | Taxi | $ 38.00 | Nathan Bushnell |
| 7/27/13 | Hotel | $ 851.85 | Nathan Bushnell |
| 7/28/13 | Meals | $ 45.73 | Nathan Bushnell |
| 7/28/13 | Taxi | $ 39.60 | Nathan Bushnell |
| 7/29/13 | Meals | $ 66.15 | Nathan Bushnell |
| 7/29/13 | Meals | $ 17.27 | Nathan Bushnell |
| 07/03/2013 | Purchased Materials | $ 47.58 | Nathan Bushnell |
| 07/03/2013 | Purchased Materials | $ 138.03 | Nathan Bushnell |
| 7/30/13 | Meals | $ 29.15 | Nathan Bushnell |
| 7/30/13 | Meals | $ 18.14 | Nathan Bushnell |
| 7/30/13 | Hotel | $ 232.26 | Nathan Bushnell |

| Date | Description | | Amount | | Name |
|---|---|---|---|---|---|
| 7/30/13 | Taxi | $ | 39.00 | ✓ | Nathan Bushnell |
| 7/30/13 | Taxi | $ | 75.30 | ✓ | Nathan Bushnell |
| 07/04/2013 | Purchased Materials | $ | 158.71 | ✓ | Nathan Bushnell |
| 07/09/2013 | STAR-CCM+ Lease | $ | 4,217.30 | ✓ | Butch Vision |
| 8/27/13 | Meals | $ | 15.54 | ✓ | Nathan Bushnell |
| Total | | $ | 7,594.28 | | |

Zoe Restaurant & Bar
333 Poydras Street
New Orleans, LA 70130
(504) 207-5018
www.zoe-wno.com
CHECK:
SERVER:          5450
DATE:            538 Lisa
CARD TYPE:       JUL 22 '13  9:27PM
ACCT #:          Mastercard
EXP DATE:        XXXXXXXXXX
AUTH CODE:       XX/XX
                 012722
         NATHAN BUSHNELL

SUBTOTAL:

GRATUITY              34.02

TOTAL                 7.00

PRINT NAME          941.02  ?

SIGNATURE

Please Sign and Return to Server

Capdeville
520 Capdeville Street
New Orleans, Louisiana 70130

512 Morganna
----------------------------------------
Tbl 2/1
                    Chk 3595
          Jul16'13 06:59PM          Gst 5
----------------------------------------
          Dine In
1/2 Grilled Cheese
1/2 Buffalo Oysters
1/2 Strawberry Salad
    Straw Balsamic                    4.50
1/2 Grilled Cheese                    3.50
1/2 Daily Fish                        4.75
1/2 Tomato Cup
1/2 Strawberry Salad                  4.50
    Straw Balsamic                    8.50
1/2 Steak Frites                      2.00
    Medium Rare                       4.75
1/2 Voodoo Bengal
1/2 Happy Hour White                  8.50

    Subtotal                          3.00
    Tax                               2.50
    Total

                          46.50
                           4.00
                      50.50

            $20 with
              Tip

Zoe Restaurant & Bar
333 Poydras Street
New Orleans, LA 70130
(504) 207-5018
www.zoe-wno.com
CHECK:        5521
TABLE:        13/1
SERVER:       330 Rachida
DATE:         JUL25'13 8:45AM
CARD TYPE:    MasterCard
ACCT #:
EXP DATE:     XX/XX
AUTH CODE:    024509
              NATHAN BUSHNELL

SUBTOTAL:            24.15
GRATUITY            5.00
TOTAL            $ 29.15 ✓

PRINT NAME _____

SIGNATURE _____

Please Sign and Return to Server

---

NOT A CREDIT CARD VOUCHER
PLEASE PAY YOUR SERVER

SIGNATURE _____

PRINT NAME _____

GRATUITY _____

TOTAL _____

6

Tax Add On        51
9.75% Tax        2.15
Food            22.00
Food
1 Bayou Benedict    17.00
1 LATTE             5.00

Total Due    $ 24.15

13/1    JUL25'13  8:17AM  CHK 5521 GST 1

330 Rachida

Zoe Restaurant & Bar
(504) 207-5018



**PAPPASITO'S**
*Cantina*

*Legendary Tex-Mex*

Pappasito's Cantina (608)
2610 International Pkwy (DFW)
Dallas, Tx 75261
(972) 615-3219
www.Pappasitos.com

**0260c-1**  Table 42  #Party 1
CORBIN C   SvrCk:  7 12:25 07/30/13
**DINE IN**

| 1 Chicken Soft Taco Dinner | 13.99 |
|---|---|
| Sub Total: | 13.99 |
| Tax: | 1.15 |
| Sub Total: | 15.14 |
| 07/30 12:46 **TOTAL:** | **15.14** |

********************************************
* Suggested gratuity for parties of 8 or
more is not mandatory. You are free to
increase, reduce, or eliminate gratuity.
********************************************

e-Gift Card Payment (19 Digits)

Present e-Gift Card for validation.

Purchase Pappas Gift Cards
www.Pappas.com

Tell us about your dining experience
www.Pappasitos.com/contact-us

---

0260-1                        Rec:171
Server: CORBIN C       T: 42 Term: 4
07/30/13 12:47, Swiped

Pappasito's #20
DFW
2610 International Pkwy
(972)615-3219
MERCHANT #: 67071730196

                    ACCOUNT NUMBER
CARD TYPE           XXXXXXXXXXX
MASTER CARD
Name: NATHAN BUSHNELL
00 TRANSACTION APPROVED
AUTHORIZATION #: 034713
Reference: 0730010100260
TRANS TYPE: Credit Card SALE

                              15.14

CHECK:                        3.—

TIP:                         18.14

TOTAL:

X_____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT

THE THEATRES AT CANAL PLACE
(504)493-6535
THEATRE 6

Check No 315845/1
Tab  6707   Server  162   Guests  1
----------------------------------------
1    POP-WH TRUFFLE           6.50
                              ------

     Gratuity                  1.14
     SUB TOTAL                 7.64
     Sales Tax                 0.65
                              ------
          TOTAL:
8.29

          Thank You,
          Reid

7:07:38 PM
   7/20/2013

Y

****************************************
*********   Customer Copy   **********
****************************************

Zoe Restaurant & Bar
(504) 207-5018

349 Rachel

-----------------------------------
44/1          CHK 5550  GST 1
        JUL26'13  8:29AM
-----------------------------------

  1 Congee              11.00
  1 LATTE                5.00

    Food                16.00
    9.75% Tax Add On     1.56
    Total Due .. $17.56

GRATUITY _____3·00_____

TOTAL _____$20·56_____

ROOM # _____

PRINT NAME _____

SIGNATURE _____
    NOT A CREDIT CARD VOUCHER
    PLEASE PAY YOUR SERVER

Witness Fees_049

Zoe Restaurant & Bar
(504) 207-5018

320 Jaida
-------------------------------------
3/1         CHK 5657  GST 1
       JUL28'13  6:21PM
-------------------------------------

1 BTL STELLA          7.00
  TUNA SPCL
1 Open Food          12.00
1 Angus Burger       16.00

  Food               28.00
  Liquor              7.00
  9.75% Tax Add On    2.73
  Total Due .. $37.73

GRATUITY _____ 8-00

TOTAL _____ 8 45·73 ✓

ROOM # _____

PRINT NAME _____

SIGNATURE _____
   NOT A CREDIT CARD VOUCHER
     PLEASE PAY YOUR SERVER

Manning's New Orleans
New Orleans, LA
www.manningsneworleans.com
CHECK:           7060
TABLE:           53/1
SERVER:          30470 TAN
DATE:            JUL17'13 7:29PM
CARD TYPE:       MASTERCARD
ACCT #:          XXXXXXXXXX
EXP DATE:        XX/XX
AUTH CODE:       062820

NATHAN BUSHNELL

SUBTOTAL:

GRATUITY $ ----------  14.54

TOTAL $ ----------  3.00

SIGNATURE ----------  $17.54 √

```
                SALE RECEIPT
Store #45902           tko 07/23/13 13:10:41
   Trans# 187 Clerk 13  Dwr 1 TRDT 072313
   Receipt # 0000240471 Reg-ID REG-MAIN
--- ITEM --- QTY         PRICE MEMO  PLU
SUBMELT   6r  1  T $      4.75$2.50FV10126
DRK-32oz     1   TD$      1.41$2.50FV10003
CHIPS        1   TD$      1.09$2.50FV10020

        SUBTOTAL $       7.25
        Sales Tx $       0.71
                        --------
TAKE-OUT **TOTAL $       7.96
CredCardAMT TEND $       7.96  ✓
                        --------
        CHANGE DUE$      0.00
Take our 1 min survey & get a free
cookie. Goto www.tellsubway.com
     Approval No: 091014
    Reference No: 320418639545
        Acquired: Swipe
      Account No:  ████████
     Card Issuer: Mastercard
          Amount: $7.96


Take our 1-minute Survey at
www.tellsubway.com and receive a free
cookie.  Keep your receipt and write
your unique coupon code
here_             .

Host Order ID: 624-103-775777
```



ERT RESTAURANT
900 DUMAINE ST
NEW ORLEANS LA 70116
504-323-7221

Terminal ID : 00956815

07/26/13                          9:37 PM

Server ID: 1

MASTERCARD
XXXXXXXXXX
SALE
BATCH #: 262

REF #: 712
AUTH #: 033722

AMOUNT          $22.29

TIP         $_____

TOTAL       $_____

APPROVED
CUSTOMER COPY

Zoe Restaurant & Bar
(504) 207-5018

349 Rachel
------------------------------------
1 2 /1     CHK 5666   GST 1
     JUL29'13   7:30AM
------------------------------------

1 Chef's Granola      8.00
1 LATTE            5.00

                 13.00
Food
9.75% Tax Add On    1.27
Total Due .. $14.27

           3·00
GRATUITY ----------

           $17·27 ✓
TOTAL ------------

ROOM # --------------------------

PRINT NAME ----------------------

SIGNATURE -----------------------
NOT A CREDIT CARD VOUCHER
PLEASE PAY YOUR SERVER



BAYOU EATERY
460 POYDRAS ST. SUITE 136
NEW ORLEANS, LA 70130

Merchant ID: 5903
Clerk ID: 1

Ref #: 0049

Sale

XXXXXXXXXX
MAST

Entry Method: Swiped

Amount:          $      10.62
Tip:                    2.00
Total:                 12.62

07/17/13
Inv #: 000049
Approval: Online

12:02:31
Appr Code: 024023
Batch#: 000540

Customer Copy

THANK YOU!

Hampton Inn and Suites
1201 Convention Center Boulevard
New Orleans, LA 70130
504.566.9990

102 KAMI M
------------------------------------
Chk 5035        Jul15'13 09:52PM  Gst 0
------------------------------------
     Eat In
1 Oreo Mini                3.00
1 ZAPPS BBQ                3.00
1 DOVE BAR MILK CH         2.50
H522

  House Accnt              8.50

  Food                     8.50
  Payment                  8.50  ✓

Thank You

Customer Receipt
11/23/13 5:11 PM  9:145
Terminal # 4  Drw # 1
SEPARATE CHECK - N 2

1 SM SPECIALTY 11.95

Tax                    1.48
Total Due       13.42

BON TON CAFE
401 MAGAZINE ST
NEW ORLEANS LA 70130
504-524-3386
THANK YOU

Terminal ID : 00834730
07/19/13                              7:49 PM
Server ID: 10

MASTERCARD
*********
SALE ███
BATCH #: 734            REF#: 962
                       AUTH #:

AMOUNT                 $32.
TIP           $_____6.00
TOTAL         $_____838.96

15%=$4.94  20%=$6.58  25%=$8.23

APPROVED

X_____
NATHAN BUSHNELL

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

MERCHANT COPY



YOUR RECEIPT
THANK YOU
CALL AGAIN

REG  07-18-2013 05:11
                    000159
DEPT01
TAX-AMT 1    T1T2    $6.25
TAX 1                $6.25
TAX-AMT 2            $0.00
TAX 2                $6.25
CHARGE               $0.56
            $6.81

16-01 ✓

```
WELTYS DELI
336 CAMP STREET
NEW ORLEANS LA 70130
504-592-0223

Merchant ID: 000008110353
Term ID: 00426535    Ref #: 0064

              Sale

XXXXXXXXX  ████  Entry Method: Swiped
MASTERCARD

              $       11.72
Amount:
                      2-00
Tip:       ================

Total:     ================

                   12:38:46
07/25/13
Inv #: 000064   Appr Code: 063813
Apprvd: Online   Batch#: 000284

           Customer Copy
```

$13.72 ✓

Manning's New Orleans
New Orleans, LA
www.manningsneworleans.com
30470 TAN

-----------------------------------
53 /1          CHK 7060  GST 1
          JUL17'13  7:11PM
-----------------------------------
1 French Dip              13.25
  FOOD                    13.25
  TAX                      1.29
7:27 TTL DUE        $14.54

Manning's Eat-Drink-Cheer

Free Valet Parking
Available with Purchase
Evenings beginning at 5pm

Witness Fees_061

REGINELLI'S PIZZERIA #7
930 POYDRAS STREET
NEW ORLEANS, LA 70112
(504) 586-0068

Sale

Merchant ID: 542929804854347

Term ID: LK120048

07/23/13                    20:16:42
Batch#: 000161      Inv #: 080069
Server ID: 15

MASTERCARD          Entry Method: S
XXXXXXXXXX
Seq.#: 0069         Appr Code: 021721
Amount:             $        13.12
Tip:                              2-00
                    ==================
Total:
                    ==================

APPROVED

Customer Copy

THANK YOU FOR YOUR BUSINESS
STORE CREDIT ONLY

$15.12

Beecher's Handmade Cheese
17801 Pacific Highway South
Seattle, WA 98158
206.209.5191

30023 CARLI K
-----------------------------------
Chk 452  Jul15'13 07:32A  Gst  0
-----------------------------------
1 SND SMOKED HAM          7.31
1 LATTE 12                3.50
  NATHEN

XXXXXXXXX▓▓▓▓
MASTERCARD               11.84

SUBTOTAL                 10.81
TAX                       1.03
AMOUNT PAID          1 1 . 8 4 ✓

Take home one of
America's best cheeses!

Beecher's 4 Year Aged Flagship ·
Best in Show 2012 · + the
American Cheese Society
competition



www.beecherscheese.com

BETWEEN THE BREAD
625 ST CHARLES AVE
NEW ORLEANS LA 70130
(504)324-5284

Terminal #:                    0001
JUL 16, 13                12:59:13

MASTERCARD
xxxxxxx
SALE                   REF#:059
BATCH #: 933           AUTH #:025913

AMOUNT                   $9.58

TIP          $____8__|_80____

TOTAL        $_____

    15%=$1.43
    18%=$1.91
    25%=$2.39

APPROVED

THANK YOU
COME AGAIN

CUSTOMER COPY

$11.38 ✓

```
SWIZZLE STICK BAR
CHECK:      2670
GST CHKID:  T4
SERVER:     215 Charles
DATE:       JUL24'13  2:37PM
CARD TYPE:  MC
ACCT #:     XXXXXXXXX
EXP DATE:   XX/XX
AUTH CODE:  033715
RESEARCH:   000000000000
        NATHAN BUSHNELL
```

SUBTOTAL:            17.65

TIP _____ $4.00

TOTAL $_____ $21.65 ✓

X_____
        Signature


First Copy-Restaurant
Second Copy-Customer

Manning's New Orleans
New Orleans, LA
www.manningsneworleans.com
CHECK:      9622
TABLE:      53/1
SERVER:     30441 CRAIG
DATE:       JUL29'13  7:06PM
CARD TYPE:  MASTERCARD
ACCT #:     XXXXXXXXX ▪▪▪▪
EXP DATE:   XX/XX
AUTH CODE:  040620
        NATHAN BUSHNELL


SUBTOTAL:       55.15

GRATUITY $_____11 . 00_____

    TOTAL $_____66 . 15_____ ✓

SIGNATURE_____



200 Poydras Street
New Orleans, La 70130
(504) 552-2739

Date:       Jul20'13 06:02PM
Card Type:  MasterCard
Acct #:     XXXXXXXX ████
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  CIC008448165364
Auth Code:  040219
Check:      4499
Table:      31/1
Server:     259 Dylan S

Subtotal:          18.38

        4.00
    ───────────
        TIP

Total:_____ 22.38 ✓

Signature

        ** Customer's Copy **

# LÜKE

333 St. Charles Ave
New Orleans, LA 70130
504.378.2840

Date:          Jul18'13 08:31PM
Card Type:     MasterCard
Acct #:        XXXXXX
Card Entry:    SWIPED
Trans Type:    PURCHASE
Trans Key:     EIE008437995478
Auth Code:     083121
Check:         1491
Table:         91/1
Server:        680 david S

Subtotal:          36.93

Gratuity:_____ 6.00

Total:_____ 42.93

Signature:

_____

Comments:_____

_____

*** Customer Copy***
www.lukeneworleans.com

Zoe Restaurant & Bar
333 Poydras Street
New Orleans, LA 70130
(504) 207-5018
www.zoe-wno.com
CHECK:        5 5 1 1
TABLE:        1 / 1
SERVER:       320 Jaida
DATE:         JUL24'13  9:10PM
CARD TYPE:    Mastercard
ACCT #:       XXXXXXXXX
EXP DATE:     XX/XX
AUTH CODE:    031022
          NATHAN BUSHNELL

SUBTOTAL:              42.12

GRATUITY               8.00

TOTAL                  50.12

PRINT NAME

SIGNATURE

Please Sign and Return to Server

Welcome to Ye Olde College Inn
DNC Travel Hospitality Services
Terminal D
504-463-5500

Pre-Auth
MasterCard ***** **** ****          Terminal:1

Auth:054210
Tbl:105
Date:7/27/2013          Ref: 43481
Invoice:270327          Time:9:42 am
          Name:Ann
          Approved - Thank You

          Amount:  $12.54                    1
                                             —
          Tip:    3.00                       4

          Total:  $15.54          ✓

Cardholder agrees to pay issuer such
total in accordance with issuer's
agreement with cardholder.

Signature    _____


          CUSTOMER COPY

```
              CAFE PONTALBA
           546 Saint Peters St.
          New Orleans, LA 70116
             (504)-522-1180
Date:        Jul21'13 11:25AM
Card Type:  MasterCard
Acct #:     XXXXXXXXXXX █████
Card Entry: SWIPED
Trans Type: PURCHASE
Exp Date:   XX/XX
Auth Code:  042512
Check:      3457
Table:      24/1
Server:     408 Trimile

Subtotal:          16.16
Gratuity:_____3.00___

Total:_____

Signature:

Comments:_____
        _____
        _____

*** Customer Copy ***
```

$19.16 ✓

**U.S. Department of Justice**

**Request, Authorization and Modification of Contract for Services of Expert Witness, Litigative Consultant, or ADR Neutral**

| Contract / Purchase Order Number: | DJJ-12W-ENR01-0161 |
| --- | --- |

| 1. Requesting Official (Name and Title)<br>Mariani, Tom<br>ASC | 2. Signature of Requesting Official<br><Signature In Contract File> | 3. Point of Contact (Name and Tel.)<br>ANDRE, ABIGAIL<br>Telephone: 202-305-2776 | 4. Date of Request<br>03/11/2013 |
| --- | --- | --- | --- |
| 5. Originating Office (Name & Address)<br>ENRD/EES<br><br>Washington, DC | 6. Case Name, Court & Docket No.<br>U.S. V. BP EXPLORATION &<br>PRODUCTION INC; ANADARKO<br>EXPLORATION & PRODUCTION<br>LP, ET AL (DEEPWATER<br>HORIZON WELLHEAD)<br>LAE<br>10-4536<br><br>DJ File No. 90-5-1-1-10026 | 7. Contractor (Name, Address & Telephone)<br>Dr. Nathan Bushnell<br>SimuTech Group, Inc<br>50 Rosan Drive, Suite 120<br>Toronto, Ontario, Canada, M9W 1B3<br>TIN/SSN: ⸱  1.6     DUNS: 199618455<br>Telephone: 585-424-2010     Fax: 416-249-6045<br>Business Type: | |
| 8. Modification Information | | | |
| 8.a. Type of Service(Insert "Expert Witness", "Litigative Consultant" or "ADR Neutral")<br><br>Expert Witness | 8.b. Performance Period (From – To)<br><br>02/13/2012 to 06/30/2017 | 8.c. Estimated Cost<br>Total BOW<br>$849,760.00 | 8.d. Modification Number<br><br>0003 | 8.e. Effective Date<br>Date of CO signature In Block 14c below |

9. Description of Modification (Insert below-attach continuation sheets if necessary)

| 10. Appropriation Data | | | | |
| --- | --- | --- | --- | --- |
| 10.a. Authorized Amount | 10.b. YREGDOC<br>M0153167 | 10.c. Cost Center<br>3361960418 | 10.d. OBL Month<br>1303 | 10.e. Sub Object Code (SOC)<br>1157 |
| 10.f. Remarks<br>Current Contract Obligation: L0162107 | | | | |

11. Summary of Funding and Performance Period Changes

| 11.a. Current Contract (to include any prior modifications) | | |
| --- | --- | --- |
| 11.b. This Modification (funds added/subtracted additional time) | | |

*The Contractor shall not exceed the amount shown in Block 11.c. unless authorized in writing by the Contracting Officer*

| 12. Funding Approval | | |
| --- | --- | --- |
| 12.a. Signature of Approving Officer<br>*Theresa Cahill* | 12.b. Name & Title of Approving Official<br>Theresa Cahill, Budget Analyst | 12.c. Date Approved<br>3/20/13 |

Type of Modification (Place an "X" in the applicable Box in the Left Column)

| X | This is supplemental agreement requires the signature of the Contractor AND the Contracting Officer to effect the changes described in Block 9. |
| --- | --- |
| | This unilateral modification ONLY requires the signature of the Contracting Officer to effect the administrative changes (e.g., change the paying office or appropriate data) described in Block 9. |

| 13. Contractor Signature | | |
| --- | --- | --- |
| 13.a. Signature of Authorized Person<br>*Alan McLin* | 13.b. Name and Title of Signer<br>Alan McLin, VP Customer Services | 13.c. Date Signed<br>03/20/2013 |

| 14. Contracting Officer Signature | | |
| --- | --- | --- |
| 14.a. Signature of Contracting Officer<br>*Carl W. Toepel* | 14.b. Name of Contracting Officer<br>Carl W. Toepel | 14.c. Date Signed<br>MAR 20 2013 |

2x6 3/20/13

Witness Fees_072

EXIDOD



**U.S. Department of Justice**

Environment and Natural Resources Division

---

Executive Office
Expert Contracting Unit
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

Telephone: (202) 616-3153/1432
Facsimile: (202) 616-3531

(425)
353 8089
41761

## EXPERT GTA REQUEST FORM

Date of Request: _May 21, 2013_

Traveler's Name: _Nathan Bushnell_

Company Name: _Simutech Group_

Telephone No.: _416-249-1471 x 238_     Fax No.: _416-249-5045_

Destination(s): _New Orleans, Louisianna._

Anticipated
   Travel Date(s): _July 25 - 31_

Contract (PO)
   Number: _DJJ-12W-ENR01-0161_

Finance Number
   (YREGDOC): _~EO15210-7~ NO1 53167_

Case Name: _US vs BP Exploration + Production Inc, Anadarko Exploration + Production LP et al (Deepwater Horizon Wellhead)_

DJ#: _90-5-1-1-10026_

Attorney Name: _Flickinger, Nancy_     Section: _____

When completed please fax to the Expert Contracting Unit at (202) 616-3531.

---

**\*\*\* EXPERT CONTRACTING UNIT ONLY \*\*\***

Fiscal Year/FCN: _13-53167_     (FEW)   SF   REIMB
Amount: _481.60_                Reconciliation: ☐
Ticket No: _____             Carrier: _____
TMC Agent Name: _____
Agent Phone No.: _____

Approved ☒   Disapproved ☐

Signature: _____               Date: _____
Remarks: _____

Cancellation Date: _____
Credit Amount: _____          Reconciliation: ☐



## Trip on Jul 15, 2013

Locator: **EXIDOD**    Date: **Jul 12, 2013**

| | |
|---|---|
| Traveler | **NATHAN P K BUSHNELL** |
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 57 |

```
*********************************
TVL AUTHORIZATION RCVD FROM JL IN CC SVCS-BY MI MARTINEZ
*********************************
*TICKET PURCHASED WITH CBA CA556826..0636 *
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX.
*********************************
*TICKET PURCHASE WITH CA.......0636*
*IN THE PRICING BOX
*********************************
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.
```

### Monday, July 15, 2013

Confirmation **EXIDOD**



**Flight AMERICAN AIRLINES 678**

| DEPARTURE | ARRIVAL |
|---|---|
| **SEATTLE/TACOMA, WA** | **DALLAS/F.WORTH, TX** |
| 9:00 AM, Jul 15, 2013 | 2:50 PM, Jul 15, 2013 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 03:50 (Non-stop) |
| Equipment | Boeing 757 |
| Meal Service | Food For Purchase |
| Reserved Seats | 16A (Window) |
| Notes | ONEWORLD |

### Monday, July 15, 2013

Confirmation **EXIDOD**



**Flight AMERICAN AIRLINES 1662**

| DEPARTURE | ARRIVAL |
|---|---|
| **DALLAS/F.WORTH, TX** | **NEW ORLEANS, LA** |
| 3:55 PM, Jul 15, 2013 | 5:25 PM, Jul 15, 2013 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:30 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 26D (Aisle) |
| Notes | ONEWORLD |

### Tuesday, July 16, 2013

Confirmation **80648451**



**Hotel HAMPTON STES NEW ORL CONV CTR**

| LOCATION | CONTACT |
|---|---|
| 1201 CONVENTION CTR BLVD | Tel 1-504-566-9990 |
| NEW ORLEANS, LA US 70130 | Fax 1-504-566-9997 |

| | |
|---|---|
| Reserved For | NATHAN P K BUSHNELL |
| Status | Confirmed |

| | |
|---|---|
| Check-In | Jul 16, 2013 |
| Check-Out | Jul 22, 2013 |
| Number of Rooms | 1 |
| Rate | USD 101.00/night |
| Cancellation Policy | Cancel by 6PM |
| Directions | LOUIS ARMSTRONG NEW ORLEANS INTL. AIRPORT |

## Monday, July 22, 2013

Confirmation **C875604680**

 **Hotel W NEW ORLEANS**

**LOCATION**
**333 POYDRAS ST**
**NEW ORLEANS, LA US 70130**

**CONTACT**
**Tel 504-525-9444**
**Fax 504-581-7179**

| | |
|---|---|
| Reserved For | NATHAN P K BUSHNELL |
| Status | Confirmed |
| Check-In | Jul 22, 2013 |
| Check-Out | Jul 27, 2013 |
| Number of Rooms | 1 |
| Rate | USD 101.00/night |
| Cancellation Policy | Cancel by 4PM |
| Directions | DIRECTION TO THE PROPERTY FROM EAST – TAKE I-10 TO CANAL STREET/SUPERDOME EXIT. TURN RIGHT ON CANAL..GO 10 BLOCKS..TURN RIGHT ON TCHOUPITOULAS STREET..GO 2 BLOCKS. LEFT ON POYDRAS STREET..GO 1 BLOCK. LEFT ON SOUTH PETER..HOTEL ON CORNER. |

## Sunday, July 28, 2013

Confirmation **C195604681**

 **Hotel W NEW ORLEANS**

**LOCATION**
**333 POYDRAS ST**
**NEW ORLEANS, LA US 70130**

**CONTACT**
**Tel 504-525-9444**
**Fax 504-581-7179**

| | |
|---|---|
| Reserved For | NATHAN P K BUSHNELL |
| Status | Confirmed |
| Check-In | Jul 28, 2013 |
| Check-Out | Jul 31, 2013 |
| Number of Rooms | 1 |
| Rate | USD 101.00/night |
| Cancellation Policy | Cancel by 4PM |
| Directions | DIRECTION TO THE PROPERTY FROM EAST – TAKE I-10 TO CANAL STREET/SUPERDOME EXIT. TURN RIGHT ON CANAL..GO 10 BLOCKS..TURN RIGHT ON TCHOUPITOULAS STREET..GO 2 BLOCKS. LEFT ON POYDRAS STREET..GO 1 BLOCK. LEFT ON SOUTH PETER..HOTEL ON CORNER. |

## Wednesday, July 31, 2013

Confirmation **EXIDOD**

 **Flight AMERICAN AIRLINES 435**

**DEPARTURE**
**NEW ORLEANS, LA**
**8:20 AM, Jul 31, 2013**

**ARRIVAL**
**DALLAS/F.WORTH,TX**
**9:55 AM, Jul 31, 2013**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 01:35 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 29D (Aisle) |
| Notes | ONEWORLD |

## Wednesday, July 31, 2013

Confirmation **EXIDOD**

 **Flight AMERICAN AIRLINES 493**

**DEPARTURE**
**DALLAS/F.WORTH,TX**
**10:35 AM, Jul 31, 2013**

**ARRIVAL**
**SEATTLE/TACOMA,WA**
**12:35 PM, Jul 31, 2013**

| | | | | | | |
|---|---|---|---|---|---|---|
| Status | Confirmed |
| Class | Coach Class – G |
| Duration | 04:00 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Notes | ONEWORLD |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| BUSHNELL NATHAN P K | 1143795/0017292152388/12JUL13 | USD 407.45 | 30.55US | 15.60ZP | 28.00XT | 481.60 |
| | | | | | **Total Amount** | **481.60** |

Form of Payment: ▮▮▮▮▮▮▮▮▮▮

## GENERAL INFORMATION

```
************************************************
******TO BOOK RESERVATIONS ONLINE PLEASE VISIT******
***************CWTSATOTRAVEL.COM*******************
```
.............................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.............................................
TRANSACTION FEES ARE NONREFUNDABLE
.............................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.............................................
GOVERNMENT ISSUED ID IS REQUIRED
.............................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.............................................

  TO VIEW ITINERARIES ONLINE PLEASE GO TO
............*** WWW.VIRTUALLYTHERE.COM ***............
ADD YOUR SABRE RESERVATION CODE, NAME, AND EMAIL IN
     THE APPROPRIATE BOXES AND ENTER.
.............................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
.............................................
........ THANK YOU FOR USING CWTSATOTRAVEL ......
......YOUR REFERENCE CODE IS *** SABRE CV4C ......
************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON–FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
.............................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 *************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
--------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
--------------------------------------------

***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**
```

# Carlson Wagonlit SatoTravel.

## Your Itinerary

| | |
|---|---|
| Traveler | **NATHAN P K BUSHNELL** |
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 57 |

```
************************************
```
TVL AUTHORIZATION RCVD FROM JL IN CC SVCS-BY MI MARTINEZ
```
************************************
```
*TICKET PURCHASED WITH CBA CA556826..0636 *
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX.
```
****************************************
```
*TICKET PURCHASE WITH CA......0636*
*IN THE PRICING BOX
```
****************************************
```
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.

---

**Sunday, July 28, 2013**          Confirmation **C195604681**



### Hotel W NEW ORLEANS

LOCATION
**333 POYDRAS ST**
**NEW ORLEANS, LA US 70130**

CONTACT
**Tel 504-525-9444**
**Fax 504-581-7179**

| | |
|---|---|
| Reserved For | NATHAN P K BUSHNELL |
| Status | Confirmed |
| Check-In | Jul 28, 2013 |
| Check-Out | Jul 31, 2013 |
| Number of Rooms | 1 |
| Rate | USD 101.00/night |
| Cancellation Policy | Cancel by 4PM |
| Directions | DIRECTION TO THE PROPERTY FROM EAST – TAKE I-10 TO CANAL STREET/SUPERDOME EXIT. TURN RIGHT ON CANAL..GO 10 BLOCKS..TURN RIGHT ON TCHOUPITOULAS STREET..GO 2 BLOCKS. LEFT ON POYDRAS STREET..GO 1 BLOCK. LEFT ON SOUTH PETER..HOTEL ON CORNER. |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| BUSHNELL, NATHAN P K | 1143795/0017292152388/12JUL13 | USD 407.45 | 30.55US | 15.60ZP | 28.00XT | 481.60 |
| | | | | | **Total Amount** | **481.60** |

Form of Payment: ███████████

## GENERAL INFORMATION
```
*****************************************************
```
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
```
***************CWTSATOTRAVEL.COM*******************
```
```
..............................................
```
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
```
..............................................
```
TRANSACTION FEES ARE NONREFUNDABLE
```
..............................................
```

UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
......................................................
GOVERNMENT ISSUED ID IS REQUIRED
......................................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
......................................................
......................................................
     TO VIEW ITINERARIES ONLINE PLEASE GO TO
...........*** WWW.VIRTUALLYTHERE.COM ***............
ADD YOUR SABRE RESERVATION CODE, NAME, AND EMAIL IN
     THE APPROPRIATE BOXES AND ENTER.
......................................................
......................................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
......................................................
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
......................................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 *************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
-------------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-------------------------------------------------

***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**



21700 ENR EXPERT
JACKIE LASHLEY
P O BOX 7754
BENJAMIN FRANKLIN STATION
WASHINGTON DC 20044-7754

ACCOUNT NUMBER

2013/

STATEMENT DATE: 08/13/13

PM 3: 27

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|-----------|-----------|------------------|-------------------------|--------|
| 07-15 | 07-12 | 871941456506 | AMERICAN 00172921523880 SAN ANTONIO TX | 481.60 |
| | | Memo Transaction | | |
| | | BUSHNELL/NATHAN | DEPARTURE: 07-15-13 | |
| | | P.O.S.: SALES TAX: $0.00 | | |
| | | SEA AA Y DFW AA Y MSY AA G DFW AA G SEA | | |
| 07-31 | 07-29 | 872112263787 | AMERICAN 00172857053754 SAN ANTONIO TX | 260.80 |
| | | Memo Transaction | | |
| | | BUSHNELL/NATHAN | DEPARTURE: 07-30-13 | |
| | | P.O.S.: SALES TAX: $0.00 | | |
| | | MSY AA Y DFW AA Y SEA | | |
| 08-05 | 07-30 | 872141428275 | AMERICAN 00172921523882 SAN ANTONIO TX | 220.80CR |
| | | Memo Transaction | | |
| | | BUSHNELL/NATHAN | DEPARTURE: - - | |
| | | P.O.S.: SALES TAX: $0.00 | | |



Witness Fees_080