# Exhibit 10B

**TO UNITED STATES' BILL OF COSTS**



21700 ENR EXPERT
JACKIE LASHLEY
601 D STREET, NW
ROOM 2430
WASHINGTON DC 20530-0001

ACCOUNT NUMBER

STATEMENT DATE: 02/13/15



| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 01-15 | 01-13 | 870143413433 | DELTA 00675180043274 SAN ANTONIO TX<br>Memo Transaction<br>CLAPP/RICHARD W DEPARTURE: 01-16-15<br>P.O.S.: SALES TAX: $0.00<br>BOS DL L ATL DL L MSY DL L ATL DL L BOS | 403.20 |
| 01-22 | 01-20 | 870213371272 | DELTA 00675667818803 SAN ANTONIO TX<br>Memo Transaction<br>CLAPP/RICHARD W DEPARTURE: 01-21-15<br>P.O.S.: SALES TAX: $0.00<br>MSY DL L ATL DL L BOS | 201.60 |
| 01-26 | 01-22 | 580250073360 | DELTA 00675180043276 SAN ANTONIO TX<br>Memo Transaction<br>CLAPP/RICHARD W DEPARTURE: - -<br>P.O.S.: SALES TAX: $0.00 | 201.60CR |

Witness Fees_081



**U.S. Department of Justice**

Environment and Natural Resources Division

Executive Office
Expert Contracting Unit
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

Telephone: (202) 616-3153/1432
Facsimile: (202) 616-3531

# EXPERT GTA REQUEST FORM

Date of Request: _Dec 23, 2014_

Traveler's Name: _Richard W. Clapp_

Company Name: _n/a_

Telephone No.: ▮▮▮▮▮▮▮▮▮     Fax No.:

Destination(s): _New Orleans, LA_

Anticipated
Travel Date(s): _Jan 16-22, 2015_ ✓

Contract (PO)
Number: _DJJ-14W-ENRO1-0321_ ✓

Finance Number
(YREGDOC): _N0154280_

Case Name: _U.S, et al v BP Exploration and Production, Inc;_ ✓

DJ#: _90-5-1-1-10026_ ✓

Attorney Name: _Erica Pencak_     Section: _EES_

**When completed please fax to the Expert Contracting Unit at (202) 616-3531.**

| *** EXPERT CONTRACTING UNIT ONLY *** | |
|---|---|
| Fiscal Year/FCN: _14-54280_ | FEW   SF   REIMB |
| Amount: _403.20_ | Reconciliation: ☐ |
| Ticket No: | Carrier: |
| TMC Agent Name: _GiGi_ | |
| Agent Phone No.: | |
| | Approved ☑   Disapproved ☐ |
| Signature: _____ | Date: _1/12/15_ |
| Remarks: | |
| | |
| Cancellation Date: | |
| Credit Amount: | |
| | Reconciliation: ☐ |

**Authorized changes in time and
dates not to exceed $100.00**

 Carlson Wagonlit Travel. SatoTravel.

# Your Itinerary

| Traveler | **RICHARD W CLAPP** |
|---|---|
| | EXPERT WITNESS |
| | THIS IS YOUR OFFICIAL RECEIPT FOR TRAVEL PLEASE RETAIN FOR VOUCHERING OR REIMBURSEMENT PURPOSES. |
| Customer Number | Q31294J |
| Agent | 57 |

*TICKET PURCHASE WITH <span>▮</span>
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
**********************************

---

**Friday, January 16, 2015**                    Confirmation **GNF3YT**

 **Flight DELTA AIR LINES INC 1601**

| DEPARTURE | ARRIVAL |
|---|---|
| **BOSTON, MA** | **ATLANTA, GA** |
| **8:20 AM, Jan 16, 2015** | **11:27 AM, Jan 16, 2015** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 03:07 (Non-stop) |
| Equipment | Boeing 757 |
| Meal Service | Refreshment For Purchase |
| Reserved Seats | 42D |
| Frequent Flyer | ▮▮▮▮▮▮▮ |
| Notes | DEP-TERMINAL A |
| | ARR-SOUTH TERMINAL |

---

**Friday, January 16, 2015**                    Confirmation **GNF3YT**

 **Flight DELTA AIR LINES INC 1119**

| DEPARTURE | ARRIVAL |
|---|---|
| **ATLANTA, GA** | **NEW ORLEANS, LA** |
| **12:11 PM, Jan 16, 2015** | **12:50 PM, Jan 16, 2015** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 01:39 (Non-stop) |
| Equipment | Boeing 757 |
| Meal Service | None |
| Reserved Seats | 24E |
| Frequent Flyer | ▮▮▮▮▮▮▮ |
| Notes | DEP-SOUTH TERMINAL |
| | PREFERRED SEAT UNAVAILABLE - CENTER CONFIRMED |

---

**Friday, January 16, 2015**                    Confirmation **C691321264**

 **Hotel SHERATON NEW ORLEANS HOTEL**

| LOCATION | CONTACT |
|---|---|
| **500 CANAL STREET** | **Tel 1-504-525-2500** |
| **NEW ORLEANS, LA US 70130** | **Fax 1-504-595-5552** |

| | |
|---|---|
| Reserved For | RICHARD W CLAPP |
| Status | Confirmed |
| Check-In | Jan 16, 2015 |

| | |
|---|---|
| Check-Out | Jan 22, 2015 |
| Number of Rooms | 1 |
| Rate | USD 151.00/night |
| Cancellation Policy | Cancel 3 days prior |
| Directions | DIRECTION TO THE PROPERTY FROM AIRPORT MSY - TAKE INTERSTATE 10 EAST TO THE NEW ORLEANS BUSINESS DISTRICT. CONTINUE ON TO THE POYDRAS STREET EXIT. CONTINUE DOWN POYDRAS STREET TO CAMP STREET. TURN LEFT ON CAMP STREET.GO 3 BLOCKS AND THE HOTEL WILL BE ON THE RIGHT SIDE ON THE CORNER OF CAMP AND CANAL. |

**Thursday, January 22, 2015**                                           Confirmation **GNF3YT**

 **Flight DELTA AIR LINES INC 775**

DEPARTURE
**NEW ORLEANS, LA**
**8:30 AM, Jan 22, 2015**

ARRIVAL
**ATLANTA, GA**
**10:58 AM, Jan 22, 2015**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 01:28 (Non-stop) |
| Equipment | Boeing 757 |
| Meal Service | None |
| Reserved Seats | 36C |
| Frequent Flyer | |
| Notes | ARR-SOUTH TERMINAL |

**Thursday, January 22, 2015**                                           Confirmation **GNF3YT**

 **Flight DELTA AIR LINES INC 1200**

DEPARTURE
**ATLANTA, GA**
**11:33 AM, Jan 22, 2015**

ARRIVAL
**BOSTON, MA**
**2:01 PM, Jan 22, 2015**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 02:28 (Non-stop) |
| Equipment | Boeing 757 |
| Meal Service | Refreshment For Purchase |
| Reserved Seats | 34D |
| Frequent Flyer | |
| Notes | DEP-SOUTH TERMINAL ARR-TERMINAL A |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| CLAPP RICHARD W | 1438980/0067518004327/13JAN15 | USD 333.02 | 24.98US | 16.00ZP | 29.20XT | 403.20 |
| | | | | | **Total Amount** | **403.20** |

Form of Payment: ▮▮▮▮▮▮▮▮▮▮

**GENERAL INFORMATION**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*TO BOOK RESERVATIONS ONLINE PLEASE VISIT\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CWTSATOTRAVEL.COM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

...................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
...................................................
TRANSACTION FEES ARE NONREFUNDABLE
...................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
...................................................
GOVERNMENT ISSUED ID IS REQUIRED

Witness Fees_084

FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV

...................................................

...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......

........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1

****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 *************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
---------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
---------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
---------------------------------------------

***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**

Line Item Data For Voucher:     Date : 03/23/15
------------------------------:     TIME : 08.59.42

| Yregdoc/ Prog | Mth/ Proj | Soc/ Case | Fsoc | Fy | Acct Class/ Billno | Fund | Amount/ Rcn | Ls |
|---|---|---|---|---|---|---|---|---|
| P0155112 ENR | 1503 FTZW | 1157 NA | 1157 | 15 | 0361960418 | 36 | 1832.78 NOTR | P |

Approved /

**INVOICE** ~~[signature]~~
Johnnie A. Cusack
Contracting Officer
Date: _3-20-15_

Richard Clapp

■■■■■■■

**Invoice Date:** January 30, 2015 ✓
**Case Name:** U.S., et al. v. BP Exploration &
Production, Inc.; Anadarko Exploration &
Production LP, et al (Deepwater Horizon
Wellhead)
**DJ File No.:** 90-5-1-1-10026
**Attorneys:** Erica Pencak and Anna Cross
**Contract number:** DJJ-14W-ENR01-0321
**Cost Center (YRegDoc):** N0154280
**Period of performance:** Jan. 1 – Jan. 30, 2015 ✓

Expert ✗

Please remit payment to Richard Clapp (SS# ■■■ ), to ■■■■
■■■■■■■ ABA routing number ■■■ , account
number ■■■■■■■

| Description of Work | Rate | Quantity | Total | |
|---|---|---|---|---|
| ~~Labor:~~ | | | ■■■■ | ✓ |
| ■■■■■■■■■■■■■■■■ | | | | ✓ |
| ■■■■■■■■■■■■■■■■ | | | | |
| Itemized expenses: | | | | |
| Taxi from home to Logan Airport on 1/16/15 | | | $40.00 | ✓ |
| Hotel and tax at Sheraton New Orleans | _Deleted Movie per_ | | $884.33 | $881.35 |
| Taxi from hotel to NO Airport on 1/21/15 | _$2.98 (MC) 2/11/15_ | | $40.00 | ✓ |
| Subway from Logan Airport to home on 1/21/15 | | | $1.50 | ✓ |
| Per diem expenses for 5.5 days at $71 per day | | | $390.50 | ✓ |
| Total amount of this invoice: | | | $4,956.33 $4,953.35 | Pay |

**SPLIT INVOICE**
14-54280  $ 3,120.57
15 55112  $ 1,832.78
1,832.78

ENRD Reviewer / Contact
Marcella Chloe  514-1755
Date 03/19/16

Sheraton New Orleans
500 Canal Street
New Orleans, LA 70130
504-525-2500
http://www.starwood.com/



**Sheraton**
HOTELS & RESORTS

| Clapp, Richard | Page Number | 1 | Invoice Nbr | 1000312968 |
| Fed Rooms/managed Government | Guest Number | ▮ | Arrive Date | 01-16-2015 14:06 |
| | Folio ID | A | Depart Date | 01-21-2015 06:54 |
| | No. Of Guest | 1 | Agent | JANEFLU |
| | Room Number | 1625 | | |
| | | Invoice | | |

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 01-16-2015 | RT1625 | Room Chrg Government | $151.00 | |
| 01-16-2015 | RT1625 | City Sales Tax | $6.04 | |
| 01-16-2015 | RT1625 | State Sales Tax | $13.59 | |
| 01-16-2015 | RT1625 | Act 410 Assessment CVB | $2.64 | |
| 01-16-2015 | RT1625 | Occupancy Fee | $3.00 | |
| 01-16-2015 | S947 | In Room Movie/Video Games | $16.50 | |
| 01-16-2015 | S947 | Sales Tax | $1.49 | |
| 01-17-2015 | RT1625 | Room Chrg Government | $151.00 | |
| 01-17-2015 | RT1625 | City Sales Tax | $6.04 | |
| 01-17-2015 | RT1625 | State Sales Tax | $13.59 | |
| 01-17-2015 | RT1625 | Act 410 Assessment CVB | $2.64 | |
| 01-17-2015 | RT1625 | Occupancy Fee | $3.00 | |
| 01-17-2015 | S533 | In Room Movie/Video Games | $16.50 | |
| 01-17-2015 | S533 | Sales Tax | $1.49 | |
| 01-18-2015 | RT1625 | Room Chrg Government | $151.00 | |
| 01-18-2015 | RT1625 | City Sales Tax | $6.04 | |
| 01-18-2015 | RT1625 | State Sales Tax | $13.59 | |
| 01-18-2015 | RT1625 | Act 410 Assessment CVB | $2.64 | |
| 01-18-2015 | RT1625 | Occupancy Fee | $3.00 | |
| 01-18-2015 | 6420-327 | Pelican Bar | $21.67 | |
| 01-19-2015 | RT1625 | Room Chrg Government | $151.00 | |
| 01-19-2015 | RT1625 | City Sales Tax | $6.04 | |
| 01-19-2015 | RT1625 | State Sales Tax | $13.59 | |
| 01-19-2015 | RT1625 | Act 410 Assessment CVB | $2.64 | |
| 01-19-2015 | RT1625 | Occupancy Fee | $3.00 | |
| 01-20-2015 | RT1625 | Room Chrg Government | $151.00 | |
| 01-20-2015 | RT1625 | City Sales Tax | $6.04 | |
| 01-20-2015 | RT1625 | State Sales Tax | $13.59 | |
| 01-20-2015 | RT1625 | Act 410 Assessment CVB | $2.64 | |
| 01-20-2015 | RT1625 | Occupancy Fee | $3.00 | |

Continued on the next page

Sheraton New Orleans
500 Canal Street
New Orleans, LA 70130
504-525-2500
http://www.starwood.com/



**Sheraton**
HOTELS & RESORTS

Clapp, Richard
Fed Rooms/managed
Government

| | | |
|---|---|---|
| Page Number | 2 | |
| Guest Number | ▮ | |
| Folio ID | A | |
| No. Of Guest | 1 | |
| Room Number | 1625 | |
| | Invoice | |

Invoice Nbr    1000312968
Arrive Date    01-16-2015 14:06

Depart Date    01-21-2015 06:54
Agent          JANEFLU

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 01-21-2015 | AX | American Express | | $-939.00 |
| | | ** Total | $939.00 | $-939.00 |
| | | ** Balance | $-0.00 | |

***For Authorization Purpose Only***
RICHARD CLAPP

| Date | Credit Card | Code | Authorized |
|---|---|---|---|
| 01-16-2015 | ▮ | 581440 | 1,359.00 |

For your convenience, we have prepared this zero-balance folio
indicating a $0 balance on your account. Please be advised that any charges
not reflected on this folio will be charged to the credit card on file with
the hotel. While this folio reflects a $0 balance, your credit card may not
be charged until after your departure. You are ultimately responsible for
paying all of your folio charges in full.

EXPENSE SUMMARY REPORT
Currency: USD

| Date | Room Tax | Food/Bev | Telephone | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 01-16-2015 | $176.27 | $0.00 | $0.00 | $0.00 | $17.99 | $194.26 | $0.00 |
| 01-17-2015 | $176.27 | $0.00 | $0.00 | $0.00 | $17.99 | $194.26 | $0.00 |
| 01-18-2015 | $176.27 | $21.67 | $0.00 | $0.00 | $0.00 | $197.94 | $0.00 |
| 01-19-2015 | $176.27 | $0.00 | $0.00 | $0.00 | $0.00 | $176.27 | $0.00 |
| 01-20-2015 | $176.27 | $0.00 | $0.00 | $0.00 | $0.00 | $176.27 | $0.00 |
| 01-21-2015 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $-939.00 |
| Total | $881.35 | $21.67 | $0.00 | $0.00 | $35.98 | $939.00 | $-939.00 |

Continued on the next page

Witness Fees_089

Sheraton New Orleans
500 Canal Street
New Orleans, LA 70130
504-525-2500
http://www.starwood.com/



**Sheraton**
HOTELS & RESORTS

Clapp, Richard
Fed Rooms/managed
Government

| | | |
|---|---|---|
| Page Number | 3 | |
| Guest Number | ▉▉▉ | |
| Folio ID | A | |
| No. Of Guest | 1 | |
| Room Number | 1625 | |
| | Invoice | |

Invoice Nbr   1000312968
Arrive Date   01-16-2015  14:06

Depart Date   01-21-2015  06:54
Agent         JANEFLU

As a Starwood Preferred Guest, you could have earned 1746 Starpoints for this visit. Please provide your member number or enroll today.

Thank you for choosing Starwood Hotels We look forward to welcoming you back soon! Tell us about your stay. www.sheraton.com/reviews

Tell us about your stay. www.sheraton.com/reviews

Upgrade to Sheraton Club on your next stay, where available. Enjoy a higher level of comfort and convenience in Sheraton Club and discover a place to be more productive, catch up with friends and enjoy complimentary breakfast, drinks and all-day snacks. Learn more at www.sheraton.com/club

Signature_____

# INVOICE

Richard Clapp *- Expert*

**Invoice Date:** November 4, 2014 ✓
**Case Name:** U.S., et al. v. BP Exploration &
Production, Inc.; Anadarko Exploration &
Production LP, et al (Deepwater Horizon
Wellhead)
**DJ File No.:** 90-5-1-1-10026
**Attorneys:** Erica Pencak and Anna Cross
**Contract number:** DJJ-14W-ENR01-0321
**Cost Center (YRegDoc):** N0154280
**Period of performance:** Oct. 1 - Oct. 31, 2014 ✓

Please remit payment to Richard Clapp (SS# ████████ , to ████████
████████ ABA routing number ████████ , account
number ████████

| Description of Work | Rate | Quantity | Total |
|---|---|---|---|
| ███████████████████████ | | | ████ |
| Itemized expenses: | | | |
| Hotel room and Louisiana taxes for two nights | | | $325.30 ✓ |
| Taxi from home to Boston Logan airport on 10/30 | | | $40.00 ✓ |
| Taxi from Armstrong Airport to 400 Poydras St. on 10/30 | | | $40.00 ✓ |
| Taxi from Westin Canal St. to Armstrong Airport on 11/1 | | | $40.00 ✓ |
| Per diem expenses for 2.5 days from 10/30/14 through 11/1/14 | $75/day | | $187.50 $177.50 |
| Total amount of this invoice: | | | $8,032.80 $8,022.80 |

Approved

*Johnnie R. Cusack* (signature)

Johnnie R. Cusack
Contracting Officer
Date: 12-1-14

ENRD Reviewer / Contact
Marcella Chloe 514-1755
Date 11/28/14

Westin New Orleans At C 1 Place
100 Rue Iberville
New Orleans, LA 70130
504-566-7006
http://www.starwood.com/



# WESTIN®

## HOTELS & RESORTS

| | | | |
|---|---|---|---|
| Clapp, Richard | Page Number | 1 | Invoice Nbr 1000042470 |
| Fed Rooms/managed | Guest Number | | Arrive Date 10-30-2014 17:28 |
| Government | Folio ID | A | Depart Date 11-01-2014 06:33 |
| | No. Of Guest | 1 | Agent TMITCHEL |
| | Room Number | 1928 | |
| | Time | 11-01-2014 06:40 | |
| | | Invoice | |

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 10-30-2014 | RT1928 | Occupancy Fee | $2.00 | |
| 10-30-2014 | RT1928 | Orleans Parish Tax | $5.60 | |
| 10-30-2014 | RT1928 | Stadium & Exhibition Hall Tax | $9.80 | |
| 10-30-2014 | RT1928 | State Of Louisiana Tax | $2.80 | |
| 10-30-2014 | RT1928 | Tourism Support Assessment | $2.45 | |
| 10-30-2014 | RT1928 | Room Revenue | $140.00 | |
| 10-30-2014 | 693 | Lobby Bar | $54.10 | |
| 10-31-2014 | RT1928 | Occupancy Fee | $2.00 | |
| 10-31-2014 | RT1928 | Orleans Parish Tax | $5.60 | |
| 10-31-2014 | RT1928 | Stadium & Exhibition Hall Tax | $9.80 | |
| 10-31-2014 | RT1928 | State Of Louisiana Tax | $2.80 | |
| 10-31-2014 | RT1928 | Tourism Support Assessment | $2.45 | |
| 10-31-2014 | RT1928 | Room Revenue | $140.00 | |
| 10-31-2014 | 762 | Lobby Bar | $9.07 | |
| 10-31-2014 | 1 | Internet Service In Room | $5.95 | |
| 11-01-2014 | AX | American Express | | $-394.42 |
| | | ** Total | $394.42 | $-394.42 |
| | | ** Balance | $-0.00 | |

$325.30 MC

***For Authorization Purpose Only***
RICHARD CLAPP

| Date | Credit Card | Code | Authorized |
|---|---|---|---|
| 10-30-2014 | | | 378.00 |
| 10-30-2014 | | | 100.00 |

As a Starwood Preferred Guest you have earned at least 1026
Starpoints for this visit G50954376076

Continued on the next page

Westin New Orleans At C___ 1 Place
100 Rue Iberville
New Orleans, LA 70130
504-566-7006
http://www.starwood.com/



**WESTIN** ®

HOTELS & RESORTS

| | | | | | |
|---|---|---|---|---|---|
| Clapp, Richard | Page Number | 2 | Invoice Nbr | 1000042470 | |
| Fed Rooms/managed Government | Guest Number | ▓▓▓▓ | Arrive Date | 10-30-2014 17:28 | |
| ▓▓▓▓ | Folio ID | A | Depart Date | 11-01-2014 06:33 | |
| | No. Of Guest | 1 | Agent | TMITCHEL | |
| | Room Number | 1928 | | | |
| | Time | 11-01-2014 06:40 | | | |
| | | Invoice | | | |

Thank you for choosing Starwood Hotels We look forward to welcoming you back soon! Tell us about your stay. www.westin.com/reviews

Tell us about your stay. www.westin.com/reviews

WESTIN FINDS FROM AFAR - Delve deeper into your destination with a curated selection of hidden gems and off-the-beaten-path experiences right by your hotel, all with a Westin point of view. Discover more at westin.com/FindsfromAFAR



**▲ DELTA**
CONMY/RORYNNICOLE

DL2382484240

LCA

| FLIGHT | DATE | CLASS | ORIGIN |
|--------|------|-------|--------|
| DL552 | 24JUN | L | ATLANTA |

OPERATED BY          COACH   DESTINATION
DELTA AIR LINES INC           NEW ORLEANS

DEPARTURE GATE B34   SUBJECT TO CHANGE

SEAT **35D**
DEPARTS 851P
BRD TIME 811P   ZONE 1

BAGS 01

---

BOARDING PASS
SKYMILES AMEX
2 006 7460196546 0
H4H5SB

---

BOARDING PASS
SKYMILES AMEX
CONMY/RORYNNICOLE

DL2382484240

SEAT **35D**

| FLIGHT | DATE |
|--------|------|
| DL552 | 24JUN |

ZONE 1

ORIGIN
ATLANTA
DESTINATION
NEW ORLEANS

OPERATED BY DELTA AIR LINES INC

BAGS 01

---

TUE, JUN 24, 2014

**Robynnicole Conmy**
**H4H5SB/SKYMILES AMEX**

SkyMiles #XXXXXX4240

**▲ DELTA**
BOARDING DOCUMENT

# CVG ▶ ATL

CINCINNATI (CVG) ▶
**Atlanta** (ATL)
FLIGHT DL2455

| BOARDING | GATE* | ZONE | SEAT | | |
|----------|-------|------|------|---|---|
| 5:38pm | B05 | 1 | **35C** Economy (L) | Depart | Tue, 6:18pm |
| | | | | Arrive | Tue, 7:50pm |

*Gates may change. Check airport monitors.

Fly Paperless: www.delta.com/app

Ticket#: 006 7460196546

KCVGTKT3XPKIE04

Witness Fees_094

▲ DELTA

## Robynnicole Conmy
**H4H5SB/SKYMILES AMEX**

SkyMiles #XXXXXX4240



# MSY ▸ ATL

NEW ORLEANS (MSY) ▸
**Atlanta** (ATL)
FLIGHT DL849

| | BOARDING | GATE* | ZONE | SEAT | | |
|---|---|---|---|---|---|---|
| | 5:20am | D6 | 1 | 34B | Depart | Fri, 6:00am |
| | | | | Economy (L) | Arrive | Fri, 8:28am |

*Gates may change. Check airport monitors.

Fly Paperless: www.delta.com/app

Ticket#: 006 7460196546

KMSYTKT3XPKIB04

---

FRI, JUN 27, 2014

▲ DELTA
BOARDING DOCUMENT

## Robynnicole Conmy
**H4H5SB/SKYMILES AMEX**

SkyMiles #XXXXXX4240

# ATL ▸ CVG

ATLANTA (ATL) ▸
**Cincinnati** (CVG)
FLIGHT DL2011

| | BOARDING | GATE* | ZONE | SEAT | ⏱ Layover | 1h 0m |
|---|---|---|---|---|---|---|
| | 8:48am | - | 1 | 16B | Depart | Fri, |
| | | | | Economy (L) | Arrive | Fri, 1( |

*Gates may change. Check airport monitors.

Fly Paperless: www.delta cc

Ticket#: 006 7460196546

KMSYTKT3XF

Witness Fees_095



**Hilton**
EW ORLEANS RIVERSIDE

AME AND ADDRESS:
ONMY, ROBYN

| | |
|---|---|
| **Room:** | 4023/K1D |
| **Arrival Date:** | 6/24/2014  10:34:00PM |
| **Departure Date:** | 6/27/2014 |
| **Adult/Child:** | 1/0 |
| **Room Rate:** | 151.00 |

RATE PLAN    L-GV

HH#
AL
BONUS AL    CAR

onfirmation Number : 3128992100

/27/2014    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/24/2014 | GUEST ROOM | TANGELIQ | 14784534 | $151.00 | | |
| 6/24/2014 | SALES TAX - 13.00% | TANGELIQ | 14784534 | $19.63 | | |
| 6/24/2014 | OCCUPANCY TAX - 2.00 | TANGELIQ | 14784534 | $2.00 | | |
| 6/24/2014 | CITY TAX - 1.00 | TANGELIQ | 14784534 | $1.00 | | |
| 6/24/2014 | CVB TOURISM ASSESSMENT | TANGELIQ | 14784534 | $2.64 | | |
| 6/25/2014 | INTERNET ACCESS | LINTR | 14785348 | $12.95 | | |
| 6/25/2014 | *ROOM SERVICE | LINTR | 14785363 | $15.33 | | |
| 6/25/2014 | GUEST ROOM | TANGELIQ | 14787475 | $151.00 | | |
| 6/25/2014 | SALES TAX - 13.00% | TANGELIQ | 14787475 | $19.63 | | |
| 6/25/2014 | OCCUPANCY TAX - 2.00 | TANGELIQ | 14787475 | $2.00 | | |
| 6/25/2014 | CITY TAX - 1.00 | TANGELIQ | 14787475 | $1.00 | | |
| 6/25/2014 | CVB TOURISM ASSESSMENT | TANGELIQ | 14787475 | $2.64 | | |
| 6/26/2014 | *ROOM SERVICE | LINTR | 14788166 | $20.21 | | |
| 6/26/2014 | GUEST ROOM | TANGELIQ | 14789976 | $151.00 | | |
| 6/26/2014 | SALES TAX - 13.00% | TANGELIQ | 14789976 | $19.63 | | |
| 6/26/2014 | OCCUPANCY TAX - 2.00 | TANGELIQ | 14789976 | $2.00 | | |
| 6/26/2014 | CITY TAX - 1.00 | TANGELIQ | 14789976 | $1.00 | | |
| 6/26/2014 | CVB TOURISM ASSESSMENT | TANGELIQ | 14789976 | $2.64 | | |

WILL BE SETTLED TO MC   █          $577.30

EFFECTIVE BALANCE OF             $0.00







## Zip-Out Check-Out®

ood Morning ! We hope you enjoyed your stay, With Zip-Out Check-Out
ere is no need to stop at the Front Desk to check out.
Please review this statement. It is a record of your charges as of late last
evening.
For any charges after your account was prepared, you may:
· pay at the time of purchase.
· charge purchases to your account, then stop by the Front Desk for an
updated statement.
· or request an updated statement be mailed to you within two business days.
the statement meets with your approval, simply press the Zip-Out Check-Out
utton on your guest room telephone. Your account will be automatically checked
ut and you may use this statement as your receipt. Feel free to leave your key(s)
the room. *Please call the Front Desk if you wish to extend your stay or if you
ave any questions about your account.*

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| | 2287615   A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC | |
| TOTAL AMOUNT | |
| PAYMENT DUE UPON RECEIPT | |



Witness Fees_096

VETERANS TAXI CO.
(504) 367-8767
WE ARE PLEASED TO SERVE N. O. FOR 71 YEARS

| TERMINAL ID: | |
| VEHICLE ID : | 320-618-849 |
| DRIVER ID : | 156V |
| TRIP NUMBER : | ••••4764 |
| PASSENGERS: | 4166 |
| | 1 |

06-27-2014
START: 04:46
DISTANCE: 0.00          END: 04:48
                        RATE : 2

FARE AMOUNT             $ 33.00

TOTAL  :  $  33.00

AMEX SALE :

APPROVAL NUMBER :        534999

***PASSENGER COPY***

TAXICAB AND FOR HIRE VEHICLE BUREAU
FOR COMPLIMENTS OR CONCERNS PLEASE CALL
(504) 658-7176
THANKS FOR RIDING WITH US

Powered by:



VeriFone
Transportation Systems


TAXI CAB

| TERMINAL ID: | |
| VEHICLE ID : | 320-480-351 |
| DRIVER ID : | 1009 |
| TRIP NUMBER : | ••••7806 |
| | 1967 |

06-24-2014
START: 21:29
FIST          0.00      END: 21:29
                        RATE : 2

FARE AMOUNT   $         33.00

TOTAL  :  $  33.00

CREDIT CARD SALE :

APPROVE NUMBER :        51480

***PASSENGER COPY***

COMPLAINTS OR CONCERNS
CALL 504 460 7503

THANK YOU FOR RIDING WITH US

Powered by:



VeriFone
Transportation Systems



# Talas Engineering, Inc.

20902 Cabot Boulevard
Hayward, CA 94545-1129

OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

www.talasinc.com
Phone # (510) 723-1130  Fax # (510) 2013 SEP 13  AM 6:42

Fed I.D. #20-8922706

## Invoice

| Date | Invoice # |
|------|-----------|
| 9/6/2013 | 5785 |

Approved

_Cusack_

Invoice to:

Mr. Scott Cernich
DOJ/ENRD Expert Contracting Unit
P. O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611

Jeffanie R. Cusack
Contracting Officer
Date: 9-26-13

Cost Center Code #3361960418
YREGDOC #M0153283

| File Name: | Deepwater Horizon Wellhead | Claim #  DJ File #90-5-1-1-10026 |
|------------|----------------------------|----------------------------------|
| Client Contact: Mr. Scott Cernich | | Terms:  Net 30 |
| Service date range of:  July 1, 2013 to July 31, 2013 | | Contract/PO #DJJ-13W-ENR01-0334 |

*Professional Services*

Deposition

7/12 - 7/13/13

Hours   Amount

Subtotal

**RORY R. DAVIS, PhD, PE**

*Reimbursable Expenses*

EXPENSES

Travel - Deposition in New Orleans, LA

Subtotal

Subtotal reimbursable expenses

TOTAL AMOUNT OF THIS BILL

422.20

422.20

$422.20

ENRD Reviewer / Contact
Marcella Chloe , 514-1755
Date 9 26 13

$9,359.70



# Expense Report

**EMPLOYEE:** RORY R DAVIS

**DESCRIPTION:** SUBCONTRACTOR

**CASE NAME:** DEEPWATER HORIZON - DOJ

**LOCATION:** New Orleans, LA, Gardnerville, NV, San Diego, CA

**DATES** From 7/1/2013 To 7/31/2013

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 2-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 3-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 4-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 5-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 6-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 7-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 8-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 9-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 10-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 11-Jul-13 | | | | | | | | $ - | | $ 53.25 | | | | | $ 53.25 |
| 12-Jul-13 | | | | | | | | $ - | | $ 71.00 | | | | | $ 71.00 |
| 13-Jul-13 | | | | | | | | $ - | | $ 71.00 | | | | | $ 71.00 |
| 14-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 15-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 16-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 17-Jul-13 | | $ 126.66 | | | $ 47.04 | | | $ - | | $ 53.25 | | | | | $ 226.95 |
| 18-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 19-Jul-13 | | ✓ | | | ✓ | | | $ - | | | | | | | $ - |
| 20-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 21-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 22-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 23-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 24-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 25-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 26-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 27-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 28-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 29-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 30-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| 31-Jul-13 | | | | | | | | $ - | | | | | | | $ - |
| | | | | | | | | $ - | | | | | | | $ - |
| | | | | | | | | $ - | | | | | | | $ - |
| **SUBTOTAL** | $ - | $ 126.66 | $ - | $ 47.04 | $ - | $ - | 0.0 | $ - | $ - | $ 248.50 | $ - | $ - | $ - | $ 422.20 |
| | | | | | | | | | | | | | | | **TOTAL** |

**NOTES:** _____

ENTERED 7/8

Witness Fees_099

07-17-2013

Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz Hertz

NEW ORLEANS. INT'L AP
RES: F8704760737 /CR   / C

**RR 146783405**          #01

**RORY**
**DAVIS**

INITIAL CHARGES
RENT RT$ 421.50 /WEEK @ 1 /WEEKS $   421.50
SUBTOTAL 1                          $   421.50
DISCOUNT -       R 20 %             $    84.30
SUBTOTAL LESS DISCOUNT            T$   337.20

CHARGES ADDED DURING RENTAL
LOW               DECLINED
LIS               DECLINED
PAI, PEC          DECLINED
PERS              DECLINED
FUEL & SVC $ .376/MI   $ 9.78/GL T$   36.18

SERVICE CHARGES/TAXES
CONCESSION FEE RECOVERY      T$      41.47
FF SURCHARGE                 T$       4.00
CUST FAC CHG                 T$      37.20
ENERGY SURCHARGE             T$       1.49
TAX 10.750% ON      457.46   $       49.18
**TOTAL AMT DUE**            **$    506.64**

PAID BY ███████████

FOR EXPLANATION OF THE ABOVE CHARGES,
PLEASE ASK A REPRESENTATIVE OR GO TO
WWW.HERTZ.COM/CHARGEEXPLAINED

VEHICLE:01489/8480196 13 COROLLA    N
LICENSE:LA N205158
FUEL: FULL  8/8 OUT 0/8 IN
MILES CHECKIN:   7826
MILES @ RENTAL:  7730
MILES DRIVEN:      96
CDP: 1760364 -CONVERGENCE ENGINEERING

RENTED:   NEW ORLEANS INT'L AP
RENTAL:   07/11/13 17:17
RETURN:   07/17/13 14:30
RETURNED: NEW ORLEANS INT'L AP
COMPLETED BY: 1028 /LANEW13

PLAN IN:   0503H   RATE CLASS: C
PLAN OUT:  0503H
FF  WHOOGGS595357211

* * * A MESSAGE FROM HERTZ * * *

Rental car

Vivere ½ ($253.32)
DWH  ¼ ($126.66)

Jul. 17, 2013

RORY DAVIS
Orbitz Llc Net Program

the **Lafayette Hotel**

Lafayette Hotel
600 St. Charles Avenue
New Orleans, LA 70130
hotels@FrenchQuarter.com
Rez#: L 7-11-13-003
Room#: 307

**Thu Jul 11, 2013**
   Communication Fee     — *Viv.* Net charges $14.85     4.95
   Guest Parking     28.00
   Parking Sales Tax     3.36

**Fri Jul 12, 2013**     Parking $188.16
   Communication Fee     4.95
   Guest Parking     Parking Vivace    94.08     28.00
   Parking Sales Tax     3.36

    Parking DWH ½ × $94.08 = 47.04

**Sat Jul 13, 2013**
   Communication Fee     4.95
   Guest Parking     28.00
   Parking Sales Tax     3.36

**Sun Jul 14, 2013**
   Guest Parking     TripAdvisor.com     28.00
   Parking Sales Tax     3.36

**Mon Jul 15, 2013**
   Guest Parking     28.00
   Parking Sales Tax     3.36

**Tue Jul 16, 2013**
   Guest Parking     28.00
   Parking Sales Tax     3.36

**Wed Jul 17, 2013**
   American Express     Settled to 2003     203.01-

        Net Balance Due     .00

Signature_____
Cardholder acknowledges receipt of goods/services in the
amount shown above and agrees to perform the obligations
and terms in the Cardholder agreement with the seller.

600 ST. CHARLES AVENUE, NEW ORLEANS, LOUISIANA 70130
PHONE 504-524-4441    FAX 504-523-7327
hotels@frenchquarter.com · www.lafayettehotelneworleans.com

Witness Fees_101

# Talas Engineering, Inc.

20902 Cabot Boulevard
Hayward, CA 94545-1129

Fed I.D. #20-8922706

OFFICE OF FINANCIAL

## Invoice

www.talasinc.com
Phone # (510) 723-1130  Fax # (510) 723-1139

2014 OCT 30 √ AM 11: 30

| Date | Invoice # |
|------|-----------|
| 7/31/2013 | 5728 A √ |

Approved

Invoice to:

Mr. Scott Cernich
DOJ/ENRD Expert Contracting Unit
P. O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611

Johnie R. Cusack
Contracting Officer
Date: 11-7-14

Cost Center Code #3361960418
YREGDOC #M0153283

| | |
|---|---|
| File Name:  Deepwater Horizon Wellhead | Claim #  DJ File #90-5-1-1-10026 |
| Client Contact:  Mr. Scott Cernich | Terms:  Net 30 |
| Service date range of:  June 6, 2013 to June 30, 2013 | Contract/PO #DJJ-13W-ENR01-0334 |

*Professional Services*

Hours    Amount

Subtotal

RORY R. DAVIS, PhD, PE

ENRD Reviewer / Contact
Marcella Chloe  514-1755
Date 11 05 14

Deposition 7 13 13

Subtotal                                            0 · 00 *

                                                     0 · 00 *

✳ *Reimbursable Expenses*

                                                   549 · 80 +
EXPENSES                                           375 · 80 +
                                                   925 · 60 *

| | |
|---|---|
| Fed Ex to Rory Davis, PhD | 13.07 |
| R. Davis' travel - airfare for 7/11-7/17/13 | 549.80 |
| R. Davis' travel - lodging for 7/11-7/17/13 | 375.80 |
| | 938.67 |

Subtotal

Note: Invoice was approved (see email on file)

Subtotal reimbursable expenses                                    $938.67

TOTAL AMOUNT OF THIS BILL

on payment by SC Scott Cernich PAY ($ 925.60)        ~~$2,863.67~~

* Note: See explanation of charges attached

Witness Fees 102



## San Diego, CA - SAN to New Orleans, LA - MSY

Save as Frequent Trip | Book This Trip | View Receipt



**How was New Orleans?**

Post photos, share trips, and join the conversation at Travel   earned + 16,050 PTS
Guide.

✈ **Air**

Passenger: **RORY DAVIS**      Confirmation #AT4FPY          ACCT#

**AIR ITINERARY**

**Flight** – Business Select Fare
| JUL 11 | San Diego, CA - SAN to New Orleans, LA - MSY
**THU**   07/11/2013

**Flight** – Business Select Fare
| JUL 17 | New Orleans, LA - MSY to San Diego, CA - SAN
**WED**   07/17/2013

---

**PRICING**                                                                🖨 Print

| Trip | Routing | Fare Type | Fare |
|------|---------|-----------|------|
| Flight | SAN-MSY | Business Select | $502.33 |
| Flight | MSY-SAN | Business Select | $493.02 |
| | | Govt. Taxes & Fees | $104.25 |

Dollar Total: **$1099.60**

**Dollar Grand Total:**          $1099.60  × 50% = $549.80
**Total Points Earned:**          16,050

1-800-435-9792
SW Airline - Flights

# Cheryl Cormia

| From: | Cheryl Cormia |
|---|---|
| Sent: | Tuesday, September 10, 2013 10:20 AM |
| To: | 'Chloe, Marcella (ENRD)' |
| Subject: | FW: Southwest Airlines Confirmation-DAVIS/RORY RONALD-Confirmation: AT4FPY |
| Attachments: | image001.jpg; image003.jpg |

Marcella,

      I requested a reprinted eTicket from Southwest Airlines for Dr. Davis' flight to New Orleans in July 2013. I am forwarding to you what they sent to me. See below.

      Yesterday, I sent you a document from his account showing that he earned 16,050 points for this flight. Please let me know if this satisfies the airline documentation.

*Cheryl*
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

**Cheryl S. Cormia**
**Controller**
**Talas Engineering, Inc.**

20902 Cabot Boulevard
 Hayward, CA  94545-1129

(510) 723 -1130 (Main)
(510) 723 -1128 (Direct)
(510) 723 -1139 (fax)
ccormia@talasinc.com

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone any information contained in the message. If you have received the message in error, please advise the sender by reply to ccormia@talasinc.com and delete the message. Thank you very much.

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Tuesday, September 10, 2013 10:09 AM
**To:** Cheryl Cormia
**Subject:** Southwest Airlines Confirmation-DAVIS/RORY RONALD-Confirmation: AT4FPY

You're all set for your trip!

 **SOUTHWEST**

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

 **AIR Itinerary**

1

Find a Hotel
See ratings, photos and
rates for over 40,000 hotels.

Book a Hotel ➡



Rent Some Wheels
Explore your destination on
the perfect set of wheels.

Rent a Car ➡

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| DAVIS/RORY RONALD | - None Entered - | 5262137104100 | Jun 13, 2014 | 0 |

Rapid Rewards points earned are only estimates. Not a member - visit http://www.southwest.com/rapidrewards and sign up today!

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Jul 11 | 212 | Depart **SAN DIEGO CA** (SAN) at **09:45 AM**<br>Arrive in **NEW ORLEANS LA** (MSY) at **4:55 PM**<br>Travel Time 5 hrs 10 mins |
| Wed Jul 17 | 369 | Depart **NEW ORLEANS LA** (MSY) at **4:40 PM**<br>Arrive in **SAN DIEGO CA** (SAN) at **7:40 PM**<br>Travel Time 5 hrs 0 mins |

Air Cost: 1,099.60

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.

Fare Rule(s): Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

**CLICK 'N SAVE**

Get the best travel deals
straight to your inbox.



**Sign Up Now**



JOIN
RAPID
REWARDS

## Important Reminders:

### Check-In

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

 Go to Boarding School ➡

 Get EarlyBird Check -In™ Details ➡

## Cost and Payment Summary

 AIR - AT4FPY

| | | Payment Information |
|---|---|---|
| Base Fare | $ 995.35 | Payment Type: ███ |
| Excise Taxes | $ 74.65 | |
| Segment Fee | $ 15.60 | |
| Passenger Facility Charge | $ 9.00 | Date: Jun 13, 2013 |
| September 11th Security Fee | $ 5.00 | Payment Amount: $1,099.60 |
| **Total Air Cost** | **$1,099.60** | |

Witness Fees_105



## Flight Status Alerts

Stay on your way with flight departure or arrival status via text message or email.

Subscribe Now ♣

## ≥DING≤

Get exclusive travel deals straight to your desktop or iPhone.

Download DING! ♣

---

### Useful Tools

Check-In Online
Early Bird Check-In
View/Share Itinerary
Change Air Reservation
Cancel Air Reservation
Check Flight Status
Flight Status Notification
Book a Car
Book a Hotel

### Know Before You Go

In the Airport
Baggage Policies
Suggested Airport Arrival Times
Security Procedures
Customers of Size
In the Air
Purchasing and Refunds

### Special Travel Needs

Traveling with Children
Traveling with Pets
Unaccompanied Minors
Baby on Board
Customers with Disabilities

### Legal Policies & Helpful Information

Privacy Policy
Notice of Incorporated Terms

Customer Service Commitment
FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2013 Southwest Airlines Co. All Rights Reserved.

Witness Fees_106

| | |
|---|---|
| **From:** | Supervisor - OWW [Supervisor@OrbitzWorldWide.com] |
| **Sent:** | Monday, September 09, 2013 11:30 AM |
| **To:** | Cheryl Cormia |
| **Subject:** | Hotel receipt [Incident:130910-004056] |

## Response

Hotel Information

OSA Locator 888GSC
Hotel Confirm.# L-07-11-13-003
Hotel Host OMH
Status Booked
Check In 2013-07-11
Check Out 2013-07-17
Reserved By Rory Davis


Room Description
Deluxe Suite - 1 king bed

Number of Rooms 1
Number of Guests 1
Adult 1
Night 1 Rate $98.10
Night 2 Rate $129.00
Night 3 Rate $139.00
Night 4 Rate $98.10
Night 5 Rate $98.10
Night 6 Rate $98.10
Total Taxes & Fees $91.19
Total Cost $751.59      ×  50% = $375.80

Sales Tax Breakdown

ST $40.80 (13.0%)
CITY $6.00 (0.0%)
ST $13.42 (13.0%)
ST $14.46 (13.0%)

Hotel Fees Details

Fees collected by hotel at checkout
Miscellaneous Fee without tax $ 29.70


The Lafayette Hotel
600 St. Charles Ave.
New Orleans, LA 70130


[---001:000558:47477---]

1

Witness Fees_107

# Expense Report  6/16/13 - 6/21/13



| | |
|---|---|
| **Name:** | Dykhuizen,Ronald C. |
| **Status:** | Approved by Neiser Jr.,Richard A. on 05/20/13. |
| **Report #:** | 1 |
| **Activity #:** | T20130616 |
| **Travel Dates:** | 6/16/13 - 6/21/13 |
| **Personal Days:** | 0 |
| **Business Days:** | 6 |
| **Total Days:** | 6 |
| **Category:** | Presentation |
| **Description:** | deposition to District Court on BP flow |
| **Travel Type:** | Domestic - Travel within the USA |
| **Total Cost:** | **$ 439.60** |

## Destination(s)

| Date/Day | Location |
|---|---|
| Sun 6/16/13 | New Orleans, LA |
| Mon 6/17/13 | New Orleans, LA |
| Tue 6/18/13 | New Orleans, LA |
| Wed 6/19/13 | New Orleans, LA |
| Thu 6/20/13 | New Orleans, LA |
| Fri 6/21/13 | New Orleans, LA |

## Details

| | Sun 6/16 | Mon 6/17 | Tue 6/18 | Wed 6/19 | Thu 6/20 | Fri 6/21 | Total |
|---|---|---|---|---|---|---|---|
| **Airline Ticket** | $439.60 | | | | | | $439.60 |

## Project and Task

| Project / Task | Expenditure Type | Amount |
|---|---|---|
| 154193 / 1 | TRAVEL | **$ 439.60** |

| | |
|---|---|
| **Costs on Other Reports:** | **$ 925.82** |
| **Total Costs for All Reports:** | **$ 1,365.42** |

## Checklist and Notes

**Did you use an SNL Designated Travel Agency (BCD or SWABIZ)?**

Yes

**Do you have an itinerary provided by the DTA to keep with your receipts as supporting documentation?**

Yes

**Did you use your Corporate Travel Card to purchase airfare, lodging and car rental?**

Yes

**Did you book your airfare at least 14 days or greater prior to departure?**

Yes

**Did you book a non-refundable airfare?**

Yes

**Do you expect your vouchered expenses to be reimbursed by a third party?**

No

# Expense Report   6/17/13 - 6/21/13



| Name: | Dykhuizen,Ronald C. |
|---|---|
| Status: | Approved by Neiser Jr.,Richard A. on 06/21/13. |
| Report #: | 2 |
| Activity #: | T20130616 |
| Travel Dates: | 6/17/13 - 6/21/13 |
| Personal Days: | 0 |
| Business Days: | 5 |
| Total Days: | 5 |
| Category: | Presentation |
| Description: | deposition to District Court on BP flow |
| Travel Type: | Domestic - Travel within the USA |
| Total Cost: | $ 925.82 |

## Destination(s)

| Date/Day | Location |
|---|---|
| Mon 6/17/13 | New Orleans, LA |
| Tue 6/18/13 | New Orleans, LA |
| Wed 6/19/13 | New Orleans, LA |
| Thu 6/20/13 | New Orleans, LA |
| Fri 6/21/13 | New Orleans, LA |

## Details

| | Mon 6/17 | Tue 6/18 | Wed 6/19 | Thu 6/20 | Fri 6/21 | Total |
|---|---|---|---|---|---|---|
| Airline Ticket | $121.50 | | | | | $121.50 |
| Parking | | | | | $20.00 | $20.00 |
| Taxi/Shuttle/Metro/Bus | $21.00 | | | | | $21.00 |
| Pers. Car Mileage | $13.56 | | | | $13.56 | $27.12 |
| Lodging | $135.00 | $135.00 | $135.00 | $135.00 | | $540.00 |
| Lodging Tax | $18.55 | $18.55 | $18.55 | $18.55 | | $74.20 |
| Breakfast | | | | | $7.00 | $7.00 |
| Lunch | $5.00 | $10.00 | $9.00 | $7.00 | | $31.00 |
| Dinner | $20.00 | $20.00 | $14.00 | $30.00 | | $84.00 |

## Project and Task

| Project / Task | Expenditure Type | Amount |
|---|---|---|
| 154193 / 1 | TRAVEL | $ 925.82 |

| | | |
|---|---|---|
| **Costs on Other Reports:** | $ 439.60 | |
| **Total Costs for All Reports:** | $ 1,365.42 | |

## Checklist and Notes

**Did you book your airfare at least 14 days or greater prior to departure?**

No

It was booked one month in advance, but last minute changes required me to rebook one leg. The extra cost ($121.50) was more than made up by reducing the total travel time by one day.

Last Minute Customer Request

**Did you use an SNL Designated Travel Agency (BCD or SWABIZ)?**

Yes

**Do you have an itinerary provided by the DTA to keep with your receipts as supporting documentation?**

Yes

**Did you use your Corporate Travel Card to purchase airfare, lodging and car rental?**

Yes

**Did you book a non-refundable airfare?**

Yes

**Do you expect your vouchered expenses to be reimbursed by a third party?**

No

**Do you have receipt(s) for all lodging?**

Yes

# Expense Report 1/27/13 - 2/1/13



| | |
|---|---|
| **Name:** | Dykhuizen,Ronald C. |
| **Status:** | Approved by Neiser Jr.,Richard A. on 02/04/13. |
| **Report #:** | 1 |
| **Activity #:** | T20130127 |
| **Travel Dates:** | 1/27/13 - 2/1/13 |
| **Personal Days:** | 0 |
| **Business Days:** | 6 |
| **Total Days:** | 6 |
| **Category:** | Other |
| **Description:** | prep for, and testify at deposition regarding oil spill |
| **Travel Type:** | Domestic - Travel within the USA |
| **Total Cost:** | **$ 1,378.86** |

## Destination(s)

| Date/Day | Location |
|---|---|
| Sun 1/27/13 | New Orleans, LA |
| Mon 1/28/13 | New Orleans, LA |
| Tue 1/29/13 | New Orleans, LA |
| Wed 1/30/13 | New Orleans, LA |
| Thu 1/31/13 | New Orleans, LA |
| Fri 2/1/13 | New Orleans, LA |

## Details

| | Sun 1/27 | Mon 1/28 | Tue 1/29 | Wed 1/30 | Thu 1/31 | Fri 2/1 | Total |
|---|---|---|---|---|---|---|---|
| **Airline Ticket** | $239.60 | | | | | | $239.60 |
| **Travel Agent Fee** | $12.00 | | | | | | $12.00 |
| **Parking** | | | | | | $27.00 | $27.00 |
| **Taxi/Shuttle/Metro/Bus** | $21.00 | | | | | $35.00 | $56.00 |
| **Pers. Car Mileage** | $13.56 | | | | | $13.56 | $27.12 |
| **Lodging** | $135.00 | $135.00 | $135.00 | $135.00 | $179.99 | | $719.99 |
| **Lodging Tax** | $19.55 | $19.55 | $19.55 | $19.55 | $22.95 | | $101.15 |
| **Breakfast** | $2.50 | $5.75 | $5.75 | $2.75 | $2.75 | $5.00 | $24.50 |
| **Lunch** | $7.00 | $7.50 | $6.00 | $12.00 | $7.00 | | $39.50 |
| **Dinner** | $24.00 | $35.00 | $22.75 | $23.25 | $27.00 | | $132.00 |

## Project and Task

| Project / Task | Expenditure Type | Amount |
|---|---|---|
| 95739 / 33 | TRAVEL | $ 1,378.86 |

## Checklist and Notes

**Did you use your Corporate Travel Card to purchase airfare, lodging and car rental?**

No

I used it for airfare, and hotel for the first 4 nights. I accidentally used my personal credit card for the last night. (sorry)

**Did you use an SNL Designated Travel Agency (BCD or SWABIZ)?**

Yes

**Do you have an itinerary provided by the DTA to keep with your receipts as supporting documentation?**

Yes

**Did you book your airfare at least 14 days or greater prior to departure?**

Yes

**Did you book a non-refundable airfare?**

Yes

**Do you expect your vouchered expenses to be reimbursed by a third party?**

No

**Do you have receipt(s) for all lodging?**

Yes

# Expense Report   10/1/13 - 10/10/13



| | |
|---|---|
| **Name:** | Dykhuizen,Ronald C. |
| **Status:** | Approved by Neiser Jr.,Richard A. on 10/11/13. |
| **Report #:** | 1 |
| **Activity #:** | T20131001 |
| **Travel Dates:** | 10/1/13 - 10/10/13 |
| **Personal Days:** | 0 |
| **Business Days:** | 10 |
| **Total Days:** | 10 |
| **Category:** | Other |
| **Description:** | attend BP gulf spill trial, testify and consult with DOJ |
| **Travel Type:** | Domestic - Travel within the USA |
| **Total Cost:** | **$ 2,414.86** |

## Destination(s)

| Date/Day | Location |
|---|---|
| Tue 10/1/13 | New Orleans, LA |
| Wed 10/2/13 | New Orleans, LA |
| Thu 10/3/13 | New Orleans, LA |
| Fri 10/4/13 | New Orleans, LA |
| Sat 10/5/13 | New Orleans, LA |
| Sun 10/6/13 | New Orleans, LA |
| Mon 10/7/13 | New Orleans, LA |
| Tue 10/8/13 | New Orleans, LA |
| Wed 10/9/13 | New Orleans, LA |
| Thu 10/10/13 | New Orleans, LA |

## Details

| Trip First Half | Tue 10/1 | Wed 10/2 | Thu 10/3 | Fri 10/4 | Sat 10/5 | Sun 10/6 | Mon 10/7 |
|---|---|---|---|---|---|---|---|
| **Airline Ticket** | $422.60 | | | | | | |
| **Taxi/Shuttle/Metro/Bus** | $22.00 | | | | | | |
| **Pers. Car Mileage** | $13.56 | | | | | | |
| **Lodging** | $159.00 | $159.00 | $159.00 | $159.00 | $159.00 | $159.00 | $159.00 |
| **Lodging Tax** | $21.67 | $21.67 | $21.67 | $21.67 | $21.67 | $21.67 | $21.67 |
| **Lunch** | $7.00 | $8.00 | $8.00 | $5.00 | $3.00 | $8.00 | $3.00 |
| **Dinner** | $5.00 | $17.00 | | $15.00 | $17.00 | $22.00 | $5.00 |

| Trip Second Half | Tue 10/8 | Wed 10/9 | Thu 10/10 | Total |
|---|---|---|---|---|
| **Airline Ticket** | | | | **$422.60** |
| **Taxi/Shuttle/Metro/Bus** | | | | **$22.00** |
| **Pers. Car Mileage** | | | | **$13.56** |
| **Lodging** | $159.00 | $159.00 | $159.00 | **$1,590.00** |
| **Lodging Tax** | $21.67 | $21.67 | $21.67 | **$216.70** |
| **Lunch** | $8.00 | $6.00 | $5.00 | **$61.00** |
| **Dinner** | $3.00 | | $5.00 | **$89.00** |

## Project and Task

| Project / Task | Expenditure Type | Amount |
|---|---|---|
| 154193 / 1 | TRAVEL | **$ 2,414.86** |

## Checklist and Notes

**The number of days with lodging expenses is greater than or equal to the total business days for this report.**

I was asked to stay over the weekends to help prepare for the next week. I actually worked the weekends and charged my time as was used.

---

**Did you use an SNL Designated Travel Agency (BCD or SWABIZ)?**

Yes

---

**Do you have an itinerary provided by the DTA to keep with your receipts as supporting documentation?**

Yes

---

**Did you use your Corporate Travel Card to purchase airfare, lodging and car rental?**

Yes

---

**Did you book your airfare at least 14 days or greater prior to departure?**

Yes

---

**Did you book a non-refundable airfare?**

Yes

---

**Do you expect your vouchered expenses to be reimbursed by a third party?**

No

---

**Do you have receipt(s) for all lodging?**

Yes

# Expense Report   10/11/13 - 10/18/13



| | |
|---|---|
| **Name:** | Dykhuizen,Ronald C. |
| **Status:** | Approved by Neiser Jr.,Richard A. on 10/29/13. |
| **Report #:** | 1 |
| **Activity #:** | T20131011 |
| **Travel Dates:** | 10/11/13 - 10/18/13 |
| **Personal Days:** | 0 |
| **Business Days:** | 8 |
| **Total Days:** | 8 |
| **Category:** | Other |
| **Description:** | attend BP trial and advise DOJ lawyers on technical matters |
| **Travel Type:** | Domestic - Travel within the USA |
| **Total Cost:** | **$ 1,434.25** |

## Destination(s)

| Date/Day | Location |
|---|---|
| Fri 10/11/13 | New Orleans, LA |
| Sat 10/12/13 | New Orleans, LA |
| Sun 10/13/13 | New Orleans, LA |
| Mon 10/14/13 | New Orleans, LA |
| Tue 10/15/13 | New Orleans, LA |
| Wed 10/16/13 | New Orleans, LA |
| Thu 10/17/13 | New Orleans, LA |
| Fri 10/18/13 | New Orleans, LA |

## Details

| Trip First Half | Fri 10/11 | Sat 10/12 | Sun 10/13 | Mon 10/14 | Tue 10/15 | Wed 10/16 | Thu 10/17 |
|---|---|---|---|---|---|---|---|
| **Pers. Car Mileage** | | | | | | | |
| **Lodging** | $159.00 | $159.00 | $159.00 | $159.00 | $159.00 | $159.00 | $159.00 |
| **Lodging Tax** | $21.67 | $21.67 | $21.67 | $21.67 | $21.67 | $21.67 | $21.67 |
| **Lunch** | $6.00 | $7.00 | $6.00 | $6.00 | $7.00 | $5.00 | $7.00 |
| **Dinner** | $35.00 | $17.00 | $8.00 | $12.00 | $11.00 | $13.00 | $8.00 |

| Trip Second Half | Fri 10/18 | Total |
|---|---|---|
| **Pers. Car Mileage** | $13.56 | **$13.56** |
| **Lodging** | | **$1,113.00** |
| **Lodging Tax** | | **$151.69** |
| **Lunch** | $8.00 | **$52.00** |
| **Dinner** | | **$104.00** |

## Project and Task

| Project / Task | Expenditure Type | Amount |
|---|---|---|
| 154193 / 1 | TRAVEL | **$ 1,434.25** |

## Checklist and Notes

**Did you use an SNL Designated Travel Agency (BCD or SWABIZ)?**

Yes

**Do you have an itinerary provided by the DTA to keep with your receipts as supporting documentation?**

Yes

**Did you use your Corporate Travel Card to purchase airfare, lodging and car rental?**

Yes

**Do you expect your vouchered expenses to be reimbursed by a third party?**

No

**Do you have receipt(s) for all lodging?**

Yes

```
=================================================================================
   03/27/13          TV              | TV:        LNR4S0021
   PAGE   1 ** Read Privacy Act On Last Page ** | Travel Au   LNR4S0021
=================================================================================
```

```
1) NAME: Graettinger, George .              VNum:    ****-*9971

    ADDR: [REDACTED]                         PHONE:
                                             MAIL CD:
          SEATTLE, WA                        ORG:    W-10-12
                                             TITLE:
    DUTY: SEATTLE, WA              TZ: 9     SEC CLR:
    RES:  SEATTLE, WA                        CARD:    NOT CARD HOLDER
    HOURS: 8
    FFB                                      BUREAU
=================================================================================
2) FROM     TO        TRAVEL        TA DATE    TRIP PURPOSE        TRIP TYPE
   -------- --------  ---------     -------    ---------------     ----------
02/03/13 02/08/13 LNR4S0021
                                 03/25/13 2-INFORMATION MEETING  1-SINGLE-DO
=================================================================================
3)  GTR/TICKET NO    VALUE       CR  CLS   DATE      FROM           TO
    -------------    ----------  --  ---   -----     --------       --------
See Attached Ticket 2          489.80      Y
=================================================================================
4) ACCT                                          TRIP 1    |5) FINANCE OFFICE
-----------------------------------------------------------|
1CK3GDAP00                                       2,179.74 |
2013-14-1CK3GDAP00-10120004-01000000-----                 |
                                                          |
                                                          |
                                                          |
                                                          |
                                                          |
=================================================================================
6) NON-REIMBURSABLE EXPENSES ------------------    516.10 |
TOTAL AMOUNT CLAIMED ----------------------      1,663.64 |
    ADVANCE OUTSTANDING ---            0.00                |
    ADVANCE APPLIED -------            0.00        0.00   |
                                                          |
NET TO TRAVELER (GOVT) ----------------------    1,663.64 |
=================================================================================
Copyright 1989-2006 Gelco Information Network GSD, Inc.    |8)
==========================================================| TV NO:
I certify that this TV is true and correct to the best    |
of my knowledge and belief, and that payment or credit has| SCHEDULE NO:
not been received by me. I hereby assign the United States|
any right I may have against any parties in connection, with| CERTIFIED BY:
reimbursable transportation charges described above, pur- |
chased under cash payment procedures (41 CFR Part 301-10).|
                                                          |
7) TRAVELER SIGNATURE                        DATE         | DATE:
=================================================================================
This TV is approved.  Long distance telephone calls,      |10)
if any, are certified as necessary in the interest of the | CASH RECEIPT DATE
Government.  (Note: If long distance telephone calls are  |
included, the approving official must have been authorized | AMOUNT
in writing by the head of the department or agency to so  |
certify (31 U.S.C. 680a)).                                | SIGNATURE
                                                          |
9) APPROVED,  Amy Merten, Sp Data Team Chief        DATE  |
                                                          |
                                                          |
                                                          Witness Fees_120
=================================================================================
```

```
===============================================================================
03/27/13          TV                         |TV:            LNR4S0021
PAGE   2   ** Read Privacy Act On Last Page ** |Graettinger    ****-*9971
===============================================================================
```

```
(11) ITINERARY AND TRANSPORTATION EXPENSES - TRIP NO          1
```

| DATE | TIME | DEPARTED/ARRIVED LOCATIONS | MODE | COST | DESCRIPTION |
|------|------|---------------------------|------|------|-------------|
| 02/03/2013 | | D-RES: Seattle, WA | | | |
| 02/03/2013 | | A-WASHINGTON,DC | | | |
| 02/03/2013 | | | AIR | | 489.80*Airline Flight |
| 02/03/2013 | | | CAB | | 21.00 Taxi |
| 02/03/2013 | | | CAB | | 75.00 Taxi |
| 02/03/2013 | | | NONE | | 26.30*TMC Transaction Fees |
| 02/08/2013 | | D-WASHINGTON,DC | | | |
| 02/08/2013 | | A RES: SEATTLE, WA | | | |
| 02/08/2013 | | | CAB | | 21.00 Taxi |
| 02/08/2013 | | | CAB | | 75.00 Taxi |

```
               TOTAL TRANSPORTATION EXPENSES               708.10
```

```
===============================================================================
(12) SUBSISTENCE AND OTHER REIMBURSABLE EXPENSES
```

| DATE | ACTUAL LODGING | LODGING ALLOWED | MEALS B L D | M&IE ALLOW | P-DIEM RATE | OTHER EXPENSES | AMOUNT |
|------|---------------|-----------------|-------------|------------|-------------|----------------|--------|
| 02/03 | 183.00 | 183.00 | | | 53.25 183/71 | | |
| 02/03 | | | | | | | 0.00 |
| 02/04 | 183.00 | 183.00 | | | 71.00 183/71 | ATM Fees | 4.00 |
| 02/04 | | | | | | | 0.00 |
| 02/05 | 183.00 | 183.00 | | | 71.00 183/71 | Laundry/Dry Clean | 25.44 |
| 02/06 | 183.00 | 183.00 | | | 71.00 183/71 | | 0.00 |
| 02/07 | 183.00 | 183.00 | | | 71.00 183/71 | | 0.00 |
| 02/07 | | | | | | ATM Fees | 0.00 |
| 02/08 | 0.00 | 0.00 | | | 53.25 183/71 | | 4.00 |
| 02/08 | | | | | | Hotel Tax | 0.00 |
| | | | | | | | 132.70 |
| | | 915.00 | | 390.50 | | | 166.14 |

```
=== (13) COMMENTS :=============================================================
CBA OBLIGATION #:00488408 Organization ID:141012 TRAVELER PO#:00488407
PREPARED BY: Thelma Mendenhall 206-526-4608

AUTHORIZED BUSINESS CALLS

APPROVAL OF TRAVEL SCHEDULED TO BE ACCOMPLISHED ON OR AFTER OCTOBER 1, 2012 IS
   CONTINGENT UPON APPROVAL OF FY13 FUNDS.

VER=CIV===RATE TBL DATE=01/01/13===============================================
Copyright 1989-2006 Gelco Information Network GSD, Inc.

   * Expense not claimed for reimbursement.

===============================================================================
```

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (41 CFR 301-304), E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962, E.O. 9397 of Nov. 22, 1943 and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 U.S.C 6011(b) and 6109) and E.O. 9397, Nov. 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel; and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

```
03/27/13          DOCUMENT ADJUSTMENTS                    |TV:         LNR4S0021
Copyright 1989-2006 Gelco Information Network GSD, Inc.
                                                         |Graettinger, G ****-*9971
===============================================================================
TRIP:  0   DATE: 03/27/2013  TIME:  3:33PM  ADJUSTOR: Thelma C. Mendenhall
TRIP:  0   DATE: 03/27/2013  TIME:  3:33PM  ADJUSTOR: Thelma C. Mendenhall
```

Witness Fees_123

====================================================================================

```
ACCT                                                        TRIP 1
------------------------                            ----------------
COM. CARRIER-2143                                           489.80
LODGING TAX-2140                                            132.70
Lodging-PerDiem-2140                                        915.00
M&IE-PerDiem-2140                                           390.50
OTHER NON-TR-2140                                            33.44
TRANSACTION FEES-2143                                        26.30
Transport-2140                                              192.00
                                                    ----------------
1CK3GDAP00                                                2,179.74
```

Organization: W-10-12
2013-14-1CK3GDAP00-10120004-01000000-----


SPLIT PAY DISBURSEMENTS:

```
   TOTAL EXPENSES -----------------------------          2,179.74
   NON-REIMBURSABLE EXPENSES ------------------            516.10
                                                   ===================
   TOTAL AMOUNT CLAIMED -----------------------          1,663.64

      GOV'T ADVANCE OUTSTANDING --        0.00
      GOV'T ADVANCE APPLIED ------        0.00
                                      ----------              0.00
                                                   ===================
   NET TO TRAVELER (GOVT)  --------------------          1,663.64

      GOV'T CHARGE CARD EXPENSES -     1,563.80
      GOV'T CHARGE CARD ATM ADV --         0.00
      ADD'L  GOV'T  CHARGE CARD PMT       0.00
                                      ================
      TOTAL  GOV'T CHARGE CARD AMT    1,563.80

   PAY TO  GOV'T CHARGE CARD ------------------          1,047.70
   PAY TO TRAVELER ----------------------------            615.94
```

===================================================================================

| STATUS | DATE | TIME | SIGNATURE NAME |
|---|---|---|---|
| CREATED | 03/25/2013 | 4:26PM | Thelma C. Mendenhall |
| REASON: | | | |
| SIGNED | 03/27/2013 | 3:00PM | George Graettinger |
| REASON: | | | |
| ADJUSTED | 03/27/2013 | 3:33PM | Thelma C. Mendenhall |
| REASON: | | | |
| ADJUSTED | 03/27/2013 | 5:13PM | Alyce Fritz |
| REASON: | | | |
| APPROVED | 03/27/2013 | 5:13PM | Alyce Fritz |
| REASON: | | | |
| DATA LINK | 03/27/2013 | 8:25PM | TMCAMS |
| REASON: | | | |

I certify that the electronic signatures listed above are
valid and on file.

_____    _____
SIGNED              DATE

```
=============================================================================
 01/18/13       TA                          |DOC NO:        LNR4S0021
  PAGE   1 ** Read Privacy Act On Last Page ** |TRAVEL A       LNR4S0021
=============================================================================
 1) NAME: Graettinger, George .          VNum:     ****-*9971

    ADDR:  ███████████████████         PHONE:
                                         MAIL CD:
         SEATTLE, WA                     ORG:   W-10-12
                                         TITLE:
    DUTY: SEATTLE, WA            TZ: 9   SEC CLR:
    RES:  SEATTLE, WA                    CARD:   NOT CARD HOLDER
    HOURS:  8
    FFB                                  BUREAU
=============================================================================
 2) TRAVEL A  LNR4S0021        DATE:  01/18/2013   TYPE:  1-SINGLE-DOMESTIC

=============================================================================
 3) TRAVEL PURPOSE:  2-INFORMATION MEETING
 To attend DWH Deposition with Dept. Of Justice

=============================================================================
 4) GENERAL ITINERARY

       DATE       TIME    DEPARTED/ARRIVED LOCATIONS      PER DIEM RATE
    --------    --------  --------------------------      -------------
    02/03/2013            D-RES: Seattle, WA
    02/03/2013            A-WASHINGTON,DC                    183/71
    02/08/2013            D-WASHINGTON,DC
    02/08/2013            A RES: SEATTLE, WA

=============================================================================
 5) OTHER AUTHORIZATIONS               |6)        EST COST          ADV AMT
                                       |COM. CARR       489.80          0.00
                                       |LODGING T       120.00          0.00
                                       |Lodging-P       915.00          0.00
                                       |M&IE-PerD       390.50          0.00
                                       |OTHER NON       103.00          0.00
                                       |OTHER TRA        85.00          0.00
                                       |TRANSACTI        26.30          0.00
                                       |TRANSPORT       300.00          0.00
                                       |            ---------------  ----------------
                                       |TOTALS:        2,429.60          0.00
                                       | ADVANCE AUTHORIZED:             0.00
=============================================================================
 7) ACCT CLASSIFICATIONS                                          EST COST
 1CK3GDAP00 - 2013-14-1CK3GDAP00-10120004-01000000-----          2,429.60
=============================================================================
 8) REMARKS
 CBA OBLIGATION #:00488408 Organization ID:141012 TRAVELER PO#:00488407
 PREPARED BY: Thelma Mendenhall 206-526-4608

 AUTHORIZED BUSINESS CALLS

 APPROVAL OF TRAVEL SCHEDULED TO BE ACCOMPLISHED ON OR AFTER OCTOBER 1, 2012 IS

 ==AUTHORIZED BY            TITLE           DATE  | INITIALS | DATE===


    Amy Merten            Sp Data Team Chief      |          |
 ==VERSION CIV===========Copyright 1989-2006 Gelco Information Network GSD, Inc.=
```

```
=======================================================================================
CONTINGENT UPON APPROVAL OF FY13 FUNDS.
=======================================================================================
 10) FUNDS OBLIGATED
```

```
=======================================================================================
 11)  GTR/TICKET NO        VALUE       CR  CLS   DATE       FROM          TO
 -------------------- -------------------- -- --- -------- ------------ ------------
 See Attached Ticket               489.80     Y
=======================================================================================
```

12) ITINERARY AND TRANSPORTATION EXPENSES - TRIP NO                1

| DATE | TIME | DEPARTED/ARRIVED LOCATIONS | MODE | COST | DESCRIPTION |
|------|------|----------------------------|------|------|-------------|
| 02/03/2013 | | D-RES: Seattle, WA | | | |
| 02/03/2013 | | A-WASHINGTON,DC | | | |
| 02/03/2013 | | | AIR | 489.80 | *Airline Flight |
| 02/03/2013 | | | CAB | 75.00 | Taxi |
| 02/03/2013 | | | NONE | 26.30 | *TMC Transaction Fees |
| 02/03/2013 | | | SHUT | 75.00 | Airport Shuttle |
| 02/08/2013 | | D-WASHINGTON,DC | | | |
| 02/08/2013 | | A RES: SEATTLE, WA | | | |
| 02/08/2013 | | | CAB | 75.00 | Taxi |
| 02/08/2013 | | | SHUT | 75.00 | Airport Shuttle |

```
            TOTAL TRANSPORTATION EXPENSES                  816.10
=======================================================================================
```
13) SUBSISTENCE AND OTHER REIMBURSABLE EXPENSES

| DATE | ACTUAL LODGING | LODGING ALLOWED | MEALS B L D | M&IE ALLOW | P-DIEM RATE | OTHER EXPENSES | AMOUNT |
|------|----------------|-----------------|-------------|------------|-------------|----------------|--------|
| 02/03 | 183.00 | 183.00 | | 53.25 | | | |
| | | | | | | ATM Fees | 3.00 |
| | | | | | | Check Baggage Fee | 50.00 |
| | | | | | | Metro | 25.00 |
| | | | | | | Miscellaneous | 50.00 |
| 02/04 | 183.00 | 183.00 | | 71.00 | | | |
| 02/05 | 183.00 | 183.00 | | 71.00 | | | |
| 02/06 | 183.00 | 183.00 | | 71.00 | | | |
| 02/07 | 183.00 | 183.00 | | 71.00 | | | |
| 02/08 | 0.00 | 0.00 | | 53.25 | | | |
| | | | | | | Parking Fees | 60.00 |
| | | | | | | Hotel Tax | 120.00 |
| | | 915.00 | | 390.50 | | | 308.00 |

VRCIV=RATE TABLE DATE=01/01/13=Copyright 1989-2006 Gelco Information Network GSD

```
=======================================================================================
```

In compliance with the Privacy Act of 1974, the following information is provided: Basic authority for requiring the requested information is contained in 5 USC 5701-5733, particularly sections 5721-5733, 30 USC 905 and Executive Order 9397. Disclosure of the data by you is voluntary. The principal purpose for collecting the data is to determine the amount to reimburse an employee for expenses incurred in connection with temporary duty travel. Information may be transferred to appropriate Federal, State, local or foreign agencies when relevant to civil, criminal or regulatory investigations or prosecutions. There is no personal liability to you if you do not furnish the requested information; however, we shall not be able to reimburse you for your expenses.

```
01/18/13        ACCT DETAIL              |Doc No:      LNR4S0021
Copyright 1989-2006 Gelco Information Network, Inc
                                         |Graettinger, G ****-*9971
===============================================================================
```

| ACCT | TRIP 1 |
|------|--------|
| COM. CARRIER-2143 | 489.80 |
| LODGING TAX-2140 | 120.00 |
| Lodging-PerDiem-2140 | 915.00 |
| M&IE-PerDiem-2140 | 390.50 |
| OTHER NON-TR-2140 | 103.00 |
| OTHER TRAVEL-2140 | 85.00 |
| TRANSACTION FEES-2143 | 26.30 |
| TRANSPORT-2140 | 300.00 |
| 1CK3GDAP00 | 2,429.60 |

Organization: W-10-12

=================================================================================

| STATUS | DATE | TIME | SIGNATURE NAME |
|--------|------|------|----------------|
| CREATED | 01/17/2013 | 6:39PM | Thelma C. Mendenhall |
| REASON: | | | |
| SIGNED | 01/18/2013 | 2:33PM | Thelma C. Mendenhall |
| REASON: | | | |
| REVIEWED | 01/18/2013 | 4:30PM | Donna Roberts |
| REASON: | | | |
| ADJUSTED | 01/18/2013 | 4:39PM | Amy A. Merten |
| REASON: | | | |
| APPROVED | 01/18/2013 | 4:39PM | Amy A. Merten |
| REASON: | | | |
| DATA LINK | 01/18/2013 | 4:39PM | Amy A. Merten |
| REASON: | | | |

I certify that the electronic signatures listed above are
valid and on file.

_____          _____
              SIGNED                         DATE

W Washington DC
515 15th Street, NW
Washington, DC 20004
202-651-2400
http://www.whotels.com/



W

HOTELS

| Mr Graettinger, George | Page Number | 1 | Invoice Nbr | 1000090874 |
| Fed Rooms/managed Government | Guest Number | 287788 | Arrive Date | 02-03-2013 |
| ▇▇▇▇▇▇▇ | Folio ID | A | Depart Date | 02-08-2013 |
| Sammamish, WA 98074-3438 | No. Of Guest | 1 | | |
| | Room Number | 314 | | |
| | Club Account | SPG - ▇▇▇▇▇ | | |
| | Time | 02-08-2013 15:54 | | |

## Information Invoice

| Date | Reference | Description | Charges | Credits |
|------|-----------|-------------|---------|---------|
| 02-03-2013 | RT314 | Room Charge | $183.00 | |
| 02-03-2013 | RT314 | Occupancy/Tourism | $26.54 | |
| 02-04-2013 | 4161 | P.O.V. Terrace | $27.10 | |
| 02-04-2013 | 314 | Laundry/Valet | $25.44 | |
| 02-04-2013 | RT314 | Room Charge | $183.00 | |
| 02-04-2013 | RT314 | Occupancy/Tourism | $26.54 | |
| 02-05-2013 | S276 | In Room Movie | $20.87 | |
| 02-05-2013 | RT314 | Room Charge | $183.00 | |
| 02-05-2013 | RT314 | Occupancy/Tourism | $26.54 | |
| 02-06-2013 | 5013 | J&G Steakhouse | $42.20 | |
| 02-06-2013 | RT314 | Room Charge | $183.00 | |
| 02-06-2013 | RT314 | Occupancy/Tourism | $26.54 | |
| 02-07-2013 | RT314 | Room Charge | $183.00 | |
| 02-07-2013 | RT314 | Occupancy/Tourism | $26.54 | |
| 02-08-2013 | MC | MasterCard / Diners Intl | | $-1,163.31 |
| | | ** Total | $1,163.31 | $-1,163.31 |
| | | ** Balance | $0.00 | |

For your convenience, we have prepared this zero-balance folio
indicating a $0 balance on your account. Please be advised that any charges not
reflected on this folio will be charged to the credit card on file with the
hotel.  While this folio reflects a $0 balance, your credit card may not be
charged until after your departure.  You are ultimately responsible for paying
all of your folio charges in full.
Did you have a wonderful time? Please let me know, gmedbaten@whotels.com

Continued on the next page

# TAXICAB RECEIPT

Time: _____

Date: _____

Origin of trip: _____

Destination: _____

Fare: $21.00    Sign: _____

# Taxi Cab Receipts

DATE: _____ TIME: _____

TRIP ORIGIN: _____

DESTINATION: _____

FARE: $ 21.00    SIGNATURE _____

Contact
(425) 558-4755
EASTSIDE LIMOUSINE
11833 SE 75TH PL
NEWCASTLE, WA 98056

02/03/2013                          07:08:12
Merchant ID:              000000002441167
Terminal ID:                      03630337
4261602060995

CREDIT CARD

MC SALE

CARD #
INVOICE                             2740001
Batch #:                            000274
Approval Code:                      044137
Entry Method:                       Swiped
Mode:                               Online
Tax Amount:                          $0.00
Cust Code:

MDSE/SERVICES                       $65.00

TIP

TOTAL AMOUNT                        75.00

CUSTOMER COPY

Contact
(425) 558-4755
EASTSIDE LIMOUSINE
11833 SE 75TH PL
NEWCASTLE, WA 98056

02/08/2013                          07:44:16
Merchant ID:              000000002441167
Terminal ID:                      03630337
4261602060995

CREDIT CARD

MC SALE

CARD #
INVOICE                             2790006
Batch #:                            000279
Approval Code:                      062712
Entry Method:                       Swiped
Mode:                               Online
Tax Amount:                          $0.00
Cust Code:

MDSE/SERVICES                       $65.00

TIP

TOTAL AMOUNT                        75.00

CUSTOMER COPY

**Subject:** Itinerary for: GRAETTINGER GEORGE D - Travel beginning 02/03/2013 - STATUS: Ticket(s) have been issued
**From:** "sharon.wiegner@adtrav.com" <sharon.wiegner@adtrav.com>
**Date:** 1/30/2013 11:31 AM
**To:** "GEORGE.GRAETTINGER@NOAA.GOV" <GEORGE.GRAETTINGER@NOAA.GOV>
**CC:** "THELMA.C.MENDENHALL@NOAA.GOV" <THELMA.C.MENDENHALL@NOAA.GOV>

| ADTRAV Travel Management | Wednesday, January 30, 2013 1:31 PM |
|---|---|
| **Phone: (866) 430-8929 24/7/365** | **Booking Locator: FJYEOI** <br> **After Hours/VIT Code: U21F** |
| **GEORGE D GRAETTINGER** <br> National Oceanic and Atmospheric Administration | **Ticket(s) Issued** <br> This is your travel invoice |

### air icon Seattle, WA, US - to - Washington, DC, US — check in
#### Departs: Sunday - February 3 — Flight# 0004

| | | | |
|---|---|---|---|
| **Carrier:** | Alaska Airlines | | |
| **Departs:** | Seattle/Tacoma International Airport (SEA) | | Sunday - February 3 - 8:10 AM |
| **Arrives:** | Washington National Airport (DCA)(Terminal:TERMINAL B) | | Sunday - February 3 - 4:04 PM |
| **Seat #:** | 17F | **E-Ticket #:** | 0277202549042 |
| **Carrier Locator:** | EHPCCU | **Meal:** | Food for Purchase,Food for Purchase |
| **Status:** | Segment Confirmed | **Info:** | Stops: 0, Time: 4.54, Miles: 2312 |
| **Class:** | Economy/Coach Class (Y) | **Equipment:** | Boeing 737-800 (2 Engine Jet) |
| **Frequent Flyer:** | | | |

### air icon Washington, DC, US - to - Seattle, WA, US — check in
#### Departs: Friday - February 8 — Flight# 0003

| | | | |
|---|---|---|---|
| **Carrier:** | Alaska Airlines | | |
| **Departs:** | Washington National Airport (DCA)(Terminal:TERMINAL B) | | Friday - February 8 - 6:35 PM |
| **Arrives:** | Seattle/Tacoma International Airport (SEA) | | Friday - February 8 - 9:25 PM |
| **Seat #:** | 09F | **E-Ticket #:** | 0277202549042 |
| **Carrier Locator:** | EHPCGU | **Meal:** | Food for Purchase,Food for Purchase |
| **Status:** | Segment Confirmed | **Info:** | Stops: 0, Time: 5.50, Miles: 2312 |
| **Class:** | Economy/Coach Class (Y) | **Equipment:** | Boeing 737-800 (2 Engine Jet) |
| **Frequent Flyer:** | | | |

Witness Fees_134

## INVOICE AND PAYMENT RECEIPT

AIRFARE ALASKA AIRLINES
TICKET 0277202549042 ISSUED 1/30/2013
INVOICE 0281505 CHARGED TO CA-8457                                    $ 489.80

SERVICE FEE-AIR DOMESTIC FULL SERVICE
RECEIPT 8900586288696 ISSUED 1/30/2013                                $ 26.30
INVOICE 0281505 CHARGED TO CA-8457

**TOTAL CHARGES 1/30/2013 1220P**                                    **$ 516.10**

## REMARKS

******SEE BELOW FOR CHANGES EFFECTIVE OCTOBER 1ST
SPECIAL NOTICE-MOST AIRLINES NOW REQUIRE ALL
GOVERNMENT CONTRACT FARES TO BE ISSUED AT LEAST
48 HOURS PRIOR TO DEPARTURE. RESERVATIONS NOT
TICKETED BY THIS TIME WILL BE AUTOMATICALLY
CANCELLED BY THE AIRLINES.
***ARE NOT GUARANTEED UNTIL TICKET IS ISSUED AND***
***SPACE IS SUBJECT TO CARRIER CANCELLATION********
*************************************************************

YOUR V.I.P. CODE IS U21F***ADTRAV TRAVEL MANAGEMENT**
ANY CHANGES IN ITINERARY MAY INCREASE COST***********
POSSIBLE FARE INCREASE DUE TO CARRIER FUEL***********
SURCHARGE. AUTHORIZED BY GSA*************
*************************************************************

MANY AIRLINES HAVE NEW GUIDELINES AND FEES FOR ****
CHECK BAGGAGE***FOR MORE INFORMATION CONTACT*********
YOUR ADTRAV AGENT************************
2 WINDOW SEAT ASSIGNED/CHECK AT GATE FOR AISLE SEAT
1 ALL SEATS THIS FLIGHT ARE AIRPORT CHECK-IN ONLY
DOT REQUIRES ADTRAV DISPLAY BAG ALLOWANCES AND
SERVICE CHARGES OR PROVIDE A HYPERLINK WHERE
BAGGAGE INFORMATION IS AVAILABLE.
FOR THIS TRIP PLEASE VISIT THE LINK LISTED BELOW
FOR ALASKA AIRLINES AIRLINES
WWW.ALASKAAIR.COM/CONTENT/TRAVEL-INFO/POLICIES/BAGGAGE-CHECKED.ASPX

ADTRAV Travel Management :: 4555 Southlake Parkway :: Birmingham AL, 35244
Phone: (866) 430-8929 :: 24/7/365
Fax: (205) 949-4233
doccallcenter@adtrav.com

---

Attachments:

2013-01-30-Itinerary & Payment                                       54.4 KB
Receipt.GRAETTINGER.GEORGE.D.2013-02-03.FJYEOI.pdf

# Financial History Report

| Case Name: | U.S. V. BP EXPLORATION & PRODUCTION INC; ANADARKO EXPLORATION & PRODUCTION LP, ET AL (DEEPWATER HORIZON WELLHEAD) |
|---|---|

| FCN: | 13-53019 | DJ Number: | 90-5-1-1-10026 |
|---|---|---|---|
| YREGDOC: | M0153019 | Contract Num: | DJJ-12W-ENR01-0041 |

| Funding Source: | FEW | Section: | ENVIRONMENTAL ENFORCEMENT |
|---|---|---|---|
| Cost Center: | 3361960418 | Attorney: | BENSON, THOMAS |
| SOC | 1157 | Expert Name: | Stewart K. Griffiths |
| Obligated Amt: | 244,760.00 | Expert Company: | |
| Total SOW: | 244,760.00 | Expertise: | Mechanical Engineering |
| | | Expert Phone: | ███████ |
| X-Ref FCN: | 12-52175 | Expert DUNS: | ███████ |
| RCN: | | POP Begin: | 11/01/2012 |
| Agency: | | POP End: | 06/30/2018 |
| City/State: | | | |
| Expiration_Date: | | Case Nickname: | DEEPWATER GULF |

| Item | Appr Date | Code | Event | Obligation | Invoice/GTA | Interest | Total Cost | Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 11/01/2012 | FF | Original | 79,520.00 | 0.00 | 0.00 | 0.00 | 79,520.00 |
| 2 | 02/23/2013 | FF | Mod/Amdt. A | 43,000.00 | 0.00 | 0.00 | 0.00 | 122,520.00 |
| 3 | 03/07/2013 | SI | Invoice (130211) | 0.00 | 75,067.05 | 0.00 | 75,067.05 | 47,452.95 |
| 4 | 03/29/2013 | FF | Mod/Amdt. B | 50,640.00 | 0.00 | 0.00 | 0.00 | 98,092.95 |
| 5 | 04/09/2013 | | Invoice (130322) | 0.00 | 35,209.43 | 0.00 | 35,209.43 | 62,883.52 |
| 6 | 07/05/2013 | FF | Mod/Amdt. C | 41,600.00 | 0.00 | 0.00 | 0.00 | 104,483.52 |
| 7 | 07/09/2013 | | Invoice (130610) | 0.00 | 33,539.40 | 0.00 | 33,539.40 | 70,944.12 |
| 8 | 09/10/2013 | FF | Mod/Amdt. D | 30,000.00 | 0.00 | 0.00 | 0.00 | 100,944.12 |
| 9 | 10/15/2013 | | Invoice (130827) | 0.00 | 45,640.40 | 0.00 | 45,640.40 | 55,303.72 |
| 10 | 11/15/2013 | | Invoice | 0.00 | 38,741.58 | 0.00 | 38,741.58 | 16,562.14 |

Witness Fees_136

# Financial History Report

| Case Name: | U.S. V. BP EXPLORATION & PRODUCTION INC; ANADARKO EXPLORATION & PRODUCTION LP, ET AL (DEEPWATER HORIZON WELLHEAD) |
|---|---|

| FCN: | 12-52175 |
| YREGDOC: | L0152175 |

| DJ Number: | 90-5-1-1-10026 |
| Contract Num: | DJJ-12W-ENR01-0278 |

| Funding Source: | FEW |
| Cost Center: | 2361960418 |
| SOC | 1157 |

| Section: | ENVIRONMENTAL ENFORCEMENT |
| Attorney: | CHAKERES, ARISTIDE |

| Obligated Amt: | 43,520.00 |
| Total SOW: | 43,520.00 |

| Expert Name: | Stewart K. Griffiths |
| Expert Company: | |
| Expertise: | Mechanical Engineering |

| X-Ref FCN: | 13-53019 |

| Expert Phone: | |
| Expert DUNS: | |

| RCN: | |
| Agency: | |
| City/State: | |
| Expiration_Date: | |

| POP Begin: | 04/10/2012 |
| POP End: | 06/30/2017 |
| Case Nickname: | DEEPWATER GULF |

| Item | Appr Date | Code | Event | Obligation | Invoice/GTA | Interest | Total Cost | Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 04/10/2012 | FF | Original | 43,520.00 | 0.00 | 0.00 | 0.00 | 43,520.00 |
| 2 | 07/12/2012 | | Invoice (120630) | 0.00 | 17,910.00 | 0.00 | 17,910.00 | 25,610.00 |
| 3 | 11/02/2012 | | Invoice (121009) | 0.00 | 22,122.00 | 0.00 | 22,122.00 | 3,488.00 |
| 4 | 03/07/2013 | SI | Invoice (130211) | 0.00 | 3,488.00 | 0.00 | 3,488.00 | 0.00 |
| **Grand Total** | | | | 43,520.00 | 43,520.00 | 0.00 | 43,520.00 | 0.00 |

Witness Fees_137

Line Item Data For Voucher:   Date : 03/08/13
-------------------------;   TIME : 09.39.01

| Yregdoc/ Prog | Mth/ Proj | Soc/ Case | Fsoc | Fy | Acct Class/ Billno | Fund | Amount/ Rcn | Ls |
|---|---|---|---|---|---|---|---|---|
| M0153019 | 1211 | 1157 | 1157 | 13 | 0361960418 | 36 | 75067.05 | P |
| ENR | FTZW | NA | | | | | NOTR | |

*finish* (handwritten)

# Invoice

3-7-13 (handwritten)

## U.S. V. BP Exploration & Production Inc.; Anadarko Exploration & Production LP, et al
### (Deepwater Horizon Wellhead)

DJ Number: ████████
Selecting Attorney: Aristide N. Chakeres
Contract Number: DJJ-12W-ENR01-0041
FCN: 13-53019
Cost Center: 3361960418
YREGDOC: M0153019

*2013 FEB 19 PM 3:07* (stamp)

Period of Performance: October 10, 2012 through February 11, 2013

Name of person: Stewart K. Griffiths, Ph.D.
SS Number: ████████
DUNS Number: ████████

Bank Name and Address: ████████████████████████

ABA Routing Number: ████████
Acct. Number: ████████

Itemized Expenses: *expert* (handwritten) ████████████████████

Subcontractors: None
Other Expenses: $2325.05 (Travel, 2 trips, see last page)

Total Current Invoice: ████████ *pay* (handwritten)
Cumulative Total: ████████

ENRD Reviewer / Contact
Marcella Chloe  514-1755
Date 03/05/13

Split invoice FCN: 12-52175 = $3,488.00 (handwritten)
13-53019 = $15,067.05 (handwritten)





**Travel Expenses (Total): $2325.05**

11/11-11/15/12
Purpose: Deposition in New Orleans
Hotel:                                          $618.20 ✓
Taxis to/from New Orleans airport (shared):    $37.00 ✓
Air Fair:                                      $609.20 ✓
Per Diem (4 days at $71):                       $284.00 ✓
Trip Total:                                    $1548.40 ✓

1/27-1/29/13
Purpose: Visit Michoud facility in New Orleans to examine hardware
Hotel: + meal                                  $335.05 ✓
Taxis to/from New Orleans airport:             $66.00 ✓
Air Fair:                                      $233.60 ✓
Per Diem (2 days @ $71):                        $142.00 ✓
Trip Total:                                    $776.65 ✓

# I

## INTERCONTINENTAL.

### NEW ORLEANS

11-15-12

| | | | | |
|---|---|---|---|---|
| **Mr Stewart Griffiths** | Folio No. | : **712671** | Room No. : | **1046** |
| | A/R Number | : | Arrival : | **11-11-12** |
| | Group Code | : | Departure : | **11-15-12** |
| | Company | : | Conf. No. : | **64521514** |
| | Membership No. : | | Booking # : | |
| | Invoice No. | : | Page No. : | **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-11-12 | Package Rate | 135.00 | |
| 11-11-12 | Room State Tax | 12.15 | |
| 11-11-12 | State/City Occupancy Fee | 2.00 | |
| 11-11-12 | Room City Tax | 5.40 | |
| 11-12-12 | Package Rate | 135.00 | |
| 11-12-12 | Room State Tax | 12.15 | |
| 11-12-12 | State/City Occupancy Fee | 2.00 | |
| 11-12-12 | Room City Tax | 5.40 | |
| 11-13-12 | Package Rate | 135.00 | |
| 11-13-12 | Room State Tax | 12.15 | |
| 11-13-12 | State/City Occupancy Fee | 2.00 | |
| 11-13-12 | Room City Tax | 5.40 | |
| 11-14-12 | Package Rate | 135.00 | |
| 11-14-12 | Room State Tax | 12.15 | |
| 11-14-12 | State/City Occupancy Fee | 2.00 | |
| 11-14-12 | Room City Tax | 5.40 | |
| 11-15-12 | Visa | | 618.20 |

| | | | |
|---|---|---|---|
| It has been our pleasure to serve you. | | **Total** | **618.20** | **618.20** |
| Your membership will be credited for this stay. | | **Balance** | **0.00** |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held
personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If
a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

444 St. Charles Avenue, New Orleans, LA 70130-3171 USA   Tel: (504) 525.5566  Fax: (504) 523.7310
http://new-orleans.intercontinental.com  neworleans@ihg.com

# AIR Confirmation: GA5WBU

Confirmation Date: 11/1/2012

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| GRIFFITHS/STEWART K | ████████ | 5262478117445 | Nov 1, 2013 | 3414 |

Rapid Rewards points earned are only estimates. Not a member - visit http://www.southwest.com/rapidrewards and sign up today!

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sun Nov 11 | 2620 | Depart **ALBUQUERQUE NM (ABQ)** at **10:20 AM**<br>Arrive in HOUSTON HOBBY (HOU) at 1:20 PM<br>Wanna Get Away |
| | 3838 | Change planes in HOUSTON HOBBY (HOU) at 1:50 PM<br>Arrive in **NEW ORLEANS LA (MSY)** at **2:50 PM**<br>Travel Time 3 hrs 30 mins<br>Wanna Get Away |
| Thu Nov 15 | 1707 | Depart **NEW ORLEANS LA (MSY)** at **10:35 AM**<br>Arrive in HOUSTON HOBBY (HOU) at 11:50 AM<br>Wanna Get Away |
| | 727 | Change planes in HOUSTON HOBBY (HOU) at 12:45 PM<br>Arrive in **ALBUQUERQUE NM (ABQ)** at **2:00 PM**<br>Travel Time 4 hrs 25 mins<br>Wanna Get Away |

**Air Cost: 609.20**

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.
Fare Rule(s): 5262478117445: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date.
Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this
itinerary may result in a fare increase.

ABQ WN X/HOU WN MSY320.93BLA7PNRO WN X/HOU WN ABQ208.37WLAUVNRO 529.30 END ZPABQHOUMSYHOU
XFABQ4.5HOU3MSY4.5HOU3 AY10.00$ABQ2.50 HOU2.50 MSY2.50 HOU2.50

## Important Check-In Reminder

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

Go to Boarding School

Get EarlyBird
Check -In™ Details

## Cost and Payment Summary

AIR - GA5WBU

| | | | |
|---|---|---|---|
| Base Fare | $ | 529.30 | |
| Excise Taxes | $ | 39.70 | |
| Segment Fee | $ | 15.20 | |
| Passenger Facility Charge | $ | 15.00 | |
| September 11th Security Fee | $ | 10.00 | |
| **Total Air Cost** | $ | **609.20** | ✓ |

**Payment Information**
Payment Type: Visa
Date: Nov 1, 2012
Payment Amount: $609.20



# INTERCONTINENTAL.

## N E W   O R L E A N S

2013 FEB 19 PM 3:0

01-29-13

**Mr Stewart Griffiths**

| | |
|---|---|
| Folio No. | : **727818** |
| A/R Number | : |
| Group Code | : |
| Company | : |
| Membership No. | : |
| Invoice No. | : |

| | |
|---|---|
| Room No. | : **1112** |
| Arrival | : **01-27-13** |
| Departure | : **01-29-13** |
| Conf. No. | : **65269334** |
| Booking # | : |
| Page No. | : **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 01-27-13 | Lobby Lounge Dinner - Food   Line# 1112 : CHECK# 0221241 | 25.95 | |
| 01-27-13 | Package Rate | 135.00 | |
| 01-27-13 | Room State Tax | 12.15 | |
| 01-27-13 | State/City Occupancy Fee | 2.00 | |
| 01-27-13 | Room City Tax | 5.40 | |
| 01-28-13 | Package Rate | 135.00 | |
| 01-28-13 | Room State Tax | 12.15 | |
| 01-28-13 | State/City Occupancy Fee | 2.00 | |
| 01-28-13 | Room City Tax | 5.40 | |
| 01-29-13 | Visa | | 335.05 |
| | **Total** | **335.05** | **335.05** |

**It has been our pleasure to serve you.**
**Your membership will be credited for this stay.**

| | |
|---|---|
| **Balance** | **0.00** |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

444 St. Charles Avenue, New Orleans, LA 70130-3171 USA   Tel: (504) 525.5566  Fax: (504) 523.7310
http://new-orleans.intercontinental.com  neworleans@ihg.com

Witness Fees_145

# AIR Confirmation: GVAN2H

Confirmation Date: 01/9/2013

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| GRIFFITHS/STEWART K | ▉▉▉▉▉▉▉ | 5262490288321 | Jan 9, 2014 | 1140 |

Rapid Rewards points earned are only estimates. Not a member - visit http://www.southwest.com/rapidrewards and sign up today!

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sun Jan 27 | 775 | Depart **ALBUQUERQUE NM (ABQ)** at **11:10 AM**<br>Arrive in DALLAS LOVE FIELD (DAL) at **1:50 PM**<br>Wanna Get Away |
| | 592 | Change planes in DALLAS LOVE FIELD (DAL) at 2:20 PM<br>Arrive in **NEW ORLEANS LA (MSY)** at **3:45 PM**<br>Travel Time 3 hrs 35 mins<br>Wanna Get Away |
| Tue Jan 29 | 1643 | Depart **NEW ORLEANS LA (MSY)** at **08:40 AM**<br>Arrive in DALLAS LOVE FIELD (DAL) at 10:05 AM<br>Wanna Get Away |
| | 441 | Change planes in DALLAS LOVE FIELD (DAL) at 11:15 AM<br>Arrive in **ALBUQUERQUE NM (ABQ)** at **12:05 PM**<br>Travel Time 4 hrs 25 mins<br>Wanna Get Away |

Air Cost: 233.60

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.
Fare Rule(s): 5262490288321: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date.
Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this
itinerary may result in a fare increase.

ABQ WN X/DAL WN MSY93.02TLA7HNRO WN X/DAL WN ABQ83.72TZA7HNRO 176.74 END ZPABQDALMSYDAL
XFABQ4.5DAL4.5MSY4.5DAL4.5 AY10.00$ABQ2.50 DAL2.50 MSY2.50 DAL2.50

# Important Check-In Reminder

Time Sheet Calculator

Miracle Salad   WebTools   Programmer Tools

# Time Sheet Calculator
## Calculate Hours

| Start time | End time |
| --- | --- |
| | |
| | |

## Sum Hours (click to edit title)

| | | |
| --- | --- | --- |
| Hours 1: | 8:20 | 8.33 hours |
| Hours 2: | 5:10 | 5.17 hours |
| Hours 3: | 8:30 | 8.50 hours |
| Hours 4: | 7:40 | 7.67 hours |
| Hours 5: | 2:00 | 2.00 hours |
| Hours 6: | 9:10 | 9.17 hours |
| Hours 7: | 7:50 | 7.83 hours |
| Hours 8: | 10:35 | 10.58 hours |
| Hours 9: | 8:30 | 8.50 hours |
| Hours 10: | 3:50 | 3.83 hours |
| Hours 11: | 3:10 | 3.17 hours |
| Hours 12: | 10:15 | 10.25 hours |
| Hours 13: | 8:25 | 8.42 hours |
| Hours 14: | 3:00 | 3.00 hours |
| **Total:** | **96:25** | (96.42 hours (56.42 hours over 40.00)) |

copyright © 2013, Sunny Walker, MiracleSalad.com, *thunderpaw (at) gmail (dot) com*

Witness Fees_147
3/5/2013

Miracle Salad   WebTools   Programmer Tools

# Time Sheet Calculator
## Calculate Hours

| Start time | End time |
| --- | --- |
|  |  |
|  |  |

## Sum Hours (click to edit title)

| | | |
| --- | --- | --- |
| Hours 1: | 10:30 | 10.50 hours |
| Hours 2: | 7:00 | 7.00 hours |
| Hours 3: | 1:40 | 1.67 hours |
| Hours 4: | 4:20 | 4.33 hours |
| Hours 5: | 7:20 | 7.33 hours |
| Hours 6: | 1:30 | 1.50 hours |
| Hours 7: | 8:50 | 8.83 hours |
| Hours 8: | 10:10 | 10.17 hours |
| Hours 9: | 3:20 | 3.33 hours |
| Hours 10: | 2:10 | 2.17 hours |
| Hours 11: | 2:40 | 2.67 hours |
| Hours 12: | 9:40 | 9.67 hours |
| Hours 13: |  | 0.00 hours |
| Hours 14: |  | 0.00 hours |
| Total: | **69:10** | (69.17 hours (29.17 hours over 40.00)) |

copyright © 2013, Sunny Walker, MiracleSalad.com, *thunderpaw (at) gmail (dot) com*

Witness Fees_148
3/5/2013

Miracle Salad   WebTools   Programmer Tools

# Time Sheet Calculator
## Calculate Hours

| Start time | End time |
|---|---|
|  |  |
|  |  |

## Sum Hours (click to edit title)

| | | |
|---|---|---|
| Hours 1: | 3:30 | 3.50 hours |
| Hours 2: | 2:00 | 2.00 hours |
| Hours 3: | 9:20 | 9.33 hours |
| Hours 4: | 3:20 | 3.33 hours |
| Hours 5: | 4:40 | 4.67 hours |
| Hours 6: | 2:40 | 2.67 hours |
| Hours 7: | 1:35 | 1.58 hours |
| Hours 8: | 3:50 | 3.83 hours |
| Hours 9: | 8:15 | 8.25 hours |
| Hours 10: | 8:40 | 8.67 hours |
| Hours 11: | 9:30 | 9.50 hours |
| Hours 12: | 5:10 | 5.17 hours |
| Hours 13: | 3:00 | 3.00 hours |
| Hours 14: | 7:10 | 7.17 hours |
| **Total:** | **72:40** | (72.67 hours (32.67 hours over 40.00)) |

copyright © 2013, Sunny Walker, MiracleSalad.com, *thunderpaw (at) gmail (dot) com*

Witness Fees_149
3/5/2013

**Invoice**

U.S. V. BP Exploration & Production Inc.; Anadarko Exploration & Production LP, et al
(Deepwater Horizon Wellhead)

DJ Number: 90-5-1-1-10026
Selecting Attorney: Aristide N. Chakeres
Contract Number: DJJ-12W-ENR01-0041
FCN: 13-53019
Cost Center: 3361960418
YREGDOC: M01-53019 C

Period of Performance: June 11, 2013 through September 27, 2013

Name of person: Stewart K. Griffiths, Ph.D. - Expert
SS Number: ▮
DUNS Number: ▮

Bank Name and Address: ▮

ABA Routing Number: ▮
Acct. Number: ▮

Itemized Expenses: ▮

Subcontractors: None
Other Expenses: $1870.40 (Travel, 1 trip, see last page)

Total Current Invoice: ▮ } pay
Cumulative Total: 
Balance of Contract: ▮

ENRD Reviewer / Contact
Marcella Chloe 514-1755
Date 10/15/13

2013 SEP -9 AM 6: 35

**AIR Confirmation: AVMRWA**

Confirmation Date: 05/17/2013

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| GRIFFITHS/STEWART K | ████ | 5262130367155 | May 16, 2014 | |

| Date | Flight | Departure/Arrival |
|---|---|---|
| Sun Jun 23 | 33 | Depart **ALBUQUERQUE NM (ABQ)** on Southwest Airlines at **11:15 AM** <br> Arrive in **DALLAS LOVE FIELD (DAL)** at **1:55 PM** <br> <u>Wanna Get Away</u> |
| | 419 | Change planes to Southwest Airlines in DALLAS LOVE FIELD (DAL) at 2:55 PM <br> Arrive in **NEW ORLEANS LA (MSY)** at **4:20 PM** <br> Travel Time 4 hrs 5 mins <br> <u>Wanna Get Away</u> |
| Fri Jun 28 | 349 | Depart **NEW ORLEANS LA (MSY)** on Southwest Airlines at **08:05 AM** <br> Stops: *HOUSTON HOBBY (HOU)* |

Arrive in **ALBUQUERQUE NM (ABQ)** at **10:55 AM**
Travel Time 3 hrs 50 mins
<u>Wanna Get Away</u>

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

Air Cost: 645.60

Carry-on Items: 1 Bag + small personal item are free see full details. Checked Items: First and second bags are free, size and weight limits apply.

Fare Rule(s): 5262130367155: NONREF/NONTRANSFERABLE/STANDBY REQ UPGRADE TO Y.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date.
Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this
itinerary may result in a fare increase. Failure to cancel reservations for a Wanna Get Away or DING! fare segment at least 10 minutes prior
to travel will result in the forfeiture of all remaining unused funds.

ABQ WN X/DAL WN MSY318.14HLA7PNRP WN ABQ248.37RLAUPNRP 566.51 END ZPABQDALMSYHOU
XT7.50AY13.50XFABQ4.5DAL4.5MSY4.5

## Important Reminders:

### Check-In

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your
reserved space may be cancelled and you won't be eligible for denied booking compensation.

### No Show Policy

If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled
departure of the flight. For tickets purchased on or after May 10, 2013 for travel beginning September 13, 2013, customers who fail to
cancel reservations for a Wanna Get Away or DING! fare segment at least 10 minutes prior to travel and who do not board the flight will be
considered a no show, and all remaining funds on this reservation, including Anytime and Business Select fares, will be forfeited.

Go to Boarding School

Get EarlyBird
Check -In™ Details

## Cost and Payment Summary

AIR - AVMRWA

| | | | |
|---|---|---|---|
| Base Fare | $ | 566.51 | **Payment Information** |
| Excise Taxes | $ | 42.49 | Payment Type: Visa |
| Segment Fee | $ | 15.60 | Date: May 17, 2013 |
| Passenger Facility Charge | $ | 13.50 | Payment Amount: $121.00 |
| September 11th Security Fee | $ | 7.50 | Payment Type: Ticket Exchange |
| **Total Air Cost** | $ | **645.60** | Date: May 17, 2013 |
| | | | Payment Amount: $524.60 |

**Exchange Detail**
May 16, 2013 From ticket # 5262130311678 to ticket # 5262130367155



**Travel to NOLA for Deposition (June 23 to 28, 2013)**

| | |
|---|---|
| Airfare: | $645.60 |
| Hotel (5 nights at $154.16) | $770.80 |
| Taxi To/From NOLA Airport: | $66.00 |
| Parking Albuquerque Airport: | $33.00 |
| Per Diem (5 days at $71): | $355.00 |
| **Trip Total:** | **$1870.40** |



## INTERCONTINENTAL.
### NEW ORLEANS

06-28-13

| | |
|---|---|
| **Mr Stewart Griffiths** | Folio No. : 753455 |
| | A/R Number : |
| | Group Code : |
| | Company : |
| | Membership No. : ▆ |
| | Invoice No. : |

| | |
|---|---|
| Room No. : | **1038** |
| Arrival : | **06-23-13** |
| Departure : | **06-28-13** |
| Conf. No. : | **63889977** |
| Booking # : | |
| Page No. : | **1 of 2** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | 135.00 | |
| 06-23-13 | Package Rate | 11.88 | |
| 06-23-13 | Room State Tax | 2.00 | |
| 06-23-13 | State/City Occupancy Fee | 5.28 | |
| 06-23-13 | Room City Tax | 135.00 | |
| 06-24-13 | Package Rate | 11.88 | |
| 06-24-13 | Room State Tax | 2.00 | |
| 06-24-13 | State/City Occupancy Fee | 5.28 | |
| 06-24-13 | Room City Tax | 135.00 | |
| 06-25-13 | Package Rate | 11.88 | |
| 06-25-13 | Room State Tax | 2.00 | |
| 06-25-13 | State/City Occupancy Fee | 5.28 | |
| 06-25-13 | Room City Tax | 135.00 | |
| 06-26-13 | Package Rate | 11.88 | |
| 06-26-13 | Room State Tax | 2.00 | |
| 06-26-13 | State/City Occupancy Fee | 5.28 | |
| 06-26-13 | Room City Tax | 135.00 | |
| 06-27-13 | Package Rate | 11.88 | |
| 06-27-13 | Room State Tax | 2.00 | |
| 06-27-13 | State/City Occupancy Fee | 5.28 | |
| 06-27-13 | Room City Tax | | |
| 06-28-13 | Visa ▆ | | 770.80 |

444 St. Charles Avenue, New Orleans, LA 70130-3171 USA  Tel: (504) 525.5566  Fax: (504) 523.7310
http://new-orleans.intercontinental.com  neworleans@ihg.com

Witness Fees_154

**Chloe, Marcella (ENRD)**

| | |
|---|---|
| **From:** | Stewart Griffiths ████████████ |
| **Sent:** | Saturday, October 12, 2013 12:21 PM |
| **To:** | Chloe, Marcella (ENRD) |
| **Subject:** | Re: Southwest Airlines Confirmation-GRIFFITHS/STEWART K-Confirmation: AVMRWA |

Marcella,
Here here is the email I sent on September 26 containing my flight information. Did not hear back from you so not sure you actually got it.
Thanks,
Stewart

On Thu, Sep 26, 2013 at 11:38 AM, Stewart Griffiths ████████████████ wrote:
Marcella - Will this do? Thanks. Stewart

Sent from my iPhone

Begin forwarded message:

**From:** "Southwest Airlines" <SouthwestAirlines@luv.southwest.com>
**Date:** May 17, 2013 at 8:55:21 AM MDT
**To:** ████████████████
**Subject: Southwest Airlines Confirmation-GRIFFITHS/STEWART K-Confirmation: AVMRWA**
**Reply-To:** "Southwest Airlines" <no-reply@luv.southwest.com>

You're all set for your trip!

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

## Ready for takeoff!

Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**AIR Itinerary**

**AIR Confirmation: AVMRWA**     Confirmation Date: 05/17/2013

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| GRIFFITHS/STEWART K | ████████ | 5262130367155 | May 16, 2014 | 3654 |

| Date | Flight | Departure/Arrival |
|---|---|---|

1

## Cost and Payment Summary

| AIR - AVMRWA | | | Payment Information |
|---|---|---|---|
| Base Fare | $ | 566.51 | Payment Type: ██████ |
| Excise Taxes | $ | 42.49 | Date: May 17, 2013 |
| Segment Fee | $ | 15.60 | Payment Amount: $121.00 |
| Passenger Facility Charge | $ | 13.50 | |
| September 11th Security Fee | $ | 7.50 | |
| **Total Air Cost** | **$** | **645.60** | Payment Type: Ticket Exchange |

Date: May 17, 2013
Payment Amount: $524.60

**Exchange Detail**
May 16, 2013 From ticket # 5262130311678 to
ticket # 5262130367155



## Flight Status Alerts

Stay on your way with flight departure or
arrival status via text message or email.

Subscribe Now⌐



Get exclusive travel deals straight to your
desktop or iPhone.

Download DING!⌐

### Useful Tools

Check-In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

### Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

### Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your
privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date
[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

3

Witness Fees_156

| | | | |
|---|---|---|---|
| 0 · C | 1 · 030 · ÷ | | |
| 0 · 00 + | 60 · = | | |
| 40 · 00 + | 17 · 17 * | | |
| 20 · 00 + | | | |
| 10 · 00 + | 0 · 00G + | | |
| 30 · 00 + | | | |
| 50 · 00 + | 0 · 00G + | | 17 · 17 + |
| 10 · 00 + | | Labor Total | 0 · C |
| 40 · 00 + | | | |
| 0 · 00 + | 2 · 00 + | | 17 · 17 + |
| 50 · 00 + | 3 · 00 + | | 226 · 00 + |
| 40 · 00 + | 1 · 00 + | | 243 · 17 × |
| 30 · 00 + | 2 · 00 + | | 180 · = |
| 0 · 00 + | 10 · 00 + | | 43 · 770 · 60 * |
| 40 · 00 + | 8 · 00 + | | |
| 30 · 00 + | 9 · 00 + | | 243 · 17G + |
| 20 · 00 + | 8 · 00 + | | |
| 50 · 00 + | 9 · 00 + | | 0 · 00G + |
| 0 · 00 + | 2 · 00 + | | |
| 10 · 00 + | 6 · 00 + | | |
| 20 · 00 + | 8 · 00 + | | |
| 40 · 00 + | 8 · 00 + | | 645 · 60 + |
| 30 · 00 + | 8 · 00 + | | 770 · 80 + |
| 10 · 00 + | 7 · 00 + | Travel | 66 · 00 + |
| 0 · 00 + | 6 · 00 + | | 33 · 00 + |
| 50 · 00 + | 10 · 00 + | | 355 · 00 + |
| 30 · 00 + | 10 · 00 + | | 1 · 870 · 40G + |
| 50 · 00 + | 10 · 00 + | | |
| 40 · 00 + | 1 · 00 + | | |
| 20 · 00 + | 0 · 00 + | | |
| 50 · 00 + | 2 · 00 + | | |
| 30 · 00 + | 2 · 00 + | | |
| 20 · 00 + | 9 · 00 + | | 43 · 770 · 00 + |
| 0 · 00 + | 11 · 00 + | Total | 1 · 870 · 40 + |
| 10 · 00 + | 10 · 00 + | | 45 · 640 · 40G + |
| 40 · 00 + | 9 · 00 + | | |
| 20 · 00 + | 10 · 00 + | | 0 · 00G + |
| 30 · 00 + | 7 · 00 + | | |
| 40 · 00 + | 10 · 00 + | | |
| 10 · 00 + | 8 · 00 + | | |
| 20 · 00 + | 5 · 00 + | | |
| 1 · 030 · 00G + | 4 · 00 + | | |
| | 1 · 00 + | | |
| | 0 · 00 + | | |
| | 3 · 00 + | | |
| | 5 · 00 + | | |

**Invoice**

U.S. V. BP Exploration & Production Inc.; Anadarko Exploration & Production LP, et al
(Deepwater Horizon Wellhead)

DJ Number: 90-5-1-1-10026
Selecting Attorney: Thomas Benson
Contract Number: DJJ-12W-ENR01-0041
FCN: 13-53019
Cost Center: 3361960418
YREGDOC: M01-53019 D

Period of Performance: August 28, 2013 through October 17, 2013

Name of person: Stewart K. Griffiths, Ph.D. — *Expert*
SS Number: ███
DUNS Number: ███

Bank Name and Address: ███

ABA Routing Number: ███
Acct. Number: ███

Itemized Expenses: ███

Total Labor Cost: ███
Subcontractors: None
Other Expenses: $3,731.58 (Travel, 2 trips, last page)

Total Current Invoice: ███ ✓ *pay*
Cumulative Total: ███
Balance of Contract:

ENRD Reviewer / Contact
Marcella Chloe  514-1755
Date  11/15/13

---

[1] Please note that previous invoice erroneously stated period of performance as June 11, 2013 through September 27, 2013. Actual period of performance was June 11, 2013 through **August** 27, 2013. Last charges for that invoice were 8/26/13.



**Travel to Washington DC for Moot Court (September 16-19, 2013)**     **Trip Total:** $1526.68 ✓

| | |
|---|---|
| Airfare: | $412.80 ✓ |
| Hotel (3 nights at $226+Prorated Tax) | $776.30 ✓ (actual expense $1153.03 Govt rate unavailable) |
| Shuttle BWI to DC | $38.00 ✓ |
| Taxi DC to BWI: | $71.58 ✓ |
| Parking Albuquerque Airport: | $15.00 ✓ |
| Per Diem (3 days at $71): | $213.00 ✓ |

**Travel to New Orleans for Trial (October 3-9, 2013)**     **Trip Total:** $2204.90 ✓

| | |
|---|---|
| Airfare: | $774.60 ✓ |
| Hotel (6 nights at $135+Tax) | $921.30 ✓ |
| Shared Taxi airport to NOLA | $20.00 ✓ |
| Taxi NOLA to airport: | $33.00 ✓ |
| Parking Albuquerque Airport: | $30.00 ✓ |
| Per Diem (6 days at $71): | $426.00 ✓ |

**Total Travel Expenses:** $3731.58 ✓

My Account ▸ My Travel ▸ Past Trips ▸ Albuquerque, NM - ABQ to Baltimore/Washington, MD - BWI



# Albuquerque, NM - ABQ to Baltimore/Washington, MD - BWI

Save as Frequent Trip | Book This Trip | View Receipt



**How was Baltimore?**

Post photos, share trips, and join the conversation at Travel Guide.

## ☒ Air

**Passenger: STEWART GRIFFITHS**          Confirmation #ALBCYL

**AIR ITINERARY**

Flight - Wanna Get Away Fare
| SEP 16 | Albuquerque, NM - ABQ to Baltimore/Washington, MD - BWI
| MON | 09/16/2013

Flight - Wanna Get Away Fare
| SEP 19 | Baltimore/Washington, MD - BWI to Albuquerque, NM - ABQ
| THU | 09/19/2013

🖨 Print

**PRICING**

| Trip | Routing | Fare Type | Fare |
|------|---------|-----------|------|
| Flight | ABQ-BWI | Wanna Get Away | $213.95 |
| Flight | BWI-ABQ | Wanna Get Away | $149.77 |
| | | Govt. Taxes & Fees | $49.08 |
| | | **Dollar Total:** | **$412.80** |

**Dollar Grand Total:**          **$412.80** ✓
**Total Points Earned:**          Enroll to earn now!

---

DC TRIP / CAPPED
E. KELLY # 1516
HACK ID # 51605
09/04/D1 TR 9863
START  END MILES
12:71 14:72 31.6
FARE FOR EA RATE
RATE 1: $ 71.58
EXTRA: $ 0.00
TOTAL: $ 71.58 ✓
TAG H-87217
DC TAXICAB CUMM
TEL 202 645 6018

---

## SuperShuttle

Call (800) BLUE-VAN at least one day
in advance for return reservations

PASSENGER RECEIPT

9/16/2013   7:23:10PM

20001

CONF#:
ADULT:    1
CHILD:    0

griffith, stewart

WASHINGTON

| FARE: | $ 37.00 |
| SERVICE CHARGE: | $ 1.00 |
| DRIVER FEES: | $ 0.00 |
| COMPANY FEES: | $ 0.00 |
| DISCOUNT: | $ 0.00 |
| TIP: | $ 0.00 |
| COMP/GIFT CERT: | $ 0.00 |
| TOTAL DUE: | $ 38.00 |

PAYMENT TYPE:   CC
TOTAL PAID:   $ 38.00 ✓
CHANGE DUE:   $ 0.00

THIS IS A RECEIPT
NOT VALID FOR TRANSPORTATION

DRIVER GRATUITY NOT INCLUDED IN FARE

Witness Fees_160



**COURTYARD Marriott**

Courtyard by Marriott
Washington Convention Center

900 F St.nw
Washington Dc 20004
T 202.638.4600

S. Griffiths

Room: 730
Room Type: GENR
Number of Guests: 1
Rate: $349.00
Clerk:

Arrive: 16Sep13    Time: 03:52PM    Depart: 19Sep13    Time:    Folio Number: 70304

| Date | Description | Charges | Credits |
|---|---|---|---|
| ✓ 16Sep13 | Room Charge | 309.00 | |
| 16Sep13 | Room Tax | 44.81 | |
| ✓ 17Sep13 | Room Charge | 349.00 | |
| 17Sep13 | Room Tax | 50.61 | |
| ✓ 18Sep13 | Room Charge | 349.00 | |
| 18Sep13 | Room Tax | 50.61 | |
| 19Sep13 | Visa | | 1153.03 |
| ✓ | Card #: ▓▓▓▓▓ | | |
| | Amount: 1153.03 Auth: 016922 Signature on File | | |
| | This card was electronically swiped on 16Sep13 | | |

Balance: 0.00

*(handwritten)* 226 × 3 = 678  
~~300 × 3~~ ~~$900.00~~  
taxes 146.03  
$874.03

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

As requested, a final copy of your bill will be emailed to you at: ▓▓▓▓▓ See "Internet Privacy Statement" on Marriott.com.



*(handwritten)*

$1153.03 × ~~226~~ 678 / ~~300~~ 1007    226 × 3 = 678

= 843.32  prorated tax 678 ~~226~~ / ~~300~~ 1007 × 146.03 = ~~$016.80~~

679.00
98.32

~~791.80~~
776.32

* $1153 × ( (226+226+226) / (309+349+349) )

= $1153 × 678/1007 = $ total 776.30

* Prorated Tax = $ 146.03 × 678/1007 = 98.32

Professional Services

194・5 ×
180・ =
35・010・00 *

0・00G +

0・00G +


35・010・00 +
1・526・68 +
2・204・90 +
38・741・58 G +

0・00G +


Travel to DC

472・80 =
776・20 +
38・00 +
71・58 +
15・00 +
213・00 +
1・526・62 G +

0・00G +


Travel to New Orleans

774・60 +
921・50 +
20・00 +
33・00 +
30・00 +
426・00 +
2・205・50 G +

0・00G +

Witness Fees_162

# *1100180100*

**TRAVEL VOUCHER OR SUBVOUCHER**

Read Privacy Act Statement, Penalty Statement, and Instructions on back before completing form. Use typewriter, ink, or ball point pen. PRESS HARD. DO NOT use pencil. If more space is needed, continue in remarks.

**1. PAYMENT**
[X] Electronic Fund Transfer (EFT)
[ ] Payment by Check

**SPLIT DISBURSEMENT:** The Paying Office will pay directly to the Government Travel Charge Card (GTCC) contractor the portion of your reimbursement representing travel charges for transportation, lodging, and rental car if you are a civilian employee, unless you elect a different amount. Military personnel are required to designate a payment that equals the total of their outstanding government travel card balance to the GTCC contractor.

[X] Pay the following amount of this reimbursement directly to the Government Travel Charge Card contractor: $ **1,171.10**

**2. NAME** (Last, First, Middle Initial) (Print or type)
**HEWETT, LARRY W**

**3. GRADE** O6

**4. SSN**

**5. TYPE OF PAYMENT** (X as applicable)
[X] TDY    [X] Member/Employee
[ ] PCS    [ ] Other
[ ] Dependent(s)    [ ] DLA

**6. ADDRESS** a. NUMBER AND STREET
b. CITY **SOUTH MILLS**
c. STATE **NC**
d. ZIP CODE **27976**

**e. E-MAIL ADDRESS** larry.w.hewett@uscg.mil

**10. FOR D.O. USE ONLY**
a. D.O. VOUCHER NUMBER
b. SUBVOUCHER NUMBER

**7. DAYTIME TELEPHONE NUMBER & AREA CODE** 502-779-5411
**8. TRAVEL ORDER/AUTHORIZATION NUMBER** 1114G84GLA392000
**9. PREVIOUS GOVERNMENT PAYMENTS/ ADVANCES** 0.00

**11. ORGANIZATION AND STATION** 2075120

**12. DEPENDENT(S)** (X and complete as applicable)
[ ] ACCOMPANIED    [X] UNACCOMPANIED
a. NAME (Last, First, Middle Initial)
b. RELATIONSHIP
c. DATE OF BIRTH OR MARRIAGE

**13. DEPENDENTS' ADDRESS ON RECEIPT OF ORDERS** (include Zip Code)
c. PAID BY

**14. HAVE HOUSEHOLD GOODS BEEN SHIPPED?** (X one)
[ ] YES    [ ] NO (Explain in Remarks)
d. COMPUTATIONS

**15. ITINERARY**

| a. DATE | | b. PLACE (Home, Office, Base, Activity, City and State; City and Country, etc.) | c. MEANS/ MODE OF TRAVEL | d. REASON FOR STOP | e. LODGING COST | f. POC MILES | |
|---|---|---|---|---|---|---|---|
| 06/17/2014 | DEP | 23701 Portsmouth, VA | CP | | | | |
| 06/17/2014 | ARR | 70130 New Orleans, LA | | TD | 151.00 | | |
| 06/20/2014 | DEP | 70130 New Orleans, LA | CP | | | | |
| 06/20/2014 | ARR | 23704 Portsmouth, VA | | MC | | | |
| | DEP | | | | | | |
| | ARR | | | | | | |
| | DEP | | | | | | |
| | ARR | | | | | | |
| | DEP | | | | | | |
| | ARR | | | | | | |
| | DEP | | | | | | e. SUMMARY OF PAYMENT |
| | ARR | | | | | | (1) Per Diem |
| | DEP | | | | | | (2) Actual Expense Allowance |
| | ARR | | | | | | (3) Mileage |

**16. POC TRAVEL** (X one) [X] OWN/OPERATE    [ ] PASSENGER

**17. DURATION OF TDY TRAVEL**
[ ] 12 HOURS OR LESS
[ ] MORE THAN 12 HOURS BUT 24 HOURS OR LESS
[X] MORE THAN 24 HOURS

| Summary continued | |
|---|---|
| (4) Per Diem Travel | |
| (5) DLA | |
| (6) Reimbursable Expenses | |
| (7) Total | |
| (8) Less Advance | |
| (9) Amount Owed | |
| (10) Amount Due | |

**18. REIMBURSABLE EXPENSES**

| a. DATE | b. NATURE OF EXPENSE | c. AMOUNT | d. ALLOWED | |
|---|---|---|---|---|
| 06/17/2014 | AIRFARE-TRAIN-BUS EXP | 444.00 | 444.00 | |
| 06/17/2014 | LOCAL TRANSPORT-TAXI- | 40.00 | 40.00 | |
| 06/20/2014 | LOCAL TRANSPORT-TAXI- | 40.00 | 40.00 | X |
| 06/20/2014 | ATM ADMINISTRATIVE FE | 2.50 | 2.50 | |
| 06/17/2014 | ALLOWED LODGING TAXES | 69.81 | 69.81 | |

**19. GOVERNMENT/DEDUCTIBLE MEALS**

| a. DATE | b. NO. OF MEALS | a. DATE | b. NO. OF MEALS |
|---|---|---|---|
| | | | |

**20.a. CLAIMANT SIGNATURE** LARRY W HEWETT
**b. DATE** 6/24/2014

c. REVIEWER'S PRINTED NAME
d. REVIEWER SIGNATURE
e. TELEPHONE NUMBER
f. DATE

**21.a. APPROVING OFFICIAL'S PRINTED NAME** ROMON D COPELAND
b. SIGNATURE
c. TELEPHONE NUMBER
**d. DATE** 6/24/2014

**22. ACCOUNTING CLASSIFICATION**
1114G84GLA392000 2 G 401 199 30 0 LA    70180 2100

**23. COLLECTION DATA**

| 24. COMPUTED BY | 25. AUDITED BY RDC | 26. TRAVEL ORDER/ AUTHORIZATION POSTED BY | 27. RECEIVED (Payee signature and Date or Check No.) | 28. AMOUNT PAID |
|---|---|---|---|---|
| | | | | |

**DD FORM 1351-2, MAR 2008**
PREVIOUS EDITION MAY BE USED UNTIL SUPPLY IS EXHAUSTED.
Exception to SF 1012 approved by GSA/IRMS 12-91
Adobe Designer 7.0

## PRIVACY ACT STATEMENT

AUTHORITY: 5 USC 5701, 37 USC 404-427, and EO 9397.

PRINCIPAL PURPOSE(S): Used for reviewing, approving, accounting and disbursing for official travel. SSN is used to maintain a numerical identification system for individual claims.

ROUTINE USE(S): To substantiate claims for reimbursement for official travel.

DISCLOSURE: Voluntary; however, failure to furnish information requested may result in total or partial denial of amount claimed.

## PENALTY STATEMENT

There are severe criminal and civil penalties for knowingly submitting a false, fictitious, or fraudulent claim (U.S. Code, Title 18, Section 287 and 1001 and Title 31, Section 3729).

## INSTRUCTIONS

**ITEM 1 - PAYMENT**

Member must be on electronic funds (EFT) to participate in split disbursement. Split disbursement is a payment method by which you may elect to pay your official travel card bill and forward the remaining settlement dollars to your predesignated account. For example: $250.00 in the "Amount to Government Travel Charge Card" block means that $250.00 of your travel settlement will be electronically sent to the charge card company. Any dollars remaining on this settlement will automatically be sent to your predesignated account. Should you elect to send more dollars than you are entitled, "all" of the settlement will be forwarded to the charge card company. Notification: you will receive your regular monthly billing statement from the Government Travel Charge Card contractor, it will state: paid by Government $250.00 , 0 due. If you forwarded less dollars than you owe, the statement will read as: paid by Government, $250.00, $15.00 now due. Payment by check is made to travelers only when EFT payment is not directed.

**USCG TRAVEL PAYMENT STATUS AND DEBT/OVERPAYMENT COLLECTION**

- When Industrial Site accounting used - contact the accounting office that funded travel.
- For all others - contact the CG Finance Center at 1-800-564-5504 and follow the prompts. For personal assistance and instructions for repayments or rescheduling of travel debts call (757) 523-6940. A Due Process debt notification letter w/instructions will be sent to you.
- If no payment status is indicated call HRSIC Travel at 1-888-USCG-TVL.

**REQUIRED ATTACHMENTS FOR TRAVEL VOUCHER AUDIT SUBMISSIONS**

Claims will be audited based on a random sampling plan or because the net entitlement of the travel equaled or exceeded $2,500.00 Assemble your claim as follows:
1. (Top) Travel Voucher, Continuation Page, and Daily Expense Record, DOD or UTS record.
2. Copy of all travel orders and amendments, as applicable.
3. Dependent and/or other family member travel authorizations or claim documentation.
4. Change HRSIC to PPC.

**ITEM 15. ITINERARY - SYMBOLS**

**15c. MEANS/MODE OF TRAVEL**(*Use two letters*)

| | | | |
|---|---|---|---|
| GTR/TKT | - T | Automobile | - A |
| Government Transportation | - G | Motorcycle | - M |
| Commercial Transportation | | Bus | - B |
| (Own expense) | - C | Plane | - P |
| Privately Owned | | Rail | - R |
| Conveyance(POC) | - P | Vessel | - V |
| Alaska Ferry System | - AF | Rental Car | - RC |
| Change Status | - CS | | |

**15d. REASON FOR STOP**

| | | | |
|---|---|---|---|
| Authorized Delay | - AD | Hospital Discharge | - HD |
| Authorized Return | - AR | Change of Home Port | - HP |
| Awaiting Transportation | - AT | Leave En Route | - LV |
| Circuitous Travel | - CT | Mission Complete | - MC |
| Designated Leave Point | - DL | Pick Up Passengers | - PP |
| Drop Off Passengers | - DP | Pick Up Vehicle | - PV |
| Drop Off Vehicle | - DV | Sick Leave | - SL |
| Enroute Stop Over | - ES | Temporary Duty | - TD |
| House Hunting | - HH | Voluntary Return | - VR |
| Hospital Admittance | - HA | | |

**15e. LODGING COST**

TPAX requires the entry of the per-day (daily) cost of Lodging. Place and claim INCONUS lodging taxes in the reimbursable expense section.

**ITEM 19 - DEDUCTIBLE MEALS**

Use the TPAX "Exception" button to enter deductible meals. Meals consumed by a member when furnished with or without charge incident to an official assignment by sources other than a government mess (see JFTR,par. U4125-A3g and JTR, par. C4554-B for definition and deductible meals). Meals furnished on commercial aircraft or by private individuals are not considered deductible meals.

**29. REMARKS**

EMPLOYEES: INDICATE DATES ON WHICH LEAVE TAKEN FOR MORE THAN ONE-HALF OF PRESCRIBED DAILY WORKING HOURS

UNIFORMED MEMBERS: INDICATE DATES ON WHICH LEAVE WAS TAKEN

Receipts Required:

| Date(s) | Description | Amount |
|---|---|---|
| 06/17/2014- | AIRFARE-TRAIN-BUS EXPENSE | $444.00 |
| 06/17/2014- 06/20/2014 | Lodging at 70130 New Orleans, LA LOUISIANA | At least $ 453.00 |

TPAX GENERATED FORM 1351-2 (BACK), AUG 1997

4. NAME (Last, First, Middle Initial)

HEWETT, LARRY W

| Date | Day Type | Daily Lodging | Lodging Taxes | Computed Meal Types Br | Lu | Dn | Claimed Meal Types Br | Lu | Dn | Actual Expenses Claimed Br | Lu | Dn | Inc. |
|------|----------|---------------|---------------|------------------------|----|----|-----------------------|----|----|----------------------------|----|----|------|
| 06/17/2014 | LDP | 151.00 | 23.27 | CM | CM | CM | CM | CM | CM | | | | |
| 06/18/2014 | LDP | 151.00 | 23.27 | CM | CM | CM | CM | CM | CM | | | | |
| 06/19/2014 | LDP | 151.00 | 23.27 | CM | CM | CM | CM | CM | CM | | | | |
| 06/20/2014 | LDP | 0.00 | 0.00 | CM | CM | CM | CM | CM | CM | | | | |

Day Types
LDP=Lodging Plus, OB=OnBoard Ship, FD=Field Duty,   SD=Sea Duty,   LV=Leave,   AE=Actual Expense, AELP=Actual Expense/Meals LDP
GRP=Group Travel,FLT=Flat Per Diem, RED=Reduced Per Diem, AF=Alaskan Ferry, NP=No Per Diem, SAE=300% AE,   SAELP=300% AELP

# CDC Travel Expense Worksheet

| First Name:<br>JOHN | Last Name:<br>HOWARD | User ID: | Travel Order/Auth #:<br>0U0JWF | PNR Locator:<br>PSGOBA | Departure Date:<br>6/24/2014 | Return Date:<br>6/26/2014 |

Changes were made to the itinerary to accommodate leave, extended TDY, etc.: ☐     Sponsored: ☐     International: ☐     Trip was < 12 hours: ☐

## Lodging Expense Details (Domestic)

| Location | From | To | Receipt # | Rate | Reimbursement Method |
|----------|------|-----|-----------|------|---------------------|
| CHICAGO, IL | 6/24/2014 | 6/25/2014 | | $186.00 | GOVCC |
| NEW ORLEANS, LA | 6/25/2014 | 6/26/2014 | | $151.00 | GOVCC |

* Please see explanation below

## Itemized Non-Mileage Expenses (Domestic)

* Expenses marked with an asterisk require a justification. If not already entered into the GovTrip authorization, please justify the expense.

If you choose "Other" from the drop down menu, please explain the expense in the justification field.

| Description | Date | Reimbursement Method | Receipt # | Amount | Justification |
|-------------|------|---------------------|-----------|--------|---------------|
| Taxi - Airport | 6/24/2014 | Traveler - Personal | | $50.00 | |
| Taxi - Airport | 6/24/2014 | GOVCC | | $42.00 | |
| Taxi - Airport | 6/25/2014 | Traveler - Personal | | $50.00 | |
| Taxi - Airport | 6/26/2014 | Traveler - Personal | | $50.00 | |
| Hotel Room Tax * | 6/25/2014 | GOVCC | | $24.18 | |
| Other * | 6/26/2014 | GOVCC | | $3.00 | Occupancy Fee |
| Other * | 6/26/2014 | GOVCC | | $2.64 | Tourism Fee |
| Hotel Room Tax * | 6/26/2014 | GOVCC | | $10.57 | |
| | | | | | |
| | | | | | |
| | | | | | |

## Mileage-Related Expenses

| Expense Description | Expense Date | Miles |
|---------------------|--------------|-------|
| | | |
| | | |

**Additional amount not already indicated to be remitted to Government Charge Card (GOVCC):**
*This field is for any expense(s) that is/are not accounted for above and that should be paid directly to the GOVCC vendor. For example, if you used your GOVCC to make an ATM withdrawal, you can make arrangements to repay it by entering the amount here or if you paid for a meal using your GOVCC you may enter that amount here.*

**Options for Reimbursement**
*GOVCC* - Traveler paid on GOVCC and reimbursement should be sent directly to GOVCC vendor on traveler's behalf.
*Personal* - Traveler paid for expense and reimbursement should be made to traveler.
*Sponsored In-Kind* - Traveler did not incur any expense. Sponsor provided directly.
*Sponsored Reimbursable* - Traveler paid for expense and reimbursement should be made to traveler. The sponsor will reimburse CDC.

**Additional Comments:**

Witness Fees_166

  

| English | Log In |
| 12 hrs display | Sign up Now |
| | **Login with Facebook** |

Home    View Itinerary    Travel Tools    Help          My Profile    MyTrips

Save as PDF          Print eInvoice

## Electronic Invoice

**Prepared For:**

HOWARD/JOHN                                          Ref: CBA

| SALES PERSON | I2 |
| INVOICE NUMBER | 0110031 |
| INVOICE ISSUE DATE | 17 Jun 2014 |
| RECORD LOCATOR | PSGOBA |
| CUSTOMER NUMBER | ████████ |

### Client Address

CDC-NATL INSTITUTE OCCUPATIONAL SAFETY
AUTOMATION
AUTOMATION
AUTOMATION

### DATE: Wed, Jun 24

**Flight:  AMERICAN AIRLINES 1075**

| From | WASHINGTON REAGAN, DC | Departs | 11:35am |
| To | CHICAGO OHARE, IL | Arrives | 12:35pm |
| Departure Terminal | B | Arrival Terminal | 3 |
| Duration | 02hr(s) :00min(s) | Class | Economy |
| Type | | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HOWARD/JOHN | Seat(s) - 10F | AA  - XXXXX W8 |

### DATE: Thu, Jun 25

**Flight:  AMERICAN AIRLINES 4306**

| From | CHICAGO OHARE, IL | Departs | 7:45am |
| To | NEW ORLEANS, LA | Arrives | 10:00am |
| Departure Terminal | 3 | | |
| Duration | 02hr(s) :15min(s) | Class | Economy |
| Type | | Meal | Food for Purchase |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HOWARD/JOHN | Seat(s) - 18F | AA  - XXXXX W8 |

### DATE: Sat, Jun 27

**Flight:  US AIRWAYS 3260**

| From | NEW ORLEANS, LA | Departs | 7:30am |
| To | WASHINGTON REAGAN, DC | Arrives | 11:05am |
| | | Arrival Terminal | C |

| Duration | 02hr(s) :35min(s) | | Class | Coach |
| Type | EMBRAER EMB 175 JET | | Meal | |
| Stop(s) | Non Stop | | | |
| Seat(s) Details | HOWARD/JOHN | | Seat(s) - 12A | US  - XXXXX W8 |

## Ticket Information

| **Ticket Number** | AA 7459907036 | **Passenger** | HOWARD JOHN | | | |
| | | **Billed to:** | | | USD | * 652.00 |
| **Service Fee** | XD 0622174556 | **Passenger** | HOWARD JOHN | | | |
| | | **Billed to:** | | | USD | * 6.08 |

|  | SubTotal | **USD 658.08** |
|  | Net Credit Card Billing | **\* USD 658.08** |
|  | | ---------- |
|  | Total Amount Due | **USD 0.00** |

GSA FY13 CPP CONTRACT BE ADVISED THAT YOUR
BOOKING IS SUBJECT TO CANCELLATION BY THE AIRLINE
IF THIS RESERVATION IS NOT TICKETED AT LEAST 48
HOURS PRIOR TO SCHEDULED DEPARTURE. PLEASE ENSURE
THAT YOUR TRAVEL AUTHORIZATION IS APPROVED AT
LEAST 72 HOURS PRIOR TO DEPARTURE TO ENABLE
TICKETING AND AVOID POSSIBLE CANCELLATION.
AUTHORIZATION TO TRAVEL FOR THE ABOVE REFERENCED
TRIP. PLEASE MAKE SURE TO OBTAIN YOUR TRAVEL
AUTHORIZATION TODAY TO ENABLE TICKETING AND AVOID
POSSIBLE CANCELLATION. DUE TO RECENT CHANGES IN
THE TERMS OF GSA CPP AIRLINE FARES BE ADVISED
THAT YOUR BOOKING IS SUBJECT TO CANCELLATION BY
THE AIRLINE IF THIS RESERVATION IS NOT TICKETED
AT LEAST 48 HOURS PRIOR TO SCHEDULED DEPARTURE.
FOR ALL FUTURE TRAVEL PLEASE ENSURE THAT YOUR
TRAVEL AUTHORIZATION IS APPROVED AT LEAST 72 HOURS
PRIOR TO DEPARTURE TO ENABLE TICKETING AND AVOID
POSSIBLE CANCELLATION.
FOR TRAVEL ASSISTANCE DURING THE DAY-CALL 877-636-7965
OFFICE HOURS MON-FRI 730A-900P EST
FOR AFTER HOUR EMERGENCY ASSISTANCE.......866-892-0810
PLEASE ADVISE I.D. CODE...S-G2YB-CDCSAFETY
TO ACCESS YOUR E-TICKET RECEIPT
GO TO WWW.VIRTUALLYTHERE.COM
IF A HOTEL IS BOOKED FOR THIS ITINERARY PLEASE NOTE
IT IS HHS POLICY THAT TRAVELERS MUST INQUIRE AT THE
LODGING CHECK-IN DESK ABOUT AVAILABILITY OF STATE
AND/OR LOCAL TAX EXEMPTION FOR FEDERAL OFFICIAL DUTY
TRAVEL. FAILURE TO MAKE THAT INQUIRY WHICH RESULTS IN
PAYMENT OF STATE AND/OR LOCAL TAX IN AN EXEMPT AREA
WILL RESULT IN DENIAL OF REIMBURSEMENT FOR THE LODGING
TAX.
U9-X
BA-GOVT
U10-N
U12-GHHSHCCA
U6-0U0JWF-14-9218003-21301
U45-R

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see e-Ticket receipt for total charges.

Save as PDF          Print eInvoice

Advertise     For Travel Agents     Privacy Policy     Copyright and Trademark Notices

sabre
virtuallythere

  

Home    View Itinerary    Travel Tools    Help

My Profile    MyTrips

Save as PDF    Print eInvoice

## Electronic Invoice

**Prepared For:**

HOWARD/JOHN

**Ref: CBA**

| | |
|---|---|
| SALES PERSON | PG |
| INVOICE NUMBER | 0113695 |
| INVOICE ISSUE DATE | 26 Jun 2014 |
| RECORD LOCATOR | PSGOBA |
| CUSTOMER NUMBER | ███████ |

### Client Address

CDC-NATL INSTITUTE OCCUPATIONAL SAFETY
AUTOMATION
AUTOMATION
AUTOMATION

### DATE: Wed, Jun 24

**Flight: AMERICAN AIRLINES 1075**

| | | | |
|---|---|---|---|
| From | WASHINGTON REAGAN, DC | Departs | 11:35am |
| To | CHICAGO OHARE, IL | Arrives | 12:35pm |
| Duration | 02hr(s) :00min(s) | Class | First |
| Type | | Meal | |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HOWARD/JOHN | | AA  - XXXXX W8 |

### DATE: Thu, Jun 25

**Flight: AMERICAN AIRLINES 4306**

| | | | |
|---|---|---|---|
| From | CHICAGO OHARE, IL | Departs | 7:45am |
| To | NEW ORLEANS, LA | Arrives | 10:00am |
| Departure Terminal | 3 | | |
| Duration | 02hr(s) :15min(s) | Class | First |
| Type | | Meal | Continental Breakfast |
| Stop(s) | Non Stop | | |
| Seat(s) Details | HOWARD/JOHN | | AA  - XXXXX W8 |

### DATE: Fri, Jun 26

**Flight: US AIRWAYS 3294**

| | | | |
|---|---|---|---|
| From | NEW ORLEANS, LA | Departs | 6:35pm |
| To | WASHINGTON REAGAN, DC | Arrives | 10:18pm |
| | | Arrival Terminal | C |
| Duration | 02hr(s) :43min(s) | Class | Coach |

Witness Fees_169

| Type | EMBRAER JET | | Meal | |
|---|---|---|---|---|
| Stop(s) | Non Stop | | | |
| Seat(s) Details | HOWARD/JOHN | | | US   - XXXXX W8 |

## Ticket Information

| **Ticket Number** | AA 7462073041 | **Passenger** | HOWARD JOHN | | |
| | | **Exchange** | AA 7459907036 | USD | 0.00 |
| **Service Fee** | XD 0622517395 | **Passenger** | HOWARD JOHN | | |
| | | **Billed to:** | ▬▬▬▬▬▬▬▬▬ | USD | * 25.86 |

|  | SubTotal | **USD 25.86** |
|---|---|---|
|  | Net Credit Card Billing | * **USD 25.86** |
|  |  | ---------- |
|  | Total Amount Due | **USD 0.00** |

GSA FY13 CPP CONTRACT BE ADVISED THAT YOUR
BOOKING IS SUBJECT TO CANCELLATION BY THE AIRLINE
IF THIS RESERVATION IS NOT TICKETED AT LEAST 48
HOURS PRIOR TO SCHEDULED DEPARTURE. PLEASE ENSURE
THAT YOUR TRAVEL AUTHORIZATION IS APPROVED AT
LEAST 72 HOURS PRIOR TO DEPARTURE TO ENABLE
TICKETING AND AVOID POSSIBLE CANCELLATION.
AUTHORIZATION TO TRAVEL FOR THE ABOVE REFERENCED
TRIP. PLEASE MAKE SURE TO OBTAIN YOUR TRAVEL
AUTHORIZATION TODAY TO ENABLE TICKETING AND AVOID
POSSIBLE CANCELLATION. DUE TO RECENT CHANGES IN
THE TERMS OF GSA CPP AIRLINE FARES BE ADVISED
THAT YOUR BOOKING IS SUBJECT TO CANCELLATION BY
THE AIRLINE IF THIS RESERVATION IS NOT TICKETED
AT LEAST 48 HOURS PRIOR TO SCHEDULED DEPARTURE.
FOR ALL FUTURE TRAVEL PLEASE ENSURE THAT YOUR
TRAVEL AUTHORIZATION IS APPROVED AT LEAST 72 HOURS
PRIOR TO DEPARTURE TO ENABLE TICKETING AND AVOID
POSSIBLE CANCELLATION.
FOR TRAVEL ASSISTANCE DURING THE DAY-CALL 877-636-79650
OFFICE HOURS MON-FRI 730A-900P EST
FOR AFTER HOUR EMERGENCY ASSISTANCE.......866-892-0810
PLEASE ADVISE I.D. CODE...S-G2YB-CDCSAFETY
TO ACCESS YOUR E-TICKET RECEIPT
GO TO WWW.VIRTUALLYTHERE.COM
IF A HOTEL IS BOOKED FOR THIS ITINERARY PLEASE NOTE
IT IS HHS POLICY THAT TRAVELERS MUST INQUIRE AT THE
LODGING CHECK-IN DESK ABOUT AVAILABILITY OF STATE
AND/OR LOCAL TAX EXEMPTION FOR FEDERAL OFFICIAL DUTY
TRAVEL. FAILURE TO MAKE THAT INQUIRY WHICH RESULTS IN
PAYMENT OF STATE AND/OR LOCAL TAX IN AN EXEMPT AREA
WILL RESULT IN DENIAL OF REIMBURSEMENT FOR THE LODGING
TAX.
U9-X
BA-0908
U10-T
U12-GHHSHCCA
U6-0U0JWF-14-9218003-21301
U45-R

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card
Service fees, please see eTicket receipt for total charges.

Save as PDF        Print eInvoice

  

Home | View Itinerary | Travel Tools | Help

My Profile    MyTrips

Save as PDF    Print eTicket

## eTicket Receipt

**Prepared For**

HOWARD/JOHN [CBA]

| | |
|---|---|
| RESERVATION CODE | PSGOBA |
| ISSUE DATE | 17Jun2014 |
| TICKET NUMBER | 0017459907036 |
| INVOICE NUMBER | 0110031 |
| ISSUING AIRLINE | AMERICAN AIRLINES |
| ISSUING AGENT | AI2 |
| ISSUING AGENT LOCATION | JACKSONVILLE NC |
| IATA NUMBER | 34535082 |
| CUSTOMER NUMBER | |
| FREQUENT FLYER NUMBER | |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| 24Jun14 | AMERICAN AIRLINES AA 1075 | WASHINGTON REAGAN, DC<br><br>Time 11:35am | CHICAGO OHARE, IL<br><br>Time 12:35pm | Airline Reservation Code PSGOBA<br>Class ECONOMY<br>Seat Number CHECK-IN REQUIRED<br>Baggage Allowance NIL<br>Booking Status CONFIRMED<br>Fare Basis GCADCA<br>Not Valid After 30 SEP |
| 25Jun14 | AMERICAN AIRLINES AA 4306 | CHICAGO OHARE, IL<br><br>Time 7:45am | NEW ORLEANS, LA<br><br>Time 10:00am | Airline Reservation Code PSGOBA<br>Class ECONOMY<br>Seat Number CHECK-IN REQUIRED<br>Baggage Allowance NIL<br>Booking Status CONFIRMED<br>Fare Basis GCA<br>Not Valid After 30 SEP |
| 27Jun14 | US AIRWAYS US 3260 | NEW ORLEANS, LA<br><br>Time 7:30am | WASHINGTON REAGAN, DC<br><br>Time 11:05am | Class COACH<br>Seat Number CHECK-IN REQUIRED<br>Baggage Allowance NIL<br>Booking Status CONFIRMED<br>Fare Basis TCADCA<br>Not Valid After 30 SEP |

## Allowances

## Baggage Allowance

DCA to MSY - 0 Pieces AMERICAN AIRLINES

Prices of additional baggage pieces:

1. 25.00 USD up to 50 pounds/23 kilograms and up to 62 linear inches/158 linear centimeters

2. 35.00 USD up to 50 pounds/23 kilograms and up to 62 linear inches/158 linear centimeters

MSY to DCA - 0 Pieces AMERICAN AIRLINES

Prices of additional baggage pieces:

1. 25.00 USD up to 50 pounds/23 kilograms and up to 62 linear inches/158 linear centimeters

2. 35.00 USD up to 50 pounds/23 kilograms and up to 62 linear inches/158 linear centimeters

ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY DEPENDING ON FLYER-SPECIFIC FACTORS /E.G.
FREQUENT FLYER STATUS/MILITARY/ CREDIT CARDFORM OF PAYMENT/EARLY PURCHASE OVER INTERNET.ETC

## Carry On Allowances

DCA to ORD . ORD to MSY - 2 Pieces (AA - AMERICAN AIRLINES)

1 Piece small personal item

1 Piece up to 45 linear inches/115 linear centimeters

MSY to DCA - 2 Pieces (US - US AIRWAYS)

1 Piece small personal item

1 Piece up to 45 linear inches/115 linear centimeters

## Embargoes - apply to each passenger

DCA to ORD . ORD to MSY - (AA - AMERICAN AIRLINES)

over 100 pounds/45 kilograms not permitted

## Payment/Fare Details

| | |
|---|---|
| **Form of Payment** | CREDIT CARD - ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| Endorsement / Restrictions | DCA ONLY |
| Fare Calculation Line | WAS AA CHI100.47AA MSY152.56US |
| | WAS322.79USD575.82ENDZPDCAORDMSY XT7.50AY |
| | 13.50XFDCA4.5ORD4.5MSY4.5 |
| **Fare** | USD 575.82 |
| **Taxes/Fees/Carrier-Imposed Charges** | USD 43.18 US (US DOMESTIC TRANSPORTATION TAX) |
| | USD 12.00 ZP (SEGMENT TAX) |
| | USD 21.00 XT (COMBINED TAXES/FEES/CARRIER-IMPOSED CHARGES) |
| **Total Fare** | USD 652.00 |

Positive identification required for airport check in

Notice:

Carriage and other service provided by the carrier are subject to conditions of carriage which are hereby incorporated
by reference These conditions may be obtained from the issuing carrier

Important Legal Notices

  

English ∨    Log In
12 hrs display ∨    Sign up Now
Login with Facebook

Home    View Itinerary    Travel Tools    Help

My Profile    MyTrips

Save as PDF    Print eTicket

## eTicket Receipt

**Prepared For**
HOWARD/JOHN [CBA]

| | |
|---|---|
| RESERVATION CODE | PSGOBA |
| ISSUE DATE | 26Jun2014 |
| TICKET NUMBER | 0017462073041 |
| INVOICE NUMBER | 0113695 |
| ISSUING AIRLINE | AMERICAN AIRLINES |
| ISSUING AGENT | APG |
| ISSUING AGENT LOCATION | JACKSONVILLE NC |
| IATA NUMBER | 34535082 |
| CUSTOMER NUMBER | ▮▮▮▮▮▮ |
| FREQUENT FLYER NUMBER | ▮▮▮▮▮▮ |

## Itinerary Details

| TRAVEL DATE | AIRLINE | DEPARTURE | ARRIVAL | OTHER NOTES |
|---|---|---|---|---|
| 26Jun14 | US AIRWAYS US 3294 | NEW ORLEANS. LA | WASHINGTON REAGAN. DC | Airline Reservation Code BHDQJ2<br>Class COACH<br>Seat Number CHECK-IN REQUIRED<br>Baggage Allowance NIL |
| | | Time<br>6:35pm | Time<br>10:18pm | Booking Status CONFIRMED<br>Fare Basis TCADCA<br>Not Valid After 30 SEP |

## Allowances

### Baggage Allowance

MSY to DCA - 0 Pieces AMERICAN AIRLINES

Prices of additional baggage pieces:

1.  25.00 USD up to 50 pounds/23 kilograms and up to 62 linear inches/158 linear centimeters

2.  35.00 USD up to 50 pounds/23 kilograms and up to 62 linear inches/158 linear centimeters

ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY DEPENDING ON FLYER-SPECIFIC FACTORS /E.G.

FREQUENT FLYER STATUS/MILITARY/ CREDIT CARDFORM OF PAYMENT/EARLY PURCHASE OVER INTERNET.ETC

### Carry On Allowances

MSY to DCA - 2 Pieces (US - US AIRWAYS)

1 Piece small personal item

1 Piece up to 45 linear inches/115 linear centimeters

Witness Fees_173

## Payment/Fare Details

| Form of Payment | CASH |
|---|---|
| Endorsement / Restrictions | DCA ONLY |
| Fare Calculation Line | WAS AA CHI100.47AA MSY152.56US WAS322.79USD575.82END ZPDCAORDMSY XT7.50AY13.50XFDCA4.5ORD4.5MSY4.5 |
| Exchanged Ticket | 0017459907036 |
| Fare | USD 575.82 |
| Taxes/Fees/Carrier-Imposed Charges | USD 43.18 US (US DOMESTIC TRANSPORTATION TAX) |
| | USD 12.00 ZP (SEGMENT TAX) |
| | USD 21.00 XT (COMBINED TAXES/FEES/CARRIER-IMPOSED CHARGES) |
| Total Fare | USD 652.00 |

**Positive identification required for airport check in**

**Notice:**

Carriage and other service provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier.

<u>Important Legal Notices</u>

Save as PDF          Print eTicket



Witness Fees_174

https://www.virtuallythere.com/new/eticket.html

7/2/2014



**COURTYARD®**
**Marriott**

Courtyard by Marriott
Chicago O'Hare

2950 South River Road
Des Plaines Il 60018
T 847.824.7000

J. Howard

Room: 403

Room Type: GENR

Number of Guests: 1

Rate: $186.00        Clerk:

| Arrive: 24Jun14 | Time: 01:54PM | Depart: 25Jun14 | Time | Folio Number: 65285 |
|---|---|---|---|---|
| Date | Description | | Charges | Credits |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 24Jun14 | Room Charge | 186.00 | |
| 24Jun14 | State Occupancy Tax | 11.16 | |
| 24Jun14 | City Tax | 13.02 | |
| 25Jun14 | Visa | | 210.18 |
| | Card #: | | |
| | Amount:  210.18  Auth: 024104  Signature on File | | |
| | This card was electronically swiped on 24Jun14 | | |
| | **Balance:** | **0.00** | |

**Rewards Account # XXXXX5493.** Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

As requested, a final copy of your bill will be emailed to you at: JHOWARD1@CDC.GOV. See "Internet Privacy Statement" on Marriott.com.

## Corbin, Alfreda (CDC/NIOSH/OD) (CTR)

**From:** Thanks for staying! <efolio@marriott.com>
**Sent:** Monday, July 21, 2014 1:18 PM
**To:** Corbin, Alfreda (CDC/NIOSH/OD) (CTR)
**Subject:** Your Jun 25, 2014 - Jun 26, 2014 stay at the New Orleans Marriott

Thank you for choosing the New Orleans Marriott for your recent stay.

As requested, below is a billing summary or adjustment for your stay. **If you have questions about your bill,** please contact us at (866) 435-7627 or mbs.customer.svc@marriott.com.

Make another reservation on Marriott.com >>



**MARRIOTT**

Marriott Rewards members may receive this email automatically after every stay.

Modify your email preferences >>

### Summary of Your Stay

**Hotel: New Orleans Marriott**
555 Canal Street
New Orleans, Louisiana 70130
USA
(504) 581-1000

**Guest: HOWARD/JOHN/MR**
CDC / NIOSH
395 E STREET SW
SUITE 9200
WASHINGTON, DC 20201
USA

**Dates of stay:** Jun 25, 2014 - Jun 26, 2014
**Guest number:** ▉
**Marriott Rewards number:** ▉

**Room number:** 2124
**Group number:**

| Date | Description | Reference | Charges | Credits |
|------|-------------|-----------|---------|---------|
| 06/24/14 | TELECOMM | FREEHSIA | 0.00 | |
| 06/25/14 | TELECOMM | FREEHSIA | 0.00 | |
| 06/25/14 | ROOM | 2124, 1 | 151.00 | |
| 06/25/14 | ROOM TAX | 2124, 1 | 10.57 | |
| 06/25/14 | OCC FEE | 2124, 1 | 3.00 | |
| 06/25/14 | TRSM FEE | 2124, 1 | 2.64 | |
| 06/25/14 | ST/LCLTX | 2124, 1 | 0.00 | |
| 06/26/14 | Payment - Visa | | | 167.21 |

**Total balance** **0.00** USD

How was your stay? Share your experiences on Marriott Rewards Insiders.

1

# Corbin, Alfreda (CDC/NIOSH/OD) (CTR)

**Subject:**                  FW: Your Jun 25, 2014 - Jun 26, 2014 stay at the New Orleans Marriott

**From:** MBS Customer Service [mailto:MBS.Customer.Svc@marriott.com]
**Sent:** Monday, July 21, 2014 3:23 PM
**To:** Corbin, Alfreda (CDC/NIOSH/OD) (CTR)
**Subject:** RE: Your Jun 25, 2014 - Jun 26, 2014 stay at the New Orleans Marriott

Exactly. I am so sorry for the confusion.

Thank you and have a great day!

Please contact us at the below email or phone if you need our asssitance.
Marriott Customer Service
MBS.Customer.Svc@marriott.com
866-435-7627

**From:** Corbin, Alfreda (CDC/NIOSH/OD) (CTR) [mailto:gtb6@cdc.gov]
**Sent:** Monday, July 21, 2014 1:36 PM
**To:** MBS Customer Service
**Subject:** RE: Your Jun 25, 2014 - Jun 26, 2014 stay at the New Orleans Marriott

Now I see my confusion. So, the room tax isn't a portion to be exempt????? If not, I'm straight.

**From:** MBS Customer Service [mailto:MBS.Customer.Svc@marriott.com]
**Sent:** Monday, July 21, 2014 1:32 PM
**To:** Corbin, Alfreda (CDC/NIOSH/OD) (CTR)
**Subject:** RE: Your Jun 25, 2014 - Jun 26, 2014 stay at the New Orleans Marriott

The state and local taxes are at zero. Are you exempt from any other type of tax?

Thank you and have a great day!

Please contact us at the below email or phone if you need our asssitance.
Marriott Customer Service
MBS.Customer.Svc@marriott.com
866-435-7627

1