# Exhibit 10C

**TO UNITED STATES' BILL OF COSTS**

## TRAVEL VOUCHER WORK SHEET

| Name | Paul A. Hsieh | | | Accounting Code | | GX.12.AE03.E7P11.00 | |
|---|---|---|---|---|---|---|---|
| To City(ies) | New Orleans, LA | | | Purpose | | give deposition for Deepwater Horizon oil spill litigation | |
| Trip # | | Depart Date | 9/9/12 | Return Date | 9/13/12 | Contact Phone | ▮▮▮ |

Attach DI-1175 approval, DI-2000, Specific Trip Travel Authorization, & Sato Travel *Invoice* (*not itinerary*).

| | US | Int'l | | | |
|---|---|---|---|---|---|
| Travel Destination | US | Int'l | Air Ticket | yes | |
| DI-1175 (Int'l Travel) Approved | | | Lodging | yes | |
| Specific Trip Authorization | X | | POV | yes | |
| DI-2000 Ethics Form | | | GOV | no | |
| Sato Reservation | x | | Rental Car | no | |

Turn in ALL ORIGINAL Receipts, esp. those using GovCC; Supplies/Conf Reg on GovCC are not claimed on Voucher.

| DATE | DEPARTURE/ ARRIVAL Duty Site | Daily Lodging Rate | Daily Lodging Tax | POV Miles | Other Expense Cost | √ Method of Payment Gov CC (receipt required) | √ Method of Payment Personal CC/ Cash | Description of Other Expen (rental car, internet access, taxi, shuttle, parking, etc) |
|---|---|---|---|---|---|---|---|---|
| 9/9/12 | Residence to SFO | | | 17 miles | | | | |
| | Taxi (New Orleans) | | | | $38.00 | | x | airport to hotel |
| 9/9/12 | Lodging | $101.00 | | | | x | | |
| 9/10/12 | Lodging | $101.00 | | | | x | | |
| 9/11/12 | Lodging | $101.00 | | | | x | | |
| 9/12/12 | Lodging | $101.00 | | | | x | | |
| 9/13/12 | Taxi (New Orleans) | | | | $38.00 | | x | hotel to airport |
| | SFO Airport Parking | $72.08 | | | | x | | |
| 9/13/12 | SFO to residence | | | 17 miles | | | | |
| | | | | | | | | |

Traveler's
Notes:

Deposition
9/11 – 9/12/12



Carlson Wagonlit Travel SatoTravel.

**Trip on Sep 09, 2012**     Locator: **BZSIBC**     Date: **Sep 04, 2012**

| | |
|---|---|
| Traveler | **PAUL ANTHONY HSIEH – GDOIUSGSHQ** |
| | NGMS E GOV |
| | DEPARTMENT OF INTERIOR |
| | AUTOMATION |
| | AUTOMATION |
| Customer Number | ███████ |
| Agent | GT |

***************************************************

WHEN TICKETED THE FOLLOWING NON REFUNDABLE
TRANSACTION FEES FOR ALL AGENT ASSISTED AIR/AMTRAK
RESERVATIONS WILL APPLY
DOMESTIC     28.50USD
INTERNATIONAL 37.75USD
CAR/HOTEL ONLY 17.75USD
GOVTRIP AIR   4.35USD
GOVTRIP HOTEL/CAR ONLY 4.00USD
FEDEX/DELIVERY 11.50USD
***************************************************

FEES TOTALING 28.50PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD28.50PP-AIR/AMTRAK DOMESTIC, ONLINE

---

**Sunday, September 09, 2012**     Confirmation **NSBHEQ**

 **Flight United Airlines 1604**

| DEPARTURE | ARRIVAL |
|---|---|
| **SAN FRANCISCO/SFO** | **HOUSTON/INTERCONT,TX** |
| **10:59 AM, Sep 09, 2012** | **4:54 PM, Sep 09, 2012** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 03:55 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Frequent Flyer | ████████ |
| Notes | DEP-TERMINAL 3 |
| | ARR-TERMINAL C |

---

**Sunday, September 09, 2012**     Confirmation **NSBHEQ**

 **Flight United Airlines 263**

| DEPARTURE | ARRIVAL |
|---|---|
| **HOUSTON/INTERCONT,TX** | **NEW ORLEANS, LA** |
| **5:41 PM, Sep 09, 2012** | **6:54 PM, Sep 09, 2012** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:13 (Non-stop) |
| Equipment | Airbus Industrie 320 |
| Meal Service | None |
| Frequent Flyer | ████████ |
| Notes | DEP-TERMINAL C |

---

**Sunday, September 09, 2012**     Confirmation C675365556



### Hotel W NEW ORLEANS 2065

**LOCATION**
**333 POYDRAS ST**
**NEW ORLEANS, LA 70130**

**CONTACT**
**Tel 504-525-9444**
**Fax 504-581-7179**

| | |
|---|---|
| Reserved For | PAUL ANTHONY HSIEH |
| Status | Confirmed |
| Check-In | Sep 09, 2012 |
| Check-Out | Sep 13, 2012 |
| Number of Rooms | 1 |
| Rate | USD 101.00/night |
| Cancellation Policy | Cancel by 4PM |
| Directions | DIRECTION TO THE PROPERTY FROM EAST - TAKE I-10 TO CANAL STREET/SUPERDOME EXIT. TURN RIGHT ON CANAL..GO 10 BLOCKS..TURN RIGHT ON TCHOUPITOULAS STREET..GO 2 BLOCKS. LEFT ON POYDRAS STREET..GO 1 BLOCK.  LEFT ON SOUTH PETER..HOTEL ON CORNER. |

### Thursday, September 13, 2012

Confirmation **NSBHEQ**



### Flight United Airlines 592

**DEPARTURE**
**NEW ORLEANS, LA**
**9:20 AM, Sep 13, 2012**

**ARRIVAL**
**HOUSTON/INTERCONT,TX**
**10:36 AM, Sep 13, 2012**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:16 (Non-stop) |
| Equipment | Airbus Industrie 320 |
| Meal Service | None |
| Reserved Seats | 24D |
| Frequent Flyer | ▮ |
| Notes | ARR-TERMINAL C |

### Thursday, September 13, 2012

Confirmation **NSBHEQ**



### Flight United Airlines 1456

**DEPARTURE**
**HOUSTON/INTERCONT,TX**
**11:20 AM, Sep 13, 2012**

**ARRIVAL**
**SAN FRANCISCO/SFO**
**1:35 PM, Sep 13, 2012**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 04:15 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 14C |
| Frequent Flyer | ▮ |
| Notes | DEP-TERMINAL C<br>ARR-TERMINAL 3 |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| HSIEH PAUL ANTHONY | 541125/0167129907821/04SEP12 | USD 666.04 | 49.96US | 15.20ZP | 25.00XT | 756.20 |
| | | | | | Trip Fee | 28.50 |
| | | | | | **Total Amount** | **784.70** |

Form of Payment: ▮

**GENERAL INFORMATION**
 GO TO WWW.TSA.GOV
YOUR LOCAL OFFICE IS ****** UO6C*******
FOR NON EMERGENCY TRAVEL RESERVATIONS PLEASE CALL
THE LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 866-486-6135 MON-FRI 8AM-8PM EST
FOR AFTER HOURS EMERGENCY SERVICE CALL THE ABOVE

NUMBER AND FOLLOW THE PROMPTS
*****************************************************
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE
ALL OTHER FARES MAY REQUIRE ADVANCE PURCHASE
AND ARE NOT GUARANTEED UNTIL TICKETED.
PLEASE BE PREPARED TO SHOW A GOVERNMENT ISSUED PICTURE
ID IN ORDER TO CHECK IN AND BOARD YOUR FLIGHT.
IN SOME INSTANCES WE MAY NOT BE ABLE TO OBTAIN
PRE RESERVED SEAT ASSIGNMENTS. IF THIS IS THE CASE
PLEASE RECEIVE SEAT ASSIGNMENT AT GATE CHECK IN.
-------------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-------------------------------------------------
** FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM **
** GO TO WWW.TSA.GOV **
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED

    TO VIEW ITINERARIES ONLINE PLEASE GO TO
............*** WWW.VIRTUALLYTHERE.COM ***............
    ADD YOUR SABRE RESERVATION CODE AND NAME IN
        THE APPROPRIATE BOXES AND ENTER.

***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**

W New Orleans
333 Poydras Street
New Orleans, LA 70130
504-525-9444 / 504-581-7179
http://www.starwood.com/



# HOTELS

Hsieh, Paul
Fed Rooms/global Government

| | |
|---|---|
| Page Number | 1 |
| Guest Number | |
| Folio ID | A |
| No. Of Guest | 1 |
| Room Number | 1718 |
| Time | 09-13-2012 07:17 |

| | |
|---|---|
| Invoice Nbr | 114550 |
| Arrive Date | 09-09-2012 |
| Depart Date | 09-13-2012 |

### Information Invoice

| | | | | |
|---|---|---|---|---|
| 09-09-2012 | RT1718 | Room Charge | $101.00 | |
| 09-10-2012 | RT1718 | Room Charge | $101.00 | |
| 09-11-2012 | RT1718 | Room Charge | $101.00 | |
| 09-12-2012 | RT1718 | Room Charge | $101.00 | |
| | | ** Total | $404.00 | $0.00 |
| | | ** Balance | $404.00 | |

***for Authorization Purpose Only***

HSIEH

| Date | Credit Card | Code | Authorized |
|---|---|---|---|
| 09-09-2012 | | | 565.60 |

### EXPENSE SUMMARY REPORT
Currency: USD

| | | | | | | |
|---|---|---|---|---|---|---|
| 09-09-2012 | $101.00 | $0.00 | $0.00 | $0.00 | $101.00 | $0.00 |
| 09-10-2012 | $101.00 | $0.00 | $0.00 | $0.00 | $101.00 | $0.00 |
| 09-11-2012 | $101.00 | $0.00 | $0.00 | $0.00 | $101.00 | $0.00 |
| 09-12-2012 | $101.00 | $0.00 | $0.00 | $0.00 | $101.00 | $0.00 |
| Total | $404.00 | $0.00 | $0.00 | $0.00 | $404.00 | $0.00 |

As a Starwood Preferred Guest, you could have earned 824 Starpoints for this visit. Please provide your member number or enroll today.



Continued on the next page

Total
$202.80

Witness Fees_182

W New Orleans
333 Poydras Street
New Orleans, LA 70130
504-525-9444 / 504-581-7179
http://www.starwood.com/



# HOTELS

Hsieh, Paul
Fed Rooms/global Government

| | | | | | |
|---|---|---|---|---|---|
| Page Number | 2 | | Invoice Nbr | 114550 |
| Guest Number | ▮ | | Arrive Date | 09-09-2012 |
| Folio ID | A | | Depart Date | 09-13-2012 |
| No. Of Guest | 1 | | | |
| Room Number | 1718 | | | |
| Time | 09-13-2012 07:17 | | | |

Information Invoice

HOW WAS YOUR EXPERIENCE AT W NEW ORLEANS? LET ME KNOW BY EMAILING
GM.DEBRA.BARTON@WHOTELS.COM. THANK YOU AGAIN AND SAFE TRAVELS.

Witness Fees_183

Telephone # _____

CAB COMPANY

**PASSENGER'S RECEIPT, TAXICAB FARE**

Date ___ 9/9/12 ___, 20 ____

Amount of Fare....... $ _____

Other Charges........ $ _____

Total................. $ 38.00

Driver's Name _____

Cab Number _____

Telephone: _____

Cab Co. _____

**PASSENGER'S RECEIPT, TAXICAB FARE**

Date ___ 9/13/12 ___, 20 ____

Amount of Fare       $ _____

Other Charges        $ _____

Total.........        $ 38.00

Driver's Name _____ Cab # ____

ANZA PARKING CORPORAT
    615 AIRPORT BLVD
BURLINGAME, CA. 94010
     650-348-0680

TERMINAL ID.:    00021500000225930230001
MERCHANT #:             0021592039

                              SWIPED
SALE
RECEIPT 7        INV: 000007
DATE: Sep 13, 12        TIME: 14:21
BATCH: 000027
TRN: 912213012
                  AUTH:004429
VISA TRAN ID: M6FA20UC0
APPROVAL 004429

TOTAL            $72.08

AVAIL BAL.       $0.00
PAUL A HSIEH


            CUSTOMER COPY

Witness Fees_185

**OFFICIAL TDY TRAVELER AUTHORIZATION**

(Note: See Privacy Act Statement on reverse)

| 1. AUTHORIZATION NO. |
|---|
| PHNEWORLEANSJ090912 A01-01 |

| 2. TRAVELER (first name, middle initial, last name) | 3. TITLE | 4. SOCIAL SECURITY NO. |
|---|---|---|
| Paul A. Hsieh | OTHER | |

| 5. ADDRESS TO WHICH REIMBURSEMENT CHECK WILL BE MAILED. | 6A. OFFICE/SERVICE AND DIVISION | 6B. CORR. SYMBOL |
|---|---|---|
| Bldg 15, McKelvey Building 345 Middlefield Rd MS496 Menlo Park, CA 940253561 | HEADQUARTERS | |

| 7. OFFICIAL DUTY STATION | | 9. OFFICE PHONE NO. |
|---|---|---|
| Menlo Park, CA | | |

| 8. TYPE | 10. CATEGORY |
|---|---|
| ☐ ORIGINAL ☒ AMENDMENT | ☒ SINGLE TRIP ☐ LOA ☐ COST ☐ NO COST |

**11. TRAVEL PURPOSE** (check one)

☐ SITE VISIT ☐ INFORMATION MEETING ☐ TRAINING ATTENDANCE ☐ SPEECH OR PRESENTATION ☐ CONFERENCE ATTENDANCE ☐ ENTITLEMENT ☐ SPECIAL MISSION ☒ OTHER (SPECIFY)

**12. SPECIFIC TRAVEL PURPOSE**

OTHER TRAVEL

## 13. AUTHORIZED OFFICIAL ITINERARY

NOTE: DO NOT include any personal sidetrips or modes of transportation that are for personal conventions and/or preference.

| DATE (a) | WEEK-DAY (b) | ITINERARY POINT (c) CITY | STATE | PER DIEM RATE MILE RATE (d) | PER DIEM RATE MAXIMUM LODGING (e) | PER DIEM RATE TOTAL MAXIMUM (f) | ACTUAL EXPENSE RATE (g) | MODE OF TRANS. BETWEEN ITINERARY POINTS (h) | MODE OF LOCAL TRANSPORTATION (i) |
|---|---|---|---|---|---|---|---|---|---|
| | | FROM: RES: Redwood Cit CA | | | | | | | |
| 09/09/12 | SUN | TO: NEW ORLEANS (JEF LA | LA | 71 | 101 | 172 | | CP | |
| 09/13/12 | THU | NEW ORLEANS (JEF LA | LA | --- | --- | | | | |
| --------- | --- | TO: ----------------- | -- | --- | --- | --- | --- | ---- | ---- |
| --------- | --- | ----------------- | -- | --- | --- | --- | --- | ---- | ---- |
| 09/13/12 | THU | TO: Menlo Park | CA | | | | | | |

| YES | NO | |
|---|---|---|
| | X | 14. IS THE EMPLOYEE MAKING ANY DEVIATIONS FROM THE AUTHORIZED ITINERARY FOR PERSONAL CONVENIENCE, TAKING ANY ANNUAL LEAVE OR USING A DIFFERENT MODE OF TRANSPORTATION FOR PERSONAL CONVENIENCE? (If YES, explain in item 22. REMARKS) (Note: any deviations from the authorized itinerary requires a comparative cost statement on the SF 1012, Travel Voucher.) |
| X | | 15. IF AIR TRANSPORTATION IS THE AUTHORIZED MODE OF TRAVEL BETWEEN ITINERARY POINTS, IS THE LOWEST PRICED CONTRACT CARRIER BEING USED BETWEEN ALL ITINERARY POINTS? (If NO, justify in item 22) |
| | X | 16. IS EXTRA AIR FARE (first class, business class, etc.) OR RAIL (Metroclub, pullman, etc.) AUTHORIZED? (If YES, justify in item 22) |
| | X | 17A. WILL POV BE USED FOR ANY TRAVEL BETWEEN ITINERARY POINTS? (If YES, check one box below and complete item 17B) ☐ USE OF POV IS ADVANTAGEOUS TO THE GOVERNMENT ☐ USE OF POV IS NOT ADVANTAGEOUS TO THE GOVERNMENT, USE OF POV HAS BEEN DETERMINED TO BE FOR PERSONAL CONVENIENCE AND REIMBURSEMENT LIMITED TO CONSTRUCTIVE COST OF COMMON CARRIER | 17B. MILEAGE RATE AUTHORIZED PER MILE |
| | X | 18. IS ACTUAL EXPENSE UNUSUAL CIRCUMSTANCES AUTHORIZED? (If YES, justify in item 22) IF ACTUAL EXPENSE IS AUTHORIZED, THE FOLLOWING APPLY: (1) EXPENSES MUST BE ITEMIZED EACH DAY. (2) RECEIPTS ARE REQUIRED FOR LODGING AND EACH MEAL OVER $25.00. (3) REIMBURSEMENT FOR MEAL & MISCELLANEOUS SUBSISTENCE EXPENSE MAY NOT EXCEED 150% OF THE AMOUNT IN ITEM 13(e). |

| 19. TRAVELER IS (check one) | 20. METHOD OF OBTAINING COMMON CARRIER TICKETS (check one) (Note: If item 19a was checked and you check 20b or c, explain in item 22) | 21. FUNDS | A. INITIALS |
|---|---|---|---|
| ☐ a. GOVT CHARGE CARD HOLDER ☒ b. GOVT CHARGE CARD DECLINED ☐ c. INFREQUENT TRAVELER | ☐ a. INDIVIDUAL GOVERNMENT CHARGE CARD ☐ b. BLANKET GOVERNMENT CHARGE CARD ☐ c. GOVERNMENT TRANSPORTATION REQUEST ☒ d. OTHER (explain in item 22) | OBLIGATED | B. DATE |

**22. REMARKS**

Give deposition for Deepwater Horizon oil spill litigation

| 23. EST. COST TO GOVERNMENT | |
|---|---|
| A. TOTAL COMMON CARRIER COST | $ 756.20 |
| B. TOTAL PER DIEM AND OTHER | $ 767.00 |
| C. TOTAL ESTIMATED COST | $ 1523.20 |

| 24. TRAVEL ADVANCE WILL BE OBTAINED BY (check one) | 25. ADVANCE AUTHORIZED |
|---|---|
| ☒ a. GOVERNMENT ISSUED CHARGE CARD ☐ b. SF 1038, ADVANCE OF FUNDS APPLICATION AND ACCOUNT | $ 0.00 |

**IMPORTANT: SAFETY BELT USE IS MANDATORY. DRIVE SAFELY**

A SF 1012, TRAVEL VOUCHER MUST BE SUBMITTED TO THE VOUCHER APPROVING OFFICIAL WITHIN 5 WORKING DAYS OF COMPLETION OF TRIP.

| 26. NEAR ACCOUNT CLASS | FUND | ORGANIZATION | BUDGET ACTIVITY | OBJECT CLASS | FUNCTION | COST ELEMENT | PROJECT / PROSPECTUS | COST CENTER A | WORK ITEM | COST CENTER B |
|---|---|---|---|---|---|---|---|---|---|---|
| Refer | to | accounting detail attachment (must be enabled on form preferences). | | | | | | | | |

| 27A. NAME AND TITLE OF AUTHORIZING OFFICIAL | 27B. SIGNATURE (PRESS FIRMLY. USE BALL POINT PEN) | 27C. DATE |
|---|---|---|
| Cynthia L. Brown, Actg Chief | Cynthia L. B | 8-1-12 |

GENERAL SERVICES ADMINISTRATION

GSA FORM 87 (REV. 8/95)

# US GEOLOGICAL SURVEY

**Invoice Detail for:**

**Invoices:**

| | |
|---|---|
| 90184035 | $6,154.35 |
| 90198049 | $14,428.75 |
| 90227315 | $10,785.86 |

## Department of Justice

**Agreement Number:**      0361960418

| Date | Vendor Invoice/Name | Description | Amount | Subtotal |
|---|---|---|---|---|
| **LABOR** | ████████████████████ | | | |
| | | | | |
| **TRAVEL** | | | | |
| | Dr. Paul Hsieh | Sept 2013 travel | $1,347.24 | |
| | Dr. Paul Hsieh | Nov 2013 travel | $1,861.17 | |
| | **TOTAL EXPENSES** | | | ███████ |
| | OVERHEAD | | | |
| | **TOTAL INVOICE** | | | |

Trial
10-08-13

*Due to the Privacy Act, we cannot provide names of employees along with an hourly rate, only the position titles of the employees.



Carlson Wagonlit Travel  SoloTravel

## Trip on Aug 27, 2013

Locator: **ODJWZP**    Date: **Aug 22, 2013**

| Traveler | **PAUL ANTHONY HSIEH** |
| --- | --- |
| | EXPERT WITNESS |
| Customer Number | Q312941 |
| Agent | 62 |

\*TICKET PURCHASE WITH ▮▮▮▮▮▮

\*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER

\*NAME/INVOICE AND TICKET NUMBERS APPEAR

\*IN THE PRICING BOX

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY

ARE BILLED TO A CENTRALLY BILLED ACCOUNT.

---

### Tuesday, August 27, 2013

Confirmation **ODJWZP**

 **Flight AMERICAN AIRLINES 1941**

| DEPARTURE | ARRIVAL |
| --- | --- |
| **SAN FRANCISCO/SFO** | **DALLAS/F.WORTH,TX** |
| **9:20 AM, Aug 27, 2013** | **2:50 PM, Aug 27, 2013** |

| | |
| --- | --- |
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 03:30 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Notes | DEP-TERMINAL 2 ONEWORLD |

---

### Tuesday, August 27, 2013

Confirmation **ODJWZP**

 **Flight AMERICAN AIRLINES 1548**

| DEPARTURE | ARRIVAL |
| --- | --- |
| **DALLAS/F.WORTH,TX** | **WASHINGTON/NATL,DC** |
| **3:50 PM, Aug 27, 2013** | **7:40 PM, Aug 27, 2013** |

| | |
| --- | --- |
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 02:50 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Notes | ARR-TERMINAL B ONEWORLD |

---

### Tuesday, August 27, 2013

Confirmation **90181190**

 **Hotel RENAISSANCE WASHINGTON DC**

| LOCATION | CONTACT |
| --- | --- |
| **999 9TH STREET N.W.** | **Tel 1-202-8989000** |
| **WASHINGTON, DC US 20001** | **Fax 1-202-2890947** |

| | |
| --- | --- |
| Reserved For | PAUL ANTHONY HSIEH |
| Status | Confirmed |
| Check-In | Aug 27, 2013 |
| Check-Out | Aug 30, 2013 |
| Number of Rooms | 1 |
| Rate | USD 169.00/night |
| Cancellation Policy | Cancel by 6PM |
| Notes | -SECURED WITH ALTERNATE CREDIT CARD |

| Directions | DIRECTION TO THE PROPERTY FROM AIRPORT BWI - TAKE THE BALTIMORE-WASHINGTON PARKWAY SOUTH /MD 295/ TO US50 WEST /NEW YORK AVE./. TAKE NEW YORK AVE. AT 5TH ST.  STAY TO THE RIGHT AND THE STREET WILL BECOME L ST. TURN ONTO 9TH ST.  THE HOTEL IS ON THE LEFT.  *** FROM I-95 S TO I-295 S. TOWARDS 50 WEST, WILL TURN INTO NEW YORK AVENUE. CONTINUE ON NEW YORK AVENUE AND MAKE A LEFT ONTO 9TH STREET NW. THE HOTEL IS 2 BLOCKS DOWN ON YOUR LEFT. |

### Friday, August 30, 2013

Confirmation **ODJWZP**

 **Flight AMERICAN AIRLINES 867**

| DEPARTURE | ARRIVAL |
|---|---|
| **WASHINGTON/NATL,DC** | **CHICAGO/OHARE** |
| **3:45 PM, Aug 30, 2013** | **4:50 PM, Aug 30, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 02:05 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 29D (Aisle) |
| Notes | DEP-TERMINAL B ARR-TERMINAL 3 ONEWORLD |

### Friday, August 30, 2013

Confirmation **ODJWZP**

 **Flight AMERICAN AIRLINES 2427**

| DEPARTURE | ARRIVAL |
|---|---|
| **CHICAGO/OHARE** | **SAN FRANCISCO/SFO** |
| **5:50 PM, Aug 30, 2013** | **8:20 PM, Aug 30, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Cass - G |
| Duration | 04:30 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Notes | DEP-TERMINAL 3 ARR-TERMINAL 2 ONEWORLD |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| HSIEH PAUL ANTHONY | 164123/0017300884706/22AUG13 | USD 373.96 | 28.04US | 15.60ZP | 28.00XT | 445.60 |

**Total Amount** **445.60**

Form of Payment: ▮▮▮▮▮▮▮▮

### GENERAL INFORMATION
*********************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
*****************CWTSATOTRAVEL.COM*******************
.............................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.............................................
TRANSACTION FEES ARE NONREFUNDABLE
.............................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.............................................
GOVERNMENT ISSUED ID IS REQUIRED
.............................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM

*Paid by DOJ*



| 530 ROOM | HSIEH/PAUL/ANTHONY Name NAME | 169.00 Rate RATE | 08/30/13 Depart DEPART | 12:00 Time TIME | 9226 ACCT# |
| GD Type TYPE | | | 08/27/13 Arrive ARRIVE | 21:16 Time TIME | |
| 36 ROOM CLERK Clerk | Address ADDRESS | PASSPORT: | | | |
| | | Payment PAYMENT | | | MRW#: |

| DATE | | | | |
|------|------|----------|--------|---|
| 08/27 | ROOM | 530, 1 | 169.00 | |
| 08/27 | RM TAX | 530, 1 | 24.51 | |
| 08/27 | TELECOM | BASEHSIA | 12.95 | |
| 08/27 | WFB TAX | BASEHSIA | .78 | |
| 08/28 | ROOM | 530, 1 | 169.00 | |
| 08/28 | RM TAX | 530, 1 | 24.51 | |
| 08/29 | TELECOM | BASEHSIA | 12.95 | |
| 08/29 | WFB TAX | BASEHSIA | .78 | |
| 08/29 | ROOM | 530, 1 | 169.00 | |
| 08/29 | RM TAX | 530, 1 | 24.51 | |

607.99

WANT YOUR FINAL HOTEL BILL BY EMAIL? JUST ASK THE FRONT DESK!
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM



RENAISSANCE®
HOTELS

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amount shown in the credits column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.



Signature X _____

To secure your next stay, go to renaissancehotels.com or call 800.HOTELS.1.

Parking Receipt

ANZA PARKING

Register 27   Sequence 8485
Credit Card Purchase
Account ██████████
HSIEH /PAUL A
 From 07 :11 August 27 , 2013
 To 23 :44 August 30 , 2013
   Elapsed time :  3 day (s ),
   16 hour (s ), 33 minute (s )
 For $62 .58
Includes    $6 .58 tax

Tax includes fuel and airport
access charge .
Thank you

W New Orleans
333 Poydras Street
New Orleans, LA 70130
504-525-9444
http://www.starwood.com/

*revised folio*



# HOTELS

Hsieh, Paul
Fed Rooms/managed
Government

| | | | |
|---|---|---|---|
| Page Number | 1 | Invoice Nbr | 171977 |
| Guest Number | ▮ | Arrive Date | 10-01-2013 |
| Folio ID | A | Depart Date | 10-09-2013 |
| No. Of Guest | 1 | Agent | KISSWOM |
| Room Number | 1418 | | |
| Time | 10-10-2013 02:20 | | |

## Duplicate Invoice

| | | | | |
|---|---|---|---|---|
| 10-01-2013 | RT1418 | Room Charge | $135.00 | |
| 10-01-2013 | RT1418 | Occupancy Fee | $2.00 | |
| 10-02-2013 | RT1418 | Room Charge | $135.00 | |
| 10-02-2013 | RT1418 | Sales Tax | $17.55 | |
| 10-02-2013 | RT1418 | Occupancy Fee | $2.00 | |
| 10-03-2013 | RT1418 | Room Charge | $135.00 | |
| 10-03-2013 | RT1418 | Sales Tax | $17.55 | |
| 10-03-2013 | RT1418 | Occupancy Fee | $2.00 | |
| 10-04-2013 | RT1418 | Room Charge | $135.00 | |
| 10-04-2013 | RT1418 | Sales Tax | $17.55 | |
| 10-04-2013 | RT1418 | Occupancy Fee | $2.00 | |
| 10-05-2013 | RT1418 | Room Charge | $135.00 | |
| 10-05-2013 | RT1418 | Sales Tax | $17.55 | |
| 10-05-2013 | RT1418 | Occupancy Fee | $2.00 | |
| 10-06-2013 | RT1418 | Room Charge | $135.00 | |
| 10-06-2013 | RT1418 | Sales Tax | $17.55 | |
| 10-06-2013 | RT1418 | Occupancy Fee | $2.00 | |
| 10-07-2013 | RT1418 | Room Charge | $135.00 | |
| 10-07-2013 | RT1418 | Sales Tax | $17.55 | — credited |
| 10-07-2013 | RT1418 | Occupancy Fee | $2.00 | — $16.00 |
| 10-08-2013 | RT1418 | Room Charge | $135.00 | |
| 10-08-2013 | RT1418 | Occupancy Fee | $2.00 | |
| 10-09-2013 | tax exmpt | Adj Room Tax | | $-105.30 |
| 10-09-2013 | MC | MasterCard | | $-1,096.00 |
| | | ** Total | $1,201.30 | $-1,201.30 |
| | | ** Balance | $0.00 | |

Trial [

Continued on the next page

Witness Fees_191

W New Orleans
333 Poydras Street
New Orleans, LA 70130
504-525-9444
http://www.starwood.com/



# HOTELS

| Hsieh, Paul | Page Number | 2 | Invoice Nbr | 171977 |
| Fed Rooms/managed | Guest Number | | Arrive Date | 10-01-2013 |
| Government | Folio ID | A | Depart Date | 10-09-2013 |
| | No. Of Guest | 1 | Agent | KISSWOM |
| | Room Number | 1418 | | |
| | Time | 10-10-2013 02:20 | | |

Duplicate Invoice

***For Authorization Purpose Only***
PAUL A HSIEH

| Date | Credit Card | Code | Authorized |
|------|-------------|------|------------|
| 10-01-2013 | | | 1,890.00 |

No need to stop by the Welcome Desk with this zero balance folio which indicates a $0 balance on your account. Please note that any charges not reflected here will be charged to the credit card on file and you may not be charged until after your departure. You are ultimately responsible for your charges at the hotel. Want an email copy of your bill? Just let us know. And for a quick checkout and to print a boarding pass, stop by the Living Room Farewell Kiosk by the Lifts!

EXPENSE SUMMARY REPORT
Currency: USD

| Date | | | | | | |
|------|------|------|------|------|------|------|
| 10-01-2013 | $137.00 | $0.00 | $0.00 | $0.00 | $137.00 | $0.00 |
| 10-02-2013 | $154.55 | $0.00 | $0.00 | $0.00 | $154.55 | $0.00 |
| 10-03-2013 | $154.55 | $0.00 | $0.00 | $0.00 | $154.55 | $0.00 |
| 10-04-2013 | $154.55 | $0.00 | $0.00 | $0.00 | $154.55 | $0.00 |
| 10-05-2013 | $154.55 | $0.00 | $0.00 | $0.00 | $154.55 | $0.00 |
| 10-06-2013 | $154.55 | $0.00 | $0.00 | $0.00 | $154.55 | $0.00 |
| 10-07-2013 | $154.55 | $0.00 | $0.00 | $0.00 | $154.55 | $0.00 |
| 10-08-2013 | $137.00 | $0.00 | $0.00 | $0.00 | $137.00 | $0.00 |
| 10-09-2013 | $-105.30 | $0.00 | $0.00 | $0.00 | $-105.30 | $-1,096.00 |
| Total | $1,096.00 | $0.00 | $0.00 | $0.00 | $1,096.00 | $-1,096.00 |

As a Starwood Preferred Guest, you could have earned 2192 Starpoints for this visit. Please provide your member number or enroll today.

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

Tell us about your stay. www.whotels.com/reviews

*$137.00 lodging amount had not been applied for each day of lodging. Hotel revised lodging amount to reflect $137.00 for each day and credited the overage back to travelers credit card*

_original_



| | | |
|---|---|---|
| **Trip on Oct 01, 2013** | Locator: **GWJKDM** | Date: **Sep 05, 2013** |

Traveler     **PAUL ANTHONY HSIEH - GDOIUSGSHQ**

NGMS E GOV
DEPARTMENT OF INTERIOR
AUTOMATION
AUTOMATION

Customer Number ▮▮▮▮

Agent     GT

48 HOUR AUTO CANCELLATION - DUE TO RECENT CHANGES
IN THE FY13 GOVERNMENT CITY PAIR PROGRAM CPP YOUR
AIR RESERVATION IS SUBJECT TO CANCELLATION BY THE
AIRLINES IF NOT TICKETED AT LEAST 48 HOURS PRIOR
TO SCHEDULED DEPARTURE.
*** DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS ***
*** AND RENTAL CARS ***
*********************************************
WHEN TICKETED THE FOLLOWING NON REFUNDABLE
TRANSACTION FEES FOR ALL AGENT ASSISTED AIR/AMTRAK
RESERVATIONS WILL APPLY
DOMESTIC    28.50USD
INTERNATIONAL 37.75USD
CAR/HOTEL ONLY 17.75USD
GOVTRIP AIR    4.35USD
GOVTRIP HOTEL/CAR ONLY 4.00USD
FEDEX/DELIVERY 11.50USD
*********************************************
FEES TOTALING 4.35PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD4.35PP-AIR DOMESTIC, ONLINE
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.

| **Tuesday, October 01, 2013** | | Confirmation **GSX55T** |
|---|---|---|

 **Flight DELTA AIR LINES INC 5835**

| DEPARTURE | ARRIVAL |
|---|---|
| **SAN FRANCISCO /SFO** | **LOS ANGELES,CA** |
| **9:00 AM, Oct 01, 2013** | **10:27 AM, Oct 01, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 01:27 (Non-stop) |
| Equipment | Embraer Emb 175 Jet |
| Meal Service | Snack |
| Reserved Seats | 14C |
| Notes | DEP-TERMINAL 1 |
| | ARR-TERMINAL 5 |
| | *SFO-LAX OPERATED BY COMPASS AIRLINE-DL CONNECTION-DL |
| | SHUTTLE |

**Tuesday, October 01, 2013**



| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |

| Duration | 03:35 (Non-stop) |
| Equipment | Airbus Jet |
| Meal Service | Food For Purchase |
| Reserved Seats | 11B |
| Notes | DEP-TERMINAL 5 |

## Tuesday, October 01, 2013                    Confirmation C215667900



### Hotel W NEW ORLEANS

**LOCATION**
**333 POYDRAS ST**
**NEW ORLEANS, LA US 70130**

**CONTACT**
**Tel 504-525-9444**
**Fax 504-581-7170**

| Reserved For | PAUL ANTHONY HSIEH |
| Status | Confirmed |
| Check-In | Oct 01, 2013 |
| Check-Out | Oct 11, 2013 |
| Number of Rooms | 1 |
| Rate | USD 135.00/night |
| Cancellation Policy | Cancel by 4PM |
| Directions | DIRECTION TO THE PROPERTY FROM EAST - TAKE I-10 TO CANAL STREET/SUPERDOME EXIT. TURN RIGHT ON CANAL..GO 10 BLOCKS..TURN RIGHT ON TCHOUPITOULAS STREET..GO 2 BLOCKS. LEFT ON POYDRAS STREET..GO 1 BLOCK. LEFT ON SOUTH PETER..HOTEL ON CORNER. |

## Friday, October 11, 2013                    Confirmation GSX55I



### Flight DELTA AIR LINES INC 1549

**DEPARTURE**
**NEW ORLEANS, LA**
**7:55 AM, Oct 11, 2013**

**ARRIVAL**
**LOS ANGELES, CA**
**10:09 AM, Oct 11, 2013**

| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 04:14 (Non-stop) |
| Equipment | Airbus Jet |
| Meal Service | Food For Purchase |
| Reserved Seats | 15C |
| Notes | ARR-TERMINAL 5 |

## Friday, October 11, 2013                    Confirmation GSX55I



### Flight DELTA AIR LINES INC 5838

**DEPARTURE**
**LOS ANGELES, CA**
**11:00 AM, Oct 11, 2013**

**ARRIVAL**
**SAN FRANCISCO/SFO**
**12:24 PM, Oct 11, 2013**

| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 01:24 (Non-stop) |
| Equipment | Embraer Emb 175 Jet |
| Meal Service | Snack |
| Reserved Seats | 16C |
| Notes | DEP-TERMINAL 5 |
| | ARR-TERMINAL 1 |
| | *LAX-SFO OPERATED BY COMPASS AIRLINE-DL CONNECTION-DL SHUTTLE |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| HSIEH PAUL ANTHONY | 621696/0067303844877/05SEP13 | USD 316.28 | 23.72US | 15.607P | 28.00XT | 383.60 |
| | | | | | Trip Fee | 4.35 |
| | | | | | Total Amount | 387.95 |

Form of Payment: ▮▮▮▮▮▮▮▮

Witness Fees_194

 *revised return*

**Trip on Oct 09, 2013**          Locator: **GWJKDM**          Date: **Oct 08, 2013**

| | |
|---|---|
| Traveler | **PAUL ANTHONY HSIEH - GDOIUSGS** |
| | NGMS E GOV |
| | DEPARTMENT OF INTERIOR |
| | AUTOMATION |
| | AUTOMATION |
| Customer Number | S321BGK |
| Agent | GT |

48 HOUR AUTO CANCELLATION - DUE TO RECENT CHANGES
IN THE FY13 GOVERNMENT CITY PAIR PROGRAM CPP YOUR
AIR RESERVATION IS SUBJECT TO CANCELLATION BY THE
AIRLINES IF NOT TICKETED AT LEAST 48 HOURS PRIOR
TO SCHEDULED DEPARTURE.
*** DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS ***
*** AND RENTAL CARS ***
**************************************************
WHEN TICKETED THE FOLLOWING NON REFUNDABLE
TRANSACTION FEES FOR ALL AGENT ASSISTED AIR/AMTRAK
RESERVATIONS WILL APPLY
DOMESTIC     28.50USD
INTERNATIONAL 37.75USD
CAR/HOTEL ONLY 17.75USD
GOVTRIP AIR   4.35USD
GOVTRIP HOTEL/CAR ONLY 4.00USD
FEDEX/DELIVERY 11.50USD
**************************************************
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.
FEES TOTALING 28.50PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD28.50PP-AIR AGENT ASSISTED
***********EXCHANGE TICKET INFORMATION***************
EXCHANGED TKT 0067303844877 OLD TKT VALUE  191.80
NEW TICKET 0067309178134   TOTAL VALUE  191.80
ADDITIONAL AMOUNT CHARGED.....................0.00
REFUND DUE................................-0.00
**************************************************

---

**Wednesday, October 09, 2013**                    Confirmation **GSX55I**

 **Flight DELTA AIR LINES INC 2060**

| DEPARTURE | ARRIVAL |
|---|---|
| **NEW ORLEANS, LA** | **SALT LAKE CITY, UT** |
| **7:45 AM, Oct 09, 2013** | **10:29 AM, Oct 09, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 03:44 (Non-stop) |
| Equipment | Airbus Industrie 320 |
| Meal Service | Refreshment For Purchase |
| Reserved Seats | 8E |
| Notes | ARR-TERMINAL UNIT 2 |

**Wednesday, October 09, 2013**          Confirmation **GSX55I**

Witness Fees_195

*revised return*



# Flight DELTA AIR LINES INC 2375

| DEPARTURE | ARRIVAL |
|---|---|
| SALT LAKE CITY,UT | SAN FRANCISCO/SFO |
| 11:21 AM, Oct 09, 2013 | 12:25 PM, Oct 09, 2013 |

| Status | Confirmed |
|---|---|
| Class | Coach Class - L |
| Duration | 02:04 (Non-stop) |
| Equipment | Airbus Industrie 320 |
| Meal Service | None |
| Reserved Seats | 7B |
| Notes | DEP-TERMINAL UNIT 2 |
| | ARR-TERMINAL 1 |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| HSIEH PAUL ANTHONY | 625968/0067309178134/08OCT13 | | | | | 0.00 |
| | | | | | Trip Fee | 28.50 |
| | | | | | **Total Amount** | **28.50** |

Form of Payment:

## GENERAL INFORMATION
GO TO WWW.TSA.GOV
YOUR LOCAL OFFICE IS ****** UO6C*******
FOR NON EMERGENCY TRAVEL RESERVATIONS PLEASE CALL
THE LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 866-486-6135 MON-FRI 8AM-8PM EST
FOR AFTER HOURS EMERGENCY SERVICE CALL THE ABOVE
NUMBER AND FOLLOW THE PROMPTS
*****************************************************
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE
ALL OTHER FARES MAY REQUIRE ADVANCE PURCHASE
AND ARE NOT GUARANTEED UNTIL TICKETED.
PLEASE BE PREPARED TO SHOW A GOVERNMENT ISSUED PICTURE
ID IN ORDER TO CHECK IN AND BOARD YOUR FLIGHT.
IN SOME INSTANCES WE MAY NOT BE ABLE TO OBTAIN
PRE RESERVED SEAT ASSIGNMENTS. IF THIS IS THE CASE
PLEASE RECEIVE SEAT ASSIGNMENT AT GATE CHECK IN.
--------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
IF TRAVELING ON CODE SHARE/PARTNER AIRLINE CARRIERS
CHECK ALLOWANCE FOR THE OPERATING CARRIER
--------------------------------------------
** FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM **
** GO TO WWW.TSA.GOV **
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
FARES ARE NOT GUARANTEED UNTIL TICKETED

***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**

## Kelkar and Associates, Inc

3528 E. 104th Street, Tulsa, OK 74137

Tax ID: 73-1441151

| | Date: | September 3, 2013 |
|---|---|---|
| | Invoice #: | 860 |
| Prime | **DJ # 90-5-1-1-10026** | |
| Contract | **DJJ-12W-ENR01-0282** | |

Approved

*(signature)*

EDSN. __9·25·13__

To:

Name of Attorney: Scott Cernich
DOJ/ENRD Expert Contracting Unit
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611

| | Job | Payment Terms | Due Date |
|---|---|---|---|
| | Consultant | Due upon receipt | |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | ███ Expert | ███ | |
| 1.00 | Trip to New Orleans - June 2013 (see details) | 557.60 ✓ | 557.60 ✓ |
| 1.00 | Trip to New Orleans - July 2013 (see details) | 1,049.15 ✓ | 1,049.15 ✓ |
| 1.00 | Trip to Washington D.C. - August 2013 (see details) | 465.01 ✓ | 465.01 ✓ |

*Mohan Kelkar*
*Deposition*
*7/18/13*

| | | | |
|---|---|---|---|
| Bank Name: | Bank of America | Subtotal $ | ███ |
| Acct No: | ███ | Sales Tax | |
| Routing No: | ███ | Total $ | ███ |

Make all checks payable to Kelkar and Associates, Inc.

Thank you for your business!

3528 East 104th Street, Tulsa, OK 74137

ENRD Reviewer / Contact
Marcella Chloe  514-1755
Date __09/25/13__



# Hilton
NEW ORLEANS RIVERSIDE

HILTON NEW ORLEANS RIVERSIDE
#2 Poydras Street | New Orleans, Louisiana | 70140
T: 504 561 0500 | F: 504 568 1721
E: sales.neworleansriverside@hilton.com

NAME AND ADDRESS:
KELKAR, MOHAN G
3528 E 104TH ST

TULSA, OK 741375732
US

OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING
2013 SEP -9 AM 6: 38

| | |
|---|---|
| Room: | 1602/K1D |
| Arrival Date: | 6/20/2013  7:36:00PM |
| Departure Date: | 6/22/2013 |
| Adult/Child: | 1/0 |
| Room Rate: | 135.00 |

Hotel $311.10 ✓
Taxi 69.00 ✓
Per diem 177.50 ✓
(1 × $71
2 × $53.25 ) $557.60 ✓

RATE PLAN    L-FJ

HH#
AL
BONUS AL    CAR

Confirmation Number : 3522845325

6/22/2013    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/20/2013 | INTERNET ACCESS | LINTR | 13626357 | $14.95 | | |
| 6/20/2013 | GUEST ROOM | SSCOTT | 13676763 | $135.00 | | |
| 6/20/2013 | SALES TAX - 13.00% | SSCOTT | 13676763 | $17.55 | | |
| 6/20/2013 | OCCUPANCY TAX - 2.00 | SSCOTT | 13676763 | $2.00 | | |
| 6/20/2013 | CITY TAX - 1.00 | SSCOTT | 13676763 | $1.00 | | |
| 6/21/2013 | *HEALTH CLUB | LINTR | 13678192 | $21.80 | | |
| 6/21/2013 | GUEST ROOM | SSCOTT | 13679593 | $135.00 | | |
| 6/21/2013 | SALES TAX - 13.00% | SSCOTT | 13679593 | $17.55 | | |
| 6/21/2013 | OCCUPANCY TAX - 2.00 | SSCOTT | 13679593 | $2.00 | | |
| 6/21/2013 | CITY TAX - 1.00 | SSCOTT | 13679593 | $1.00 | | |

WILL BE SETTLED TO VS

EFFECTIVE BALANCE OF

$347.85

$0.00

HILTON
HHONORS

W
WALDORF
ASTORIA

CONRAD

Hilton

DOUBLETREE

E
EMBASSY
SUITES

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check
your earnings or book your next stay at more than 3,900 hotels and resorts
in 91 countries, please visit HHonors.com.

Thank you for choosing Hilton! Book your next stay at hilton.com and take
advantage of our internet-only Advance Purchase Rates and limited-time
special offers!



## Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out
there is no need to stop at the Front Desk to check out.

Please review this statement. It is a record of your charges as of late last
evening.

For any charges after your account was prepared, you may:

+ pay at the time of purchase.

+ charge purchases to your account, then stop by the Front Desk for an
updated statement.

+ or request an updated statement be mailed to you within two business days.

the statement meets with your approval, simply press the Zip-Out Check-Out
utton on your guest room telephone. Your account will be automatically checked
t and you may use this statement as your receipt. Feel free to leave your key(s)
the room. *Please call the Front Desk if you wish to extend your stay or if you
ve any questions about your account.*

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO.  2059965  A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |
| PAYMENT DUE UPON RECEIPT | |

Witness Fees_ 198

Telephone # _____

NEW ORLEANS CARRIAGE CAB CORP
JEFFERSON CARRIAGE CAB
CHECKER / YELLOW CAB CO.
PASSENGER'S RECEIPT, TAXICAB FARE

Date 6/6 20 1 3

Amount of Fare $ 36

Other Charges $ _____

Total.............. $ 36

Driver's Name _____

Cab Number 1668 8991

---

```
      AMERICAN TAXI
      504-299-0386
   CAB #980
   DR ID076
   06/22/13  13:22
   06/22/13  13:22
   TRIP #     2432
   DIST    0.00 mi
   FARE    $ 33.00
   TOTAL   $ 33.00
   FOR COMPLIMENTS
    OR CONCERNS
   CALL TAXI BUREAU
   AT 504-658-7176
```

Witness Fees_199



# Hilton
NEW ORLEANS RIVERSIDE

HILTON NEW ORLEANS RIVERSIDE
#2 Poydras Street | New Orleans, Louisiana | 70140
T: 504 561 0500 | F: 504 568 1721
E: sales.neworleansriverside@hilton.com

NAME AND ADDRESS:
KELKAR, MOHAN
3528 E 104TH ST

TULSA, OK 74137-5732
US

| | |
|---|---|
| Room: | 1713/K1D |
| Arrival Date: | 7/14/2013    4:14:00PM |
| Departure Date: | 7/19/2013 |
| Adult/Child: | 1/0 |
| Room Rate: | 101.00 |

RATE PLAN    L-SJ

HH# ▮▮▮▮▮▮▮▮▮
AL  AA #8E47366
BONUS AL    CAR

Confirmation Number : 3526504717

7/19/2013    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 7/14/2013 | INTERNET ACCESS | LINTR | 13740266 | | ($49.95) | |
| 7/14/2013 | GUEST ROOM | TJACKS | 13740568 | $101.00 | | |
| 7/14/2013 | SALES TAX - 13.00% | TJACKS | 13740568 | $13.13 | | |
| 7/14/2013 | OCCUPANCY TAX - 2.00 | TJACKS | 13740568 | $2.00 | | |
| 7/14/2013 | CITY TAX - 1.00 | TJACKS | 13740568 | $1.00 | | |
| 7/15/2013 | *DRAGOS | LINTR | 13742567 | ($46.46) | | |
| 7/15/2013 | GUEST ROOM | TJACKS | 13742855 | $101.00 | | 0.00 |
| 7/15/2013 | SALES TAX - 13.00% | TJACKS | 13742855 | $13.13 | | |
| 7/15/2013 | OCCUPANCY TAX - 2.00 | TJACKS | 13742855 | $2.00 | | |
| 7/15/2013 | CITY TAX - 1.00 | TJACKS | 13742855 | $1.00 | | 101.00 + |
| 7/16/2013 | *LE CROISSANT | LINTR | 13743584 | $18.41 | | 13.13 + |
| 7/16/2013 | GUEST ROOM | TJACKS | 13744318 | $101.00 | | 2.00 + |
| 7/16/2013 | SALES TAX - 13.00% | TJACKS | 13744318 | $13.13 | | 1.00 + |
| 7/16/2013 | OCCUPANCY TAX - 2.00 | TJACKS | 13744318 | $2.00 | | 101.00 + |
| 7/16/2013 | CITY TAX - 1.00 | TJACKS | 13744318 | $1.00 | | |
| 7/17/2013 | GUEST ROOM | SSCOTT | 13746955 | $101.00 | | 13.13 + |
| 7/17/2013 | SALES TAX - 13.00% | SSCOTT | 13746955 | $13.13 | | 2.00 + |
| 7/17/2013 | OCCUPANCY TAX - 2.00 | SSCOTT | 13746955 | $2.00 | | 1.00 + |
| 7/17/2013 | CITY TAX - 1.00 | SSCOTT | 13746955 | $1.00 | | 101.00 + |
| 7/18/2013 | GUEST ROOM | SSCOTT | 13749545 | $101.00 | | 13.13 + |
| 7/18/2013 | SALES TAX - 13.00% | SSCOTT | 13749545 | $13.13 | | 2.00 + |
| 7/18/2013 | OCCUPANCY TAX - 2.00 | SSCOTT | 13749545 | $2.00 | | 1.00 + |
| 7/18/2013 | CITY TAX - 1.00 | SSCOTT | 13749545 | $1.00 | | 700.43 + |

*Hotel Total* (handwritten)

WILL BE SETTLED TO VS▮▮▮▮▮

$700.47

*Handwritten notes:*
Trip to New Orleans
Hotel    $ 585.65 ✓
Taxi    $ 73.00 ✓
Per diem    $ 390.50 ✓
(4 × $71
+2 × $53.8)    $ 1,049.15 ✓

FOLIO NO./CHECK NO.
0205   A

## Zip-Out Check-Out

Good Morning! We hope you enjoyed your stay. Wi▮
there is no need to stop at the Front Desk to check out.
* Please review this statement. It is a record of your charg▮
  evening.
* For any charges after your account was prepared, you ma▮
  + pay at the time of purchase,
  + charge purchases to your account, then stop by the Fron▮
    updated statement.
  + or request an updated statement be mailed to you withir▮
If the statement meets with your approval, simply press ▮
button on your guest room telephone. Your account will be ▮
out and you may use this statement as your receipt. Feel fre▮
in the room. *Please call the Front Desk if you wish to exte▮
have any questions about your account.*



HYATT
REGENCY

Hyatt Regency Washington on
Capitol Hill
400 New Jersey Avenue, NW
Washington, DC 20001
Tel: 202-737-1234
Fax: 202-737-5773
www.hyattregencywashington.com

## INVOICE

| | |
|---|---|
| Payee | Balmohan G Kelkar |
| | 3528 E 104th St |
| | Tulsa OK 741375732 |
| | United States |

| | |
|---|---|
| Room No. | 0767 |
| Arrival | 08-29-13 |
| Departure | 08-30-13 |
| Page No. | 1 of 1 |
| Folio Window | 1 |
| Folio No. | 688193 |

Confirmation No.    2779314301

Group Name

Booking No.    MDNBVG

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 08-29-13 | Internet (Guest) | Room# 0767 : Internet (Guest) | 9.99 | |
| 08-29-13 | – In-Room Dining Dinner Food | Room# 0767 : CHECK# 295239 | 15.00 | |
| 08-29-13 * | – IRD Dinner Service Charge | Room# 0767 : CHECK# 295239 | 7.40 | |
| 08-29-13 * | – IRD Dinner Tax | Room# 0767 : CHECK# 295239 | 2.24 | |
| 08-29-13 ^ | # Package | | 169.00 | |
| 08-29-13 | Occupancy Tax | | 24.51 | |
| 08-30-13 * | # Visa | ▮▮▮▮ XX/XX | | 228.14 |

| | Charges | Credits |
|---|---|---|
| **Total** | 228.14 | 228.14 |
| **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

Was your stay exceptional? Please let us know what you think...
Simply e-mail us at QualityWasrw@hyatt.com

For more information on the Hyatt Regency Washington on Capitol Hill or other Hyatt
Hotels and Resorts, visit us on the web at WWW.HYATT.COM

### Hyatt Gold Passport Summary

| | |
|---|---|
| Membership: | G30866854 |
| Bonus Codes: | |
| Qualifying Nights: | 1 |
| Eligible Spend: | 193.99 |
| Redemption Eligible: | 34.63 |

\* Not Point Earning Eligible
# Not Point Redemption Eligible
^ May Contain Ineligible Inclusions

call 888-587-2877 or email:
yatt.com

*(handwritten):*

Trip to Washington D.C
8/29 – 8/30

Hotel       $ 193.51 ✓
Taxi        $ 45.00 ✓
Parking     $ 20.00 ✓
Per diem    $ 106.50 ✓
(2 × $53.25)  $ 465.01 ✓

Witness Fees_201

TULSA INTERNATIONAL
AIRPORT

Parking Operations
7500 E Young Place
Tulsa, OK 74115

| Fee Computer Number: | 2 |
| Cashier: | Remus Id #555 |
| Transaction Number: | 141239 |
| Entered: | 08/29/2013 05:01 |
| Exited: | 08/30/2013 20:42 |
| Ticket #24617 | Dispenser #19 |
| Lot: | Covered 1 |
| Area: | Area 1 Covered |
| Rate: | V1 Covered |
| Parking Fee: | $ 20.00 |
| Total Fee: | $ 20.00 |
| Cash: | $ 20.00 |
| Total Paid: | $ 20.00 |

American Parking
(918) 587-4141
www.american-parking.com

**TAXICAB RECEIPT**

Time: 29 . 08 . 13

Date: _____

Origin of trip: Dulles AKPOD

Destination: Wash ington V.c

Fare: 75    Sign: _____

**TAXICAB RECEIPT**

Time: _____

Date: August 30

Origin of trip: _____

Destination: Walley Sir

Fare: 70 00    Sign: _____



**Kelkar and Associates, Inc** *Juralh*

3528 E. 104th Street, Tulsa, OK 74137

*11-14-13*

Tax ID: 73-1441151

| | |
|---|---|
| Date: | October 14, 2013 |
| Invoice #: | 861 |
| Prime | **DJ # 90-5-1-1-10026** |
| Contract | **DJJ-12W-ENR01-0282** |

To:

Name of Attorney: Scott Cernich
DOJ/ENRD Expert Contracting Unit
P.O. Box 7611, Ben Franklin Station
Washington, DC 20044-7611

*Mohan Kelkar - Expert*

| Job | Payment Terms | Due Date |
|---|---|---|
| Consultant | Due upon receipt | |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| 1.00 | Trip to Washington D.C.  Sept 2013 (see details) | 484.86 | 484.86 |
| 1.00 | Trip to New Orleans - Oct 2013 (see details) | 792.05 | 792.05 |

*Mohan Kelkar*

*Trial*

*10/10/13*

| | | |
|---|---|---|
| Bank Name: | Bank of America | Subtotal $ |
| Acct No: | | Sales Tax |
| Routing No: | | Total $ |

*pay*

Make all checks payable to Kelkar and Associates, Inc.

Thank you for your business!

ENRD Reviewer / Contact  3528 East 104th Street, Tulsa, OK 74137

Marcella Chloe  514-1755

Date 11/14/13

OCT 12 2013 6:32 AM
OFFICE OF FINANCIAL MANAGEMENT AND PLANNING

Witness Fees_204

| Date | Hours | Description |
| --- | --- | --- |





# WYNDHAM®
## Hotels and Resorts
Wyndham New Orleans - French Quarter
124 Royal Street
New Orleans, LA 70130
Telephone: (504) 529-7211 Fax: (504) 566-1127

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Arrival | : | 10-07-13 |
| Departure | : | 10-10-13 |
| Company Name | : | CWTSato Govt |
| **Mohan Kelkar** | | |

| | | |
|---|---|---|
| Folio / Invoice # | : | 38978 |
| Reference # | : | JITAXI |
| Room No. | : | 1834 |
| Page No. | : | 1 of 1 |
| Membership No. | : | |
| Conf. No. | : | 53752 |
| Cashier No. | : | 19 |
| A/R Number | : | |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 10-07-13 | Room Charge | | 135.00 | |
| 10-07-13 | State Tax | | 12.15 | |
| 10-07-13 | City Tax | | 5.40 | |
| 10-07-13 | State Occupancy Tax | | 1.00 | |
| 10-07-13 | City Occupancy Tax | | 1.00 | |
| 10-08-13 | Room Charge | | 135.00 | |
| 10-08-13 | State Tax | | 12.15 | |
| 10-08-13 | City Tax | | 5.40 | |
| 10-08-13 | State Occupancy Tax | | 1.00 | |
| 10-08-13 | City Occupancy Tax | | 1.00 | |
| 10-09-13 | Room Charge | | 135.00 | |
| 10-09-13 | State Tax | | 12.15 | |
| 10-09-13 | City Tax | | 5.40 | |
| 10-09-13 | State Occupancy Tax | | 1.00 | |
| 10-09-13 | City Occupancy Tax | | 1.00 | |
| 10-10-13 | Visa | XX/XX | | 463.65 |

| | Total | | 463.65 | 463.65 |

**Balance** 0.00

Please contact the Hotel Manager about any issues with your stay. Wyndham Hotels and Resorts or affiliates may contact you about goods and services unless you call 888-946-4283 or write to Wyndham Worldwide Hotels, Inc. 22 Sylvan Way, Parsippany, NJ 07054 to opt out. View our Wyndham Hotels and Resorts website about privacy.

Days of Travel
53.25
71.00
71.00
53.25
$248.50 Per Diem

2013 OCT 21 AM 6:32
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

## TULSA INTERNATIONAL AIRPORT

Parking Operations
7500 E Young Place
Tulsa, OK 74115

### Duplicate

| | |
|---|---|
| Fee Computer Number: | 2 |
| Cashier: | All Id #200 |
| Transaction Number: | 159220 |
| Entered: | 10/07/2013 17:46 |
| Exited: | 10/10/2013 22:55 |
| Ticket #32206 | Dispenser #19 |
| Lot: | Covered 1 |
| Area: | Area 1 Covered |
| Rate: | V! Covered |
| Parking Fee: | $ 40.00 |
| Total Fee: | $ 40.00 |
| Visa          A | $ 40.00 |
| Credit Card Number: | ███████ |
| Total Paid: | $ 40.00 |

American Parking
(918) 587-4141
www.american-parking.com



*Compliments of:*
**Taxicab Insurance Store**
3300 Bienville Street
New Orleans, LA 70119

Telephone #_____

CAB COMPANY _____ CPNC #_____

**PASSENGER'S RECEIPT, TAXICAB FARE**

Date  Oct 7 _____, 20 _1_3_

   Amount of Fare  $_____

   Other Charges  $_____

   Total............  $  _46_

Driver's Name

_____

Total = $ 80.00



**COURTYARD**
**Marriott**

Courtyard by Marriott
Washington Convention Center

900 F St.nw
Washington Dc 20004
T 202.638.4600



| Date | Description | Charges | Credits |
|---|---|---|---|
| 21Sep13 | Room Charge | 199.00 | |
| 21Sep13 | Room Tax | 28.86 | |
| 22Sep13 | Visa | | 227.86 |
| | Card #: ████████ XXXX | | |
| | Amount: 227.86 Auth: 002891 Signature on File | | |
| | This card was electronically swiped on 21Sep13 | | |
| | **Balance:** | **0.00** | |

**Rewards Account #** ████ . Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.

Get all your hotel bills by email by updating your Rewards Preferences. Or, ask the Front Desk to email your bill for this stay. See "Internet Privacy Statement" on Marriott.com.



**Packers Plus**®

Hotel 227.86 ✓
taxi 130.50 ✓
Parking 20.00 ✓
Per diem 106.50 ✓
(2 x ½ day) $ 484.86

www.packersplus.com

2013 OCT 21 AM 6:32
OFFICE OF FINANCIAL MANAGEMENT AND PLANNING

Witness Fees_208

21700 ENR EXPERT
JACKIE LASHLEY
P O BOX 7754
BENJAMIN FRANKLIN STATION
WASHINGTON DC 20044-7754

ACCOUNT NUMBER

STATEMENT DATE 10/13/13

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| | | | | |
| 09-20 | 09-18 | 000766226597 | UNITED 01673070881090 800-932-2732 TX | 451.80 |
| | | | Memo Transaction | |
| | | | KELKAR/BALMOHAN G DEPARTURE: 09-21-13 | |
| | | | P.O.S.: SALES TAX: $0.00 | |
| | | | TUL UA Y IAD UA Y TUL | |
| 10-02 | 09-30 | 000146721578 | UNITED 01673096544932 800-932-2732 TX | 582.60 |
| | | | Memo Transaction | |
| | | | KELKAR/BALMOHAN G DEPARTURE: 10-07-13 | |
| | | | P.O.S.: SALES TAX: $0.00 | |
| | | | TUL UA V IAH UA V MSY UA H IAH AU W TUL | |

TRIAL

Witness Fees_209

21700 ENR EXPERT
JACKIE LASHLEY
P O BOX 7754
BENJAMIN FRANKLIN STATION
WASHINGTON DC 20044-7754

ACCOUNT NUMBER

STATEMENT DATE 10/13/12

Post   Tran



Witness Fees_210

RNDBOL



**U.S. Department of Justice**

Environment and Natural Resources Division

Telephone: (202) 616-3153/1432
Facsimile: (202) 616-3531

Executive Office
Expert Contracting Unit
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

# EXPERT GTA REQUEST FORM

Date of Request: Sept 25, 2013

Traveler's Name: MOHAN KELKAR

Company Name: Kelkar & Associates

Telephone No.: 918 631 3036     Fax No.:

Destination(s): New orleans
Anticipated
Travel Date(s): Oct 7th – Oct 10th
Contract (PO)
Number: DJJ-12W-ENRD1-0282
Finance Number
(YREGDOC):

Case Name: Macando

DJ#: 90-5-1-1-10026

Attorney Name: Scott Cernich     Section: ENRD

When completed please fax to the Expert Contracting Unit at (202) 616-3531.

*** EXPERT CONTRACTING UNIT ONLY ***

Fiscal Year/FCN: M01-5313 O     FEW   SF   REIMB
Amount: $ 582.60                Reconciliation: ☐
Ticket No:                      Carrier:
TMC Agent Name:
Agent Phone No.:     Approved ☒   Disapproved ☐

Signature:                      Date:
Remarks:

Cancellation Date:
Credit Amount:                  Reconciliation: ☐

**Trip on Oct 07, 2013**

Locator: **RNDBOL**          Date: Sep 30, 2013

| | |
|---|---|
| Traveler | **BALMOHAN G KELKAR** |
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 49 |

*TICKET PURCHASE WITH CA...... 
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
*************************************
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.

---

**Monday, October 07, 2013**          Confirmation **F5JL1Z**

### ✈ Flight UNITED AIRLINES 4487

| DEPARTURE | ARRIVAL |
|---|---|
| **TULSA, OK** | **HOUSTON/INTERCONT,TX** |
| **6:44 PM, Oct 07, 2013** | **8:15 PM, Oct 07, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - V |
| Duration | 01:31 (Non-stop) |
| Equipment | ERJ |
| Meal Service | None |
| Reserved Seats | 3A |
| Frequent Flyer | ▇ |
| Notes | ARR-TERMINAL B |
| | *TUL-IAH OPERATED BY /EXPRESSJET AIRLINES DBA UNITED EXPRESS |

---

**Monday, October 07, 2013**          Confirmation **F5JL1Z**

### ✈ Flight UNITED AIRLINES 769

| DEPARTURE | ARRIVAL |
|---|---|
| **HOUSTON/INTERCONT,TX** | **NEW ORLEANS, LA** |
| **9:00 PM, Oct 07, 2013** | **10:12 PM, Oct 07, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - V |
| Duration | 01:12 (Non-stop) |
| Equipment | Airbus Jet |
| Meal Service | None |
| Reserved Seats | 8A |
| Frequent Flyer | ▇ |
| Notes | DEP-TERMINAL C |



---

**Thursday, October 10, 2013**          Confirmation **F5JL1Z**

### ✈ Flight UNITED AIRLINES 562

| DEPARTURE | ARRIVAL |
|---|---|
| **NEW ORLEANS, LA** | **HOUSTON/INTERCONT,TX** |
| **7:26 PM, Oct 10, 2013** | **8:35 PM, Oct 10, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - H |
| Duration | 01:09 (Non-stop) |
| Equipment | Airbus Industrie 320 |
| Meal Service | Refreshment |

| Reserved Seats | 11A |
| Frequent Flyer | ▮ |
| Notes | ARR-TERMINAL C |

## Thursday, October 10, 2013

 **Flight UNITED AIRLINES 5229**

| DEPARTURE | ARRIVAL |
| HOUSTON/INTERCONT,TX | TULSA, OK |
| 9:13 PM, Oct 10, 2013 | 10:41 PM, Oct 10, 2013 |

| Status | Confirmed |
| Class | Coach Class - W |
| Duration | 01:28 (Non-stop) |
| Equipment | CRJ-Canadair Regional Jet |
| Meal Service | None |
| Reserved Seats | 2A |
| Frequent Flyer | ▮ |
| Notes | DEP-TERMINAL B |
| | *IAH-TUL OPERATED BY /SKYWEST DBA UNITED EXPRESS |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|------------------------|------|-------|-------|-------|-------|
| KELKAR BALMOHAN G | 1182968/0167309654493/30SEP13 | USD 504.19 | 37.81US | 15.60ZP | 25.00XT | 582.60 |

**Total Amount**    **582.60**

Form of Payment: ▮

### GENERAL INFORMATION
```
******************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
***************CWTSATOTRAVEL.COM*********************
```
.............................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.............................................
TRANSACTION FEES ARE NONREFUNDABLE
.............................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.............................................
GOVERNMENT ISSUED ID IS REQUIRED
.............................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.............................................
.............................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
.............................................
........ THANK YOU FOR USING CWTSATOTRAVEL ......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
```
******************************************************
```
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
.............................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 *************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
---------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES

FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-------------------------------------------------

CWTSATOTRAVEL CAN BOOK YOUR HOTEL ACCOMODATIONS. WE CAN ASSIST IN KEEPING COSTS
WITHIN PER DIEM AT A FEMA APPROVED PROPERTY, GUARANTEE YOUR RESERVATION FOR
LATE ARRIVAL, AND EVEN CHECK FOR A ROOM AT YOUR FAVORITE HOTEL AT LOW FEDROOM
OR CWTSATOTRAVEL GOVERNMENT RATES. ALL YOUR RESERVATIONS INCLUDED ON ONE
ITINERARY--AIR, CAR, AND HOTEL.

THANKS FROM YOUR CWTSATOTRAVEL TEAM!!!

# *1100193312*

## TRAVEL VOUCHER OR SUBVOUCHER

Read Privacy Act Statement, Penalty Statement, and Instructions on back before completing form. Use typewriter, ink, or ball point pen. PRESS HARD. DO NOT use pencil. If more space is needed, continue in remarks.

| 1. PAYMENT | SPLIT DISBURSEMENT: The Paying Office will pay directly to the Government Travel Charge Card (GTCC) contractor the portion of your reimbursement representing travel charges for transportation, lodging, and rental car if you are a civilian employee, unless you elect a different amount. Military personnel are required to designate a payment that equals the total of their outstanding government travel card balance to the GTCC contractor. |
|---|---|
| **X** Electronic Fund Transfer (EFT) | |
| Payment by Check | Pay the following amount of this reimbursement directly to the Government Travel Charge Card contractor: $ _____ |

| 2. NAME (Last, First, Middle Initial) (Print or type) | 3. GRADE | 4. SSN | 5. TYPE OF PAYMENT (X as applicable) |
|---|---|---|---|
| KULESA, FRANK R | O4 | | **X** TDY — **X** Member/Employee |

| 6. ADDRESS a. NUMBER AND STREET | b. CITY | c. STATE | d. ZIP CODE | PCS · Other |
|---|---|---|---|---|
| | | | | Dependent(s) · DLA |

| e. E-MAIL ADDRESS | **FRANK.R.KULESA@USCG.MIL** | 10. FOR D.O. USE ONLY |
|---|---|---|

| 7. DAYTIME TELEPHONE NUMBER & AREA CODE | 8. TRAVEL ORDER/AUTHORIZATION NUMBER | 9. PREVIOUS GOVERNMENT PAYMENTS/ ADVANCES | a. D.O. VOUCHER NUMBER |
|---|---|---|---|
| 609-724-0008 | 1114G84GLA428000 | 0.00 | |

| 11. ORGANIZATION AND STATION | b. SUBVOUCHER NUMBER |
|---|---|
| 9870098 | |

| 12. DEPENDENT(S) (X and complete as applicable) | 13. DEPENDENTS' ADDRESS ON RECEIPT OF ORDERS (include Zip Code) | c. PAID BY |
|---|---|---|
| ACCOMPANIED | **X** UNACCOMPANIED | |
| a. NAME (Last, First, Middle Initial) | b. RELATIONSHIP | c. DATE OF BIRTH OR MARRIAGE | |

| 14. HAVE HOUSEHOLD GOODS BEEN SHIPPED? (X one) | d. COMPUTATIONS |
|---|---|
| YES · NO (Explain in Remarks) | |

### 15. ITINERARY

| a. DATE | b. PLACE (Home, Office, Base, Activity, City and State; City and Country, etc.) | c. MEANS/ MODE OF TRAVEL | d. REASON FOR STOP | e. LODGING COST | f. POC MILES | |
|---|---|---|---|---|---|---|
| 07/13/2014 DEP | 23518 Norfolk, VA | CP | | | | |
| 07/13/2014 ARR | 70114 Algiers, LA | | TD | 108.00 | | |
| 07/16/2014 DEP | 70114 Algiers, LA | CP | | | | |
| 07/16/2014 ARR | 23518 Norfolk, VA | | MC | | | |
| DEP | | | | | | |
| ARR | | | | | | |
| DEP | | | | | | |
| ARR | | | | | | |
| DEP | | | | | | |
| ARR | | | | | | |
| DEP | | | | | | e. SUMMARY OF PAYMENT |
| ARR | | | | | | (1) Per Diem |
| DEP | | | | | | (2) Actual Expense Allowance |
| ARR | | | | | | (3) Mileage |

| 16. POC TRAVEL (X one) **X** OWN/OPERATE · PASSENGER | 17. DURATION OF TDY TRAVEL | (4) Dependent Travel |
|---|---|---|

### 18. REIMBURSABLE EXPENSES

| a. DATE | b. NATURE OF EXPENSE | c. AMOUNT | d. ALLOWED | | |
|---|---|---|---|---|---|
| | | | | 12 HOURS OR LESS | (5) DLA |
| 07/13/2014 | AIRFARE-TRAIN-BUS EXP | 444.00 | 444.00 | | (6) Reimbursable Expenses |
| 07/13/2014 | SATO-CTO-TMC SVC PROC | 25.10 | 25.10 | MORE THAN 12 HOURS BUT 24 HOURS OR LESS | (7) Total |
| 07/13/2014 | ATM ADMINISTRATIVE FE | 6.50 | 6.50 | **X** | (8) Less Advance |
| 07/16/2014 | RENTAL VEHICLE FUEL | 5.64 | 5.64 | MORE THAN 24 HOURS | (9) Amount Owed |
| 07/16/2014 | PARKING-HOTEL SITE-OT | 81.00 | 81.00 | 19. GOVERNMENT/DEDUCTIBLE MEALS | (10) Amount Due |
| 07/16/2014 | RENTAL VEHICLE | 89.19 | 89.19 | a. DATE · b. NO. OF MEALS · a. DATE · b. NO. OF MEALS | |
| 07/13/2014 | ALLOWED LODGING TAXES | 56.79 | 56.79 | | |

| 20.a. CLAIMANT SIGNATURE | b. DATE |
|---|---|
| **FRANK R KULESA** | 7/21/2014 |

| c. REVIEWER'S PRINTED NAME | d. REVIEWER SIGNATURE | e. TELEPHONE NUMBER | f. DATE |
|---|---|---|---|
| | | | |

| 21.a. APPROVING OFFICIAL'S PRINTED NAME | b. SIGNATURE | c. TELEPHONE NUMBER | d. DATE |
|---|---|---|---|
| **AMARILYS WOZNIAK** | | | 7/28/2014 |

### 22. ACCOUNTING CLASSIFICATION

1114G84GLA428000 2 G 401 199 30 0 LA 70180 2100

### 23. COLLECTION DATA

| 24. COMPUTED BY | 25. AUDITED BY | 26. TRAVEL ORDER/ AUTHORIZATION POSTED BY | 27. RECEIVED (Payee signature and Date or Check No.) | 28. AMOUNT PAID |
|---|---|---|---|---|
| TCS | CRB | | | |

**DD FORM 1351-2, MAR 2008**

PREVIOUS EDITION MAY BE USED UNTIL SUPPLY IS EXHAUSTED.

Exception to SF 1012 approved by GSA/IRMS 12-91
Adobe Designer 7.0

## PRIVACY ACT STATEMENT

AUTHORITY: 5 USC 5701, 37 USC 404-427, and EO 9397.

PRINCIPAL PURPOSE(S): Used for reviewing, approving, accounting and disbursing for official travel. SSN is used to maintain a numerical identification system for individual claims.

ROUTINE USE(S): To substantiate claims for reimbursement for official travel.

DISCLOSURE: Voluntary; however, failure to furnish information requested may result in total or partial denial of amount claimed.

## PENALTY STATEMENT

There are severe criminal and civil penalties for knowingly submitting a false, fictitious, or fraudulent claim (U.S. Code, Title 18, Section 287 and 1001 and Title 31, Section 3729).

## INSTRUCTIONS

### ITEM 1 - PAYMENT

Member must be on electronic funds (EFT) to participate in split disbursement. Split disbursement is a payment method by which you may elect to pay your official travel card bill and forward the remaining settlement dollars to your predesignated account. For example: $250.00 in the "Amount to Government Travel Charge Card" block means that $250.00 of your travel settlement will be electronically sent to the charge card company. Any dollars remaining on this settlement will automatically be sent to your predesignated account. Should you elect to send more dollars than you are entitled, "all" of the settlement will be forwarded to the charge card company. Notification: you will receive your regular monthly billing statement from the Government Travel Charge Card contractor; it will state: paid by Government $250.00 , 0 due. If you forwarded less dollars than you owe, the statement will read as: paid by Government, $250.00, $15.00 now due. Payment by check is made to travelers only when EFT payment is not directed.

### USCG TRAVEL PAYMENT STATUS AND DEBT/OVERPAYMENT COLLECTION
- When Industrial Site accounting used - contact the accounting office that funded travel.
- For all others - contact the CG Finance Center at 1-800-564-5504 and follow the prompts. For personal assistance and instructions for repayments or rescheduling of travel debts call (757) 523-6940. A Due Process debt notification letter w/instructions will be sent to you.
- If no payment status is indicated call HRSIC Travel at 1-888-USCG-TVL.

### REQUIRED ATTACHMENTS FOR TRAVEL VOUCHER AUDIT SUBMISSIONS

Claims will be audited based on a random sampling plan or because the net entitlement of the travel equaled or exceeded $2,500.00 Assemble your claim as follows:
1. (Top) Travel Voucher, Continuation Page, and Daily Expense Record, DOD or UTS record.
2. Copy of all travel orders and amendments, as applicable.
3. Dependent and/or other family member travel authorizations or claim documentation.
4. Change HRSIC to PPC.

### ITEM 15. ITINERARY - SYMBOLS
#### 15c. MEANS/MODE OF TRAVEL(Use two letters)

| | | | |
|---|---|---|---|
| GTR/TKT | - T | Automobile | - A |
| Government Transportation | - G | Motorcycle | - M |
| Commercial Transportation | | Bus | - B |
| (Own expense) | - C | Plane | - P |
| Privately Owned | | Rail | - R |
| Conveyance(POC) | - P | Vessel | - V |
| Alaska Ferry System | - AF | Rental Car | - RC |
| Change Status | - CS | | |

#### 15d. REASON FOR STOP

| | | | |
|---|---|---|---|
| Authorized Delay | - AD | Hospital Discharge | - HD |
| Authorized Return | - AR | Change of Home Port | - HP |
| Awaiting Transportation | - AT | Leave En Route | - LV |
| Circuitous Travel | - CT | Mission Complete | - MC |
| Designated Leave Point | - DL | Pick Up Passengers | - PP |
| Drop Off Passengers | - DP | Pick Up Vehicle | - PV |
| Drop Off Vehicle | - DV | Sick Leave | - SL |
| Enroute Stop Over | - ES | Temporary Duty | - TD |
| House Hunting | - HH | Voluntary Return | - VR |
| Hospital Admittance | - HA | | |

#### 15e. LODGING COST
TPAX requires the entry of the per-day (daily) cost of Lodging. Place and claim INCONUS lodging taxes in the reimbursable expense section.

### ITEM 19 - DEDUCTIBLE MEALS
Use the TPAX "Exception" button to enter deductible meals. Meals consumed by a member when furnished with or without charge incident to an official assignment by sources other than a government mess (see JFTR,par. U4125-A3g and JTR, par. C4554-B for definition and deductible meals). Meals furnished on commercial aircraft or by private individuals are not considered deductible meals.

### 29. REMARKS
EMPLOYEES: INDICATE DATES ON WHICH LEAVE TAKEN FOR MORE THAN ONE-HALF OF PRESCRIBED DAILY WORKING HOURS

UNIFORMED MEMBERS: INDICATE DATES ON WHICH LEAVE WAS TAKEN

Receipts Required:

| Date(s) | Description | Amount |
|---|---|---|
| 07/13/2014- | AIRFARE-TRAIN-BUS EXPENSE | $444.00 |
| 07/16/2014- | PARKING-HOTEL SITE-OTHER LOCALS | $81.00 |
| 07/16/2014- | RENTAL VEHICLE | $89.19 |
| 07/13/2014- 07/16/2014 | Lodging at 70114 Algiers, LA LOUISIANA | At least $ 324.00 |

TPAX GENERATED FORM 1351-2 (BACK), AUG 1997

4. NAME (Last, First, Middle Initial)

KULESA, FRANK R

| Date | Day Type | Daily Lodging | Lodging Taxes | Computed Meal Types Br | Lu | Dn | Claimed Meal Types Br | Lu | Dn | Actual Expenses Claimed Br | Lu | Dn | Inc. |
|------|----------|---------------|---------------|------------------------|-----|-----|------------------------|-----|-----|----------------------------|-----|-----|------|
| 07/13/2014 | LDP | 108.00 | 18.93 | CM | CM | CM | CM | CM | CM | | | | |
| 07/14/2014 | LDP | 108.00 | 18.93 | CM | CM | CM | CM | CM | CM | | | | |
| 07/15/2014 | LDP | 108.00 | 18.93 | CM | CM | CM | CM | CM | CM | | | | |
| 07/16/2014 | LDP | 0.00 | 0.00 | CM | CM | CM | CM | CM | CM | | | | |

Day Types
LDP=Lodging Plus, OB=OnBoard Ship, FD=Field Duty,   SD=Sea Duty,   LV=Leave,   AE=Actual Expense, AELP=Actual Expense/Meals LDP
GRP=Group Travel,FLT=Flat Per Diem, RED=Reduced Per Diem, AF=Alaskan Ferry, NP=No Per Diem, SAE=300% AE,   SAELP=300% AELP

# *1099911275*

**TRAVEL VOUCHER OR SUBVOUCHER**

Read Privacy Act Statement, Penalty Statement, and Instructions on back before completing form. Use typewriter, ink, or ball point pen. PRESS HARD. DO NOT use pencil. If more space is needed, continue in remarks.

**1. PAYMENT**
[X] Electronic Fund Transfer (EFT)
[ ] Payment by Check

**SPLIT DISBURSEMENT:** The Paying Office will pay directly to the Government Travel Charge Card (GTCC) contractor the portion of your reimbursement representing travel charges for transportation, lodging, and rental car if you are a civilian employee, unless you elect a different amount. Military personnel are required to designate a payment that equals the total of their outstanding government travel card balance to the GTCC contractor.

Pay the following amount of this reimbursement directly to the Government Travel Charge Card contractor: $ _____

| 2. NAME (Last, First, Middle Initial) (Print or type) | 3. GRADE | 4. SSN | 6. TYPE OF PAYMENT (X as applicable) |
|---|---|---|---|
| LANDRY, MARY E | ES0 | | [X] TDY [X] Member/Employee |

**6. ADDRESS** a. NUMBER AND STREET  b. CITY   c. STATE  d. ZIP CODE
[ ] PCS  [ ] Other
[ ] Dependent(s)  [ ] DLA

**e. E-MAIL ADDRESS** mary.e.landry@uscg.mil

**10. FOR D.O. USE ONLY**

**7. DAYTIME TELEPHONE NUMBER & AREA CODE** 202-372-2010
**8. TRAVEL ORDER/AUTHORIZATION NUMBER** 1113G83GLA054000
**9. PREVIOUS GOVERNMENT PAYMENTS/ADVANCES** 0.00
a. D.O. VOUCHER NUMBER
b. SUBVOUCHER NUMBER

**11. ORGANIZATION AND STATION** 9870098

**12. DEPENDENT(S)** (X and complete as applicable)
[ ] ACCOMPANIED  [X] UNACCOMPANIED
a. NAME  b. RELATIONSHIP  c. DATE OF BIRTH OR MARRIAGE

**13. DEPENDENTS' ADDRESS ON RECEIPT OF ORDERS** (include Zip Code)
c. PAID BY

**14. HAVE HOUSEHOLD GOODS BEEN SHIPPED?** (X one)
[ ] YES [ ] NO (Explain in Remarks)
d. COMPUTATIONS

**15. ITINERARY**

| a. DATE | | b. PLACE | c. MEANS/MODE OF TRAVEL | d. REASON FOR STOP | e. LODGING COST | f. POC MILES | |
|---|---|---|---|---|---|---|---|
| 10/20/2012 | DEP | 22201 Arlington, VA | CP | | | | |
| 10/20/2012 | ARR | New Orleans, LA | | TD | 140.00 | | |
| 10/24/2012 | DEP | New Orleans, LA | CP | | | | |
| 10/24/2012 | ARR | 22202 Arlington, VA | | MC | | | |
| | DEP | | | | | | |
| | ARR | | | | | | |
| | DEP | | | | | | |
| | ARR | | | | | | |
| | DEP | | | | | | e. SUMMARY OF PAYMENT |
| | ARR | | | | | | (1) Per Diem |
| | DEP | | | | | | (2) Actual Expense Allowance |
| | ARR | | | | | | (3) Mileage |

**16. POC TRAVEL** (X one) [X] OWN/OPERATE  [ ] PASSENGER
**17. DURATION OF TDY TRAVEL**

(4) Dependent Travel

**18. REIMBURSABLE EXPENSES**

| a. DATE | b. NATURE OF EXPENSE | c. AMOUNT | d. ALLOWED | | |
|---|---|---|---|---|---|
| 10/20/2012 | LOCAL TRANSPORT-TAXI- | 14.00 | 14.00 | 12 HOURS OR LESS | (5) DLA |
| 10/21/2012 | LOCAL TRANSPORT-TAXI- | 35.00 | 35.00 | MORE THAN 12 HOURS BUT 24 HOURS OR LESS | (6) Reimbursable Expenses |
| 10/24/2012 | LOCAL TRANSPORT-TAXI- | 14.00 | 14.00 | | (7) Total |
| 10/24/2012 | LOCAL TRANSPORT-TAXI- | 2.85 | 2.85 | [X] MORE THAN 24 HOURS | (8) Less Advance |
| 10/24/2012 | AIRFARE-TRAIN-BUS EXP | 859.60 | 859.60 | | (9) Amount Owed |
| 10/24/2012 | SATO-CTO-TMC SVC PROC | 23.50 | 23.50 | **19. GOVERNMENT/DEDUCTIBLE MEALS** | (10) Amount Due |
| 10/24/2012 | BAGGAGE EXP-STORAGE N | 50.00 | 50.00 | a. DATE  b. NO. OF MEALS  a. DATE  b. NO. OF MEALS | |
| 10/20/2012 | ALLOWED LODGING TAXES | 76.80 | 76.80 | | |

**20.a. CLAIMANT SIGNATURE** MARY E LANDRY
b. DATE 11/1/2012

c. REVIEWER'S PRINTED NAME  d. REVIEWER SIGNATURE  e. TELEPHONE NUMBER  f. DATE

**21.a. APPROVING OFFICIAL'S PRINTED NAME** JAVIER VIERA
b. SIGNATURE  c. TELEPHONE NUMBER  d. DATE 11/1/2012

**22. ACCOUNTING CLASSIFICATION** 1113G83GLA054000 2 G 301 199 30 0 LA  70180 2100

**23. COLLECTION DATA**

| 24. COMPUTED BY | 25. AUDITED BY JV | 26. TRAVEL ORDER/AUTHORIZATION POSTED BY | 27. RECEIVED (Payee signature and Date or Check No.) | 28. AMOUNT PAID |
|---|---|---|---|---|

**DD FORM 1351-2, MAR 2008**   PREVIOUS EDITION MAY BE USED UNTIL SUPPLY IS EXHAUSTED.   Exception to SF 1012 approved by GSA/IRMS 12-91  Adobe Designer 7.0

## PRIVACY ACT STATEMENT

AUTHORITY: 5 USC 5701, 37 USC 404-427, and EO 9397.

PRINCIPAL PURPOSE(S): Used for reviewing, approving, accounting and disbursing for official travel. SSN is used to maintain a numerical identification system for individual claims.

ROUTINE USE(S): To substantiate claims for reimbursement for official travel.

DISCLOSURE: Voluntary; however, failure to furnish information requested may result in total or partial denial of amount claimed.

## PENALTY STATEMENT

There are severe criminal and civil penalties for knowingly submitting a false, fictitious, or fraudulent claim (U.S. Code, Title 18, Section 287 and 1001 and Title 31, Section 3729).

## INSTRUCTIONS

**ITEM 1 - PAYMENT**

Member must be on electronic funds (EFT) to participate in split disbursement. Split disbursement is a payment method by which you may elect to pay your official travel card bill and forward the remaining settlement dollars to your predesignated account. For example: $250.00 in the "Amount to Government Travel Charge Card" block means that $250.00 of your travel settlement will be electronically sent to the charge card company. Any dollars remaining on this settlement will automatically be sent to your predesignated account. Should you elect to send more dollars than you are entitled, "all" of the settlement will be forwarded to the charge card company. Notification: you will receive your regular monthly billing statement from the Government Travel Charge Card contractor; it will state: paid by Government $250.00, 0 due. If you forwarded less dollars than you owe, the statement will read as: paid by Government, $250.00, $15.00 now due. Payment by check is made to travelers only when EFT payment is not directed.

**USCG TRAVEL PAYMENT STATUS AND DEBT/OVERPAYMENT COLLECTION**

- When Industrial Site accounting used - contact the accounting office that funded travel.
- For all others - contact the CG Finance Center at 1-800-564-5504 and follow the prompts. For personal assistance and instructions for repayments or rescheduling of travel debts call (757) 523-6940. A Due Process debt notification letter w/instructions will be sent to you.
- If no payment status is indicated call HRSIC Travel at 1-888-USCG-TVL.

**REQUIRED ATTACHMENTS FOR TRAVEL VOUCHER AUDIT SUBMISSIONS**

Claims will be audited based on a random sampling plan or because the net entitlement of the travel equaled or exceeded $2,500.00 Assemble your claim as follows:

1. (Top) Travel Voucher, Continuation Page, and Daily Expense Record, DOD or UTS record.
2. Copy of all travel orders and amendments, as applicable.
3. Dependent and/or other family member travel authorizations or claim documentation.
4. Change HRSIC to PPC.

**ITEM 15. ITINERARY - SYMBOLS**

15c. MEANS/MODE OF TRAVEL *(Use two letters)*

| | | | |
|---|---|---|---|
| GTR/TKT | - T | Automobile | - A |
| Government Transportation | - G | Motorcycle | - M |
| Commercial Transportation | | Bus | - B |
| *(Own expense)* | - C | Plane | - P |
| Privately Owned | | Rail | - R |
| Conveyance *(POC)* | - P | Vessel | - V |
| Alaska Ferry System | - AF | Rental Car | - RC |
| Change Status | - CS | | |

**15d. REASON FOR STOP**

| | | | |
|---|---|---|---|
| Authorized Delay | - AD | Hospital Discharge | - HD |
| Authorized Return | - AR | Change of Home Port | - HP |
| Awaiting Transportation | - AT | Leave En Route | - LV |
| Circuitous Travel | - CT | Mission Complete | - MC |
| Designated Leave Point | - DL | Pick Up Passengers | - PP |
| Drop Off Passengers | - DP | Pick Up Vehicle | - PV |
| Drop Off Vehicle | - DV | Sick Leave | - SL |
| Enroute Stop Over | - ES | Temporary Duty | - TD |
| House Hunting | - HH | Voluntary Return | - VR |
| Hospital Admittance | - HA | | |

**15e. LODGING COST**

TPAX requires the entry of the per-day (daily) cost of Lodging. Place and claim INCONUS lodging taxes in the reimbursable expense section.

**ITEM 19 - DEDUCTIBLE MEALS**

Use the TPAX "Exception" button to enter deductible meals. Meals consumed by a member when furnished with or without charge incident to an official assignment by sources other than a government mess (see JFTR,par. U4125-A3g and JTR, par. C4554-B for definition and deductible meals). Meals furnished on commercial aircraft or by private individuals are not considered deductible meals.

**29. REMARKS**

EMPLOYEES: INDICATE DATES ON WHICH LEAVE TAKEN FOR MORE THAN ONE-HALF OF PRESCRIBED DAILY WORKING HOURS

UNIFORMED MEMBERS: INDICATE DATES ON WHICH LEAVE WAS TAKEN

Receipts Required:

| Date(s) | Description | Amount |
|---|---|---|
| 10/24/2012- | AIRFARE-TRAIN-BUS EXPENSE | $859.60 |
| 10/20/2012- 10/24/2012 | Lodging at New Orleans, LA LOUISIANA | At least $ 560.00 |

TPAX GENERATED FORM 1351-2 (BACK), AUG 1997

Witness Fees_221

4. NAME (Last, First, Middle Initial)

LANDRY, MARY E

| Date | Day Type | Daily Lodging | Lodging Taxes | Computed Meal Types Br | Lu | Dn | Claimed Meal Types Br | Lu | Dn | Actual Expenses Claimed Br | Lu | Dn | Inc. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/2012 | AELP | 140.00 | 19.20 | CM | CM | CM | CM | CM | CM | | | | |
| 10/21/2012 | AELP | 140.00 | 19.20 | CM | CM | CM | CM | CM | CM | | | | |
| 10/22/2012 | AELP | 140.00 | 19.20 | CM | CM | CM | CM | CM | CM | | | | |
| 10/23/2012 | AELP | 140.00 | 19.20 | CM | CM | CM | CM | CM | CM | | | | |
| 10/24/2012 | AELP | 0.00 | 0.00 | CM | CM | CM | CM | CM | CM | | | | |

Day Types
LDP=Lodging Plus, OB=OnBoard Ship, FD=Field Duty, SD=Sea Duty, LV=Leave, AE=Actual Expense, AELP=Actual Expense/Meals LDP
GRP=Group Travel,FLT=Flat Per Diem, RED=Reduced Per Diem, AF=Alaskan Ferry, NP=No Per Diem, SAE=300% AE, SAELP=300% AELP



J P Lang & Associates
3 Howe Road
Nahant, MA 01908
jlangmass@aol.com
617-785-5234

# Invoice

**Approved**

*[signature]*

Johnnie R. Cusack
Contracting Officer
Date: 2-6-12

**Bill To:**   USDOJ/ENRD Expert Contracts Unit
P.O. Box 695 Ben Franklin Station
Washington, DC 20044-06854
ExpertInfo.ENRD@usdoj.gov
202-616-3531 (F)

**Case:**   Expert in connection with "US V BP Exploration & Production Inc; Anadarko Exploration
and Production et al (Deepwater Horizon Wellhead) LAE, 10-4536

**DJ File#:**   90-5-1-1-10026

**Attorney**   DOJ, ENRD-EES, Nancy Flickinger, 202-514-5258

**Contract:**   DJI-12W-ENR01-0030

**Cost Center:**   2361960418

**YREGDOC:**   L0152013

**Business:**   J.P. Lang & Associates, James P Lang, SSN: ████████

**Invoice:**   USDOJ.13Jan2012

**Date:**   Jan 13, 2012

Kindly remit the following for services Jan 2012 (deposition prep and delivery):

| Dates | Services | Amount |
|---|---|---|
| ████ | | |
| | Expenses (@ cost) | $1,070.33  1053.54 |
| | **Total New:** | Pay |
| *Cumulative Billings:* | | ████ |
| *Previous Bill:* | | ████ |
| *Amount Paid:* | | |
| *Prior Balance* | | $0.00 |
| | **Total Due (upon receipt):** | ████ |

Wire to Citizens Bank, RTN#: ████   Account# ████

Warmest Regards,

*James B Lang*

James P Lang

ENRD Reviewer / Contact
Marcella Chloe   514-1755
Date 2/3/12

2012 JAN 20  PM 2:40
DOJ-ENRD
PROCUREMENT SERVICES

# Professional Fees Detail

DoJ Case Time Tracking, Expert James P Lang (Dec11/Jan12) invoice



| Date | Activity | Hours |
|------|----------|-------|
|      |          |       |

|  | Total Hours |  |
|--|-------------|--|
|  | Rate per Hour |  |
|  | **Total Professional Fees** |  |

# Expenses (trip 2)

*1/11/12*

| Name | James P Lang |
|---|---|
| E-mail | jlangmass■■■■ |
| Purpose | Trip to New Orleans for Deposition, working with Nancy Flickinger, Matt Leopold |

| Expenses | Dates | Details | Amount Claimed |
|---|---|---|---|
| Transportation | Jan 10, 2012 | GTA Travel, BNA-MSY, cost $209.30 | $0 |
| | Jan 12, 2012 | GTA Travel, MSY-BOS original (cost $174.8) | $0 |
| | Jan 12, 2012 | GTA Travel, MSY-BOS refund (cost $174.8) | $0 |
| | Jan 12, 2012 | GTA Travel, MSY-BOS new (cost $285.60) | $0 |
| | Jan 10-12, 2012 | BOS Airport Parking | $68.00 |
| | Jan 10, 2012 | Taxi – Airport to Downtown | $38.00 |
| | Jan 12, 2012 | Taxi – Downtown to Airport | $38.00 |
| | Jan 10-12, 2012 | Mileage (21.6 miles at .51/mile) | $11.00 |
| Lodging | Jan 10-12, 2012 | W Hotel New Orleans, Govt Rate | $309.10 |
| | | | $0 |
| Meals | Jan 10, 2012 | W Hotel, dinner | $36.59 |
| | Jan 11, 2012 | Breakfast (with a | $6.00 |
| | Jan 11, 2012 | Lunch, Café at th | $21.70 |
| | Jan 11, 2012 | Dinner, Clancy's | $100.00 |
| | Jan 11, 2012 | W Hotel, drink | $12.00 |
| | Jan 12, 2012 | Breakfast, airpor | $7.00 |
| | Jan 12, 2012 | Lunch, airport | $11.00 |
| | | | $0 |
| | | | $0 |
| | | TOTAL | $659.39 |

*Taxi, Mileage, Parking*

```
 0·00  *
60·00  +
39·00  +
30·00  +
11·00  +
155·00  *
Total
```

*$16.79 over meals*

| Signature | Date | $641.60 |
|---|---|---|
| *James B Lang* | Jan 12, 2012 | |

Scanned receipts retained.

 **Carlson Wagonlit Travel** **SatoTravel.**

For: JAMES P LANG

To: EXPERT WITNESS

Sales Person: 49
Locator: HNZHJE
Customer Number: Q31294J

TD-YOUR RESERVATION WILL BE TICKETED ON 06JAN
TF-TTL FEES OF 31.49 INCLUDING TRANS FEE OF 31.49
GF-TOTAL OFFICIAL FARE IS 209.30
TD-YOUR RESERVATION WILL BE TICKETED ON 06JAN
TF-TTL FEES OF 31.49 INCLUDING TRANS FEE OF 31.49
GF-TOTAL OFFICIAL FARE IS 209.30
*TICKET PURCHASE WITH CA.......0636*
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
************************************

### Tuesday  January 10, 2012


Southwest Airlines
Class of Service: Coach Class Y
Depart: NASHVILLE, TN
Arrive: NEW ORLEANS, LA
Total Flight Time:
Equipment: Boeing 737-300
Meal Service: None
Status: Confirmed

Flight Number: 1742

6:05 Pm January 10, 2012
7:45 Pm January 10, 2012
1 Hour 40 Minutes  Non-Stop

Confirmation Number: I3BQBY

### Tuesday  January 10, 2012


NEW ORLEANS, LA
W NEW ORLEANS
333 POYDRAS  STREET
NEW ORLEANS LA 70130
Phone Number: 504-525-9444
Fax Number: 504-581-7179
Number of Rooms: 1
Rate: 135.00 USD Per Night
Check In: Jan 10, 2012
Check Out: Jan 12, 2012
Confirmation Number: C305225422
Cancellation Policy: Cancel 3 days prior
Membership Number: ▇▇▇▇
Directions: DIRECTION TO THE PROPERTY FROM EAST - TAKE I-10 TO CANAL STREET/SUPERDOME
EXIT. TURN RIGHT ON CANAL..GO 10 BLOCKS..TURN RIGHT ON TCHOUPITOULAS STREET..GO 2
BLOCKS. LEFT ON POYDRAS STREET..GO 1 BLOCK.  LEFT ON SOUTH PETER..HOTEL
ON CORNER.

| Name | Invoice / Ticket / Date | Base | Tax1 | Tax2 | Tax3 | Total |
|------|-------------------------|------|------|------|------|-------|

Witness Fees_232

FOP CAxxxxxxxxxxxx0636

**Total Amount:**     **209.30**

---

```
*****************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
****************CWTSATOTRAVEL.COM*******************
........ THANK YOU FOR USING CWTSATOTRAVEL .......
.......YOUR REFERENCE CODE IS *** SABRE OV4C ......
*****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
.....................................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 *************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
.....................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.....................................................
TRANSACTION FEES ARE NONREFUNDABLE
.....................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.....................................................
GOVERNMENT ISSUED ID IS REQUIRED
.....................................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.....................................................
.....................................................
       TO VIEW ITINERARIES ONLINE PLEASE GO TO
.............*** WWW.VIRTUALLYTHERE.COM ***...........
  ADD YOUR SABRE RESERVATION CODE, NAME, AND EMAIL IN
           THE APPROPRIATE BOXES AND ENTER.
.....................................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
NO CODESHARE OR COMMUTER FLIGHTS ON THIS ITIN
----------------------IF CANCELLING------------------
CANCEL BEFORE  72 HOURS LOCAL HOTEL TIME PRIOR TO ARRIVALOR
CREDIT CARD WILL BE BILLED
PASSENGER REQUESTED THE USE OF THE CBA - EXPERT WITNESS
PASSENGER REQUESTED THE USE OF THE CBA - JACKIE L
Notes:
.
**DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**
```

Witness Fees_233

January 5, 2012

For: JAMES P LANG

To: EXPERT WITNESS

Sales Person: 49
Locator: LTVVQA
Customer Number: Q31294J

TD-YOUR RESERVATION WILL BE TICKETED ON 10JAN
TF-TTL FEES OF 31.49 INCLUDING TRANS FEE OF 31.49
GF-TOTAL OFFICIAL FARE IS 174.80
TD-YOUR RESERVATION WILL BE TICKETED ON 06JAN
TF-TTL FEES OF 0.00 INCLUDING TRANS FEE OF 0.00
GF-TOTAL OFFICIAL FARE IS 174.80
*TICKET PURCHASE WITH CA.......0636*
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
*****************************************

**Thursday January 12, 2012**

JetBlue Airways — Flight Number: 402
Class of Service: Coach Class R
Depart: NEW ORLEANS, LA — 4:30 Pm January 12, 2012
Arrive: BOSTON, MA — 8:43 Pm January 12, 2012
Total Flight Time: 3 Hours 13 Minutes Non-Stop
Equipment: Airbus Industrie 320
Meal Service: None
Status: Confirmed — Confirmation Number: HNOFQX
Reserved Seat: LANG/JAMES P 17B
Frequent Flyer Number: [redacted] LANG/JAMES P
ARR-TERMINAL C

| Name | Invoice / Ticket / Date | Base | Tax1 | Tax2 | Tax3 | Total |
|---|---|---|---|---|---|---|
| | | 152.56USD | 11.44US | 3.80ZP | 7.00XT | 174.80 |

FOP CAxxxxxxxxxxx[redacted]

Total Amount: 174.80

THIS IS YOUR SECOND RESERVATION
*****************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
*****************CWTSATOTRAVEL.COM*******************
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE 0V4C ......
**************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN



**Carlson Wagonlit Travel** **SatoTravel**

For: JAMES P LANG

To: EXPERT WITNESS

Sales Person: 49
Locator: LTVVQA
Customer Number: Q31294J

TD-YOUR RESERVATION WILL BE TICKETED ON 10JAN
TF-TTL FEES OF 31.49 INCLUDING TRANS FEE OF 31.49
GF-TOTAL OFFICIAL FARE IS 174.80
TD-YOUR RESERVATION WILL BE TICKETED ON 06JAN
TF-TTL FEES OF 0.00 INCLUDING TRANS FEE OF 0.00
GF-TOTAL OFFICIAL FARE IS 174.80
*TICKET PURCHASE WITH CA.......0636*
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
************************************



| Name | Invoice / Ticket / Date | Base | Tax1 | Tax2 | Tax3 | Total |
|------|------------------------|------|------|------|------|-------|
| LANG JAMES P | 817040/2798734872060/10JAN12 | 152.56 | 11.44US | 3.80ZP | 7.00XT | 174.80 |

FOP CAxxxxxxxxxxx

Total Amount: 

..........SEE BELOW FOR REFUND INFO..........

TICKET NUMBER 8734872060 HAS BEEN PROCESSED FOR A REFUND
ON 11JAN IN THE AMOUNT OF 174.80
REFUNDS MAY TAKE UP TO 1-2 BILLING CYCLES TO APPEAR ON
YOUR CHARGE CARD STATEMENT DEPENDING UPON YOUR BILLING
CYCLE. THIS STATEMENT CAN BE USED AS PROOF OF REFUND
THIS IS YOUR SECOND RESERVATION
*****************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
****************CWTSATOTRAVEL.COM*******************
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
*****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1

Witness Fees_235



# Carlson Wagonlit Travel

## SatoTravel.

For:   JAMES P LANG

To:   EXPERT WITNESS

Sales Person:          49
Locator:               LIWTMK
Customer Number:       Q31294J

TD-YOUR RESERVATION WILL BE TICKETED ON 11JAN
TF-TTL FEES OF 31.49 INCLUDING TRANS FEE OF 31.49
GF-TOTAL OFFICIAL FARE IS 285.60
TD-YOUR RESERVATION WILL BE TICKETED ON 11JAN
TF-TTL FEES OF 31.49 INCLUDING TRANS FEE OF 31.49
GF-TOTAL OFFICIAL FARE IS 285.60
FEES TOTALING 31.49PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD31.49PP-AIR/AMTRAK DOMESTIC, TRADITIONAL

## Thursday   January 12, 2012



US Airways
Class of Service: Coach Class L
Depart: NEW ORLEANS, LA
Arrive: PHILADELPHIA,PA
Total Flight Time:
Equipment: Airbus Jet
Meal Service: None
Status: Confirmed
Reserved Seat: LANG/JAMES P  17D
Frequent Flyer Number:
ARR-TERMINAL B

Flight Number: 1136

7:00 Am January 12, 2012
10:40 Am January 12, 2012
2 Hours 40 Minutes  Non-Stop

Confirmation Number: FEQNT4

LANG/JAMES P

## Thursday   January 12, 2012



US Airways
Class of Service: Coach Class L
Depart: PHILADELPHIA,PA
Arrive: BOSTON, MA
Total Flight Time:
Equipment: Embraer Emb E90 Jet
Meal Service: None
Status: Confirmed
Reserved Seat: LANG/JAMES P  24C
Frequent Flyer Number:
DEP-TERMINAL B                  ARR-TERMINAL B

Flight Number: 1604

11:15 Am January 12, 2012
12:31 Pm January 12, 2012
1 Hour 16 Minutes  Non-Stop

Confirmation Number: FEQNT4

LANG/JAMES P

| Name | Invoice / Ticket / Date | Base | Tax1 | Tax2 | Tax3 | Total |
|------|------------------------|------|------|------|------|-------|
| LANG JAMES P | 817819/0378735463786/11JAN12 | 245.58 | 18.42US | 7.60ZP | 14.00XT | 285.60 |

FOP CAxxxxxxxxxxxx

Total Amount:   285.60

Witness Fees_236

AOL | Mail Toolbar | Make AOL My Home Page

**jlangmass** Sign Out

Check Mail    Compose

Themes | Settings | Help

Search Mail | Reply | Forward | Action | Delete | Spam

Today on AOL

New Mail

Old Mail

Drafts

Sent

IMs

Spam

Recently Deleted

Contacts

Calendar

My Folders

Saved Mail

Job Related

Junk E-mail

Sent Items

**Boston Logan Airport Parking Receipt**

parking to you - 10 hrs ago   More Details

This email contains the receipt for parking at Boston Logan Airport

Boston Logan International Airport          Generated : 01/1
One Harborside Drive
East Boston, MA 02128
Phone (617) 561-1673
Fax   (-)

Parking PASSport Gold /Annual Fee Receipt

Receipt 12th JANUARY  , 2012
Receipt ID#: 544235

James Lang

Parking PASSport Gold Card

| Pos.| Article | Entry Date| Facility | Exit Date| Length | Card I |
| # | Name | /Time | Name | /Time | of Stay | / EPAN |
| 1 FPP Res. Cl 102.00 | ass 41 | 01/09/12 11:42:24 | Central West | 01/12/12 13:01:42 | 3d 1h 19mi | 46111 600856 |

Total:   1
102.00

Credit Card Type: AMEX
Expiration Date:  01/2014
Credit Card No:

Note: This receipt is automatically generated. Please, do not reply t
email.

2 of =
3 &102

$68.⁰⁰ ✓

Basic Version | Accessible Version | Mail Blog | Need help?    © 2012 AOL Inc. All Rights Reserved

713892002278008
0114 9264

White Copy Passenger Receipt — Bottom Yellow Copy Driver Vouchers

**TAXIPASS** Voucher
1-888-Taxi-Pay
212-222-Taxi
Easy Secure Payments. Guaranteed

| | Fare + Tolls & Extras | | |
|---|---|---|---|
| Fare | | 3 | 5 . 0 0 |
| Tip | | 5 . 0 0 |
| Sub Total | Do Not Include | 3 8 . 0 0 |

r i v e r c e l l

**SUBTOTAL:** Write out in words like check (Do NOT include Fee)
**Dollars**

iPass Satisfaction Guaranteed
100 Maximum Voucher Value
www.TaxiPassReceipt.com
customerservice@taxipass.com

Card Charged SubTotal + $3.00 TaxiPass Voucher Fee

To:
From:
**Signature**

r sold by TaxiPass, an independent 3rd party service provider. Driver does not charge, collect or receive any portion of TaxiPass fee.

# WE'RE JAZZED YOU'RE HERE!

CAB COMPANY _From MSY_

TELEPHONE # _W Hotel_

PASSENGER RECEIPT, TAXI FARE

DATE _1/10/12_

Amount ....................................$

Other Charges.......................$

Total........................................$ _38.00_

Driver's Name _____ Cell

Cab Number _____

**NEW ORLEANS**
METROPOLITAN CONVENTION & VISITORS BUREAU



** Clancy's Copy **

Clancy's
6100 Annunciation Street
New Orleans, LA 70118
504.895.1111

Date:      Jan11'12 09:30PM
Card Type: Amex
Acct #:
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code: 530521
Check:     1242
Table:     14/1
Server:    206 Julie H

Subtotal:               100.00
Gratuity:
Total:

Signature

******** Customer Copy ********

Cafe at the Square
500 St Charles Ave
New Orleans, LA 70130
Phone: (504) 304-7831

Date:      Jan11'12 12:59PM
Card Type: Amex
Acct #:
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code: 553735
Check:     1892
Table:     3/1
Server:    104 Leslie J

Subtotal:               18.25
Gratuity:               2.00
Total:

Signature

Mr James Lang
Sato Travel/tmc

904
135.00
1
588815        EX-A
1
10-JAN-12  20:01
12-JAN-12  16:00
AX

Carlson Wagonlit Travel
C/o Dept. Of Justice
5711 University Heights
San Antonio, TX 78249-

| Date | Code | Description | Amount |
|---|---|---|---|
| 10-JAN-12 | RT904 | Room Charge | 135.00 |
| 10-JAN-12 | RT904 | Sales Tax | 17.55 |
| 10-JAN-12 | RT904 | Occupancy Fee | 2.00 |
| 10-JAN-12 | 3726 | Martini Bar | 36.59 |
| 11-JAN-12 | RT904 | Room Charge | 135.00 |
| 11-JAN-12 | RT904 | Sales Tax | 17.55 |
| 11-JAN-12 | RT904 | Occupancy Fee | 2.00 |
| 11-JAN-12 | 3764 | Martini Bar | 10.00 |
| 11-JAN-12 | 3764 | Martini Bar | 2.00 |
| 12-JAN-12 | AX | American Express | 357.69- |

Balance Due    0.00

*Handwritten annotations:* Hotel; Food; C *; 0.00 *; 135.00 + 17.55 + 2.00 + 154.55; Total

No need to stop by the Welcome Desk with this zero balance folio which
indicates a $0 balance on your account. Please note that any charges not
reflected here will be charged to the credit card on file and you may not be
charged until after your departure. You are ultimately responsible for your
charges at the hotel. Want an email copy of your bill? Just let us know.  And
for a quick checkout and to print a boarding pass, stop by the Living Room
Farewell Kiosk by the Lifts!

** continued on the next page **

*Handwritten:*

Hotel:              $309.10
Dinner Night 1   36.59      Total
Night 2          12.00      $357.69

Mr James Lang
FOLIO  588815   10-JAN-12

ROOM   DEPART   AGENT
904

Witness Fees_239

| | uke | man | tir | ons | tor | fre | lør | søn | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Mai 2013 | | | | | | | |
| | 21 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | | | |
| TCS | | | | | | 8 | 8 | | 16 | 2 | (ENRD) |

| | uke | man | tir | ons | tor | fre | lør | søn | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Mai / Juni 2013 | | | | | | | |
| | 22 | 27 | 28 | 29 | 30 | 31 | 1 | 2 | | | |
| TCS | | | | 8 | 8 | 8 | 8 | 8 | 40 | 5 | (ENRD) |

| | uke | man | tir | ons | tor | fre | lør | søn | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Juni 2013 | | | | | | | |
| | 23 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | | | |
| TCS | | 12 | 12 | 12 | 12 | 8 | 8 | 8 | 72 | 9 | (ENRD) |

| | uke | man | tir | ons | tor | fre | lør | søn | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Juni 2013 | | | | | | | |
| | 24 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | | | |
| TCS | | 8 | | | | | | | 8 | 1 | (ENRD) |

| | uke | man | tir | ons | tor | fre | lør | søn | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Juli 2013 | | | | | | | |
| | 27 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | | | |
| TCS | | 8 | | | | | | | 8 | 1 | (ENRD) |

| | uke | man | tir | ons | tor | fre | lør | søn | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Juli 2013 | | | | | | | |
| | 29 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | | | |
| TCS | | | | 8 | 8 | 8 | | | 24 | 3 | (ENRD) |

| | uke | man | tir | ons | tor | fre | lør | søn | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Juli 2013 | | | | | | | |
| | 30 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | | | |
| TCS | | 8 | 8 | 8 | 10 | 2 | | | 36 | 4.5 | (ENRD) |

Witness Fees_240

## August 2013

| uke 33 | man 12 | tir 13 | ons 14 | tor 15 | fre 16 | lør 17 | søn 18 | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|
| TCS | | | 8 | 8 | 8 | | | 24 | 3 | (ENRD) |

## August 2013

| uke 35 | man 26 | tir 27 | ons 28 | tor 29 | fre 30 | lør 31 | søn | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|
| TCS | | | | | 8 | | | 8 | 1 | (ENRD) |

## September 2013

| uke 36 | man 2 | tir 3 | ons 4 | tor 5 | fre 6 | lør 7 | søn 8 | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|
| TCS | | | 8 | | 8 | | | 16 | 2 | (ENRD) |

## September 2013

| uke 37 | man 9 | tir 10 | ons 11 | tor 12 | fre 13 | lør 14 | søn 15 | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|
| TCS | 8 | | | | 8 | 4 | | 20 | 2.5 | (ENRD) |

## September 2013

| uke 38 | man 16 | tir 17 | ons 18 | tor 19 | fre 20 | lør 21 | søn 22 | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|
| TCS | | | | 10 | 10 | 2 | | 22 | 2.75 | (ENRD) |

## September 2013

| uke 39 | man 23 | tir 24 | ons 25 | tor 26 | fre 27 | lør 28 | søn 29 | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|
| TCS | | | 8 | 2 | | | | 10 | 1.25 | (ENRD) |

Witness Fees_241

| | uke | man | tir | ons | tor | fre | lør | søn | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Oktober 2013** | | | | | | | |
| | 40 | | 1 | 2 | 3 | 4 | 5 | 6 | | | (ENRD) |
| TCS | | | 4 | 8 | 8 | 4 | | | 24 | 3 | |

| | uke | man | tir | ons | tor | fre | lør | søn | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Oktober 2013** | | | | | | | |
| | 41 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | | | (ENRD) |
| TCS | | | | | | 8 | | 8 | 16 | 2 | |

| | uke | man | tir | ons | tor | fre | lør | søn | Sum (timer) | Sum (dager) | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **Oktober 2013** | | | | | | | |
| | 42 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | | | (ENRD) |
| TCS | | 8 | 10 | 10 | 12 | 4 | | | 44 | 5.5 | |

3

| Total May-October (hrs days) | 388 | 48.5 |
|---|---|---|

Witness Fees_242

# Reiseregning

**Ansatt**

| | | | **Lønnsperiode** |
|---|---|---|---|
| Navn | Leif Larsen | Stilling | |
| Ansattnummer | | Overordnet | Fra 21/07/2013 |
| Avdeling | KAPPA TCS London | | Til 28/07/2013 |

| Date | Description | Hotel | Transportation | Drivstoff | Kost | Representasjon | Annet | SUM |
|---|---|---|---|---|---|---|---|---|
| 21/07/2013 | KLM (NOK 13274) | | $ 2,249.83 | | | | | $ 2,249.83 |
| 21/07/2013 | Taxi (NOK 178) | | $ 30.17 | | | | | $ 30.17 |
| 21/07/2013 | Shuttle (RT) | | $ 38.00 | | | | | $ 38.00 |
| 27/07/2013 | Hotel, The Saint | $ 696.00 | | | | | | $ 696.00 |
| 28/07/2013 | Taxi (NOK 182) | | $ 30.85 | | | | | $ 30.85 |
| | | $ 696.00 | $ 2,348.85 | | | | | |

| **Godkjent** | **Merknader** | | | | Delsum | $ 3,044.85 |
|---|---|---|---|---|---|---|
| | | | | | Forskudd | |
| | KAPPA TCS London | | | Tilbakebetaling | SUM | $ 3,044.85 |

Skal ikke fylles ut

*ENRD, New Orleans, Deposition, 21-27 July, 2013*

Witness Fees_243

# Reiseregning

**Ansatt**

| | | | |
|---|---|---|---|
| Navn | Leif Larsen | Stilling | |
| Ansattnummer | | Overordnet | |
| Avdeling | KAPPA TCS London | | |

**Lønnsperiode**

Fra  18/09/2013

Til  22/09/2013

| Date | Description | Hotel | Transportation | Drivstoff | Kost | Representasjon | Annet | SUM |
|---|---|---|---|---|---|---|---|---|
| 18/09/2013 | KLM (NOK 13469) | | $ 2,282.88 | | | | | $ 2,282.88 |
| 18/09/2013 | Taxi (NOK 158) | | $ 26.78 | | | | | $ 26.78 |
| 18/09/2013 | Shuttle (RT) | | $ 56.00 | | | | | $ 56.00 |
| 21/09/2013 | Hotel, The Saint | $ 463.74 | | | | | | $ 463.74 |
| 22/09/2013 | Taxi (NOK 176) | | $ 29.83 | | | | | $ 29.83 |
| | | $ 463.74 | $ 2,395.49 | | | | Delsum | $ 2,859.23 |
| | | | | | | | Forskudd | |
| | | | | | | | SUM | $ 2,859.23 |

**Godkjent**   **Merknader**

*KAPPA TCS London*

Tilbakebetaling

ENRD, Washington DC, Trial Practice, 18-21 September, 2013

Witness Fees_244

## Reiseregning

**Ansatt**

| | | | | Lønnsperiode | |
|---|---|---|---|---|---|
| Navn | Leif Larsen | Stilling | | | |
| Ansattnummer | | Overordnet | | Fra | 12/10/2013 |
| Avdeling | KAPPA TCS London | | | Til | 20/10/2013 |

| Date | Description | Hotel | Transportation | Drivstoff | Kost | Representasjon | Annet | SUM | |
|---|---|---|---|---|---|---|---|---|---|
| 12/10/2013 | KLM (NOK 10318) | | $ | 1,748.81 | | | | | $ | 1,748.81 |
| 19/10/2013 | KLM (NOK 6474) | | $ | 1,097.29 | | | | | $ | 1,097.29 |
| 12/10/2013 | Taxi (NOK 195) | | $ | 33.05 | | | | | $ | 33.05 |
| 12/10/2013 | Shuttle | | $ | 20.00 | | | | | $ | 20.00 |
| 19/10/2013 | Hotel, Staybridge | $ 1,661.25 | | | | | | | $ | 1,661.25 |
| 20/10/2013 | Taxi (NOK 186) | | $ | 31.53 | | | | | $ | 31.53 |
| | | $ 1,661.25 | $ | 2,930.68 | | | | | |

| Godkjent | Merknader | | | | Delsum | $ | 4,591.93 |
|---|---|---|---|---|---|---|---|
| | | | | | Forskudd | | |
| | KAPPA TCS London | | Tilbakebetaling | | SUM | $ | 4,591.93 |

Skal ikke fylles ut.

ENRD, New Orleans, Trial, 12-19 October, 2013

Witness Fees_245



**KAPPA North America, Inc.**
11767 Katy Freeway, Suite 500
Houston, TX 77079
USA
Tax ID number: 75-2643251

Tel: +1 (713) 772.5694
Fax: +1 (713) 772.5690
http://www.kappaeng.com
infos@kappaeng.com

# Invoice

| | |
|---|---|
| invoice n° | NAM-131208-1237 |
| invoice date | 12-DEC-2013 |
| payable at | 30 days |
| order n° | DJJ-13W-ERR01-0301 |

DOJ/ENRD Expert Contracting Unit
attn: Bethany Engel
PO Box 7611
Ben Franklin Station
Washington DC 20044 -7611
USA

RECEIVED
ENRD-EWU

DEC 19 2013

*Leif Larsen – Expert*

| item n° | code | description | # | unit cost | cost |
|---|---|---|---|---|---|
| 1 | OXL | | 388 | $176.00 | |
| 2 | EXL | Travel Expenses for the July 21-28 trip to New Orleans (start 8.24am July 21, end 5.16pm July 28) Flight = $2,249.83 Hotel = $606 ($101 per day) *Deposition 7/25/13 – 7/26/13* Taxi & Shuttle = $99.02 (See attached receipts) Meal allowance 6 days @ $71 per day = $426 2 days @ $53.25 = $106.50 | | $3 487.35 | $3 487.35 |
| 3 | EXL | Travel Expenses for the Sept 18-22 trip to Washington DC (start 8.29am Sept 18, end 1.31pm Sept 22) Flight = 2,282.88 Hotel = $463.74 ($154.58 per day) Taxi & Shuttle = $112.64 (See attached receipts) Meal allowance 3 days @ $71 per day = $213 2 days @ $53.25 = $106.50 | | $3 178.76 | $3 178.76 |
| 4 | EXL | Travel Expenses for the Oct 12-20 trip to New Orleans (start 5.03am Oct 12, end 11.16am Oct 20) Flight = $2,846.10 Hotel = $980 ($140 per day) *Trial 10/18/13* Taxi & Shuttle = $84.58 (See attached receipts) Meal allowance 7 days @ $71 per day = $497 2 days @ $53.25 = $106.50 | | $4 514.18 | $4 514.18 |

*Indicate the reference NAM-131208-1237 on your cheque or transfer order*

**This invoice is in US Dollars**

| | | |
|---|---|---|
| | Total before TAX | |
| | TAX 0% | $ 0.00 |
| | **Total due** | |

| Bank details | Bank of America P.O. Box 831547 Dallas, TX 75283 USA | SWIFT: BOFAUS6S Account: Routing: / Wire: Currency of this account: US$ |
|---|---|---|

ENRD Reviewer / Contact
Marcella Chloe 514-1755
Date 12/20/13

Witness Fees_246

# KLM e-Ticket 21 Jul Stavanger Amsterdam

This document is automatically generated.
Please do not respond to this mail.



Booking code: YR2F7H
E-ticket issue date:
Issued by: KLM EBT NORWAY
KLM RESERVATIONS
OSLO

Thank you for choosing KLM E-ticket. This is the itinerary and receipt
for LEIF MR LARSEN.

If unable to use the e-ticket, if travel plans change or if you received
this document in error, please call AF/KLM at: +47 22 643 752

## Passenger Information

| Passenger Name | E-ticket number | Number loyalty program |
|---|---|---|
| LEIF MR LARSEN | 074 2465213614-15 | ▮▮▮▮▮▮ |

INTL

## Itinerary Information

| Date | Flight | Departing | Arriving | Date | Class | Baggage |
|---|---|---|---|---|---|---|
| 21JUL 10:05 | DL 9508 | STAVANGER SVG | AMSTERDAM AMS | 21JUL 11:40 | H | 1PC |
| 21JUL 13:20 | DL 0204 | AMSTERDAM AMS | MINNEAPOLS STPAUL MSP | 21JUL 15:15 | H | 1PC |
| 21JUL 17:30 | DL 5761 | MINNEAPOLS STPAUL MSP | NEW ORLEANS INTL MSY | 21JUL 20:16 | H | 1PC |
| 27JUL 16:30 | KL 7484 | NEW ORLEANS INTL MSY | ATLANTA ATL ATL | 27JUL 19:02 | K | 1PC |
| 27JUL 20:01 | KL 6012 | ATLANTA ATL ATL | AMSTERDAM AMS | 28JUL 10:40 | K | 1PC |
| 28JUL 11:50 | KL 1201 | AMSTERDAM AMS | STAVANGER SVG | 28JUL 13:20 | K | 1PC |

When "0 pc" is stated as baggage allowance on the ticket, Flying Blue Ivory members,
BlueBiz members and contracted corporate accounts (who have entered their membership
number or account-code in their reservation), are entitled to carry 1 piece of
check-in baggage free of charge. Flying Blue Platinum, Gold and Silver members are
entitled to carry 2 pieces of check-in baggage free of charge.

21JUL DL 9508 /STATUS: OK, FLIGHT OPERATED BY: KLM ROYAL DUTCH AIRLINES
/NOT VALID BEFORE 21JUL /NOT VALID AFTER 21JUL
21JUL DL 0204 /STATUS: OK /NOT VALID BEFORE 21JUL /NOT VALID AFTER 21JUL
21JUL DL 5761 /STATUS: OK, FLIGHT OPERATED BY: COMPASS DBA DELTA

Witness Fees_247

Warsaw Convention:
If the passenger's journey involves an ultimate destination or stop in a country other than the country of departure, the Warsaw Convention governing and in most cases limiting the liability of carriers for death or personal injury and the loss or damage to baggage may apply. Many carriers, however - including KLM - are applying the Montreal Convention that waives the Warsaw Convention's limits for death and bodily injury. Additional information in this regard may be obtained from the carrier.

Personal data:
Please note that the security laws of many countries (such as the US and Canada) require airlines to give security, customs and immigration authorities access to passenger data. Should you be traveling to one of these countries, this means that your personal data and your travel arrangements may be disclosed to the relevant authorities in these countries.

Limits to KLM's liability (EC Regulation No. 889/2002 Article 6.2):
1. There are no financial limits for death or bodily injury of a passenger and KLM may make an advance payment, in proportion to the suffered loss, in order to meet the immediate economic needs of the person entitled to claim compensation;
2. In case of destruction, loss of, damage to or delay in receiving baggage, KLM's liability is limited to 1,131 Special Drawing Rights for proven damages. If the value of your baggage is greater than this limit, please be advised to declare a higher value for checked baggage in excess of the applicable liability limits at check-in or ensure that your baggage is fully insured prior to travel;
3. In case of damage occasioned by delay in the carriage by air KLM's liability is limited to 4,694 Special Drawing Rights for proven losses and costs. If your journey also involves carriage by other airlines, you should contact them for information on their limits of liability.

Witness Fees_248

## DELTA

**BOARDING PASS**
**SKY PRIORITY**
1 006 2173109341 3
GG6DEF

LARSEN/LEIFMR

KL GOLD

|  |  |  |  |
|---|---|---|---|
| KHSFNO | | | |
| FLIGHT | DATE | CLASS | ORIGIN |
| DL2385 | 27JUL | RU | NEW ORLEANS |
| OPERATED BY | | FIRST | DESTINATION |
| DELTA AIR LINES INC | | | DETROIT |

DEPARTS 528P
BRD TIME 448P
PREM

SEAT **3D**

DEPARTURE GATE D10 **SUBJECT TO CHANGE**

---

**BOARDING PASS**
**SKY PRIORITY**
LARSEN/LEIFMR

SEAT **3D**

|  |  |
|---|---|
| FLIGHT | DATE |
| DL2385 | 27JUL |
| ORIGIN | |
| NEW ORLEANS | |
| DESTINATION | |
| DETROIT | |

PREM

OPERATED BY DELTA AIR LINES INC

BAGS 01

MSY1E6A12/FM

PAGE

---

## DELTA

**BOARDING PASS**
**SKY PRIORITY**
2 006 2173109341 6
GG6DEF

LARSEN/LEIFMR

KL GOLD

|  |  |  |  |
|---|---|---|---|
| KHSFNO | | | |
| FLIGHT | DATE | CLASS | ORIGIN |
| DL248 | 27JUL | H | DETROIT |
| OPERATED BY | | COACH | DESTINATION |
| DELTA AIR LINES INC | | | AMSTERDAM |

DEPARTS 955P
BRD TIME 900P

SEAT **44A**
EXIT SKY

DEPARTURE GATE - SEE AIRPORT MONITORS

---

**BOARDING PASS**
**SKY PRIORITY**
LARSEN/LEIFMR

KL GOLD

SEAT **44A**
EXIT SKY

|  |  |
|---|---|
| FLIGHT | DATE |
| DL248 | 27JUL |
| ORIGIN | |
| DETROIT | |
| DESTINATION | |
| AMSTERDAM | |

OPERATED BY DELTA AIR LINES INC

## DOCS-OK

BCN
DTW182

BAGS 01

MSYB62814/MJ

BCN
DTW182

BAGS 01

---

## BOARDING PASS

**KLM** Royal Dutch Airlines

KL 1203  14.45    C06 05F    05F

ECONOMY
LARSEN/LEIF



* CHECK MONITORS IF YOUR GATE NUMBER IS STILL UP TO DATE.
AFTER BOARDING CLOSURE TIME PASSENGERS WILL BE REFUSED.

NAME: LARSEN/LEIF
FROM: AMSTERDAM/AMS
TO: STAVANGER

CLASS: M
DATE: 28JUL13
AGENT 1J

YOU ARE FLYING WITH: KLM ROYAL DUTCH AIRLINES
GOLD - ELITE PLUS

ETKT: 10062173109341

KL 1203 28JUL13
FROM: AMSTERDAM/AMS
TO: STAVANGER

DEPARTURE TIME: 15.15
GOLD - ELITE PLUS

SECURITY NO: **075**

SECURITY NO: 075

# BOARDING PASS

FLIGHT:   START BOARDING PROCESS:   GATE:   SEAT:

## KL 1198 09:35 12   04A

YOU ARE FLYING WITH:   KLM ROYAL DUTCH AIRLINES
CHECK MONITORS IF YOUR GATE NUMBER IS STILL UP TO DATE.
AFTER BOARDING CLOSURE TIME PASSENGERS WILL BE REFUSED.

NAME: LARSEN/LEIF
FROM: STAVANGER/SVG
TO: AMSTERDAM/AMS
DATE: 21JUL13

CLASS: M
ETKT: 0742465213614
FQTV:

SEQ: 059

SKYP
OPERATED BY

---

CLASS: SEAT:   GATE

## M 04A 12

NAME:   LARSEN/LEIF

### SKY PRIORITY
FLIGHT:  KL 1198
DATE:    21JUL13
DEPART:  10:05
FROM:    STAVANGER/SVG
TO:      AMSTERDAM/AMS
ETKT:    0742465213614
SEQ:     059

---

# BOARDING PASS

FLIGHT:   START BOARDING PROCESS:   GATE:   SEAT:

## DL 0204   22F

YOU ARE FLYING WITH:   DELTA AIR LINES
CHECK MONITORS IF YOUR GATE NUMBER IS STILL UP TO DATE.
AFTER BOARDING CLOSURE TIME PASSENGERS WILL BE REFUSED.

NAME: LARSEN/LEIF
FROM: AMSTERDAM/AMS
TO: MINNEAPOLIS/MSP
DATE: 21JUL13

CLASS: Y
ETKT: 0742465213614
FQTV:

SEQ: 174

---

CLASS: SEAT:   GATE:

## Y 22F

NAME:   LARSEN/LEIF

FLIGHT:  DL 0204
DATE:    21JUL13
DEPART:  13:20
FROM:    AMSTERDAM/AMS
TO:      MINNEAPOLIS/MSP
ETKT:    0742465213614
SEQ:     174

---

# BOARDING PASS

FLIGHT:   START BOARDING PROCESS:   GATE:   SEAT:

## DL 5761   09D

YOU ARE FLYING WITH:   DELTA AIR LINES
CHECK MONITORS IF YOUR GATE NUMBER IS STILL UP TO DATE.
AFTER BOARDING CLOSURE TIME PASSENGERS WILL BE REFUSED.

NAME: LARSEN/LEIF
FROM: MINNEAPOLIS/MSP
TO: NEW ORLEANS/MSY
DATE: 21JUL13

CLASS: Y
ETKT: 0742465213614
FQTV:

SEQ:

---

CLASS: SEAT:   GATE:

## Y 09D

NAME:   LARSEN/LEIF

FLIGHT:  DL 5761
DATE:    21JUL13
DEPART:  17:30
FROM:    MINNEAPOLIS/MSP
TO:      NEW ORLEANS/MSY
ETKT:    0742465213614
SEQ:

## SOLA TAXI
# 51 65 04 44

DINERS ████████

PASSASJER NR   1 AV 1

LØYVE NR: L261
REG.NR    : RK21002
FORETAKSREGISTERET
ORG NR    : NO969081954MVA
SJAFØR    : 000261
DATO      : 21.07.2013
KL START. 08:24
KL SLUTT: 08:30

TURNUMMER    04551

FRA: _____

TIL: _____

TOTAL         KR: 178.00
INKL. MVA   ================

HERAV MVA 8% KR:  13.19

KREDITT      KR: 178.00

TOTAL    KM:     4.6

KVITT.   NR:    453

PRIS-SPESIFIKASJON:

STARTPRIS    KR:   36.00
TIME   (5:55)KR:   64.00
KM    (4.589)KR:   78.00

TAKST      KM        KR

SØ     1   4.6    178.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Takk for turen
Ha en god dag
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

## MILJØTAXI
## STAVANGER AS
# 51 58 66 66
www.mtaxi.no

DINERS ████████

PASSASJER NR: 1 AV 1

LØYVE NR: L2500
REG.NR   : RJ91419
FORETAKSREGISTERET
ORG NR   : NO988389544MVA
SJAFØR   : 070921
DATO     : 28.07.2013
KL START: 17:09
KL SLUTT: 17:16

FRA: _____

TIL: _____

TOTAL        KR: 182.00
INKL. MVA  ====

HERAV MVA 8% KR:  13.48

KREDITT     KR: 182.00

TOTAL    KM:     4.9

KVITT.   NR:    118

PRIS-SPESIFIKASJON:

STARTPRIS    KR:   18.00
TIME   (6:54)KR:   68.00
KM    (4.949)KR:   96.00

TAKST      KM        KR

HF     1   4.9    182.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Takk for turen
Ha en god dag!
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

---

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
# RECEIPT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



## AIRPORT SHUTTLE
FOR RESERVATIONS CALL
24 HOURS IN ADVANCE:
# 504-522-3500
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# RECEIPT
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NON-REFUNDABLE
NOT RESPONSIBLE FOR LOST
OR STOLEN TICKETS

Reservation #: 3085366
07/21/13 08:15 PM
conniet

TO/FROM:The Saint Hotel
931 Canal St.

PAX: 1/0 FARE: $38.00 (C$)

LARSEN,L

3085366

ROUTE: 1

You are scheduled to be picked up at
the: The Saint Hotel
Your reservation number is: 3085367
\* Airport Shuttle New Orleans  will not
be responsible or liable for:
\* Lost, Stolen or damaged items and
baggage or vehicles parked at any of
our locations. Acts of God or nature,
delays in traffic or flight plans
DON'T FORGET TO VISIT US ONLINE
AT
www.airportshuttleneworleans.com



THE SAINT

Mr. Leif Larsen

████████████

Norway

INFORMATION INVOICE

Conf. No. : 55711
Date : 07-27-13

Folio No. : 33639

Room No.     : 510
Arrival      : 07-21-13
Departure    : 07-27-13
Page No.     : 1 of 2
Cashier No.  : 33
User ID      : ABLAND951

| Date | Text | Charges USD | Credits USD |
|------|------|-------------|-------------|
| 07-21-13 | Room Charge | 109.00 | |
| 07-21-13 | Occupancy Tax | 2.00 | |
| 07-22-13 | Tempt Breakfast | 25.55 | |
| | Room# 510 : CHECK# 4102 | | |
| 07-22-13 | Room Charge | 109.00 | |
| 07-22-13 | Occupancy Tax | 2.00 | |
| 07-23-13 | Tempt Breakfast | 25.55 | |
| | Room# 510 : CHECK# 42. | | |
| 07-23-13 | Room Charge | 109.00 | |
| 07-23-13 | Occupancy Tax | 2.00 | |
| 07-24-13 | Tempt Breakfast | 27.00 | |
| | Room# 510 : CHECK# 422 | | |
| 07-24-13 | Room Charge | 109.00 | |
| 07-24-13 | Occupancy Tax | 2.00 | |
| 07-25-13 | Tempt Breakfast | 25.55 | |
| | Room# 510 : CHECK# 424 | | |
| 07-25-13 | Room Charge | 109.00 | |
| 07-25-13 | Occupancy Tax | 2.00 | |
| 07-26-13 | Tempt Breakfast | 25.55 | |
| | Room# 510 : CHECK# 4269 | | |
| 07-26-13 | Room Charge | 139.00 | |
| 07-26-13 | Occupancy Tax | 2.00 | |
| 07-27-13 | Tempt Breakfast | 3.00 | |
| | Room# 510 : CHECK# 4301 | | |
| 07-27-13 | Tempt Breakfast | -3.00 | |
| | Room# 510 : CHECK# 4301 | | |
| 07-27-13 | Tempt Breakfast | 25.55 | |

*Handwritten notes: "Hotel 7/25 - 7/26/13", "1-to-1", "7/25 7/26/13", "109·00 +", "2·00 +", "109·00 +", "2·00 +", "222·00", "Total", "0·00"*

# KLM e-Ticket 18 Sep Stavanger Amsterdam

This document is automatically generated.
Please do not respond to this mail.



Booking code: 8AGYDH
E-ticket issue date:
Issued by: KLM EBT NORWAY
KLM RESERVATIONS
OSLO

Thank you for choosing KLM E-ticket. This is the itinerary and receipt for **LEIF MR LARSEN**.

If unable to use the e-ticket, if travel plans change or if you received ... ... , please call At KLM at: **+47 22 643 752**.

## Passenger Information

| Passenger Name | E-ticket number | Number loyalty program |
|---|---|---|
| LEIF MR LARSEN | 074 2465953209-10 | ███████ |

## Itinerary Information

| Date | Flight | Departing | Arriving | Date | Class | Baggage |
|---|---|---|---|---|---|---|
| 18SEP 10:05 | KL 1198 | STAVANGER SVG | AMSTERDAM AMS | 18SEP 11:40 | Y | 1PC |
| 18SEP 12:40 | KL 0651 | AMSTERDAM AMS | WASHINGTON DULLES IAD | 18SEP 15:10 | U | 1PC |
| 21SEP 17:21 | KL 7961 | WASHINGTON DULLES IAD | NEW YORK JFK JFK | 21SEP 18:58 | U | 1PC |
| 21SEP 20:25 | KL 6070 | NEW YORK JFK JFK | AMSTERDAM AMS | 22SEP 10:00 | U | 1PC |
| 22SEP 11:50 | KL 1201 | AMSTERDAM AMS | STAVANGER SVG | 22SEP 13:20 | Y | 1PC |

When "0 pc" is stated as baggage allowance on the ticket, Flying Blue Ivory members, BlueBiz members and contracted corporate accounts (who have entered their membership number or account-code in their reservation), are entitled to carry 1 piece of check-in baggage free of charge. Flying Blue Platinum, Gold and Silver members are entitled to carry 2 pieces of check-in baggage free of charge.

18SEP KL 1198 /STATUS: OK, FLIGHT OPERATED BY: KLM CITYHOPPER /NOT VALID ... ... ... AFTER 18SEP
18SEP KL 0651 /STATUS: OK /NOT VALID BEFORE 18SEP /NOT VALID AFTER 18SEP
21SEP KL 7961 /STATUS: OK, FLIGHT OPERATED BY: DELTA AIR LINES /NOT VALID BEFORE 21SEP /NOT VALID AFTER 21SEP
21SEP KL 6070 /STATUS: OK, FLIGHT OPERATED BY: DELTA AIR LINES /NOT VALID BEFORE 21SEP /NOT VALID AFTER 21SEP

Witness Fees_253

Personal data:
Please note that the security laws of many countries (such as the US and Canada) require airlines to give security, customs and immigration authorities access to passenger data. Should you be traveling to one of these countries, this means that your personal data and your travel arrangements may be disclosed to the relevant authorities in these countries.

Limits to KLM's liability (EC Regulation NO. 889/2002 Article 6.2):
1. There are no financial limits for death or bodily injury of a passenger and KLM may make an advance payment, in proportion to the suffered loss, in order to meet the immediate economic needs of the person entitled to claim compensation;
2. In case of destruction, loss of, damage to or delay in receiving baggage, KLM's liability is limited to 1,131 Special Drawing Rights for proven damages. If the value of your baggage is greater than this limit, please be advised to declare a value for checked baggage in excess of the applicable liability limits at check-in or ensure that your baggage is fully insured prior to travel;
3. In case of damage occasioned by delay in the carriage by air KLM's liability is limited to 4,694 Special Drawing Rights for proven losses and costs. If your journey also involves carriage by other airlines, you should contact them for information on their limits of liability.

Witness Fees_255

# BOARDING PASS

FLIGHT:              START BOARDING PROCESS:   GATE:        SEAT:

## KL  1198  09:35                                09F

YOU ARE FLYING WITH:   KLM ROYAL DUTCH AIRLINES
CHECK MONITORS IF YOUR GATE NUMBER IS STILL UP TO DATE.
AFTER BOARDING CLOSURE TIME PASSENGERS WILL BE REFUSED.

NAME: LARSEN/LEIF             CLASS: M
FROM: STAVANGER/SVG           ETKT: 0742465953209
TO:  AMSTERDAM/AMS            FQTV:
DATE: 18SEP13                       FLYING BLUE GOLD EL
                              SEQ:   058

SKYP

CLASS: SEAT:        GATE:

## M  09F

NAME:   LARSEN/LEIF

## SKY PRIORITY

FLIGHT:  KL 1198
DATE:    18SEP13
DEPART:  10:05
FROM:    STAVANGER/SVG
TO:      AMSTERDAM/AMS
ETKT:    0742465953209
SEQ:     058

---

# BOARDING PASS

FLIGHT:              START BOARDING PROCESS:   GATE:        SEAT:

## KL  0651                                        42G

YOU ARE FLYING WITH:   KLM ROYAL DUTCH AIRLINES
CHECK MONITORS IF YOUR GATE NUMBER IS STILL UP TO DATE.
AFTER BOARDING CLOSURE TIME PASSENGERS WILL BE REFUSED.

NAME: LARSEN/LEIF             CLASS: M
FROM: AMSTERDAM/AMS           ETKT: 0742465953209
TO:  WASHINGTON/IAD           FQTV:
DATE: 18SEP13                       FLYING BLUE GOLD EL
                              SEQ:   197

CLASS: SEAT:        GATE:

## M  42G

NAME:   LARSEN/LEIF

FLIGHT:  KL 0651
DATE:    18SEP13
DEPART:  12:40
FROM:    AMSTERDAM/AMS
TO:      WASHINGTON/IAD
ETKT:    0742465953209
SEQ:     197



**▲ DELTA**
LARSEN/LEIFMR
KL GOLD

BOARDING PASS
SKY PRIORITY
3 074 2465953209 3
GQ6WT2

SEAT **10A**

| FLIGHT | DATE | CLASS | ORIGIN | DEPARTS |
|--------|------|-------|--------|---------|
| KL7961 | 21SEP | U | WASHINGTON-DULL | 521P |
| OPERATED BY | | COACH | DESTINATION | BRD TIME SKY |
| CHAUTAUQUA AIRLINES | | | NYC-KENNEDY | 451P |

DEPARTURE GATE B72  **SUBJECT TO CHANGE**

BAGS
01
IAD167034/TE

**BOARDING PASS**
SKY PRIORITY
LARSEN/LEIFMR
KL GOLD

SEAT **10A**

| FLIGHT | DATE |
|--------|------|
| KL7961 | 21SEP |
| ORIGIN | SKY |
| WASHINGTON-DULL | |
| DESTINATION | |
| NYC KENNEDY | |
| OPERATED BY CHAUTAUQUA AIRLINES | |

DL6134/21SEP/IAD-JFK

BAGS
01

---

**▲ DELTA**
LARSEN/LEIFMR
KL GOLD

BOARDING PASS
SKY PRIORITY
4 074 2465953209 6
GQ6WT2

SEAT **39J**

| FLIGHT | DATE | CLASS | ORIGIN | DEPARTS |
|--------|------|-------|--------|---------|
| KL6070 | 21SEP | U | NYC-KENNEDY | 825P |
| OPERATED BY | | COACH | DESTINATION | BRD TIME SKY |
| DELTA AIR LINES INC | | | AMSTERDAM | 730P |

DEPARTURE GATE     SEE AIRPORT MONITORS

**DOCS-OK**

BCN
JFK139

BAGS
01
IAD167034/TE

**BOARDING PASS**
SKY PRIORITY
LARSEN/LEIFMR

SEAT **39J**

| FLIGHT | DATE |
|--------|------|
| KL6070 | 21SEP |
| ORIGIN | SKY |
| NYC KENNEDY | |
| DESTINATION | |
| AMSTERDAM | |
| OPERATED BY DELTA AIR LINES INC | |

DL0070/21SEP/JFK-AMS

BCN
JFK139

BAGS
01

---

**▲ DELTA**
LARSEN/LEIFMR
KL GOLD

BOARDING PASS
SKY PRIORITY
1 074 2465953210
GQ6WT2

SEAT **8F**

| FLIGHT | DATE | CLASS | ORIGIN | DEPARTS |
|--------|------|-------|--------|---------|
| KL1201 | 22SEP | M | AMSTERDAM | 1150A |
| OPERATED BY | | | DESTINATION | BRD TIME |
| KLM CITYHOPPER | | | STAVANGER | 1120A |

DEPARTURE GATE B26  **SUBJECT TO CHANGE**

**DOCS-OK**

KL24

**BOARDING PASS**
SKY PRIORITY
LARSEN/LEIFMR
KL GOLD

SEAT **8F**

| FLIGHT | DATE |
|--------|------|
| KL1201 | 22SEP |
| ORIGIN | |
| AMSTERDAM | |
| DESTINATION | |
| STAVANGER | |
| OPERATED BY KLM CITYHOPPER | |

KL24

## SOLA
## TAXI
## 51 65 04 44

DINERS ████████████

PASSASJER NR: 1 AV 1

LØYVE NR: L252
REG.NR : RK54468
FORETAKSREGISTERET
ORG.NR : NO971502231MVA
SJAFØR : 000252
DATO : 18.09.2013
KL START: 08:29
KL SLUTT: 08:36

TURNUMMER : 20778

FRA: _____

TIL: _____

| TOTAL | NOK | 158.00 |
| INKL. MVA | ============ | |

HERAV MVA 8% NOK 11,70
--------------------------
KREDITT NOK 158,00

TOTAL KM: 4,6

KVITT. NR: 467

PRIS-SPESIFIKASJON

| STARTPRIS | NOK | 30,00 |
| TIME | (7:36)NOK | 65,00 |
| KM | (4,667)NOK | 63,00 |

| TAKST | KM | NOK |
|---|---|---|
| DA | 1 | 4,6 | 158,00 |

************************
Takk for turen
Ha en god dag
************************

## STAVANGER
## TAXI
## 51 90 90 90
www.stavangertaxi.no

DINERS ████████████

PASSASJER NR: 1 AV 1

LØYVE NR: L817
REG.NR : RK28562
FORETAKSREGISTERET
ORG.NR : NO996462560MVA
SJAFØR : 000817
DATO : 22.09.2013
KL START: 13:24
KL SLUTT: 13:31

FRA: _____

TIL: _____

| TOTAL | NOK | 176,00 |
| INKL. MVA | = | |

HERAV MVA 8% NOK 13,04

KREDITT NOK 176,00

TOTAL KM: 4.8

KVITT NR: 996

PRIS-SPESIFIKASJON:

| STARTPRIS | NOK | 30,00 |
| TIME | (6:36)NOK | 62,00 |
| KM | (4,884)NOK | 84,00 |

| TAKST | KM | NOK |
|---|---|---|
| HE | 1 | 4.8 | 176.00 |

* Takk for turen *
Prøv vår nye app
* TaxiFix *
*******************

## SuperShuttle

Call (800) BLUE-VAN at least one day
in advance for return reservation

PASSENGER RECEIPT

9/18/2013 4:27:19PM

CONF#:

ADULT: 1

CHILD:

larsen, leif

Harrington Hotel

WASHINGTON

| FARE: | $ 56.00 |
| SERVICE CHARGE: | $ 0.00 |
| DRIVER FEE: | $ |
| COMPANY FEES: | $ 0.00 |
| DISCOUNT: | $ 0.00 |
| TIP: | $ 0.00 |
| COMP/GIFT CERT: | $ 0.00 |
| TOTAL DUE: | $ 56.00 |
| PAYMENT TYPE: | CC |
| TOTAL PAID: | $ 56.00 |
| CHANGE DUE: | $ 0.00 |

THIS IS A RECEIPT
NOT VALID FOR TRANSPORTATION

# Hotel Harrington
## 436 11th St. N.W.
## Washington, DC 20004
## 202-628-8140

Folio#: 288235
Larsen, Leif

Company:

Room:  7423
Arrival:  9/18/2013
Departure:  9/21/2013

| Trans # | Date | Posting Description | Charges | Payments | Balance |
|---|---|---|---|---|---|
| 345829 | 9/18/2013 | Rm: 7423 FALL 2013 | $135.00 | $0.00 | $135.00 |
| 345830 | 9/18/2013 | SALES TAX | $19.58 | $0.00 | $154.58 |
| 346376 | 9/19/2013 | Rm: 7423 FALL 2013 | $135.00 | $0.00 | $289.58 |
| 346377 | 9/19/2013 | SALES TAX | $19.58 | $0.00 | $309.16 |
| 346827 | 9/20/2013 | Rm: 7423 FALL 2013 | $135.00 | $0.00 | $444.16 |
| 346828 | 9/20/2013 | SALES TAX | $19.58 | $0.00 | $463.74 |
| 347044 | 9/21/2013 | DISCOVER | $0.00 | $463.74 | $0.00 |
| | | | | Balance: | $0.00 |

Membership Tier:
Membership#:
Method of Pay:      Credit Card

Signature:

**Folio Summary**

| | |
|---|---|
| Previous Balance: | $0.00 |
| Room Charges: | $405.00 |
| Other Charges/Credits: | $0.00 |
| Phone Charges: | $0.00 |
| Tax: | $58.74 |
| Less Payments: | $463.74 |
| **Total Amount Due:** | **$0.00** |

THANK YOU FOR STAYING AT THE HARRINGTON HOTEL, WE APPRECIATE YOUR BUSINESS
MANAGING DIRECTOR, MISS ANN TERRY 202-628-8140 x150

Witness Fees_263

# KLM e-Ticket 12 Oct Stavanger Amsterdam

This document is automatically generated.
Please do not respond to this mail.



Booking code: 74F2VT
E-ticket issue date:
Issued by: KLM EBT NORWAY
                KLM RESERVATIONS
                OSLO

Thank you for choosing KLM E-ticket. This is the itinerary and receipt
for **LEIF MR LARSEN**.

If unable to use the e-ticket, if travel plans change or if you received
this document in error, please call AF/KLM at: **+47 22 643 752**

## Passenger Information

| Passenger Name | E-ticket number | Number loyalty program |
| --- | --- | --- |
| LEIF MR LARSEN | 074 2466414131-32 | ███████████ |

## Itinerary Information

| Date | Flight | Departing | Arriving | Date | Class | Baggage |
| --- | --- | --- | --- | --- | --- | --- |
| 12OCT | KL 1196 | STAVANGER | AMSTERDAM | 12OCT | Y | 1PC |
| 06:00 | | SVG | AMS | 07:30 | | |
| 12OCT | KL 6039 | AMSTERDAM | ATLANTA ATL | 12OCT | U | 1PC |
| 10:55 | | AMS | ATL | 14:46 | | |
| 12OCT | KL 5062 | ATLANTA ATL | NEW ORLEANS INTL | 12OCT | U | 1PC |
| 16:22 | | ATL | MSY | 16:54 | | |
| 24OCT | KL 7215 | NEW ORLEANS INTL | ATLANTA ATL | 24OCT | V | 1PC |
| 13:45 | | MSY | ATL | 16:09 | | |
| 24OCT | KL 6038 | ATLANTA ATL | AMSTERDAM | 25OCT | V | 1PC |
| 17:55 | | ATL | AMS | 08:25 | | |
| 25OCT | KL 1199 | AMSTERDAM | STAVANGER | 25OCT | L | 1PC |
| 09:40 | | AMS | SVG | 11:10 | | |

When "0 pc" is stated as baggage allowance on the ticket, Flying Blue Ivory members,
BlueBiz members and contracted corporate accounts (who have entered their membership
number or account-code in their reservation), are entitled to carry 1 piece of
check-in baggage free of charge. Flying Blue Platinum, Gold and Silver members are
entitled to carry 2 pieces of check-in baggage free of charge.

12OCT KL 1196 /STATUS: OK /NOT VALID BEFORE 12OCT /NOT VALID AFTER 12OCT
12OCT KL 6039 /STATUS: OK, FLIGHT OPERATED BY: DELTA AIR LINES /NOT
VALID BEFORE 12OCT /NOT VALID AFTER 12OCT
12OCT KL 5062 /STATUS: OK, FLIGHT OPERATED BY: DELTA AIR LINES /NOT
VALID BEFORE 12OCT /NOT VALID AFTER 12OCT

other than the country of departure, the Warsaw Convention governing and in most cases limiting the liability of carriers for death or personal injury and the loss of damage to baggage may apply. Many carriers, however - including KLM - are applying the Montreal Convention that waives the Warsaw Convention's limits for death and bodily injury. Additional information in this regard may be obtained from the carrier.

Personal data:
Please note that the security laws of many countries (such as the US and Canada) require airlines to give security, customs and immigration authorities access to passenger data. Should you be traveling to one of these countries, this means that your personal data and your travel arrangements may be disclosed to the relevant authorities in these countries.

Limits to KLM's liability (EC Regulation NO. 889/2002 Article 6.2):
1. There are no financial limits for death or bodily injury of a passenger and KLM may make an advance payment, in proportion to the suffered loss, in order to meet the immediate economic needs of the person entitled to claim compensation;
2. In case of destruction, loss of, damage to or delay in receiving baggage, KLM's liability is limited to 1,131 Special Drawing Rights for proven damages. If the value of your baggage is greater than this limit, please be advised to declare a value for checked baggage in excess of the applicable liability limits at check-in or ensure that your baggage is fully insured prior to travel;
3. In case of damage occasioned by delay in the carriage by air KLM's liability is limited to 4,694 Special Drawing Rights for proven losses and costs. If your journey also involves carriage by other airlines, you should contact them for information on their limits of liability.

Witness Fees_266

# KLM e-Ticket 19 Oct New Orleans Intl Atlanta Atl < P>



Booking code: 74F2VT
E-ticket issue date:
Issued by: KLM SALES & SERVICE CENTER NORWAY
BACKOFFICE CYGNIFIC
OSLO

Thank you for choosing KLM E-ticket. This is the itinerary and receipt for **LEIF MR LARSEN**.

If unable to use the e-ticket, if travel plans change or if you received this document in error, please call AF/KLM at: **0047 81562002**

## Passenger Information

| Passenger Name | E-ticket number | Number loyalty program |
|---|---|---|
| ... | 0 ... 24. ... | ▮▮▮▮▮ |

## Itinerary Information

| Date | Flight | Departing | Arriving | Date | Class | Baggage |
|---|---|---|---|---|---|---|
| 19OCT 13:45 | DL 1119 | NEW ORLEANS INTL MSY | ATLANTA ATL ATL | 19OCT 16:09 | M | 1PC |
| 19OCT 17:55 | DL 0238 | ATLANTA ATL ATL | AMSTERDAM AMS | 20OCT 08:25 | M | 1PC |
| 20OCT 09:40 | DL 9308 | AMSTERDAM AMS | STAVANGER SVG | 20OCT 11:10 | M | 1PC |

When "0 pc" is stated as baggage allowance on the ticket, Flying Blue Ivory members, BlueBiz members and contracted corporate accounts (who have entered their membership number or account-code in their reservation), are entitled to carry 1 piece of check-in baggage free of charge. Flying Blue Platinum, Gold and Silver members are entitled to carry 2 pieces of check-in baggage free of charge.

19OCT DL 1119 /STATUS: OK /NOT VALID BEFORE XX /NOT VALID AFTER 19OCT
19OCT DL 0238 /STATUS: OK /NOT VALID BEFORE XX /NOT VALID AFTER 19OCT
20OCT DL 9308 /STATUS: OK, FLIGHT OPERATED BY: KLM ROYAL DUTCH AIRLINES /NOT VALID BEFORE XX /NOT VALID AFTER 20OCT

A passport will be required at check-in. In case your ticket allows changes, there may be a fee for changing the ticket and different fares may apply.< exchanges, or refunds for required be will number e-ticket The resold. transfered if void are and non-transferable, tickets>

Baggage policy
For travel to/from, within the us, please refer to the websites of the airlines in your electronic ticket passenger itinerary receipt. For more information visit:

Witness Fees_268

# BOARDING PASS

FLIGHT:          START BOARDING PROCESS:   GATE:       SEAT:

## KL 1196 05:20 10          09F

YOU ARE FLYING WITH:   KLM ROYAL DUTCH AIRLINES
CHECK MONITORS IF YOUR GATE NUMBER IS STILL UP TO DATE.
AFTER BOARDING CLOSURE TIME PASSENGERS WILL BE REFUSED.

NAME: LARSEN/LEIF
FROM: STAVANGER/SVG
TO: AMSTERDAM/AMS
DATE: 12OCT13

CLASS: M
ETKT: 0742466414131

SEQ: 085

SKYP

CLASS: SEAT:        GATE:

## M 09F 10

NAME:   LARSEN/LEIF

## SKY PRIORITY

FLIGHT: KL 1196
DATE:   12OCT13
DEPART: 06:00
FROM:   STAVANGER/SVG
TO: ,   AMSTERDAM/AMS
ETKT:   0742466414131
SEQ:    085

---

# BOARDING PASS

FLIGHT:          START BOARDING PROCESS:   GATE:       SEAT:

## DL 0239          14C

YOU ARE FLYING WITH:   DELTA AIR LINES
CHECK MONITORS IF YOUR GATE NUMBER IS STILL UP TO DATE.
AFTER BOARDING CLOSURE TIME PASSENGERS WILL BE REFUSED.

NAME: LARSEN/LEIF
FROM: AMSTERDAM/AMS
TO: ATLANTA/ATL
DATE: 12OCT13

CLASS: Y
ETKT: 0742466414131

SEQ: 135

OPERATED BY DELTA AIR LINES

CLASS: SEAT:        GATE:

## Y 14C

NAME:   LARSEN/LEIF

FLIGHT: DL 0239
DATE:   12OCT13
DEPART: 10:55
FROM:   AMSTERDAM/AMS
TO:     ATLANTA/ATL
ETKT:   0742466414131
SEQ:    135

12 30

---

# BOARDING PASS

FLIGHT:          START BOARDING PROCESS:   GATE:       SEAT:

## DL 1277          28E

YOU ARE FLYING WITH:   DELTA AIR LINES
CHECK MONITORS IF YOUR GATE NUMBER IS STILL UP TO DATE.
AFTER BOARDING CLOSURE TIME PASSENGERS WILL BE REFUSED.

NAME: LARSEN/LEIF
FROM: ATLANTA/ATL
TO: NEW ORLEANS/MSY
DATE: 12OCT13

CLASS: Y
ETKT: 0742466414131

SEQ:

OPERATED BY DELTA AIR LINES

CLASS: SEAT:        GATE:

## Y 28E

NAME:   LARSEN/LEIF

FLIGHT: DL 1277
DATE:   12OCT13
DEPART: 16:22
FROM:   ATLANTA/ATL
TO:     NEW ORLEANS/MSY
ETKT:   0742466414131
SEQ:

SAT, OCT 19, 2013     DOCS-OK

**△ DELTA**

BOARDING DOCUMENT

**Leifmr Larsen**
**GV6VSC/SKY PRIORITY/TSA PRECHK**

FF #XXXXXX1183
**KL GOLD**

# MSY ▸ ATL

| NEW ORLEANS (MSY) ▸ | BOARDING | GATE* | ZONE | SEAT | | |
|---|---|---|---|---|---|---|
| **Atlanta** (ATL) | **1:05pm** | - | Sky | **28C** | Depart | Sat, 1:45pm |
| FLIGHT DL1119 | | | | Economy (M) | Arrive | Sat, 4:09pm |

*Gates may change. Check airport monitors.

Fly Paperless: www.delta.com/app

Ticket#: 074 2466654810

KMSYTKFTXPKIA01

---

SAT, OCT 19, 2013     DOCS-OK

**△ DELTA**

BOARDING DOCUMENT

**Leifmr Larsen**
**GV6VSC/SKY PRIORITY/TSA PRECHK**

FF #XXXXXX1183
**KL GOLD**

# ATL ▸ AMS

| ATLANTA (ATL) ▸ | BOARDING | GATE* | ZONE | SEAT | ⏱ Layover | 1h 46m |
|---|---|---|---|---|---|---|
| **Amsterdam** (AMS) | **5:00pm** | - | Sky | **15C** | Depart | Sat, 5:55pm |
| FLIGHT DL238 | | | | Economy (M) | Arrive | Sun, 8:25am |

*Gates may change. Check airport monitors.

Fly Paperless: www.delta.com/app

ATL145

Ticket#: 074 2466654810

KMSYTKFTXPKIA01

---

SUN, OCT 20, 2013     DOCS-OK

**△ DELTA**

BOARDING DOCUMENT

**Leifmr Larsen**
**GV6VSC/SKY PRIORITY/TSA PRECHK**

FF #XXXXXX1183
**KL GOLD**

# AMS ▸ SVG

| AMSTERDAM (AMS) ▸ | BOARDING | GATE* | | SEAT | ⏱ Layover | 1h 15m |
|---|---|---|---|---|---|---|
| **Stavanger** (SVG) | **9:10am** | **B04** | | **4D** | Depart | Sun, 9:40am |
| FLIGHT DL9308 | | | | Economy (M) | Arrive | Sun, 11:10am |
| Operated by KLM Cityhopper as KL1199 | | | | | | |

*Gates may change. Check airport monitors.

Fly Paperless: www.delta.com/app

DLAMS012

Ticket#: 074 2466654810

KMSYTKFTXPKIA01



## SOLA
## TAXI
## 51 65 04 44

DINERS ▮▮▮▮▮▮▮

PASSASJER NR: 1 AV 1

LØYVE NR: L281
REG NR : RK62245
FORETAKSREGISTERET
ORG.NR : NO990006237MVA
SJAFØR : 071101
DATO : 12.10.2013
KL START: 05:03
KL SLUTT: 05:10

TURNUMMER : 17241

FRA: _____

TIL: _____

TOTAL NOK 195,00
INKL. MVA = ====

HERAV MVA 8% NOK 14,44

KREDITT NOK 195,00

TOTAL KM: 4,7

KVITT. NR: 249

PRIS-SPESIFIKASJON:

STARTPRIS NOK 39,00
TIME (6:25)NOK 72,00
KM (4,746)NOK 84,00

TAKST KM NOK

NA 1 4,7 195,00

********************
Takk for turen
Ha en god dag
********************

---

*************************
## RECEIPT
*************************



## AIRPORT SHUTTLE
FOR RESERVATIONS CALL
24 HOURS IN ADVANCE:
## 504-522-3500

*************************
## RECEIPT
*************************
NON-REFUNDABLE
NOT RESPONSIBLE FOR LOST
OR STOLEN TICKETS

Reservation #: 3162235
10/12/13 05:00 PM
conniet

TO/FROM:Staybridge Suites New Orleans
501 Tchoupitoulas

PAX: 1/0 FARE: $20.00(CC)

LARSEN,L

3162235

ROUTE: 3

* Airport Shuttle New Orleans will not be
responsible or liable for:
* Lost, Stolen or damaged items and
baggage or vehicles parked at any of our
locations. Acts of God or nature, delays in
traffic or flight plans

DON'T FORGET TO VISIT US ONLINE AT
www.airportshuttleneworleans.com

---

## SOLA
## TAXI
## 51 65 04 44

DINERS ▮▮▮▮▮▮▮

PASSASJER NR: 1 AV 1

LØYVE NR: L251
REG.NR : RK58542
FORETAKSREGISTERET
ORG.NR : NO994261606MVA
SJAFØR : 000251
DATO : 20.10.2013
KL START: 11:10
KL SLUTT: 11:15

FRA: _____

TIL: _____

TOTAL NOK 186,00
INKL. MVA =============

HERAV MVA 8% NOK 13,78

------------------------
KREDITT NOK 186,00

TOTAL KM: 5,0

KVITT. NR: 96

PRIS-SPESIFIKASJON:

STARTPRIS NOK 36,00
TIME (6:01)NOK 65,00
KM (5,001)NOK 85,00

TAKST KM NOK

SØ 1 5,0 186,00

*************************
Takk for turen
Ha en god dag
*************************



**Sarah Himmelhoch**
**Po Box 7611**

( See attached )
memo
re Name

| | | |
|---|---|---|
| Folio No. | : | **118606** |
| A/R Number | : | |
| Group Code | : | |
| Company | : | **extended stay** |
| Membership No. | : | |
| Invoice No. | | |

Cashier No. : **10**

| | | |
|---|---|---|
| Room No. | : | **0517** |
| Arrival | : | **10-12-13** |
| Departure | : | **10-19-13** |
| Conf. No. | : | **60511622** |
| Rate Code | : | **IYEXT** |
| Page No. | : | 1 of 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-12-13 | *Accommodation | 299.99 | |
| 10-12-13 | State Occupancy Tax | 27.00 | |
| 10-12-13 | Flat Tax | 1.00 | |
| 10-12-13 | City Occupancy Tax | 12.00 | |
| 10-13-13 | *Accommodation | 189.99 | |
| 10-13-13 | State Occupancy Tax | 17.10 | |
| 10-13-13 | Flat Tax | 1.00 | |
| 10-13-13 | City Occupancy Tax | 7.60 | |
| 10-14-13 | *Accommodation | 189.99 | |
| 10-14-13 | State Occupancy Tax | 17.10 | |
| 10-14-13 | Flat Tax | 1.00 | |
| 10-14-13 | City Occupancy Tax | 7.60 | |
| 10-15-13 | *Accommodation | 189.99 | |
| 10-15-13 | State Occupancy Tax | 17.10 | |
| 10-15-13 | Flat Tax | 1.00 | |
| 10-15-13 | City Occupancy Tax | 7.60 | |
| 10-16-13 | *Accommodation | 189.99 | |
| 10-16-13 | State Occupancy Tax | 17.10 | |
| 10-16-13 | Flat Tax | 1.00 | |
| 10-16-13 | City Occupancy Tax | 7.60 | |
| 10-17-13 | *Accommodation | 203.99 | |
| 10-17-13 | State Occupancy Tax | 18.36 | |
| 10-17-13 | Flat Tax | 1.00 | |
| 10-17-13 | City Occupancy Tax | 8.16 | |
| 10-18-13 | *Accommodation | 199.99 | |

See next page

Witness Fees_272



| Sarah Himmelhoch | Folio No. | : **118606** | Cashier No. | : **10** | Room No. | : | 0517 |
| Po Box 7611 | A/R Number | : | | | Arrival | : | 10-12-13 |
| | Group Code | : | | | Departure | : | 10-19-13 |
| | Company | : **extended stay** | | | Conf. No. | : | 60511622 |
| | Membership No. | : | | | Rate Code | : | IYEXT |
| | Invoice No. | : | | | Page No. | : | 2 of 2 |

| Date | Description | | Charges | Credits |
|------|-------------|--|---------|---------|
| 10-18-13 | State Occupancy Tax | | 18.00 | |
| 10-18-13 | Flat Tax | | 1.00 | |
| 10-18-13 | City Occupancy Tax | | 8.00 | |
| 10-19-13 | MasterCard ▬▬▬▬▬ | | | 1,661.25 |
| | | Total | 1,661.25 | 1,661.25 |
| | | Balance | 0.00 | |

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

*Hotel*
*10/18/13*

```
0.00  *
199.00  +
 18.00  +
  1.00  +
  8.00  +
226.00  *
```

*Total*

Staybridge Suites New Orleans
501 Tchoupitoulas Street
New Orleans, LA 70130
Telephone: (504) 571-1818 Facsimile: (504) 571-1811

Witness Fees_273



**U.S. Department of Justice**

Environment and Natural Resources Division

*Environmental Enforcement Section*
*P.O. Box 7611*
*Washington, DC 20044*

*Telephone (202) 514-5271*
*Facsimile (202) 353-0296*
*Facsimile (202) 514-0097*

December 19, 2013

## MEMORANDUM

To:     Expert Witness Unit

From:   Sarah D. Himmelhoch
        Senior Litigation Counsel for E-Discovery

Re:     Hotel Reservation for Leif Larsen (DJ No. 90-5-1-1-10026)

This memorandum confirms that the hotel receipt attached to Kappa Engineering's invoice for a stay at the Staybridge Suites between October 12, 2013 and October 19, 2013 in New Orleans is for the hotel room occupied by Dr. Leif Larsen during the Deepwater Horizon Phase 2 trial. Though the reservation was made in my name for the convenience of the expert, the room was occupied by Dr. Larsen throughout the time set forth in the receipt.

**Request, Authorization and Mc   ation of Contract for Services of Expert Witness, Litigative Consultant, or ADR Neutral**

| Contract / Purchase Order Number: | DJJ-13W-ENR01-0301 | M01-53236 |
|---|---|---|

## Part I – Request for Services

| 1. Requesting Official (Name and Title)<br>MARIANI, THOMAS<br>DEPUTY CH | 2. Signature of Requesting Official<br>*<Signature in Contract File>* | 3. Point of Contact (Name and Tel.)<br>Engel, Bethany<br>Telephone: 202-514-6892 | 4. Date of Request<br>01/15/2014 |
|---|---|---|---|
| 5. Originating Office (Name & Address)<br>ENRD/EES<br><br>Washington, DC | 6. Case Name, Court & Docket No.<br>U.S., ET AL. V. BP EXPLORATION & PRODUCTION INC;<br>ANADARKO EXPLORATION & PRODUCTION LP, ET AL<br>(DEEPWATER HORIZON WELLHEAD)<br>LAE<br>10-4536<br><br>DJ File No. 90-5-1-1-10026 | 7. Contractor (Name, Address & Telephone)<br>Leif Larsen<br>Kappa North America, Inc.<br>11767 Katy Freeway Ste 500<br>Houston, TX 77079<br><br>TIN/SSN: 75-2643251<br>Telephone: 713-772-5694<br>Business Type: | DUNS: 132049789<br>Fax: 713-772-5690 |

### 8. Modification Information

| 8.a. Type of Service(Insert "Expert Witness", "Litigative Consultant" or "ADR Neutral")<br><br>Expert Witness | 8.b. Performance Period (From – To)<br><br>05/24/2013 to 06/30/2018 | 8.c. Estimated Cost<br>████ | 8.d. Modification Number<br><br>0002 | 8.e. Effective Date<br><br>Date of CO signature In Block 14c below |
|---|---|---|---|---|

**9. Description of Modification (Insert below-attach continuation sheets if necessary)**
This contract action changes the company's name to Kappa North America, Inc; it also adds the TIN and DUNS number.

## Part II – Funding Approval

### 10. Appropriation Data

| 10.a. Authorized Amount<br>$0.00 | 10.b. YREGDOC<br>M01-53236 B | 10.c. Cost Center<br>3361960418 | 10.d. OBL Month<br>1305 | 10.e. Sub Object Code (SOC)<br>1157 |
|---|---|---|---|---|

10.f. Remarks

### 11. Summary of Funding and Performance Period Changes

| Description | Performance Dates (From – To) | Amount |
|---|---|---|
| 11.a. Current Contract (to include any prior modifications) | | |
| 11.b. This Modification (funds added/subtracted additional time) | | ████ |
| 11.c. Revised Total Contract Funding | | |

*The Contractor shall not exceed the amount shown in Block 11.c. unless authorized in writing by the Contracting Officer*

### 12. Funding Approval

| 12.a. Signature of Approving Officer<br>*Theresa Cahill* | 12.b. Name & Title of Approving Official<br>Theresa Cahill, Budget Analyst | 12.c. Date Approved<br>JAN 1 6 2014 |
|---|---|---|

## Part III – Contract Modification

Type of Modification (Place an "X" in the applicable Box in the Left Column)

| | |
|---|---|
| | This is supplemental agreement requires the signature of the Contractor AND the Contracting Officer to effect the changes described in Block 9. |
| X | This unilateral modification ONLY requires the signature of the Contracting Officer to effect the administrative changes (e.g., change the paying office or appropriate data) described in Block 9. |

### 13. Contractor Signature

| 13.a. Signature of Authorized Person | 13.b. Name and Title of Signer | 13.c. Date Signed |
|---|---|---|

### 14. Contracting Officer Signature

| 14.a. Signature of Contracting Officer<br>*John Cusack* | 14.b. Name of Contracting Officer<br>Johnnie R. Cusack | 14.c. Date Signed<br>1-16-14 |
|---|---|---|

3x0  1/16/14

Form OBD-47 (MOD) (Revised 3/2005)
Witness Fees_275 Page 1 of 1