# Exhibit 10D

**TO UNITED STATES' BILL OF COSTS**

```
=========================================================================
  10/19/12         TV                        | TV:        3NR1S0002
  PAGE  1 ** Read Privacy Act On Last Page ** | Travel Au  3NR1S0002
=========================================================================
 1) NAME: Lehr, William J.               VNum:    ****-*9741

    ADDR:                                PHONE:
                                         MAIL CD:
                                         ORG:     W-10-12
                                         TITLE:
    DUTY: Seattle, WA          TZ: 9     SEC CLR:
    RES:  Bothell, WA                    CARD:    CARD HOLDER
    HOURS:  8
    FFB                                  BUREAU
=========================================================================
 2) FROM      TO       TRAVEL      TA DATE      TRIP PURPOSE      TRIP TYPE
    --------  -------- ------------ --------- ------------------- -----------
    10/16/12 10/18/12 3NR1S0002
                                    10/19/12 9-OTHER (see below)  1-SINGLE-DO
=========================================================================
 3) GTR/TICKET NO      VALUE       CR CLS   DATE     FROM         TO
    ------------------ ----------- -- ---   -------- ------------ -----------
    See Attached Ticket 1         439.60    Y
=========================================================================
 4) ACCT                                        TRIP 1   |5) FINANCE OFFICE
    ------------------------------ ------------------ -----------------------|
    L8K3N04P00                                    1,276.81|
    2013-14-L8K3N04P00-10120001-00000000-----             |
                                                          |
                                                          |
                                                          |
                                                          |
                                                          |
=========================================================================
 6) NON-REIMBURSABLE EXPENSES -------------------   465.90  |
    TOTAL AMOUNT CLAIMED ------------------------   810.91  |
       ADVANCE OUTSTANDING ---          0.00                |
       ADVANCE APPLIED -------          0.00        0.00    |
                                              ==================  |
    NET TO TRAVELER (GOVT) ----------------------   810.91  |
=========================================================================
 Copyright 1989-2006 Gelco Information Network GSD, Inc.  |8)
==============================================================| TV NO:
 I certify that this TV is true and correct to the best       |
 of my knowledge and belief, and that payment or credit has   | SCHEDULE NO:
 not been received by me. I hereby assign the United States    |
 any right I may have against any parties in connection, with | CERTIFIED BY:
 reimbursable transportation charges described above, pur-    |
 chased under cash payment procedures (41 CFR Part 301-10).   |
                                                              | DATE:
 7) TRAVELER SIGNATURE                DATE  10/19/12          |
==============================================================|
 This TV is approved.  Long distance telephone calls,        |10)
 if any, are certified as necessary in the interest of the   |CASH RECEIPT DATE
 Government.  (Note: If long distance telephone calls are     |
 included, the approving official must have been authorized   | AMOUNT
 in writing by the head of the department or agency to so     |
 certify (31 U.S.C. 680a)).                                   | SIGNATURE

 9) APPROVED,  Debra L. Payton, Chief, ERD            DATE    |
                                                              |
                                          19OCT 12            | Witness Fees_276
=========================================================================
```

```
==============================================================================
  10/19/12        TV                          |TV:            3NR1S0002
  PAGE   2   ** Read Privacy Act On Last Page **  |Lehr         ****-*9741
==============================================================================
```

```
(11)ITINERARY AND TRANSPORTATION EXPENSES - TRIP NO            1
```

| DATE | TIME | DEPARTED/ARRIVED LOCATIONS | MODE | COST | DESCRIPTION |
|------|------|----------------------------|------|------|-------------|
| 10/16/2012 | | D-RES: Bothell, WA | | | |
| 10/16/2012 | | A-WASHINGTON, DC | | | |
| 10/16/2012 | | | 1POC | 16.65 | 1POC-Private Vhcle |
| | | | | | Distance: 30 Rate: .555 |
| 10/16/2012 | | | AIR | 439.60 | *Airline Flight |
| 10/16/2012 | | | NONE | 26.30 | *TMC Transaction Fees |
| 10/18/2012 | | D-WASHINGTON, DC | | | |
| 10/18/2012 | | A RES: Bothell, WA | | | |
| 10/18/2012 | | | 1POC | 11.10 | 1POC-Private Vhcle |
| | | | | | Distance: 20 Rate: .555 |
| 10/18/2012 | | | CAB | 40.00 | Taxi |

```
                 TOTAL TRANSPORTATION EXPENSES              533.65

==============================================================================
(12)SUBSISTENCE AND OTHER REIMBURSABLE EXPENSES
```

| DATE | ACTUAL LODGING | LODGING ALLOWED | MEALS B L D | M&IE ALLOW | P-DIEM RATE | OTHER EXPENSES | AMOUNT |
|------|---------------|-----------------|-------------|-------------|-------------|----------------|--------|
| 10/16 | 226.00 | 226.00 | | 53.25 | 226/71 | | |
| | | | | | | | 0.00 |
| 10/16 | | | | | | Metro | 15.00 |
| 10/17 | 226.00 | 226.00 | | 71.00 | 226/71 | | |
| | | | | | | | 0.00 |
| 10/18 | | | | | | Parking Fees | 39.90 |
| 10/18 | | | | | | Hotel Tax | 58.76 |
| 10/18 | 0.00 | 0.00 | | 53.25 | 226/71 | | |
| | | | | | | | 0.00 |
| | 452.00 | | 177.50 | | | | 113.66 |

```
===(13)COMMENTS:==============================================================
CBA OBLIGATION #:00472950 Organization ID:141012 TRAVELER PO#:00472949
This document is Conditionally Approved, Subject To Availability of Funds (SAF
).
PREPARED BY: Thelma Mendenhall 206-526-4608

AUTHORIZED BUSINESS CALLS

APPROVAL OF TRAVEL SCHEDULED TO BE ACCOMPLISHED ON OR AFTER OCTOBER 1, 2012 IS
  CONTINGENT UPON APPROVAL OF FY13 FUNDS.

VER=CIV===RATE TBL DATE=10/01/12=============================================
Copyright 1989-2006 Gelco Information Network GSD, Inc.

  * Expense not claimed for reimbursement.

==============================================================================
```

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (41 CFR 301-304), E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962, E.O. 9397 of Nov. 22, 1943 and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 U.S.C 6011(b) and 6109) and E.O. 9397, Nov. 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel; and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

===============================================================================

| ACCT | TRIP 1 |
|------|--------|
| COM. CARRIER-2143 | 439.60 |
| LODGING TAX-2140 | 58.76 |
| Lodging-PerDiem-2140 | 452.00 |
| M&IE-PerDiem-2140 | 177.50 |
| MILEAGE-2140 | 27.75 |
| OTHER TRAVEL-2140 | 54.90 |
| TRANSACTION FEES-2143 | 26.30 |
| Transport-2140 | 40.00 |
| L8K3N04P00 | 1,276.81 |

Organization: W-10-12
2013-14-L8K3N04P00-10120001-00000000-----


SPLIT PAY DISBURSEMENTS:

```
    TOTAL EXPENSES ----------------------------             1,276.81
    NON-REIMBURSABLE EXPENSES -------------------             465.90
                                                       ====================
    TOTAL AMOUNT CLAIMED -----------------------             810.91

       GOV'T ADVANCE OUTSTANDING --         0.00
       GOV'T ADVANCE APPLIED ------         0.00
                                         ----------
                                                                0.00
                                                       ====================
    NET TO TRAVELER (GOVT)  --------------------             810.91

       GOV'T CHARGE CARD EXPENSES -       976.66
       GOV'T CHARGE CARD ATM ADV --         0.00
       ADD'L  GOV'T  CHARGE CARD PMT        0.00
                                       ==================
       TOTAL  GOV'T CHARGE CARD AMT       976.66

    PAY TO  GOV'T CHARGE CARD ------------------             510.76
    PAY TO  TRAVELER ---------------------------             300.15
```

============================================================================

| STATUS | DATE | TIME | SIGNATURE NAME |
|--------|------|------|----------------|
| CREATED | 10/19/2012 | 4:41PM | Thelma C. Mendenhall |
| REASON: | | | |
| SIGNED | 10/23/2012 | 6:57PM | William J. Lehr |
| REASON: | | | |
| ADJUSTED | 10/23/2012 | 9:10PM | Mark Dix |
| REASON: | | | |
| APPROVED | 10/23/2012 | 9:10PM | Mark Dix |
| REASON: | | | |
| DATA LINK | 10/24/2012 | 12:19PM | TMCAMS |
| REASON: | | | |

I certify that the electronic signatures listed above are
valid and on file.

_____          _____
                SIGNED                                  DATE

```
================================================================================
 09/11/12        TA                          |DOC NO:      3NR1S0002
 PAGE  1 ** Read Privacy Act On Last Page ** |TRAVEL A     3NR1S0002
================================================================================
 1) NAME: Lehr, William J.                VNum:    ****-*9741

    ADDR:  ███████████████████   PHONE:
                                          MAIL CD:
                                          ORG:     W-10-12
                                          TITLE:
    DUTY: Seattle, WA            TZ: 9    SEC CLR:
    RES:  Bothell, WA                     CARD:    CARD HOLDER
    HOURS:  8
    FFB                                   BUREAU
================================================================================
 2) TRAVEL A  3NR1S0002        DATE:  09/10/2012   TYPE:  1-SINGLE-DOMESTIC
================================================================================
 3) TRAVEL PURPOSE:  9-OTHER (see below)
 DOC Labor Management Forum
================================================================================
 4) GENERAL ITINERARY

       DATE      TIME    DEPARTED/ARRIVED LOCATIONS      PER DIEM RATE
     --------   -------  ---------------------------     -------------
     10/16/2012          D-RES: Bothell, WA
     10/16/2012          A-WASHINGTON, DC                   226/71
     10/18/2012          D-WASHINGTON, DC
     10/18/2012          A RES: Bothell, WA

================================================================================
 5) OTHER AUTHORIZATIONS            |6)        EST COST         ADV AMT
 NON-CONTRACT AIR FARE              |COM. CARR       439.60          0.00
 OTHER PRIVATELY-OWNED VEHICLE      |LODGING T        68.00          0.00
                                    |Lodging-P       452.00          0.00
                                    |M&IE-PerD       177.50        177.50
                                    |MILEAGE          41.63         41.63
                                    |OTHER NON        88.00         88.00
                                    |OTHER TRA       110.00        110.00
                                    |TRANSACTI        26.30          0.00
                                    |TRANSPORT       175.00        175.00
                                    |          ---------------  ----------------
                                    |TOTALS:       1,578.03        592.13
                                    | ADVANCE AUTHORIZED:            0.00
================================================================================
 7) ACCT CLASSIFICATIONS                                      EST COST
 L8K3N04P00 - 2013-14-L8K3N04P00-10120001-00000000-----      1,578.03
================================================================================
 8) REMARKS
 This document is Conditionally Approved, Subject To Availability of Funds (SAF).
 PREPARED BY: Thelma Mendenhall 206-526-4608

 AUTHORIZED BUSINESS CALLS


==AUTHORIZED BY              TITLE           DATE   | INITIALS  | DATE===
    David Westerholm            Director, OR&R      |           |

    David Kennedy               AA, NOS - Acting    |           |
==VERSION CIV==========Copyright 1989-2006 Gelco Information Network GSD, Inc.=
```

Witness Fees_281

```
APPROVAL OF TRAVEL SCHEDULED TO BE ACCOMPLISHED ON OR AFTER OCTOBER 1, 2012 IS
CONTINGENT UPON APPROVAL OF FY13 FUNDS.
```

10) FUNDS OBLIGATED

| 11) GTR/TICKET NO | VALUE | CR | CLS | DATE | FROM | TO |
|---|---|---|---|---|---|---|
| See Attached Ticket | 439.60 | | Y | | | |

12) ITINERARY AND TRANSPORTATION EXPENSES - TRIP NO        1

| DATE | TIME | DEPARTED/ARRIVED LOCATIONS | MODE | COST | DESCRIPTION |
|---|---|---|---|---|---|
| 10/16/2012 | | D-RES: Bothell, WA | | | |
| 10/16/2012 | | A-WASHINGTON, DC | | | |
| 10/16/2012 | | | 1POC | 41.63 | 1POC-Private Vhcle Distance: 75 Rate: .555 |
| 10/16/2012 | | | AIR | 439.60* | Airline Flight |
| 10/16/2012 | | | CAB | 55.00 | Taxi |
| 10/16/2012 | | | NONE | 26.30* | TMC Transaction Fees |
| 10/16/2012 | | | SHUT | 55.00 | Airport Shuttle |
| 10/18/2012 | | D-WASHINGTON, DC | | | |
| 10/18/2012 | | A RES: Bothell, WA | | | |
| 10/18/2012 | | | SHUT | 65.00 | Airport Shuttle |

```
                  TOTAL TRANSPORTATION EXPENSES           682.53
```

13) SUBSISTENCE AND OTHER REIMBURSABLE EXPENSES

| DATE | ACTUAL LODGING | LODGING ALLOWED | MEALS B L D | M&IE ALLOW | P-DIEM RATE | OTHER EXPENSES | AMOUNT |
|---|---|---|---|---|---|---|---|
| 10/16 | 226.00 | 226.00 | | 53.25 | | | |
| | | | | | | ATM Fees | 3.00 |
| | | | | | | Business Calls | 10.00 |
| | | | | | | Miscellaneous | 25.00 |
| | | | | | | Check Baggage Fee | 50.00 |
| | | | | | | Metro | 25.00 |
| 10/17 | 226.00 | 226.00 | | 71.00 | | | |
| 10/18 | 0.00 | 0.00 | | 53.25 | | | |
| | | | | | | Parking Fees | 85.00 |
| | | | | | | Hotel Tax | 68.00 |
| | | 452.00 | | 177.50 | | | 266.00 |

VRCIV=RATE TABLE DATE=09/01/12=Copyright 1989-2006 Gelco Information Network GSD

Witness Fees_282

Exception to GSA Form 87

In compliance with the Privacy Act of 1974, the following information is provided: Basic authority for requiring the requested information is contained in 5 USC 5701-5733, particularly sections 5721-5733, 30 USC 905 and Executive Order 9397. Disclosure of the data by you is voluntary. The principal purpose for collecting the data is to determine the amount to reimburse an employee for expenses incurred in connection with temporary duty travel. Information may be transferred to appropriate Federal, State, local or foreign agencies when relevant to civil, criminal or regulatory investigations or prosecutions. There is no personal liability to you if you do not furnish the requested information; however, we shall not be able to reimburse you for your expenses.

================================================================================

| ACCT | TRIP 1 |
|------|--------|
| COM. CARRIER-2143 | 439.60 |
| LODGING TAX-2140 | 68.00 |
| Lodging-PerDiem-2140 | 452.00 |
| M&IE-PerDiem-2140 | 177.50 |
| MILEAGE-2140 | 41.63 |
| OTHER NON-TR-2140 | 88.00 |
| OTHER TRAVEL-2140 | 110.00 |
| TRANSACTION FEES-2143 | 26.30 |
| TRANSPORT-2140 | 175.00 |
| L8K3N04P00 | 1,578.03 |

Organization: W-10-12

================================================================================

| STATUS | DATE | TIME | SIGNATURE NAME |
|--------|------|------|----------------|
| CREATED | 09/10/2012 | 3:23PM | Thelma C. Mendenhall |
| REASON: | | | |
| SIGNED | 09/10/2012 | 3:42PM | Thelma C. Mendenhall |
| REASON: | | | |
| ADJUSTED | 09/10/2012 | 4:29PM | Andrea Gardner |
| REASON: | | | |
| REVIEWED | 09/10/2012 | 4:29PM | Andrea Gardner |
| REASON: | | | |
| ADJUSTED | 09/11/2012 | 1:26PM | Mark Dix |
| REASON: | | | |
| APPROVED | 09/11/2012 | 1:32PM | Mark Dix |
| REASON: | | | |
| DATA LINK | 09/11/2012 | 1:32PM | Mark Dix |
| REASON: | | | |
| SAF APPROVED | 09/11/2012 | 1:32PM | Mark Dix |
| REASON: | | | |

I certify that the electronic signatures listed above are
valid and on file.

_____          _____
                SIGNED                           DATE



**COURTYARD**
**Marriott**

Courtyard by Marriott
Silver Spring Downtown

8506 Fenton St
Silver Spring, Md 20910
T 301.589.4899

| W Lehr | | | Room: 728 | |
| | | | Room Type: GENR | |
| | | | Number of Guests: 1 | |
| | | | Rate: $226.00 | Clerk: |

| Arrive: 16Oct12 | Time: 05:47PM | Depart: 18Oct12 | Time: | Folio Number: 87779 |
| Date | Description | | Charges | Credits |
| 16Oct12 | Room Charge | | 226.00 | |
| 16Oct12 | State Occupancy Tax | | 13.56 | |
| 16Oct12 | County Tax | | 15.82 | |
| 17Oct12 | Room Charge | | 226.00 | |
| 17Oct12 | State Occupancy Tax | | 13.56 | |
| 17Oct12 | County Tax | | 15.82 | |
| 18Oct12 | Master Card | | | 510.76 |
| | Card #: ▇▇▇▇ | | | |
| | Amount: 510.76 Auth: 021323 Signature on File | | | |
| | This card was electronically swiped on 16Oct12 | | | |

**Balance:** 0.00

As a Rewards Member, you could have earned points toward your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

Thank you staying with us! We truly appreciate your business and look forward to seeing you in the future!

Want your final hotel bill by email? Just ask the Front Desk! See "Internet Privacy Statement" on Marriott.com.

# DougFoxParking

2626 South 170th St.,SeaTac, WA 98168

206-248-2956

Ticket:158933     Receipt: 975020

In  :Tue, Oct 16th 2012   5:20AM
Out :Thu, Oct 18th 2012  10:52AM

| Daily 2@$14.95 | 29.90 |
| ، Hours 1@$7.00 | 7.00 |
| ty Parking Tax | 3.00 |
| | ========== |
| OTA: | 39.90 |
| 5568********6823 | 39.90 |

You can earn FREE parking
With this receipt! Go to
www.dougfoxparking.com and
join the Point Club, Entering the
Validation Code "2F138BD"
along with the receipt number above
credits you points for this trip!

----------------------
Customer Signature

See us online at
www.dougfoxparking.com
For great parking deals.

BARWOOD TAXI
CAB #596
10/18/12  05:00
10/18/12  05:35
DELAY   00:10:01
TRIP #    6897
DIST   11.93 m¹
Rate 1  $ 31.00
EXTRAS  $ 9.50
TOTAL   $ 40.50
THANK YOU FOR
CHOOSING BARWOOD
FOR RESERVATIONS
TEL 301-984-1900

*+ $25.43 Transaction Fee*

**Subject:** Itinerary for: LEHR WILLIAM JOSEPH - Travel beginning 10/16/2012 - STATUS: Ticket(s)
have been issued
**From:** <carmen.gonzalez@adtrav.com>
**Date:** 9/11/2012 4:54 PM

*$48.00 ADDITIONAL FARE*

**To:** <BILL.LEHR@NOAA.GOV>
**CC:** <CARMEN.GONZALEZ@ADTRAV.COM>, <THELMA.C.MENDENHALL@NOAA.GOV>

---

 **ADTRAV** service nonstop

Phone: (866) 430-8929

**WILLIAM JOSEPH LEHR**
National Oceanic and Atmospheric Administration

Tuesday, September 11, 2012 6:54 PM
**Booking Locator: MQCKFB**

**After Hours/VIT Code: U21F**

**Ticket(s) Issued**
This is your travel invoice

---

### Seattle, WA, US - to - Washington, DC, US
Departs: Tuesday, October 16

Check In

**Flight# 0094**

| | | | |
|---|---|---|---|
| **Carrier:** | Alaska Airlines | | |
| **Departs:** | Seattle/Tacoma International Airport (SEA) | | Tuesday - October 16 - 8:10 AM |
| **Arrives:** | Washington National Airport (DCA)(Terminal:TERMINAL B) | | Tuesday - October 16 - 4:08 PM |
| **Seat #:** | 11C | **E-Ticket #:** | 0277132013267 |
| **Carrier Locator:** | L!HAZG | **Meal:** | Food for Purchase,Food for Purchase |
| **Status:** | Segment Confirmed | **Info:** | Stops: 0, Time: 4.58, Miles: 2312 |
| **Class:** | Economy/Coach Class (Y) | **Equipment:** | Boeing 737-800 (2 Engine Jet) |
| **Frequent Flyer:** | n/a | | |

---

### Courtyard By Marriott
Tuesday - October 16 - to - Thursday - October 18

| | |
|---|---|
| **Hotel:** | Courtyard Marriott 8506 Fenton Street Silver Spring Md 20910 Phone: 301-589-4899 Fax: 301-589-4898 |
| **Check In:** | Tuesday - October 16 |
| **Check Out:** | Thursday - October 18 |
| **Confirmation:** | 92789101 |
| **Rate Info:** | $226.00 USD |

Witness Fees_288
9/11/2012 5:01 PM

**Other Info:** Number of Rooms: 1, Number of Guests: 1
Room Description: GOVA00
GOVT/MILITARY
GOVT/MILITARY, GOVERNMENT AND
RULES GUEST ROOM, 1 KING, SOF

## Washington, DC, US - to - Seattle, WA, US
Departs: Thursday, October 18

Check In

Flight# 0001

| | | | |
|---|---|---|---|
| **Carrier:** | Alaska Airlines | | |
| **Departs:** | Washington National Airport (DCA)(Terminal:TERMINAL B) | | Thursday - October 18 - 7:55 AM |
| **Arrives:** | Seattle/Tacoma International Airport (SEA) | | Thursday - October 18 - 10:35 AM |
| **Seat #:** | 25D | **E-Ticket #:** | 0277132013267 |
| **Carrier Locator:** | LIHAZG | **Meal:** | Food for Purchase,Food for Purchase |
| | **Status:** Segment Confirmed | **Info:** | Stops: 0, Time: 5.40, Miles: 2312 |
| | **Class:** Economy/Coach Class (V) | **Equipment:** | Boeing 737-800 (2 Engine Jet) |

**Frequent Flyer:** n/a

### INVOICE AND PAYMENT RECEIPT

| | |
|---|---|
| AIRFARE ALASKA AIRLINES<br>TICKET 0277132013267 ISSUED 9/11/2012<br>INVOICE 0241353 CHARGED TO CA-8457 | $439.60 |
| SERVICE FEE-AIR DOMESTIC FULL SERVICE<br>RECEIPT 8900578791495 ISSUED 9/11/2012<br>INVOICE 0241353 CHARGED TO CA-8457 | $25.43 |
| **TOTAL CHARGES 9/11/2012 0448P** | **$465.03** |

### REMARKS

SPECIAL NOTICE-MOST AIRLINES NOW REQUIRE ALL
GOVERNMENT CONTRACT FARES TO BE ISSUED AT LEAST
48 HOURS PRIOR TO DEPARTURE. RESERVATIONS NOT
TICKETED BY THIS TIME WILL BE AUTOMATICALLY
CANCELLED BY THE AIRLINES.
***ARE NOT GUARANTEED UNTIL TICKET IS ISSUED AND***
***SPACE IS SUBJECT TO CARRIER CANCELLATION********
***************************************************

YOUR V.I.P. CODE IS U21F***ADTRAV TRAVEL MANAGEMENT**
ANY CHANGES IN ITINERARY MAY INCREASE COST***********
POSSIBLE FARE INCREASE DUE TO CARRIER FUEL***********
SURCHARGE. AUTHORIZED BY GSA*************
***************************************************

MANY AIRLINES HAVE NEW GUIDELINES AND FEES FOR ****
CHECK BAGGAGE***FOR MORE INFORMATION CONTACT*********
YOUR ADTRAV AGENT************************
DOT REQUIRES ADTRAV DISPLAY BAG ALLOWANCES AND SERVICE
CHARGES OR PROVIDE A HYPERLINK WHERE BAGGAGE INFORMATION
IS AVAILABLE. FOR THIS TRIP PLEASE VISIT THE LINK LISTED BELOW

Witness Fees_289

FOR ALASKA AIRLINES AIRLINES
WWW.ALASKAAIR.COM/CONTENT/TRAVEL-INFO/POLICIES/BAGGAGE-CHECKED.ASPX
TO AVOID ONE NIGHT CHARGE TO CREDIT CARD
AT THE COURTYARD MARRIOTT SLV SPG DTN
PLEASE CANCEL BY 6 PM DAY OF ARRIVAL

ADTRAV Travel Management :: 4555 Southlake Parkway :: Birmingham AL, 35244
Phone: (866) 430-8929 :: Fax: (205) 949-4233
doccallcenter@adtrav.com

Attachments:

2012-09-11-Itinerary & Payment                                    57.0 KB
Receipt.LEHR.WILLIAM.JOSEPH.2012-10-16.MQCKFB.pdf


# PRODUCTION ASSOCIATES

8 August 2013

**Invoice No. 12010813**

US DOJ – ENRD/Executive Office
Procurement, Expert Contracting Unit
PO Box 7611, Ben Franklin Station
Washington, DC 20044-7611

Approved
*Jeannie R. Loseak*
Contracting Officer
9-9-13

---

## INVOICE

---

Case Name: U.S., ET AL. V. BP EXPLORATION & PRODUCTION INC; ANADARKO EXPLORATION &
       PRODUCTION LP, ET AL (DEEPWATER HORIZON WELLHEAD)
DJ Number: 90-5-1-1-10026
Selecting Attorney's Name: Scott Cernich
Contract/ PO Number: DJJ-13W-ENR01-0273
Cost Center Code and YRegDoc: 3361960418 / M0153216
Period: 13 July 2013 to 7 August 2013

*Depositions*
*7/30 – 7/31/13*

Pay to: Production Associates
TIN: ■
Bank: ■
ABA Routing No.: ■
Account No.: ■

Invoice Charges:
1. Labor – John Martinez: Total hours = ■

| | | | | |
|---|---|---|---|---|
| July 13 – 2 hr | July 20 – 2 hr | July 28 – 4 hr | Aug 6 – 4 hr | |
| July 14 – 3 hr | July 21 – 3 hr | July 29 – 8 hr | Aug 7 – 4 hr | |
| Subtotal = 5 hr | July 22 – 4 hr | July 30 – 8 hr | Subtotal = 8 hr | |
| | July 24 – 3 hr | July 31 – 4 hr | | |
| | July 25 – 3 hr | Subtotal = 24 hr | | |
| | Subtotal = 15 hr | | | |

2. Itemized Expenses – Expense record attached     = $~~701.59~~ $712.09
   28 July 2013 to 31 July 2013

**TOTAL THIS INVOICE** ■ *Pay*
**CUMULATIVE TOTAL FOR CONTRACT** ■

*John Martinez* – Expert

ENRD Reviewer / Contact
Marcella Chloe   514-1755
Date 09 / 09 / 13

---

## PRODUCTION ASSOCIATES INC.
### EXPENSE RECORD

| PROJECT: | DOJ - ENRD - BP MACONDO RISER FLOW ANALYSIS | DATES: | JULY 28 - 31, 2013 |
|---|---|---|---|
| LOCATION: | HOUSTON TO NEW ORLEANS | | |

| DATE | AIR FARE | RENT CAR | TAXI | HOTEL | M&IE PER DIEM | CAR USE $0.565/Mi | PARKING | LD PHONE | LOCAL PHONE | INTERNET | LAUNDRY | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | 53.25 | | | | | | | |
| 07/28/2013 | * | | 35.00 | 115.13 ✓ | 71.00 | 22.60 | | | | | | |
| 07/29/2013 | | | | 115.13 ✓ | 71.00 | | | | | | | |
| 07/30/2013 | | | | 115.13 ✓ | 71.00 | | | | | | | |
| 07/31/2013 | | | 38.00 | | 71.00 | 22.60 | | | | | | |
| | | | | | 53.25 | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| * Airfare paid by Sato Travel = $390.30 | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| M&IE Per Diem are for New Orleans | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **TOTAL** | 0.00 | 0.00 | 73.00 | 345.39 | 284.00 | 45.20 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

TOTAL EXPENSE: _SEVEN HUNDRED FORTY SEVEN and 59/100_

SIGNATURE: _(signature)_          DATE: _8/8/13_

747.59

$ 712.09

2013 AUG 13 AM 6: 22



# Hilton
NEW ORLEANS/
ST. CHARLES AVENUE

NAME AND ADDRESS:
MARTINEZ, JOHN

| | |
|---|---|
| Room: | 1014/K1 |
| Arrival Date: | 7/28/2013 |
| Departure Date: | 7/31/2013  12:26:00PM |
| Adult/Child: | 1/0 |
| Room Rate: | 101.00 |

RATE PLAN    L-SJ

HH#
AL: UA  #HG979092
CAR:

CONFIRMATION NUMBER : 3521627194

7/31/2013    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| ✓ 7/28/2013 | GUEST ROOM | ELAINEM | 1281446 | $101.00 | 115.13 | |
| 7/28/2013 | ROOM TAXES | ELAINEM | 1281446 | $14.13 | | |
| ✓ 7/29/2013 | GUEST ROOM | ELAINEM | 1281847 | $101.00 | 115.13 | |
| 7/29/2013 | ROOM TAXES | ELAINEM | 1281847 | $14.13 | | |
| 7/30/2013 | * LUKE | LINTR | 1282040 | $16.46 | | |
| ✓ 7/30/2013 | GUEST ROOM | MCP | 1282332 | $101.00 | 115.13 | Total |
| 7/30/2013 | ROOM TAXES | MCP | 1282332 | $14.13 | | |
| 7/31/2013 | MC | DANI2 | 1282638 | | $361.85 | |
| ✓ | BALANCE | | | | | $0.00 |

## EXPENSE REPORT SUMMARY

| | 07/28/13 | 07/29/13 | 07/30/13 | STAY TOTAL |
|---|---|---|---|---|
| ROOM & TAX | $115.13 | $115.13 | $115.13 | $345.39 |
| FOOD & BEVERAGE | $0.00 | $0.00 | $16.46 | $16.46 |
| DAILY TOTAL | $115.13 | $115.13 | $131.59 | $361.85 |

You have earned approximately 3194 Hilton HHonors points and approximately 319 Miles with United Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotel

Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers!

ACCOUNT NO.

CARD MEMBER NAME
MC

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER/OR PAYMENT

MARTINEZ, JOHN

CARD MEMBER'S SIGNATURE

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

| DATE OF CHARGE | | FOLIO NO./CHECK NO. |
|---|---|---|
| 7/28/13 AUTHORIZATION | 264678  A | INITIAL |

PURCHASES & SERVICES
08027P
TAXES

TIPS & MISC.

TOTAL AMOUNT

PAYMENT DUE UPON RECEIPT



AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA

Witness Fees_293



**U.S. Department of Justice**

Environment and Natural Resources Division

Executive Office
Expert Contracting Unit
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

Telephone: (202) 616-3153/1432
Facsimile: (202) 616-3531

# EXPERT GTA REQUEST FORM

Date of Request: **6/26/13**

Traveler's Name: **JOHN MARTINEZ**

Company Name: **PRODUCTION ASSOCIATES, INC.**

Telephone No.: [redacted]          Fax No.:

Destination(s): **HOUSTON — NEW ORLEANS**

Anticipated
Travel Date(s): **JULY 28 TO JULY 31**

Contract (PO)
Number: **DJJ-13W-ENR.01-0273**

Finance Number
(YRFGDOC): **M0153216      3361960418**

Case Name: **U.S. ET AL. V. BP EXPLORATION & PRODUCTION INC; ANADARKO EXPLORATION & PRODUCTION LP, ET AL (DEEPWATER HORIZON WELLHEAD)**

ID: **90-5-1-1-10026**

Attorney Name: **SCOTT CERNICH**          Section: **ENRD / EES**

When completed please fax to the Expert Contracting Unit at (202) 616-3531.

---

**\*\*\* EXPERT CONTRACTING UNIT ONLY \*\*\***

Fiscal Year/FCN: **13-53216**          (FEW)   SF___   REIMB___
Amount: **$ 390.30**          Reconciliation: ☐
Ticket No:          Carrier:
TMC Agent Name: **LORI**
Agent Phone No.:

Approved ☑   Disapproved ☐

Signature: _(signed)_          Date: **6/27/13**

Remarks: **Authorized Changes in Itinerary
not exceeding $100.00**

Cancellation Date: **Itinerary will be Ticketed 7/24/13**
Credit Amount:

Reconciliation: ☐

# Financial History Report

| Case Name: | U.S., ET AL. V. BP EXPLORATION & PRODUCTION INC; ANADARKO EXPLOR & PRODUCTION LP, ET AL (DEEPWATER HORIZON WELLHEAD) |
|---|---|

| FCN: | 13-53216 | DJ Number: | 90-5-1-1-10026 |
|---|---|---|---|
| YREGDOC: | M0153216 | Contract Num: | DJJ-13W-ENR01-0273 |
| Funding Source: | FEW | Section: | ENVIRONMENTAL ENFORCEMENT |
| Cost Center: | 3361960418 | Attorney: | Cernich, Scott |
| SOC | 1157 | Expert Name: | John Martinez |
| Obligated Amt: | 75,000.00 | Expert Company: | Production Associates |
| Total SOW: | 75,000.00 | Expertise: | Flow Assurance, Pipeline & Welbore |
| X-Ref FCN: | | Expert Phone: | |
| RCN: | | Expert DUNS: | |
| Agency: | | POP Begin: | 05/10/2013 |
| City/State: | | POP End: | 06/30/2018 |
| Expiration_Date: | | Case Nickname: | DEEPWATER GULF |

| Item | Appr Date | Code | Event | Obligation | Invoice/GTA | Interest | Total Cost | Balance |
|---|---|---|---|---|---|---|---|---|
| 4 | 08/26/2013 | | GTA Adjustment | 0.00 | 390.30 | 0.00 | 390.30 | 390.30 |

7/28 - 7/31/13

**Grand Total**



21700 ENR EXPERT
JACKIE LASHLEY
P O BOX 7754
BENJAMIN FRANKLIN STATION
WASHINGTON DC  20044-7754

ACCOUNT NUMBER

STATEMENT DATE 08/13/13

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|-----------|-----------|------------------|------------------------|--------|
| 07-29 | 07-26 | | | |
| 08-02 | 07-31 | | | |
| 08-05 | 08-01 | | | |
| 07-15 | 07-09 | | | |
| 07-29 | 07-26 | | | |
| 07-25 | 07-24 | 000035821953 | SOUTHWES 5262146367434 800-435-9792 TX | 390.30 |
| | | Memo Transaction | | |
| | | MARTINEZ/JOHN     DEPARTURE: 07-28-13 | | |
| | | P.O.S.:   SALES TAX: $0.00 | | |
| | | HOU WN Y MSY WN Y HOU | | |
| 08-05 | 08-01 | | | |

Witness Fees_296



Carlson Wagonlit Travel

# Your Itinerary

## Trip on Jul 28, 2013

Locator: **NLNOVZ**          Date: **Jul 24, 2013**

| | |
|---|---|
| Traveler | **JOHN MARTINEZ** |
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 40 |

*TICKET PURCHASE WITH CA..... ▪

*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER

*NAME/INVOICE AND TICKET NUMBERS APPEAR

*IN THE PRICING BOX

·····································

AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY

ARE BILLED TO A CENTRALLY BILLED ACCOUNT.

---

### Sunday, July 28, 2013

Confirmation **A9K5FN**

 **Flight SOUTHWEST AIRLINES 11**

| DEPARTURE | ARRIVAL |
|---|---|
| **HOUSTON/HOBBY FLD,TX** | **NEW ORLEANS, LA** |
| **10:50 AM, Jul 28, 2013** | **11:55 AM, Jul 28, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class – Y |
| Duration | 01:05 (Non-stop) |
| Equipment | Boeing 737 700 Jet |
| Meal Service | None |
| Notes | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

---

### Sunday, July 28, 2013

Confirmation **3521627194**

 **Hotel HILTON NEW ORLEANS ST CHARLES**

| LOCATION | CONTACT |
|---|---|
| **333 ST CHARLES AVENUE** | **Tel 1-504-524-8890** |
| **NEW ORLEANS, LA US 70130** | **Fax 1-504-524-8889** |

| | |
|---|---|
| Reserved For | JOHN MARTINEZ |
| Status | Confirmed |
| Check-In | Jul 28, 2013 |
| Check-Out | Jul 31, 2013 |
| Number of Rooms | 1 |
| Rate | USD 101.00/night |
| Cancellation Policy | Cancel by 4PM |
| Notes | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |
| Directions | LOUIS ARMSTRONG NEW ORLEANS INTL. AIRPORT |

---

### Wednesday, July 31, 2013

Confirmation **A9K5FN**

 **Flight SOUTHWEST AIRLINES 1893**

| DEPARTURE | ARRIVAL |
|---|---|
| **NEW ORLEANS, LA** | **HOUSTON/HOBBY FLD,TX** |
| **8:35 PM, Jul 31, 2013** | **9:45 PM, Jul 31, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class – Y |
| Duration | 01:10 (Non-stop) |
| Equipment | Boeing 737-500 |
| Meal Service | None |
| Notes | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| JOHN MARTINEZ | 1148581/5262146367434/24JUL13 | USD 344.18 | 25.82US | 7.80ZP | 12.50XT | 390.30 |

**Total Amount** 390.30

Form of Payment: ████████████

## GENERAL INFORMATION
```
*****************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
***************CWTSATOTRAVEL.COM*********************
```
.....................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.....................................................
TRANSACTION FEES ARE NONREFUNDABLE
.....................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.....................................................
GOVERNMENT ISSUED ID IS REQUIRED
.....................................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.....................................................

.....................................................
    TO VIEW ITINERARIES ONLINE PLEASE GO TO
............*** WWW.VIRTUALLYTHERE.COM ***............
ADD YOUR SABRE RESERVATION CODE, NAME, AND EMAIL IN
    THE APPROPRIATE BOXES AND ENTER.
.....................................................

.....................................................
;..... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
.....................................................
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
*****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
.....................................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 **************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
------------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
------------------------------------------------

***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**

Invoice #8 (Final Invoice)                                    12 February, 2015

Case Name: In re Oil Spill by the Oil Rig "Deepwater Horizon" MDL No. 2179
DJ file number: 90-5-1-1-10026
Selecting Attorney: Rachel Evans King
Contract number: DJJ-14W-ENR01-0163
Cost Center Code: 4361960418
YREGDOC Number: N0154193
Period of performance: January 11, 2015 – January 31, 2015

Person to whom payment should be made: Charles F. Mason  — *Expert*
Tax ID: ████████
Bank Name: UniWyo Federal Credit Union
ABA routing number: ████████
Account Number: ████████

Expenses:
████████████████████████████████

Travel: GTA Travel, Laramie, WY—New Orleans, LA—Laramie, WY, 01/18/15 —
01/23/15, cost $~~1202.70~~; Amount Claimed: $0.00; lodging, 5 nights in New Orleans, LA
(01/18/15 — 01/23/15) $~~867.15~~; per diem, 01/18/15 — 01/23/15, $390.50 (6 days, 2 days
@ $53.25/day, 4 day @ $71/day); ground transportation in New Orleans: cabfare, Airport
– InterContinental Hotel, $35; cabfare, InterContinental Hotel –Airport, $35. Total =
$1,177.18


TOTAL AMOUNT INVOICED THIS PERIOD: ████████

Cumulative amount invoiced to date: ████████

Approved

Johnnie R. Cusack
Contracting Officer
Date: 3-12-15

ENRD Reviewer / Contact
Marcella Chloe   514-1755
Date 03/12/15

# InterContinental.

### NEW ORLEANS

**Charles Mason**

**United States**

| | |
|---|---|
| Folio No. : | |
| A/R Number : | |
| Group Code : | |
| Company : | **Fedrooms** |
| Membership No. : | **PC** |
| Invoice No. : | |

| | |
|---|---|
| Room No. : | **1145** |
| Arrival : | **01-18-15** |
| Departure : | **01-23-15** |
| Conf. No. : | **65965287** |
| Booking # : | |
| Page No. : | **1 of 2** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 01-18-15 | Package Rate | | 151.00 | |
| 01-18-15 | Room State Tax | | 12.47 | |
| 01-18-15 | State/City Occupancy Fee | | 2.00 | |
| 01-18-15 | Room City Tax | | 5.54 | |
| 01-18-15 | Tourism Support Assessment | | 2.42 | |
| 01-19-15 | Trenasse Dinner | Room# 1145 ; CHECK# 5042 | | 13.00 |
| 01-19-15 | Package Rate | | 151.00 | |
| 01-19-15 | Room State Tax | | 12.47 | |
| 01-19-15 | State/City Occupancy Fee | | 2.00 | |
| 01-19-15 | Room City Tax | | 5.54 | |
| 01-19-15 | Tourism Support Assessment | | 2.42 | |
| 01-20-15 | Package Rate | | 151.00 | |
| 01-20-15 | Room State Tax | | 12.47 | |
| 01-20-15 | State/City Occupancy Fee | | 2.00 | |
| 01-20-15 | Room City Tax | | 5.54 | |
| 01-20-15 | Tourism Support Assessment | | 2.42 | |
| 01-21-15 | Petes Dinner Food | Line# 1145 : C | | 30.50 |
| 01-21-15 | Package Rate | | 151.00 | |
| 01-21-15 | Room State Tax | | 12.47 | |
| 01-21-15 | State/City Occupancy Fee | | 2.00 | |
| 01-21-15 | Room City Tax | | 5.54 | |
| 01-21-15 | Tourism Support Assessment | | 2.42 | |
| 01-22-15 | Package Rate | | 151.00 | |
| 01-22-15 | Room State Tax | | 12.47 | |
| 01-22-15 | State/City Occupancy Fee | | 2.00 | |

*Handwritten annotations:* Hotel; 1/22/15; 0.00 *; 151.00 +; 12.47 +; 2.00 +; 5.54 +; 2.42 +; 173.43 *; Total

Witness Fees_300



# INTERCONTINENTAL.
## NEW ORLEANS

01-23-15

| Charles Mason | Folio No. | : | Room No. | : | 1145 |
| United States | A/R Number | : | Arrival | : | 01-18-15 |
| | Group Code | : | Departure | : | 01-23-15 |
| | Company | : Fedrooms | Conf. No. | : | 65965287 |
| | Membership No. | : PC ▇▇▇ | Booking # | : | |
| | Invoice No. | : | Page No. | : | 2 of 2 |

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 01-22-15 | Room City Tax | 5.54 | |
| 01-22-15 | Tourism Support Assessment | 2.42 | |
| 01-23-15 | Mastercard ▇▇▇ | | 910.65 |

*handwritten:* — $43.50 for Food (m/e) 3/12/15  867.15  867.15

Thank you for staying with us! Qualifying points for this stay will automatically be credited to your account. Please tell us about your stay by ▇. We look forward to welcoming you back soon.

Total ~~910.65~~ *867.15*

Balance 0.00

**Guest Signature:** _____

I have received the goods and / or services in the a ... personally liable in the event that the indicated pers ... a credit card charge, I further agree to perform the ...

this bill is not waived and agree to be held ...art or the full amount of these charges. If ...ent with the issuer,

*handwritten:* Cab Fare

```
0.00  *
33.00  +
35.00  +
70.00  *
0.00  =
```
*Total*

**PASSENGER'S RECEIPT**
**TAXICAB FARE**

Telephone # _____

CAB COMPANY _____

CPNC # _____

Telephone # _____

**CAB COMPANY**
**PASSENGER'S RECEIPT, TAXICAB FARE**

Date ___1 / 23___, 20_15_
Amount of Fare ...... $ __35__ ✓
Other Charges ........ $ _____
Total ..................... $ _____

Driver's Name _____
Cab Number _____

Date ___Jan 18___, 20_15_
Amount of Fare $ __35__ ✓
Other Charges $ _____
Total ................ $ _____

Driver's Name _____

444 St. Charles Avenue, New Orleans, LA 70130-3171 USA   Tel: (504) 525.5566  Fax: (504) 523.7310
http://new-orleans.intercontinental.com  neworleans@ihg.com



21700 ENR EXPERT
JACKIE LASHLEY
601 D STREET, NW
ROOM 2430
WASHINGTON DC 20530-0001

ACCOUNT NUMBER _____

STATEMENT DATE: 01/12/15

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|-----------|-----------|------------------|-------------------------|--------|
| 12-15 | 12-12 | | | |
| 12-22 | 12-15 | | | |
| 12-31 | 12-29 | 000274327346 | UNITED 01675150255354 800-932-2732 TX | 1,198.70 |
| | | | Memo Transaction | |
| | | | MASON/CHARLES FREDEDEPARTURE: 01-04-15 | |
| | | | P.O.S.: SALES TAX: $0.00 | |
| | | | LAR UA E DEN UA E IAD U Y DEN UA M LAR | |
| 01-05 | 01-02 | 000140626867 | UNITED 01675156214362 800-932-2732 TX | 902.70 |
| | | | Memo Transaction | |
| | | | MASON/CHARLES FREDEDEPARTURE: 01-18-15 | |
| | | | P.O.S.: SALES TAX: $0.00 | |
| | | | LAR UA M DEN UA Y MSY UA Y DEN AU M LAR | |
| 12-15 | 12-12 | | | |
| 01-12 | 01-09 | | | |
| 01-09 | 01-07 | | | |

*Trial*

Witness Fees_302

JTFGDC



**U.S. Department of Justice**

Environment and Natural Resources Division

Telephone: (202) 616-3153/1432
Facsimile: (202) 616-3531

Executive Office
Expert Contracting Unit
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

# EXPERT GTA REQUEST FORM

Date of Request: __12/23/14__

Traveler's Name: __Charles Mason__

Company Name: __University of Wyoming__

Telephone No.: _____ Fax No.: _____

Destination(s): __New Orleans, LA__

Anticipated
Travel Date(s): __1/18/15__ – __1/23/15__

Contract (PO)
Number: __DJJ-14W-ENR01-0163__

Finance Number
(YREGDOC): __N0154193__

Case Name: __US et al VS BP Expl + Prod^, Anadarko; Deep Water Horizon__

DJ#: __90-5-1-1-10026__

Attorney Name: __Rachel King__ Section: __ENRD__

When completed please fax to the Expert Contracting Unit at (202) 616-3531.

*** EXPERT CONTRACTING UNIT ONLY ***

| | | | |
|---|---|---|---|
| Fiscal Year/FCN: | N0154193 | FEW ___ SF ___ REIMB ___ | |
| Amount: | 902.70 | Reconciliation: ☐ | |
| Ticket No: | | Carrier: | |
| TMC Agent Name: | | | |
| Agent Phone No.: | Approved ☒ Disapproved ☐ | | |
| | | Date: 1/2/2015 | |
| Signature: | MS | | |
| Remarks: | | | |
| Cancellation Date: | | | |
| Credit Amount: | | Reconciliation: ☐ | |

1/2/2015  Early Ticketing for Cheaper fare

Authorized changes in time and
dates not to exceed $100.00

Witness Fees_303

**Trip on Jan 18, 2015**

Locator: JTFGDC     Date: Jan 02, 2015

| | |
|---|---|
| Traveler | CHARLES FREDERICK MASON |
| | EXPERT WITNESS |
| Customer Number | Q312941 |
| Agent | 57 |

```
*TICKET PURCHASE WITH CA.......0636*
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
*******************************
```

**Sunday, January 18, 2015**                         Confirmation PF2QLR


**Flight UNITED AIRLINES 5464**

DEPARTURE
LARAMIE, WY
6:16 AM, Jan 18, 2015

ARRIVAL
DENVER, CO
7:13 AM, Jan 18, 2015

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 00:57 (Non-stop) |
| Equipment | Embraer Turboprop |
| Meal Service | None |
| Reserved Seats | 3A |
| Frequent Flyer | |
| Notes | *LAR-DEN OPERATED BY /SKYWEST DBA UNITED EXPRESS |

**Sunday, January 18, 2015**                         Confirmation PF2QLR


**Flight UNITED AIRLINES 740**

DEPARTURE
DENVER, CO
10:01 AM, Jan 18, 2015

ARRIVAL
NEW ORLEANS, LA
1:37 PM, Jan 18, 2015

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 02:36 (Non-stop) |
| Equipment | Airbus Jet |
| Meal Service | Food and Bev For Purchase |
| Reserved Seats | 8C |
| Frequent Flyer | |

**Sunday, January 18, 2015**                         Confirmation 65965287


**Hotel INTERCONTINENTAL**

LOCATION
444 ST CHARLES AVENUE
NEW ORLEANS, LA US 70130

CONTACT
Tel 1-504-525-5566
Fax 1-504-523-7310

| | |
|---|---|
| Reserved For | CHARLES FREDERICK MASON |
| Status | Confirmed |
| Check-In | Jan 18, 2015 |
| Check-Out | Jan 23, 2015 |
| Number of Rooms | 1 |
| Rate | USD 151.00/night |
| Cancellation Policy | Cancel by 6PM |
| Directions | LOUIS ARMSTRONG NEW ORLEANS INTL. AIRPORT |

FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
........................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 **************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
------------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
------------------------------------------------
TKT MUST BE PURCHASED BY 03JAN OR FLTS WILL BE XCLD/02JAN 1310
------------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
------------------------------------------------

***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**

3 December, 2014 ✓

## Invoice #6

Case Name: In re Oil Spill by the Oil Rig "Deepwater Horizon" MDL No. 2179
DJ file number: 90-5-1-1-10026
Selecting Attorney: Rachel Evans King
Contract number: DJJ-14W-ENR01-0163
Cost Center Code: 4361960418
YREGDOC Number: N0154193
Period of performance: October 1 – November 30, 2014 ✓

Approved

Johnnie R. Cusack
Contracting Officer
Date: 12-22-14

Person to whom payment should be made: Charles F. Mason — Expert
Tax ID: ▮▮▮▮
Bank Name: ▮▮▮▮
ABA routing number: ▮▮▮▮
    Account Number: ▮▮▮▮

Expenses:

▮▮▮▮▮▮▮▮▮▮▮▮

Travel:

(1) GTA Travel, Denver, CO—New Orleans, LA—Denver, CO, 10/9/14 — 10/11/14, cost $388.20; Amount Claimed: $0.00; lodging, 2 nights in New Orleans, LA (10/9/14 — 10/11/14) $327.30; per diem, 10/9/14 – 10/11/14, $177.50 (3 days, 2 days @ $53.25/day, 1 day @ $71/day); ground transportation in New Orleans: cabfare, Airport – Sheraton, $37; cabfare, Sheraton – Airport, $37; private car mileage, Laramie, WY—Denver, CO—Laramie, WY $164.08 (293 miles @ $.56/mile); parking $23.87 (at Denver airport);

(2) GTA Travel, Laramie, WY—New Orleans, LA—Laramie, WY, 10/26/14 — 10/30/14, cost $898.70; Amount Claimed: $0.00; lodging, 4 nights in New Orleans, LA (10/26/14 — 10/30/14) $711.92; per diem, 10/26/14 – 10/30/14, $319.50 (5 days, 2 days @ $53.25/day, 3 day @ $71/day); ground transportation in New Orleans: cabfare, Airport – Sheraton, $36; cabfare, Sheraton – Airport, $37.

DEPO ✓

TOTAL AMOUNT INVOICED THIS PERIOD: ▮▮▮▮ $ ▮▮▮▮ pay

Cumulative amount invoiced to date: ▮▮▮▮

ENRD Reviewer / Contact
Marcella Chloe 514-1755
Date 12/22/14

2014 DEC -9 PM 12:51

OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING



# INTERCONTINENTAL.
### NEW ORLEANS

10-30-14

Charlesf Mason ✓

| | | |
|---|---|---|
| Folio No. | : | 824223 |
| A/R Number | : | |
| Group Code | : | |
| Company | : | Fedrooms |
| Membership No. | : | |
| Invoice No. | : | |

| | | |
|---|---|---|
| Room No. | : | 0640 |
| Arrival | : | 10-26-14 |
| Departure | : | 10-30-14 |
| Conf. No. | : | 63579323 |
| Booking # | : | |
| Page No. | : | 1 of 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-26-14 | Package Rate | 154.00 ✓ | |
| 10-26-14 | Room State Tax | 13.41 ✓ | |
| 10-26-14 | State/City Occupancy Fee | 2.00 ✓ | |
| 10-26-14 | Room City Tax | 5.96 ✓ | |
| 10-26-14 | Tourism Support Assessment | 2.61 ✓ | |
| 10-27-14 | Package Rate | 154.00 ✓ | |
| 10-27-14 | Room State Tax | 13.41 ✓ | |
| 10-27-14 | State/City Occupancy Fee | 2.00 ✓ | |
| 10-27-14 | Room City Tax | 5.96 ✓ | |
| 10-27-14 | Tourism Support Assessment | 2.61 ✓ | |
| 10-28-14 | Package Rate | 154.00 ✓ | |
| 10-28-14 | Room State Tax | 13.41 ✓ | |
| 10-28-14 | State/City Occupancy Fee | 2.00 ✓ | |
| 10-28-14 | Room City Tax | 5.96 ✓ | |
| 10-28-14 | Tourism Support Assessment | 2.61 ✓ | |
| 10-29-14 | Package Rate | 154.00 ✓ | |
| 10-29-14 | Room State Tax | 13.41 ✓ | |
| 10-29-14 | State/City Occupancy Fee | 2.00 ✓ | |
| 10-29-14 | Room City Tax | 5.96 ✓ | |
| 10-29-14 | Tourism Support Assessment | 2.61 ✓ | |
| 10-30-14 | Mastercard | | 711.92 ✓ |

*(handwritten: 1 night)*

*(handwritten calculations:)*
```
154.00 +
13.41 +
2.00 +
5.96 +
2.61 +
Total  177.98 *
0.00 =
```

444 St. Charles Avenue, New Orleans, LA 70130-3171 USA  Tel. (504) 525.5566  Fax: 523.7310
http://new-orleans.intercontinental.com  neworleans@ihg.com

Witness Fees_307

# INTERCONTINENTAL.

### NEW ORLEANS

| Charlesf Mason | | |
|---|---|---|
| Folio No. | : | 824223 |
| A/R Number | : | |
| Group Code | : | |
| Company | : | Fedrooms |
| Membership No. | : | |
| Invoice No. | : | |

| | | |
|---|---|---|
| Room No. | : | 0640 |
| Arrival | : | 10-26-14 |
| Departure | : | 10-30-14 |
| Conf. No. | : | 63579323 |
| Booking # | : | |
| Page No. | : | 2 of 2 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | Total | 711.92 | 711.92 ✓ |
| | Balance | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Witness Fees_308

500 Canal Street
New Orleans, LA 7013`
504-525-2500
http://www.starwood.com/



**Sheraton®**
HOTELS & RESORTS

2014 DEC -9 PM 12:51 OFFICE OF FINANCIAL INVESTMENT AND PLANNING

| | | | | | |
|---|---|---|---|---|---|
| Mason, Charles | Page Number | 1 | Invoice Nbr | 1000277488 | |
| Sato Travel/tmc | Guest Number | ▮ | Arrive Date | 10-09-2014 16:51 | |
| | Folio ID | A | Depart Date | 10-11-2014 06:30 | |
| ▮ | No. Of Guest | 1 | Agent | ANABMAG | |

Room Number      3023

### Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 10-09-2014 | RT3023 | Room Chrg TMC/Consortia | $140.00 | |
| 10-09-2014 | RT3023 | City Sales Tax | $5.60 | |
| 10-09-2014 | RT3023 | State Sales Tax | $12.60 | |
| 10-09-2014 | RT3023 | Act 410 Assessment CVB | $2.45 | |
| 10-09-2014 | RT3023 | Occupancy Fee | $3.00 | |
| 10-10-2014 | RT3023 | Room Chrg TMC/Consortia | $140.00 | |
| 10-10-2014 | RT3023 | City Sales Tax | $5.60 | |
| 10-10-2014 | RT3023 | State Sales Tax | $12.60 | |
| 10-10-2014 | RT3023 | Act 410 Assessment CVB | $2.45 | |
| 10-10-2014 | RT3023 | Occupancy Fee | $3.00 | |
| 10-11-2014 | VM | Visa/Mastercard | | $-327.30 |
| | | ** Total | $327.30 | $-327.30 |
| | | ** Balance | $0.00 | |

***For Authorization Purpose Only***

CHARLES MASON

| Date | Credit Card | Code | Authorized |
|---|---|---|---|
| 10-09-2014 | ▮ | 08153P | 420.00 |

### EXPENSE SUMMARY REPORT
Currency: USD

| Date | Rm/Tax | Food/Bev | Telephone | Parking | Other | Total | Payment |
|---|---|---|---|---|---|---|---|
| 10-09-2014 | $163.65 | $0.00 | $0.00 | $0.00 | $0.00 | $163.65 | $0.00 |
| 10-10-2014 | $163.65 | $0.00 | $0.00 | $0.00 | $0.00 | $163.65 | $0.00 |
| 10-11-2014 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $-327.30 |
| Total | $327.30 | $0.00 | $0.00 | $0.00 | $0.00 | $327.30 | $-327.30 |

As a Starwood Preferred Guest you have earned at least 948
Starpoints for this visit G50856831121

Continued on the next page



Compliments of:
**Taxicab Insurance Store**
3300 Bienville Street
New Orleans. LA 70119

Telephone #_____

CAB COMPANY                          CPNC #

PASSENGER'S RECEIPT, TAXICAB FARE

10 - 26 , 20 14
Date

Amount of Fare  $ 33 ✓

Other Charges  TIP  $ 3

Total............  $ 36

Driver's Name

---

Compliments of:
**Taxicab Insurance Store**
3300 Bienville Street
New Orleans. LA 70119

Telephone #_____

CAB COMPANY                          CPNC #

PASSENGER'S RECEIPT, TAXICAB FARE

10/30/14 , 20 14
Date

Amount of Fare  $ 33 ✓

Other Charges  tip  $ 4

Total............  $ 37

Driver's Name

---

Cab
fare
Total

0·00 *
36·00 +
37·00 +
73·00 *

Telephone #_____

CAB COMPANY
PASSENGER'S RECEIPT, TAXICAB FARE
Date _10 - 9_____ 20 _14_
    Amount of Fare ..... $ _33.00_ ✓
    Other Charges TIP $ _4.00_
    Total ................ $ _37.00_
Driver's Name_____
Cab Number_____

Telephone: _____

Cab Co. _____

PASSENGER'S RECEIPT, TAXICAB FARE
Date _10 — 11 — 14_ , 20 ___
    Amount of Fare      $ _33_ ✓
    Other Charges  tip $ _4_
    Total . . . . . . . . .  $ _37_
Driver's Name _____ Cab # _____

# USAirport PARKING

18000 East 81st Avenue
Commerce City, CO 80022
303.371.7575

10/11/2014 10:51:00 AM
Location: USAirport DIA
Register:                        #76
Cashier:                        Diana
Transaction/Receipt#:        761099
Claim Check#:                240652
Pin#:                          6508
Membership#:   FP0009989375
System Account#:        9989375
Group/Corporation:
    AAA 15%

Parking Summary
In Date/Time:     10/9/2014        10:52 AM
Out Date/Time:   10/11/2014      10:51 AM
Parking Type:          Unc. Valet
Rate =
    15% Off Rate
    $11.05 (Full Day) X  2
Period Total:  ___1 Days  23 Hours 58 Min
            Parking Subtotal  =   $22.10
Access Fee                    =   $1.77
Parking Tax / Fee Total   =   $1.77
Parking Total     =   $23.87

            Grand Total

    Parking          =   $23.87
    Total            =   $23.87

    Total Paid    :     $23.87      ✓

MasterCard  $23.87

MASON, CHARLES
$23.87 Charged to MasterCard
ending

 CACRKP



**U.S. Department of Justice**

Environment and Natural Resources Division

Executive Office
Expert Contracting Unit
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

Telephone: (202) 616-3153/1432
Facsimile: (202) 616-3531

## EXPERT GTA REQUEST FORM

Date of Request: _9/17/14_

Traveler's Name: _Charles Mason_

Company Name: _University of Wyoming_

Telephone No.: ███████ Fax No.: ███████

Destination(s): _New Orleans, LA_

Anticipated
Travel Date(s): _10/26/14 - 10/30/14_

Contract (PO)
Number: _DJJ-14W-ENR01-0163_

Finance Number
(YREGDOC): _N0154193_

Case Name: _US et al VS BP Expl & Prd; Anadarko, Deep Water Horizon_

DJ#: _90-5-1-1-10076_

Attorney Name: _Rachel King_     Section: _ENRD_

**When completed please fax to the Expert Contracting Unit at (202) 616-3531.**

```
*** EXPERT CONTRACTING UNIT ONLY ***
```

Fiscal Year/FCN: **14-54193**     (FEW)   SF   REIMB
Amount: **898.70**               Reconciliation: ☐
Ticket No:                       Carrier:
TMC Agent Name:          _LYNN_
Agent Phone No.:
                     Approved **X**   Disapproved ☐

Signature: _____     Date: _____
Remarks: _____
_____
_____

Cancellation Date: _____
Credit Amount: _____
                              Reconciliation: ☐

FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1

...................................................

****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 *************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
TKT MUST BE PURCHASED BY 02OCT OR FLTS WILL BE XCLD/01OCT1350
-------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-------------------------------------------
TKT MUST BE PURCHASED BY 02OCT OR FLTS WILL BE XCLD/01OCT1554
-------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-------------------------------------------

***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**



### Flight UNITED AIRLINES 1444

| DEPARTURE | ARRIVAL |
|---|---|
| **NEW ORLEANS, LA** | **DENVER, CO** |
| **4:31 PM, Oct 30, 2014** | **6:25 PM, Oct 30, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 02:54 (Non-stop) |
| Equipment | 739 |
| Meal Service | Food and Bev For Purchase |
| Reserved Seats | 10D |
| Frequent Flyer | ▆▆▆▆▆ |

**Thursday, October 30, 2014**    Confirmation **AMZ3N1**



### Flight UNITED AIRLINES 5478

| DEPARTURE | ARRIVAL |
|---|---|
| **DENVER, CO** | **LARAMIE, WY** |
| **7:55 PM, Oct 30, 2014** | **8:48 PM, Oct 30, 2014** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 00:53 (Non-stop) |
| Equipment | Embraer Turboprop |
| Meal Service | None |
| Reserved Seats | 7B |
| Frequent Flyer | ▆▆▆▆▆ |
| Notes | *DEN-LAR OPERATED BY /SKYWEST DBA UNITED EXPRESS |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| MASON CHARLES F | 1387327/0167497721842/01OCT14 | USD 805.58 | 60.42US | 8.00ZP | 24.70XT | 898.70 |
| | | | | | **Total Amount** | **898.70** |

Form of Payment: CAXXXXXXXXXXXX0636

## GENERAL INFORMATION
```
*****************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
****************CWTSATOTRAVEL.COM********************
```
.......................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.......................................
TRANSACTION FEES ARE NONREFUNDABLE
.......................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.......................................
GOVERNMENT ISSUED ID IS REQUIRED
.......................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.......................................
.......................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
.......................................
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
```
***********************************************
```
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST

Carlson
Wagonlit SatoTravel

**Your Itinerary**

## Trip on Oct 26, 2014        Locator: **CACRKP**        Date: Oct 01, 2014

| | |
|---|---|
| Traveler | **CHARLES F MASON** |
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 49 |

*TICKET PURCHASE WITH CA......0636*
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
*********************************************

### Sunday, October 26, 2014                    Confirmation **AMZ3N1**



### Flight UNITED AIRLINES 5464

DEPARTURE                          ARRIVAL
**LARAMIE, WY**                      **DENVER, CO**
**6:15 AM, Oct 26, 2014**            **7:08 AM, Oct 26, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - M |
| Duration | 00:53 (Non-stop) |
| Equipment | Embraer Turboprop |
| Meal Service | None |
| Reserved Seats | 7B |
| Frequent Flyer | █████████ |
| Notes | *LAR-DEN OPERATED BY /SKYWEST DBA UNITED EXPRESS |

### Sunday, October 26, 2014                    Confirmation **AMZ3N1**



### Flight UNITED AIRLINES 1737

DEPARTURE                          ARRIVAL
**DENVER, CO**                       **NEW ORLEANS, LA**
**9:56 AM, Oct 26, 2014**            **1:32 PM, Oct 26, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 02:36 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food and Bev For Purchase |
| Reserved Seats | 11D |
| Frequent Flyer | █████████ |

### Sunday, October 26, 2014                    Confirmation **63579323**



### Hotel INTERCONTINENTAL

LOCATION                           CONTACT
**444 ST CHARLES AVENUE**            **Tel 1-504-525-5566**
**NEW ORLEANS, LA US 70130**         **Fax 1-504-523-7310**

| | |
|---|---|
| Reserved For | CHARLES F MASON |
| Status | Confirmed |
| Check-In | Oct 26, 2014 |
| Check-Out | Oct 30, 2014 |
| Number of Rooms | 1 |
| Rate | USD 154.00/night |
| Cancellation Policy | Cancel by 6PM |
| Directions | LOUIS ARMSTRONG NEW ORLEANS INTL. AIRPORT |

Witness Fees_315

# *1100195765*

## TRAVEL VOUCHER OR SUBVOUCHER

Read Privacy Act Statement, Penalty Statement, and Instructions on back before completing form. Use typewriter, ink, or ball point pen. PRESS HARD. DO NOT use pencil. If more space is needed, continue in remarks.

**1. PAYMENT**
[X] Electronic Fund Transfer (EFT)
[ ] Payment by Check

**SPLIT DISBURSEMENT:** The Paying Office may pay directly to the Government Travel Charge Card (GTCC) contractor the portion of your reimbursement representing travel charges for transportation, lodging, and rental car if you are a civilian employee, unless you elect a different amount. Military personnel are required to designate a payment that equals the total of their outstanding government travel card balance to the GTCC contractor.

Pay the following amount of this reimbursement directly to the Government Travel Charge Card contractor: $ _____

| 2. NAME (Last, First, Middle Initial) (Print or type) | 3. GRADE | 4. SSN | 5. TYPE OF PAYMENT (X as applicable) | | |
|---|---|---|---|---|---|
| MCCLEARY, STEPHEN P | GS15 | | [X] TDY | [X] Member/Employee | |

| 6. ADDRESS a. NUMBER AND STREET | b. CITY | c. STATE | d. ZIP CODE | | |
|---|---|---|---|---|---|
| | | | | [ ] PCS | [ ] Other |
| | | | | [ ] Dependent(s) | [ ] DLA |

| e. E-MAIL ADDRESS | 10. FOR D.O. USE ONLY |
|---|---|
| Stephen.P.McCleary@uscg.mil | |

| 7. DAYTIME TELEPHONE NUMBER & AREA CODE | 8. TRAVEL ORDER/AUTHORIZATION NUMBER | 9. PREVIOUS GOVERNMENT PAYMENTS/ ADVANCES | a. D.O. VOUCHER NUMBER |
|---|---|---|---|
| 202-372-3805 | 1114G84GLA368000 | 0.00 | |

| 11. ORGANIZATION AND STATION | b. SUBVOUCHER NUMBER |
|---|---|
| 9870098 | |

**12. DEPENDENT(S)** (X and complete as applicable)

| ACCOMPANIED | [X] UNACCOMPANIED | | 13. DEPENDENTS' ADDRESS ON RECEIPT OF ORDERS (include Zip Code) | c. PAID BY |
|---|---|---|---|---|
| a. NAME (Last, First, Middle Initial) | b. RELATIONSHIP | c. DATE OF BIRTH OR MARRIAGE | | |
| | | | | |
| | | | | |

| 14. HAVE HOUSEHOLD GOODS BEEN SHIPPED? (X one) | d. COMPUTATIONS |
|---|---|
| [ ] YES [ ] NO (Explain in Remarks) | |

### 15. ITINERARY

| a. DATE | b. PLACE (Home, Office, Base, Activity, City and State, City and Country, etc.) | c. MEANS/ MODE OF TRAVEL | d. REASON FOR STOP | e. LODGING COST | f. POC MILES | |
|---|---|---|---|---|---|---|
| 07/16/2014 DEP | 20832 Olney, MD | PA | | | | |
| 07/16/2014 ARR | 21240 Bwi Airport, MD | | AT | | 33 | |
| 07/16/2014 DEP | 21240 Bwi Airport, MD | CP | | | | |
| 07/16/2014 ARR | 70062 Kenner, LA | | AT | | | |
| 07/16/2014 DEP | 70062 Kenner, LA | CA | | | | |
| 07/16/2014 ARR | 70130 Lafayette Square, LA | | TD | 108.00 | | |
| 07/19/2014 DEP | 70130 Lafayette Square, LA | CA | | | | |
| 07/19/2014 ARR | 70062 Kenner, LA | | AT | | | |
| 07/19/2014 DEP | 70062 Kenner, LA | CP | | | | |
| 07/19/2014 ARR | 21240 Bwi Airport, MD | | AT | | | |
| 07/19/2014 DEP | 21240 Bwi Airport, MD | PA | | | | |
| 07/19/2014 ARR | 20832 Olney, MD | | MC | | 33 | |
| DEP | | | | | | |
| ARR | | | | | | |

| e. SUMMARY OF PAYMENT | |
|---|---|
| (1) Per Diem | |
| (2) Actual Expense Allowance | |
| (3) Mileage | |
| (4) Dependent Travel | |
| (5) DLA | |
| (6) Reimbursable Expenses | |
| (7) Total | |
| (8) Less Advance | |
| (9) Amount Owed | |
| (10) Amount Due | |

| 16. POC TRAVEL (X one) [X] OWN/OPERATE | [ ] PASSENGER | 17. DURATION OF TDY TRAVEL |
|---|---|---|
| | | [ ] 12 HOURS OR LESS |
| | | [ ] MORE THAN 12 HOURS BUT 24 HOURS OR LESS |
| | | [X] MORE THAN 24 HOURS |

### 18. REIMBURSABLE EXPENSES

| a. DATE | b. NATURE OF EXPENSE | c. AMOUNT | d. ALLOWED |
|---|---|---|---|
| 07/16/2014 | SATO-CTO-TMC SVC PROC | 24.30 | 24.30 |
| 07/16/2014 | AIRFARE-TRAIN-BUS EXP | 20.00 | 20.00 |
| 07/19/2014 | AIRFARE-TRAIN-BUS EXP | 534.00 | 534.00 |
| 07/19/2014 | SATO-CTO-TMC SVC PROC | 25.10 | 25.10 |
| 07/19/2014 | AIRFARE-TRAIN-BUS EXP | 18.00 | 18.00 |
| 07/19/2014 | PARKING-TRANSPORT HUB | 36.00 | 36.00 |
| 07/16/2014 | ALLOWED LODGING TAXES | 56.79 | 56.79 |

**19. GOVERNMENT/DEDUCTIBLE MEALS**

| a. DATE | b. NO. OF MEALS | a. DATE | b. NO. OF MEALS |
|---|---|---|---|
| | | | |
| | | | |

| 20.a. CLAIMANT SIGNATURE | b. DATE |
|---|---|
| STEPHEN P MCCLEARY | 7/24/2014 |

| c. REVIEWER'S PRINTED NAME | d. REVIEWER SIGNATURE | e. TELEPHONE NUMBER | f. DATE |
|---|---|---|---|
| | | | |

| 21.a. APPROVING OFFICIAL'S PRINTED NAME | b. SIGNATURE | c. TELEPHONE NUMBER | d. DATE |
|---|---|---|---|
| MARIA F VILLANUEVA | | | 7/24/2014 |

**22. ACCOUNTING CLASSIFICATION**
1114G84GLA368000 2 G 401 199 30 0 LA 70180 2100

**23. COLLECTION DATA**

| 24. COMPUTED BY | 25. AUDITED BY | 26. TRAVEL ORDER/ AUTHORIZATION POSTED BY | 27. RECEIVED (Payee signature and Date or Check No.) | 28. AMOUNT PAID |
|---|---|---|---|---|
| | MFV | | | |

**DD FORM 1351-2, MAR 2008**

PREVIOUS EDITION MAY BE USED UNTIL SUPPLY IS EXHAUSTED.

Exception to SF 1012 approved by GSA/IRMS 12-91
Adobe Designer 7.0

Witness Fees_316

## PRIVACY ACT STATEMENT

AUTHORITY: 5 USC 5701, 37 USC 404-427, and EO 9397.

PRINCIPAL PURPOSE(S): Used for reviewing, approving, accounting and disbursing for official travel. SSN is used to maintain a numerical identification system for individual claims.

ROUTINE USE(S): To substantiate claims for reimbursement for official travel.

DISCLOSURE: Voluntary; however, failure to furnish information requested may result in total or partial denial of amount claimed.

## PENALTY STATEMENT

There are severe criminal and civil penalties for knowingly submitting a false, fictitious, or fraudulent claim (U.S. Code, Title 18, Section 287 and 1001 and Title 31, Section 3729).

## INSTRUCTIONS

### ITEM 1 - PAYMENT

Member must be on electronic funds (EFT) to participate in split disbursement. Split disbursement is a payment method by which you may elect to pay your official travel card bill and forward the remaining settlement dollars to your predesignated account. For example: $250.00 in the "Amount to Government Travel Charge Card" block means that $250.00 of your travel settlement will be electronically sent to the charge card company. Any dollars remaining on this settlement will automatically be sent to your predesignated account. Should you elect to send more dollars than you are entitled, "all" of the settlement will be forwarded to the charge card company. Notification: you will receive your regular monthly billing statement from the Government Travel Charge Card contractor; it will state; paid By Government $250.00 ; 0 due. If you forwarded less dollars than you owe, the statement will read as: paid by Government $250.00, $15.00 now due. Payment by check is made to travelers only when EFT payment is not directed.

### USCG TRAVEL PAYMENT STATUS AND DEBT/OVERPAYMENT COLLECTION

- When Industrial Site accounting used - contact the accounting office that funded travel.
- For all others - contact the CG Finance Center at 1-800-564-5504 and follow the prompts. For personal assistance and instructions for repayments or rescheduling of travel debts call (757) 523-6940. A Due Process debt notification letter w/instructions will be sent to you.
- If no payment status is indicated call HRSIC Travel at 1-888-USCG-TVL.

### REQUIRED ATTACHMENTS FOR TRAVEL VOUCHER AUDIT SUBMISSIONS

Claims will be audited based on a random sampling plan or because the net entitlement of the travel equaled or exceeded $2,500.00 Assemble your claim as follows:
1. (Top) Travel Voucher, Continuation Page, and Daily Expense Record, DOD or UTS record.
2. Copy of all travel orders and amendments, as applicable.
3. Dependent and/or other family member travel authorizations or claim documentation.
4. Change HRSIC to PPC.

### ITEM 15. ITINERARY - SYMBOLS

15c. MEANS/MODE OF TRAVEL *(Use two letters)*

| | | | |
|---|---|---|---|
| GTR/TKT | - T | Automobile | - A |
| Government Transportation | - G | Motorcycle | - M |
| Commercial Transportation | | Bus | - B |
| *(Own expense)* | - C | Plane | - P |
| Privately Owned | | Rail | - R |
| Conveyance*(POC)* | - P | Vessel | - V |
| Alaska Ferry System | - AF | Rental Car | - RC |
| Change Status | - CS | | |

15d. REASON FOR STOP

| | | | |
|---|---|---|---|
| Authorized Delay | - AD | Hospital Discharge | - HD |
| Authorized Return | - AR | Change of Home Port | - HP |
| Awaiting Transportation | - AT | Leave En Route | - LV |
| Circuitous Travel | - CT | Mission Complete | - MC |
| Designated Leave Point | - DL | Pick Up Passengers | - PP |
| Drop Off Passengers | - DP | Pick Up Vehicle | - PV |
| Drop Off Vehicle | - DV | Sick Leave | - SL |
| Enroute Stop Over | - ES | Temporary Duty | - TD |
| House Hunting | - HH | Voluntary Return | - VR |
| Hospital Admittance | - HA | | |

15e. LODGING COST
TPAX requires the entry of the per-day (daily) cost of Lodging. Place and claim INCONUS lodging taxes in the reimbursable expense section.

### ITEM 19 - DEDUCTIBLE MEALS

Use the TPAX "Exception" button to enter deductible meals. Meals consumed by a member when furnished with or without charge incident to an official assignment by sources other than a government mess (see JFTR,par. U4125-A3g and JTR, par. C4554-B for definition and deductible meals). Meals furnished on commercial aircraft or by private individuals are not considered deductible meals.

### 29. REMARKS

EMPLOYEES: INDICATE DATES ON WHICH LEAVE TAKEN FOR MORE THAN ONE-HALF OF PRESCRIBED DAILY WORKING HOURS

UNIFORMED MEMBERS: INDICATE DATES ON WHICH LEAVE WAS TAKEN

Receipts Required:

| Date(s) | Description | Amount |
|---|---|---|
| 07/19/2014- | AIRFARE-TRAIN-BUS EXPENSE | $534.00 |
| 07/16/2014- 07/19/2014 | Lodging at 70130 Lafayette Square, LA LOUISIANA | At least $ 324.00 |

TPAX GENERATED FORM 1351-2 (BACK), AUG 1997

4. NAME (Last, First, Middle Initial)

MCCLEARY, STEPHEN P

| Date | Day Type | Daily Lodging | Lodging Taxes | Computed Meal Types Br | Lu | Dn | Claimed Meal Types Br | Lu | Dn | Actual Expenses Claimed Br | Lu | Dn | Inc. |
|------|----------|---------------|---------------|-----|----|----|-----|----|----|-----|----|----|------|
| 07/16/2014 | LDP | 108.00 | 18.93 | CM | CM | CM | CM | CM | CM | | | | |
| 07/17/2014 | LDP | 108.00 | 18.93 | CM | CM | CM | CM | CM | CM | | | | |
| 07/18/2014 | LDP | 108.00 | 18.93 | CM | CM | CM | CM | CM | CM | | | | |
| 07/19/2014 | LDP | 0.00 | 0.00 | CM | CM | CM | CM | CM | CM | | | | |

Day Types
LDP=Lodging Plus, OB=OnBoard Ship, FD=Field Duty,    SD=Sea Duty,    LV=Leave,    AE=Actual Expense, AELP=Actual Expense/Meals LDP
GRP=Group Travel.FLT=Flat Per Diem, RED=Reduced Per Diem, AF=Alaskan Ferry, NP=No Per Diem, SAE=300% AE,    SAELP=300% AELP

```
===============================================================================
  07/03/14          TV                        | TV:            MFKPS0126
  PAGE   1 ** Read Privacy Act On Last Page ** | Travel Au      MFKPS0126

===============================================================================
1) NAME: McNulty, Sara  .                      VNum:    ****-*0020

    ADDR:                                       PHONE:
                                                MAIL CD:
                                                ORG:    H-30-15
                                                TITLE:
    DUTY: Silver Spring, MD         TZ: 6       SEC CLR:
    RES:  Gaithersburg, MD                      CARD:    CARD HOLDER
    HOURS:  8
    FFB                                         BUREAU                14
===============================================================================
2) FROM      TO        TRAVEL        TA DATE      TRIP PURPOSE          TRIP TYPE
  --------  --------  ----------    --------   ---------------------- -----------
06/29/14 07/02/14 MFKPS0126
                                    06/05/14  9-OTHER (see below)   1-SINGLE-DO
===============================================================================
3) GTR/TICKET NO      VALUE        CR  CLS   DATE       FROM            TO
  -----------------  ------------  --  ---  --------  -----------   ------------
52648851497360              412.00      YCA
===============================================================================
4) ACCT                                          TRIP 1   |5) FINANCE OFFICE
-------------------------- ---------------- ---------------- ----------------|
PR2 FY14 Atlantic Strategy                        1,273.57|
2014-14-M8LAM25PSA-30150002-00000000-----                 |
                                                          |
                                                          |
                                                          |
                                                          |
                                                          |
==================================================================|
6)NON-REIMBURSABLE EXPENSES -------------------          439.19 |
TOTAL AMOUNT CLAIMED -------------------------          834.38 |
    ADVANCE OUTSTANDING ---             0.00                   |
    ADVANCE APPLIED -------             0.00             0.00 |
                                              ================= |
NET TO TRAVELER (GOVT) ----------------------          834.38 |
===============================================================+=================
Copyright 1989-2006 Gelco Information Network GSD, Inc.      |8)
===============================================================| TV NO:
I certify that this TV is true and correct to the best      |
of my knowledge and belief, and that payment or credit has  | SCHEDULE NO:
not been received by me. I hereby assign the United States  |
any right I may have against any parties in connection, with| CERTIFIED BY:
reimbursable transportation charges described above, pur-   |
chased under cash payment procedures (41 CFR Part 301-10).  |
                                                            |
7)TRAVELER SIGNATURE                      DATE              | DATE:
===============================================================+=================
This TV is approved.  Long distance telephone calls,        |10)
if any, are certified as necessary in the interest of the   |CASH RECEIPT DATE
Government.  (Note: If long distance telephone calls are     |
included, the approving official must have been authorized   | AMOUNT
in writing by the head of the department or agency to so     |
certify (31 U.S.C. 680a)).                                   | SIGNATURE
                                                            |
9)APPROVED,  Nicole Le Boeuf, Chief,MM&ST Division    DATE   |
                                                            |
                                                            |
                                                            |
===============================================================================
```

```
================================================================
(11)ITINERARY AND TRANSPORTATION EXPENSES - TRIP NO          1

  DATE      TIME  DEPARTED/ARRIVED LOCATIONS MODE    COST          DESCRIPTION
---------- ------ ------------------------- -----  ----------------- ----------------
06/29/2014        D-RES: Gaithersburg, MD
06/29/2014        A-NEW ORLEANS,LA
06/29/2014                                  1POC         21.84 1POC-Private Vhcle
                                                   Distance: 39 Rate: .56

06/29/2014                                  AIR        412.00*Airline Flight
06/29/2014                                  CAB         40.00 Taxi
06/29/2014                                  NONE        27.19*TMC Transaction Fees
07/02/2014        D-NEW ORLEANS,LA
07/02/2014        A RES: Gaithersburg, MD
07/02/2014                                  1POC         21.84 1POC-Private Vhcle
                                                   Distance: 39 Rate: .56

07/02/2014                                  CAB         39.00 Taxi
                                                   -------------------
          TOTAL TRANSPORTATION EXPENSES             561.87
================================================================
(12)SUBSISTENCE AND OTHER REIMBURSABLE EXPENSES

        ACTUAL      LODGING      MEALS M&IE      P-DIEM
DATE   LODGING      ALLOWED      B L D ALLOW     RATE    OTHER EXPENSES      AMOUNT
----- ----------- ------------- - - - ---------- ------  ----------------- ------------------
06/29                                                    Hotel Tax              4.65
06/29   151.00       151.00            53.25 151/71
                                                                               0.00
06/30                                                    Hotel Tax              4.65
06/30   151.00       151.00            71.00 151/71
                                                                               0.00
07/01                                                    Hotel Tax              3.90
07/01   108.00       108.00            71.00 108/71
                                                                               0.00
07/02                                                    Parking Fees          40.00
07/02     0.00         0.00            53.25 108/71
                                                                               0.00
      ------------------- ------------------              -------------------
                410.00            248.50                             53.20
================================================================
```

=== (13)COMMENTS:=================================================
CBA OBLIGATION #:00565537 Organization ID:143015 TRAVELER PO#:00565536
PREPARED BY: Gale Heim, 301-427-8442.


VER=CIV===RATE TBL DATE=05/27/14==================================
Copyright 1989-2006 Gelco Information Network GSD, Inc.

 * Expense not claimed for reimbursement.

================================================================

=======================================================================

```
ACCT                                                   TRIP 1
------------------------                               ----------------
COM. CARRIER-2143                                             412.00
LODGING TAX-2140                                              13.20
Lodging-PerDiem-2140                                          410.00
M&IE-PerDiem-2140                                            248.50
MILEAGE-2140                                                  43.68
OTHER TRAVEL-2140                                            40.00
TRANSACTION FEES-2143                                         27.19
Transport-2140                                               79.00
                                                       ----------------
PR2 FY14 Atlantic Strategy                                 1,273.57

Organization: H-30-15
2014-14-M8LAM25PSA-30150002-00000000-----


SPLIT PAY DISBURSEMENTS:

    TOTAL EXPENSES ------------------------------      1,273.57
    NON-REIMBURSABLE EXPENSES ------------------          439.19
                                                    ==================
    TOTAL AMOUNT CLAIMED ----------------------          834.38

      GOV'T ADVANCE OUTSTANDING --     0.00
      GOV'T ADVANCE APPLIED ------     0.00
                                     ----------            0.00
                                                    ==================
    NET TO TRAVELER (GOVT) --------------------          834.38

      GOV'T CHARGE CARD EXPENSES -       862.39
      GOV'T CHARGE CARD ATM ADV --         0.00
      ADD'L  GOV'T  CHARGE CARD PMT        0.00
                                     ==================
      TOTAL  GOV'T CHARGE CARD AMT        862.39

    PAY TO  GOV'T CHARGE CARD -----------------          423.20
    PAY TO TRAVELER ---------------------------          411.18
```

====================================================================

| STATUS | DATE | TIME | SIGNATURE NAME |
|--------|------|------|----------------|
| CREATED | 07/03/2014 | 9:29AM | Gale Heim |
| REASON: | | | |
| SIGNED | 07/08/2014 | 9:18AM | Sara McNulty |
| REASON: | | | |
| REVIEWED | 07/08/2014 | 12:06PM | Tawand V. Hodge |
| REASON: | | | |
| APPROVED | 07/08/2014 | 5:25PM | Trevor R. Spradlin |
| REASON: | | | |
| DATA LINK | 07/08/2014 | 7:13PM | TMCAMS |
| REASON: | | | |

I certify that the electronic signatures listed above are
valid and on file.

_____        _____
            SIGNED                            DATE



ADTRAV
4555 Southlake Pkwy
Birmingham, AL 35244
Phone 205-444-4800
Fax 205-444-4826

National Oceanic & Atmospheric Administration (NOAA)
DC

Sale Invoice No: 446701
Date Issued: 6/10/2014
Agent: Patterson/Pamela

| Traveler | | Department | Depart Date | Return Date | Remarks | |
|---|---|---|---|---|---|---|
| Type | Ticket/Conf No | Airline/Vendor | | A/L | Total Fare | |
| From | | To | Flight | A/L | Depart | Arrive |
| Mcnulty/Sara A | | | 6/29/2014 | 7/2/2014 | MFKPS0126-1-9-14 | |
| Dom. Air | 2422676749 | Southwest | | | 412.00 | |
| BWI Baltimore | | MSY New Orleans | 4121 | WN | 6/29/2014 7:55:00 AM | 6/29/2014 9:30:00 AM |
| MSY New Orleans | | BWI Baltimore | 1623 | WN | 7/2/2014 2:20:00 PM | 7/2/2014 5:55:00 PM |

| Payments Applied To This Invoice | | | | | |
|---|---|---|---|---|---|
| MC 55-XXXX-8457 | Received | 6/10/2014 | Pymt For Inv #446701 | -412.00 | |
| | | | | -412.00 | |

Invoice Total: 412.00
Payment Total: -412.00
Balance Due: 0.00



ADTRAV
4555 Southlake Pkwy
Birmingham, AL 35244
Phone 205-444-4800
Fax 205-444-4826

National Oceanic & Atmospheric Administration (NOAA)
DC

Sale Invoice No: 446702
Date Issued: 6/10/2014
Agent: Patterson/Pamela

| Traveler | | Department | Depart Date | Return Date | Remarks | |
|---|---|---|---|---|---|---|
| Type | Ticket/Conf No | | Airline/Vendor | | | Total Fare |
| From | | To | Flight | A/L | Depart | Arrive |
| Mcnulty/Sara A | | | 6/10/2014 | | MFKPS0126-1-9-14 | |
| Service Fee | 0621942085 | | Service Fees ARC | | | 27.19 |

| Payments Applied To This Invoice | | | | |
|---|---|---|---|---|
| MC 55-XXXX-8457 | Received | 6/10/2014 | Pymt For Inv #446702 | -27.19 |
| | | | | -27.19 |

Invoice Total: 27.19
Payment Total: -27.19
Balance Due: 0.00

# Office of Protected Resources
# Expense Reimbursement Worksheet

**Traveler Name:** Sara McNulty

### Travel Comp Time
**(time earned during non work hrs)**

| | |
|---|---|
| 1st Day Travel Time | 6 |
| Minus Lunch/Dinner Break | — |
| 2nd Day Travel Time | — |
| Minus Lunch/Dinner Break | — |
| Minus Work Commute Time | — |
| **Total Comp Earned** | 6 |

**Dates of Travel**

**From:** 6/29/14 **To:** 7/2/14
**Time Left Home:** 6am ET    **Time Arrived Hotel:** 12 pm ET
**Time Left Hotel:** work hrs.    **Time Arrived Home:** wk. hrs

| Receipt Dates | | Expenses | Amount | |
|---|---|---|---|---|
| Date | 6/29/14 | POV Mileage-To Airport | 39 | miles |
| Date | 7/2/14 | POV Mileage-Airport to Home | 39 | miles |
| | | **If Driving Own Vehicle** | | |
| Date | | POV Mileage- Home To Hotel | — | miles |
| Date | | POV Mileage-Hotel To Home | — | miles |

| Dates: From: 6/29 To: 7/2 | Hotel JW Marriott → | # of days 2 @ 157 | per day |
|---|---|---|---|
| | Hotel Tax  New Orleans | 4.65 | per day |
| | 2nd Hotel  ↘ # of days | 1 @ 108 | per day |
| | 2nd Hotel Tax | 3.90 | per day |
| | | | |

| Dates | Meals Provided | None |
|---|---|---|
| | Breakfast | |
| | Lunch | |
| | Dinner | |

| | | Other Expenses-list | | |
|---|---|---|---|---|
| Date | 6/29/2014 | Cab to hotel | $40 | |
| Date | 7/2/2014 | Cab to airport | $39 | |
| Date | 7/2/2014 | Parking @ BWI | $40 | |
| Date | | | | |
| Date | | | | |
| Date | | | | |
| Date | | | | |
| Date | | | | |

# ADTRAV 

**Phone:(866) 430-8929**
service nonstop 24/7/365

Tuesday, June 10, 2014 2:37 PM
**Booking Locator: ZAKCMU**

**After Hours/VIT Code: U21F**

| **SARA A MCNULTY** | **Ticket(s) Issued** |
|---|---|
| National Oceanic and Atmospheric Administration | This is your travel invoice |

 **Baltimore, MD, US - to - New Orleans, LA, US**
Sunday, June 29 ▶ Wednesday, July 2

| **Traveler:** | SARA A MCNULTY | | |
|---|---|---|---|
| **Trip Includes:** | Air Segments | | |
| **Booked By:** | MCNULTY/S | **Booking Source:** | Agent |
| **Date Created:** | June 4, 2014 | **Date Ticketed/Confirmed:** | June 10, 2014 |

---

✈ **Baltimore, MD, US - to - New Orleans, LA, US**            [Check In]
**Departs: Sunday - June 29**                    **Flight# 4121**

| **Carrier:** | Southwest Airlines | | |
|---|---|---|---|
| **Departs:** | Baltimore-Washington International Airport (BWI) | Sunday - June 29 - 7:55 AM | |
| **Arrives:** | New Orleans International Airport (MSY) | Sunday - June 29 - 9:30 AM | |
| **Seat #:** | Airport Check-in | **E-Ticket #:** | 52648851497360 |
| **Carrier Locator:** | MGM92G | **Meal:** | N/A |
| **Status:** | Segment Confirmed | **Info:** | Stops: 0, Time: 2.35, Miles: 993 |
| **Class:** | Economy/Coach Class (W) | **Equipment:** | Boeing 737-700 (2 Engine Jet) |
| **Frequent Flyer:** | n/a | | |

---

✈ **New Orleans, LA, US - to - Baltimore, MD, US**            [Check In]
**Departs: Wednesday - July 2**                    **Flight# 1623**

| **Carrier:** | Southwest Airlines | | |
|---|---|---|---|
| **Departs:** | New Orleans International Airport (MSY) | Wednesday - July 2 - 2:20 PM | |
| **Arrives:** | Baltimore-Washington International Airport (BWI) | Wednesday - July 2 - 5:55 PM | |
| **Seat #:** | Airport Check-in | **E-Ticket #:** | 52648851497360 |
| **Carrier Locator:** | MGM92G | **Meal:** | N/A |
| **Status:** | Segment Confirmed | **Info:** | Stops: 0, Time: 2.35, Miles: 993 |
| **Class:** | Economy/Coach Class (W) | **Equipment:** | Boeing 737-700 (2 Engine Jet) |
| **Frequent Flyer:** | n/a | | |

Witness Fees_326

## INVOICE AND PAYMENT RECEIPT

AIRFARE SOUTHWEST AIRLINES
TICKET 5264885149736 ISSUED 6/10/2014     $ 412.00

SERVICE FEE-AIR DOMESTIC FULL SERVICE
RECEIPT 6900621842065 ISSUED 6/10/2014     $ 27.19
INVOICE 0445702 CHARGED TO CA-8457

         $ 439.19

## REMARKS

******SEE BELOW FOR CHANGES EFFECTIVE OCTOBER 1ST
SPECIAL NOTICE-MOST AIRLINES NOW REQUIRE ALL
GOVERNMENT CONTRACT FARES TO BE ISSUED AT LEAST
48 HOURS PRIOR TO DEPARTURE. RESERVATIONS NOT
TICKETED BY THIS TIME WILL BE AUTOMATICALLY
CANCELLED BY THE AIRLINES.
***ARE NOT GUARANTEED UNTIL TICKET IS ISSUED AND***
***SPACE IS SUBJECT TO CARRIER CANCELLATION********
*********************************************************

YOUR V.I.P. CODE IS U21F***ADTRAV TRAVEL MANAGEMENT**
ANY CHANGES IN ITINERARY MAY INCREASE COST***********
POSSIBLE FARE INCREASE DUE TO CARRIER FUEL***********
SURCHARGE. AUTHORIZED BY GSA*************
*********************************************************

MANY AIRLINES HAVE NEW GUIDELINES AND FEES FOR ****
CHECK BAGGAGE***FOR MORE INFORMATION CONTACT*********
YOUR ADTRAV AGENT************************
DOT REQUIRES ADTRAV DISPLAY BAG ALLOWANCES AND
SERVICE CHARGES OR PROVIDE A HYPERLINK WHERE
BAGGAGE INFORMATION IS AVAILABLE.
FOR THIS TRIP PLEASE VISIT THE LINK LISTED BELOW
FOR SOUTHWEST AIRLINES
WWW.SOUTHWEST.COM/HTML/CUSTOMER-SERVICE/BAGGAGE/

ADTRAV Travel Management :: 4555 Southlake Parkway :: Birmingham AL, 35244
Phone: (866) 430-8929 :: 24/7/365
Fax: (205) 949-4233
doccallcenter@adtrav.com

Witness Fees_327

**JW MARRIOTT.** 

---

| 2107 MCNULTY/SARA/MS | 108.00 07/02/14 12:00 | 10024 |
|---|---|---|
| | | ACCT# |
| NKNG | 06/29/14 06:40 | |
| 43 | | |

Room Clerk / Address / Payment

**MRW#: XXXXX0715**

| DATE | REFERENCE | | CHARGES | CREDITS | BALANCE DUE |
|---|---|---|---|---|---|
| 06/29 | RMTR332 | 2107, 1 | 151.00 | | |
| 06/29 | SALESTAX | 2107, 1 | 9.06 | | A |
| 06/29 | OCC TAX | 2107, 1 | 2.00 | | B |
| 06/29 | ROOM TAX | 2107, 1 | 10.57 | | C |
| 06/29 | TRSM FEE | 2107, 1 | 2.65 | | D |
| 06/30 | RMTR332 | 2107, 1 | 151.00 | | |
| 06/30 | SALESTAX | 2107, 1 | 9.06 | | A |
| 06/30 | OCC TAX | 2107, 1 | 2.00 | | B |
| 06/30 | ROOM TAX | 2107, 1 | 10.57 | | C |
| 06/30 | TRSM FEE | 2107, 1 | 2.65 | | D |
| 07/01 | RMTR332 | 2107, 1 | 108.00 | | |
| 07/01 | SALESTAX | 2107, 1 | 6.48 | | A |
| 07/01 | OCC TAX | 2107, 1 | 2.00 | | B |
| 07/01 | ROOM TAX | 2107, 1 | 7.56 | | C |
| 07/01 | TRSM FEE | 2107, 1 | 1.90 | | D |
| 07/01 | ST EXMPT | CH | | 24.60 | AD |
| 07/01 | TAX EXEM | CH | | 28.70 | AD |
| 07/02 | VS CARD | | | $423.20 | |

TO BE SETTLED TO:   VISA          CURRENT BALANCE   .00

FOR EXPRESS CHECK OUT, CALL "AT YOUR SERVICE" OR USE
VIDEO CHECK OUT. QUESTIONS REGARDING YOUR BILL AFTER YOU
LEAVE? EMAIL BILLINGINQUIRYMSYJW@MARRIOTT.COM

------------------- SUMMARY OF TAXES -------------------

| | DESCRIPTION | TAXED AMOUNT | TAX |
|---|---|---|---|
| O | REST CITY TAX INCL | .00 | .00 |
| P | REST STATE TAX INCL | .00 | .00 |

| NET CHARGES | TAX | CREDITS | FOLIO |
|---|---|---|---|
| 423.20 | .00 | .00 | 423.20 |

AS REQUESTED, A FINAL COPY OF YOUR BILL WILL BE EMAILED TO:
SARA.MCNULTY25@HOTMAIL.COM
SEE "INTERNET PRIVACY STATEMENT" ON MARRIOTT.COM

Your Rewards points/miles earned on your eligible earnings
will be credited to your account. Check your
Rewards Account Statement for updated activity.

Telephone: _504 205-5024_

Cab Co. _Alliance_

## PASSENGER'S RECEIPT, TAXICAB FARE

Date _7/2/2014_ _____ , 20 _____

Amount of Fare          $ _39.00_

Other Charges           $ _____

Total . . . . . . . .    $ _____

Driver's Name _DroN_ _____ Cab # _____

PATIO CAB SERVICES
504 400 8806
504 891 6484

TERMINAL ID:                320-463-383
VEHICLE ID :                       0034
DRIVER ID  :                   05602789
TRIP NUMBER:                        0218

06-29-2014
START:  10:02                END:  10:03
DIST :        0.00           RATE :    8

FARE AMOUNT    : $              40.00


TOTAL  :  $   40.00

TIP AMOUNT :              $ ------------

GRAND TOTAL:             $ _40.00_

***CASH RECEIPT***

TAXICAB AND FOR HIRE VEHICLE BUREAU.
FOR COMPLIMENTS OR CONCERNS PLEASE CALL
(504)658-7176
THANKS FOR RIDING WITH US

Powered by:



B.W.I. AIRPORT PARKING
EXPRESS SERVICE PARKING
MARYLAND PARKING

Rcpt# 33040
07/02/14 18:26   L457 A#145   Ln# 27SE3
06/29/14 06:24 In   07/02/14 18:06 Out
Tkt# 192251
ESP 12-09        $ 37.60
Total Tax        $ 2.40
Total Fee        $ 40.00
VISA 0490        $ 40.00-

Approval No.:082716
Reference No.:00300010
Change Due       $ 0.00
THANK YOU
HAVE A SAFE TRIP

```
================================================================
06/09/14        TA                        |DOC NO:      MFKPS0126
  PAGE   1 ** Read Privacy Act On Last Page ** |TRAVEL A     MFKPS0126
================================================================
```

1) NAME: McNulty, Sara .                    VNum:    ****-*0020

   ADDR:                                    PHONE:
              █████████████████████        MAIL CD:
                                             ORG:     H-30-15
                                             TITLE:
   DUTY: Silver Spring, MD        TZ: 6    SEC CLR:
   RES: Gaithersburg, MD                   CARD:    CARD HOLDER
   HOURS:  8
   FFB                                     BUREAU          14

```
================================================================
```

2) TRAVEL A  MFKPS0126      DATE:  06/05/2014   TYPE:  1-SINGLE-DOMESTIC

```
================================================================
```

3) TRAVEL PURPOSE:  9-OTHER (see below)
Deposition for Deepwater Horizon case.

```
================================================================
```

4) GENERAL ITINERARY

| DATE | TIME | DEPARTED/ARRIVED LOCATIONS | PER DIEM RATE |
|------|------|----------------------------|---------------|
| 06/29/2014 | | D-RES: Gaithersburg, MD | |
| 06/29/2014 | | A-NEW ORLEANS,LA | 151/71 |
| 07/02/2014 | | D-NEW ORLEANS,LA | |
| 07/02/2014 | | A RES: Gaithersburg, MD | |

```
================================================================
```

| 5) OTHER AUTHORIZATIONS | 6) | EST COST | ADV AMT |
|---|---|---|---|
| OTHER PRIVATELY-OWNED VEHICLE | COM. CARR | 412.00 | 0.00 |
| OTHER (See remarks below)(1) | Lodging-P | 410.00 | 0.00 |
| | M&IE-PerD | 248.50 | 248.50 |
| | MILEAGE | 33.60 | 33.60 |
| | OTHER NON | 200.00 | 200.00 |
| | OTHER TRA | 40.00 | 40.00 |
| | TRANSACTI | 27.19 | 0.00 |
| | Transport | 80.00 | 80.00 |
| | TOTALS: | 1,451.29 | 602.10 |
| | ADVANCE AUTHORIZED: | | 0.00 |

```
================================================================
```

7) ACCT CLASSIFICATIONS                                EST COST
PR2 FY14 Atlantic Strategy - 2014-14-M8LAM25PSA-30150002-000
00000-----                                             1,451.29

```
================================================================
```

8) REMARKS
CBA OBLIGATION #:00565537 Organization ID:143015 TRAVELER PO#:00565536
PREPARED BY: Gale Heim, 301-427-8442.

(1)
Misc.expenses are authorized for hotel tax, ATM fees, internet fees, etc.

```
==AUTHORIZED BY              TITLE          DATE  | INITIALS |  DATE===
   Nicole LeBoeuf          Chief,MM&St Division   |          |

   Perry Gayaldo           Act Deputy Director    |          |
==VERSION CIV==========Copyright 1989-2006 Gelco Information Network GSD, Inc.=
```

```
================================================================================
================================================================================
 10) FUNDS OBLIGATED

================================================================================

 11)  GTR/TICKET NO      VALUE        CR  CLS   DATE      FROM            TO
 ------------------- ------------------- --  ---  -------- ------------ ------------
 See Attached Ticket              412.00   YCA
================================================================================
 12) ITINERARY AND TRANSPORTATION EXPENSES - TRIP NO            1

   DATE      TIME   DEPARTED/ARRIVED LOCATIONS MODE    COST          DESCRIPTION
 ---------- ------- ------------------------- ----- ------------------ ----------------
 06/29/2014         D-RES: Gaithersburg, MD
 06/29/2014         A-NEW ORLEANS,LA
 06/29/2014                                   1POC              16.80 1POC-Private Vhcle
                                                                      Distance: 30
                                                                      Rate: .56
 06/29/2014                                   AIR              412.00*Airline Flight
 06/29/2014                                   CAB               40.00 Taxi
 06/29/2014                                   NONE              27.19*TMC Transaction Fees
 07/02/2014         D-NEW ORLEANS,LA
 07/02/2014         A RES: Gaithersburg, MD
 07/02/2014                                   1POC              16.80 1POC-Private Vhcle
                                                                      Distance: 30
                                                                      Rate: .56
 07/02/2014                                   CAB               40.00 Taxi
                                                                 ------------------
              TOTAL TRANSPORTATION EXPENSES                     552.79
================================================================================
 13) SUBSISTENCE AND OTHER REIMBURSABLE EXPENSES

       ACTUAL       LODGING     MEALS  M&IE       P-DIEM
 DATE  LODGING      ALLOWED     B L D  ALLOW      RATE    OTHER EXPENSES   AMOUNT
 ----- ----------- ------------ - - - ----------- ------ ---------------- -------------------
 06/29    151.00      151.00           53.25
                                                        Parking Fees              40.00
                                                        Miscellaneous            200.00
 06/30    151.00      151.00           71.00
 07/01    108.00      108.00           71.00
 07/02      0.00        0.00           53.25
       ------------------        ------------------                       -------------------
                410.00                248.50                                        240.00
```

VRCIV=RATE TABLE DATE=04/24/14=Copyright 1989-2006 Gelco Information Network GSD

```
===========================================================================
                    Exception to GSA Form 87
```

In compliance with the Privacy Act of 1974, the following information is
provided: Basic authority for requiring the requested information is contained
in 5 USC 5701-5733, particularly sections 5721-5733, 30 USC 905 and Executive
Order 9397. Disclosure of the data by you is voluntary. The principal purpose
for collecting the data is to determine the amount to reimburse an employee
for expenses incurred in connection with temporary duty travel. Information
may be transferred to appropriate Federal, State, local or foreign agencies
when relevant to civil, criminal or regulatory investigations or prosecutions.
There is no personal liability to you if you do not furnish the requested
information; however, we shall not be able to reimburse you for your expenses.

```
================================================================================

ACCT                                                        TRIP 1
-----------------------                                 ----------------
COM. CARRIER-2143                                               412.00
Lodging-PerDiem-2140                                           410.00
M&IE-PerDiem-2140                                              248.50
MILEAGE-2140                                                    33.60
OTHER NON-TR-2140                                             200.00
OTHER TRAVEL-2140                                              40.00
TRANSACTION FEES-2143                                          27.19
Transport-2140                                                 80.00
                                                        ----------------
PR2 FY14 Atlantic Strategy                                   1,451.29

Organization: H-30-15
```

Witness Fees_332

| STATUS | DATE | TIME | SIGNATURE NAME |
| --- | --- | --- | --- |
| CREATED | 06/05/2014 | 10:23AM | Gale Heim |
| REASON: | | | |
| SIGNED | 06/05/2014 | 10:33AM | Gale Heim |
| REASON: | | | |
| REVIEWED | 06/05/2014 | 1:43PM | Nicole R. Le Boeuf |
| REASON: | | | |
| APPROVED | 06/09/2014 | 12:16PM | Trevor R. Spradlin |
| REASON: | | | |
| DATA LINK | 06/09/2014 | 12:16PM | Trevor R. Spradlin |
| REASON: | | | |

I certify that the electronic signatures listed above are
valid and on file.

_____          _____
           SIGNED                             DATE