# Exhibit 10E

**TO UNITED STATES' BILL OF COSTS**

```
================================================================
 1) NAME: Miller, Mark W.                  VNum:   ****-*2457

    ADDR: NOAA/NOS/ORR                      PHONE:
          7600 Sand Point Way NE            MAIL CD:
          Seattle, WA  98115               ORG:     W-10-12
                                           TITLE:   Environ Scientist
    DUTY: Seattle, WA              TZ: 9    SEC CLR:
    RES:  Brier, WA                         CARD:    CARD HOLDER
    HOURS:  8
    FFB                                     BUREAU
================================================================
```

| 2) FROM | TO | TRAVEL | TA DATE | TRIP PURPOSE | TRIP TYPE |
|---|---|---|---|---|---|
| 09/28/12 | 10/02/12 | 2NR1S0105 | | | |
| | | | 10/04/12 | 2-INFORMATION MEETING | 1-SINGLE-DO |

| 3) GTR/TICKET NO | VALUE | CR | CLS | DATE | FROM | TO |
|---|---|---|---|---|---|---|
| See Attached Ticket 3 | 198.60 | | G | | | |
| See Attached Ticket 2 | 220.60 | | Y | | | |

```
================================================================
 4) ACCT                                    TRIP 1   |5) FINANCE OFFICE
----------------------------------------------------------|
K8K3N04P00                                    794.16|
2012-14-K8K3N04P00-10120001-00000000-----           |
L8K3N04P00                                    624.86|
2013-14-L8K3N04P00-10120001-00000000-----           |
                                                    |
                                                    |
================================================================
 6) NON-REIMBURSABLE EXPENSES ------------------    470.06 |
    TOTAL AMOUNT CLAIMED ---------------------       948.96 |
        ADVANCE OUTSTANDING ---        0.00          |
        ADVANCE APPLIED -------        0.00          0.00 |
                                          ==================|
    NET TO TRAVELER (GOVT) ---------------------     948.96 |
================================================================
```

Copyright 1989-2006 Gelco Information Network GSD, Inc.

I certify that this TV is true and correct to the best
of my knowledge and belief, and that payment or credit has
not been received by me. I hereby assign the United States
any right I may have against any parties in connection, with
reimbursable transportation charges described above, pur-
chased under cash payment procedures (41 CFR Part 301-10).

7) TRAVELER SIGNATURE _[signature]_  DATE  10/5/2012

8)
   TV NO:

   SCHEDULE NO:

   CERTIFIED BY:

   DATE:

This TV is approved. Long distance telephone calls,
if any, are certified as necessary in the interest of the
Government.  (Note: If long distance telephone calls are
included, the approving official must have been authorized
in writing by the head of the department or agency to so
certify (31 U.S.C. 680a)).

9) APPROVED,  Debra L. Payton, Chief, ERD           DATE

10)
CASH RECEIPT DATE

AMOUNT

SIGNATURE

_[signature]_                        09 OCT 12

Witness Fees_334

```
================================================================================
  10/04/12              TV                     |TV:          2NR1S0105
  PAGE   2   ** Read Privacy Act On Last Page **  |Miller       ****-*2457
================================================================================
```

(11)ITINERARY AND TRANSPORTATION EXPENSES - TRIP NO          1

| DATE | TIME | DEPARTED/ARRIVED LOCATIONS | MODE | COST | DESCRIPTION |
|------|------|---------------------------|------|------|-------------|
| 09/28/2012 | | D-RES: Brier, WA | | | |
| 09/28/2012 | | A-NEW ORLEANS,LA | | | |
| 09/28/2012 | | | 1POC | | 13.88 1POC-Private Vhcle |
| | | | | | Distance: 25 Rate: .555 |
| 09/28/2012 | | | AIR | | 198.60*Airline Flight |
| 09/28/2012 | | | CAB | | 36.00 Taxi |
| 09/28/2012 | | | NONE | | 25.43*TMC Transaction Fees |
| 09/28/2012 | | | SHUT | | 22.00 Airport Shuttle |
| 10/02/2012 | | D-NEW ORLEANS,LA | | | |
| 10/02/2012 | | A RES: Brier, WA | | | |
| 10/02/2012 | | | 1POC | | 13.88 1POC-Private Vhcle |
| | | | | | Distance: 25 Rate: .555 |
| 10/02/2012 | | | AIR | | 220.60*Airline Flight |
| 10/02/2012 | | | NONE | | 25.43*TMC Transaction Fees |

```
                  TOTAL TRANSPORTATION EXPENSES           555.82
```

================================================================================
(12)SUBSISTENCE AND OTHER REIMBURSABLE EXPENSES

| DATE | ACTUAL LODGING | LODGING ALLOWED | MEALS B L D | M&IE ALLOW | P-DIEM RATE | OTHER EXPENSES | AMOUNT |
|------|----------------|-----------------|-------------|------------|-------------|----------------|--------|
| 09/28 | 101.00 | 101.00 | | 53.25 | 101/71 | | |
| | | | | | | | 0.00 |
| 09/29 | 101.00 | 101.00 | | 71.00 | 101/71 | | |
| | | | | | | | 0.00 |
| 09/30 | 101.00 | 101.00 | | 71.00 | 101/71 | | |
| | | | | | | | 0.00 |
| 10/01 | 135.00 | 135.00 | | 71.00 | 135/71 | | |
| | | | | | | | 0.00 |
| 10/02 | | | | | | Hotel Tax | 51.94 |
| 10/02 | | | | | | Parking Fees | 53.76 |
| 10/02 | 0.00 | 0.00 | | 53.25 | 135/71 | | |
| | | | | | | | 0.00 |
| | 438.00 | | 319.50 | | | | 105.70 |

=== (13)COMMENTS:============================================================
This document is Conditionally Approved, Subject To Availability of Funds (SAF
).
CBA OBLIGATION #:00462454 Organization ID:141012 TRAVELER PO#:00462453
PREPARED BY: Thelma Mendenhall 206-526-4608
AUTHORIZED BUSINESS CALLS

APPROVAL OF TRAVEL SCHEDULED TO BE ACCOMPLISHED ON OR AFTER OCTOBER 1, 2011 IS
  CONTINGENT UPON APPROVAL OF FY12 FUNDS.

VER=CIV===RATE TBL DATE=09/01/12==============================================
Copyright 1989-2006 Gelco Information Network GSD, Inc.

  * Expense not claimed for reimbursement.

Witness Fees_335

================================================================================

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (41 CFR 301-304), E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962, E.O. 9397 of Nov. 22, 1943 and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 U.S.C 6011(b) and 6109) and E.O. 9397, Nov. 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel; and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

================================================================================

```
ACCT                                                          TRIP 1
-------------------------                               ------------------
COM. CARRIER-2143                                                 198.60
Lodging-PerDiem-2140                                             303.00
M&IE-PerDiem-2140                                               195.25
MILEAGE-2140                                                     13.88
TRANSACTION FEES-2143                                           25.43
TRANSPORT-2140                                                   58.00
                                                        ------------------
K8K3N04P00                                                      794.16

Organization: W-10-12
2012-14-K8K3N04P00-10120001-00000000-----


COM. CARRIER-2143                                               220.60
LODGING TAX-2140                                                51.94
Lodging-PerDiem-2140                                           135.00
M&IE-PerDiem-2140                                              124.25
MILEAGE-2140                                                    13.88
OTHER TRAVEL-2140                                               53.76
TRANSACTION FEES-2143                                           25.43
                                                        ------------------
L8K3N04P00                                                     624.86

Organization: W-10-12
2013-14-L8K3N04P00-10120001-00000000-----


SPLIT PAY DISBURSEMENTS:

   TOTAL EXPENSES -----------------------------             1,419.02
   NON-REIMBURSABLE EXPENSES ------------------               470.06
                                                        ===================
   TOTAL AMOUNT CLAIMED -----------------------               948.96

     GOV'T ADVANCE OUTSTANDING --         0.00
     GOV'T ADVANCE APPLIED ------         0.00
                                     ----------
   NET TO TRAVELER (GOVT) --------------------                  0.00
                                                        ===================
                                                             948.96

     GOV'T CHARGE CARD EXPENSES -       960.00
     GOV'T CHARGE CARD ATM ADV --         0.00
     ADD'L  GOV'T  CHARGE CARD PMT        0.00
                                     ==================
   TOTAL  GOV'T CHARGE CARD AMT       960.00

   PAY TO  GOV'T CHARGE CARD ------------------               489.94
   PAY TO TRAVELER ----------------------------               459.02
```

| STATUS | DATE | TIME | SIGNATURE NAME |
|--------|------|------|----------------|
| CREATED | 10/04/2012 | 6:15PM | Thelma C. Mendenhall |
| REASON: | | | |
| SIGNED | 10/05/2012 | 10:40AM | Mark W. Miller |
| REASON: | | | |
| ADJUSTED | 10/09/2012 | 1:52PM | Mark Dix |
| REASON: | | | |
| APPROVED | 10/09/2012 | 1:54PM | Mark Dix |
| REASON: | | | |
| DATA LINK | 10/09/2012 | 8:41PM | TMCAMS |
| REASON: | | | |

I certify that the electronic signatures listed above are
valid and on file.

_____          _____
              SIGNED                           DATE

```
================================================================
 08/16/12        TA                        |DOC NO:   2NR1S0105
  PAGE   1 ** Read Privacy Act On Last Page ** |TRAVEL A  2NR1S0105


================================================================
 1) NAME: Miller, Mark W.                VNum:   ****-*2457

    ADDR: NOAA/NOS/ORR                PHONE:
          7600 Sand Point Way NE      MAIL CD:
          Seattle, WA  98115          ORG:    W-10-12
                                      TITLE:  Environ Scientist
    DUTY: Seattle, WA          TZ: 9  SEC CLR:
    RES:  Brier, WA                   CARD:   CARD HOLDER
    HOURS:  8
    FFB                               BUREAU
================================================================
 2) TRAVEL A  2NR1S0105       DATE:  08/14/2012    TYPE:  1-SINGLE-DOMESTIC


================================================================
 3) TRAVEL PURPOSE:  2-INFORMATION MEETING
 BP DWH deposition


================================================================
 4) GENERAL ITINERARY

       DATE       TIME    DEPARTED/ARRIVED LOCATIONS    PER DIEM RATE
     --------    -------  --------------------------    -------------
     09/29/2012           D-RES: Brier, WA
     09/29/2012           A-NEW ORLEANS,LA                 101/71
     10/03/2012           D-NEW ORLEANS,LA
     10/03/2012           A RES: Brier, WA

================================================================
 5) OTHER AUTHORIZATIONS           |6)       EST COST          ADV AMT
 OTHER PRIVATELY-OWNED VEHICLE     |COM. CARR      419.20           0.00
                                   |LODGING T      125.00           0.00
                                   |Lodging-P      472.00           0.00
                                   |M&IE-PerD      319.50         319.50
                                   |MILEAGE         33.30          33.30
                                   |OTHER NON      109.00         109.00
                                   |OTHER TRA       65.00          65.00
                                   |TRANSACTI       50.86           0.00
                                   |Transport      195.00         195.00
                                   |            ------------    ------------
                                   |TOTALS:      1,788.86         721.80
                                   | ADVANCE AUTHORIZED:           0.00
================================================================
 7) ACCT CLASSIFICATIONS                                     EST COST
 K8K3N04P00 - 2012-14-K8K3N04P00-10120001-00000000-----       732.58
 L8K3N04P00 - 2013-14-L8K3N04P00-10120001-00000000-----     1,056.28
================================================================
 8) REMARKS
 This document is Conditionally Approved, Subject To Availability of Funds (SAF).
 CBA OBLIGATION #:00462454 Organization ID:141012 TRAVELER PO#:00462453
 PREPARED BY: Thelma Mendenhall 206-526-4608
 AUTHORIZED BUSINESS CALLS

 ==AUTHORIZED BY           TITLE         DATE  | INITIALS | DATE===
    Debra L. Payton        Chief, ERD          |          |


 ==VERSION CIV===========Copyright 1989-2006 Gelco Information Network GSD, Inc.=
```

Witness Fees_339

```
================================================================================
08/16/12      TA                              | DOC NO:    2NR1S0105
   PAGE   2 ** Read Privacy Act On Last Page **  | TRAVEL A   2NR1S0105
================================================================================
```

APPROVAL OF TRAVEL SCHEDULED TO BE ACCOMPLISHED ON OR AFTER OCTOBER 1, 2011 IS
CONTINGENT UPON APPROVAL OF FY12 FUNDS.
```
================================================================================
```
   10) FUNDS OBLIGATED

```
================================================================================
```

| 11) GTR/TICKET NO | VALUE | CR | CLS | DATE | FROM | TO |
|---|---|---|---|---|---|---|
| See Attached Ticket | 198.60 | G | | | | |
| See Attached Ticket | 220.60 | Y | | | | |

```
================================================================================
```
12) ITINERARY AND TRANSPORTATION EXPENSES - TRIP NO          1

| DATE | TIME | DEPARTED/ARRIVED LOCATIONS | MODE | COST | DESCRIPTION |
|---|---|---|---|---|---|
| 09/29/2012 | | D-RES: Brier, WA | | | |
| 09/29/2012 | | A-NEW ORLEANS,LA | | | |
| 09/29/2012 | | | 1POC | | 33.30 1POC-Private Vhcle Distance: 60 Rate: .555 |
| 09/29/2012 | | | AIR | | 198.60*Airline Flight |
| 09/29/2012 | | | CAB | | 65.00 Taxi |
| 09/29/2012 | | | NONE | | 25.43*TMC Transaction Fees |
| 10/03/2012 | | D-NEW ORLEANS,LA | | | |
| 10/03/2012 | | A RES: Brier, WA | | | |
| 10/03/2012 | | | AIR | | 220.60*Airline Flight |
| 10/03/2012 | | | CAB | | 65.00 Taxi |
| 10/03/2012 | | | NONE | | 25.43*TMC Transaction Fees |
| 10/03/2012 | | | SHUT | | 65.00 Airport Shuttle |

```
                 TOTAL TRANSPORTATION EXPENSES              698.36
================================================================================
```
13) SUBSISTENCE AND OTHER REIMBURSABLE EXPENSES

| DATE | ACTUAL LODGING | LODGING ALLOWED | MEALS B L D | M&IE ALLOW | P-DIEM RATE | OTHER EXPENSES | AMOUNT |
|---|---|---|---|---|---|---|---|
| 09/29 | 101.00 | 101.00 | | 53.25 | | | |
| | | | | | | Check Baggage Fee | 25.00 |
| | | | | | | Business Calls | 6.00 |
| | | | | | | ATM Fees | 3.00 |
| | | | | | | Miscellaneous | 50.00 |
| 09/30 | 101.00 | 101.00 | | 71.00 | | | |
| 10/01 | 135.00 | 135.00 | | 71.00 | | | |
| 10/02 | 135.00 | 135.00 | | 71.00 | | | |
| 10/03 | 0.00 | 0.00 | | 53.25 | | | |
| | | | | | | Parking Fees | 65.00 |
| | | | | | | Hotel Tax | 125.00 |
| | | | | | | Check Baggage Fee | 25.00 |
| | 472.00 | | | 319.50 | | | 299.00 |

VRCIV=RATE TABLE DATE=07/01/12=Copyright 1989-2006 Gelco Information Network GSD

```
================================================================================
```

# Exception to GSA Form 87

In compliance with the Privacy Act of 1974, the following information is provided: Basic authority for requiring the requested information is contained in 5 USC 5701-5733, particularly sections 5721-5733, 30 USC 905 and Executive Order 9397. Disclosure of the data by you is voluntary. The principal purpose for collecting the data is to determine the amount to reimburse an employee for expenses incurred in connection with temporary duty travel. Information may be transferred to appropriate Federal, State, local or foreign agencies when relevant to civil, criminal or regulatory investigations or prosecutions. There is no personal liability to you if you do not furnish the requested information; however, we shall not be able to reimburse you for your expenses.

=================================================================================

| ACCT | TRIP 1 |
| --- | --- |
| COM. CARRIER-2143 | 198.60 |
| Lodging-PerDiem-2140 | 202.00 |
| M&IE-PerDiem-2140 | 124.25 |
| MILEAGE-2140 | 33.30 |
| OTHER NON-TR-2140 | 84.00 |
| TRANSACTION FEES-2143 | 25.43 |
| Transport-2140 | 65.00 |
| K8K3N04P00 | 732.58 |

Organization: W-10-12
2012-14-K8K3N04P00-10120001-00000000-----

| | |
| --- | --- |
| COM. CARRIER-2143 | 220.60 |
| LODGING TAX-2140 | 125.00 |
| Lodging-PerDiem-2140 | 270.00 |
| M&IE-PerDiem-2140 | 195.25 |
| OTHER NON-TR-2140 | 25.00 |
| OTHER TRAVEL-2140 | 65.00 |
| TRANSACTION FEES-2143 | 25.43 |
| Transport-2140 | 130.00 |
| L8K3N04P00 | 1,056.28 |

Organization: W-10-12

==================================================================================

| STATUS | DATE | TIME | SIGNATURE NAME |
|--------|------|------|----------------|
| CREATED | 08/14/2012 | 6:19PM | Thelma C. Mendenhall |
| REASON: | | | |
| SIGNED | 08/14/2012 | 6:39PM | Thelma C. Mendenhall |
| REASON: | | | |
| ADJUSTED | 08/14/2012 | 6:40PM | Andrea Gardner |
| REASON: | | | |
| REVIEWED | 08/14/2012 | 6:42PM | Andrea Gardner |
| REASON: | | | |
| ADJUSTED | 08/16/2012 | 1:52PM | Mark Dix |
| REASON: | | | |
| APPROVED | 08/16/2012 | 1:58PM | Mark Dix |
| REASON: | | | |
| DATA LINK | 08/16/2012 | 1:58PM | Mark Dix |
| REASON: | | | |
| SAF APPROVED | 08/16/2012 | 1:58PM | Mark Dix |
| REASON: | | | |

I certify that the electronic signatures listed above are
valid and on file.

_____          _____
           SIGNED                             DATE



| | | | | |
|---|---|---|---|---|
| Markw Miller | Folio No. : | Cashier No. : 47 | Room No. : | 0409 |
| | A/R Number : | | Arrival : | 09-28-12 |
| | Group Code : | | Departure : | 10-02-12 |
| | Company : Fedrooms | | Conf. No. : | 04293065 |
| | Membership No. : | | Rate Code : | ILSFP |
| | Invoice No. | | Page No. : | 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09-28-12 | *Accommodation | 101.00 | |
| 09-28-12 | State Occupancy Tax | 9.09 | |
| 09-28-12 | Flat Tax | 1.00 | |
| 09-28-12 | City Occupancy Tax | 4.04 | |
| 09-29-12 | *Accommodation | 101.00 | |
| 09-29-12 | State Occupancy Tax | 9.09 | |
| 09-29-12 | Flat Tax | 1.00 | |
| 09-29-12 | City Occupancy Tax | 4.04 | |
| 09-30-12 | *Accommodation | 101.00 | |
| 09-30-12 | State Occupancy Tax | 9.09 | |
| 09-30-12 | Flat Tax | 1.00 | |
| 09-30-12 | City Occupancy Tax | 4.04 | |
| 10-01-12 | *Accommodation | 135.00 | |
| 10-01-12 | State Occupancy Tax | 12.15 | |
| 10-01-12 | Flat Tax | 1.00 | |
| 10-01-12 | City Occupancy Tax | 5.40 | |
| 10-02-12 | | | 496.94 |
| | Total | 496.94 | 496.94 |
| | Balance | 0.00 | |

Handwritten annotations: 11.13, 11.13, 11.13 x3 $33.39, 18.55

Guest Signature: _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Staybridge Suites New Orleans
501 Tchoupitoulas Street
New Orleans, LA 70130
Telephone: (504) 571-1818 Facsimile: (504) 571-1811

# Shuttlepark2

3610 S 158th St., Tukwila, WA 98188
206-242-5432

Ticket:888676      Receipt: 571713

In :Fri, Sep 28th 2012   4:22AM
Out :Tue, Oct 2nd 2012   9:07PM

DAILY 5@$8.99                  44.95
Airport Access Fee              2.00
                            --------
          SUBTOTAL             46.95
State Sales Tax 9.50%           4.46
City Parking Tax 5.00%          2.35
                            --------
          TOTAL               53.76

                              53.76

You saved $18.35
off of our regular rates!

You can earn FREE parking
with this receipt! Go to
www.shuttlepark2.com and
join the Point Club. Entering the
Validation Code "2BFA8D"
along with the receipt number above
credits you points for this trip!

_____   Customer Signature

**Subject:** Itinerary for: MILLER MARK W - Travel beginning 09/28/2012 - STATUS: Ticket(s) have been issued
**From:** <sheri.carr@adtrav.com>
**Date:** 8/27/2012 3:45 PM
**To:** <MARK.W.MILLER@NOAA.GOV>
**CC:** <THELMA.C.MENDENHALL@NOAA.GOV>



ADTRAV
service nonstop

Phone: (866) 430-8929

Monday, August 27, 2012 5:45 PM
**Booking Locator: IFSHIM**

**After Hours/VIT Code: U21F**

**MARK W MILLER**
National Oceanic and Atmospheric Administration

**Ticket(s) Issued**
This is your travel invoice

### Seattle, WA, US - to - Dallas, TX, US
Departs: Friday, September 28

Check In
Flight# 2228

| | | |
|---|---|---|
| **Carrier:** | American Airlines Inc | |
| **Departs:** | Seattle/Tacoma International Airport (SEA) | Friday - September 28 - 6:10 AM |
| **Arrives:** | Dallas/Fort Worth International Airport (DFW) | Friday - September 28 - 12:00 PM |
| **Seat #:** | 10D | **E-Ticket #:** 0017127990952 0017127990958 |
| **Carrier Locator:** | IFSHIM | **Meal:** Food for Purchase |
| **Status:** | Segment Confirmed | **Info:** Stops: 0, Time: 3.50, Miles: 1663 |
| **Class:** | Economy/Coach Class (G) | **Equipment:** Boeing 737-800 (2 Engine Jet) |

**Frequent Flyer:** ▮▮▮▮▮▮▮▮▮

### Dallas, TX, US - to - New Orleans, LA, US
Departs: Friday, September 28

Check In
Flight# 1685

| | | |
|---|---|---|
| **Carrier:** | American Airlines Inc | |
| **Departs:** | Dallas/Fort Worth International Airport (DFW) | Friday - September 28 - 2:00 PM |
| **Arrives:** | New Orleans International Airport (MSY) | Friday - September 28 - 3:20 PM |
| **Seat #:** | 12D | **E-Ticket #:** 0017127990952 0017127990958 |
| **Carrier Locator:** | IFSHIM | **Meal:** N/A |
| **Status:** | Segment Confirmed | **Info:** Stops: 0, Time: 1.20, Miles: 448 |
| **Class:** | Economy/Coach Class (G) | **Equipment:** S80 |

Witness Fees_346

**Frequent Flyer:** ▮▮▮▮▮▮▮

 **Staybridge Sts By Holiday Inn**
**Friday - September 28 - to - Wednesday - October 3**

|  |  |
|---|---|
| **Hotel:** | Staybridge Stes New Orleans Fr |
|  | 501 Tchoupitoulas St. |
|  | New Orleans La 70130 |
|  | Phone: 504-571-1818 |
| **Check In:** | Friday - September 28 |
| **Check Out:** | Wednesday - October 3 |
| **Confirmation:** | 64203065- |
| **Rate Info:** | $135.00 USD |
| **Other Info:** | Number of Rooms: 0, Number of Guests: 1 |
|  | Room Description: CORP |

---

**New Orleans, LA, US - to - Dallas, TX, US**    `Check In`
**Departs: Wednesday, October 3**    **Flight# 2259**

|  |  |  |  |
|---|---|---|---|
| **Carrier:** | American Airlines Inc | | |
| **Departs:** | New Orleans International Airport (MSY) | | Wednesday - October 3 - 10:10 AM |
| **Arrives:** | Dallas/Fort Worth International Airport (DFW) | | Wednesday - October 3 - 11:45 AM |
| **Seat #:** | Airport Check-in | **E-Ticket #:** | 0017127990952 0017127990958 |
| **Carrier Locator:** | IFSHIM | **Meal:** | N/A |
| **Status:** | Segment Confirmed | **Info:** | Stops: 0, Time: 1.35, Miles: 448 |
| **Class:** | Economy/Coach Class (G) | **Equipment:** | S80 |

**Frequent Flyer:** ▮▮▮▮▮▮

---

**Dallas, TX, US - to - Seattle, WA, US**    `Check In`
**Departs: Wednesday, October 3**    **Flight# 1895**

|  |  |  |  |
|---|---|---|---|
| **Carrier:** | American Airlines Inc | | |
| **Departs:** | Dallas/Fort Worth International Airport (DFW) | | Wednesday - October 3 - 12:40 PM |
| **Arrives:** | Seattle/Tacoma International Airport (SEA) | | Wednesday - October 3 - 2:45 PM |
| **Seat #:** | Airport Check-In | **E-Ticket #:** | 0017127990952 0017127990958 |
| **Carrier Locator:** | IFSHIM | **Meal:** | Food for Purchase |
| **Status:** | Segment Confirmed | **Info:** | Stops: 0, Time: 4.05, Miles: 1663 |

Witness Fees_347

| Class: | Economy/Coach Class (G) | Equipment: | Boeing 737-800 (2 Engine Jet) |
|---|---|---|---|

**Frequent Flyer:**

## INVOICE AND PAYMENT RECEIPT

| | |
|---|---|
| AIRFARE AMERICAN AIRLINES INC<br>TICKET 0017127990952 ISSUED 8/27/2012<br>INVOICE 0236975 CHARGED TO CA-8457 | $ 198.60 |
| SERVICE FEE-AIR DOMESTIC FULL SERVICE<br>RECEIPT 8900578255016 ISSUED 8/27/2012<br>INVOICE 0236975 CHARGED TO CA-8457 | $ 25.43 |
| **TOTAL CHARGES 8/27/2012 0237P** | **$ 224.03** |
| AIRFARE AMERICAN AIRLINES INC<br>TICKET 0017127990958 ISSUED 8/27/2012<br>INVOICE 0236980 CHARGED TO CA-8457 | $ 220.60 |
| SERVICE FEE-AIR DOMESTIC FULL SERVICE<br>RECEIPT 8900578255021 ISSUED 8/27/2012<br>INVOICE 0236980 CHARGED TO CA-8457 | $ 25.43 |
| **TOTAL CHARGES 8/27/2012 0538P** | **$ 246.03** |

## REMARKS

```
***ARE NOT GUARANTEED UNTIL TICKET IS ISSUED AND***
***SPACE IS SUBJECT TO CARRIER CANCELLATION********
****************************************************
```

```
YOUR V.I.P. CODE IS U21F***ADTRAV TRAVEL MANAGEMENT**
ANY CHANGES IN ITINERARY MAY INCREASE COST***********
POSSIBLE FARE INCREASE DUE TO CARRIER FUEL**********
SURCHARGE. AUTHORIZED BY GSA*************
****************************************************
```

MANY AIRLINES HAVE NEW GUIDELINES AND FEES FOR ****
CHECK BAGGAGE***FOR MORE INFORMATION CONTACT*********
YOUR ADTRAV AGENT*************************
****STAYBRIDGE SUITES CANCELLATION IS BY 6PM DAY OF ARRIVAI
DOT REQUIRES ADTRAV DISPLAY BAG ALLOWANCES AND SERVICE
CHARGES OR PROVIDE A HYPERLINK WHERE BAGGAGE INFORMAT
IS AVAILABLE. FOR THIS TRIP PLEASE VISIT THE LINK LISTED BELO
FOR AMERICAN AIRLINES AIRLINES
WWW.AA.COM/I18N/TRAVELINFORMATION/BAGGAGE/BAGGAGEALL
AA1685 ALL SEATS THIS FLIGHT ARE AIRPORT CHECK-IN ONLY

ADTRAV Travel Management :: 4555 Southlake Parkway :: Birr
Phone: (866) 430-8929 :: Fax: (205) 949-423
doccallcenter@adtrav.com

Attachments:

2012-08-27-Itinerary & Payment
Receipt.MILLER.MARK.W.2012-09-28.IFSHIM.pdf

*[handwritten note:]* Reservation for return is now on its way. 8/27/2012 <8 - Need to make return flight upon FYI3 available on table. ∅.

Witness Fees_348

8/27/2012 4:36 PM

```
===================================================================
 07/14/14          TV                        | TV:        MNR1S0063-1
 PAGE   1 ** Read Privacy Act On Last Page ** | Travel Au  MNR1S0063
===================================================================
```

```
1) NAME: Miller, Mark W.                    VNum:    ****-*2457

   ADDR: NOAA/NOS/ORR                        PHONE:
         7600 Sand Point Way NE              MAIL CD:
         Seattle, WA  98115                  ORG:    W-10-12
                                             TITLE:  Environ Scientist
   DUTY: Seattle, WA              TZ: 9      SEC CLR:
   RES:  Brier, WA                           CARD:   CARD HOLDER
   HOURS: 8
   FFB                                       BUREAU
===================================================================
```

| 2) FROM | TO | TRAVEL | TA DATE | TRIP PURPOSE | TRIP TYPE |
|---------|----|----|---------|--------------|-----------|
| 07/08/14 | 07/11/14 | MNR1S0063 | 07/14/14 | 2-INFORMATION MEETING | 1-SINGLE-DO |

| 3) GTR/TICKET NO | VALUE | CR | CLS | DATE | FROM | TO |
|------------------|-------|----|----|------|------|----|
| See Attached Ticket 1 | 428.00 | | VK | | | |

```
4) ACCT                                         TRIP 1    |5) FINANCE OFFICE
--------------------------------------------------------- |
17K3NCZP00                                       455.19   |
2014-14-17K3NCZP00-10120001-00000000-----                 |
M8KSN04P00                                       736.21   |
2014-14-M8KSN04P00-10120001-00000000-----                 |
                                                          |
                                                          |
                                                          |
==========================================================|
6)NON-REIMBURSABLE EXPENSES --------------------  455.19  |
  TOTAL AMOUNT CLAIMED -----------------------    736.21  |
     ADVANCE OUTSTANDING ---        0.00                  |
     ADVANCE APPLIED -------        0.00          0.00    |
                                          ==============  |
NET TO TRAVELER (GOVT) ----------------------     736.21  |
===========================================================+==================
```

Copyright 1989-2006 Gelco Information Network GSD, Inc.

```
                                                          |8)
                                                          | TV NO:
I certify that this TV is true and correct to the best    |
of my knowledge and belief, and that payment or credit has| SCHEDULE NO:
not been received by me. I hereby assign the United States|
any right I may have against any parties in connection, with| CERTIFIED BY:
reimbursable transportation charges described above, pur- |
chased under cash payment procedures (41 CFR Part 301-10).|
                                                          |
7)TRAVELER SIGNATURE                    DATE              | DATE:
===========================================================+==================
This TV is approved.  Long distance telephone calls,      |10)
if any, are certified as necessary in the interest of the |CASH RECEIPT DATE
Government.  (Note: If long distance telephone calls are  |
included, the approving official must have been authorized | AMOUNT
in writing by the head of the department or agency to so  |
certify (31 U.S.C. 680a)).                                | SIGNATURE
                                                          |
9)APPROVED,  Debra L. Payton, Chief, ERD        DATE      |
```

15 JUL 14

Witness Fees_349

```
================================================================
07/14/14        TV                    |TV:          MNR1S0063-1
PAGE   2  ** Read Privacy Act On Last Page ** |Miller       ****-*2457
================================================================
```

(11) ITINERARY AND TRANSPORTATION EXPENSES - TRIP NO          1

| DATE | TIME | DEPARTED/ARRIVED LOCATIONS | MODE | COST | DESCRIPTION |
|------|------|---------------------------|------|------|-------------|
| 07/08/2014 | | D-RES: Brier, WA | | | |
| 07/08/2014 | | A-NEW ORLEANS,LA | | | |
| 07/08/2014 | | | 1POC | 14.00 | 1POC-Private Vhcle |
| | | | | Distance: 25 Rate: .56 | |
| 07/08/2014 | | | AIR | 428.00 | *Airline Flight |
| 07/08/2014 | | | CAB | 38.00 | Taxi |
| 07/08/2014 | | | NONE | 27.19 | *TMC Transaction Fees |
| 07/11/2014 | | D-NEW ORLEANS,LA | | | |
| 07/11/2014 | | A RES: Brier, WA | | | |
| 07/11/2014 | | | 1POC | 14.00 | 1POC-Private Vhcle |
| | | | | Distance: 25 Rate: .56 | |

```
                                            -------------------
        TOTAL TRANSPORTATION EXPENSES              521.19
```

```
================================================================
```

(12) SUBSISTENCE AND OTHER REIMBURSABLE EXPENSES

| DATE | ACTUAL LODGING | LODGING ALLOWED | MEALS B L D | M&IE ALLOW | P-DIEM RATE | OTHER EXPENSES | AMOUNT |
|------|---------------|-----------------|-------------|------------|-------------|----------------|--------|
| 07/08 | 109.00 | 108.00 | | 53.25 | 108/71 | | |
| | | | | | | | 0.00 |
| 07/09 | 109.00 | 108.00 | | 71.00 | 108/71 | | |
| | | | | | | | 0.00 |
| 07/10 | 109.00 | 108.00 | | 71.00 | 108/71 | | |
| | | | | | | | 0.00 |
| 07/11 | 0.00 | 0.00 | | 53.25 | 108/71 | | |
| | | | | | | | 0.00 |
| 07/11 | | | | | | Hotel Tax | 54.24 |
| 07/11 | | | | | | Parking Fees | 43.47 |
| | ------------------- | ----------------- | | | | | ------------------- |
| | 324.00 | 248.50 | | | | | 97.71 |

```
=== (13) COMMENTS :=============================================
*** AMENDMENT ***CBA OBLIGATION #:00562801 Organization ID:141012 TRAVELER PO#
 :00562800
PREPARED BY: Thelma Mendenhall 206-526-4608
****Traveler is authorized to use NON-Contract/NON-Refundable fare for this tr
ip under FTR 301-10.107(a), space on contract flight is not available in time
to accomplished the purpose of the trip.
AUTHORIZED BUSINESS CALLS

 APPROVAL OF TRAVEL SCHEDULED TO BE ACCOMPLISHED ON OR AFTER OCTOBER 1, 2013 IS
   CONTINGENT UPON APPROVAL OF FY14 FUNDS.

VER=CIV===RATE TBL DATE=05/27/14===============================
Copyright 1989-2006 Gelco Information Network GSD, Inc.

  * Expense not claimed for reimbursement.

================================================================
```

NOTE: Falsification of an item in an expense account works a forfeiture of claim (28 U.S.C. 2514) and may result in a fine of not more than $10,000 or imprisonment for not more than 5 years or both (18 U.S.C. 287; i.d. 1001).

In compliance with the Privacy Act of 1974, the following information is provided: Solicitation of the information on this form is authorized by 5 U.S.C. Chap. 57 as implemented by the Federal Travel Regulations (41 CFR 301-304), E.O. 11609 of July 22, 1971, E.O. 11012 of March 27, 1962, E.O. 9397 of Nov. 22, 1943 and 26 U.S.C. 6011(b) and 6109. The primary purpose of the requested information is to determine payment or reimbursement to eligible individuals for allowable travel and/or relocation expenses incurred under appropriate administrative authorization and to record and maintain costs of such reimbursements to the Government. The information will be used by officers and employees who have a need for the information in the performance of their official duties. The information may be disclosed to appropriate Federal, State, local, or foreign agencies, when relevant to civil, criminal, or regulatory investigations or prosecutions, or when pursuant to a requirement by this agency in connection with the hiring or firing of an employee, the issuance of a security clearance, or investigations of the performance of official duty while in Government service. Your Social Security Account Number (SSN) is solicited under the authority of the Internal Revenue Code (26 U.S.C 6011(b) and 6109) and E.O. 9397, Nov. 22, 1943, for use as a tax payer and/or employee identification number; disclosure is MANDATORY on vouchers claiming travel; and/or relocation allowance expense reimbursement which is, or may be, taxable income. Disclosure of your SSN and other requested information is voluntary in all other instances; however, failure to provide the information (other than SSN) required to support the claim may result in delay or loss of reimbursement.

==============================================================================

```
ACCT                                                    TRIP 1
------------------------                               ----------------
COM. CARRIER-2143                                              428.00
TRANSACTION FEES-2143                                          27.19
                                                       ----------------
17K3NCZP00                                                    455.19

Organization: W-10-12
2014-14-17K3NCZP00-10120001-00000000-----

LODGING TAX-2140                                               54.24
Lodging-PerDiem-2140                                          324.00
M&IE-PerDiem-2140                                            248.50
MILEAGE-2140                                                  28.00
OTHER TRAVEL-2140                                             43.47
TRANSPORT-2140                                                38.00
                                                       ----------------
M8KSN04P00                                                   736.21

Organization: W-10-12
2014-14-M8KSN04P00-10120001-00000000-----


SPLIT PAY DISBURSEMENTS:

   TOTAL EXPENSES ------------------------------       1,191.40
   NON-REIMBURSABLE EXPENSES ------------------          455.19
                                                     ===================
   TOTAL AMOUNT CLAIMED -----------------------          736.21

     GOV'T ADVANCE OUTSTANDING --          0.00
   . GOV'T ADVANCE APPLIED ------           0.00
                                     ----------              0.00
                                                     ===================
   NET TO TRAVELER (GOVT) --------------------          736.21

     GOV'T CHARGE CARD EXPENSES -        833.43
     GOV'T CHARGE CARD ATM ADV --          0.00
     ADD'L  GOV'T  CHARGE CARD PMT         0.00
                                   ==================
     TOTAL  GOV'T CHARGE CARD AMT        833.43

   PAY TO  GOV'T CHARGE CARD ------------------          378.24
   PAY TO TRAVELER ---------------------------          357.97
```

================================================================================

```
STATUS              DATE        TIME          SIGNATURE NAME
----------------    ----------  ------------  ----------------------------------
CREATED             07/14/2014  1:12PM        Thelma C. Mendenhall
     REASON:
SIGNED              07/15/2014  10:46AM       Mark W. Miller
     REASON:
ADJUSTED            07/15/2014  11:28AM       Mark Dix
     REASON:
APPROVED            07/15/2014  11:28AM       Mark Dix
     REASON:
DATA LINK           07/15/2014  12:09PM       TMCAMS
     REASON:
```

I certify that the electronic signatures listed above are
valid and on file.

_____          _____
                    SIGNED                            DATE

```
1) NAME: Miller, Mark W.              VNum:   ****-*2457

   ADDR: NOAA/NOS/ORR                 PHONE:
         7600 Sand Point Way NE       MAIL CD:
         Seattle, WA  98115           ORG:    W-10-12
                                      TITLE:  Environ Scientist
   DUTY: Seattle, WA          TZ: 9  SEC CLR:
   RES:  Brier, WA                    CARD:   CARD HOLDER
   HOURS:  8
   FFB                                BUREAU
```

2) TRAVEL A  MNR1S0063      DATE: 07/10/2014   TYPE: 1-SINGLE-DOMESTIC

3) TRAVEL PURPOSE:  2-INFORMATION MEETING
DWH Deposition

4) GENERAL ITINERARY

| DATE | TIME | DEPARTED/ARRIVED LOCATIONS | PER DIEM RATE |
| --- | --- | --- | --- |
| 07/08/2014 | | D-RES: Brier, WA | |
| 07/08/2014 | | A-NEW ORLEANS,LA | 108/71 |
| 07/11/2014 | | D-NEW ORLEANS,LA | |
| 07/11/2014 | | A RES: Brier, WA | |

5) OTHER AUTHORIZATIONS

| 6) | EST COST | ADV AMT |
| --- | --- | --- |
| COM. CARR | 428.00 | 0.00 |
| LODGING T | 125.00 | 0.00 |
| Lodging-P | 324.00 | 0.00 |
| M&IE-PerD | 248.50 | 248.50 |
| OTHER NON | 110.00 | 110.00 |
| OTHER TRA | 78.00 | 78.00 |
| TRANSACTI | 27.19 | 0.00 |
| TRANSPORT | 290.00 | 290.00 |
| TOTALS: | 1,630.69 | 726.50 |
| ADVANCE AUTHORIZED: | | 0.00 |

```
7) ACCT CLASSIFICATIONS                                        EST COST
17K3NCZP00 - 2014-14-17K3NCZP00-10120001-00000000-----          455.19
M8KSN04P00 - 2014-14-M8KSN04P00-10120001-00000000-----        1,175.50
```

8) REMARKS
*** AMENDMENT ***CBA OBLIGATION #:00562801 Organization ID:141012 TRAVELER PO#:0
0562800
PREPARED BY: Thelma Mendenhall 206-526-4608
****Traveler is authorized to use NON-Contract/NON-Refundable fare for this trip
under FTR 301-10.107(a), space on contract flight is not available in time to a

```
==AUTHORIZED BY              TITLE            DATE   | INITIALS  | DATE===
    Debra L. Payton          Chief, ERD             |           |
```

Witness Fees_355

```
================================================================================
ccomplished the purpose of the trip.
AUTHORIZED BUSINESS CALLS

APPROVAL OF TRAVEL SCHEDULED TO BE ACCOMPLISHED ON OR AFTER OCTOBER 1, 2013 IS
CONTINGENT UPON APPROVAL OF FY14 FUNDS.
================================================================================
10) FUNDS OBLIGATED

================================================================================
```

| 11) GTR/TICKET NO | VALUE | CR | CLS | DATE | FROM | TO |
|---|---|---|---|---|---|---|
| See Attached Ticket | 428.00 | | VK | | | |

```
================================================================================
12)  ITINERARY AND TRANSPORTATION EXPENSES - TRIP NO          1
```

| DATE | TIME | DEPARTED/ARRIVED LOCATIONS | MODE | COST | DESCRIPTION |
|---|---|---|---|---|---|
| 07/08/2014 | | D-RES: Brier, WA | | | |
| 07/08/2014 | | A-NEW ORLEANS,LA | | | |
| 07/08/2014 | | | AIR | 428.00* | Airline Flight |
| 07/08/2014 | | | CAB | 75.00 | Taxi |
| 07/08/2014 | | | NONE | 27.19* | TMC Transaction Fees |
| 07/08/2014 | | | SHUT | 70.00 | Airport Shuttle |
| 07/11/2014 | | D-NEW ORLEANS,LA | | | |
| 07/11/2014 | | A RES: Brier, WA | | | |
| 07/11/2014 | | | CAB | 75.00 | Taxi |
| 07/11/2014 | | | SHUT | 70.00 | Airport Shuttle |
| | | TOTAL TRANSPORTATION EXPENSES | | 745.19 | |

```
================================================================================
13)  SUBSISTENCE AND OTHER REIMBURSABLE EXPENSES
```

| DATE | ACTUAL LODGING | LODGING ALLOWED | MEALS B L D | M&IE ALLOW | P-DIEM RATE | OTHER EXPENSES | AMOUNT |
|---|---|---|---|---|---|---|---|
| 07/08 | 108.00 | 108.00 | | 53.25 | | | |
| | | | | | | Internet Access | 25.00 |
| | | | | | | ATM Fees | 10.00 |
| | | | | | | Check Baggage Fee | 50.00 |
| | | | | | | Miscellaneous | 25.00 |
| 07/09 | 108.00 | 108.00 | | 71.00 | | | |
| 07/10 | 108.00 | 108.00 | | 71.00 | | | |
| 07/11 | 0.00 | 0.00 | | 53.25 | | | |
| | | | | | | Hotel Tax | 125.00 |
| | | | | | | Parking Fees | 78.00 |
| | | 324.00 | | 248.50 | | | 313.00 |

VRCIV=RATE TABLE DATE=05/27/14=Copyright 1989-2006 Gelco Information Network GSD

```
================================================================================
```

Witness Fees_356

In compliance with the Privacy Act of 1974, the following information is provided: Basic authority for requiring the requested information is contained in 5 USC 5701-5733, particularly sections 5721-5733, 30 USC 905 and Executive Order 9397. Disclosure of the data by you is voluntary. The principal purpose for collecting the data is to determine the amount to reimburse an employee for expenses incurred in connection with temporary duty travel. Information may be transferred to appropriate Federal, State, local or foreign agencies when relevant to civil, criminal or regulatory investigations or prosecutions. There is no personal liability to you if you do not furnish the requested information; however, we shall not be able to reimburse you for your expenses.

```
=============================================================================

ACCT                                                      TRIP 1
-----------------------                             ----------------
COM. CARRIER-2143                                           428.00
TRANSACTION FEES-2143                                        27.19
                                                    ----------------
17K3NCZP00                                                  455.19

Organization: W-10-12
2014-14-17K3NCZP00-10120001-00000000-----

LODGING TAX-2140                                            125.00
Lodging-PerDiem-2140                                        324.00
M&IE-PerDiem-2140                                           248.50
OTHER NON-TR-2140                                           110.00
OTHER TRAVEL-2140                                            78.00
TRANSPORT-2140                                              290.00
                                                    ----------------
M8KSN04P00                                                1,175.50

Organization: W-10-12
```

==============================================================================

| STATUS | DATE | TIME | SIGNATURE NAME |
|--------|------|------|----------------|
| CREATED | 07/10/2014 | 11:27AM | Thelma C. Mendenhall |
| REASON: | | | |
| SIGNED | 07/10/2014 | 11:32AM | Thelma C. Mendenhall |
| REASON: | | | |
| ADJUSTED | 07/10/2014 | 5:57PM | Andrea Gardner |
| REASON: | | | |
| REVIEWED | 07/10/2014 | 5:58PM | Andrea Gardner |
| REASON: | | | |
| ADJUSTED | 07/10/2014 | 6:19PM | Mark Dix |
| REASON: | | | |
| APPROVED | 07/10/2014 | 6:20PM | Mark Dix |
| REASON: | | | |
| DATA LINK | 07/10/2014 | 6:20PM | Mark Dix |
| REASON: | | | |

I certify that the electronic signatures listed above are
valid and on file.

_____          _____
            SIGNED                              DATE



THE ROOSEVELT NEW ORLEANS
123 Baronne Street | New Orleans, LA | 70112
T: 504 648 1200 | F: 504 585 1295
W: therooseveltneworleans.com

MILLER, MARK

US

| | | |
|---|---|---|
| Room: | 20529/K1RRU1 | |
| Arrival Date: | 7/8/2014 | 5:42:00PM |
| Departure Date: | 7/11/2014 | |
| Adult/Child: | 1/0 | |
| Room Rate: | 109.00 | |

RATE PLAN          L-GV

HH#
AL:
BONUS AL:          CAR:

CONFIRMATION NUMBER   3130947885

7/11/2014    PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 7/8/2014 | GUEST ROOM | DGOODLY | 2878152 | $109.00 | | |
| 7/8/2014 | RM - SALES TAX | DGOODLY | 2878152 | $14.17 | | |
| 7/8/2014 | RM - OCCUPANCY TAX | DGOODLY | 2878152 | $2.00 | | |
| 7/8/2014 | CVB TOURISM ASSESSMENT | DGOODLY | 2878152 | $1.91 | | |
| 7/9/2014 | GUEST ROOM | JCMOCK | 2879481 | $109.00 | | |
| 7/9/2014 | RM - SALES TAX | JCMOCK | 2879481 | $14.17 | | |
| 7/9/2014 | RM - OCCUPANCY TAX | JCMOCK | 2879481 | $2.00 | | |
| 7/9/2014 | CVB TOURISM ASSESSMENT | JCMOCK | 2879481 | $1.91 | | |
| 7/10/2014 | GUEST ROOM | TSIMEON | 2880973 | $109.00 | | |
| 7/10/2014 | RM - SALES TAX | TSIMEON | 2880973 | $14.17 | | |
| 7/10/2014 | RM - OCCUPANCY TAX | TSIMEON | 2880973 | $2.00 | | |
| 7/10/2014 | CVB TOURISM ASSESSMENT | TSIMEON | 2880973 | $1.91 | | |
| 7/11/2014 | VS | AHENDRIX | 2881663 | | $381.24 | |
| | BALANCE | | | | | $0.00 |

*Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 hotels and resorts in 91 countries, please visit HHonors.com.*

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| | | | 375693  A |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| THANK YOU FOR STAYING AT THE ROOSEVELT, A WALDORF ASTORIA HOTEL. | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND. | | PAYMENT DUE UPON RECEIPT | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# RECEIPT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*



**AIRPORT SHUTTLE**
FOR RESERVATIONS CALL
24 HOURS IN ADVANCE:
**504-522-3500**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# RECEIPT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

NON-REFUNDABLE
NOT RESPONSIBLE FOR LOST
OR STOLEN TICKETS

Reservation #: 3437728
07/08/14 04:55 PM
conniet

TO/FROM:Roosevelt Hotel
University Place

PAX: 1/0 FARE: $38.00 (CC)

MILLER,M

3437728

ROUTE: 2

You are scheduled to be picked up at
the: Roosevelt Hotel
Your reservation number is: 3437729
* Airport Shuttle New Orleans will not
be responsible or liable for:
* Lost, Stolen or damaged items and
baggage or vehicles parked at any of
our locations. Acts of God or nature,
delays in traffic or flight plans
DON'T FORGET TO VISIT US ONLINE
AT
www.airportshuttleneworleans.com

# Shuttlepark2

3010 S 158th St., Tukwila, WA 98188
206-242-5432

Ticket:779351     Receipt: 663694

In  :Tue, Jul  8th 2014   7:02AM
Out :Fri, Jul 11th 2014   9:19PM

DAILY 4@$8.99                    35.96
Airport Access Fee                2.00
                          ------------
             SUBTOTAL            37.96
State Sales Tax  9.50%            3.61
City Parking Tax 5.00%            1.90
                          ============
                TOTAL           43.47

███████████                       43.47

You saved $14.84
off of our regular rates!

You can earn FREE parking
with this receipt! Go to
www.shuttlepark2.com and
join the Point Club. Entering the
Validation Code "58B88E5"
along with the receipt number above
credits you points for this trip!

--------------------------------
Customer Signature

See us online at
www.shuttlepark2.com
For great parking deals.



# ADTRAV

**Phone:(866) 430-8929**
service nonstop 24/7/365

**After Hours/VIT Code:** U21F

## MARK W MILLER
National Oceanic and Atmospheric Administration

**Awaiting Ticketing**
No fare is guaranteed until ticketed

---

### Seattle, WA, US - to - New Orleans, LA, US
### Tuesday, July 8 ▶ Friday, July 11

| | |
|---|---|
| Traveler: | MARK W MILLER |
| Trip Includes: | Air Segments |
| Booked By: | MILLER/M |
| Date Created: | May 27, 2014 |

| | |
|---|---|
| Booking Source: | Agent |
| Date Ticketed/Confirmed: | Pending |

---

### Seattle, WA, US - to - New Orleans, LA, US
**Departs: Tuesday - July 8**

`Check In`

**Flight# 0788**

| | |
|---|---|
| Carrier: | Alaska Airlines |
| Departs: | Seattle/Tacoma International Airport (SEA) | Tuesday - July 8 - 10:15 AM |
| Arrives: | New Orleans International Airport (MSY) | Tuesday - July 8 - 5:00 PM |
| Seat #: | 06C |
| Carrier Locator: | LXDZIV |
| Status: | Segment Confirmed |
| Class: | Economy/Coach Class (V) |
| Frequent Flyer: | |

| | |
|---|---|
| E-Ticket #: | |
| Meal: | Food for Purchase |
| Info: | Stops: 0, Time: 4.45, Miles: 2088 |
| Equipment: | Boeing 739-900 (2 Engine Jet) |

---

### New Orleans, LA, US - to - Seattle, WA, US
**Departs: Friday - July 11**

`Check In`

**Flight# 0789**

| | |
|---|---|
| Carrier: | Alaska Airlines |
| Departs: | New Orleans International Airport (MSY) | Friday - July 11 - 5:55 PM |
| Arrives: | Seattle/Tacoma International Airport (SEA) | Friday - July 11 - 8:50 PM |
| Seat #: | 06C |
| Carrier Locator: | LXDZIV |
| Status: | Segment Confirmed |
| Class: | Economy/Coach Class (K) |
| Frequent Flyer: | |

| | |
|---|---|
| E-Ticket #: | |
| Meal: | Food for Purchase |
| Info: | Stops: 0, Time: 4.55, Miles: 2088 |
| Equipment: | Boeing 739-900 (2 Engine Jet) |

Witness Fees_365

## PRICE QUOTE

| | |
|---|---|
| FARE TOTAL | $ 428.00 |
| SERVICE FEE-AIR DOMESTIC FULL SERVICE | $ 27.19 |
| **TOTAL QUOTE** | **$ 455.19** |

## REMARKS

******SEE BELOW FOR CHANGES EFFECTIVE OCTOBER 1ST
SPECIAL NOTICE-MOST AIRLINES NOW REQUIRE ALL
GOVERNMENT CONTRACT FARES TO BE ISSUED AT LEAST
48 HOURS PRIOR TO DEPARTURE. RESERVATIONS NOT
TICKETED BY THIS TIME WILL BE AUTOMATICALLY
CANCELLED BY THE AIRLINES.
***ARE NOT GUARANTEED UNTIL TICKET IS ISSUED AND***
***SPACE IS SUBJECT TO CARRIER CANCELLATION********
*******************************************************

YOUR V.I.P. CODE IS U21F***ADTRAV TRAVEL MANAGEMENT**
ANY CHANGES IN ITINERARY MAY INCREASE COST***********
POSSIBLE FARE INCREASE DUE TO CARRIER FUEL***********
SURCHARGE. AUTHORIZED BY GSA*************
*******************************************************

MANY AIRLINES HAVE NEW GUIDELINES AND FEES FOR ****
CHECK BAGGAGE***FOR MORE INFORMATION CONTACT*********
YOUR ADTRAV AGENT***********************
**AIRFARE NOTICE**
THIS IS A NON-REFUNDABLE FARE. CANCELLATION
AND/OR CHANGES MUST BE MADE PRIOR TO FLIGHT TIME
OR VALUE OF TICKET WILL BE FORFEITED. VALIDITY
DATES VARY ACCORDING TO AIRLINE AND CANCELLATION
AND/OR CHANGE FEES DO APPLY. CHECK WITH YOUR
TRAVEL AGENT FOR DETAILS.
THIS FARE IS NOT GUARANTEED UNTIL TICKET IS ISSUED
PENALTIES DO APPLY FOR CHANGES OR CANCELLATIONS
PLEASE SIGN INDICATING YOUR ACCEPTANCE OF THIS NONREFUNDABLE FARE
AND FAX TO MY ATTENTION AT 205-444-4839
THANK YOU FOR YOUR BUSINESS
DOT REQUIRES ADTRAV DISPLAY BAG ALLOWANCES AND
SERVICE CHARGES OR PROVIDE A HYPERLINK WHERE
BAGGAGE INFORMATION IS AVAILABLE.
FOR THIS TRIP PLEASE VISIT THE LINK LISTED BELOW
FOR ALASKA AIRLINES
WWW.ALASKAAIR.COM/CONTENT/TRAVEL-INFO/POLICIES/BAGGAGE-CHECKED.ASPX

ADTRAV Travel Management :: 4555 Southlake Parkway :: Birmingham AL. 35244
Phone: (866) 430-8929 :: 24/7/365
Fax: (205) 949-4233
doccallcenter@adtrav.com

Witness Fees_367

# OR&R Travel Expenses Request Form (TERF)

*Sent for signature*
*7/14/2014*
*&*

| Traveler's Name | Mark Miller |
|---|---|
| Trip Destination(s) | New Orleans, LA |
| Dates of Travel | 07/08/2014 - 07/11/2014 |
| Travel Auth. No. | MNR1S0063 |
| Date Submitted | 07/14/2014 |

**ITINERARY:**

| | Date | Points of Departure and Arrival | Time | Mode of Travel | POV Miles |
|---|---|---|---|---|---|
| Departs | 7/8/2014 | Residence | 06:30 | POV | 25 |
| Arrives | 7/8/2014 | Airport | 07:45 | | |
| | | | | | |
| Departs | 7/8/2014 | SEA | 10:15 | AK | |
| Arrives | 7/8/2014 | New Orleans, LA | 16:45 | | |
| | | | | | |
| Departs | 7/11/2014 | NOLA | 17:45 | AK | |
| Arrives | 7/11/2014 | SEA | 21:30 | | |
| | | | | | |
| Departs | 7/11/2014 | Airport | 22:00 | POV | 25 |
| Arrives | 7/11/2014 | Residence | 22:45 | | |

**EXPENSES :**

| Date | Location | Description | Cost |
|---|---|---|---|
| 7/8/2014 | NOLA | Airport Shuttle | $38.00 |
| 7/11/2014 | Seattle | Parking Fees | $43.47 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Notes and/or additional information:**  Note: Deduct meals received by hotel or conference host.

Witness Fees_369

Revised 07/2013



# Travel Manager Worksheet

| | |
|---|---|
| **Name** | |
| **TripID** | 3931  Mark Miller |
| **Trip Begin** | 7/8/2014 |
| **Trip End** | 7/11/2014 |
| **Project Code** | ERD FY14 travel code- M8KSN04P00 |
| **Org Code** | ERD - 10-12-0001-00-00-00-00 |
| **Description** | DWH Deposition |

| | |
|---|---|
| **Flight Charge** | NOAA |
| **TripType** | S |
| **AuthNbr** | MNR1S0063 |
| **Category** | Standard |
| **AnticExp** | POV |
| | Airport Shuttle |
| | ATM Fees |
| **Notes** | Traveler's fare - requesting to purchase the "NON-Contract and Non-Refundable fare" for this trip. |

### Trip Status Summary

| | |
|---|---|
| **EntryDate** | 5/27/2014 |
| **Status** | Authorized |
| **Countdown** | 42 |
| **StatusDate** | 5/27/2014 |
| **Requestor** | Thelma C. Mendenhall |

## Destinations for this trip:

| Depart | Origin | Destination | Return |
|---|---|---|---|
| 7/8/2014 | Seattle, WA | New Orleans, LA | 7/11/2014 |

## Reservations for this trip:

| Type | Preferred Provider | Destination |
|---|---|---|
| airline | Alaska Airlines | New Orleans, LA |
| hotel | No Preference | New Orleans, LA |

# Travel Authorization Request Form

Date Submitted  5/27/2014

For Office Use Only

Authorized By _____

Name: Mark Miller

- ⦿ Civilian      ○ Invitational
- ○ NOAA Corps  ○ Reimbursable
     (Attach letter/e-mail)

Authorization No. _____
Date Sent to SATO _____
Sent for Signature _____
Sent to Finance _____

Proposed Dates of Travel: 07/08/2014 - 07/11/2014

**Destination(s):**

New Orleans, LA

**Purpose of Trip:**

DWH Deposition

**Account codes(s) and/or Project name(s):**

M8KSN04P00

**Method of travel:**

☑ Air  ☐ POV  ☐ GOV  ☐ Train  ☐ Other _____

**Reservations Requested and Any Preferences (Attach Itinerary if Reservations Already Made) :**

- ☐ Hotel  Made _____
- ☐ Airline  Made _____
- ☐ Rental Car _____
- ☐ Other _____

**Please Indicate Any Specific Itinerary Requirements/Desires Below (This is Not a Guarantee You'll Get Them):**

| Date | From | To | Carrier | Flight # | Depart | Arrive |
|------|------|----|---------|----------|--------|--------|
|      |      |    |         |          |        |        |
|      |      |    |         |          |        |        |
|      |      |    |         |          |        |        |
|      |      |    |         |          |        |        |
|      |      |    |         |          |        |        |
|      |      |    |         |          |        |        |

**Expenses and Other Authorizations:**

- ☑ Private Vehicle (POV)
- ☐ Airport Shuttle
- ☐ ATM Fees
- ☐ Business Calls
- ☐ Calls Home
- ☑ Excess baggage
- ☐ Gas-Rental/Govt Car
- ☑ Highway/Bridge Tolls
- ☑ Hotel Tax
- ☑ Miscellaneous
- ☑ Parking Fees
- ☐ Rental Car
- ☑ Taxi
- ☑ Other laundry/dry cleaning
- ☑ Annual Leave (Date and Location)

**Details/Notes :**

Witness Fees_373

Revision Date 9/17/2002

**Mehran Pooladi-Darvish:** *Expert*
October 2, 2013 – October 11, 2013.  New Orleans, LA – Legal Proceedings

| | | |
|---|---|---|
| Hotel (Folio attached) | $ | 2,343.44 ✓ |
| Flight (Itinerary and Invoice Attached) | $ | 233.93 ✓ |
| Meals, Incidental Expenses, Taxis, and Parking | $ | 463.32 ✓ |
| Mehran Pooladi-Darvish – Total | $ | 3,040.69 ✓ |

**Expense Total**                                                                    $      4,492.94 ✓

**Invoice Total**                                                                US $  4,492.94 ✓

*testimony*
*10/10/13*

*Pay*

*(signature)*
*2-20-14*

ENRD Reviewer / Contact
Marcella Chloe  514-1755
Date 02/19/14

**US Dollar Wires**

Pay through/Destination Bank

Wells Fargo Bank N.A.
SWIFT CODE:

Fedwire ABA:

CHIPS Participant ABA 0509

**Beneficiary Bank**

Bank of Montreal

Int'l Banking H.O. Montreal

SWIFT CODE:

**Beneficiary Customer**

Fekete Associates Inc.

2000, 540 - 5th Ave. S.W.

Calgary AB  T2P 0M2

Account

EIN 98-0441114

**E. & O.E.**



## The Roosevelt
### NEW ORLEANS
A WALDORF ASTORIA HOTEL

123 Baronne Street • New Orleans, LA 70112
Phone (504) 648-1200 • Fax (504) 585-1295
Reservations: 1 800 WALDORF or
www.therooseveltneworleans.com

**Name & Address**

POOLADI-DARVISH, MEHRAN

| | |
|---|---|
| Room | 10818/K1D |
| Arrival Date | 9/29/2013 | 5:00:00PM |
| Departure Date | 10/7/2013 | 7:44:00AM |
| Adult/Child | 1/0 |
| Room Rate | 230.00 |

RATE PLAN        C-SOP

HH#

AL:

BONUS AL:        CAR:

CONFIRMATION NUMBER : 3539789396

*Folio*

10/7/2013     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 9/29/2013 | GUEST ROOM | TSIMEON | 2218863 | $230.00 | | |
| 9/29/2013 | RM - SALES TAX | TSIMEON | 2218863 | $29.90 | | |
| 9/29/2013 | RM - OCCUPANCY TAX | TSIMEON | 2218863 | $2.00 | | |
| 9/30/2013 | GUEST ROOM | TSIMEON | 2221629 | $230.00 | | |
| 9/30/2013 | RM - SALES TAX | TSIMEON | 2221629 | $29.90 | | |
| 9/30/2013 | RM - OCCUPANCY TAX | TSIMEON | 2221629 | $2.00 | | |
| 10/1/2013 | GUEST ROOM | TSIMEON | 2224011 | $230.00 | | |
| 10/1/2013 | RM - SALES TAX | TSIMEON | 2224011 | $29.90 | | |
| 10/1/2013 | RM - OCCUPANCY TAX | TSIMEON | 2224011 | $2.00 | | |
| 10/2/2013 | GUEST ROOM | TSIMEON | 2226436 | $230.00 | | |
| 10/2/2013 | RM - SALES TAX | TSIMEON | 2226436 | $29.90 | | |
| 10/2/2013 | RM - OCCUPANCY TAX | TSIMEON | 2226436 | $2.00 | | |
| 10/3/2013 | GUEST ROOM | TSIMEON | 2228568 | $230.00 | | |
| 10/3/2013 | RM - SALES TAX | TSIMEON | 2228568 | $29.90 | | |
| 10/3/2013 | RM - OCCUPANCY TAX | TSIMEON | 2228568 | $2.00 | | |
| 10/4/2013 | GUEST ROOM | TSIMEON | 2230920 | $230.00 | | |
| 10/4/2013 | RM - SALES TAX | TSIMEON | 2230920 | $29.90 | | |
| 10/4/2013 | RM - OCCUPANCY TAX | TSIMEON | 2230920 | $2.00 | | |
| 10/5/2013 | GUEST ROOM | BABROWN | 2233395 | $230.00 | | |
| 10/5/2013 | RM - SALES TAX | BABROWN | 2233395 | $29.90 | | |
| 10/5/2013 | RM - OCCUPANCY TAX | BABROWN | 2233395 | $2.00 | | |
| 10/6/2013 | GUEST ROOM | BABROWN | 2235481 | $230.00 | | |
| 10/6/2013 | RM - SALES TAX | BABROWN | 2235481 | $29.90 | | |
| 10/6/2013 | RM - OCCUPANCY TAX | BABROWN | 2235481 | $2.00 | | |
| 10/7/2013 | VS | SHADAMS | 2235905 | | $2,095.20 | |

*Handwritten annotations:* ATCF Conference + meals for 29130 - IHS exp.    $529    +11,47.60    1309.50    = 2457.10

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. 322568 A |
|---|---|---|---|
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO. & LOCATION  ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| THANK YOU FOR STAYING AT THE ROOSEVELT, A WALDORF ASTORIA HOTEL. | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE X | | TOTAL AMOUNT | |

NERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND          PAYMENT DUE UPON RECEIPT



**The Roosevelt**
NEW ORLEANS

A WALDORF ASTORIA HOTEL

123 Baronne Street • New Orleans, LA 70112
Phone (504) 648-1200 • Fax (504) 585-1295
Reservations: 1 800 WALDORF or
www.therooseveltneworleans.com

Name & Address


POOLADI-DARVISH, MEHRAN

| | |
|---|---|
| Room | 10818/K1D |
| Arrival Date | 10/7/2013 | 12:03:00PM |
| Departure Date | 10/11/2013 | 7:57:00AM |
| Adult/Child | 1/0 |
| Room Rate | 230.00 |

RATE PLAN       LV0

HH#
AL:
BONUS AL:       CAR:

*Hotel*       0.00 *

CONFIRMATION NUMBER : 3533052604

230.00 +
20.00 +
2.00 +
201.90 *

10/11/2013    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS |
|---|---|---|---|---|---|
| ✓ 10/7/2013 | GUEST ROOM | BABROWN | 2237113 | $230.00 | |
| 10/7/2013 | RM - SALES TAX | BABROWN | 2237113 | $29.90 | |
| 10/7/2013 | RM - OCCUPANCY TAX | BABROWN | 2237113 | $2.00 | |
| ✓ 10/8/2013 | GUEST ROOM | TSIMEON | 2238784 | $230.00 | |
| 10/8/2013 | RM - SALES TAX | TSIMEON | 2238784 | $29.90 | |
| 10/8/2013 | RM - OCCUPANCY TAX | TSIMEON | 2238784 | $2.00 | |
| 10/9/2013 | GUEST ROOM | TSIMEON | 2241093 | $230.00 | |
| ✓ 10/9/2013 | RM - SALES TAX | TSIMEON | 2241093 | $23.90 | |
| 10/9/2013 | RM - OCCUPANCY TAX | TSIMEON | 2241093 | $2.00 | |
| ✓ 10/10/2013 | GUEST ROOM | TSIMEON | 2243806 | $230.00 | |
| 10/10/2013 | RM - SALES TAX | TSIMEON | 2243806 | $30.00 | |
| 10/10/2013 | RM - OCCUPANCY TAX | TSIMEON | 2243806 | $2.00 | |
| ✓ 10/11/2013 | EARLY DEPARTURE FEE | AMNICHOL | 2244456 | $100.00 | |
| 10/11/2013 | VS | AMNICHOL | 2244462 | | $1,147.60 |
| | BALANCE | | | | $0.00 |

*(handwritten: P59.)*

*(handwritten:)*
5 Day Stay
53.25
7 |
7 |
7 |
53.25
$ 319.50 per Diem

| | |
|---|---|
| ACCOUNT NO. | |
| VS | |

CARD MEMBER NAME

ESTABLISHMENT NO. & LOCATION

THANK YOU FOR STAYING
ASTORIA HOTEL.

CARD MEMBER'S SIGNATURE
X

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 326384 A |

| AUTHORIZATION | INITIAL |
|---|---|
| | |

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT

**PAYMENT DUE UPON RECEIPT**

Witness Fees_377

age Document          Description                          Qty      Fees          Method of Payment
60740640V             Second Bag Fee                       1        $35.00        Visa ▮▮▮▮

et Number
1610s3243                                                                          Cardholder Name
                                                                                   MEHRAN POOLADIDARVI

;GAGE FEES            Total Fees                    USD $35.00 ✓

                                                                                   Confirmation: LFFPP6
;s Baggage Terms and Conditions:
 excess baggage is subject to space availability.                                  Carrier      Routing
 eipt for payment must be presented at bag check.                                  UA           MSY — FAH
 refunds or adjustments, see a United representative.                              UA           FAH — YYC

                              AGENT REFERENCE

              POOLADIDARVISH MEHRAN

              UNITED AIRLINES ECONOMY CLASS  ZONE 2
              ETKT0164149766687                          Frequent Flyer/Voyageur assidu
                                                         AC★S
              Flight/Vol            From/De
              UA 1511 ✓ 29SEP       HOUSTON      ➔        Destination
                                                         NEW ORLEANS

              Boarding Time/Heure d'embarquement  14:27  Gate/Porte E15  Seat/Place 35F

              Departure Time/Heure de depart  15:02

              Airline Use/A usage interne  0165 YYC044008

              Boarding Pass | Carte d'acces a bord

Neworleans

**Please do not reply to this email.**
If the email does not display correctly, please click here.





Your Itinerary



YOU SHOULD SEE US NOW

🏨 SONESTA

CLICK HERE

VIEW YOUR ITINERARY ONLINE

1/2

PSY

**Trip on Sep 29, 2013**

Locator: **BPMXYC**

Date: **Aug 28, 2013**

1/2

IHS

| Traveler | **MEHRAN POOLADIDARVISH** |
| | IHS |
| | LAURA DRISCOLL |
| | |
| Customer Number | 4000 |
| Agent | OT |

PLEASE REVIEW YOUR ITINERARY AND CONTACT CWT IMMEDIATELY
IF CHANGES ARE REQUIRED.
THANK YOU FOR YOUR BUSINESS.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ORIGINAL TICKET 0164148698562 AMOUNT 563.05 ✓
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Sunday, September 29, 2013**

Confirmation: **LFFPP6**

 **Flight United Airlines 8404**

| DEPARTURE | ARRIVAL |
| **YYC - Calgary, Canada** | **IAH - Houston George Bush, TX** |
| **8:50 AM, Sep 29, 2013** | **1:40 PM, Sep 29, 2013** |

| Status | Confirmed |
| Class | Coach Class - Q |
| Duration | 03:50 (Non-stop) |
| Equipment | CRA |
| Meal Service | Snack |
| Frequent Flyer | |
| Notes | ARR-TERMINAL A |
| | *YYC-IAH OPERATED BY /AIR CANADA EXPRESS - JAZZ |
| | YYC-IAH CHECK-IN WITH AIR CANADA |

**Sunday, September 29, 2013**

Confirmation: **LFFPP6**

 **Flight United Airlines 1511** ✓

| DEPARTURE | ARRIVAL |
| **IAH - Houston George Bush, TX** | **MSY - New Orleans, LA** |
| **3:02 PM, Sep 29, 2013** | **4:12 PM, Sep 29, 2013** |

| Status | Confirmed |
| Class | Coach Class - Q |

| Duration | 01:10 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Refreshment |
| Frequent Flyer | |
| Notes | DEP-TERMINAL C |

## Thursday, October 10, 2013

Confirmation: **HY0028164157**

 **Hotel HYATT REGENCY NEW ORLEANS**

LOCATION
**601 LOYOLA AVENUE**
**NEW ORLEANS, LA US 70113-1805**

CONTACT
**Tel 1-504-5611234**
**Fax 1-504-5230488**

| Reserved For | MEHRAN POOLADIDARVISH |
| Status | Confirmed |
| Check-In | Oct 10, 2013 |
| Check-Out | Oct 12, 2013 |
| Number of Rooms | 1 |
| Rate | USD 287.10/night |
| Cancellation Policy | Cancel 72 hours prior |

## Saturday, October 12, 2013

Confirmation: **LFFPP6**

 **Flight United Airlines 719**

DEPARTURE
**MSY - New Orleans, LA**
**10:44 AM, Oct 12, 2013**

ARRIVAL
**IAH - Houston George Bush, TX**
**11:58 AM, Oct 12, 2013**

| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 01:14 (Non-stop) |
| Equipment | Airbus Industrie 320 |
| Meal Service | None |
| Reserved Seats | 26C |
| Frequent Flyer | |
| Notes | ARR-TERMINAL C |

## Saturday, October 12, 2013

Confirmation: **LFFPP6**

 **Flight United Airlines 1418**

DEPARTURE
**IAH - Houston George Bush, TX**
**12:43 PM, Oct 12, 2013**

ARRIVAL
**YYC - Calgary, Canada**
**4:09 PM, Oct 12, 2013**

| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 04:26 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 23D |
| Frequent Flyer | |
| Notes | DEP-TERMINAL C |



**GENERAL INFORMATION**
RESERVATIONS MUST BE BOOKED IN THE EXACT NAME ON
THE TRAVELLERS*S PASSPORT OR I.D.
ENTRY TO ANOTHER COUNTRY MAY BE REFUSED EVEN IF THE
REQUIRED INFORMATION AND TRAVEL DOCUMENTS ARE COMPLETE.
-------------------------------------------------------
FOR EMERGENCIES/ENROUTE CHANGES AFTER BUSINESS HOURS
1-800-378-7587 IN NORTH AMERICA/OR 314-513-0807 COLLECT
OUTSIDE NORTH AMERICA.
YOUR EMERGENCY ID CODE IS R1FG-HR4

****************************************************
IF YOU HAVE CUSTOMER SERVICE FEEDBACK OR A CONCERN
REGARDING COMPLETED TRAVEL--PLEASE CONTACT US AT
1-866-508-3024 OR EMAIL
CWTCS.CA AT CONTACTCWT.COM
****************************************************
IN PREPARATION FOR YOUR UPCOMING TRIP YOU ARE
ENCOURAGED TO GO TO WWW.INTERNATIONALSOS.COM AND
FOLLOW THESE STEPS TO SIGN UP FOR MEDICAL AND/OR
SECURITY ALERTS AT YOUR DESTINATION. CLICK ON
MEMBERS WEBSITE LOGIN HERE ON THE LEFT SIDE
OF THE PAGE *THE MEMBERS* ENTER MEMBER
ID 11BCPS000225 CLICK ON E-MAIL ALERTS SIGN UP
ENTER YOUR INFORMATION
****************************************************
*COST CENTER 007A7A7001 FEKETE ET*

RESERVATIONS MUST BE BOOKED IN THE EXACT NAME ON THE
TRAVELLERS PASSPORT OR ID.
A VALID PASSPORT IS REQUIRED FOR TRAVEL.
ENSURE YOU HAVE PROPER DOCUMENTATION WHEN TRAVELLING
OUTSIDE YOUR COUNTRY OF RESIDENCE.
CHECK-IN MINIMUM 2 HOURS PRIOR TO DEPARTURE.
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
THE DEPARTMENT OF TRANSPORTATION REQUIRES CWT TO
PROVIDE INFORMATION REGARDING THEIR INSECTICIDE WEBSITE
WWW.DOT.GOV/OFFICE-POLICY/AVIATION-POLICY/
AIRCRAFT-DISINSECTION-REQUIREMENTS
FOR A COMPLETE LIST OF COUNTRIES THAT
UTILIZE AEROSOL INSECTICIDE SPRAYS
THIS TICKET MAY BE SUBJECT TO PENALTIES OR FARE INCREASE.
CHANGES MAY BE SUBJECT TO A PENALTY OR FARE
INCREASE UP TO AND INCLUDING THE TOTAL COST OF THE TICKET.
FAILURE TO CANCEL MAY FOREIT THE TOTAL VALUE OF TICKET.
SOME DESTINATIONS REQUIRE PAYMENT OF AIRPORT IMPROVEMENT
FEES WHEN YOU ENTER OR DEPART YOUR DESTINATION,
PAYABLE IN LOCAL CURRENCY.
PLEASE INQUIRE AT WWW.CIBTVISAS.CA/CWT
IF TRAVELLING TO THE US UNDER THE VISA WAIVER
PROGRAM, APPLY FOR AUTHORIZATION 72 HOURS PRIOR
TO DEPARTURE AT THE ESTA WEBSITE. FEE WILL APPLY.
VISIT HTTPS//ESTA.CBP.DHS.GOV/

THE DEPARTMENT OF HOMELAND SECURITY INFORMATION REQUIRED
TO BE COLLECTED FROM YOU OR YOUR PROFILE WAS SENT TO THE TSA

Witness Fees 384

WHO MAY BE IN CONTACT WITH YOU FOR ADDITIONAL INFORMATION.
TO VIEW THE TSA PRIVACY POLICIES, THE RECORDS NOTICE OR THE
PRIVACY IMPACT ASSESSMENT, GO TO WWW.TSA.GOV
FOR THE MOST CURRENT INFORMATION ON AIRPORT
SECURITY PLEASE CHECK WWW.CATSA-ACSTA.GC.CA
CARLSON WAGONLIT TRAVEL
SUITE 1330, 144 4TH AVENUE SW
CALGARY AB T2P 3N4
GST REG R113405179
RESERVATIONS 1-866-381-0185

*** TAX CODES ***
XT equal to MISC TAX
XG equal to GST TAX
RC equal to HST TAX
XQ equal to QST TAX

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| POOLADIDARVIS MEHRAN | 604624/0164149766687/28AUG13 | 441.21 | 22.06XG | 1.05XT | | 464.32 |
| POOLADIDARVISH | 604624/000SFCTRF/28AUG13 | 25.00 | 1.25XG | | | 26.25 |

**Total Amount** **490.57**

Form of Payment: ▬▬▬▬▬

Save up to
93% with CWT Offers
Deals on shopping,
entertainment & more!

=245.28 ✓

to project 54

2

Traveler Resources | The Savvy Traveler blog | Data Protection Policy | Privacy Policy
Copyright © 2009-2013 CWT

Witness Fees 382

Approved

_Jeannie R. C..._
Contracting Officer
Date: 9-12-13

In Account With



**Associates Inc.**

2000, 540 - 5th Avenue S.W.
**CALGARY, ALBERTA, CANADA  T2P 0M2**
(403) 213-4200

US DOJ – ENRD/Executive Office
Procurement, Expert Contracting Unit
P.O. Box 7611
Washington, DC
20044-7611

**INVOICE DATE:**       **Jul 24, 2013**

**Project ID:**        **PRO54U_100**
**INVOICE NUMBER:**     **E-00018327**

TERMS: Net Thirty Days
1 1/2% interest charged monthly on overdue accounts

**ATTENTION:    Mr. Scott M. Cernich**

| | |
|---|---|
| Work conducted for: | Mr. Scott M. Cernich |
| Case Name: | U.S. v. BP Exploration & Production, Inc., et al |
| DJ#: | 90-5-1-1-10026 |
| Contract/PO#: | DJJ-12W-ENR01-0155 |
| Obligation Acc.#: | L0152103 |
| FCN: | 11-5125 |
| Billing Period: | 06/22/2013 – 07/24/2013 |

Professional Services Provided To: Preparation for depositions, deposition, and preparing questions for deposition of defending experts.

| Invoice Details | Hours | Rate | Total |
|---|---|---|---|

Deposition
7/3 – 7/4/13

Continued

Witness Fees_383

Monday, July 1, 2013 – Friday, July 5, 2013. New Orleans, LA, Legal Proceedings

| | | |
|---|---|---|
| Flight (Expedia Confirmation attached) | $ | 939.02 |
| Cancellation Insurance | $ | 37.50 |
| Hotel   (Folio Attached) | $ | 598.38 |
| Meals & Incidental Expenses | | |
| July 1, 2013 (75% of Per Diem Rate) | $ | 53.25 |
| July 2, 2013 (Per Diem Rate) | $ | 71.00 |
| July 3, 2013 (Per Diem Rate) | $ | 71.00 |
| July 4, 2013 (Per Diem Rate) | $ | 71.00 |
| July 5, 2013 (75% of Per Diem Rate) | $ | 53.25 |
| Park & Jet | $ | 42.29 |

| | | |
|---|---|---|
| **New Orleans Meetings Total** | $ | 1,936.69 |
| **Invoice Total** | | US $88,326.69 |

ENRD Reviewer / Contact
Marcella Chloe  514-1755
Date 08/12/13

**US Dollar Wires**

Pay through/Destination Bank

Wells Fargo Bank N.A.
SWIFT CODE:

Fedwire ABA

CHIPS Participant ABA 0509

E. & O.E.

**Beneficiary Bank**

Bank of Montreal

Int'l Banking H.O. Montreal

SWIFT CODE:

**Beneficiary Customer**

Fekete Associates Inc.

2000, 540 - 5th Ave. S.W.

Calgary AB  T2P 0M2

Account

EIN

2

**To:** Expedia
**Subject:** RE: Expedia travel confirmation - 01 July, 2013 - (Itin# 1590-0796-8461)

 **Expedia.ca**

# Thank you for booking with Expedia! Your booking is confirmed.

You can manage your reservation or review your itinerary online for the most up-to-date information.

## New Orleans
Mon 1/Jul/2013 - Fri 5/Jul/2013 | Itinerary # 1590-0796-8461

### Important Information

- All passengers traveling to the US must provide valid travel documents and details of their full US destination address for US Immigration.
- Proof of citizenship is required for international travel. Be sure to bring all necessary documentation (e.g. passport, visa, transit permit). To learn more, visit our Visa and Passport page.

## Calgary (YYC) → New Orleans (MSY)
Mon 1/Jul/2013 - Fri 5/Jul/2013 , 1 round trip ticket

Your reservation is booked and ticketing is in progress. No need to call us to reconfirm this reservation.

### Traveller Information

**Mehran Pooladi-Darvish**
Adult

No frequent flyer details provided

Ticketing in progress

*Air Fare*

\* Seat assignments, special meals, frequent flyer point awards and special assistance requests should be confirmed directly with the airline.

### Price Summary

| | |
|---|---|
| **Traveller 1: Adult** | **C$939.02** |
| Flight | C$787.31 |
| Taxes & Fees | C$151.71 |

**Total: C$939.02**

All prices quoted in Canadian dollars.

**01/07/13** - Departure  1 stop — Total travel time: 6 h 31 m

| UNITED | Calgary **YYC 1:02pm** UNITED 729 | Houston IAH 6:11pm | 4 h 9 m |
|---|---|---|---|

Economy/Coach (V ) | Confirm seats with the airline \*

**Layover: 1 h 6 m**

| UNITED | Houston IAH 7:17pm UNITED 464 | New Orleans **MSY 8:33pm** | 1 h 16 m |
|---|---|---|---|

Economy/Coach (V ) | Confirm seats with the airline \*

### Additional Flight Services

- The airline may charge additional fees for checked baggage or other optional services.

*Confirmation Code*
*F6D2Q5*

**05/07/13** - Return  1 stop — Total travel time: 8 h 59 m



| New Orleans | Dallas | 1 h 30 m |
|---|---|---|
| **MSY 10:30am** | **DFW 12:00pm** | |

American Airlines 1801
Economy/Coach ( N ) | Confirm seats with the airline *

Layover: 3 h 45 m



| Dallas | Calgary | 3 h 44 m |
|---|---|---|
| **DFW 3:45pm** | **YYC 6:29pm** | |

American Airlines 8131 Operated by WESTJET
Economy/Coach ( N ) | Confirm seats with the airline *

Confirmation Code
YJUPYJ

## Airline Rules & Regulations

- Fares are not guaranteed until ticketed.
- We understand that sometimes plans change. We do not charge a cancel or change fee. When the airline charges such fees in accordance with its own policies, the cost will be passed on to you.
- **Tickets are nonrefundable, nontransferable and name changes are not allowed.**
- Please read the complete penalty rules for changes and cancellations applicable to this fare.
- View the complete terms and the condition of the description of coverage.
- Please read important information regarding airline liability limitations.
- For residents of Québec, prices include a contribution to the Indemnity Fund of C$2.00 per C$1,000 of travel services purchased.

## Travel Protection - Trip Cancellation Coverage (no age limit) PURCHASED
Mon 1/Jul/2013 - Fri 5/Jul/2013

If you need to make any changes to your insurance policy, please call 1-888-397-3342. If you have any questions or need to make an insurance claim, please contact Allianz Global Assistance at 1 866-556-4420 or 519-742-2332 (outside of North America). Please see policy details for conditions.

### Price Summary

| | |
|---|---|
| Insurance | C$37.50 ✓ |

Total: C$37.50

All prices quoted in Canadian dollars.

## Need help with your reservation?

- Call us at1(888) EXPEDIA (+1 888-397-3342) / (+1 613-780-1386)
- For faster service, mention itinerary **# 1590-0796-8461**

Customer Support / FAQ

## Complete Your Trip

Get rested
**Add a Hotel**

Get around
**Add a Car**

Witness Fees_386



Mehran Pooladi-Darvish

## Re: Trip Cancellation

Dear Mehran Pooladi-Darvish,

Thank you for purchasing Travel Insurance through Allianz Global Assistance. Please review the Details of Coverage below to ensure that all information is correct. If you have any questions regarding your Certificate of Insurance or notice any discrepancies in your coverage information, please call Allianz Global Assistance Customer Service at 1-866-556-4420.

**Failure to notify us of any changes may affect your insurance coverage.**

**Right to Examine this Insurance:** If you notify us that this insurance does not meet your needs within 10 days of the date of issue, we will provide a full refund if you have not already departed on a trip or incurred a claim. Refunds are only available when the Operations Centre receives your request for a refund before your scheduled departure date.

### Details of Coverage

| | |
|---|---|
| Certificate #: | EXP2000000167 |
| Date of Purchase: | 6/25/2013 |
| Travel Dates: | 7/1/2013 - 7/5/2013 |
| Trip Cancellation Effective Date: | 6/25/2013 |
| Trip Cancellation Expiry Date: | 7/1/2013 |
| All Other Coverage Effective Date: | 7/1/2013 |
| All Other Coverage Expiry Date: | 7/5/2013 |
| Insured Persons: | Mehran Pooladi-Darvish |
| *Additional Insured Persons:* | |

| | |
|---|---|
| Trip Cancellation | Average Trip Cost entered under 'Trip Details' - $10,000 Max. |
| Trip Interruption | Unlimited |
| Trip Delay | $150/Day - Max. 2 Days |
| 24-hour Emergency Assistance | Included |

| | |
|---|---|
| Total Package Price: | $37.50 CAD |
| PST: | $0.00 CAD |
| Total: | $37.50 CAD |
| Amount Paid: | $37.50 CAD |

This Declaration Page provides you with specific information about the program that you purchased. We recommend that each insured person keep a copy of the Declaration Page and the Certificate of Insurance to refer to while travelling. We also recommend that you take a copy of your government health insurance card with you when you travel.

## How can we help?

| In Canada: | In the USA: | Legal Entities: |
|---|---|---|
| Allianz Global Assistance | Allianz Global Assistance | AZGA Service Canada Inc. |
| P.O. Box 277 | P.O. Box 71387 | AZGA Insurance Agency Canada Ltd. |
| Waterloo, ON | Richmond, VA | |
| N2J 4A4 Canada | 23255-1987 USA | |
| Website www.allianz-assistance.ca | | |

EXV2_ADD_TC



To reach our 24-Hour Emergency Assistance Centre while travelling, please call 1-866-556-4420 from Canada, the U.S., Puerto Rico and the U.S. Virgin Islands, or call 1-519-742-9013 collect if outside of the toll-free calling area.

For purposes of the Insurance Companies Act (Canada), this document was issued in the course of Allianz Global Risks US Insurance Company's insurance business in Canada.

Thank you,

Allianz Global Assistance
In the event that you need to file a non-medical claim, please go to www.allianzassistanceclaims.ca.

room: 110

**Hampton**

226 Carondelet Street • New Orleans, LA 70130
Phone (504) 529-9990 • Fax (504) 529-9996
www.neworleanshamptoninns.com

I agree to vacate my room prior to 11:00 AM, on the specified date of departure, I also agree that the Inn may remove my belongings from said room to safe storage, if I have not vacated.
Signed:
Chapt. 3, Title 21, Sec. 75, 76,77 Louisiana Rev. Statute 1950

**USA**
Official Sponsor

POOLADI DARVISH, MEHRAN

name
address

| | |
|---|---|
| room number: | 1101/SXQL |
| arrival date: | 7/1/2013  9:25:00PM |
| departure date: | 7/5/2013 |
| adult/child: | 1/0 |
| room rate: | ** $99.00 |

If the debit/credit card you are using for check-in is attached to a bank or checking account, a hold will be placed on the account for the full anticipated dollar amount to be owed to the hotel, including estimated incidentals, through your date of check-out and such funds will not be released for 72 business hours from the date of check-out or longer at the discretion of your financial institution.

RATE PLAN    LV4
HH#
AL
BONUS AL
CAR

Confirmation: 84400309

7/5/2013    PAGE    1

Rates subject to applicable sales, occupancy, or other taxes. Please do not leave any money or items of value unattended in your room. A safety deposit box is available for you in the lobby. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any part or the full amount of these charges. In the event of an emergency, I, or someone in my party require special evacuation assistance due to a physical disability. Please indicate yes by checking here: ☐
*Valet Parking $29.75 Plus Tax per night. Initials:_____

signature:

| date | reference | description | amount |
|---|---|---|---|
| ✓ 7/1/2013 | 1450728 | GUEST ROOM | $99.00 |
| 7/1/2013 | 1450728 | ROOM TAXES | $13.87 |
| ✓ 7/2/2013 | 1450979 | GUEST ROOM | $99.00 |
| 7/2/2013 | 1450979 | ROOM TAXES | $13.87 |
| ✓ 7/3/2013 | 1451233 | GUEST ROOM | $99.00 |
| 7/3/2013 | 1451233 | ROOM TAXES | $13.87 |
| ✓ 7/4/2013 | 1451501 | GUEST ROOM | $229.00 |
| 7/4/2013 | 1451501 | ROOM TAXES | $30.77 |
| ✓ | | WILL BE SETTLED TO VS ▮ | $598.38 ✓ |
| | | EFFECTIVE BALANCE OF | $0.00 |

Hotel    0·00  *

99·00  +
13·87  +
229·00  +
30·77  +
Total  372·64  *

for reservations call 1.800.hampton or visit us online at hampton.com    **thanks.**

account no.

card member name    authorization    initial

establishment no. and location    establishment agrees to transmit to card holder for payment    purchases & services

taxes

tips & misc.

**signature** of card member    **total** amount    0.00

X

          

WALDORF ASTORIA    CONRAD    Hilton    DOUBLETREE    EMBASSY SUITES    Hilton Garden Inn    Hampton    HOMEWOOD SUITES    HOME2    Hilton Grand Vacations    HILTON HHONORS

witness Hdeh 349

# UNITED

POOLADIDARVISH/MEHRAN
*Star Alliance Silver*

Calgary to Houston-Bush Intl

INTL

UA 729  YYCS*P07    242

UA 729
YYC-IAH
MON 01 JUL 2013

GATE
27
Gate May Change

BOARD TIME
12:_7 PM
Departs: 1__ PM
Arrives: 6:11 PM

SEAT
29F
Wind
Economy

BOARDING
GROUP
2

confirmation: F6D2Q9

STAR ALLIANCE MEMO!

---

# AmericanAirlines    BOARDING PASS    AmericanAirlines

PASSENGER NAME
POOLADIDARVISH/MEHRAN

FREQUENT FLYER #

RECORD
LOCATOR
YJUPYJ

FROM:
NEW ORLEANS
TO:
DALLAS/FORT WORTH

FLIGHT
AA1801

CLASS
N

DATE
05JUL

DEPARTS
1030A

GROUP 3

GATE
C10

BOARDING TIME
1000A

SEAT
11F

0163927200440



((•))
Wi-Fi
onboard

BOARDING PASS
POOLADIDARVISH/MEH

FROM:
NEW ORLEANS
TO:
DALLAS/FORT WORTH

FLIGHT
AA1801

SEAT
11F

GROUP 3

DATE
05JUL

CLASS
N

DEPARTS
1030A

SSL-1 CPN-3109928

---

# AmericanAirlines

WS 1555/05  YYC
AA 1801/05  DFW

CALGARY INTL AB CA
POOLADIDARVISH/MEH
0001304667

AA 30 46 67

---

CAFE 601
NEW ORLEANS, LA
THANK YOU

07/03/2013    000004
#6965  1:03PM    0004

CHIX CAESAR WRAP    $5.19
COOKIE              $1.19
MDSE ST             $6.38
TAXT                $0.62

CASH               $7.00

Telephone # 77-315 2-9064

**NEW ORLEANS CARRIAGE CAB CORP**
**JEFFERSON CARRIAGE CAB**
**CHECKER / YELLOW CAB CO.**

PASSENGER'S RECEIPT, TAXICAB FARE

Date_____, 20 13

Amount of Fare $ 33.00

Other Charges $ 7.00

Total...............$ 40.00

Driver's Name _____

Cab Number 13 87

Total Parking
and
Cab Fees

0.00 *
40.00 +
42.29 +
82.29 *
0.00 *

---

# UNITED

Premier Access **INTL**

180
UA 464   YYCS5F07

**POCLADIDARVISH/MEHRAN**
18369869, Star Alliance Silver

## Houston-Bush Intl to New Orleans

| UA 464 | GATE | BOARD TIME | SEAT |
|---|---|---|---|
| **IAH-MSY** | **C-24** | **6:42**PM | **37F** |
| MON 01 JUL 2013 | Gate May Change | Departs: **7:17 PM** Arrives: **8:33 PM** | Window Economy |

Confirmation F6D2Q5

STAR ALLIANCE MEMBER

---

BALANCE DUE
$42.29

GST
$2.81

1 Amount Charged  $44.75 (-$105/13)
1 AUTO ASSOC 18 %  $44.47

In: 11:14 am  Jul07/13
Out: 7:39 pm  Jul05/13

(Lane - 1)
Ticket No. 60827
Transaction No. 172468

xxx CUSTOMER COPY xxx

xxxxx TRANSACTION APPROVED xxxxx

Time      : 19:37:40
Date      : 07/05/2013
Terminal #: 802
Sequence #: 225877
Auth #    : 022982

Amount    : $42.29
Trans Type: PURCHASE
Account   : VISA
Card Entry: SWIPED
Card Number

Jul 05 2013  07:37 pm  Trans#229794

TRANSACTION RECORD

GST # R 185011050

Park & Jet
9787 Barlow Trail
Calgary, AB. T3J 3C6
Phone: 403-226-0818

CREDIT CARD
CARD #  xxxxxxxx1452
$37.59

Witness Fees_391

** TGI FRIDAY S #0801 **
DFW 4E-GATE17
Date:         Jul05'13 01:50PM
Card Type:    VISA
Acct #:       ▮▮▮▮▮▮▮▮▮▮
Card Entry:   SWIPED
Trans Type:   PURCHASE
Trans Key:    FIF001381773181
Auth Code:    012380
Check:        2678
Table:        11/1
Server:       46 BRENDA F

Subtotal:              31.61

TIP            $   5.00

TOTAL          $  36.61

M. Pooled Darrell              S

** GUEST COPY **

** TGI FRIDAY'S #0801 **
DFW 4E-GATE17

46 BRENDA F
--------------------------------
Tbl 11/1      Chk 2678      Gst 1
        Jul05'13 12:22PM
--------------------------------
 2 ANGRY ORCHRD            12.58
 1 BRUSCH APP               5.49
 1 STK PTIT SLN mw TOM MOZZ 12.09
   VEG MED ** SEE M/W **

******************************
Visit www.fridaysfeedback.com
within 48 hours, tell us about
your visit and get any appetizer
up to $8 free on your next
visit. You may enter up to one
survey every 7 days.

Survey Code: 04YXT1SLN2N4

Thank you for participating!
This receipt with valid code
is required to redeem coupon.
Write survey Coupon Code here:

--------------------------------
*Coupon must be
redeemed by 08-04-2013

Valid at participating Friday's
locations. Not valid with any
other offer. 1 per table.
Terms at:http://bit.ly/MzIpIT
******************************

Want your Stripes? Write down
your Give Me More Stripes
account # or phone # here:

--------------------------------
******************************

Food                      17.58
Beer                      12.58
Tax                        1.45
01:48PM Amt. Due          31.61

Palace Cafe
605 Canal Street
New Orleans. LA. 70130
504.523.1661
CHECK:      8461
TABLE:      141/1
GST CHKID:  141*
SERVER:     451 Jeffrey
DATE:       JUL04'13 11:16PM
CARD TYPE:  Visa
ACCT #:     ██████████
EXP DATE:   XX/XX
AUTH CODE:  010794

---

PALACE CAFE
605 Canal Street
New O        LA 70130

451 Jeffrey

TBL 141/1     CHK 8461  GST 2
              141*
          JUL04'13  9:47PM

| 2 Hurricane     | 15.00 |
| 1 Pork Shank    | 23.00 |
| 1 Panzanella D  | 24.00 |
| 1 W/Oysters     | 6.00  |
| 1 W/Shrimp      | 8.00  |
| 1 Coffee        | 2.25  |
| 1 BBQ Shrimp    | 9.7   |
| 1 Oys Pan Roast | 9.    |

| Food   | 81.75 |
| Liquor | 15.00 |
| Tax    | 9.43  |
| Total  | $106.18 |

---

PALACE CAFE
605 Canal Street
New Orleans. LA 70130

5154 Ronald                    2

---

TBL 165/1     CHK 8083  GST 4
          JUL02'13  7:40PM

---

| 1 Abita Amber      | 5.00  |
| Caeser Salad       |       |
| BC Sal             | 18.00 |
| 4er IEM Oysys      | 9.00  |
| Se      t Fish     | 50.00 |
| 1 Pch BBQ Shrt Rib | 26.00 |
| 1 Panzanella D     | 24.00 |
| 1 Peach Cobbler    | 9.00  |
| 1 Creme Brulee     | 7.00  |

| Food   | 153.00  |
| Liquor | 5.00    |
| Tax    | 15.41   |
| Total  | $173.41 |

**American Airlines** BAGGAGE CHARGE RECEIPT **American Airlines**

PASSENGER NAME
POOLADIDARVISH/MEHRAN

Checked Bag Fee          1       25.00 USD

MSY DFW - AA DFW YYC - AA
Total with Applicable TFC              25.00 USD
Credit Card     VI ▓▓▓▓▓▓▓▓

DATE
JULY 05, 2013                              TFC=TAXES,FEES & CHARGES

Agent: MSY-SSM          001 0285729535   0

SSL-1 CPN 110992

---

**American Airlines** oneworld **BOARDING PASS** **American Airlines**

| PASSENGER NAME POOLADIDARVISH/MEHRAN | FREQUENT FLYER # | RECORD LOCATOR YJUPYJ |

BOARDING PASS
POOLADIDARVISH/MEH

FROM:
DALLAS/FORT WORTH

TO:
CALGARY

FLIGHT WS1555   CLASS N   DATE 05JUL   DEPARTS 345P

FROM:
DALLAS/FORT WORTH

TO:
CALGARY

GATE      BOARDING TIME 305P      SEAT 20A

**GROUP 3**

FLIGHT **WS1555**     SEAT **20A**

**GROUP 3**

ELECTRONIC 0163927200440

DATE 05JUL   CLASS N   DEPARTS 345P

CA338

SSL-1 CPN 110992

---

Powered by: **VeriFone**

****CASH RECEIPT****

FOR COMPLAINTS OR CONCERNS PLEASE CALL
TAXICAB & FOR HIRE VEHICLE BUREAU
DEPT. OF SAFETY & PERMITS
1300 PERDIDO ST.
NEW ORLEANS, LOUISIANA
AT 504 658-7176

07•02•13
```
 1    11•00  T1
 3     2•00  T1
      13•00  ST
       1•24  T1
      20•00  CA
       5•76  CG
   13-42  076
```

Witness Fees_394

# PAPPADEAUX
## SEAFOOD KITCHEN

Pappadeaux Seafood Kitchen (640)
3950 S Terminal Rd (IAH)
Houston, TX 77032
(281) 821-7684

0347a  Table  1  #Party 1
PENNY M H   SvrCk:  4 18:09 07/01/13
DINE IN

| | |
|---|---|
| 1 Tap Sam Adams Seasonal 20 | 7.95 |
| 1 Blackened Catfish Opelous | 27.99 |
| 1 Espresso | 3.75 |

Sub Total:  39.69
Tax:   2.62
Sub Total:  42.31

07/01 ·· ·· ···          ·2.31

0347
Server: PENNY M H          Rec:249
07/01/13 18:5·  Swiped  T: 1 Tei··  ·

Pappadeaux #·
IAH
3950 S Terminal Rd
(28· ··1 ·684
ME· ···N· #· ·0·/173·196

CARD TYPE       ACCOUNT NUMBER
VISA
00 TRANSACTION ··· · ·
AUTHORIZATI··
Reference: 0.    ·4/
·RAN· TYP·   · SALE

CHECK          42.31

TIP:           7.69

TOTAL:         50.00

---

HMSHOST
WINGS
CALGARY INTERNATIONAL AIRPORT

7012 Jaswinde
- - - - - - - - - - - - - - - - - - - -
2662 JUL01'13 11:54AM
- - - - - - - - - - - - - - - - - - - -

| | |
|---|---|
| 1 SAND CHIX WLDF | 8.30 |
| 1 POTATO CHIPS | 1.69 |
| 1 YOGURT ALMOND | 3.99 |
| 1 MILK CHOC ToGo1P | 2.49 |
| ECO/DEPOSIT FEE | 0.12 |
| 1 OSKRI | 3.78 |

SUBTOTAL     20.37
TAX          1.01
AMOUNT       21.38
XXXXXXXXXXXXXXX2   XX/XX
VISA      A0        21.38

THANK Y·              WINGS
WI··· ·
CALGARY              RPORT
CHECK:
SERVER:   7012 Jds··..de
DATE:     JUL01'13 11:55AM
CARD TYPE: VISA      A0
ACCT #:                    *
EXP DATE:  XX/XX
AUTH CODE: 054714
   MEHRAN POOLADI-DARVISH

TOTAL:         21.38

TIP_____        _____

---

Palace Cafe
605 Canal Street
New Orleans, LA. 70130
504.523.1661

CHECK:
TABLE:        8083
SERVER:       1655/1
DATE:         3154 Ronald
CARD TYPE:    JUL02'13 9:2/PM
ACCT #:       Visa
EXP DATE:     XX/XX
AUTH CODE:    04/192
MEHRAN POOLADI-DARVISH

TIP           .35

---

Witness Fees_395


**ADTRAV**
service nonstop

**Monday, July 23, 2012 2:35 PM**
**Booking Locator: LINTET**

**Phone: (866) 430-8929**

**After Hours/VIT Code: U21F**

**ANTONIO M POSSOLO**
National Institute of Standards & Technology

**Awaiting Ticketing**
No fare is guaranteed until ticketed

---

✈ **Washington, DC, US - to - New Orleans, LA, US**   `Check In`
   **Departs: Monday, September 24**   **Flight# 3623**

| | | | |
|---|---|---|---|
| **Carrier:** | United Airlines | **Operated by:** | /GOJET AIRLINES DBA UNITED EXPRESS |
| **Departs:** | Washington Dulles International Airport (IAD) | Monday - September 24 - 12:35 PM | |
| **Arrives:** | New Orleans International Airport (MSY) | Monday - September 24 - 2:14 PM | |
| **Seat #:** | 11C | **E-Ticket #:** | |
| **Carrier Locator:** | C2R6LG | **Meal:** | N/A |
| **Status:** | Segment Confirmed | **Info:** | Stops: 0, Time: 2.39, Miles: 956 |
| **Class:** | Economy/Coach Class (E) | **Equipment:** | Canadair Regional Jet (2 Engine Jet) |
| **Frequent Flyer:** | n/a | | |

---

✈ **New Orleans, LA, US - to - Washington, DC, US**   `Check In`
   **Departs: Friday, September 28**   **Flight# 3454**

| | | | |
|---|---|---|---|
| **Carrier:** | United Airlines | **Operated by:** | /SHUTTLE AMERICA DBA UNITED EXPRESS |
| **Departs:** | New Orleans International Airport (MSY) | Friday - September 28 - 12:40 PM | |
| **Arrives:** | Washington Dulles International Airport (IAD) | Friday - September 28 - 4:15 PM | |
| **Seat #:** | 09D | **E-Ticket #:** | |
| **Carrier Locator:** | C2R6LG | **Meal:** | N/A |
| **Status:** | Segment Confirmed | **Info:** | Stops: 0, Time: 2.35, Miles: 956 |
| **Class:** | Economy/Coach Class (E) | **Equipment:** | Embraer 170 (2 Engine Jet) |
| **Frequent Flyer:** | n/a | | |

---

**PRICE QUOTE**

| | |
|---|---|
| FARE TOTAL | $ 581.60 |
| SERVICE FEE-AIR DOMESTIC FULL SERVICE | $ 25.43 |
| **TOTAL QUOTE** | **$ 607.03** |

**REMARKS**

***ARE NOT GUARANTEED UNTIL TICKET IS ISSUED AND***               Witness Fees_396

***SPACE IS SUBJECT TO CARRIER CANCELLATION********
*******************************************************

YOUR V.I.P. CODE IS U21F***ADTRAV TRAVEL MANAGEMENT**
ANY CHANGES IN ITINERARY MAY INCREASE COST***********
POSSIBLE FARE INCREASE DUE TO CARRIER FUEL***********
SURCHARGE. AUTHORIZED BY GSA*************
*******************************************************

MANY AIRLINES HAVE NEW GUIDELINES AND FEES FOR ****
CHECK BAGGAGE***FOR MORE INFORMATION CONTACT*********
YOUR ADTRAV AGENT************************

ADTRAV Travel Management :: 4555 Southlake Pkwy :: Birmingham AL, 35244
Phone: (866) 430-8929 :: Fax: (205) 444-4827
doccallcenter@adtrav.com