# Exhibit 10F

**TO UNITED STATES' BILL OF COSTS**



**GLASSRATNER**

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION
14 NOV 25 AIO :00

November 20, 2014

Patrick M. Casey, Esq.
Senior Counsel
DOJ/ENRD Expert Contracting Unit
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-761

RE:  U.S. v. BP Exploration & Production Inc., DOJ # 90-5-1-1-10026 (YREGDOC):
     Contract #DJJ-13W-ENR01-0363

Dear Mr. Casey:

Please find attached our invoice for Professional Fees and expenses for October 2014.
Please contact me if you have any questions.

During this time period our time was spent on the following general tasks:

Sincerely,

*[signature]*

Ian Ratner, CPA
Principal

Deposition
10/21 - 22/2014

2014 NOV 25 PM 12: 55
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING

MAIL ROOM
OFFICE OF FINANCIAL
MANAGEMENT AND PLANNING
2014 NOV 25 6:PM 12: 55



**GLASSRATNER**

Invoice # : 23996

November 20, 2014

PATRICK CASEY, ESQ.
DOJ/ENRD EXPERT CONTRACTING UNIT
P.O. BOX 7611
BEN FRANKLIN STATION
WASHINGTON DC 20044-761

In Reference To: **U.S. v. BP Exploration & Production Inc., DOJ # 90-5-1-1-10026 (YREGDOC): Contract**
**#DJJ-13W-ENR01-0363**

For professional services rendered during the period October 01, 2014 through October 31, 2014

**Billing Recap by Professional**

| Name | | Hours | Rate |
|------|--|-------|------|
| | | | |

Approved

*Johnnie R. Cusack*
Johnnie R. Cusack
Contracting Officer
Date: 12-23-14

| | Hours | Amount |
|--|-------|--------|

Total Professional Service Fees

**Out-of-Pocket Expenses:**

| | |
|--|--|
| Lodging | 2,211.11 |
| Meals | 409.86 |
| Miscellaneous | 149.00 |
| Postage & delivery | 325.21 |
| Telephone | 48.10 |
| Transportation | 279.80 |
| Travel -- Air/Rail | 1,740.60 |
| Total expenses | $5,163.68 |

Total amount of this bill                                                    $162,403.18

ENRD Reviewer / Contact
Marcella Chloe,  514 1755
Date 12/22/14

**SPLIT INVOICE**

For our wiring instructions, please contact GlassRatner directly using the contact information below.          Tax ID Number: 58-2660177
3424 Peachtree Rd., NE, Suite 2150 | Atlanta, GA 30326 | Tel: 678.904.1990 Fax: 678.904.1991 | www.glassratner.com

Hours

review in deposition

GlassRatner Advisory & Capital Group LLC

Witness Fees_401

# DOJ v BP Exploration et al

## Detail of Expenses

| Professional | Activity Full Name | Date | Description | Amount |
|---|---|---|---|---|
| Clay Busker, CPA | Transportation | 10/1/2014 | Auto, fuel, rental, etc. - cab from airport to meeting | $26.54 |
| Clay Busker, CPA | Transportation | 10/1/2014 | Auto, fuel, rental, etc. - cab in DC | $14.42 |
| Clay Busker, CPA | Transportation | 10/1/2014 | Auto, fuel, rental, etc. - cab in DC | $16.00 |
| Clay Busker, CPA | Miscellaneous | 10/2/2014 | Miscellaneous - tips (housekeeping and breakfast) | $6.00 |
| Clay Busker, CPA | Transportation | 10/2/2014 | Auto, fuel, rental, etc. - taxi to airport | $22.84 |
| Clay Busker, CPA | Miscellaneous | 10/2/2014 | Miscellaneous - airport parking | $32.00 |
| Clay Busker, CPA | Lodging | 10/2/2014 | Hotels, etc - in DC for meeting with DOJ | $254.19 |
| Ian Ratner, CPA/ABV, ASA, CFE | Travel -- Air/Rail | 10/12/2014 | Airfare | $467.20 |
| Clay Busker, CPA | Travel -- Air/Rail | | New Orleans for expert depositions | |
| Clay Busker, CPA | Transportation | 10/19/2014 | Auto, fuel, rental, etc. - cab from airport to office | $40.00 |
| Clay Busker, CPA | Meals | 10/19/2014 | Meals - lunch at airport | $15.59 |
| Clay Busker, CPA | Meals | 10/20/2014 | Meals - lunch at Between the Bread | $12.87 |
| Ian Ratner, CPA/ABV, ASA, CFE | Meals | 10/20/2014 | Meal for I Ratner and C Busker at Johnny Sanchez | $66.25 |
| Ian Ratner, CPA/ABV, ASA, CFE | Meals | 10/21/2014 | Meal for I Ratner and C Busker at Reginelli's Pizzeria | $35.55 |
| Clay Busker, CPA | Meals | 10/21/2014 | Meals - lunch at Pam Am Cafe | $7.33 |
| Clay Busker, CPA | Meals | 10/22/2014 | Meals - lunch at Between the Bread | $12.87 |
| Paul Dopp, CPA/CFF/ABV, CVA, CFE | Transportation | 10/22/2014 | Taxi fare - New Orleans | $80.00 |
| Paul Dopp, CPA/CFF/ABV, CVA, CFE | Lodging | 10/22/2014 | Hotel - New Orleans | $179.72 |
| Ian Ratner, CPA/ABV, ASA, CFE | Meals | 10/22/2014 | Dinner at Peche Seafood Grill | $88.94 |
| Ian Ratner, CPA/ABV, ASA, CFE | Transportation | 10/22/2014 | Taxi in New Orleans | $40.00 |
| Paul Dopp, CPA/CFF/ABV, CVA, CFE | Travel -- Air/Rail | 10/22/2014 | Airfare Atlanta/New Orleans return | $605.20 |
| Clay Busker, CPA | Meals | 10/23/2014 | Meals - lunch at Between the Bread | $12.87 |
| Clay Busker, CPA | Meals | 10/23/2014 | Meals - Dinner with IR - Chophouse | $150.26 |
| Ian Ratner, CPA/ABV, ASA, CFE | Transportation | 10/24/2014 | Taxi in New Orleans | $40.00 |
| Clay Busker, CPA | Miscellaneous | 10/24/2014 | Miscellaneous - airport parking for 6 days | $96.00 |
| Clay Busker, CPA | Travel -- Air/Rail | 10/24/2014 | Airfare, etc - baggage fee | $25.00 |
| Clay Busker, CPA | Lodging | 10/24/2014 | Hotels, etc - in New Orleans | $888.60 |
| Clay Busker, CPA | Miscellaneous | 10/24/2014 | Miscellaneous - maid tips ($3/day x 5 days) | $15.00 |
| Clay Busker, CPA | Meals | 10/24/2014 | Meals - lunch at Pan Am Cafe | $7.33 |
| GR Admin | Postage & delivery | 10/28/2014 | Fedexes - 10/15; 10/16 | $325.21 |
| Ian Ratner, CPA/ABV, ASA, CFE | Lodging | 10/29/2014 | Homewood Suites 10/19 to 10/24 | $888.60 |
| GR Admin | Telephone | 10/31/2014 | Conference calls: I Ratner - 9/4; 9/7; 9/11 | $48.10 |
| | | | | $5,163.68 |

## Atlanta, GA to New Orleans, LA

### Passenger Information

IAN RATNER
SkyMiles Number: ▓▓▓▓

Confirmation Number: HQ9FK3
Ticket Number: 0062187531276
Date of Purchase: Oct 12, 2014

### Flight Information

| Date and Flight | Status | Class | Meals/Orders | Seat/Cabin |
|---|---|---|---|---|
| ATL > MSY Sun 19Oct2014 DL 1462 | FLWN | U | | |
| MSY > ATL Fri 24Oct2014 DL 1305 | FLWN | L | | |

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's check-in requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit http://SafeTravel.dot.gov

Do you have comments about service? Please email us to share them.

Key of Terms

# - Arrival date different than departure date
** - Check-in required
***- Multiple meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels / Beverages
D - Dinner
F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments, complimentary
S - Snack
T - Cold meal
V - Snacks for sale

### Billing and Ticketing Information
FARE DETAILS: ATL DL MSY183.26UA07X0NJ DL ATL225.12LA07X0NJ USD408.38END ZP ATLMSY XF ATL4.5MSY4.5

| | | |
|---|---|---|
| Fare: | 408.38 | USD |
| Taxes/Carrier-Imposed Fees: | 58.82 | |
| Total: | 467.20 | USD |

Paid with American Express ending ▓▓▓▓

### Detailed Tax Information

| | |
|---|---|
| AY | 11.20 |
| US | 30.62 |
| XF | 9.00 |

```
          ZP        8.00
        Total      58.82
```

## NON-REFUNDABLE / CHANGE FEE

When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

All Economy Comfort and Preferred seats are Nonrefundable.

### Terms & Conditions

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring action against us.
- Our right to change terms of the contract.
- Check-in requirements and other rules established when we may refuse carriage.
- Our rights and limits of our liability for delay of failure to perform service , including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
- Our policy on overbooking flights , and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fare, promotions, information and flight updates, please visit delta.com/emailprograms or delta.com/notifications.

### COPYRIGHT INFORMATION

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Delta Blvd. P.O. Box 20706 Atlanta, GA 30320-6001. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

© 2014 Delta Air Lines, Inc. All rights reserved.



Peche Seafood Grill
800 Magazine St.
New Orleans, LA 70130
Phone: 504.522.1744
Date: Oct22'14 10:23PM
Card Type: Amex
Acct #:
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key: DID0025133B17767
Auth Code: 588224
Check: 5706
Table: 32/1
Server: 513 2005

Subtotal: 66.94
Gratuity:
Total:

-------Signature-------
******** Customer Copy ********

Johnny Sanchez
930 Poydras Street
New Orleans, LA 70112
Phone: (504) 304-6615
Date: Oct20'14 09:37PM
Card Type: Amex
Acct #:
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code: 566464
Check: 3690
Table: 11/1
Server: 5012 Zachary

Subtotal: 56.25
Gratuity:
Total:

-------Signature-------
******** Customer Copy ********

Frd + Cb

REGINELLI'S PIZZERIA #7
930 POYDRAS STREET
NEW ORLEANS, LA 70112
(504) 566-9660

Sale

Merchant ID: LK120048
Term ID: LK120048        23:11:42
10/21/14 000001 Inv n: 000061
Batch#: 000001
Server ID: 13

AMEX              Entry Method: S

Seq.#: 0061  Appr. Code: 502588
Amount:            $ 23.55
Tip:
------------------------
Total:     $  55.55

APPROVED

Customer Copy

THANK YOU FOR YOUR BUSINESS
STORE CREDIT ONLY

New Orleans, La., Taxicab Passenger Fare Receipt

Telephone # (504)

WHITE FLEET                CAB COMPANY

Today's Date  10/24/  20 14

This Fare Amount....      40.00
Added Charges.....
Total.....
Your Driver  M. 310xM
Car/CPNC Number 1495

CAB COMPANY
PASSENGER'S RECEIPT, TAXICAB FARE

Date_____  20____
Amount of Fare...... $  33.00
Other Charges........ $
Total................ $  40.00

Driver's Name  Amerie         Witness Fees_405



# HOMEWOOD SUITES
## BY HILTON

901 Poydras Street • New Orleans, LA 70112
Phone (504) 581-5599 • Fax (504) 581-9133
Reservations
www.homewood-suites.com or 1-800-CALL-HOME

**Name & Address**

BUSKER, CLAY

ATLANTA GA 30327
UNITED STATES OF AMERICA

| | |
|---|---|
| Room | 610/OHWN |
| Arrival Date | 10/19/2014 2:37:00 PM |
| Departure Date | 10/24/2014 |
| Adult/Child | 1/0 |
| Room Rate | 154.00 |
| Rate Plan: | GVT |
| HH #: | |
| AL: | |
| Car: | |

*Folio*

Confirmation Number: 84545640



10/23/2014    Page: 1

HILTON
HHONORS

| RECEIPT - CORPORATE TAX DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 10/19/2014 | 1668430 | GUEST ROOM | $154.00 |
| 10/19/2014 | 1668430 | TAXES | $23.72 |
| 10/20/2014 | 1668699 | GUEST ROOM | $154.00 |
| 10/20/2014 | 1668699 | TAXES | $23.72 |
| 10/21/2014 | 1669012 | GUEST ROOM | $154.00 |
| 10/21/2014 | 1669012 | TAXES | $23.72 |
| 10/22/2014 | 1669296 | GUEST ROOM | $154.00 |
| 10/22/2014 | 1669296 | TAXES | $23.72 |
| 10/23/2014 | 1669592 | GUEST ROOM | $154.00 |
| 10/23/2014 | 1669592 | TAXES | $23.72 |
| | | WILL BE SETTLED TO AX*1006 | $888.60 |
| | | EFFECTIVE BALANCE OF | $0.00 |

**EXPENSE REPORT SUMMARY**

| | 10/19/2014 | 10/20/2014 | 10/21/2014 | 10/22/2014 |
|---|---|---|---|---|
| ROOM AND TAX | $177.72 | $177.72 | $177.72 | $177.72 |
| DAILY TOTAL | $177.72 | $177.72 | $177.72 | $177.72 |

**EXPENSE REPORT SUMMARY**

| | 10/23/2014 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $177.72 | $888.60 |
| DAILY TOTAL | $177.72 | $888.60 |

Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or hotels and resorts in 91 countries, please visit HHonors.com.

```
0 • 00  *
154 • 00  +
23 • 72  +
154 • 00  +
23 • 72  +
355 • 44  *
0 • 00  *
```

| ACCOUNT NO | | DATE OF CHARGE | |
|---|---|---|---|
| | | | |
| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
| ESTABLISHMENT NO & LOCATION   ESTABLISHMENT ADDRESS TO TRANSMIT TO CARD HOLDER FOR PAYMENT | | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| CARD MEMBER'S SIGNATURE | | TOTAL AMOUNT | |
| X | | | |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND | | PAYMENT DUE UPON RECEIPT - 1.5% PER MONTH INTEREST CHARGE WILL BE APPLIED TO ALL PAST DUE INVOICES. | |

HOMEWOOD SUITES

HOME

Hilton
Grand Vacations



MERCHANDISE: XPLORE SERVICES...





in the room. *Please call the Front Desk if you w...*

*have any questions about your account.*









# GLASSRATNER

OFFICE OF FINANCIAL
MANAGEMENT ~~~~~~~~~

2015 FEB 12 PM 5: 51

February 09, 2015

Invoice # : 24298

PATRICK CASEY, ESQ.
DOJ/ENRD EXPERT CONTRACTING UNIT
P.O. BOX 7611
BEN FRANKLIN STATION
WASHINGTON DC 20044-761

In Reference To: U.S. v. BP Exploration & Production Inc., DOJ # 90-5-1-1-10026 (YREGDOC): Contract
#DJJ-13W-ENR01-0363

For professional services rendered during the period  January 01, 2015  through   January 31, 2015

**Billing Recap by Professional**

| Name | | Hours | Rate |
|---|---|---|---|
| ▮▮▮▮▮▮▮▮▮▮ | | ▮▮▮ | ▮▮▮ |

Approved

*J(signature)*

Johnnie R. Cusack
Contracting Officer
Date: 3·30·15

| | Hours | Amount |
|---|---|---|
| ▮▮▮▮▮▮▮ | | ▮▮▮ |

**Out-of-Pocket Expenses:**

| | | |
|---|---|---|
| Lodging | | 3,894.74 |
| Meals *Per Diem (MC) 3/10/15* | 1254.53 | 1,174.39 |
| Miscellaneous *Airport Parking (MC) 3/10/15* | 382.00 | 465.14 |
| Postage & delivery | | 599.82 |
| Telephone | | 85.33 |
| Transportation | | 363.60 |
| Travel -- Air/Rail | | 3,366.00 |
| Total expenses | | $9,946.02 |

*testimony*

Total amount of this bill

*1/23/15*

▮▮▮▮

*Pm*

Note:
Fees and expenses on this invoice do not include travel time or travel expenses of Paul Dopp, CPA
on January 18 - 19, 2014.

ENRD Reviewer / Contact
Marcella Chloe  514-1755
Date 03/30/15

For our wiring instructions, please contact GlassRatner directly using the contact information below.        Tax ID Number: 58-2660177
3424 Peachtree Rd., NE, Suite 2150 | Atlanta, GA 30326 | Tel: 678.904.1990 Fax: 678.904.1991 | www.glassratner.com

**Professional Services Detail**

Hours

Hours

reserve reports

Witness Fees_421

Hours

Hours

| Professional | Activity Full Name | Date | Description | Amount |
|---|---|---|---|---|
| ~~Clay Busker, CPA~~ | Travel -- Air/Rail | 1/5/2015 | Airfare, etc - change fee to move flight on 1/6 | ~~$30.00~~ |
| Clay Busker, CPA | Meals | 1/6/2015 | Meals - dinner at Hotel with IR | $69.30 |
| ~~Clay Busker, CPA~~ | Transportation | 1/6/2015 | Auto, fuel, rental, etc. - taxi from airport to hotel | ~~$20.00~~ |
| Clay Busker, CPA | ~~Miscellaneous~~ | 1/7/2015 | Miscellaneous - tips (maid and bellman) *Per Diem* | $5.00 |
| Clay Busker, CPA | Lodging | 1/7/2015 | Hotels, etc - Rooms for IR and CB on 1/6 | $405.34 |
| ~~Clay Busker, CPA~~ | Transportation | 1/7/2015 | Auto, fuel, rental, etc. - taxi from hotel to DOJ office | ~~$11.00~~ |
| ~~Clay Busker, CPA~~ | Transportation | 1/7/2015 | Auto, fuel, rental, etc. - taxi from DOJ office to airport | ~~$20.00~~ |
| Clay Busker, CPA | ~~Miscellaneous~~ | 1/7/2015 | Miscellaneous - airport parking | $31.00 |
| Clay Busker, CPA | Meals | 1/7/2015 | Meals - dinner at airport | $11.11 |
| Ian Ratner, CPA/ABV, ASA, CFE | Miscellaneous | 1/7/2015 | Miscellaneous - airport parking | $31.00 |
| Clay Busker, CPA | Meals | 1/13/2015 | Meals - dinner Trenassa | $48.61 |
| ~~Clay Busker, CPA~~ | Transportation | 1/13/2015 | Auto, fuel, rental, etc. - cab from airport to office | ~~$89.00~~ |
| Clay Busker, CPA | Miscellaneous | 1/13/2015 | Miscellaneous - sundries from CVS *Per Diem* | $6.21 |
| Clay Busker, CPA | Meals | 1/13/2015 | Meals - snacks | $10.00 |
| Clay Busker, CPA | Meals | 1/13/2015 | Meals - lunch Subway | $10.98 |
| Clay Busker, CPA | Meals | 1/14/2015 | Meals - breakfast | $6.93 |
| Clay Busker, CPA | Meals | 1/14/2015 | Meals - lunch Gordon Biersch | $42.50 |
| Clay Busker, CPA | Meals | 1/14/2015 | Meals - dinner Walk-On's | $58.08 |
| Ian Ratner, CPA/ABV, ASA, CFE | Travel -- Air/Rail | 1/14/2015 | Airfare, etc - Roundtrip between Atlanta and New Orleans, Jan 18 - Jan 23 | |
| Ian Ratner, CPA/ABV, ASA, CFE | Travel -- Air/Rail | 1/15/2015 | Airfare, etc - fare difference due to flight change on Jan 18 | |
| Clay Busker, CPA | Travel -- Air/Rail | 1/15/2015 | Airfare, etc - fare difference due to flight change on Jan 18 | |
| ~~Clay Busker, CPA~~ | Transportation | 1/15/2015 | Auto, fuel, rental, etc. - cab from airport to office in rain | |
| Clay Busker, CPA | Meals | 1/15/2015 | Meals - dinner Marcello's Wine Market | $91.30 |
| Ian Ratner, CPA/ABV, ASA, CFE | Travel -- Air/Rail | 1/15/2015 | Airfare, etc - ticket New Orleans to Atlanta, purchase new ticket due to changin | |
| Clay Busker, CPA | Meals | 1/15/2015 | Meals - lunch Cafe at the Square | $27.59 |
| ~~Ian Ratner, CPA/ABV, ASA, CFE~~ | Transportation | 1/16/2015 | Auto, fuel, rental, etc. - cab from office to airport | ~~$35.00~~ |
| Ian Ratner, CPA/ABV, ASA, CFE | Miscellaneous | 1/16/2015 | Miscellaneous - airport parking | $64.00 |
| Ian Ratner, CPA/ABV, ASA, CFE | Miscellaneous | 1/16/2015 | Miscellaneous - tips (maid, bellman, breakfast, etc.) *Per Diem* | $15.00 |
| ~~Ian Ratner, CPA/ABV, ASA, CFE~~ | Travel -- Air/Rail | 1/16/2015 | Airfare, etc - Flight New Orleans to Atlanta - replacement ticket due to change i | |
| Clay Busker, CPA | Lodging | 1/16/2015 | Hotels, etc - Hilton - Room for Clay | $522.81 |
| Clay Busker, CPA | Meals | 1/16/2015 | Meals - breakfast | $6.82 |
| Clay Busker, CPA | Lodging | 1/16/2015 | Hotels, etc - Hilton | $522.81 |
| Clay Busker, CPA | Meals | 1/16/2015 | Meals - lunch at air | $13.98 |
| ~~Clay Busker, CPA~~ | Miscellaneous | 1/16/2015 | Miscellaneous - air | $64.00 |
| ~~Clay Busker, CPA~~ | Travel -- Air/Rail | 1/16/2015 | Airfare, etc - bag ch | |
| Clay Busker, CPA | Meals | 1/18/2015 | Meals - lunch Cafe | $60.59 |
| Clay Busker, CPA | Meals | 1/18/2015 | Meals - dinner Red | $128.65 |
| ~~Clay Busker, CPA~~ | Transportation | 1/18/2015 | Auto, fuel, rental, e | |
| ~~Clay Busker, CPA~~ | Travel -- Air/Rail | 1/18/2015 | Airfare, etc - bag ch | |
| ~~Clay Busker, CPA~~ | Travel -- Air/Rail | 1/18/2015 | Airfare, etc - Delta | ~~$373.10~~ |
| Clay Busker, CPA | Meals | 1/19/2015 | Meals - dinner John | $74.47 |
| Clay Busker, CPA | Meals | 1/19/2015 | Meals - lunch Betw | $12.44 |
| Clay Busker, CPA | Meals | 1/20/2015 | Meals - lunch Cafe | $42.22 |
| Clay Busker, CPA | Meals | 1/20/2015 | Meals - dinner pizz | $40.00 |
| Clay Busker, CPA | Meals | 1/21/2015 | Meals - lunch Betw | $15.26 |
| Clay Busker, CPA | Meals | 1/21/2015 | Meals - Dinner Don | $81.95 |
| Clay Busker, CPA | Meals | 1/22/2015 | Meals - Dinner Luke | $92.10 |
| Clay Busker, CPA | Meals | 1/22/2015 | Meals - lunch Subw | $10.98 |
| GR Admin | Postage & delivery | 1/22/2015 | Fedexes: 1/12 | $599.82 |
| Clay Busker, CPA | Miscellaneous | 1/22/2015 | Miscellaneous - um | $12.93 |
| Clay Busker, CPA | Meals | 1/23/2015 | Meals - dinner at airport | $44.63 |
| Clay Busker, CPA | Miscellaneous | 1/23/2015 | Miscellaneous - airport parking | $96.00 |
| ~~Ian Ratner, CPA/ABV, ASA, CFE~~ | Transportation | 1/23/2015 | Auto, fuel, rental, etc. - cab from office to airport | |
| ~~Clay Busker, CPA~~ | Transportation | 1/23/2015 | Auto, fuel, rental, etc. - car from airport to home | |
| ~~Clay Busker, CPA~~ | Travel -- Air/Rail | 1/23/2015 | Airfare, etc - airfare New Orleans to Atlanta | |
| Clay Busker, CPA | Lodging | 1/23/2015 | Hotels, etc - Hilton room for Clay | $871.35 |
| Clay Busker, CPA | Lodging | 1/23/2015 | Hotels, etc - Hilton room for Ian | $871.35 |
| Clay Busker, CPA | Miscellaneous | 1/23/2015 | Miscellaneous - tips (maid, bellman, breakfast, etc.) *Per Diem* | $35.00 |
| ~~Clay Busker, CPA~~ | Travel -- Air/Rail | 1/23/2015 | Airfare, etc - bag check fee | |
| ~~Ian Ratner, CPA/ABV, ASA, CFE~~ | Travel -- Air/Rail | 1/25/2015 | Airfare, etc - Roundtrip between Atlanta and New Orleans, Jan 26 - Jan 20 | |
| Ian Ratner, CPA/ABV, ASA, CFE | Meals | 1/26/2015 | Meals - Dinner Lucy's | $55.00 |
| ~~Clay Busker, CPA~~ | Travel -- Air/Rail | 1/26/2015 | Airfare, etc - bag check fee | |
| ~~Clay Busker, CPA~~ | Travel -- Air/Rail | 1/26/2015 | Airfare, etc - airfare Atlanta to New Orleans | ~~$399.00~~ |
| ~~Clay Busker, CPA~~ | Transportation | 1/26/2015 | Auto, fuel, rental, etc. - cab from airport to hotel | |
| Clay Busker, CPA | Meals | 1/26/2015 | Meals - lunch Between the Bread | $12.44 |

Cab Fare and Parking 0.00 *

35.00 +
64.00 +
39.00 +
60.00 +
Total
(193.00) *

39.00
60.00

Witness Fees_424

## Detail of Expenses

| Professional | Activity Full Name | Date | Description | Amount |
|---|---|---|---|---|
| ~~(redacted)~~ CPA/ABV, ASA, CFE | Travel -- Air/Rail | 1/27/2015 | Airfare, etc - Flight New Orleans to Atlanta for Clay on Jan 28 | ~~(redacted)~~ |
| ~~(redacted)~~ | Travel -- Air/Rail | 1/27/2015 | Airfare, etc - Delta charge for booking Clay's January 28 ticket | $40.72 |
| Clay Busker, CPA | Meals | 1/27/2015 | Meals - lunch Between the Bread | $62.74 |
| Clay Busker, CPA | Meals | 1/27/2015 | Meals - dinner Wood Pizza Bistro | -$48.00 |
| Ian Ratner, CPA/ABV, ASA, CFE | Miscellaneous | 1/28/2015 | Miscellaneous - airport parking | ~~(redacted)~~ |
| ~~(redacted)~~ | Travel -- Air/Rail | 1/28/2015 | Airfare, etc - bag check fee | ~~(redacted)~~ |
| ~~(redacted)~~ | Transportation | 1/28/2015 | Auto, fuel, rental, etc. - cab from hotel to airport | $350.54 |
| Clay Busker, CPA | Lodging | 1/28/2015 | Hotels, etc - Embassy Suites - room for Ian | $350.54 |
| Clay Busker, CPA | Lodging | 1/28/2015 | Hotels, etc - Embassy Suites - room for Clay | $48.00 |
| Clay Busker, CPA | Miscellaneous | 1/28/2015 | Miscellaneous - airport parking | $9.00 |
| Clay Busker, CPA | Miscellaneous | 1/28/2015 | Miscellaneous - tips (maid, breakfast, bellman, etc.) | $85.33 |
| GR Admin | Telephone | 1/31/2015 | Conference calls: I Ratner; C Busker; P Dopp; J Cristal - December 4 thru Jan 2 | |
| | | | | $9,946.02 |

GlassRatner Advisory & Capital Group LLC



Witness Fees_426



Witness Fees_427







Ram for In 



## Hilton
HOTELS & RESORTS

HILTON NEW ORLEANS/ST. CHARLES AVE.
333 ST. CHARLES AVE
NEW ORLEANS, LA 70130
United States of America
TELEPHONE 504-524-8890 · FAX 504-524-8889
Reservations
www.hilton.com or 1 800 HILTONS

RATNER, IAN

ATLANTA GA 30327-1116
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 920/K1RRU1 |
| Arrival Date: | 1/18/2015 8:43:00 PM |
| Departure Date: | 1/23/2015 4:28.00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | BRYAN508/BRYAN |
| Room Rate: | 249.00 |
| AL: | DL 2243242431 |
| HH # | |
| VAT # | |
| Folio No/Cho | 334856 A |

Confirmation Number: 3165567123

HILTON NEW ORLEANS/ST. CHARLES AVE. 1/29/2015 9:28:00 AM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 1/18/2015 | GUEST ROOM | JCHAPITAL | 1570585 | $249.00 | | |
| 1/18/2015 | TAXES | JCHAPITAL | 1570585 | $37.73 | | |
| 1/19/2015 | GUEST ROOM | SWILSON20 | 1571225 | $249.00 | | |
| 1/19/2015 | TAXES | SWILSON20 | 1571225 | $37.73 | | |
| 1/20/2015 | GUEST ROOM | SWILSON20 | 1571735 | $249.00 | | |
| 1/20/2015 | TAXES | SWILSON20 | 1571735 | $37.73 | | |
| 1/21/2015 | GUEST ROOM | JCHAPITAL | 1572291 | $249.00 | | |
| 1/21/2015 | TAXES | JCHAPITAL | 1572291 | $37.73 | | |
| 1/22/2015 | GUEST ROOM | SWILSON20 | 1572813 | $249.00 | | |
| 1/22/2015 | TAXES | SWILSON20 | 1572813 | $37.73 | | |

Hotel

0·00 *

249·00 +
31·73 +
205·73 *

Page:1

RATNER, IAN

█████████████

ATLANTA GA  30327-1116
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 920/K1RRU1 |
| Arrival Date: | 1/18/2015  8:43:00 PM |
| Departure Date: | 1/23/2015 4:28:00 PM |
| Adult/Child: | 1/0 |
| Cashier ID: | BRYAN508/BRYAN |
| Room Rate: | 249.00 |
| AL: | DL 2243242431 |
| HH # | |
| VAT # | █████████████ |
| Folio No/Che | 334856 A |

Confirmation Number: 3165567123

HILTON NEW ORLEANS/ST. CHARLES AVE. 1/29/2015 9:28:00 AM

| DATE | DESCRIPTION | | | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 1/23/2015 | AX█████████ | | | CODYPAL AZZOLO | 1573140 | | ($1,433.65) | |
| | | | | | **BALANCE** | | | $0.00 |

EXPENSE REPORT
SUMMARY

| | 1/18/2015 | 1/19/2015 | 1/20/2015 | 1/21/2015 |
|---|---|---|---|---|
| ROOM AND TAX | $286.73 | $286.73 | $286.73 | $286.73 |
| DAILY TOTAL | $286.73 | $286.73 | $286.73 | $286.73 |

EXPENSE REPORT
SUMMARY

| | 1/22/2015 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $286.73 | $1,433.65 |
| DAILY TOTAL | $286.73 | $1,433.65 |

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 168763 | MERCHANT ID | 1170001432 |
| CARD NUMBER | AX█████ | EXP DATE | 06/19 |
| TRANSACTION ID | 1573140 | TRANS TYPE | Sale |

Govenment Rate /anght          151.⁰⁰

Taxes on Government Rate        23.27

Daily Amount @                  174.27
      Government Rate

# of Days                        5
Total @ Gov't Rate           ─────────   - Billed ✓✓
                               871.35
                             Page:2

Unbilled portion              562.30

Total Invoice               (1,433.65)





Witness Fees 437

1/8/2015



ATLANTA GA ► NEW ORLEANS LA

△ DELTA

IAN RATNER
SkyMiles #

F87EV

0062190303224
Date Of Purchase: Jan 14, 2015

Flight Information

Sun 18 Jan 2015 | DL 1462 | ATL ► MSY

Fri 23 Jan 2015 | DL 1305 | MSY ► ATL

Detailed Charges

Air transportation charges
Base Fare                                                    $423.26 USD

Taxes, Fees and Charges
United States - September 11th Security Fee (Passenger
Civil Aviation Security Service Fee (AY)                     $11.20 USD
United States - Transportation Tax (US)                      $31.74 USD
United States - Passenger Facility Charge (XF)               $9.00 USD
United States - Flight Segment Tax (ZP)                      $8.00 USD

Total Price:                                                 $483.20 USD
Paid With American Express Ending 5001

Key of Terms
* - Arrival date different than        F - Food available for
departure date                            purchase
** - Check in required                 L - Lunch
*** - Multiple meals                   LV - Departs
SS - Multiple seats                    M - Movie
AR - Arrives                           R - Refreshments
B - Breakfast                             complimentary
C - Bagels / Beverages                 S - Snack
D - Dinner                             T - Cold meal
                                       V - Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.
Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on
your ticket.
Please review Delta's check-in requirements and baggage guidelines for details.
You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel
inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for
international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit
http://SafeTravel.dot.gov.
Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE
When Using Certain Vouchers To Purchase Tickets, Remaining Credits May Not Be Refunded. Additional Charges
And/Or Credits May Apply And Are Displayed In The Sections Below.

This Ticket Is Non-Refundable Unless Issued At A Fully Refundable Fare. Any Change To Your Itinerary May
Require Payment Of A Change Fee And Increased Fare. Failure To Appear For Any Flight Without Notice To Delta
Will Result In Cancellation Of Your Remaining Reservation.



Witness Fees_439

ATLANTA GA (NEW ORLEANS LA)

△ DELTA

IAN RATNER
SKYMILES®: ████████

E7EV

0062190967048
Date Of Purchase: Jan 15, 2015

Flight Information

Sun 18 Jan 2015 | DL 2433 | ATL ► MSV
Fri 23 Jan 2015 | DL 1305 | MSV ► ATL

Base Ticket Detailed Charges

Air Transportation Charges
Base Fare                                                    $538.96 USD

Taxes, Fees and Charges
United States - September 11th Security Fee (Passenger
Civil Aviation Security Service Fee) (AY)                     $11.20 USD
United States - Transportation Tax (US)                      $40.04 USD
United States - Passenger Facility Charge (XF)                $9.00 USD
United States - Flight Segment Tax (ZP)                       $8.00 USD

Total Price:                                                 $602.20 USD

Balance Information
Original Ticket Price Difference                             $119.00 USD
Service Charge:                                               $0.00 USD
Balance Paid:                                                $119.00 USD

Paid With American Express Ending 5001

Key of Terms
*  Arrival date different than      F = Food available for
departure date                         purchase
** = Check-in required              L = Lunch
*** = Multiple meals                LV = Departs
-S- = Multiple seats                M = Movie
AR = Arrives                        R = Refreshments
B = Breakfast                          complimentary
C = Bagels / Beverages              S = Snack
D = Dinner                          T = Cold meal
                                    V = Snacks for sale

Check your flight information online at delta.com or call the Delta Flightline at 800-325-1999.
Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier for your ticket.
Please review Delta's check-in requirements and baggage guidelines for details.
You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for International travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit
http://SafeTravel.dot.gov
Do you have comments about service? Please email us to share them.

NON-REFUNDABLE / CHANGE FEE
When Using Certain Vouchers To Purchase Tickets, Remaining Credits May Not Be Refunded. Additional Charges
And/Or Credits May Apply And Are Displayed In The Sections Below.

Witness Fees_440



Witness Fees_441





Witness Fees 443

1/29/2015

Witness Fees_444



Witness Fees_446
1/29/2015



Witness Fees_448



Witness Fees_449

Witness Fees_451

















**INVOICE**         **INVOICE #5,**         **22 February 2015**

**From: Stanley D. Rice**

[redacted]

## Part I. Identification

Case Name and DOJ file Number:     US et al. v. BP Exploration & Production Inc; Anadarko Exploration
& Production, et al. (Deepwater Horizon Wellhead)

  DJ number 90-5-1-1-10026

Selecting attorney: Danielle Fidler

Contract/P O Number: DJJ-14W-ENR01-0196

Cost center code and YREGDOC : ?????

Period of performance. October 1 2014 through December 31, 2014.

## Part II: Payment information:

Name: Stanley D Rice

Tax ID #: [redacted]

Bank/ routing and account codes:

[redacted]

*Approved*

*Johnnie R. Cusack*
Contracting Officer
Date: 4-17-15

2015 MAR -3 AM 6: 42
DOJ-ENRD

## Part III: Itemized expenses

  (tasks: complete Deposition in New Orleans; Complete Moot session in DC)

**a.** [redacted]
**b.** Per Diem expenses for trip to deposition in New Orleans; 6 Oct > 2 Nov,     $1,824.02

**c.** [redacted]
**d.** Per Diem for Wash DC Trip 8-12 Dec, 2014:     $1,050.24

*Stanley D Rice - expert*
*2 2 Feb 2014*

**Total invoice = $** [redacted]   *Pay*

ENRD Reviewer / Contact
Marcella Chloe   514-1755
Date O 17/15

14-54203
15-55082      **SPLIT INVOICE** [redacted]

**Per Diem expenses for Stanley D. Rice, at New Orleans, Oct 26 through Nov 4.**

Purpose: prep and complete a deposition

Itinerary:

26 Oct  Depart Juneau Alaska- 8 pm, Arrive Seattle 11:15 pm

    Overnight hotel: Coast Gateway Hotel (SETAC), ✓    $106. 78 ✓

27-31 Oct  Depart Seattle 10:15am, Arrive New Orleans 5 pm

    Hotel Lafayette 4 nights               $727.94 ✓

        ($154 ave, plus taxes)

31 Oct; meetings ended at 3pm, and   On own through Sunday morning at 11 am when meetings resumed.    no hotel costs for 31 Oct, and 1 Nov.  No per diem costs

2 Nov -4Nov - Hotel Lafayette, 2 nights        $341.30 ✓

4 Nov- Depart New Orleans  10:50a, arrive Chicago 1:06 pm

    Depart Chicago 3:20 pm, arrive Seattle 5:55 pm

    Depart Seattle 6:45 pm, arrive Juneau 9:37 pm

Taxi to Hotel on 27 Oct, Taxi to airport on Nov 4    $80 ✓

Estimated  meals:02 8 days at $71/day    $568 ✓

               Total: $1824.02 ✓

Receipts follow-

*Itinerary* (handwritten)

## Your Confirmed Reservation

**Confirmation Code**
**UBLDOZ**

MVP® Gold Guest Upgrade @

Link Reservations

How can we contact you during travel?

## Traveler Information

| Traveler | Seats ** | Services Requested | Traveler Documentation |
|---|---|---|---|
| Name: Stanley Donald Rice ✓<br>MP#: ▮▮▮▮<br>E-Ticket: 0277498913204 | 26C, 9C, No Seat ¤, 13D, 3C<br>Change Seats | Request Services (Wheelchair, etc) | Enter required documentation |

** Seat assignments are subject to change.
¤ Seat assignments on some partner flights cannot be reserved on our website. Please contact the partner airline directly.

## Flights  Change | Cancel

Flight Confirmation Code: UBLDOZ

| Flight | Departs | Arrives | Total Price for 1 Traveler |
|---|---|---|---|
| *Alaska* Alaska 66<br>Coach (Y) | Nonstop | Details<br>— First Class waitlisted — | Juneau (JNU)<br>8:00 pm Sun, Oct 26 ✓ | Seattle (SEA)<br>11:15 pm Sun, Oct 26 | $1,632.60<br>including taxes, fees and charges |

This flight uses a Boeing 737-400 Combi aircraft. When boarding this type of aircraft, customers will use two sets of stairs, board from the rear of the aircraft, and be exposed to the weather.

Distance: 907 mi | Duration: 2h 15m

*Alaska* Alaska 788
Coach (V) | Nonstop | Details
— First Class waitlisted —
Seattle (SEA) 10:15 am Mon, Oct 27
New Orleans (MSY) 5:00 pm Mon, Oct 27

Distance: 2,082 mi | Duration: 4h 45m

*American* American 4306
Operated by Republic Airlines as American Eagle
Coach (L) | Nonstop | Details
New Orleans (MSY) 10:50 am Tue, Nov 4
Chicago-O'Hare (ORD) 1:05 pm Tue, Nov 4   *SEAT 18C* (handwritten)

Distance: 838 mi | Duration: 2h 15m

*Alaska* Alaska 29
Coach (V) | Nonstop | Details
— First Class waitlisted —
Chicago-O'Hare (ORD) 3:20 pm Tue, Nov 4
Seattle (SEA) 5:55 pm Tue, Nov 4

Distance: 1,715 mi | Duration: 4h 35m

*WCMRNQ* (handwritten)

*Alaska* Alaska 69
First (U) | 1 stop | Details
— Upgraded to First Class —
Seattle (SEA) 6:45 pm Tue, Nov 4 ✓
Juneau (JNU) 9:37 pm Tue, Nov 4

Distance: 911 mi | Duration: 3h 52m

## PRICE SUMMARY

Flight Total for 1 Traveler: $1,632.60
The credit card ending with ▮▮▮▮ has been charged a total of USD $1,632.60. ✓

| Total per Traveler | $1,632.60 |
|---|---|
| Fare | $1,488.53 |
| Taxes and Fees | $144.07 |

Each ticket and any booking or change fees will be a separate charge on your credit card statement.

For additional assistance with your reservation, call Alaska Airlines Reservations at 1-888-345-3640.

## TRAVEL REMINDERS

## RULES & RESTRICTIONS

Witness Fees_463



18415 International Blvd, SeaTac, WA 98188
Phone: (206) 248-8200 FAX: (206) 244-1198

**Dr Stanley Rice**

█████████████

# Invoice

Invoice date     10/27/2014
Invoice number  345935
Our reference    CGH-FC107909 /

| Guest | **Dr Stanley Rice** | Arrival | **10/26/2014** | Departure | **10/27/201** | Room | **423** |
|---|---|---|---|---|---|---|---|

| Date | Description | Quantity | Unit Price | Total ($) |
|---|---|---|---|---|
| 10/26/2014 | Room Revenue | 1 | 95.00 | 95.00 |
| 10/26/2014 | Room Occupancy Tax | 1 | 11.78 | 11.78 |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  | **Total invoice** | **106.78** |
| 10/27/2014 | ████████████ |  |  | -106.78 |
|  |  |  | Total Paid | -106.78 |
|  |  |  | Total Due | 0.00 |

I agree that my liability for any charges incurred by me is not waived and agree
to be held personally liable in the event that the indicated person, company or
association fails to pay for any part of the full amount of these charges. Interest will be
charged on any overdue balance.

**Signature X**    _____

*Lafayette — 4 Nights*

Orbitz record locator PBORB-613-034-6294

Hotel Confirmation | The Lafayette Hotel | New Orleans Mon, Oct 27, 2014

This email serves as a receipt for your booking. View your itinerary online at any time for the most up-to-date information.

Request a temporary Orbitz password so you can view your itinerary under My Trips.

## Traveler information

Name and contact information

Hotel reservations under:   • Stanley Rice

## Hotel Information

Orbitz record locator PBORB-613-034-6294

To make changes to your trip, go to Trip details

**Hotel**
The Lafayette Hotel hotel details | map

Hotel confirmation number: 36NT7U

600 St. Charles Ave., New Orleans, LA 70130 US
Phone: 1-504-524-4441 | Fax: 504-581-3802

**Date and time:**
Check-in: Mon, Oct 27, 2014 | Check-out: Fri, Oct 31, 2014
Hotel check-in/check-out: 1600 1100

**Reservation**
Room(s): 1 | Guest(s) 1 | Night(s): 4

**Stanley Rice must ch**
Guest(s) 1 | Night(s): 4
Room description: Stand
Special requests: Non-sm
*Special requests are sent to
recommends that you contact
accommodated.

**Hotel policies:**

*(handwritten: 10-30-14)*

0 • 00 *

0 • 00 *

0 • 00 *

708 • 14 ÷
4 • 00 =
177 • 04 T

*(handwritten: per night)*

0 • 00 *

## Cost and Billing Summary

This booking is subject to our Privacy Policy and our Terms and Conditions

**Trip cost**

### Hotel (4 nights)

| | |
|---|---|
| 1 guest | $616.00 |
| $154.00 avg/night | |
| Taxes and fees | $92.14 |

**Total due at booking**   **$708.14**

**Amount due at hotel**   **$19.80**

Local charges due at hotel ($)

Total   $727.94

This reservation was made on Thu, Oct 2, 2014 2:20 AM CDT .

**Billing information**

**Card holder's name:**
Stanley D Rice

**Card type:**

**Card number:**

**Billing Address:**

*Lafayette – 2 nights*

# Lafayette Hotel

600 Saint Charles Ave, New Orleans, LA, 70130, US

*In New Orleans (Warehouse District – Convention Center) |* ***View Map***

## Your Reservation Is Confirmed

### Itinerary Number : 173054874

We have charged your credit card for the full payment of this reservation

Get App          Print Receipt          Leave a Review          Reservation Changes

## Reservation Details

| | |
|---|---|
| Check-in : | Sunday, November 2, 2014 ( 4:00 PM  America/Chicago |
| Check-out : | Tuesday, November 4, 2014 ( 11:00 AM  America/Chicago ) |
| Room(s) : | 1  Deluxe Room, 1 King or 1 Queen Bed |
| Guests : | 1 Adult, 0 Children |
| Nights : | 2 |
| Room Subtotal : | $286.20 |
| Tax Recovery and Service Fees : | $55.10 |
| Total : | $341.30 |

## Contact Information

| | |
|---|---|
| Customer Name : | Stanley Rice |
| Customer Email : | █████████ |

Taxi - S. Rice -
Airport To Lafayette Hotel on Oct 27
Lafayette To Airport on Nov 4

**PASSENGER'S RECEIPT**
**TAXICAB FARE**

Telephone #

CAB COMPANY
Air To Laf
CPNC #
10/27/14 .20
Date
Amount of Fare $ 40 ✓
Other Charges $
Total............... $
Driver's Name

# WE'RE JAZZED YOU'RE HERE!

CAB COMPANY

TELEPHONE #

PASSENGER RECEIPT, TAXI FARE
DATE NOV 4 2014 Airport
Amount ............ To ....... $
Other Charges ............ $
Total............................. $ 40 ✓
Driver's Name _____ Cell
Cab Number
NEW ORLEANS
METROPOLITAN CONVENTION & VISITORS BUREAU INC.



Witness Fees_468





MERCHANDISE AND/OR SERVICES PURCHASED



9 April 2015

To: DOJ / ENRD Expert Contracting Unit

    P O Box 7611, Ben Franklin Station

    Washingto DC 20044 – 7611

Attention: Marcella Chloe

From: Stanley D. Rice

Subject: lack of receipts on my "Invoice #5, dated 22 Feb 2015.

Part I. Identification
    Case Name and DOJ file Number:
      US et al. v. BP Exploration & Production Inc; Anadarko Exploration & Production, et
    al. (Deepwater Horizon Wellhead)
    DJ number 90-5-1-1-10026
    Selecting attorney: Danielle Fidler
    Contract/P O Number: DJJ-14W-ENR01-0196
    Cost center code and YREGDOC : ?????

In emails from you starting 30 March, you requested more information on my #5 invoice. Specifically, "We are in need of a hotel receipt or credit card receipt confirming payment for the Hotel Lafayette in LA, in the amount of $341.30. A receipt is also needed in the amount of $133.52 for your payment at Coast Gateway Hotel in Sea Tac, WA"

What I have are credit card statements. In both cases, I arranged the bookings on line, pre-paid, and never received a statement at the hotel, as they were pre-paid. That was my mistake for sure. Hopefully, the copies of the credit card statement will meet your requirements. If not, please proceed with the processing of the invoice minus these two receipts.

Thank you for your consideration, and your bugging me!

Sincerely     *Stan Rice 9 Apr15*

Stanley D Rice

2015 APR 14 PM 5: 23
OFFICE OF FINANCE
MANAGEMENT AND


## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | Purchases and Adjustments | | | | |
| 10/27 | 10/29 | THE COAST GATEWAY HOTE SEATAC WA 075514 ARRIVAL DATE 10/26/14 | 1313 | | 106.78 | |
| 10/28 | 10/29 | HERBSAINT RESTAURANT METAIRIE LA 015424 | 4923 | | 61.58 | |
| 10/29 | 10/30 | SQ LA CASITA NEW ORLEANS LA 0002305843009753018585 | 1914 | | 39.87 | |
| 10/28 | 10/31 | RED FISH GRILL NEW ORLEANS LA | 0896 | | 46.61 | |
| | | | | | 35.92 | |
| 10/30 | 10/31 | CAFE AT THE SQUARE NEW ORLEANS LA | 1838 | | 29.80 | |
| | | | | | 92.66 | |
| 11/02 | 11/03 | REGINELLI S PIZZER NEW ORLEANS LA | 1483 | | 31.11 | |
| | | | | | 42.29 | |
| 11/02 | 11/04 | FRANKS PRAIRIEVILLE PRAIRIEVILLE LA | 0097 | | 333.00 | |

continued on next page...



**VISA**

| | |
|---|---|
| Account Number | Ending in ▓▓▓ |
| Statement Billing Period | 09/27/2014 to 10/27/2014 |
| Page 1 of 4 | |

## Balance Summary

| | |
|---|---|
| Previous Balance | $267.99 |
| − Payments | $267.99 |
| − Other Credits | $0.00 |
| + Cash Advances | $0.00 |
| + Purchases, Balance Transfers & Other Charges | $1,062.43 |
| + Fees Charged | $0.00 |
| + Interest Charged | $0.00 |
| = New Balance | $1,062.43 |
| Total Credit Limit | $11,000 |

*Paid 15 Nov 2014* (handwritten)

24-Hour Customer Service: 1-800-642-4720
TTY for Hearing/Speech Impaired: 1-800-419-2265
Outside the US Call Collect: 1-925-825-7600
Wells Fargo Online®: wellsfargo.com

**Send General Inquiries To:**
PO Box 10347, Des Moines IA, 50306-0347

Total Available Credit $9,937

## Payment Information

| | |
|---|---|
| New Balance | $1,062.43 |
| Minimum Payment | $15.00 |
| Payment Due Date | 11/21/2014 |

**Send Payments To:**
PO Box 6412, Carol Stream IL, 60197-6412

**Late Payment Warning:** If we do not receive your Minimum Payment by 11/21/2014, you may have to pay a late fee up to $35.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay ... | You will pay off the New Balance shown on this statement in about ... | And you will end up paying an estimated total of ... |
|---|---|---|
| Only the minimum payment | 8 years | $1,573 |
| $35 | 3 years | $1,246 (Savings of $327) |

If you would like information about credit counseling services, refer to www.usdoj.gov/ust/eo/bapcpa/ccde/cc_approved.htm or call 1-877-285-2108.

## Wells Fargo Rewards® Program Summary

| | | |
|---|---|---|
| Rewards Balance as of: | 09/30/2014 | 6,725 |
| Rewards Balance Expiring as of: | 10/31/2014 | 63 |
| Rewards Balance Expiring as of: | 11/30/2014 | 13 |

The Rewards Balance is for Rewards ID ▓▓▓▓
This balance may be inclusive of other contributing Rewards accounts. For up-to-date Rewards Balance information, or more ways to earn and redeem your rewards, visit MyWellsFargoRewards.com or call 1-877-517-1358.

## Transactions

| Trans | Post | Reference Number | Description | Credits | Charges |
|---|---|---|---|---|---|
| **Payments** | | | | | |
| 09/28 | 09/28 | 7446539LZ0A98TS74 | ONLINE PAYMENT | 267.99 | |
| | | TOTAL PAYMENTS FOR THIS PERIOD | | $267.99 | |
| **Purchases, Balance Transfers & Other Charges** | | | | | |
| | | | | | 341.30 |
| 10/03 | 10/03 | 2469216M400T08TAV | TRAVRES*HOTEL ROOM    877-283-5585 NV | | 708.14 |
| 10/03 | 10/03 | 2469216M400V2Q68Z | OWW*ORBITZ.COM    888-656-4546 IL | | 12.99 |
| 10/13 | 10/13 | 2446539ME68DXSSHK | WF*TLG IDPROT43004233GOCTT877-816-8243IA | | $1,062.43 |
| | | TOTAL PURCHASES, BALANCE TRANSFERS & OTHER CHARGES FOR THIS PERIOD | | | |

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION ABOUT YOUR ACCOUNT

Witness Fees_476

Continued

5596   0009 YKG        1    7  18  141027  0        PAGE 1 of 4        1 0  5581  9200  R054  01DP5596        300990

Home | Mobile Site | Newsroom | Regions | Staff Directory | Careers | Forms | e-Tools | QuickLinks

[ ] Search

GSA  **U.S. General Services Administration**

Home > Policy & Regulations > Travel and Relocation Policy > Per Diem > Per Diem Rates >

# FY 2015 Per Diem Rates for ZIP 22314

(October 2014 - September 2015)

**SEARCH BY CITY, STATE OR ZIP CODE**

| Enter your City | | Enter your ZIP Code | |
|---|---|---|---|
| [ ] | OR | [22314] | FIND PER DIEM RATES |
| [ v ] | | Per Diem Map > | |

**ADDITIONAL PER DIEM TOPICS**
Meals & Incidental Expenses Breakdown (M&IE)
FAQs
State Tax Exemption Forms
Factors Influencing Lodging Rates
FY 2014 Per Diem Highlights
Fire Safe Hotels
Have a Per diem Question?
Downloadable Per Diem Files

Cities not appearing below may be located within a county for which rates are listed.
To determine what county a city is located in, visit the National Association of Counties (NACO) website (a non-federal website).

The following rates apply for **22314**

| Primary Destination* (1) | County (2, 3) | Max lodging by Month (excluding taxes) | | | | | | | | | | | | Meals & Inc. Exp.** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2014 Oct | Nov | Dec | 2015 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | |
| District of Columbia | Washington DC (also the cities of Alexandria, Falls Church and Fairfax, and the counties of Arlington and Fairfax, in Virginia; and the counties of Montgomery and Prince George's in Maryland) | 222 | 177 | 177 | 177 | 177 | 229 | 229 | 229 | 229 | 162 | 162 | 222 | 71 |

* NOTE: Traveler reimbursement is based on the location of the work activities and not the accommodations, unless lodging is not available at the work activity, then the agency may authorize the rate where lodging is obtained.
** Meals and Incidental Expenses, see Breakdown of M&IE Expenses for important information on first and last days of travel.

**CONTACTS**

Additional Contacts for

Travel Management Policy

**NEED MORE INFORMATION?**
Rates for Alaska, Hawaii, U.S. Territories and Possessions (set by DoD)
Rates in Foreign Countries (Set by State Dept.)
Federal Travel Regulations (FTR)

**RELATED TOPICS**
Travel Resources
E-Gov Travel
FedRooms
POV Mileage Reimbursement Rates

Last Reviewed 2014-12-02

Print  Email  Favorites  Twitter  Facebook  Share

Help | Sitemap | Accessibility Aids | Linking | Privacy and Security | Contact Us

Also of Interest: Whitehouse.gov  Recovery.gov  DATA.GOV Data.gov  USA.gov USA.gov  Business USA Business.USA.gov

Witness Fees 477
3/30/2015

Home | Mobile Site | Newsroom | Regions | Staff Directory | Careers | Forms | e-Tools | QuickLinks

[Search]

GSA  U.S. General Services Administration

Home > Policy & Regulations > Travel and Relocation Policy > Per Diem > Per Diem Rates >

# FY 2015 Per Diem Rates for ZIP 70130

(October 2014 - September 2015)

**SEARCH BY CITY, STATE OR ZIP CODE**

Enter your City     OR     Enter your ZIP Code
70130     [FIND PER DIEM RATES]

Per Diem Map >

ADDITIONAL PER DIEM TOPICS
Meals & Incidental Expenses Breakdown (M&IE)
FAQs
State Tax Exemption Forms
Factors Influencing Lodging Rates
FY 2014 Per Diem Highlights
Fire Safe Hotels
Have a Per diem Question?
Downloadable Per Diem Files

Cities not appearing below may be located within a county for which rates are listed.
To determine what county a city is located in, visit the National Association of Counties (NACO) website (a non-federal website).

The following rates apply for **70130**

| Primary Destination* (1) | County (2, 3) | 2014 Oct | Nov | Dec | 2015 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Meals & Inc. Exp.** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Orleans | Orleans / St. Bernard / Jefferson / Plaquemine Parishes | 154 | 154 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 107 | 107 | 107 | 71 |

Max lodging by Month (excluding taxes)

* NOTE: Traveler reimbursement is based on the location of the work activities and not the accommodations, unless lodging is not available at the work activity, then the agency may authorize the rate where lodging is obtained.
** Meals and Incidental Expenses, see Breakdown of M&IE Expenses for important information on first and last days of travel.

**CONTACTS**
Additional Contacts for
Travel Management Policy

**NEED MORE INFORMATION?**
Rates for Alaska, Hawaii, U.S. Territories and Possessions (set by DoD)
Rates in Foreign Countries (Set by State Dept.)
Federal Travel Regulations (FTR)

**RELATED TOPICS**
Travel Resources
E-Gov Travel
FedRooms
POV Mileage Reimbursement Rates

Last Reviewed 2014-12-02

Print  Email  Favorites  Twitter  Facebook  Share

Help | Sitemap | Accessibility Aids | Linking | Privacy and Security | Contact Us

Also of Interest:  Whitehouse.gov  Recovery.gov  DATA.GOV Data.gov  USA.gov  Business USA Business USA.gov

Witness Fees_479

**Professional Services**

```
        51. x
       250. =
 12,750.00 *

 12,750.00 +
        47. x
       250. =
 11,750.00 *

 11,750.00 +
 24,500.00G +

      0.00G +
```

**Per Diem**

```
   53.25 +
   71.00 +
   71.00 +
   71.00 +
   71.00 +
   53.25 +
   53.25 +
   71.00 +
   53.25 +
  568.00G +

    0.00G +

    0.00G +
```

**Lodging**

```
  549.32 +
  133.52 + —
  682.84G +

    0.00G +
```

**Per Diem**

```
   71.00 +
   71.00 +
   71.00 +
   53.25 +
  266.25G +

    0.00G +

    0.00G +
```

**Lodging**

```
    0.00G +

    0.00G +

  106.78 +
  727.94 +
  341.30 +
1,176.02G +

    0.00G +
```

**Tax**

```
   83.20 x
      1. =
   83.20 *

    0.00G +
```

**Total**

```
 24,500.00 +
  1,176.02 +
     80.00 +
    568.00 +
    682.84 +
     83.20 +
     28.20 +
    256.00 +
 27,374.26G +

      0.00G +
```

**Taxi**

```
   40. x
    2. =
 80.00 *

  0.00G +

  0.00G +
```

**Transportation**

```
   18.20 +
   10.00 +
   28.20G +

    0.00G +
```

**INVOICE**          **INVOICE #6,** ✓          **23 February 2015** ✓

**From: Stanley D. Rice** — *Expert*

████████████████████████████████████

**Part I. Identification**

Case Name and DOJ file Number:     US et al. v. BP Exploration & Production Inc; Anadarko
Exploration & Production, et al. (Deepwater Horizon Wellhead)

   DJ number 90-5-1-1-10026

Selecting attorney: Danielle Fidler

Contract/P O Number: DJJ-14W-ENR01-0196

Cost center code and YREGDOC : ?????

Period of performance.   1 January 2015   through 30 January 2015   ✓

Approved
*Ouserk*
Johnnie A. Cusack
Contracting Officer
Date:_____3.25.15

2015 MAR -3 AM 6:42
OFFICE OF FINANCIAL
MANAGEMENT AND PLAN...

**Part II: Payment information:**

Name: Stanley D Rice

Tax ID #: ████████

Bank/ routing and account codes:

████████████████████████████████████

**Part III: Itemized expenses**     **(tasks: Prep and Testify at Trial in New Orleans)**

   a. █████████████████████████████     ✓
   b. █████████████████████████████     ✓
   c. **Per Diem expenses for trip to testify in New Orleans**     $2,798.68   ✓

*Stanley D Rice-Expert*
*2 3 Feb 2015*

Total invoice = $ ████████

ENRD Reviewer / Contact
Marcella Chloe  514-1755
Date 03/25/16

Witness Fees_480

**Per Diem costs for Stanley D Rice, trip to New Orleans Jan 11-23 Jan, 2015**

Purpose:  prep and testify at BP trial in New Orleans

✓ 11 Jan 2015;  Depart Sacramento CA at 7:40a, Arrive Dallas 1:02 pm

               Depart Dallas at 2:15 pm, arrive New Orleans at 3:35pm

✓ 23 Jan 2015;  Depart New Orleans 2:48 pm; arrive Dallas at 4:30 pm

               Depart Dallas at 5:25 pm, Arrive Sacramento 7:18pm

✓ 11 Jan- 23 Jan;  Hotel Hilton New Orleans, 12 nights.         $1,855.68  ✓

  Taxi to hotel, Taxi to airport                      $71.00  ✓

  Estimated meal costs; 11 days at $71, 2 days at $46     $872.00  ✓

                     Total per Diem costs: $2,798.68  ✓

Receipts follow-



**Carlson Wagonlit Travel** **SatoTravel.**

**Your Itinerary**

## Trip on Jan 11, 2015

Locator: **UWNFMV**  Date: **Jan 07, 2015**

| | |
|---|---|
| Traveler | **STANLEY DONALD RICE** |
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 57 |

### Sunday, January 11, 2015



Confirmation **UWNFMV**

#### ✈ Flight AMERICAN AIRLINES 1126

| DEPARTURE | ARRIVAL |
|---|---|
| **SACRAMENTO, CA** | **DALLAS/F.WORTH,TX** |
| **7:40 AM, Jan 11, 2015** | **1:02 PM, Jan 11, 2015** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 03:22 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | Food For Purchase |
| Reserved Seats | 22E |
| Frequent Flyer | ▓▓▓▓▓ |
| Notes | DEP-CENTRAL TERMINAL B |
| | ONEWORLD |
| | PREFERRED SEAT UNAVAILABLE - CENTER CONFIRMED |

### Sunday, January 11, 2015

Confirmation **UWNFMV**

#### ✈ Flight AMERICAN AIRLINES 103

| DEPARTURE | ARRIVAL |
|---|---|
| **DALLAS/F.WORTH,TX** | **NEW ORLEANS, LA** |
| **2:15 PM, Jan 11, 2015** | **3:35 PM, Jan 11, 2015** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 01:20 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 29D (Aisle) |
| Frequent Flyer | ▓▓▓▓▓ |
| Notes | ONEWORLD |

### Sunday, January 11, 2015

Confirmation 3165108314

#### 🛏 Hotel HILTON NEW ORLEANS ST CHARLES

| LOCATION | CONTACT |
|---|---|
| **333 ST CHARLES AVENUE** | Tel 1-504-524-8890 |
| **NEW ORLEANS, LA US 70130** | Fax 1-504-524-8889 |

| | |
|---|---|
| Reserved For | STANLEY DONALD RICE |
| Status | Confirmed |
| Check-In | Jan 11, 2015 |
| Check-Out | Jan 23, 2015 |
| Number of Rooms | 1 |
| Rate | USD 151.00/night |
| Cancellation Policy | Cancel by 4PM |
| Directions | LOUIS ARMSTRONG NEW ORLEANS INTL. AIRPORT |

### Friday, January 23, 2015

Confirmation **UWNFMV**



### ✈ Flight AMERICAN AIRLINES 975

| | |
|---|---|
| DEPARTURE | ARRIVAL |
| NEW ORLEANS, LA | DALLAS/F.WORTH,TX |
| 2:48 PM, Jan 23, 2015 | 4:30 PM, Jan 23, 2015 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 01:42 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 26D (Aisle) |
| Frequent Flyer | █████████ |
| Notes | ONEWORLD |

## Friday, January 23, 2015                    Confirmation UWNFMV

### ✈ Flight AMERICAN AIRLINES 2275

| | |
|---|---|
| DEPARTURE | ARRIVAL |
| DALLAS/F.WORTH,TX | SACRAMENTO, CA |
| 5:25 PM, Jan 23, 2015 | 7:18 PM, Jan 23, 2015 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 03:53 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | Food For Purchase |
| Reserved Seats | 26B (Aisle) |
| Frequent Flyer | █████████ |
| Notes | ARR-CENTRAL TERMINAL B |
| | ONEWORLD |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| | | USD 386.98 | 29.02US | 16.00ZP | 29.20XT | 461.20 |
| | | | | | Total Amount | 461.20 |

## GENERAL INFORMATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*TO BOOK RESERVATIONS ONLINE PLEASE VISIT\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CWTSATOTRAVEL.COM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

.........................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.........................................
TRANSACTION FEES ARE NONREFUNDABLE
.........................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.........................................
GOVERNMENT ISSUED ID IS REQUIRED
.........................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.........................................
.........................................
...... DON\*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
.........................................
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS \*\*\* SABRE OV4C ......
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST

Witness Fees_483



# Hilton

NEW ORLEANS/
ST. CHARLES AVENUE

HILTON  V ORLEANS/ST. CHARLES AVENUE
333 St. Charles Avenue | New Orleans, LA | 70130
T: 504 524 8890 | F: 504 524 8889
W: hhstcharles.com

NAME AND ADDRESS:
RICE, STANLEY

| | |
|---|---|
| Room: | 509/K1 |
| Arrival Date: | 1/11/2015 4:20:00 PM |
| Departure Date: | 1/23/2015 |
| Adult/Child: | 1/0 |
| Room Rate: | 151.00 |
| Rate Plan: | SJ |
| HH # | |
| AL: | AS #00538414 |
| Car: | |

Confirmation Number: 3165108314

1/23/2015

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 1/23/2015 | GUEST ROOM | | 1572990 | $151.00 | 1 11 15 | |
| 1/23/2015 | TAXES | | 1572990 | $3.64 | | |
| 1/23/2015 | GUEST ROOM | | 1572991 | $151.00 | 1 12 15 | |
| 1/23/2015 | TAXES | | 1572991 | $3.64 | | |
| 1/23/2015 | GUEST ROOM | | 1572992 | $151.00 | 1 13 15 | |
| 1/23/2015 | TAXES | | 1572992 | $3.64 | | |
| 1/23/2015 | GUEST ROOM | | 1572993 | $151.00 | 1 14 15 | |
| 1/23/2015 | TAXES | | 1572993 | $3.64 | | |
| 1/23/2015 | GUEST ROOM | | 1572994 | $151.00 | 1 15 15 | |
| 1/23/2015 | TAXES | | 1572994 | $3.64 | | |
| 1/23/2015 | GUEST ROOM | | 1572995 | $151.00 | 1 16 15 | |
| 1/23/2015 | TAXES | | 1572995 | $3.64 | | |
| 1/23/2015 | GUEST ROOM | | 1572996 | $151.00 | 1 17 15 | |
| 1/23/2015 | TAXES | | 1572996 | $3.64 | | |
| 1/23/2015 | GUEST ROOM | | 1572997 | $151.00 | 1 18 15 | |
| 1/23/2015 | TAXES | | 1572997 | $3.64 | | |
| 1/23/2015 | GUEST ROOM | | 1572998 | $151.00 | 1 19 15 | |
| 1/23/2015 | TAXES | | 1572998 | $3.64 | | |
| 1/23/2015 | GUEST ROOM | | 1572999 | $151.00 | 1 20 15 | |
| 1/23/2015 | TAXES | | 1572999 | $3.64 | | |
| 1/23/2015 | GUEST ROOM | | 1573000 | $151.00 | 1 21 15 | |
| 1/23/2015 | TAXES | | 1573000 | $3.64 | | |
| 1/23/2015 | GUEST ROOM | | 1573001 | $151.00 | 1 22 15 | |
| 1/23/2015 | TAXES | | 1573001 | $3.64 | | |
| 1/23/2015 | VS *9019 | | 1573003 | | ($1,855.68) | |

HILTON
HHONORS

WALDORF
ASTORIA

CONRAD

Hilton

DOUBLETREE

EMBASSY
SUITES

Hampton

HOMEWOOD
SUITES

HOME2

Hilton
Grand Vacations

ACCOUNT NO.

CARD MEMBER NAME
RICE, STANLEY

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| 1/23/2015 | 329192 A |
| AUTHORIZATION | INITIAL |
| 035181 | |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | -1,855.68 |

CARD MEMBER'S SIGNATURE

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT

Witness Fees 484

AMERICAS • EUROPE • MIDDLE EAST • AFRICA • ASIA • AUSTRALASIA


# Hilton
NEW ORLEANS/
ST. CHARLES AVENUE



HILTON  ORLEANS/ST. CHARLES AVENUE
333 St. Charles Avenue | New Orleans, LA | 70130
T: 504 524 8890 | F: 504 524 8889
W: hhstcharles.com

NAME AND ADDRESS:
RICE, STANLEY

| | |
|---|---|
| Room: | 509/K1 |
| Arrival Date: | 1/11/2015 4:20:00 PM |
| Departure Date: | 1/23/2015 |
| | |
| Adult/Child: | 1/0 |
| Room Rate: | 151.00 |
| | |
| Rate Plan: | SJ |
| HH # | |
| AL: | AS #00538414 |
| Car: | |

Confirmation Number: 3165108314

1/23/2015

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | **BALANCE** | | | | | $0.00 |

EXPENSE REPORT SUMMARY

| | 1/11/2015 | STAY TOTAL |
|---|---|---|
| ROOM AND TAX | $1,855.68 | $1,855.68 |
| DAILY TOTAL | $1,855.68 | $1,855.68 |

You have earned approximately 18120 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,90

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

| | |
|---|---|
| ACCOUNT NO. | |
| | |
| | DATE OF CHARGE | FOLIO NO./CHECK NO. |
| | 1/23/2015 | 329192 A |
| CARD MEMBER NAME | |
| RICE, STANLEY | |
| | AUTHORIZATION | INITIAL |
| | 035181 | |
| ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES |
| | TAXES |
| | TIPS & MISC. |
| CARD MEMBER'S SIGNATURE | TOTAL AMOUNT    -1,855.68 |
| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND. | PAYMENT DUE UPON RECEIPT |

Witness Fees_485

AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA

S. Rice

# Taxi Fare

Airport To
Hotel
Jan 11, 2015
$38.00

Hotel To a
airport
Jan 23, 2015
$33.00

CARRIAGE CAB
CAB # 0973
DR ID:1033722
01/23/15  10:58
01/23/15  11:18
TRIP #
)IST   19.46 #
ate 2   $ 33.8
OTAL    $ 33.0      ← 33
FOR COMPLAINT
ALL504  38-71

VETERANS TAX
15PM  367 678
WE PLEASED TO SERVE N. C

INAL ID:
SERVICE ID
DRIVER ID
TRIP NUMBER

TOTAL  :  $
IT CARD SALE       410
NAN N OUR

<PASSENGER COPY

NB WE FOR HIM  RECITE SA
HELPS OF  INF    LEASE
T  QAD
WITH US

VOICE  by:

VeriFone        ← 38

Total Taxi = $71

Professional Services

```
        101 · ×
        250 · =
  25,250 · 00 *

  25,250 · 00 +
          4 · ×
        300 · =
   1,200 · 00 *

   1,200 · 00 +
  26,450 · 00 G+

       0 · 00 G+
```

Per Diem

```
       46 · 00 +
       71 · 00 +
       71 · 00 +
       71 · 00 +
       71 · 00 +
       71 · 00 +
       71 · 00 +
       71 · 00 +
       71 · 00 +
       71 · 00 +
       71 · 00 +
       46 · 00 +
      873 · 00 G+

        0 · 00 G+
```

Total

```
   26,450 · 00 +
    1,855 · 68 +
      873 · 00 +
       71 · 00 +
   29,249 · 68 G+

        0 · 00 G+
```

Lodging

```
      151 · 00 +
        3 · 64 +
      154 · 64 ×
       12 · =
    1,855 · 68 *

      154 · 64 G+

        0 · 00 G+
```

Tax

```
       38 · 00 +
       33 · 00 +
       71 · 00 G+

        0 · 00 G+
```



Home | Mobile Site | Newsroom | Regions | Staff Directory | Careers | Forms | e-Tools | QuickLinks

Search

**GSA** U.S. General Services Administration

FILE

Home > Policy & Regulations > Travel and Relocation Policy > Per Diem > Per Diem Rates >

# FY 2015 Per Diem Rates for New Orleans, Louisiana

(October 2014 - September 2015)

**SEARCH BY CITY, STATE OR ZIP CODE**

Enter your City

New Orleans          OR          Enter your ZIP Code

Louisiana ∨

FIND PER DIEM RATES

Per Diem Map >

**ADDITIONAL PER DIEM TOPICS**
Meals & Incidental Expenses Breakdown (M&IE)
FAQs
State Tax Exemption Forms
Factors Influencing Lodging Rates
FY 2014 Per Diem Highlights
Fire Safe Hotels
Have a Per diem Question?
Downloadable Per Diem Files

Cities not appearing below may be located within a county for which rates are listed.
To determine what county a city is located in, visit the National Association of Counties (NACO) website (a non-federal website).

The following rates apply for **New Orleans , Louisiana**

| Primary Destination* (1) | County (2, 3) | Max lodging by Month (excluding taxes) | | | | | | | | | | | | Meals & Inc. Exp.** |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 2014 Oct | Nov | Dec | 2015 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | |
| New Orleans | Orleans / St. Bernard / Jefferson / Plaquemine Parishes | 154 | 154 | 154 | 151 | 151 | 151 | 151 | 151 | 151 | 107 | 107 | 107 | 71 |

* NOTE: Traveler reimbursement is based on the location of the work activities and not the accommodations, unless lodging is not available at the work activity, then the agency may authorize the rate where lodging is obtained.
** Meals and Incidental Expenses, see Breakdown of M&IE Expenses for important information on first and last days of travel.

**CONTACTS**
Additional Contacts for
Travel Management Policy

**NEED MORE INFORMATION?**
Rates for Alaska, Hawaii, U.S.
Territories and Possessions (set by DoD)
Rates in Foreign Countries (Set by State Dept.)
Federal Travel Regulations (FTR)

**RELATED TOPICS**
Travel Resources
E-Gov Travel
FedRooms
POV Mileage Reimbursement Rates

Last Reviewed 2014-12-02

 Print ✉ Email ☆ Favorites 🐦 Twitter ▮ Facebook ➕ Share

Witness Fees 480          3/25/2015

ROEGIERS, Jean-Claude - *Expert*

*[signature]*
11-15-13

Expense Report - Trip to New Orleans
October 12, 2013 - October 19, 2013
**Grand Total $1,770.23** *pay*

DOJ / ENRD Expert Contracting Unit
P.O.Box 7611
Ben Franklin Station
Washington
D.C. 20044-7611

## INVOICE

- Case name: U.S. et al. vs. BP Exploration & Production Inc.; Anadarko Exploration & Production Lp et al. (Deepwater Horizon Wellhead)
- DJ number: 90-5-1-1-10026
- Attorney's name: Judy Harvey
- PO/Contract number: DJJ-13W-ENR01-0285
- Cost center code & YREGDOC: M0153223
- Period of performance:

Payment should be made to Dr. Jean-Claude Roegiers

- TIN #: ▉
- SS #: ▉

ENRD Reviewer / Contact
Marcella Chloe  514-1755
Date 11/15/13

Please make an electronic transfer to the following account:

ABA routing # ▉
Financial institution: ▉
Beneficiary's name: ▉
Beneficiary's account # ▉
Further credit to: Jean-Claude Roegiers
Further credit account # ▉

## EXPENSES – TRIP TO NEW ORLEANS – TRIAL

### October 12 / October 19, 2013

10/12: Private car, home/OKC airport, 30 miles - $ 16.50 ✓

Roundtrip ticket OKC/NOLA - $ 431.60 – reserved by DoJ  Q

10/12  Taxicab airport/hotel, New Orleans - $ 40.00 ✓  ( receipt attached)

10/12-10/19:  Various taxicabs, New Orleans - $ 57.00 ✓

10/13: Intercontinental, lodging - $ 141.73 ✓  ( receipt attached)

10/19: Hilton St. Charles – lodging – $ 1,046.58  $ 846·00 ✓  ( receipt attached)

10/19  White Fleet Taxicab hotel/airport, New Orleans - $ 40.00 ✓  ( receipt attached)

Ampco Parking, OKC airport - $ 80.00 ✓

10/19  Private car, airport/home, 30 miles - $ 16.50 ✓

Per diem:

6 days @ $ 71.00 - $ 426.00  ✓  ( October  13th  —  18th, 2013)

2 days @ $ 53.25 - $ 106.50  ✓  ( First and Last Days of Travel)
( October 12th and October 19th, 2013)

GRAND  TOTAL = $1,770·23

```
 *   +  +  +  +  +  +  +  +  +  +  *
0·00  16·50  40·00  57·00  141·73  846·00  40·00  80·00  16·50  426·00  106·50  (1,770·23)
```

Total

[rec

Need Receipt
for Parking
Ampco
OKC Airport

Reviewed by
ashley



**Hilton**
NEW ORLEANS/
ST. CHARLES AVENUE

HILTON NEW ORLEANS/ST. CHARLES AVENUE
333 St. Charles Avenue | New Orleans, LA | 70130
T: 504 524 8890 | F: 504 524 8889
W: hhstcharles.com

NAME AND ADDRESS:
ROEGIERS, JEAN-CLAUDE

| | |
|---|---|
| Room: | 716/K1 |
| Arrival Date: | 10/13/2013 11:57:00AM |
| Departure Date: | 10/19/2013 6:31:00AM |
| Adult/Child: | 1/0 |
| Room Rate: | 140.00 |

RATE PLAN    L-SJ

HH#
AL: AA #9537222
CAR:

CONFIRMATION NUMBER : 3539391859

10/19/2013   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 10/14/2013 | * LUKE | LINTR | 1320968 | $145.94 | *Food + Beverage | |
| 10/14/2013 | GUEST ROOM EXEMPT | CARLYNE1 | 1321216 | $140.00 | | |
| 10/14/2013 | ROOM TAXES | CARLYNE1 | 1321216 | $1.00 | | |
| 10/15/2013 | GUEST ROOM EXEMPT | CARLYNE1 | 1321821 | $140.00 | | |
| 10/15/2013 | ROOM TAXES | CARLYNE1 | 1321821 | $1.00 | | |
| 10/16/2013 | GUEST ROOM EXEMPT | FHENRY | 1322011 | $140.00 | | |
| 10/16/2013 | ROOM TAXES | FHENRY | 1322011 | $1.00 | | |
| 10/16/2013 | * LUKE | LINTR | 1322175 | $54.64 | *Food + Beverage | |
| 10/16/2013 | GUEST ROOM EXEMPT | CARLYNE1 | 1322467 | $140.00 | | |
| 10/16/2013 | ROOM TAXES | CARLYNE1 | 1322467 | $1.00 | | |
| 10/17/2013 | GUEST ROOM EXEMPT | CARLYNE1 | 1323068 | $140.00 | | |
| 10/17/2013 | ROOM TAXES | CARLYNE1 | 1323068 | $1.00 | | |
| 10/18/2013 | GUEST ROOM EXEMPT | CARLYNE1 | 1323709 | $140.00 | 141.00 | |
| 10/18/2013 | ROOM TAXES | CARLYNE1 | 1323709 | $1.00 | | |
| 10/19/2013 | MC | CARLYNE1 | 1323810 | | $1,046.58 | |
| | BALANCE | | | | | $0.00 |

Total $846.00

EXPENSE REPORT SUMMARY

| | 10/14/13 | 10/15/13 | 10/16/13 | 10/17/13 |
|---|---|---|---|---|
| ROOM & TAX | $141.00 | $141.00 | $282.00 | $141.00 |
| FOOD & BEVERAGE | $145.94 | $0.00 | $54.64 | $0.00 |
| DAILY TOTAL | $286.94 | $141.00 | $336.64 | $141.00 |

10/18/13 STAY TOTAL



| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. |
| AUTHORIZATION | 272885 A   INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |
| PAYMENT DUE UPON RECEIPT | |

CARD N
MERCH

AMERICAS · EUROPE · MIDDLE EAST · AFRICA · ASIA · AUSTRALASIA

Witness Fees_491

AVE

ADDRESS:
S  JEAN-CLAUDE

| Room: | 716/K1 |
|---|---|
| Arrival Date: | 10/13/2013 11:57:00AM |
| Departure Date: | 10/19/2013 6:31:00AM |
| Adult/Child: | 1/0 |
| Room Rate: | 140.00 |

RATE PLAN    L-SJ

HH#
AL: AA  #9537222
CAR:

CONFIRMATION NUMBER : 3539391859

10/19/2013  PAGE  2

| DATE | DESCRIPTION | | ID | REF. NO. | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|---|
| ROOM & TAX | | $141.00 | $846.00 | | | | |
| FOOD & BEVERAGE | | $0.00 | $200.58 | | | | |
| DAILY TOTAL | | $141.00 | $1,046.58 | | | | |

HILTON HHONORS

You have earned approximately 11965 Hilton HHonors points and approximately 500 Miles with American Airlines for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900 ho

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.









ACCOUNT NO.

| | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|

CARD MEMBER NAME
MC  6295

10/13/13    AUTHORIZATION    272885  A    INITIAL

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

PURCHASES & SERVICES

ROEGIERS, JEAN-CLAUDE

28067P
TAXES

TIPS & MISC.

CARD MEMBER'S SIGNATURE

TOTAL AMOUNT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

PAYMENT DUE UPON RECEIPT



Witness Fees_492

ABM PARKING SERVICES
WILL ROGERS WORLD AIRPORT
PH: (405) 316-3250

Rcpt#195416
10/25/13 17:35   L# 4 A# 18   Txn#683551
10/12/13 07:32 In   10/25/13 17:35 Out
Tkt# 031081
LT GARAGE      $   98.00
Total Fee      $   98.00
Master Card    $   98.00-
XXXXXXXX▓▓▓▓
Approval No.:08336P
Reference No.:006010
Change Due    $    0.00
        THANKYOU



# INTERCONTINENTAL.

### NEW ORLEANS

| Jeanclaude Roegiers | Folio No. : 762700 | Room No. : 1125 |
|---|---|---|
| | A/R Number : | Arrival : 10-12-13 |
| | Group Code : | Departure : 10-13-13 |
| | Company : Fedrooms | Conf. No. : 68215209 |
| | Membership No. : PC | Booking # : |
| | Invoice No. : | Page No. : 1 of 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| | | 124.00 | |
| 10-12-13 | Package Rate | 10.89 | |
| 10-12-13 | Room State Tax | 2.00 | |
| 10-12-13 | State/City Occupancy Fee | 4.84 | |
| 10-12-13 | Room City Tax | | 141.73 |
| 10-13-13 | Visa | | |

It has been our pleasure to serve you.
Your membership will be credited for this stay.

| | | |
|---|---|---|
| Total | 141.73 | 141.73 |
| Balance | 0.00 | |

Guest Signature: _____
I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

```
0.00  *

0.00  *

124.00  +
 10.89  +
  2.00  +
  4.84  +
(141.73) *
```

444 St. Charles Avenue, New Orleans, LA 70130-3171 USA  Tel: (504) 525.5566  Fax: (504) 523.7310
http://new-orleans.intercontinental.com  neworleans@ihg.com

Witness Fees_494

**PASSENGER TICKET AND BAGGAGE CHECK**
SUBJECT TO CONDITIONS OF CONTRACT

**★★ AmericanAirlines ★★**

7308818522    6

**PASSENGER RECEIPT** 1OF 1

25SEP13 00000000    US

ISS. AGENT ID    H6I ATJ    FARE BASIS    /SAN ANTONIO    TOUR CODE    0

**AmericanAirlines**

3

NAME OF PASSENGER
ROEGIERS / JEAN CLAUDE

4565828J
NAME OF PASSENGER (NOT TRANSFERABLE)

ROEGIERS / JEAN CLAUDE

**★★NOT VALID FOR★★ ★★★★RETAIN THIS RECEIPT★★★**
**★★TRANSPORTATION★★★★THROUGHOUT YOUR JOURNEY★**

ENDORSEMENTS/RESTRICTIONS

ORIGINAL ISSUE    ISSUED IN EXCHANGE FOR

PNR CODE    ZBSGQF / AA

FARE CALCULATION
OKC AA X/DFW AA MSY180.47AA X/DFW AA OKC180.47USD   360.94END ZPOKCDFWMSYDFW XT10.00AY
18.00XFOKC4.5   DFW4.5MSY4.5DFW4.5

ENRD/GTA  Ø

XO  FROM
OKLAHOMA CITY
XO  TO
AA 1011 Y 12OCT    YCA
DALLAS FT WORTH
AA 150 Y 12OCT    YCA
NEW ORLEANS
AA 1181 Y 25OCT    YCA
DALLAS FT WORTH
AA 1123 Y 25OCT    YCA
OKLAHOMA CITY
★★★★★★★★★★★★★★★★★★★★
**NOT VALID FOR TRAVEL**
001 7308818522 5

| FARE | | |
|---|---|---|
| USD | 360.94 | |
| US TAX/FEE/CHARGE | 27.06 | |
| ZP TAX/FEE/CHARGE | 15.60 | |
| XT TAX/FEE/CHARGE | 28.00 | |
| TOTAL USD | 431.60 | |

EQUIV. FARE PAID
FORM OF PAYMENT
*CAXXXXXXXXXXX0636

STOCK CONTROL NUMBER TX
00117708811632

001 7308818522 5
★★★★DUPLICATE★★★★★

---

**United Cabs Inc.**
1634 Euterpe St. N. O. LA. 70130
(504) 522-9771 ☎ (504) 524-9606    OFFICE USE ONLY

Date _____ Time _____ pm Account # _____

From _____

To _____

Amount of Trip $ _____ TIP $ _____ Cab # _____

Driver Name _____

Name On Account _____

Customer Print Name _____

Customer Signature _____

Authorization #

10/12  20 15   Will you need a cab later?
FARE $ 40⁴   Going to the airport?
May we book you for the trip?
CAB # _____   Sightseeing and out of town trip
BY _____   Package Deliveries
524-9606  522-9771   Personalized Service
Over 420 Two-Way Radio Cabs

UNITED CABS, INC.
1634 Euterpe St.
New Orleans, LA 70130

Cab to Hotel
10/12/13
$40.00

---

*Passenger Receipt- Taxi Cab Fare*

Date: _____    Taxi Cab#: _____

_____    To: _____

From: _____

Amount of Fare......$ _____

Tip .................

Total .................. $ _____

*New Orleans, where we live to Eat and Party!*
*Thank you for riding with us.*

Telephone # *(504) 617 3893*

**NEW ORLEANS CARRIAGE CAB CORP**
**JEFFERSON CARRIAGE CAB**
**CHECKER / YELLOW CAB CO.**
PASSENGER'S RECEIPT, TAXICAB FARE

Date *October 19*, 20 *13*

Amount of Fare $ *33*

Other Charges $ *7*

Total.............$ *40*

Driver's Name *IVRH*

Cab Number *0833*

*Cab To Airport 10/19/13*

*$40:00*

YELLOW CAB
CAB # 0625
DR ID 10943920
10/17/13  18:26
10/17/13  18:31
TRIP #      1
DIST    0.87 mi
Rate 1   $ 6.00
EXTRAS   $ 1.00
TOTAL    $ 7.00
FOR COMPLAINTS
CALL504-658-7176

---

WHITE FLEET CAB
504 302 1800

Terminal ID:          29 406 202
VEHICLE ID            1840H
DRIVER ID             10 7681
TRIP NUMBER:          9417

10-15-2013
START: 19:57          END  20:01
DIST:    0.20         RATE :  1

FARE AMOUNT   $        5.75
EXTRA AMOUNT  $        1.00

TOTAL : $   6.25

TIP AMOUNT :    $

GRAND TOTAL:    $

***CASH RECEIPT***

FOR COMPLIMENTS OR CONCERNS PLEASE CALL
TAXICAB & FOR HIRE VEHICLE BUREAU
OF NEW ORLEANS, LOUISIANA
At (504) 658 7176

Powered by


---

VETERANS TAXI CO.
(504) 367 6767
WE ARE PLEASED TO SERVE N. O. FOR 70 YEARS

TERMINAL ID          320-418-715
VEHICLE ID           1504V
DRIVER ID            ***8898
TRIP NUMBER:         8826

10-17-2013
START: 20:44         END: 20:52
DIST :   1.10        RATE :  1

FARE AMOUNT   : $         7.75
EXTRA AMOUNT  : $         2.00

TOTAL : $  9.75

TIP AMOUNT :    $

GRAND TOTAL:    $

***CASH RECEIPT***

TAXICAB AND FOR HIRE VEHICLE BUREAU
FOR COMPLIMENTS OR CONCERNS PLEASE CALL
(504) 658-7176
THANKS FOR RIDING WITH US

Powered by


---

Telephone# _____

CAB COMPANY _____

PASSENGER'S RECEIPT, TAXICAB FARE

Date_____, 20___

Amount of Fare  $ _____

Other Charges  $ _____

Total...........  $ _____

Driver's Name_____

Cab Number_____

| | |
|---|---|
| 16.50 | + |
| 40.00 | + |
| 57.00 | + |
| 141.73 | + |
| 846.00 | + |
| 40.00 | + |
| 80.00 | + |
| 16.50 | + |
| 426.00 | + |
| 106.50 | + |
| 1,770.23 | G+ |
| 0.00 | G+ |

Total

21700 ENR EXPERT
JACKIE LASHLEY
P O BOX 7754
BENJAMIN FRANKLIN STATION
WASHINGTON DC 20044-7754

ACCOUNT NUMBER



STATEMENT DATE 10/13/13

# Air Fare

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|---|
| 10-07 | 10-02 | | | |
| 09-23 | 09-20 | | | |
| 09-27 | 09-25 | 872691535580 | AMERICAN  00173088185222  SAN ANTONIO TX | 431.60 |
| | | Memo Transaction | | |
| | | ROEGIERS/JEAN  C | DEPARTURE: 10-12-13 | |
| | | P.O.S.:  SALES TAX: $0.00 | | |
| | | OKC  AA  Y DFW AA Y MSY AA Y DFW AA Y OKC | | |
| 09-25 | 09-23 | | | |
| 09-16 | 09-12 | | | |
| 09-16 | 09-11 | | | |
| 09-16 | 09-12 | | | |

Witness Fees_498



## U.S. Department of Justice

Environment and Natural Resources Division



Executive Office
Expert Contracting Unit
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

Telephone: (202) 616-3153/1432
Facsimile: (202) 616-3531

# EXPERT GTA REQUEST FORM

Date of Request: August 30, 2013

Traveler's Name: Jean-Claude Roegiers

Company Name: n/a

Telephone No.: ███████        Fax No.: ███████

Destination(s):  New Orleans, LA
Anticipated
    Travel Date(s): 10/11-10/25
Contract (PO)
    Number:  DJJ-13W-ENR01-0285
Finance Number
    (YREGDOC): M0153223

Case Name:  *US v. BP E&P, Inc. et al*

DJ#:  90-5-1-1-10026

Attorney Name: Judy Harvey          Section: LPS  EES

**When completed please fax to the Expert Contracting Unit at (202) 616-3531.**

*** EXPERT CONTRACTING UNIT ONLY ***

Fiscal Year/FCN:  13 - 53223          FEW    SF    REIMB
Amount:  431.60                       Reconciliation: ☐
Ticket No:                            Carrier:
TMC Agent Name:
Agent Phone No.:

Approved ☐    Disapproved ☐

Signature:                            Date:
Remarks:

Cancellation Date:
Credit Amount:
                                      Reconciliation: ☐

DM#240057


## Trip on Oct 12, 2013

Locator: **ZBSQOF**     Date: **Sep 25, 2013**

| | |
|---|---|
| Traveler | **JEAN CLAUDE ROEGIERS** |
| | OBD |
| Customer Number | Q31294J |
| Agent | 54 |

AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.

---

### Saturday, October 12, 2013

Confirmation **ZBSQOF**



**Flight AMERICAN AIRLINES 1011**

| DEPARTURE | ARRIVAL |
|---|---|
| **OKLAHOMA CTY, OK** | **DALLAS/F.WORTH, TX** |
| **8:20 AM, Oct 12, 2013** | **9:25 AM, Oct 12, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:05 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 19B (Aisle) |
| Frequent Flyer | |
| Notes | ONEWORLD |

---

### Saturday, October 12, 2013

Confirmation **ZBSQOF**



**Flight AMERICAN AIRLINES 150**

| DEPARTURE | ARRIVAL |
|---|---|
| **DALLAS/F.WORTH, TX** | **NEW ORLEANS, LA** |
| **11:20 AM, Oct 12, 2013** | **12:45 PM, Oct 12, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:25 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 19B (Aisle) |
| Frequent Flyer | |
| Notes | ONEWORLD |

---

### Friday, October 25, 2013

Confirmation **ZBSQOF**



**Flight AMERICAN AIRLINES 1181**

| DEPARTURE | ARRIVAL |
|---|---|
| **NEW ORLEANS, LA** | **DALLAS/F.WORTH, TX** |
| **8:40 AM, Oct 25, 2013** | **10:15 AM, Oct 25, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:35 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 17B (Aisle) |
| Frequent Flyer | |
| Notes | ONEWORLD |

---

### Friday, October 25, 2013

Confirmation **ZBSQOF**

# Flight AMERICAN AIRLINES 1123

| DEPARTURE | ARRIVAL |
|---|---|
| **DALLAS/F.WORTH,TX** | **OKLAHOMA CTY,OK** |
| 11:45 AM, Oct 25, 2013 | 12:40 PM, Oct 25, 2013 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class – Y |
| Duration | 00:55 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 25B (Aisle) |
| Frequent Flyer | |
| Notes | ONEWORLD |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| ROEGIERS JEAN CLAUDE | 1181558/0017308818522/25SEP13 | USD 360.94 | 27.06US | 15.60ZP | 28.00XT | 431.60 |
| | | | | | **Total Amount** | **431.60** |

Form of Payment: ▓▓▓▓▓▓

## GENERAL INFORMATION
************************************************
******TO BOOK RESERVATIONS ONLINE PLEASE VISIT******
**************CWTSATOTRAVEL.COM******************

..........................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
..........................................................
TRANSACTION FEES ARE NONREFUNDABLE
..........................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
..........................................................
GOVERNMENT ISSUED ID IS REQUIRED
..........................................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
..........................................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
..........................................................
....... THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-700P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
..........................................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 *************
------------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
------------------------------------------------

CWTSATOTRAVEL CAN BOOK YOUR HOTEL ACCOMODATIONS. WE CAN ASSIST IN KEEPING COSTS
WITHIN PER DIEM AT A FEMA APPROVED PROPERTY, GUARANTEE YOUR RESERVATION FOR
LATE ARRIVAL, AND EVEN CHECK FOR A ROOM AT YOUR FAVORITE HOTEL AT LOW FEDROOM
OR CWTSATOTRAVEL GOVERNMENT RATES. ALL YOUR RESERVATIONS INCLUDED ON ONE
ITINERARY--AIR, CAR, AND HOTEL.





**U.S. Department of Justice**

Environment and Natural Resources Division

Executive Office
Expert Contracting Unit
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

Deposition 7|24 - 7|25|13

Telephone: (202) 616-3153/1432
Facsimile: (202) 616-3531

## EXPERT GTA REQUEST FORM

Date of Request: June 17, 2013

Traveler's Name: Jean-Claude Roegiers

Company Name: n/a

Telephone No.: ▐▐▐▐▐                     Fax No.: ▐▐▐▐▐

Destination(s): New Orleans

Anticipated
  Travel Date(s): 7/22-7/26/13

Contract (PO)
  Number:   DJJ-13W-ENR01-0285

Finance Number
  (YREGDOC): M0153223

Case Name:   US v. BP E&P, Inc. et al

DJ#:         90-5-1-1-10026

Attorney Name:  Judy Harvey                   Section: LPS

**When completed please fax to the Expert Contracting Unit at (202) 616-3531.**

|  | *** EXPERT CONTRACTING UNIT ONLY *** |  |
|---|---|---|
| Fiscal Year/FCN:<br>Amount:<br>Ticket No:<br>TMC Agent Name:<br>Agent Phone No.: | 13 - 53223<br>431.60<br>Rudy<br>Approved ☑  Disapproved ☐ | FEW  SF  REIMB<br>Reconciliation: ☐<br>Carrier: |
| Signature:<br>Remarks: |  | Date: |
| Cancellation Date:<br>Credit Amount: |  | Reconciliation: ☐ |

DM#240057

Witness Fees_502



## Your Itinerary

| Traveler | **JEAN CLAUDE ROEGIERS** |
|---|---|
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 49 |

*TICKET PURCHASE WITH CA.... ▮
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
••••••••••••••••••••••••••••••••••••••
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.

---

**Saturday, July 20, 2013**                    Confirmation **JULRWU**

 **Flight AMERICAN AIRLINES 1795**

| DEPARTURE | ARRIVAL |
|---|---|
| **OKLAHOMA CTY,OK** | **DALLAS/F.WORTH,TX** |
| **10:50 AM, Jul 20, 2013** | **11:50 AM, Jul 20, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:00 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 19D (Aisle) |
| Frequent Flyer | ▮ |
| Notes | ONEWORLD |

---

**Saturday, July 20, 2013**                    Confirmation **JULRWU**

 **Flight AMERICAN AIRLINES 476**

| DEPARTURE | ARRIVAL |
|---|---|
| **DALLAS/F.WORTH,TX** | **NEW ORLEANS, LA** |
| **2:05 PM, Jul 20, 2013** | **3:35 PM, Jul 20, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:30 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 17B (Aisle) |
| Frequent Flyer | ▮ |
| Notes | ONEWORLD |

---

**Saturday, July 20, 2013**                    Confirmation **3527716008**

 **Hotel HILTON NEW ORLEANS ST CHARLES**

| LOCATION | CONTACT |
|---|---|
| **333 ST CHARLES AVENUE** | Tel **1-504-524-8890** |
| **NEW ORLEANS, LA US 70130** | Fax **1-504-524-8889** |

| | |
|---|---|
| Reserved For | JEAN CLAUDE ROEGIERS |
| Status | Confirmed |
| Check-In | Jul 20, 2013 |
| Check-Out | Jul 27, 2013 |
| Number of Rooms | 1 |
| Rate | USD 101.00/night |

Cancellation Policy    Cancel by 4PM
Directions    LOUIS ARMSTRONG NEW ORLEANS INTL. AIRPORT

### Saturday, July 27, 2013
<div style="text-align:right">Confirmation <strong>JULRWU</strong></div>

 **Flight AMERICAN AIRLINES 588**

| DEPARTURE | ARRIVAL |
|---|---|
| **NEW ORLEANS, LA** | **DALLAS/F.WORTH,TX** |
| **2:10 PM, Jul 27, 2013** | **3:40 PM, Jul 27, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:30 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 22B (Aisle) |
| Frequent Flyer | ███████ |
| Notes | ONEWORLD |

### Saturday, July 27, 2013
<div style="text-align:right">Confirmation <strong>JULRWU</strong></div>

 **Flight AMERICAN AIRLINES 414**

| DEPARTURE | ARRIVAL |
|---|---|
| **DALLAS/F.WORTH,TX** | **OKLAHOMA CTY,OK** |
| **4:40 PM, Jul 27, 2013** | **5:40 PM, Jul 27, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:00 (Non-stop) |
| Equipment | McDonnell Douglas MD-80 |
| Meal Service | None |
| Reserved Seats | 18B (Aisle) |
| Frequent Flyer | ███████ |
| Notes | ONEWCRLD |

| Name | Invoice / Ticke: / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| ROEGIERS JEAN CLAUDE | 1145099/0017293157817/17JUL13 | USD 360.94 | 27.06US | 15.60ZP | 28.00XT | 431.60 |

<div style="text-align:right"><strong>Total Amount    431.60</strong></div>

Form of Payment: ███████████

**GENERAL INFORMATION**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*TO BOOK RESERVATIONS ONLINE PLEASE VISIT\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CWTSATOTRAVEL.COM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
........................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
........................................
TRANSACTION FEES ARE NONREFUNDABLE
........................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
........................................
GOVERNMENT ISSUED ID IS REQUIRED
........................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
........................................
........................................
    TO VIEW ITINERARIES ONLINE PLEASE GO TO
............\*\*\* WWW.VIRTUALLYTHERE.COM \*\*\*............
ADD YOUR SABRE RESERVATION CODE, NAME, AND EMAIL IN
THE APPROPRIATE BOXES AND ENTER.

............................................
............................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
............................................
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
***************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
............................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 *************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
---------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
---------------------------------------------

***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**

# *1100248465*

**TRAVEL VOUCHER OR SUBVOUCHER**

Read Privacy Act Statement, Penalty Statement, and Instructions on back before completing form. Use typewriter, ink, or ball point pen. PRESS HARD. DO NOT use pencil. If more space is needed, continue in remarks.

| 1. PAYMENT | SPLIT DISBURSEMENT: The Paying Office will pay directly to the Government Travel Charge Card (GTCC) contractor the portion of your reimbursement representing travel charges for transportation, lodging, and rental car if you are a civilian employee, unless you elect a different amount. Military personnel are required to designate a payment that equals the total of their outstanding government travel card balance to the GTCC contractor. |
|---|---|
| X Electronic Fund Transfer (EFT) | |
| Payment by Check **X** Pay the following amount of this reimbursement directly to the Government Travel Charge Card contractor: $ **1,055.00** | |

| 2. NAME (Last, First, Middle Initial) (Print or type) | 3. GRADE | 4. SSN | 5. TYPE OF PAYMENT (X as applicable) |
|---|---|---|---|
| **VANHAVERBEKE, MARK G** | **GS13** | | X TDY / X Member/Employee / PCS / Other / Dependent(s) / DLA |

| 6. ADDRESS a. NUMBER AND STREET | b. CITY | c. STATE | d. ZIP CODE |
|---|---|---|---|
| | | | |

| e. E-MAIL ADDRESS **Mark.G.VanHaverbeke@uscg.mil** | 10. FOR D.O. USE ONLY |
|---|---|

| 7. DAYTIME TELEPHONE NUMBER & AREA CODE **860-271-2754** | 8. TRAVEL ORDER/AUTHORIZATION NUMBER **1115G85GLA046000** | 9. PREVIOUS GOVERNMENT PAYMENTS/ ADVANCES **0.00** | a. D.O. VOUCHER NUMBER |
|---|---|---|---|
| 11. ORGANIZATION AND STATION **8151100** | | | b. SUBVOUCHER NUMBER |

| 12. DEPENDENT(S) (X and complete as applicable) | | | | 13. DEPENDENTS' ADDRESS ON RECEIPT OF ORDERS (include Zip Code) | c. PAID BY |
|---|---|---|---|---|---|
| ACCOMPANIED | X UNACCOMPANIED | | | | |
| a. NAME (Last, First, Middle Initial) | b. RELATIONSHIP | c. DATE OF BIRTH OR MARRIAGE | | | d. COMPUTATIONS |
| | | | | 14. HAVE HOUSEHOLD GOODS BEEN SHIPPED? (X one) YES / NO (Explain in Remarks) | |

### 15. ITINERARY

| a. DATE | | b. PLACE (Home, Office, Base, Activity, City and State; City and Country, etc.) | c. MEANS/ MODE OF TRAVEL | d. REASON FOR STOP | e. LODGING COST | f. POC MILES | |
|---|---|---|---|---|---|---|---|
| 10/29/2014 | DEP | 06339 Ledyard, CT | PA | | | | |
| 10/29/2014 | ARR | 02886 Warwick, RI | | AT | | 52 | |
| 10/29/2014 | DEP | 02886 Warwick, RI | CP | | | | |
| 10/29/2014 | ARR | 70130 Lafayette Square, LA | | TD | 154.00 | | |
| 11/01/2014 | DEP | 70130 Lafayette Square, LA | CP | | | | |
| 11/01/2014 | ARR | 02886 Warwick, RI | | AT | | | |
| 11/01/2014 | DEP | 02886 Warwick, RI | PA | | | | |
| 11/01/2014 | ARR | 06339 Ledyard, CT | | MC | | 53 | |
| | DEP | | | | | | |
| | ARR | | | | | | e. SUMMARY OF PAYMENT |
| | DEP | | | | | | (1) Per Diem |
| | ARR | | | | | | (2) Actual Expense Allowance |
| | DEP | | | | | | (3) Mileage |
| | ARR | | | | | | |

| 16. POC TRAVEL (X one) X OWN/OPERATE | PASSENGER | 17. DURATION OF TDY TRAVEL | (4) Dependent Travel |
|---|---|---|---|

### 18. REIMBURSABLE EXPENSES

| a. DATE | b. NATURE OF EXPENSE | c. AMOUNT | d. ALLOWED | | |
|---|---|---|---|---|---|
| 10/29/2014 | AIRFARE-TRAIN-BUS EXP | 329.20 | 329.20 | 12 HOURS OR LESS | (5) DLA |
| 10/29/2014 | LOCAL TRANSPORT-TAXI- | 20.00 | 20.00 | MORE THAN 12 HOURS BUT 24 HOURS OR LESS | (6) Reimbursable Expenses |
| 11/01/2014 | LOCAL TRANSPORT-TAXI- | 38.00 | 38.00 X | MORE THAN 24 HOURS | (7) Total |
| 11/01/2014 | PARKING-TRANSPORT HUB | 51.00 | 51.00 | | (8) Less Advance |
| 11/01/2014 | SATO-CTO-TMC SVC PROC | 11.80 | 11.80 | | (9) Amount Owed |
| 10/29/2014 | ALLOWED LODGING TAXES | 71.16 | 71.16 | | (10) Amount Due |

| 19. GOVERNMENT/DEDUCTIBLE MEALS | | | | |
|---|---|---|---|---|
| a. DATE | b. NO. OF MEALS | a. DATE | b. NO. OF MEALS | |

| 20.a. CLAIMANT SIGNATURE **MARK G VANHAVERBEKE** | | | b. DATE **11/4/2014** |
|---|---|---|---|
| c. REVIEWER'S PRINTED NAME | d. REVIEWER SIGNATURE | e. TELEPHONE NUMBER | f. DATE |
| 21.a. APPROVING OFFICIAL'S PRINTED NAME **RAQUEL J CONDON** | b. SIGNATURE | c. TELEPHONE NUMBER | d. DATE **11/4/2014** |

**22. ACCOUNTING CLASSIFICATION**
1115G85GLA046000 2 G 501 199 30 0 LA    70180 2100

**23. COLLECTION DATA**

| 24. COMPUTED BY | 25. AUDITED BY **RJC** | 26. TRAVEL ORDER/ AUTHORIZATION POSTED BY | 27. RECEIVED (Payee signature and Date or Check No.) | 28. AMOUNT PAID |
|---|---|---|---|---|

**DD FORM 1351-2, MAR 2008**    PREVIOUS EDITION MAY BE USED UNTIL SUPPLY IS EXHAUSTED.    Exception to SF 1012 approved by GSA/IRMS 12-91    Adobe Designer 7.0

# PRIVACY ACT STATEMENT

AUTHORITY: 5 USC 5701, 37 USC 404-427, and EO 9397.

PRINCIPAL PURPOSE(S): Used for reviewing, approving, accounting and disbursing for official travel. SSN is used to maintain a numerical identification system for individual claims.

ROUTINE USE(S): To substantiate claims for reimbursement for official travel.

DISCLOSURE: Voluntary; however, failure to furnish information requested may result in total or partial denial of amount claimed.

# PENALTY STATEMENT

There are severe criminal and civil penalties for knowingly submitting a false, fictitious, or fraudulent claim (U.S. Code, Title 18, Section 287 and 1001 and Title 31, Section 3729).

# INSTRUCTIONS

## ITEM 1 - PAYMENT

Member must be on electronic funds (EFT) to participate in split disbursement. Split disbursement is a payment method by which you may elect to pay your official travel card bill and forward the remaining settlement dollars to your predesignated account. For example: $250.00 in the "Amount to Government Travel Charge Card" block means that $250.00 of your travel settlement will be electronically sent to the charge card company. Any dollars remaining on this settlement will automatically be sent to your predesignated account. Should you elect to send more dollars than you are entitled, "all" of the settlement will be forwarded to the charge card company. Notification: you will receive your regular monthly billing statement from the Government Travel Charge Card contractor; it will state: paid by Government $250.00 , 0 due. If you forwarded less dollars than you owe, the statement will read as: paid by Government, $250.00, $15.00 now due. Payment by check is made to travelers only when EFT payment is not directed.

## USCG TRAVEL PAYMENT STATUS AND DEBT/OVERPAYMENT COLLECTION

- When Industrial Site accounting used - contact the accounting office that funded travel.
- For all others - contact the CG Finance Center at 1-800-564-5504 and follow the prompts. For personal assistance and instructions for repayments or rescheduling of travel debts call (757) 523-6940. A Due Process debt notification letter w/instructions will be sent to you.
- If no payment status is indicated call HRSIC Travel at 1-888-USCG-TVL.

## REQUIRED ATTACHMENTS FOR TRAVEL VOUCHER AUDIT SUBMISSIONS

Claims will be audited based on a random sampling plan or because the net entitlement of the travel equaled or exceeded $2,500.00 Assemble your claim as follows:
1. (Top) Travel Voucher, Continuation Page, and Daily Expense Record, DOD or UTS record.
2. Copy of all travel orders and amendments, as applicable.
3. Dependent and/or other family member travel authorizations or claim documentation.
4. Change HRSIC to PPC.

## ITEM 15. ITINERARY - SYMBOLS

### 15c. MEANS/MODE OF TRAVEL (Use two letters)

| | | | |
|---|---|---|---|
| GTR/TKT | - T | Automobile | - A |
| Government Transportation | - G | Motorcycle | - M |
| Commercial Transportation | | Bus | - B |
| (Own expense) | - C | Plane | - P |
| Privately Owned | | Rail | - R |
| Conveyance(POC) | - P | Vessel | - V |
| Alaska Ferry System | - AF | Rental Car | - RC |
| Change Status | - CS | | |

### 15d. REASON FOR STOP

| | | | |
|---|---|---|---|
| Authorized Delay | - AD | Hospital Discharge | - HD |
| Authorized Return | - AR | Change of Home Port | - HP |
| Awaiting Transportation | - AT | Leave En Route | - LV |
| Circuitous Travel | - CT | Mission Complete | - MC |
| Designated Leave Point | - DL | Pick Up Passengers | - PP |
| Drop Off Passengers | - DP | Pick Up Vehicle | - PV |
| Drop Off Vehicle | - DV | Sick Leave | - SL |
| Enroute Stop Over | - ES | Temporary Duty | - TD |
| House Hunting | - HH | Voluntary Return | - VR |
| Hospital Admittance | - HA | | |

### 15e. LODGING COST

TPAX requires the entry of the per-day (daily) cost of Lodging. Place and claim INCONUS lodging taxes in the reimbursable expense section.

## ITEM 19 - DEDUCTIBLE MEALS

Use the TPAX "Exception" button to enter deductible meals. Meals consumed by a member when furnished with or without charge incident to an official assignment by sources other than a government mess (see JFTR,par. U4125-A3g and JTR, par. C4554-B for definition and deductible meals). Meals furnished on commercial aircraft or by private individuals are not considered deductible meals.

## 29. REMARKS

EMPLOYEES: INDICATE DATES ON WHICH LEAVE TAKEN FOR MORE THAN ONE-HALF OF PRESCRIBED DAILY WORKING HOURS

UNIFORMED MEMBERS: INDICATE DATES ON WHICH LEAVE WAS TAKEN

Receipts Required:

| Date(s) | Description | Amount |
|---|---|---|
| 10/29/2014- | AIRFARE-TRAIN-BUS EXPENSE | $329.20 |
| 10/29/2014- 11/01/2014 | Lodging at 70130 Lafayette Square, LA LOUISIANA | At least $ 462.00 |

TPAX GENERATED FORM 1351-2 (BACK), AUG 1997

4. NAME (Last, First, Middle Initial)

VANHAVERBEKE, MARK G

| Date | Day Type | Daily Lodging | Lodging Taxes | Computed Meal Types Br | Lu | Dn | Claimed Meal Types Br | Lu | Dn | Actual Expenses Claimed Br | Lu | Dn | Inc. |
|------|----------|---------------|---------------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 10/29/2014 | LDP | 154.00 | 23.72 | CM | CM | CM | CM | CM | CM | | | | |
| 10/30/2014 | LDP | 154.00 | 23.72 | CM | CM | CM | CM | CM | CM | | | | |
| 10/31/2014 | LDP | 154.00 | 23.72 | CM | CM | CM | CM | CM | CM | | | | |
| 11/01/2014 | LDP | 0.00 | 0.00 | CM | CM | CM | CM | CM | CM | | | | |

Day Types
LDP=Lodging Plus, OB=OnBoard Ship, FD=Field Duty,   SD=Sea Duty,   LV=Leave,   AE=Actual Expense, AELP=Actual Expense/Meals LDP
GRP=Group Travel,FLT=Flat Per Diem, RED=Reduced Per Diem, AF=Alaskan Ferry, NP=No Per Diem, SAE=300% AE,   SAELP=300% AELP