# Exhibit 10G

**TO UNITED STATES' BILL OF COSTS**

**Berkeley Research Group**

2200 Powell Street, Suite 1200
Emeryville, CA 94608
Phone +1.510.285.3300
Fax +1.510.654.7857

# INVOICE

INVOICE #25389
DATE: 11/26/2014

TO:
DOJ/ENRD Expert Contracting Unit
P.O. Box 7611
Washington, DC 20044-7611

FOR:
Case Name: United States V. BP EXPLORATION & PRODUCTION INC.
Docket No: 10-4536
DJ File Number: 90-5-1-1-10026
Selecting-attorney: Nancy Flickinger
Contract/PO Number: DJJ-14W-ENR01-0229
Cost Center Code: 4361960418
YREGDOC: NO1-54231
Period of Performance:
Start: 10/01/2014
End: 10/31/2014

| DESCRIPTION | HOURS | RATE US$/HR | AMOUNT |
|---|---|---|---|
| Gardner W. Walkup, Jr — Expert | | | ███ |
| Gardner W. Walkup, Jr. – Deposition | | | ███ |
| Ksenia Gutsol | | | ███ |
| Travel – Taxi, Car Rental, Toll, Train | | | $74.74 |
| Travel – Hotel/Lodging | | | $770.00 |
| Meals – Other (100% Deductible) | | | $355.00 |
| Total Fees | | | $18,875.00 |
| Total Expenses | | | $1,199.74 |
| | | TOTAL THIS INVOICE | ███ |
| | | CUMULATIVE BILLED TO DATE | ███ |

**Payment Information:**
Name of Entity: Berkeley Research Group, LLC
Attn: Valerie Riva, Controller
TIN: 27-1451273
Bank Name: PNC Bank, N.A.
Bank Address: 2200 Powell St, STE 1200 Emeryville , CA 94608
ABA Routing Number: ███
Account Number: ███

Approved

Johnnie A. Cusack
Contracting Officer
Date: 10-23-14

ENRD Reviewer / Contact
Marcella Chloe 514-1755
Date 12 23 14

**Expense Detail**
**for Invoice #25389**

| Item# | Expense | Amount |
|-------|---------|--------|
| 1 | Travel - Taxi, Car Rental, Toll, Train | 8.12 |
| 2 | Travel - Taxi, Car Rental, Toll, Train | 9.62 |
| 3 | Travel - Hotel/Lodging | 154.00 |
| 4 | Travel - Hotel/Lodging | 154.00 |
| 5 | Travel - Hotel/Lodging | 154.00 |
| 6 | Meals - Other (100%) Deductible) | 71.00 |
| 7 | Travel - Hotel/Lodging | 154.00 |
| 8 | Meals - Other (100%) Deductible) | 71.00 |
| 9 | Travel - Hotel/Lodging | 154.00 |
| 10 | Meals - Other (100%) Deductible) | 71.00 |
| 11 | Travel - Taxi, Car Rental, Toll, Train | 37.00 |
| 12 | Travel - Taxi, Car Rental, Toll, Train | 20.00 |
| 13 | Meals - Other (100%) Deductible) | 71.00 |
| 14 | Meals - Other (100%) Deductible) | 71.00 |

**Total**      **$1,199.74**





HYATT REGENCY NEW ORLEANS
601 LOYOLA AVENUE
NEW ORLEANS, LA 70113-1805
Tel: 1-504-561-1234

## INFORMATION INVOICE

Payee      Gardner Walkup ✓

Confirmation No.      4967404202

| | |
|---|---|
| Room No. | 1948 |
| Arrival | 10-05-14 |
| Departure | 10-10-14 |
| Page No. | 1 |
| Folio Window | 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 10-05-14 | Guest Room | 151.00 | |
| 10-05-14 | Room - State Sales Tax | 13.59 | |
| 10-05-14 | Room - Local Sales Tax | 6.04 | |
| 10-05-14 | Hotel Occupancy Tax | 3.00 | |
| 10-05-14 | City Tourism Assessment | 2.64 | |
| 10-06-14 | Guest Room | 151.00 | |
| 10-06-14 | Room - State Sales Tax | 13.59 | |
| 10-06-14 | Room - Local Sales Tax | 6.04 | |
| 10-06-14 | Hotel Occupancy Tax | 3.00 | |
| 10-06-14 | City Tourism Assessment | 2.64 | |
| 10-07-14 | Guest Room | 151.00 | |
| 10-07-14 | - Vitascope Hall Dinner Food | 27.42 | |
| 10-07-14 | Room - State Sales Tax | 13.59 | |
| 10-07-14 | Room - Local Sales Tax | 6.04 | |
| 10-07-14 | Hotel Occupancy Tax | 3.00 | |
| 10-07-14 | City Tourism Assessment | 2.64 | |
| 10-08-14 | Guest Room | 151.00 | |
| 10-08-14 | - Vitascope Hall Dinner Food | 31.19 | |
| 10-08-14 | Room - State Sales Tax | 13.59 | |
| 10-08-14 | Room - Local Sales Tax | 6.04 | |
| 10-08-14 | Hotel Occupancy Tax | 3.00 | |
| 10-08-14 | City Tourism Assessment | 2.64 | |
| 10-09-14 | Guest Room | 151.00 | |
| 10-09-14 | - Vitascope Hall Dinner Food | 38.50 | |
| 10-09-14 | Room - State Sales Tax | 13.59 | |
| 10-09-14 | Room - Local Sales Tax | 6.04 | |
| 10-09-14 | Hotel Occupancy Tax | 3.00 | |
| 10-09-14 | City Tourism Assessment | 2.64 | |
| 10-10-14 | American Express | | 978.46 |

*(handwritten annotations)*

$176.27/day$

$154.00$ allowed

$22.27 \times 5 = 111.35$   hot - 881.35

meals - per diem

Witness Fees_511




HYATT REGENCY NEW ORLEANS
601 LOYOLA AVENUE
NEW ORLEANS, LA 70113-1805
Tel: 1-504-561-1234

## INFORMATION INVOICE

| Payee | Gardner Walkup |
| --- | --- |

Confirmation No.  4967404202

| Room No. | 1948 |
| --- | --- |
| Arrival | 10-05-14 |
| Departure | 10-10-14 |
| Page No. | 2 |
| Folio Window | 1 |

| Date | Description | | Charges | Credits |
| --- | --- | --- | --- | --- |

| | | Charges | Credits |
| --- | --- | --- | --- |
| Total | | 978.46 ~97.11 | (978.46) |
| Balance | | | (0.00) |

$881.35

Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

### Hyatt Gold Passport Summary

| Membership | |
| --- | --- |
| Bonus Code(s) | 1W |
| Qualifying Night(s) | 5 |
| Eligible Spend | 798.42 |
| Redemption Eligible | 181.76 |

Replicated Hotel Invoice, please request a detailed invoice for
Hyatt Gold Passport eligibility details.

Witness Fees_512





## INFORMATION INVOICE

| | | | |
|---|---|---|---|
| Payee | Gardner Walkup | Room No. | 1948 |
| | ■■■■■■ | Arrival | 10-05-14 |
| | | Departure | 10-10-14 |
| Confirmation No. | 4967404202 | Page No. | 2 |
| | | Folio Window | 1 |

| Date | Description | Charges | Credits |
|---|---|---|---|


| | | Charges | Credits |
|---|---|---|---|
| Total | | 978.46 | (978.46) |
| Balance | | | (0.00) |

## Guest Signature

I agree that my liability for this bill is not waived and I agree to be held
personally liable in the event that the indicated person, company or
association fails to pay for any part or the full amount of these charges.

### Hyatt Gold Passport Summary

| | |
|---|---|
| Membership | ■■■■■■ |
| Bonus Code(s) | 1W |
| Qualifying Night(s) | 5 |
| Eligible Spend | 798.42 |
| Redemption Eligible | 181.76 |

Replicated Hotel Invoice, please request a detailed invoice for
Hyatt Gold Passport eligibility details.

*1*  # 7000

**From:** Uber Receipts <receipts.washington.DC@uber.com>
**Sent:** Thursday, September 25, 2014 7:26 PM
**To:** gardner.walkup█████
**Subject:** Your Thursday evening trip with Uber



**$8.12**

DoJ → BBe Office  (SEPTEMBER 25, 2014)
Charge to matter 700



Washington

Independence Map data ©2014 Google

07:13pm
601 D Street Northwest, Washington, DC

07:24pm
1800-1850 M Street Northwest, Washington, DC

| | MILES | TIME |
|---|---|---|
| uberX | 1.88 | 00:11:04 |

**FARE BREAKDOWN**

| | |
|---|---|
| Base Fare | 2.00 |
| Distance | 2.3. |
| Time | 2.7 |
| **Subtotal** | **$7.1** |
| Safe Rides Fee (?) | **1.0** |

CHARGED
Personal •••• 6006

**$8.1**

# 56

**YOU'VE EARNED 2X POINTS**
MEMBERSHIP REWARDS®

 You rode with Driss
Issued on behalf of Drinnen

1

Witness Fees_514

## GWW at gmail

**From:** Uber Receipts <receipts.washington.DC@uber.com>
**Sent:** Tuesday September 30, 2014 12:32 PM
**To:** gardner.walkup
**Subject:** Your Tuesday afternoon trip with Uber



DOJ → BRG Ofc Co

charge to matter 7000

**$9.62**



12:12pm
601 D Street Northwest, Washington, DC

12:30pm
1711-1755 M Street Northwest, Washington, DC

| uberX | MILES 1.83 | TIME 00:17:19 |

FARE BREAKDOWN

| Base Fare | 2.0( |
| Distance | 2.2( |
| Time | 4.3: |
| **Subtotal** | **$8.6** |
| Safe Rides Fee (?) | 1.0( |

CHARGED
Personal •••• 6006

**$9.6:**

YOU'VE EARNED 2X POINTS
MEMBERSHIP REWARDS®

#57

You rode with Moussa

Issued by Drinnen on behalf of Rasier

1

#,~~~ 0

✓

## GWW at gmail

**From:** Uber Receipts <receipts.washington.DC@uber.com>
**Sent:** Tuesday September 30, 2014 12:32 PM
**To:** gardner.walkup ▮▮▮
**Subject:** Your Tuesday afternoon trip with Uber

DOJ → BRG office September ~~

charge to matter 7000

**$9.62**



12:12pm
601 D Street Northwest, Washington, DC

12:30pm
1711-1755 M Street Northwest, Washington, DC

| | | |
|---|---|---|
| uberX | 1.83 | 00:17:19 |

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 2.0( |
| Distance | 2.2' |
| Time | 4.3. |
| **Subtotal** | **$8.6** |
| Safe Rides Fee (?) | 1.0( |
| CHARGED Personal •••• 6006 | **$9.6** |

YOU'VE EARNED 2X POINTS
MEMBERSHIP REWARDS®   #57

You rode with Moussa
Issued by Drinnen on behalf of Rasier

1

*This Flight 1: pre-paid by client (matter 700)
However a copy must be included w/ expenses*

**Carlson Wagonlit Satotravel.**

**Your Itinerary**

**Trip on Oct 05, 20**

Traveler

Customer Number

Agent

Locator: **NMVSUF**      Date: **Oct 01, 2014**

*TICKET PURCHASE WITH (
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
*****************************************

**Sunday, October 05, 2014**

Confirmation **ALPN9T**

**Flight UNITED AIRLINES 627**

DEPARTURE
**CHICAGO/OHARE**
**3:39 PM, Oct 05, 2014**

ARRIVAL
**NEW ORLEANS, LA**
**5:56 PM, Oct 05, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 02:17 (Non-stop) |
| Equipment | Airbus Jet |
| Meal Service | Food and Bev For Purchase |
| Frequent Flyer | |
| Notes | DEP-TERMINAL 1 |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

**Friday, October 10, 2014**

Confirmation **NMVSUF**

**Flight AMERICAN AIRLINES 4503**

DEPARTURE
**NEW ORLEANS, LA**
**6:35 PM, Oct 10, 2014**

ARRIVAL
**WASHINGTON/NATL,DC**
**10:13 PM, Oct 10, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Cass - Y |
| Duration | 02:38 (Non-stop) |
| Equipment | Embraer Jet |
| Meal Service | None |
| Frequent Flyer | |
| Notes | ARR-TERMINAL C. |
| | *MSY-DCA OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRLINES |
| | MSY-DCA CHECK-IN WITH US AIRWAYS |
| | ONEWORLD |
| | SEAT ASSIGNMENT IS RESTRICTED TO AIRPORT CHECKIN |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| WALKUP GARDNER W | L387326/0167497721841/01OCT14 | USD 555.35 | 41.65US | 8.00ZP | 20.20XT | 625.20 |

Total Amount   625.20

Form of Payment:

**GENERAL INFORMATION**
*********************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******

# ENRD SUMMARY REGARDING
# GOVERNMENT TRAVEL POLICIES

When traveling on business for the government, you should exercise the same care in incurring expenses that you would if you were traveling on personal business and using your own funds.

## Airfare

**Coach class** accommodations **MUST** be used. The government will not reimburse you for above-coach-class airfares.

## Mileage Rate

The allowable mileage rate for transportation in a privately-owned vehicle (POV) changes periodically. To ensure you are using the **current** rate, refer to the GSA Travel website, specifically www.gsa.gov/mileage, or call the ENRD Contracting office.

## Per Diem

Note that per diem is only applicable when the travel period (entire trip) is **more than twelve hours in duration.** If a trip is completed in less than 12 hours, the traveler will only be compensated for mileage or other transportation costs.

**Per diem** consists of a variable allowance for lodging and a fixed allowance for meals and incidental expenses. Your entitlement to per diem begins when you leave your home or office and ends when you return to your home or office. A complete list of federal per diem rates by fiscal year and location can be found at www.gsa.gov/perdiem, or you may contact ENRD's Expert Contracting Unit (ECU) and a printed copy can be mailed to you. Your reimbursement should not exceed the maximum per diem rate that is shown in the Max Per Diem Rate column and **may not** exceed 150 percent of this amount. There is a specified rate for travel to areas that are not listed, the standard per diem rate, which for FY2012 is $123 of which up to $77 may be paid for lodging. Check the website, or call the ECU, for other years and/or locations.

*[handwritten margin note: per day Note: Max Per Diem Hotel = $154 Per Diem Incidentals = $71]*

**Lodging** costs include only the actual hotel charges for your room, including taxes and any allowable services you may be charged, in addition to the room rate (excluding telephone calls, movies, etc.). You must provide receipts for **all** lodging costs.

The **meals and incidental** expense allowance (which includes fees and tips to waiters, porters, baggage carriers, and hotel maids), in every state is from $46 to $71 and is paid to you without itemization or receipts. If the area is not listed, the rate in FY12 is $46. Please bear in mind that **you will not be reimbursed for meals for persons other than yourself.**

## Receipts

Receipts are **required** for all airfare, car rentals, and lodging expenses. Also provide receipts for any taxi and limo costs that exceed **$75.**

2/25/11

Witness Fees_518

Gardner Walkup
Expenses

Telephone # _____ #7000 _____

**NEW ORLEANS CARRIAGE CAB CORP**
**JEFFERSON CARRIAGE CAB**
**CHECKER / YELLOW CAB CO.**
PASSENGER'S RECEIPT, TAXICAB FARE

Date _5 Oct_ , 20 1 4

Amount of Fare  $ _33_

Other Charges  $ _4_

Total.......  $ _37_

Driver's Name _____

Cab Number _____

**ALEXANDRIA UNION CAB**
#7000
(703)683-1200 - 24 Hr. Dispatch Service

FROM _DCA_

TO _Alexandria_

DATE _10 OCT 14_   FARE $ _20.00_

DRIVER'S NAME _____ CAB# _____

*By Request, We Accept*

Each Cab Independently Owned & Operated

## Quick Matter Draft for Billed Entries Report
### For invoice(s) 25389
### Before 12/31/2014

Client: (133) United States Department of Justice (USDOJ)
Matter: (7000) United States v. BP Exploration and Production, Inc.
Reference No.:

Include: chargeable and non-chargeable disbursment entries
First 50 results returned

Invoice number: 25389
Invoice date: 11/26/2014
Invoice Address: Nancy Flickinger
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, District of Columbia
20530

Attention: Nancy Flickinger

## Disbursement Summary

**Chargeable Disbursements**

| | | | | | |
|---|---|---|---|---|---|
| (hot) Travel - Hotel/Lodging (Non-Taxable) | 770.00 | (ome) Meals - Other (100% Deductible) (Non-Taxable) | 355.00 | (tra) Travel - Taxi, Car Rental, Toll, Train (Non-Taxable) | 74.74 |
| Total Chargeable Disbursements | 1,199.74 | | | | |

**Non Chargeable disbursements**

Witness Fees_520

## Quick Matter Draft for Billed Entries Report
### For invoice(s) 25389
### Before 12/31/2014

Client: (133) United States Department of Justice (USDOJ)
Matter: (7000) United States v. BP Exploration and Production, Inc.
Reference No.:

Include: chargeable and non-chargeable disbursment entries
First 50 results returned

Invoice number: 25389
Invoice date: 11/26/2014
Invoice Address: Nancy Flickinger
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, District of Columbia
20530

Attention: Nancy Flickinger

## Matter Summary

### Matter Information
**Member Responsible**

| Client: | (9999) Applicable. N. |
| Matter | (1529) Walkup, G.W |

**Billing Information**

| Format: | 01 4 Columns - Date, Member, Description, Hours |
| Contact category: | Billing Contact |

### Proposed Bill Value

| Tax Name | Hours | Value Of hours** | Interim Billing | Net Fees*** | Disbursements*** | Tax* | Total |
|---|---|---|---|---|---|---|---|
| Non-Taxable | 0.00 | 0.00 | 0.00 | 0.00 | 1,199.74 | 0.00 | 1,199.74 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 1,199.74 | 0.00 | 1,199.74 |

* The tax rate used on billed entries and those selected for billing is the rate based on invoice date, otherwise it is the current date.
** Include chargeable and non-chargeable.
*** Exclude non-chargeable.

### Allocation

| Member | Last time sheet | Unposted Hours | Non Chargeable | | Chargeable | | | | Proposed Manual Override |
|---|---|---|---|---|---|---|---|---|---|
| | | | Posted Hours | Posted Value | Unposted Hours | Posted Hours | Working Rate | Credit Work | |

Total :

Witness Fees_521

# Quick Matter Draft for Billed Entries Report
## For invoice(s) 25389
### Before 12/31/2014

Client: (133) United States Department of Justice (USDOJ)
Matter: (7000) United States v. BP Exploration and Production, Inc.
Reference No.:

Include: chargeable and non-chargeable disbursment entries
First 50 results returned

Invoice number: 25389
Invoice date: 11/26/2014
Invoice Address: Nancy Flickinger
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, District of Columbia
20530

Attention: Nancy Flickinger

## Entry Summary without taxes

| Entry Type | Time | | | Disbursments | | Total |
|---|---|---|---|---|---|---|
| | Hours | Values | Taxes | Values | Taxes | |
| Non Chargeable | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Chargeable(WIP) | 0.00 | 0.00 | 0.00 | 1,199.74 | 0.00 | 1,199.74 |
| Total | 0.00 | 0.00 | 0.00 | 1,199.74 | 0.00 | 1,199.74 |

Witness Fees_522

# Quick Matter Draft for Billed Entries Report
## For invoice(s) 25389
## Before 12/31/2014

Client: (133) United States Department of Justice (USDOJ)
Matter: (7000) United States v. BP Exploration and Production, Inc.
Reference No.:

Include: chargeable and non-chargeable disbursement entries
First 50 results returned

| | | | | |
|---|---|---|---|
| Invoice number: | 25389 |
| Invoice date: | 11/26/2014 |
| Invoice Address: | Nancy Flickinger |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, NW |
| | Washington, District of Columbia |
| | 20530 |

Attention: Nancy Flickinger

## Disbursement Details

| Date | Member | Code | Disbursement Entry Description | Entry Value | Cumulative Value |
|---|---|---|---|---|---|
| **Chargeable** | | | | | |
| 10/31/2014 | (1529) Walkup. | (tra) | [25389] Re: Payment of Expenses Cab fare from BRG DC office to DOJ office. on: 25/09/2014 paid to Uber for 60 - Travel & Other Meals (EV) 27850-56 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 8.12 | 8.12 |
| 10/31/2014 | (1529) Walkup. | (tra) | [25389] Re: Payment of Expenses Cab fare for DOJ office to BRG DC office. on: 30/09/2014 paid to Uber for 60 - Travel & Other Meals (EV) 27850-57 Voucher No. 60467 for Invoice No. 27850. issued by (1529) Walkup, G. W. | 9.62 | 17.74 |
| 10/31/2014 | (1529) Walkup. | (hot) | [25389] Re: Payment of Expenses Room & taxes for one night. (Per diem). This trip was for Deposition Prep & Deposition. on: 05/10/2014 paid to Hyatt Regency for 60 - Travel & Other Meals (EV) 27850-67 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 154.00 | 171.74 |
| 10/31/2014 | (1529) Walkup. | (hot) | [25389] Re: Payment of Expenses Room and taxes for one night. (Per diem) on: 06/10/2014 paid to Hyatt Regency for 60 - Travel & Other Meals (EV) 27850-68 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 154.00 | 325.74 |
| 10/31/2014 | (1529) Walkup. | (hot) | [25389] Re: Payment of Expenses Room & taxes for one night. (Per diem). on: 07/10/2014 paid to Hyatt Regency for 60 - Travel & Other Meals (EV) 27850-69 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 154.00 | 479.74 |
| 10/31/2014 | (1529) Walkup. | (ome) | [25389] Re: Payment of Expenses Meals (per diem per day) on: 07/10/2014 paid to Hyatt Regency for 60 - Travel & Other Meals (EV) 27850-70 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 71.00 | 550.74 |
| 10/31/2014 | (1529) Walkup. | (hot) | [25389] Re: Payment of Expenses Room & taxes for one night. (Per diem) on: 08/10/2014 paid to Hyatt Regency for 60 - Travel & Other Meals (EV) 27850-71 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 154.00 | 704.74 |
| 10/31/2014 | (1529) Walkup. | (ome) | [25389] Re: Payment of Expenses Meals. (per diem per day) on: 08/10/2014 paid to Hyatt Regency for 60 - Travel & Other Meals (EV) 27850-72 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 71.00 | 775.74 |

*(handwritten annotation: Ck# 6509)*

Witness Fees_523

# Quick Matter Draft for Billed Entries Report
## For invoice(s) 25389
## Before 12/31/2014

Client: (133) United States Department of Justice (USDOJ)
Matter: (7000) United States v. BP Exploration and Production, Inc.
Reference No.:

| | |
|---|---|
| Invoice number: | 25389 |
| Invoice date: | 11/26/2014 |
| Invoice Address: | Nancy Flickinger |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, NW |
| | Washington, District of Columbia |
| | 20530 |

Include: chargeable and non-chargeable disbursment entries
First 50 results returned

Attention: Nancy Flickinger

| Date | Member | Code | Disbursement Entry Description | Entry Value | Cumulative Value |
|---|---|---|---|---|---|
| 10/31/2014 | (1529) Walkup. | (hot) | [25389] Re: Payment of Expenses Room & taxes for one night. (Per diem) on: 09/10/2014 paid to Hyatt Regency for 60 - Travel & Other Meals (EV) 27850-73 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 154.00 | 929.74 |
| 10/31/2014 | (1529) Walkup. | (ome) | [25389] Re: Payment of Expenses Meals (per diem per day) on: 09/10/2014 paid to Hyatt Regency for 60 - Travel & Other Meals (EV) 27850-74 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 71.00 | 1,000.74 |
| 10/31/2014 | (1529) Walkup. | (tra) | [25389] Re: Payment of Expenses Cab fare. on: 05/10/2014 paid to New Orleans Carriage Cab Corp. for 60 - Travel & Other Meals (EV) 27850-75 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 37.00 | 1,037.74 |
| 10/31/2014 | (1529) Walkup. | (tra) | [25389] Re: Payment of Expenses Cab fare from DC airport to residence. on: 10/10/2014 paid to Alexandria Union Cab for 60 - Travel & Other Meals (EV) 27850-76 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 20.00 | 1,057.74 |
| 10/31/2014 | (1529) Walkup. | (ome) | [25389] Re: Payment of Expenses Meals(Per diem per day) on: 05/10/2014 paid to Food for 60 - Travel & Other Meals (EV) 27850-77 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 71.00 | 1,128.74 |
| 10/31/2014 | (1529) Walkup. | (ome) | [25389] Re: Payment of Expenses Meals (Per diem per day) on: 06/10/2014 paid to Food for 60 - Travel & Other Meals (EV) 27850-78 Voucher No. 60467 for Invoice No. 27850 issued by (1529) Walkup, G. W. | 71.00 | 1,199.74 |

14 Transaction(s)

X – Entry missing either a task code. A code or E ode

Witness Fees_524


Telephone: (202) 616-3153/1432
Facsimile: (202) 616-3531

Executive Office
Expert Contracting Unit
P.O. Box 7611. Ben Franklin Station
Washington. D.C. 20044-7611

GTA

# EXPERT GTA REQUEST FORM

Date of Request: _29 Sept 2014_

Traveler's Name: _GARDINER W. WALKUP, JR_

Company Name: _BRG_

Telephone No.: _650-544-5363_  Fax No.: _202-419 1844_

Destination(s): _~~Chicago~~ → New Orleans → DCA_

Anticipated
Travel Date(s): _Depart 5 OCT (pm) RETURN 10th (pm) OCT_

Contract (PO)
Number: _DJJ-14W-ENRO1-0229_

Finance Number
(YREGDOC): _NO1-54231_

Case Name: _U.S., ET AL. V. BP EXPLORATION ; PRODUCTION INC.; ANADARKO_

DJ#: _90-5-1-1-10026_

Attorney Name: _NANCY FLICKINGER_  Section: _ENRD /EES_

**When completed please fax to the Expert Contracting Unit at (202) 616-3531.**

***EXPERT CONTRACTING UNIT ONLY ***

| | |
|---|---|
| Fiscal Year/FCN: | NO1 54231 |
| Amount: | 625.20 |
| Ticket No: | |
| TMC Agent Name: | |
| Agent Phone No.: | |

(FEW)  SF  REIMB
Reconciliation: ☐
Carrier:

Approved ☒  Disapproved ☐

Date:

Signature:
Remarks:

Cancellation Date:
Credit Amount:  Reconciliation: ☐

NMVSUF

# GTA Authorization Form

DOJ Bureau: __ENRD_____

GTA: (last 4 digits) _____

Traveler's Name: __Gardner W. Walkup_____

Record Locator: (6 characters) ____NMVSUF_____

Travel Date: ____5 October 2014 — 10|10|2014

Initial Destination: ___New Orleans, LA_____

GTA Authorizing Official:_____
Date:_____
Phone: _____

Please email completed form to: DOJGTA@CWTSatotravel.com
**Traveler's ticket will not be issued until authorization is received**

## Trip on Oct 05, 2014

Locator: **NMVSUF**    Date: **Oct 01, 2014**

| | |
|---|---|
| Traveler | **GARDNER W WALKUP** |
| | EXPERT WITNESS |
| Customer Number | Q312941 |
| Agent | 40 |

*TICKET PURCHASE WITH CA.......0636*
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
*****************************************

## Sunday, October 05, 2014

Confirmation **ALPN9T**

 **Flight UNITED AIRLINES 627**

DEPARTURE
**CHICAGO/OHARE**
**3:39 PM, Oct 05, 2014**

ARRIVAL
**NEW ORLEANS, LA**
**5:56 PM, Oct 05, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 02:17 (Non-stop) |
| Equipment | Airbus Jet |
| Meal Service | Food and Bev For Purchase |
| Frequent Flyer | ███████ |
| Notes | DEP-TERMINAL 1 |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

## Friday, October 10, 2014

Confirmation **NMVSUF**

 **Flight AMERICAN AIRLINES 4503**

DEPARTURE
**NEW ORLEANS, LA**
**6:35 PM, Oct 10, 2014**

ARRIVAL
**WASHINGTON/NATL,DC**
**10:13 PM, Oct 10, 2014**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 02:38 (Non-stop) |
| Equipment | Embraer Jet |
| Meal Service | None |
| Frequent Flyer | ███████ |
| Notes | ARR-TERMINAL C |
| | *MSY-DCA OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRLINES |
| | MSY-DCA CHECK-IN WITH US AIRWAYS |
| | ONEWORLD |
| | SEAT ASSIGNMENT IS RESTRICTED TO AIRPORT CHECKIN |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| WALKUP GARDNER W | 1387326/0167497721841/01OCT14 | USD 555.35 | 41.65US | 8.00ZP | 20.20XT | 625.20 |
| | | | | | **Total Amount** | **625.20** |

Form of Payment: ██████████

**GENERAL INFORMATION**
*****************************************************
*******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******

```
****************CWTSATOTRAVEL.COM********************
.........................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.........................................
TRANSACTION FEES ARE NONREFUNDABLE
.........................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.........................................
GOVERNMENT ISSUED ID IS REQUIRED
.........................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.........................................
.........................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
.........................................
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
.........................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 **************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
-------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-------------------------------------------

PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-------------------------------------------

.
CWTSATOTRAVEL CAN BOOK YOUR HOTEL ACCOMODATIONS. WE CAN ASSIST IN KEEPING COSTS
WITHIN PER DIEM AT A FEMA APPROVED PROPERTY, GUARANTEE YOUR RESERVATION FOR
LATE ARRIVAL, AND EVEN CHECK FOR A ROOM AT YOUR FAVORITE HOTEL AT LOW FEDROOM
OR CWTSATOTRAVEL GOVERNMENT RATES. ALL YOUR RESERVATIONS INCLUDED ON ONE
ITINERARY--AIR, CAR, AND HOTEL.

THANKS FROM YOUR CWTSATOTRAVEL TEAM!!!
```

21700 ENR EXPERT
JACKIE LASHLEY
P O BOX 7754
BENJAMIN FRANKLIN STATION
WASHINGTON DC 20044-7754

<u>ACCOUNT NUMBER</u>

STATEMENT DATE <u>10/13/14</u>

| Post Date | Tran Date | Reference Number | Transaction Description | Amount |
|-----------|-----------|------------------|-------------------------|--------|
| 09-19 | 09-17 | | | |
| 10-03 | 10-01 | 000523791241 | UNITED 01674977218412 800-932-2732 TX | 625.20 |
| | | | Memo Transaction | |
| | | | WALKUP/GARDNER W DEPARTURE: 10-05-14 | |
| | | | P.O.S.: SALES TAX $0.00 | |
| | | | ORD UA Y MSY AA Y DCA | |
| 09-26 | 09-24 | | | |

Witness Fees_529

TVCDKS



U.S. Department of Justice

Environment and Natural Resources Division

Telephone: (202) 616-3153/1432
Facsimile: (202) 616-3531

Executive Office
Expert Contracting Unit
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611

*Trial Testimony*
*1/22/15*

## EXPERT GTA REQUEST FORM

Date of Request: __5 Jan 2015__

Traveler's Name: __GARDNER W. WALKUP__

Company Name: __BRG - Berkeley Research Group__

Telephone No.: __650-544-5363__    Fax No.: __202-419-1844__

Destination(s): __New Orleans (DCA → New Orleans → DCA)__

Anticipated
Travel Date(s): __15 Jan 2015 · return 23 Jan 2015__

Contract (PO)
Number: __DJJ-14W-ENR01-0229__

Finance Number
(YREGDOC): __PO 155049   N01 54231   US et al V. BP Exploration & Production Inc__

Case Name: __90-5-1-1-10026__

DJ#: __90-5-1-1-10026__

Attorney Name: __Nancy Flickinger__   Section: __EES__

When completed please fax to the Expert Contracting Unit at (202) 616-3531.

*** EXPERT CONTRACTING UNIT ONLY ***

Fiscal Year/FCN: __14-54231__       EW   SF   REIMB
Amount: __696.20__              Reconciliation: ☐
Ticket No: __Amber__           Carrier:
TMC Agent Name:
Agent Phone No.:          Approved ☒   Disapproved ☐

                          __LES__        Date: __1/9/2015__
Signature:
Remarks:

Cancellation Date:
Credit Amount:                 Reconciliation: ☐

Authorized changes in time and
dates not to exceed $100.00

__1/9/15__   ALREADY ENTERED IN
                  SAFARI



Witness Fees_530

THIS ALREADY ENTERED IN SATFAC

Witness Fees_531



NR EXPERT
E LASHLEY
D STREET, NW
OM 2430
WASHINGTON DC 20530-0001

ACCOUNT NUMBER _____

STATEMENT DATE: 02/13/15

| Tran Date | Reference Number | Transaction Description | Amount |
|---|---|---|---|
| 01-13 | | | |
| 02-10 | | | |
| 5 01-13 | | | |
| 29 01-27 | | | |
| 26 01-23 | | | |
| -14 01-12 | | | |
| | | | 696.20 |
| 1-14 01-12 | 870131962749 | AMERICAN 00175177257964 SAN ANTONIO TX Memo Transaction WALKUP/GARDNER DEPARTURE: 01-15-15 P.O.S.: SALES TAX: $0.00 DCA AA Y MSY AA Y DCA | |

Witness Fees_532

Witness Fees_533



**Carlson Wagonlit Travel** SatoTravel.

# Your Itinerary

## Trip on Jan 15, 2015

Locator: **TVCDKS**    Date: **Jan 12, 2015**

Traveler      **GARDNER W WALKUP**

EXPERT WITNESS

THIS IS YOUR OFFICIAL RECEIPT FOR TRAVEL
PLEASE RETAIN FOR VOUCHERING OR
REIMBURSEMENT PURPOSES.

Customer Number      Q31294J

Agent      16

*TICKET PURCHASE WITH CA.....
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
*************************************

---

## Thursday, January 15, 2015

Confirmation **TVCDKS**

 **Flight AMERICAN AIRLINES 4615**

DEPARTURE
**WASHINGTON/NATL,DC**
**11:35 AM, Jan 15, 2015**

ARRIVAL
**NEW ORLEANS, LA**
**1:39 PM, Jan 15, 2015**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 03:04 (Non-stop) |
| Equipment | Embraer Emb 175 Jet |
| Meal Service | None |
| Reserved Seats | 6C |
| Frequent Flyer | |
| Notes | DEP-TERMINAL C |

*DCA-MSY OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRLINES
DCA-MSY CHECK-IN WITH US AIRWAYS
ONEWORLD

## Friday, January 23, 2015

Confirmation **TVCDKS**

 **Flight AMERICAN AIRLINES 4446**

DEPARTURE
**NEW ORLEANS, LA**
**4:24 PM, Jan 23, 2015**

ARRIVAL
**WASHINGTON/NATL,DC**
**7:50 PM, Jan 23, 2015**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 02:26 (Non-stop) |
| Equipment | Embraer Emb 175 Jet |
| Meal Service | None |
| Reserved Seats | 19D |
| Frequent Flyer | |
| Notes | ARR-TERMINAL C |

*MSY-DCA OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRLINES
MSY-DCA CHECK-IN WITH US AIRWAYS
ONEWORLD

---

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| WALKUP GARDNER W | 1438295/0017517725796/12JAN15 | USD 621.40 | 46.60US | 8.00ZP | 20.20XT | 696.20 |

Witness Fees_534

Form of Payment: ███████████

Total Amount   696.20

## GENERAL INFORMATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*TO BOOK RESERVATIONS ONLINE PLEASE VISIT\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CWTSATOTRAVEL.COM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED

TRANSACTION FEES ARE NONREFUNDABLE

UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS

GOVERNMENT ISSUED ID IS REQUIRED

FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV

...... DON\*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......

........ THANK YOU FOR USING CWTSATOTRAVEL ......
......YOUR REFERENCE CODE IS \*\*\* SABRE OV4C ......
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1

\*\*\*\*IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE\*\*\*
\*\*\*\*\*\* CALL COLLECT TO 210-877-3337 \*\*\*\*\*\*\*\*\*\*\*\*\*\*
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR

PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.

PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.

CWTSATOTRAVEL CAN BOOK YOUR HOTEL ACCOMODATIONS. WE CAN ASSIST IN KEEPING COSTS
WITHIN PER DIEM AT A FEMA APPROVED PROPERTY. GUARANTEE YOUR RESERVATION FOR
LATE ARRIVAL, AND EVEN CHECK FOR A ROOM AT YOUR FAVORITE HOTEL AT LOW FEDROOM
OR CWTSATOTRAVEL GOVERNMENT RATES. ALL YOUR RESERVATIONS INCLUDED ON ONE
ITINERARY--AIR, CAR, AND HOTEL.

THANKS FROM YOUR CWTSATOTRAVEL TEAM!!!

## Carlson Wagonlit Travel — SatoTravel.

# Your Itinerary

| | | |
|---|---|---|
| **Trip on Jan 23, 2015** | Locator: **TVCDKS** | Date: **Jan 22, 2015** |

Traveler **GARDNER W WALKUP**

EXPERT WITNESS

THIS IS YOUR OFFICIAL RECEIPT FOR TRAVEL.
PLEASE RETAIN FOR VOUCHERING OR
REIMBURSEMENT PURPOSES.

Customer Number Q31294J

Agent 16

---

*TICKET PURCHASE WITH CA.... 
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX
*****************************************
**********EXCHANGE TICKET INFORMATION*****************
EXCHANGED TKT 0017517725796 OLD TKT VALUE 348.10
NEW TICKET 0017567381927 TOTAL VALUE 181.10
AIRLINE PENALTY/REISSUE FEE...................0.00
LOST RESIDUAL.................................0.00
ADDITIONAL AMOUNT CHARGED.....................0.00
REFUND BACK TO ORIGINAL FOP................-167.00
RESIDUAL NONREFUNDABLE MCO....................0.00
*********************************************************

---

### Friday, January 23, 2015

Confirmation **TVCDKS**

✈ **Flight AMERICAN AIRLINES 4565**

DEPARTURE
**NEW ORLEANS, LA**
**11:14 AM, Jan 23, 2015**

ARRIVAL
**WASHINGTON/NATL,DC**
**2:36 PM, Jan 23, 2015**

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - G |
| Duration | 02:22 (Non-stop) |
| Equipment | Embraer Jet |
| Meal Service | None |
| Frequent Flyer | |
| Notes | ARR-TERMINAL C |
| | *MSY-DCA OPERATED BY US AIRWAYS EXPRESS-REPUBLIC AIRLINES |
| | MSY-DCA CHECK-IN WITH US AIRWAYS |
| | ONEWORLD |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| WALKUP GARDNER W | 1445947/0017567381927/22JAN15 | | | | | 0.00 |
| | | | | **Total Amount** | | **0.00** |

Form of Payment:

---

**GENERAL INFORMATION**
**************************************************
******TO BOOK RESERVATIONS ONLINE PLEASE VISIT******
***************CWTSATOTRAVEL.COM*******************

.................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED

Witness Fees_536

.....................................................
TRANSACTION FEES ARE NONREFUNDABLE
.....................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.....................................................
GOVERNMENT ISSUED ID IS REQUIRED
.....................................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
.....................................................
.....................................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
.....................................................
......... THANK YOU FOR USING CWTSATOTRAVEL ......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
*****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
.....................................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 *************
EXPERT WITNESS
ENVIRONMENTAL NATURAL RESOURCE DIVISION ENR
-------------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-------------------------------------------------
-------------------------------------------------
PLEASE VISIT WWW.CARLSONWAGONLIT.COM/AIRLINEBAGGAGEFEES
FOR INFORMATION ON FREE BAGGAGE ALLOWANCES AND/OR
APPLICABLE FEES FOR CARRY-ON AND CHECKED BAGGAGE
RELATED TO YOUR FLIGHT.
-------------------------------------------------

***DID YOU KNOW WE CAN ALSO BOOK YOUR HOTELS AND RENTAL CARS**

# Financial History Report

| **Case Name:** | U.S., ET AL. V. BP EXPLORATION & PRODUCTION INC; ANADARKO EXPLOR & PRODUCTION LP, ET AL (DEEPWATER HORIZON WELLHEAD) |
|---|---|

| | | | |
|---|---|---|---|
| **FCN:** | 13-53134 | **DJ Number:** | 90-5-1-1-10026 |
| **YREGDOC:** | M0153134 | **Contract Num:** | DJJ-13W-ENR01-0176 |
| **Funding Source:** | FEW | **Section:** | ENVIRONMENTAL ENFORCEMENT |
| **Cost Center:** | 3361960418 | **Attorney:** | ANDRE, ABIGAIL |
| **SOC** | 1157 | **Expert Name:** | Aaron A. Zick |
| **Obligated Amt:** | 170,000.00 | **Expert Company:** | Zick Technologies |
| **Total SOW:** | 170,000.00 | **Expertise:** | Petroleum Fluid Modeling |
| **X-Ref FCN:** | | **Expert Phone:** | |
| | | **Expert DUNS:** | |
| **RCN:** | | **POP Begin:** | 02/20/2013 |
| **Agency:** | | **POP End:** | 06/30/2018 |
| **City/State:** | | | |
| **Expiration_Date:** | | **Case Nickname:** | DEEPWATER GULF |

| Item | Appr Date | Code | Event | Obligation | Invoice/GTA | Interest | Total Cost | Balance |
|---|---|---|---|---|---|---|---|---|
| 1 | 02/20/2013 | FF | Original | | | | | |
| 2 | 06/19/2013 | | Invoice (2013-06-01E) | | | | | |
| 3 | 06/24/2013 | | GTA Adjustment | | | | | |
| 4 | 07/02/2013 | FF | Mod/Amdt. A | | | | | |
| 5 | 07/29/2013 | | GTA Adjustment | | | | | |
| 6 | 09/30/2013 | | GTA Adjustment | | | | | |
| 7 | 10/31/2013 | | GTA Adjustment | | | | | |
| 8 | 11/25/2013 | | GTA Adjustment | | | | | |
| 9 | 11/25/2013 | | GTA Credit | | | | | |
| 10 | 04/07/2014 | | Invoice | | | | | |

Witness Fees_538

(2014-03-15A)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 11 | 08/01/2014 | Invoice (2014-07-16A) | 0.00 | 6,600.79 | 0.00 | 6,600.79 | |

**Grand Total**



**ZICK TECHNOLOGIES**
PETROLEUM ENGINEERING
CONSULTING & SOFTWARE

RECEIVED
ENRD-EWU

July 16, 2014

JUL 16 2014

US DOJ – ENRD / Executive Office
Procurement, Expert Contracts Unit
P.O. Box 7611
Washington, DC 20044-7611

*Aaron Zick – Expert*

## INVOICE, 2014-07-16A

| Item | Amt (USD) |
|---|---|
| Travel Expenses, 6/11-6/14/2013 (see details on page 2) | 1263.12 |
| Travel Expenses, 6/24-6/30/2013 (see details on page 2) | 1583.57 |
| Non-Travel Expenses, 7/16-8/13/2013 (see details on page 3) | 174.90 |
| Travel Expenses, 9/15-9/18/2013 (see details on page 3) | 1266.34 |
| Travel Expenses, 10/2-10/11/2013 (see details on page 4) | 2312.86 |
| **Total Due, Current Invoice** | **6,600.79** |
| Contract Cumulative Amount Invoiced to Date | 115,051.69 |

*pay*

**Case Name:** U.S., et al. v. BP Exploration & Production Inc; Anadarko Exploration & Production LP, et al (Deepwater Horizon Wellhead)

| | |
|---|---|
| **DJ File Number:** | 90-5-1-1-10026 |
| **Selecting Attorney:** | Bethany Engel |
| **Contract/PO Number:** | DJJ-13W-ENR01-0176 |
| **Cost Center:** | 3361960418 |
| **YREGDOC:** | M0153134 |
| **Beginning Date:** | 2013/06/11 |
| **Ending Date:** | 2013/10/11 |

**Approved**

Johnnie R. Cusack
Contracting Officer
Date: 8-1-14

**Transfer Payment To:**

| | |
|---|---|
| Account Name: | Zick Technologies, Inc. |
| Tax ID Number (EIN): | 20-4049318 |
| Bank Name & Address: | Bank of America |
| | Tigard Office 2665 |
| | 11999 SW Pacific Highway |
| | Tigard, OR 97223 |
| Bank Routing Number: | 323070380 |
| Account Number | 004542463800 |

ENRD Reviewer / Contact
Marcella Chloe 514-1755
Date 08/01/14

Witness Fees_540

## Travel Expenses, June 11-14, 2013
### (copies of receipts attached)

| Date | Item | Amt (USD) |
|------|------|-----------|
| 06/06/13 | GTA travel, PDX-IAD-PDX, 6/11-6/14, $945.80 ($0.00 claimed) | 0.00 |
| 06/11/13 | POV transportation, home to PDX and return (38 miles @ $0.555/mile) | 21.09 |
| 06/11/13 | Airline baggage fee, PDX-IAD | 25.00 |
| 06/11/13 | Taxi, IAD to hotel | 70.00 |
| 06/11/13 | Meals and incidental expenses (75% of $71 per diem) | 53.25 |
| 06/12/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 06/13/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 06/14/13 | Courtyard Marriott hotel (3 nights, $224 per diem) | 672.00 |
| 06/14/13 | Courtyard Marriott hotel taxes | 97.44 |
| 06/14/13 | Taxi, hotel to IAD | 83.00 |
| 06/14/13 | Airline baggage fee, IAD-PDX | 25.00 |
| 06/14/13 | POV transportation, home to PDX and return (38 miles @ $0.555/mile) | 21.09 |
| 06/14/13 | Meals and incidental expenses (75% of $71 per diem) | 53.25 |
| **Total** | | **1,263.12** |

## Travel Expenses, June 24-30, 2013
### (copies of receipts attached)

| Date | Item | Amt (USD) |
|------|------|-----------|
| 06/20/13 | GTA travel, PDX-MSY-PDX, 6/24-6/30, $766.10 ($0.00 claimed) | 0.00 |
| 06/24/13 | Taxi, home to PDX | 54.00 |
| 06/24/13 | Airline baggage fee, PDX-MSY | 25.00 |
| 06/24/13 | Taxi, MSY to hotel | 40.00 |
| 06/24/13 | Meals and incidental expenses (75% of $71 per diem) | 53.25 |
| 06/25/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 06/26/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 06/27/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 06/28/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 06/29/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 06/30/13 | InterContinental Hotel (6 nights @ $124/night, $135 per diem) | 744.00 |
| 06/30/13 | InterContinental Hotel, taxes and fees (6 nights @ $17.73/night) | 106.38 |
| 06/30/13 | InterContinental Hotel, Internet access | 67.00 |
| 06/30/13 | Taxi, hotel to MSY | 39.60 |
| 06/30/13 | Airline baggage fee, MSY-PDX | 25.00 |
| 06/30/13 | POV transportation, home to PDX and return (38 miles @ $0.555/mile) | 21.09 |
| 06/30/13 | Meals and incidental expenses (75% of $71 per diem) | 53.25 |
| **Total** | | **1,583.57** |

39·60 +
21·09 +
60·69 =

## Travel Expenses, October 2-11, 2013
### (copies of receipts attached)

| Date | Item | Amt (USD) |
|------|------|-----------|
| 09/27/13 | GTA travel, PDX-MSY-PDX, 10/02-10/12, $561.60, adjusted to $365.80 for earlier return on 10/11 ($0.00 claimed) | 0.00 |
| 10/02/13 | POV transportation, home to PDX and return (38 miles @ $0.555/mile) | 21.09 |
| 10/02/13 | Airline baggage fee, PDX-MSY | 25.00 |
| 10/02/13 | Taxi, MSY to hotel | 39.60 |
| 10/02/13 | Meals and incidental expenses (75% of $71 per diem) | 53.25 |
| 10/03/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 10/04/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 10/05/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 10/06/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 10/07/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 10/08/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 10/09/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 10/10/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 10/11/13 | Country Inns & Suites hotel (9 nights, $140 per night) | 1260.00 |
| 10/11/13 | Country Inns & Suites, hotel taxes (9 nights @ 19.20/night) | 172.80 |
| 10/11/13 | Taxi, hotel to MSY | 33.00 |
| 10/11/13 | Airline baggage fee, MSY-PDX | 25.00 |
| 10/11/13 | Taxi, PDX to home | 61.87 |
| 10/11/13 | Meals and incidental expenses (75% of $71 per diem) | 53.25 |
| Total | | 2,312.86 |

0.00 *

21.09 +
33.00 +
61.07 +
115.96 *

0.00 *

## Non-Travel Expenses, July 16 to August 13, 2013
### (copies of receipts attached)

| Date | Item | Amt (USD) |
|---|---|---|
| 07/16/13 | OnePetro, SPE Manuscripts, Order 26761648 | 42.50 |
| 07/20/13 | OnePetro, SPE Manuscript, Order 26846479 | 10.00 |
| 08/06/13 | The UPS Store, deposition notarization | 20.00 |
| 08/13/13 | OnePetro, SPE Manuscripts, Order 27300417 | 18.50 |
| 08/13/13 | ScienceDirect, Elsevier Manuscript, Order DOC11037762 | 41.95 |
| 08/13/13 | ScienceDirect, Elsevier Manuscript, Order DOC11037778 | 41.95 |
| **Total** | | **174.90** |

## Travel Expenses, September 15-18, 2013
### (copies of receipts attached)

| Date | Item | Amt (USD) |
|---|---|---|
| 09/11/13 | GTA travel, PDX-IAD-PDX, 9/15-9/18, $776.70 ($0.00 claimed) | 0.00 |
| 09/15/13 | POV transportation, home to PDX and return (38 miles @ $0.555/mile) | 21.09 |
| 09/15/13 | Airline baggage fee, PDX-IAD | 25.00 |
| 09/15/13 | Taxi, IAD to hotel | 68.50 |
| 09/15/13 | Meals and incidental expenses (75% of $71 per diem) | 53.25 |
| 09/16/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 09/17/13 | Meals and incidental expenses ($71 per diem) | 71.00 |
| 09/18/13 | Hotel Monaco, Washington, DC (3 nights, $226 per diem) | 678.00 |
| 09/18/13 | Hotel Monaco, taxes and fees (3 nights @ $32.77/night) | 98.31 |
| 09/18/13 | Taxi, hotel to IAD | 80.85 |
| 09/18/13 | Airline baggage fee, IAD-PDX | 25.00 |
| 09/18/13 | POV transportation to PDX (38 miles @ $0.555/mile) | 21.09 |
| 09/18/13 | Meals and incidental expenses (75% of $71 per diem) | 53.25 |
| **Total** | | **1,266.34** |









## Trip on Jun 24, 2013

Locator: **JWYBBP**     Date: **Jun 20, 2013**

| | |
|---|---|
| Traveler | **AARON ALBERT ZICK** |
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 62 |

```
************************************
TVL AUTHORIZATION RCVD FROM JL IN CC SVCS-BY MI MARTINEZ
************************************
*TICKET PURCHASED WITH CBA CA556826..0636  *
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX.
*********************************************
FEES TOTALING 31.49PP CHARGED IN ADDITION TO TKT PRICE
FEE-USD31.49PP-AIR/AMTRAK DOMESTIC, TRADITIONAL
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.
*TICKET PURCHASE WITH CA.......0636*
*IN THE PRICING BOX
*********************************************
```

---

**Monday, June 24, 2013**                                    Confirmation **LHZG0Q**

 **Flight UNITED AIRLINES 1621**

| DEPARTURE | ARRIVAL |
|---|---|
| PORTLAND, OR | HOUSTON/INTERCONT,TX |
| 11:57 AM, Jun 24, 2013 | 6:09 PM, Jun 24, 2013 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 04:12 (Non-stop) |
| Equipment | 739 |
| Meal Service | Food For Purchase |
| Reserved Seats | 24B |
| Frequent Flyer | UAUVS45396 |
| Notes | ARR-TERMINAL C |

---

**Monday, June 24, 2013**                                    Confirmation **LHZG0Q**

**Flight UNITED AIRLINES 464**

| DEPARTURE | ARRIVAL |
|---|---|
| HOUSTON/INTERCONT,TX | NEW ORLEANS, LA |
| 7:17 PM, Jun 24, 2013 | 8:33 PM, Jun 24, 2013 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:16 (Non-stop) |
| Equipment | Airbus Industrie 320 |
| Meal Service | Refreshment |
| Reserved Seats | 35C |
| Frequent Flyer | UAUVS45396 |
| Notes | DEP-TERMINAL C |

---

**Monday, June 24, 2013**                                    Confirmation **60999036**



## Hotel INTERCONTINENTAL

**LOCATION**
444 ST CHARLES AVENUE
NEW ORLEANS, LA US 70130

**CONTACT**
Tel 1-504-525-5566
Fax 1-504-523-7310

| | |
|---|---|
| Reserved For | AARON ALBERT ZICK |
| Status | Confirmed |
| Check-In | Jun 24, 2013 |
| Check-Out | Jun 30, 2013 |
| Number of Rooms | 1 |
| Rate | USD 124.00/night |
| Cancellation Policy | Cancel by 6PM |
| Directions | LOUIS ARMSTRONG NEW ORLEANS INTL. AIRPORT |

## Sunday, June 30, 2013 ✓

Confirmation **LHZG0Q**

## ✈ Flight UNITED AIRLINES 5495

**DEPARTURE**
NEW ORLEANS, LA
8:25 AM, Jun 30, 2013

**ARRIVAL**
DENVER, CO
10:09 AM, Jun 30, 2013

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y ✓ |
| Duration | 02:44 (Non-stop) |
| Equipment | CRJ-700 Canadair Reg Jet |
| Meal Service | Food and Bev For Purchase |
| Frequent Flyer | UAUVS45396 |
| Notes | *MSY-DEN OPERATED BY /SKYWEST DBA UNITED EXPRESS |

## Sunday, June 30, 2013

Confirmation **LHZG0Q**

## ✈ Flight UNITED AIRLINES 1278

**DEPARTURE**
DENVER, CO
11:17 AM, Jun 30, 2013

**ARRIVAL**
PORTLAND, OR
12:55 PM, Jun 30, 2013

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y ✓ |
| Duration | 02:38 (Non-stop) |
| Equipment | Boeing 737-700 Jet |
| Meal Service | Food and Bev For Purchase |
| Reserved Seats | 28E |
| Frequent Flyer | UAUVS45396 |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| ZICK AARON ALBERT | 1134917/0167287700785/20JUN13 | USD 673.48 | 50.52US | 15.60ZP | 26.50XT | 766.10 |
| | | | | | **Total Amount** | **766.10** ✓ |

Form of Payment: CAXXXXXXXXXXXX0636

## GENERAL INFORMATION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*TO BOOK RESERVATIONS ONLINE PLEASE VISIT\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CWTSATOTRAVEL.COM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
.....................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
.....................................................
TRANSACTION FEES ARE NONREFUNDABLE
.....................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
.....................................................
GOVERNMENT ISSUED ID IS REQUIRED
.....................................................


# UNITED

## Baggage Receipt
Issue Date: June 29, 2013

| Traveler | Baggage Document | Ticket Number |
|---|---|---|
| ZICK/AARONALBERT | 01626019743294 | 01672877007852 |

### FLIGHT INFORMATION

| Day, Date | Flight | Departure City/Time | Arrival City/Time | Aircraft |
|---|---|---|---|---|
| Sun, 30JUN13 | UA5495 | NEW ORLEANS (MSY) 8:25 AM | DENVER (DEN) 10:09 AM | CRJ 700 |
| Sun, 30JUN13 | UA1278 | DENVER (DEN) 11:17 AM | PORTLAND, OR (PDX) 12:55 PM | 737-700 |

### FEE INFORMATION

| Description | Quantity | Fees |
|---|---|---|
| First Bag Fee | 1 | $25.00 |
| | **TOTAL FEES:** | **$25.00** ✓ |

**Method of Payment**
MasterCard XXXXXXXXXXXX5547

**Cardholder Name**
Aaron Albert Zick

### Excess Baggage Terms and Conditions

- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.

For up to the minute flight information, go to mobile.united.com.

Witness Fees_552



# INTERCONTINENTAL.

### NEW ORLEANS

**Mr Aaronalbert Zick**
**US**

| | |
|---|---|
| Folio No. | : **753626** |
| A/R Number | : |
| Group Code | : |
| Company | : **Sato Travel** |
| Membership No. | : |
| Invoice No. | : |

| | | |
|---|---|---|
| Room No. | : | **0629** |
| Arrival | : | **06-24-13** |
| Departure | : | **06-30-13** |
| Conf. No. | : | **60999036** |
| Booking # | : | |
| Page No. | : | **2 of 2** |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06-29-13 | Room City Tax | | 4.84 | |
| 06-30-13 | Mastercard | XXXXXXXXXXXX5547 | | 919.42 |
| | | **Total** | 919.42 | 919.42 |
| | | **Balance** | 0.00 | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liablity for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Witness Fees_553



# InterContinental.
## NEW ORLEANS

06-30-13

**Mr Aaronalbert Zick**
**US**

Folio No.        : **753626**
A/R Number   :
Group Code   :
Company        : **Sato Travel**
Membership No. :
Invoice No.     :

Room No.  : **0629**
Arrival       : **06-24-13**
Departure  : **06-30-13**
Conf. No.   : **60999036**
Booking #  :
Page No.   : **1 of 2**

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06-24-13 | Internet Access | 67.00 — | |
| 06-24-13 | Package Rate | 124.00 | |
| 06-24-13 | Room State Tax | 10.89 | |
| 06-24-13 | State/City Occupancy Fee | 2.00 | |
| 06-24-13 | Room City Tax | 4.84 | |
| 06-25-13 | Veranda - Gratuity    Line# 629 : CHECK# 0210434 | 2.04 — | |
| 06-25-13 | Package Rate | 124.00 | |
| 06-25-13 | Room State Tax | 10.89 | |
| 06-25-13 | State/City Occupancy Fee | 2.00 | |
| 06-25-13 | Room City Tax | 4.84 | |
| 06-26-13 | Package Rate | 124.00 | |
| 06-26-13 | Room State Tax | 10.89 | |
| 06-26-13 | State/City Occupancy Fee | 2.00 | |
| 06-26-13 | Room City Tax | 4.84 | |
| 06-27-13 | Package Rate | 124.00 | |
| 06-27-13 | Room State Tax | 10.89 | |
| 06-27-13 | State/City Occupancy Fee | 2.00 | |
| 06-27-13 | Room City Tax | 4.84 | |
| 06-28-13 | Package Rate | 124.00 | |
| 06-28-13 | Room State Tax | 10.89 | |
| 06-28-13 | State/City Occupancy Fee | 2.00 | |
| 06-28-13 | Room City Tax | 4.84 | |
| 06-29-13 | Package Rate | 124.00 | |
| 06-29-13 | Room State Tax | 10.89 | |
| 06-29-13 | State/City Occupancy Fee | 2.00 | |

```
   0•00  ≠
124•00  +
 10•89  +
  2•00  +
  4•84  +
141•73  ×
  2•00  =
243•45  T
```

444 St. Charles Avenue, New Orleans, LA 70130-3171 USA    Tel: (504) 525.5566   Fax: (504) 523.7310
http://new-orleans.intercontinental.com   neworleans@ihg.com

Witness Fees_554

# UNITED 

## Baggage Receipt
Issue Date: June 23, 2013

| **Traveler**<br>ZICK/AARONALBERT ✓ | **Baggage Document**<br>01626016347841 | **Ticket Number**<br>01672877007852 |

### FLIGHT INFORMATION

| Day, Date | Flight | Departure City/Time | Arrival City/Time | Aircraft |
|---|---|---|---|---|
| Mon, 24JUN13 | UA1621 | PORTLAND, OR (PDX)<br>11:57 AM | HOUSTON-BUSH INTL (IAH)<br>6:09 PM | 737-900 |
| Mon, 24JUN13 | UA464 | HOUSTON-BUSH INTL (IAH)<br>7:17 PM | NEW ORLEANS (MSY)<br>8:33 PM | A-320 |

### FEE INFORMATION

| Description | Quantity | Fees | |
|---|---|---|---|
| First Bag Fee | 1 | $25.00 | **Method of Payment**<br>MasterCard XXXXXXXXXXXX5547 |
| | | | **Cardholder Name**<br>Aaron Albert Zick |

**TOTAL FEES:** $25.00 ✓

---

### Excess Baggage Terms and Conditions
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.

For up to the minute flight information, go to mobile.united.com.

 **OnePetro**

# receipt

Print Page

**Order number:** 26761648

**Name:** Aaron Zick

**Date Purchased:** 16-Jul-2013

| ORG | DOCUMENT ID | TITLE | COST |
|-----|-------------|-------|------|
| SPE | 143612-MS | Reservoir Fluid Characterization and Application for Simulation Study | US $ 8.50 |
| SPE | 78483-MS | Fluid Characterisation for Gas Injection Study using Equilibrium Contact Mixing | US $ 8.50 |
| SPE | 148906-MS | C7+ Characterization of Heavy Oil Based on Crude Assay Data | US $ 8.50 |
| SPE | 135085-MS | Advanced Fluid Characterization of Pauto Complex, Colombia | US $ 8.50 |
| SPE | 109596-MS | Consistent Black-Oil PVT Table Modification | US $ 8.50 |

Subtotal: US $ 42.50

Estimated sales tax: (Texas addresses only)* US $ 0.00

**Total:** US $ 42.50

An email with a copy of this receipt and information on how to download your papers has been sent to **zick@zicktech.com**.
You will have 6 days to download your requested items.



# receipt

Print Page

**Order number:** 26846479

**Name:** Aaron Zick

**Date Purchased:** 20-Jul-2013

| ORG | DOCUMENT ID | TITLE | COST |
|-----|-------------|-------|------|
| SPE | 12233-PA | Characterizing Hydrocarbon Plus Fractions | US $ 10.00 |

|  |  |
|--|--|
| Subtotal: | US $ 10.00 |
| Estimated sales tax: (Texas addresses only)* | US $ 0.00 |
| Total: | US $ 10.00 |

An email with a copy of this receipt and information on how to download your papers has been sent to
**zick@zicktech.com.**
You will have 6 days to download your requested items.

The UPS Store #753
215 - SE Morrison St Ste 135
Portland, OR 97214
(503) 452-7340

06/06/19  06:29 PM

The UPS Store for all your
shipping and business needs.

|||||||||||||||||||||||||||||||||||||||||||||

00003 (011)            10 $ 20.00
Notary                 QTY 2
Reg Unit Price    $  10.00

                    Subtotal  $  20.00
                    Total  $  20.00  ✓

                    Master Card  $  20.00
ACCOUNT NUMBER +         ************PS
Appr Code:        Sale

Receipt ID 8234595200435086287/002 Items
CSH: DANIEL            Tran: 9719 Reg: 001

Whatever your business and personal
needs, we are here to serve you.

ENTER FOR A CHANCE TO
WIN $1000

We value your feedback
After please complete the customer
satisfaction survey located at:

www.theupsstore.com/survey

For official rules and terms and
conditions go to www.theupsstore.com
and click on the Customer Experience
survey link



# receipt

Print Page

**Order number:** 27300417
**Name:** Aaron Zick

Date Purchased: 13-Aug-2013

| ORG | DOCUMENT ID | TITLE | COST |
|---|---|---|---|
| PETSOC | 04-09-04 | The Corresponding States Viscosity Model Applied to Heavy Oil Systems | US $ 10.00 |
| SPE | 15493-MS | A Combined Condensing/Vaporizing Mechanism in the Displacement of Oil by Enriched Gases | US $ 8.50 |

Subtotal: US $ 18.50
Estimated sales tax: (Texas addresses only)* US $ 0.00
Total: US $ 18.50

An email with a copy of this receipt and information on how to download your papers has been sent to
**zick@zicktech.com.**
You will have 6 days to download your requested items.

Witness Fees_559

1 | Shopping cart    2 | Billing address    3 | Payment data    4 | Confirm    5 | Receipt / PDF link

## Receipt/PDF link

( View purchased article )

Thank you for using this service. Please print this receipt. You will receive this information by e-mail as well. EU customers: Please note that this is your tax invoice.

You can download these articles from your Purchased articles for 24 hours from purchase

### Your Order Confirmation number: DOC11037762 ✓

(1). An improved corresponding states model for the prediction of oil and gas viscosities and thermal conductivities
*Chemical Engineering Science, Volume 42, Issue 1, 1987, Pages 182-186*
Karen Schou Pedersen, Aage Fredenslund
US $41.95
Confirmation ID: DOC11037762-01
**View Article:**
📄 PDF (417 K) |

### Your billing information

**Billing address:**

Aaron Zick
6335 SW Dolph Drive
Portland, Oregon 97219
United States
zick@zicktech.com

**Name on Card:** Aaron Albert Zick
**Card type:** MasterCard
**Card number:** ****1983

| | |
|---|---|
| Subtotal: | $41.95 |
| BTW 0.0%: | $0.00 |
| **Total charged:** | **US $41.95** |

If you need to contact the Help desk regarding this online purchase, please provide the following order confirmation number: **DOC11037762**

August 13, 2013 - 9:19:33 AM EDT

This receipt will be sent to the e-mail address:zick@zicktech.com

The amounts shown above are in U.S. funds. If your local currency is not USD, the actual charge on your credit card statement may be higher or lower based upon the conversion rate.

Elsevier B.V.
Radarweg 29
1043 NX Amsterdam
The Netherlands

EU VAT Registration number NL005033019B01

About ScienceDirect
Information for advertisers

About Elsevier
Terms and conditions

Contact and support
Privacy policy



Elsevier B.V.

1 | Shopping cart    2 | Billing address    3 | Payment data    4 | Confirm    5 | Receipt / PDF link

## Receipt/PDF link

View purchased article

Thank you for using this service. Please print this receipt. You will receive this information by e-mail as well. EU customers: Please note that this is your tax invoice.

You can download these articles from your Purchased articles for 24 hours from purchase

### Your Order Confirmation number: DOC11037778

(1). **Viscosity of crude oils** Original Research Article
*Chemical Engineering Science, Volume 39, Issue 6, 1984, Pages 1011-1016*
Karen Schou Pedersen, Aage Fredenslund, Peter L. Christensen, Per Thomassen
US $41.95
Confirmation ID: DOC11037778-01
**View Article:**
PDF (523 K)  |

### Your billing information

**Billing address:**

Aaron Zick
6335 SW Dolph Drive
Portland, Oregon 97219
United States
zick@zicktech.com

**Name on Card:** Aaron Albert Zick
**Card type:** MasterCard
**Card number:** ****1983

| | |
|---|---|
| Subtotal: | $41.95 |
| BTW 0.0%: | $0.00 |
| **Total charged:** | **US $41.95** |

If you need to contact the Help desk regarding this online purchase, please provide the following order confirmation number: **DOC11037778**

August 13, 2013 - 9:26:47 AM EDT

This receipt will be sent to the e-mail address:zick@zicktech.com

The amounts shown above are in U.S. funds. If your local currency is not USD, the actual charge on your credit card statement may be higher or lower based upon the conversion rate.

Elsevier B.V.
Radarweg 29
1043 NX Amsterdam
The Netherlands

EU VAT Registration number NL005033019B01

Help

About ScienceDirect          About Elsevier          Contact and support
Information for advertisers    Terms and conditions    Privacy policy



ELSEVIER

Elsevier B.V.

Witness Fees_561



## Trip on Sep 15, 2013

Locator: **OCTGGA**     Date: **Sep 11, 2013**

| Traveler | **AARON A ZICK**  |
|---|---|
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 40 |

```
***********************************
TVL AUTHORIZATION RCVD FROM JL IN CC SVCS-BY MI MARTINEZ
***********************************
*TICKET PURCHASED WITH CBA CA556826..0636 *
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX.
**********************************************
*TICKET PURCHASE WITH CA.......0636*
*IN THE PRICING BOX
**********************************************
```

AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.

---

### Sunday, September 15, 2013

Confirmation **OXNY2S**

**Flight UNITED AIRLINES 1577**

| DEPARTURE | ARRIVAL |
|---|---|
| **PORTLAND, OR**  | **WASHINGTON/DULLES** |
| 7:54 AM, Sep 15, 2013 | 3:50 PM, Sep 15, 2013 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Q |
| Duration | 04:56 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Food For Purchase |
| Reserved Seats | 24B |
| Frequent Flyer | UAUVS45396 |

---

### Sunday, September 15, 2013

Confirmation **CIT4ARL**

**Hotel MONACO WASHINGTON DC KIMPTON**

| LOCATION | CONTACT |
|---|---|
| **700 F STREET NW** | Tel 1-202-6287177 |
| **WASHINGTON, DC US 20004** | Fax 1-202-6287277 |

| | |
|---|---|
| Reserved For | AARON A ZICK |
| Status | Confirmed |
| Check-In | Sep 15, 2013 |
| Check-Out | Sep 18, 2013 |
| Number of Rooms | 1 |
| Rate | USD 226.00/night |
| Cancellation Policy | Cancel by 4PM |
| Directions | REAGAN NATIONAL AIRPORT |

---

### Wednesday, September 18, 2013

Confirmation **OXNY2S**

**Flight UNITED AIRLINES 785**

| DEPARTURE | ARRIVAL |
|---|---|
| **WASHINGTON/DULLES** | **DENVER, CO**  |
| 8:31 AM, Sep 18, 2013 | 10:20 AM, Sep 18, 2013 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Q |

| Duration | 03:49 (Non-stop) |
| Equipment | Boeing 757 200 Series Jet |
| Meal Service | Food For Purchase |
| Reserved Seats | 39C |
| Frequent Flyer | UAUVS45396 |

## Wednesday, September 18, 2013

Confirmation **OXNY2S**

 **Flight UNITED AIRLINES 1414**

| DEPARTURE | ARRIVAL |
| **DENVER, CO** | **PORTLAND, OR** |
| 11:15 AM, Sep 18, 2013 | 12:59 PM, Sep 18, 2013 |

| Status | Confirmed |
| Class | Coach Class - Q |
| Duration | 02:44 (Non-stop) |
| Equipment | 739 |
| Meal Service | Food and Bev For Purchase |
| Reserved Seats | 34C |
| Frequent Flyer | UAUVS45396 |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|------|-------------------------|------|-------|-------|-------|-------|
| ZICK AARON A | 1172623/0167305433576/11SEP13 | USD 692.10 | 51.90US | 11.70ZP | 21.00XT | 776.70 |
| | | | | | **Total Amount** | **776.70** |

Form of Payment: CAXXXXXXXXXXXX0636

## GENERAL INFORMATION

```
****************************************************
******TO BOOK RESERVATIONS ONLINE PLEASE VISIT*******
***************CWTSATOTRAVEL.COM*******************
```
....................................................
CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED
....................................................
TRANSACTION FEES ARE NONREFUNDABLE
....................................................
UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS
....................................................
GOVERNMENT ISSUED ID IS REQUIRED
....................................................
FOR INFORMATION ON THE TSA SECURE FLIGHT PROGRAM
PLEASE GO TO WWW.TSA.GOV
....................................................

   TO VIEW ITINERARIES ONLINE PLEASE GO TO
...........*** WWW.VIRTUALLYTHERE.COM ***............
   ADD YOUR SABRE RESERVATION CODE, NAME, AND EMAIL IN
      THE APPROPRIATE BOXES AND ENTER.
....................................................

....................................................
...... DON*T FORGET TO CALL THE VACATION CENTER ......
.... AT 1-877-698-2554 TO BOOK YOUR NEXT VACATION....
.......... GO TO SATOVACATIONS.COM TODAY ........
...... AND SIGN UP FOR THE VACATION NEWSLETTER......
....................................................
........ THANK YOU FOR USING CWTSATOTRAVEL .......
......YOUR REFERENCE CODE IS *** SABRE OV4C ......
****************************************************
PLEASE CALL LOCAL OFFICE DURING NORMAL BUSINESS HOURS
TOLL FREE NUMBER 877-905-9644 MON-FRI 700A-800P CST
FOR AFTER HOURS EMERGENCY SERVICE IF TRAVEL IS WITHIN
24 HOURS CALL 1-877-905-9644 AND PRESS OPTION 1
....................................................
****IF INTERNATIONAL 800 NUMBER DOES NOT WORK PLEASE***
******* CALL COLLECT TO 210-877-3337 *************
```



Hotel Monaco Washington D.C.
700 F Street, NW - Washington D.C. 20004
Direct 202.628.7177 - Fax 202.628.7277
Reservations 800.649.1202
www.monaco-dc.com

A KIMPTON HOTEL

ZICK, AARON ALBERT

**Room Number:** 212
**Daily Rate:** 226.00
**Room Type:** QNDX
**No. of Guests:** 1 / 0

US

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 09/15/13 | 09/18/13 | XXXXXXXXXXXX1983 | XVU | ICNS | 11160401165 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 09/15/13 | 212 | ROOM CHARGE | #212 ZICK, AARON ALBERT | $226.00 |
| 09/15/13 | 212 | TAX - ROOM - STATE | TAX - ROOM - STATE | $32.77 |
| 09/16/13 | 212 | ROOM CHARGE | #212 ZICK, AARON ALBERT | $226.00 |
| 09/16/13 | 212 | TAX - ROOM - STATE | TAX - ROOM - STATE | $32.77 |
| 09/17/13 | 212 | ROOM CHARGE | #212 ZICK, AARON ALBERT | $226.00 |
| 09/17/13 | 212 | TAX - ROOM - STATE | TAX - ROOM - STATE | $32.77 |
| 09/18/13 | 212 | MASTERCARD | MASTERCARD | ($776.31) |

**TOTAL DUE:** $0.00

KIMPTON hotels & restaurants

800.KIMPTON • KIMPTONHOTELS.COM

Witness Fees_564

 **UNITED**

## Baggage Receipt

Issue Date: September 14, 2013

| **Traveler** | **Baggage Document** | **Ticket Number** |
|---|---|---|
| ZICK/AARONA | 01626060601734 | 01673054335761 |

### FLIGHT INFORMATION

| Day, Date | Flight | Departure City/Time | Arrival City/Time | Aircraft |
|---|---|---|---|---|
| Sun, 15SEP13 | UA1577 | PORTLAND, OR (PDX) 7:54 AM | WASHINGTON-DULLES (IAD) 3:50 PM | 737-800 |

### FEE INFORMATION

| Description | Quantity | Fees | Method of Payment |
|---|---|---|---|
| First Bag Fee | 1 | $25.00 | MasterCard XXXXXXXXXXXX1983 |

-----------------------------------------------------------------

**TOTAL FEES:** **$25.00** ✓

**Cardholder Name**
Aaron Albert Zick

---

### Excess Baggage Terms and Conditions

- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.

For up to the minute flight information, go to mobile.united.com.

Witness Fees_565

```
        HITCH
      CAB #JAMES
  PERSON #158 E621

    (202) 810-4482
    WASHINGTON, DC
    09/18/13 06:49

  DIST....  29.90
  FARE...$  68.05
  TIP....$  10.55
  EXTRAS.$   2.25

  TOTAL..$  80.85

  MASTER CARD
  XXXX1983
  MID 445100500997

  AUTH 045917

  SIGN HERE:
```


**UNITED**

## Baggage Receipt
Issue Date: September 17, 2013

| Traveler | Baggage Document | Ticket Number |
|---|---|---|
| ZICK/AARONA | 01626062018652 | 01673054335761 |

### FLIGHT INFORMATION

| Day, Date | Flight | Departure City/Time | Arrival City/Time | Aircraft |
|---|---|---|---|---|
| Wed, 18SEP13 | UA785 | WASHINGTON-DULLES (IAD)<br>8:31 AM | DENVER (DEN)<br>10:20 AM | 757-200 |
| Wed, 18SEP13 | UA1414 | DENVER (DEN)<br>11:15 AM | PORTLAND, OR (PDX)<br>12:59 PM | 737-900 |

### FEE INFORMATION

| Description | Quantity | Fees | |
|---|---|---|---|
| First Bag Fee | 1 | $25.00 | **Method of Payment**<br>MasterCard XXXXXXXXXXXX1983 |
| | | | **Cardholder Name**<br>Aaron Albert Zick |
| | **TOTAL FEES:** | $25.00 | |

---

### Excess Baggage Terms and Conditions

- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.

For up to the minute flight information, go to mobile.united.com.



## Trip on Oct 02, 2013

Locator: **JYTURY**    Date: **Sep 27, 2013**

| | |
|---|---|
| Traveler | **AARON ALBERT ZICK** |
| | **EXPERT WITNESS** |
| Customer Number | Q31294J |
| Agent | 62 |

```
************************************
TVL AUTHORIZATION RCVD FROM JL IN CC SVCS-BY MI MARTINEZ
************************************
*TICKET PURCHASED WITH CBA CA556826..0636 *
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX.
************************************
*TICKET PURCHASE WITH CA.......0636*
*IN THE PRICING BOX
************************************
```

AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.

---

### Wednesday, October 02, 2013

Confirmation **GTHSRQ**

 **Flight DELTA AIR LINES INC 1156**

| DEPARTURE | ARRIVAL |
|---|---|
| **PORTLAND, OR** | **ATLANTA, GA** |
| **6:25 AM, Oct 02, 2013** | **1:51 PM, Oct 02, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 04:26 (Non-stop) |
| Equipment | Boeing 757 |
| Meal Service | Food For Purchase |
| Reserved Seats | 29D (Aisle) |
| Frequent Flyer | DL6941820919 |
| Notes | ARR-SOUTH TERMINAL |

---

### Wednesday, October 02, 2013

Confirmation **GTHSRQ**

 **Flight DELTA AIR LINES INC 1293**

| DEPARTURE | ARRIVAL |
|---|---|
| **ATLANTA, GA** | **NEW ORLEANS, LA** |
| **3:05 PM, Oct 02, 2013** | **3:40 PM, Oct 02, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:35 (Non-stop) |
| Equipment | Boeing 757 |
| Meal Service | None |
| Reserved Seats | 29D (Aisle) |
| Frequent Flyer | DL6941820919 |
| Notes | DEP-SOUTH TERMINAL |

---

### Wednesday, October 02, 2013

Confirmation **DWNMWT3**

 **Hotel COUNTRY INN**

| LOCATION | CONTACT |
|---|---|
| **315 MAGAZINE STREET** | Tel 1-504-3245400 |
| **NEW ORLEANS, LA US 70130-2424** | Fax 1-504-3245439 |

| | |
|---|---|
| Reserved For | AARON ALBERT ZICK |
| Status | Confirmed |
| Check-In | Oct 02, 2013 |
| Check-Out | Oct 12, 2013 |
| Number of Rooms | 1 |
| Rate | USD 140.00/night |
| Cancellation Policy | Cancel by 4PM |
| Directions | DIRECTION TO THE PROPERTY FROM AIRPORT MSY - TAKE INTERSTATE 10 EAST TOWARD NEW ORLEANS. TAKE EXIT 234B ON THE LEFT TOWARD POYDRAS ST. SUPERDOME .2 MI TAKE A SLIGHT LEFT ONTO POYDRAS ST .8 MI. TURN LEFT ONTO CAMP ST. .1 MI. TURN RIGHT ONTO GRAVIER ST .1 MI. TURN RIGHT ONTO MAGAZINE ST. .1 MI. |

## Saturday, October 12, 2013
Confirmation **GTHSRQ**

 **Flight DELTA AIR LINES INC 2060**

| DEPARTURE | ARRIVAL |
|---|---|
| **NEW ORLEANS, LA** | **SALT LAKE CITY,UT** |
| **7:45 AM, Oct 12, 2013** | **10:29 AM, Oct 12, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 03:44 (Non-stop) |
| Equipment | Airbus Industrie 320 |
| Meal Service | Refreshment For Purchase |
| Reserved Seats | 20C (Aisle) |
| Frequent Flyer | DL6941820919 |
| Notes | ARR-TERMINAL UNIT 2 |

## Saturday, October 12, 2013
Confirmation **GTHSRQ**

 **Flight DELTA AIR LINES INC 1741**

| DEPARTURE | ARRIVAL |
|---|---|
| **SALT LAKE CITY,UT** | **PORTLAND, OR** |
| **11:35 AM, Oct 12, 2013** | **12:30 PM, Oct 12, 2013** |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - L |
| Duration | 01:55 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Refreshment For Purchase |
| Reserved Seats | 28F (Window) |
| Frequent Flyer | DL6941820919 |
| Notes | DEP-TERMINAL UNIT 2 |
| | PREFERRED SEAT UNAVAILABLE - WINDOW CONFIRMED |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| ZICK AARON ALBERT | 1182247/0067309157614/27SEP13 | USD 481.86 | 36.14US | 15.60ZP | 28.00XT | 561.60 |
| | | | | | **Total Amount** | **561.60** |

Form of Payment: CAXXXXXXXXXXXX0636

## GENERAL INFORMATION
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*TO BOOK RESERVATIONS ONLINE PLEASE VISIT\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*CWTSATOTRAVEL.COM\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONTRACT CARRIER CITY PAIR FARES DO NOT REQUIRE
ADVANCE PURCHASE. ALL OTHER FARES MAY REQUIRE ADVANCE
PURCHASE AND ARE NOT GUARANTEED UNTIL TICKETED

TRANSACTION FEES ARE NONREFUNDABLE

UNUSED PAPER TICKETS MUST BE RETURNED TO CWTSATOTRAVEL
CONTACT CWTSATOTRAVEL TO REFUND ELECTRONIC TICKETS

Witness Fees_569



**Carlson Wagonlit Travel** SatoTravel.

# Your Itinerary

## Trip on Oct 11, 2013

Locator: **JYTURY**   Date: Oct 10, 2013

| | |
|---|---|
| Traveler | **AARON ALBERT ZICK** |
| | EXPERT WITNESS |
| Customer Number | Q31294J |
| Agent | 62 |

```
************************************
TVL AUTHORIZATION RCVD FROM JL IN CC SVCS-BY MI MARTINEZ
************************************
*TICKET PURCHASED WITH CBA CA556826..0636  *
*THIS DOCUMENT BECOMES AN INVOICE WHEN THE PASSENGER
*NAME/INVOICE AND TICKET NUMBERS APPEAR
*IN THE PRICING BOX.
************************************************
*TICKET PURCHASE WITH CA.......0636*
*IN THE PRICING BOX
************************************************
AIR/RAIL TRANSPORTATION EXPENSES ON THIS ITINERARY
ARE BILLED TO A CENTRALLY BILLED ACCOUNT.
```

### Friday, October 11, 2013
Confirmation **GTHSRQ**

 **Flight DELTA AIR LINES INC 2060**

| DEPARTURE | ARRIVAL |
|---|---|
| **NEW ORLEANS, LA** | **SALT LAKE CITY,UT** |
| 7:45 AM, Oct 11, 2013 | 10:29 AM, Oct 11, 2013 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 03:44 (Non-stop) |
| Equipment | Airbus Industrie 320 |
| Meal Service | Refreshment For Purchase |
| Reserved Seats | 16E |
| Frequent Flyer | DL6941820919 |
| Notes | ARR-TERMINAL UNIT 2 |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

### Friday, October 11, 2013
Confirmation **GTHSRQ**

 **Flight DELTA AIR LINES INC 1741**

| DEPARTURE | ARRIVAL |
|---|---|
| **SALT LAKE CITY,UT** | **PORTLAND, OR** |
| 11:35 AM, Oct 11, 2013 | 12:33 PM, Oct 11, 2013 |

| | |
|---|---|
| Status | Confirmed |
| Class | Coach Class - Y |
| Duration | 01:58 (Non-stop) |
| Equipment | Boeing 737-800 |
| Meal Service | Refreshment For Purchase |
| Frequent Flyer | DL6941820919 |
| Notes | DEP-TERMINAL UNIT 2 |
| | SEAT ASSIGNMENT RESTRICTED TO AIRPORT CHECK-IN |

| Name | Invoice / Ticket / Date | Base | Tax 1 | Tax 2 | Tax 3 | Total |
|---|---|---|---|---|---|---|
| ZICK AARON ALBERT | L186007/0067312340773/10OCT13 | USD 320.00 | 24.00US | 7.80ZP | 14.00XT | 365.80 |
| | | | | | **Total Amount** | **365.80** |

Witness Fees_570

CHECK-IN RECEIPT

**Thank You For Choosing Delta.**
The following purchases have been processed.

**02 OCT 2013**          **PDX > MSY**                    Agent ID:AA/ATJ

Confirmation: GTHSRQ       Portland, OR  to New Orleans, LA      Place of Issue:

                                                             Issued Date:27 Sep 2013

# Aaronalbert Zick          **Flight Number:**   **Reference Number:**   **Payment:**        **Total:**

TICKET: 0067309157614

Baggage Fee              Multiple            0068226226250          CA**1983       $ 25 00 (USD) ✓

                                                                          $ 25 00 (USD)

**Paid  Tuesday October 01, 2013**

**Conditions Of Carriage**
Air transportation on Delta and the Delta connection carrier® is subject to Delta's condition of carriage . They include terms governing, for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring an action against us
- Our right to change terms of contract
- Check-in requirements and other rules establishing when we may refuse carriage
- Our rights and limits of our liability for delay or failure to perform service , including schedule changes, substitution of alternate air carriers or aircraft, and rerouting
- Our policy on overbooking flights , and your rights if we deny you boarding due to an oversold flight
- Purchased seats and Paid Upgrades are nonrefundable

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

Witness Fees_571



COUNTRY

Aaron Albert Zick
United States

Room No.      : 221
Arrival       : 10-02-13
Departure     : 10-11-13
Page No.      : 1 of 2
Folio No.     :
Conf. No.     : 2423861
Cashier No.   : 89

**INFORMATION INVOICE**

Membership No.  : GR   6015995735085250
A/R Number      :
Group Code      :
Company Name    : CWTSato

10-11-13   04:44:06 AM EST

| Date | Text | Charges | Credits |
|------|------|--------:|--------:|
| 10-02-13 | Room | 140.00 | |
| 10-02-13 | State Tax 9% | 12.60 | |
| 10-02-13 | City Tax 4% | 5.60 | |
| 10-02-13 | Occupancy Tax | 1.00 | |
| 10-03-13 | Room | 140.00 | |
| 10-03-13 | State Tax 9% | 12.60 | |
| 10-03-13 | City Tax 4% | 5.60 | |
| 10-03-13 | Occupancy Tax | 1.00 | |
| 10-04-13 | Room | 140.00 | |
| 10-04-13 | State Tax 9% | 12.60 | |
| 10-04-13 | City Tax 4% | 5.60 | |
| 10-04-13 | Occupancy Tax | 1.00 | |
| 10-05-13 | Room | 140.00 | |
| 10-05-13 | State Tax 9% | 12.60 | |
| 10-05-13 | City Tax 4% | 5.60 | |
| 10-05-13 | Occupancy Tax | 1.00 | |
| 10-06-13 | Room | 140.00 | |
| 10-06-13 | State Tax 9% | 12.60 | |
| 10-06-13 | City Tax 4% | 5.60 | |
| 10-06-13 | Occupancy Tax | 1.00 | |
| 10-07-13 | Room | 140.00 | |
| 10-07-13 | State Tax 9% | 12.60 | |
| 10-07-13 | City Tax 4% | 5.60 | |
| 10-07-13 | Occupancy Tax | 1.00 | |
| 10-08-13 | Room | 140.00 | |
| 10-08-13 | State Tax 9% | 12.60 | |
| 10-08-13 | City Tax 4% | 5.60 | |
| 10-08-13 | Occupancy Tax | 1.00 | |
| 10-09-13 | Room | 140.00 | |
| 10-09-13 | State Tax 9% | 12.60 | |
| 10-09-13 | City Tax 4% | 5.60 | |

Country Inn & Suites New Orleans French Quarter
315 Magazine Street
New Orleans, LA. 70130
Tel: (504) 324-5400 Fax: (504) 324-5439
Email: cx_nela@countryinns.com



# COUNTRY
INNS & SUITES

Aaron Albert Zick
United States

| | |
|---|---|
| Room No. | : 221 |
| Arrival | : 10-02-13 |
| Departure | : 10-11-13 |
| Page No. | : 2 of 2 |
| Folio No. | : |
| Conf. No. | : 2423861 |
| Cashier No. | : 89 |

**INFORMATION INVOICE**

| | | |
|---|---|---|
| Membership No. | : GR | 6015995735085250 |
| A/R Number | : | |
| Group Code | : | |
| Company Name | : CWTSato | |

10-11-13     04:44:06 AM EST

| Date | Text | Charges | Credits |
|---|---|---|---|
| 10-09-13 | Occupancy Tax | 1.00 | |
| 10-10-13 | Room | 140.00 | |
| 10-10-13 | State Tax 9% | 12.60 | |
| 10-10-13 | City Tax 4% | 5.60 | |
| 10-10-13 | Occupancy Tax | 1.00 | |
| 10-11-13 | Mastercard | | 1,432.80 |

| | **Total** | 1,432.80 | 1,432.80 |
|---|---|---|---|
| | **Balance** | | 0.00 |

Club Carlson: A faster way to a free night stay at over 1000 Carlson hotels worldwide.
Enroll and learn more at the front desk or at clubcarlson.com

**Thank You For Staying With Us**

I agree that my liability for this bill is not waived and agree to be held personally responsible in the event that the indicated person, company or association fails to pay for any portion or the full amount of these charges.

Guest Signature_____

Country Inn & Suites New Orleans French Quarter
315 Magazine Street
New Orleans, LA. 70130
Tel: (504) 324-5400  Fax: (504) 324-5439
Email: cx_nela@countryinns.com

Witness Fees_573

CHECK-IN RECEIPT

**Thank You For Choosing Delta.**
The following purchases have been processed.

**11 OCT 2013**       **MSY > PDX**                          Agent ID:AA/ATJ

Confirmation: GTHSRQ      New Orleans, LA  to Portland, OR      Place of Issue:

                                                              Issued Date:10 Oct 2013

**Aaronalbert**      **Flight Number:**   **Reference Number:**   **Payment:**   **Total:**
**Zick**

TICKET: 0067312340773

                                                                        $ 25 00 (USD)

**Baggage Fee**       Multiple            0068226742045          CA**1983

                                                                        $ 25 00 (USD)

**Paid  Thursday October 10, 2013**

**Conditions Of Carriage**
Air transportation on Delta and the Delta connection carrier® is subject to Delta's condition of carriage . They include terms governing, for example:

- Limits on our liability for personal injury or death of passengers, and for loss, damage or delay of goods and baggage.
- Claim restrictions including time periods within which you must file a claim or bring an action against us
- Our right to change terms of contract
- Check-in requirements and other rules establishing when we may refuse carriage
- Our rights and limits of our liability for delay or failure to perform service , including schedule changes, substitution of alternate air carriers or aircraft, and rerouting
- Our policy on overbooking flights , and your rights if we deny you boarding due to an oversold flight
- Purchased seats and Paid Upgrades are nonrefundable

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

Witness Fees_574

Travel Expenses, June 11-14, 2013

**POV**
```
   38 ·   ×
0 · 555   =
21 · 09   *

 0 · 00 G +

 0 · 00 G +
```

**Baggage**
```
 25 ·   ×
  1 ·   =
25 · 00   *

 0 · 00 G +
```

**Taxi**
```
 70 ·   ×
  1 ·   =
70 · 00   *

 0 · 00 G +
```

**Per Diem**
```
 53 · 25   +
 71 · 00   +
 71 · 00   +
 53 · 25   +
248 · 50 G +

  0 · 00 G +
```

**Hotel**
```
224 · 00   +
 32 · 48   +
224 · 00   +
 32 · 48   +
224 · 00   +
 32 · 48   +
769 · 44 G +

  0 · 00 G +
```

**Taxi**
```
 83 ·   ×
  1 ·   =
83 · 00   *

 0 · 00 G +
```

**Baggage**
```
 25 ·   ×
  1 ·   =
25 · 00   *

 0 · 00 G +
```

**POV**
```
   38 ·   ×
0 · 555   =
21 · 09   *

 0 · 00 G +

 0 · 00 G +
```

**Total**
```
   21 · 09   +
   25 · 00   +
   70 · 00   +
  248 · 50   +
  769 · 44   +
   83 · 00   +
   25 · 00   +
   21 · 09   +
1,263 · 12 G +

    0 · 00 G +
```

Witness Fees_575

Travel Expenses June 24-30, 2013

**Taxi**
```
  54 •  x
   1 •  =
  54 • 00 *

   0 • 00G +
```

**Hotel**
```
    6 •  x
  124 •  =
  744 • 00 *

  744 • 00 +
    6 •  x
   17 • 73 =
  106 • 38 *

  106 • 38 +
  850 • 38G +

    0 • 00G +
```

**Baggage**
```
    1 •  x
   25 •  =
   25 • 00 *

    0 • 00G +

    0 • 00G +

    0 • 00G +
```

**baggage**
```
   25 •  x
    1 •  =
   25 • 00 *

    0 • 00G +

    0 • 00G +
```

**POV**
```
   38 •  x
    0 • 555 =
   21 • 09 *

    0 • 00G +
```

**Internet**
```
   67 •  x
    1 •  =
   67 • 00 *

    0 • 00G +
```

**Taxi**
```
   40 •  x
    1 •  =
   40 • 00 *

    0 • 00G +
```

**Per Diem**
```
   53 • 25 +
   71 • 00 +
   71 • 00 +
   71 • 00 +
   71 • 00 +
   71 • 00 +
   53 • 25 +
  461 • 50G +

    0 • 00G +
```

**Taxi**
```
   39 • 60 x
    1 •  =
   39 • 60 *

    0 • 00G +

    0 • 00G +
```

**Total**
```
   54 • 00 +
   25 • 00 +
   40 • 00 +
  461 • 50 +
  850 • 38 +
   67 • 00 +
   39 • 60 +
   25 • 00 +
   21 • 09 +
1,583 • 57G +

    0 • 00G +
```

Witness Fees_576

# Non Travel Expenses July 16 to Aug 13, 2013

**Manuscripts**

```
  8·50  ×
  5·    =
 42·50  *

  0·00G +

  0·00G +
```

**Manuscript**

```
 41·95  ×
  1·    =
 41·95  *

  0·00G +

  0·00G +
```

**Total**

```
  42·50  +
  10·00  +
  20·00  +
  18·50  +
  41·95  +
  41·95  +
 174·90G +

   0·00G +
```

**Manuscript**

```
 10·   ×
  1·   =
 10·00 *

  0·00G +

  0·00G +
```

**Manuscript**

```
 41·95  ×
  1·    =
 41·95  *

  0·00G +

  0·00G +
```

**Notary**

```
 20·   ×
  1·   =
 20·00 *

  0·00G +

  0·00G +
```

**Manuscript**

```
 10·00  +
  8·50  +
 18·50G +

  0·00G +
```

Non Travel Expenses, July 16 to Aug 13, 2013

**POV**
```
    38 · x
 0 · 555 =
21 · 09 *

 0 · 00G +

 0 · 00G +
```

**Hotel**
```
   226 · x
     3 · =
 678 · 00 *

 678 · 00 +
  32 · 77 x
     3 · =
  98 · 31 *

  98 · 31 +
 776 · 31G +

   0 · 00G +
```

**POV**
```
    38 · x
 0 · 555 =
21 · 09 *

 0 · 00G +
```

**Baggage**
```
   25 · x
    1 · =
25 · 00 *

 0 · 00G +

 0 · 00G +
```

**Taxi**
```
   80 · 85 x
     1 · =
  80 · 85 *

   0 · 00G +

   0 · 00G +
```

**Total**
```
   21 · 09 +
   25 · 00 +
   68 · 50 +
  248 · 50 +
  776 · 31 +
   80 · 85 +
   25 · 00 +
   21 · 09 +
1 · 266 · 34G +

    0 · 00G +
```

**Taxi**
```
   68 · 50 x
    1 · =
68 · 50 *

 0 · 00G +

 0 · 00G +
```

**Per Diem**
```
 53 · 25 +
 71 · 00 +
 71 · 00 +
 53 · 25 +
248 · 50G +

  0 · 00G +
```

**Baggage**
```
   25 · x
    1 · =
25 · 00 *

 0 · 00G +

 0 · 00G +
```

# Travel Expenses, Oct. 2-11, 2013

**Mileage**

```
    38 .   ×
 0 . 555   =
21 . 09    *

 0 . 00G  +
```

**Baggage**

```
25 .    ×
 1 .    =
25 . 00 *

 0 . 00G +
```

**Hotel**

```
        9 .   ×
      140 .   =
1 , 260 . 00  *

1 , 260 . 00  +
        9 .   ×
       19 . 20 =
      172 . 80 *

      172 . 80  +
1 , 432 . 80G  +

      0 . 00G  +
```

**Taxi**

```
61 . 87  ×
     1 . =
61 . 87  *

 0 . 00G +
```

**Taxi**

```
39 . 60  ×
     1 . =
39 . 60  *

 0 . 00G +
```

**Taxi**

```
33 .    ×
 1 .    =
33 . 00 *

 0 . 00G +

 0 . 00G +
 0 . 00G +
```

**Total**

```
       21 . 09  +
       25 . 00  +
       39 . 60  +
      674 . 50  +
1 , 432 . 80  +
       33 . 00  +
       25 . 00  +
       61 . 87  +
2 , 312 . 86G  +

       0 . 00G  +
```

**Per Diem**

```
 53 . 25  +
 71 . 00  +
 71 . 00  +
 71 . 00  +
 71 . 00  +
 71 . 00  +
 71 . 00  +
 71 . 00  +
 71 . 00  +
 53 . 25  +
674 . 50G  +

  0 . 00G  +
```

**Baggage**

```
25 .    ×
 1 .    =
25 . 00 *

 0 . 00G +
```

Invoice Total

```
1,263.12  +
1,583.57  +
  174.90  +
1,266.34  +
2,312.86  +
6,600.79G +

    0.00G +
```

# RPI  RESEARCH ‑ LANNING, INC.

P.O. Box 328, Columbia, South Carolina, USA  29202  PH: (803) 256-7322  FAX: (803) 254-6445

## INVOICE #7977 ✓

22 August 2014 ✓

**Approved**

*Johnnie A. Cusack*
Contracting Officer
Date: 10-17-14

USDOJ/ENRD Expert Contracts Unit
P. O. Box 685
Washington, DC 20044-06854

RE:   **Contract/Purchase Order No.: DJJ-14L-ENR01-0255**
   **Effective Date: 06/19/14**
   **U. S. v. BP EXPLORATION, et al.**
   **File No.: 10-4536**
   **DJ File No.: 90-5-1-1-10026**
   **Requesting Official: Thomas Mariani, Deputy Ch**
   **YREGDOC N0134051/Cost Center 4B1595**
   **Period of Performance (for contract): 19 June 2014 – 30 September 2019**
   **Period of Performance (for this invoice): 20 June 2014 – 22 August 2014** ✓

|  | Current | Cumulative |
|---|---|---|
| Expert Salaries: | | |

Travel Expenses:
   Airfare                                       700.00 ✓
   Hotel/Per Diem                         106.50
   Ground Transportation              109.24  108.75 (MC) Reduced mileage fee
   Total Travel Expenses:                915.74          915.74
                                              915.25          915.25

Other Direct Costs:
   Miscellaneous Other Direct Costs        0.00
   Total Other Direct Costs:                        0.00          0.00

   **BALANCE DUE**

   Pay $

ENRD Reviewer / Contact
Marcella Chloe  514-1755
Date 10/03/14

Street Address: 1121 Park Street, Columbia, South Carolina, USA 29201  Witness Fees_581

*Please remit payment to*

*Research Planning, Inc.*
*EIN* ▮▮▮▮▮▮
*South Carolina Bank & Trust*
*Acct. #* ▮▮▮▮▮▮
*Routing* ▮▮▮▮▮▮

# RPI  RESEARCH PLANNING, INC.

P.O. Box 328, Columbia, South Carolina, USA  29202   PH: (803) 256-7322   FAX: (803) 254-6445

## INVOICE #7977 ✓

22 August 2014 ✓

Approved
*(signature)*
Johnnie A. Cusack
Contracting Officer
Date: 10-17-14

USDOJ/ENRD Expert Contracts Unit
P. O. Box 685
Washington, DC 20044-06854

RE:   Contract/Purchase Order No.: DJJ-14L-ENR01-0255
Effective Date: 06/19/14
U. S. v. BP EXPLORATION, et al.
File No.: 10-4536
DJ File No.: 90-5-1-1-10026
Requesting Official: Thomas Mariani, Deputy Ch
YREGDOC N0134051/Cost Center 4B1595
Period of Performance (for contract): 19 June 2014 – 30 September 2019
Period of Performance (for this invoice): 20 June 2014 – 22 August 2014 ✓

|  | Current | Cumulative |
|---|---|---|
| Salaries: *(Expert)* | | |
| To | | ✓ |

Travel Expenses:
Airfare                          700.00 ✓
Hotel/Per Diem                   106.50
Ground Transportation            ~~109.24~~ 108.75 (MC) Reduced mileage fee
Total Travel Expenses:           ~~915.74~~ 915.25   ~~915.74~~ 915.25

Other Direct Costs:
Miscellaneous Other Direct Costs    0.00
Total Other Direct Costs:            0.00        0.00

**BALANCE DUE**

Pay $ ▓▓▓▓

ENRD Reviewer / Contact
Marcella Chloe 514-1755
Date 10/03/14

*Please remit payment to*

*Research Planning, Inc.*
*EIN* ▮▮▮▮▮
*South Carolina Bank & Trust*
*Acct. #:* ▮▮▮▮
*Routing #* ▮▮▮▮▮▮

## Payroll Detail



|  |  |  |  |  | Fri 5/23 | Sat 5/24 | Research Planning Inc |
|---|---|---|---|---|---|---|---|
|  | Mon 5/26 | Tue 5/27 | Wed 5/28 | Thu 5/29 | Fri 5/30 | Sat 5/31 | 5/23/2014 thru 8/22/2014 Sun 6/1 |
|  | Mon 6/2 | Tue 6/3 | Wed 6/4 | Thu 6/5 | Fri 6/6 | Sat 6/7 | Sun 6/8 |
|  | Mon 6/9 | Tue 6/10 | Wed 6/11 | Thu 6/12 | Fri 6/13 | Sat 6/14 | Sun 6/15 |
|  | Mon 6/16 | Tue 6/17 | Wed 6/18 | Thu 6/19 | Fri 6/20 | Sat 6/21 | Sun 6/22 |
|  | Mon 6/23 Reg Salary 0150 JobNum 2219 HRS 1.50 | Tue 6/24 | Wed 6/25 | Thu 6/26 | Fri 6/27 | Sat 6/28 | Sun 6/29 |
|  | Mon 6/30 | Tue 7/1 | Wed 7/2 | Thu 7/3 | Fri 7/4 | Sat 7/5 | Sun 7/6 |
| Michel, Jacqu eline (19) D:Research Pla HOUR COUNT Reg Sal 40.00 TOTAL HRS 40.00 | Mon 7/7 | Tue 7/8 | Wed 7/9 | Thu 7/10 | Fri 7/11 | Sat 7/12 | Sun 7/13 |
|  | Mon 7/14 | Tue 7/15 | Wed 7/16 | Thu 7/17 | Fri 7/18 | Sat 7/19 | Sun 7/20 |
|  | Mon 7/21 | Tue 7/22 | Wed 7/23 | Thu 7/24 | Fri 7/25 | Sat 7/26 | Sun 7/27 |
|  | Mon 7/28 | Tue 7/29 | Wed 7/30 Reg Salary 0500 JobNum 2219 HRS 5.00 | Thu 7/31 Reg Salary 1000 JobNum 2219 HRS 10.00 | Fri 8/1 Reg Salary 1600 JobNum 2219 HRS 16.00 | Sat 8/2 | Sun 8/3 |
|  | Mon 8/4 | Tue 8/5 | Wed 8/6 | Thu 8/7 | Fri 8/8 | Sat 8/9 | Sun 8/10 |
|  | Mon 8/11 Reg Salary 0100 JobNum 2219 HRS 1.00 | Tue 8/12 Reg Salary 0400 JobNum 2219 HRS 4.00 | Wed 8/13 | Thu 8/14 | Fri 8/15 | Sat 8/16 | Sun 8/17 |
|  | Mon 8/18 | Tue 8/19 Reg Salary 0050 JobNum 2219 HRS 0.50 | Wed 8/20 | Thu 8/21 | Fri 8/22 Reg Salary 0200 JobNum 2219 HRS 2.00 |  |  |

→ 7 hrs deposition
9 hrs consultant

| Category | Total Hrs |
|---|---|
| Reg Salary | 40.00 |
| Grand Total | 40.00 |

PLEASE NOTE : 'Reg Salary' denotes time billed to a project or
overhead. It DOES NOT relate to varying rates
within a specific project. 'Reg Salary' is
time worked OTHER THAN vacation, personal or
Comp time.

That said, Dr. Michel worked 16 hrs on DOJ BP
on Aug 1, 7 hrs of which were considered
'Deposition' and billed at ▮▮▮▮▮

Witness Fees_585

**RPI** Research Planning, Inc.
Travel Expense Report

Job No/Name: #2219 DOJ BP
Purpose of Trip:

Employee Name:
Jacqui Michel

Depart:
Return: | 7/31/14 12:00 AM

Other Employees:

Travel Advance:
Cash:          Check:

| OUT OF POCKET EXPENSES | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DAY | Th | F | S | S | M | T | W | Th | F | Total Exp. |
| DATE | 7/31 | 8/1 | 8/2 | 8/3 | 8/4 | 8/5 | 8/6 | 8/7 | 8/8 | |
| LOCATION | DC | DC | | | | | | | | |
| Breakfast | | | | | | | | | | $0.00 |
| Lunch | $53.25 | $53.25 | | | | | | | | $106.50 ✓ |
| Dinner | | | | | | | | | | $0.00 |
| Air | $700.00 | | | | | | | | | $700.00 ✓ |
| Auto (Mileage @ $0.56) 11.8 | 6.6 | 6.6 | | | | | | | | $13.20 ✓ |
| Car Rental | | | | | | | | | | $0.00 |
| Lodging (free night because my original hotel was overbooked and they asked for volunteers to move to a different hotel for free) | | | | | | | | | | $0.00 |
| Taxis | $60.00 | | | | | | | | | $60.00 ✓ |
| Parking | | $32.00 | | | | | | | | $32.00 ✓ |
| Metro (office to airport) | | $3.55 | | | | | | | | $3.55 ✓ |
| | | | | | | | | | | $0.00 |
| | | | | | | | | | | $0.00 |
| | | | | | | | | | | $0.00 |
| | | | | | | | | | | $0.00 |
| | | | | | | | | | | $0.00 |
| | | | | | | | | | | $0.00 |
| TOTAL EXPENSE | $819.85 | $95.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $915.25 |

$915.25

| BILLED EXPENSES | | | | |
|---|---|---|---|---|
| Type | | Service | | |
| Air, Rental, Car, Etc. | From | To | To | Expense |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SUMMARY | |
|---|---|
| Total Out-Of-Pocket | $915.25 |
| Travel Advance | $0.00 |
| Net to be Reimbursed | 915.25 |
| Total Billed | $0.00 |
| Total Cost | $915.25 |

Employee's Signature
*Jacqui Michel*

Approval Signature

air  700.00
food  106.50
lodging  —o—
ground  108.75

13.20 + 60.00 + 32.00 + 3.55
mileage  taxis  parking  metro

# YOUR ITINERARY AND RECEIPT

## Receipt Summary

NEW ORLEANS, LA ▶ COLUMBIA, SC

▲ DELTA

### Passenger Information

JACQUELINE MICHEL
SkyMiles Number: ▇▇▇▇

Confirmation Number: GFS94E
Ticket Number: 0062185902705
Date Of Purchase: Jul 30, 2014

### Flight Information

| Date and Flight | Status | Class | Meals/Others | Seat/Cabin |
|---|---|---|---|---|
| MSY ▶ ATL THU 31JUL2014 DL 1119 | FLWN | K | | |
| ATL ▶ DCA THU 31JUL2014 DL 1838 | FLWN | K | | |
| DCA ▶ ATL FRI 01AUG2014 DL 1939 | FLWN | M | | |
| ATL ▶ CAE FRI 01AUG2014 EV 4948 | FLWN | M | | |

Check your flight information online at delta.com or call the Delta Flightline at 800.325.1999.

Baggage and check-in requirements vary by airport and airline, so please check with the operating carrier on your ticket.

Please review Delta's check-in requirements and baggage guidelines for details.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.

You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

For tips on flying safely with laptops, cell phones, and

*Key of Terms*
# - Arrival date different than departure date
** - Check-in required
*** - Multiple meals
*SS - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels / Beverages
D - Dinner
F - Food available for purchase
L - Lunch
LV - Departs
M - Movie
R - Refreshments,

Witness Fees_587

complimentary
S - Snack
T - Cold meal
V - Snacks for sale

other battery-powered devices, please visit
http://SafeTravel.dot.gov
Do you have comments about service? Please email us
to share them.

**Billing and Ticketing Information**
FARE DETAILS: MSY DL X/ATL Q27.91DL WAS299.53KA00A0GZ DL X/ATL Q27.91DL CAE293.95WA00A0UQ
USD649.30END ZPMSYATLDCAATL XF MSY4.5ATL4.5

| | | |
|---|---|---|
| Fare: | 649.30 USD |
| Taxes/Carrier-Imposed Fees: | 78.70 |
| **Total:** | **728.00 USD** |

Paid with American Express ending 1005

**Detailed Tax Information**

| | | |
|---|---|---|
| AY | 5.00 |
| US | 48.70 |
| XF | 9.00 |
| ZP | 16.00 |
| **Total:** | **78.70** |

**Balance Information**

| | |
|---|---|
| Fare Difference: | 457.67 USD |
| Taxes/Carrier-Imposed Fees | |
| Difference: | 42.33 USD |
| Service Charge: | 200.00 USD |
| **Balance Paid:** | **700.00 USD** ✓ |

**NON-REFUNDABLE / CHANGE FEE**
When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges
and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require
payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will
result in cancellation of your remaining reservation.

All Economy Comfort and Preferred seats are Nonrefundable.

Witness Fees_588

# KING CAB CO.
## ALEXANDRIA, VA.
## PH: 703-549-3530

FROM _Airport - DCA_

TO _DOJ_

DATE _7/31/2014_ FARES _$20.00_ ✓

DRIVER'S NAME _____ CAB# _____

Telephone: _____

Cab Co. _NOLA to airport_

### PASSENGER'S RECEIPT, TAXICAB FARE

Date _7/31/2014_ , 20 _14_

Amount of Fare $ _40_

Other Charges $ _—_

Total . . . . . . . . $ _48.00_ ✓

Driver's Name _____ Cab # _____

## Summary

| | |
|---|---|
| **Name:** | Ratzel,Arthur C. |
| **Status:** | Approved by Hazen,Michael W. on 10/22/12. |
| **Report #:** | 1 |
| **Activity #:** | T20121015 |
| **Travel Dates:** | 10/15/12 - 10/19/12 |
| **Personal Days:** | 0 |
| **Business Days:** | 5 |
| **Total Days:** | 5 |
| **Category:** | Other |
| **Description:** | Deepwater Horizon Depostions |
| **Travel Type:** | Domestic - Travel within the USA |
| **Total Cost:** | $ 1,499.70 |

### Itinerary

| Date/Day | Location |
|---|---|
| Mon 10/15/12 | New Orleans, LA |
| Tue 10/16/12 | New Orleans, LA |
| Wed 10/17/12 | New Orleans, LA |
| Thu 10/18/12 | New Orleans, LA |
| Fri 10/19/12 | New Orleans, LA |

## Expense Details

| | Mon 10/15 | Tue 10/16 | Wed 10/17 | Thu 10/18 | Fri 10/19 | Total |
|---|---|---|---|---|---|---|
| Airline Ticket | $547.70 | | | | | $547.70 |
| Parking | $3.00 | $3.00 | $3.00 | $3.00 | $3.00 | $15.00 |
| Taxi/Shuttle/Metro/Bus | $38.00 | | | | $38.00 | $76.00 |
| Pers. Car Mileage | $9.44 | | | | $2.78 | $12.22 |
| Lodging | $135.00 | $135.00 | $135.00 | $135.00 | | $540.00 |
| Lodging Tax | $18.55 | $18.55 | $18.55 | $18.55 | | $74.20 |
| Breakfast | $4.50 | $3.75 | $4.75 | $4.75 | $4.50 | $22.25 |
| Lunch | $7.50 | $10.00 | $7.50 | $7.50 | | $32.50 |
| Dinner | $20.75 | $54.00 | $39.50 | $52.63 | | $166.88 |
| Hotel Internet Connection | $12.95 | | | | | $12.95 |

| Project / Task | Expenditure Type | Amount |
|---|---|---|
| 95739 / 33 | TRAVEL | $ 1,499.70 |

---

**Checklist and Notes**

**10/16/2012 dinner expense appears high.**

Dinner site (Tommy's Cuisine)was selected by DOJ lawyers -- meals were pricey; did not include costs outside of standard fare - salad, entree (and my share of appetizers ordered for group)

**10/18/2012 dinner expense appears high.**

Dinner site (Commanders Palace)was selected by DOJ lawyers -- meals were pricey; did not include costs outside of standard fare - salad, entree, dessert and ice tea

**Did you use an SNL Designated Travel Agency (BCD or SWABIZ)?**

**Yes**

**Do you have an itinerary provided by the DTA to keep with your receipts as supporting documentation?**

**Yes**

**Did you use your Corporate Travel Card to purchase airfare, lodging and car rental?**

**Yes**

**Did you book your airfare at least 14 days or greater prior to departure?**

**Yes**

**Did you book a non-refundable airfare?**

**Yes**

**Do you expect your vouchered expenses to be reimbursed by a third party?**

**No**

**Do you have receipt(s) for all lodging?**

**Yes**

**Create Subsequent**          **Export as PDF**

For Content Questions: Treasury & Travel
For Technical Assistance: CCHD (505) 845-CCHD