IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | *<br>*<br>*<br>*<br>* | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All cases* | *<br>*<br>*<br>* | Judge Barbier<br><br>Magistrate Judge Shushan |

**MOTION OF BP, HALLIBURTON, AND TRANSOCEAN TO VOLUNTARILY DISMISS WITH PREJUDICE CROSS-CLAIMS BETWEEN BP AND HALLIBURTON AND BETWEEN BP AND TRANSOCEAN**

BP Exploration & Production Inc. ("BPXP") has entered into a settlement with Halliburton Energy Services, Inc. ("Halliburton"), and BPXP and BP America Production Company ("BPAP," and collectively with BPXP, "BP") have entered into a settlement with Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH (collectively "Transocean"). Therefore, BP, Halliburton, and Transocean now move to dismiss with prejudice the cross-claims between BP and Halliburton and between BP and Transocean as described in the remainder of this motion.

  **A. BP's Motion to Dismiss.**

Pursuant to Federal Rule of Civil Procedure 41(a), BP voluntarily moves to dismiss with prejudice the claims that BP has brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against Halliburton and Transocean, including the claims against Halliburton and Transocean in the (i) *BP Parties' Counter-Complaint, Cross-Complaint and Third Party Complaint Against Transocean and Claim in Limitation*, Rec. Doc. 2074, Case 2:10-md-02179-CJB-SS;; (ii) *BPXP's Cross-Claim and Third Party Complaint Against Transocean*, Rec. Doc. 2075, Case 2:10-md-02179-CJB-SS; (iii) *BP's Cross-Complaint and*

*Third-Party Complaint Against Halliburton*, Rec. Doc. 2082, Case 2:10-md-02179-CJB-SS; (iv) *BP's Third-Party Complaint Against Halliburton*, Rec. Doc. 2083, Case 2:10-md-02179-CJB-SS; (v) *Plaintiffs' Original Complaint* in *BP Exploration & Production Inc. et al. v. Halliburton Energy Services Inc.*, No. 4:11-cv-01526 (S.D. Tex. Apr. 20, 2011), transferred to MDL 2179 as case no. 2:11-cv-01054-CJB-SS; (vi) *BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc.'s Cross-Claim Against Halliburton Energy Services, Inc. and Cameron International Corporation,* in *Robert Young v. BP Exploration and Production Inc., et al.*, No. 2010-73622 (District Court for Harris County, Tex.), transferred to MDL 2179 as case no. 2:13-cv-05804-CJB-SS.

### B. Halliburton Motion to Dismiss.

Pursuant to Federal Rule of Civil Procedure 41(a), Halliburton voluntarily moves to dismiss with prejudice the claims that Halliburton has brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against BP, including the claims against BP in the (i) *Original Cross-Claims of Defendant Halliburton Energy Services Inc.*, Rec. Doc. 2086, Case 2:10-md-02179-CJB-SS; (ii) Original Petition, in *Halliburton Energy Services, Inc. v. BP Exploration and Production, Inc.*, No. 2011-23914 (Harris County, Tex.), transferred to MDL 2179 case no. 4:11-cv-01986-CJB-SS; and (iii) *Plaintiff Halliburton Energy Services, Inc.'s Original Petition*, No. 2011-52580, (Harris County, Tex.), transferred to MDL 2179 case no. 2:12-cv-00390-CJB-SS.

### C. Transocean Motion to Dismiss.

Pursuant to Federal Rule of Civil Procedure 41(a), Transocean voluntarily moves to dismiss with prejudice the claims that Transocean has brought, or could have brought, in the litigation arising out of the *Deepwater Horizon* incident against BP, including the claims against BP in the (i) *Petitioners' Rule 14(c) Third-Party Complaint*, Rec. Doc. 1320, Case 2:10-md-

02179-CJB-SS; (ii) *Transocean's Rule 13 Cross-Claims/Counter-claims*, Rec. Doc. 2068, Case 2:10-md-02179-CJB-SS; and (iii) *Transocean's Answer to BP Exploration & Production, Inc.'s Cross-Claim and Third Party Complaint [Dkt 2075] and Transocean's Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint*, Rec. Doc. 2574, Case 2:10-md-02179-CJB-SS.

WHEREFORE, BP respectfully moves to dismiss with prejudice all claims that BP has brought, or could have brought, against Halliburton and Transocean in the litigation arising out of the *Deepwater Horizon* incident, and Halliburton and Transocean respectfully move to dismiss with prejudice all claims that Halliburton and Transocean have brought, or could have brought, against BP in the litigation arising out of the *Deepwater Horizon* incident.

Date: February 10, 2016

Robert C. "Mike" Brock
F. Chad Morriss
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, DC 20005-5793
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Richard C. Godfrey, P.C.
J. Andrew Langan, P.C.
R. Chris Heck
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Respectfully submitted,

/s/ Don K. Haycraft
Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #I6984)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorneys for BP p.l.c., BP Exploration & Production Inc., and BP America Production Company*

3

| | |
|---|---|
| s/ Brad D. Brian<br>Brad D. Brian<br>Daniel B. Levin<br>MUNGER, TOLLES & OLSON LLP<br>355 So. Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Telephone:  (213) 683-9100<br>Facsimile:  (213) 683-5180 | s/  Steven L. Roberts<br>Steven L. Roberts<br>SUTHERLAND ASBILL & BRENNAN LLP<br>1001 Fannin Street, Suite 3700<br>Houston, Texas 77002<br>Telephone:  (713) 470-6100<br>Facsimile:  (713) 354-1301<br><br>s/  Kerry J. Miller<br>Kerry J. Miller<br>BAKER, DONELSON, BEARMAN, CALDWELL &<br>BERKOWITZ, PC<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170<br>Telephone:  (504) 566-8646<br>Facsimile:  (504) 585-6946<br><br>*Attorneys for Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH* |
| GODWIN PC<br><br>/s/  Donald E. Godwin<br>Donald E. Godwin<br>Attorney-in-charge<br>State Bar No. 08056500<br>DGodwin@GodwinLaw.com<br>Bruce W. Bowman, Jr.<br>State Bar No. 02752000<br>BBowman@GodwinLaw.com<br>Jenny L. Martinez<br>State Bar No. 24013109<br>JMartinez@GodwinLaw.com<br>Renaissance Tower<br>1201 Elm, Suite 1700<br>Dallas, Texas 75270-2041<br>Telephone: (214) 939-4400<br>Facsimile: (214) 760-7332 | and<br><br>R. Alan York<br>State Bar No. 22167500<br>AYork@GodwinLaw.com<br>Misty Hataway-Coné<br>State Bar No.  24032277<br>MCone@GodwinLaw.com<br>1331 Lamar, Suite 1665<br>Houston, Texas 77010<br>Telephone:  713.595.8300<br>Facsimile:  713.425.7594<br><br><br><br>*Attorneys for Halliburton Energy Services Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 10th day of February, 2016.

>*/s/ Don K. Haycraft*
> Don K. Haycraft