IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>*All Cases* | * * * | Judge Barbier<br><br>Magistrate Judge Shushan |

### ORDER GRANTING MOTION OF BP, HALLIBURTON, AND TRANSOCEAN TO VOLUNTARILY DISMISS WITH PREJUDICE CROSS-CLAIMS BETWEEN BP AND HALLIBURTON AND BETWEEN BP AND TRANSOCEAN

The Court has considered the Motion of BP, Halliburton, and Transocean to Voluntarily Dismiss With Prejudice Cross-Claims Between BP and Halliburton and Between BP and Transocean, and all responses and replies to that Motion.

The Court ORDERS that the Motion of BP, Halliburton, and Transocean to Voluntarily Dismiss With Prejudice Cross-Claims Between BP and Halliburton and Between BP and Transocean is GRANTED.

All claims brought, or that could have been brought, by BP against Halliburton and Transocean in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the claims against Halliburton and Transocean in the (i) *BP Parties' Counter-Complaint, Cross-Complaint and Third Party Complaint Against Transocean and Claim in Limitation*, Rec. Doc. 2074, Case 2:10-md-02179-CJB-SS; (ii) *BPXP's Cross-Claim and Third Party Complaint Against Transocean*, Rec. Doc. 2075, Case 2:10-md-02179-CJB-SS; (iii) *BP's Cross-Complaint and Third-Party Complaint Against Halliburton*, Rec. Doc. 2082, Case 2:10-md-02179-CJB-SS; (iv) *BP's Third-Party Complaint Against Halliburton*, Rec. Doc. 2083, Case 2:10-md-02179-CJB-SS; (v) *Plaintiffs' Original Complaint* in *BP Exploration*

*& Production Inc. et al. v. Halliburton Energy Services Inc.*, No. 4:11-cv-01526 (S.D. Tex. Apr. 20, 2011), transferred to MDL 2179 as case no. 2:11-cv-01054-CJB-SS; (vi) *BP Exploration & Production Inc., BP Products North America Inc., BP Corporation North America Inc.'s Cross-Claim Against Halliburton Energy Services, Inc. and Cameron International Corporation,* in *Robert Young v. BP Exploration and Production Inc., et al.*, No. 2010-73622 (District Court for Harris County, Tex.), transferred to MDL 2179 as case no. 2:13-cv-05804-CJB-SS.

All claims brought, or that could have been brought, by Halliburton against BP in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the claims against BP in the (i) *Original Cross-Claims of Defendant Halliburton Energy Services Inc.*, Rec. Doc. 2086, Case 2:10-md-02179-CJB-SS; (ii) Original Petition, in *Halliburton Energy Services, Inc. v. BP Exploration and Production, Inc.*, No. 2011-23914 (Harris County, Tex.), transferred to MDL 2179 case no. 4:11-cv-01986-CJB-SS; and (iii) *Plaintiff Halliburton Energy Services, Inc.'s Original Petition*, No. 2011-52580, (Harris County, Tex.), transferred to MDL 2179 case no. 2:12-cv-00390-CJB-SS..

All claims brought, or that could have been brought, by Transocean against BP in the litigation arising out of the *Deepwater Horizon* incident are dismissed and withdrawn with prejudice, including the claims against BP in the (i) *Petitioners' Rule 14(c) Third-Party Complaint*, Rec. Doc. 1320, Case 2:10-md-02179-CJB-SS; (ii) *Transocean's Rule 13 Cross-Claims/Counter-claims*, Rec. Doc. 2068, Case 2:10-md-02179-CJB-SS; and (iii) *Transocean's Answer to BP Exploration & Production, Inc.'s Cross-Claim and Third Party Complaint [Dkt 2075] and Transocean's Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint*, Rec. Doc. 2574, Case 2:10-md-02179-CJB-SS.

IT IS SO ORDERED

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
CARL J. BARBIER