UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | § § § § § | MDL No. 2179 SECTION: J JUDGE BARBIER |
| This document relates to: 10-2771, and All Cases | § § § | MAG. JUDGE SHUSHAN |

**DEFENDANTS HALLIBURTON ENERGY SERVICES INC., TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, AND TRITON ASSET LEASING GMBH'S JOINT MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Defendants Halliburton Energy Services, Inc. ("HESI"), and Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH (collectively "Transocean"), hereinafter collectively "Defendants", hereby move pursuant to Fed R. Civ. P. 41(a) to voluntarily dismiss the claims asserted by and between themselves, without prejudice, with each party to bear its own costs.

The claims presently existing between the parties include the following, filed in *In Re: Oil Spill*, 2:10-md-02179-CJB-SS, pending before the Eastern District of Louisiana:

1. Petitioners' Rule 14(c) Third-Party Complaint, filed February 18, 2011, Docket No. 1320.

2. Transocean's Rule 13 Cross-Claims/Counter-Claims, filed April 20, 2011, Docket No. 2068.

3. Original Cross-Claims of Defendant Halliburton Energy Services Inc., filed April 20, 2012, Docket No. 2086

4. Transocean's Answer to BP Exploration & Production, Inc.'s Cross-Claim and Third Party Complaint and Transocean's Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint, filed May 30, 2011, Docket No. 2574.

      5.      Transocean's First Amended Rule 13 Cross-Claims/Counterclaims and Rule 14 Third-Party Complaint, filed May 31, 2011, Docket No. 2585.

The claims presently existing between the parties also include the following, filed in *In Re: Triton Asset Leasing GmbH*, 2:10-CV-2771, pending before the Eastern District of Louisiana:

      1.      Halliburton Energy Services Inc.'s Answer to Petitioner's Complaint and Petition for Exoneration From Or Limitation of Liability and Original Claim in Limitation (Cross Claim) Against Petitioners, filed April 20, 2011, Docket No. 422

      2.      Original Cross-Claims of Defendant Halliburton Energy Services Inc., filed April 21, 2011, Docket No. 436

      3.      First Amended Cross-Claims of Defendant Halliburton Energy Services Inc., filed May 20, 2011, Docket No. 445

Defendants voluntarily agree to dismiss their claims against one another without prejudice, but reserve the right to reinstate those previously filed claims, even though they may otherwise be barred by the applicable statute of limitations, if: (1) BP Exploration & Production Co. ("BPXP") and/or BP America Production Co. ("BPAP") fail to satisfy their indemnity obligations for the *Deepwater Horizon* incident to HESI or Transocean; or (2) any party seeks to recover compensatory damages against either Transocean or HESI under a theory of joint and several liability, and BPXP and/or BPAP fail to satisfy that party's demand and/or judgment for compensatory damages; or (3) either HESI or Transocean attempt to bring any claim against the other arising from the *Deepwater Horizon* incident.

Respectfully submitted,

**GODWIN PC**

**By:** /s/ *Donald E. Godwin*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
DGodwin@GodwinLaw.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
BBowman@GodwinLaw.com
Jenny L. Martinez
State Bar No. 24013109
JMartinez@GodwinLaw.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: (214) 939-4400
Facsimile: (214) 760-7332

and

R. Alan York
State Bar No. 22167500
AYork@GodwinLaw.com
Misty Hataway-Coné
State Bar No. 24032277
MCone@GodwinLaw.com
1331 Lamar, Suite 1665
Houston, Texas 77010
Telephone: 713.595.8300
Facsimile: 713.425.7594

**ATTORNEYS FOR DEFENDANT
HALLIBURTON ENERGY SERVICES, INC.**

  /s/ Brad D. Brian
Brad D. Brian
Daniel B. Levin
MUNGER TOLLES & OLSON LLP
355 So. Grand Avenue, 35th Floor
Los Angeles, CA 90071
Tel: (213) 683-9100
Fax: (213) 683-5180
Email: brad.brian@mto.com
       daniel.levin@mto.com

  /s/ Steven L. Roberts
Steven L. Roberts
SUTHERLAND ASBILL & BRENNAN LLP
1001 Fannin Street, Suite 3700
Houston, Texas 77002
Tel: (713) 470-6100
Fax: (713) 354-1301
Email: steven.roberts@sutherland.com

  /s/ Kerry J. Miller
Kerry J. Miller
BAKER, DONELSON, BEARMAN, CALDWELL &
BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Tel: (504) 566-8646
Fax: (504) 585-6946
Email: kjmiller@bakerdonelson.com

**ATTORNEYS FOR TRANSOCEAN OFFSHORE DEEPWATER DRILLING INC., TRANSOCEAN DEEPWATER INC., TRANSOCEAN HOLDINGS LLC, AND TRITON ASSET LEASING GmbH.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Voluntary Motion for Dismissal Without Prejudice has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2179, on this 10th day of February, 2016.

/s/ Kerry J. Miller
Kerry J. Miller