**UNITED STATES DISTRICT OF COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | § | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | § | |
| GULF OF MEXICO, | § | SECTION:  J |
| on APRIL 20, 2010 | § | |
| | § | JUDGE BARBIER |
| This document relates to:  10-2771, and All | § | |
| Cases | § | MAG. JUDGE SHUSHAN |
| | § | |

**ORDER GRANTING JOINT MOTION OF HALLIBURTON AND TRANSOCEAN TO VOLUNTARY DISMISS CLAIMS WITHOUT PREJUDICE**

Having considered Defendants Halliburton Energy Services, Inc., Transocean Offshore Deepwater Drilling Inc., Transocean Deepwater Inc., Transocean Holdings LLC, and Triton Asset Leasing GmbH's Joint Motion for Voluntary Dismissal Without Prejudice, the Court ORDERS that the Motion is GRANTED.

All claims existing between Halliburton and Transocean in the litigation, including the claims set forth in the Joint Motion are  dismissed without prejudice.

The parties may reinstate such previously filed claims, even though they may otherwise be barred by the applicable statute of limitations, if: (1) BP Exploration & Production Co. ("BPXP") and/or BP America Production Co. ("BPAP") fail to satisfy their indemnity obligations for the *Deepwater Horizon* incident to HESI or Transocean; or (2) any party seeks to recover compensatory damages against either Transocean or HESI under a theory of joint and several liability, and BPXP and/or BPAP fail to satisfy that party's demand and/or judgment for compensatory damages; or (3) either HESI or Transocean attempt to bring any claim against the other arising from the *Deepwater Horizon* incident.

IT IS SO ORDERED.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
CARL J. BARBIER