# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[OPA Test Cases – Conference on Wednesday, February 10, 2016]**

1. **Bisso**.

Previously it was reported that Elizabeth Brumley's deposition will be on March 11, 2016 in Houston and Mr. Loeb will be subpoenaed for his deposition in Dallas.

2. **Wadleigh and Blake Document Production**.

Blake should complete its document production by February 12, 2016. It will also produce final privilege logs. Wadleigh produced an additional 88 documents, including monthly financial documents. As promptly as possible, Wadleigh and Blake shall issue final certifications that document production, including privilege logs, is complete. Thereafter BP shall report on its review of the productions.

3. **Wadleigh and Blake Interrogatory Responses**.

The deadline for Wadleigh and Blake to respond to BP's February 8, 2016 letter brief on their interrogatory responses is **Monday, February 15, 2016, at 9:00 a.m**.

---

[1] The OPA Causation Test Cases are:

Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

4. **Wadleigh and Blake Depositions**.

At the February 17, 2016 conference the parties shall report on the status of the Wadleigh and Blake depositions.

5. **Stipulations**.

BP anticipates responding to plaintiffs' proposed stipulations by Monday, February 15.

6. **BP Depositions**.

A meet-and-confer on plaintiffs' Rule 30(b)(6) notice for BP is set. If the Rule 30(b)(6) topics cannot be resolved, BP shall submit a letter brief (no longer than three pages double spaced) to the Court within two (2) days of the conclusion of the meet and confer period. Within five (5) days of BP's submission, the PSC will respond by letter brief (same restrictions).

7. **Expert Discovery**.

On January 29, 2016, the plaintiffs produced three declarations from Harold Asher and five declarations from other experts. Depositions of the experts other than Mr. Asher shall be completed by **Friday, February 19, 2016**. If the plaintiffs determine that an expert is not required for the motion for summary judgment, the expert will not be deposed.

The plaintiffs reported that Harold Asher remains scheduled to testify in Michigan. Mr. Asher's deposition may be delayed to March 1, 2 or 3. If it is delayed, the report or declaration of BP's expert responding to Mr. Asher will be delayed to March 11, 2016. The deadline for the PSC's deposition of the BP expert responding to Mr. Asher remains March 21, 2016. It will not be delayed.

For any expert relied upon by BPXP necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, March 4, 2016**. Depositions of any such experts shall be completed by **Monday, March 21, 2016**.

This will complete expert discovery relevant to the cross-motions prior to their filing.

8. **Prior Motions**.

The PSC's renewed motion to strike affirmative defenses and BP's motion to dismiss the Moratoria claims are briefed and under submission. Rec. docs. 15655, 15663, 15702, 15704, 15705, 15752 and 15778.   The Court will notify the parties if oral argument will be granted.

9. **Cross-Motions for Summary Judgment**.

**Monday, April 4, 2016,** file cross-motions for summary judgment.

**Monday, April 25, 2016**, file opposition briefs.

**Friday, May 13, 2016**, file reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

**Opening and opposition briefs will be limited to no more than 40 pages.[2]   Reply briefs will be limited to no more than 25 pages.**

10. **Next Conference**.

The next telephone status conference is on **Wednesday, February 17, 2016 at 8:45 a.m.**

New Orleans, Louisiana, this 11th day of February, 2016.

SALLY SHUSHAN
United States Magistrate Judge

---

[2] Double-spaced with 12pt. font.

3