IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| | * | Honorable CARL J. BARBIER |
| This document relates to:<br>No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | *<br>*<br>*<br>*<br>*<br>* | Magistrate Judge SHUSHAN |

## NOTICE OF FILING OF SUPPLEMENTATION OF DISTRICT COURT RECORD

**PLEASE TAKE NOTICE** that BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. (collectively "BP") hereby file into the record a declaration of Jeffrey Bossert Clark and correspondence to and from counsel for BP and Patrick Hron of the Office of the Appeals Coordinator for the *Deepwater Horizon* Court Supervised Settlement Program in response to BP's request for access to the claims file of the Andry Law Firm L.L.C., for the specific purpose of designating materials from that file as part of the record on appeal and for the more general purpose of defending this appeal as substitute appellee. The cover e-mail forwarding this correspondence to opposing counsel for the Andry Law Firm, which was sent to Mr. Stephen M. Gelé, is also part of Exhibit A. BP submits this correspondence intending it to become part of the appellate record designation as to Case Number 16-30063 in the United States Court of Appeal for the Fifth Circuit.

Date: February 11, 2016

                                        Respectfully submitted,

                                        /s/ Don K. Haycraft

| | |
|---|---|
| Richard C. Godfrey, P.C. | Don K. Haycraft (#14361) |
| Wendy L. Bloom | Devin C. Reid (#32645) |
| KIRKLAND & ELLIS LLP | LISKOW & LEWIS |
| 300 North LaSalle | 701 Poydras Street, Suite 5000 |
| Chicago, IL 60654 | New Orleans, LA 70139 |
| Telephone: (312) 862-2000 | Telephone: (504) 556-4128 |
| Facsimile: (312) 862-2200 | Facsimile: (504) 556-4108 |
| richard.godfrey@kirkland.com | dkhaycraft@liskow.com |
| wendy.bloom@kirkland.com | dcreid@liskow.com |
| | |
| Jeffrey Bossert Clark | Daniel Cantor |
| KIRKLAND & ELLIS LLP | Sarah E. Warlick |
| 655 Fifteenth Street, N.W. | ARNOLD & PORTER LLP |
| Washington, DC 20005 | 555 Twelfth Street, N.W. |
| Telephone: (202) 879-5000 | Washington, DC 20004 |
| Facsimile: (202) 879-5200 | Telephone: (202) 942-5000 |
| jeffrey.clark@kirkland.com | Facsimile: (202) 942-5999 |
| zachary.byer@kirkland.com | daniel.cantor@aporter.com |
| | sarah.warlick@aporter.com |

*Attorneys-in-Charge for BP Exploration & Production Incorporated,*
*BP America Production Company, and BP P.L.C.*

- -

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2016.

                                      /s/ Don K. Haycraft

-