## DECLARATION OF JEFFREY BOSSERT CLARK

I, Jeffrey Bossert Clark, declare as follows:

1. I am over twenty-one years of age and make this Declaration based on my own personal knowledge.

2. I am a partner of the law firm of Kirkland & Ellis LLP, and one of the counsel for BP Exploration & Production Inc., BP America Production Company, and BP p.l.c. in these proceedings.

3. I am submitting this Declaration to be designated as part of the record on appeal in Case Number 16-30063 in the United States Court of Appeal for the Fifth Circuit.

4. Attached hereto as Exhibit A is a true and correct copy of electronic correspondence to and from Patrick Hron of the Office of the Appeals Coordinator for the *Deepwater Horizon* Court Supervised Settlement Program in response to BP's request for access to the claims file of the Andry Law Firm L.L.C. for the specific purpose of designating materials from that file as part of the record on appeal and for the more general purpose of defending this appeal as substitute appellee. The cover e-mail forwarding this correspondence to opposing counsel for The Andry Law Firm, which I sent to Mr. Stephen M. Gelé, is also part of Exhibit A.

5. I make this Declaration under penalties of perjury pursuant to 28 U.S.C. § 1746, and I state that the facts set forth herein are true.

Jeffrey Bossert Clark