# Clark, Jeffrey Bossert

| | |
|---|---|
| **From:** | Clark, Jeffrey Bossert |
| **Sent:** | Thursday, February 11, 2016 12:41 AM |
| **To:** | sgele@smithfawer.com |
| **Cc:** | J. David Forsyth; 'Rick Stanley'; 'Patrick Hron'; *dcreid@liskow.com |
| **Subject:** | RE: 5th Circuit Case Number 16-30063 - Andry Law Firm Appeal |

Mr. Gelé,

Devin Reid and I represent the BP parties to the Economic Settlement. Please see our correspondence with representatives of the CSSP below. We intend to file the email below into MDL 2179 tomorrow and request that it be made part of the February 11, 2016 joint record designations.

Jeff Clark

---

**From:** Patrick Hron [mailto:phron@dheclaims.com]
**Sent:** Wednesday, February 10, 2016 3:56 PM
**To:** Clark, Jeffrey Bossert; *dcreid@liskow.com
**Cc:** J. David Forsyth; 'Rick Stanley'
**Subject:** RE: 5th Circuit Case Number 16-30063 - Andry Law Firm Appeal

Good afternoon, Mr. Clark and Mr. Reid,

Section 4.4.14 provides in part that "BP and Class Counsel shall not have access to any Claim Files for Claims that are being processed and have not yet been resolved in the Settlement Program…" The Andry Law Firm claim at issue is still being processed by the Settlement Program under Policy 495 pursuant to the Court's order of May 28, 2014 (Rec. Doc. 12948). As such, the Settlement Program has not yet resolved this claim. For this reason, we believe it would be premature to grant BP access to this Claim File at this time under Section 4.4.14 of the Settlement Agreement as interpreted and understood by our office following consideration by the District Court (Rec. Docs. 12591 and 13000) as well as the Fifth Circuit Court of Appeals (In re Deepwater Horizon, 793 F. 3d 479 (5th Cir. 2015)).

Sincerely,

Patrick Hron
Office of the Appeals Coordinator

---

**From:** Clark, Jeffrey Bossert [mailto:jclark@kirkland.com]
**Sent:** Wednesday, February 10, 2016 10:57 AM
**To:** Patrick Hron <phron@dheclaims.com>; J. David Forsyth <dforsyth@sessions-law.com>; 'Rick Stanley' <rcs@stanleyreuter.com>
**Cc:** *dcreid@liskow.com <dcreid@liskow.com>
**Subject:** 5th Circuit Case Number 16-30063 - Andry Law Firm Appeal

Messrs. Hron, Forsyth, and Stanley,

1

As you know, Mr. Stanley requested that the relevant BP entities that are parties to the Economic Settlement agree to substitute themselves for the Claims Administrator and/or CSSP as the proper appellees in this appeal filed by the Andry Law Firm.  BP has agreed to do so, and your motion, which we support, is on file seeking that relief from the Fifth Circuit.

Accordingly, Devin Reid and I write to request that BP be given access to the pre-determination claims file materials relating to the Andry Law Firm pursuant to Section 4.4.14 of the Settlement Agreement so that BP can defend this appeal in the Fifth Circuit, notwithstanding the Court's orders of March 25, 2014 (Rec. Doc. 12591) and June 6, 2014 (Rec. Doc. 13000) or any related CSSP policies.  Relatedly, we also wish to access these materials for purposes of making the appropriate record designations under the governing Fifth Circuit process.

Please let me know as soon as you can whether you can grant us access to those materials through the CSSP Portal.  Thank you.

Jeff Clark
Counsel for BP


**Jeffrey Bossert Clark**

**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W., Washington, D.C. 20005
**T** +1 202 879 5960  **M** +1 202 257 3610
**F** +1 202 879 5200

**jclark@kirkland.com**

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.