IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br><br>No. 12-970, Bon Secour Fisheries, Inc., et al., v. BP Exploration & Production Inc. et al. | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**JOINT DESIGNATIONS OF RECORD ON APPEAL**
<u>**IN FIFTH CIRCUIT CASE NO. 16- 30063**</u>

/s/ Stephen M. Gelé
Randall A. Smith, T.A., 2117
Stephen M. Gelé, 22385
SMITH & FAWER, LLC
201 St. Charles Avenue, Suite 3702
New Orleans, Louisiana 70170
Telephone:  (504) 525-2200
Facsimile:   (504) 525-2205

Attorneys for The Andry Law Firm, L.L.C.

/s/ Richard C. Stanley
Richard C. Stanley, 8487
Bryan C. Reuter, 23910
STANLEY, REUTER, ROSS, THORNTON & ALFORD, L.L.C.
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone:  (504) 523-1580
Facsimile:   (504) 524-0069

Attorneys for Patrick A. Juneau, in his capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program

MDL 2179 Docket Entries

      The parties jointly designate the following record entries, including all attachments and exhibits. Patrick A. Juneau, in his capacity as Claims Administrator and Trustee of the *Deepwater Horizon* Court-Supervised Settlement Program, appears solely for the purpose of complying with the January 28, 2016 Order issued by the U.S. Court of Appeals for the Fifth Circuit requesting that the parties designate portions of the record relevant to the pending appeal. Mr. Juneau has filed a motion in the Fifth Circuit, which is currently pending, seeking to be dismissed from the appeal and to have the BP entities substituted as appellees.

| Case No. | Doc. No. | Date Filed | Name of Document |
|---|---|---|---|
| 2:10-md-2179 | 6276 | 04/18/2012 | NOTICE of Filing of Economic and Property Damages Settlement Agreement by Plaintiffs and BP Exploration & Production Inc., BP America Production Company re [6266] Joint MOTION *for Settlement for Economic and Property Damage/Preliminary Approval*. (Attachments: # (1) Exhibit DWH Economic and Property Damages Settlement Agreement, # (2) Exhibit List, # (3) Exhibit 1A (Map of Economic Loss Zones), # (4) Exhibit 1B (Geographic Definition of Zones), # (5) Exhibit 1C (Zone Classifications and Implementation), # (6) Exhibit 2 (Tourism Definitions), # (7) Exhibit 3 (Seafood Distribution Claim Definitions), # (8) Exhibit 4A (Documentation Requirements for Business Economic Loss Claims), # (9) Exhibit 4B (Causation Requirements for Business Economic Loss Claims), # (10) Exhibit 4C (Compensation Framework for Business Economic Loss Claims), # (11) Exhibit 4D (Attachment A - Compensation Framework for Business Economic Loss Claims - Fixed and Variable Claims), # (12) Exhibit 4E (Addendum to Compensation for Business Economic Loss Claims - Compensation for Spill-Related Cancellations), # (13) Exhibit 5 (Compensation for Multi-Facility Businesses), # (14) Exhibit 6 (Failed Business Compensation Framework), # (15) Exhibit 7 (Framework for Start-Up Business Claims), # (16) Exhibit 8A (Framework for Individual Economic Loss Claims), # (17) Exhibit 8B (Individual Economic Loss Claims Examples), # (18) Exhibit 8C (Addendum Regarding Compensation Related to a Claimants Loss of Employment Related Benefits Income as a Result of the DWH Spill), # (19) Exhibit 8D (Addendum to Individual Framework), # (20) Exhibit 8E (Addendum Regarding Interviews of Claimants Alleging Individual Economic Loss and Other Individuals Providing Sworn Statements |

1

| | | | |
|---|---|---|---|
| | | | in Support of Such Claim), # (21) Exhibit 9 (Framework for Subsistence Claims), # (22) Exhibit 10 (Seafood Compensation Program), # (23) Exhibit 11A (Compensation Framework for Coastal Real Property Claims), # (24) Exhibit 11B (Appendix A to Compensation Framework for Coastal Real Property Claims - Coastal Real Property Claim Zone Map), # (25) Exhibit 11C (Appendix D to Compensation Framework for Coastal Real Property Claims - Eligible Parcel Compensation Category Map), # (26) Exhibit 12A (Compensation Framework for Wetlands Real Property Claims), # (27) Exhibit 12B (Appendix A to Compensation Framework for Wetlands Real Property Claims - Wetlands Real Property Claim Zone Map), # (28) Exhibit 12C (Appendix C to Compensation Framework for Wetlands Real Property Claims - Eligible Parcel Compensation Category Map), # (29) Exhibit 12D (Appendix D to Compensation Framework for Wetlands Real Property Claims - Area of Potential Eligibility Map), # (30) Exhibit 13A (Compensation Framework for Real Property Sales), # (31) Exhibit 13B (Appendix A Real Property Sales Compensation Zone Map), # (32) Exhibit 14 (Compensation Framework for Vessel Physical Damage Claims), # (33) Exhibit 15 (RTP Chart), # (34) Exhibit 16 (Excluded Industries Chart), # (35) Exhibit 17 (Oil & Gas Industry Exclusions), # (36) Exhibit 18 (Economic Loss and Property Class Definition Exclusions), # (37) Exhibit 19 (Industry Types Subject to Review by Claims Administrator for Potential Moratoria Losses), # (38) Exhibit 20 (Other Released Parties), # (39) Exhibit 21 (Assignment and Protections), # (40) Exhibit 22 (Gulf Coast Area Map), # (41) Exhibit 23 (Specified Gulf Waters Map), # (42) Exhibit 24A (BP Corporation North America Inc. Guarantee), # (43) Exhibit 24B (BP PLC Back-up Guarantee), # (44) Exhibit 25 (Procedures for Filing and Briefing of Appeals), # (45) Exhibit 26 (Individual Release), # (46) Exhibit 27 (Fees and Costs))(Reference: 12-970)(Haycraft, Don) Modified on 4/18/2012 (blg) (Entered: 04/18/2012) |
| 2:10-md-2179 | 6430 | 05/03/2012 | NOTICE of Filing of the Economic and Property Damages Settlement Agreement as Amended on 5/2/2012, and as Preliminarily Approved by the Court on 5/2/2012 by Plaintiffs, and Defendants BP Exploration & Production Inc. and BP America Production Company. (Attachments: # (1) DEEPWATER HORIZON Economic and Property Damages Settlement Agreement as |

| | | | |
|---|---|---|---|
| | | | Amended on May 2, 2012, # (2) Amended Economic and Property Damages Exhibit List Index, # (3) Exhibit 1A, # (4) Exhibit 1B, # (5) Exhibit 1C, # (6) Exhibit 2, # (7) Exhibit 3, # (8) Exhibit 4A, # (9) Exhibit 4B, # (10) Exhibit 4C, # (11) Exhibit 4D, # (12) Exhibit 4E, # (13) Exhibit 5, # (14) Exhibit 6, # (15) Exhibit 7, # (16) Exhibit 8A, # (17) Exhibit 8B, # (18) Exhibit 8C, # (19) Exhibit 8D, # (20) Exhibit 8E, # (21) Exhibit 9, # (22) Exhibit 10, # (23) Exhibit 11A, # (24) Exhibit 11B, # (25) Exhibit 11C, # (26) Exhibit 12A, # (27) Exhibit 12B, # (28) Exhibit 12C, # (29) Exhibit 12D, # (30) Exhibit 13A, # (31) Exhibit 13B, # (32) Exhibit 14, # (33) Exhibit 15, # (34) Exhibit 16, # (35) Exhibit 17, # (36) Exhibit 18, # (37) Exhibit 19, # (38) Exhibit 20, # (39) Exhibit 21, # (40) Exhibit 22, # (41) Exhibit 23, # (42) Exhibit 24A, # (43) Exhibit 24B, # (44) Exhibit 25, # (45) Exhibit 26, # (46) Exhibit 27)(Reference: 10md2179; 12-970)(Haycraft, Don) Modified on 5/4/2012 (blg) (Entered: 05/03/2012) |
| 2:10-md-2179 | 10761 | 07/16/2013 | MOTION for Emergency Preliminary Injunction to Suspend Payments from Court Supervised Settlement Program Pending Special Master Freeh's Investigation and Report by Defendants BP Exploration & Production Inc., BP America Production Company. (Attachments: # 1 Memorandum in Support, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11)(Reference: All Cases)(Haycraft, Don) Modified on 7/17/2013 (gec, ). (Entered: 07/16/2013) |
| 2:10-md-2179 | 11566 | 10/03/2013 | ORDER: In view of the ruling rendered by the Fifth Circuit panel on October 2, 2013 in case number 13-30315 consolidated with 13-30329, the Claims Administrator is ordered to immediately suspend the issuance of any final determination notices or any payments with respect to those BEL claims in which the Claims Administrator determines that the matching of revenues and expenses is an issue. The Section 6 claims appeals process (filing of notices, briefs, and panel decisions) for similar BEL claims will be placed on hold pending implementation of the Fifth Circuit decision. All other claims and appeals are to be processed and determinations, decisions, and payments made in the normal course of the Program's operation. This order is issued only as an immediate and interim measure until the Court is able to confer with and receive input from the parties in order to confect an appropriate "narrowly |

3

| | | | |
|---|---|---|---|
| | | | tailored" preliminary injunction order as instructed by the Fifth Circuit. The parties are instructed to submit to the Court in camera a proposed draft for a narrowly tailored preliminary injunction order, together with a letter brief, not exceeding five pages, as to how the Court should proceed to implement the Fifth Circuit ruling. In addition, the parties shall submit proposed policy language for the Court's consideration. Such submissions shall be made not later than 3:00 p.m. on Wednesday, October 9, 2013. The Court will hold a status conference in chambers with counsel for BP, Class Counsel, and the Claims Administrator on Friday, October 11, 2013 at 9:00 a.m. Signed by Judge Carl Barbier on 10/3/13.(Reference: 12-970 & all cases)(sek, ) (Entered: 10/03/2013) |
| 2:10-md-2179 | 11697 | 10/18/2013 | PRELIMINARY INJUNCTION Related to BEL Claims. Signed by Judge Carl Barbier.(Reference: ALL CASES and 12-970)(gec, ) (Entered: 10/18/2013) |
| 2:10-md-2179 | 11790 | 11/05/2013 | ORDER: Clarifying Preliminary Injunction (Rec. Doc. 11697) Regarding Claims Currently in the Appeals Process. Signed by Judge Carl Barbier on 11/5/13.(Reference: All Cases and 12-970)(sek, ) (Entered: 11/05/2013) |
| 2:10-md-2179 | 12247 | 01/27/2014 | MOTION to Strike 11287 Status Report and Submission of Response by Movant Gilbert "Gibby" Andry, IV. (Attachments: # 1 Memo in Support)(Reference: 12-970)(Rosenberg, Harry) Modified on 1/30/2014 (gec, ). (Entered: 01/27/2014) |
| 2:10-md-2179 | 12248 | 01/27/2014 | Request/Statement of Oral Argument by Movant Gilbert "Gibby" Andry, IV regarding 12247 MOTION to Strike 11287 Status Report and Submission of Response. (Reference: 12-970)(Rosenberg, Harry) Modified on 1/30/2014 (gec, ). (Entered: 01/27/2014) |
| 2:10-md-2179 | 12277 | 01/31/2014 | MOTION to Release Hold on Payment to The Andry Law Firm by Andry Law Firm, L.L.C. (Attachments: # 1 Memorandum in Support)(Reference: 12-970)(Gele, Stephen) Modified on 2/3/2014 (gec, ). (Entered: 01/31/2014) |
| 2:10-md-2179 | 12278 | 01/31/2014 | MOTION to Hold BP in Contempt of Court by the Andry Law Firm, L.L.C. (Attachments: # 1 Memorandum in Support)(Reference: 12-970)(Gele, Stephen) Modified on 2/3/2014 (gec, ). (Entered: 01/31/2014) |

| | | | |
|---|---|---|---|
| 2:10-md-2179 | 12389 | 02/21/2014 | Response/Reply by Defendant BP to 12172 Objections of the Andry Law Firm to the Freeh Report. (Reference: All Cases)(Haycraft, Don) Modified on 2/24/2014 (gec,). (Entered: 02/21/2014) |
| 2:10-md-2179 | 13076 | 06/27/2014 | ORDER Regarding Motion to Clarify and/or to Alter or Amend Order Lifting Injunction (Rec. doc. 13004) as set forth in document. Signed by Judge Carl Barbier on 6/27/14. (Reference: All Cases & 12-970)(sek) (Entered: 06/27/2014) |
| 2:10-md-2179 | 13259 | 08/06/2014 | MOTION to Remand to State Court 25th JDC and for Attorney Fees and Costs by Plaintiffs Gilbert V. Andry IV, Andry Law Firm, L.L.C. (Attachments: # 1 Memorandum in Support) (Reference: 14-1647)(Bezou, Jacques) Modified on 8/7/2014 (gec). (Entered: 08/06/2014) |
| 2:10-md-2179 | 13435 | 09/24/2014 | Minute Order. Proceedings held before Judge Carl Barbier: STATUS CONFERENCE (held 9-24-14): Discussion re preservation of issues relating to Transocean's potential liability for any surface discharge of oil. The parties agreed that the issue was not resolved by the Phase One Findings of Fact and Conclusions of Law, but could be deferred until a later date.; Discussion re a potential briefing schedule on Halliburton's pending motion for summary judgment regarding indemnification and/or contribution for civil penalties [Rec. Doc. 10753]. The matter was taken under advisement.; Oral Argument: Motions for Reconsideration of the Court's Order of July 23, 2014 Regarding Chronic Specified Physical Conditions [Rec. Docs. 13303, 13308, 13318]; Argued; ORDERED that the motions are taken under advisement.; Oral Argument: BP's Motion for Restitution and Injunctive Relief [Rec. Doc. 13073]; Argued; ORDERED that the motion is DENIED.(Court Reporter Cathy Pepper.) (Attachments: # 1 Conference Attendance Record) (Reference: all cases, 12-968, 12-970)(sek) (Entered: 09/24/2014) |
| 2:10-md-2179 | 13450 | 09/30/2014 | TRANSCRIPT of Status Conference and Motion Hearing held on September 24, 2014 before Judge Carl J. Barbier. Court Reporter/Recorder Cathy Pepper, Telephone number 504-5897779. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained |

5

| | | | |
|---|---|---|---|
| | | | through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 12/29/2014. (Reference: All Cases, 12-970, 12-968)(rsg) (Entered: 09/30/2014) |
| 2:10-md-2179 | 13645 | 11/07/2014 | Minute Entry for proceedings held before Judge Carl Barbier: Evidentiary Hearing re Show Cause Order 11288 held on 11/7/2014. (Court Reporter Toni Tusa.) (Reference: 12-970) (sek) (Entered: 11/13/2014) |
| 2:10-md-2179 | 13675 | 11/18/2014 | TRANSCRIPT of Evidentiary Hearing held on November 7, 2014 before Judge Carl J. Barbier. Court Reporter/Recorder Toni Tusa, Telephone number 504-589-7778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 2/18/2015. (Reference: 12-970) (rsg) (Entered: 11/18/2014) |
| 2:10-md-2179 | 14221 | 02/26/2015 | ORDER Concerning the Special Master's Report of September 6, 2013; Imposing Certain Sanctions as set forth in document. Signed by Judge Carl Barbier on 2/26/15.(Reference: 12-970)(sek) (Entered: 02/26/2015) |
| 2:10-md-2179 | 14409 | 04/13/2015 | ORDER: Before the Court are three motions relating to Special Master Freeh and/or the Special Master's Report of September 6, 2013: (1) BP's Motion Seeking Limited Injunctive Relief (Rec. Doc. 11471), (2) Gilbert "Gibby" Andry, IV's Motion to Strike References to Gibby Andry in the Special Master's Report (Rec. Doc. 12247), and the Andry Law Firm's Motion to Vacate the Order Appointing Louis Freeh as Special Master and to Disqualify Special Master Louis Freeh (Rec. Doc. 12271). IT IS ORDERED that the above Motions (Rec. Docs. 11471, 12247, 12271) are DENIED or DENIED AS MOOT. Signed by Judge Carl Barbier on 4/13/15. (Reference: 12-970 and all cases)(sek) (Entered: 04/13/2015) |
| 2:10-md-2179 | 14475 | 04/24/2015 | OBJECTIONS by Plaintiff, the Andry Law Firm, L.L.C. re 14419 Order of April 14, 2015 Noting Potentially Moot or Premature Motions. (Attachments: # 1 Exhibit A)(Reference: 12-970) (Gele, Stephen) Modified on 4/27/2015 (gec). (Entered: 04/24/2015) |

6

| | | | |
|---|---|---|---|
| 2:10-md-2179 | 14909 | 07/17/2015 | EXPARTE MOTION for Hearing on Motion to Remand by Plaintiffs Gilbert V. Andry IV, and The Andry Law Firm, L.L.C. (Reference: 2014-01647)(Bezou, Jacques) (Additional attachment(s) added on 7/22/2015: # 1 Proposed Order) (sek). Modified on 7/22/2015 (sek). (Entered: 07/17/2015) |
| 2:10-md-2179 | 15573 | 11/13/2015 | MOTION to Enforce Settlement and Order Claims Administrator to Pay Final Award by Plaintiff Andry Law Firm, LLC. (Attachments: # 1 Memorandum in Support, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G)(Reference: 12-970) (Gele, Stephen) Modified on 11/16/2015 (gec). (Entered: 11/13/2015) |
| 2:10-md-2179 | 15667 | 12/18/2015 | ORDERED that the 15573 Motion to Enforce the Andy Law Firm, LLC's Settlement with BP and Order the Claims Administrator to Pay the Andry Law Firm, LLC's BEL Claim Final Award is DENIED. Signed by Judge Carl Barbier. (Reference: 12-970)(gec) (Entered: 12/18/2015) |
| 2:10-md-2179 | 15743 | 01/19/2016 | NOTICE OF APPEAL by Plaintiff Andry Law Firm, LLC, as to 15667 Order on Motion to Enforce the Andy Law Firm, LLC's Settlement with BP and Order the Claims Administrator to Pay the Andry Law Firm, LLC's BEL Claim Final Award . (Filing fee $ 505, receipt number 053L5193096.) (Reference: 12-970)(Gele, Stephen) Modified on 1/20/2016 (gec). (Entered: 01/19/2016) |

7

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen M. Gelé* | */s/ Richard C. Stanley* |
| Randall A. Smith, T.A., 2117 | Richard C. Stanley, 8487 |
| Stephen M. Gelé, 22385 | Bryan C. Reuter, 23910 |
| SMITH & FAWER, LLC | STANLEY, REUTER, ROSS, THORNTON & ALFORD, L.L.C. |
| 201 St. Charles Avenue, Suite 3702 | |
| New Orleans, Louisiana 70170 | 909 Poydras Street, Suite 2500 |
| Telephone:  (504) 525-2200 | New Orleans, Louisiana 70112 |
| Facsimile:   (504) 525-2205 | Telephone:  (504) 523-1580 |
| | Facsimile:   (504) 524-0069 |
| | |
| Attorneys for The Andry Law Firm, L.L.C. | Attorneys for Patrick A. Juneau, in his capacity as Claims Administrator of the Deepwater Horizon Court Supervised Settlement Program |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 11th day of February, 2016.

/s/  Richard C. Stanley