UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL-2179 |
|     "DEEPWATER HORIZON" in the | : | |
|     GULF OF MEXICO, on | : | |
|     APRIL 20, 2010 | : | |
| | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| *2:10-cv-3059 and 2:11-cv-0516* | | |

……………………………………………………………………………………………

**MOTION TO SUBSTITUTE COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, comes the Plaintiff, the State of Louisiana through Jeff Landry, Louisiana Attorney General, who respectfully requests the Court allow substitution of counsel as follows:

Plaintiff, State of Louisiana wishes to substitute the honorable JEFF LANDRY, ATTORNEY GENERAL, (#29942), WILBUR L. "BILL" STILES, III, FIRST ASSISTANT ATTORNEY GENERAL, (#27654) ELIZABETH B. MURRILL, DIRECTOR, CIVIL DIVISION, (#20685) of the Office of the Attorney General, Louisiana Department of Justice, State of Louisiana, P.O. Box 94005, Baton Rouge, Louisiana, 70804, in place of the honorable JAMES D. "BUDDY" CALDWELL, ATTORNEY GENERAL, JAMES TREY PHILLIPS, FIRST ASSISTANT ATTORNEY GENERAL, and MEGAN K. TERRELL, DEPUTY DIRECTOR, CIVIL DIVISION/ENVIRONMENTAL SECTION CHIEF, formerly of the Office of the Attorney General, Louisiana Department of Justice, State of Louisiana, P.O. Box 94005, Baton Rouge, Louisiana, 70804.  Substitution is sought due to the election of the honorable JEFF LANDRY as the new ATTORNEY GENERAL for the State of Louisiana and the

replacement/resignation of the other assistant attorney generals, who are no longer associated with the OFFICE OF THE ATTORNEY GENERAL.

Further, the Plaintiff requests that STEVEN B. "BEAUX" JONES, ASSISTANT ATTORNEY GENERAL, (#33915) of the Office of the Attorney General, Louisiana Department of Justice, State of Louisiana, P.O. Box 94005, Baton Rouge, Louisiana, 70804, be substituted as additional counsel of record.

WHEREFORE, the Plaintiff, the State of Louisiana, respectfully requests that the Court grants its Motion to Substitute Counsel of Record.

Dated this 12th day of February, 2016.

Respectfully submitted,

JEFF LANDRY
LOUISIANA ATTORNEY GENERAL

Wilbur L. "Bill" Stiles, III
First Assistant Attorney General
Elizabeth B. Murrill
Director, Civil Division
Steven B. "Beaux" Jones
Assistant Attorney General
State of Louisiana
P.O. Box 94005
Baton Rouge, Louisiana 70804-9005
Tel: 225- 326-6700
Fax: 225- 326-6099

  /s/ Steven B. "Beaux" Jones
JonesST@ag.state.la.us
Wilbur L. "Bill" Stiles, III
StilesB@ag.state.la.us
Elizabeth B. Murrill
MurrillE@ag.state.la.us
State of Louisiana
P.O Box 94005
Baton Rouge, LA 70804-9005
Telephone: (225) 326-6000

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Substitute has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 12th day of February, 2016.

/s/ Steven B. "Beaux" Jones
Steven B. "Beaux" Jones
JonesST@ag.state.la.us

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL-2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | |
| | : | SECTION J |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| *2:10-cv-3059 and 2:11-cv-0516* | | |

………………………………………………………………………………………………

**ORDER**

Considering the foregoing Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the motion is **GRANTED** and that James D. "Buddy" Caldwell, James Trey Phillips, and Megan K. Terrell be removed as counsel of record for Plaintiff, State of Louisiana in the above-entitled matter and that Jeff Landry, Louisiana Attorney General (#29942), Wilbur L. "Bill" Stiles, III, First Assistant Attorney General (#27654), and Elizabeth B. Murrill, Director, Civil Division (#20685) be substituted and enrolled as counsel of record for Plaintiff, State of Louisiana.

**IT IS FURTHER ORDERED** that Steven B. "Beaux" Jones (#33915) of the Office of the Attorney General, Louisiana Department of Justice, State of Louisiana is added as additional counsel of record in this matter on behalf of the Plaintiff, the State of Louisiana through Jeff Landry, Louisiana Attorney General.

New Orleans, Louisiana, on this _____ day of _____, 2016.

_____
**HONORABLE CARL J. BARBIER**
**UNITED STATES DISTRICT JUDGE**