UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL 2179 |
|    "Deepwater Horizon" in the Gulf | * | |
|    of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | |
| This Document Relates To: | * | JUDGE BARBIER |
| | * | |
| No. 15-4143, 15-4146 & 15-4654 | * | MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR
## DISBURSEMENT OF ADMINISTRATIVE COSTS

NOW COMES the Claims Administrator for the New Class, Michael J. Juneau, who submits the following two invoices and requests that the court authorize payment as Administrative Costs pursuant to Section 8(c) of the HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on November 13, 2014) and Section 8(c) of the Transocean Punitive Damages and Assigned Claims Settlement Agreement:

    Garden City Group invoice dated February 5, 2016      $64,619.00

    Juneau David, APLC invoice dated February 5, 2016      $52,016.40

WHEREFORE, Michael J. Juneau, respectfully prays that the Court authorize and direct the Settlement Fund Escrow Agent to issue payment on the above two invoices as Administrative Costs pursuant to the Halliburton and the Transocean Punitive Damages and Assigned Claims Settlement Agreements.

    Respectfully Submitted,

       /s/Michael J. Juneau
    MICHAEL J. JUNEAU, Bar No. 18277
    CLAIMS ADMINISTRATOR
    P.O. Box 51268
    Lafayette, LA 70505-1268
    Telephone No. (337) 269-0052