

# INVOICE

| INVOICE DATE | INVOICE NUMBER |
|---|---|
| 2/5/2016 | 19578 |
| **PERIOD START** | **THROUGH DATE** |
| Project Inception | 1/31/2016 |

Michael J. Juneau, Esq.
Claims Administrator of the Halliburton/Transocean Settlements
c/o Juneau David, APLC
1018 Harding Street, Suite 202
Lafayette, LA 70503

| Project Name: HESI Punitive Damages & Assigned Claims Settlements | | |
|---|---|---|
| **Description** | **Quantity** | **Amount** |
| **Fees** | | |
| **Project Management**<br>A core group of people manages all aspects of the settlement administration in accordance with the Claims Administrator's directions and with his oversight. This group handles high-level communications with the Claims Administrator and his staff, consultants or vendors, and with representatives of the parties in coordination with the Claims Administrator. The Project Management team also oversees reporting and drafting internal protocols or other necessary documents for the Claims Administrator's review. Through January, particular attention was directed to analysis of settlement documentation, DHEPDS data review in connection with distribution model work, responding to requests for information from the notice consultant, and review of submissions. | 243.1 Hrs. | $37,069.50 |
| **Systems Support**<br>The Systems Team provides all technology and IT support for the case, and supports the operational requirements and processes required for settlement administration. | | |
|    **Reporting/Data Analysis**<br>   The Reporting/Data Analysis Team provides data support to GCG's production and management teams, in order to provide regular monitoring of GCG's tasks and also to fulfill information requests for reporting and analysis. Through January, particular attention was directed to responding to detailed requests for DHEPDS Claims data from the Project Management team. | 211.9 Hrs. | $27,549.50 |
| **Total Fees** | | $64,619.00 |
| **Grand Total** | | $64,619.00 |



| | |
|---|---|
| **Project Name: HESI Punitive Damages & Assigned Claims Settlements** | |
| **Please Remit To :** | |

Garden City Group, LLC            Garden City Group, LLC
1985 Marcus Avenue, Suite 200   -Or-   Operating A/C
Lake Success, NY 11042              Signature Bank
                                                        1225 Franklin Avenue
                                                        Garden City, NY 11530

                                                        ABA #  - 026013576
                                                        A /C # - 1501168781
                                                        Tax ID # - 58-0506554
                                                        Swift Code - SIGNUS33



**Summary Billing By Employee - HESI Punitive Damages & Assigned Claims Settlements**

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| **Project Management** | | | | |
| Alaniz, Elizabeth A. | Director, Operations | $175.00 | 69.4 | $12,145.00 |
| Cirami, Stephen | Executive Vice President & Chief Operating Officer | $225.00 | 22.4 | $5,040.00 |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 0.7 | $87.50 |
| Clouse, Richard | Telecommunications Administrator | $100.00 | 0.5 | $50.00 |
| Cook, Roxana | Sr. Project Supervisor | $110.00 | 4.7 | $517.00 |
| Dalke, Jackie | Web and Graphics Designer | $125.00 | 0.1 | $12.50 |
| Donaldson, Mark | Telecommunications Administrator | $100.00 | 0.2 | $20.00 |
| Espaillat, Joseph | Sr. Project Supervisor | $110.00 | 4.6 | $506.00 |
| Greene, Danielle | Operations Coordinator | $125.00 | 2.0 | $250.00 |
| La Count, Michelle | Project Manager I | $125.00 | 107.6 | $13,450.00 |
| Mulvihill, Matthew | Sr. Project Supervisor | $110.00 | 9.2 | $1,012.00 |
| Muthya, Hemalatha | Web and Graphics Designer | $125.00 | 0.2 | $25.00 |
| Oates, Kristin | Director, Operations | $175.00 | 16.8 | $2,940.00 |
| Paraiso, Leonor | Project Supervisor | $95.00 | 0.1 | $9.50 |
| Stainback, Daniel | Web and Graphics Manager | $125.00 | 0.3 | $37.50 |
| Zola, Neil | President | $225.00 | 4.3 | $967.50 |
| **Total Project Management :** | | | **243.1** | **$37,069.50** |
| | | | | |
| **Reporting/Data Analysis** | | | | |
| Hansen, Christopher | Sr. Systems Project Manager | $200.00 | 20.6 | $4,120.00 |
| Kong, Minmhiep | Data Analyst IV | $125.00 | 23.5 | $2,937.50 |
| Mariconda, Philip | Data Analyst II | $100.00 | 7.8 | $780.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 136.3 | $17,037.50 |
| Sayle, Trevor | Data Analyst IV | $125.00 | 4.5 | $562.50 |
| Zaremba-Tymieniecki, Michal | Data Analyst III | $110.00 | 19.2 | $2,112.00 |
| **Total Reporting/Data Analysis :** | | | **211.9** | **$27,549.50** |

**Detailed Billing By Employee - HESI Punitive Damages & Assigned Claims**

| Name | Title | Rate | Date | Hours | Amount |
|---|---|---|---|---|---|
| **Project Management** | | | | | |
| Zola, Neil | Senior Management capped @ $225 | $225.00 | 11/11/2015 | 0.80 | $180.00 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 11/12/2015 | 1.50 | $337.50 |
| Zola, Neil | Senior Management capped @ $225 | $225.00 | 11/12/2015 | 1.20 | $270.00 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 11/13/2015 | 0.50 | $112.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 11/16/2015 | 1.50 | $337.50 |
| Clouse, Richard | Programmer (@ $100) | $100.00 | 11/16/2015 | 0.50 | $50.00 |
| La Count, Michelle | Project Manager I | $125.00 | 11/16/2015 | 4.90 | $612.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 11/17/2015 | 1.80 | $405.00 |
| La Count, Michelle | Project Manager I | $125.00 | 11/17/2015 | 0.50 | $62.50 |
| Zola, Neil | Senior Management capped @ $225 | $225.00 | 11/17/2015 | 1.00 | $225.00 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 11/18/2015 | 1.10 | $247.50 |
| La Count, Michelle | Project Manager I | $125.00 | 11/18/2015 | 4.40 | $550.00 |
| La Count, Michelle | Project Manager I | $125.00 | 11/19/2015 | 1.10 | $137.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 11/20/2015 | 0.50 | $112.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 11/23/2015 | 1.00 | $225.00 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 11/24/2015 | 0.50 | $112.50 |
| La Count, Michelle | Project Manager I | $125.00 | 11/24/2015 | 4.10 | $512.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 11/25/2015 | 0.50 | $112.50 |
| La Count, Michelle | Project Manager I | $125.00 | 11/30/2015 | 2.10 | $262.50 |

| Name | Title | Rate | Date | Hours | Amount |
|---|---|---|---|---|---|
| **Project Management** | | | | | |
| La Count, Michelle | Project Manager I | $125.00 | 12/01/2015 | 2.50 | $312.50 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 12/01/2015 | 1.00 | $175.00 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 12/02/2015 | 0.50 | $112.50 |
| La Count, Michelle | Project Manager I | $125.00 | 12/02/2015 | 0.20 | $25.00 |
| Zola, Neil | Senior Management capped @ $225 | $225.00 | 12/02/2015 | 1.30 | $292.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 12/03/2015 | 0.50 | $112.50 |
| La Count, Michelle | Project Manager I | $125.00 | 12/04/2015 | 1.60 | $200.00 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 12/07/2015 | 0.50 | $87.50 |
| La Count, Michelle | Project Manager I | $125.00 | 12/08/2015 | 0.10 | $12.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/09/2015 | 1.00 | $175.00 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 12/09/2015 | 1.80 | $315.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/10/2015 | 1.00 | $175.00 |
| La Count, Michelle | Project Manager I | $125.00 | 12/10/2015 | 3.90 | $487.50 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 12/10/2015 | 1.00 | $175.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/11/2015 | 0.80 | $140.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/13/2015 | 1.50 | $262.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/14/2015 | 3.30 | $577.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 12/14/2015 | 1.50 | $337.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/15/2015 | 1.70 | $297.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 12/15/2015 | 0.50 | $112.50 |
| La Count, Michelle | Project Manager I | $125.00 | 12/15/2015 | 1.50 | $187.50 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 12/15/2015 | 1.00 | $175.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/16/2015 | 0.80 | $140.00 |
| La Count, Michelle | Project Manager I | $125.00 | 12/16/2015 | 2.10 | $262.50 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 12/16/2015 | 0.50 | $87.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/17/2015 | 0.80 | $140.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/18/2015 | 0.50 | $87.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 12/18/2015 | 1.00 | $225.00 |
| La Count, Michelle | Project Manager I | $125.00 | 12/18/2015 | 1.10 | $137.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/21/2015 | 2.50 | $437.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 12/21/2015 | 0.50 | $112.50 |
| La Count, Michelle | Project Manager I | $125.00 | 12/21/2015 | 0.50 | $62.50 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 12/21/2015 | 1.00 | $175.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/22/2015 | 2.50 | $437.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 12/22/2015 | 0.80 | $180.00 |
| Donaldson, Mark | Programmer (@ $100) | $100.00 | 12/22/2015 | 0.20 | $20.00 |
| La Count, Michelle | Project Manager I | $125.00 | 12/22/2015 | 2.20 | $275.00 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 12/22/2015 | 3.00 | $525.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/23/2015 | 3.40 | $595.00 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 12/23/2015 | 2.00 | $350.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/24/2015 | 2.50 | $437.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/28/2015 | 2.70 | $472.50 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 12/28/2015 | 1.00 | $175.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/29/2015 | 2.00 | $350.00 |
| La Count, Michelle | Project Manager I | $125.00 | 12/29/2015 | 4.50 | $562.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 12/30/2015 | 1.30 | $227.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/04/2016 | 2.20 | $385.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/04/2016 | 6.50 | $812.50 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 01/04/2016 | 0.50 | $87.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/05/2016 | 1.80 | $315.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/05/2016 | 4.50 | $562.50 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 01/05/2016 | 2.00 | $350.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/06/2016 | 2.00 | $350.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/06/2016 | 2.50 | $312.50 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 01/06/2016 | 0.50 | $87.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/07/2016 | 1.50 | $262.50 |
| La Count, Michelle | Project Manager I | $125.00 | 01/07/2016 | 2.10 | $262.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/08/2016 | 1.20 | $210.00 |

| Name | Title | Rate | Date | Hours | Amount |
|---|---|---|---|---|---|
| **Project Management** | | | | | |
| La Count, Michelle | Project Manager I | $125.00 | 01/08/2016 | 2.50 | $312.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/11/2016 | 2.20 | $385.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/11/2016 | 1.00 | $125.00 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 01/11/2016 | 0.50 | $87.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/12/2016 | 0.70 | $122.50 |
| La Count, Michelle | Project Manager I | $125.00 | 01/12/2016 | 1.50 | $187.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/13/2016 | 0.90 | $157.50 |
| La Count, Michelle | Project Manager I | $125.00 | 01/13/2016 | 0.50 | $62.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/14/2016 | 0.70 | $122.50 |
| La Count, Michelle | Project Manager I | $125.00 | 01/14/2016 | 1.50 | $187.50 |
| Oates, Kristin | Director, Operations (@ $175) | $175.00 | 01/14/2016 | 0.50 | $87.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/15/2016 | 1.00 | $175.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/15/2016 | 0.80 | $100.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/18/2016 | 0.70 | $122.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 01/18/2016 | 4.50 | $1,012.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/19/2016 | 1.80 | $315.00 |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 01/19/2016 | 0.60 | $75.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/19/2016 | 2.50 | $312.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/20/2016 | 2.70 | $472.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 01/20/2016 | 0.50 | $112.50 |
| Citowicki, Matt | Web and Graphics Designer | $125.00 | 01/20/2016 | 0.10 | $12.50 |
| Greene, Danielle | Operations Coordinator | $125.00 | 01/20/2016 | 2.00 | $250.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/20/2016 | 2.50 | $312.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/21/2016 | 2.00 | $350.00 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 01/21/2016 | 0.30 | $67.50 |
| Dalke, Jackie | Web and Graphics Designer | $125.00 | 01/21/2016 | 0.10 | $12.50 |
| La Count, Michelle | Project Manager I | $125.00 | 01/21/2016 | 4.50 | $562.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/22/2016 | 1.00 | $175.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/22/2016 | 5.20 | $650.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/25/2016 | 3.40 | $595.00 |
| Cook, Roxana | Sr. Project Supervisor | $110.00 | 01/25/2016 | 4.50 | $495.00 |
| Espaillat, Joseph | Sr. Project Supervisor | $110.00 | 01/25/2016 | 4.60 | $506.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/25/2016 | 6.10 | $762.50 |
| Mulvihill, Matthew | Sr. Project Supervisor | $110.00 | 01/25/2016 | 6.50 | $715.00 |
| Muthya, Hemalatha | Web and Graphics Designer | $125.00 | 01/25/2016 | 0.20 | $25.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/26/2016 | 3.00 | $525.00 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 01/26/2016 | 0.80 | $180.00 |
| Cook, Roxana | Sr. Project Supervisor | $110.00 | 01/26/2016 | 0.20 | $22.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/26/2016 | 6.30 | $787.50 |
| Mulvihill, Matthew | Sr. Project Supervisor | $110.00 | 01/26/2016 | 1.80 | $198.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/27/2016 | 5.80 | $1,015.00 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 01/27/2016 | 0.40 | $90.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/27/2016 | 7.50 | $937.50 |
| Paraiso, Leonor | Project Supervisor (@ $95) | $95.00 | 01/27/2016 | 0.10 | $9.50 |
| Stainback, Daniel | Web and Graphics Manager | $125.00 | 01/27/2016 | 0.30 | $37.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/28/2016 | 2.80 | $490.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/28/2016 | 6.50 | $812.50 |
| Mulvihill, Matthew | Sr. Project Supervisor | $110.00 | 01/28/2016 | 0.90 | $99.00 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/29/2016 | 2.30 | $402.50 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 01/29/2016 | 1.20 | $270.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/29/2016 | 3.20 | $400.00 |
| Cirami, Stephen | Senior Management capped @ $225 | $225.00 | 01/30/2016 | 0.50 | $112.50 |
| Alaniz, Elizabeth A. | Director, Operations (@ $175) | $175.00 | 01/31/2016 | 1.40 | $245.00 |
| La Count, Michelle | Project Manager I | $125.00 | 01/31/2016 | 2.60 | $325.00 |
| **Total Project Management :** | | | | **243.1** | **$37,069.50** |

| Name | Title | Rate | Date | Hours | Amount |
|---|---|---|---|---|---|
| **Reporting/Data Analysis** | | | | | |
| Nichols, Jacob | Data Analyst IV | $125.00 | 11/16/2015 | 5.80 | $725.00 |
| Sayle, Trevor | Data Analyst IV | $125.00 | 11/16/2015 | 1.50 | $187.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 11/17/2015 | 4.00 | $500.00 |
| Sayle, Trevor | Data Analyst IV | $125.00 | 11/17/2015 | 1.00 | $125.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 11/18/2015 | 4.00 | $500.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 11/19/2015 | 6.00 | $750.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 11/20/2015 | 6.70 | $837.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 11/21/2015 | 2.70 | $337.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 11/22/2015 | 2.30 | $287.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 11/23/2015 | 6.50 | $812.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 11/24/2015 | 5.80 | $725.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 11/30/2015 | 9.00 | $1,125.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/01/2015 | 6.90 | $862.50 |
| Zaremba-Tymieniecki, Michal | Data Analyst III | $110.00 | 12/01/2015 | 1.00 | $110.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/02/2015 | 0.50 | $62.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/04/2015 | 0.90 | $112.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/16/2015 | 2.50 | $312.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/17/2015 | 11.80 | $1,475.00 |
| Kong, Minmhiep | Data Analyst IV | $125.00 | 12/18/2015 | 3.00 | $375.00 |
| Mariconda, Philip | Data Analyst II | $100.00 | 12/18/2015 | 2.00 | $200.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/18/2015 | 2.00 | $250.00 |
| Zaremba-Tymieniecki, Michal | Data Analyst III | $110.00 | 12/18/2015 | 1.20 | $132.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/21/2015 | 3.50 | $437.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/22/2015 | 2.10 | $262.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/23/2015 | 0.90 | $112.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/28/2015 | 2.50 | $312.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/29/2015 | 4.40 | $550.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 12/30/2015 | 3.00 | $375.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/04/2016 | 3.50 | $437.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/05/2016 | 3.50 | $437.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/06/2016 | 3.50 | $437.50 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/07/2016 | 2.50 | $312.50 |
| Mariconda, Philip | Data Analyst II | $100.00 | 01/08/2016 | 0.70 | $70.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/08/2016 | 5.00 | $625.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/11/2016 | 5.00 | $625.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/12/2016 | 3.00 | $375.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/13/2016 | 4.00 | $500.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/14/2016 | 5.00 | $625.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/15/2016 | 4.50 | $562.50 |
| Hansen, Christopher | Sr. Systems Project Manager | $200.00 | 01/19/2016 | 3.10 | $620.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/19/2016 | 1.50 | $187.50 |
| Zaremba-Tymieniecki, Michal | Data Analyst III | $110.00 | 01/19/2016 | 4.40 | $484.00 |
| Kong, Minmhiep | Data Analyst IV | $125.00 | 01/20/2016 | 2.00 | $250.00 |
| Mariconda, Philip | Data Analyst II | $100.00 | 01/20/2016 | 1.30 | $130.00 |
| Nichols, Jacob | Data Analyst IV | $125.00 | 01/20/2016 | 1.50 | $187.50 |
| Zaremba-Tymieniecki, Michal | Data Analyst III | $110.00 | 01/20/2016 | 1.00 | $110.00 |
| Hansen, Christopher | Sr. Systems Project Manager | $200.00 | 01/21/2016 | 1.00 | $200.00 |
| Kong, Minmhiep | Data Analyst IV | $125.00 | 01/21/2016 | 2.50 | $312.50 |
| Sayle, Trevor | Data Analyst IV | $125.00 | 01/21/2016 | 1.00 | $125.00 |
| Zaremba-Tymieniecki, Michal | Data Analyst III | $110.00 | 01/21/2016 | 2.50 | $275.00 |
| Hansen, Christopher | Sr. Systems Project Manager | $200.00 | 01/22/2016 | 3.50 | $700.00 |
| Kong, Minmhiep | Data Analyst IV | $125.00 | 01/22/2016 | 4.00 | $500.00 |
| Sayle, Trevor | Data Analyst IV | $125.00 | 01/22/2016 | 1.00 | $125.00 |
| Zaremba-Tymieniecki, Michal | Data Analyst III | $110.00 | 01/22/2016 | 5.10 | $561.00 |
| Hansen, Christopher | Sr. Systems Project Manager | $200.00 | 01/25/2016 | 3.00 | $600.00 |
| Kong, Minmhiep | Data Analyst IV | $125.00 | 01/25/2016 | 4.00 | $500.00 |
| Zaremba-Tymieniecki, Michal | Data Analyst III | $110.00 | 01/25/2016 | 0.90 | $99.00 |
| Hansen, Christopher | Sr. Systems Project Manager | $200.00 | 01/26/2016 | 5.00 | $1,000.00 |

| Name | Title | Rate | Date | Hours | Amount |
|---|---|---|---|---|---|
| **Reporting/Data Analysis** | | | | | |
| Kong, Minmhiep | Data Analyst IV | $125.00 | 01/26/2016 | 5.50 | $687.50 |
| Mariconda, Philip | Data Analyst II | $100.00 | 01/26/2016 | 3.80 | $380.00 |
| Zaremba-Tymieniecki, Michal | Data Analyst III | $110.00 | 01/26/2016 | 3.10 | $341.00 |
| Hansen, Christopher | Sr. Systems Project Manager | $200.00 | 01/27/2016 | 2.00 | $400.00 |
| Hansen, Christopher | Sr. Systems Project Manager | $200.00 | 01/28/2016 | 2.00 | $400.00 |
| Kong, Minmhiep | Data Analyst IV | $125.00 | 01/28/2016 | 1.00 | $125.00 |
| Hansen, Christopher | Sr. Systems Project Manager | $200.00 | 01/29/2016 | 1.00 | $200.00 |
| Kong, Minmhiep | Data Analyst IV | $125.00 | 01/29/2016 | 1.50 | $187.50 |
| **Total Reporting/Data Analysis :** | | | | **211.9** | **$27,549.50** |

| Name | Title | Rate | Date | Hours | Amount |
|---|---|---|---|---|---|
| Kong, Minmhiep | Data Analyst IV | $125.00 | 01/26/2016 | 5.50 | $687.50 |
| Mariconda, Philip | Data Analyst II | $100.00 | 01/26/2016 | 3.80 | $380.00 |
| Zaremba-Tymieniecki, Michal | Data Analyst III | $110.00 | 01/26/2016 | 3.10 | $341.00 |