# JUNEAU DAVID

P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID 72-1250097

February 5, 2016

|  |  |
|---|---|
| Invoice #: | 28086 |
| Billed Through: | January 31, 2016 |
| Account #: | 001300   01580 |

RE:   HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE:  1300-1580

| | | |
|---|---|---:|
| CURRENT FEES THROUGH: | January 31, 2016 | $51,961.50 |
| CURRENT EXPENSES THROUGH: | January 31, 2016 | $54.90 |
| TOTAL CHARGES FOR THIS BILL | | $52,016.40 |
| TOTAL NOW DUE | | $52,016.40 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

**JUNEAU DAVID**
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID 72-1250097

February 5, 2016

| | |
|---|---|
| Invoice #: | 28086 |
| Billed through: | January 31, 2016 |
| Account #: | 001300   01580 |

RE: HESI/TRANSOCEAN PUNITIVE DAMAGES SETTLEMENTS
OUR FILE: 1300-1580

## PROFESSIONAL SERVICES                                                                           Hours

| Date | Init. | Description | Hours |
|---|---|---|---|
| 10/23/15 | MJJ | REVIEW APPOINTMENT ORDER; CORRESPONDENCE WITH PARTIES; REVIEW OF TERMS OF TRANSOCEAN SETTLEMENT; INITIAL ANALYSIS OF ISSUES TO BE ADDRESSED IN ALLOCATION MODEL | 5.50 |
| 10/24/15 | MJJ | REVIEW OF HESI ORIGINAL AND AMENDED SETTLEMENT AGREEMENTS; COMPARISON TO PROVISIONS RE: TRANSOCEAN SETTLEMENT; ASSESSMENT OF DUTIES/OBLIGATIONS OF CLAIMS ADMINISTRATOR; REVIEW RELEVANT COURT DECISIONS/RULINGS RE: BASIS FOR PUNITIVE DAMAGES CLAIMS, REQUIREMENTS FOR STANDNG, ETC. | 6.50 |
| 10/26/15 | EDC | REVIEW OF LAW ON ROBINS DRY DOCK RULE AND EFFECT ON DAMAGES | 0.40 |
| 10/26/15 | MJJ | ANALYSIS OF CLAIM TYPES, SCOPE OF NEW CLASS, BASIS FOR COMPENSATION UNDER LINE OF CASE LAW; REVIEW STANDARDS/REQUIREMENTS/FACTORS FOR CLASS NOTICE AS IMPACTING ROLE/DUTIES OF CLAIMS ADMINISTRATOR RE: ALLOCATION MODEL | 3.50 |
| 10/29/15 | MJJ | ANALYSIS OF POTENTIAL CLASSIFICATION/CATEGORIES OF ROBINS DRY DOCK CLAIMANTS, OPTIONS FOR ALLOCATION/DISTRIBUTION MODELS, IDENTIFICATION OF POTENTIAL CONFLICTS WITH CLASS DEFINITION, ETC; WORK ON POTENTIAL ALLOCATION MODEL/LANGUAGE | 3.00 |
| 10/29/15 | MJJ | REVIEW DWH CLAIM TYPES/COORDINATION OF DWH AND HESI/TO SETTLEMENT TERMS; ANALYSIS OF COASTAL REAL PROPERTY AND WETLANDS CLAIMS UNDER DWH VS. NEW CLASS DEFINITION | 3.80 |
| 11/02/15 | MJJ | COMMUNICATIONS WITH RESPECTIVE PARTIES; PREPARATION FOR INITIAL MEETING WITH ALL COUNSEL | 2.40 |
| 11/03/15 | MJJ | WORK ON DISTRIBUTION MODEL; CONFERENCE WITH CLASS COUNSEL AND COUNSEL FOR TRANSOCEAN AND HESI IN NEW ORLEANS, LA | 3.50 |
| 11/06/15 | MJJ | COMMUNICATIONS WITH CO-LEAD CLASS COUNSEL AND POTENTIAL CLAIMS PROCESSING ADMINISTRATORS RE: PLANNING FOR CLAIMS PROGRAM | 0.50 |
| 11/08/15 | MJJ | DEVELOPMENT OF DISTRIBUTION MODEL FACTORS; ISSUES TO BE ADDRESSED WITH CLAIM PROCESSING AND NOTICE VENDORS; ANALYSIS OF PRE-PRELIMINARY APPROVAL ISSUES | 2.00 |
| 11/09/15 | MJJ | PHONE CONFERENCE WITH POTENTIAL CLAIMS PROCESSING VENDOR RE: PROGRAM STATUS AND REQUIREMENTS; CONFERENCES | 3.60 |

| | | | |
|---|---|---|---|
| | | WITH COURT RE: MISCELLANEOUS ISSUES; CORRESPONDENCE WITH NOTICE CONSULTANT; CORRESPONDENCE WITH PARTIES RE: ROBINS DRY DOCK CRITERIA | |
| 11/11/15 | MJJ | REVIEW OF PROPOSED CLAIMS PROCESSING COMPANY RATES; COMPARISON TO MARKET RATES/OTHER PROGRAMS; COMMUNICATIONS WITH NOTICE EXPERT AND CLAIMS VENDOR RE: PRELIMINARY WORK/CONFERENCE | 0.80 |
| 11/13/15 | MJJ | REVIEW CLASS COUNSEL AND HALLIBURTON SUBMISSIONS TO ALLOCATION NEUTRAL; EVALUATION/ANALYSIS OF PROPOSED COSTS/RATES FOR CLAIMS PROCESSING; COMMUNICATIONS WITH POTENTIAL CLAIMS VENDOR | 2.60 |
| 11/13/15 | MJJ | REVIEW/ANALYSIS OF ADDITIONAL SUBMISSIONS TO MAGISTRATE JUDGE RE: PUNITIVE DAMAGE CLASS, LEGAL STANDARDS, ETC. | 0.80 |
| 11/16/15 | MJJ | CONFERENCE WITH ALLOCATION NEUTRAL; COMMUNICATIONS WITH NOTICE CONSULTANT AND CLAIMS VENDOR RE: COMPARISON BETWEEN CLASSES; CONSIDERATION OF INITIAL MATTERS TO BE ADDRESSED BY CLAIMS PROCESSING COMPANY | 1.90 |
| 11/16/15 | MJJ | REVIEW OF WRITTEN SUBMISSIONS OF "OLD CLASS" INTERESTS AND OF PLAQUEMINES PARISH, ET AL RE: RIGHTS AND BASES OF RECOVERY FOR RESPECTIVE CLASSES UNDER HESI AND TRANSOCEAN SETTLEMENTS | 0.80 |
| 11/17/15 | MJJ | WORK ON DISTRIBUTION MODEL; CONFERENCE WITH GARDEN CITY REPRESENTATIVES RE: DEVELOPMENT OF CLAIMS PROGRAM; COMMUNICATIONS WITH PARTIES RE: PROJECTED TIME LINES | 3.20 |
| 11/18/15 | MJJ | REVIEW CASE LAW AND LAW REVIEW ARTICLES RE: ROBINS DRY DOCK ISSUES; ANALYSIS OF DWH WETLANDS AND COASTAL REAL PROPERTY CRITERIA AND MAPS; CORRESPONDENCE WITH JENNIFER KEOUGH RE: MISC. ISSUES TO BE ADDRESSED IN DESIGNING DISTRIBUTION MODEL | 3.10 |
| 11/19/15 | MJJ | ANALYSIS OF GCG CHART OF POTENTIAL CLAIMANTS UNDER DWH VS. HESI / REVISIONS TO SAME; CORRESPONDENCE WITH CLAIMS VENDOR RE: ISSUES IMPACTING SCOPE OF NOTICE PROGRAM | 1.10 |
| 11/20/15 | MJJ | WORK ON DISTRIBUTION MODEL; DEVELOPMENT OF GOVERNING PRINCIPLES; COORDINATION WITH EXISTING CASE LAW; COMMUNICATIONS WITH GARDEN CITY RE: ONGOING EFFORT TO DEVELOP NOTICE AND DISTRIBUTION PLAN | 2.80 |
| 11/23/15 | MJJ | ASSESSMENT OF LAND OWNERSHIP ISSUES AS THEY IMPACT AVAILABILITY OF ROBINS DRY DOCK RECOVERY / COORDINATION WITH DWH CLAIM TYPES; CORRESPONDENCE TO PARTIES RE: OUTLINE OF PROPERTY OWNERSHIP ISSUE TO BE ADDRESSED | 0.80 |
| 11/25/15 | MJJ | CORRESPONDENCE FROM CLAIMS SERVICE RE: NOTICES FROM CLAIMANT COUNSEL; ANALYSIS OF POTENTIAL TIME LINES RE: ALLOCATION, APPROVAL, NOTICE, SUBMISSION OF CLAIMS, FINAL APPROVAL, ETC. | 0.70 |
| 11/30/15 | MJJ | TELEPHONE CONFERENCE WITH ALLOCATION NEUTRAL RE: CLAIM CATEGORIES; COMMUNICATION WITH GCG REPRESENTATIVE RE: ONGOING NOTICE ISSUES; REVIEW/ANALYSIS OF AWARDS AND AWARD CATEGORIES | 0.70 |
| 12/02/15 | MJJ | COMMUNICATIONS WITH GARDEN CITY REPRESENTATIVES RE: NOTICE DATA REQUESTS, DATA IN PREPARATION FOR DISTRIBUTION MODEL, ETC; REVIEW/CONSIDERATION OF PROOF REQUIREMENTS AS IMPACTING NEW CLASS ELIGIBILITY | 1.10 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12/03/15 | MJJ | CORRESPONDENCE WITH ALABAMA COUNSEL RE: ALLOCATION VS DISTRIBUTION ISSUES; REVIEW OF DWH CLAIMS CENTER STATISTICS RE: VARIOUS CLAIM TYPES; CORRESPONDENCE WITH JENNIFER KEOUGH RE: ANALYSIS OF CLAIM TYPES AND VALUES; WORK ON DISTRIBUTION MODEL CONSIDERATIONS | 1.30 |
| 12/04/15 | MJJ | REVIEW / ANALYSIS OF DWH CLAIM DATA BY ZIP CODE AND CLAIM TYPE; CONSIDERATION OF INITIAL GCG ANALYSIS OF CLASS GROUPINGS, UNDERLYING DATA RE: POTENTIAL NEW CLASS PARAMETERS, ETC.; REVIEW UPDATED FIGURES FROM MONTHLY DWH REPORT; COMMUNICATIONS WITH MISCELLANEOUS PARTIES RE: SUBMISSIONS TO BE MADE TO THE COURT | 1.10 |
| 12/07/15 | MJJ | CONFERENCE CALL WITH GARDEN CITY RE: DEVELOPMENT OF DISTRIBUTION MODEL; EMAILS WITH CLASS COUNSEL RE: NOTICE ISSUES; WORK ON LANGUAGE/PROPOSED DISTRIBUTION MODEL | 2.20 |
| 12/08/15 | MJJ | REVIEW CHANGE IN EXECUTIVE STAFF RE: GARDEN CITY; ASSESSMENT OF IMPACT ON CLAIMS PROGRAM; FURTHER ANAYLSIS OF SELECRT CLAIM TYPES AND ELIGIBILTY REQUIREMENTS | 1.00 |
| 12/08/15 | EDC | RESEARCH ISSUES OF ROBINS DRY DOCK EFFECT ON SUBSISTENCE FISHING AND CHARTER BOAT CLAIMS, AS WELL AS OWNERSHIP OF BEACHFRONT PROPERTY BY CONDO OWNERS IN FLORIDA AND ALABAMA | 3.10 |
| 12/09/15 | MJJ | WORK ON PROPOSED DISTRIBUTION MODEL; DEVELOPMENT OF UNDERLYING PRINCIPLES AND LANGUAGE RE: SAME; COMMUNICATIONS WITH CLAIMS VENDOR' EMAILS WITH PARTIES RE: RECENT DEVELOPMENTS RE: GARDEN CITY GROUP | 3.30 |
| 12/10/15 | MJJ | EMAILS AND PHONE CONFERENCE WITH GARDEN CITY REPRESENTATIVES RE: PERSONNEL CHANGES AND IMPACT ON PROGRAM GOING FORWARD | 0.60 |
| 12/11/15 | MJJ | REVIEW/ANALYSIS OF RECOMMENDATIONS / FINDINGS OF ALLOCATION NEUTRAL; REVIEW CORRECTED ORDER AND REASONS; REVIEW CITED CASE LAW; ANALYSIS OF IMPLICATIONS FOR ISSUES TO BE ADDRESSED IN DISTRIBUTION MODEL; COMMUNICATIONS WITH MAPPING EXPERT | 2.30 |
| 12/14/15 | MJJ | ANALYSIS OF ISSUES TO BE ADDRESSED BY MAPPING EXPERTS, ETC; REVIEW OF DWH SCAT AND OILING DATA; PREPARATION OF NOTICE OF SUBMISSION DEADLINE / LEGAL ISSUES TO BE ADDRESSED; CONFERENCE WITH ROBERT EDGECOMBE RE: MAPPING ISSUES; REVIEW RELATED DOCKETS FROM EASTERN DISTRICT; CORRESPONDENCE WITH ATTORNEYS RE: DISTRIBUTION MODEL SUBMISSIONS | 4.20 |
| 12/15/15 | MJJ | CONFERENCE WITH STEPHEN CIRAMI RE: DEVELOPMENT OF DISTRIBUTION MODEL; FILING OF SUBMISSION DEADLINE NOTICE; COMMUNICATIONS WITH PARTIES AND GCG RE: PLAN SUBMISSIONS | 1.80 |
| 12/16/15 | MJJ | REVIEW RELEVANT EXXON VALDEZ LAW RE: CLAIMS OF SUBSISTENCE FISHERMEN; EVALUATION OF ROBINS DRY DOCK STANDING ISSUES FOR VARIOUS CATEGORIES OF CLAIMANTS; CORRESPONDENCE WITH GARDEN CITY GROUP | 1.70 |
| 12/17/15 | MJJ | PHONE CONFERENCE WITH LEAD CLASS COUNSEL; COMMUNICATIONS WITH PARTIES RE: EXXON VALDEZ CASE LAW ANALYSIS OF FACTORS IMPACTING SUBSISTENCE CLAIMS | 0.80 |
| 12/18/15 | MJJ | REVIEW/ANALYSIS OF DATA PROVIDED BY MAPPING CONSULTANT; COMMUNICATIONS WITH GARDEN CITY GROUP; WORK ON | 1.50 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| | | DISTRIBUTION MODEL ALTERNATIVES | |
| 12/21/15 | MJJ | WORK ON DISTRUBTION MODEL; CONFERENCE WITH PARTIES IN LAFAYETTE, LA, AND BY PHONE | 3.40 |
| 12/22/15 | MJJ | PHONE CONFERENCE WITH STEVE CIRAMI RE: CONSIDERATIONS FOR DISTRIBUTION MODEL AND TIME FRAME FOR PRODUCING FORMULA, NOTICE, ETC.; REVIEW MISC. CASE LAW RE: ROBINS DRY DOCK / ANALYSIS OF POTENTIAL ALTERNATIVES FOR DISTRIBUTION MATRIX | 1.10 |
| 12/28/15 | MJJ | COMMUNICATIONS WITH GARDEN CITY AND KINSELLA REPRESENTATIVES; PHONE CONFERENCE WITH KINSELLA REPRESENTATIVE RE: MEDIA AND RELATED NOTICE ISSUES TO BE ADDRESSED, RULING OF ALLOCATION NEUTRAL, ETC; WORK ON OPTIONS FOR NEW CLASS DISTRIBUTION MODEL | 1.70 |
| 12/29/15 | MJJ | EMAILS WITH PSC ATTORNEYS AND KINSELLA MEDIA PRINCIPAL RE: PLAN FOR REVIEW OF NOTICE AND COST ISSUES | 0.50 |
| 12/31/15 | MJJ | CONFERENCE CALL WITH PSC AND KINSELLA REPRESENTATIVES RE: NOTICE ISSUES, ETC. | 1.40 |
| 01/05/16 | MJJ | PREPARATION OF CORRESPONDENCE TO GARDEN CITY GROUP REPRESENTATIVES RE: STRUCTURE OF DISTRIBUTION PROCESS, REPORTING ISSUES AND PLAN GOING FORWARD | 0.40 |
| 01/07/16 | MJJ | REVIEW EMAIL FROM ATTORNEY FOR CONDOMINIUM OWNERS RE: DISTRIBUTION MODEL PROCESS BRIEFING ISSUES AND COURT APPOINTMENT OF COUNSEL FOR NEW CLASS | 0.10 |
| 01/18/16 | PAR | EXCHANGE OF EMAIL COMMUNICATIONS WITH STEPHEN CIRAMI RE: SUBMISSIONS OF CLAIMANTS, DOCUMENTATION SUBMITTED TO CLAIMS ADMINISTRATOR, ETC. | 0.80 |
| 01/20/16 | PAR | PREPARE CORRESPONDENCE TO GARDEN CITY REPRESENTATIVE RE: SUBMISSIONS OF REEF FISH SHAREHOLDERS' ALLIANCE AND REVIEW OF HARD COPIES RECEIVED FOR COMPARISON TO PRIOR EMAIL SUBMISSION | 0.30 |
| 01/21/16 | MJJ | REVIEW LETTER FROM CYNDI M. RUSNAK RE: SUBMISSION ISSUES OF GULF OF MEXICO REEF FISH SHAREHOLDERS' ALLIANCE | 0.10 |
| 01/21/16 | PAR | PREPARE CORRESPONDENCE TO STEPHEN CIRAMI RE: GULF OF MEXICO REEF FISH SHAREHOLDERS' ALLIANCE SUBMISSION; REVIEW OF HARD COPIES RECEIVED FOR COMPARISON TO PRIOR EMAIL SUBMISSIONS; EXCHANGE OF EMAILS WITH MR. CIRAMI'S OFFICE RE: COMPLETION OF SUBMISSIONS; BEGIN REVIEW ALL SUBMISSIONS FOR COMPLETENESS OF SUBMISSIONS | 0.90 |
| 01/22/16 | MJJ | EXCHANGE OF CORRESPONDENCE WITH GARDEN CITY RE: WORK ON LANGUAGE/PROPOSED DRAFT QUARTERLY REPORT BY THE CLAIMS ADMINISTRATOR OF THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS | 0.50 |
| 01/22/16 | PAR | CONTINUED REVIEW OF HARD COPIES RECEIVED FOR COMPARISON TO PRIOR EMAIL SUBMISSIONS; PREPARE CORRESPONDENCE TO MICHELLE LACOUNT RE: COMPLETION OF SUBMISSIONS | 0.60 |
| 01/24/16 | MJJ | REVIEW OF INITIAL DRAFT OF QUARTERLY REPORT BY THE CLAIMS ADMINISTRATOR OF THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS | 0.40 |
| 01/25/16 | MJJ | CORRESPONDENCE WITH COUNSEL FOR CLAIMANTS RE: ADMINISTRATION PROCESS AND CLAIM SUBMISSION ISSUES; REVIEW OF FIRST REVISED DRAFT OF REPORT BY THE CLAIMS | 0.50 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | ADMINISTRATOR OF THE HALLIBURTON AND TRANSOCEAN SETTLEMENTS | |
| 01/26/16 | MJJ | PHONE CONFERENCE WITH COURT RE: DEVELOPMENTS / STATUS OF NEW CLASS ISSUES; CONFERENCE WITH GCG REPRESENTATIVE RE: DISTRIBUTION MODEL AND NOTICE ISSUES | 0.80 |
| 01/27/16 | PAR | PREPARE CORRESPONDENCE TO STEPHEN CIRAMI RE: REPLY TO SUBMISSION OF GULF OF MEXICO REEF FISH SHAREHOLDERS' ALLIANCE | 0.20 |
| 01/28/16 | MJJ | REVIEW AND ANALYSIS OF EXTENSIVE SUBMISSION ON BEHALF OF MENHADEN FISHERMEN, INCLUDING EXHIBITS | 1.80 |
| 01/28/16 | MJJ | PHONE CONFERENCE WITH JERALD BLOCK RE: CLAIM TYPES, STATUS OF CLAIMS PROCESS AND DISTRIBUTION MODEL AND ANTICIPATED PROCEDURES GOING FORWARD | 0.40 |
| 01/29/16 | MJJ | REVIEW AND ANALYSIS OF CORRESPONDENCE FROM KINSELLA MEDIA WITH DRAFT LONG / SHORT FORM NOTICES AND MEMORANDUM FROM KINSELLA MEDIA RE: NOTICE PROGRAM ISSUES; REVIEW OF FINAL DRAFT OF INITIAL REPORT BY THE CLAIMS ADMINISTRATOR OF THE HALLIBURTON AND TRANSOCEAN SETTLEMENT; REVIEW SUBMISSION OF CITY OF MOBILE, AL | 2.50 |
| 01/29/16 | PAR | COMMUNICATIONS WITH COURT RE: NOTICE ISSUES; REVIEW OF PRETRIAL ORDER NO 12 RE: ELECTRONIC SERVICE; CONTACT WITH LEXIS/NEXIS FILE & SERVE RE: ELECTRONIC NOTICE ISSUES, SIGNING UP FOR NOTICE OF FILINGS, ETC. | 0.80 |
| 01/30/16 | MJJ | REVIEW AND ANALYSIS OF SUBMISSIONS ON BEHALF OF CHARTERBOAT OPERATORS; OYSTER BED CLAIMANTS; STATE OF FLORIDA; AND SEAFOOD PROCESSORS/DOCKS | 4.50 |
| 01/31/16 | MJJ | REVIEW OF CORRESPONDENCE AND ANALYSIS OF SUBMISSIONS ON BEHALF OF COASTAL REAL PROPERTY OWNERS; PLAQUEMINES PARISH GOVERNMENT AND THE TOWN OF GRAND ISLE; COMMERCIAL FISHERMAN; CO-LIAISON COUNSEL AND PROPOSED CO-LEAD CLASS COUNSEL IN RESPONSE TO CLAIMS ADMINISTRATOR'S NOTICE; BEACON EXPLORATION, LLC; RESPONSE OF WALTZER WIYGUL & GARSIDE, LLC TO CLAIMS ADMINISTRATOR MICHAEL JUNEAU'S QUESTIONS OF DECEMBER 15, 2015; AND, LAKE EUGENIE LAND & DEVELOPMENT, INC. | 5.20 |
| | | | 108.90          $51,961.50 |

| | | | | | |
|---|---|---|---|---|---|
| MJJ | JUNEAU, MICHAEL J. | 101.80 hrs @ | $500.00 /hr | $50,900.00 | |
| EDC | CONNER, EVA D | 3.50 hrs @ | $185.00 /hr | $647.50 | |
| PAR | PARALEGAL | 3.60 hrs @ | $115.00 /hr | $414.00 | |
| | Fee Recap Totals | 108.90 | | $51,961.50 | |

**EXPENSES**                                                                                              **Amount**

| | | |
|---|---|---|
| 01/31/16 | COPYING | 54.90 |
| | | $54.90 |

**BILLING SUMMARY:**

TOTAL FEES                                    $51,961.50

|  |  |
|---|---:|
| TOTAL EXPENSES | $54.90 |
| TOTAL FEES & EXPENSES | $52,016.40 |
| **TOTAL NOW DUE** | **$52,016.40** |