# 2008 Form 1040-V

**Department of the Treasury**
**Internal Revenue Service**

## What Is Form 1040-V and Do You Have To Use It?

It is a statement you send with your check or money order for any balance due on the "Amount you owe" line of your 2008 Form 1040. Using Form 1040-V allows us to process your payment more accurately and efficiently. We strongly encourage you to use Form 1040-V, but there is no penalty if you do not.

## How To Fill In Form 1040-V

**Line 1.** Enter your social security number (SSN). If you are filing a joint return, enter the SSN shown first on your return.

**Line 2.** If you are filing a joint return, enter the SSN shown second on your return.

**Line 3.** Enter the amount you are paying by check or money order.

**Line 4.** Enter your name(s) and address exactly as shown on your return. Please print clearly.

## How To Prepare Your Payment

- Make your check or money order payable to the "United States Treasury." Do not send cash.
- Make sure your name and address appear on your check or money order.
- Enter "2008 Form 1040," your daytime phone number, and your SSN on your check or money order. If you are filing a joint return, enter the SSN shown first on your return.
- To help process your payment, enter the amount on the right side of your check like this: $ XXX.XX. Do not use dashes or lines (for example, do not enter "$ XXX- " or "$ XXX xx/100").

## How To Send In Your 2008 Tax Return, Payment, and Form 1040-V

- Detach Form 1040-V along the dotted line.
- Do not staple or otherwise attach your payment or Form 1040-V to your return or to each other. Instead, just put them loose in the envelope.
- Mail your 2008 tax return, payment, and Form 1040-V in the envelope that came with your 2008 Form 1040 instruction booklet.

**Note.** If you do not have that envelope or you moved or used a paid preparer, mail your return, payment, and Form 1040-V to the address shown in the instructions that applies to you.

**Paperwork Reduction Act Notice.** We ask for the information on Form 1040-V to help us carry out the Internal Revenue laws of the United States. If you use Form 1040-V, you must provide the requested information. Your cooperation will help us ensure that we are collecting the right amount of tax.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by Internal Revenue Code section 6103.

The average time and expenses required to complete and file this form will vary depending on individual circumstances. For the estimated averages, see the instructions for your income tax return. If you have suggestions for making this form simpler, we would be happy to hear from you. See the instructions for your income tax return.

Form **1040-V** (2008)

---

▼ Detach Here and Mail With Your Payment and Return ▼

1273

**Form 1040-V**
Department of the Treasury
Internal Revenue Service (99)

**Payment Voucher**
▶ Do not staple or attach this voucher to your payment or return.

OMB No. 1545-0074

**2008**

| 1 Your social security number (SSN) | 2 If a joint return, SSN shown second on your return | 3 Amount you are paying by check or money order | Dollars | Cents |
|---|---|---|---|---|
| [redacted] | [redacted] | | 3,114. | |

| 4 Your first name and initial | Last name |
|---|---|
| HAI   V | DO |
| If a joint return, spouse's first name and initial | Last name |
| NGOCTUYET  T | HUYNH |
| Home address (number and street) | Apt. no. |
| [redacted] | |
| City, town or post office, state, and ZIP code (If a foreign address, enter city, province or state, postal code, and country.) | |
| [redacted] | |

Print or type

VSA                                         FD195

| | |
|---|---|
| Hai V. Do <br> Tuyet N. Huynh <br> [redacted] | 84-13/654 224 <br> 887 <br> DATE 12-17-14 |

PAY TO THE ORDER OF  United State Treasury   $ 1,235 00/xxx

One thousand and Two hundred thirty-six DOLLARS

CHASE ◯
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO  2008 Amended Tax

_Dava Hay_