**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re: OIL SPILL BY THE OIL RIG | ) | MDL No. 2179 |
| "DEEPWATER HORIZON" IN THE | ) | |
| GULF OF MEXICO, ON APRIL 20, 2010 | ) | SECTION: J |
| | ) | |
| | ) | JUDGE BARBIER |
| | ) | |
| (REF: C.A. 13-2702, *First National Bank of* | ) | MAGISTRATE JUDGE SHUSHAN |
| *Crestview v. BP Exploration & Prod. Inc., et al.*) | ) | |
| | ) | |

## ORDER

Considering the foregoing *ex parte* motion of the Federal Deposit Insurance Corporation as Receiver ("FDIC-R") to substitute,

IT IS ORDERED that said motion is hereby GRANTED and that FDIC-R shall be substituted as plaintiff in Civil Action Number 13-2702 in place of First National Bank of Crestview.

New Orleans, Louisiana this 11th day of February, 2016.

_____
United States District Judge