UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to:<br>No. 12-970, Bon Secour Fisheries, Inc., et al.<br>v. BP Exploration & Production, Inc., et al. | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

### ORDER

**[Regarding Emergency Motion for Judgment Debtor Exam by DHECC (Rec. doc. 15724)]**

On January 15, 2016, the Deepwater Horizon Economic Claims Center ("DHECC"), judgment creditor, filed an emergency motion to examine Case Thonn ("Thonn"), a judgment debtor. Rec. doc. 15724. On January 19, 2016, the motion was granted. Thonn was ordered to appear at the law offices of his counsel on January 22, 2016 for a judgment debtor examination and produce records. Rec. doc. 15746.

On January 22, 2016, the court reporter placed Thonn under oath and he was examined. Thonn, however, did not bring any records with him to the place of examination.

IT IS ORDERED that the motion for judgment debtor examination set for January 22, 2016 (Rec. docs. 15724 and 15746) is SATISFIED without prejudice to the right of DHECC to seek further examination of Thonn and the production of documents.

New Orleans, Louisiana, this 15TH day of February, 2016.

_____
SALLY SHUSHAN
United States Magistrate Judge