UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" | * | |
| in the Gulf of Mexico, | * | SECTION: J |
| on April 20, 2010 | * | |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| U.S. v. BP, et al.  2:10-cv-04536 | * | MAGISTRATE SHUSHAN |
| | * | |

**STIPULATION AS TO ANADARKO'S TAXABLE COSTS TO THE UNITED STATES**

WHEREAS, on December 16, 2015, the Court entered a final judgment in favor of Plaintiff United States of America and against Defendant Anadarko Petroleum Corporation ("Anadarko") on the Plaintiff's First and Second Claims for Relief.  Rec. Doc. 15659;

WHEREAS, the Court also ordered that, pursuant to Local Rule 54, the United States file with the Clerk a motion to tax costs against Anadarko for costs necessarily incurred (Rec. Doc. 15659), and the United States filed its motion on February 8, 2016 (Rec. Doc. 15835);

NOW THEREFORE, in resolution of the Plaintiff's right to collect costs under the Court's Order, Defendant shall pay Plaintiff the sum of $760,000.00 as soon as reasonably practicable (but in no event later than 90 days after the entry of the final judgment).  The parties agree that timely receipt of the full payment constitutes full and final settlement of all claims for the costs in this case ordered to be taxable against Anadarko in Rec. Doc. 15659.

        COUNSEL FOR PLAINTIFFS:

        JOHN C. CRUDEN
        Assistant Attorney General
        Environment and Natural Resources Division

February 16, 2016        By:    */s/ Judy B. Harvey*
        Judy B. Harvey
        Steven O'Rourke
        Nancy Flickinger

1

Environment and Natural Resources Division
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
(202) 514-3932
judith.harvey@usdoj.gov


COUNSEL FOR DEFENDANTS:

KUCHLER POLK SCHELL
WEINER & RICHESON, LLC
Deborah D. Kuchler (La. Bar No. 17013)
dkuchler@kuchlerpolk.com
Janika Polk (La. Bar No. 27608)
jpolk@kuchlerpolk.com
Robert Guidry (La. Bar No. 28064)
rguidry@kuchlerpolk.com
1615 Poydras Street
Suite 1300
New Orleans, LA 70112
Telephone:  (504) 592-0691
Facsimile:  (504) 592-0696

MORGAN, LEWIS & BOCKIUS LLP
James J. Dragna
jim.dragna@morganlewis.com
Morgan, Lewis and Bockius LLP
355 South Grand Avenue
Suite 4400
Los Angeles, California 90071-3106
Telephone:  (213) 680-6436
Facsimile:  (213) 680-8636

February 16, 2016        By:    */s/ Thomas R. Lotterman*
                                Ky E. Kirby
                                ky.kirby@morganlewis.com
                                Thomas R. Lotterman
                                thomas.lotterman@morganlewis.com
                                David B. Salmons
                                david.salmons@morganlewis.com
                                Randall M. Levine
                                randall.levine@morganlewis.com
                                Morgan, Lewis & Bockius LLP
                                2020 K Street, NW
                                Washington, DC 20006-1806

Telephone: (202) 373-6000
Facsimile: (202) 373-6001

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on all counsel by electronically uploading the same to Lexis-Nexis File & Serve in accordance with Pretrial Order #12, and the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2719, on this 16th day of February, 2016.

                                                */s/ Judy B. Harvey*
                                                Judy B. Harvey