IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig "Deepwater * MDL No. 2179
Horizon" in the Gulf of Mexico, *
On April 20, 2010 *
 * Section: J
 *
 * Judge Carl J. Barbier
 *
 * Magistrate Judge Sally Shushan
 *
 *



-------------------------------------------------------------

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT**

The authorized representative of Claimant, Joseph McKay, Sr., a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

By: _Donna McKay_      By: _Lyn C. Greer_

Donna McKay      Lynn C. Greer
Claimant's Representative      VSB No.: 29211
12412 Plunkett Road      BrownGreer PLC
Gulfport, MS 39503      250 Rocketts Way
(228) 697-2469      Richmond, Virginia 23231
     (804) 521-7200

Date: Jan. 4, 2016      Date: 2/5/16

1