**UNITED STATES DISCTRIC COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL No. 2179 |
| | Section: J |
| | JUDGE BARBIER |
| *This Document Relates to:* 15-cv-6131 | MAG. JUDGE SHUSHAN |

ORDER REGARDING PLAINTIFF'S EX-PARTE MOTION FOR
ENLARGEMENT OF TIME TO SERVE SUMMONS AND COMPLAINT ON DEFENDANTS

After reviewing the motion, this Court

_____ Grants

_____ Denies

Plaintiffs' request for an enlargement of time to Serve Summons and the initial Complaint in this matter on Defendants including the following entities:

_____ **BP EXPLORATION & PRODUCTION, INC.,** A DELAWARE CORPORATION,
_____ **BP AMERICA PRODUCTION CO.,** A DELAWARE CORPORATION,
_____ **TRANSOCEAN HOLDINGS, LLC,** A DELAWARE CORPORATION
_____ **TRANSOCEAN DEEPWATER, INC.,** A DELAWARE CORPORATION,
_____ **TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.,** A DELAWARE CORPORATION, and/or
_____ **HALLIBURTON ENERGY SERVICES, INC,** A DELAWARE CORPORATION.

Plaintiffs must serve Summons and the initial Complaint not later than:_____. Additionally, Plaintiffs are instructed as follows:

_____

_____.

New Orleans, Louisiana this _____ day of February, 2016.

_____
United States District Judge/Magister