UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179  SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

[OPA Test Cases – Conference on Wednesday, February 17, 2016]

**1.   Bisso**.

Elizabeth Brumley's deposition is set for March 11, 2016 in Houston. By Friday, February 19, 2016, BP will issue a subpoena to Mr. Loeb for a deposition in Dallas.

**2.   Wadleigh and Blake Document Production**.

Wadleigh reported that its document production, including privilege logs and clawback, is complete except for a document used by Harold Asher with his declaration. BP reported that there is an issue with documents relating to Hercules Drilling.

Blake reported that its document production was complete. The privilege logs will be served by February 17, 2016. There is one clawback issue to be resolved.

The parties shall resolve the remaining issues with the Wadleigh and Blake document production as promptly as possible.

---

[1]   The OPA Causation Test Cases are:

   Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
   Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
   Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
   Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
   Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
   Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

3.  **Wadleigh and Blake Interrogatory Responses**.

The Court received the February 15, 2016 letter from plaintiffs responding to BP's February 8, 2016 letter brief on the Wadleigh and Blake interrogatory responses.

4.  **Wadleigh and Blake Depositions**.

Four Wadleigh depositions are set:  George Tohme (February 26); Frank Alquist (February 29); Scott Wadleigh (March 2); and Drew Bounds (March 3).  Each deposition is set for a day.

The week of March 14 is reserved for Blake depositions.

5.  **Stipulations**.

The parties are working on stipulations.

6.  **BP Depositions**.

Although the parties continue to meet-and-confer on the Rule 30(b)(6) notice for the BP depositions, BP submitted a letter dated February 16, 2016 regarding unresolved issues with the Rule 30(b)(6) notices.   The deadline for plaintiffs' response is **Tuesday, February 23, 2016**.

7.  **Expert Discovery**.

The parties report that the depositions of the five experts for plaintiffs other than Harold Asher are scheduled.   The deadline for these depositions is **Friday, February 19, 2016**.

The work papers for Mr. Asher's declarations shall be produced by **Thursday, February 18, 2016**.  Mr. Asher's deposition will be two days.  The current schedule is:  (a) deposition of Mr. Asher on March 1, 2 or 3; (b) March 11, 2016 for the report or declaration of BP's expert responding to Mr. Asher's declarations; (c) March 21, 2016 deadline for the PSC's deposition of

the BP expert responding to Mr. Asher.   Because of the work paper issue, Mr. Asher's deposition and the BP expert declaration may be delayed.

For any expert relied upon by BPXP necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, March 4, 2016**.   Depositions of any such experts shall be completed by **Monday, March 21, 2016**.

This will complete expert discovery relevant to the cross-motions prior to their filing.

**8.  Prior Motions**.

The PSC's renewed motion to strike affirmative defenses and BP's motion to dismiss the Moratoria claims are briefed and under submission. Rec. docs. 15655, 15663, 15702, 15704, 15705, 15752 and 15778.   The Court will notify the parties if oral argument will be granted.

**9.  Cross-Motions for Summary Judgment**.

**Monday, April 4, 2016,** file cross-motions for summary judgment.

**Monday, April 25, 2016**, file opposition briefs.

**Friday, May 13, 2016**, file reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

**Opening and opposition briefs will be limited to no more than 40 pages.[2]   Reply briefs will be limited to no more than 25 pages.**

---

[2] Double-spaced with 12pt. font.

3

**10.** <u>**Next Conference**</u>.

The next telephone status conference is on **Tuesday, February 23, 2016 at 9:30 a.m.**

New Orleans, Louisiana, this 17th day of February, 2016.

                                                               SALLY SHUSHAN
                                                          United States Magistrate Judge