UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : | MDL-2179 |
| | : | SECTION J |
| THIS DOCUMENT RELATES TO: | : : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |
| *2:10-cv-3059 and 2:11-cv-0516* | | |

...............................................................................................................

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record;

**IT IS ORDERED** that the motion is **GRANTED** and that James D. "Buddy" Caldwell, James Trey Phillips, and Megan K. Terrell be removed as counsel of record for Plaintiff, State of Louisiana in the above-entitled matter and that Jeff Landry, Louisiana Attorney General (#29942), Wilbur L. "Bill" Stiles, III, First Assistant Attorney General (#27654), and Elizabeth B. Murrill, Director, Civil Division (#20685) be substituted and enrolled as counsel of record for Plaintiff, State of Louisiana.

**IT IS FURTHER ORDERED** that Steven B. "Beaux" Jones (#33915) of the Office of the Attorney General, Louisiana Department of Justice, State of Louisiana is added as additional counsel of record in this matter on behalf of the Plaintiff, the State of Louisiana through Jeff Landry, Louisiana Attorney General.

New Orleans, Louisiana this 17th day of February, 2016.

_____
United States District Judge