DECLARATION

Harold A. Asher declares and states the following:

1. That he is a Certified Public Accountant, Certified Valuation Analyst, Accredited in Business Valuation and Certified in Financial Forensics by the American Institute of Certified Public Accountants, a Forensic Certified Public Accountant and a Certified Fraud Examiner.

2. That his most recent Curriculum Vitae is attached hereto as Exhibit 1.

3. That he has been asked to calculate the economic loss and loss of earning capacity ("damages") sustained by Wadleigh Industries, Inc. d/b/a Offshore Equipment Solutions ("Wadleigh") as a result of the uncontrolled discharge of hydrocarbons from the Macondo well and its aftermath

4. That he has used the following documents to prepare his damage calculations:

    a. Wadleigh Management Prepared Monthly Income Statements for 2008 through 2013

    b. Wadleigh Management Prepared Invoice Registers for 2010 through 2015

    c. Wadleigh Management Prepared General Ledgers for 2006 through 2010 for Accounts #2005 and #4052

    d. Wadleigh Management Prepared Job Register for Jobs #140528 through #140531

    e. FASB Accounting Standards Codification 605

5. That at the time of the accident, Wadleigh operated primarily in the Gulf of Mexico providing services ("Core Operations") which included the following:

    a. Crane repair, maintenance and servicing/inspection

    b. Heavy equipment and rig component repair, maintenance and servicing/inspection

    c. Engineering and designing of rig components

    That at the time of the accident, Wadleigh had just completed a major facility addition that materially increased its revenue capacity.

    That at the time of the accident, Wadleigh had committed to adding a new product and service line for crane construction and installation ("Crane Sales Operations").

1

6. That as referenced herein, Wadleigh has sustained Lost Profits in both its Core Operations and Crane Sales Operations.

7. That Wadleigh prepares its financial statements using primarily the completed-contract method.

8. That (according to FASB Accounting Standards Codification 605-35-05-10) financial statements based on the percentage-of-completion method present the economic substance of an entity's transactions and events more clearly and more timely than financial statements based on the completed-contract method, and they present more accurately the relationships between gross profit from contracts and related period costs. The percentage-of-completion method informs the users of the general purpose financial statements of the volume of economic activity of an entity.

9. That (according to FASB Accounting Standards Codification 605-35-05-12) the principal advantage of the completed-contract method is that it is based on results as finally determined, rather than on estimates for unperformed work that may involve unforeseen costs and possible losses. The principal disadvantage of the completed-contract method is that is does not reflect current performance when the period of any contract extends into more than one accounting period and under such circumstances it may result in irregular recognition of income.

10. That due to Wadleigh using the completed-contract method (which does not reflect the current economic performance for any one year), it is more appropriate for Wadleigh to use its Contracted Jobs during the relevant time periods as a basis for determining its Lost Profits for its Core Operations.

    That for purposes of this Declaration, a Contracted Job is defined as the total revenue generated by Wadleigh on a project which was originated and whose terms were agreed to by both Wadleigh and Wadleigh's customer.

    That the Contracted Job revenues for a particular month are derived from the total revenues for Jobs classified as originating in that month as referenced in the Wadleigh Management Prepared Invoice Register by Invoice/CM#.

11. That Wadleigh sustained Lost Profits for its Core Operations in 2010 and 2011.

12. That the revenue ultimately and actually generated on Contracted Jobs during 2012 (monthly average of $1,590,261) and 2013 (monthly average of $1,647,534) represent the amount of Expected Revenue that Wadleigh would have generated during the relevant time period of May 1, 2010 through December 31, 2011 had the accident not occurred.

    That Expected Revenue during the relevant time period for its Core Operations follows:

2

  a. May 2010 through December 2010 – $12,722,087

  b. January 2011 through December 2011 – $19,770,405

13. That the Actual Revenue ultimately and actually generated on Contracted Jobs for its Core Operations during the relevant time period follows:

  a. May 2010 through December 2010 – $4,346,988

  b. January 2011 through December 2011 – $15,817,040

14. That the amount of Lost Revenues (Expected Revenues less Actual Revenues) sustained for its Core Operations during the relevant time period follows:

  a. May 2010 through December 2010 – $8,375,099

  b. January 2011 through December 2011 – $3,953,365

15. That due to Wadleigh using the completed-contract method (which does not reflect the current economic performance for any one year), it is more appropriate for Wadleigh to use its historical variable Cost of Sales (67.48%) and Gross Profit Margin (32.52%) over a multi-year period (2008 through 2013) as the basis for its Lost Profits claim for its Core Operations.

16. That by using the historical Gross Profit Margin of 32.52% as its Expected Gross Profit Margin of 32.52%, Wadleigh has sustained Lost Gross Profits (Lost Revenues times Expected Gross Profit Margin) for its Core Operations during the relevant time period as follows:

  a. May 2010 through December 2010 – $2,723,959

  b. January 2011 through December 2011 – $1,285,812

17. That based on the above, Wadleigh has sustained Lost Gross Profits for its Core Operations totaling $4,009,770.

18. That Wadleigh has realized Saved Variable Operating Expenses (payroll, travel and entertainment and insurance) determined by comparing the Expected Operating Expenses for those items (the average actual monthly amounts in 2012 and 2013 totaling $251,576) to the Actual Operating Expenses for those items (the average actual monthly amounts in 2010 and 2011 totaling $174,719).

That based on the above, the resulting monthly Saved Variable Operating Expenses total $76,856.

19. That Wadleigh has realized Saved Variable Operating Expenses totaling $1,537,129 for its Core Operations during the relevant time period as follows:

    a.  May 2010 through December 2010 – $614,852

    b.  January 2011 through December 2011 – $922,277

20. That based on the above, Wadleigh has sustained Lost Profits (Lost Gross Profit less Saved Variable Operating Expenses) totaling $2,472,642 for its Core Operations during the relevant time period as follows:

    a.  May 2010 through December 2010 – $2,109,107

    b.  January 2011 through December 2011 – $363,535

21. That Wadleigh has advised me that, as a result of the accident, Wadleigh has sustained Lost Profits in its Crane Sales Operations.

22. That Wadleigh has advised me that it has sustained Lost Crane Sales.

23. That Wadleigh has actually sold four (4) cranes as of this Declaration date as follows:

    a.  Total Sales Price – $4,240,000

    b.  Total Cost of Sales – $3,540,126

    c.  Total Gross Profit – $699,874

    That the Actual Average Cost of Sales per crane totals $885,032 ($3,540,126 divided by 4).

24. That Wadleigh has advised me that, had the accident not occurred, Wadleigh would have sold four cranes (the amount actually sold as of this Declaration date) in 2011, plus six cranes in 2012 and six cranes in 2013.

    That Wadleigh has advised me that the actual sales price per crane in 2011 would have been $1,060,000 and the Expected Sales Price per crane in 2012 and 2013 would have been $1,300,000 had the accident not occurred.

25. That Wadleigh has advised me that the Expected Cost of Sales for each crane sold in 2011, 2012 and 2013 would be $885,032 (the above referenced Actual Average Cost of Sales).

26. That Wadleigh has advised me that it sustained a Lost Gross Profit per crane sale totaling $414,968 (Expected Sales Price of $1,300,000 less Expected Cost of Sales of

4

$885,032) on each of the six cranes that it would have sold in 2012 and each of the six cranes that it would have sold in 2013 had the accident not occurred.

27. That Wadleigh has advised me that it has sustained total Lost Gross Profits (12 total cranes times $414,968 per crane sale) in its Crane Sales Operations totaling $4,979,622 during 2012 and 2013.

    That Wadleigh has not realized any Saved Variable Operating Expenses in the Crane Sales Operations.

    That its Lost Profits resulting from Lost Crane Sales are the same as its Lost Gross Profits in that area.

28. That Wadleigh has advised me that it has also sustained additional Lost Profits in its Crane Sales Operations totaling approximately $2,400,000 (approximately $200,000 per crane installation for the 12 Lost Crane Sales for 2012 and 2013 referenced above).

29. That Wadleigh has advised me that it has sustained Lost Profits in its Crane Sales Operations totaling $7,379,622 ($4,979,622 plus $2,400,000).

30. That based on the above, Wadleigh has sustained Lost Profits totaling $9,852,264 as follows:

    a. Core Operations - $2,472,642 (Item 20 above)

    b. Crane Sales Operations – $7,379,622 (Item 29 above)

31. That he reserves his right to amend this Declaration should additional relevant information be discovered and provided to him for review and analysis.

_/s/ Harold A. Asher_      _1/29/14_
Harold A. Asher           Date

# Exhibit 1

# *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

**Professional & Business History**

Harold A. Asher, CPA, L.L.C., January 2, 2002 to present
Katz & Asher, Ltd. (A Corporation of Certified Public Accountants and Consultants), Co-founder and partner from October 1979 through December 31, 2001
Koltun & Buckman, Ltd., (1978 to 1979)
Price Waterhouse & Co., (1975 to 1978)

**Education**

Masters of Business Administration, Tulane University, May 1975 with concentration in accounting and finance
President of local Chapter of Beta Alpha Psi, national honorary accounting society
Bachelor of Science with major in Biology, Tulane University, May 1973
Professional education includes at least 40 hours annually

**Range of Experience**

The services that Mr. Asher has rendered include compilations, reviews and audits of financial statements; individual, corporate, fiduciary, partnership and estate tax planning and compliance; financial and pension consulting and planning, litigation support and business valuation services.

His financial consulting experience consists of the analysis of proposed investment vehicles (including, but not limited to, marketable and closely-held stocks, tax favored investment strategies, bonds and limited partnerships) and assistance in developing a suitable portfolio which meets the client's specific objectives for liquidity, diversification, risk and return. I have designed and reviewed internal accounting control systems. This work includes defining weaknesses and implementing recommendations to correct them.

He has experience in pension consulting and compliance includes analysis of the client's retirement objectives, investment criteria and determination of the cost of funding the non-owner employee benefit. I have performed administrative services including preparation of Form 5500C/R (Return/Report of Employee Benefit Plan), participants' statements, summary annual reports, balance sheets and statements of income and expenses for approximately 40 plans.

Mr. Asher's litigation support and business valuation services include examination and analysis of data, calculations and formulation of projections, assistance in the discovery process, negotiations, depositions and trial testimony.

Mr. Asher has extensive consulting and business valuation experience in various areas including, but not limited to, valuation of medical and legal entities, valuation of commercial business entities, valuation of ownership interest in real estate limited partnerships, valuation of

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

family limited partnerships, valuation of limited liability companies, valuation of participant interest in pension plans, calculation of income for child support purposes, calculation of damages resulting from securities transactions, asset allocation and suitability determination in securities litigation, accounting malpractice claims, calculation of damages resulting from personal injuries, calculation of lost profits, calculation of present value of projected future medical costs, calculation of damages in commercial matters, calculation of damages in construction related matters, calculation of losses relating to business interruption matters, fraud investigation and forensic accounting.

**Qualifications**

Mr. Asher is qualified as an expert witness in the United States District Court, Eastern and Western Districts of Louisiana and District of New Mexico, the United States Bankruptcy Court, Eastern and Middle Districts of Louisiana, Middle District of Tennessee and Southern District of Texas, Corpus Christi Division, the 1st Judicial District Court for the Parish of Caddo, the 24th Judicial District Court for the Parish of Jefferson, the Civil District Court for the Parish of Orleans, the 22nd Judicial District Court for the Parish of St. Tammany, the 19th Judicial District Court for the Parish of East Baton Rouge, the 29th Judicial District Court for the Parish of St. Charles, the 18th Judicial District Court for the Parish of Iberville, the 34th Judicial District Court for the Parish of St. Bernard, the 23rd Judicial District Court for the Parish of St. James, the 15th Judicial District Court for the Parish of Lafayette, the 4th Judicial District Court for the Parish of Ouachita, 143rd Judicial District Court of Ward County, Texas, Court of Common Pleas Hamilton County, Ohio, various National Association of Securities Dealers (NASD) proceedings and various American Arbitration Association (AAA) proceedings.

He has been selected by the United States Department of Justice to calculate damages in criminal matters.

He served as financial advisor for the Louisiana Stadium and Exposition District and New Orleans Convention and Visitors Bureau.

Mr. Asher has also served as financial consultant in connection with the relocation of the Charlotte Hornets of the National Basketball Association to New Orleans.

Mr. Asher has provided investment advice to clients since 1979. He owned and managed a Registered Investment Advisory firm (K & A Capital Management) during the period 1999 through 2004.

**Testimony and/or Deposition Experience**

Mr. Asher has testified as an expert at trial and/or been deposed within the preceding four years in the following matters:

2

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

Roger C. and Dawn M. Markwardt, Warrior Energy Services Corporation, Plaintiff v Roger C. Markwardt, Defendant
*United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division* (deposition January 2012 and trial testimony March 2012)

C. Lanclos v Liberty Mutual Insurance Company, et al
*22nd Judicial District Court for the Parish of St. Tammany* (deposition February 2012)

Christian Exkano v Greg King, et al
*Civil District Court for the Parish of New Orleans* (deposition February 2012)

Martin Harry v Golden Corral Corporation
*United States District Court for the Eastern District of Louisiana* (deposition June 2012)

Margaret Viso Gros and Claude J. Gros, Jr. v Odessa Thompson Farrugia and Victor Farrugia
*Civil District Court for the Parish of Orleans* (trial testimony July 2012)

In Re: St. Bernard I, LLC
*Louisiana Tax Commission, State of Louisiana* (deposition October 2012)

James Kevin Johnson and Denise Johnson v Mike Anderson's Seafood, Inc. et al
*Civil District Court for the Parish of Orleans* (trial testimony November 2012)

Year Round Heating & Air Conditioning Co. and Year Round Mechanical, Inc. v Monte D. Leath, CPA
*22nd Judicial District Court for the Parish of St. Tammany* (deposition December 2012)

Parish of Jefferson v Powerline, LLC
*24th Judicial District Court for the Parish of Jefferson* (trial testimony December 2012)

Jeffrey Mock and Brian Mock In Their Own Right and On Behalf of the Estate of Kenneth J. Mock v Grady-White Boats, Inc., and Harold D. Dowsey and/or The Estate of Harold D. Dowsey
*United States District Court for the Eastern District of Louisiana* (deposition January 2013)

Lisa S. Kirschman v Arnold V. Kirschman
*Civil District Court for the Parish of Orleans* (deposition February 2013)

Baronne Street Condominiums, LLC v Assurance Company of America, Carlos Brass, Lamont Keeling, Phyllis Power Fabre and Phyllis Fabre, LLC
*Civil District for the Parish of Orleans* (deposition May 2013)

Anthony Reviere, et al v Central Fireworks, LLC, et al
*United States District Court for the Eastern District of Louisiana* (deposition August 2013)

# *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

Shirley Rondeno, et al v Beverly McKenna, et al
*Civil District Court for the Parish of Orleans* (deposition October 2013)

RPM Pizza, LLP d/b/a Domino's Pizza v Argonaut Great Central Insurance Company
*United States District Court for the Eastern District of Louisiana* (deposition January 2014)

Colony Insurance Company v NJC Enterprises, LLC d/b/a Subway
*United States District Court for the Middle District of Louisiana* (deposition January 2014)

Dee Ann Radcliffe Henson v William H. Henson, II
*Civil District Court for the Parish of Orleans* (deposition February 2014 and trial testimony June 2014)

Jeremy Freeman v Washington Parish Fire District #6, et al
*22nd Judicial District Court, Parish of Washington* (trial testimony February 2014)

Brandy Lynn Fecke, et al v The Board of Supervisors of Louisiana State University, et al
*19th Judicial District Court for the Parish of East Baton Rouge* (trial testimony April 2014)

Lillie Rea and Hilda Wiratunga v Wisconsin Coach Lines, Inc. et al
*United States District Court for the Middle District of Louisiana* (deposition April 2014 and trial testimony March 2015)

Julie Patino v Dillard University
*Civil District Court for the Parish of Orleans* (deposition May 2014 and trial testimony April 2015)

Richard L. Rubin and Mary Rubin v The American Insurance Company, Paramount Remodeling & Roofing Corp., First Financial Insurance Company and C&G Construction of Louisiana, Inc.
*24th Judicial District Court for the Parish of Jefferson* (deposition June 2014 and trial testimony May 2015)

Mary Sandifer, Amanda Sandifer & Ryan Sandifer v Hoyt Archery, Inc. & ABC Ins. Co
*United States District Court for the Middle District of Louisiana* (deposition June 2014)

Anna Beth Altazin, et al v Walmart Stores, Inc.
*United States District Court for the Middle District of Louisiana* (deposition June 2014)

Roy Hernandez v A&L Systems, Inc. and First Mercury Insurance Company
*19th Judicial District Court for the Parish of East Baton Rouge* (deposition July 2014)

William B. Barnett, et al v Lincoln General Insurance Co., et al
*22nd Judicial District Court for the Parish of St. Tammany* (deposition July 2014)

4

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

Benjamin Birdsall, Jr. v Brian Gibbs, Brian Gibbs Development, LLC, Gibbs Construction, LLC and 930 Poydras Apartments, LLC
*Civil District Court for the Parish of New Orleans, State of Louisiana* (deposition July 2014)

Ronald Lee Stutes, et al v Greenwood Motor Lines, et al
*15th Judicial District Court for the Parish of Lafayette, State of Louisiana* (deposition September 2014)

Allan Thomas v Fred Hill, Jr. et al
*United States District Court, Western District of Monroe* (trial testimony September 2014)

Susan Imbraguglio and Pascal Imbraguglio v Korey W. Landry, State of Louisiana Department of Public Safety, et al
*23rd Judicial District Court for the Parish of St. James* (deposition September 2014)

Diane Johnson v Neill Corporation, Paris Parker Salons and/or Neill Corporation d/b/a Paris Parker Salons; Larry Donnie Ashton, Jr.; and ABC Insurance Company
*19th Judicial District Court for the Parish of East Baton Rouge* (deposition March 2013 and trial testimony October 2014)

Board of Supervisors of Louisiana State University and Agricultural and Mechanical College v Southern Electronics Supply, Inc. (F/K/A Southern Radio Supply Co. Inc.), et al
*Civil District for the Parish of Orleans* (deposition August 2013 and trial testimony October 2014 and December 2014)

Ricky Koch and Susan Koch v Interocean American Shipping Corporation, et al
*United States District Court for the Eastern District of Louisiana* (trial testimony December 2014)

Board of Supervisors of Louisiana State University and Agricultural and Mechanical College v Marshall G. Gerson, Ellvog, Inc. and City of New Orleans
*Civil District for the Parish of Orleans* (deposition October 2013 and trial testimony January 2015)

Michelle D. Allen-Hart, et al v Abbott Simses, PLC, et al
*Civil District for the Parish of Orleans* (deposition March 2013 and January 2015)

In the Matter of the Complaint of Crosby Marine Transportation, LLC and Crosby Tugs, L.L.C. as Owners and Owners Pro Hac Vice of the M/V Crosby Mariner Petitioning for Exoneration from or Limitation of Liability
*United States District Court for the Western District of Louisiana, Lafayette/Opelousas Division* (trial testimony June 2015)

5

# *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

Choice Professional Overnight Copy Service, Inc. v Galeas, c/w Broussard v Choice Professional Overnight Copy Service, Inc.
*Civil District for the Parish of Orleans* (deposition May 2015 and trial testimony June 2015)

Lorenzo O. McElroy and Donna S. McElroy, et al v Emergency Room Group, Ltd, et al
*In the Circuit Court of Jackson County, Mississippi* (deposition July 2014 and trial testimony September 2015)

Jacobee Lee v Louisiana Board of Trustees for State Colleges, et al
*19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana* (deposition September 2015)

Michael Sartisky v Louisiana Endowment for the Humanities
*United States District Court for the Eastern District of Louisiana* (deposition October 2015)

Timothy L. Chandler v United States of America and Nathaniel B. Greene, Sr.
*United States District Court for the Western District of Louisiana* (deposition November 2015)

Larry Warner and Ava Warner v USAA General Indemnity Insurance Company, Canal Insurance Company and Patrick Alexis
*24th Judicial District Court for the Parish of Jefferson* (trial testimony January 2016)

**Personal**

Mr. Asher received his Certified Public Accountant certification in July 1976. He is a member of the American Institute of Certified Public Accountants, its Business Valuation and Forensic & Litigation Services Section and the Louisiana Society of Certified Public Accountants.

The American Institute of Certified Public Accountants designated Mr. Asher as Accredited in Business Valuation in February 2007 and as Certified in Financial Forensics in July 2008.

He was designated a Certified Fraud Examiner by the Association of Certified Fraud Examiners in February 1995 and a Certified Valuation Analyst by the National Association of Certified Valuators and Analysts in December 1995.

Mr. Asher received his Series 65 License from the Securities and Exchange Commission in December 1999 and served as a registered investment adviser from 1999 through 2004.

He was designated as a Forensic Certified Public Accountant in March 2006.

Mr. Asher is a member of the National Association of Forensic Economists, American Academy of Economic and Financial Experts and Institute of Business Appraisers.

6

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

He currently serves on the Board of Tour de Lis, a cancer support organization.

Mr. Asher was President of the Jewish Federation of Greater New Orleans (1999 through September 2001) and President of the Louisiana Council of American Israeli Public Affairs Committee (AIPAC) from June 2003 to June 2005.

**Contact Information**

Harold A. Asher
400 Poydras Street, Suite 2640
New Orleans, Louisiana 70130

Phone:  (504) 566-7577
Fax:  (504) 566-9003
E-mail:  hasher@ashercpa.com