DECLARATION

Harold A. Asher declares and states the following:

1. That he is a Certified Public Accountant, Certified Valuation Analyst, Accredited in Business Valuation and Certified in Financial Forensics by the American Institute of Certified Public Accountants, a Forensic Certified Public Accountant and a Certified Fraud Examiner.

2. That his most recent Curriculum Vitae is attached hereto as Exhibit 1.

3. That he has been asked to calculate the economic loss and loss of earning capacity ("damages") sustained by Blake Holdings I, LLC, Blake Workover & Drilling Co., Inc. and Blake International Rigs, LLC ("Blake") as a result of the uncontrolled discharge of hydrocarbons from the Macondo well and its aftermath.

4. That he has used the following documents to prepare his damage calculations:

    a. Blake Management Prepared Monthly Income Statements for 2008 through 2013

    b. Blake Management Prepared Schedules Entitled "Blake International USA Rigs/Mexico Rigs" detailing Revenue by Rig and Variable Operating Expenses (Cost of Sales by Rig) for the period May 2008 through December 2013

    c. Blake Management Prepared Schedules including Rig Upgrade Costs for Rig 2003, Rig 2001, Rig 1505 and Rig 1007

    d. Blake Management Prepared Schedule of Estimated Rig Upgrade Costs for Rig 1006

    e. Offshore Day Work Drilling Contract – U.S. between Blake and Energy XXI reflecting per day rates of $56,044

    f. Master Day Work Drilling Platform Domestic Offshore Between Energy XXI (Operator) and Blake International USA Rigs, LLC (Contractor) reflecting per day rates of $37,500

5. That Blake owned nine (9) rigs at the time of the accident at issue. Of these rigs, Blake sustained Lost Profits on five (5) below referenced rigs and incurred increased capitalized costs in its mitigation efforts.

6. That had the accident not occurred, Blake has advised me that it would have placed its two 1,500 Horsepower Rigs (Rig #2001 – Formerly Rig #1501E and Rig #2003 – Formerly Rig #1502E) in service in the Gulf of Mexico during the period November

1

1, 2010 through December 31, 2013 under the following alternative day rate Scenarios:

   a. Per day rate of $56,044

   b. Per day rate of $37,500

That in addition to the per day rates, Blake has advised me that Blake may have also generated additional ancillary product and service revenue at a rate of $5,319 per day during the relevant time period. For purposes of this Declaration, I have not included the impact of the ancillary revenue on Blake's damages under Scenario 6a above but have included the impact in Scenario 6b.

That I have increased the revenues for the twelve months beginning November 2011, 2012 and 2013 (by the respective CPI–U for each year of 3.2%, 2.1% and 1.5%).

7. That had the accident not occurred, based on the above Blake would have generated Expected Revenue during the relevant time period while operating in the Gulf of Mexico as follows:

*Assuming $56,044 per day rate*

   a. Rig #2001 – $66,834,733

   b. Rig #2003 – $66,834,733

*Assuming $37,500 per day rate plus $5,319 of ancillary revenue per day*

   a. Rig #2001 – $51,063,387

   b. Rig #2003 – $51,063,387

8. That had the accident not occurred, Blake would have incurred Expected Variable Operating Expenses equal to 44.74% of its revenues during the relevant time period.

That the Expected Variable Operating Expenses for Rig #2001 and Rig #2003 are derived from the actual experience of its 1,500 Horsepower Rig (Rig #1505-formerly Rig #1005E) operating in the Gulf of Mexico during the relevant time period.

9. That had the accident not occurred, based on the above Blake would have realized Expected Profits (Expected Revenue less Expected Variable Operating Expenses) during the relevant time period while operating in the Gulf of Mexico as follows:

*Assuming $56,044 per day rate*

   a. Rig #2001 – $36,932,856

2

b. Rig #2003 – $36,932,856

*Assuming $37,500 per day rate plus $5,319 of ancillary revenue per day*

  a. Rig #2001 – $28,217,614

  b. Rig #2003 – $28,217,614

10. That in an effort to mitigate its damages, Blake generated Actual Profits (Actual Revenue less Actual Variable Operating Expenses) during the relevant time period while operating in the Mexican market as follows:

  a. Rig #2001 – $7,372,942

  b. Rig #2003 – $14,279,338

11. That based on the above, Blake has sustained Lost Profits (Expected Profits less Actual Profits) for the below rigs during the relevant time period as follows:

*Assuming $56,044 per day rate*

  a. Rig #2001 – $29,559,914

  b. Rig #2003 – $22,653,518

*Assuming $37,500 per day rate plus $5,319 of ancillary revenue per day*

  a. Rig #2001 – $20,844,672

  b. Rig #2003 – $13,938,276

12. That in connection with mitigating its damages, Blake has advised me that Blake incurred material Mitigation Expenditures (that it otherwise would not have expended had the accident not occurred) converting the 1,500 Horsepower Rigs (Rig #2001 and Rig #2003) to 2,000 Horsepower Rigs to operate in the Mexican market as follows:

  a. Rig #2001 – $15,554,322

  b. Rig #2003 – $11,659,572

13. That had the accident not occurred, Blake has advised me that Blake would have placed its three 1,000 Horsepower Rigs (Rig #1505 – Formerly #1005, Rig #1007 – Formerly #1002E and Rig #1006) in service in the Gulf of Mexico under the following alternative damage period scenarios:

    a. January 1, 2011 through December 31, 2013

    b. June 1, 2011 through December 31, 2013

14. That had the accident not occurred, Blake would have placed its three 1,000 Horsepower Rigs (Rig #1505, Rig #1007 and Rig #1006) in service in the Gulf of Mexico at an average month rate of at least $1,007,871 for 2011 and 2012.

    That the Expected Revenues for the 2011 and 2012 damage periods are based upon a $1,007,871 average monthly rate (the actual average revenue for 2012 for Rig #1007, a 1,000 Horsepower Rig, which actually operated in the Gulf of Mexico during the relevant time period).

    That the Expected Revenues for the 2013 damage period are based upon a $1,394,439 average monthly rate (the actual average revenue for 2013 for Rig #1007, 1,000 Horsepower Rig, which actually operated the Gulf of Mexico during the relevant time period).

15. That had the accident not occurred, Blake would have generated Expected Revenues during the alternative damage period scenarios while operating in the Gulf of Mexico as follows:

    *Assuming Operating January 1, 2011 through December 31, 2013*

        a. Rig #1505 – $40,922,179

        b. Rig #1007 – $40,922,179

        c. Rig #1006 – $40,922,179

    *Assuming Operating June 1, 2011 through December 31, 2013*

        a. Rig #1505 – $35,882,822

        b. Rig #1007 – $35,882,822

        c. Rig #1006 – $35,882,822

16. That had the accident not occurred, Blake would have incurred Expected Variable Operating Expenses equal to 47.75% of its Expected Revenues during the relevant time period.

    That the Expected Variable Operating Expenses are derived from the actual experience of its 1,000 Horsepower Rig (Rig #1007) operating in the Gulf of Mexico during the relevant time period.

4

17. That had the accident not occurred and based on the above, Blake would have realized Expected Profits (Expected Revenue less Expected Variable Operating Expenses) during the alternative damage period scenarios while operating in the Gulf of Mexico as follows:

    *Assuming Operating January 1, 2011 through December 31, 2013*

    a. Rig #1505 – $21,383,849

    b. Rig #1007 – $21,383,849

    c. Rig #1006 – $21,383,849

    *Assuming Operating June 1, 2011 through December 31, 2013*

    d. Rig #1505 – $18,750,538

    e. Rig #1007 – $18,750,538

    f. Rig #1006 – $18,750,538

18. That Blake generated Actual Profits (Actual Revenue less Actual Variable Operating Expenses) during the relevant time period as follows:

    a. Rig #1505 – $24,924,751

    b. Rig #1007 – $15,501,904

    c. Rig #1006 – $266,788

19. That based on the above, Blake has sustained Lost Profits (Expected Profits less Actual Profits) during the relevant time period as follows:

    *Assuming Operating January 1, 2011 through December 31, 2013*

    a. Rig #1505 – ($3,540,902)

    b. Rig #1007 – $5,881,945

    c. Rig #1006 – $21,117,061

    *Assuming Operating June 1, 2011 through December 31, 2013*

    a. Rig #1505 – ($6,174,213)

    b. Rig #1007 – $3,248,634

5

    c. Rig #1006 – $18,483,749

20. That in connection with mitigating its damages, that Blake has advised me that Blake incurred Mitigation Expenditures (that it otherwise would not have expended had the accident not occurred) converting the 1,000 Horsepower Rigs (Rig #1505) to 1,500 Horsepower Rig to operate in the Gulf of Mexico totaling $4,870,336.

21. That Blake realized saved Mitigation Expenditures totaling approximately $4,227,482 in connection with its decision to forego expenditures on Rig #1006 that it otherwise would have expended had the accident not occurred.

22. That based on the above, Blake has sustained Lost Profits as a result of the accident ranging from $50,341,118 to $75,671,536.

23. That based on the above, Blake has incurred net (of saved) Mitigation Expenditures totaling $27,856,748.

24. That based on the above, Blake has sustained total damages (Lost Profits plus net Mitigation Expenditures) for the period 2010 through 2013 ranging from $78,197,866 to $103,528,284.

25. That he reserves his right to amend this Declaration should additional relevant information be discovered and provided to him for review and analysis.

_____  
Harold A. Asher

1/29/16  
Date

6

# Exhibit 1

# *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

**Professional & Business History**

Harold A. Asher, CPA, L.L.C., January 2, 2002 to present
Katz & Asher, Ltd. (A Corporation of Certified Public Accountants and Consultants), Co-founder and partner from October 1979 through December 31, 2001
Koltun & Buckman, Ltd., (1978 to 1979)
Price Waterhouse & Co., (1975 to 1978)

**Education**

Masters of Business Administration, Tulane University, May 1975 with concentration in accounting and finance
President of local Chapter of Beta Alpha Psi, national honorary accounting society
Bachelor of Science with major in Biology, Tulane University, May 1973
Professional education includes at least 40 hours annually

**Range of Experience**

The services that Mr. Asher has rendered include compilations, reviews and audits of financial statements; individual, corporate, fiduciary, partnership and estate tax planning and compliance; financial and pension consulting and planning, litigation support and business valuation services.

His financial consulting experience consists of the analysis of proposed investment vehicles (including, but not limited to, marketable and closely-held stocks, tax favored investment strategies, bonds and limited partnerships) and assistance in developing a suitable portfolio which meets the client's specific objectives for liquidity, diversification, risk and return. I have designed and reviewed internal accounting control systems. This work includes defining weaknesses and implementing recommendations to correct them.

He has experience in pension consulting and compliance includes analysis of the client's retirement objectives, investment criteria and determination of the cost of funding the non-owner employee benefit. I have performed administrative services including preparation of Form 5500C/R (Return/Report of Employee Benefit Plan), participants' statements, summary annual reports, balance sheets and statements of income and expenses for approximately 40 plans.

Mr. Asher's litigation support and business valuation services include examination and analysis of data, calculations and formulation of projections, assistance in the discovery process, negotiations, depositions and trial testimony.

Mr. Asher has extensive consulting and business valuation experience in various areas including, but not limited to, valuation of medical and legal entities, valuation of commercial business entities, valuation of ownership interest in real estate limited partnerships, valuation of

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

family limited partnerships, valuation of limited liability companies, valuation of participant interest in pension plans, calculation of income for child support purposes, calculation of damages resulting from securities transactions, asset allocation and suitability determination in securities litigation, accounting malpractice claims, calculation of damages resulting from personal injuries, calculation of lost profits, calculation of present value of projected future medical costs, calculation of damages in commercial matters, calculation of damages in construction related matters, calculation of losses relating to business interruption matters, fraud investigation and forensic accounting.

**Qualifications**

Mr. Asher is qualified as an expert witness in the United States District Court, Eastern and Western Districts of Louisiana and District of New Mexico, the United States Bankruptcy Court, Eastern and Middle Districts of Louisiana, Middle District of Tennessee and Southern District of Texas, Corpus Christi Division, the 1st Judicial District Court for the Parish of Caddo, the 24th Judicial District Court for the Parish of Jefferson, the Civil District Court for the Parish of Orleans, the 22nd Judicial District Court for the Parish of St. Tammany, the 19th Judicial District Court for the Parish of East Baton Rouge, the 29th Judicial District Court for the Parish of St. Charles, the 18th Judicial District Court for the Parish of Iberville, the 34th Judicial District Court for the Parish of St. Bernard, the 23rd Judicial District Court for the Parish of St. James, the 15th Judicial District Court for the Parish of Lafayette, the 4th Judicial District Court for the Parish of Ouachita, 143rd Judicial District Court of Ward County, Texas, Court of Common Pleas Hamilton County, Ohio, various National Association of Securities Dealers (NASD) proceedings and various American Arbitration Association (AAA) proceedings.

He has been selected by the United States Department of Justice to calculate damages in criminal matters.

He served as financial advisor for the Louisiana Stadium and Exposition District and New Orleans Convention and Visitors Bureau.

Mr. Asher has also served as financial consultant in connection with the relocation of the Charlotte Hornets of the National Basketball Association to New Orleans.

Mr. Asher has provided investment advice to clients since 1979. He owned and managed a Registered Investment Advisory firm (K & A Capital Management) during the period 1999 through 2004.

**Testimony and/or Deposition Experience**

Mr. Asher has testified as an expert at trial and/or been deposed within the preceding four years in the following matters:

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

Roger C. and Dawn M. Markwardt, Warrior Energy Services Corporation, Plaintiff v Roger C. Markwardt, Defendant
*United States Bankruptcy Court for the Southern District of Texas, Corpus Christi Division* (deposition January 2012 and trial testimony March 2012)

C. Lanclos v Liberty Mutual Insurance Company, et al
*22nd Judicial District Court for the Parish of St. Tammany* (deposition February 2012)

Christian Exkano v Greg King, et al
*Civil District Court for the Parish of New Orleans* (deposition February 2012)

Martin Harry v Golden Corral Corporation
*United States District Court for the Eastern District of Louisiana* (deposition June 2012)

Margaret Viso Gros and Claude J. Gros, Jr. v Odessa Thompson Farrugia and Victor Farrugia
*Civil District Court for the Parish of Orleans* (trial testimony July 2012)

In Re: St. Bernard I, LLC
*Louisiana Tax Commission, State of Louisiana* (deposition October 2012)

James Kevin Johnson and Denise Johnson v Mike Anderson's Seafood, Inc. et al
*Civil District Court for the Parish of Orleans* (trial testimony November 2012)

Year Round Heating & Air Conditioning Co. and Year Round Mechanical, Inc. v Monte D. Leath, CPA
*22nd Judicial District Court for the Parish of St. Tammany* (deposition December 2012)

Parish of Jefferson v Powerline, LLC
*24th Judicial District Court for the Parish of Jefferson* (trial testimony December 2012)

Jeffrey Mock and Brian Mock In Their Own Right and On Behalf of the Estate of Kenneth J. Mock v Grady-White Boats, Inc., and Harold D. Dowsey and/or The Estate of Harold D. Dowsey
*United States District Court for the Eastern District of Louisiana* (deposition January 2013)

Lisa S. Kirschman v Arnold V. Kirschman
*Civil District Court for the Parish of Orleans* (deposition February 2013)

Baronne Street Condominiums, LLC v Assurance Company of America, Carlos Brass, Lamont Keeling, Phyllis Power Fabre and Phyllis Fabre, LLC
*Civil District for the Parish of Orleans* (deposition May 2013)

Anthony Reviere, et al v Central Fireworks, LLC, et al
*United States District Court for the Eastern District of Louisiana* (deposition August 2013)

3

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

Shirley Rondeno, et al v Beverly McKenna, et al
*Civil District Court for the Parish of Orleans* (deposition October 2013)

RPM Pizza, LLP d/b/a Domino's Pizza v Argonaut Great Central Insurance Company
*United States District Court for the Eastern District of Louisiana* (deposition January 2014)

Colony Insurance Company v NJC Enterprises, LLC d/b/a Subway
*United States District Court for the Middle District of Louisiana* (deposition January 2014)

Dee Ann Radcliffe Henson v William H. Henson, II
*Civil District Court for the Parish of Orleans* (deposition February 2014 and trial testimony June 2014)

Jeremy Freeman v Washington Parish Fire District #6, et al
*22nd Judicial District Court, Parish of Washington* (trial testimony February 2014)

Brandy Lynn Fecke, et al v The Board of Supervisors of Louisiana State University, et al
*19th Judicial District Court for the Parish of East Baton Rouge* (trial testimony April 2014)

Lillie Rea and Hilda Wiratunga v Wisconsin Coach Lines, Inc. et al
*United States District Court for the Middle District of Louisiana* (deposition April 2014 and trial testimony March 2015)

Julie Patino v Dillard University
*Civil District Court for the Parish of Orleans* (deposition May 2014 and trial testimony April 2015)

Richard L. Rubin and Mary Rubin v The American Insurance Company, Paramount Remodeling & Roofing Corp., First Financial Insurance Company and C&G Construction of Louisiana, Inc.
*24th Judicial District Court for the Parish of Jefferson* (deposition June 2014 and trial testimony May 2015)

Mary Sandifer, Amanda Sandifer & Ryan Sandifer v Hoyt Archery, Inc. & ABC Ins. Co
*United States District Court for the Middle District of Louisiana* (deposition June 2014)

Anna Beth Altazin, et al v Walmart Stores, Inc.
*United States District Court for the Middle District of Louisiana* (deposition June 2014)

Roy Hernandez v A&L Systems, Inc. and First Mercury Insurance Company
*19th Judicial District Court for the Parish of East Baton Rouge* (deposition July 2014)

William B. Barnett, et al v Lincoln General Insurance Co., et al
*22nd Judicial District Court for the Parish of St. Tammany* (deposition July 2014)

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

Benjamin Birdsall, Jr. v Brian Gibbs, Brian Gibbs Development, LLC, Gibbs Construction, LLC and 930 Poydras Apartments, LLC
*Civil District Court for the Parish of New Orleans, State of Louisiana* (deposition July 2014)

Ronald Lee Stutes, et al v Greenwood Motor Lines, et al
*15th Judicial District Court for the Parish of Lafayette, State of Louisiana* (deposition September 2014)

Allan Thomas v Fred Hill, Jr. et al
*United States District Court, Western District of Monroe* (trial testimony September 2014)

Susan Imbraguglio and Pascal Imbraguglio v Korey W. Landry, State of Louisiana Department of Public Safety, et al
*23rd Judicial District Court for the Parish of St. James* (deposition September 2014)

Diane Johnson v Neill Corporation, Paris Parker Salons and/or Neill Corporation d/b/a Paris Parker Salons; Larry Donnie Ashton, Jr.; and ABC Insurance Company
*19th Judicial District Court for the Parish of East Baton Rouge* (deposition March 2013 and trial testimony October 2014)

Board of Supervisors of Louisiana State University and Agricultural and Mechanical College v Southern Electronics Supply, Inc. (F/K/A Southern Radio Supply Co. Inc.), et al
*Civil District for the Parish of Orleans* (deposition August 2013 and trial testimony October 2014 and December 2014)

Ricky Koch and Susan Koch v Interocean American Shipping Corporation, et al
*United States District Court for the Eastern District of Louisiana* (trial testimony December 2014)

Board of Supervisors of Louisiana State University and Agricultural and Mechanical College v Marshall G. Gerson, Ellvog, Inc. and City of New Orleans
*Civil District for the Parish of Orleans* (deposition October 2013 and trial testimony January 2015)

Michelle D. Allen-Hart, et al v Abbott Simses, PLC, et al
*Civil District for the Parish of Orleans* (deposition March 2013 and January 2015)

In the Matter of the Complaint of Crosby Marine Transportation, LLC and Crosby Tugs, L.L.C. as Owners and Owners Pro Hac Vice of the M/V Crosby Mariner Petitioning for Exoneration from or Limitation of Liability
*United States District Court for the Western District of Louisiana, Lafayette/Opelousas Division* (trial testimony June 2015)

5

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

Choice Professional Overnight Copy Service, Inc. v Galeas, c/w Broussard v Choice Professional Overnight Copy Service, Inc.
*Civil District for the Parish of Orleans* (deposition May 2015 and trial testimony June 2015)

Lorenzo O. McElroy and Donna S. McElroy, et al v Emergency Room Group, Ltd, et al
*In the Circuit Court of Jackson County, Mississippi* (deposition July 2014 and trial testimony September 2015)

Jacobee Lee v Louisiana Board of Trustees for State Colleges, et al
*19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana* (deposition September 2015)

Michael Sartisky v Louisiana Endowment for the Humanities
*United States District Court for the Eastern District of Louisiana* (deposition October 2015)

Timothy L. Chandler v United States of America and Nathaniel B. Greene, Sr.
*United States District Court for the Western District of Louisiana* (deposition November 2015)

Larry Warner and Ava Warner v USAA General Indemnity Insurance Company, Canal Insurance Company and Patrick Alexis
*24th Judicial District Court for the Parish of Jefferson* (trial testimony January 2016)

**Personal**

Mr. Asher received his Certified Public Accountant certification in July 1976. He is a member of the American Institute of Certified Public Accountants, its Business Valuation and Forensic & Litigation Services Section and the Louisiana Society of Certified Public Accountants.

The American Institute of Certified Public Accountants designated Mr. Asher as Accredited in Business Valuation in February 2007 and as Certified in Financial Forensics in July 2008.

He was designated a Certified Fraud Examiner by the Association of Certified Fraud Examiners in February 1995 and a Certified Valuation Analyst by the National Association of Certified Valuators and Analysts in December 1995.

Mr. Asher received his Series 65 License from the Securities and Exchange Commission in December 1999 and served as a registered investment adviser from 1999 through 2004.

He was designated as a Forensic Certified Public Accountant in March 2006.

Mr. Asher is a member of the National Association of Forensic Economists, American Academy of Economic and Financial Experts and Institute of Business Appraisers.

6

## *Harold A. Asher, CPA, ABV, CFF, CVA, CFE, FCPA*

He currently serves on the Board of Tour de Lis, a cancer support organization.

Mr. Asher was President of the Jewish Federation of Greater New Orleans (1999 through September 2001) and President of the Louisiana Council of American Israeli Public Affairs Committee (AIPAC) from June 2003 to June 2005.

**Contact Information**

Harold A. Asher
400 Poydras Street, Suite 2640
New Orleans, Louisiana 70130

Phone: (504) 566-7577
Fax: (504) 566-9003
E-mail: hasher@ashercpa.com

7