IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>No. 13-5804, Young v *v. BP Exploration & Production Inc, et al (Elton Johnson)* | * * * | Honorable CARL J. BARBIER<br><br>Magistrate JUDGE WILKINSON |

**************************************************************************

**UNOPPOSED MOTION BY TIDEWATER MARINE, LLC
FOR LIMITED RELIEF FROM EVIDENCE PRESERVATION
REQUIREMENTS OF PRETRIAL ORDER #1 (Doc. 55)**

**NOW INTO COURT**, through undersigned counsel, comes Tidewater Marine, LLC ("Tidewater"), and hereby moves this Court for relief from Item number 14 entitled "**PRESERVATION OF EVIDENCE**" contained in this Court's Pretrial Order #1, insofar as the preservation requirement applies to certain tangible items described more fully in the attached Memorandum in Support.

In accordance with the requirements of Pretrial Order #1, Tidewater has sent correspondence to the leaders of plaintiffs' steering committee as well as all liaison counsel for the co-defendants in this matter requesting consent to the relief requested in this motion. In its letter, Tidewater identified the tangible items in question and fully advised all parties of Tidewater's proposal that the relief requested by this motion be granted so that Tidewater can either donate the items to a maritime museum or otherwise properly dispose of the items presently in storage, since no party has indicated any interest in preservation of the items nor has any party indicated any further need for the items for purposes of this litigation. In response to Tidewater's request, all parties have each given consent

1

to the relief requested.

WHEREFORE, for reasons more fully set forth in the attached Memorandum in Support, Tidewater respectfully requests that this Unopposed Motion for Limited Relief from Evidence Preservation Requirements of Pretrial Order #1 be granted, and that Tidewater be allowed to remove the items from storage and either donate them to a maritime museum willing to receive them or otherwise properly dispose of them in a manner deemed suitable by Tidewater.

    Respectfully Submitted,

    MAHTOOK & LAFLEUR
    (A Limited Liability Company)

    _____s/Cliffe E. Laborde III_____
    CLIFFE E. LABORDE III (#08062)
    MARC J. MANDICH (# 35402)
    600 Jefferson Street, Suite 1000
    Post Office Box 3089
    Lafayette, LA 70502-3089
    Telephone:   (337) 266-2189
    Facsimile:   (337) 266-2303

    **COUNSEL FOR DEFENDANT, TIDEWATER MARINE, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing has been forwarded to all counsel of record via the Court's electronic mail system.

Lafayette, Louisiana, this 18th day of February, 2016.

    ___s/Cliffe E. Laborde III____
               COUNSEL