## MAHTOOK & LAFLEUR, L.L.C.
### ATTORNEYS AT LAW

CLIFFE E. LABORDE III
claborde@mandllaw.com

1000 CHASE TOWER
600 JEFFERSON STREET
POST OFFICE BOX 3089
LAFAYETTE, LOUISIANA 70502

TELEPHONE: (337) 266-2189
FACSIMILE: (337) 266-2303

January 14, 2016

**VIA ELECTRONIC TRANSMISSION & U.S. MAIL**

Mr. James P. Roy
Domengeaux Wright Roy Edwards & Colomb, LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70501
jimr@wrightroy.com

Mr. Stephen J. Herman
Herman Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Sherman@hhklawfirm.com

Mr. Mike Brock
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Mike.brock@kirkland.com

Mr. Brad D. Brian
Munger, Tolles & Olson, LLP
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Brad.Brian@mto.com

Mr. Donald E. Godwin
Godwin PC
Renaissance Tower
1201 Elm Street, Suite 1700
Dallas, Texas 75270
DGodwin@GodwinLaw.com

Re:   In Re: Deepwater Horizon
      Elton Johnson v. BP, et al
      E.D.LA. MDL No. 2179; Case No. 10-1674
      Date of Accident: April 20, 2010
      Our File No.:  259-3548

Dear Counsel:

Tidewater is in possession of certain items belonging to Transocean, which potentially constitute physical evidence relevant to the above matter. The items are as follows:

1. 1 yellow transport bed with name "Horizon" on side
2. 1 orange life jacket


EXHIBIT A

All Counsel of Record
In Re: Deepwater Horizon
January 14, 2016
Page 2

    3. 2 round orange flotation buoys
    4. 3 small green oxygen tanks
    5. 2 blue life raft bags, tags say water and spare sea anchor
    6. 2 white hard case first aid kits
    7. 1 soft side blue Adventure Marine Medical Kit tagged "Evidence, hold till notified"
    8. 1 large orange soft side first aid kit
    9. 1 large red metal medical chest labeled "REF-SEACOR LEE"

We offered to return these items to Transocean, but Transocean indicated it has no interest in them.

Tidewater has since indicated it would like to donate these items to the Ocean Star Offshore Drilling Rig & Museum. This museum has established a memorial at its Galveston, Texas location to honor the memory of the workers who died in the Deepwater Horizon Oil Spill. We have been informed the memorial is small and does not take up much floor space in the museum, but if the parties consent to the disposition of the above items, we would inquire of the museum's representatives whether they would have any interest in taking possession of the items for display. Should the museum decline interest, we would then consider donating the items elsewhere or otherwise disposing of them by some other suitable means.

In order to donate these items, we must obtain relief from Pretrial Order #1, rendered by Judge Barbier in the consolidated, multi-district litigation *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010* and applicable hereto. Pretrial Order #1 requires the preservation of any and all potential evidence relevant to the above matter unless all parties consent to the disposition of such evidence and/or the Court, upon application of any party, grants relief from the requirements of the Pretrial Order. Upon obtaining your consent, we will apply to the Court for relief from Pretrial Order #1 insofar as the above evidentiary items are concerned.

As such, we must obtain your formal consent to the above proposed course of action and the potential donation of the items in question to the Ocean Star Offshore Drilling Rig & Museum in Galveston, Texas or another institution. In the event we do not find a donee willing to take possession of the items, we also request your formal consent to disposing of these items in some other suitable manner. Upon obtaining your consent, we will file a Motion with the Court seeking relief from Pretrial Order #1 with respect to the above-listed items.

All Counsel of Record
In Re: Deepwater Horizon
January 14, 2016
Page 3

      Please indicate your consent by signing below and returning this correspondence to our offices on or before January 29, 2016. The following week, we will file a motion with the Court seeking relief from the Discovery Order. The motion will identify all parties that have consented, any objections received before that time, and/or any parties who have failed to respond.

      Thank you very much.

                                        Sincerely,

                                        Cliffe E. Laborde III

CEL/mjm

**[REMAINDER OF PAGE LEFT INTENTIONALLY BLANK
SIGNATURES ON FOLLOWING PAGE]**

ACCEPTED AND APPROVED:

_____
Mr. James P. Roy
Domengeaux Wright Roy Edwards & Colomb, LLC
Counsel for Plaintiff's Steering Committee

_____
Date

_____
Mr. Stephen J. Herman
Herman Herman & Katz, LLC
Counsel for Plaintiff's Steering Committee

_____
Date

_____
Mr. Mike Brock
Kirkland & Ellis LLP
Counsel for Defendant, BP

_____
Date

_____
Mr. Brad Brian
Munger, Tolles & Olson, LLP
Counsel for Defendant, Transocean

Daniel.Levin@MTO.com
copy him with original letter and he will handle

_____
Date

_____
Mr. Donald E. Godwin
Godwin PC
Counsel for Defendant, Halliburton

_____
Date