ACCEPTED AND APPROVED:

_____ (signed)
Mr. James P. Roy
Domengeaux Wright Roy Edwards & Colomb, LLC
Counsel for Plaintiff's Steering Committee

1-18-2016
Date

_____
Mr. Stephen J. Herman
Herman Herman & Katz, LLC
Counsel for Plaintiff's Steering Committee

_____
Date

_____
Mr. Mike Brock
Kirkland & Ellis LLP
Counsel for Defendant, BP

_____
Date

_____
Mr. Brad Brian
Munger, Tolles & Olson, LLP
Counsel for Defendant, Transocean

_____
Date

_____
Mr. Donald E. Godwin
Godwin PC
Counsel for Defendant, Halliburton

_____
Date



EXHIBIT B

ACCEPTED AND APPROVED:

_____
Mr. James P. Roy
Domengeaux Wright Roy Edwards & Colomb, LLC
Counsel for Plaintiff's Steering Committee

_____
Date

_____
Mr. Stephen J. Herman
Herman Herman & Katz, LLC
Counsel for Plaintiff's Steering Committee

_____
Date

_____ *[signed]*
Mr. J. Andrew Langan
Mr. Mike Brock
Kirkland & Ellis LLP
Counsel for Defendant, BP

1/19/16
Date

_____
Mr. Brad Brian
Munger, Tolles & Olson, LLP
Counsel for Defendant, Transocean

_____
Date

_____
Mr. Donald E. Godwin
Godwin PC
Counsel for Defendant, Halliburton

_____
Date

## Julie McCarthy

**From:** Levin, Daniel <daniel.levin@mto.com>
**Sent:** Wednesday, January 27, 2016 2:19 PM
**To:** Cliffe E Laborde III
**Cc:** Brian, Brad
**Subject:** RE: In Re: Deepwater Horizon

Cliffe,

Transocean has no objection to your motion seeking relief from Pretrial Order #1 with respect to the items set forth in your letter.

Thanks,
Dan

Daniel B. Levin | Munger, Tolles & Olson LLP
355 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9135 | Fax: 213.683.5135 | daniel.levin@mto.com | www.mto.com

***NOTICE***

This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.

**From:** Cliffe E Laborde III [mailto:claborde@mandllaw.com]
**Sent:** Wednesday, January 27, 2016 7:16 AM
**To:** Levin, Daniel
**Cc:** Brian, Brad
**Subject:** In Re: Deepwater Horizon

Daniel,

Please see the attached letter we spoke about last night written to Counsel of Record in connection with the captioned matter. Let me know if you have any questions. Thank you very much.
Cliffe

Cliffe E. Laborde III
Mahtook & Lafleur, L.L.C.
600 Jefferson Street, Ste 1000
Post Office Box 3089
Lafayette, LA 70502
claborde@mandllaw.com
337-266-2160 direct dial

1

# Julie McCarthy

| | |
|---|---|
| **From:** | York, R. Alan <AYork@GodwinLaw.com> |
| **Sent:** | Wednesday, January 20, 2016 1:25 PM |
| **To:** | 'James Roy'; Julie McCarthy |
| **Cc:** | psc@mdl2179psc.com; Brock, Mike; Andy Langan (andrew.langan@kirkland.com); Kjmiller@bakerdonelson.com |
| **Subject:** | RE: In Re: Deepwater Horizon |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Halliburton is likewise unopposed and has no interest in preserving these items.

Alan York


Alan York, Shareholder
Board Certified - Civil Appellate Law
Texas Board of Legal Specialization
In **Houston** Office
AYork@GodwinLaw.com



**Direct:** 713.595.8301
**Fax:**     713.595.8333

www.GodwinLaw.com
**Toll Free:**  800-662-8393

| **Dallas** | **Houston** |
|---|---|
| 1201 Elm Street | 1331 Lamar Street |
| Suite 1700 | Suite 1665 |
| Dallas, Texas 75270 | Houston, Texas 77010 |
| 214.939.4400 | 713.595.8300 |

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender that is protected by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510 and 2521 and may be legally privileged. This message (and any associated files) is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential, subject to copyright or constitutes a trade secret. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this message, or files associated with this message, is strictly prohibited. If you have received this communication in error, please notify **GODWIN PC** immediately by telephone (800.662.8393) and destroy the original message.  Messages sent to and from us may be monitored.

> **From:** James Roy [mailto:JIMR@wrightroy.com]
> **Sent:** Thursday, January 14, 2016 7:08 PM
> **To:** 'Julie McCarthy'
> **Cc:** psc@mdl2179psc.com; Brock, Mike; Andy Langan (andrew.langan@kirkland.com);

1

Kjmiller@bakerdonelson.com; York, R. Alan
**Subject:** RE: In Re: Deepwater Horizon

Julie/Cliffe:
PSC is OK with Donation proposal outlined in your letter of this date.
Regardless, PSC has no interest in preserving the items listed.
Regards, JIM

---

**From:** Julie McCarthy [mailto:jmccarthy@mandllaw.com]
**Sent:** Thursday, January 14, 2016 3:45 PM
**To:** James Roy
**Subject:** FW: In Re: Deepwater Horizon


Dear Counsel,
Please see the attached letter from Mr. Cliffe E. Laborde regarding the captioned matter.
Thank you very much.

Julie

Julie McCarthy
Assistant to Cliffe E. Laborde III
Mahtook & Lafleur, L.L.C.
600 Jefferson Street, Ste 1000
Post Office Box 3089
Lafayette, LA 70502
jmccarthy@mandllaw.com
337-266-2189 extension 2665
337-266-2303 fax

2

# Julie McCarthy

**From:** Steve Herman <SHERMAN@hhklawfirm.com>
**Sent:** Thursday, January 14, 2016 6:12 PM
**To:** Julie McCarthy
**Cc:** jiimr@wrightroy.com; Mike.brock@kirkland.com; DGodwin@GodwinLaw.com; Brad.Brian@mto.com
**Subject:** In Re: Deepwater Horizon

Ok with PSC. Thanks.

On Jan 14, 2016, at 3:43 PM, "Julie McCarthy" <jmccarthy@mandllaw.com> wrote:

> Dear Counsel,
> Please see the attached letter from Mr. Cliffe E. Laborde regarding the captioned matter.
> Thank you very much.
>
> *Julie*
>
> Julie McCarthy
> Assistant to Cliffe E. Laborde III
> Mahtook & Lafleur, L.L.C.
> 600 Jefferson Street, Ste 1000
> Post Office Box 3089
> Lafayette, LA 70502
> jmccarthy@mandllaw.com
> 337-266-2189 extension 2665
> 337-266-2303 fax
>
> <Ltr. to Counsel Re Deepwater Horizon.pdf>

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended
solely for the addressee. Please do not read, copy, or disseminate it unless
you are the addressee. If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender. Also, we would appreciate your forwarding the message back to us and
deleting it from your system. Thank you.

1

# Julie McCarthy

**From:** James Roy <JIMR@wrightroy.com>
**Sent:** Thursday, January 14, 2016 7:08 PM
**To:** Julie McCarthy
**Cc:** psc@mdl2179psc.com; Brock, Mike; Andy Langan (andrew.langan@kirkland.com); Kjmiller@bakerdonelson.com; York, R. Alan (AYork@GodwinLaw.com)
**Subject:** RE: In Re: Deepwater Horizon
**Attachments:** Ltr. to Counsel Re Deepwater Horizon.pdf

Julie/Cliffe:
PSC is OK with Donation proposal outlined in your letter of this date.
Regardless, PSC has no interest in preserving the items listed.
Regards, JIM

**From:** Julie McCarthy [mailto:jmccarthy@mandllaw.com]
**Sent:** Thursday, January 14, 2016 3:45 PM
**To:** James Roy
**Subject:** FW: In Re: Deepwater Horizon

Dear Counsel,
Please see the attached letter from Mr. Cliffe E. Laborde regarding the captioned matter.
Thank you very much.

*Julie*

Julie McCarthy
Assistant to Cliffe E. Laborde III
Mahtook & Lafleur, L.L.C.
600 Jefferson Street, Ste 1000
Post Office Box 3089
Lafayette, LA 70502
jmccarthy@mandllaw.com
337-266-2189 extension 2665
337-266-2303 fax

1