IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>No. 13-5804, Young v *v. BP Exploration & Production Inc, et al (Elton Johnson)* | * * * | Honorable CARL J. BARBIER<br><br>Magistrate JUDGE WILKINSON |

**************************************************************************

### CERTIFICATE OF COUNSEL
### PURSUANT TO LOCAL RULE 7.3

In accordance with Local Rule 7.3 of the Rules of the United States District Court for the Eastern District of Louisiana, undersigned counsel of record for defendant, TIDEWATER MARINE, LLC, certifies that all interested counsel, specifically the head of the plaintiffs' steering committee and all liaison counsel for the co-defendants in this matter, have been contacted regarding the filing of the instant Motion for Limited Relief from Evidence Preservation Requirements of Pretrial Order #1 and they do not object to the relief requested.

                  _s/Cliffe E. Laborde III_
                  CLIFFE E. LABORDE III