IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>No. 13-5804, Young v *v. BP Exploration & Production Inc, et al (Elton Johnson)* | * * * | Honorable CARL J. BARBIER<br><br>Magistrate JUDGE WILKINSON |

*************************************************************************

## ORDER

Considering the foregoing Unopposed Motion for Limited Relief from Evidence Preservation Requirements of Pretrial Order #1;

IT IS HEREBY ORDERED that the Motion be and is hereby GRANTED in all respects, and that Tidewater Marine, LLC is entitled to dispose of the items listed in the Motion by either:

1. Donating the items to the Ocean Star Offshore Drilling Rig & Museum;

2. Donating the items to any other maritime museum with an interest in retaining the items for display or storage; or

3. By any other alternative manner deemed suitable by Tidewater.

New Orleans, Louisiana this 18th day of February, 2016.

_____
United States District Judge