## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** <br> **SECTION J** |
| **This document relates to:** <br> **All Cases and No. 12-970** | * * * * * * * | **HONORABLE CARL J. BARBIER** <br><br> **MAGISTRATE JUDGE SHUSHAN** |

## BP'S MOTION TO VACATE AND STAY PAYMENT OF AWARDS TO CLAIMANT 100261264

Pursuant to Section 18 of the Economic Loss and Property Damage Settlement Agreement and Rule 65 of the Federal Rules of Civil Procedure, Defendants BP Exploration & Production Inc. and BP America Production Company (collectively, "BP") move this Court to vacate and stay payment of 839 awards to Claimant 100261264, for the reasons set forth in the accompanying memorandum.

Dated: February 18, 2016                                   Respectfully submitted,

                                                           /s/ *Don K. Haycraft*
Allison Rumsey                                             S. Gene Fendler (Bar #05510)
ARNOLD & PORTER LLP                                        Don K. Haycraft (Bar #14361)
601 Massachusetts Avenue, NW                               R. Keith Jarrett (Bar #16984)
Washington, DC  20001                                      LISKOW & LEWIS
Telephone:  (202) 942-5000                                 701 Poydras Street, Suite 5000
Facsimile:  (202) 942-5999                                 New Orleans, LA  70139-5099
                                                           Telephone:  (504) 581-7979
                                                           Facsimile:  (504) 556-4108

*OF COUNSEL*

*ATTORNEYS FOR BP EXPLORATION & PRODUCTION INC.
AND BP AMERICA PRODUCTION COMPANY*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I filed a copy of the above and foregoing pleading electronically with the Court's CM/ECF system on February 18, 2016.  I further certify that I delivered a copy of the above and foregoing pleading to the following via File & Serve Xpress and electronic mail on February 18, 2016:

> James P. Roy
> Domengeaux, Wright, Roy & Edwards
> P. O. Box 3668
> 556 Jefferson St.
> Lafayette, LA 70502-3668
> Email: jimr@wrightroy.com
>
> Stephen J. Herman
> Herman, Herman, Katz & Cotlar, LLP
> 820 O'Keefe Avenue
> New Orleans, LA 70113
> (504) 581-4892
> Email: sherman@hhkc.com
>
> David Bruchhaus
> Mudd & Bruchhaus, L.L.C.
> 410 E. College Street
> Lake Charles, LA 70605
> (337) 562-2327
> Email: dbruchhaus@camtel.net

>> */s/ Don K. Haycraft*
>> Don K. Haycraft