# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** <br> **SECTION J** |
| **This document relates to:** <br> **All Cases and No. 12-970** | * * * * * * | **HONORABLE CARL J. BARBIER** <br><br> **MAGISTRATE JUDGE SHUSHAN** |

## ORDER

**CONSIDERING** Defendants' Motion to Vacate and Stay Payment of Awards to Claimant 100261264, the Court hereby orders as follows:

1. The Motion is **GRANTED**; and

2. The 839 awards to Claimant 100261264 listed on Exhibit 1 are vacated and payment is stayed.


New Orleans, Louisiana this ___ day of February, 2016.

_____
Honorable Carl J. Barbier