# Exhibit 1

**Claim Numbers for Claims with Eligibility Notices Issued to Claimant 100261264**

| | | |
|---|---|---|
| 2629 | 2627 | 2614 |
| 2629 | 2627 | 2615 |
| 2628 | 2627 | 2615 |
| 2628 | 2627 | 2614 |
| 2628 | 2627 | 2617 |
| 2626 | 2627 | 2615 |
| 2626 | 2626 | 2626 |
| 2626 | 2627 | 2618 |
| 2628 | 2626 | 2618 |
| 2629 | 2607 | 2618 |
| 2627 | 2607 | 2618 |
| 2627 | 2629 | 2609 |
| 2627 | 2629 | 2629 |
| 2627 | 2627 | 2615 |
| 2628 | 2628 | 2615 |
| 2628 | 2628 | 2615 |
| 2628 | 2627 | 2615 |
| 2628 | 2627 | 2619 |
| 2628 | 2627 | 2615 |
| 2628 | 2627 | 2626 |
| 2628 | 2627 | 2625 |
| 2628 | 2607 | 2625 |
| 2628 | 2605 | 2625 |
| 2629 | 2609 | 2625 |
| 2629 | 2609 | 2625 |
| 2629 | 2609 | 2625 |
| 2629 | 2609 | 2625 |
| 2607 | 2609 | 2625 |
| 2607 | 2609 | 2625 |
| 2607 | 2608 | 2625 |
| 2628 | 2608 | 2629 |
| 2628 | 2609 | 2629 |
| 2628 | 2608 | 2629 |
| 2628 | 2608 | 2628 |
| 2628 | 2608 | 2628 |
| 2628 | 2608 | 2610 |
| 2628 | 2608 | 2610 |
| 2628 | 2607 | 2610 |
| 2628 | 2607 | 2610 |
| 2628 | 2607 | 2610 |
| 2628 | 2607 | 2614 |
| 2629 | 2614 | 2614 |
| 2629 | 2614 | 2614 |

| | | |
|---|---|---|
| 2614 | 2618 | 2615 |
| 2613 | 2618 | 2615 |
| 2612 | 2618 | 2615 |
| 2612 | 2618 | 2625 |
| 2618 | 2619 | 2626 |
| 2618 | 2619 | 2626 |
| 2618 | 2619 | 2629 |
| 2618 | 2619 | 2629 |
| 2618 | 2619 | 2629 |
| 2618 | 2620 | 2622 |
| 2618 | 2625 | 2629 |
| 2618 | 2625 | 2613 |
| 2618 | 2625 | 2613 |
| 2619 | 2625 | 2613 |
| 2619 | 2625 | 2613 |
| 2619 | 2625 | 2613 |
| 2619 | 2626 | 2615 |
| 2619 | 2626 | 2617 |
| 2619 | 2611 | 2613 |
| 2622 | 2611 | 2613 |
| 2622 | 2611 | 2613 |
| 2615 | 2611 | 2614 |
| 2615 | 2611 | 2614 |
| 2605 | 2611 | 2615 |
| 2618 | 2612 | 2615 |
| 2605 | 2612 | 2615 |
| 2605 | 2612 | 2613 |
| 2605 | 2612 | 2613 |
| 2605 | 2612 | 2613 |
| 2605 | 2612 | 2613 |
| 2626 | 2612 | 2613 |
| 2626 | 2612 | 2623 |
| 2607 | 2614 | 2616 |
| 2607 | 2614 | 2616 |
| 2607 | 2614 | 2616 |
| 2607 | 2614 | 2616 |
| 2608 | 2614 | 2617 |
| 2608 | 2614 | 2617 |
| 2608 | 2614 | 2617 |
| 2609 | 2618 | 2617 |
| 2609 | 2615 | 2617 |
| 2609 | 2615 | 2611 |
| 2618 | 2615 | 2613 |
| 2618 | | 2613 |
| | | 2613 |

| | | |
|---|---|---|
| 2613 | 2629 | 2628 |
| 2613 | 2607 | 2628 |
| 2613 | 2629 | 2630 |
| 2613 | 2629 | 2613 |
| 2613 | 2629 | 2613 |
| 2613 | 2629 | 2613 |
| 2613 | 2630 | 2613 |
| 2613 | 2605 | 2613 |
| 2613 | 2605 | 2613 |
| 2613 | 2605 | 2613 |
| 2614 | 2629 | 2613 |
| 2614 | 2626 | 2613 |
| 2614 | 2626 | 2613 |
| 2614 | 2626 | 2613 |
| 2614 | 2626 | 2613 |
| 2614 | 2624 | 2613 |
| 2614 | 2624 | 2613 |
| 2614 | 2624 | 2614 |
| 2614 | 2615 | 2614 |
| 2614 | 2615 | 2614 |
| 2614 | 2615 | 2614 |
| 2614 | 2615 | 2615 |
| 2612 | 2613 | 2614 |
| 2612 | 2613 | 2614 |
| 2612 | 2615 | 2614 |
| 2612 | 2615 | 2614 |
| 2612 | 2614 | 2614 |
| 2612 | 2614 | 2614 |
| 2612 | 2614 | 2614 |
| 2612 | 2614 | 2614 |
| 2612 | 2614 | 2614 |
| 2611 | 2615 | 2614 |
| 2611 | 2615 | 2614 |
| 2611 | 2611 | 2614 |
| 2611 | 2613 | 2614 |
| 2611 | 2615 | 2614 |
| 2612 | 2615 | 2605 |
| 2612 | 2615 | 2605 |
| 2612 | 2615 | 2605 |
| 2612 | 2617 | 2605 |
| 2612 | 2617 | 2605 |
| 2612 | 2624 | 2605 |
| 2612 | 2624 | 2605 |
| 2612 | 2626 | 2605 |
| 2612 | 2626 | 2605 |
| 2607 | 2628 | 2605 |

| | | |
|---|---|---|
| 2605 | 2622 | 2615 |
| 2607 | 2622 | 2615 |
| 2605 | 2622 | 2615 |
| 2605 | 2622 | 2615 |
| 2605 | 2623 | 2619 |
| 2605 | 2623 | 2623 |
| 2605 | 2623 | 2623 |
| 2607 | 2623 | 2624 |
| 2608 | 2623 | 2624 |
| 2608 | 2623 | 2624 |
| 2607 | 2623 | 2624 |
| 2607 | 2623 | 2624 |
| 2607 | 2624 | 2624 |
| 2607 | 2624 | 2624 |
| 2607 | 2624 | 2624 |
| 2607 | 2624 | 2624 |
| 2607 | 2624 | 2624 |
| 2607 | 2626 | 2624 |
| 2607 | 2626 | 2624 |
| 2607 | 2626 | 2624 |
| 2607 | 2626 | 2624 |
| 2607 | 2613 | 2625 |
| 2608 | 2613 | 2625 |
| 2608 | 2609 | 2625 |
| 2608 | 2609 | 2625 |
| 2609 | 2610 | 2625 |
| 2609 | 2610 | 2625 |
| 2609 | 2610 | 2626 |
| 2609 | 2610 | 2626 |
| 2609 | 2610 | 2626 |
| 2609 | 2610 | 2626 |
| 2609 | 2610 | 2626 |
| 2609 | 2610 | 2626 |
| 2609 | 2610 | 2626 |
| 2627 | 2610 | 2626 |
| 2612 | 2611 | 2626 |
| 2612 | 2611 | 2626 |
| 2616 | 2611 | 2626 |
| 2619 | 2611 | 2626 |
| 2619 | 2611 | 2627 |
| 2620 | 2611 | 2627 |
| 2620 | 2611 | 2627 |
| 2620 | 2611 | 2628 |
| 2620 | 2611 | 2626 |
| 2622 | 2613 | 2626 |
| 2622 | 2615 | 2627 |

| | | |
|---|---|---|
| 2627 | 2610 | 2611 |
| 2627 | 2610 | 2611 |
| 2627 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2619 |
| 2610 | 2610 | 2619 |
| 2609 | 2610 | 2619 |
| 2609 | 2610 | 2619 |
| 2609 | 2610 | 2619 |
| 2609 | 2610 | 2619 |
| 2609 | 2610 | 2619 |
| 2612 | 2610 | 2619 |
| 2612 | 2611 | 2619 |
| 2612 | 2611 | 2619 |
| 2612 | 2611 | 2619 |
| 2613 | 2611 | 2620 |
| 2613 | 2611 | 2620 |
| 2613 | 2611 | 2620 |
| 2613 | 2611 | 2620 |
| 2613 | 2611 | 2620 |
| 2613 | 2611 | 2620 |
| 2613 | 2611 | 2620 |
| 2610 | 2611 | 2620 |
| 2610 | 2611 | 2620 |
| 2610 | 2611 | 2620 |
| 2610 | 2611 | 2620 |
| 2610 | 2611 | 2620 |
| 2610 | 2611 | 2620 |
| 2610 | 2611 | 2620 |
| 2610 | 2611 | 2620 |
| 2610 | 2611 | 2620 |

| | | |
|---|---|---|
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2621 | 2615 | 2623 |
| 2621 | 2615 | 2623 |
| 2621 | 2615 | 2623 |
| 2621 | 2615 | 2623 |
| 2621 | 2615 | 2607 |
| 2621 | 2615 | 2612 |
| 2621 | 2615 | 2612 |
| 2621 | 2615 | 2612 |
| 2621 | 2615 | 2612 |
| 2621 | 2615 | 2607 |
| 2621 | 2616 | 2607 |
| 2621 | 2616 | 2607 |
| 2621 | 2616 | 2607 |
| 2621 | 2616 | 2607 |
| 2621 | 2616 | 2607 |
| 2621 | 2616 | 2612 |
| 2621 | 2622 | 2626 |
| 2621 | 2622 | 2610 |
| 2621 | 2622 | 2610 |
| 2621 | 2622 | 2615 |
| 2622 | 2622 | 2607 |
| 2622 | 2622 | 2605 |
| 2622 | 2622 | 2605 |
| 2622 | 2623 | 2607 |
| 2622 | 2623 | 2607 |
| 2622 | 2623 | 2622 |
| 2622 | 2623 | 2623 |
| 2622 | 2623 | 2615 |
| 2622 | 2623 | 2605 |

2627
2615
2615
2611
2611
2611
2621
2622
2622
2622
2622
2622
2622
2626
2622
2622
2623
2623
2624
2624