# Exhibit 2

## DECLARATION OF CHRISTOPHER ESBROOK

I, Christopher Esbrook, declare and state as follows:

1.      I am over the age of 18 and am a resident of the State of Illinois.  Unless otherwise stated, I have personal knowledge of the facts set forth herein, and, if called to do so, could testify truthfully thereto.

2.      I am at partner in Kirkland & Ellis LLP.  I assisted BP in the negotiation and drafting of multiple provisions of the Economic and Property Damage Settlement Agreement, including the Wetlands Framework set forth as Exhibit 12A of the Settlement Agreement.

3.      During the negotiations, I met with representatives of the Plaintiffs Steering Committee to identify every Eligible Parcel within the Wetlands Real Property Claim Zone.[1]   To decide which parcels would be Eligible Parcels under the Settlement Agreement, BP and the Plaintiffs Steering Committee used two sources for parcel boundary information.  First, tax parcel information was obtained from the Terrebonne Parish tax assessor.  Second, because similar information was not readily available from other parishes within the timeframe needed for the settlement negotiations, the parties used, as the best available approximation of tax parcels, a commercially available data set of Louisiana parcels from P2 Energy Solutions and known as "Tobin Data."

4.      The Tobin Data for the parcel owned by Claimant 100261264—the recipient last week of the more than 800 awards totaling more than $6 million—shows one single parcel, not 800 parcels.  A copy of the Tobin Data used by the parties for this parcel is attached as Exhibit A hereto, with parcel boundaries outlined in red.

---

[1]    Capitalized terms are defined within the Economic and Property Damage Settlement Agreement.

5.      Once the parties identified all Eligible Parcels within the Wetlands Real Property Claim Zone, the parties memorialized the Eligible Parcels in what is referred to as the Eligible Parcel Compensation Category Map.  This map is attached as Appendix C to the Wetlands Framework.  I am not aware of any discussions between the parties regarding compensating individual lots within a tax parcel.  Rather, in the discussions I participated in, the focus was on tax parcels.

6.      The Eligible Parcel Compensation Map does not divide lots within a tax parcel into separate Eligible Parcels.  With regard to the single parcel owned by Claimant ID 100261264 for which the Settlement Program issued 800 plus awards last week, Appendix C of the Wetlands Framework identifies one single Eligible Parcel, not 800 plus Eligible Parcels.  The relevant portion of Appendix C is reproduced in Exhibit B hereto with the parcel owned by Claimant ID 100261264 shown as a single Eligible Parcel highlighted in red.

7.      Following the execution of the Settlement Agreement, an extra step was taken to ensure that the Claims Administrator's Database contained the most up-to-date information about which tax parcels constitute Eligible Parcels.  Information was obtained from the taxing authorities in each Parish as to which tax parcels fall within the boundaries of the Wetlands Real Property Claims Zone that had been created using the Tobin Data. The database included all data required to determine the Compensation Amount for parcels within the Wetlands Real Property Claim Zone, and reported one Compensation Amount per tax parcel; it did not report Compensation Amounts for any lots within a tax parcel. The updated Claims Administrator's Database was then delivered to the Claims Administrator.  The Claims Administrator accepted the Claims Administrator's Database and implemented it for more than a year before announcing Policy 443.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of February, 2016.

_____

Christopher Esbrook

# Exhibit A

Tobin Parcel for which Claims Administrator has issued 839 awards to Claimant 100261264



# Exhibit B

**Parcel for which Claims Administrator has issued 839 awards to Claimant 100261264, as represented in Appendix C of Wetlands Real Property Framework**