# Exhibit 5



Exhibit 10 Seafood Compensation Program

Exhibit 11A Compensation Framework for Coastal Real Property Claims

Exhibit 11B (Part 1 of 2) Appendix A to Compensation Framework for Coastal Real Property Claims: Coastal Real Property Claim Zone Map

Exhibit 11B (Part 2 of 2) Appendix A to Compensation Framework for Coastal Real Property Claims: Coastal Real Property Claim Zone Map

Exhibit 11C (Part 1 of 3) Appendix D to Compensation Framework for Coastal Real Property Claims: Eligible Parcel Compensation Category Map

Exhibit 11C (Part 2 of 3) Appendix D to Compensation Framework for Coastal Real Property Claims: Eligible Parcel Compensation Category Map

Exhibit 11C (Part 3 of 3) Appendix D to Compensation Framework for Coastal Real Property Claims: Eligible Parcel Compensation Category Map

Exhibit 12A Compensation Framework for Wetlands Real Property Claims

Exhibit 12B Appendix A to Compensation Framework for Wetlands Real Property Claims: Wetlands Real Property Claim Zone Map

Exhibit 12C Appendix C to Compensation Framework for Wetlands Real Property Claims: Eligible Parcel Compensation Category Map

Exhibit 12D Appendix D to Compensation Framework for Wetlands Real Property Claims: Area of Potential Eligibility Map

Exhibit 13A Compensation Framework for Real Property Sales

Exhibit 13B (Part 1 of 2) Appendix A Real Property Sales Compensation Zone Map

Exhibit 13B (Part 2 of 2) Appendix A Real Property Sales Compensation Zone Map

Exhibit 14 Compensation Framework for Vessel Physical Damage Claims

Exhibit 15 RTP Chart (Risk Transfer Premium)

Exhibit 16 Excluded Industries Chart

Exhibit 17 Oil & Gas Industry Exclusions

