# Exhibit 6

**CAMERON PARISH**  **STATUS: ACTIVE**

**PROPERTY DESCRIPTION**

