# Exhibit 8

Tobin Parcel for which Claims Administrator has issued 839 awards to Claimant 100261264

