# Exhibit 9

# ARNOLD & PORTER LLP

**Daniel A. Cantor**
Daniel.Cantor@aporter.com

+1 202.942.5765
+1 202.942.5999 Fax

601 Massachusetts Ave., NW
Washington, DC 20001-3743

February 11, 2016

**VIA E-MAIL [PHRON@DHECLAIMS.COM]**

Patrick Hron
Appeals Coordinator
Deepwater Horizion Settlement Program
935 Gravier Street
New Orleans, Louisiana  70130

> Re:   Eligibility Notices Issued to Claimant ████████████
>        (Claimant ID 100261264)

Dear Patrick:

We are writing with regard to Claimant ████████████
("Claimant").  Over the last week, the Settlement Program has issued to Claimant 839
eligibility notices totaling $6,607,125.  All of these eligibility notices were issued under
the wetlands framework and relate to a single property, property tax assessment ID
████████, located in Cameron Parish.  We understand that the Settlement Program is in
the process of issuing yet more eligibility notices with regard to this same property.

BP intends to exercise its right under the Settlement Agreement to appeal the
above awards.  Under the wetlands framework (Exhibit 12A of the Settlement
Agreement), Claimant is only entitled to its proportionate share of a single minimum
payment for the entire tax parcel.  The awarding of the minimum payment 839 times over
for the exact same property was in error.  This error has transformed what should be a
$7,875 award under the Settlement Agreement to a $6,607,125 award that is still
growing.

Because the award for the same property has been broken into at least 839 pieces,
the value of each eligibility notice is less than $25,000 pre-RTP.  As a result, the
Settlement Program's Portal is not configured to allow BP to file an appeal through the
standard electronic process.  However, the fact that the award for the property has been
broken into hundreds of pieces cannot abrogate BP's appeals rights under the Settlement
Agreement to challenge a $6 million plus award for a single property.  Therefore, please
accept this letter as BP's notice of appeal with regard to the claims listed on Attachment 1

75136681v1

# ARNOLD & PORTER LLP

Patrick Hron
February 11, 2016
Page 2


hereto.[1]  We ask that you please promptly issue a briefing schedule and ensure that no payments are made on the claims at issue at this time.  If for any reason the Settlement Program does not intend to process this notice of appeal, please inform us immediately and please stay any payments while BP seeks judicial review.

Thank you in advance for your attention to this matter.

Sincerely,


/S/ Daniel A. Cantor


Daniel A. Cantor

Attachment

CC: Counsel for Claimant, David P. Bruchhaus via E-Mail [dbruchhaus@camtel.net]

---

[1] In the event that the Settlement Program issues additional awards with regard to the same property to Claimant, to ███████████████████████████(Claimant ID 100259218), or to any other entity or individual, BP reserves the right to update Attachment 1.

Attachment 1
Letter to Patrick Hron
February 11, 2016
Page 1 of 7

**Claim Numbers for Claims with Eligibility Notices Issued to Claimant** ███████
███████ **(Claimant ID 100261264)**

| | | |
|---|---|---|
| 2629 | 2628 | 2607 |
| 2629 | 2629 | 2607 |
| 2628 | 2629 | 2607 |
| 2628 | 2627 | 2607 |
| 2628 | 2627 | 2614 |
| 2626 | 2627 | 2614 |
| 2626 | 2627 | 2614 |
| 2626 | 2627 | 2615 |
| 2628 | 2627 | 2615 |
| 2629 | 2626 | 2614 |
| 2627 | 2627 | 2617 |
| 2627 | 2626 | 2615 |
| 2627 | 2607 | 2626 |
| 2627 | 2607 | 2618 |
| 2628 | 2629 | 2618 |
| 2628 | 2629 | 2618 |
| 2628 | 2627 | 2618 |
| 2628 | 2628 | 2609 |
| 2628 | 2627 | 2629 |
| 2628 | 2627 | 2615 |
| 2628 | 2627 | 2615 |
| 2628 | 2627 | 2615 |
| 2629 | 2627 | 2615 |
| 2629 | 2607 | 2619 |
| 2629 | 2605 | 2615 |
| 2629 | 2609 | 2626 |
| 2607 | 2609 | 2625 |
| 2607 | 2609 | 2625 |
| 2607 | 2609 | 2625 |
| 2628 | 2609 | 2625 |
| 2628 | 2609 | 2625 |
| 2628 | 2608 | 2625 |
| 2628 | 2608 | 2625 |
| 2628 | 2609 | 2625 |
| 2628 | 2608 | 2625 |
| 2628 | 2608 | 2629 |
| 2628 | 2608 | 2629 |
| 2628 | 2608 | 2629 |
| 2628 | 2608 | 2628 |

Attachment 1
Letter to Patrick Hron
February 11, 2016
Page 2 of 7

| | | |
|---|---|---|
| 2628 | 2607 | 2612 |
| 2610 | 2607 | 2612 |
| 2610 | 2607 | 2614 |
| 2610 | 2608 | 2614 |
| 2610 | 2608 | 2614 |
| 2610 | 2608 | 2614 |
| 2614 | 2609 | 2614 |
| 2614 | 2609 | 2614 |
| 2614 | 2609 | 2614 |
| 2614 | 2618 | 2618 |
| 2613 | 2618 | 2615 |
| 2612 | 2618 | 2615 |
| 2612 | 2618 | 2615 |
| 2618 | 2618 | 2615 |
| 2618 | 2618 | 2615 |
| 2618 | 2619 | 2625 |
| 2618 | 2619 | 2626 |
| 2618 | 2619 | 2626 |
| 2618 | 2619 | 2629 |
| 2618 | 2619 | 2629 |
| 2618 | 2620 | 2629 |
| 2618 | 2625 | 2622 |
| 2619 | 2625 | 2629 |
| 2619 | 2625 | 2613 |
| 2619 | 2625 | 2613 |
| 2619 | 2625 | 2613 |
| 2619 | 2625 | 2613 |
| 2619 | 2626 | 2615 |
| 2622 | 2626 | 2617 |
| 2622 | 2611 | 2613 |
| 2615 | 2611 | 2613 |
| 2615 | 2611 | 2613 |
| 2605 | 2611 | 2614 |
| 2618 | 2611 | 2614 |
| 2605 | 2611 | 2615 |
| 2605 | 2612 | 2615 |
| 2605 | 2612 | 2615 |
| 2605 | 2612 | 2613 |
| 2605 | 2612 | 2613 |
| 2626 | 2612 | 2613 |
| 2626 | 2612 | 2613 |
| 2607 | 2612 | 2613 |

Attachment 1
Letter to Patrick Hron
February 11, 2016
Page 3 of 7

| | | |
|---|---|---|
| 2613 | 2612 | 2614 |
| 2623 | 2612 | 2614 |
| 2616 | 2612 | 2614 |
| 2616 | 2611 | 2614 |
| 2616 | 2611 | 2615 |
| 2616 | 2611 | 2615 |
| 2617 | 2611 | 2611 |
| 2617 | 2611 | 2613 |
| 2617 | 2612 | 2615 |
| 2617 | 2612 | 2615 |
| 2617 | 2612 | 2615 |
| 2611 | 2612 | 2615 |
| 2613 | 2612 | 2617 |
| 2613 | 2612 | 2617 |
| 2613 | 2612 | 2624 |
| 2613 | 2612 | 2624 |
| 2613 | 2607 | 2626 |
| 2613 | 2629 | 2626 |
| 2613 | 2607 | 2628 |
| 2613 | 2629 | 2628 |
| 2613 | 2629 | 2628 |
| 2613 | 2629 | 2630 |
| 2613 | 2629 | 2613 |
| 2613 | 2630 | 2613 |
| 2613 | 2605 | 2613 |
| 2614 | 2605 | 2613 |
| 2614 | 2605 | 2613 |
| 2614 | 2629 | 2613 |
| 2614 | 2626 | 2613 |
| 2614 | 2626 | 2613 |
| 2614 | 2626 | 2613 |
| 2614 | 2626 | 2613 |
| 2614 | 2624 | 2613 |
| 2614 | 2624 | 2613 |
| 2614 | 2624 | 2613 |
| 2614 | 2615 | 2614 |
| 2614 | 2615 | 2614 |
| 2612 | 2615 | 2614 |
| 2612 | 2615 | 2614 |
| 2612 | 2613 | 2615 |
| 2612 | 2613 | 2615 |
| 2612 | 2615 | 2614 |
| 2612 | 2615 | 2614 |
| 2612 | 2614 | 2614 |

Attachment 1
Letter to Patrick Hron
February 11, 2016
Page 4 of 7

| | | |
|---|---|---|
| 2614 | 2608 | 2613 |
| 2614 | 2608 | 2613 |
| 2614 | 2609 | 2609 |
| 2614 | 2609 | 2609 |
| 2614 | 2609 | 2610 |
| 2614 | 2609 | 2610 |
| 2614 | 2609 | 2610 |
| 2614 | 2609 | 2610 |
| 2614 | 2609 | 2610 |
| 2614 | 2609 | 2610 |
| 2614 | 2609 | 2610 |
| 2614 | 2627 | 2610 |
| 2605 | 2612 | 2610 |
| 2605 | 2612 | 2610 |
| 2605 | 2616 | 2611 |
| 2605 | 2619 | 2611 |
| 2605 | 2619 | 2611 |
| 2605 | 2620 | 2611 |
| 2605 | 2620 | 2611 |
| 2605 | 2620 | 2611 |
| 2605 | 2620 | 2611 |
| 2607 | 2622 | 2611 |
| 2605 | 2622 | 2611 |
| 2605 | 2622 | 2613 |
| 2605 | 2622 | 2615 |
| 2605 | 2622 | 2615 |
| 2605 | 2623 | 2615 |
| 2607 | 2623 | 2615 |
| 2608 | 2623 | 2619 |
| 2608 | 2623 | 2623 |
| 2607 | 2623 | 2623 |
| 2607 | 2623 | 2624 |
| 2607 | 2623 | 2624 |
| 2607 | 2624 | 2624 |
| 2607 | 2624 | 2624 |
| 2607 | 2624 | 2624 |
| 2607 | 2624 | 2624 |
| 2607 | 2624 | 2624 |
| 2607 | 2626 | 2624 |
| 2607 | 2626 | 2624 |
| 2607 | 2626 | 2624 |
| 2608 | 2626 | 2624 |

75134664v2

Attachment 1
Letter to Patrick Hron
February 11, 2016
Page 5 of 7

| | | |
|---|---|---|
| 2624 | 2610 | 2610 |
| 2624 | 2610 | 2610 |
| 2625 | 2610 | 2610 |
| 2625 | 2609 | 2610 |
| 2625 | 2609 | 2610 |
| 2625 | 2609 | 2610 |
| 2625 | 2609 | 2610 |
| 2625 | 2609 | 2610 |
| 2626 | 2612 | 2610 |
| 2626 | 2612 | 2610 |
| 2626 | 2612 | 2610 |
| 2626 | 2612 | 2611 |
| 2626 | 2613 | 2611 |
| 2626 | 2613 | 2611 |
| 2626 | 2613 | 2611 |
| 2626 | 2613 | 2611 |
| 2626 | 2613 | 2611 |
| 2626 | 2613 | 2611 |
| 2627 | 2610 | 2611 |
| 2627 | 2610 | 2611 |
| 2627 | 2610 | 2611 |
| 2628 | 2610 | 2611 |
| 2626 | 2610 | 2611 |
| 2626 | 2610 | 2611 |
| 2627 | 2610 | 2611 |
| 2627 | 2610 | 2611 |
| 2627 | 2610 | 2611 |
| 2627 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2607 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |
| 2610 | 2610 | 2611 |

Attachment 1
Letter to Patrick Hron
February 11, 2016
Page 6 of 7

| | | |
|---|---|---|
| 2611 | 2620 | 2622 |
| 2611 | 2620 | 2622 |
| 2611 | 2620 | 2622 |
| 2611 | 2620 | 2622 |
| 2611 | 2620 | 2622 |
| 2619 | 2620 | 2622 |
| 2619 | 2621 | 2622 |
| 2619 | 2621 | 2622 |
| 2619 | 2621 | 2615 |
| 2619 | 2621 | 2615 |
| 2619 | 2621 | 2615 |
| 2619 | 2621 | 2615 |
| 2619 | 2621 | 2615 |
| 2619 | 2621 | 2615 |
| 2619 | 2621 | 2615 |
| 2619 | 2621 | 2615 |
| 2619 | 2621 | 2616 |
| 2620 | 2621 | 2616 |
| 2620 | 2621 | 2616 |
| 2620 | 2621 | 2616 |
| 2620 | 2621 | 2616 |
| 2620 | 2621 | 2616 |
| 2620 | 2621 | 2616 |
| 2620 | 2621 | 2622 |
| 2620 | 2621 | 2622 |
| 2620 | 2622 | 2622 |
| 2620 | 2622 | 2622 |
| 2620 | 2622 | 2622 |
| 2620 | 2622 | 2622 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |
| 2620 | 2622 | 2623 |

75134664v2

Attachment 1
Letter to Patrick Hron
February 11, 2016
Page 7 of 7

| | |
|---|---|
| 2623 ███ | 261 ███ |
| 2623 | 262 |
| 2623 | 262 |
| 2623 | 262 |
| 2623 | 262 |
| 2623 | 262 |
| 2623 | 262 |
| 2623 | 262 |
| 2623 | 262 |
| 2623 | 262 |
| 2623 | 262 |
| 2623 | 262 |
| 2623 | 262 |
| 2623 | 262 |
| 2607 | 262 |
| 2612 | |
| 2612 | |
| 2612 | |
| 2612 | |
| 2607 | |
| 2607 | |
| 2607 | |
| 2607 | |
| 2607 | |
| 2612 | |
| 2626 | |
| 2610 | |
| 2610 | |
| 2615 | |
| 2607 | |
| 2605 | |
| 2605 | |
| 2607 | |
| 2607 | |
| 2622 | |
| 2623 | |
| 2615 | |
| 2605 | |
| 2627 | |
| 2615 | |
| 2615 | |
| 2611 | |
| 2611 | |