# Exhibit 11

## Cantor, Daniel A.

| | |
|---|---|
| **From:** | Cantor, Daniel A. |
| **Sent:** | Sunday, February 14, 2016 9:18 AM |
| **To:** | Patrick Hron |
| **Cc:** | dbruchhaus@camtel.net; Steve Herman; Jim Roy |
| **Subject:** | RE: Letter to Patrick Hron |

Thank you Patrick. BP will be seeking relief from the court this coming week. Would you kindly confirm that the Settlement Program will await issuing payments on the subject awards until the court has an opportunity to review BP's request for relief. Thanks.

Dan

---

**From:** Patrick Hron [mailto:phron@dheclaims.com]
**Sent:** Friday, February 12, 2016 2:28 PM
**To:** Cantor, Daniel A.
**Cc:** dbruchhaus@camtel.net; Steve Herman; Jim Roy
**Subject:** RE: Letter to Patrick Hron

Good afternoon, Dan,

Our office has reviewed your letter dated February 11, 2016.  The Settlement Program has analyzed each of the referenced claims under Policy 443, which was previously enacted on September 18, 2013, and issued these Eligibility Notices accordingly.  In light of the fact that the Compensation Amount (as defined in Section 38.35 of the Settlement Agreement) of each of these separate claims is below $25,000, under the express terms of Section 6.1.2.4 of the Settlement Agreement and Rule 7(b) of the Rules Governing the Appeals Process, BP is prohibited from appealing any or all of the referenced claims.  As such, we will be unable to allow the claims to proceed on appeal as BP has requested.  Since we are obliged to proceed in accordance with the Settlement Agreement and applicable rules, we intend to continue to process these claims, absent any stay, injunction or other contrary instruction from the Court.

Sincerely,

Patrick Hron
Office of the Appeals Coordinator

---

**From:** Cantor, Daniel A. [mailto:Daniel.Cantor@APORTER.COM]
**Sent:** Thursday, February 11, 2016 10:16 PM
**To:** Patrick Hron <phron@dheclaims.com>
**Cc:** dbruchhaus@camtel.net
**Subject:** Letter to Patrick Hron

Patrick,

Please see the attached.

Thanks.

Dan

1

2

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com


This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.