**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In Re:  Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | **MDL NO. 2179**<br><br>**SECTION J** |
| This document relates to:<br>All Cases and No. 12-970 | * * * * | **Honorable CARL J. BARBIER**<br><br>**Magistrate Judge SHUSHAN** |

**BP DEFENDANTS' EX PARTE MOTION FOR LEAVE
TO FILE UNDER SEAL UNREDACTED MEMORANDUM IN SUPPORT
OF BP'S MOTION TO VACATE AND STAY PAYMENT
OF AWARDS TO CLAIMANT 100261264 AND CERTAIN EXHIBITS**

**PLEASE TAKE NOTICE** that the undersigned parties will and hereby do respectfully request leave to file under seal an unredacted version BP's Memorandum In Support of BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264 and Exhibits 1, 2, 3, 6, 7, 8, 9, and 13.   The Memorandum and Exhibits contain claimant-specific information, and pursuant to Order Docket No. 6822, claims information shall be kept confidential.  Pending the Court's consideration of this motion, the BP Parties have filed redacted versions of the documents.

Date:  February 18, 2016

Respectfully submitted,


/s/ Don K. Haycraft

Allison Rumsey
ARNOLD & PORTER LLP
601 Massachusetts Avenue, NW
Washington, DC  20001
Telephone:  (202) 942-5000
Facsimile:  (202) 942-5999

Don K. Haycraft (Bar #14361)
R. Keith Jarrett (Bar #16984)
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108


*OF COUNSEL*


*Attorneys for BP Exploration & Production
Inc. and BP America Production Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & Serve Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 18, 2016.

/s/ Don K. Haycraft
Don K. Haycraft