IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>All Cases and No. 12-970 | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

Considering BP's Ex Parte Motion for Leave to File Under Seal an unredacted version of its Memorandum In Support of BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264 and Exhibits 1, 2, 3, 6, 7, 8, 9, and 13;

IT IS ORDERED that the Motion is GRANTED and an unredacted version of its Memorandum In Support of BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264 and Exhibits 1, 2, 3, 6, 7, 8, 9, and 13 will hereby be filed into the record of this matter UNDER SEAL.

New Orleans, Louisiana this 19th day of February, 2016.

_____
United States District Judge