UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE SHUSHAN |

## ORDER

The Court is in receipt of "BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264." (Rec. Doc. 15903). In order to provide the Court an opportunity to fully consider BP's motion and any responses thereto,

IT IS ORDERED that the Claims Administrator shall temporarily stay payment of the subject claims pending further order of the Court.

IT IS FURTHER ORDERED that counsel for Claimant 100261264 shall file any response to BP's motion on or before <u>Monday, March 21, 2016</u>. Any reply by BP shall be filed on or before <u>Monday, April 4, 2016</u>, following which the Court will take the matter under advisement. The Court will inform the parties if it requires a live hearing.

New Orleans, Louisiana, this 19th day of February, 2016.

_____
United States District Judge