UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | |
| 10-cv-2771 | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

*************************************************************************************

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT comes the law firm of Faircloth Melton, LLC[1] and its attorneys, Jimmy R. Faircloth, Jr. and Barbara Bell Melton, who respectfully move for entry of an order permitting them to withdraw as counsel of record for the State of Louisiana as the honorable Jeff Landry, Attorney General for the State of Louisiana, has assumed representation of the State in this matter.

WHEREFORE, Faircloth Melton, LLC prays that the Court grant this Motion removing Jimmy R. Faircloth, Jr., Barbara Bell Melton, and Faircloth Melton, LLC as counsel of record for the State of Louisiana in this matter.

Respectfully submitted,

**FAIRCLOTH MELTON, LLC**

By: /s/ Jimmy R. Faircloth, Jr.
     Jimmy R. Faircloth, Jr. (La. #20645)
     jfaircloth@fairclothlaw.com

---

[1] Effective January 1, 2016, Faircloth, Melton & Keiser, LLC, became Faircloth Melton, LLC.

>Barbara Bell Melton (La. #27956)
>bmelton@fairclothlaw.com
>105 Yorktown Drive
>Alexandria, LA 71303
>Phone: 318-619-7755
>Fax: 318-619-7744

## CERTIFICATE OF SERVICE

I hereby certify on this 19th day of February, 2016, that the above and foregoing Motion to Withdraw as Counsel of Record was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel. Further, this Motion will be served on all counsel by electronically uploading same to LexisNexis File & Serve in accordance with the procedures established in MDL 2179, Pretrial Order No. 12.

>/s/ Jimmy R. Faircloth, Jr.
>OF COUNSEL