UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | : : : : : : : : | MDL NO. 2179<br><br>SECTION:   J<br><br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS OLANDER | CIVIL ACTION NO.: 2:13-02395 |
| VERSUS | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC. | MAG. JUDGE SHUSHAN |

### MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, comes LANA O. CHANEY, and giving notice to the Honorable Court that she desires to withdraw as counsel of record for THOMAS OLANDER, in the above entitled numbered cause, and Scott Webre of Webre & Associates desires to enroll as counsel of record for THOMAS OLANDER, in the above entitled and numbered cause.

Respectfully submitted:

      s/ Lana Ourso Chaney      
Lana Ourso Chaney (#28710)
Attorney at Law
112 N. Curtis Street
P.O. Box 580
Pierre Part, Louisiana  70339
Telephone:    (985) 252-1336

s/ Scott Webre
Scott Webre, #27322
Webre & Associates
2901 Johnston Street
Suite 307
Lafayette, Louisiana  70503
(337) 237-5051
(337) 237-5061 – facsimile

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 19, 2016, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to defendants' counsel by operation of the court's electronic filing system.

/s/ Scott Webre