UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL NO. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on | : | |
| APRIL 20, 2010 | : | SECTION:    J |
| | : | |
| | : | |
| | : | JUDGE BARBIER |
| | : | MAG. JUDGE SHUSHAN |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THOMAS OLANDER | CIVIL ACTION NO.: 2:13-02395 |
| VERSUS | JUDGE BARBIER |
| BP EXPLORATION & PRODUCTION, INC. | MAG. JUDGE SHUSHAN |

ORDER

CONSIDERING the foregoing Motion to Substitute Counsel;

IT IS ORDERED that the Motion is GRANTED.  SCOTT WEBRE is hereby substituted

as counsel of record in place of LANA O. CHANEY, who is withdrawn as counsel in the above-

captioned matter.  Substituted counsel must still comply with all applicable orders and deadlines.

New Orleans, Louisiana, this _____ day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE