IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>All Cases and No. 12-970 | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

**BP DEFENDANT'S MOTION TO SUBSTITUTE CORRECTED MEMORANDUM**

BP respectfully moves the Court to substitute its filing of February 18, 2016 (Record Doc. No. 15903-2) with the attached Memorandum in Support of BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264. The original filing inadvertently was missing a phrase in footnote 5, and the unredacted version filed under seal inadvertently was missing a few changes that had been made to the publically filed version.

Plaintiffs' Liaison Counsel, James Roy and Stephen Herman, and Counsel for Claimant 100261264, David Bruchhaus, have no objection to this Motion. Counsel for the Settlement Program, J. David Forsyth takes no position to this Motion.

Date: February 19, 2016                    Respectfully submitted,

|  |  |
|---|---|
| Allison Rumsey | /s/ Don K. Haycraft |
| ARNOLD & PORTER LLP | Don K. Haycraft (Bar #14361) |
| 601 Massachusetts Avenue, NW | R. Keith Jarrett (Bar #16984) |
| Washington, DC 20001 | LISKOW & LEWIS |
| Telephone: (202) 942-5000 | 701 Poydras Street, Suite 5000 |
| Facsimile: (202) 942-5999 | New Orleans, Louisiana 70139-5099 |
|  | Telephone: (504) 581-7979 |
|  | Facsimile: (504) 556-4108 |

**OF COUNSEL**

*Attorneys for BP Exploration & Production Inc. and BP America Production Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to File & Service Xpress in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on February 19, 2016.

/s/Don K. Haycraft
Don K. Haycraft