IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * * | MDL NO. 2179<br><br>SECTION J |
| This document relates to:<br>All Cases and No. 12-970 | * * * * | Honorable CARL J. BARBIER<br><br>Magistrate Judge SHUSHAN |

## ORDER

Considering the foregoing Motion to Substitute Corrected Memorandum;

**IT IS ORDERED** that the motion is granted and that Record Document Number 15903-2 filed by Defendants BP Exploration & Production Inc. and BP America Production Company shall be stricken and substituted in its place shall be the attached Memorandum in Support of BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264.

New Orleans, Louisiana, this _____ day of February, 2016.

_____
**HONORABLE CARL J. BARBIER**