UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179<br><br>SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: | * | |
| *No. 13-2395* | * | MAG. JUDGE SHUSHAN |

## ORDER

Considering the Motion to Substitute Counsel (Rec. Doc. 15908);

IT IS ORDERED that the Motion is GRANTED. SCOTT WEBRE is hereby substituted as counsel of record in place of LANA O. CHANEY, who is withdrawn as counsel in the above-captioned matter. Substituted counsel must still comply with all applicable orders and deadlines.

New Orleans, Louisiana, this 19th day of February, 2016.

_____
United States District Judge