UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL NO. 2179 |
| | * | SECTION: J |
| THIS DOCUMENT RELATES TO: | * * | |
| 10-cv-2771 | * * | JUDGE BARBIER MAG. JUDGE SHUSHAN |

## ORDER

Considering the foregoing Motion Withdraw As Counsel of Record:

IT IS ORDERED that the law firm of Faircloth Melton, LLC, and its attorneys, Jimmy R. Faircloth, Jr. and Barbara Bell Melton, are hereby withdrawn as counsel of record for the State of Louisiana.

New Orleans, Louisiana this 19th day of February, 2016.

_____
United States District Judge