UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | **MDL No. 2179** **SECTION: J** **JUDGE BARBIER** |
| **This Document Relates to:** *No. 15-6131* | * * | **MAG. JUDGE SHUSHAN** |

## ORDER

Having considered Plaintiff's Motion Seeking an Enlargement of Time to Serve Summons and Complaint on all Defendants (Rec. Doc. 15885)

IT IS ORDERED that the Motion is GRANTED. Plaintiff is granted an enlargement of time, up to an including March 17, 2016, to serve summons and complaint on all Defendants.

Nothing in this order lifts the stay imposed pursuant to Pretrial Order No. 1 ¶ 8 and Pretrial Order No. 25 ¶ 8. (Rec. Docs. 7, 8, filed in member docket 15-6131).

New Orleans, Louisiana, this 22nd day of February, 2016.

United States District Judge