**Philip A. Garrett, CPA**
**600 Northwoods Drive**
**Abita Springs, LA  70420**
**985-635-1500**
**pgarrett@garrettco.com**

Honorable Judge Carl Barbier
United States District Court
500 Poydras St.  Room C256
New Orleans, Louisiana 70130

February 19, 2016

Dear Judge Barbier,

    I have been requested by the PSC to ask for an interim interlocutory distribution from the Common Benefit Fee Qualified Settlement Fund.

    Previously you authorized that the original cash assessments be refunded to all common benefit attorneys which have now been fully disbursed.

    Previous orders for such distributions were:

| Amount | Date |
|---|---|
| $1,950,000.00 | 4/24/2013 |
| $1,800,000.00 | 7/8/2013 |
| $1,800,000.00 | 11/5/2013 |
| $1,800,000.00 | 4/1/2014 |
| $1,800,000.00 | 8/29/2014 |
| $2,485,022.05 | 3/20/2015 |

    Please approve the disbursement of $1,800,000.00 from the Common Benefit Fee Qualified Settlement Fund to the Shared Litigation Expense Account. The QSF as of January 31, 2016 has a balance of $222,922,707.55. The PSC has a balance of $228,917.89 in their checking account currently and accounts payable that have not been paid.

    If you have any questions please do not hesitate to contact us.

Sincerely,

*[signature]*

Philip A. Garrett, CPA

cc: Mr. Steve Herman
cc: Mr. Jim Roy