UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

MOTION BY THE DHECC
FOR ENTRY OF DEFAULT AS TO JOSEPH BASSLER, TNN ENTERPRISE, INC., HTUN NYUNT,
INC., BEACH & LUXURY REALTY, INC.

COMES NOW the Deepwater Horizon Economic Claims Center ("DHECC"), pursuant

to Rule 55(a) of the Federal Rules of Civil Procedure, seeking entry of a default against

claim preparer Joseph K. Bassler, and claimants TNN Enterprise, Inc., Htun Nyunt, Inc., and

Beach & Luxury Realty, Inc., who have failed to file plead or otherwise defend against the

DHECC's motion for return of payments [Rec. Doc. 14802]. The reasons supporting this

motion are more fully stated in the accompanying memorandum of law.

For all the reasons stated in the record, the DHECC respectfully asks the Clerk of

Court for an entry of default against claim preparer Joseph K. Bassler, and claimants TNN

Enterprise, Inc., Htun Nyunt, Inc., and Beach & Luxury Realty, Inc.

Respectfully submitted,

Patrick Juneau
Claims Administrator

By:    /s/ Kevin Colomb
Kevin Colomb
Manager of Compliance and Internal Integrity

Dated:  February 23, 2016

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 23rd day of February, 2015, by United States Mail, postage pre-paid, on the following:

Joseph K. Bassler
2325 Queen St South
St. Petersburg, FL 33712
*Pro se*

Htun Yi (on behalf of Htun Nyunt, Inc.)
7415 Flyway Dr
Spring Hill, FL 34607
*Pro se*

Maung T. Nang (on behalf of TNN Enterprises, Inc.)
5917 111th Place
Pinellas Park, FL 33782
*Pro se*

Chris Burlew (on behalf of Beach & Luxury Realty, Inc.)
3544 8th Ave N
St. Petersburg, FL 33713
*Pro se*

  /s/  Kevin Colomb
Counsel