UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Shushan |
| al. v. BP Exploration & Production Inc., et al. | : | |

MEMORANDUM IN SUPPORT OF MOTION BY THE DHECC
FOR ENTRY OF DEFAULT AS TO JOSEPH BASSLER, TNN ENTERPRISE, INC., HTUN NYUNT, INC., AND BEACH & LUXURY REALTY, INC.

The Deepwater Horizon Economic Claims Center ("DHECC"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, provides this memorandum in support of its motion seeking entry of a default against claim preparer Joseph K. Bassler ("Bassler"), and claimants TNN Enterprise, Inc. ("TNN"), Htun Nyunt, Inc. ("Htun"), and Beach & Luxury Realty, Inc. ("BLR"), who have failed to plead or otherwise defend against the DHECC's motion for return of payments [Rec. Doc. 14802]. For the following reasons, the motion should be granted:

1. As reported in the certification of the DHECC on October 13, 2015 [Rec. Doc. 15468], Bassler and the registered representatives of TNN, Htun, and BLR received by personal service, the DHECC's motion for return of payments [Rec. Doc. 14802]. Bassler and each above representative was served by overnight courier, as agreed upon, with Court's Order of September 30, 2015 [Rec. Doc. 15421].

2. The Court's Order of September 30, 2015 directed Bassler, TNN, Htun, and BLR to file any response or opposition to the DHECC's motion for return of payments by October 30, 2015.

- 2 -

3. As of the date of this filing, Bassler, TNN, Htun and BLR have not filed a response or opposition or otherwise defended against the DHECC's motion for return of payments. Bassler, TNN, Htun and BLR also have not also has not filed a request for an extension of time for filing any response or opposition.

4. For all the reasons presented in the record, the DHECC requests that the Clerk of Court enter a default against claim preparer Bassler and claimants TNN, Htun and BLR.

                    Respectfully submitted,

                    Patrick Juneau
                    Claims Administrator

                    By:   /s/ Kevin Colomb
                    Kevin Colomb
                    Manager of Compliance and Internal Integrity

Dated:  February 23, 2016