# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 |
| | SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

## ORDER

### [OPA Test Cases – Conference on Tuesday, February 23, 2016]

1. **Bisso**.

Elizabeth Brumley's deposition is set for March 11, 2016 in Houston.  Mr. Loeb was served with a subpoena for his deposition in Dallas.

2. **Wadleigh and Blake Document Production**.

Blake reported that its privilege log is not yet served.

Wadleigh reported that it located the Hercules Purchase Order in a prior production.  It will provide BP with a Jobs Register.  It was continuing to search for Hercules documents, including contacting former employees.

3. **Wadleigh and Blake Interrogatory Responses**.

Blake and Wadleigh were ordered to supplement their responses by February 24, 2016. Rec. doc. 15901.  Wadleigh submitted its supplemental responses on February 23, 2014.

---

[1]   The OPA Causation Test Cases are:

Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

**4.** **Wadleigh and Blake Depositions**.

Four Wadleigh depositions are set:   George Tohme (February 26); Frank Alquist (February 29); Scott Wadleigh (March 2); and Drew Bounds (March 3).   Each deposition is set for a day.

The parties are working to complete the scheduling of the Blake depositions for the week of March 14.

**5.** **Stipulations and Rule 30(b)(6) notice for BP**.

The parties reported on the status of the stipulations and the Rule 30(b)(6) notice for BP's deposition.   They submitted letter briefs on the issues with the Rule 30(b)(6) notice.   The Court will review the draft stipulations and Rule 30(b)(6) notice.   It will thereafter schedule a conference call with the parties.

**6.** **Expert Discovery**.

The parties report that the depositions of the five experts for plaintiffs other than Harold Asher are scheduled.

There are two categories of documents at issue with Mr. Asher.   Reliance documents are those documents from Bisso, Wadleigh, Blake and any other source that Mr. Asher relied on to prepare his declaration.   BP confirmed that it received the reliance documents.

The second category of documents are Mr. Asher's work papers.   These are spreadsheets and other documents which demonstrate that the connection between the numbers in Mr. Asher's declarations and the numbers in the accounting records and other financial information produced by the three plaintiffs.   Blake reported that some of the Asher works papers for Blake were produced, but not all.   BP reported that it has not received the Asher work papers for Bisso and

Wadleigh.  **The plaintiffs and Mr. Asher shall complete the production of his work papers as soon as possible**.

Mr. Asher's deposition will be two days.  Because of the delay in the production of the work papers Mr. Asher' deposition may be delayed to the week of March 7.  Mr. Asher's availability for that week will be determined as promptly as possible.

The parties shall agree on:  (1) new dates for the Asher deposition (currently March 1, 2 or 3); (2) the deadline for the report or declaration of BP's expert responding to Mr. Asher's declaration (currently March 11, 2016); and (3) the deadline for the deposition of the BP expert (currently March 21, 2016).

For any expert relied upon by BPXP necessary for the presentation of the April cross-motions for summary judgment with respect to Wadleigh, Blake and Bisso, any such expert reports or declarations shall be submitted no later than **Friday, March 4, 2016**.   Depositions of any such experts shall be completed by **Monday, March 21, 2016**.

7.  <u>**Prior Motions**</u>.

The PSC's renewed motion to strike affirmative defenses and BP's motion to dismiss the Moratoria claims are briefed and under submission. Rec. docs. 15655, 15663, 15702, 15704, 15705, 15752 and 15778.   The Court will notify the parties if oral argument will be granted.

8.  <u>**Cross-Motions for Summary Judgment**</u>.

**Monday, April 4, 2016,** file cross-motions for summary judgment.

**Monday, April 25, 2016**, file opposition briefs.

**Friday, May 13, 2016**, file reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties

3

if oral argument will be granted.

**Opening and opposition briefs will be limited to no more than 40 pages.[2]   Reply briefs will be limited to no more than 25 pages.**

9.  **Next Conference**.

The next telephone status conference is on Tuesday**, March 1, 2016 at 9:30 a.m.**

New Orleans, Louisiana, this 23rd day of February, 2016.

_____
**SALLY SHUSHAN**
United States Magistrate Judge

---

[2] Double-spaced with 12pt. font.