```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF LOUISIANA


****************************************************************

IN RE: OIL SPILL BY THE
OIL RIG DEEPWATER HORIZON
IN THE GULF OF MEXICO ON
APRIL 20, 2010

                              CIVIL ACTION NO. 10-MD-2179 "J"
                              NEW ORLEANS, LOUISIANA
                              WEDNESDAY, FEBRUARY 17, 2016, 8:45 A.M.


THIS DOCUMENT RELATES TO:

13-706, 13-810, 13-1143,
13-1185, 13-1222, 13-1386
AND 13-2006

****************************************************************



      TRANSCRIPT OF OPA TEST CASES STATUS CONFERENCE PROCEEDINGS
            HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                  UNITED STATES MAGISTRATE JUDGE




APPEARANCES:


FOR THE PLAINTIFFS:   HERMAN HERMAN & KATZ
                      BY:  STEPHEN J. HERMAN, ESQUIRE
                      820 O'KEEFE AVENUE
                      NEW ORLEANS, LA  70113


                      WILLIAMS LAW GROUP
                      BY:  CONRAD S. P. WILLIAMS, ESQUIRE
                      435 CORPORATE DRIVE, SUITE 101
                      HOUMA, LA  70360
```

*OFFICIAL TRANSCRIPT*

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 4   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 5   BP CORPORATION NORTH
     AMERICA INC.,
 6   BP EXPLORATION &
     PRODUCTION INC.,
 7   BP HOLDINGS NORTH
     AMERICA LIMITED,
 8   BP PRODUCTS NORTH
     AMERICA INC.:           KIRKLAND & ELLIS
 9                           BY:  J. ANDREW LANGAN, ESQUIRE
                                  HARIKLIA KARIS, ESQUIRE
10                           300 N. LASALLE
                             CHICAGO, IL 60654
11

12
                             KIRKLAND & ELLIS
13                           BY:  CHRISTOPHER W. KEEGAN, ESQUIRE
                             555 CALIFORNIA STREET
14                           SAN FRANCISCO, CA 94104

15

16   OFFICIAL COURT REPORTER:  CATHY PEPPER, CRR, RMR, CCR
                               CERTIFIED REALTIME REPORTER
17                             REGISTERED MERIT REPORTER
                               500 POYDRAS STREET, ROOM HB-275
18                             NEW ORLEANS, LA  70130
                               (504) 589-7779
19                             Cathy_Pepper@laed.uscourts.gov

20   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
     PRODUCED BY COMPUTER.
21

22

23

24

25

                        *OFFICIAL TRANSCRIPT*
```

**I N D E X**

| | PAGE |
|---|---|
| SUBPOENA FOR MR. LOEB................................ | 4 |
| WADLEIGH AND BLAKE'S DOCUMENT PRODUCTION............. | 5 |
| CERTIFICATION AND PRIVILEGE LOGS..................... | 6 |
| WADLEIGH DEPOSITIONS FEBRUARY 26, 29, MARCH 2 AND 3.. | 7 |
| BLAKE'S DEPOSITIONS.................................. | 7 |
| STIPULATIONS......................................... | 8 |
| RULE 30(B)(6) DEPOSITION FOR BP...................... | 8 |
| MR. ASHER............................................ | 9 |
| WORKING PAPER PRODUCTION............................. | 10 |
| SUFFICIENCY OF THE INTERROGATORY RESPONSES........... | 11 |
| NEXT CONFERENCE AT 9:30 ON FEBRUARY 23RD, 2016....... | 12 |

08:49AM
08:54AM

```
08:54AM   1                    P-R-O-C-E-E-D-I-N-G-S
08:48AM   2              WEDNESDAY, FEBRUARY 17, 2016
08:48AM   3                  M O R N I N G   S E S S I O N
08:48AM   4                  (IN CHAMBERS VIA TELEPHONE)
08:48AM   5
08:48AM   6
08:54AM   7         THE COURT:  Good morning, everybody.  How are you
08:54AM   8   doing?
08:55AM   9         VOICES:  Good morning, Judge.
08:55AM  10         THE COURT:  All right.  We've got some ground to cover,
08:55AM  11   right?
08:55AM  12         MS. KARIS:  Good morning.
08:55AM  13         THE COURT:  Good morning.
08:55AM  14              All right.  Let's talk about whether a subpoena
08:55AM  15   for Mr. Loeb to be deposed in Dallas is issued and where we
08:55AM  16   stand on that.
08:55AM  17         MS. KARIS:  Sure, Your Honor.  This is Carrie Karis.
08:55AM  18   How are you?
08:55AM  19         THE COURT:  Fine, thank you.  And you?
08:55AM  20         MS. KARIS:  Good.  I'm doing well, thank you.
08:55AM  21              We have not yet issued a subpoena.  We have had
08:55AM  22   an issue, well, a personal issue with a person who was working
08:55AM  23   on this.  Unfortunately she's had a death in the family which
08:55AM  24   has delayed issuing the subpoena by a couple days, but we will
08:55AM  25   get that subpoena out this week.
```

```
08:55AM  1              THE COURT:  Okay, good.
08:55AM  2                   All right.  Now, let's see.  Let's talk about
08:55AM  3   Wadleigh and Blake's document production.  Have we gotten final
08:56AM  4   certification of document production plus privilege logs?
08:56AM  5              MR. HERMAN:  This is Steve.  We've (speaking
08:56AM  6   simultaneously)  --
08:56AM  7              UNIDENTIFIED SPEAKER:  Your Honor, this is (speaking
08:56AM  8   simultaneously)  --
08:56AM  9              MR. HERMAN:  -- an e-mail last week indicating that we
08:56AM 10   have nothing left in the queue in terms of our production.
08:56AM 11   Obviously, if we become aware of some additional document we'll
08:56AM 12   produce it, but at this point we're done.
08:56AM 13                   I think we've given them all of our privileged
08:56AM 14   stuff, they raised some questions about some clawback issues,
08:56AM 15   and I think we'll have an answer from them today or tomorrow.
08:56AM 16              THE COURT:  Okay.
08:56AM 17              MR. KEEGAN:  Your Honor, Chris Keegan from Kirkland for
08:56AM 18   BPXP.
08:56AM 19                   We did get the certification yesterday or
08:56AM 20   Monday, I think it was, that the documents were complete.
08:56AM 21   Raised a few clawback issues.  It looks like there may be one
08:56AM 22   or two categories of additional documents we were looking for.
08:56AM 23                   They've got new claims in the Asher report
08:57AM 24   about damages from a Hercules transaction, and we just don't
08:57AM 25   see any document tied to that, so we'll get that to Steve as
```

```
08:57AM  1   quickly as we can here sometime this week.
08:57AM  2            THE COURT:  Okay.  All right.  Duke, have you got the
08:57AM  3   certification and privilege logs out also?
08:57AM  4            MR. WILLIAMS:  Your Honor, good morning.
08:57AM  5            THE COURT:  Good morning.
08:57AM  6            MR. WILLIAMS:  I haven't given an official
08:57AM  7   certification but -- and I'll send that to Chris today.  The
08:57AM  8   document production is done.  No problems with that whatsoever.
08:57AM  9   I think at least that I know of.
08:57AM 10                 Yesterday evening, the privilege log was
08:57AM 11   completed.  The QC was done.  It will be whatever the IT
08:57AM 12   people, AdvanTeq, do to these things before they upload them to
08:57AM 13   the FTP site will be done today.  So, by this evening or
08:58AM 14   tomorrow whenever it's uploaded and we notify Kirkland it will
08:58AM 15   be done.
08:58AM 16                 Right now we only have found one clawback
08:58AM 17   document.  I need to take a look at it.  There may be a couple
08:58AM 18   others, but the clawbacks are not going to be an issue with
08:58AM 19   respect to Blake.
08:58AM 20            THE COURT:  Good.  Okay.  All right.  Thanks.  I
08:58AM 21   appreciate the update.
08:58AM 22            MR. HERMAN:  Judge, sorry to interrupt.  This is Steve
08:58AM 23   again.  I just remembered, and for BP counsel, there was a
08:58AM 24   document that I think we got yesterday that was brought to our
08:58AM 25   attention by Mr. Asher.  I'm not sure if it was previously
```

```
08:58AM  1    produced, but if it hasn't been, then it will be, but other
08:58AM  2    than that we're done and whatever they are ask us for later in
08:58AM  3    the week.
08:58AM  4              THE COURT:  All right.  Good.  Let's nail that down so
08:58AM  5    that we'll be in a position to say "discovery complete.  Let's
08:58AM  6    move on from there."  So thank you for that update.
08:58AM  7              Let's see.  We've got Wadleigh depositions
08:59AM  8    February 26, 29, March 2 and 3.  I assume that's still on
08:59AM  9    schedule, right?
08:59AM 10              MR. HERMAN:  Yep.  As far as I know.
08:59AM 11              THE COURT:  Okay.  Have we completed Blake's
08:59AM 12    depositions?
08:59AM 13              MR. WILLIAMS:  No, Your Honor.  This is Duke.  We
08:59AM 14    haven't taken any Blake depositions yet.
08:59AM 15              THE COURT:  Oh, that's right.  We looked at March 14th,
08:59AM 16    the week of, right?
08:59AM 17              MR. WILLIAMS:  Chris, back me up on this.  I'm standing
08:59AM 18    in Steve's office and do not have my calendar available, but
08:59AM 19    Chris and I set aside, I think it was the 14th, the entire week
08:59AM 20    of the 14th to complete the Blake depositions.
08:59AM 21              Not to jump ahead but maybe to save a little
09:00AM 22    time, we've also set aside most of the dates for the experts'
09:00AM 23    depositions.
09:00AM 24              THE COURT:  Great.  Good, good, good.
09:00AM 25              All right.  Let's see.  How do we stand with
```

```
09:00AM  1    stipulations?  Chris, I think the last time you all were
09:00AM  2    working on responses.
09:00AM  3              MR. KEEGAN:  That's correct, Your Honor.  We sent
09:00AM  4    stipulations over to Duke at the end of the week last Friday, I
09:00AM  5    think.  Had gone through and revised what the PSC sent us
09:00AM  6    earlier, added a number of stipulations.
09:00AM  7              We're in the process of working with Duke and
09:00AM  8    Paul and Steve on that.  Paul and Steve have some comments.
09:00AM  9    Duke is getting us some comments as well, so they have our
09:00AM 10    turn, and we're working on finding out which ones we can
09:00AM 11    stipulate to.
09:00AM 12              THE COURT:  Good.
09:00AM 13              All right.  Let's see.  We've got the issue of
09:00AM 14    the Rule 30(b)(6) deposition for BP.  It sounds like not
09:01AM 15    everything has been able to be resolved; is that right?
09:01AM 16              MR. KEEGAN:  That's correct, Your Honor.
09:01AM 17              THE COURT:  So, we're going to go ahead and tee those
09:01AM 18    remaining issues up, right?
09:01AM 19              MR. WILLIAMS:  Yes, Your Honor.
09:01AM 20              UNIDENTIFIED SPEAKER:  (Speaking simultaneously)  We
09:01AM 21    are.
09:01AM 22              MR. WILLIAMS:  Chris and I are still doing some work in
09:01AM 23    the meantime on that.  We had a long conversation yesterday
09:01AM 24    with Matt, who was also involved.  Yeah, I think it's
09:01AM 25    appropriate to tee it up and get some resolution.
```

| | | |
|---|---|---|
| 09:01AM | 1 | THE COURT:  Good. |
| 09:01AM | 2 | All right.  Has anything happened with shaking |
| 09:01AM | 3 | Mr. Asher loose from his Michigan obligations? |
| 09:01AM | 4 | MR. WILLIAMS:  Your Honor, I checked with him on |
| 09:01AM | 5 | Monday, and he is -- he's still going.  In fact, I think, I |
| 09:01AM | 6 | think he may have left yesterday.  I'm not a hundred percent |
| 09:02AM | 7 | sure about that but that trial is still on. |
| 09:02AM | 8 | However, he is well aware and I emphasized to |
| 09:02AM | 9 | him that if that case settles or if he's released early that he |
| 09:02AM | 10 | is to report to me immediately.  I'll coordinate with Chris and |
| 09:02AM | 11 | Matt, and if we can get him deposed earlier, we'll, you know, |
| 09:02AM | 12 | we'll do it. |
| 09:02AM | 13 | THE COURT:  All right.  Okay. |
| 09:02AM | 14 | MR. KEEGAN:  Your Honor, this is Chris again.  On the |
| 09:02AM | 15 | Asher point, I know that we had been pushing to have him as |
| 09:02AM | 16 | quickly as we could and as early as we can.  We now have some |
| 09:02AM | 17 | concerns about that schedule because when we got the reports on |
| 09:02AM | 18 | January 29th, we got the declarations, and in fact, I think |
| 09:02AM | 19 | you've seen those, but we didn't get any of the working papers. |
| 09:02AM | 20 | We didn't get any of the spreadsheets.  We didn't get any of |
| 09:02AM | 21 | the calculations that typically go with those types of expert |
| 09:03AM | 22 | reports. |
| 09:03AM | 23 | So, we're having a really difficult time tying |
| 09:03AM | 24 | the documents and financial information from the individual |
| 09:03AM | 25 | test case plaintiffs to Asher's numbers, just trying to tie |

```
09:03AM  1   them out.  Without those working papers we can't do that.
09:03AM  2             So we've asked for the working papers, and they
09:03AM  3   are coming, but it's now been several weeks, and they are still
09:03AM  4   not here; so, we're starting to get very concerned about even
09:03AM  5   that March 1st, 2nd, 3rd date without those working papers.
09:03AM  6             THE COURT:  Okay.  Who wants to update me on the
09:03AM  7   working paper production?
09:03AM  8             MR. WILLIAMS:  Your Honor, this is Duke.  I'd be happy
09:03AM  9   to.
09:03AM 10             We -- Asher -- I got an e-mail last night from
09:03AM 11   his assistant telling me they've got 70 percent of them
09:03AM 12   together.  I want to look at them first, but either by tonight
09:03AM 13   or tomorrow we'll be able to upload those docs that Chris and I
09:04AM 14   have been discussing to the FTP site.
09:04AM 15             THE COURT:  Okay.  Then the remaining documents, did
09:04AM 16   she give you any kind of projection on that?
09:04AM 17             MR. WILLIAMS:  Which remaining documents?
09:04AM 18             THE COURT:  The other 30 percent, yeah.
09:04AM 19             MR. WILLIAMS:  They should be -- they should be -- that
09:04AM 20   should be completed today.
09:04AM 21             THE COURT:  Okay.  Good, good.
09:04AM 22             MR. WILLIAMS:  It had a great deal of information, and
09:04AM 23   we did provide the reliance documents that were identified in
09:04AM 24   them at least.  I told Chris we would get this stuff together
09:04AM 25   for him and we're doing that with Asher, in respect to his
```

```
09:04AM  1   declarations, and we also have a declaration from
09:04AM  2   Ricky Crowsey, who is a mapping and geographical expert, and
09:04AM  3   I'll have those to Chris pretty soon.
09:05AM  4            THE COURT:  Okay.  Chris, I hear you're on the
09:05AM  5   schedule, and we'll discuss that and see where we stand after
09:05AM  6   you've seen the working papers.
09:05AM  7            MR. KEEGAN:  Okay.  We've talked with Duke a little bit
09:05AM  8   about this as well.  We think two days with Asher would be
09:05AM  9   appropriate.
09:05AM 10            Given some scheduling difficulties that have
09:05AM 11   occurred on our end, we may take one of those March 1st, 2nd,
09:05AM 12   3rd date and then maybe try and do a second date the following
09:05AM 13   week, but we can work through all of that as we go forward with
09:05AM 14   these working papers.
09:05AM 15            THE COURT:  Okay.  Good.  Let's see.  We have the issue
09:05AM 16   of the sufficiency of the interrogatory responses before us,
09:05AM 17   and we'll try to get a ruling out as soon as possible on that.
09:05AM 18            Besides that, do you have anything else that
09:05AM 19   you all want to cover today?  No?
09:06AM 20            MR. KEEGAN:  No, Your Honor.  I think that's it from
09:06AM 21   our list.
09:06AM 22            THE COURT:  All right.  Hold on a second.  Mike wants
09:06AM 23   to say something to me.
09:06AM 24            (Discussion held off-the-record.)
09:06AM 25            THE COURT:  Mike's question is is Asher also acting as
```

```
09:06AM   1    an expert in Bisso?
09:06AM   2             MR. HERMAN:  All three cases.  Bisso, Blake, and
09:06AM   3    Wadleigh.
09:06AM   4             THE COURT:  Gotcha.  Good.  That answers his inquiry.
09:06AM   5                  Anything else anybody wants to cover?
09:06AM   6                  All right.  Do you want a target for next week?
09:06AM   7    What's your pleasure or what's your poison, whichever you
09:06AM   8    prefer?
09:06AM   9             MR. KEEGAN:  I think another call next week makes
09:06AM  10    sense, Your Honor, and whatever time works for you, whether
09:06AM  11    it's the same time or later in the morning.
09:06AM  12             THE COURT:  Next Wednesday is not good.  Do you want to
09:07AM  13    try to look for Tuesday of next week?
09:07AM  14             MR. KEEGAN:  That would be fine for BP.
09:07AM  15             MR. HERMAN:  We'll make it work, Your Honor.
09:07AM  16             THE COURT:  Do you want to go for 9:30 on the 23rd?
09:07AM  17             MR. KEEGAN:  Yes, Your Honor, that works.
09:07AM  18             THE COURT:  That sounds good.  All right.  Well, we'll
09:07AM  19    talk again next week, and if anything happens in the interim,
09:07AM  20    both Mike and I are here.
09:07AM  21             MR. HERMAN:  Thank you, Your Honor.
09:07AM  22             THE COURT:  Okay.  Everybody have a good day.  Bye-bye.
         23             (WHEREUPON, at 9:07 a.m. the proceedings were
         24    concluded.)
         25                              *   *   *
```

1                    REPORTER'S CERTIFICATE

2

3              I, Cathy Pepper, Certified Realtime Reporter,

4    Registered Merit Reporter, Certified Court Reporter in and for

5    the State of Louisiana, Official Court Reporter for the United

6    States District Court, Eastern District of Louisiana, do hereby

7    certify that the foregoing is a true and correct transcript to

8    the best of my ability and understanding from the record of the

9    proceedings in the above-entitled and numbered matter.

10

11

12                              *s/Cathy Pepper*

13                              Cathy Pepper, CRR, RMR, CCR
                                Certified Realtime Reporter
14                              Registered Merit Reporter
                                Official Court Reporter
15                              United States District Court
                                Cathy_Pepper@laed.uscourts.gov
16

17

18

19

20

21

22

23

24

25

## 1

**10** [1] - 3:13
**10-MD-2179** [1] - 1:7
**101** [1] - 1:24
**11** [1] - 3:14
**12** [1] - 3:15
**13-1143** [1] - 1:10
**13-1185** [1] - 1:11
**13-1222** [1] - 1:11
**13-1386** [1] - 1:11
**13-2006** [1] - 1:11
**13-706** [1] - 1:10
**13-810** [1] - 1:10
**14th** [3] - 7:15, 7:19, 7:20
**17** [2] - 1:8, 4:2
**1st** [2] - 10:5, 11:11

## 2

**2** [2] - 3:8, 7:8
**20** [1] - 1:6
**2010** [1] - 1:6
**2016** [2] - 1:8, 4:2
**2016......** [1] - 3:15
**23rd** [1] - 12:16
**23RD** [1] - 3:15
**26** [2] - 3:8, 7:8
**29** [2] - 3:8, 7:8
**29th** [1] - 9:18
**2nd** [2] - 10:5, 11:11

## 3

**3** [1] - 7:8
**3.** [1] - 3:8
**30** [1] - 10:18
**30(B)(6)** [1] - 3:11
**30(b)(6)** [1] - 8:14
**300** [1] - 2:10
**3rd** [2] - 10:5, 11:12

## 4

**4** [1] - 3:5
**435** [1] - 1:24

## 5

**5** [1] - 3:6
**500** [1] - 2:17
**504** [1] - 2:18
**555** [1] - 2:13
**589-7779** [1] - 2:18

## 6

**6** [1] - 3:7
**60654** [1] - 2:10

## 7

**7** [2] - 3:8, 3:9
**70** [1] - 10:11
**70113** [1] - 1:21
**70130** [1] - 2:18
**70360** [1] - 1:25

## 8

**8** [2] - 3:10, 3:11
**820** [1] - 1:21
**8:45** [1] - 1:8

## 9

**9** [1] - 3:12
**94104** [1] - 2:14
**9:07** [1] - 12:23
**9:30** [2] - 3:15, 12:16

## A

**A.M** [1] - 1:8
**a.m** [1] - 12:23
**ability** [1] - 13:8
**able** [2] - 8:15, 10:13
**above-entitled** [1] - 13:9
**acting** [1] - 11:25
**ACTION** [1] - 1:7
**added** [1] - 8:6
**additional** [2] - 5:11, 5:22
**AdvanTeq** [1] - 6:12
**ahead** [2] - 7:21, 8:17
**AMERICA** [6] - 2:3, 2:3, 2:4, 2:5, 2:7, 2:8
**AND** [4] - 1:11, 3:6, 3:7, 3:8
**ANDREW** [1] - 2:9
**answer** [1] - 5:15
**answers** [1] - 12:4
**APPEARANCES** [2] - 1:18, 2:1
**appreciate** [1] - 6:21
**appropriate** [2] - 8:25, 11:9
**APRIL** [1] - 1:6
**Asher** [8] - 5:23, 6:25, 9:3, 9:15, 10:10, 10:25, 11:8, 11:25
**Asher's** [1] - 9:25
**ASHER..........................................** [1] - 3:12
**aside** [2] - 7:19, 7:22
**assistant** [1] - 10:11
**assume** [1] - 7:8
**AT** [1] - 3:15
**attention** [1] - 6:25
**available** [1] - 7:18
**AVENUE** [1] - 1:21
**aware** [2] - 5:11, 9:8

## B

**become** [1] - 5:11
**BEFORE** [1] - 1:15
**best** [1] - 13:8
**Bisso** [2] - 12:1, 12:2
**bit** [1] - 11:7
**Blake** [4] - 6:19, 7:14, 7:20, 12:2
**BLAKE'S** [2] - 3:6, 3:9
**Blake's** [2] - 5:3, 7:11
**BP** [10] - 2:3, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 6:23, 8:14, 12:14
**BP.....................** [1] - 3:11
**BPXP** [1] - 5:18
**brought** [1] - 6:24
**BY** [7] - 1:4, 1:20, 1:24, 2:9, 2:13, 2:20, 2:20
**bye** [2] - 12:22
**bye-bye** [1] - 12:22

## C

**CA** [1] - 2:14
**calculations** [1] - 9:21
**calendar** [1] - 7:18
**CALIFORNIA** [1] - 2:13
**Carrie** [1] - 4:17
**case** [2] - 9:9, 9:25
**cases** [1] - 12:2
**CASES** [1] - 1:14
**categories** [1] - 5:22
**CATHY** [1] - 2:16
**Cathy** [2] - 13:3, 13:13
**Cathy_Pepper@laed.uscourts.gov** [1] - 13:15
**cathy_Pepper@laed.uscourts.gov** [1] - 2:19
**CCR** [2] - 2:16, 13:13
**CERTIFICATE** [1] - 13:1
**certification** [4] - 5:4, 5:19, 6:3, 6:7
**CERTIFICATION** [1] - 3:7
**Certified** [3] - 13:3, 13:4, 13:13
**CERTIFIED** [1] - 2:16
**certify** [1] - 13:7
**CHAMBERS** [1] - 4:4
**checked** [1] - 9:4
**CHICAGO** [1] - 2:10
**Chris** [12] - 5:17, 6:7, 7:17, 7:19, 8:1, 8:22, 9:10, 9:14, 10:13, 10:24, 11:3, 11:4
**CHRISTOPHER** [1] - 2:13
**CIVIL** [1] - 1:7
**claims** [1] - 5:23
**clawback** [3] - 5:14, 5:21, 6:16
**clawbacks** [1] - 6:18
**coming** [1] - 10:3
**comments** [2] - 8:8, 8:9
**COMPANY** [2] - 2:4
**complete** [3] - 5:20, 7:5, 7:20
**completed** [3] - 6:11, 7:11, 10:20
**COMPUTER** [1] - 2:20
**concerned** [1] - 10:4
**concerns** [1] - 9:17
**concluded** [1] - 12:24
**CONFERENCE** [2] - 1:14, 3:15
**CONRAD** [1] - 1:24
**CONTINUED** [1] - 2:1
**conversation** [1] - 8:23
**coordinate** [1] - 9:10
**CORPORATE** [1] - 1:24
**CORPORATION** [1] - 2:5
**correct** [3] - 8:3, 8:16, 13:7
**counsel** [1] - 6:23
**couple** [2] - 4:24, 6:17
**Court** [5] - 13:4, 13:5, 13:6, 13:14, 13:15
**COURT** [32] - 1:1, 2:16, 4:7, 4:10, 4:13, 4:19, 5:1, 5:16, 6:2, 6:5, 6:20, 7:4, 7:11, 7:15, 7:24, 8:12, 8:17, 9:1, 9:13, 10:6, 10:15, 10:18, 10:21, 11:4, 11:15, 11:22, 11:25, 12:4, 12:12, 12:16, 12:18, 12:22
**cover** [3] - 4:10, 11:19, 12:5
**Crowsey** [1] - 11:2
**CRR** [2] - 2:16, 13:13

## D

**Dallas** [1] - 4:15
**damages** [1] - 5:24
**date** [3] - 10:5, 11:12
**dates** [1] - 7:22
**days** [2] - 4:24, 11:8
**deal** [1] - 10:22
**death** [1] - 4:23
**declaration** [1] - 11:1
**declarations** [2] - 9:18, 11:1
**DEEPWATER** [1] - 1:5
**delayed** [1] - 4:24
**deposed** [2] - 4:15, 9:11
**DEPOSITION** [1] - 3:11
**deposition** [1] - 8:14
**depositions** [5] - 7:7, 7:12, 7:14, 7:20, 7:23
**DEPOSITIONS** [1] - 3:8
**DEPOSITIONS..................................** [1] - 3:9
**difficult** [1] - 9:23
**difficulties** [1] - 11:10
**discovery** [1] - 7:5
**discuss** [1] - 11:5
**discussing** [1] - 10:14
**Discussion** [1] - 11:24
**DISTRICT** [2] - 1:1, 1:2
**District** [3] - 13:6, 13:15
**docs** [1] - 10:13
**document** [7] - 5:3, 5:4, 5:11, 5:25, 6:8, 6:17, 6:24
**DOCUMENT** [2] - 1:9, 3:6
**documents** [6] - 5:20, 5:22, 9:24, 10:15, 10:17, 10:23
**done** [6] - 5:12, 6:8, 6:11, 6:13, 6:15, 7:2
**down** [1] - 7:4
**DRIVE** [1] - 1:24

| | | | | |
|---|---|---|---|---|
| **Duke** [7] - 6:2, 7:13, 8:4, 8:7, 8:9, 10:8, 11:7 | **GULF** [1] - 1:5 | **J** | **M** | **O** |
| | **H** | **January** [1] - 9:18 | **MAGISTRATE** [1] - 1:15 | **O'KEEFE** [1] - 1:21 |
| **E** | **happy** [1] - 10:8 | **JUDGE** [1] - 1:15 | **mail** [2] - 5:9, 10:10 | **obligations** [1] - 9:3 |
| | **HARIKLIA** [1] - 2:9 | **Judge** [2] - 4:9, 6:22 | **mapping** [1] - 11:2 | **obviously** [1] - 5:11 |
| **e-mail** [2] - 5:9, 10:10 | **HB-275** [1] - 2:17 | **jump** [1] - 7:21 | **MARCH** [1] - 3:8 | **occurred** [1] - 11:11 |
| **early** [2] - 9:9, 9:16 | **hear** [1] - 11:4 | **K** | **March** [4] - 7:8, 7:15, 10:5, 11:11 | **OF** [4] - 1:2, 1:5, 1:14, 3:14 |
| **Eastern** [1] - 13:6 | **HEARD** [1] - 1:15 | | | |
| **EASTERN** [1] - 1:2 | **held** [1] - 11:24 | **Karis** [1] - 4:17 | **Matt** [2] - 8:24, 9:11 | **off-the-record** [1] - 11:24 |
| **either** [1] - 10:12 | **Hercules** [1] - 5:24 | **KARIS** [4] - 2:9, 4:12, 4:17, 4:20 | **matter** [1] - 13:9 | **office** [1] - 7:18 |
| **ELLIS** [2] - 2:8, 2:12 | **hereby** [1] - 13:6 | **KATZ** [1] - 1:20 | **meantime** [1] - 8:23 | **official** [1] - 6:6 |
| **emphasized** [1] - 9:8 | **HERMAN** [10] - 1:20, 1:20, 5:5, 5:9, 6:22, 7:10, 12:2, 12:15, 12:21 | **Keegan** [1] - 5:17 | **MECHANICAL** [1] - 2:20 | **Official** [2] - 13:5, 13:14 |
| **end** [2] - 8:4, 11:11 | | **KEEGAN** [10] - 2:13, 5:17, 8:3, 8:16, 9:14, 11:7, 11:20, 12:9, 12:14, 12:17 | **MERIT** [1] - 2:17 | **OFFICIAL** [1] - 2:16 |
| **entire** [1] - 7:19 | | | **Merit** [2] - 13:4, 13:14 | **OIL** [2] - 1:4, 1:5 |
| **entitled** [1] - 13:9 | **hold** [1] - 11:22 | | **MEXICO** [1] - 1:5 | **ON** [2] - 1:5, 3:15 |
| **ESQUIRE** [5] - 1:20, 1:24, 2:9, 2:9, 2:13 | **HOLDINGS** [1] - 2:7 | **kind** [1] - 10:16 | **Michigan** [1] - 9:3 | **one** [3] - 5:21, 6:16, 11:11 |
| **evening** [2] - 6:10, 6:13 | **Honor** [16] - 4:17, 5:7, 5:17, 6:4, 7:13, 8:3, 8:16, 8:19, 9:4, 9:14, 10:8, 11:20, 12:10, 12:15, 12:17, 12:21 | **Kirkland** [2] - 5:17, 6:14 | **Mike** [2] - 11:22, 12:20 | **ones** [1] - 8:10 |
| **expert** [3] - 9:21, 11:2, 12:1 | | **KIRKLAND** [2] - 2:8, 2:12 | **Mike's** [1] - 11:25 | **OPA** [1] - 1:14 |
| **experts'** [1] - 7:22 | | | **Monday** [2] - 5:20, 9:5 | **ORLEANS** [3] - 1:7, 1:21, 2:18 |
| **EXPLORATION** [1] - 2:6 | **HONORABLE** [1] - 1:15 | **L** | **morning** [7] - 4:7, 4:9, 4:12, 4:13, 6:4, 6:5, 12:11 | |
| | **HORIZON** [1] - 1:5 | | **most** [1] - 7:22 | **P** |
| **F** | **HOUMA** [1] - 1:25 | **LA** [3] - 1:21, 1:25, 2:18 | **move** [1] - 7:6 | |
| | **hundred** [1] - 9:6 | **LANGAN** [1] - 2:9 | **MR** [29] - 3:5, 3:12, 5:5, 5:9, 5:17, 6:4, 6:6, 6:22, 7:10, 7:13, 7:17, 8:3, 8:16, 8:19, 8:22, 9:4, 9:14, 10:8, 10:17, 10:19, 10:22, 11:7, 11:20, 12:2, 12:9, 12:14, 12:15, 12:17, 12:21 | **PAGE** [1] - 3:3 |
| **fact** [2] - 9:5, 9:18 | | **LASALLE** [1] - 2:10 | | **paper** [1] - 10:7 |
| **family** [1] - 4:23 | **I** | **last** [4] - 5:9, 8:1, 8:4, 10:10 | | **PAPER** [1] - 3:13 |
| **far** [1] - 7:10 | | **LAW** [1] - 1:23 | | **papers** [6] - 9:19, 10:1, 10:2, 10:5, 11:6, 11:14 |
| **FEBRUARY** [4] - 1:8, 3:8, 3:15, 4:2 | **identified** [1] - 10:23 | **least** [2] - 6:9, 10:24 | | **Paul** [2] - 8:8 |
| **February** [1] - 7:8 | **IL** [1] - 2:10 | **left** [2] - 5:10, 9:6 | | **people** [1] - 6:12 |
| **few** [1] - 5:21 | **immediately** [1] - 9:10 | **LIMITED** [1] - 2:7 | | **Pepper** [3] - 13:3, 13:12, 13:13 |
| **final** [1] - 5:3 | **IN** [3] - 1:4, 1:5, 4:4 | **list** [1] - 11:21 | | **PEPPER** [1] - 2:16 |
| **financial** [1] - 9:24 | **INC** [5] - 2:3, 2:4, 2:5, 2:6, 2:8 | **Loeb** [1] - 4:15 | | **percent** [3] - 9:6, 10:11, 10:18 |
| **fine** [2] - 4:19, 12:14 | **indicating** [1] - 5:9 | **LOEB**.................. [1] - 3:5 | **MS** [3] - 4:12, 4:17, 4:20 | **person** [1] - 4:22 |
| **first** [1] - 10:12 | **individual** [1] - 9:24 | **log** [1] - 6:10 | | **personal** [1] - 4:22 |
| **following** [1] - 11:12 | **information** [2] - 9:24, 10:22 | **logs** [2] - 5:4, 6:3 | **N** | **PLAINTIFFS** [1] - 1:20 |
| **FOR** [4] - 1:20, 2:3, 3:5, 3:11 | **inquiry** [1] - 12:4 | **LOGS**................... [1] - 3:7 | **nail** [1] - 7:4 | **plaintiffs** [1] - 9:25 |
| **foregoing** [1] - 13:7 | **interim** [1] - 12:19 | **look** [3] - 6:17, 10:12, 12:13 | **need** [1] - 6:17 | **pleasure** [1] - 12:7 |
| **forward** [1] - 11:13 | **INTERROGATORY** [1] - 3:14 | **looked** [1] - 7:15 | **NEW** [3] - 1:7, 1:21, 2:18 | **plus** [1] - 5:4 |
| **FRANCISCO** [1] - 2:14 | **interrogatory** [1] - 11:16 | **looking** [1] - 5:22 | **new** [1] - 5:23 | **point** [2] - 5:12, 9:15 |
| **Friday** [1] - 8:4 | **interrupt** [1] - 6:22 | **looks** [1] - 5:21 | **next** [5] - 12:6, 12:9, 12:12, 12:13, 12:19 | **poison** [1] - 12:7 |
| **FTP** [2] - 6:13, 10:14 | **involved** [1] - 8:24 | **loose** [1] - 9:3 | **NEXT** [1] - 3:15 | **position** [1] - 7:5 |
| | **issue** [5] - 4:22, 6:18, 8:13, 11:15 | **Louisiana** [2] - 13:5, 13:6 | **night** [1] - 10:10 | **possible** [1] - 11:17 |
| **G** | **issued** [2] - 4:15, 4:21 | **LOUISIANA** [2] - 1:2, 1:7 | **NO** [1] - 1:7 | **POYDRAS** [1] - 2:17 |
| | **issues** [3] - 5:14, 5:21, 8:18 | | **NORTH** [4] - 2:4, 2:5, 2:7, 2:8 | **prefer** [1] - 12:8 |
| **geographical** [1] - 11:2 | **issuing** [1] - 4:24 | | **nothing** [1] - 5:10 | **pretty** [1] - 11:3 |
| **given** [3] - 5:13, 6:6, 11:10 | **IT** [1] - 6:11 | | **notify** [1] - 6:14 | **previously** [1] - 6:25 |
| **gotcha** [1] - 12:4 | | | **number** [1] - 8:6 | **privilege** [3] - 5:4, 6:3, 6:10 |
| **great** [2] - 7:24, 10:22 | | | **numbered** [1] - 13:9 | **PRIVILEGE** [1] - 3:7 |
| **ground** [1] - 4:10 | | | **numbers** [1] - 9:25 | **privileged** [1] - 5:13 |
| **GROUP** [1] - 1:23 | | | | **problems** [1] - 6:8 |

**PROCEEDINGS** [3] - 1:14, 2:20, 4:1
**proceedings** [2] - 12:23, 13:9
**process** [1] - 8:7
**produce** [1] - 5:12
**produced** [1] - 7:1
**PRODUCED** [1] - 2:20
**PRODUCTION** [2] - 2:3, 2:6
**production** [5] - 5:3, 5:4, 5:10, 6:8, 10:7
**PRODUCTION........... .** [1] - 3:6
**PRODUCTION........... ................** [1] - 3:13
**PRODUCTS** [1] - 2:8
**projection** [1] - 10:16
**provide** [1] - 10:23
**PSC** [1] - 8:5
**pushing** [1] - 9:15

**Q**

**QC** [1] - 6:11
**questions** [1] - 5:14
**queue** [1] - 5:10
**quickly** [2] - 6:1, 9:16

**R**

**raised** [2] - 5:14, 5:21
**RE** [1] - 1:4
**really** [1] - 9:23
**REALTIME** [1] - 2:16
**Realtime** [2] - 13:3, 13:13
**record** [2] - 11:24, 13:8
**RECORDED** [1] - 2:20
**registered** [1] - 13:14
**Registered** [1] - 13:4
**REGISTERED** [1] - 2:17
**RELATES** [1] - 1:9
**released** [1] - 9:9
**reliance** [1] - 10:23
**remaining** [3] - 8:18, 10:15, 10:17
**remembered** [1] - 6:23
**report** [2] - 5:23, 9:10
**Reporter** [7] - 13:3, 13:4, 13:5, 13:13, 13:14, 13:14
**REPORTER** [3] - 2:16, 2:16, 2:17
**REPORTER'S** [1] - 13:1
**reports** [2] - 9:17, 9:22
**resolution** [1] - 8:25
**resolved** [1] - 8:15
**respect** [2] - 6:19, 10:25
**responses** [2] - 8:2, 11:16
**RESPONSES..........** [1] - 3:14
**revised** [1] - 8:5
**Ricky** [1] - 11:2
**RIG** [1] - 1:5
**RMR** [2] - 2:16, 13:13
**ROOM** [1] - 2:17
**Rule** [1] - 8:14
**RULE** [1] - 3:11
**ruling** [1] - 11:17

**S**

**s/Cathy** [1] - 13:12
**SALLY** [1] - 1:15
**SAN** [1] - 2:14
**save** [1] - 7:21
**schedule** [3] - 7:9, 9:17, 11:5
**scheduling** [1] - 11:10
**second** [2] - 11:12, 11:22
**see** [7] - 5:2, 5:25, 7:7, 7:25, 8:13, 11:5, 11:15
**send** [1] - 6:7
**sense** [1] - 12:10
**sent** [2] - 8:3, 8:5
**set** [2] - 7:19, 7:22
**settles** [1] - 9:9
**several** [1] - 10:3
**shaking** [1] - 9:2
**SHUSHAN** [1] - 1:15
**simultaneously** [3] - 5:6, 5:8, 8:20
**site** [2] - 6:13, 10:14
**sometime** [1] - 6:1
**soon** [2] - 11:3, 11:17
**sorry** [1] - 6:22
**sounds** [2] - 8:14, 12:18
**SPEAKER** [2] - 5:7, 8:20
**Speaking** [1] - 8:20
**speaking** [2] - 5:5, 5:7
**SPILL** [1] - 1:4
**spreadsheets** [1] - 9:20
**stand** [3] - 4:16, 7:25, 11:5
**standing** [1] - 7:17
**starting** [1] - 10:4
**State** [1] - 13:5
**STATES** [2] - 1:1, 1:15
**States** [2] - 13:6, 13:15
**STATUS** [1] - 1:14
**STENOGRAPHY** [1] - 2:20
**STEPHEN** [1] - 1:20
**Steve** [5] - 5:5, 5:25, 6:22, 8:8
**Steve's** [1] - 7:18
**still** [5] - 7:8, 8:22, 9:5, 9:7, 10:3
**stipulate** [1] - 8:11
**stipulations** [3] - 8:1, 8:4, 8:6
**STIPULATIONS......... ..............................** [1] - 3:10
**STREET** [2] - 2:13, 2:17
**stuff** [2] - 5:14, 10:24
**SUBPOENA** [1] - 3:5
**subpoena** [4] - 4:14, 4:21, 4:24, 4:25
**sufficiency** [1] - 11:16
**SUFFICIENCY** [1] - 3:14
**SUITE** [1] - 1:24

**T**

**target** [1] - 12:6
**tee** [2] - 8:17, 8:25
**TELEPHONE** [1] - 4:4
**terms** [1] - 5:10
**test** [1] - 9:25
**TEST** [1] - 1:14
**THE** [35] - 1:4, 1:5, 1:15, 1:20, 3:14, 4:7, 4:10, 4:13, 4:19, 5:1, 5:16, 6:2, 6:5, 6:20, 7:4, 7:11, 7:15, 7:24, 8:12, 8:17, 9:1, 9:13, 10:6, 10:15, 10:18, 10:21, 11:4, 11:15, 11:22, 11:25, 12:4, 12:12, 12:16, 12:18, 12:22
**they've** [2] - 5:23, 10:11
**THIS** [1] - 1:9
**three** [1] - 12:2
**tie** [1] - 9:25
**tied** [1] - 5:25
**TO** [1] - 1:9
**today** [5] - 5:15, 6:7, 6:13, 10:20, 11:19
**together** [2] - 10:12, 10:24
**tomorrow** [3] - 5:15, 6:14, 10:13
**tonight** [1] - 10:12
**transaction** [1] - 5:24
**TRANSCRIPT** [2] - 1:14, 2:20
**transcript** [1] - 13:7
**trial** [1] - 9:7
**true** [1] - 13:7
**try** [3] - 11:12, 11:17, 12:13
**trying** [1] - 9:25
**Tuesday** [1] - 12:13
**turn** [1] - 8:10
**two** [2] - 5:22, 11:8
**tying** [1] - 9:23
**types** [1] - 9:21
**typically** [1] - 9:21

**U**

**unfortunately** [1] - 4:23
**UNIDENTIFIED** [2] - 5:7, 8:20
**UNITED** [2] - 1:1, 1:15
**United** [2] - 13:5, 13:15
**up** [3] - 7:17, 8:18, 8:25
**update** [3] - 6:21, 7:6, 10:6
**upload** [2] - 6:12, 10:13
**uploaded** [1] - 6:14

**V**

**VIA** [1] - 4:4
**VOICES** [1] - 4:9

**W**

**Wadleigh** [3] - 5:3, 7:7, 12:3
**WADLEIGH** [2] - 3:6, 3:8
**wants** [3] - 10:6, 11:22, 12:5
**Wednesday** [1] - 12:12
**WEDNESDAY** [2] - 1:8, 4:2
**week** [12] - 4:25, 5:9, 6:1, 7:3, 7:16, 7:19, 8:4, 11:13, 12:6, 12:9, 12:13, 12:19
**weeks** [1] - 10:3
**whatsoever** [1] - 6:8
**WHEREUPON** [1] - 12:23
**whichever** [1] - 12:7
**WILLIAMS** [13] - 1:23, 1:24, 6:4, 6:6, 7:13, 7:17, 8:19, 8:22, 9:4, 10:8, 10:17, 10:19, 10:22
**WORKING** [1] - 3:13
**works** [2] - 12:10, 12:17

**Y**

**yesterday** [5] - 5:19, 6:10, 6:24, 8:23, 9:6