UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 SECTION: J JUDGE BARBIER |
| **This Document Relates to:** *No. 12-970* | * * | MAG. JUDGE SHUSHAN |

## ORDER

After BP filed its Motion to Vacate and Stay Payment of Awards to Claimant 100261264 (Rec. Doc. 15903), the Court requested the Claims Administrator for the Deepwater Horizon Economic Claims Center to provide its documents relating to the development of Policy 443 (Wetlands Real Property Claims: Compensating Individual Parcels Aggregated Under a Single Tax Assessment ID). The Claims Administrator responded with the attached documents.

The Clerk of Court is instructed to file into the record the letter from the Claims Administrator dated February 24, 2016, and its 41-page attachment. The docket entry shall indicate that these documents relate to the Claims Administrator's Policy No. 443 (Wetlands Real Property Claims: Compensating Individual Parcels Aggregated Under a Single Tax Assessment ID) and BP's Motion to Vacate and Stay Payment of Awards to Claimant 100261264 (Rec. Doc. 15903).

New Orleans, Louisiana, this 24th day of February, 2016.

_____
United States District Judge