UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| **This Document Relates to:** *No. 12-970* | * * | MAG. JUDGE SHUSHAN |

## ORDER

Before the Court is the Motion of the Deepwater Horizon Economic Claims Center ("DHECC") for Return of Payments Made to Jack Hemmenway and Others (Rec. Doc. 15431).

IT IS ORDERED that any response to this Motion shall be filed by Wednesday, March 23, 2016, and shall not exceed 25 pages, double spaced. Any reply by the DHECC shall be filed by Wednesday, April 6, 2016, and shall not exceed 10 pages, double spaced.

The DHECC is instructed to serve a copy of this Order (and the Motion for Return of Payments, if not already done so) on the parties targeted in the Motion. By Wednesday, March 9, 2016, the DHECC shall certify to the Court whether service occurred.

New Orleans, Louisiana, this 24th day of February, 2016.

_____
United States District Judge