UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: OIL SPILL by the OIL RIG** | * | **MDL No. 2179** |
| **"DEEPWATER HORIZON" in the** | * | |
| **GULF OF MEXICO, on April 20, 2010** | * | **SECTION: J** |
| | * | |
| **This Document Relates to:** | * | **JUDGE BARBIER** |
| *No: 12-1713, 13-0768, 13-1879, 13-1934, 13-1957* | * | |
| *13-1965, 13-1972, 13-1989, 13-2003, 13-2010* | * | **MAG JUDGE SHUSHAN** |
| *13-2026, 13-2041, 13-2456, 13-2457, 13-4997* | * | |
| *13-6113* | * | |

_____

# O R D E R

Considering the foregoing Motion to Enroll:

**IT IS ORDERED** that the motion is **GRANTED** and that JOSEPH M. BRUNO (La. Bar No. 3604) of the law firm of Bruno & Bruno, LLP, and PAUL REES (La. Bar No. 19266) of the law firm of Weiler & Rees, LLC be and hereby are enrolled and substituted as co-counsel of record for the Plaintiffs referenced in Exhibit A in place and stead of the ANDRY LAW GROUP, LLC and/or ANDRY LERNER, LLC in the above captioned proceeding. Substituted counsel must still comply with all applicable orders and deadlines.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
UNITED STATES DISTRICT JUDGE