# **EXHIBIT A**

| LAST | FIRST | BUSINESS | Docket No. | Short Form Joinder |
|---|---|---|---|---|
| Alfred | Ronald | | 2:13-cv-01989 | 131584 |
| Alleman | Gerald (Mike) | Crescent City Transportation, LLC | 2:13-cv-01972 | 132281 |
| Alleman | Gerald E. | (taxi driver) | 2:13-cv-01972 | 131587 |
| Alleman | Terry | (employee McDermott) | 2:13-cv-02003 | 131590 |
| Alonzo | Belinda | A+ Family Enterprise | 2:13-cv-04997 | 133353 |
| Andry | Albert III | (on DWH rig) | 2:12-cv-01713 | 983-3 (MDL 2179) |
| Antoine | Robert | | 2:13-cv-02010 | 131613 |
| Ashford | Malcolm | T.R.E.S. of Louisiana, Inc. | 2:13-cv-06113 | 134340 |
| Barrios | Leslie | | 2:13-cv-02003 | 131618 |
| Bass | Keithrick | | 2:13-cv-02003 | 131620 |
| Bauer | Roy | Amberjack Tours & Transportation, LLC | 2:13-cv-01972 | 131594 |
| Berner | Craig | | 2:13-cv-01989 | 131622 |
| Bonilla | Carlos | | 2:13-cv-02010 | 131626 |
| Booker | Christopher | (diver) | 2:13-cv-02003 | 133668 |
| Borne | Jerry | | SFJ 136988 | 136988 |
| Boyer | Paul | Paul Boyer & Associates | 2:13-cv-01957 | 132270 |
| Brady | Clara | LaCote, LLC | SFJ 133074 | 133074 |
| Brandon | John | Gravedigger Trucking. LLC | 2:13-cv-02010 | 131628 |
| Bridges | Darryl | Patrick Fabricating & Welding Enterprises, Inc. | 2:13-cv-02026 | 133278 |
| Brown | Martinez | (welder, rigger) | 2:13-cv-02003 | 131632 |
| Buquet | James | Buquet Distributing Co., Inc. | 2:13-cv-01989 | 131636 |
| Burch | Chris | Diversified Marketing Agency, LLC | 2:13-cv-02026 | 132422 |
| Buxton | Jimmy | Bux-Sun, LLC | 2:13-cv-01989 | 131637 |
| Cabrera | Jennifer | North Miami Beach PB, LLC | 2:13-cv-01989 | 133282 |
| Carrion Jr. | Jose | | 2:13-cv-02003 | 131641 |
| Chapman | Cory | | 2:13-cv-02003 | 131683 |
| Charpentier | Christopher | (offshore) | 2:13-cv-02003 | 131684 |
| Cheramie | Dino or Ben | Cheramie Marine | SFJ 133457 | 133457 |
| Collins | Nicholas | | SFJ 132962 | 132962 |
| Cooks | Bryan | | 2:13-cv-02003 | 131688 |
| Corona | Charles | (geologist) | 2:13-cv-02003 | 131689 |
| Courville | Larry | Union Credit Corporation of Abbeville, LLC | 2:13-cv-02457 | 131721 |
| Couto | Emanuel | (offshore) | 2:13-cv-02003 | 131691 |
| Cox | George | | 2:13-cv-02003 | 132276 |
| Craven | Teddy | Aunt Imogene's LLC | 2:13-cv-02026 | 133284 |
| Davis | Gregory | | 2:13-cv-02003 | 132321 |
| DesRoches | Bart | Bart's Financial | 2:13-cv-01965 | 131619 |
| Dill | Christopher | Dill Land Services, Inc. | 2:13-cv-01957 | 132419 |
| Dill | Christopher | | 2:13-cv-01957 | 132412 |
| Dillard | Karen | Planet Earth Environmental Consulting | 2:13-cv-01879 | 133053 |
| Ellsworth | Alex | | 2:13-cv-01965 | 132579 |
| Errickson | Edward | (diver) | 2:13-cv-02003 | 132574 |
| Farrell | Angelo | Seven-Eleven Bourbon, LLC | 2:13-cv-01879 | 131577 |
| Franklin | Albert | (oil and gas) | 2:13-cv-01934 | 132590 |
| Frazier | John | J&K Marine | 2:13-cv-02041 | 133293 |
| Giardina | Cheryl | (casino worker) | 2:13-cv-01989 | 132635 |
| Giardina | John | A-Mar Interiors, Inc. | SFJ 135986 | 135986 |
| Gollinger | Daniel | | 2:13-cv-01989 | 132911 |
| Gorman | Gary | | 2:13-cv-02026 | 133310 |
| Gorman | Gary | Gorman, Inc. | 2:13-cv-02026 | 133311 |
| Griffin III | Eunice | (boat capt) | 2:13-cv-02003 | 132982 |
| Griffin Jr. | Eunice | (boat capt) | 2:13-cv-02003 | 131692 |
| Guidry | Greg | Greg Guidry Enterprises, Inc. | 2:13-cv-02026 | 132967 |
| Guilbeau | Chad | Guilbeau Gulf | SFJ 132999 | 132999 |
| Guilbeau | Anthony | Guilbeau Marine, Inc. | SFJ 133001 | 133001 |
| Guilbeau | Todd | Guilbeau Boat Rentals | SFJ 134149 | 134149 |
| Guillot | Eric | | 2:13-cv-02003 | 133004 |
| Hajari | Nimesh | Mexul, Inc. | 2:13-cv-01879 | 133190 |

# EXHIBIT A

| | | | | |
|---|---|---|---|---|
| Hammond | Daniel | (diver) | 2:13-cv-02003 | 133008 |
| Haydel | Lester | | 2:13-cv-02003 | 133011 |
| Hebert | Dennis | | 2:13-cv-02010 | 133013 |
| Hofsommer | Eric | (diver) | 2:13-cv-02003 | 133015 |
| Hosoglu | Kamal | Big Pie, LLC | 2:13-cv-01989 | 131625 |
| Illg | David | Southern Aviation, L.L.C. | 2:13-cv-01972 | 131706 |
| Jerome | Anthony | | SFJ 131693 | 131693 |
| Johnson | Eugene | | 2:13-cv-02010 | 138046 |
| Jones | Derek | (diver) | 2:13-cv-02003 | 133048 |
| Juka | Richard | | 2:13-cv-01989 | 133050 |
| King | Derek | | 2:13-cv-02003 | 133066 |
| Knoblauch | John | J&R Towing and Storage, Inc. | 2:13-cv-02010 | 133295 |
| Lafont | Henry | BBL Marine | SFJ 133662 | 133662 |
| Layton | William | (diver) | 2:13-cv-02003 | 133114 |
| LeBlanc | Rodney | Sourcewater Group, Inc | 2:13-cv-02026 | 131705 |
| Lee | Henry | | 2:13-cv-01972 | 133117 |
| Lee | Norris | | 2:13-cv-01972 | 133123 |
| Lee | Marcus | | 2:13-cv-02456 | 133299 |
| Lewis | Leslie | | SFJ 135992 | 135992 |
| Licciardi | Keith | Transportation & Equipment, Inc. | 2:13-cv-02026 | 131717 |
| Lloyd | Grady | G.T. Lloyd Enterprises, LLC | 2:13-cv-01989 | 133129 |
| Lloyd | Grady | TGT Tanning, LLC | 2:13-cv-01989 | 133256 |
| Lonthier | Roxanne | Roxie Transport | 2:13-cv-01972 | 133318 |
| Lugo | Juan | | 2:13-cv-02003 | 133142 |
| Lutz | Keith | Superior Corrosion, LLC | 2:13-cv-02026 | 131712 |
| Manieri | Chad | (offshore) | 2:13-cv-02003 | 133184 |
| Martin | Charles | Rotolo & Martin Super Market, Inc. | 2:13-cv-01989 | 131700 |
| Martinez | Ricardo | | 2:13-cv-02003 | 133297 |
| Mateu | Jodie | Vivid Tans, LLC | 2:13-cv-01989 | 131723 |
| Mateu | Jodie | The Secret Spa, LLC | 2:13-cv-01989 | 131714 |
| McCollum | Terroll | (offshore) | 2:13-cv-01989 | 133188 |
| Milam | Gary | | 2:13-cv-02003 | 133192 |
| Miller | Thomas | (diver) | 2:13-cv-02003 | 133193 |
| Miller | Ronald | | SFJ 134105 | 134105 |
| Mims Jr. | Herbert | (offshore) | 2:13-cv-02003 | 133194 |
| Mitchell | Trent | | 2:13-cv-02003 | 133195 |
| Moore | Kathyrn | Ellsworth Corporation | 2:13-cv-01965 | 132426 |
| Neu | Kyle | Spirit Industries, LLC | 2:13-cv-02026 | 133260 |
| Noble | Loren | (diver) | 2:13-cv-02003 | 133303 |
| Normand | Tim | Lesage & Associates, LLC | 2:13-cv-01989 | 133128 |
| Normand | Tim | TNT Tanning, LLC | 2:13-cv-01989 | 131715 |
| Nunez | Michael | | 2:13-cv-02003 | 133362 |
| Nyein | Tun | Trident Supply, LLC | 2:13-cv-02026 | 131718 |
| Parker | Kevin | | 2:13-cv-01989 | 133304 |
| Pistorius | Randy | Professional Packaging, Inc. | 2:13-cv-01989 | 131695 |
| Pitre | Elmo "Jay" | Pitre Industries | SFJ 133317 | 133317 |
| Poole | Patrick | (offshore) | 2:13-cv-02456 | 133307 |
| Price | Nancy | | 2:13-cv-01989 | 133308 |
| Pruis | John | (truck driver) | 2:13-cv-02010 | 131696 |
| Riley | Ernest | DET Trucking Services, LLC | 2:13-cv-02010 | 132369 |
| Saucier | Keith | S&S Consulting Corp, LLC | 2:13-cv-02026 | 131701 |
| Scott | Demietriek | New Orleans Fine Catering, LLC | 2:13-cv-01989 | 133283 |
| Siegel | Barton J. | | 2:13-cv-00768 | 130966 |
| Smith | Stephen | | 2:13-cv-01989 | 131704 |
| Smith | Stephen | Planet Beach Franchising Corporation | 2:13-cv-01989 | 133273 |
| Smith | Eric | (offshore) | 2:13-cv-02003 | 131703 |
| Smith | Gary | Maintenance Dredging, LLC | SFJ 134119 | 134119 |
| St Amand | Chris | Gator Offshore, LLC | 2:13-cv-02041 | 133289 |
| Sullivan | Keith | | 2:13-cv-02003 | 131711 |
| Thevar | Sukumar | (pipefitter) | 2:13-cv-02003 | 133302 |

# **EXHIBIT A**

| Toups | Rusty | ANS Engines, LLC | 2:13-cv-02026 | 131603 |
|---|---|---|---|---|
| Turner | Earthell | (offshore) | 2:13-cv-02003 | 131719 |
| Verges | Mark | M&M Development LLC | 2:13-cv-01989 | 133164 |
| Washington | Gerry | | 2:13-cv-02003 | 131726 |
| Washington | Kenneth | | 2:13-cv-02003 | 131727 |