UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

MDL NO. 2179

SECTION "J"

JUDGE BARBIER
MAG. JUDGE SHUSHAN

THIS DOCUMENT IS RELATED TO:
*Agregaard Jr., Joseph v. BP, PLC, et al, No. 13-2587*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, Joseph Agregaard, Jr. respectfully moves this Honorable Court to enter the attached Order withdrawing Brian J. McCormick currently of Ross Feller Casey, LLP, formerly of Sheller, P.C. and substituting the name of Douglas "Monte" Tynes of the law firm of Tynes Law Firm as counsel of record herein, and who further represents that opposing counsel do not object to this motion.

Date: February 29, 2016

Respectfully submitted,

ROSS FELLER CASEY, LLP

BY:   **/s/ BRIAN J. MCCORMICK**
Brian J. McCormick, Jr.
PA Bar No.: 81437
Ross Feller Casey, LLP
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA 19103
Phone (877) 704-8050
Fax (215) 574-3080
bmccormick@rossfellercasey.com
*Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Withdraw and Substitute Counsel of Record has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th Day of February, 2016.

                                      **/s/ BRIAN J. MCCORMICK**
                                      Brian J. McCormick, Jr.
                                      PA Bar No.: 81437
                                      Ross Feller Casey, LLP
                                      One Liberty Place
                                      1650 Market Street, Suite 3450
                                      Philadelphia, PA 19103
                                      Phone (877) 704-8050
                                      Fax (215) 574-3080
                                      bmccormick@rossfellercasey.com
                                      *Plaintiff's Counsel*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

MDL NO. 2179

SECTION "J"

JUDGE BARBIER
MAG. JUDGE SHUSHAN

THIS DOCUMENT IS RELATED TO:
*Agregaard Jr., Joseph v. BP, PLC, et al, No. 13-2587*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

IT IS ORDERED that Brian J. McCormick currently of Ross Feller Casey, LLP, formerly of Sheller, P.C. be allowed to withdraw and that Douglas "Monte" Tynes of the Tynes Law Firm be substituted, as counsel of record for plaintiff Joseph Agregaard, Jr. in the captioned matter, and that copies of all notices and pleadings that are required to be served on counsel of record for this plaintiff hereafter shall be served on Douglas "Monte" Tynes of the Tynes Law Firm. This does not relieve substituting counsel of its duty to comply with Pretrial Order No. 12 (Rec. Doc. 600), regarding electronic service, or any other orders or rules of this Court.

New Orleans, Louisiana this \_\_\_\_ day of _____, 20\_\_\_\_

_____
United States District Judge