UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | : | MDL No. 2179 |
| "DEEPWATER HORIZON" in the | : | |
| GULF OF MEXICO, on April 20, 2010 | : | SECTION J |
| | : | |
| | : | JUDGE BARBIER |
| THIS DOCUMENT RELATED TO: | : | |
| Case No. 2:10-cv-08888-CJB-SS | : | MAG. JUDGE SHUSAN |
| (Rec. Doc. 131647) | | |

## ORDER

Considering the above and foregoing Motion to Substitute Attorney,

IT IS HEREBY ORDERED that Cristen Freeman be and the same is hereby substituted in place of John T. Culotta as counsel of record for Lane and Associates in the referenced matter.

New Orleans, this 29th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE