## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179<br><br>SECTION "J"<br><br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT IS RELATED TO:
*See attached Exhibit A*

*************************************************************************

### MOTION TO WITHDRAW AND SUBSTITUTE
### COUNSEL OF RECORD

NOW INTO COURT, Brian J. McCormick, Jr. & the law firm of Sheller, P.C. respectfully moves this Honorable Court to enter the attached Order withdrawing Brian J. McCormick currently of Ross Feller Casey, LLP, formerly of Sheller, P.C. and substituting the name of Douglas "Monte" Tynes of the law firm of Tynes Law Firm as counsel of record herein, and who further represents that opposing counsel do not object to this motion.

Date: February 29, 2016         Respectfully submitted,

ROSS FELLER CASEY, LLP

BY:    **/s/ BRIAN J. MCCORMICK**
Brian J. McCormick, Jr.
PA Bar No.: 81437
Ross Feller Casey, LLP
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA 19103
Phone (877) 704-8050
Fax (215) 574-3080
bmccormick@rossfellercasey.com
*Plaintiff's Counsel*

BY: **/s/ DOUGLAS "MONTE" TYNES**
Douglas "Monte" Tynes
MS Bar No.: 101921
Tynes Law Firm
525 Kiebs Avenue
Pascagoula, MS  39567
Phone:  (228) 769-7736
Fax:  (228) 769-8466
Email: montetynes@bellsouth.net
*Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Withdraw and Substitute Counsel of Record has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 29th Day of February, 2016.

**/s/ BRIAN J. MCCORMICK**
Brian J. McCormick, Jr.
PA Bar No.: 81437
Ross Feller Casey, LLP
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA 19103
Phone (877) 704-8050
Fax (215) 574-3080
bmccormick@rossfellercasey.com
*Plaintiff's Counsel*

**/s/ DOUGLAS "MONTE" TYNES**
Douglas "Monte" Tynes
MS Bar No.:
Tynes Law Firm
525 Kiebs Avenue
Pascagoula, MS 39567
Phone: (228) 769-7736
Fax: (228) 769-8466
Email: montetynes@bellsouth.net
*Plaintiff's Counsel*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" |
| | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT IS RELATED TO:
*See attached Exhibit A*

*****************************************************************************

## ORDER

IT IS ORDERED that Brian J. McCormick currently of Ross Feller Casey, LLP, formerly of Sheller, P.C. be allowed to withdraw and that Douglas "Monte" Tynes of the Tynes Law Firm be substituted, as counsel of record for plaintiffs listed in the attached Exhibit "A", and that copies of all notices and pleadings that are required to be served on counsel of record for these plaintiffs hereafter shall be served on Douglas "Monte" Tynes of the Tynes Law Firm. This does not relieve substituting counsel of its duty to comply with Pretrial Order No. 12 (Rec. Doc. 600), regarding electronic service, or any other orders or rules of this Court.

New Orleans, Louisiana this ____ day of _____, 20____

_____
United States District Judge