EXHIBIT A
List of Plaintiffs

| MDL 2179 Docket | PLAINTIFF |
|---|---|
| 2:13-cv-02738-CJB-SS | Brown, Kurt |
| 2:13-cv-03020-CJB-SS | Glaze, Sharon |
| 2:13-cv-02737-CJB-SS | Sevan Services, Inc. |
| 2:13-cv-02587-CJB-SS | Agregaard, Jr., Joseph |
| 2:13-cv-02739-CJB-SS | Black, Eugene |
| 2:13-cv-02588-CJB-SS | Carpet Mill Connection, LLC |
| 2:13-cv-02589-CJB-SS | Crandall, Anastacia |
| 2:13-cv-02593-CJB-SS | Drieling, Danny |
| 2:13-cv-02594-CJB-SS | Drieling, Joseph |
| 2:13-cv-02591-CJB-SS | Dunlop, Darlene |
| 2:13-cv-02590-CJB-SS | Dunlop, Jr., John |
| 2:13-cv-02592-CJB-SS | Duong, Ana |
| 2:13-cv-02595-CJB-SS | Full Metal Roofing, Inc. |
| 2:13-cv-02596-CJB-SS | Harris, Lora |
| 2:13-cv-02597-CJB-SS | Holyfield, Joyce |
| 2:13-cv-02608-CJB-SS | Holyfield, Sidney |
| 2:13-cv-02598-CJB-SS | J.L. Excavations, LLC |
| 2:13-cv-02599-CJB-SS | Johnson, Casey |
| 2:13-cv-02601-CJB-SS | Lazzaro, Joseph |
| 2:13-cv-02730-CJB-SS | Martin, Jesse T. |
| 2:13-cv-02602-CJB-SS | Michaels, John & Traicy |
| 2:13-cv-02602-CJB-SS | Michaels, John |
| 2:13-cv-02604-CJB-SS | Passeno, Cherish |

| | |
|---|---|
| 2:13-cv-02606-CJN-SS | Sepe, John |
| 2:13-cv-02607-CJB-SS | Winne, Lynn |