EXHIBIT A

# Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
## February 1, 2016

Claims Administrator Patrick Juneau has announced that the Settlement Program began issuing payments on July 31, 2012, and has been issuing outcome Notices since July 15, 2012.  The Program will issue Notices on a rolling basis as we complete reviews, and they will include Eligibility Notices, Incompleteness Notices, and Denial Notices. Each Notice will provide information explaining the outcome. We will post Notices on the secure DWH Portal for any law firm or unrepresented claimant who uses the DWH Portal. We will notify firms and unrepresented claimants by email at the end of each day if we have posted a Notice that day. Firms and unrepresented claimants may then log onto the DWH Portal to see a copy of the Notice(s). Law Firms or claimants who do not use the DWH Portal will receive Notices in the mail.  Claimants who receive an Eligibility Notice and qualify for a payment will receive that payment after all appeal periods have passed, if applicable, and the claimant has submitted all necessary paperwork, including a fully executed Release and Covenant Not to Sue.

| Table 1 | Filings by State of Residence | | | |
|---|---|---|---|---|
| | State | Claims | | Unique Claimants with Forms Submitted |
| | | Form Submitted | % | |
| 1. | Alabama | 63,138 | 16.5% | 46,920 |
| 2. | Florida | 104,794 | 27.4% | 76,661 |
| 3. | Louisiana | 118,026 | 30.9% | 76,000 |
| 4. | Mississippi | 44,727 | 11.7% | 35,433 |
| 5. | Texas | 19,510 | 5.1% | 11,189 |
| 6. | Other | 32,269 | 8.4% | 15,121 |
| 7. | Total | 382,464 | 100.0% | 261,324 |

| Table 2 | Number of Claims by Claim Type | | | |
|---|---|---|---|---|
| | Claim Type | Claims | | Unique Claimants with Form Submitted |
| | | Form Submitted | % | |
| 1. | Seafood Compensation Program | 24,951 | 6.5% | 10,542 |
| 2. | Individual Economic Loss | 60,778 | 15.9% | 58,590 |
| 3. | Individual Periodic Vendor or Festival Vendor Economic Loss | 388 | 0.1% | 382 |
| 4. | Business Economic Loss | 133,044 | 34.8% | 93,587 |
| 5. | Start-Up Business Economic Loss | 7,702 | 2.0% | 6,151 |
| 6. | Failed Business Economic Loss | 5,578 | 1.5% | 4,716 |
| 7. | Coastal Real Property | 42,107 | 11.0% | 28,618 |
| 8. | Wetlands Real Property | 26,639 | 7.0% | 4,488 |
| 9. | Real Property Sales | 3,065 | 0.8% | 1,608 |
| 10. | Subsistence | 67,697 | 17.7% | 67,205 |
| 11. | VoO Charter Payment | 8,961 | 2.3% | 6,293 |
| 12. | Vessel Physical Damage | 1,554 | 0.4% | 1,307 |
| 13. | Total | 382,464 | 100.0% | 261,324 |

# Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
February 1, 2016

| Table 3 | Claim Type | Notices Issued ||||||||||| Total Claims Issued Notice |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Eligible - Payable | Eligible - No Payment | Incomplete | Denial ||||| Opt-Outs | Withdrawn | Closed | |
| | | | | | Exclusion Denials | Prior GCCF Release | Causation Denials | Other Denials | Incomplete Denials | | | | |
| 1. | Seafood Compensation Program | 14,105 | 1,505 | 275 | 58 | 2,404 | 0 | 1,382 | 4,647 | 1,165 | 2,547 | 2,180 | 30,268 |
| 2. | Individual Economic Loss | 6,690 | 1,646 | 9,687 | 3,469 | 2,464 | 100 | 3,515 | 22,313 | 786 | 2,081 | 3,402 | 56,153 |
| 3. | Individual Periodic Vendor or Festival Vendor Economic Loss | 8 | 0 | 9 | 12 | 28 | 0 | 81 | 184 | 3 | 95 | 48 | 468 |
| 4. | Business Economic Loss | 30,676 | 948 | 28,195 | 1,658 | 890 | 5,837 | 4,444 | 20,004 | 957 | 5,307 | 4,855 | 103,771 |
| 5. | Start-Up Business Economic Loss | 944 | 39 | 1,435 | 69 | 59 | 410 | 814 | 2,062 | 111 | 246 | 489 | 6,678 |
| 6. | Failed Business Economic Loss | 54 | 68 | 725 | 78 | 140 | 403 | 1,213 | 1,391 | 115 | 148 | 493 | 4,828 |
| 7. | Coastal Real Property | 29,366 | 55 | 323 | 14 | 957 | 0 | 5,797 | 1,603 | 389 | 503 | 2,518 | 41,525 |
| 8. | Wetlands Real Property | 7,400 | 11 | 309 | 28 | 95 | 0 | 5,718 | 117 | 94 | 204 | 2,741 | 16,717 |
| 9. | Real Property Sales | 863 | 7 | 4 | 11 | 88 | 37 | 690 | 101 | 21 | 84 | 177 | 2,083 |
| 10. | Subsistence | 20,275 | 606 | 12,075 | 34 | 2,300 | 0 | 1,682 | 9,174 | 273 | 573 | 2,530 | 49,522 |
| 11. | VoO Charter Payment | 7,102 | 12 | 14 | 16 | 0 | 0 | 610 | 794 | 94 | 71 | 178 | 8,891 |
| 12. | Vessel Physical Damage | 820 | 23 | 34 | 7 | 0 | 0 | 175 | 278 | 19 | 49 | 138 | 1,543 |
| 13. | Total | 118,303 | 4,920 | 53,085 | 5,454 | 9,425 | 6,787 | 26,121 | 62,668 | 4,027 | 11,908 | 19,749 | 322,447 |

| Table 4 | Claim Type | Payment Information |||||| |
|---|---|---|---|---|---|---|---|---|
| | | Eligibility Notices Issued with Payment Offer || Accepted Offers || Payments Made || |
| | | Number | Amount | Number | Amount | Number | Amount | Unique Claimants Paid |
| 1. | Seafood Compensation Program | 14,105 | $1,660,985,499 | 13,360 | $1,626,806,268 | 12,641 | $1,614,179,402 | 5,081 |
| 2. | Individual Economic Loss | 6,690 | $81,659,914 | 6,392 | $79,031,824 | 6,203 | $75,519,921 | 6,203 |
| 3. | Individual Periodic Vendor or Festival Vendor Economic Loss | 8 | $77,085 | 8 | $77,085 | 8 | $77,085 | 8 |
| 4. | Business Economic Loss | 30,676 | $4,669,983,144 | 28,734 | $4,325,413,336 | 27,110 | $4,044,205,020 | 25,036 |
| 5. | Start-Up Business Economic Loss | 944 | $147,332,817 | 897 | $139,042,677 | 860 | $132,867,187 | 810 |
| 6. | Failed Business Economic Loss | 54 | $5,251,496 | 46 | $4,897,322 | 38 | $3,323,958 | 38 |
| 7. | Coastal Real Property | 29,366 | $163,253,172 | 28,804 | $158,517,697 | 28,425 | $156,847,429 | 22,324 |
| 8. | Wetlands Real Property | 7,400 | $207,331,442 | 7,104 | $183,785,308 | 6,953 | $182,764,197 | 1,775 |
| 9. | Real Property Sales | 863 | $40,478,745 | 859 | $40,431,697 | 856 | $40,357,323 | 758 |
| 10. | Subsistence | 20,275 | $172,382,850 | 17,650 | $154,347,983 | 16,596 | $143,247,252 | 16,596 |
| 11. | VoO Charter Payment | 7,102 | $282,511,687 | 7,072 | $280,352,691 | 7,040 | $279,466,980 | 5,354 |
| 12. | Vessel Physical Damage | 820 | $12,507,640 | 810 | $12,432,287 | 798 | $12,247,053 | 743 |
| 13. | **Totals on DWH Releases** | 118,303 | $7,443,755,491 | 111,736 | $7,005,136,176 | 107,528 | $6,685,102,807 | 79,777 |
| 14. | **40% Request** | | | | | 3,306 | $56,323,847 | 3,306 |
| 15. | **6% Refund** | | | | | 453 | $1,450,641 | 453 |
| 16. | **Total Payments:** | | | | | 111,287 | $6,742,877,294 | 83,088 |



## Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement
### February 1, 2016

| Table 5 | Appeals Received | | | |
|---|---|---|---|---|
| | Resolved Appeals | | | |
| | Appeal Status | BP Appeals | Claimant Appeals | Total Appeals |
| 1. | Resolved by Panel Decision | 2,898 | 1,645 | 4,543 |
| 2. | Resolved by Parties | 1,335 | 96 | 1,431 |
| 3. | Withdrawn | 452 | 63 | 515 |
| 4. | Administratively Closed | 423 | 87 | 510 |
| 5. | Inactive Under Reconsideration/Re-Review | 269 | 0 | 269 |
| 6. | Remand to Claims Administrator | 257 | 129 | 386 |
| 7. | Return for Review Under Policy 495 | 1,445 | 90 | 1,535 |
| 8. | Total | 7,079 | 2,110 | 9,189 |
| | Pending Appeals | | | |
| 9. | In "Baseball" Process | 112 | 41 | 153 |
| 10. | In "Non-Baseball" Process | 0 | 157 | 157 |
| 11. | Submitted to Panel | 219 | 173 | 392 |
| 12. | Under Discretionary Court Review | 80 | 370 | 450 |
| 13. | Total | 411 | 741 | 1,152 |
| | Grand Total | | | |
| 14. | Total Appealed Claims | 7,490 | 2,851 | 10,341 |



Chart 1: Payments Made by Month



Chart 2: Appeal Resolutions by Month

**Public Statistics for the Deepwater Horizon Economic and Property Damages Settlement**
February 1, 2016

**Legend:**

1. Form Submitted - Includes electronically filed claim forms after the claimant or his attorney completes the electronic signature and clicks the Submit button.  This definition also includes hard copy claim forms where the DWH Intake Team has completed both the linking of scanned images and the data entry on that form.

2. Unique Claimants with Form Submitted - Counts the unique number of claimants with at least one Claim Form Submitted for each Claim Type. Because claimants may file claims for more than one Claim Type, the sum of all Claim Types will not equal the count of total unique claimants.

3. Notices Issued – The Seafood Compensation Program row (row 1) of Table includes Seafood Supplemental Distribution Claims (both Round One and Round Two). The count of Notices Issued in Table counts each unique claim issued a Notice only once. For claims issued multiple Notices, this report uses the following hierarchy when counting the claim: (1) Eligibility Notice if the claim has been paid; (2) Most recent active Notice if the claim has not been paid; (3) If the claim has been closed it will not be counted as an Eligibility Notice unless the claim has been paid.

4. Payment Information - The timing of payment can be affected by a number of factors. Even after the D HECC receives a Release, delay in receipt of a W -9, or in receipt of the Attorney Fee Acknowledgment Form can delay payment. In addition, any alterations or omissions on the Release Form, or an assertion of a third-party lien against an award amount, can delay payment. As a result, this rep ort will show a higher number of Accepted Offers than Amounts Paid. The Seafood Compensation Program row (row 1) of Table includes Seafood Supplemental Distribution Claims (both Round One and Round Two).

5. Appeals Received - Excludes Appeals closed pursuant to 4/24/13 Court Order.

6. Note: The Claims Administrator continually monitors the status of all claim filings. Through this process, the Claims Administrator may find duplicate claims from the same claimant. In such cases, the Claims Administrator will close the duplicate claim and only process the remaining valid claim. This report excludes duplicate claims from all counts of claims filed.

7. Note: The Seafood Supplemental Distribution Notices (both Round One and Round Two) are included in the Exhibit A as appropriate.

8. Note: The final deadline for filing all claims other than those that fall into the Seafood Compensation Program was 6/8/15.

9. Note: The total claims received may continue to experience insignificant changes as the CAO continues to process outstanding claims.

10.     As to Table 3, the Total Claims Issued Notice figure contains 3,495 Notices of Withdrawal, Closure, and Denial which have previouslybeen issued to claimants prior to the finalization and submissions of their associated Claim Forms. The partially completed Claim Forms associated with these Notices are not included within the total population of Claim Forms Submitted in Table 1.

