UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179<br><br>Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

MOTION BY THE DHECC
FOR ENTRY OF DEFAULT JUDGMENT AS TO JOSEPH BASSLER, TNN ENTERPRISE, INC., HTUN NYUNT, INC., BEACH & LUXURY REALTY, INC.

COMES NOW the Deepwater Horizon Economic Claims Center ("DHECC"), pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, seeking entry of default judgment against claim preparer Joseph K. Bassler and claimants TNN Enterprise, Inc., Htun Nyunt, Inc., and Beach & Luxury Realty, Inc., for failure to plead or otherwise defend against the DHECC's motion for return of payments [Rec. Doc. 14802]. The reasons supporting this motion are more fully stated in the accompanying memorandum of law.

For all the reasons stated in the record, the DHECC respectfully asks the Clerk of Court for an entry of default judgment against claim preparer Joseph K. Bassler and claimants TNN Enterprise, Inc., Htun Nyunt, Inc., and Beach & Luxury Realty, Inc.

Respectfully submitted,

Patrick Juneau
Claims Administrator

By: ___/s/ Kevin Colomb_____
Kevin Colomb
Manager of Compliance and Internal Integrity

Dated: February 29, 2016

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 29th day of February, 2016, by United States Mail, postage pre-paid, on the following:

>Joseph K. Bassler
>2325 Queen St South
>St. Petersburg, FL 33712
>*Pro se*
>
>Htun Yi (on behalf of Htun Nyunt, Inc.)
>7415 Flyway Dr
>Spring Hill, FL 34607
>*Pro se*
>
>Maung T. Nang (on behalf of TNN Enterprises, Inc.)
>5917 111th Place
>Pinellas Park, FL 33782
>*Pro se*
>
>Chris Burlew (on behalf of Beach & Luxury Realty, Inc.)
>3544 8th Ave N
>St. Petersburg, FL 33713
>*Pro se*

       /s/ Kevin Colomb
       Counsel