UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

<u>MEMORANDUM IN SUPPORT OF MOTION BY THE DHECC
FOR ENTRY OF DEFAULT JUDGMENT AS TO JOSEPH BASSLER, TNN ENTERPRISE, INC.,
HTUN NYUNT, INC., AND BEACH & LUXURY REALTY, INC.</u>

The Deepwater Horizon Economic Claims Center ("DHECC"), pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, provides this memorandum in support of its motion seeking entry of default judgment against claim preparer Joseph K. Bassler ("Bassler"), and claimants TNN Enterprise, Inc. ("TNN"), Htun Nyunt, Inc. ("Htun"), and Beach & Luxury Realty, Inc. ("BLR"), who failed to plead or otherwise defend against the DHECC's motion for return of payments ("Motion for Return of Payments") [Rec. Doc. 14802]. For the following reasons, this motion should be granted:

1. The Motion for Return of Payments arose from the DHECC's payments made to TNN, Htun, and BLR for claims awards procured by Bassler, totaling $678,556.31. Payment to each claimant was made by the DHECC as follows:

- $132,579.40 to Htun for Claim 103045, paid on May 1, 2013.

- $148,091.98 to TNN for Claim 105198, paid on June 27, 2013.

- $397,884.93 to BLR for Claim 78339, paid on October 31, 2012.

*See* Ex. A at ¶ 3-5. (Aff'd of Bob Levine).

2. On or about February 24, 2016, the clerk of court entered a default [Rec. Doc. 15942] against Bassler, Htun, TNN, and BLR, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, for failure to plead or otherwise defend against the Motion for Return of Payments.

3. Pursuant to Rule 55(b)(1), Federal Rules of Civil Procedure, and because the DHECC's claim is for a sum certain, as demonstrated in the attached affidavit, the DHECC requests that the clerk enter judgment for the DHECC in the amount of $678,556.31 against claims preparer Bassler, $132,579.40 against Htun, $148,091.98 against TNN, and $397,884.93 against BLR, and such other relief as was requested in the Motion for Return of Payment, against Bassler, Htun, TNN, and BLR, who have been defaulted for not appearing and who are respectively neither a minor nor an incompetent person. *See* Fed. R. Civ. P. 55(b)(1).

>
> Respectfully submitted,
>
> Patrick Juneau
> Claims Administrator
>
> By: ___/s/ Kevin Colomb_____
> Kevin Colomb
> Manager of Compliance and Internal Integrity

Dated: February 29, 2016