## DECLARATION OF ROBERT P. LEVINE

I, Robert P. Levine, for my declaration, state as follows;

1. I am the Chief Financial Officer for the Deepwater Horizon Economic Claims Center ("DHECC").

2. Among my duties, I assist the Claims Administrator in administration of the BP Economic & Property Damages Settlement Trust ("the Trust").

3. On or about October 31, 2012, the Trust paid claimant Beach & Luxury Realty $397,884.93 for Claim 78339 filed by Beach & Luxury Realty, Inc. with the DHECC.

4. On or about May 1, 2013, the Trust paid claimant Htun Nyunt, Inc. $132,579.40 for Claim 103045 filed by Htun Nyunt, Inc., with the DHECC.

5. On or about June 27, 2013, the Trust paid claimant TNN Enterprise, Inc. $148,091.98 for claim 105198 filed by TNN Enterprise, Inc., with the DHECC.

Pursuant to 28 U.S.C. §1746, I certify that the foregoing is true and correct.

Signed this 25 day of February, 2016, in New Orleans, Louisiana.

Robert P. Levine