**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

RECEIVED
UNITED STATES MARSHAL
2016 FEB 23 PM 12:18
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.
2016 FEB 26 P 3:08
WILLIAM W. BLEVINS
CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, et al. | 2:10-md-02179-CJB-SS |
| DEFENDANT | TYPE OF PROCESS |
|  | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Chase Bank
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
7610 West Washington Street, Indianapolis, IN 46231

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Vernon A. Nelson, Jr., Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

RECEIVED
UNITED STATES MARSHAL
2016 FEB 24 AM 8:05
EASTERN DISTRICT OF LOUISIANA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Garnish any and all accounts, including but not limited to, the checking account tied to the debit card ending in 0699 of Casey C. Thonn (SSN: XXX-XX-7553) at Chase Bank, 7610 West Washington Street, Indianapolis, IN 46231.

Signature of Attorney other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT
TELEPHONE NUMBER: (702) 727-1400
DATE: 1/25/16

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 34 | District to Serve No. 28 | Signature of Authorized USMS Deputy or Clerk  Vita Jones | Date 2/1/16 |
|---|---|---|---|---|---|
| | 1 | | | | |

I hereby certify and return that I [ ] have personally served, [X] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
MARY SCHMALTZ  (SUBPOENA CLERK)

[ ] A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only if different than shown above)*

Date: 2-23-16    Time: 4:00 [X] pm

Signature of U.S. Marshal or Deputy

RECEIVED
U.S. MARSHAL
2016 FEB -4 PM 3:40
SOUTHERN DISTRICT OF INDIANAPOLIS, IND.

Service Fee
65

| Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|
| 1232 | $8 | 85.32 | 0 | ~~$0.00~~   85.32 |

REMARKS:

___ Fee ___
___ Process ___
x   Dktd ___
___ CtRmDep ___
___ Doc. No. ___

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 11/13

JDIS MDL 2179