UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20, 2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| | * | |
| This Document Applies to: *11-cv-00348* | * | |
| | * | MAGISTRATE NO. 1 |
| | * | |
| | * | MAGISTRATE SHUSHAN |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### MOTION TO RELEASE CERTAIN EVIDENCE STORED AT NASA'S MICHOUD FACILITY

Robert Kaluza informs the Court as follows:

1. On January 15, 2014, Mr. Kaluza filed a request to retain certain evidence stored at NASA's facility in Michoud, *see* Exhibit 1, which this Court granted on January 21, 2014, *see* Exhibit 2.

2. On February 25, 2016, Mr. Kaluza was found not guilty in his criminal case.

3. Mr. Kaluza no longer requires that the evidence described in Exhibits 1 and 2 be retained.

Therefore, Mr. Kaluza informs the Court and Special Master Captain Englebert that they may dispose of the evidence as they see fit.

1

Respectfully submitted,

*/s/ Shaun Clarke*
Shaun Clarke, T.A. (La. Bar No. 24054)
Dane Ball, *pro hac vice*
David Isaak, *pro hac vice*
Alexander Wolf, *pro hac vice*
SMYSER KAPLAN & VESELKA, LLP
700 Louisiana Street, Suite 2300
Houston, Texas 77002
Phone: (713) 221-2300
Fax:    (713) 221-2320
Email: sclarke@skv.com
Email: dball@skv.com
Email: disaak@skv.com
Email: awolf@skv.com

*/s/ David Gerger*
David Gerger, *pro hac vice*
Alexander Hughes, *pro hac vice*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
711 Louisiana St., Suite 500
Houston, Texas 77002
Phone: (713) 221-7000
Fax:    (713) 221-7100
Email: davidgerger@quinnemanuel.com
Email: alexhughes@quinnemanuel.com

**ATTORNEYS FOR ROBERT KALUZA**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 1st day of March, 2016.

*/s/ Shaun Clarke*
Shaun Clarke
