UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig | * | MDL No. 2179 |
| "Deepwater Horizon" in the Gulf | * | |
| Of Mexico, on April 20,2010 | * | SECTION "J" |
| | * | JUDGE BARBIER |
| | * | |
| This Document Applies to: *11-cv-00348* | * | |
| | * | MAGISTRATE NO. 1 |
| | * | |
| | * | MAGISTRATE SHUSHAN |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## **ORDER**

Robert Kaluza's Motion to Release Certain Evidence Stored at NASA's Michoud Facility is GRANTED.

    New Orleans, Louisiana, this _____ day of March, 2016.


_____
SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

1