Raymond "Joe" Merchant

File No.

606 NE 7th street

1

SummerDale, Al 36580

Ph 251-989-2897

FILED    FEB 25 2016

WILLIAM W. BLEVINS
CLERK

Feb 24, 2016

VIA US Mail

civil case
15-cv-4290, MDL 2179
J(1)

Richard C. Stanley
909 Poydras Street
Suite 2500
New Orleans, LA 70112

RE: In re: Oil Spill by the Oil Rig D, H, I in the Golf of
Mexico on April 20, 2010, MDL NO. 2179, BP v Merchat
Exploration & Production Inc, et al. NO 15-4290

Dear, Mr. Stanley

Enclosed please find a copy, _____

"Motion TO Discredit"

___ Fee_____
___ Process_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____

"bodily InJury"
"Registering"

Sincerely
Ray J Merchant

United States District Court
Eastern District of Louisiana

MDL 2179
Section "J"

Judge Barbier
Magistrate SHushan

Motion to Discredit

Merchant vs BP OWCC

Merchant, Defening his Right for
Fair trial, Merchant Hereby request
that this Court dismiss there dismissal
attempts, The Grounds underlying this

the Memorandum

Civil case
15-CV-4290, MDL 2179
Fed Question?
Employment Discrimination
Opting out?
Registering?
"Grand Fatherd"

Hy Submitted

Merchant
Street
ile, Al
36580
Ph 251-989-2897

United States District Court
Eastern District of Louisana

MDL 2179
Section "J"

Judge Barbier
Magistrate Shushan

## Motion to Discredit

Merchant vs B.P. D.W.C.C

Merchant, Defening his Right for
Fair trial, Merchant Hereby request
that this Court dismiss there dismissal
attempts, The Grounds underlying this
request are Set forth in the Memorandum
in Support of this Motion

Respectfully Submitted

Ray J Merchant

Raymond J Merchant
606 NE 7th Street
Summerdale, Al
       36580
Ph 251-989-2897

Raymond J Merchant
606 NE 4 Street
Summerdale, Al
36580
Defending his Right

## Certificate of Service

I hereby certify that the Above and forgoing has been Mailed to the Defendant lawyers and has been Served on all counsel.

Serve in accodance with Pretrial order N.o. 12 and that the foregoing was mail to the Clerk of Court of the United State District court for the Eastern District of Louisiana, which will Send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 24th day of Feb, 2016

Ray J Merchant

United States District Court
Easten District of Louisiana

Section "J"

In re: oil Spill

JUDGE BARBIER

Applies: Merchant
v. BP, D.H.C.C

Magistrate SHUShy

NO. 15-4290

## MEMORANDUM IN SUPPORT OF FAIR TRIAL

### Bodily Injury Claims;

On Page 9 of the economic, property Book number 11, Saids: You may still pursue this Claim and Remain an E&PD Class Member. Without OPTING OUT

NOW, Class Member Mr. Merchant has been on the Ropes, taking a beating from BP claiming System, First Applied 10, 8, 10 under Gulfcoast claiming center or B.P. anyway all the employee from our company got paid about a years pay. I Had Umployement Issue, which I had to give a Signature, from My boss for them to pay. It was like a year and Half they never Would pay. "Everyone is in title to due process".

When "Fein breg bunch" were throwing out the copying machine and 80,000

1

People taking 5000 Quick claim they were shut down, "cause of stalling"

eventually My claim was tranferred to Deepwater Horizon. Their nothing is Individual Economic loss claim Form that said payment amount were smaller I though BP & cousel would Do what Right, pay Gulf coast amount Since I applied 10,8,10, "Apparently Not"

Between 2014, 2015, They had Me going in circle over a 4506 T. My Guess is, if you Don't Meet the Deadline It the "amount or Deal". Also I havn't signed anything which allow you to file suit and "remain a class Member"

My case Involved "Flipping it over to the back side". The Mental anguish, Stress ucler, From it which IF I Don't get some Justise soon, "could turn into cancer." It a proven fact that your Immune system shut Down in anger and being Jerk around. I have 1000 Miles Doing this claim Mess 50 Hour working on them, "20 Hour taking off work"

2

My boss, David Wilson will tell you,
That I been vomiting on the Job.
Cell Phone -251-288-0473, He also
has Phone numbers of people I give
Fish too, "also"
    I would rather not have Jury
trial, but one that look at case
and pops the hammer and throw the
Book, can't think of a case more
deserving.
    So, economic, property Damage class
Member Raymond J Merchant want
what was owe him in 10,8,10
        continous Job 2003 to 2016
or now!


                Summary
Was Qualified but passover, processing
Claims in slow motion, Fein breg throw
out Copying Machine, 80,000 Take Quick
Claim, Satute of Limitation Extended,
Class Member Merchant want Federal
Courts to Rule this case, ucler
can't handle Jury trial, need to
put this behind me, so I can, well
I Guess "never forget this"!

3

Eastern District of Louisiana

MDL 2179
Section "J"
Judge BARBIER
Magistrate SHUSHAN

## TO Address Wrong Court

I was "Registering", before the June 8, Deadline, Mail recorded in the post office, To a Federal courthouse. "Apparently" bay minette courthouse, Southern District, wasn't aware of Ruling. "Mercy" on all of us.

My "Introduction" letter, That was given to Southern District, Which I Have exhibit "A", Doesn't Say what court, but using a Federal court to register.

It has Filing numbers to "verify."

Raymond J Merchant
GOGNE 7TH Street
Summerdale, Al
Ph 251-989-2897  36580

Exhibit
"A"
← Attached

4

BP Claim Matter
June 8 2010
deadline

I need to File a Claim in court
myself Since I can't interest a lawyer
too!

all other empolyee got paid Gulf
coast Claim Rate, I had unemployment
Issue to prove "lock in Hold" but now
there trying to pay Deepwater Horizon
amount, which is about 9 Time Smaller
being that I File the last quater
of 2010, I Think by law they Should
pay that amount

Could you tell me what I need
to do to do this before the June 8th
dead line

I been going around in circle
this last year with Deep water Horizon
they been Side Stepping This Issue

EXHibit

your Honor

A

Also, I never Issue
a Summen yet. Pending
Deepwater Horizon amount.
They Have already
"Voilated 90 Day "Rule"
twice," It been June 15
Since I last heard from
Them   RJM

Raymond "Joe" Merchant

FILED JUN 9 '15 PM 12:06 USDC ALS

Respectfully Submitted

Raymond "Joe" Merchant
606 NE 7th Street
Summerdale, Al
36580
PH, 251-989-2897

### Certificate of Service

I hereby certify that the above
and foregoing has been Send to Defendant
by way Clerk of Court of the United
States District court for the Eastern
District of Louisiana by Mail and
procedures Establish in MDL 2179,
on this 24th day of Feb, 2016

/S/ Ray J Merchant

6

Judge
Carl Barbier
Your Honor,

"Grand Fartherd"
before All Ruling
10,8,10

Civil Case No. 15-CV4290. No 2179

Employment Discrimination
2,24,16

Class Member Mr Merchant had a Continuous Job 2003 to 2016, Sometimes "lack in Hold" If BP wouldn't Have put a fence up to pay only working, He would Have been paid"!

So class Member Mr Merchant is entitle to 32,000.00. which was owe at the time. Also, class Member Mr Merchant Had to give up his Fishing Subsistence of 1,871.55 to prusue this! Seafood Co. and Marine biologist we did work for, Say the Fish aren't Alright. Going into uncharted water, Risk of "you know the Story" Compensation is Asked!

Everyone is entitle to due process which was denie to Class Member, Mr. Merchant

"A word of caution"!
I.R.S limitation Run out 10,8,16
"So process please"!

S/ Ray J Merchant

**WAL·MART®**
PHARMACY

2200 SOUTH MCKENZIE ST   (251)
FOLEY, AL   36535   OrgRx 04/23/2012

Rx 7300632          LWS      08/11
MERCHANT, RAYMOND J.
686 NE 7TH ST., SUMMERDALE, AL 36580
TAKE ONE TABLET BY MOUTH TW
DAILY

CLARITHROMYC500MG TAB ZYD
Generic For> BIAXIN 500MG TAB
QTY 20
GUPTA, AWADHESH
No Refills - Dr. Must Authorize
Pharmacy closed 1:30-2:00 for lunc

Bodily Injury
Opting out doesn't
Apply
Stress uclers
arm cancer on cast net
rope "Arm"

**WAL·MART®**
PHARMACY

2200 SOUTH MCKENZIE ST   (25
FOLEY, AL   36535   OrgRx 10/01/2013

Rx*7377843          SAG      10
MERCHANT, RAYMOND J.
686 NE 7TH ST., SUMMERDALE, AL 36580
TAKE ONE TABLET BY MOUTH
DAILY

FAMOTIDINE 20MG TAB LEG
Generic For> PEPCID 20MG TAB
QTY 60
GUPTA, AWADHESH
No Refills - Dr. Must Authorize
Pharmacy closed 1:30-2:00 for lunch

**WAL·MART®**
PHARMACY

2200 SOUTH MCKENZIE ST   (251) 943-3320
FOLEY, AL   36535   OrgRx 10/27/2014          10-0904

Rx*7440657          BLO      10/27/2014
MERCHANT, RAYMOND J.
686 NE 7TH ST., SUMMERDALE, AL 36580
TAKE ONE CAPSULE BY MOUTH TWICE
DAILY

OMEPRAZOLE 20MG CAP APO
Generic For> PriLOSEC 20MG CAP
QTY 60
GUPTA, AWADHESH
No Refills - Dr. Must Authorize
Pharmacy closed 1:30-2:00 for lunch

2g2



**SOLARAY®**
DIETARY SUPPLEMENT

# Alfalfa
MEDICAGO SATIVA
430 MG PER CAPSULE



GREEN
100 Vegetarian Capsules

**WAL·MART®**
PHARMACY

2200 SOUTH MCKENZIE ST   (251) 943-3320
FOLEY, AL   36535   OrgRx 10/27/2014          10-0904

Rx*7440656          BLO      10/27/2014
MERCHANT, RAYMOND J.
686 NE 7TH ST., SUMMERDALE, AL 36580
TAKE TWO CAPSULES BY MOUTH TWICE
DAILY

AMOXICILLIN 500MG CAP TEVA USA
QTY 40
GUPTA, AWADHESH
No Refills - Dr. Must Authorize
Pharmacy closed 1:30-2:00 for lunch



**Bluebonnet**



Natural
# Vitamin E
## 200 IU
Mixed Tocopherols
Dietary Supplement
**50 Softgels**        GLUTEN FREE

**WAL·MART®**
PHARMACY

2200 SOUTH MCKENZIE ST   (251) 943-3320
FOLEY, AL   36535   OrgRx 10/27/2014          10-0904

Rx*7440658          ESM      10/28/2014
MERCHANT, RAYMOND J.
686 NE 7TH ST., SUMMERDALE, AL 36580
TAKE ONE TABLET BY MOUTH TWICE
DAILY

CLARITHROMYC500MG TAB ZYD
Generic For> BIAXIN 500MG TAB
QTY 14
GUPTA, AWADHESH
No Refills - Dr. Must Authorize

1 Every other Day

**WAL★MART®** PHARMACY
2200 SOUTH MCKENZIE ST   **(251) 943-3320**
FOLEY, AL   36535   OrigRx 04/23/2012                10-0904

Rx 7300632          LWS      08/11/2012
**MERCHANT, RAYMOND J.**
606 NE 7TH ST., SUMMERDALE, AL 36580
TAKE ONE TABLET BY MOUTH TWICE
DAILY

CLARITHROMYC500MG TAB ZYD
Generic For> BIAXIN 500MG TAB
QTY 20
GUPTA, AWADHESH
No Refills - Dr. Must Authorize
Pharmacy closed 1:30-2:00 for lunch

---

**WAL★MART®** PHARMACY
2200 SOUTH MCKENZIE ST   **(251) 943-3320**
FOLEY, AL   36535   OrigRx 10/01/2013                10-0904

Rx7377843          SAG      10/01/2013
**MERCHANT, RAYMOND J.**
606 NE 7TH ST., SUMMERDALE, AL 36580
TAKE ONE TABLET BY MOUTH TWICE
DAILY

FAMOTIDINE 20MG TAB LEG
Generic For> PEPCID 20MG TAB
QTY 60
GUPTA, AWADHESH
No Refills - Dr. Must Authorize
Pharmacy closed 1:30-2:00 for lunch

---

L★MART® PHARMACY
2200 SOUTH MCKENZIE ST   **(251) 943-3320**
FOLEY, AL   36535   OrigRx 10/27/2014                10-0904

Rx*7440657          BLO      10/27/2014
**MERCHANT, RAYMOND J.**
606 NE 7TH ST., SUMMERDALE, AL 36580
TAKE ONE CAPSULE BY MOUTH TWICE
DAILY

OMEPRAZOLE 20MG CAP APO
Generic For> FriLOSEC 20MG CAP
QTY 60
GUPTA, AWADHESH
No Refills - Dr. Must Authorize
Pharmacy closed 1:30-2:00 for lunch

---

**WAL★MART®** PHARMACY
2200 SOUTH MCKENZIE ST   **(251) 943-3320**
FOLEY, AL   36535   OrigRx 10/27/2014                10-0904

Rx*7440656          BLO      10/27/2014
**MERCHANT, RAYMOND J.**
606 NE 7TH ST., SUMMERDALE, AL 36580
TAKE TWO CAPSULES BY MOUTH TWICE
DAILY

AMOXICILLIN 500MG CAP TEVA USA
QTY 40
GUPTA, AWADHESH
No Refills - Dr. Must Authorize
Pharmacy closed 1:30-2:00 for lunch

---

**WAL★MART®** PHARMACY
2200 SOUTH MCKENZIE ST   **(251) 943-3320**
FOLEY, AL   36535   OrigRx 10/27/2014                10-0904

Rx*7440658          ESM      10/28/2014
**MERCHANT, RAYMOND J.**
606 NE 7TH ST., SUMMERDALE, AL 36580
TAKE ONE TABLET BY MOUTH TWICE
DAILY

CLARITHROMYC500MG TAB ZYD
Generic For> BIAXIN 500MG TAB
QTY 14
GUPTA, AWADHESH
No Refills - Dr. Must Authorize





SOLARAY®
DIETARY SUPPLEMENT

**Alfalfa**
MEDICAGO SATIVA
430 MG PER CAPSULE

GREEN SCREENED
100 Vegetarian Capsules



Bluebonnet
Natural
**Vitamin E**
**200 IU**
Mixed Tocopherols
Dietary Supplement
**50 Softgels**
GLUTEN FREE

1 Every other Day

**Walmart** ⋝⋜
Pharmacy

## MERCHANT,RAYMOND J.

RX #: 7440657 Ref # 0 QTY: 60 DAW: 0 DS: 30
NDC: 60505-3952-03 OMEPRAZOLE 20MG CAP APO
GUPTA,AWADHESH K          NABP: 124862
Patient Pay: $12.80   UNV $47.30
Signature Required: Y

**PI**

2200 SOUTH MCKENZIE ST,
FOLEY, AL 36535 -0000
(251)943-3320

**679**

DATE: 10/27/2014

**NEW**

Directions : **TAKE ONE CAPSULE BY MOUTH TWICE DAILY**

## OMEPRAZOLE 20MG CAP

OMEPRAZOLE (o-MEP-ra-zole)

COMMON USES: This medicine is a proton pump inhibitor (PPI) used to treat ulcers, heartburn, gastroesophageal reflux, or Zollinger-Ellison syndrome. It works by blocking acid production in the stomach. This medicine may be used in combination with antibiotics (e.g., amoxicillin, clarithromycin) to treat certain types of ulcers. It may also be used to treat other conditions as determined by your doctor.

HOW TO USE THIS MEDICINE: Follow the directions for using this medicine provided by your doctor. AN ADDITIONAL PATIENT INFORMATION LEAFLET is available with this medicine. In the United States, the patient leaflet is a MEDICATION GUIDE approved by the U.S. Food and Drug Administration. Read it carefully. Ask your doctor, nurse, or pharmacist any questions you may have about this medicine. TAKE THIS MEDICINE by mouth before a meal or as directed by your doctor. SWALLOW WHOLE. DO NOT chew, crush, or open the capsule. If you have difficulty swallowing this medicine whole, add 1 tablespoon of applesauce to an empty bowl. Open the capsule and empty the pellets onto the applesauce. Mix the pellets with the applesauce and swallow the mixture at once, followed by a glass of cool water. The applesauce used should not be hot and should be soft enough to be swallowed without chewing. Do not chew or crush the pellets. Do not store the mixture for future use. THIS MEDICINE MAY BE TAKEN WITH ANTACIDS if your doctor has instructed you to take antacids. Use this medicine regularly in order to get the most benefit from it. To help you remember, use it at the same time each day. STORE THIS MEDICINE at room temperature between 59 and 86 degrees F (15 and 30 degrees C) in a tightly-closed container, away from heat, light, and moisture. Do not store in the bathroom. KEEP THIS MEDICINE out of the reach of children and away from pets. CONTINUE TAKING THIS MEDICINE even if you feel better. Do not miss any doses. IF YOU MISS A DOSE OF THIS MEDICINE, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

CAUTIONS: DO NOT TAKE THIS MEDICINE if you have had an allergic reaction to it, to any ingredient in this product, or to any other proton pump inhibitor (PPI) (eg, esomeprazole). DO NOT CHANGE YOUR DOSE, stop taking this medicine, or take this medicine for longer than prescribed without checking with your doctor. KEEP ALL DOCTOR AND LABORATORY APPOINTMENTS while you are using this medicine. THIS MEDICINE MAY AFFECT CERTAIN LAB TEST RESULTS. Make sure laboratory personnel and your doctors know you use this medicine. This medicine may cause drowsiness or dizziness. DO NOT DRIVE, OPERATE MACHINERY, OR DO ANYTHING ELSE THAT COULD BE DANGEROUS until you know how you react to this medicine. Using this medicine alone, with other medicines, or with alcohol may lessen your ability to drive or to perform other potentially dangerous tasks. THIS MEDICINE MAY INCREASE THE RISK OF A SERIOUS FORM OF DIARRHEA. Contact your doctor right away if stomach pain or cramps, severe or persistent diarrhea, or bloody or watery stools occur. Discuss any questions or concerns with your doctor. CONTACT YOUR DOCTOR IF YOU HAVE ANY SYMPTOMS OF A BLEEDING ULCER, such as black, tarry stools or vomit that looks like coffee grounds, or if you experience throat pain, chest pain, severe stomach pain, or trouble swallowing. THIS MEDICINE MAY INCREASE THE RISK of hip, wrist, and spine fractures in patients with weak bones (osteoporosis). The risk may be greater if you use this

**Walmart** >‹<
Pharmacy

## MERCHANT,RAYMOND J.

**RX #:** 7440657 Ref # 0 QTY: 60 DAW: 0 DS: 30
NDC: 60505-3952-03 OMEPRAZOLE 20MG CAP APO
GUPTA,AWADHESH K    NABP: 124862
**Patient Pay: $12.80   UNV $47.30**
**Signature Required: Y**

**PI**

2200 SOUTH MCKENZIE ST,
FOLEY, AL 36535 -0060
(251)943-3320
**DATE: 10/27/2014**

**679**

**NEW**

**Directions : TAKE ONE CAPSULE BY MOUTH TWICE DAILY**

## OMEPRAZOLE 20MG CAP

medicine in high doses, for longer than a year, or if you are older than 50 years old. Contact your doctor if you have any questions about this information. CHECK WITH YOUR DOCTOR to see whether you should take a calcium and vitamin D supplement while you use this medicine. LOW BLOOD MAGNESIUM LEVELS HAVE BEEN REPORTED RARELY in patients taking PPIs for at least 3 months. In most cases, this effect was seen after a year of treatment. If you will be taking this medicine for a long time or if you take certain other medicines (eg, digoxin, diuretics such as furosemide or hydrochlorothiazide), your doctor will perform lab test to check for low blood magnesium levels. Seek medical attention right away if you experience symptoms of low blood magnesium levels (eg, dizziness; fast or irregular heartbeat; involuntary muscle movements; jitteriness or tremors; muscle aches, cramps, pain, spasms, or weakness; seizures). BEFORE YOU BEGIN TAKING ANY NEW MEDICINE, either prescription or over-the-counter, check with your doctor or pharmacist. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN ASIAN PATIENTS because the risk of side effects may be increased in these patients. CAUTION IS ADVISED WHEN USING THIS MEDICINE IN THE ELDERLY because they may be more sensitive to the effects of the medicine, especially hip, wrist, and spine fractures. FOR WOMEN: IF YOU BECOME PREGNANT, discuss with your doctor the benefits and risks of using this medicine during pregnancy. THIS MEDICINE IS EXCRETED IN BREAST MILK. DO NOT BREAST-FEED while taking this medicine.

POSSIBLE SIDE EFFECTS: SIDE EFFECTS that may occur while using this medicine include gas, headache, mild diarrhea or stomach pain, nausea, or vomiting. If they continue or are bothersome, check with your doctor. CONTACT YOUR DOCTOR IMMEDIATELY if you experience bloody or watery stools; bone pain; change in the amount of urine produced; chest pain; dark urine; fast, slow, or irregular heartbeat; fever, chills, or sore throat; red, swollen, blistered, or peeling skin; severe or persistent diarrhea or stomach pain; severe or persistent nausea or vomiting; stomach cramps; swelling of the hands, ankles, or feet; unexplained weight loss; unusual bruising or bleeding; unusual tiredness; vision changes; or yellowing of the eyes or skin. AN ALLERGIC REACTION to this medicine is unlikely, but seek immediate medical attention if it occurs. Symptoms of an allergic reaction include rash; hives; itching; difficulty breathing; tightness in the chest or throat; swelling of the mouth, face, lips, or tongue; or unusual hoarseness. This is not a complete list of all side effects that may occur. If you have questions about side effects, contact your healthcare provider. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

BEFORE USING THIS MEDICINE: Some medicines or medical conditions may interact with this medicine. INFORM YOUR DOCTOR OR PHARMACIST of all prescription and over-the-counter medicine that you are taking. DO NOT TAKE THIS MEDICINE if you are also taking atazanavir, clopidogrel, dasatinib, nelfinavir, rifampin, rilpivirine, or St. John's wort. ADDITIONAL MONITORING OF YOUR DOSE OR CONDITION may be needed if you are taking ampicillin, anticoagulants (eg, warfarin), benzodiazepines (eg, diazepam), bosutinib, cilostazol, citalopram, cyclosporine, digoxin, disulfiram, diuretics (eg, furosemide, hydrochlorothiazide), erlotinib, escitalopram, ginkgo biloba, hydantoins (eg, phenytoin), indinavir, iron, itraconazole, ketoconazole, methotrexate, mycophenolate, nilotinib, posaconazole, saquinavir, sorafenib, tacrolimus, or

**Henghold Skin Health & Surgery Grp**
530 Fontaine Street
PENSACOLA, FL-325032019
Tel: 850-474-4775 Fax: 850-484-8223

## RECEIPT OF PAYMENT

Date:  07/28/2015

Received From: Merchant, Raymond J

**Amount:**  150.00    **Payment Type:** Cash    **Payment Id:** 156321

### Charges Detail

| Date | Code Description | Units | Fee | Payment |
|------|------------------|-------|-----|---------|
| 07/28/2015 | 99203 Detailed Hist/Exam, Low Complexity | 1.00 | 220.00 | |
| 07/28/2015 | 17262 Cryo/Curette 1.1-2.0 lesion - MALIGNANT | 1.00 | 360.00 | |
| 07/28/2015 | Patient Payment | | | 0.00 |
| | **Totals** | | **580.00** | **0.00** |

### Account Balance Summary

| | |
|---|---|
| Total Balance: | 0.00 |
| Patient Balance: | 0.00 |
| Insurance Balance: | 0.00 |

## APPOINTMENT CARD

**Patient Name:** Merchant, Raymond J

**Appointment:**   Tuesday, February 2, 2016 at 1:00 PM

**Provider:**   Beverly T Quenneville, PA-C
Henghold Skin Health & Surgery Grp
530 Fontaine Street
PENSACOLA, FL-325032019
Tel:850-474-4775 Fax:850-484-8223

**Reason:**

| DATE OF SERVICE | DESCRIPTION OF SERVICE | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|
| 07/28/15 | Claim:111745, Provider: Beverly T. Quenneville PA-C | | | |
| 07/28/15 | Cryo/Curette 1.1-2.0 lesion - MALIGNANT | 360.00 | | |
| 07/28/15 | Cryosurgery 1s leson any benign or pre malignant lesion | 170.00 | | |
| 07/28/15 | Cryosurgery 2nd thru 14th | 25.00 | | |
| 07/28/15 | Expanded Problem | 150.00 | | |
| 07/28/15 | Patient Payment | | 150.00 | |
| 07/28/15 | Self Pay Contractual Adjustment | | 80.00 | |
| 07/28/15 | Self Pay Contractual Adjustment | | 16.00 | |
| 07/28/15 | Self Pay Contractual Adjustment | | 163.00 | |
| 07/28/15 | Self Pay Contractual Adjustment | | 70.00 | |
| 07/28/15 | Self Pay Contractual Adjustment | | 36.00 | |
| 07/28/15 | Your Payment is now due. Thank you for your prompt response. | | | |
| 07/28/15 | **Your Balance Due On These Services ...** | | | 190.00 |
| 07/28/15 | Claim:111788, Provider: William B. Henghold, MD | | | |
| 07/28/15 | TISSUE EXAM BY PATHOLOGIST | 110.00 | | |
| 07/28/15 | Self Pay Contractual Adjustment | | 36.00 | |
| 07/28/15 | Your Payment is now due. Thank you for your prompt response. | | | |
| 07/28/15 | **Your Balance Due On These Services ...** | | | 74.00 |

| ACCOUNT TOTAL | CURRENT | 30 DAYS | 60 DAYS | 90 DAYS | OVER 120 DAYS |
|---|---|---|---|---|---|
| 264.00 | | | | | |

| DATE | PATIENT NAME | ACCOUNT NO. | PAY THIS AMOUNT |
|---|---|---|---|
| 08/12/2015 | Raymond J Merchant | 251262 | 264.00 |

**PHONE #:** 850-474-4775          **MAKE CHECK PAYABLE TO:** William B. Henghold, M.D., P.A.

**MESSAGE:**

40818*TF5117V8T000003

| Name: | RAYMOND JOSEPH MERCHANT | SSN or EIN: | XXX-XX-9527 | Claimant #: | 3127897 |
|-------|-------------------------|-------------|-------------|-------------|---------|

## IV. CLAIM INFORMATION

| | TYPE OF INJURY OR DAMAGE | | | | |
|---|---|---|---|---|---|
| | Claim Type | Seeking Emergency Advance Payment or Final Payment? | | | Amount Claimed |
| | | Emergency | | Final | |
| | | One Month | Six Months | | |
| A. | Removal and Clean Up Costs | No | | | |
| B. | Real or Personal Property | No | | | |
| C. | Lost Earnings or Profits | Yes | | Yes | up to 10,000 | $ 21,872.00 |
| D. | Loss of Subsistence Use of Natural Resources | No | | | |
| E. | Physical Injury/Death (Individual Claimants only) | No | | | |

31,672.00
more
or
less

Gulf Coast Claim
amount

10, 8, 10

Never process

$ 32,000.00
Had Boss Signature
They were Shut Down, "unRuley"

| Name: | RAYMOND JOSEPH MERCHANT | SSN or EIN: | XXX-XX-9527 | Claimant #: | 3127897 |
|-------|--------------------------|-------------|-------------|-------------|---------|

## C. LOST EARNINGS OR PROFITS

### C.1. For All Claimants

**Occupation held or Sources of income for the business before the claimant began losing earnings or profits:**

UNEMPLOYED AS OF 12/2009-ON UNEMPLOYMENT UNTIL 08/12/2010

**Location of claimants employment/business before the claimant began losing earning or profits:**

AS OF 08/12/2010-DAVID WILSON MASONRY 512 W SHRIVER ST SUMMERDALE, AL 36580

| **Date on which the claimant began losing earnings or profits:** | 05/01/2010 |
|---|---|
| **Earnings or profits earned before losses began:** | $ 259.00         Weekly |
| **Amount and source of earnings or profits received from any sources since the claimant began losing earnings or profits (including earnings from the Vessels of Opportunity Program):** | $ 8,909.60<br>UNEMPLOYMENT |

### C.2. For Claimants Seeking Final Payment

| **Is the claimant still losing earnings or profits?** | |
|---|---|
| **Total earnings or profits earned after losses began:** | $0.00 |

# GCCF Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

 ICF0287808410

RAYMOND JOSEPH MERCHANT
606 NORTHEAST 7TH ST.
SUMMERDALE, AL 36580

October 29, 2010

**Re: GCCF Claimant Identification Number:  3127897**

Dear Claimant:

You submitted a Claim Form to the Gulf Coast Claims Facility ("GCCF") relating to the Deepwater Horizon Incident on April 20, 2010.  Your claim is missing information that is necessary to complete the review of your claim.  No further action can be taken on your claim until you complete the missing information and return this letter to the GCCF.

When we reviewed your claim, we did not have certain documents or information that we needed to be able to evaluate your claim.  We cannot take further action on your claim until you provide us with the following:

Claim No: 182890; Lost Profits & Lost Earning Capacity - Individual

Documents showing that the Claimant was working in the same job or industry at the time of the Spill as the job shown on the financial records submitted with the claim.  These documents can include financial records showing the total gross amount the Claimant earned as wages or salary from January through April, 2010, or an affidavit, letter, or other document from the Claimant's employer, a member of the clergy, or a public official.

For your convenience, we have enclosed a postage pre-paid return envelope that you may use to submit your documentation. You may also submit documentation by online upload to www.GulfCoastClaimsFacility.com, by fax at 1-866-682-1772, by email at info@gccf-claims.com, or by visiting one of our Site Offices.  (A list of those Site Offices is enclosed.)  **Please make sure that you write your Claimant Identification Number (referenced above) and your Social Security Number or Taxpayer ID on each document you submit**.  This is very important so that we can ensure that your documentation is properly attached to your Claim.  Your documents must be received by the GCCF within 30 days of the date of this letter.  If you are mailing the documents, please leave enough time for the GCCF to receive them by the deadline.  If we do not receive your supporting documents within 30 days of the date of this letter, your claim for Emergency Advance Payment will be denied.

If you have already sent us these materials before you received this letter, then we did not get them in time to use them in our first review of your claim and you can disregard this request. We will review everything you have sent us and get back to you.  But if you have not submitted these materials, send them in  so we can act on your claim.

If you have questions about anything contained in this letter,  contact the GCCF toll free at 1-800-916-4893 (you will be prompted for multilingual telephone assistance),   email at info@gccf-claims.com  or visit www.GulfCoastClaimsFacility.com.  For TTY assistance call 1-866-682-1758.

Sincerely,
Administrator
Gulf Coast Claims Facility

# GCCF   Gulf Coast Claims Facility
www.GulfCoastClaimsFacility.com

 ICF0374866395

RAYMOND JOSEPH MERCHANT
606 NORTHEAST 7TH ST.
SUMMERDALE, AL 36580

December 7, 2010

**Re:   Claimant Identification Number: 3127897**

Dear Claimant:

You submitted a claim to the Gulf Coast Claims Facility ("GCCF") for an Emergency Advance Payment for damages relating to the Deepwater Horizon Incident on April 20, 2010 (the "Spill"). Your submission did not meet the criteria established for Emergency Advance Payments from the GCCF and consequently your request for an Emergency Advance Payment has been denied for the following reason(s):

In determining eligibility, the GCCF applies the same factors to every claim. The GCCF takes into account evidence of the connection between the asserted loss and the Spill, the nature of the claimant's job or business, and the extent to which the claimant's job or business is dependent upon injured property or natural resources. In weighing these factors, the GCCF has determined that you did not demonstrate that you lost profits or income as a direct result of the Spill.

This decision is based on criteria that apply to all claimants seeking payments from the GCCF. This denial applies to your request for an Emergency Advance Payment only and does not affect your right to submit claims for Interim or Final Payments. Specific information and instructions related to the Interim and Final Payment claim submission processes will be made available on the GCCF website and copies of all materials will be mailed to you. You will not have to resubmit any of the documentation previously provided to the GCCF. You will be required, however, to submit additional documentation to support your claim for an Interim or Final Payment.

If you have any questions about the denial of your claim, or about how to submit a claim for an Interim or Final Payment, contact the GCCF toll-free at 1-800-916-4893 (you will be prompted for multilingual telephone assistance), or visit www.GulfCoastClaimsFacility.com. For TTY assistance call 1-866-682-1758. Please be sure to provide your Claimant Identification Number, as well as your full name, your address and the last four digits of your Social Security Number or Taxpayer ID in all correspondence with the GCCF.

Sincerely,
Administrator
Gulf Coast Claims Facility

**This Page Left Intentionally Blank**

# GCCF Gulf Coast Claims Facility



www.GulfCoastClaimsFacility.com

ICF0487394931

RAYMOND JOSEPH MERCHANT
606 NORTHEAST 7TH ST.
SUMMERDALE, AL 36580-3602

January 24, 2011

Re:     Receipt of Full Review Final Payment Claim Form
        Claimant Identification Number: 03127897

Dear RAYMOND JOSEPH MERCHANT:

Your Final Payment Claim Form has been received by the Gulf Coast Claims Facility ("GCCF") for review and payment determination. The Claimant Identification Number referenced above will be your Claimant identifier throughout the review and payment process.

The GCCF is currently developing a formula for calculations of future damages to be used in assessing Final Payment Claims. In order to develop fair and appropriate calculations of future damages, the GCCF is consulting with expert economists and scientists.  In the next few weeks, the GCCF will make a final determination regarding its methodology for the calculation of future damages.  During this period of consultation and evaluation, the GCCF will not be issuing any Final Payment Offers.  After the determination of a final methodology for the calculation of future damages, the GCCF will begin issuing Final Payment Offers.  We expect these Final Payment Offers to begin in mid-February.  Final Payment Claims will be reviewed, on a rolling basis, in the order in which the Final Payment Claims were received by the Facility.  If the GCCF determines that your claim requires additional information or documentation you will be contacted and notified of the specific missing documentation that you must provide.  You can track the progress of your claim online by checking the claim status portion of the GCCF website at www.GulfCoastClaimsFacility.com or by calling us at our toll-free number below.

If you have any questions, you may contact the GCCF by telephone toll free at 1-800-916-4893 (you will be prompted for multilingual telephone assistance), by email at info@gccf-claims.com or by visiting our website at www.GulfCoastClaimsFacility.com.  For TTY assistance call 1-866-682-1758.  Please be sure to provide your Claimant Identification Number, as well as your full name, your address and the last four digits of your Social Security Number or Taxpayer ID in all correspondence with the GCCF.

                                Sincerely,
                                Administrator
                                Gulf Coast Claims Facility

 **Gulf Coast Claims Facility**
www.GulfCoastClaimsFacility.com

July 30, 2011

RAYMOND JOSEPH MERCHANT
606 NORTHEAST 7TH ST.
SUMMERDALE, AL 36580

     **RE:  Deficiency Denial Letter on Interim Payment/Final Payment Claim**
          **RAYMOND JOSEPH MERCHANT**
          **Claimant ID: 3127897**

Dear Claimant:

     The Gulf Coast Claims Facility (the "GCCF") is the official way for Individuals and Businesses to file claims for costs and damages incurred as a result of the oil discharges due to the Deepwater Horizon Incident on April 20, 2010 ("Oil Spill").  The GCCF and its Claims Administrator, Kenneth R. Feinberg, act for and on behalf of BP Exploration & Production, Inc. ("BP") in fulfilling BP's statutory obligations as a "responsible party" under the Oil Pollution Act of 1990 ("OPA").

     ***All claimants have the right to consult with an attorney of their own choosing prior to accepting any settlement or signing a release of legal rights.***

     You have filed one or more Claim Forms with the GCCF.  This Deficiency Letter ("Letter") is an official notification from the GCCF.  This letter addresses any Interim Payment and/or Full Review Final Payment Claim Form you have filed to date on which you have not previously received a final determination.

     We previously reviewed the Interim Payment and/or Full Review Final Payment Claim Form that you submitted and sent you a Deficiency Letter explaining that your file was missing documents necessary for us to be able to evaluate your claim.  Since then, you asked that we re-review the documentation we had or you sent in additional documentation.  We have again reviewed your claim and determined that it still is missing the information identified in the following table.  Because that information is necessary to the review of your claim, your claim is denied.

| | Claim Type | Why We Needed the Missing Information | What You Needed to Submit |
|---|---|---|---|
| **1.** | Personal Property | We are unable to determine that your property was physically damaged or destroyed by the Spill. | Documents showing that the Claimant's property was physically damaged or destroyed by the Spill, such as repair invoices, insurance claims, or photographs. |

| Name: | Raymond J Merchant | SSN or EIN: | ███-9527 | Claimant #: | 3127897 |

This Interim Payment Claim Form is to be completed for individuals or businesses who wish to receive payment for an **Interim Claim** for damages suffered as a result of the Deepwater Horizon incident on April 20, 2010, and resulting oil discharges ("the Spill").

**A claim for Interim Payment is for PAST DAMAGES ONLY. Future losses or damages will NOT be included in an Interim Payment and they <u>cannot</u> be included on this Interim Payment Claim Form. You will not be required to execute a Release or waive any rights in order to file a claim for an Interim Payment or to receive an Interim Payment.** To learn more about filing a claim for an Interim Payment, go to www.gulfcoastclaimsfacility.com, call toll free at 1-800-916-4893, or visit a Gulf Coast Claims Facility ("GCCF") Claims Site Office.

You may file an Interim Payment Claim <u>only</u> each quarter of each calendar year throughout the duration of the GCCF Claims Process, which terminates on August 22, 2013, or until you file a Final Claim. The first quarter begins now and concludes on March 31, 2011. Subsequent quarters will be April 1 through June 30; July 1 through September 30; and October 1 through December 31 of each year. Your Loss Measurement Period for each claim will conclude at the end of the month of the most recent actual financial data that you provide to the GCCF.

**Send me all future communications and notices**

English ☑          Spanish ☐

**Indicate whether you have previous**

I previously filed a Claim with the GCCF ☑

*Show were I was trying, went to there computer and they did calulation, why I Have this left over also boss Signature in complait*

1. If you previously filed a claim for Emergency Advance Payme... Number at the top of each page of this Form.

   If this is the first claim you are submitting to the GCCF, the GCC... **Identification Number will allow you to track the status of y... throughout the claims process.**

   You can obtain information about your claim online at www.gulf... 1-800-916-4893, or in person at a GCCF Claims Site Office.

2. If you are an Individual Claimant, enter your Social Security Num... enter your Employer Identification Number in the box at the top of each page.

3. The Claimant must print the name of the Individual or Business Claimant and sign and date the Claim Form in Section VIII.

4. You may fill out and submit an Interim Payment Claim Form and provide supporting documents to the GCCF online by visiting the GCCF's website at www.gulfcoastclaimsfacility.com, or by mail, email, overnight delivery, fax or in person. If you submit your Interim Payment Claim Form online, you must submit all supporting documentation within five (5) days of your online filing. If you submit your Interim Payment Claim Form by mail, email, overnight delivery, fax or in person, you must submit all supporting documentation with your Claim Form. Claim applications and supporting documentation that are submitted in person are not retained at the GCCF Claims Site Offices. These materials are sent to the GCCF processing center in Dublin, Ohio, or are scanned and sent to the processing center via the internet.

5. If you previously filed a Final Claim Form and now wish to file an Interim Payment Claim, please check this box and proceed with the completion of this Interim Payment Claim Form in accordance with the Instructions above. ☑

| Name: | Raymond J Merchant | SSN or EIN: | _____ -9527 | Claimant #: | 3127897 |

This Interim Payment Claim Form is to be completed for individuals or businesses who wish to receive payment for an **Interim Claim** for damages suffered as a result of the Deepwater Horizon incident on April 20, 2010, and resulting oil discharges ("the Spill").

**A claim for Interim Payment is for PAST DAMAGES ONLY. Future losses or damages will NOT be included in an Interim Payment and they cannot be included on this Interim Payment Claim Form. You will not be required to execute a Release or waive any rights in order to file a claim for an Interim Payment or to receive an Interim Payment.** To learn more about filing a claim for an Interim Payment, go to www.gulfcoastclaimsfacility.com, call toll free at 1-800-916-4893, or visit a Gulf Coast Claims Facility ("GCCF") Claims Site Office.

You may file an Interim Payment Claim only each quarter of each calendar year throughout the duration of the GCCF Claims Process, which terminates on August 22, 2013, or until you file a Final Claim. The first quarter begins now and concludes on March 31, 2011. Subsequent quarters will be April 1 through June 30; July 1 through September 30; and October 1 through December 31 of each year. Your Loss Measurement Period for each claim will conclude at the end of the month of the most recent actual financial data that you provide to the GCCF.

---

**Send me all future communications and notices in the following language: (check only one box)**

English ☑          Spanish ☐          Vietnamese ☐          Khmer ☐

---

**Indicate whether you have previously filed a claim: (check only one box)**

I previously filed a Claim with the GCCF ☑          I am a new Claimant to the GCCF ☐

---

1. If you previously filed a claim for Emergency Advance Payment, you MUST indicate your existing GCCF Claimant Identification Number at the top of each page of this Form.

   If this is the first claim you are submitting to the GCCF, the GCCF will assign you a Claimant Identification Number. **That Claimant Identification Number will allow you to track the status of your claim online and will be your Claimant Identification Number throughout the claims process.**

   You can obtain information about your claim online at www.gulfcoastclaimsfacility.com, by calling the GCCF number at 1-800-916-4893, or in person at a GCCF Claims Site Office.

2. If you are an Individual Claimant, enter your Social Security Number in the box at the top of each page. If you are a Business Claimant, enter your Employer Identification Number in the box at the top of each page.

3. The Claimant must print the name of the Individual or Business Claimant and sign and date the Claim Form in Section VIII.

4. You may fill out and submit an Interim Payment Claim Form and provide supporting documents to the GCCF online by visiting the GCCF's website at www.gulfcoastclaimsfacility.com, or by mail, email, overnight delivery, fax or in person. If you submit your Interim Payment Claim Form online, you must submit all supporting documentation within five (5) days of your online filing. If you submit your Interim Payment Claim Form by mail, email, overnight delivery, fax or in person, you must submit all supporting documentation with your Claim Form. Claim applications and supporting documentation that are submitted in person are not retained at the GCCF Claims Site Offices. These materials are sent to the GCCF processing center in Dublin, Ohio, or are scanned and sent to the processing center via the internet.

5. If you previously filed a Final Claim Form and now wish to file an Interim Payment Claim, please check this box and proceed with the completion of this Interim Payment Claim Form in accordance with the Instructions above. ☑

| Name: | | SSN or EIN: | ▓▓ - 9527 | Claimant #: | |
|---|---|---|---|---|---|

Provide the following information about the person who was affected or injured by the Spill. **All individual claimants must complete each question in this section.** (If you are filing for a business, skip this section and proceed to Section II.B.)

| 1. | **Name:** | Last Merchant | First Raymond | Middle Initial J |
|---|---|---|---|---|

| 2. | **Current Address:** | Street 606 NE 7th Street | | |
|---|---|---|---|---|
| | | City Summerdale | State A1 | Zip Code 36580 |
| | | Parish/County Baldwin | Country USA | |

| 3. | **Home Phone Number:** | (251) 989-2897 |
|---|---|---|

| 4. | **Cell Phone Number:** | Need Ten year Study ( ) - |
|---|---|---|

| 5. | **Email Address:** | Nope |
|---|---|---|

| 6. | **Date of Birth:** | 9,25,59 |
|---|---|---|

| 7. | **Social Security Number:** | ☑ | ▓▓ - ▓▓ - 9527 |
|---|---|---|---|
| | *or* | | |
| | **Individual Taxpayer Identification Number:** | ☐ | |

| 8. | **Other Name Used (Maiden Name, Previous Married Name(s), Aliases):** | Joe |
|---|---|---|

**Provide complete information about your employment status since January 1, 2007.**

| 9. | **Current Employer:** | Name David P Wilson INC | Period of employment |
|---|---|---|---|
| | | Street 512 W Shriver St | 2003 to 8,5,11 |
| | | City Summerdale | State A1 — Zip Code 36580 |
| | | Parish/County Baldwin | Country USA |
| | | Employer Identification Number (EIN) ▓▓ - ▓▓ 6,7,6,3 | *(from your W-2 or 1099 form)* |
| | **Other/ Previous Employer:** | Name None | Period of employment |
| | | Street | to |
| | | City | State — Zip Code |
| | | Parish/County | Country |
| | | Employer Identification Number (EIN) \| \| \| - \| \| \| \| \| \| | *(from your W-2 or 1099 form)* |

**10.** **Does the Claimant own any part of a business listed in Question 9 and/or serve as an officer in the business?** If so, name the applicable business and check either or both boxes below and specify the percentage of ownership and/or the office held:

**Name of Business:** None

☐ Owner *(specify percentage):*           ☐ Officer *(specify title):*

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

**Provide information in Section II.B. ONLY if you are completing this Form for a business that was affected by the Spill.**

| | | | | | |
|---|---|---|---|---|---|
| **11. Name of Business:** | | | | | |
| **12. Type of Business:** | | | | | |
| **13. Business Address:** | Street | | | | |
| | City | | | State | Zip Code |
| | Parish/County | | | Country | |

**14. Phone Number:**    ( | | | ) | | | | - | | | | |

**15. Website Address:**

**16. Other Business Name:**

**17. Name of Business on Federal Income Tax Return:**

**18. Employer Identification Number (EIN):**  ☐
*or*
**Check here if EIN is also your Social Security Number**  ☐

**19. Date and Place Founded/Incorporated:**    Date: _____    Place: _____

| | | | | | |
|---|---|---|---|---|---|
| **20. Name:** | Last | | First | | Middle Initial |
| **21. Title:** | | | | | |
| **22. Home Address:** (if different from Business Address) | Street | | | | |
| | City | | State | Zip Code | Country |

**23. Phone Number:**    ( | | | ) | | | | - | | | | |

**24. Cell Phone Number:**    ( | | | ) | | | | - | | | | |

**25. Email Address:**

**26. Social Security Number:**  ☐
*or*
**Individual Taxpayer Identification Number:**  ☐

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

Complete this section only if you are represented by a lawyer for this Interim Payment Claim.  **If you complete this section, all communications from the GCCF will be with the lawyer you have identified unless your lawyer instructs us otherwise in writing. You must complete each question in this section if you are represented by a lawyer.  Previous information provided about Attorney Representation will <u>not</u> apply to this Interim Claim.**

| 27. Lawyer Name: | Last | | First | Middle Initial |
|---|---|---|---|---|
| 28. Law Firm Name: | | | | |
| 29. Law Firm Address: | Street | | | |
| | City | State | Zip Code | Country |
| 30. Law Firm Phone Number: | ( \|\_\|\_\| ) \|\_\|\_\|\_\| - \|\_\|\_\|\_\|\_\| | | | |
| 31. Law Firm Email Address: | | | | |

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

## SECTION IV.  CLAIM INFORMATION FOR INTERIM PAYMENT

Check which Claim Type(s) you want to submit. Enter the amount you are claiming for each Claim Type.  If you have previously received a payment, do not include that amount in the amount you are requesting.  **All claimants must complete this section.**

For each Claim Type you submit, you must provide documentation to support your claim.  The documents you must provide are described on The Gulf Coast Claims Facility Document Requirements accompanying this Claim Form.  (You are not required to resubmit the documentation submitted with your Emergency Advance Payment Claim.)  Your damages will be calculated only for the period(s) for which you provide the required documentation.

**You must provide documentation or evidence of the damage or injury for each Claim Type checked.   You must submit this completed form to the GCCF along with supporting documentation.  The Gulf Coast Claims Facility Document Requirements accompanies this Interim Payment Claim Form and lists the REQUIRED supporting documentation you must submit to support each Claim Type.  Claims submitted without adequate supporting documentation will not be evaluated until receipt of required documents.  Deficiency notices will not be sent to claimants submitting an Interim Payment Claim.**

---

## IV.A.  Claims for Removal and Clean Up Costs

☐  CLAIMANT IS SUBMITTING A REMOVAL AND CLEAN UP COSTS CLAIM FOR $_____

Check the box above and enter the amount of your claim if you are seeking to recover costs incurred to remove oil discharged by the Spill and/or costs to prevent, minimize or mitigate oil pollution when there was a substantial threat of a discharge of oil due to the Spill. You can claim costs for both preventative and clean up measures.

If you are claiming multiple removal and clean up actions and need additional pages, photocopy this page before filling it in and attach the copy to this Claim Form for submission.  Make as many copies as you need.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

| (A.1) | Was the Removal and Clean Up action taken approved by the Federal On-Scene Coordinator and/or consistent with the National Contingency Plan? | ☐ Yes   ☐ No |
|---|---|---|

(A.2)   Provide the address where the Removal and Clean Up action took place:

Street

| City | | State | Zip Code |
|---|---|---|---|

Parish/County

(A.3)   Provide a description of the Removal and Clean Up action:

| Name: | | Claimant #: |
|---|---|---|

*They Screw my number up, giving me Hard Time Just to Show How thing Were going at time*

☑ CLAIMANT IS SU... ...E CLAIM FOR $ **763,834**

Check the box above and en... ...damage to real, personal or business
property that you own or leas...

If you are an owner of a pro... ...are submitting a claim. If you lease
property from someone else,...

*never would pay for boat repair*

If you suffered damage to m... ...age before filling it in and attach the
copy to this Claim Form. N... ...hat was damaged or destroyed (*i.e.*,
boat, equipment, machinery)...

If you need more space to an... ...for submission.

**(B.1)** If you are claiming ... are claiming damage to Personal
Property, provide ...

Street **606 M...**

City **Summervale** State **Al** Zip Code **36580**

Parish/County **Baldwin**

**(B.2)** If you are claiming damages to Personal Property, list the type of Personal Property that was damaged (*i.e.* boat, equipment, machinery) and provide the additional information, as applicable: **40 HP Yamalta 67C 6 100052** *eight → 8*

Type of Personal Property **Motor, on Boat** 7

Make **Polar KRAFT, Yamaha Marine** Model **MV 1521 SC**

Year **2002, Both** HULL Identification Number **PIR29095F202**

**(B.3)** Describe your relationship to the Real or Personal Property: ☑ Owner ☐ Lessor

*These checks and X mark, show where I P problems be re| ...er in Final Claim papers, for with cancell check*

*Pho | Storie on this is motor Sat up in garage 6 month, brown E| powder residue form in Garb-*
*d needed carbureter It to catch fish in*
*R. erator, 35000. Fine for even F| being out there, when they were cleaning it up. I was cauth off guard! they wouldn't pay for this also*

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

☑ CLAIMANT IS SUBMITTING A REAL OR PERSONAL PROPERTY DAMAGE CLAIM FOR $ 763,83⁴

Check the box above and enter the amount of your claim if you are seeking damages for any physical damage to real, personal or business property that you own or lease.

If you are an owner of a property that you lease to someone else, you must notify the lessee that you are submitting a claim. If you lease property from someone else, you must notify the owner that you are filing a claim.

If you suffered damage to more than one piece of property and need additional pages, photocopy this page before filling it in and attach the copy to this Claim Form. Make as many copies as you need. Identify the type of Personal Property that was damaged or destroyed (*i.e.*, boat, equipment, machinery) and, if applicable, the make, model, year and identification number.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

**(B.1)** If you are claiming damage to Real Property, provide the address of the property. If you are claiming damage to Personal Property, provide the address where the damage occurred:

Street  606 NE 7th Street

| City  Summerdale | State  Al | Zip Code  36580 |
|---|---|---|

Parish/County  Baldwin

**(B.2)** If you are claiming damages to Personal Property, list the type of Personal Property that was damaged (*i.e.* boat, equipment, machinery) and provide the additional information, as applicable: eight → 40 HP Yamatta 67C L 1000528

Type of Personal Property  Motor, or Boat

| Make  Polar KRAFT, Yamatta Marine | Model  MV 1521 SC |
|---|---|
| Year  2002, Both | Identification Number  P1R29095 F 202 |

**(B.3)** Describe your relationship to the Real or Personal Property:   ☑ Owner   ☐ Lessor

These checks and X Mark, show where I P problems been, You Have proof of owner in Final Claim papers, repair Invoice, proof of Paying for with cancell check Photograph

also:
Boat sat up For 6 months and needed carburetor Repair. owner was only Using It to catch Fish in Few salt water area

Interim Payment Claim Form  Page 6

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

☐ CLAIMANT IS SUBMITTING A LOST EARNINGS OR PROFITS CLAIM FOR $ _____

Check the box above and enter the amount of your claim if you are seeking damages for lost earnings or profits due to the Spill. Individual claimants seeking lost earnings or profits must complete questions C.1.– C.7. Business claimants seeking lost earnings or profits must complete questions C.8.– C.15.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

**(C.1)** State the occupation and job title you had at the time of the Spill:

Occupation _Brick, Block layer_     Title _Mason_

**(C.2)** Describe the nature of business of your employer at the time of the Spill:

**(C.3)** State the total lost earnings you have suffered as a result of the Spill to date and describe how you have calculated these losses:

**(C.4)** Describe in detail the efforts you have made to find employment since the Spill:

_SAme Job and still Same_

**(C.5)** State the amount of any job hunting expenses you have incurred since the Spill:     $ _none_

**(C.6)** Provide a description of how the Spill caused your losses:

_lesson the chance of being call Back to work and 800,00 to fix Boat carb from sitting up_

Lost my Job: ☐     Work Hours Reduced: ☐     Pay/Tips Reduced: ☐

**(C.7)** Provide the name and address of your Employer at the time of the Spill:

Name _SAme_

Street

| City | | State | | Zip Code | |
|---|---|---|---|---|---|

Parish/County

| Name: | | SSN or EIN: | | Claimant #: | |

**(C.8)**   State the sources of income or types of customers for the business at the time of the Spill:

**(C.9)**   Describe the nature of business at the time of the Spill:

**(C.10)**   Describe in detail any efforts you have made to increase revenues or reduce costs since the Spill:

**(C.11)**   State the total amount in operating costs you have saved (or were able to avoid) as a result of reduced operations since the Spill:     $ _____

**(C.12)**   State the total loss in revenues the business has suffered as a result of the Spill to date and how you have calculated those losses:

**(C.13)**   State the total loss in profits the business has suffered as a result of the Spill to date and how you have calculated those losses:

**(C.14)**   Provide a description of the loss the business sustained as a result of the Spill and how the loss occurred:

**(C.15)**   Provide the business address where the loss occurred:

| Street | | |
| City | | State | Zip Code |
| Parish/County | | |

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

☐ CLAIMANT IS SUBMITTING A LOSS OF SUBSISTENCE USE OF NATURAL RESOURCES CLAIM
FOR $_____

Check the box above and enter the amount of your claim if you suffered damages to your ability to rely, without purchase, on natural resources for food, shelter, clothing, medicine or other minimum necessities of life because of the Spill. Identify below in Section D.2 the natural resource that you relied on for subsistence prior to the Spill, and how it has been affected by the Spill.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

**(D.1)** Provide a detailed description of the loss of subsistence use you sustained as a result of the Spill:

**(D.2)** Identify the natural resource that you relied on for subsistence prior to the Spill and how it has been affected by the Spill:

**(D.3)** Describe how frequently you use this natural resource for subsistence and its approximate monthly value to you:

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

| **IV.E.  Claims for Physical Injury or Death** (Individual Claimants only) |
|---|

☐   CLAIMANT IS SUBMITTING A PHYSICAL INJURY OR DEATH CLAIM FOR $_____

Check the box above and enter the amount of your claim if you are seeking damages for physical injury or death proximately caused by the Spill or the explosion and fire associated with the Deepwater Horizon incident on April 20, 2010.

If you need more space to answer any questions, please use a blank page and attach it to this Claim Form for submission.

| (E.1) | Were you working for the Vessels of Opportunity at the time your physical injury occurred? | ☐ Yes    ☐ No |
|---|---|---|
| (E.2) | Were you working on the Removal and Clean Up actions at the time your physical injury occurred? | ☐ Yes    ☐ No |
| (E.3) | Provide the date you were first injured and whether the injury is resolved or ongoing: | Date                    ☐ Resolved   ☐ Ongoing |
| (E.4) | If you are seeking damages for death, provide the name of the decedent and the date of the death: | Name                    Date |

| (E.5) | Provide a brief description of the physical injury sustained as a result of the Spill, and how the injury occurred: |
|---|---|

| (E.6) | Provide the address where the injury was experienced: |
|---|---|

Street

| City | | State | | Zip Code | |
|---|---|---|---|---|---|

Parish/County

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

**All claimants must complete this section.** You must complete this section to provide information on unemployment benefits, private insurance or any other replacement income received relating to any Claim Type. (Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment.)

| | | |
|---|---|---|
| 32. Have you received any compensation from BP for your losses due to the Spill? | | ☐ Yes  ☑ No |
| 33. Total amount of compensation received from BP for your losses due to the Spill: | | $ *None* |
| 34. Have you received any compensation from GCCF for your losses due to the Spill? | | ☐ Yes  ☑ No |
| 35. Total amount of compensation from GCCF for your losses due to the Spill: | | $ *NONE* |
| 36. Have you received compensation for state unemployment benefits? | | ☑ Yes  ☐ No |
| 37. For what period of time did you receive compensation for state unemployment benefits? | | |
| 38. Total amount of unemployment benefits received: | | $ |
| 39. Have you received compensation from private insurance for damages due to the Spill? | | ☐ Yes  ☑ No |
| 40. Name of Carrier or Provider: | | *N/A* |
| 41. Account or Policy Number: | | *N/A* |
| 42. For what period of time did you receive compensation from private insurance? | | *None* |
| 43. Total amount of insurance benefits received: | | $ *N/A* |
| 44. Have you received any other replacement income, such as severance pay? | | ☐ Yes  ☑ No |
| 45. For what period of time did you receive this other replacement income? | | *N/A* |
| 46. If you are still receiving this other replacement income, when will these benefits end? | | *N/A* |
| 47. Total amount of other replacement income received: | | $ |

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

You must complete each question in this section if you are filling out this Claim Form for an Individual Claimant affected or injured by the Spill who is deceased, is a minor, or is incompetent or legally incapacitated and unable to complete the Claim Form. (You must provide proof that you are a duly appointed Representative.) See Section VII of the Gulf Coast Claims Facility Requirements for the documents required to establish authority to act as the Representative Claimant. **Business claimants do not complete this section.**

| | | |
|---|---|---|
| **48. Reason person affected or injured by the Spill is unable to complete the Claim Form:** | | |
| **49. Your relationship to Claimant:** | ☐ Spouse   ☐ Parent   ☐ Child<br>☐ Sibling   ☐ Administrator   ☐ Executor<br>☐ Other (specify): _____ | |

*Provide your name and contact information below.*

| | | | | |
|---|---|---|---|---|
| **50. Last Name:** | | | | |
| **51. First Name:** | | | | |
| **52. Middle Name:** | | | | |
| **53. Current Address:** | Street | | | |
| | City | State | Zip Code | Country |
| **54. Home Phone Number:** | ( \|\_\|\_\| ) \|\_\|\_\|\_\| - \|\_\|\_\|\_\|\_\| | | | |
| **55. Cell Phone Number:** | ( \|\_\|\_\| ) \|\_\|\_\|\_\| - \|\_\|\_\|\_\|\_\| | | | |
| **56. Email Address:** | | | | |
| **57. Social Security Number:** ☐<br>*or*<br>**Individual Taxpayer Identification Number:** ☐ | \|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\|<br>\|\_\|\_\|\_\| - \|\_\|\_\| - \|\_\|\_\|\_\|\_\| | | | |
| **58. Type of proof submitted that you are a duly appointed Representative:** | | | | |

| Name: | | SSN or EIN: | | Claimant #: |
|---|---|---|---|---|

Complete this section to choose how you would like to receive your payment. You may choose to receive payment by check or by a direct wire deposit/electronic fund transfer into your account. Payments made by wire will be made from the New York, NY area. Based on your selection, complete the appropriate section below. Do not complete both sections. Legally enforceable garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment. The GCCF will report annually to federal and state taxing authorities, using a form 1099 or state form equivalent, for certain payments made. The GCCF will send you a copy of that form, but cannot give you tax advice regarding any payment issued to you. You should consult with your own tax advisor to determine the impact of any payment you receive from the GCCF on your individual tax situation.

Complete this section if you want to receive your payment by direct deposit/electronic fund transfer. If you want to receive your payment by check, do not complete this section.

| Do you want to receive your payment by direct deposit/electronic fund transfer? | ☑ Yes | ☐ No |
|---|---|---|

| Bank to Which Wire is to be Sent: | Bank Name *First National Bank of Baldwin County* |
|---|---|
| | Street |
| | City *Foley*  State *Al*  Zip Code *36535*  Country *USA* |
| Bank Telephone Number: | *1-251-943-5656 or 970-8000* |
| Bank ABA/Routing Number: | *6402* |
| Account Name: *Raymond J Merchant*  If the Account Name for your bank account differs from your name or the name of your business, please also explain the reason for the difference in the box to the right. | |
| Account Number: | *2071579* |

Complete this section if you want to receive your payment by check. Checks will be sent by overnight courier and will be made payable to the Individual or Business Claimant who completes this Claim Form. (Be sure to provide your Street Address for overnight delivery.) If you want to receive your payment by wire transfer, do not complete this section.

| 65. Do you want to receive your payment by check? | ☐ Yes | ☐ No |
|---|---|---|
| 66. If Yes, and you are an individual who does not have your own bank account, please review the Notice of Check Cashing Options accompanying this Claim Form. After reviewing this Notice, elect whether you prefer to receive one check or multiple checks: | ☐ One Check | ☐ Multiple Checks |

Provide the address to which you would like the check(s) to be sent in the space below, if it differs from the address provided in Section II.

| 67. Payment Address: | Street |
|---|---|
| | City  State  Zip Code  Country |

| Name: | | SSN or EIN: | | Claimant #: | |
|---|---|---|---|---|---|

I certify that the information provided in this Interim Payment Claim Form is true and accurate to the best of my knowledge, and I understand that false statements or claims made in connection with this Interim Payment Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Interim Payment Claim Form, I consent to the use and disclosure by the Gulf Coast Claims Facility ("GCCF") and those assisting the GCCF of any information about me that it believes necessary and/or helpful to process my claim for compensation and any payment resulting from that claim, including any appeal of that payment, legitimate business purposes associated with administering the GCCF and providing adequate documentation for insurance coverage of responsible parties, and/or as otherwise required by law, regulation or judicial process.  My consent also includes release to the GCCF by the relevant state unemployment compensation agency of any information regarding any unemployment benefits I received for periods of unemployment on or after April 20, 2010.

| Signature: | Ray J Merchant | Date: | 8/9/11 (Month/Day/Year) |
|---|---|---|---|
| Printed Name: | First Raymond | Middle Joe | Last Merchant |
| Title, if a business: | | | |

| Has anyone, other than a family member or an Attorney you identified in Section III, assisted you in the preparation of this Claim Form? | ☐ Yes  ☑ No |
|---|---|
| Name of individual and company, if applicable: | |

---

### How to Submit this Claim Form

Submit this Interim Payment Claim Form and the supporting documents to the GCCF by one of the following methods:

**Regular Mail:**
Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
P.O. Box 9658
Dublin, OH 43017-4958

**Overnight, Certified or Registered Mail:**
Gulf Coast Claims Facility
Kenneth R. Feinberg, Administrator
5151 Blazer Pkwy., Suite A
Dublin, OH 43017

**Fax:**
1-866-682-1772

**Email Attachment:**
info@gccf-claims.com

When attaching your supporting documents, be sure to provide the appropriate identification number (your Claimant Identification Number, Social Security Number, or other Tax Identification Number).  Attach all supporting documents to the Claim Form and submit your claim to the GCCF.

**THIS PAGE INTENTIONALLY LEFT BLANK**

Civil Case
Fed Questions?
Employment Discrimination
   Opting Out?
   Registering?
   "GrandFatherd"

Civil Case NO. 15-CV-4290 No.2179

TENDERED FOR FILING

FEB 25 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Clerk of court

Inside Please find

Papers to contradict

BP Lawyers motion

to Dismiss.

With certificate of
Service
and Papers that
Show I'm Still
In Bounds

Civil case NO.
15-CV- 4290 MDL 2179

TENDERED FOR FILING

FEB 25 2016

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Judge
Carl Barbier
Your Honor,

"Grand Fartherd"
before All Ruling
10,8,10

Civil Case No. 15-CU 4290. No 2179

Employment Discrimination
2,24,16

Class Member Mr. Merchant had a
Continuous Job 2003 to 2016, Sometimes "lock
in Hold" If BP wouldn't Have put a fence up,
to pay only working, He would Have been paid!

So Class Member Mr. Merchant is entitle
to 32,000.00. which was owe at the time.
Also, Class Member Mr. Merchant Had to give up
his Fishing Subsistence of 1,871.55 to prusue
this! Seafood Co. and Marine biologist we did
work for, Say the Fish aren't Alright. Going
into uncharted water, Risk of "you know the
Story" compensation is Asked!

Everyone is entitle to due process
which was denie to Class Member, Mr.
Merchant

"A word of caution"!
I.R.S limitation Run
out 10,8,16
"So process please"!

S/ Ray J Merchant



**DEEPWATER HORIZON**
# CLAIMS CENTER
ECONOMIC & PROPERTY DAMAGE CLAIMS

---

## ELIGIBILITY NOTICE
### DATE OF NOTICE:  June 17, 2013
**DEADLINE FOR RE-REVIEW OR RECONSIDERATION REQUEST:  July 17, 2013**

### I.  CLAIMANT AND CLAIM INFORMATION

| | Last/Name of Business | First | Middle |
|---|---|---|---|
| **Claimant Name** | MERCHANT | RAYMOND | |

| **Claimant ID** | 100164490 | **Claim ID** | 138806 |
|---|---|---|---|

| **Claim Type** | Subsistence | | |
|---|---|---|---|

### II.  COMPENSATION AND PAYMENT DETERMINATION

This Notice is an official communication from the Claims Administrator for the Deepwater Horizon Economic and Property Damages Settlement Program ("Settlement Program") and relates to the claim identified in Section I. We have reviewed this claim and find that it qualifies for payment under the terms of the Economic and Property Damages Settlement Agreement ("Settlement Agreement").  The following provides a breakdown of the factors relevant to your payment.  See Explanation of Claim Attachment for details on each item, unless another Attachment is noted.

| | | |
|---|---|---|
| **1.** | Compensation Amount: | $575.86 |
| **2.** | Risk Transfer Premium Amount: | $1,295.69 |
| **3.** | Less Prior Spill-Related Payments: | $0.00 |
| **4.** | Total Compensation Amount: This is the sum of all Rows above. | $1,871.55 |
| **5.** | 40% of Prior Transition Offer, if Applicable: | $0.00 |
| **6.** | Award Amount: Higher of 40% Amount or Final Claimant Compensation, subject to any applicable liens. | $1,871.55 |

---



**MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE**
600 Carondelet St.
Suite 802
New Orleans, LA 70130

July 14, 2011



104286
RAYMOND JOE MERCHANT
606 NEW 7TH ST
SUMMERDALE, AL 36580

This is to confirm that your short form joinder in regard to Transocean and the Deepwater Horizon Lawsuit has been received by the United States District Court for the Eastern District of Louisiana.  Your Document Reference Number is:

### Court Number: 104286 - Claimant Number: 1595390

You will be notified in the future of any deadlines or other significant events.

For potential updates, or to get more information, please call toll-free 1-877-435-4067 or visit the Court's website, www.laed.uscourts.gov/OilSpill/OilSpill.htm, or the Plaintiffs' Steering Committee website, www.bpmdl2179.com.

Sincerely,

**MDL No. 2179 PLAINTIFFS' STEERING COMMITTEE**

UNITED STATES DISTRICT COURT EA~

# If you had economic los~
# because of the Deepwa~
# you could get money from a~

*A federal court directed this Notice.  Thi~*

*Opting Out Rules*

*Mental angish, Immune System Shutdown, Stress Uclers, Want His Money that was owe 10,8,10*

- Two settlements—one for economic and property~
  have been reached with BP Exploration & Prod~
  ("BP") over the Deepwater Horizon oil spill.

- This Notice explains the Economic & Property D~

- If you are included in the Economic & Property L~
  have been damaged by the Deepwater Horizon oi~

*Cancer on arm, what next!*

  - Seafood Compensation
  - Economic Damage
  - Loss of Subsistence
  - Vessel Physical Damage

- There are geographic areas or "Zones" associated with several of these categories.  The website
  DeepwaterHorizonSettlements.com has detailed descriptions and maps to help you determine
  whether a location may be included in one or more of these zones.

- With the exception of certain Seafood Compensation Program claims, eligible E&PD Settlement
  claims will be paid on a rolling basis and E&PD Settlement claimants may receive payments before
  the Court considers whether to grant final approval.

- If you are included in the E&PD Settlement (an "E&PD Class Member"), your legal rights are
  affected whether you act or not.  Read this Notice carefully.

| E&PD CLASS MEMBERS' LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM** | The only way to request a payment under the E&PD Settlement. |
| **EXCLUDE YOURSELF (OPT OUT)** | Get no benefits from the E&PD Settlement.  Requesting exclusion from this Settlement (also called "Opting Out") would allow you to file or continue your own lawsuit against BP about the legal claims involved in this E&PD Settlement. |
| **OBJECT** | Write to the Court about why you do not like the E&PD Settlement. |
| **GO TO A FAIRNESS HEARING** | Ask to speak in Court about the fairness of the E&PD Settlement. |
| **DO NOTHING** | Get no individual financial benefits from the E&PD Settlement.  However, if you are an E&PD Class Member, the terms of the E&PD Settlement will still apply to you. |

These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

## QUESTIONS? CALL 1-866-992-6174 OR VISIT DEEPWATERHORIZONSETTLEMENTS.COM

Si desea recibir esta notificación en español, llámenos o visite nuestra página web.

Để được thông báo bằng tiếng Việt, xin gọi điện thoại hoặc vào trang mạng.

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

# If you had economic loss or property damage because of the Deepwater Horizon oil spill, you could get money from a class action settlement.

*A federal court directed this Notice. This is not a solicitation from a lawyer.*

- Two settlements—one for economic and property damage claims and another for medical claims—have been reached with BP Exploration & Production Inc. and BP America Production Company ("BP") over the Deepwater Horizon oil spill.

- This Notice explains the Economic & Property Damages Settlement ("E&PD Settlement").

- If you are included in the Economic & Property Damages Settlement, you may receive money if you have been damaged by the Deepwater Horizon oil spill in one or more of the following categories:

|  |  |
|---|---|
| ■ Seafood Compensation | ■ Vessels of Opportunity Charter Payment |
| ■ Economic Damage | ■ Coastal Real Property Damage |
| ■ Loss of Subsistence | ■ Wetlands Real Property Damage |
| ■ Vessel Physical Damage | ■ Real Property Sales Damage |

- There are geographic areas or "Zones" associated with several of these categories. The website DeepwaterHorizonSettlements.com has detailed descriptions and maps to help you determine whether a location may be included in one or more of these zones.

- With the exception of certain Seafood Compensation Program claims, eligible E&PD Settlement claims will be paid on a rolling basis and E&PD Settlement claimants may receive payments before the Court considers whether to grant final approval.

- If you are included in the E&PD Settlement (an "E&PD Class Member"), your legal rights are affected whether you act or not. Read this Notice carefully.

| E&PD CLASS MEMBERS' LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT: | |
|---|---|
| SUBMIT A CLAIM FORM | The only way to request a payment under the E&PD Settlement. |
| EXCLUDE YOURSELF (OPT OUT) | Get no benefits from the E&PD Settlement. Requesting exclusion from this Settlement (also called "Opting Out") would allow you to file or continue your own lawsuit against BP about the legal claims involved in this E&PD Settlement. |
| OBJECT | Write to the Court about why you do not like the E&PD Settlement. |
| GO TO A FAIRNESS HEARING | Ask to speak in Court about the fairness of the E&PD Settlement. |
| DO NOTHING | Get no individual financial benefits from the E&PD Settlement. However, if you are an E&PD Class Member, the terms of the E&PD Settlement will still apply to you. |

These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

## QUESTIONS? CALL 1-866-992-6174 OR VISIT DEEPWATERHORIZONSETTLEMENTS.COM

Si desea recibir esta notificación en español, llámenos o visite nuestra página web.
Để được thông báo bằng tiếng Việt, xin gọi điện thoại hoặc vào trang mạng.

# WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ................................................................................................................ **PAGE 4**

    1.  Why is this Notice being provided?

    2.  What is this lawsuit about?

    3.  What is the Deepwater Horizon Incident?

    4.  Why is this a class action?

    5.  Why is there a settlement?

    6.  Is the Economic & Property Damages Settlement part of the Gulf Coast Claims Facility (GCCF)?

    7.  What happened to pending or unresolved GCCF claims?

    8.  What if I received a GCCF final payment and signed a release?

    9.  If I submitted a Short Form Joinder in the lawsuit, do I still need to file a claim?

**WHO IS IN THE SETTLEMENT** ................................................................................................ **PAGE 6**

    10.  Who is in the Economic & Property Damages Class?

    11.  Are there exceptions to being included in the Economic & Property Damages Class?

    12.  How do I know if I am eligible to receive a payment from the Economic & Property Damages Settlement?

    13.  Does the Economic & Property Damages Settlement cover claims for medical benefits?

    14.  What if I'm still not sure whether I am included in the Economic & Property Damages Settlement?

    15.  What happens if I am not included in the Economic & Property Damages Settlement?

**E&PD SETTLEMENT CLAIMS ELIGIBILITY AND BENEFITS CHART** ........................ **PAGE 11**

**HOW TO REQUEST A PAYMENT—SUBMITTING A CLAIM FORM** .............................. **PAGE 14**

    16.  How much will an eligible Economic & Property Damages Class Member receive?

    17.  How do I submit a Claim Form to request payment?

    18.  Do I need to submit supporting documentation?

    19.  What if my claim is denied or I am not satisfied with my payment?

    20.  When will I get my payment?

    21.  What other benefits does the Economic & Property Damages Settlement provide?

    22.  What am I giving up to get a payment?

**EXCLUDING YOURSELF FROM THE ECONOMIC & PROPERTY DAMAGES CLASS** ........ **PAGE 16**

    23.  If I do not want to participate in the Economic & Property Damages Settlement, what must I do?

    24.  If I exclude myself, can I get anything from this Settlement?

    25.  If I exclude myself from the Economic & Property Damages Settlement, can I still make an Oil Pollution Act claim with BP directly?

    26.  If I do not exclude myself, can I sue BP later?

    27.  If I exclude myself from the Economic & Property Damages Settlement, can I change my mind later?

**OBJECTING TO THE SETTLEMENT**..............................................................................**PAGE 17**

    28. How do I tell the Court if I do not like the Economic & Property Damages Settlement?

    29. What is the difference between objecting to, and asking to be excluded from, the Economic & Property Damages Settlement?

**THE LAWYERS REPRESENTING YOU**..........................................................................**PAGE 18**

    30. Do I have a lawyer in this case?

    31. How will the lawyers be paid?

**THE COURT'S FAIRNESS HEARING**.............................................................................**PAGE 19**

    32. When and where will the Court decide whether to approve this Economic & Property Damages Settlement?

    33. Do I have to come to the Fairness Hearing?

**IF YOU DO NOTHING**....................................................................................................**PAGE 20**

    34. What happens if I do nothing?

**GETTING MORE INFORMATION**..................................................................................**PAGE 20**

    35. How do I get more information?

# BASIC INFORMATION

## 1. Why is this Notice being provided?

You have a right to know about the proposed settlement of this class action lawsuit and about your options relating to the proposed Settlement. This Notice explains the lawsuit, the E&PD Settlement, your legal rights, what benefits are available, who may be eligible for those benefits, and how to get them.

> **This Notice does not provide any information related to the Medical Benefits Settlement.** For more information about the Medical Benefits Settlement, and to determine whether your rights are affected by that settlement, or whether you are eligible for benefits under that settlement, visit DeepwaterHorizonSettlements.com, or call 1-866-992-6174.

Judge Carl J. Barbier of the United States District Court for the Eastern District of Louisiana is overseeing this class action. The case is known as *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, MDL No. 2179. The people who started the lawsuit are called "Plaintiffs," and BP is among the companies being sued.

Capitalized terms are defined terms in the E&PD Settlement Agreement, which is available on the website.

**Do not call the Court or any Judge's office to ask questions about the E&PD Settlement.** If you have questions or if you want more information, please visit DeepwaterHorizonSettlements.com or call 1-866-992-6174.

## 2. What is this lawsuit about?

The lawsuit asserts certain economic loss and property damage claims arising out of the "Deepwater Horizon Incident" (*see* Question 3) in the Gulf of Mexico beginning on April 20, 2010. The Plaintiffs seek money and other relief for economic and property damage they allege was caused by the Deepwater Horizon Incident. BP disputes and denies Plaintiffs' claims in that lawsuit.

## 3. What is the Deepwater Horizon Incident?

"Deepwater Horizon Incident" refers to the events, actions, inactions, and omissions leading up to and including:

- The blowout of the MC252 Well (also known as the "Macondo well") on April 20, 2010;
- The explosions and fire on board the Deepwater Horizon oil rig;
- The sinking of the Deepwater Horizon oil rig on April 22, 2010;
- The release of oil and other substances from the MC252 Well and/or the Deepwater Horizon oil rig and its appurtenances (equipment);
- The efforts to contain the MC252 Well;
- All "Response Activities" including the "Vessels of Opportunity" ("VoO") program;
- The operation of the "Gulf Coast Claims Facility" ("GCCF"); and
- BP's public statements relating to all of the above.

## 4. Why is this a class action?

In a class action, one or more "Class Representatives" sue on behalf of all those with the same types of claims arising from the same events. Here, the Class Representatives are suing to obtain payments for a class of individuals and businesses with specific types of claims for economic loss and property damage arising from the Deepwater Horizon Incident. This class is called the "Economic & Property Damages Settlement Class" or "E&PD Class" for short, and its members—those people and businesses who meet the Class Definition—are the "E&PD Class Members." Go to Question 10 to see if you are an E&PD Class member. One court resolves the issues for all class members.

## 5. Why is there a settlement?

The Court has not decided the case in favor of Plaintiffs or BP. Instead, after extensive, arm's length negotiations, the Plaintiffs and BP have agreed to settle this case to avoid the cost, delay, and risk of a trial. The Class Representatives and their lawyers think the proposed E&PD Settlement is best for all E&PD Class Members.

## 6. Is the Economic & Property Damages Settlement part of the Gulf Coast Claims Facility (GCCF)?

No. The GCCF has been closed. The new Deepwater Horizon Court-Supervised Settlement Program ("Settlement Program") has been established under the E&PD Settlement. By the agreement of the parties, the new program operates according to specific, agreed-upon rules and under the supervision of the Court. If you had a claim rejected or denied by the GCCF, it will not affect your eligibility or right to receive a payment under the E&PD Settlement. If you had a claim paid by the GCCF, and you did not sign a release (*see* Question 8), you may still be eligible to receive a payment under the E&PD Settlement.

## 7. What happened to pending or unresolved GCCF claims?

All pending and unresolved GCCF claims, including all documents related to those claims, have been transferred to the new Settlement Program. The Settlement Program is working on these claims under the rules of the E&PD Settlement. If additional information is needed to process your claim, you will be contacted. If you have a specific question about the status of a GCCF claim, you can call the Settlement Program at 1-866-992-6174 for assistance.

## 8. What if I received a GCCF final payment and signed a release?

If you made a claim to the GCCF, received payment for that claim, and signed a document called, "Release and Covenant Not to Sue," you are not eligible to receive money from most parts of the E&PD Settlement. However, you may still be eligible to submit a VoO Charter Payment claim or a Vessel Physical Damage claim (*see* the E&PD Settlement Claims Eligibility and Benefits Chart below for details of VoO Charter Payments and Vessel Physical Damage claims.) You may also still be eligible to participate in the separate Medical Benefits Settlement. If your GCCF claim and the "Release and Covenant Not to Sue" related only to a bodily injury claim, you may still be able to participate in the E&PD Settlement.

### 9. If I submitted a Short Form Joinder in the lawsuit, do I still need to file a claim?

Yes.  Even if you submitted a special short form ("Short Form Joinder") as part of the lawsuit against BP, you still must submit a Claim Form and provide all required documentation to make a claim and request payment from the Settlement Program (*see* Question 17).

## WHO IS IN THE SETTLEMENT

To see if you will be affected by the E&PD Settlement or if you can get a payment from it, you first have to determine if you are an E&PD Class Member.

### 10.  Who is in the Economic & Property Damages Class?

The E&PD Class includes individuals, businesses, and other entities.  The complete text of the E&PD Class definition is in Section 1 of the E&PD Settlement Agreement.  The Agreement and other materials and information are available on the website, and by request.  Please answer the series of questions below to see if you may be an E&PD Class Member.  The first set of questions is for individuals and the second set of questions is for businesses and other entities.  The definitions below will help you when answering the questions.

- **"Gulf Coast Areas"** include the States of Louisiana, Mississippi, and Alabama; the counties of Chambers, Galveston, Jefferson, and Orange in the State of Texas; and the counties of Bay, Calhoun, Charlotte, Citrus, Collier, Dixie, Escambia, Franklin, Gadsden, Gulf, Hernando, Hillsborough, Holmes, Jackson, Jefferson, Lee, Leon, Levy, Liberty, Manatee, Monroe, Okaloosa, Pasco, Pinellas, Santa Rosa, Sarasota, Taylor, Wakulla, Walton, and Washington in the State of Florida.  "Gulf Coast Areas" also includes all adjacent Gulf waters, bays, estuaries, straits, and other tidal or brackish waters within the States of Louisiana, Mississippi, and Alabama, and those described counties of Texas or Florida.

- **"Specified Gulf Waters"** means the U.S. waters of the Gulf of Mexico and all adjacent bays, estuaries, straits, and other tidal or brackish waters within the Gulf Coast Areas.

- **"Entity"** means an organization or entity, other than a Governmental Organization, operating or having operated for profit or not-for-profit, including a partnership, a corporation, a limited liability company, an association, a joint stock company, a trust, a joint venture, or an unincorporated association of any kind or description.

- **"Consumer"** means a Natural Person or an Entity that buys any product for individual use or consumption and not for manufacture or resale.

- **"End User"** means a Natural Person or Entity that buys any product for his, her, or its individual use or consumption and not for manufacture or resale.

| Questions for Individuals | Yes | No |
|---|---|---|
| Do you live in the U.S.? | Continue to next question. | You are <u>not</u> an E&PD Class Member. |
| Did you live in, work in, were offered and accepted work in, own or lease property in, or own, lease, or work on a vessel harbored or home-ported in the Gulf Coast Areas or Specified Gulf Waters at any time between April 20, 2010, and April 16, 2012? OR Did you work on a vessel in Specified Gulf Waters at any time between April 20, 2010 and April 16, 2012 that landed Seafood in the Gulf Coast Areas after April 20, 2009? | Continue to next question. | You are <u>not</u> an E&PD Class Member. |
| Do you have any economic loss arising out of the Deepwater Horizon Incident? OR Was your real or personal property damaged as a result of the Deepwater Horizon Incident? | Continue to next question. | You are <u>not</u> an E&PD Class Member. |
| Do your claims for economic loss or property damage meet the descriptions of one or more of these categories: (1) Seafood Compensation (2) Economic Damage (3) Loss of Subsistence (4) Vessels of Opportunity ("VoO") Charter Payment (5) Vessel Physical Damage (6) Coastal Real Property Damage (7) Wetlands Real Property Damage (8) Real Property Sales Damage | You may be an E&PD Class Member. *Continue to* Eligibility and Benefits Chart beginning on page 11 of this Notice to determine whether you may be eligible for a payment. | You are <u>not</u> an E&PD Class Member. |

Individuals may also be included in the Medical Benefits Settlement if they were Clean-Up Workers or were residents in certain defined areas or "Zones." More information on the Medical Benefits Settlement is available on the website or by calling 1-866-992-6174.

| Questions for Businesses and Other Entities | Yes | No |
|---|---|---|
| (1) Did your business or Entity own, operate, or lease a physical facility or vessel in the Gulf Coast Areas or Specified Gulf Waters between April 20, 2010 and April 16, 2012, and <br><br>     Sell products in the Gulf Coast Areas or Specified Gulf Waters: (a) directly to Consumers or End Users of those products; or (b) to another Entity that sold those products to Consumers or End Users of those products? <br><br>     or <br><br>     Regularly purchase Seafood harvested from Specified Gulf Waters in order to produce goods for resale? <br><br>     OR <br><br> (2) Was your business or Entity a service business with one or more full-time employees (including owner-operators) who performed full-time services while physically present in the Gulf Coast Areas or Specified Gulf Waters between April 20, 2010 and April 16, 2012? <br><br> OR <br><br> (3) Did your business or Entity own, operate, or lease a vessel that (a) was home ported in the Gulf Coast Areas at any time from April 20, 2010 to April 16, 2012, or (b) landed Seafood in the Gulf Coast Areas at any time from April 20, 2009 to April 16, 2012? <br><br> OR <br><br> (4) Did your business or Entity own or lease real property in the Gulf Coast Areas between April 20, 2010 and April 16, 2012? | Continue to next question. | You are <u>not</u> an E&PD Class Member. |
| Do your business's or Entity's claims for economic loss or property damage meet the descriptions one or more of these categories: <br><br> (1) Seafood Compensation <br><br> (2) Economic Damage <br><br> (3) Vessels of Opportunity ("VoO") Charter Payment <br><br> (4) Vessel Physical Damage <br><br> (5) Coastal Real Property Damage <br><br> (6) Wetlands Real Property Damage <br><br> (7) Real Property Sales Damage | You may be an E&PD Class Member. <br><br> *Continue to Eligibility and Benefits Chart beginning on page 11 of this Notice to determine whether you may be eligible for a payment.* | You are <u>not</u> an E&PD Class Member. |

## 11. Are there exceptions to being included in the Economic & Property Damages Class?

Yes.  The following individuals and entities are excluded from the E&PD Class:

- Anyone who excludes themselves from ("Opts Out" of) the E&PD Class;
- Defendants in MDL 2179 and certain current and former employees of BP and other Defendants in MDL 2179;
- The Court, including any sitting judges on the United States District Court for the Eastern District of Louisiana, their law clerks serving during the pendency of this lawsuit, and members of any such judge's or current law clerk's immediate family;
- Governmental Organizations; and
- Individuals and Entities that received a payment from the GCCF and signed a "Release and Covenant Not To Sue" (although these Individuals and Entities may still make a VoO Charter Payment claim or a Vessel Physical Damage claim).  See Questions 6-8.

In addition, the following types of Entities and their employees are excluded, to the extent these Entities and/or their employees claim economic losses based on their employment by such Entity:

- Certain Financial Institutions;
- Certain Funds, Trusts, and Other Financial Vehicles;
- Certain Gaming Entities;
- Certain Insurance Entities;
- Certain Oil & Gas Industry Entities;
- Certain Defense Contractors;
- Certain Real Estate Developers; and
- Any Entity selling or marketing BP-branded fuel, including jobbers and branded dealers.

Individuals and Entities in these above-listed industries may be eligible for payments under certain categories of economic losses not related to these industries, such as Coastal Real Property Damage and Wetlands Real Property Damage.  See the Settlement Agreement or call 1-866-992-6174 for more information.

The following claims are also not included in the E&PD Settlement:

- Bodily Injury Claims;
- BP Shareholder Claims;
- Moratoria Loss Claims;
- Claims relating to menhaden (or "pogy") fishing, processing, selling, catching, or harvesting;
- Claims for Economic Damage by Entities or Individuals based on employment in the Banking, Gaming, Financial, Insurance, Oil & Gas, Real Estate Development, and Defense Contractor industries, as well as Entities selling or marketing BP-branded fuel (including jobbers and branded dealers); and
- Claims for punitive damages against Halliburton and Transocean. See Question 21.

You may still pursue these claims and remain an E&PD Class Member without Opting Out.

The full description of the Entities, individuals, and claims that are excluded from the E&PD Class can be found on the website or by calling 1-866-992-6174.

## 12. How do I know if I am eligible to receive a payment from the Economic & Property Damages Settlement?

There are separate eligibility rules for each of the claim categories in the E&PD Settlement. The Settlement Claims Eligibility and Benefits Chart beginning on page 11 of this Notice illustrates who may be eligible to receive a payment in each category. A number of these categories include geographic zones. Visit the website to review detailed zone maps.

## 13. Does the Economic & Property Damages Settlement cover claims for medical benefits?

No. The E&PD Settlement does not include claims for medical benefits. If you suffer from medical conditions arising out of the Deepwater Horizon Incident, you may also be eligible to participate in the Medical Benefits Settlement. More information about the Medical Benefits Settlement is available on the website or by calling 1-866-992-6174.

## 14. What if I'm still not sure whether I am included in the Economic & Property Damages Settlement?

If you are not sure whether you are in the E&PD Class, or have any other questions about the E&PD Settlement, visit the website at or call the toll-free number, 1-866-992-6174. You may also write with questions to Deepwater Horizon Court-Supervised Settlement, PO Box 1439, Hammond, LA 70404-1439 or send an e-mail to questions@DeepwaterHorizonEconomicSettlement.com.

## 15. What happens if I am not included in the Economic & Property Damages Settlement?

If you are not an E&PD Class Member, you are not included in the E&PD Settlement. However, you may still be included in the Medical Benefits Settlement (see Question 13). Also, if you are not included in the E&PD Settlement, you may file an Oil Pollution Act claim with BP directly. You can get more information about filing an Oil Pollution Act claim directly with BP by visiting www.bp.com/claims or calling 1-855-687-2631.

**E&PD SETTLEMENT CLAIMS ELIGIBILITY AND BENEFITS CHART**

| Claim Category | Eligibility Requirements | Potential Benefits |
|---|---|---|
| **Seafood Compensation Claim** | Claims for economic loss related to Seafood can be made by Individuals and Entities that qualify as Commercial Fishermen, Seafood Boat Captains, Seafood Crew (including first mates, second mates, boatswains, and deckhands), Oyster Leaseholders, and Seafood Vessel Owners. Claims may be submitted in the following categories:<br><br>• Shrimp (Vessel Owner, Commercial Fisherman Vessel Lessee, Boat Captain claims);<br>• Oyster (including leaseholder interest and lost income claims) (Leaseholder, Vessel Owner, Commercial Fisherman Vessel Lessee, Boat Captain claims);<br>• Finfish (Vessel Owner, Commercial Fisherman Vessel Lessee, Boat Captain, Individual Fishing Quota ("IFQ") holder claims);<br>• Blue Crab and Other Fish (Vessel Owner, Commercial Fisherman Vessel Lessee (including crab trap damage), Boat Captain claims); and<br>• Seafood Crew (excluding Boat Captains)<br><br>Claimants may seek compensation under more than one Seafood Compensation claim category.<br><br>The Seafood Compensation claim deadline is earlier than the claim deadline for all other claims in the E&PD Settlement. The deadline to submit a Seafood Compensation Claim Form is 30 days after entry and judgment of the Court's final approval of the E&PD Settlement. The exact date of the claim deadline will be posted on the website.<br><br>For more details on the Seafood Compensation Program, please visit the Settlement website or call 1-866-992-6174. | BP will pay for economic loss related to Seafood under the Seafood Compensation Program under a process approved by the Court-appointed Neutral. The Seafood Compensation Program is estimated to result in claims payments totaling $1.9 billion of the $2.3 billion in the Program. There may be a later distribution of any such balance may be affected by the number of other qualified participants in the Seafood Program.<br><br>The payment amount for Seafood Compensation claims varies depending on the type of claimant, the Seafood category, and the type of proof provided.<br><br>Boat Captains, Vessel Owners/Lessees, and Oyster Leaseholders can choose between two payment methods: a revenue-based model based on tax returns, trip tickets, and the equivalent; or an accelerated model based on more easily-provided proof like vessel size or oyster leasehold acres.<br><br>Any money previously received from BP or the GCCF for spill-related Seafood claims (excluding VoO claims) will be deducted from the Settlement payment.<br><br>An RTP* multiplier may be applied to payments for all claim categories other than IFQ holders and certain Seafood Crew.<br><br>All Seafood Compensation claims will be paid as they are received and approved, except for some Seafood Crew claims that will be determined after the Seafood Compensation claim deadline and paid as soon as possible by the Claims Administrator.<br><br>You may be eligible for an additional payment if there is any money left over in the Seafood Compensation Program after all claims are paid in full. However, the extent to which you may share in any Seafood Compensation Program reserve will depend on the number of other qualified participants in the Seafood Compensation Program. |

11

---

* The "Risk Transfer Premium" ("RTP") increases the payment amount for certain E&PD Class Members whose losses could be recurring, to account for the risk of future economic losses related to the Deepwater Horizon Incident. The E&PD Settlement specifies RTPs applicable to certain types of industries or claims.

**QUESTIONS? CALL 1-866-992-6174 OR VISIT DEEPWATERHORIZONSETTLEMENTS.COM**

| | |
|---|---|
| **Economic Damage Claim** | Claims for economic damage can be made by Individuals and Entities in certain industries or geographic zones that lost profits or earnings as a result of the Deepwater Horizon Incident.<br><br>Depending on their industry or geographic zone, some Individuals and Entities may need to provide evidence that their economic losses were caused by the Deepwater Horizon Incident.<br><br>For more details on eligible Economic Damage claims, please visit the website, or call 1-866-992-6174. | In general, the payment amount for Economic Damage claims is calculated by comparing actual post-spill earnings to the earnings that might have been expected in that post-spill period. There are also considerations for specialized circumstances, such as start-up businesses, failed businesses, multi-facility businesses, new entrants to employment, and festival vendors.<br><br>An RTP* multiplier will be applied to the payments for some types of Economic Damage claims.<br><br>Any money previously received from BP or the GCCF for the same economic loss will be deducted from the Settlement payment. |
| **Loss of Subsistence Claim** | Claims for loss of subsistence can be made by Individuals who fished or hunted in certain geographic regions to harvest, catch, barter, consume, or trade Gulf of Mexico natural resources, including Seafood and Game, in a traditional or customary manner to sustain their basic or family dietary, economic security, shelter, tool or clothing needs, and who relied upon subsistence resources that were diminished or restricted in the geographic region used by the individual due to the Deepwater Horizon Incident.<br><br>*Those who fish or hunt solely for pleasure or sport are not eligible to make claims for subsistence, regardless of whether or not they consume their catch.* | Payments will be based on the retail value of the Seafood and Game lost between April 20, 2010 and December 31, 2011.<br><br>An RTP* multiplier will be applied to payments for Loss of Subsistence claims, in part to account for the damage to subsistence family and community customs and culture. |
| **VoO Charter Payment Claim** | Claims for economic loss caused by participation in the VoO program (regardless of whether dispatched or asked to perform work) can be made by those who:<br><br>• Registered to participate in the VoO program;<br>• Executed a VoO Master Vessel Charter Agreement; and<br>• Completed the initial VoO training program. | For claimants who were dispatched or asked to perform work in the VoO program, payment amounts will range from $41,600 to $88,400, depending on vessel length.<br><br>For claimants who completed the initial VoO training program but were never dispatched or asked to perform work in the VoO program, payment amounts will range from $4,800 to $10,200, depending on vessel length. |
| **Vessel Physical Damage Claim** | Individuals and Entities who were owners of an eligible vessel between April 20, 2010 and December 31, 2011 may recover for physical damage resulting from the Deepwater Horizon Incident or certain response clean-up operations, including the cost of removal of equipment or rigging added to an eligible vessel as part of response activities.<br><br>Payment is not available to claimants who: | Qualifying claimants will receive the reasonable and necessary costs to repair or replace an eligible vessel, whichever is lower. |

---

\* The "Risk Transfer Premium" ("RTP") increases the payment amount for certain E&PD Class Members whose losses could be recurring, to account for the risk of future economic losses related to the Deepwater Horizon Incident. The E&PD Settlement specifies RTPs applicable to certain types of industries or claims.

**QUESTIONS? CALL 1-866-992-6174 OR VISIT DEEPWATERHORIZONSETTLEMENTS.COM**

| | |
|---|---|
| | • Signed a Receipt and Release Letter Agreement for damage reimbursement as part of the VoO program; or<br>• Sustained damage to vessels while working for any oil spill response organization or an oil spill removal organization (other than the VoO program, federally-ordered cleanup operations, or other cleanup operations consistent with the National Contingency Plan). | |
| **Coastal Real Property Damage Claim** | Individuals and Entities who owned or leased coastal real property or boat slips located in certain geographical areas at any time from April 20, 2010 to December 31, 2010, can make claims for damage to that property.<br><br>In addition, for coastal real property located in certain geographic areas, owners of real or personal property that was physically damaged in connection with the Deepwater Horizon Incident response clean-up operations can make claims for Physical Damage. | Payment amounts range from 30% to 45% of the 2010 County Appraised Value of the parcel multiplied by 1.18%. For example, if the 2010 County Appraised Value is $100,000, the payment amount would range from $35,400 to $53,100. The Settlement Agreement describes how the 2010 County Appraised Value is determined for each included county (*see* Settlement Agreement at Exhibit 11A, Section 2(D)).<br><br>An RTP* multiplier will be applied to payments for Coastal Real Property Damage claims.<br><br>Payment for Response Operations Physical Damage is equal to the cost to either repair or replace the damaged property, whichever is lower. |
| **Real Property Sales Damage Claim** | Real Property Sales Damage claims can be made by sellers of residential property located in certain geographic areas if:<br><br>• The seller owned the property on April 20, 2010; and<br>• The sale of the property closed between April 21, 2010 and December 31, 2010. The sales contract must have been: (1) executed on or after April 21, 2010, or (2) executed before April 21, 2010, but subject to a price reduction due to the Deepwater Horizon Incident.<br><br>Transfers of residential real property from borrowers to lenders as part of a foreclosure process are not included. | Payment amounts will include 12.5% of the sale price of the qualifying residential property, less any prior compensation that the claimant previously received from BP or the GCCF in connection with the same property.<br><br>For shared properties, this amount will be divided based on the claimant's ownership interest. |
| **Wetlands Real Property Damage Claim** | Individuals and Entities who owned wetlands real property located in certain geographic areas at any time between April 20, 2010 and April 16, 2012, can make claims for Wetlands Real Property Damage.<br><br>In addition, owners of real or personal property, on wetlands real property located in certain geographic areas that was physically damaged by the Deepwater Horizon Incident response cleanup operations, can make claims for Physical Damage. | Payments will range between $4,500 and $25,000 per acre of certain shoreline or buffer areas based on whether the presence of oil was observed by various official assessments.<br><br>Payment for Physical Damage is equal to the cost to either repair or replace the damaged property, whichever is lower. |

---

* The "Risk Transfer Premium" ("RTP") increases the payment amount for certain E&PD Class Members whose losses could be recurring, to account for the risk of future economic losses related to the Deepwater Horizon Incident. The E&PD Settlement specifies RTPs applicable to certain types of industries or claims.

## HOW TO REQUEST A PAYMENT—SUBMITTING A CLAIM FORM

**16.  How much will an eligible Economic & Property Damages Class Member receive?**

The amount of your payment will be based on the type of claim you have (*see* E&PD Settlement Claims Eligibility and Benefits Chart beginning on page 11 of this Notice).  Complete information on all of the E&PD Settlement benefits is available on the website.

If you receive a payment for an Economic Damage or Seafood Compensation claim, you may also be eligible for payment of specified professional accounting services used to prepare your claim under a reimbursement framework.  Visit the website for information on the accounting services reimbursement process.

If you have questions about how the value of your potential claim will be determined, you can call 1-866-992-6174 for assistance.

**17.  How do I submit a Claim Form to request payment?**

If you are an E&PD Class Member, you must complete and submit a Claim Form to request a payment.  Each claim category has its own specific Claim Form with detailed instructions, including the types of supporting documentation required.  A Claim Form package is available on the website, or can be sent to you by mail by calling 1-866-992-6174.

To submit a Claim Form, you must mail it to the address below or file your Claim online on the website.  If you have questions about how to file your claim, you should call 1-866-992-6174 for assistance.

The address for mailing your Claim Form(s) is:

> Deepwater Horizon Court-Supervised Settlement
> PO Box 1439
> Hammond, LA 70404-1439

**Claim Offices will also be open across the Gulf Coast to help Class Members file claims**.  Please visit the website or call 1-866-992-6174 for the location of the Claim Offices.

**You may be eligible to file a claim under more than one category.**  You do not need to submit your claims under all categories at one time.  However, once you receive your first payment under the Settlement Program, you must file any and all additional claims within six months from the date of that first payment.

The deadline to submit all Seafood Compensation Claim Forms is 30 days after entry and judgment of the Court's final approval.  This deadline is earlier than the claims deadline for all other claims in the E&PD Settlement.  The exact date of the claim filing deadline will be posted on the website.

The deadline for filing a Claim Form for all claims other than Seafood Compensation claims is April 22, 2014, or six months after the E&PD Settlement becomes effective (that is, after the Court grants "final approval" and any appeals are resolved), whichever date is later.  The exact date of the claim filing deadline will be posted on the website.  It is highly recommended that E&PD Class Members complete and submit their Claim Form promptly.  If you do not submit a Claim Form on time you will lose the opportunity to apply for a payment from the E&PD Settlement.

Economic and Property Damages Settlement
**Deepwater Horizon Court-Supervised Settlement Program**
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

## Zone Overview Maps

The following maps provide an overview of geographic "Zones" included in the Economic and Property Damages Settlement. Visit the Settlement website to access detailed maps and related descriptions. The website also has an online mapping tool to help you determine whether a geographic location may be included in one or more of these Zones.

# Economic Loss

### Texas and Louisiana



Economic and Property Damages Settlement
Deepwater Horizon Court-Supervised Settlement Program
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

## Zone Overview Maps

# <u>Economic Loss</u>

## Mississippi and Alabama



Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

2

Economic and Property Damages Settlement
Deepwater Horizon Court-Supervised Settlement Program
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

## Zone Overview Maps

# Economic Loss

### Florida



Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

3

Economic and Property Damages Settlement
Deepwater Horizon Court-Supervised Settlement Program
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

## Zone Overview Maps

### Specified Gulf Waters





Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

6

Economic and Property Damages Settlement
Deepwater Horizon Court-Supervised Settlement Program
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

Zone Overview Maps

# Coastal Real Property Damage and Real Property Sales Damage

**Louisiana**



**Mississippi and Alabama**



**Florida Panhandle**



Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

4

**Economic and Property Damages Settlement**
**Deepwater Horizon Court-Supervised Settlement Program**
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* **MDL 2179**

**Zone Overview Maps**

# <u>Wetlands Real Property Damage</u>

### Louisiana Western



### Louisiana Eastern



Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

5

**Economic and Property Damages Settlement**
**Deepwater Horizon Court-Supervised Settlement Program**
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* **MDL 2179**

## Zone Overview Maps

The following maps provide an overview of geographic "Zones" included in the Economic and Property Damages Settlement.  Visit the Settlement website to access detailed maps and related descriptions. The website also has an online mapping tool to help you determine whether a geographic location may be included in one or more of these Zones.

# Economic Loss

## Texas and Louisiana



**Economic and Property Damages Settlement**
**Deepwater Horizon Court-Supervised Settlement Program**
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

## Zone Overview Maps

# <u>Economic Loss</u>

### Mississippi and Alabama



Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

2

Economic and Property Damages Settlement
Deepwater Horizon Court-Supervised Settlement Program
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

## Zone Overview Maps

# Economic Loss

**Florida**



**Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174**

3

Economic and Property Damages Settlement
Deepwater Horizon Court-Supervised Settlement Program
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

## Zone Overview Maps

### Specified Gulf Waters





LEGEND

Specified Gulf Waters

Waters Not Included in Class Definition: State Waters Within 3 Marine Leagues (9 Nautical Miles) of Coasts of Texas Counties Not Included in Gulf Coast Area

Boundaries of National Territorial Waters

Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

6

Economic and Property Damages Settlement
Deepwater Horizon Court-Supervised Settlement Program
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

Zone Overview Maps

# Coastal Real Property Damage and
# Real Property Sales Damage

### Louisiana



### Mississippi and Alabama



### Florida Panhandle



Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

4

Economic and Property Damages Settlement
Deepwater Horizon Court-Supervised Settlement Program
*In re: Oil Spill by the Oil Rig "Deepwater Horizon" in Gulf of Mexico on April 20, 2010,* MDL 2179

**Zone Overview Maps**

# Wetlands Real Property Damage

## Louisiana Western



## Louisiana Eastern



Questions?  Visit DeepwaterHorizonSettlements.com or call 1-866-992-6174

5

## 18. Do I need to submit supporting documentation?

Yes. You will need to include certain supporting documents for your claim to be accepted. Please read the Claim Form instructions carefully. If you have any questions about preparing the Claim Form, call 1-866-992-6174.

## 19. What if my claim is denied or I am not satisfied with my payment?

The E&PD Settlement provides a process to resolve disagreements about how much money you should get. You will get further details in the letter you receive after your claim has been processed. If your claim is denied, or if you are not satisfied with the amount of your payment, you may file an appeal. In cases of an award above $25,000, BP also has the right to appeal. The website will have an appeal form and further explanation of the appeals process. Please note that there is no appeals process for some Seafood Compensation claims.

## 20. When will I get my payment?

In general, valid claims will be paid as they are received and approved, except for certain Seafood Compensation claims. Certain Seafood Crew claims for Seafood Compensation will be paid after the Seafood Compensation claim deadline, after all such Seafood Crew claims have been processed.

## 21. What other benefits does the Economic & Property Damages Settlement provide?

The E&PD Settlement includes the creation of a new $57 million fund to promote tourism and the seafood industry in Gulf Coast areas affected by the Deepwater Horizon Incident.

In addition, BP is giving to the E&PD Class the right to pursue certain claims against Transocean and Halliburton for the benefit of the E&PD Class. If successful, any proceeds from such claims will be used for the benefit of the class in a manner to be approved by the Court.

## 22. What am I giving up to get a payment?

If you accept a payment in the E&PD Settlement, you will give up your right to sue BP or the Released Parties (identified in Section 10 of the Settlement Agreement) regarding all of the claims resolved by the E&PD Settlement, as described more fully in Section 10 of the E&PD Settlement Agreement.

However, you will NOT give up your right to sue BP or any of the Released Parties for any other claims (that is, any claims that were not resolved by the E&PD Settlement).

The full text of the Settlement Agreement is available on the website. **The Settlement Agreement describes the released claims with specific descriptions in legal terminology, so read it carefully.** If you have any questions about the released claims and what they mean, you can talk to the law firms representing the E&PD Class, listed in Question 30 below, for free; or you can, at your own expense, talk to your own lawyer.

## EXCLUDING YOURSELF FROM THE ECONOMIC & PROPERTY DAMAGES CLASS

If you do not want to participate in the E&PD Settlement and you want to keep all of your rights to sue BP and any of the Released Parties about the claims being resolved in the E&PD Settlement, then you must take steps to get out of the E&PD Class. This is called asking to be excluded from, or sometimes called "Opting Out" of, the class.

**23. If I do not want to participate in the Economic & Property Damages Settlement, what must I do?**

To exclude yourself or your Entity from (or Opt Out of) the E&PD Class, you must mail in a written request stating "I wish to be excluded from the Economic & Property Damages Class." Your written request must also include your printed name, address and phone number, and must be signed by you.

You must **mail** your written request postmarked by **October 1, 2012**, to:

> Deepwater Horizon Court-Supervised Settlement
> Exclusions Department
> PO Box 222
> Hammond, LA 70404-0222

You cannot ask to be excluded from the E&PD Settlement on the phone, by email, or on the website.

If you choose to Opt Out of the Economic Class, you must Opt Out for all claims you have that are included in the E&PD Settlement.

**You do not have to Opt Out of the E&PD Settlement in order to preserve or pursue these Reserved Claims:**

*(handwritten: gim cancer from cast net (fishing) ulcers in stomach, 5 year beating with claim)*

- Bodily Injury Claims;
- BP Shareholder Claims;
- Moratoria Loss Claims;
- Claims arising from the fishing, processing, selling, catching, or harvesting of menhaden or "pogy" fish;
- Certain Oil & Gas Industry Claims;
- Certain Gaming Industry Claims;
- Certain Banking, Financial and/or Insurance Industry Claims;
- Economic Damage claims based on employment in the following industries:
  - Banking, Financial and/or Insurance;
  - Oil & Gas;
  - Gaming;
- Claims for punitive damages against Halliburton and Transocean.

## 24.  If I exclude myself, can I get anything from this Settlement?

No.  If you exclude yourself from the E&PD Settlement, you will not be able to make a claim to receive any payment under the E&PD Settlement, and you cannot object to the proposed E&PD Settlement.  If you exclude yourself, however, you may sue or be part of a different lawsuit against BP in the future. You will not be bound by anything that happens in this lawsuit.

## 25.  If I exclude myself from the Economic & Property Damages Settlement, can I still make an Oil Pollution Act claim with BP directly?

Yes. Individuals, businesses, and Entities that exclude themselves from the E&PD Settlement may file Oil Pollution Act ("OPA") claims directly with BP.  You can get more information about filing an Oil Pollution Act claim directly with BP by visiting www.bp.com/claims or calling 1-855-687-2631.

## 26.  If I do not exclude myself, can I sue BP later?

No.  If you are an Economic & Property Damages Class Member and you do not exclude yourself, you give up the right to sue BP or any of the Released Parties for the claims that the E&PD Settlement resolves.  You can still pursue the Reserved Claims listed in Question 23.

## 27.  If I exclude myself from the Economic & Property Damages Settlement, can I change my mind later?

Yes.  You have the right to request to withdraw ("revoke") your decision to Opt Out of the E&PD Settlement as long as you do it by **November 5, 2012**, as described more fully in Section 8 of the E&PD Settlement Agreement.  In some cases you may be able to revoke your request to Opt Out of the E&PD Settlement after **November 5, 2012**, but BP must agree to any request received after this date and there is no guarantee they will do so.  Please visit the website or call 1-866-992-6174 for details about how to revoke an Opt Out.

## OBJECTING TO THE SETTLEMENT

## 28.  How do I tell the Court if I do not like the Economic & Property Damages Settlement?

Only an E&PD Class Member can object to the E&PD Settlement.  If you are an E&PD Class Member, you can object to the E&PD Settlement if you do not like all or some part of it.  To object, send a letter explaining your objection to the proposed Economic & Property Damages Settlement in *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, MDL No. 2179.  Your objection letter must include:

1) A detailed statement of each objection being made, including the specific reasons for each objection, and any evidence or legal authority to support each objection;
2) Your name, address, and telephone number;
3) Written evidence establishing that you are an E&PD Class Member, such as proof of residency, proof of ownership of property, proof of employment, and/or proof of business incorporation and operation; and
4) Any supporting papers, materials, or briefs that you want the Court to consider when reviewing the objection.

An E&PD Class Member may also object through an attorney hired at his, her, or its own expense. The attorney will have to file a notice of appearance with the Court by **August 31, 2012**, and serve a copy of the notice and the objection containing the information detailed above on E&PD Class Counsel and BP's Counsel by **August 31, 2012**.

Objections must be sent by first class mail to each of the following addresses postmarked by **August 31, 2012**. Objections submitted after this date will not be considered.

| ECONOMIC & PROPERTY DAMAGES LEAD CLASS COUNSEL | DEFENDANTS' COUNSEL | COURT |
|---|---|---|
| James Parkerson Roy<br>Attn: Deepwater Horizon E&PD Settlement<br>Domengeaux Wright Roy & Edwards<br>556 Jefferson St., Suite 500<br>P.O. Box 3668<br>Lafayette, LA 70501<br><br>Stephen J. Herman<br>Attn: Deepwater Horizon E&PD Settlement<br>Herman Herman Katz & Cotlar LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | Richard C. Godfrey, P.C.<br>Attn: Deepwater Horizon E&PD Settlement<br>Kirkland & Ellis LLP<br>300 North LaSalle Street<br>Chicago, IL 60654 | Clerk of Court<br>United States District Court for the Eastern District of Louisiana<br>500 Poydras Street<br>New Orleans, LA 70130 |

**Do not call the Court or any Judge's office to object to the E&PD Settlement**. If you have questions, please visit DeepwaterHorizonSettlements.com or call 1-866-992-6174.

### 29. What is the difference between objecting to, and asking to be excluded from, the Economic & Property Damages Settlement?

Objecting is simply telling the Court that you do not like something about the E&PD Settlement. You can object only if you stay in the E&PD Class. Excluding yourself, also called Opting Out, is telling the Court that you do not want to be part of the E&PD Class. If you exclude yourself, you cannot object to the E&PD Settlement and you will not be eligible to apply for a payment under the E&PD Settlement.

## THE LAWYERS REPRESENTING YOU

### 30. Do I have a lawyer in this case?

The Court has appointed Stephen J. Herman (Lead Class Counsel), James Parkerson Roy (Lead Class Counsel), Brian H. Barr, Jeffery A. Breit, Elizabeth J. Cabraser, Philip F. Cossich, Jr., Robert T. Cunningham, Alphonso Michael Espy, Calvin C. Fayard, Jr., Robin L. Greenwald, Ervin A. Gonzalez, Rhon E. Jones, Matthew E. Lundy, Michael C. Palmintier, Joseph F. Rice, Paul M. Sterbcow, Scott Summy, Mikal C. Watts and Conrad S. P. Williams as "Economic & Property Damages Class Counsel" to represent the E&PD Class Members. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your own expense.

## 31.  How will the lawyers be paid?

E&PD Class Counsel will ask the Court to consider an award of attorneys' fees, costs, and expenses incurred for the benefit of the entire class, including an interim payment of $75 million and additional awards equal to 6% of class claims and benefits paid.  Class Counsel fees, costs and expenses under the Economic and Property Damages Settlement Agreement and the Medical Settlement Agreement jointly cannot exceed $600 million.

Class members' payments will not be reduced if the Court approves the payment of Class Counsel fees, costs, and expenses described above because BP will separately pay these attorney fees, costs, and expenses.

# THE COURT'S FAIRNESS HEARING

## 32.  When and where will the Court decide whether to approve this Economic & Property Damages Settlement?

The Court will hold a Fairness Hearing at **8:30 a.m.** on **November 8, 2012**, at the United States District Court for the Eastern District of Louisiana, Court Room No. C268, 500 Poydras Street, New Orleans, LA 70130.  At the Fairness Hearing, the Court will consider whether the proposed E&PD Settlement is fair, reasonable, and adequate.  The Court will also consider Class Counsel's request for fees, costs and expenses described in Question 31.

If there are objections to the E&PD Settlement, the Court will consider them.  After the Fairness Hearing, the Court will decide whether to approve the E&PD Settlement and how much to award to Economic & Property Damages Class Counsel as fees, costs and expenses.

The Fairness Hearing may be moved to a different date, time, or location without additional notice, so it is recommended that you periodically check the website for updated information.

## 33.  Do I have to come to the Fairness Hearing?

No.  E&PD Class Counsel will answer any questions the Court may have.  However, you are welcome to attend the hearing at your own expense.  If you send in a written objection, you do not have to come to the Fairness Hearing to talk about it.  As long as you mailed your written objection on time, the Court will consider it.

If you, or an attorney you have hired at your own expense, wish to speak at the Fairness Hearing, you must by **August 31, 2012**, file with the Court and send by first-class mail to E&PD Class Counsel and BP's Counsel at the addresses listed in Question 28, a written notice of your intention to speak at the Fairness Hearing. Be sure to include your name, address, telephone number, and your signature.

**Do not call the Court or any Judge's office to get more information about the E&PD Settlement**. If you have questions, please visit the website or call 1-866-992-6174.

## IF YOU DO NOTHING

### 34. What happens if I do nothing?

If you are an E&PD Class Member and do nothing, you will not get a payment from this E&PD Settlement. And, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against BP or the Released Parties about the claims being released by the E&PD Settlement.

However, even if you take no action, you will keep your right to sue BP or any of the Released Parties for any other claims not resolved by the E&PD Settlement. These "Reserved Claims" are listed under Question 23 and are described in the E&PD Settlement Agreement and on the website.

## GETTING MORE INFORMATION

### 35. How do I get more information?

This Notice summarizes the proposed E&PD Settlement. More details are in the E&PD Settlement Agreement. You can get a copy of the E&PD Settlement Agreement on the website. You also may write with questions to Deepwater Horizon Court-Supervised Settlement, PO Box 1439, Hammond, LA 70404-1439 or send an e-mail to questions@DeepwaterHorizonEconomicSettlement.com. You can get a Claim Form on the website, or have a Claim Form mailed to you by calling 1-866-992-6174.

**Do not call the Court or any Judge's office to get more information about the E&PD Settlement**. If you have questions, please visit the website or call 1-866-992-6174.

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT
# INDIVIDUAL ECONOMIC LOSS CLAIM FORM
# (BLUE FORM)



After you complete and sign your Claim Form, submit it to the Claims Administrator as directed in the Instructions Booklet that accompanies this Claim Form. If you submit your Claim Form by mail or delivery, do not separate this cover page from the Claim Form. If you have to take this Claim Form apart to photocopy or fax it, make sure you include this cover page as the first page when you submit it.

Gulf coast claim
tranferred to DHEP
Individual Economic loss claim
form Book nothing
in introdution of Smaller
amount Deep water would
never address

2 year at Gulf coast
3 year at Deepwater
sound like fun. nothing
in program "Why I here
your Honor"!

CF-2
v.1

# DEEPWATER HORIZON ECONOMIC AND PROPERTY SETTLEMENT
# INDIVIDUAL ECONOMIC LOSS CLAIM FORM
# (BLUE FORM)

To make an **Individual Economic Loss Claim** under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident on April 20, 2010, (the "Spill"), you must complete and submit this Claim Form and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before April 22, 2014, or six months after the Effective Date of the Settlement, whichever is later.

The **Individual Economic Loss Claim** is for individuals who have experienced income losses caused by the Spill. If you pay taxes as an individual taxpayer on the income on which your claim for losses is based, you must fill out the Individual Economic Loss Claim Form. If you want to make a claim as the representative of a business or for losses for a business operation that you own and on which you pay taxes as a business taxpayer, then do not use this Individual Economic Loss Claim Form (Blue Form), but instead use the Business Economic Loss Claim Form (Purple Form). If you have both an Individual Claim and a Business Claim and want to assert both claims, you need to complete both forms.

When completing this Claim Form, refer to the accompanying booklet called "Instructions for Completing the Individual Economic Loss Claim Form (Blue Form)," which contains detailed instructions for completing and submitting this Claim Form, helpful definitions, and the list of Supporting Documentation required to prove your claim.

If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Claim Form online, rather than on this paper Claim Form. The online claim process will guide you through only the specific questions you need to answer, and will instruct you about the specific Supporting Documentation you must submit, based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit a claim online.

If you do not have access to the internet, you may visit a Claimant Assistance Center for assistance with submitting a claim in person. Section 5 of the Individual Economic Loss Instructions Booklet lists all the Claimant Assistance Centers.

---

Provide the following information about the Natural Person who is filing this claim for Individual Economic Loss.

| | | | |
|---|---|---|---|
| **1. Name:** | Last Name | First  Name | Middle Initial |

**2. Social Security Number:** ☐
*or*
**Individual Taxpayer Identification Number:** ☐

|__|__|__| - |__|__| - |__|__|__|__|

**3. Claimant Number:** If you previously filed a claim with the Gulf Coast Claims Facility ("GCCF"), you will keep that same seven-digit Claimant Number in the Deepwater Horizon Settlement Program. Check the box at the right called "GCCF Claimant Number" and provide that seven-digit Claimant Number.

If you did not file a claim with the GCCF, you will receive a new Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program.  If you have already received your new Settlement Program Claimant Number, check the box called "Deepwater Horizon Settlement Program Claimant Number" and provide that nine-digit Claimant Number.

If you do not yet have a Claimant Number, leave this question blank.

☐  GCCF Claimant Number:

|__|__|__|__|__|__|__|

OR

☐  Deepwater Horizon Settlement Program Claimant Number:

|__|__|__|__|__|__|__|__|__|

---

**4.  You cannot seek economic losses relating to a job in any of the following lines of work.  If any of the following apply to the employer of any job you have or had, check the box.  Check all that apply to you:**

- ☐ (a) Financial Institution.
- ☐ (b) A fund, financial trust, or other financial vehicle.
- ☐ (c) Gaming.
- ☐ (d) Insurance.
- ☐ (e) Oil and gas industry.
- ☐ (f) Defense contractor or subcontractor.
- ☐ (g) Real estate development.
- ☐ (h) Selling or marketing BP-branded fuel at anytime from April 20, 2010, through April 16, 2012.

Refer to the **Instructions for Completing the Individual Economic Loss Claim Form (Blue Form)** for definitions of these excluded businesses. You cannot file an Individual Economic Loss Claim for any type job you checked above. Even if you checked one or more of these boxes, you still may seek economic losses from jobs in other industries.

**Select Your Compensation Period.** This is the time period after the Spill that you choose to establish your post-Spill earnings. The Claims Administrator will use this period to determine your losses by comparing the Compensation Period to a Benchmark Period in a Base Year(s) that you will choose later in this Claim Form. Choose 90 or more consecutive days from April 21, 2010, through December 31, 2010, except that if your employer meets the definition of Primary Seafood Industry, you may pick 90 consecutive days between April 21, 2010, and April 30, 2011. Your Compensation Period must start and end with pay periods used by your employer, which means that your Compensation Period cannot start or end in the middle of a weekly, biweekly, monthly, or other pay period. Your Compensation Period must be at least 90 days long.

| **Start:** | ___/___/2010 | **End:** | ___/___/201_ |
|---|---|---|---|

The Claims Administrator will review all the documents and information you submit to determine the Compensation Period that maximizes your recovery based on that information, even if that differs from the period you select above. If you do not wish to pick a Compensation Period at all and instead would like the Claims Administrator to select your best Compensation Period, check here:

☐ **Claims Administrator Selected Compensation Period**

**1. Provide the following information about your Claiming Job(s).** A "Claiming Job" is the job held or secured by you as of April 20, 2010, for which you are seeking compensation for losses related to the Spill. You can have more than one Claiming Job. Your Claiming Job(s) must be a job that you held during your Compensation Period. If you are requesting that the Claims Administrator select your Compensation Period, provide the following information on the job(s) held or secured as of April 20, 2010.

A job offered to you to start work in the Gulf during April 21, 2010, to December 31, 2010, that you had accepted before April 20, 2010, can be a Claiming Job.

A job you held in the years before the Spill and that you always start after April 20, 2010 (a Seasonal Employee) can be a Claiming Job.

Enter your employer's address and information below. If you are seeking compensation for more than one Claiming Job, photocopy Sections C through D of this Claim Form as many times as necessary for each Claiming Job for which you seek payment for losses.

| Employer Name | Period of Employment |
|---|---|
| Street | From __/__/____ to: __/__/____ |

| City | State | Zip Code |
|------|-------|----------|
| | | |

| Parish/County | Phone Number |
|---------------|--------------|
| | |

**Employer Identification Number (EIN)**

| | | | - | | | | | | | *(from your W-2 or 1099 Form)* |

| Supervisor/Manager Name ·Last Name | First Name | Middle Initial |
|------------------------------------|------------|----------------|
| | | |

Describe your Employer's Line of Business and Your Position or Expected Position:

| **2. Is this an hourly wage job?** | ☐ Yes  ☐ No |
|---|---|

| **3. Is your employer's address you entered above different than the location where you actually worked?**<br><br>If you checked "Yes," fill in the address where you actually worked.  If you checked "No," go to Question 4. | ☐ Yes  ☐ No |
|---|---|

Street

| City | State | Zip Code |
|------|-------|----------|
| | | |

| Parish/County | Phone Number<br>( \|  \|  ) \|  \|  \|  - \|  \|  \| |
|---------------|--------------|

| **4.**  In 2009, did your employer provide significant services, goods, and/or supplies to businesses in the offshore oil & gas industry in the Gulf of Mexico? | ☐ Yes  ☐ No |
|---|---|

Answer Questions C.5 through C.10 to determine the category in which your Claiming Job falls under the Settlement. Refer to the **Individual Economic Loss Instructions Booklet** for more complete definitions.

| **5.  Were you working at this Claiming Job in the Gulf on April 20, 2010?**<br><br>If you checked "Yes," then go to Question 8. If you checked "No," answer Question 6. | ☐ Yes  ☐ No |
|---|---|

| **6.  Is this Claiming Job a seasonal job (one where you worked for less than six months) that you have held in past years in the Gulf (this Job or a comparable job), and to which you were planning to return to the same or comparable job after April 20, 2010?**<br><br>If you checked "Yes," then you are a Seasonal Employee. Answer Questions 11 through 14 and then go to Section D.2 of this Claim Form. If you checked "No," answer Question 7. | ☐ Yes  ☐ No |
|---|---|

| **7.  A. Is your Claiming Job one that meets all of the following conditions:**<br><br>**(1) You received and accepted a job offer to begin work in the Gulf between April 20, 2010, and December 31, 2010; and**<br><br>**(2) The job offer was withdrawn or amended; and** | ☐ Yes  ☐ No |
|---|---|

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-2
v.1

**(3) The nature of the work (full-time, part-time, or seasonal) for this job is different from any of the jobs you had during the period from January 1, 2007, to April 20, 2010?**

If you checked "Yes," then you are a New Entrant to Employment. Answer Questions 7.B and 11 through 14 and then go to Section D.3 of this Claim Form. If you checked "No," then this Claiming Job does not qualify for review as an Individual Economic Loss Claim in the Settlement and you can stop filling out this Claim Form on that job.

**B. Describe how your employment offer was withdrawn or amended after April 20, 2010:**

**8. Were you working in this Claiming Job, or a comparable job, before April 20, 2009?**    ☐ Yes    ☐ No

If you checked "Yes," answer Question 9. If you checked "No," then you are a Claimant Without Twelve Months of Earnings History.   Answer Questions 11 through 14 and then go to Section D.4 of this Claim Form.

**9. By January 1, 2010, had you changed your employer and line of work from the employer and line of work that you had before January 1, 2010?**    ☐ Yes    ☐ No

If you checked "Yes," answer Question 10. If you checked "No," answer Questions 11 through 14 and then go to Section D.1 of this Claim Form.

**10. Were your earnings during January 1, 2010, to April 30, 2010, in this Claiming Job more than 20% higher or lower than your earnings from January 1 to April 30 of your Base Year(s)? The Claims Administrator will verify this calculation. Refer to Section D for more information about "Base Year(s)."**    ☐ Yes    ☐ No

If you checked "Yes," then you are a Career Changer. Answer Questions 11 through 14 and then go to Section D.4 of this Claim Form. If you checked "No," then answer Questions 11 through 14 and then go to Section D.1 of this Claim Form.

**11. A.   Was your position one that required a government-issued license or permit?**    ☐ Yes    ☐ No

If you checked "Yes," answer Question 11.B.

**B.   Identify the government-issued license or permit.**  Describe the type of government-issued license or permit required by the Claiming Job:

**12. A. Was your employment with the Claiming Job terminated after April 20, 2010?**

If you checked "Yes," answer Questions 12.B and 12.C. If you checked "No," go to Question 13.

☐ **Yes**   ☐ **No**

**B. Date Employment Was Terminated:**

_____/_____/_____
(Month/Day/Year)

**C. Reason(s) for Termination:**

**13. One Time, Non-Recurring Loss:** A One Time Loss is an event or sale that (a) would have occurred in the Claiming Job between April 21, 2010, and December 31, 2010, and (b) had not been included in the Individual's income from the Claiming Job in 2007, 2008 or 2009, and (c) was canceled due to or resulting from the Spill.

**A. Are you seeking losses associated with a One Time, Non-Recurring Event?**

If you checked "Yes," answer Question 13.B. If you checked "No," go to Question 14.

☐ **Yes**   ☐ **No**

**B. Enter the amount you claim related to the cancellation of a One Time, Non-Recurring Event.**

$

**14. A. Spill-Related Payments:** Did you receive any Spill-Related Payments from BP, a Real Estate Fund, or the GCCF that were not in connection with this Claiming Job?

If you checked "Yes," provide the amount and source of payments in 14.B.

☐ **Yes**   ☐ **No**

**B. Source of Payment:**

Amount:
$

Answer the Questions in this Section to which you were directed in Section C.

**1. Base Year(s) for Claimants Employed on April 20, 2010, and who are not Career Changers or Claimants Without Twelve Months of Earnings History**

**A. Select Your Base Years(s).** If you have earnings history the same or comparable to the Compensation Period, you must select the years used to measure your past earnings to project your Expected Earnings during the Compensation Period if the Spill had not occurred. The Claims Administrator will subtract your earnings in the Compensation Period from your Expected Earnings. Your Expected Earnings are your earnings in the Benchmark Period to which relevant Growth Factors are applied. The Benchmark Period is a period of 90 or more consecutive days during the Base Year(s) that correspond to the dates chosen in your Compensation Period during which you worked the same job or a comparable job as during the Compensation Period. If you wish the Claims Administrator to choose your Base Year(s) for you, check the box below. Choose only one of the following time periods as your Base Years(s):

☐ **2009; or**

☐ **Average of 2008 and 2009; or**

☐ **Average of 2007, 2008, and 2009.**

The Claims Administrator will review all the documents and information you submit to determine the Base Year(s) that maximize your recovery based on that information, even if that differs from the Base Year(s) you select above. If you do not wish to pick your Base Year(s) at all and instead would like the Claims Administrator to select your Base Year(s), check here:

☐ **Claims Administrator Selected Base Year(s).**

**B. Employer Information in Your Benchmark Period.** A Benchmark Period is a time during your Base Year of the same length and dates as your Compensation Period. Provide the following information about your Claiming Job(s), or comparable job(s), during the Benchmark Period. If the Claims Administrator is selecting your Base Year(s), provide information about your Claiming Job(s), or comparable job(s), during the period of time you would like the Claims Administrator to consider for your Base Year(s). If you were not employed in the same job(s) in your Benchmark Period as your Compensation Period, provide a description of the comparable position and employer's line of business:

☐ **Check here if the Employer during your Benchmark Period is the same employer as you listed for your Claiming Job in Section C. If so, you do not need to provide the information again on your employer.**

| Employer Name | Period of Employment |
|---|---|
| Street | From ____/____/_____ to: ____/____/_____ <br> (Month/Day/Year)          (Month/Day/Year) |

| City | State | Zip Code |
|---|---|---|

| Parish/County | Phone Number |
|---|---|

Employer Identification Number (EIN)

| | | | - | | | | | | | | *(from your W-2 or 1099 Form)*

| Supervisor/Manager Name- Last Name | First Name | Middle Initial |
|---|---|---|

Describe your Employer's Line of Business and Your Position:

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-2
v.1

| **C.   Is this an hourly wage job?** | ☐ Yes   ☐ No |
| --- | --- |

**Go to Section E to List Your Non-Claiming Job(s).**

**2.   Base Year(s) Information for Seasonal Employees**

**A.   Select Your Base Years(s).** If you have earnings history the same or comparable to the Compensation Period, you must select the years used to measure your past earnings to project your Expected Earnings during the Compensation Period if the Spill had not occurred. The Claims Administrator will subtract your earnings in the Compensation Period from your Expected Earnings. Your Expected Earnings are your earnings in the Benchmark Period to which relevant Growth Factors are applied. The Benchmark Period is a period of 90 or more consecutive days during the Base Year(s) that correspond to the dates chosen in your Compensation Period during which you worked the same job or a comparable job as during the Compensation Period. If you wish the Claims Administrator to choose your Base Year(s), check the box below. Choose only one of the following time periods as your Base Years(s):

☐ **2009; or**
☐ **Average of 2008 and 2009; or**
☐ **Average of 2007, 2008, and 2009.**

The Claims Administrator will review all the documents and information you submit to determine the Base Year(s) that maximize your recovery based on that information, even if that differs from Base Year(s) you select above. If you do not wish to pick your Base Year(s) at all and instead would like the Claims Administrator to select your Base Year(s), check here:

☐ **Claims Administrator Selected Base Year(s).**

**B.   Employer Information in Your Benchmark Period.** A Benchmark Period is a time during your Base Year of the same length and dates as your Compensation Period. Provide the following information about your Claiming Job(s), or comparable job(s), during the Benchmark Period. If the Claims Administrator is selecting your Base Year(s), provide information about your Claiming Job(s), or comparable job(s), during the period of time you would like the Claims Administrator to consider for your Base Year(s). If you were not employed in the same seasonal job(s) in your Benchmark Period as your Compensation Period, provide a description of the comparable position and employer's line of business:

☐ **Check here if the Employer during your Benchmark Period is the same employer as you listed for your Claiming Job in Section C. If so, you will not need to provide the information again on your employer.**

| Employer Name | Period of Employment |
| --- | --- |
| Street | From _____/_____/_____to: _____/_____/_____ <br> (Month/Day/Year)                    (Month/Day/Year) |

| City | State | Zip Code |
| --- | --- | --- |

| Parish/County | Phone Number |
| --- | --- |

Employer Identification Number (EIN)

| | | | - | | | | | | | | | *(from your W-2 or 1099 Form)*

| Supervisor/Manager Name- Last Name | First Name | Middle Initial |
| --- | --- | --- |

Describe your Employer's Line of Business and Your Position:

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

CF-2
v.1

| C. Is this an hourly wage job? | ☐ Yes   ☐ No |
|---|---|

**Go to Section E to List Your Non-Claiming Job(s).**

**3.  Base Year Information for New Entrants to Employment**

**A.  Base Year Required Information for New Entrants.** If you were employed in 2011 in the same or a comparable job to the job offered to you during the Compensation Period, your Base Year will be 2011 and 2011 will be used to measure your earnings to project your Expected Earnings during the Compensation Period if the Spill had not occurred. The Claims Administrator will subtract your earnings in the Compensation Period from your Expected Earnings. Your Expected Earnings are your earnings in the 2011 Benchmark Period to which relevant Growth Factors are applied. The 2011 Benchmark Period is a period of 90 or more consecutive days during 2011 during which you worked the same job or a comparable job as the Compensation Period.

**B.  Employer Information for 2011 Benchmark Period.** Provide the following information about your Claiming Job(s), or comparable job(s), during the 2011 Benchmark Period. If you were not employed in the same job(s) in your 2011 Benchmark Period as your Compensation Period, provide a description of the comparable position and employer's line of business. If the Claims Administrator is selecting your Compensation Period, provide the following information about your Claiming Job(s), or comparable job(s), during 2011:

☐ **Check here if the Employer during your Benchmark Period is the same employer as you listed for your Claiming Job in Section C. If so, you will not need to provide the information again on your employer.**

Employer Name

Street

Planned Period of Employment

From ____/____/_____to: ____/____/_____
       (Month/Day/Year)           (Month/Day/Year)

City

State

Zip Code

Parish/County

Phone Number

Employer Identification Number (EIN)

|__|__|__| - |__|__|__|__|__|__|__|   *(from your W-2 or 1099 Form)*

Supervisor/Manager Name- Last Name

First Name

Middle Initial

Describe your Expected Employer's Line of Business and Your Expected Position:

| C.  Is this an hourly wage job? | ☐ Yes   ☐ No |
|---|---|

TO FILE YOUR CLAIM ONLINE VISIT WWW.DEEPWATERHORIZONSETTLEMENTS.COM

**D. If you were not employed in 2011 for the same length and dates as the Compensation Period**, you must submit documentation found in Section 4 of the **Instructions for Completing the Individual Economic Loss Claim Form (Blue Form)** establishing that you were not employed in 2011 during that period for one of the following reasons. Check the box that applies to you. In 2011, I was:

☐ Temporarily medically incapacitated but expected to return to the workforce shortly thereafter.

☐ Engaged in activities or a condition entitling me to leave under the Family Medical Leave Act, and did not receive compensation in 2011 for the same length and dates as the Compensation Period.

☐ Involuntarily unemployed.

☐ A full-time student.

☐ Medically incapacitated and not expected to return to the workforce.

☐ Engaged as a full-time volunteer or in missionary work.

☐ Serving as a full-time parent or legal guardian and not in the workforce.

☐ Other

**Go to Section E to List Your Non-Claiming Job(s).**

**4. Base Year(s) for Claimants Without Twelve Months of Earnings History or who are Career Changers**

**A. Base Year Information for Claimants Without Twelve Months of Earnings History or who are Career Changers.** If you have earnings in 2011 that are the same or comparable to the Compensation Period, your Base Year will be 2011 and 2011 will be used to measure your earnings to project your Expected Earnings during the Compensation Period if the Spill had not occurred. The Claims Administrator will subtract your earnings in the Compensation Period from your Expected Earnings. Your Expected Earnings are your earnings in the 2011 Benchmark Period to which relevant Growth Factors are applied. The 2011 Benchmark Period is a period of 90 or more consecutive days during 2011 that correspond to the dates chosen in your Compensation Period during which you worked the same job or a comparable job as during the Compensation Period.

If you are a Career Changer who was not employed during the 2011 Benchmark Period for one of the reasons set forth in Question 4.D, you must submit earnings from 2009 during the Benchmark Period that corresponds to the dates chosen in your Compensation Period.

Select the Base Year that applies to you:

☐ **2011; or**

☐ **2009**

**B. Employer Information for 2011 Benchmark Period (or 2009 Benchmark, if you are a Career Changer).** Provide the following information about your job(s) during the Benchmark Period. If you were not employed in the same job(s) in your 2011 Benchmark Period (or 2009 Benchmark Period) as your Compensation Period, provide a description of the comparable position and employer's line of business. If the Claims Administrator is selecting your Compensation Period, provide the following information about your Claiming Job(s), or comparable job(s), during 2011 (or 2009, if you are a Career Changer):

☐ **Check here if the Employer during your Benchmark Period is the same employer as you listed for your Claiming Job in Section C. If so, you will not need to provide the information again on your employer.**

| Employer Name | Period of Employment |
|---|---|
| | From __/__/___ to: __/__/__ |
| Street | |

| City | State | Zip Code |
|---|---|---|
| | | |

| Parish/County | Phone Number |
|---|---|
| | |

**Employer Identification Number (EIN)**

| | | | | - | | | | | | | | | | | *(if you know this)* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Supervisor/Manager Name- Last Name | First Name | | Middle Initial |
|---|---|---|---|
| | | | |

**Describe your Employer's Line of Business and Your Position:**

---

**C.   Is this an hourly wage job?**             ☐ **Yes**   ☐ **No**

---

**D.   If you were not employed in 2011 for the same length and dates as the Compensation Period**, you must submit documentation found in Section 4 of the **Instructions for Completing the Individual Economic Loss Claim Form (Blue Form)** establishing that you were not employed in 2011 during that period for one of the following reasons.  Check the box that applies to you. In 2011, I was:

☐ Temporarily medically incapacitated but expected to return to the workforce shortly thereafter.

☐ Engaged in activities or a condition entitling me to leave under the Family Medical Leave Act, and did not receive compensation in 2011 for the same length and dates as the Compensation Period.

☐ Involuntarily unemployed.

☐ A full-time student.

☐ Medically incapacitated and not expected to return to the workforce.

☐ Engaged as a full-time volunteer or in missionary work.

☐ Serving as a full-time parent or legal guardian and not in the workforce.

☐ Other

---

**Go to Section E to List Your Non-Claiming Job(s).**

---

**1.** Provide the following information for any jobs worked during 2007 through the present, or from any year(s) within that time period that you would like the Claims Administrator to consider as your Base Year(s), from which you are NOT claiming losses under the Deepwater Horizon Property and Economic Settlement. These are your Non-Claiming Jobs. Photocopy this section and complete it for each employer and position you held during all the periods from 2007 through the present, or from any year(s) within that time period that you would like the Claims Administrator to consider as your Base Year(s).

| Employer Name | Period of Employment |
|---|---|
| | |
| Street | From __/__/___ to: __/__/__ |
| City | State | Zip Code |
| Parish/County | Phone Number |

---

Employer Identification Number (EIN)

| | | | - | | | | | | | | *(from your W-2 or 1099 Form)*

| Supervisor/Manager Name- Last Name | First Name | Middle Initial |
|---|---|---|
| | | |

Describe your Employer's Line of Business and Your Position:

| **2.  Is this an hourly wage job?** | ☐ **Yes**   ☐ **No** |
|---|---|

## 1.  Job Training and Job Search Losses

**A.  Job Training:**

**(1)   Are you seeking reimbursement for expenses related to training, licensing or educational expenses related to improving your job skills or securing alternate employment after the Spill?**

If you checked "Yes," then answer Questions (2), (3), (4), and (5). If you checked "No," go to Question B.

☐ **Yes**   ☐ **No**

| **(2) Enter the amount you claim as such expenses:** | $ |
|---|---|
| **(3) Did the training lead to securing employment in 2010?** | ☐ **Yes**   ☐ **No** |

**(4) If the training did lead to securing employment in 2010, provide the following information about the employment:**

| Employer Name | Period of Employment |
|---|---|
| Street | From __/__/___ to: __/__/__ |

| City | State | Zip Code |
|---|---|---|
| | | |

| Parish/County | Phone Number |
|---|---|
| | |

Employer Identification Number (EIN)

| | | | - | | | | | | | | *(from your W-2 or 1099 Form)*

| Supervisor/Manager Name- Last Name | First Name | Middle Initial |
|---|---|---|
| | | |

Describe your Employer's Line of Business and Your Position:

**B.  Job Search:**

**(1)  Are you seeking reimbursement for expenses related to job search costs you incurred looking for alternate employment after the Spill?**

☐ **Yes**   ☐ **No**

If you checked "Yes," answer Question (2). If you checked "No," go to F.2.

| (2) Enter the amount you claim as job search reimbursement expenses: | $ |
|---|---|

**2.  Loss of Employment-Related Benefits Income**

If you qualify for Individual Economic Losses, you may also qualify for Health Insurance Coverage Losses and/or Retirement Benefits Losses. To be eligible for these additional losses, you must either (1) have been covered by a health insurance and/or retirement plan provided by your employer as of April 20, 2010, or (2) have had and accepted an offer from an employer that included healthcare insurance coverage and/or retirement benefits commencing within the period May 1, 2010, through December 31, 2010.

**A.  Indicate the Health Insurance Coverage Losses You are Claiming. State the Claiming Job to which your losses relate:**

If "Yes," Identify Relevant Claiming Job:

(1) Medical ☐ Yes ☐ No _____

(2) Prescription Drug ☐ Yes ☐ No _____

(3) Dental ☐ Yes ☐ No _____

(4) Vision ☐ Yes ☐ No _____

**B.  Indicate the Amount of Health Insurance Coverage Losses You Incurred:**

(1) Medical $

(2) Prescription Drug $

(3) Dental $

(4) Vision $

**C.  For each type of Health Insurance Coverage Loss you are claiming, indicate whether or not you obtained alternative health insurance coverage prior to December 31, 2011:**

(1) Medical ☐ Yes ☐ No

(2) Prescription Drug ☐ Yes ☐ No

(3) Dental ☐ Yes ☐ No

(4) Vision ☐ Yes ☐ No

If you lost your Health Care Coverage, and were not offered COBRA from your employer, check the box below:

☐  I certify that I was not offered COBRA coverage from my pre-Spill Benefit Providing Employer, or former employer, after April 20, 2010.

**D.  Indicate the Retirement Benefit Losses you are claiming.  State the Claiming Job to which your losses relate on the line:**

**(1) Employer Pension Payments**

☐ Yes          ☐ No

_____

**(2) Employer Contributions to Your 401(k) Account**

☐ Yes          ☐ No

_____

**(3) Employer Contributions to Your 403(b) Account**

☐ Yes          ☐ No

_____

**(4) Employer Contributions to Your Profit Sharing Plan**

☐ Yes          ☐ No

_____

**(5) Employer Contributions to Other Type of Retirement Account**

☐ Yes          ☐ No

_____

**E.  If you checked "Yes" to D(5) "Other Type of Retirement Account," describe the type of account below:**

**F.  Indicate the amount of Retirement Benefit Losses you incurred:**

**(1)  Employer Pension Payments**                                          $

**(2)  Employer Contributions to Your 401(k) Account**               $

**(3)  Employer Contributions to Your 403(b) Account**               $

**(4)  Employer Contributions to Your Profit Sharing Plan**         $

**(5)  Employer Contributions to Other Type of Retirement Account**   $

In addition to this Claim Form, you must submit certain Supporting Documentation to prove your Individual Economic Loss Claim. The list of required documents, and instructions for how to submit them, are in Section 4 of the Individual Economic Loss Instructions Booklet. If you do not submit the required Supporting Documentation, the Claims Administrator will not be able to review your claim and you will not receive payment for your claim.

1. **If You Have Your Own Attorney.** Unless you check the box below, the Claims Administrator will make any payments jointly to you and to your attorney, which means that both you and your attorney will need to endorse the check before a bank will honor it.

   ☐ Check here if you want the Claims Administrator to make payments in connection with this and any other claim you may file in the Deepwater Horizon Economic and Property Settlement *only to your attorney.* This means that the Claims Administrator will send your payment to your attorney, who will then pay you pursuant to the retainer agreement you have with him/her.

2. **If You Do Not Have Your Own Attorney.** If you have not retained an attorney to represent you in connection with your Spill-related claim, the Claims Administrator will make any payments to which you are entitled directly to you by check. Payment checks will be sent by First Class Mail to the address you provided in the Registration Form or to the address that the Claims Administrator confirms for you during the processing of your Claim. **You have an obligation to notify the Claims Administrator if your address changes.**

   The Claims Administrator will report annually to federal and state taxing authorities, using a Form 1099 or state form equivalent, for certain payments made. The Claims Administrator will send you a copy of that form, but cannot give you any tax advice regarding any payment issued to you. You should consult with your own tax advisor to determine the tax impact of any payment you receive from the Claims Administrator.

3. **Garnishments, Liens, and other Attachments.** Legally authorized garnishments, liens, or similar forms of attachments relating to your claim will be honored and deducted from your payment.

4. **W-9 Form Requirement.** All Claimants must provide a W-9 Form. To obtain a copy of that form, go to www.deepwaterhorizonsettlements.com, or request one at a Claimant Assistance Center or by calling 1-866-992-6174.

5. **Do you intend to seek reimbursement for Claimant Accounting Support Services in connection with your claim?**

   ☐ **Yes**     ☐ **No**

   If you check "Yes" for Question H.5, you must submit the documents listed in Section 4.H of the Individual Economic Loss Instructions Booklet.

I certify and declare under penalty of perjury pursuant to 28 U.S.C. Section 1746 that the information provided in this Claim Form is true and accurate to the best of my knowledge, and that supporting documents attached to or submitted in connection with this form and the information contained therein are true, accurate, and complete to the best of my knowledge, and I understand that false statements or claims made in connection with this Claim Form may result in fines, imprisonment, and/or any other remedy available by law to the Federal Government, and that suspicious claims will be forwarded to federal, state, and local law enforcement agencies for possible investigation and prosecution.

By submitting this Claim Form, I consent to the use and disclosure by the Claims Administrator and those assisting the Claims Administrator of any information about me that they believe necessary and/or helpful to process my claim for compensation and any payment resulting from that claim.

| Signature: | | Date: | _____/_____/_____ (Month/Day/Year) |
|---|---|---|---|
| **Printed Name:** | First                     Middle                     Last | | |

The claimant must sign this Claim Form personally. No one can sign on behalf of the claimant unless the claimant is deceased, a Minor, or Incompetent. If the claimant is deceased, a Minor, or Incompetent, an authorized Representative may sign.

**THIS PAGE INTENTIONALLY LEFT BLANK**

THIS PAGE INTENTIONALLY LEFT BLANK



U.S. POSTAGE
SUMMERDALE, AL
36580
JAN 30 '16
FEB AMOUNT
**$12.70**
R2300E125771-04

1006    70130

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY
★ M A I L ★

☐ DATE OF DELIVERY SPECIFIED*

📶 USPS TRACKING™ INCLUDED*

$ INSURANCE INCLUDED *

📦 PICKUP AVAILABLE
     * Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

**CERTIFIED MAIL**

7015 0640 0006 1720 9363

FROM: Raymond Morehead
160 b Northeast 7th St
Summerdale AL 36580

TO: United States District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, Louisiana
70130



VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES
POSTAL SERVICE®

Legal Flat Rate Envelope
EP14L February 2014
OD: 15 x 9.5

PS00001000060

 This envelope is made from post-consumer waste. Please recycle - again.