UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[OPA Test Cases – Conference on Tuesday, March 1, 2016]**

1. **Bisso**.

    Elizabeth Brumley's deposition is set for March 11, 2016 in Houston. Mr. Loeb was served with a subpoena for his deposition in Dallas.

2. **Blake and Wadleigh Document Production**.

    Blake's privilege log was served. Blake will certify that its document production is complete. There are 13 potential clawback documents. The parties except to resolve these without the assistance of the Court.

    Wadleigh's production is complete. No document production issues have been raised in the Wadleigh depositions.

3. **Wadleigh and Blake Depositions**.

    Two Wadleigh depositions were taken, and two (Scott Wadleigh and Drew Bounds) will

---

[1]  The OPA Causation Test Cases are:

   Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
   Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
   Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
   Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
   Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
   Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

be taken this week.

The Blake depositions will be taken during the week of March 14. The sequence for the depositions of the Blake representatives has not been set.

**4. Rule 30(b)(6) notice for BP.**

Based on the understandings at the February 26, 2016 conference, BP submitted a proposed Rule 30(b)(6) notice with reservations of rights. The parties anticipate resolving the issues with the Rule 30(b)(6) notice.

**5. Stipulations.**

The parties are working on the stipulations. For example, Blake will provide proposed stipulations supporting its claim for permitoria damages for the two rigs identified in its interrogatory responses (former Rig 1501/current Rig 2001 and former rig 1502/current rig 2003). Bisso and Wadleigh submitted proposed stipulations.

**6. Harold Asher.**

The deadline for declarations or reports from BP experts in response to Asher's declarations is suspended. By the next conference, the parties shall reach agreement on whether economic experts will be required for the cross-motions for summary judgment. If agreement is not reached, dates for the following will be set at the conference: (1) deadline for Bisso, Blake and Wadleigh to certify that Asher's work papers were produced; (2) dates for the Asher deposition (two days); (3) deadline for the reports or declarations from experts for BP responding to Asher's declarations; and (4) deadline for the depositions of BP experts.

**7. Other Expert Discovery.**

The other experts for the plaintiffs were deposed.

2

8. **Prior Motions**.

The PSC's renewed motion to strike affirmative defenses and BP's motion to dismiss the Moratoria claims are briefed and under submission. Rec. docs. 15655, 15663, 15702, 15704, 15705, 15752 and 15778.   The Court will notify the parties if oral argument will be granted.

9. **Cross-Motions for Summary Judgment**.

**Monday, April 4, 2016,** file cross-motions for summary judgment.

**Monday, April 25, 2016**, file opposition briefs.

**Friday, May 13, 2016**, file reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

**Opening and opposition briefs will be limited to no more than 40 pages.**[2]   **Reply briefs will be limited to no more than 25 pages.**

10. **Next Conference**.

The next telephone status conference is on **Tuesday, March 8, 2016 at 9:15 a.m.**

New Orleans, Louisiana, this 1st day of March, 2016.

                                              **SALLY SHUSHAN**
                                     United States Magistrate Judge

---

[2] Double-spaced with 12pt. font.