UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: OIL SPILL BY THE OIL RIG
"DEEPWATER HORIZON" IN THE GULF OF     MDL NO. 2179
MEXICO, ON APRIL 20, 2010

SECTION "J"

JUDGE BARBIER
MAG. JUDGE SHUSHAN

THIS DOCUMENT RELATES TO:
*2:13-cv-02738, 2:13-cv-03020, 2:13-cv-02737,*
*2:13-cv-02587, 2:13-cv-02739, 2:13-cv-02588,*
*2:13-cv-02589, 2:13-cv-02593, 2:13-cv-02594,*
*2:13-cv-02591, 2:13-cv-02590, 2:13-cv-02592,*
*2:13-cv-02595, 2:13-cv-02596, 2:13-cv-02597,*
*2:13-cv-02608, 2:13-cv-02598, 2:13-cv-02599,*
*2:13-cv-02601, 2:13-cv-02730, 2:13-cv-02602,*
*2:13-cv-02604, 2:13-cv-02606, 2:13-cv-02607*

******************************************************************************

## MOTION TO SUBSTITUTE
## COUNSEL OF RECORD

NOW INTO COURT, Brian J. McCormick, Jr. & the law firm of Sheller, P.C. respectfully moves this Honorable Court to enter the attached Order withdrawing Brian J. McCormick currently of Ross Feller Casey, LLP, formerly of Sheller, P.C. and substituting the name of Douglas Lamont Tynes of the Tynes Law Firm as counsel of record herein, and who further represents that opposing counsel do not object to this motion.

Date: March 2, 2016                    Respectfully submitted,

                                       ROSS FELLER CASEY, LLP

                                       BY:    **/s/ BRIAN J. MCCORMICK**
                                              Brian J. McCormick, Jr.
                                              PA Bar No.: 81437
                                              Ross Feller Casey, LLP

          One Liberty Place
          1650 Market Street, Suite 3450
          Philadelphia, PA 19103
          Phone (877) 704-8050
          Fax (215) 574-3080
          bmccormick@rossfellercasey.com
          *Plaintiff's Counsel*

BY: **/s/ DOUGLAS LAMONT TYNES, JR.**
    Douglas Lamont Tynes, Jr.
    MS Bar No.:  101921
    Tynes Law Firm
    525 Krebs Avenue
    Pascagoula, MS  39567
    Phone:  (228) 769-7736
    Fax:  (228) 769-8466
    Email: montetynes@bellsouth.net
    *Plaintiff's Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion to Substitute Counsel of Record has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd Day of March, 2016.

**/s/ BRIAN J. MCCORMICK**
Brian J. McCormick, Jr.
PA Bar No.: 81437
Ross Feller Casey, LLP
One Liberty Place
1650 Market Street, Suite 3450
Philadelphia, PA 19103
Phone (877) 704-8050
Fax (215) 574-3080
bmccormick@rossfellercasey.com
*Plaintiff's Counsel*

**/s/ DOUGLAS LAMONT TYNES, JR.**
Douglas Lamont Tynes, Jr.
MS Bar No.: 101921
Tynes Law Firm
525 Krebs Avenue
Pascagoula, MS  39567
Phone:  (228) 769-7736
Fax:  (228) 769-8466
Email: montetynes@bellsouth.net
*Plaintiff's Counsel*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL NO. 2179 |
| | SECTION "J" |
| | JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO:
*2:13-cv-02738, 2:13-cv-03020, 2:13-cv-02737,*
*2:13-cv-02587, 2:13-cv-02739, 2:13-cv-02588,*
*2:13-cv-02589, 2:13-cv-02593, 2:13-cv-02594,*
*2:13-cv-02591, 2:13-cv-02590, 2:13-cv-02592,*
*2:13-cv-02595, 2:13-cv-02596, 2:13-cv-02597,*
*2:13-cv-02608, 2:13-cv-02598, 2:13-cv-02599,*
*2:13-cv-02601, 2:13-cv-02730, 2:13-cv-02602,*
*2:13-cv-02604, 2:13-cv-02606, 2:13-cv-02607*

*****************************************************************************

## ORDER

IT IS ORDERED that Brian J. McCormick currently of Ross Feller Casey, LLP, formerly of Sheller, P.C. be allowed to withdraw and that Douglas Lamont Tynes of the Tynes Law Firm be substituted, as counsel of record for plaintiffs listed in the attached Exhibit "A", and that copies of all notices and pleadings that are required to be served on counsel of record for these plaintiffs hereafter shall be served on Douglas Lamont Tynes of the Tynes Law Firm. This does not relieve substituting counsel of its duty to comply with Pretrial Order No. 12 (Rec. Doc. 600), regarding electronic service, or any other orders or rules of this Court.

New Orleans, Louisiana this _____ day of _____, 20____

_____
United States District Judge