# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf Of Mexico, on April 20, 2010 | : | MDL NO.: 2179 |
| | : | SECTION: J |
| | : | HONORABLE CARL J. BARBIER |
| This Document Applies to: | : | HONORABLE SALLY SHUSHAN |
| *No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production, Inc., et al.* | : | |

## ORDER

The Court, having considered Deepwater Horizon Economic Claims Center's ("DHECC") Motion to Examine Judgment Debtor and for good cause shown does hereby rules as follows:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that DHECC's Motion is GRANTED and DHECC, the judgment creditor, is entitled to an Order directing a Judgment Debtor Examination.

IT IS FURTHER ORDERED that judgment debtor **Bobby Lambert, Sr.** shall appear at _____, located at _____, on _____ at the hour of _____ for a judgment debtor examination.

IT IS FURTHER ORDERED that Mr. Lambert shall provide the documents/information described in Section VII of the Motion (the "Requested Information") at the time of his debtor's exam.

/ / /

/ / /

/ / /

919734v.1

Mr. Lambert is on notice that failure to appear and/or failure provide the Requested Information may be punished as contempt, that he may be fined, that he may be taken into custody for contempt and that a bench warrant may be issued for his arrest if he fails to appear.

New Orleans, Louisiana this _____ day of March, 2016.

_____
SALLY SHUSHAN
United States Magistrate Judge