**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" In the Gulf Of Mexico, on April 20, 2010** | : | MDL NO.: 2179 |
| | : | SECTION: J |
| | : | HONORABLE CARL J. BARBIER |
| **This Document Applies to:** | : | HONORABLE SALLY SHUSHAN |
| *No. 12-970, Bon Secour Fisheries, Inc. et al. v. BP Exploration & Production, Inc., et al.* | : | |

<u>**ORDER GRANTING PLAINTIFF'S MOTION**</u>
<u>**TO EXAMINE JUDGMENT DEBTOR**</u>

The Court, having reviewed Deepwater Horizon Economic Claims Center's ("DHECC") Motion to Examine Judgment Debtor and for good cause shown does hereby rules as follows:

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that DHECC's Motion is granted and DHECC, a judgment creditor, is entitled to an Order directing a Judgment Debtor Examination.

IT IS FURTHER ORDERED that judgment debtor Timothy Allen Seymour shall appear at _____, located at _____, on _____ at the hour of _____ for a judgment debtor examination.

IT IS FURTHER ORDERED that Mr. Seymour shall bring the documents/information set forth in Section IV of DHECC's Motion to Examine Judgment Debtor (the "Requested Information") to his scheduled debtor's exam.

Mr. Seymour is on notice that failure to appear and/or failure to bring the Requested Information may be punished as contempt, that he may be fined, that he may be taken into custody for contempt, and that a bench warrant may be issued for his arrest if he fails to appear.

920005v.1

IT IS FURTHER ORDERED that if the parties mutually agree on another date and time, Mr. Seymour shall appear on that date and time without further order of the Court, but shall still be subject to contempt if he fails to appear.

New Orleans, Louisiana this _____ day of March, 2016.

_____
SALLY SHUSHAN
United States Magistrate Judge