UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN GULF OF MEXICO, ON APRIL 20, 2010 | * * * * | CIVIL ACTION MDL NO. 2179 JUDGE CARL BARBIER MAGISTRATE JUDGE SALLY SHUSHAN |
| RELATES TO CASE NO: 2:12-cv-02338 KOLIAN, et al vs. BP EXPLORATION & PRODUCTION INC., et al | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## EX PARTE MOTION TO ENROLL CO-COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Falck Alford a/k/a Falck Alford Holding Company, Inc., who respectfully moves this court to enroll William L. Brockman of the law firm of Blue Williams, L.L.P., as co-counsel of record on its behalf, along with current counsel, Richard S. Vale, Pamela Noya Molnar of Blue Williams, L.L.P., and Danica C. Benbow and the law firm of Frilot, LLC.

**WHEREFORE**, Falck Alford a/k/a Falck Alford Holding Company, Inc. prays that William L. Brockman of the law firm of Blue Williams, L.L.P. be enrolled as co-counsel of record for Falck Alford a/k/a Falck Alford Holding Company, Inc. in these proceedings

Respectfully submitted,

BLUE WILLIAMS, L.L.P.

*William L. Brockman*

_____
RICHARD S. VALE, T.A., #12995
PAMELA NOYA MOLNAR, #18208
WILLIAM L. BROCKMAN, #03485
3421 N. Causeway Blvd., Suite 900
Metairie, LA 70002
Telephone: (504) 831-4091
Facsimile: (504) 849-3879
Attorneys for Falck Alford a/k/a Falck Alford Holding Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 2nd day of March, 2016.

*William L. Brockman*

_____
WILLIAM L. BROCKMAN