UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | CIVIL ACTION |
| "DEEPWATER HORIZON" IN GULF OF | * | MDL NO. 2179 |
| MEXICO, ON APRIL 20, 2010 | * | JUDGE CARL BARBIER |
| | * | MAGISTRATE JUDGE SALLY |
| RELATES TO CASE NO: 2:12-cv-02338 | * | SHUSHAN |
| KOLIAN, et al vs. BP EXPLORATION & | * | |
| PRODUCTION INC., et al | * | |

* * * * * * * * * * * * * * * *

## **O R D E R**

Considering the foregoing motion:

**IT IS ORDERED** by the Court that William L. Brockman of the law firm of Blue Williams, L.L.P., be and he is hereby enrolled as additional counsel on behalf of Falck Alford a/k/a Falck Alford Holding Company, Inc., in the above entitled and numbered cause.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2016.

_____
**J U D G E**