UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * * | MDL No. 2179 |
| | | SECTION: J |
| | | JUDGE BARBIER |
| This Document Relates to: *No. 10-4536* | * * | MAG. JUDGE SHUSHAN |

**ORDER**
[Regarding the Proposed Consent Decree Between the United States, Gulf States, and BP]

On October 5, 2015, the United States filed a proposed Consent Decree between the United States, the five Gulf States, and BP. (Rec. Doc. 15436-1) The proposed Consent Decree was subject to review and comment by the public for sixty days, after which the United States may move the Court to enter the Consent Decree as a final settlement. (Corrected Notice of Lodging, Rec. Doc. 15443) The Court tentatively scheduled a hearing on any such motion (should the Court determine such hearing to be necessary) for March 23, 2016. (Order, Rec. Doc. 15440)

The sixty-day period for public comment has ended. The Court has been advised that the United States anticipates filing its motion for entry on March 31, 2016, at which time it will also file the comments it received. Once the motion is filed, the Court will review the motion and any comments or objections submitted therewith and take the matter under advisement.

Accordingly, the hearing scheduled for March 23, 2016 is CANCELLED.

New Orleans, Louisiana, this 2nd day of March, 2016.

_____
United States District Judge