UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig            MDL NO. 2179
    "Deepwater Horizon" in the Gulf
    of Mexico, on April 20, 2010          SECTION J

Applies to: *No. 11-cv-00348*             JUDGE BARBIER
                                          MAGISTRATE SHUSHAN

## ORDER

[Regarding Motion to Release Certain Evidence Stored at NASA's
Michoud Facility (Rec. doc. 15954

On March 1, 2016, Robert Kaluza filed a motion to release certain evidence stored at NASA's Michoud Facility.

IT IS HEREBY ORDERED, that: (1) Kaluza's motion to release certain evidence stored at NASA's Michoud Facility (Rec. doc. 15954) is set for submission on **Wednesday, March 30, 2016**, on briefs and without oral argument; (2) the deadline for any response to the motion is **Tuesday, March 22, 2016**; and (3) if there is no response, the motion will be granted as unopposed.

New Orleans, Louisiana, this 4th day of March, 2016.

                                          SALLY SHUSHAN
                                          **United States Magistrate Judge**