UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

CERTIFICATION OF THE DHECC
TO THE COURT'S ORDER OF FEBRUARY 24, 2016

By Order of February 24, 2016, the Court instructed the DHECC to serve a copy of the Court's Order (and the motion for return of payments, if not already done so) on the parties targeted in the Motion [Rec. Doc. 15431]. Court further instructed the DHECC to certify to the Court by March 9, 2016 whether service occurred.

As directed, the DHECC hereby certifies as follows:

Jack Hemmenway ("Hemmenway") has been served through counsel via Lexis Nexis File & Serve with a copy of the Court's order [Rec. Doc. 15943]. Hemmenway's counsel was previously served the motion for return of payments via electronic mail and Lexis Nexis File & Serve. [Rec. Doc. 15431]. Hemmenway's counsel has confirmed that claimant Hemmenway is personally in receipt of both above documents.

        Respectfully submitted,

        Patrick A. Juneau,
        Claims Administrator

        By:   /s/ Kevin Colomb
        Kevin Colomb
        Manager of Compliance and Internal Integrity

Dated: March 4, 2016

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this __4th__ day of ___March___, 2015, by electronic mail, on the following:

      Brent Coon & Associates
      215 Orleans
      Beaumont, TX 77701
      *Attorneys for Jack Hemmenway*

      /s/Kevin Colomb
      Counsel