UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Oil Spill by the Oil Rig           MDL NO. 2179
"Deepwater Horizon" in the Gulf
of Mexico, on April 20, 2010              SECTION J

Applies to:                               JUDGE BARBIER
No. 12-970, Bon Secour Fisheries, Inc., et al.   MAGISTRATE JUDGE SHUSHAN
v. BP Exploration & Production, Inc., et al.

## ORDER

[Regarding DHECC's Motion to Examine Judgment Debtor, Bobby Lambert, Sr., and Motion for Sanctions for Failure to Comply with Court Order (Rec. doc. 15959)]

The Court, having considered Deepwater Horizon Economic Claims Center's ("DHECC") Motion to Examine Judgment Debtor and Motion for Sanctions for failure to comply with Court order rules as follows:

IT IS ORDERED that DHECC's motion to examine judgment debtor, Bobby Lambert, Sr., (Rec. doc. 15959) is GRANTED and DHECC, the judgment creditor, is entitled to an Order directing a Judgment Debtor Examination.

IT IS ORDERED that judgment debtor, Bobby Lambert, Sr., shall appear on **Tuesday, April 5, 2016 at 10:00 a.m.** in Room B-309, 501 Magazine Street, New Orleans, Louisiana 70130, for a judgment debtor examination and produce for examination the books, papers, and other documents described in (a) through (hh) of Part VII of the Motion for Judgment Debtor Exam (Rec. Doc. 15959) which are in Mr. Lambert's possession.

IT IS ORDERED that judgment debtor, Bobby Lambert, Sr., appear on **Tuesday, April 5, 2016 at 10:00 a.m.** in Room B-309, 501 Magazine Street, New Orleans, Louisiana 70130, and demonstrate good cause why DHECC's motion for sanctions should not be granted and an order entered declaring:  (1) Bobby Lambert, Sr. in contempt; (2) he must respond fully to the Post-

Judgment Interrogatories served on October 31, 2015 to cure the contempt, or the Court will hold Bobby Lambert, Sr. in criminal contempt and order the U.S. Marshall's office to take him into custody until he cures his contempt; and (3) all costs related to DHECC's attempts to obtain Post-Judgment discovery from Bobby Lambert, Sr. be taxed on him.

New Orleans, Louisiana, this 4th day of March, 2016.

SALLY SHUSHAN
**United States Magistrate Judge**

**Clerk to serve Bobby Lambert, Sr.**
With copies of this order and DHECC's motion (Rec. doc. 15959)
By United States Mail postage prepaid at

8071 Sunshine Drive
Irvington, AL 36544