UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Oil Spill by the Oil Rig**<br>    "Deepwater Horizon" in the Gulf<br>    of Mexico, on April 20, 2010 | **MDL NO. 2179**<br><br>**SECTION J** |
| **Applies to:**<br>*No. 12-970, Bon Secour Fisheries, Inc., et al.*<br>*v. BP Exploration & Production, Inc., et al.* | **JUDGE BARBIER**<br>**MAGISTRATE JUDGE SHUSHAN** |

## ORDER

[Regarding DHECC's Motion to Examine Judgment Debtor,
Timothy Allen Seymour (Rec. doc. 15961)]

The Court, having considered Deepwater Horizon Economic Claims Center's ("DHECC") Motion to Examine Judgment Debtor rules as follows:

IT IS ORDERED that DHECC's motion to examine judgment debtor, Timothy Allen Seymour, (Rec. doc. 15961) is GRANTED and DHECC, the judgment creditor, is entitled to an Order directing a Judgment Debtor Examination.

IT IS ORDERED that judgment debtor, Timothy Allen Seymour, shall appear on **Thursday, April 7, 2016 at 10:00 a.m.** in Room B-309, 501 Magazine Street, New Orleans, Louisiana 70130, for a judgment debtor examination and produce for examination the books, papers, and other documents described in (a) through (hh) of Part IV of the Motion for Judgment Debtor Exam (the "Requested Information") which are in Mr. Seymour's possession.

Mr. Seymour is on notice that failure to appear and/or failure to bring the Requested Information may be punished as contempt, he may be fined, he may be taken into custody for contempt, and a bench warrant may be issued for his arrest if he fails to appear.

IT IS ORDERED that if the parties mutually agree on another date and time Mr. Seymour shall appear on that date and time without further order of the Court, but shall still be subject to

contempt if he fails to appear.

    New Orleans, Louisiana, this 4th day of March, 2016.

                                              **SALLY SHUSHAN**
                                              **United States Magistrate Judge**

**Clerk to serve Timothy Allen Seymour**
With copies of this order and DHECC's motion (Rec. doc. 15961)
By United States Mail postage prepaid at

14230 South Mill Creek
Biloxi, MS 39532