UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | * * * | MDL No. 2179 SECTION: J |
| | * | JUDGE BARBIER |
| This Document Relates to: *No. 12-970* | * * | MAG. JUDGE SHUSHAN |

## FINAL JUDGMENT

Upon consideration of the Motion by the Deepwater Horizon Economic Claims Center ("DHECC") for Entry of a Default Judgment (Rec. Doc. 15951) against claim preparer Joseph K. Bassler ("Bassler") and claimants TNN Enterprise, Inc. ("TNN"), Htun Nyunt, Inc. ("Htun"), and Beach & Luxury Realty, Inc. ("BLR") for failure to plead or otherwise defend against the DHECC's Motion for Return of Payments Made in Reliance on Financial Data Provided by Claim Preparer Joseph K. Bassler (Rec. Doc. 14802), it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion of the DHECC for Entry of a Default Judgment as to Joseph K. Bassler, TNN Enterprise, Inc., Htun Nyunt, Inc., and Beach & Luxury Realty, Inc. is GRANTED; and

2. The Motion of the DHECC for Return of Payments Made in Reliance on Financial Data Provided by Claim Preparer Joseph K. Bassler is GRANTED as to Bassler, TNN, Htun, and BLR; and

3. The DHECC claim awards in favor of TNN based upon Claim 105198 is hereby RESCINDED and VACATED; and

4. The DHECC claim awards in favor of Htun based upon Claim 103045 is hereby RESCINDED and VACATED; and

5. The DHECC claim awards in favor of BLR based upon Claim 78339 is hereby RESCINDED and VACATED; and

6. Judgment is entered against Bassler, TNN, Htun, and BLR, requiring each to make restitution to the DHECC as follows:  Judgment is entered against TNN and Bassler, jointly and severally, in the amount of $148,091.98.  Judgment is entered against Htun and Bassler, jointly and severally, in the amount of $132,579.40.  Judgment is entered against BLR and Bassler, jointly and severally, in the amount of $397,884.93.  Under no circumstances shall the DHECC's recovery exceed $678,556.31; and

7. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

8. IT IS FURTHER ORDERED that the United States Marshal shall provide service may be needed by the DHECC in enforcement of this judgment.

New Orleans, Louisiana, this 4th day of March, 2016.

_____
United States District Judge