```
                          UNITED STATES DISTRICT COURT

                          EASTERN DISTRICT OF LOUISIANA


 ****************************************************************

 IN RE: OIL SPILL BY THE
 OIL RIG DEEPWATER HORIZON
 IN THE GULF OF MEXICO ON
 APRIL 20, 2010
                                     CIVIL ACTION NO. 10-MD-2179 "J"
                                     NEW ORLEANS, LOUISIANA
                                     TUESDAY, MARCH 1, 2016, AT 9:30 A.M.

 THIS DOCUMENT RELATES TO:

 13-706, 13-810, 13-1143,
 13-1185, 13-1222, 13-1386
 AND 13-2006

 ****************************************************************


       TRANSCRIPT OF OPA TEST CASES STATUS CONFERENCE PROCEEDINGS
                 HEARD BEFORE THE HONORABLE SALLY SHUSHAN
                      UNITED STATES MAGISTRATE JUDGE


 APPEARANCES:



 FOR THE PLAINTIFFS:    WILLIAMS LAW GROUP
                        BY:  CONRAD S. P. WILLIAMS, ESQUIRE
                        435 CORPORATE DRIVE, SUITE 101
                        HOUMA, LA   70360
```

*OFFICIAL TRANSCRIPT*

```
 1   APPEARANCES CONTINUED:

 2

 3   FOR BP AMERICA INC.,
     BP AMERICA PRODUCTION
 4   COMPANY, BP COMPANY
     NORTH AMERICA INC.,
 5   BP CORPORATION NORTH
     AMERICA INC.,
 6   BP EXPLORATION &
     PRODUCTION INC.,
 7   BP HOLDINGS NORTH
     AMERICA LIMITED,
 8   BP PRODUCTS NORTH
     AMERICA INC.:            KIRKLAND & ELLIS
 9                            BY:  J. ANDREW LANGAN, ESQUIRE
                                   MATTHEW T. REGAN, ESQUIRE
10                            300 N. LASALLE
                              CHICAGO, IL 60654
11

12
                              KIRKLAND & ELLIS
13                            BY:  CHRISTOPHER W. KEEGAN, ESQUIRE
                              555 CALIFORNIA STREET
14                            SAN FRANCISCO, CA 94104

15

16   OFFICIAL COURT REPORTER: CATHY PEPPER, CRR, RMR, CCR
                              CERTIFIED REALTIME REPORTER
17                            REGISTERED MERIT REPORTER
                              500 POYDRAS STREET, ROOM HB-275
18                            NEW ORLEANS, LA   70130
                              (504) 589-7779
19                            Cathy_Pepper@laed.uscourts.gov

20   PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
     PRODUCED BY COMPUTER.
21

22

23

24

25

                          *OFFICIAL TRANSCRIPT*
```

```
 1                          I N D E X

 2

 3                                                          PAGE

 4

 5   BLAKE PRIVILEGE LOG..................................    4

 6   WADLEIGH'S COMPLETION OF PRODUCTION OF DOCUMENTS.....    4

 7   COMPLETING DEPOSITIONS FOR WADLEIGH AND BLAKE........    5

 8   30(B)(6) NOTICE FOR BP...............................    6

 9   PROPOSED STIPULATIONS................................    6

10   MR. ASHER............................................    7

11   OTHER EXPERTS THAT WERE TO BE DEPOSED................    8

12   EX-BPXP EXPERT REPORT................................    9

13   NEXT CONFERENCE IS MARCH 8TH, 2016 AT 9:15...........   10

14

15

16

17

18

19

20

21

22

23

24

25
```

```
09:15AM    1                      P-R-O-C-E-E-D-I-N-G-S
09:15AM    2               TUESDAY, MARCH 1, 2016
09:15AM    3               M O R N I N G   S E S S I O N
09:15AM    4               (IN CHAMBERS VIA TELEPHONE)
09:30AM    5
09:31AM    6
09:31AM    7         THE COURT:  All right.  Good morning, everybody.  How
09:31AM    8   are you doing?
09:31AM    9         VOICES:  Fine, Your Honor.  Thank you.
09:31AM   10         THE COURT:  Good.  You're welcome.  All right.  Let's
09:31AM   11   see.  Let's start with Blake, we wanted to find out whether the
09:32AM   12   privilege log has been served.
09:32AM   13         MR. WILLIAMS:  Yes, Your Honor.  This is Duke Williams.
09:32AM   14   I think it was it uploaded Friday.  We're going to certify that
09:32AM   15   Blake's production is complete.  There are, I think, 13
09:32AM   16   potential callbacks.  Rather than file a motion, once I get the
09:32AM   17   final number in the actual documents, I'll send them on to
09:32AM   18   Chris and Matt, and we can talk about it and figure that out
09:32AM   19   without burdening you with that stuff.
09:32AM   20         THE COURT:  All right.  Great.
09:32AM   21               Let's see.  How are we coming with Wadleigh's
09:32AM   22   completion of production of documents?  I saw that the jobs
09:32AM   23   register and the purchase order has been produced in prior
09:32AM   24   production.  Are we now complete on that?
09:33AM   25         MR. WILLIAMS:  Your Honor, this is Duke again.
```

```
09:33AM  1   Steve Herman is traveling today, but based on all of the
09:33AM  2   information I've gotten, yes, I think we're complete on those
09:33AM  3   issues with respect to Wadleigh.
09:33AM  4            THE COURT:  Chris, you're -- yeah, go ahead.
09:33AM  5            MR. KEEGAN:  Your Honor, thank you, this is
09:33AM  6   Chris Keegan.  I know we got a couple of the additional
09:33AM  7   documents that we identified in a letter that we sent.
09:33AM  8   Depositions are going right now.  To my knowledge, nothing has
09:33AM  9   come up of sort of documents that we think should have been
09:33AM 10   produced or were not produced.
09:33AM 11            That would be my one caveat.  We've got a
09:33AM 12   letter that's pending that has a couple of other things that
09:33AM 13   maybe Steve said don't exist or they were produced, I'm just
09:33AM 14   not aware, but there is no fires burning at the deposition
09:33AM 15   about documents, so I think we're in good shape there.
09:33AM 16            THE COURT:  Excellent.
09:33AM 17            Okay.  Let's see, how are you all coming on
09:33AM 18   completing depositions for Wadleigh and Blake?
09:34AM 19            MR. WILLIAMS:  Your Honor, this is Duke.  Wadleigh, I
09:34AM 20   think they are about halfway through.  I think Mr. Wadleigh is
09:34AM 21   being deposed tomorrow, and then there will be, I think, one,
09:34AM 22   perhaps two other witnesses later this week.
09:34AM 23            We still have the week that we set aside for
09:34AM 24   Blake set aside, and the witnesses are ready to go and standing
09:34AM 25   by.  We just have to figure out the order, that's all.
```

```
09:34AM  1              THE COURT:  Good.  Okay.  That's good.
09:34AM  2                      How are you all coming on the 30(b)(6) notice
09:34AM  3     for BP?
09:34AM  4              MR. KEEGAN:  Your Honor, this is Chris.  Following the
09:34AM  5     conversation on Friday, we had -- we sent a revised maps
09:34AM  6     30(b)(6) notice to Duke on Sunday morning that had a handful of
09:34AM  7     stipulations.  90 percent of the topics had some revised
09:35AM  8     language for a few other topics, and we're working through that
09:35AM  9     with Duke.
09:35AM 10              THE COURT:  Good.  All right.
09:35AM 11              MR. WILLIAMS:  Judge, this is Duke.  Chris, thanks for
09:35AM 12     sending this to me Sunday.  Sorry I was a little bit late
09:35AM 13     getting to it, but, first of all, Judge I think that meeting on
09:35AM 14     Friday was a great idea.  We accomplished a lot jointly.
09:35AM 15                      The 30(b)(6) draft that Chris sent me basically
09:35AM 16     reflects what we discussed in your presence and later on when
09:35AM 17     Chris and I just repaired to your conference room and talked
09:35AM 18     about it.
09:35AM 19                      We've got to come up with a couple stipulations
09:35AM 20     on Suttles' testimony and TREXs, which we'll be able to do, I
09:35AM 21     think.  Hopefully we'll be able to get that to Chris today.
09:35AM 22              THE COURT:  So it was helpful.  I'm glad to hear that.
09:35AM 23              MR. WILLIAMS:  It was very helpful.  Thank you.
09:36AM 24              THE COURT:  You're welcome.
09:36AM 25                      You guys are still working on the proposed
```

|         |    |                                                                      |
|---------|----|----------------------------------------------------------------------|
| 09:36AM | 1  | stipulations.  I guess we don't need a status report on that,        |
| 09:36AM | 2  | right?                                                               |
| 09:36AM | 3  |       MR. WILLIAMS:  No, I don't think so, Your Honor.  We |
| 09:36AM | 4  | are still working on them.                                           |
| 09:36AM | 5  |       I sent Chris early this morning, too early to     |
| 09:36AM | 6  | comment on them now, but the Blake -- our comments on BP's           |
| 09:36AM | 7  | suggested Blake stipulations.  We're also going to get him some      |
| 09:36AM | 8  | Blake specific stipulations along the lines we discussed with        |
| 09:36AM | 9  | you at the status conference, the simple fact stipulations           |
| 09:36AM | 10 | regarding the rigs and the movement of the rigs, that type of        |
| 09:36AM | 11 | thing.                                                               |
| 09:36AM | 12 |       THE COURT:  Great.                                |
| 09:36AM | 13 |       Okay.  Now, let's talk about Mr. Asher.  Have    |
| 09:36AM | 14 | you all made a decision -- I'm talking about BP and plaintiffs       |
| 09:37AM | 15 | jointly made a decision about economic experts, including            |
| 09:37AM | 16 | Mr. Asher?                                                           |
| 09:37AM | 17 |       MR. WILLIAMS:  Your Honor, this is Duke.  I don't think |
| 09:37AM | 18 | we've made a definite decision yet.  I mean, I'm not really          |
| 09:37AM | 19 | sure Asher is -- I mean, we're going to need to spend any time       |
| 09:37AM | 20 | deposing him.  I haven't talked to Chris about it since we were      |
| 09:37AM | 21 | with you on Friday.                                                  |
| 09:37AM | 22 |       Steve Herman did circulate, I think it was      |
| 09:37AM | 23 | either late Friday or perhaps yesterday, a possible damage           |
| 09:37AM | 24 | stipulation along the lines of what we discussed during your        |
| 09:37AM | 25 | conference with you.  To my knowledge we haven't gotten -- I         |

```
09:37AM  1   think you may have been -- you and Mike may have been copied on
09:37AM  2   that.
09:37AM  3             THE COURT:  Yeah.
09:37AM  4             MR. WILLIAMS:  But we haven't gotten any feedback from
09:38AM  5   BP on that yet.
09:38AM  6             THE COURT:  Got you.  Okay.  Well, that's still
09:38AM  7   outstanding.  I guess you all will talk about that and decide
09:38AM  8   whether or not we can drawdown the economic experts, right?
09:38AM  9             MR. WILLIAMS:  Yes, we will, Your Honor.  I think if we
09:38AM 10   work out a suitable language, you know, with all the
09:38AM 11   reservations of rights and the specifications that it's for
09:38AM 12   purposes of summary judgment only, you know, we can stipulate
09:38AM 13   that if we prove the case, you know, at least one dollar's
09:38AM 14   worth of damage was sustained, I think we could probably get by
09:38AM 15   without wasting time taking Asher's deposition for two or
09:39AM 16   three days.
09:39AM 17             THE COURT:  Not to mention the enormous expense
09:39AM 18   Mr. Asher would charge, right?
09:39AM 19             MR. WILLIAMS:  That's very true, Your Honor.
09:39AM 20             THE COURT:  Okay.  Let's see.  We had other experts
09:39AM 21   that were to be deposed.  I wasn't really sure what their area
09:39AM 22   of expertise was.  One, have they been deposed?
09:39AM 23             MR. KEEGAN:  Your Honor, this is Chris.  We deposed
09:39AM 24   Dr. Crowsey, who is a mapping GIS, geographic information.
09:39AM 25   That was Wednesday.  Then we deposed a former U.S. congressman
```

09:39AM 1  and a former U. S. legislative staffer who submitted some
09:39AM 2  thoughts about the OPA legislative history, and those were both
09:39AM 3  done on Thursday so we're done with those.
09:39AM 4           THE COURT: Okay. Good. All right. That is all I
09:39AM 5  wanted to cover today. What else do you all want to discuss
09:39AM 6  and see if we can get resolved?
09:40AM 7           MR. KEEGAN: Your Honor, I wanted to clarify, this is
09:40AM 8  Chris, on a scheduling point. I think the order has an ex-BPXP
09:40AM 9  expert report this Friday. That has obviously changed.
09:40AM 10          We've got an expert report in response to each
09:40AM 11 of Asher's report. Then we have one report on Bisso that's
09:40AM 12 tied to Mr. Asher's report, in the sense it sort of talks about
09:40AM 13 the industry.
09:40AM 14          Our current plan was to submit those at some
09:40AM 15 point in the future; although, we can also submit the one who
09:40AM 16 is tied to Asher but not a direct rebuttal to Asher on a direct
09:40AM 17 schedule. Just looking for some guidance there.
09:40AM 18          THE COURT: Yeah, Duke, do you have any preference on
09:40AM 19 that?
09:40AM 20          MR. WILLIAMS: No real preference, Judge. We'd kind of
09:41AM 21 like, I mean, some sort of deadline, even if it's in the
09:41AM 22 future. I don't know how it dovetails, but if it's decided
09:41AM 23 that for purposes of the cross motions we don't need to rely or
09:41AM 24 take Asher's depositions or rely on his report or parts of his
09:41AM 25 report, I mean, they may not need to submit expert reports at

```
09:41AM   1    all.  I don't know.
09:41AM   2                    I certainly understand they need extra time,
09:41AM   3    and we've previously agreed to give it to them.  I just think
09:41AM   4    instead of it being open-ended, there ought to be some date or
09:41AM   5    at least we ought to revisit it with the expectation that we'll
09:41AM   6    get a date maybe at the next status conference, discuss it
09:41AM   7    then.
09:41AM   8              THE COURT:  Yeah, that sounds good.  What I would like
09:41AM   9    to do is by the next status conference reach an agreement as to
09:42AM  10    whether or not we need to take expert economists or accountants
09:42AM  11    for the purposes of cross motions.  Depending on the answer
09:42AM  12    will depend on what we do with the rebuttal report.  Sounds
09:42AM  13    good?
09:42AM  14              MR. WILLIAMS:  Yes, Your Honor.
09:42AM  15              THE COURT:  Okay.
09:42AM  16              MR. KEEGAN:  Thank you, Your Honor.  So we will plan on
09:42AM  17    not submitting anything this Friday, but we'll have a decision
09:42AM  18    by the next status conference as to when we think those should
09:42AM  19    come in.
09:42AM  20              THE COURT:  Right.  So do you-all want to get
09:42AM  21    together -- let's see, I'm on criminal duty next -- we could do
09:42AM  22    it next Tuesday morning if you all are available.  I've got
09:42AM  23    court at 10:00, but we could do 9:15, for example?
09:42AM  24              MR. KEEGAN:  On March 8th, Your Honor.
09:43AM  25              THE COURT:  Yes.
```

```
09:43AM   1            MR. WILLIAMS:  That works for me, Your Honor.  9:15,
09:43AM   2   did you say?
09:43AM   3            THE COURT:  Yes, let's get together at 9:15, just to be
09:43AM   4   on the safe side, make sure I get into court for 10:00 and
09:43AM   5   we'll take it from there.  If you all reach decisions on some
09:43AM   6   of this in the interim, why don't you just cc Mike and me on
09:43AM   7   the e-mails.
09:43AM   8            MR. WILLIAMS:  We will do that, Judge.
09:43AM   9            THE COURT:  Okay.  Everybody have a good day.
09:43AM  10            MR. WILLIAMS:  Thank you.  You too.
09:43AM  11            MR. KEEGAN:  Thank you, Your Honor.
09:43AM  12            THE COURT:  Thanks.  Bye-bye.
         13            (WHEREUPON, at 9:43 a.m., the proceedings were
         14   concluded.)
         15                              *   *   *
         16
         17                      REPORTER'S CERTIFICATE
         18            I, Cathy Pepper, Certified Realtime Reporter,
              Registered Merit Reporter, Certified Court Reporter in and for
         19   the State of Louisiana, Official Court Reporter for the United
              States District Court, Eastern District of Louisiana, do hereby
         20   certify that the foregoing is a true and correct transcript to
              the best of my ability and understanding from the record of the
         21   proceedings in the above-entitled and numbered matter.
         22
                                             s/Cathy Pepper
         23                                  Cathy Pepper, CRR, RMR, CCR
                                             Certified Realtime Reporter
         24                                  Registered Merit Reporter
                                             Official Court Reporter
         25                                  United States District Court
                                             Cathy_Pepper@laed.uscourts.gov
```

1

| 1 | 8 | B | CHICAGO [1] - 2:10<br>Chris [12] - 4:18, 5:4, 5:6, 6:4, 6:11, 6:15, 6:17, 6:21, 7:5, 7:20, 8:23, 9:8 | current [1] - 9:14 |
|---|---|---|---|---|
| 1 [2] - 1:8, 4:2<br>10 [1] - 3:13<br>10-MD-2179 [1] - 1:7<br>101 [1] - 1:22<br>10:00 [2] - 10:23, 11:4<br>13 [1] - 4:15<br>13-1143 [1] - 1:11<br>13-1185 [1] - 1:11<br>13-1222 [1] - 1:11<br>13-1386 [1] - 1:11<br>13-2006 [1] - 1:12<br>13-706 [1] - 1:11<br>13-810 [1] - 1:11 | 8 [1] - 3:11<br>8th [1] - 10:24<br>8TH [1] - 3:13<br><br>**9**<br><br>9 [1] - 3:12<br>90 [1] - 6:7<br>94104 [1] - 2:14<br>9:15 [3] - 10:23, 11:1, 11:3<br>9:15.......... [1] - 3:13<br>9:30 [1] - 1:8<br>9:43 [1] - 11:13 | based [1] - 5:1<br>BE [1] - 3:11<br>BEFORE [1] - 1:15<br>best [1] - 11:20<br>Bisso [1] - 9:11<br>bit [1] - 6:12<br>BLAKE [1] - 3:5<br>Blake [6] - 4:11, 5:18, 5:24, 7:6, 7:7, 7:8<br>Blake's [1] - 4:15<br>BLAKE....... [1] - 3:7<br>BP [10] - 2:3, 2:3, 2:4, 2:5, 2:6, 2:7, 2:8, 6:3, 7:14, 8:5<br>BP's [1] - 7:6<br>BP............................ [1] - 3:8<br>BPXP [2] - 3:12, 9:8<br>burdening [1] - 4:19<br>burning [1] - 5:14<br>BY [6] - 1:5, 1:21, 2:9, 2:13, 2:20, 2:20<br>bye [2] - 11:12<br>bye-bye [1] - 11:12 | CHRISTOPHER [1] - 2:13<br>circulate [1] - 7:22<br>CIVIL [1] - 1:7<br>clarify [1] - 9:7<br>coming [3] - 4:21, 5:17, 6:2<br>comment [1] - 7:6<br>comments [1] - 7:6<br>COMPANY [2] - 2:4<br>complete [3] - 4:15, 4:24, 5:2<br>COMPLETING [1] - 3:7<br>completing [1] - 5:18<br>COMPLETION [1] - 3:6<br>completion [1] - 4:22<br>COMPUTER [1] - 2:20<br>concluded [1] - 11:14<br>CONFERENCE [2] - 1:15, 3:13<br>conference [6] - 6:17, 7:9, 7:25, 10:6, 10:9, 10:18<br>congressman [1] - 8:25<br>CONRAD [1] - 1:21<br>CONTINUED [1] - 2:1<br>conversation [1] - 6:5<br>copied [1] - 8:1<br>CORPORATE [1] - 1:22<br>CORPORATION [1] - 2:5<br>correct [1] - 11:20<br>couple [3] - 5:6, 5:12, 6:19<br>court [2] - 10:23, 11:4<br>COURT [25] - 1:1, 2:16, 4:7, 4:10, 4:20, 5:4, 5:16, 6:1, 6:10, 6:22, 6:24, 7:12, 8:3, 8:6, 8:17, 8:20, 9:4, 9:18, 10:8, 10:15, 10:20, 10:25, 11:3, 11:9, 11:12<br>Court [5] - 11:18, 11:19, 11:19, 11:24, 11:25<br>cover [1] - 9:5<br>criminal [1] - 10:21<br>cross [2] - 9:23, 10:11<br>Crowsey [1] - 8:24<br>CRR [2] - 2:16, 11:23 | **D**<br><br>damage [2] - 7:23, 8:14<br>date [2] - 10:4, 10:6<br>days [1] - 8:16<br>deadline [1] - 9:21<br>decide [1] - 8:7<br>decided [1] - 9:22<br>decision [4] - 7:14, 7:15, 7:18, 10:17<br>decisions [1] - 11:5<br>DEEPWATER [1] - 1:5<br>definite [1] - 7:18<br>deposed [5] - 5:21, 8:21, 8:22, 8:23, 8:25<br>DEPOSED............... [1] - 3:11<br>deposing [1] - 7:20<br>deposition [2] - 5:14, 8:15<br>DEPOSITIONS [1] - 3:7<br>depositions [3] - 5:8, 5:18, 9:24<br>direct [2] - 9:16<br>discuss [2] - 9:5, 10:6<br>discussed [3] - 6:16, 7:8, 7:24<br>DISTRICT [2] - 1:1, 1:2<br>District [3] - 11:19, 11:25<br>DOCUMENT [1] - 1:10<br>documents [5] - 4:17, 4:22, 5:7, 5:9, 5:15<br>DOCUMENTS.... [1] - 3:6<br>dollar's [1] - 8:13<br>done [2] - 9:3<br>dovetails [1] - 9:22<br>Dr [1] - 8:24<br>draft [1] - 6:15<br>drawdown [1] - 8:8<br>DRIVE [1] - 1:22<br>Duke [8] - 4:13, 4:25, 5:19, 6:6, 6:9, 6:11, 7:17, 9:18<br>during [1] - 7:24<br>duty [1] - 10:21<br><br>**E**<br><br>e-mails [1] - 11:7<br>early [2] - 7:5 |
| **2**<br>20 [1] - 1:6<br>2010 [1] - 1:6<br>2016 [3] - 1:8, 3:13, 4:2 | **A**<br>A.M [1] - 1:8<br>a.m [1] - 11:13<br>ability [1] - 11:20<br>able [2] - 6:20, 6:21<br>above-entitled [1] - 11:21<br>accomplished [1] - 6:14<br>accountants [1] - 10:10<br>ACTION [1] - 1:7<br>actual [1] - 4:17<br>additional [1] - 5:6<br>agreed [1] - 10:3<br>agreement [1] - 10:9<br>ahead [1] - 5:4<br>AMERICA [6] - 2:3, 2:3, 2:4, 2:5, 2:7, 2:8<br>AND [2] - 1:12, 3:7<br>ANDREW [1] - 2:9<br>answer [1] - 10:11<br>APPEARANCES [2] - 1:18, 2:1<br>APRIL [1] - 1:6<br>area [1] - 8:21<br>Asher [6] - 7:13, 7:16, 7:19, 8:18, 9:16<br>Asher's [4] - 8:15, 9:11, 9:12, 9:24<br>ASHER....................................... [1] - 3:10<br>aside [2] - 5:23, 5:24<br>AT [2] - 1:8, 3:13<br>available [1] - 10:22<br>aware [1] - 5:14 | **C**<br>CA [1] - 2:14<br>CALIFORNIA [1] - 2:13<br>callbacks [1] - 4:16<br>case [1] - 8:13<br>CASES [1] - 1:15<br>Cathy [2] - 11:18, 11:23<br>CATHY [1] - 2:16<br>Cathy_Pepper@laed.uscourts.gov [1] - 11:25<br>cathy_Pepper@laed.uscourts.gov [1] - 2:19<br>caveat [1] - 5:11<br>cc [1] - 11:6<br>CCR [2] - 2:16, 11:23<br>certainly [1] - 10:2<br>CERTIFICATE [1] - 11:17<br>CERTIFIED [1] - 2:16<br>Certified [3] - 11:18, 11:18, 11:23<br>certify [2] - 4:14, 11:20<br>CHAMBERS [1] - 4:4<br>changed [1] - 9:9<br>charge [1] - 8:18 | | |
| **3**<br>30(b)(6 [3] - 6:2, 6:6, 6:15<br>30(B)(6 [1] - 3:8<br>300 [1] - 2:10 | | | | |
| **4**<br>4 [2] - 3:5, 3:6<br>435 [1] - 1:22 | | | | |
| **5**<br>5 [1] - 3:7<br>500 [1] - 2:17<br>504 [1] - 2:18<br>555 [1] - 2:13<br>589-7779 [1] - 2:18 | | | | |
| **6**<br>6 [2] - 3:8, 3:9<br>60654 [1] - 2:10 | | | | |
| **7**<br>7 [1] - 3:10<br>70130 [1] - 2:18<br>70360 [1] - 1:22 | | | | |

**EASTERN** [1] - 1:2
**Eastern** [1] - 11:19
**economic** [2] - 7:15, 8:8
**economists** [1] - 10:10
**either** [1] - 7:23
**ELLIS** [2] - 2:8, 2:12
**ended** [1] - 10:4
**enormous** [1] - 8:17
**entitled** [1] - 11:21
**ESQUIRE** [4] - 1:21, 2:9, 2:9, 2:13
**EX** [1] - 3:12
**ex** [1] - 9:8
**EX-BPXP** [1] - 3:12
**ex-BPXP** [1] - 9:8
**example** [1] - 10:23
**excellent** [1] - 5:16
**exist** [1] - 5:13
**expectation** [1] - 10:5
**expense** [1] - 8:17
**EXPERT** [1] - 3:12
**expert** [4] - 9:9, 9:10, 9:25, 10:10
**expertise** [1] - 8:22
**EXPERTS** [1] - 3:11
**experts** [3] - 7:15, 8:8, 8:20
**EXPLORATION** [1] - 2:6
**extra** [1] - 10:2

**F**

**fact** [1] - 7:9
**feedback** [1] - 8:4
**few** [1] - 6:8
**figure** [2] - 4:18, 5:25
**file** [1] - 4:16
**final** [1] - 4:17
**fine** [1] - 4:9
**fires** [1] - 5:14
**first** [1] - 6:13
**following** [1] - 6:4
**FOR** [4] - 1:21, 2:3, 3:7, 3:8
**foregoing** [1] - 11:20
**former** [2] - 8:25, 9:1
**FRANCISCO** [1] - 2:14
**Friday** [7] - 4:14, 6:5, 6:14, 7:21, 7:23, 9:9, 10:17
**future** [2] - 9:15, 9:22

**G**

**geographic** [1] - 8:24

**GIS** [1] - 8:24
**glad** [1] - 6:22
**great** [3] - 4:20, 6:14, 7:12
**GROUP** [1] - 1:21
**guess** [2] - 7:1, 8:7
**guidance** [1] - 9:17
**GULF** [1] - 1:6
**guys** [1] - 6:25

**H**

**halfway** [1] - 5:20
**handful** [1] - 6:6
**HB-275** [1] - 2:17
**hear** [1] - 6:22
**HEARD** [1] - 1:15
**helpful** [2] - 6:22, 6:23
**hereby** [1] - 11:19
**Herman** [2] - 5:1, 7:22
**history** [1] - 9:2
**HOLDINGS** [1] - 2:7
**Honor** [17] - 4:9, 4:13, 4:25, 5:5, 5:19, 6:4, 7:3, 7:17, 8:9, 8:19, 8:23, 9:7, 10:14, 10:16, 10:24, 11:1, 11:11
**HONORABLE** [1] - 1:15
**hopefully** [1] - 6:21
**HORIZON** [1] - 1:5
**HOUMA** [1] - 1:22

**I**

**idea** [1] - 6:14
**identified** [1] - 5:7
**IL** [1] - 2:10
**IN** [3] - 1:5, 1:6, 4:4
**INC** [5] - 2:3, 2:4, 2:5, 2:6, 2:8
**including** [1] - 7:15
**industry** [1] - 9:13
**information** [2] - 5:2, 8:24
**instead** [1] - 10:4
**interim** [1] - 11:6
**IS** [1] - 3:13
**issues** [1] - 5:3

**J**

**jobs** [1] - 4:22
**jointly** [2] - 6:14, 7:15
**JUDGE** [1] - 1:16
**Judge** [4] - 6:11, 6:13, 9:20, 11:8

**judgment** [1] - 8:12

**K**

**KEEGAN** [8] - 2:13, 5:5, 6:4, 8:23, 9:7, 10:16, 10:24, 11:11
**Keegan** [1] - 5:6
**kind** [1] - 9:20
**KIRKLAND** [2] - 2:8, 2:12
**knowledge** [2] - 5:8, 7:25

**L**

**LA** [2] - 1:22, 2:18
**LANGAN** [1] - 2:9
**language** [2] - 6:8, 8:10
**LASALLE** [1] - 2:10
**late** [2] - 6:12, 7:23
**LAW** [1] - 1:21
**least** [2] - 8:13, 10:5
**legislative** [2] - 9:1, 9:2
**letter** [2] - 5:7, 5:12
**LIMITED** [1] - 2:7
**lines** [2] - 7:8, 7:24
**log** [1] - 4:12
**LOG............................ ......** [1] - 3:5
**looking** [1] - 9:17
**LOUISIANA** [2] - 1:2, 1:8
**Louisiana** [2] - 11:19, 11:19

**M**

**MAGISTRATE** [1] - 1:16
**mails** [1] - 11:7
**mapping** [1] - 8:24
**maps** [1] - 6:5
**MARCH** [3] - 1:8, 3:13, 4:2
**March** [1] - 10:24
**Matt** [1] - 4:18
**matter** [1] - 11:21
**MATTHEW** [1] - 2:9
**mean** [4] - 7:18, 7:19, 9:21, 9:25
**MECHANICAL** [1] - 2:20
**meeting** [1] - 6:13
**mention** [1] - 8:17
**MERIT** [1] - 2:17

**Merit** [2] - 11:18, 11:24
**MEXICO** [1] - 1:6
**Mike** [2] - 8:1, 11:6
**morning** [4] - 4:7, 6:6, 7:5, 10:22
**motion** [1] - 4:16
**motions** [2] - 9:23, 10:11
**movement** [1] - 7:10
**MR** [23] - 3:10, 4:13, 4:25, 5:5, 5:19, 6:4, 6:11, 6:23, 7:3, 7:17, 8:4, 8:9, 8:19, 8:23, 9:7, 9:20, 10:14, 10:16, 10:24, 11:1, 11:8, 11:10, 11:11

**N**

**need** [6] - 7:1, 7:19, 9:23, 9:25, 10:2, 10:10
**NEW** [2] - 1:8, 2:18
**NEXT** [1] - 3:13
**next** [5] - 10:6, 10:9, 10:18, 10:21, 10:22
**NO** [1] - 1:7
**NORTH** [4] - 2:4, 2:5, 2:7, 2:8
**nothing** [1] - 5:8
**notice** [2] - 6:2, 6:6
**NOTICE** [1] - 3:8
**number** [1] - 4:17
**numbered** [1] - 11:21

**O**

**obviously** [1] - 9:9
**OF** [5] - 1:2, 1:6, 1:15, 3:6
**OFFICIAL** [1] - 2:16
**Official** [2] - 11:19, 11:24
**OIL** [2] - 1:5, 1:5
**ON** [1] - 1:6
**once** [1] - 4:16
**one** [6] - 5:11, 5:21, 8:13, 8:22, 9:11, 9:15
**OPA** [2] - 1:15, 9:2
**open** [1] - 10:4
**open-ended** [1] - 10:4
**order** [3] - 4:23, 5:25, 9:8
**ORLEANS** [2] - 1:8, 2:18
**OTHER** [1] - 3:11

**ought** [2] - 10:4, 10:5
**outstanding** [1] - 8:7

**P**

**PAGE** [1] - 3:3
**parts** [1] - 9:24
**pending** [1] - 5:12
**PEPPER** [1] - 2:16
**Pepper** [3] - 11:18, 11:22, 11:23
**percent** [1] - 6:7
**perhaps** [2] - 5:22, 7:23
**PLAINTIFFS** [1] - 1:21
**plaintiffs** [1] - 7:14
**plan** [2] - 9:14, 10:16
**point** [2] - 9:8, 9:15
**possible** [1] - 7:23
**potential** [1] - 4:16
**POYDRAS** [1] - 2:17
**preference** [2] - 9:18, 9:20
**presence** [1] - 6:16
**previously** [1] - 10:3
**PRIVILEGE** [1] - 3:5
**privilege** [1] - 4:12
**proceedings** [2] - 11:13, 11:21
**PROCEEDINGS** [3] - 1:15, 2:20, 4:1
**produced** [4] - 4:23, 5:10, 5:13
**PRODUCED** [1] - 2:20
**PRODUCTION** [3] - 2:3, 2:6, 3:6
**production** [3] - 4:15, 4:22, 4:24
**PRODUCTS** [1] - 2:8
**proposed** [1] - 6:25
**PROPOSED** [1] - 3:9
**prove** [1] - 8:13
**purchase** [1] - 4:23
**purposes** [3] - 8:12, 9:23, 10:11

**R**

**rather** [1] - 4:16
**RE** [1] - 1:5
**reach** [2] - 10:9, 11:5
**ready** [1] - 5:24
**real** [1] - 9:20
**really** [2] - 7:18, 8:21
**REALTIME** [1] - 2:16
**Realtime** [2] - 11:18, 11:23
**rebuttal** [2] - 9:16,

| | | | |
|---|---|---|---|
| 10:12<br>**record** [1] - 11:20<br>**RECORDED** [1] - 2:20<br>**reflects** [1] - 6:16<br>**REGAN** [1] - 2:9<br>**regarding** [1] - 7:10<br>**register** [1] - 4:23<br>**Registered** [1] - 11:18<br>**REGISTERED** [1] - 2:17<br>**registered** [1] - 11:24<br>**RELATES** [1] - 1:10<br>**rely** [2] - 9:23, 9:24<br>**repaired** [1] - 6:17<br>**report** [9] - 7:1, 9:9, 9:10, 9:11, 9:12, 9:24, 9:25, 10:12<br>**REPORT.................... ...........** [1] - 3:12<br>**REPORTER** [3] - 2:16, 2:16, 2:17<br>**Reporter** [7] - 11:18, 11:18, 11:19, 11:23, 11:24, 11:24<br>**REPORTER'S** [1] - 11:17<br>**reports** [1] - 9:25<br>**reservations** [1] - 8:11<br>**resolved** [1] - 9:6<br>**respect** [1] - 5:3<br>**response** [1] - 9:10<br>**revised** [2] - 6:5, 6:7<br>**revisit** [1] - 10:5<br>**RIG** [1] - 1:5<br>**rights** [1] - 8:11<br>**rigs** [2] - 7:10<br>**RMR** [2] - 2:16, 11:23<br>**room** [1] - 6:17<br>**ROOM** [1] - 2:17<br><br>**S**<br><br>**s/Cathy** [1] - 11:22<br>**safe** [1] - 11:4<br>**SALLY** [1] - 1:15<br>**SAN** [1] - 2:14<br>**saw** [1] - 4:22<br>**schedule** [1] - 9:17<br>**scheduling** [1] - 9:8<br>**see** [6] - 4:11, 4:21, 5:17, 8:20, 9:6, 10:21<br>**send** [1] - 4:17<br>**sending** [1] - 6:12<br>**sense** [1] - 9:12<br>**sent** [4] - 5:7, 6:5, 6:15, 7:5<br>**served** [1] - 4:12<br>**set** [2] - 5:23, 5:24 | **shape** [1] - 5:15<br>**SHUSHAN** [1] - 1:15<br>**side** [1] - 11:4<br>**simple** [1] - 7:9<br>**sorry** [1] - 6:12<br>**sort** [3] - 5:9, 9:12, 9:21<br>**sounds** [2] - 10:8, 10:12<br>**specific** [1] - 7:8<br>**specifications** [1] - 8:11<br>**spend** [1] - 7:19<br>**SPILL** [1] - 1:5<br>**staffer** [1] - 9:1<br>**standing** [1] - 5:24<br>**start** [1] - 4:11<br>**State** [1] - 11:19<br>**STATES** [2] - 1:1, 1:16<br>**States** [2] - 11:19, 11:25<br>**status** [5] - 7:1, 7:9, 10:6, 10:9, 10:18<br>**STATUS** [1] - 1:15<br>**STENOGRAPHY** [1] - 2:20<br>**Steve** [3] - 5:1, 5:13, 7:22<br>**still** [4] - 5:23, 6:25, 7:4, 8:6<br>**stipulate** [1] - 8:12<br>**stipulation** [1] - 7:24<br>**stipulations** [6] - 6:7, 6:19, 7:1, 7:7, 7:8, 7:9<br>**STIPULATIONS.......... ......................** [1] - 3:9<br>**STREET** [2] - 2:13, 2:17<br>**stuff** [1] - 4:19<br>**submit** [3] - 9:14, 9:15, 9:25<br>**submitted** [1] - 9:1<br>**submitting** [1] - 10:17<br>**suggested** [1] - 7:7<br>**suitable** [1] - 8:10<br>**SUITE** [1] - 1:22<br>**summary** [1] - 8:12<br>**Sunday** [2] - 6:6, 6:12<br>**sustained** [1] - 8:14<br>**Suttles'** [1] - 6:20<br><br>**T**<br><br>**talks** [1] - 9:12<br>**TELEPHONE** [1] - 4:4<br>**TEST** [1] - 1:15<br>**testimony** [1] - 6:20 | **THAT** [1] - 3:11<br>**THE** [27] - 1:5, 1:6, 1:15, 1:21, 4:7, 4:10, 4:20, 5:4, 5:16, 6:1, 6:10, 6:22, 6:24, 7:12, 8:3, 8:6, 8:17, 8:20, 9:4, 9:18, 10:8, 10:15, 10:20, 10:25, 11:3, 11:9, 11:12<br>**THIS** [1] - 1:10<br>**thoughts** [1] - 9:2<br>**three** [1] - 8:16<br>**Thursday** [1] - 9:3<br>**tied** [2] - 9:12, 9:16<br>**TO** [2] - 1:10, 3:11<br>**today** [3] - 5:1, 6:21, 9:5<br>**together** [2] - 10:21, 11:3<br>**tomorrow** [1] - 5:21<br>**topics** [2] - 6:7, 6:8<br>**transcript** [1] - 11:20<br>**TRANSCRIPT** [2] - 1:15, 2:20<br>**traveling** [1] - 5:1<br>**TREXs** [1] - 6:20<br>**true** [2] - 8:19, 11:20<br>**TUESDAY** [2] - 1:8, 4:2<br>**Tuesday** [1] - 10:22<br>**two** [2] - 5:22, 8:15<br>**type** [1] - 7:10<br><br>**U**<br><br>**U.S** [1] - 8:25<br>**United** [2] - 11:19, 11:25<br>**UNITED** [2] - 1:1, 1:16<br>**up** [2] - 5:9, 6:19<br>**uploaded** [1] - 4:14<br><br>**V**<br><br>**VIA** [1] - 4:4<br>**VOICES** [1] - 4:9<br><br>**W**<br><br>**Wadleigh** [4] - 5:3, 5:18, 5:19, 5:20<br>**WADLEIGH** [1] - 3:7<br>**Wadleigh's** [1] - 4:21<br>**WADLEIGH'S** [1] - 3:6<br>**wasting** [1] - 8:15<br>**Wednesday** [1] - 8:25<br>**week** [2] - 5:22, 5:23<br>**welcome** [2] - 4:10, | 6:24<br>**WERE** [1] - 3:11<br>**WHEREUPON** [1] - 11:13<br>**WILLIAMS** [17] - 1:21, 1:21, 4:13, 4:25, 5:19, 6:11, 6:23, 7:3, 7:17, 8:4, 8:9, 8:19, 9:20, 10:14, 11:1, 11:8, 11:10<br>**Williams** [1] - 4:13<br>**witnesses** [2] - 5:22, 5:24<br>**works** [1] - 11:1<br>**worth** [1] - 8:14<br><br>**Y**<br><br>**yesterday** [1] - 7:23<br>**you-all** [1] - 10:20 |