IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * * * | MDL NO. 2179 |
| | * | SECTION: J |
| *This document relates to:* | * * | |
| Nos. 12-970, 15-4143, 15-4146 and 15-4654 | * * | HONORABLE CARL J. BARBIER |
| | * * | MAGISTRATE JUDGE SHUSHAN |
| | * * * * * | |

**UNOPPOSED MOTION FO APPROVAL OF KINSELLA
CONTRACT AND PAYMEMNT FROM ESCROW ACCOUNTS**

**NOW INTO COURT** come Plaintiffs' Co-Liaison Counsel on behalf of the members of a putative New Class, as defined by the HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on September 2, 2015) [Rec. Doc. 15322-1] ("HESI Settlement") and the Transocean Punitive Damages and Assigned Claims Settlement Agreement [Rec. Doc. 14644-1] ("Transocean Settlement"), and Co-Lead Class Counsel on behalf of the previously certified and approved DHEPDS Class, and respectfully move for approval of the Kinsella contract and payment for services rendered to date, for the reasons that follow:

I.

Pursuant to the HESI Settlement and the Transocean Settlement, two Escrow Accounts have been established and approved by the Court, for the payment of Administrative Costs, as well as eventual benefits to the respective classmembers, if and when the Effective Date is achieved, [Rec. Docs. 13649 and 14906].

II.

The undersigned have been working with Counsel for HESI and Transocean, the Claims Administrator, Garden City Group, and Kinsella Media, to develop and appropriate Class Notice to be submitted to the Court for approval in connection with the HESI and Transocean Proposed Class Settlements.

III.

The undersigned and Kinsella Media have tentatively agreed to the contract submitted herewith as Exhibit A, to which HESI and Transocean have no objection.

IV.

Pursuant to the terms of the contract, Kinsella has accrued a total of $59,937.50 to date, in services and expenses, (*see* Invoice submitted herewith as Exhibit "B").

V.

When the Administrative Costs are allocated to the two Escrow Accounts on a *pro rata* basis, $49,688.19 (82.9%) is owed from the HESI Settlement Fund, while $10,249.31 (17.1%) is owed from the Transocean Settlement Fund.

VI.

Undersigned counsel have provided this Motion to Counsel for HESI and Transocean, who have no objection.

**WHEREFORE** the undersigned respectfully pray for an Order approving the proposed agreement for services between the Plaintiffs' Steering Committee and Kinsella, and authorizing and directing the Escrow Agent to pay Kinsella Media a total of Fifty-Nine Thousand, Nine Hundred, Thirty-Seven Dollars and Fifty Cents ($59,937.50) from the Transocean Settlement

Fund and the Halliburton Settlement Fund on a *pro rata* basis, (specifically $49,688.19 out of the Halliburton Settlement Fund and $10,249.31 out of the Transocean Settlement Fund).

This 7th day of March, 2016.


Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| Stephen J. Herman, La. Bar No. 23129 | James Parkerson Roy, La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY & EDWARDS LLC |
| 820 O'Keefe Avenue | 556 Jefferson Street, Suite 500 |
| New Orleans, Louisiana 70113 | Lafayette, Louisiana 70501 |
| Telephone:  (504) 581-4892 | Telephone:  (337) 233-3033 |
| Fax No.     (504) 569-6024 | Fax No.     (337) 233-2796 |
| E-Mail: sherman@hhklawfirm.com | E-Mail: jimr@wrightroy.com |
| | |
| *Plaintiffs Liaison Counsel, DHEPDS Lead Class Counsel and Proposed Punitive Damages Settlement Lead Class Counsel* | *Plaintiffs Liaison Counsel, DHEPDS Lead Class Counsel and Proposed Punitive Damages Settlement Lead Class Counsel* |


## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Motion has been served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, on this 7th day of March, 2016.

/s/  Stephen J. Herman and James Parkerson Roy

1274213.2