

February 25, 2016

Dear Plaintiffs' Steering Committee,

We appreciate the opportunity to provide professional services to the Plaintiffs' Steering Committee (the "PSC") in the *In re: Oil Spill by the Oil Rig "Deepwater Horizon"* for the Halliburton and Transocean Punitive Damages & Assigned Claims Settlements, in connection with approval of proposed procedures for providing notice of the settlements (the "Proposed Notice Program").  This letter confirms the scope of our work, to be performed if and as requested by the PSC.

The scope of Kinsella Media's ("KM") work includes:
- **Design and Implement a Notice Program:**  You will have approval authority over all aspects of the Notice Program (components, budget, and schedule).
- **Write/Edit Notice Materials:**  KM will draft/edit all notice materials.
- **Work with Garden City Group, LLC ('GCG"):**  KM will work with GCG to implement the Notice Program.
- **Provide an Expert Opinion:**  My expert opinion will cover the adequacy of the media and the content/form of the Proposed Notice Program.

**Costs:**  We will charge a flat fee of $15,000 for our services, plus reimbursement for reasonable hours worked and any out of pocket expenses.  The hourly rates for our staff are attached as Exhibit A.

We understand that this engagement letter and payment of our fee and expenses must be approved by the court.

**Please sign and review this letter:**  Please let me know if you have any changes to this letter.  If all the information is correct, please sign and return it to acknowledge our agreement about the scope of KM's services and costs.  Thank you again for the opportunity to work on this matter.

Sincerely,

Shannon Wheatman
President

I agree to the scope of KM services and other terms described above.

_____          _____
Steve Herman                                                                                      Date:
Authorized Representative of the PSC

**EXHIBIT A**

| KM Billable Rates - Updated 2/23/16 | |
| --- | --- |
| Name | Hourly Rate |
| Alicia Gehring: Media Director | $300 |
| Cecily Uhlfelder: Media Planner | $275 |
| Cristen Stephansky: Notice Program Manager | $200 |
| Elaine Pang: Media Supervisor | $250 |
| Emily Scheu: Media Planner | $150 |
| Jamie Brown: Notice Program Manager | $200 |
| John Hight: Systems and Design Administrator | $150 |
| Katherine Kinsella: Founder | $550 |
| Kristen Stallings: Director - Operations and Client Services | $250 |
| Maureen Gorman: Senior Media Analyst | $300 |
| Michelle Ghilselli:  Notice Specialist | $250 |
| Sali Hama: Senior Notice Program Manager | $200 |
| Shannon Wheatman: President | $500 |