**INVOCE #  4885**



*In re Oil Spill by the Oil Rig "Deepwater Horizon"*  
*for the Halliburton and Transocean Settlements*

**Bill To:**

**Job:** 2994  
**Invoice Date:** 2/29/2016  
**Due:** Upon receipt

Plaintiffs' Steering Committee  
820 O'Keefe Ave  
New Orleans, LA 70113

### Other Costs

|  | Hours Worked | Hourly Rate | Total |
|---|---|---|---|
| Elaine Pang: Media Supervisor | 7 | $250.00 | $1,750.00 |
| Katherine Kinsella: Founder | 5.75 | $550.00 | $3,162.50 |
| Sali Hama: Senior Notice Program Manager | 28.25 | $200.00 | $5,650.00 |
| Shannon Wheatman: President | 68.75 | $500.00 | $34,375.00 |
| Expert Services: Flat Fee |  |  | $15,000.00 |
|  |  | **Sub-Total:** | $59,937.50 |

### Current Total Due

**$59,937.50**

### Payment Instructions

**Wire Payment to:**
ABA/Routing # (Wire or ACH): ███████
Account#: ███████
Account Name: Kinsella Media, LLC
Reference #: ███
Bank: ███████
Bank Contact: Mayra Landeros - 214.987.8817
Federal Tax ID: ███████

**Or Overnight Payment to:**
SourceHOV
Attn: Lockbox 9065
615 Freeport Parkway
Coppell, TX 75019

| KM Employee | Date | Description | Hours | Hourly Rate | Total |
|---|---|---|---|---|---|
| Shannon Wheatman: President | 11/11/15 | Review HESI/TO settlement agreements. | 4.5 | $500.00 | $2,250.00 |
| Elaine Pang: Media Supervisor | 11/12/15 | Review HESI/TO settlement agreements. | 0.25 | $250.00 | $62.50 |
| Sali Hama: Senior Notice Program Manager | 11/13/15 | Intake meeting to discuss initial case information. | 1 | $200.00 | $200.00 |
| Elaine Pang: Media Supervisor | 11/13/15 | Request media rates from vendors. | 0.5 | $250.00 | $125.00 |
| Sali Hama: Senior Notice Program Manager | 11/16/15 | Review HESI/TO settlement agreements. | 1 | $200.00 | $200.00 |
| Sali Hama: Senior Notice Program Manager | 11/17/15 | Review HESI/TO settlement agreements. | 1 | $200.00 | $200.00 |
| Shannon Wheatman: President | 11/20/15 | Review GCG's chart comparing HESI/TO settlements and previous BP settlement. | 0.75 | $500.00 | $375.00 |
| Elaine Pang: Media Supervisor | 11/29/15 | Put together media options. | 1 | $250.00 | $250.00 |
| Shannon Wheatman: President | 12/2/15 | Review geographic breakdown of claims. Analyze data for coastal, wetlands, seafood, subsistence, vessel and charterboat. | 3 | $500.00 | $1,500.00 |
| Elaine Pang: Media Supervisor | 12/3/15 | Review GCG data on claimants. | 0.5 | $250.00 | $125.00 |
| Shannon Wheatman: President | 12/8/15 | Review HESI/TO complaints. | 1.75 | $500.00 | $875.00 |
| Sali Hama: Senior Notice Program Manager | 12/8/15 | Review HESI/TO complaints. | 1 | $200.00 | $200.00 |
| Shannon Wheatman: President | 12/14/15 | Review initial media recommendations from Media Supervisor. Suggest changes to plan. | 0.5 | $500.00 | $250.00 |
| Sali Hama: Senior Notice Program Manager | 12/14/15 | Internal meeting to discuss media options and recommendations. | 0.5 | $200.00 | $100.00 |
| Elaine Pang: Media Supervisor | 12/14/15 | Meeting with the team to go over media options. | 0.5 | $250.00 | $125.00 |
| Elaine Pang: Media Supervisor | 12/17/15 | Go over media rationale. | 0.25 | $250.00 | $62.50 |
| Shannon Wheatman: President | 12/29/15 | Review alternative media options form Media Supervisor and suggest changes to plan. Revise geographic analysis based on new data provided by GCG. | 2.25 | $500.00 | $1,125.00 |
| Elaine Pang: Media Supervisor | 12/30/15 | Edit media program. | 0.25 | $250.00 | $62.50 |
| Katherine Kinsella: Founder | 12/31/15 | Call with PSC and Mike Juneau to discuss scope of media program. | 0.75 | $550.00 | $412.50 |
| Shannon Wheatman: President | 12/31/15 | Call with PSC and Mike Juneau to discuss scope of media program. | 0.75 | $500.00 | $375.00 |
| Shannon Wheatman: President | 1/4/16 | Talk with GCG about mailing list data. Request additional mailing lists for excluded groups. | 0.5 | $500.00 | $250.00 |
| Elaine Pang: Media Supervisor | 1/4/16 | Request previous BP documents. | 0.25 | $250.00 | $62.50 |
| Elaine Pang: Media Supervisor | 1/5/16 | Develop list of questionsf or client. | 0.25 | $250.00 | $62.50 |
| Elaine Pang: Media Supervisor | 1/7/16 | Gather additional media research (newspapers). | 0.25 | $250.00 | $62.50 |
| Sali Hama: Senior Notice Program Manager | 1/8/16 | Research mailing lists for excluded classes. | 0.5 | $200.00 | $100.00 |
| Katherine Kinsella: Founder | 1/11/16 | Analysis of geographic breakdown of claims. | 1 | $550.00 | $550.00 |
| Shannon Wheatman: President | 1/11/16 | Further revise analysis of geographic breakdown of claims. | 1.25 | $500.00 | $625.00 |
| Sali Hama: Senior Notice Program Manager | 1/12/16 | Review email from GCG on mailing lists and class data. | 0.5 | $200.00 | $100.00 |
| Shannon Wheatman: President | 1/13/16 | Begin drafting LF Notice. | 3.5 | $500.00 | $1,750.00 |
| Elaine Pang: Media Supervisor | 1/13/16 | Edit media program recommendations. | 0.5 | $250.00 | $125.00 |
| Shannon Wheatman: President | 1/15/16 | Provide direction to Media Supervisor on media recommendations. Continue drafting LF Notice. | 4.75 | $500.00 | $2,375.00 |
| Sali Hama: Senior Notice Program Manager | 1/19/16 | Review media recommendation (newspapers) and draft memo. | 0.5 | $200.00 | $100.00 |
| Shannon Wheatman: President | 1/19/16 | Review mailing list data from GCG on excluded groups. Ask for removal of branches for insurance and banking. | 0.5 | $500.00 | $250.00 |
| Katherine Kinsella: Founder | 1/20/16 | Review Media Supervisor's media recommendations. Review public service announcement information. | 2 | $550.00 | $1,100.00 |
| Sali Hama: Senior Notice Program Manager | 1/21/16 | Continue to draft memo on recommended notice program. | 4 | $200.00 | $800.00 |
| Shannon Wheatman: President | 1/21/16 | Review revised mailing list data from GCG. Begin drafting summary notice for publication. Finalize initial draft of LF Notice. | 6.5 | $500.00 | $3,250.00 |
| Sali Hama: Senior Notice Program Manager | 1/22/16 | Continue to draft memo. Talk with earned media vendor about pubic service announcement recommendations. | 3 | $200.00 | $600.00 |
| Sali Hama: Senior Notice Program Manager | 1/25/16 | Edit memo with recommended media program. | 2 | $200.00 | $400.00 |
| Elaine Pang: Media Supervisor | 1/25/16 | Edit memo. | 0.25 | $250.00 | $62.50 |
| Katherine Kinsella: Founder | 1/26/16 | Edit draft memo on recommended notice program. | 2 | $550.00 | $1,100.00 |
| Sali Hama: Senior Notice Program Manager | 1/26/16 | Work with Media Supervisor on memo recommendations/edits. | 3 | $200.00 | $600.00 |
| Elaine Pang: Media Supervisor | 1/26/16 | Review memo and provide comments. | 0.25 | $250.00 | $62.50 |
| Elaine Pang: Media Supervisor | 1/26/16 | Put media program into database. | 0.5 | $250.00 | $125.00 |
| Sali Hama: Senior Notice Program Manager | 1/28/16 | Create and compile media estimate (earned media and outreach, production costs). | 2 | $200.00 | $400.00 |
| Elaine Pang: Media Supervisor | 1/28/16 | Research public service announcemnt options. | 0.25 | $250.00 | $62.50 |
| Shannon Wheatman: President | 1/29/16 | Review media estimate. Finalize drafts of memo, LF, and summary notices. Email documents to PSC and Mike Juneau. | 7 | $500.00 | $3,500.00 |
| Shannon Wheatman: President | 2/2/16 | Review and respond to PSC comments on draft notices. | 0.25 | $500.00 | $125.00 |

| Name | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| Shannon Wheatman: President | 2/4/16 | Draft postcard notice for Old Class. | 2.5 | $500.00 | $1,250.00 |
| Shannon Wheatman: President | 2/5/16 | Finalize postcard draft and send to PSC, Halliburton, Transocean and Mike Juneau. | 1.25 | $500.00 | $625.00 |
| Sali Hama: Senior Notice Program Manager | 2/10/16 | Preparation for meeting. Review HESI/TO settlement agreements. | 2 | $200.00 | $400.00 |
| Shannon Wheatman: President | 2/15/16 | Review GCG edits to LF Notice. Prepare for meeting with PSC, Halliburton, Transocean and Mike Juneau. Travel to New Orleans. | 5.25 | $500.00 | $2,625.00 |
| Shannon Wheatman: President | 2/16/16 | Meet with PSC, Halliburton, Transocean and Mike Juneau. on draft notices. | 1.5 | $500.00 | $750.00 |
| Sali Hama: Senior Notice Program Manager | 2/16/16 | Meet with PSC, Halliburton, Transocean and Mike Juneau on draft notices. | 1.5 | $200.00 | $300.00 |
| Shannon Wheatman: President | 2/17/16 | Revise LF Notice based on client comments. Travel home. | 8 | $500.00 | $4,000.00 |
| Shannon Wheatman: President | 2/18/16 | Continue to revise LF Notice. | 6 | $500.00 | $3,000.00 |
| Sali Hama: Senior Notice Program Manager | 2/18/16 | Draft and send meeting notes to SW for revised LF notice. | 0.5 | $200.00 | $100.00 |
| Sali Hama: Senior Notice Program Manager | 2/21/16 | Review and provide feedback on updated LF notice. | 1 | $200.00 | $200.00 |
| Shannon Wheatman: President | 2/22/16 | Finalize revisions to LF Notice and circulate to PSC, Halliburton, Transocean and Mike Juneau. | 5.5 | $500.00 | $2,750.00 |
| Sali Hama: Senior Notice Program Manager | 2/24/16 | Review newspapers recommendations and mailing lists for memo. | 0.25 | $200.00 | $50.00 |
| Sali Hama: Senior Notice Program Manager | 2/24/16 | Finalize memo with media recommendations and exhibits. | 3 | $200.00 | $600.00 |
| Shannon Wheatman: President | 2/24/16 | Call with Mike Juneau and GCG to discuss settlements and notice program. Email PSC update on the call. | 1 | $500.00 | $500.00 |
| Elaine Pang: Media Supervisor | 2/29/16 | Revise media program. | 1.25 | $250.00 | $312.50 |

**Total:** **$44,937.50**