# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010** | * * * * | **MDL NO. 2179** <br> **SECTION: J** |
| *This document relates to:* | * * | |
| Nos. 12-970, 15-4143, 15-4146 and 15-4654 | * * * * * * * * | **HONORABLE CARL J. BARBIER** <br><br> **MAGISTRATE JUDGE SHUSHAN** |

## ORDER

**CONSIDERING** the unopposed motion of Plaintiffs' Co-Liaison Counsel on behalf of the members of a putative New Class, as defined by the HESI Punitive Damages and Assigned Claims Settlement Agreement (as amended on September 2, 2015) [Rec. Doc. 15322-1] and the Transocean Punitive Damages and Assigned Claims Settlement Agreement [Rec. Doc. 14644-1], and Co-Lead Class Counsel on behalf of the previously certified and approved DHEPDS Class, together with the record of these proceedings, and the requirements of law:

**IT IS HEREBY ORDERED** that the proposed agreement for services between the Plaintiffs' Steering Committee and Kinsella is herby approved, and the Escrow Agent is hereby authorized and directed to pay Kinsella Media a total of Fifty-Nine Thousand, Nine Hundred, Thirty-Seven Dollars and Fifty Cents ($59,937.50) for services rendered. This payment shall be made from the Transocean Settlement Fund and the Halliburton Settlement Fund on a *pro rata* basis,

(specifically $49,688.19 out of the Halliburton Settlement Fund and $10,249.31 out of the Transocean Settlement Fund).

New Orleans, Louisiana this _____ day of _____, <u>2016</u>.


                                                                    _____
                                                                    **CARL J. BARBIER**
                                                                    **UNITED STATES DISTRICT JUDGE**