IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

**THIS DOCUMENT RELATES TO: CIVIL ACTION: 2:13-cv-01888**

### ORDER

Considering the foregoing Motion for Voluntary Dismissal with Prejudice:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Henry W. Kinney and Aaron N. Maples of the law firm of Kinney, Ellinghausen, Richard & DeShazo, APLC, are hereby enrolled and substituted as counsel of record for Plaintiffs, Kenneth Broussard, Jr. and Cajun Hydraulics & Crane Services, LLC, and that Marcus R. Spagnoletti, David S. Toy, and Francis I. Spagnoletti of Spagnoletti & Co., are hereby removed as Counsel of Record.

New Orleans, Louisiana, this _____ day of March, 2016.

_____
**UNITED STATES DISTRICT JUDGE**