UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010

MDL NO. 2179

SECTION "J"

JUDGE BARBIER
MAG. JUDGE SHUSHAN

THIS DOCUMENT RELATES TO:
*2:13-cv-02738, 2:13-cv-03020, 2:13-cv-02737,*
*2:13-cv-02587, 2:13-cv-02739, 2:13-cv-02588,*
*2:13-cv-02589, 2:13-cv-02593, 2:13-cv-02594,*
*2:13-cv-02591, 2:13-cv-02590, 2:13-cv-02592,*
*2:13-cv-02595, 2:13-cv-02596, 2:13-cv-02597,*
*2:13-cv-02608, 2:13-cv-02598, 2:13-cv-02599,*
*2:13-cv-02601, 2:13-cv-02730, 2:13-cv-02602,*
*2:13-cv-02604, 2:13-cv-02606, 2:13-cv-02607*

*****************************************************************************

## ORDER

IT IS ORDERED that Brian J. McCormick currently of Ross Feller Casey, LLP, formerly of Sheller, P.C. be allowed to withdraw and that Douglas Lamont Tynes of the Tynes Law Firm be substituted, as counsel of record for plaintiffs listed in the attached Exhibit "A", and that copies of all notices and pleadings that are required to be served on counsel of record for these plaintiffs hereafter shall be served on Douglas Lamont Tynes of the Tynes Law Firm.  This does not relieve substituting counsel of its duty to comply with Pretrial Order No. 12 (Rec. Doc. 600), regarding electronic service, or any other orders or rules of this Court.

New Orleans, Louisiana this 3rd day of March, 2016.

_____
United States District Judge