UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELTON JOHNSON,<br><br>   Plaintiff,<br><br>v.<br><br>BP, PLC, BP PRODUCTS NORTH AMERICA, INC., BP AMERICA, INC., and TIDEWATER MARINE, L.L.C.,<br><br>   Defendants. | CIVIL ACTION NO. 2:10-cv-01674<br><br>SECTION N (ENGELHARDT)<br><br>MAGISTRATE 4 (ROBY) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Elton Johnson and Defendants BP Products North America, Inc., BP America, Inc., and Tidewater Marine, L.L.C. stipulate and agree through undersigned counsel that this action is hereby dismissed with prejudice and each party shall bear its own attorney's fees and costs incurred in this action.

| | |
|---|---|
| Dated:  March 4, 2016 | Respectfully submitted, |
| /s/ Don K. Haycraft | /s/ Cory Itkin |
| Donald R. Abaunza (Bar #2273) | Arnold & Itkin |
| R. Keith Jarrett (Bar # 16984) | 6009 Memorial Drive |
| Don K. Haycraft (Bar #14361) | Houston, TX 77007 |
| Jonathan A. Hunter (Bar #18619) | Telephone: (713) 222-3800 |
| Mark D. Latham (Bar #19673) | Fax: (713) 222-3850 |
| Robert E. Holden (Bar #6935) | |
| LISKOW & LEWIS | Attorney for Plaintiff |
| 701 Poydras Street, Suite 5000 | |
| New Orleans, LA 70139-5099 | /s/ Cliffe E. Laborde III |
| Telephone: 504-581-7979 | Mahtook & Lafleur, LLC |
| Fax: 504-556-4108 | 600 Jefferson Street, Ste 1000 |
| | Lafayette, LA  70502 |
| Attorneys for BP Products North America Inc. and BP America, Inc. | (337) 266-2160 Telephone |
| | (337) 266-2303 Facsimile |
| and | Attorney for Tidewater Marine, LLC |

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
Hariklia Karis
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000 Telephone
(312) 862-2200 Facsimile
*Of Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed on March 7, 2016 via CM/ECF, which will send a copy of this filing via electronic mail to all attorneys of record.

/s/ Cory Itkin
Cory  Itkin

2