UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases – Conference on Tuesday, March 8, 2016]

1. **Bisso**.

   Elizabeth Brumley's deposition is set for Friday, March 11, 2016 in Houston. Mr. Loeb was subpoenaed for his deposition in Dallas.

2. **Blake and Wadleigh Document Production**.

   Some clawback issues remain with the Blake production. The parties will notify the Court if they are unable to resolve the issues. No document production issues were raised in the Wadleigh depositions. Its document production is complete.

3. **Wadleigh and Blake Depositions**.

   Diamond Offshore was being deposed in Houston in the Wadleigh depositions. The Blake depositions will be taken during the week of March 14.

---

[1] The OPA Causation Test Cases are:

   Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
   Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
   Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
   Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
   Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
   Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.

4. **Rule 30(b)(6) notice for BP**.

The PSC will respond this week to the latest draft from BP. Because of the delays in completing the Rule 30(b)(6) notice, some BP representatives may not be able to testify until the week of March 28, 2016.

5. **Stipulations**.

On March 4, 2016, the Court received Chris Keegan's letter on BP's concerns with the stipulation process. On March 8, the Court received Steve Herman's response.

Bisso shall prepare a one sentence stipulation concerning its claim for damages and circulate it to Wadleigh and Blake, who shall prepare similar statements. The stipulations for each plaintiff will be submitted to BP. It shall revise the reservation of rights in light of the one sentence stipulations.

The parties shall work to complete the non-plaintiff specific stipulations.

6. **Harold Asher**.

The deadline for declarations or reports from BP experts in response to Asher's declarations remains suspended until the next conference.

Without an agreement that economic experts are not required for the cross-motions for summary judgment, the following deadlines must be set:

Deadline for Bisso, Blake and Wadleigh to certify that Asher's work papers were produced.

Dates for the Asher deposition (two days).

Deadline for the reports or declarations from experts for BP responding to Asher's declarations.

Deadline for the depositions of BP experts.

2

7. **Prior Motions**.

The PSC's renewed motion to strike affirmative defenses and BP's motion to dismiss the Moratoria claims are briefed and under submission. Rec. docs. 15655, 15663, 15702, 15704, 15705, 15752 and 15778. The Court will notify the parties if oral argument will be granted.

8. **Cross-Motions for Summary Judgment**.

**Monday, April 4, 2016,** file cross-motions for summary judgment.

**Monday, April 25, 2016**, file opposition briefs.

**Friday, May 13, 2016**, file reply briefs.

Thereafter, the motions will be taken under submission and the Court will notify the parties if oral argument will be granted.

**Opening and opposition briefs will be limited to no more than 40 pages.[2]  Reply briefs will be limited to no more than 25 pages.**

9. **Next Conference**.

The next telephone status conference is on **Wednesday, March 16, 2016 at 10:00 a.m.**

New Orleans, Louisiana, this 8th day of March, 2016.

                          **SALLY SHUSHAN**
                        United States Magistrate Judge

---

[2] Double-spaced with 12pt. font.

3