

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  MAR 3 – 2016

WILLIAM W. BLEVINS
CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

AARON WALLACE
–V–
BRITISH PETROLUM
ALL PARTIES
&
THE UNITED STATES
GOVERNMENT,
NPFC

\* CIVIL ACTION
\* 10-md-2179
\* No. 13-6153
\* SECTION: J
\*
\*
\*
\* JUDGE BARBIER
\* MAG. JUDGE SHUSHAN

\* \* \* \* \* \* \* \* \* \*

TENDERED FOR FILING
MAR 3 * 2016
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Plaintiff request Motion Submission and Argument, Date 3/23/16  23,2010

IN RE: Civil Action No. 13-6153, the Plaintiff, Aaron Wallace-v-British Petrolum,All Parties & The United States Government,NPFC.

I.   A.   Civil Action No. 13-6153, Statement of Fact(s), relating to thus said New Technology Develop to seal the Defendant(s) Macando 252 well in the Gulf.

(1.) First, and foremost, the Defendant(s) had eight streight failed attempt(s), in sealing their 252 well.

(2.) It(s) a fact, the defendant(s) summon(s) other(s) from outside of the industry. (3.) It is a fact that the President on national television, asking us to pray? As a nation for the well too be sealed. The Plaintiff accuse the Defendant(s) of invasion of space, and Privacy. (4.)We here in the local region, was also ask too pray for a seal of the well. The Plaintiff accuse the defendant(s) of Preying on one(s) Belief(s).

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

(5.) Fact, the defendant(s) posted a three million dollar reward "for any-one" who help seal the well, with no requirement.

The Plaintiff accuse the Defendant(s) of Luring him into a commerical transaction, this was an offer and acceptance, a verbal agreement. (6.) The Plaintiff expressed his concerns of his Intellectual Property(s) prior to being solicited by the Defendant(s), the plaintiff express them to the Justice Department. The Plaintiff accuse the defendant of Turning a Blind Eye. (7.) Prior to expressing his concerns to the Justice Department the plaintiff was to come into the Response Center at the Eldon Bolden Building on Bayview Avenue, in Biloxi, the Plaintiff accuse the Defendant(s) of Extorting his Intellectual Property(s). (8.) The Plaintiff ask the President too seige the 252 Macando well, the president ststement was, the Defendant made the mes and that he was going to hold them accountable. The Plaintiff accuse the Oil Spill Regime of turning a Blind Eye, abuse of Power, failure to do his duty, reasonable duty of care, conspiracy, conspiracy to commit conspiracy (10.)April 17, 2010, the President of Oil Spill Response stated that they used local knowledge, and expertise, this would be construe as admission. (11.) The Plaintiff accuse the Defendant(s) of giving false information to the Court. (12.) The Media, the Oil Spill Commission, the Defendant Trade Mark, and Patent attorney, the Oil Spill Regime, local, state, federal officials, knew of the Plaintiff(s) oil spill response effort(s) The Plaintiff accused the Defendant(s) Of conspiracy of Extortion, for profit, which would be construe as unjust enrichment.

Certificate of Service
I hereby certify that I have served a copy of this document on all counsel of record either in person or my mailing it postage prepaid on this
___3___ day of ___3___, 20_16_

_Signature_

Aaron Wallace
Ocean Springs, Ms.
39564
(228-447-5182)
Date: 3/3/16

2

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AARON WALLACE<br>-V-<br>BRITISH PETROLUM<br>ALL PARTIES<br>&<br>THE UNITED STATES<br>GOVERNMENT,<br>NPFC | * CIVIL ACTION<br>*<br>* NO. 13-6153<br>*<br>* SECTION: J<br>*<br>*<br>*<br>* JUDGE BARBIER<br>* MAG. JUDGE SHUSHAN |

* * * * * * * * * * * * *

IN RE:  To the Plaintiff having too defend himself.

(1.)  First and foremost the Defendant(s) representive told the Plaintiff from day one that he was'nt going to need an attorney.

(2.)  The Plaintiff was naive in taking their word, after seeing how they were mis-leading, and deceiving the media, and everyone from the very beginning.

(3.)  Having to do so place(s) thePlaintiff at a great dis-advantage, as well as it fall(s) in favor of the defend(s).

(4.)  Due to the lack of the knowledge of the law, it has the appearance of futher obstruction of justice, having no-one, willing too assist the Plaintiff is a tragedy, it further inflict un-due stress, and pain on the Plaintiff, as-well as his family.

Aaron Wallace
200 Mason Ct.
Ocean Springs, Ms. 39564
(228-447-5182)
Date: 3/3/16