UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179 Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

MOTION OF THE CLAIMS ADMINISTRATOR TO COMPEL ABB INDUSTRIAL SERVICES, INC. TO PROVIDE THE CLAIMS ADMINISTRATOR WITH DOCUMENTS AND INFORMATION

COMES NOW the Deepwater Horizon Economic Claims Center ("DHECC"), pursuant to Rule 45(d)(2)(B)(i) of the Federal Rules of Civil Procedure, seeking the Court ot compel ABB Industrial Services, Inc. ("ABB") to provide the claims administrator with documents and information, pursuant to its subpoena issued on August 26, 2015.  The reasons supporting this motion are more fully stated in the accompanying memorandum of law.

The DHECC respectfully requests the Court to grant its request, pursuant to Rule 45(d)(2)(B)(i), ordering ABB to provide the claims administrator with the documents and information requested pursuant to its subpoena of August 26, 2015.

Respectfully submitted,

Patrick Juneau
Claims Administrator

By:   /s/ Kevin Colomb
Kevin Colomb
Manager of Compliance and Internal Integrity

Dated: March 10, 2016

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing document has been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2179, as well as by personal service upon the following, this 10th day of March, 2016:

>Joseph F. Rice
>Motley Rice, LLC
>28 Bridgeside Blvd.
>Mt. Pleasant, SC 29464
>*Attorney for ABB Industrial Services, Inc.*

                /s/Kevin Colomb