UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

ORDER

AND NOW upon consideration of the Claims Administrator's Motion to Compel ABB Industrial Services, Inc. to Provide the Claims Administrator with documents and information, it is hereby

ORDERED that the Claims Administrator's Motion is GRANTED; and it is further;

ORDERED that ABB Industrial Services, Inc. shall comply with the subpoena of the Claims Administrator dated August 20, 2015 seeking certain documents and information relating to DHECC claimant ABB Industrial Services, Inc. for the period of tax years 2008 through 2011 within 14 days of this order; and it is further

ORDERED that the failure to comply with this order shall result in this Court holding ABB Industrial Services, Inc. in contempt of court.

Signed in New Orleans, Louisiana, this _____, day of _____, 2016.

_____
HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE