| | |
|---|---|
| From: | Corey Moll |
| Sent: | Thursday, September 03, 2015 3:59 PM |
| To: | 'Dean, Kevin R.'; Dave Lazarus |
| Cc: | Kevin Colomb; Talamantes, Veronica; Guy, Jennifer |
| Subject: | RE: ABB Industrial Services, Inc. - DWHEEC Claim ID No. ▉▉▉▉ |

Kevin,
Per our phone conversation, this email will serve as written confirmation of an extension of 15 days from today to respond to the subpoena. The new due date of production for the subpoena served upon ABB Industrial is now September 18, 2015. Thank you, Kevin.

**Corey Moll**
Counsel
Deepwater Horizon Claims Center
935 Gravier Street, Suite 700
Office: 504-708-1170
Cell: ▉▉▉▉▉▉▉▉▉▉
New O
cmoll@dheclaims.com

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.

---

**From:** Dean, Kevin R. [mailto:kdean@motleyrice.com]
**Sent:** Thursday, September 03, 2015 3:07 PM
**To:** Dave Lazarus <lazarus@freehgroup.com>
**Cc:** Corey Moll <cmoll@dheclaims.com>; Kevin Colomb <kcolomb@dheclaims.com>; Talamantes, Veronica <vtalamantes@motleyrice.com>; Guy, Jennifer <jguy@motleyrice.com>
**Subject:** Re: ABB Industrial Services, Inc. - DWHEEC Claim ID No. ▉▉▉▉


Corey? Pls confirm, call or I need to call court for extension in 30 min

**Kevin R. Dean**  | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464 |kdean@motleyrice.com
**o.** 843.216.9152 | **c.** ▉▉▉▉▉▉▉▉▉▉ | **f.**843.216.9267

On Sep 3, 2015, at 1:56 PM, Dave Lazarus <lazarus@freehgroup.com> wrote: