

**MotleyRice** LLC
ATTORNEYS AT LAW

www.motleyrice.com

"I will stand for my client's rights.
I am a trial lawyer."
–Ron Motley (1944–2013)

28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
o. 843.216.9000  f. 843.216.9290

**Joseph F. Rice**
*Licensed in DC, SC*
direct: 843.216.9159
jrice@motleyrice.com

September 17, 2015

Corey Moll
Deepwater Horizon Claims Center
Via Email: cmoll@dheclaims.com

Dave Lazarus
Freeh Group International Solutions, LLC
Via Email: lazarus@freehgroup.com

Re: ABB Industrial Services, Inc. - DWHEEC Claim ID No. ███

Dear Cory and Dave:

As a follow-up to Kevin Dean's communications over the last few weeks with each of you, we have a deadline tomorrow to respond to your Subpoena served on us as it concerns ABB Industrial Services, Inc. We continue to be willing to cooperate with you but we must get some cooperation from you as well. We would like to resolve any legitimate concerns you may have on this previously paid claim once we have an understanding of the issues and can advise our client. We are also willing to meet in person to address these issues if you prefer.

I am providing you a courtesy copy of what we would file tomorrow, but would like to avoid filing this motion or troubling the Court with this issue at this time. I ask that you agree to either withdraw the subpoena while we work together or provide an indefinite extension to respond or file objections so that we can open a dialogue to work with you to address legitimate concerns, and where appropriate provide additional information not already available to you.

I would appreciate your consideration and a response before 3pm tomorrow, September 18, 2015, when we would need to begin preparing to file our response at this time.

As I am,

Sincerely,

*/s/ Joseph F. Rice/*

Joseph F. Rice

JFR/gwd

Enclosure

MT. PLEASANT, SC | PROVIDENCE, RI | HARTFORD, CT | NEW YORK, NY
MORGANTOWN, WV | WASHINGTON, DC | NEW ORLEANS, LA

Corey Moll, Deepwater Horizon Claims Center
Dave Lazarus, Freeh Group International Solutions, LLC
September 17, 2015
Re:  ABB Industrial Services, Inc. - DWHEEC Claim ID No. ▮
Page 2


cc: Patrick Juneau
    Michael Juneau
    Kevin Colomb
    Bryan Blevins
    Michael Havard
    Kevin Dean