

Friday, September 18, 2015

**VIA EMAIL:** jrice@motleyrice.com

Joseph F. Rice
Motley Rice, LLC
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464

      RE:    ABB Industrial Services, Inc.; Subpoena Discussion

Mr. Rice,

Please let this letter serve as written response to your corresondence of September 17, 2015 regarding the subpoena issued by the Claims Administrator's Office to ABB Industrial Services, Inc. (ABB), due today September 18, 2015.  As discussed, in order to facilitate dialogue regarding said subpoena, the return date of today, September 18, 2015 is vacated pending a meeting and/or discussion between counsel for ABB and legal representatives from the Claims Administrator's Office.

                                        Respectfully,

                                        /s/ Corey D. Moll
                                        Corey D. Moll, Counsel
                                        DHECC, Claims Administrator's Office
                                        935 Gravier, Suite 700
                                        New Orleans, LA 70112
                                        cmoll@dheclaims.com
                                        Office: 504-708-1170
                                        Cell: ▓▓▓▓▓▓▓▓▓▓