| | |
|---|---|
| **From:** | Corey Moll |
| **Sent:** | Friday, September 18, 2015 2:23 PM |
| **To:** | 'Jrice@motleyrice.com' |
| **Cc:** | 'Dean, Kevin R.'; Kevin Colomb |
| **Subject:** | Extension of Subpoena |
| **Attachments:** | 091815 Letter to Joseph Rice (ABB Industrial).pdf |

Joseph,
Please find attached our letter, confirming extension of the subpoena for documents addressed to ABB. Although we are not withdrawing the subpoena, the return date of the subpoena is vacated pending discussion regarding the subpoena (as contemplated by your letter and our earlier phone conversation). Thank you.

- Corey Moll

**Corey Moll**
Clawback Attorney
Deepwater Horizon Claims Center
935 Gravier Street, Suite 700
Office: 504-708-1170
Cell: 
New O         2
cmoll@dheclaims.com

This email (and any attachments) is confidential and is intended for use solely by the properly named addressee. If you are not the intended recipient, any use, dissemination, forwarding, copying or printing of this email without the consent of the originator is strictly prohibited. Although this email (and any attachments) are believed to be free of any virus or other defect, it is the responsibility of the recipient to ensure that it is virus free, and no responsibility is accepted by the sender for any loss or damage arising in any way from its use. If you have received this email in error, please immediately notify the sender by reply email or by telephone at 504-934-4999.