| | |
|---|---|
| **From:** | Guy, Jennifer <jguy@motleyrice.com> |
| **Sent:** | Friday, December 18, 2015 12:39 PM |
| **To:** | Corey Moll; Dean, Kevin R.; Talamantes, Veronica |
| **Cc:** | Dave Lazarus |
| **Subject:** | RE: ABB Claim return call |

Corey,

We spoke to our client on Tuesday and he told us that he had asked his CPA to start on the request. Unfortunately, our client works at a job site where there is no wireless or internet service, so it has been difficult to communicate with him. We will continue to reach out to him this weekend and will contact you Monday afternoon with an update.

I apologize for the delay.

Thanks,

Kevin Dean
Dictated, but not read

**Jennifer Guy** | Attorney at Law | Motley Rice LLC
28 Bridgeside Blvd. | Mt. Pleasant, SC 29464
o. 843.216.9368 | f. 843.216.9450 | jguy@motleyrice.com

---

**From:** Corey Moll [mailto:cmoll@dheclaims.com]
**Sent:** Monday, December 14, 2015 4:51 PM
**To:** Dean, Kevin R. <kdean@motleyrice.com>; Talamantes, Veronica <vtalamantes@motleyrice.com>
**Cc:** Guy, Jennifer <jguy@motleyrice.com>; Dave Lazarus <lazarus@freehgroup.com>
**Subject:** RE: ABB Claim return call

Thank you, Kevin.  I appreciate you reaching out to your client quickly.  Tomorrow will work.  Thank you.

- Corey

**Corey Moll**
Clawback Attorney
Deepwater Horizon Claims Center
935 Gravier Street, Suite 700
Office:
Cell:
New Orleans, LA 70112
cmoll@dheclaims.com