| | |
|---|---|
| From: | Corey Moll |
| Sent: | Thursday, March 10, 2016 4:03 PM |
| To: | 'Dean, Kevin R.' |
| Cc: | Kevin Colomb |
| Subject: | RE: BP Claim for ABB Industrial |

Kevin,
I attempted to call you as requested; I left a voicemail.  We are in receipt of the forwarded materials and communication in order to respond to our subpoena, noting that we have received the following:

Texas State Bank Payroll Account         2104 for the time period 3/31/2008 - 12/31/2008

Texas State Bank Petty Cash Acct. #    2814 for July 2008 - December 2008

Texas State Bank/BBVA Compass Operating Acct. #    6790 for October 2009-December 2009

Texas State Bank/BBVA Compass Payroll Checking Acct#    6774 for October 2009-December 2009

2008 Partial Year General Ledger and 2008 P&L

2009 Partial Year General Ledger and 2009 P&L

The production, however, remains incomplete with regard to Attachment A of the subpoena issued to ABB.  Specifically, we've received only partial corresponding production for years 2008 and 2009 as to Items 1, 2, and 5.  As to Items 3, 4, 6, 7, 8, we have not received production of the requested records.

If it is ABB's representation that the production made today encompasses all records in ABB's possession that are responsive to the subpoena issued, please affirm as much in writing.  If it is ABB's position that any of the requested records not produced earlier today are in fact identical copies of records already submitted to the program, please also affirm as much in writing.

We will file the previously attached motion to compel if either a) we do not receive a response in accordance with the above, or b) should ABB contend that it has not turned over all records in its possession that are responsive to the subpoena.

Thank you.


**Corey Moll**
Senior Compliance Counsel
Deepwater Horizon Claims Center
935 Gravier Street, Suite 700
Office: 504-708-1170
Cell:
New Orleans, LA 70112