UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br>SECTION J |
| This Filing Applies to: | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1386 and 13-2006[1] | MAGISTRATE JUDGE SHUSHAN |

ORDER

[OPA Test Cases]

Because of the District Judge's order and reasons as to the OPA Test Cases/Moratorium Claims (Rec. doc. 15987),

IT IS ORDERED that: (1) the telephone status conference set for Wednesday, March 16, 2016, is cancelled; (2) the deadlines for preparing motions for summary judgment in the OPA Test Cases for the claims of Bisso, Blake and Wadleigh, including fact and expert deadlines, are cancelled; and (3) further work on the OPA Test Cases is suspended.

New Orleans, Louisiana, this 11th day of March, 2016.

SALLY SHUSHAN
United States Magistrate Judge

---

[1] The OPA Causation Test Cases are:

Bisso Marine Company, Inc. v. BP Exploration & Production, Inc., 13-0706.
Wadleigh Industries, Inc. v. BP Exploration & Production, Inc., et al, 13-0810.
Certified Platform Services, LLC v. BP Exploration & Production, Inc., 13-1143.
Blake International USA Rigs, LLC v. BP Exploration & Production, Inc., et al, 13-1185.
Seahawk Liquidating Trust, et al v. BP Exploration & Production Inc., et al, 13-1386.
Black Elk Energy Offshore Operations, LLC v. BP Exploration & Production, Inc., et al, 13-2006.