IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1) Judge: Barbier Magistrate: Shushan |
| This Document Relates To: Case No.: 2:10-CV-08888 (Rec. Doc. 120223) – Duong Nguyen | |

## MOTION TO DISMISS

NOW COMES plaintiff, **Duong Hoang Nguyen**, appearing herein through undersigned counsel, who respectfully moves that this Honorable Court dismiss the above entitled and numbered action.

Waltzer Wiygul & Garside, L.L.C.

/s/ Joel R. Waltzer
Joel R. Waltzer (LA Bar # 19268)
1000 Behrman Highway
Gretna, LA 70056
joel@wwglaw.com
Tele: (504) 340-6300
Fax: (504) 340-6330
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Additionally, that the above and foregoing Motion to Dismiss has been served upon Plaintiff via U.S. Mail, postage prepaid and properly addressed, to the last known address of the Plaintiff.

/s/ Joel R. Waltzer
Joel R. Waltzer