IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | Section: J(1) |
| | Judge: Barbier |
| | Magistrate: Shushan |
| This Document Relates To: | |
| Case No.: 2:10-CV-08888 (Rec. Doc. 120223) Duong H. Nguyen | |

## ORDER

IT IS ORDERED, ADJUDGED AND DECREED that the above entitled and numbered cause be and the same is hereby dismissed.

NEW ORLEANS, LOUISIANA, on    this _____ day of _____, 2016.

_____
JUDGE