IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  Oil Spill by the Oil Rig "Deepwater   *   MDL No. 2179
Horizon" in the Gulf of Mexico,                *
On April 20, 2010                              *   Section: J
                                               *
                                               *   Judge Carl J. Barbier
                                               *
                                               *   Magistrate Judge Sally Shushan
                                               *
                                               *

---

**JOINT MOTION FOR APPROVAL OF SETTLEMENT OF CLAIM UNDER THE ECONOMIC AND PROPERTY DAMAGES SETTLEMENT AGREEMENT**

The authorized representative of Claimant, Zachary Harris, Sr., a Deceased Claimant, and the Claims Administrator of the Deepwater Horizon Economic and Property Damages Settlement respectfully move this Court to (1) approve the settlement of the claim filed on behalf of Claimant as fair, reasonable, and adequate and (2) approve all future settlements on behalf of Claimant in compliance with the Economic and Property Damages Settlement Agreement as fair, reasonable and adequate.

A proposed Order accompanies this Motion.

Respectfully submitted,

By: _/s/ Carol L. Henderson_                By: _/s/ Lynn C. Greer_

Carol Henderson                              Lynn C. Greer
Attorney for Claimant's Representative       VSB No.: 29211
Carol L. Henderson, PA                       BrownGreer PLC
P.O. Box 1596                                250 Rocketts Way
Gulfport, MS 39502                           Richmond, Virginia 23231
(228) 864-4484                               (804) 521-7200

Date: __2/25/2016__                          Date: __3/10/16__

1