CITY OF _____
PARISH OF _____
STATE OF _____

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 MAR -8 A 11: 43

WILLIAM W. BLEVINS
CLERK

**DEEPWATER HORIZON**

VS.

**CASEY C THONN, et al.**

SUIT NO. **MDL2179**  J

ANSWERS OF GARNISHEE,

**JPMorgan Chase Bank N.A.**

NOW INTO COURT comes JPMorgan Chase Bank N.A. answering as Garnishee as required by law, answers the Interrogatories served upon it on Friday, Feb 26, 2016 as follows:

| | |
|---|---|
| Answer to Interrogatory No. 1: | NO...ACCOUNT CLOSED |
| Answer to Interrogatory No. 2: | N/A |
| Answer to Interrogatory No. 3: | NO...ACCOUNT CLOSED |
| Answer to Interrogatory No. 4: | N/A |
| Answer to Interrogatory No. 5: | N/A |
| Answer to Interrogatory No. 6: | N/A |
| Answer to Interrogatory No. 7: | N/A |
| Answer to Interrogatory No. 8: | N/A |
| Answer to Interrogatory No. 9: | N/A |
| Answer to Interrogatory No. 10: | N/A |

These responses are based upon a search of data contained in JPMorgan Chase's centralized customer identification and account information system. That system may not necessarily capture all relevant information concerning the judgment debtor(s) or accounts.

WHEREFORE, Garnishee prays that these Answers may be deemed good and sufficient, and that it be dismissed from this suit with costs.

Date: 3-2-16

*(signature)*
DUSTIN SERGENT

Date: 3-2-16

Doc Review Sr Specialist I
_____
Court Orders and Levies
"Authorized JPMorgan Chase Bank N.A."

\_\_ Fee _____
\_\_ Process _____
X Dktd _____
\_\_ CtRmDep _____
\_\_ Doc. No. _____

## VERIFICATION

**STATE OF OHIO**

**County of Franklin**

BEFORE ME, personally came and appeared _____, who deposed that he is a duly authorized agent for JPMorgan Chase Bank N.A., for purposes of answering the Garnishment filed against the Bank and as such duly authorized to answer the Garnishment filed against the Bank; and, on behalf of the Bank, that all of the facts set forth in the above Answers are true and correct to the best of his knowledge, information and belief.

_____  
DUSTIN SERGENT

_____  
Doc Review Sr Specialist I  
Court Orders and Levies  
"Authorized JPMorgan Chase Bank N.A."

SWORN TO AND SUBSCRIBED before me, this 2nd day of 20 March 2016

_____  
Notary Public

[Notary Seal: CHAROLETT SUE WHIGHTSEL - NOTARY PUBLIC - STATE OF OHIO - COMM EXP: MAY 11, 2020]

### CERTIFICATE

I hereby certify that a copy of the above and foregoing Answers of Garnishee JPMorgan Chase Bank N.A. has this day been mailed, postage prepaid, to, attorney for Plaintiff.

County of Franklin, OHIO, this 2nd day of March 2016

_____  
DUSTIN SERGENT

_____  
Doc Review Sr Specialist I  
Court Orders and Levies  
"Authorized JPMorgan Chase Bank N.A."

Duly Authorized Agent For Garnishee  
JPMorgan Chase Bank N.A.  
340 South Cleveland Ave, 3rd Floor  
Columbus, OH 43218-3164  
Phone: 1-866-578-7022  
Fax: 1-866-699-0618

