UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | * | MDL NO. 2179 |
| "DEEPWATER HORIZON" IN THE | * | |
| GULF OF MEXICO, ON APRIL 20, 2010 | * | SECTION "J" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE BARBIER |
| No. 2:13-cv-05804-CJB-SS; Elton Johnson v. | * | MAG. JUDGE SHUSHAN |
| BP Exploration and Production, Inc, et al | * | |
| No. 2:10-cv-01674; Elton Johnson v. BP, et al | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Elton Johnson and Defendants BP Products North America, Inc., BP America, Inc., and Tidewater Marine, L.L.C. stipulate and agree through undersigned counsel that this action is hereby dismissed with prejudice and each party shall bear its own attorney's fees and costs incurred in this action.

Dated:  March 4, 2016                              Respectfully submitted,

/s/ Don K. Haycraft                                /s/ Cory Itkin
Donald R. Abaunza (Bar #2273)                      Arnold & Itkin
R. Keith Jarrett (Bar # 16984)                     6009 Memorial Drive
Don K. Haycraft (Bar #14361)                       Houston, TX 77007
Jonathan A. Hunter (Bar #18619)                    Telephone: (713) 222-3800
Mark D. Latham (Bar #19673)                        Fax: (713) 222-3850
Robert E. Holden (Bar #6935)
LISKOW & LEWIS                                     Attorney for Plaintiff
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099                         /s/ Cliffe E. Laborde III
Telephone: 504-581-7979                            Mahtook & Lafleur, LLC
Fax: 504-556-4108                                  600 Jefferson Street, Ste 1000
                                                   Lafayette, LA  70502
Attorneys for BP Products North America            (337) 266-2160 Telephone
Inc. and BP America, Inc.                          (337) 266-2303 Facsimile

and                                                Attorney for Tidewater Marine, LLC

Richard C. Godfrey, P.C.
John T. Hickey, Jr., P.C.
J. Andrew Langan, P.C.
Hariklia Karis
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000 Telephone
(312) 862-2200 Facsimile
*Of Counsel*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been filed on March 7, 2016 via CM/ECF, which will send a copy of this filing via electronic mail to all attorneys of record.

/s/ Cory Itkin
Cory  Itkin