#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE EASTERN DISTRICT OF LOUSIANA

|  |  |
|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) Section: J(1) ) ) Judge: Barbier ) ) Magistrate: Shushan |
| This Document Relates To: | ) ) |
| Case No.: 2:10-CV-08888 | ) ) |

#### MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.2.11, the law firm of Waltzer Wiygul & Garside, L.L.C. and its individual attorneys (hereinafter collectively referred to as "WWG" or "Counsel") respectfully move this Court for an order allowing them to withdraw as counsel of record for all Plaintiffs listed in Exhibit A (attached), and as grounds state:

1. The Plaintiffs identified in Exhibit A hired WWG to represent Plaintiffs in this matter.  These Plaintiffs agreed to provide WWG with information and documentation on a timely basis.

2. WWG filed Short Form Joinders to assert Plaintiffs' claims, cross claims and third party demands in the limitations proceedings against all party defendants, adopting the Master Complaints.

3. The Plaintiffs listed in Exhibit A were unable to provide WWG with timely documentation required to support their claim(s) despite WWG's due diligence.

4. WWG advised Plaintiffs that WWG would withdraw as counsel and terminate the attorney/client relationship with Plaintiffs. Plaintiffs did not provide the needed documents.

5. None of the Plaintiffs listed on Exhibit A objected to same, nor did they remedy the deficiency underlying the cause of this Motion.

6. Plaintiffs have been notified by certified mail that undersigned will no longer be representing them and of all the applicable deadlines and pending court appearances. Counsel has not heard back from the Plaintiffs listed in Exhibit A.

7. None of the Plaintiffs listed on Exhibit A have advised WWG that they wish to dismiss their claim(s).

8. As Counsel is unaware of Plaintiffs' disposition, and as the Plaintiffs on Exhibit A never instructed WWG to dismiss their Short Form Joinders, Plaintiffs will remain in the litigation.

9. This motion is made in good faith and will not prejudice any party.

**WHEREFORE,** Waltzer Wiygul & Garside, L.L.C. and its individual attorneys respectfully request that this Honorable Court allow them to withdraw as counsel of record for the Plaintiffs referenced in Exhibit A in the above-captioned action.

Respectfully submitted this 14th day of March, 2016.

**Waltzer Wiygul & Garside, L.L.C.**

*/s/ Joel R. Waltzer*
Joel R. Waltzer (LA Bar # 19268)
Clay Garside (LA Bar# 29873)
Robert Wiygul (LA Bar# 17411)

1000 Behrman Highway
Gretna, LA 70056
Joel@Waltzerlaw.com
Tele:  (504) 340-6300
 Fax:   (504) 340-6330
*Counsel for Plaintiffs*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion to Withdraw as Counsel will be served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179. Additionally, that the above and foregoing Motion to Withdraw as Counsel has been served upon Plaintiff via U.S. Mail, postage prepaid and properly addressed, to the last known address of the Plaintiff.

*/s/ Joel R. Waltzer*