| SHORT FORM DOC # | CLIENT NAME | ADDRESS1 | CITY | ST | ZIP | REASON | AMENDED SF # |
|---|---|---|---|---|---|---|---|
| 71971 | Bui, Dung | 302 Holiday Drive #14 | Galveston | TX | 77553 | Client failed to respond to repeated requests for information | 120411 |
| 64284 | Dang, Thuy Nguyen | 4977 Orleander Street | Lafitte | LA | 70067 | Client failed to respond to repeated requests for information | 120417 |
| 71891 | Huynh, Gina_Nirvana Salon & Spa | 105 Regina Drive | Belle Chasse | LA | 70037 | Client failed to respond to repeated requests for information | None Filed |
| 72040 | Le, Dung Van | 8200 Broadway #509N | Houston | TX | 77061 | Client failed to respond to repeated requests for information | None Filed |
| 60917 | Ngo, Phuong | P.O. Box 2631 | Gretna | LA | 70054 | Client failed to respond to repeated requests for information | None Filed |
| 57300 | Nguyen, Cao Vin | 108 Kim Lane, Lot 1 | Franklin | LA | 70538 | Client failed to respond to repeated requests for information | None Filed |
| 72349 | Nguyen, Hon Huu | 305 Oak Forest Drive | League City | TX | 77573 | Client failed to respond to repeated requests for information | None Filed |
| 72033 | Nguyen, Tony Van | 1212 7th Street | Bay City | TX | 77414 | Client failed to respond to repeated requests for information | None Filed |
| 68173 | Pham, Dung Hoang | 143 Circle Street | Buras | LA | 70041 | Client failed to respond to repeated requests for information | None Filed |
| 72145 | Tran, Loc Minh | P.O. Box 786 | Galveston | TX | 77553 | Client failed to respond to repeated requests for information | None Filed |
| 119257 | Arbo, Susan - Susan's Salon | 228 Marlin Drive | Slidell | LA | 70461 | Client failed to respond to repeated requests for information | None Filed |
| 71556 | Dunbar, Devin | 4663 Rosemont Place | New Orleans | LA | 70126 | Client failed to respond to repeated requests for information | None Filed |
| 69778 | Ferguson, Donna Marie | 23213 Zebchaney Road | Zachary | LA | 70791 | Client failed to respond to repeated requests for information | None Filed |
| 109600 | Long, Troy A. | 7505 Mercury Drive | Violet | LA | 70092 | Client failed to respond to repeated requests for information | None Filed |
| 123383 | Nagim, Ernest J., Jr. - Ernie Nagim Construction | 4604 Folse Drive | Metairie | LA | 70006 | Client failed to respond to repeated requests for information | None Filed |
| 57254 | Pham, Lindsey Vu (Individual) | 4835 Friar Tuck Drive | New Orleans | LA | 70128 | Client failed to respond to repeated requests for information | None Filed |
| 71580 | Vu, Theresa | 6200 Jefferson Highway | Metairie | LA | 70123 | Client failed to respond to repeated requests for information | None Filed |
| 123279 | Denham, Dwight_Slidell Adult Day Health Care, Inc. | 3401 Ponchartrain Drive, Suite 7 | Slidell | LA | 70458 | Client failed to respond to repeated requests for information | None Filed |
| 106387 | Grabert, Joshua | 727 Ave. A | Marrero | LA | 70072 | Client failed to respond to repeated requests for information | None Filed |
| 100817 | Nguyen, Van Hong | 125 Circle Street | Buras | LA | 70041 | Client failed to respond to repeated requests for information | None Filed |
| 72360 | Bui, Mary | 17717 E. Purple Martin Ct. | Baton Rouge | LA | 70819 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 72162 | Bui, Michael | 17717 E. Purple Martin Ct. | Baton Rouge | LA | 70819 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 71704 | Do, Julie Thi_Ms. Julie, LLC. | 2152 Carol Sue Ave. | Gretna | LA | 70056 | Client failed to timely provide document(s) to support their claim(s) | 120800 |
| 71710 | Do, Julie Thi_Serene Beauty Salon | 2152 Carol Sue Ave. | Gretna | LA | 70056 | Client failed to timely provide document(s) to support their claim(s) | 120418 |
| 68246 | Duong, Tri Minh | 1401 Dogwood Drive | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 108152 | Duplessis, Joseph | 24884 Diamond Rd | Port Sulphur | LA | 70083 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 57298 | Ho, Hung Dac | 112 Kim Lane | Franklin | LA | 70538 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 77320 | Hoang, Ky Phong | 1600 North Highway 1900, #3 | Covington | LA | 70433 | Client failed to timely provide document(s) to support their claim(s) | 120423 |

| SHORT FORM DOC # | CLIENT NAME | ADDRESS1 | CITY | ST | ZIP | REASON | AMENDED SF # |
|---|---|---|---|---|---|---|---|
| 68214 | Huynh, Henry | 105 Regina Drive | Belle Chasse | MS | 70037 | Client failed to timely provide document(s) to support their claim(s) | 120426 |
| 54816 | Huynh, Hung_H&H Real Estate Holding | 105 Regina Drive | Belle Chasse | LA | 70037 | Client failed to timely provide document(s) to support their claim(s) | 120429 |
| 71858 | Huynh, Vuong | 5000 Leon Dr., Lot 161 | Lake Charles | LA | 70605 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 136277 | Kim, Heidi Ae | 9115 S.W. 210th Terrace | Miami | FL | 33189 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 57224 | Le, Kevin | 2217 N. Village Green Street | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 62105 | Le, Tam Van | 2706 Raven Falls | Friendswood | TX | 77546 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 60902 | Ly, Hoa Thi | 399 Moncla Ave. | Belle Chasse | LA | 70037 | Client failed to timely provide document(s) to support their claim(s) | 120460 |
| 107317 | Ly, Nu | 34214 Hwy 11 / P.O. Box 84 | Buras | LA | 70041 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 60908 | Ly, Thai Quoc | 399 Moncla Ave. | Belle Chasse | LA | 70037 | Client failed to timely provide document(s) to support their claim(s) | 120462 |
| 71818 | Ly, Trinh Mong Thi | 2763 Bark Ave. | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | 120463 |
| 109279 | Nguyen, An Thuy | 1036 Lee Street | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 62232 | Nguyen, Dan Thi | 217 Evangeline Ct. | Gretna | LA | 70056 | Client failed to timely provide document(s) to support their claim(s) | 120524 |
| 72105 | Nguyen, Kieu Dung | 15210 Westin | Gulf Port | MS | 39503 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 108066 | Nguyen, Muoi | 317 N. Louisa Road | Franklin | LA | 70538 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 71784 | Nguyen, Phuoc Thi | 125 Noel Drive | Avondale | LA | 70094 | Client failed to timely provide document(s) to support their claim(s) | 120591 |
| 109589 | Parker, Kenneth Joseph | 195 Azalea Drive | Port Sulphur | LA | 70083 | Client failed to timely provide document(s) to support their claim(s) | 120799 |
| 72338 | Phan, Trinh | 143 Circle Street | Buras | LA | 70041 | Client failed to timely provide document(s) to support their claim(s) | 120495 |
| 110257 | Phan, TruongViet Jason | 3004 Mt. Kennedy Drive | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 118013 | Seither, William Henry III | 150 Ostrica Lane | Buras | LA | 70041 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 71735 | Tran, David | 3601 Lake Ontario Drive | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 121322 | Tran, Khanh Hoang | 19 Lake Bernard Court | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 71793 | Tran, Mai Thao | 117 Noel Drive | Avondale | LA | 70094 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 61630 | Tran, Trinh | 13522 Pearwoods Ct. | Houston | TX | 77059 | Client failed to timely provide document(s) to support their claim(s) | 120514 |
| 71853 | Tran, Yvonne | 5000 Leon Drive, Lot 161 | Lake Charles | LA | 70605 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 71879 | Vu, Brian Thanh Vu | 4000 Chestnut St. | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 71869 | Vu, Minh Thanh | 4004 Chestnut St. | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | 120521 |
| 118618 | Schaffner, Virginia | P.O. Box 241787 | Little Rock | AR | 72223 | Client failed to timely provide document(s) to support their claim(s) | 120549 |
| 118611 | Bui, Chuong | 834 Santa Barbara Blvd | Cape Coral | FL | 33991 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 119212 | Pham, Quang Minh | 140870 Maddie Circle | Biloxi | MS | 39532 | Client failed to timely provide document(s) to support their claim(s) | None Filed |

| SHORT FORM DOC # | CLIENT NAME | ADDRESS1 | CITY | ST | ZIP | REASON | AMENDED SF # |
|---|---|---|---|---|---|---|---|
| 109618 | Nguyen, Tiec | 15 Camp Street | Worchester | MA | 01603 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 118982 | Pham, Tho | 321 Keller Avenue | Biloxi | MS | 39530 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 136671 | Nguyen, Quang | 166 Bonnie Blue Lane | Columbiana | AL | 35051 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 118113 | Battle, Cierra | 2216 Creedmoor Dr. | St. Bernard | LA | 70085 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 54802 | Room | 4950 Savoie Ct. | New Orleans | LA | 70129 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 119258 | Duong, Hai Tan - Duong & Le, Inc. | 200 W Greenbrier Drive | New Orleans | LA | 70128 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 69964 | Nguyen, Duong Viet | 5413 Zeno Place | New Orleans | LA | 70128 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 57258 | Pham, David That | 8020 Downman Road Suite 102 | New Orleans | LA | 70126 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 57259 | Pham, Ha Thanh | 5235 Michoud Blvd. | New Orleans | LA | 70129 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 71604 | Tran, Thuong | 14373 Saigon Street | New Orleans | LA | 70129 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 63138 | Hoang, Luan | 334 Sunny Drive | Biloxi | MS | 39532 | Client failed to timely provide document(s) to support their claim(s) | 120547 |
| 63671 | Tran, Chanh | 10761 Hwy 188 | Grand Bay | AL | 36541 | Client failed to timely provide document(s) to support their claim(s) | 120550 |
| 71907 | Adam, Jamie | 4582A Jean Lafitte Blvd. | Lafitte | LA | 70067 | Client failed to timely provide document(s) to support their claim(s) | 120408 |
| 71911 / 77322 | Adam, Michael Sr. | 4582A Jean Lafitte Blvd. | Lafitte | LA | 70067 | Client failed to timely provide document(s) to support their claim(s) | 120409 / 120410 |
| 62097 | Bui, Elizabeth | 3053 Mt. Kennedy Dr. | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 27884 / 82013 | Chau, Thanh Huu_Tommy Investments, LLC. | 2 Hermitage Drive | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 72449 | Dao, Chung Kim_Kim's Seafod | 520 Garden Road | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 13571 | Ding, Julie_Extreme Wireless | 3316 Village Green Ct. | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 135169 | Dinh, Toan | 3316 Village Green Ct. | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 135168 | Dinh, Ty | 3316 Village Green Ct. | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 69174 | Do, Nghia Van | 143 Circle Street | Buras | LA | 70041 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 60881 | Driggers, Shirley Ann | 5082 Sampiper Drive | St. James City | FL | 33956 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 122737 | Dufrene, Todd_Todd's Fiberglass Kustomizing | 112 Woodrow lane | Gheens | LA | 70355 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 119392 | Duong, Thao Thi Mai | 7461 Silverado Dr. | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | 120544 |
| 57293 | Gao, Da Wei | 3822 Hillcrest Drive | San Angelo | TX | 76904 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 57292 | Gao, Da Wei_ Formosa Restaurant | 3217 Webster Avenue/4120 Sunset Drive | San Angelo | TX | 76904 | Client failed to timely provide document(s) to support their claim(s) | None Filed |

| SHORT FORM DOC # | CLIENT NAME | ADDRESS1 | CITY | ST | ZIP | REASON | AMENDED SF # |
|---|---|---|---|---|---|---|---|
| 72116 | Gao, ZouZhou | 4120 Sunset Drive | San Angelo | TX | 76904 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 71921 / 118418 | Guillory, Ryan M. | 7 East Kori Ln. | Waggaman | LA | 70094 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 117940 | Hang, Cam Thi | 1016 Revere Lane | Gretna | LA | 70056 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 80220/ 111489/ 111488 | Hayden, Russel | P.O. Box 847 | Port Sulphur | LA | 70037 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 119657 | Hoang, Kimberly_K&L Holding, LLC | 428 Sugarhighland Blvd. | Houma | LA | 70360 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 110594 / 110593 | Huang, Xiangchun_H&J Restaurant, LLC | 840 Union St. | New Orleans | LA | 70112 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 54042 | Huynh, Lynn_T&T Development LLC | 105 Regina Road | Belle Chasse | LA | 70037 | Client failed to timely provide document(s) to support their claim(s) | 120446 |
| 60899 | Kim, Lucy | 401 20th St. Apt. 43 | Gretna | LA | 70053 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 119557 | Le, Brooke | 866 Marlene Drive | Gretna | LA | 70056 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 108255 | Le-Nguyen, Nam Hoai | 1917 Bayou Oaks Drive | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 108256 | Le-Nguyen, Nam Hoai_Imperial Incense, LLC | 1917 Bayou Oaks Drive | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 71821 | Lin, Hui Jin | 4120 Sunset Drive | San Angelo | TX | 76904 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 122611 | Lincoln, Timothy_Air Bags, INC | 10652 Highway 23 | Belle Chasse | LA | 70037 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 111158 | Luu, Loi N_L & L | 2705 Sandero Deleste Street | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | 120465 |
| 11210 | Nguyen, Hue Hoang | #1 | New Orleans | LA | 70129 | Client failed to timely provide document(s) to support their claim(s) | 120477 |
| 107049 | Nguyen, Hung Thanh | 35256 Beverly Hills | Prairieville | LA | 70769 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 56384 | Nguyen, Lan-Anh Thi | 2809 Sievers Drive | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 107597 | Nguyen, Tai Tan | 2684 Jupiter Street | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 108260 | Nguyen, Tommy Huu | 2684 Jupiter Street | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 108261 | Nguyen, Tommy Huu_Lucky Enterprise | 2684 Jupiter Street | Harvey | LA | 70058 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 117987 | Nguyen, Vivian | 2753 Long Branch | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 57302 | Pham, Hien Xuan | 103 Willowbrook Drive | Gretna | LA | 70056 | Client failed to timely provide document(s) to support their claim(s) | 120493 |
| 60978 | Pham, Thanh Thi | 2744 Fairfield Drive | Gretna | LA | 70056 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 68062 | Pham, Truc Cong | 2513 Kismet St. | Marrero | LA | 70072 | Client failed to timely provide document(s) to support their claim(s) | 120525 |
| 117951 | Schultz, Cory | 2071 Mercedes Blvd | New Orleans | LA | 70114 | Client failed to timely provide document(s) to support their claim(s) | 120498 |

| SHORT FORM DOC # | CLIENT NAME | ADDRESS1 | CITY | ST | ZIP | REASON | AMENDED SF # |
|---|---|---|---|---|---|---|---|
| 108955 | Sylve, Nathan | P.O. Box 247 | Port Sulfur | LA | 70083 | Client failed to timely provide document(s) to support their claim(s) | 120500 |
| 70101 | Sylve, Wendy Ann | 13414 Highway 23 | Belle Chasse | LA | 70037 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 118103 | Thach, Nini Hoa Thi | 4430 Fields Street | New Orleans | LA | 70131 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 56378 | Thai, An Nhu | 102 Woodland Hwy. Suite 12 | Belle Chasse | LA | 70037 | Client failed to timely provide document(s) to support their claim(s) | 120795 |
| 71788 | Tran, Xuan Huong Thi | 109 Janet Drive | Avondale | LA | 70094 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 108257 | Truong, Johnny | 710 9th Avenue | Port Arthur | LA | 77642 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 71589 | Nguyen, Samson | 11279 Midpoint Drive | New Orleans | LA | 70128 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 54279 | Nguyen, Hoang Anh Thi - Happy Nails (Owner) | 4945 Pentland Drive | New Orleans | LA | 70128 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 69982 | Nguyen, Paula Thuy - Claude's Hair & Nail Salon, LLC | 10906 North Hardy Street | New Orleans | LA | 70127 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 65287 | Nguyen, Thanh Thi - Kenner Food Store | 828 Delia Lane | Gretna | LA | 70056 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 58009 | Nguyen, Thanh Van Thi | 5118 East Lemans Street | New Orleans | LA | 70129 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 71457 | Nguyen, Thomas Phuoc | 13685 North Nemours Street | New Orleans | LA | 70129 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 65313 | Nguyen, Tuyen Van | 4650 Alba Road | New Orleans | LA | 70129 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 57233 | Pham, Thu Huong Thi | 4911 Treves Street | New Orleans | LA | 70129 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 123338 | Abney, Jack_Pinewood Country Club | 405 Country Club Blvd. | Slidell | LA | 70458 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 123347 | Miller, Nathan_Northlake Lawn & Landscaping,LLC | 20521 Walker St. | Covington | LA | 70433 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 131075 | Ray, Thomas E_Tom E Ray, Distributing | 700 S. Lake Caddo Ct. | Slidell | LA | 70461 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 123323 | Rodrigue, Derrell Paul_The Computer People, LLC | 1447 Lindberg Drive | Slidell | LA | 70458 | Client failed to timely provide document(s) to support their claim(s) | None Filed |
| 57261 | Do, Mai Thi (Individual) | 11294 Winrock Drive | New Orleans | LA | 70128 | Client failed to timely provide document(s) to support their claim(s) | 120526 |
| 133275 | Slavant, Cheryl - Ouachita Riverkeeper, Inc. | 2610 Washington Street | Monroe | LA | 71201 | Client failed to timely provide document(s) to support sheir claim(s) | None Filed |
| 54026 | Vu, Dao Minh (Individual) | 3325 Williams Blvd. | Kenner | LA | 70065 | Client failed to timely provide document(s) to support their claim(s) | 120539 |
| 136278 | Kim, Kevin Young | 915 S.W. 2010th Terrace | Miami | FL | 33189 | Client failed to respond to repeated requests for information | None Filed |