IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
|     "DEEPWATER HORIZON" in the | * | |
|     GULF OF MEXICO, on | * | SECTION: J |
|     APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |

**THIS DOCUMENT RELATES TO: CIVIL ACTION: 2:13-cv-01888**

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through the undersigned counsel, come Plaintiffs, Kenneth Broussard, Jr. and Cajun Hydraulics & Crane Services, LLC (hereinafter collectively referred to as, "Plaintiffs,") who respectfully move this Honorable Court to issue an Order enrolling Henry W. Kinney and Aaron N. Maples of the law firm of Kinney, Ellinghausen, Richard & DeShazo, APLC, and removing Marcus R. Spagnoletti, David S. Toy, and Francis I. Spagnoletti of Spagnoletti & Co., as Counsel of Record for the Plaintiffs in the above captioned matter.

Plaintiffs submit that, Pursuant to Local Rule 83.2.12(C) of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, on March 3, 2016, undersigned counsel notified current counsel of record for Plaintiffs, Marcus R. Spagnoletti, of Plaintiffs desire to terminate his representation and substitute undersigned counsel as counsel of record in the above captioned matter.

**WHEREFORE**, in light of the foregoing, Plaintiffs respectfully request that the Court grant their motion to enroll Henry W. Kinney and Aaron N. Maples and to remove Marcus R. Spagnoletti, David S. Toy, and Francis I. Spagnoletti, as counsel of record in these proceedings.

**RESPECTFULLY SUBMITTED:**

**KINNEY, ELLINGHAUSEN, RICHARD & DESHAZO**

/s/ Aaron N. Maples
**HENRY W. KINNEY (#07410)**
**AARON N. MAPLES (#35224)**
**KELLY L. REINKER (#35219)**
**1250 Poydras Street, Suite 2450**
**New Orleans, Louisiana 70113**
**Telephone: 504.524.0206**
**Facsimile: 504.525.6216**

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2016, I electronically filed a copy of the above and foregoing with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all parties in these proceedings.

/s/ Aaron N. Maples