IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on APRIL 20, 2010 | * * * * * * * * | MDL NO. 2179 SECTION: J JUDGE BARBIER MAG. JUDGE SHUSHAN |

THIS DOCUMENT RELATES TO: CIVIL ACTION: 2:13-cv-01888

## MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE COUNSEL IN ACCORDANCE WITH LOCAL RULE 83.2.12C

**NOW INTO COURT**, through the undersigned counsel, come Plaintiffs, Kenneth Broussard, Jr. and Cajun Hydraulics & Crane Services, LLC (hereinafter collectively referred to as, "Plaintiffs,") who respectfully move this Honorable Court to issue an Order enrolling Henry W. Kinney and Aaron N. Maples of the law firm of Kinney, Ellinghausen, Richard & DeShazo, APLC, and removing Marcus R. Spagnoletti, David S. Toy, and Francis I. Spagnoletti of Spagnoletti & Co., as Counsel of Record for the Plaintiffs in the above captioned matter.

I. **STATEMENT OF FACTS**

Pursuant to Local Rule 83.2.12(C) of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, on March 3, 2016, undersigned counsel notified current counsel of record for Plaintiffs, Marcus R. Spagnoletti, of Plaintiffs' desire to terminate his representation and substitute undersigned counsel as counsel of record in the above captioned matter.

## II. LAW AND ARGUMENT

The client has the absolute right to terminate the employment contract with an attorney *at any time*, even under a contingent fee contract. *In re Jones*, 859 So.2d 666 (La. 2003) (per curiam); *Fowler v. Jordan*, 430 So.2d 711 (La. App. 2d Cir. 1983); *Wright v. Fontana*, 290 So.2d 449 (La. App. 2d Cir. 1974); *Simon, Corne & Block v. Duke*, 429 So.2d 507 (La. App. 3d Cir. 1983); *see also*, 21 La. Civ. L. Treatise, Louisiana Lawyering § 5.7.

Plaintiffs contacted The Law Firm of Kinney, Ellinghausen, Richard & DeShazo in August of 2013, requesting that their firm pursue a claim against British Petroleum for damages resulting from the April 20, 2010, "BP Oil Spill." On April 16, 2014, Plaintiffs and undersigned counsel executed a contingency fee agreement whereby The Law Firm of Kinney, Ellinghausen, Richard & DeShazo agreed to undertake the representation of Plaintiffs. *See*, April 16, 2014, Contingency Fee Agreement, attached hereto as, "Exhibit A." At this time, Plaintiffs and their newly retained counsel were not aware that any claims that had been raised on behalf of Plaintiffs by its previous counsel. Only recently did undersigned counsel become aware of these proceedings and it is Plaintiffs' desire to enroll Henry W. Kinney (#07410) and Aaron N. Maples (#35224) and to remove Marcus R. Spagnoletti, David S. Toy, and Francis I. Spagnoletti, as counsel of record in these proceedings.

## III. CONCLUSION

**WHEREFORE**, in light of the foregoing, Plaintiffs respectfully request that the Court grant their motion to enroll Henry W. Kinney (#07410) and Aaron N. Maples (#35224) and to remove Marcus R. Spagnoletti, David S. Toy, and Francis I. Spagnoletti, as counsel of record in these proceedings.

*SIGNATURE BLOCK ON NEXT PAGE*

RESPECTFULLY SUBMITTED:

**KINNEY, ELLINGHAUSEN, RICHARD & DESHAZO**

    */s/ Aaron N. Maples*
**HENRY W. KINNEY (#07410)**
**AARON N. MAPLES (#35224)**
**KELLY L. REINKER (#35219)**
**1250 Poydras Street, Suite 2450**
**New Orleans, Louisiana 70113**
**Telephone: 504.524.0206**
**Facsimile: 504.525.6216**

## CERTIFICATE OF SERVICE

    I hereby certify that on March 15, 2016, a copy of the foregoing Memorandum in Support of Plaintiffs Motion to Substitute Counsel in Accordance with Local Rule 83.2.12C has been filed with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

       */s/ Aaron N. Maples*
       **Aaron N. Maples**