### KINNEY, ELLINGHAUSEN,
### RICHARD & DESHAZO

A PROFESSIONAL LAW CORPORATION
1250 Poydras Street, Suite 2450
New Orleans, LA 70113

| | | |
|---|---|---|
| HENRY W. KINNEY | henryk@kinneylaw.com | TELEPHONE: 504.524.0206 |
| JOHN W. ELLINGHAUSEN | johne@kinneylaw.com | FACSIMILE: 504.525.6216 |
| DON M. RICHARD | donr@kinneylaw.com | |
| MICHAEL L. DESHAZO | michaeld@kinneylaw.com | WEBSITE: kinneylaw.com |

| | |
|---|---|
| JOHN D. MIRANDA | johnd@kinneylaw.com |
| RYAN D. KELLEY | ryank@kinneylaw.com |
| CHRISTINE W. ADAMS | christinea@kinneylaw.com |

August 30, 2013

***Re: Representation of Cajun Hydraulics, LLC***

Dear Mr. Broussard:

    Thank you for considering Kinney, Ellinghausen, Richard & DeShazo for Cajun Hydraulics, LLC's legal needs. Please let this correspondence identify the terms under which we would agree to undertake this representation.

    Our work on your behalf would be billed and paid at twenty percent (20%) of any award collected in regards to any claim Cajun Hydraulics, LLC may have against British Petroleum ("BP"), Transocean, Ltd., Halliburton, Co., and any other person or entity arising out the collapse of the Deepwater Horizon offshore drilling rig and ensuing oil spill. Your company will only be responsible for fees on a strictly contingent basis.

    Your primary contact at Kinney Ellinghausen will be Ryan Kelley, though other lawyers at our firm may from time to time perform work in connection with your representation.

    In addition to our contingency fee percentage, services rendered and costs incurred in connection with this matter will be billed in a manner consistent with the intensity of the effort expended. Costs include, but are not limited to, postage, in-house photocopy (at 25 cents per page), outside photocopying, long distance telephone charges, outside courier service charges, transcript costs, filing fees, computer research charges, and reasonable travel/meal reimbursements. Please feel free at any time to contact us if you have any questions or concerns with any of our billings.

    We may terminate our representation (to the extent permitted by the ethical and court rules) at any time if you breach any material term of this agreement or fail to cooperate or follow our advice on a material matter, if a conflict of interest develops or is discovered, or if there exists at any time any fact or circumstance that would, in our opinion, render our continuing representation unlawful, unethical, or otherwise inappropriate. If we elect to terminate our

representation, you will take all steps reasonably necessary and will cooperate as reasonably required to free us of any further obligation to perform legal services, including the execution of any documents necessary to complete our withdrawal from representation. In such case, you agree to pay for all legal services performed and expenses incurred before the termination of our representation in accordance with the provision of this agreement.

If you agree to these terms, and wish to engage our firm as legal counsel, please sign the agreement and return to me. Please note that an attorney-client relationship will not commence until such time as you have executed this document.

On behalf of the firm, we appreciate your consideration, and hope that you will choose to make Kinney, Ellinghausen, Richard & DeShazo your legal counsel.

Sincerely,

*[signature: Ryan D. Kelley]*

**RYAN D. KELLEY**

I have read and consent to the terms of this agreement.

Houma, Louisiana this 16th day of April, 2014.

Printed Name: Kenneth Broussard, Jr.

Signature: *[signature]* for Cajun Hydraulics & Crane

Address: 3499 Grand Caillou Rd. Houma, LA 70363

Phone number: 985/226-8058

# Claimant Request for Change in Representation Status

## A. Claimant Information

**Name:** (Last Name or Full Name of Business) Cajun Hydraulics and Crane Services LLC

**Deepwater Horizon Settlement Program Claimant Number:**

**Social Security Number:** or
**Individual Taxpayer Identification Number:** or
**Employer Identification Number:** EIN 26-4045855

**Current Address:**
Street: 3499 Grand Caillou Road
City: Houma
State: LA
Zip Code: 70363

## B. Change in Primary Counsel

Use this Section if you are represented by private Counsel and wish to change to a different private Counsel.

**Current Law Firm**
- Law Firm Name: Spagnoletti & Co, Houston TX
- Attorney Last Name: Spagnoletti
- Attorney First Name: Francis (Frank)

**Requested Law Firm**
- Law Firm Name: Kinney Ellinghausen, Richard & DeShazo
- Attorney Last Name: Kelley
- Attorney First Name: Ryan
- Street: 1250 Poydras Street, Suite 2450
- City: New Orleans
- State: LA
- Zip Code: 70113
- Telephone: (504) 524 0206
- Email: ryank@kinneylaw.com

## C. Change from Represented to Unrepresented Status

Use this Section if you are currently represented by private Counsel and wish to proceed unrepresented. If you are unrepresented, you will be able to access your documents and check the status of your claim on a secure web portal ("Portal"). You can access this information online at http://www.deepwaterhorizoneconomicsettlement.com.

**Current Law Firm**
- Law Firm Name:
- Attorney Last Name:
- Attorney First Name:

## D. Change from Unrepresented to Represented Status

Use this Section if you are not represented by private Counsel and wish to change to being represented by private Counsel. If you are represented, we will communicate directly with your private Counsel and will not communicate with you. You will not have access to your documents on the Portal or be able to check the status of your claim but your private Counsel will have such access and you can contact your private Counsel for that information.

**Requested Law Firm**
- Law Firm Name:
- Attorney Last Name:
- Attorney First Name:
- Street:

AR-1
v.1

1

| Requested Law Firm (continued) | City | | State | Zip Code |
|---|---|---|---|---|
| | Telephone | | Email | |

### E. Signature

I ask the Claims Administrator to change my representation status as set forth above.

| Signature: | _[signature]_ | Date: | 8 / 15 / 13 (Month/Day/Year) |
|---|---|---|---|
| Name: | Last Name: Broussard Jr. | First Name: Kenneth | Middle Initial: F |
| Title (if a Business): | Owner | | |

AR-1
v.1

2