**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: OIL SPILL by the OIL RIG | * | MDL NO. 2179 |
|      "DEEPWATER HORIZON" in the | * | |
|      GULF OF MEXICO, on | * | SECTION: J |
|      APRIL 20, 2010 | * | |
| | * | JUDGE BARBIER |
| | * | |
| | * | MAG. JUDGE SHUSHAN |
| | * | |
| | * | |

---

**THIS DOCUMENT RELATES TO: CIVIL ACTION: 2:13-cv-01888**

---

**NOTICE OF SUBMISSION**

    **PLEASE TAKE NOTICE** that the Motion to Substitute Counsel filed by Plaintiffs Kenneth Broussard, Jr. and Cajun Hydraulics & Crane Services, LLC shall be submitted for decision on the 6th day of April, 2016, at 9:30 a.m. to U.S. District Judge Carl Barbier, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

                           **RESPECTFULLY SUBMITTED:**

                           **KINNEY, ELLINGHAUSEN, RICHARD
& DESHAZO**

                           */s/ Aaron N. Maples*
                           **HENRY W. KINNEY (#07410)
AARON N. MAPLES (#35224)
KELLY L. REINKER (#35219)
1250 Poydras Street, Suite 2450
New Orleans, Louisiana 70113
Telephone: 504.524.0206
Facsimile: 504.525.6216**

                           Attorneys for Plaintiffs, Kenneth Broussard, Jr. and Cajun Hydraulics & Crane Services, LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 15, 2016, a copy of the foregoing Notice of Submission of Plaintiffs Motion to Substitute Counsel in Accordance with Local Rule 83.2.12C has been filed with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

_____*/s/ Aaron N. Maples*_____
**Aaron N. Maples**