IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG DEEPWATER HORIZON IN THE GULF OF MEXICO, ON APRIL 20, 2010 | ) ) ) ) | MDL No. 2179 |
| IN RE THE COMPLAINT AND PETITION OF TRITON ASSET LEASING GmbH, ET AL., IN A CAUSE OF EXONERATION FROM OR LIMITATION OF LIABILITY | ) ) ) ) ) ) | Section: J(1) Judge: Barbier Magistrate: Shushan |
| **This Document Relates To:** | ) ) | |
| Case No.: 2:10-CV-08888 | ) ) | |

## ORDER

Considering the foregoing Motion to Withdraw as Counsel on behalf of Waltzer Wiygul & Garside, L.L.C. and finding that the same has merit,

**IT IS ORDERED** that the Motion to Withdraw as Counsel is GRANTED and that Waltzer Wiygul & Garside, L.L.C., Joel Waltzer, Clay Garside and Robert Wiygul are WITHDRAWN as counsel for the plaintiffs listed in Exhibit A.

New Orleans, Louisiana this 15th day of March, 2016.

_____
United States District Judge