UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179 <br><br> SECTION J |
| Applies to: <br> *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | JUDGE BARBIER <br> MAGISTRATE JUDGE SHUSHAN |

## ORDER

**[Regarding DHECC's Motion to Compel ABB Industrial Services, Inc. (Rec. doc. 15988)**

At the request of the mover, Deepwater Horizon Economic Claims Center's ("DHECC"),

IT IS ORDERED that DHECC's motion to compel ABB Industrial Services, Inc. to provide the Claims Administrator with documents and information (Rec. doc. 15988) is DISMISSED without prejudice.

New Orleans, Louisiana, this 15th day of March, 2016.

                                                                        SALLY SHUSHAN
                                                                        United States Magistrate Judge