UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179 <br><br> SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | MAG. JUDGE SHUSHAN |

## DECLARATION OF LANI MAILE IN SUPPORT OF DHECC'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES

1.  I, Lani Maile, do hereby declare as follows:

2.  Our law firm represents Deepwater Horizon Economic Claims Center (the "DHECC") in connection with recovering certain money paid out to Tony Riley ("Claimant").

3.  On February 11, 2016, I served the Claimant with Post-Judgment Interrogatories in accordance with Federal Rules of Civil Procedure 26, 33, 69 and Louisiana Code of Civil Procedure CCP 1457, 1469, 2451, and 2456. *See* Ex. A.

4.  The Claimant was required to respond to the Post-Judgment Interrogatories within 30 days.

5.  The Claimant failed to respond, crossing out his address and returning the envelope containing the discovery unopened after signing for receipt of the subject discovery. *See* Ex. A.

6.  I make this Declaration in support of DHECC'S MOTION TO COMPEL RESPONSES TO POST-JUDGMENT INTERROGATORIES.

///

///

1

926589v.1

7. I declare under penalty of perjury that the foregoing is true and correct and to the best of my knowledge, information, and belief.

EXECUTED this 15th day of March, 2016, in Clark County, Nevada.

/s/ Lani Maile
Lani Maile

926589v.1