UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL 2179<br>SECTION "J" |
| This Document Applies to: | JUDGE BARBIER |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production, Inc., et al.* | MAG. JUDGE SHUSHAN |

## ORDER

Claims Administrator Patrick Juneau, by and through the undersigned counsel, on behalf of the Deepwater Horizon Economic Claims Center (the "DHECC") having moved the Court for an order compelling Tony Riley ("Claimant") to respond to DHECC's post-judgment interrogatories.

**IT IS HEREBY ORDERED** that Tony Riley shall respond to DHECC's post judgment interrogatories within 14 days.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Carl J. Barbier
UNITED STATES DISTRICT JUDGE

925471v.1