UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010 | MDL NO. 2179<br><br>SECTION J |
| Applies to: *All Cases and:*<br>    *10-8888 and 10-2771* | JUDGE BARBIER<br>MAGISTRATE JUDGE SHUSHAN |

**ORDER**

**[Regarding Removal of Short Form Joinders From Docket No. 10-8888]**

On September 4, 2015, the Court entered an order that provided:

> Considering that the subject oil spill occurred more than five (5) years ago, the Clerk is directed to docket no further short-form joinders in docket number 10-8888.

Rec. doc. 15321 and Rec. doc. 137231 in 10-8888. Since entry of that order, however, multiple short form joinders have been filed by counsel in contravention of that order. Accordingly;

IT IS ORDERED that the Clerk remove from docket number 10-8888 all short form joinders filed after September 4, 2015.

New Orleans, Louisiana, this  17th  of March, 2016.

CARL J. BARBIER
U.S. District Judge