United States District Court
Eastern District of Louisiana

In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010

MDL No. 2179
Section J(1)
Judge Barbier

TENDERED FOR FILING
MAR 17 2016
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

FILED MAR 17 2016
WILLIAM W. BLEVINS
CLERK

Applies to:
No. 12-970, Bon Secour Fisheries, Inc., et al v. BP Exploration + Production Inc., et al.

## Motion to Vacate Default Judgement

In July 2014 I hired George Gates IV to represent me in this case.

I paid Mr. Gates $1,800.00 as a retainer to represent me.

At first Mr. Gates told me he had an enrollment problem, but would get it fixed and then he told me had filings going on and things were on going. I got a letter saying there was a Judgement against me in January 2016. I ask that the judgement be vacated because I did not have proper representation.

16 March 2016

Jarrod Burrle
P.O. Box 645
Port Sulphur, La 70083
(504) 710-9933

**Certificate of Service**
I hereby certify that I have served a copy of this document on all counsel of record either in person or my mailing it postage prepaid on this 17 day of March, 2016.

Signature: Jarrod Burrle