# EXHIBIT 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179<br><br>Section J |
| This Document Applies to: | : : | Judge Barbier |
| No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al. | : : | Mag. Judge Shushan |

## FINAL JUDGMENT

For the reasons stated in the Court's Order and Reasons dated June 23, 2015 (Rec. Doc. 14747), IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. The DHECC claim award in favor of Jarrod A. Burrle based upon Claim 42138 is hereby RESCINDED and VACATED;

2. Jarrod A. Burrle shall participate in no further distributions under the Seafood Compensation Program; and

3. Judgment is entered against Jarrod A. Burrle, requiring Burrle to make restitution to the DHECC in the amount of $50,015.87, plus post-judgment interest; and

4. Judgment is entered against AndryLerner, LLC, Jonathan Andry and Glen Lerner in the amount of $12,503.98, plus post-judgment interest; and

5. Judgment is entered against the Palazzo Law Firm in the amount of $2,500.80, plus post-judgment interest; and

6. Judgment is entered against David D. Bravo, APLC, in the amount of $2,500.80, plus post-judgment interest; and

7. Judgment is entered against Woodbridge Baric Pre-Settlement Investments LLC, in the amount of $20,000.00, plus post-judgment interest; and

8. AndryLerner, LLC, Jonathan Andry, Glenn Lerner, the Palazzo Law Firm, David D. Bravo, APLC, and Woodbridge Baric Pre-Settlement Investments LLC, are jointly and severally liable with Jarrod A. Burrle, but only up to the amounts listed above. In no event shall the total restitution payable to the DHECC exceed $50,015.87; and

9. The trustee of the escrow account established pursuant to the Court's February 12, 2014 Order (Rec. Doc. 12321) shall immediately pay on behalf of Andry Lerner LLC the sum of $12,503.98 to the Court-Supervised Settlement Program ("CSSP"); and

10. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

11. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Special Master and DHECC in enforcement of this judgment.

Signed in New Orleans, Louisiana, this 1st day of July, 2015.

HONORABLE CARL J. BARBIER
UNITED STATES DISTRICT JUDGE