# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf Of Mexico, on April 20, 2010 | * * * * | MDL No. 2179<br><br>SECTION J |
| This Filing Applies to: | * * | JUDGE BARBIER |
| Nos. 13-706, 13-810, 13-1143, 13-1185, 13-1386 and 13-2006 | * * * * | MAGISTRATE JUDGE SHUSAN |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEAL

The OPA Test Case Plaintiffs,[1] by and through undersigned counsel, respectfully appeal to the United States Court of Appeals for the Fifth Circuit from the District Court's March 10, 2016 Order and Reasons [Rec. Doc. 15987] dismissing the subject actions, with prejudice.

This 19th day of March, 2016.

Respectfully submitted,

| | |
|---|---|
| /s/ Stephen J. Herman | /s/ James Parkerson Roy |
| **Stephen J. Herman**, La. Bar No. 23129 | **James Parkerson Roy**, La. Bar No. 11511 |
| HERMAN HERMAN & KATZ LLC | DOMENGEAUX WRIGHT ROY EDWARDS |
| 820 O'Keefe Avenue | & COLOMB, LLC |
| New Orleans, Louisiana 70113 | 556 Jefferson Street, Suite 500 |
| Telephone: (504) 581-4892 | Lafayette, Louisiana 70501 |
| Fax No. (504) 569-6024 | Telephone: (337) 233-3033 |
| E-Mail: sherman@hhklawfirm.com | Fax No. (337) 233-2796 |
| *Plaintiffs Liaison Counsel* | E-Mail: jimr@wrightroy.com |
| *and Counsel for Wadleigh* | *Plaintiffs Liaison Counsel* |

---

[1] Specifically, the OPA Test Case Plaintiffs and associated Civil Actions are: Bisso Marine Company, Inc., No. 13-0706; Wadleigh Industries, Inc., No. 13-0810; Certified Platform Services, LLC, No. 13-1143; Blake International USA Rigs, LLC, No. 13-1185; Seahawk Liquidating Trust, et al, No. 13-1386; and Black Elk Energy Offshore Operations, LLC, No. 13-2006.

| | |
|---|---|
| Conrad S.P. "Duke" Williams | Paul M. Sterbcow |
| WILLIAMS LAW GROUP | LEWIS, KULLMAN, STERBCOW |
| 435 Corporate Drive, Suite 101 |   & ABRAMSON |
| Maison Grand Caillou | 601 Poydras Street, Suite 2615 |
| Houma, Louisiana 70360 | New Orleans, LA  70130 |
| Office: (985) 876-7595 | Office:  (504) 588-1500 |
| Fax No. (985) 876-7594 | Telefax:  (504) 588-1514 |
| E-Mail: duke@williamslawgroup.org | E-Mail:  sterbcow@lksalaw.com |
| *for the Plaintiffs Steering Committee* | *for the Plaintiffs Steering Committee* |
| *and Counsel for Seahawk, Certified and Blake* | *and Counsel for Bisso* |

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that the above and foregoing Notice of Appeal will be served on All Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing will be electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, this 19th day of March, 2016.

/s/ Stephen J. Herman and James Parkerson Roy