# *EXHIBIT A*

# *PLAT MAP OF LONG BEACH SUBDIVISION*





EXHIBIT

A

UNIT #3

LONG BEACH

A Subdivision of parts of Secs. 27 28 29 30 31 & 32.
T15S. R13W La. Mer.
Cameron Parish

KONG BEACH

Subdivision of parts of Secs. 27,28,29,30,31, + 32.
T15S, R.13W. La. Mer.
Cameron Parish.

Sec. 29

Sec. 30

Sec. 31

Sec. 32

PAVELL

AVENUE

LODGE ST



