*EXHIBIT B*

*JUDGMENT OF POSSESSION*

F I L E # 2 3 1 2 4 0

FILED AND RECORDED
CAMERON PARISH, LA.



| | | |
|---|---|---|
| SUCCESSION OF | : | 38TH JUDICIAL DISTRICT COURT |
| NO. 300-2613 | : | PARISH OF CAMERON |
| PATTI PAVELL DOMATTI | : | STATE OF LOUISIANA |

95 MAY 26 AM 10:19
DEBBIE B. THERIOT
CLERK OF COURT
& RECORDER

### JUDGMENT

This matter came on for hearing upon the application of MARGUERITE AGNES DOMATTI and JOHN G. DOMATTI, to be recognized as legatees under the last will and testament of decedent and as such to be sent and placed into the possession of all the property rights and credits belonging to decedent on the date of her death situated in the State of Louisiana and evidence having been submitted that all inheritance tax obligations to the State of Louisiana have been satisfied,

IT IS ORDERED, ADJUDGED AND DECREED that all inheritance tax obligations to the State of Louisiana have been satisfied.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Marguerite Agnes Domatti and John F. Domatti be and they are hereby recognized as legatees under the last will and testament of decedent Patti Pavell Domatti and as such be and they are hereby sent and placed in the possession of all the property rights and credits belonging to decedent on the date of her death situated in the State of Louisiana which property is described as follows, to-wit:

1. An undivided 1/2 interest in and to the following: All of Irregular Section 9 in Township 15 South, Range 12 West, less and except that portion known as Gulf Terrace Subdivision taken from the South end of said Section 9, Township 15 South, Range 12 West, leaving a balance of 102 acres, more or less. Domatti interest 51 acres.

2. An undivided 1/2 interest in and to the following: All of Blocks 1 and 2; Lots 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31 and 32 in Block No. 3; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 4; Lots 6, 7, 8, 9, 10, 11, 12, 13, 14, 19, 20, 21, 22, 23, 24, 25, 26, 27 and 32 in Block No. 5; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22,


EXHIBIT B

23, 24, 25, 26, 27, 28 and 29 in Block No. 6; All of Block 7, less Lots 17 and 18, All of Blocks 8, 9, 10, 11, 12, 13, and 14; Lots 1, 2, 3, 4, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 26 in Block 15; Lots 5, 6, 7, 8, 9, 15, 16, 17, 18, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32 in Block 16; all of Block 17; Lots 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30 and 31 in Block 18; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 20, 21, 22, 23, 24, 25, 26, 29, 30, 31 and 32 in Block 19; Lots 1, 2, 3, 6, 7, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 26, 27, 28, 29 and 30 in Block No. 20; Lots 3, 4, 7, 8, 9, 10, 11 and 12 in Block No. 21; Lots 1, 2, 3, 4, 5, 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 26, 27, 28, 29 and 30 in Block No. 22; All in Unit "A" of Gulf Terrace Subdivision of a portion of Section 9 in Township 15 South, Range 12 West, containing 33.75 acres, more or less. Domattie interest being 16.88 acres.

3. An undivided 1/2 interest in and to the following: That portion of Lots 5 and 6 of Lot 2 of Partition of Frank Pleasant Sr. and Heirs lying North of present public road and taken from and out of Lot 52 or Fractional Section 13 and Lot 51 or Fractional Section 14, less lot 150 by 150 feet sold out of the SW corner of Lot 5 of said Lot 2, all in Township 15 South, Range 12 West, containing 75 acres, more or less. Domatti interest being 37.50 acres more or less.

4. An undivided 1/2 interest in and to the following: Thirty-eight acres, more or less, and 21 lots as follows: An undivided 1/2 interest in all or that part of Lot 7 of Lot 2 of partition of Frank Pleasant Sr. and Heirs being North of present public road and taken from and out of Lot 52 or Fractional Section 13, Lot 51 or Fractional Section 14; the E/2 of W/2 of that portion of Section 12 lying North of Pleasant Beach Subdivision, that lot of land described as beginning at a point 300' N of North line of Pleasant Beach Sub. and 300' W of the East line of W/2 of E/2 of Section 12, thence W 150', N 150', E 150', S 150' to the point of beginning; That lot of land beginning on the E line of W/2 of W/2 of Section 12 at a point 300' N of the N line said subdivision thence W 150', thence N 150' E 150', S 150' to point of beginning, the E/2 of Block 6 and 13, less Lot 1 of Block 13 sold to E. F. Gayle in 1932, Lots 5, 6, 7, 8, 13, 15 and 16 of Block 1 of Pleasant Beach Subdivision of parts of Sections 11, 12, 13 and 14 in Township 15 South, Range 12 West, (Mrs. Mary Farque Tract) Domatti interest being 19 acres, more or less.

5. An undivided 1/2 interest in and to the following: All of Lot 1 of Block 1; and Lots 1, 2, 3, 4, 6, 9, 10, 11 and 12 of Block 2, all in the Pleasant Beach Subdivision of parts of Sections 11, 12, 13 and 14 in Township 15 South, Range 12 West, (Gondola Pleasant tract). Domatti interest being 0.86 acres.

6. SW/4 of Section 2; the N/2 of NE/4, W/2 of NW/4, SE/4 of NW/4 and SW/4 of Section 3; W/2 of Fractional Section 10 all in Township 15 South, Range 13 West, Cameron Parish, Louisiana, containing 570 acres, more or less.

7. All of Fractional or Irregular Section 27, 28, 29, 30, 31, and the West 2/3 of Fractional or Irregular Section 32, all in Township 15 South, Range 13 West, Louisiana Meridian, LESS AND EXCEPT THE FOLLOWING, TO-WIT:
   1. All of that part of Irregular Section 27, Township 15 South, Range 13 West, lying South of the public road and West of what is known as Units 1 and 3 of Long Beach Subdivision, owned by Crain Brothers Ranch, Inc.
   2. Units 1 and 3 of what is known as Long Beach Subdivision of parts of Sections 27 to 32 in Township 15 South, Range 13 West, Louisiana Meridian, as per Plat of Survey on records in the Parish of Cameron Parish, Louisiana.
   3. Beginning at the point of intersection of the W line of Irregular Section 27 in Township 15 South, Range 13 West, Louisiana Meridian, with the N right of way line of the public road of State Highway No. 292, thence N along the said W line of said Section 27, a distance of 208.7', thence E 208.7', thence S 208.7', more or less to the North line of State Highway 292, thence W along the N line of said State Highway No. 292 a distance of 208.7' more or less to the point of beginning, containing 1 acre, owned by Cameron Telephone Company, Inc.
   4. Commencing 208.7' N from the point of intersection of the W line of Irregular Section 27 in Township 15 South, Range 13 West, Louisiana Meridian, with N right of way line of public road of State Highway No. 292, thence continuing N along the W line of said Section 27, 30', thence E 208.7', thence S 30', thence W 208.7' to the point of commencement, owned by Cameron Telephone Company, Inc.
   5. That certain tract of land located in Section 27, Township 15 South, Range 13 West, Cameron Parish, Louisiana, described as follows: Commence on the N right of way line of State Highway No. 82 (formerly no. 292) at a point 223.7' E of the W line of said Section 27, thence E along the N line of said highway 256.9', thence N at right angles to the N line of said highway 208' thence W parallel to the N line of said highway 208', thence Southwesterly 213.63' to point of commencement, containing 1.17 acres, more or less, as per plat of survey dated September 3, 1970, which is annexed to deed and made a part hereof by reference, LESS AND EXCEPT all of the oil, gas and other minerals in, on or under said property, together with the rights of ingress and egress for the purpose of exercising this mineral servitude provided, however, there shall be no surface operations on said property in connection with the exercise of the mineral servitude. Owned by Jefferson Davis Electric Coop., Inc.

6. Beginning at a point which is 306.06' N and 586.94' N 89°02'15" E from the intersection of the N right of way line of State Route No. 82 and the W line of Irregular Section 27, Township 15 South, Range 13 West, Cameron Parish, Louisiana; thence running N 00°57'45" W a distance of 208.70'; thence turning and running N 89°02'15" E a distance of 417.40'; thence turning and running S 00°57'45" E a distance of 208.70'; thence turning and running S 89°02'15" W a distance of 417.40' to the point of beginning, being located in Section 27 and in Section 28, Township 15 South, Range 13 West; all the bearings being true and the parcel containing a calculated area of 2.000 acres, all as per Plat of Survey of Lonnie G. Harper, C. E., dated February 9, 1978 attached hereto and made a part hereof and identified as "Tract A" thereon; together with all buildings and improvements situated thereon. Owned by Kenneth L. McRight.

leaving a balance of 658.39 acres, more or less.

8. Lots 7, 8, 20, 21, 22, 23, 24, 25, 26, 27, 28 of Block No. 1; Lots 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28 & 30 of Block No. 2; Lots 1, 7, 8, 9, 10, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27 and 28 of Block No. 3; Lots 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 4; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 5; Lots 3, 4, 7, 8, 9, 10, 11, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 & 29 in Block No. 6; Lots 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 7; Lots 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 8; Lots 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 & 30 in Block No. 9; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27 and 28 in Block No. 10; all of Blocks 11 and 12; Lots 3, 4, 5, 6, 7, 10, 12, 13, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 13; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 14; All of Blocks 15 and 16; all in Unit #1; Lots 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block 17; All of Blocks 18, 19, 20, 21, 22, 23, 24; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 25; All of Blocks 26 and 27; Lots "A", "B", "C", "D", "E", "F" of Block No. 28; All of Blocks 29, 30 and 31; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 32; All of Block No. 33, Lots 9, 10, 13, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30, in Block No. 34; All in Unit Number 3; All being in what is known as Long Beach

Subdivision of Parts of Sections 27 to 32 in Township 15 South, Range 13 West, Louisiana Meridian. Containing 196.06 acres, more or less

9. An undivided 1/4 interest in and to all oil, gas and other minerals in, on or to be produced from the following:
   Deed: Mrs. Patti Domatti to John Paul Crain
   Dated: July 7, 1975 filed: July 9, 1975
   Recorded: Bk. 335 of Conveyance Pg. 62, File No. 141321, Records of Cameron Parish, Louisiana, described as follows:
   All of my undivided interest in and to the following described property, to-wit:
   1-1/2 acres in SW/4 of NW/4 of NW/4 of Section 4, W/2 of NE/4 of NE/4 of Section 5, N/2 of N/2 of SE/4 of NE/4 of Section 5, all above in Township 15 South, Range 14 West, Louisiana Meridian; All of Lot 1 in F. Pavell Subdivision in Section 5, Township 15 South, Range 14 West and Section 32, Township 14 South, Range 14 West, SW/4 of SE/4 of Section 6, Township 15 South, Range 14 West; SW/4 of NW/4 of Section 4, Township 15 South, Range 14 West; Undivided 40 acres in N-3/4 of Section 10 and S/2 of S/2 of Section 3, Township 15 South, Range 15 West; Undivided 26.9 acres in Sections 2, 11, 12, Township 15 South, Range 15 West, Cameron Parish, Louisiana.

   Fractional Sections 3 and 4, Township 16 South, Range 15 West, Louisiana Meridian, containing 200 acres, more or less, in Cameron Parish, Louisiana.

   Fractional Section 31, Township 12 South, Range 14 West, Louisiana Meridian, together with all improvements situated thereon in Cameron Parish, Louisiana.

10. All Minerals in the following:
    Deed: Mrs. Patti Pavell Domatti to Cameron Telephone Company, Inc.
    Dated: November 16, 1959 Filed: Jan. 14, 1960
    Recorded: Bk.    File No. 86989
    Property described as follows:
    Commencing 208.7' N from the point of intersection of the W line of Irregular Section 27 in Township 15 South, Range 13 West, Louisiana Meridian, with N right of way line of public road of State Highway No. 292, thence continuing N along the W line of said Section 27, 30', thence E 208.7', thence South 30', thence W 208.7' to the point of commencement.

11. All Minerals In, On or under the following property:
    Deed: Patti Pavell Domatti to Jefferson Davis Electric Coop. Inc.
    Dated: Sept. 25, 1970 Filed: Sept. 30, 1970
    File No. 123626
    Property described:
    That certain tract of land located in Section 27, Township 15 South, Range 13 West, Cameron Parish, Louisiana. Commence on the N right of way line of State Highway No. 82 (formerly no. 292) at a point

223.7' E of the W line of said Section 27, thence E along the N line of said highway 256.9', thence N at right angles to the N line of said highway 208', thence W parallel to the N line of said highway 208', thence Southwesterly 213.63' to point of commencement, containing 1.17 acres, more or less, as per plat of survey dated Sept. 3, 1970, which is annexed hereto and made a part hereof by reference, LESS AND EXCEPT all of the oil, gas and other minerals in, on or under said property, together with the rights of ingress and egress for the purpose of exercising this mineral servitude, provided however, there shall be no surface operations on said property in connection with the exercise of the mineral servitude.

JUDGMENT READ, RENDERED AND SIGNED in Chambers at Cameron, Louisiana, on this 25th day of May, 1993.

H. WARD FONTENOT, District Judge

RECORDED: MAY 31, 1993    Debbie B. Theriot
                          CLERK OF COURT & RECORDER