# *EXHIBIT C*

# *ACT OF SALE AND DONATION*

FILE#283200

STATE OF TEXAS
COUNTY OF HARRIS

FILED AND RECORDED **ACT OF SALE**
CAMERON PARISH, LA.

KNOW ALL MEN BY THESE PRESENTS:

THAT **EVA L. DOMATTI**, SSN 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, surviving spouse of John F. Domatti, a

resident of the full age of majority of the County of Harris, State of Texas, whose mailing address is:

CLERK OF COURT

4206 Stanford, Houston, Texas 77006, appearing herein **INDIVIDUALLY AND AS TRUSTEE**

**OF THE DOMATTI FAMILY LIVING TRUST** created by document recorded in Conveyance

Book 848 at Page 668 under File No. 248353, as amended by First Amendment thereto recorded in

Conveyance Book 851 at Page 93 under File No. 248667, records of Cameron Parish, Louisiana, for

and in consideration of the sum of **ONE HUNDRED TWENTY FIVE THOUSAND AND 00/100**

**($125,000.00) DOLLARS** cash and other valuable consideration, to her in hand paid by

**MARGUERITE A. DOMATTI**, SSN 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 **AS TRUSTEE OF THE M. A. DOMATTI**

**MANAGEMENT TRUST** , whose mailing address is: 931 West Colorado, Dallas, Texas 75208,

has GRANTED, SOLD and CONVEYED, and by these presents does GRANT, SELL, and

CONVEY, with full subrogation to all of her rights and actions of warranty against all former owners

and vendors unto the said MARGUERITE A. DOMATTI AS TRUSTEE the following described

properties situated in the Parish of Cameron, Louisiana, to-wit:

**AN UNDIVIDED ONE-HALF (1/2) INTEREST IN AND TO THE FOLLOWING PROPERTIES:**

1.  SW/4 of Section 2; the N/2 of NE/4, W/2 of NW/4, SE/4 of NW/4 and SW/4 of Section 3; W/2 of Fractional Section 10 all in Township 15 South, Range 13 West, Cameron Parish, Louisiana, containing 570 acres, more or less.

2.  All of Fractional or Irregular Sections 27, 28, 29, 30, 31, and the West 2/3 of Fractional or Irregular Section 32, all in Township 15 South, Range 13 West, Louisiana Meridian, LESS AND EXCEPT THE FOLLOWING, TO-WIT:

    a.  All of that part of Irregular Section 27, Township 15 South, Range 13 West, lying South of the public road and West of what is known as Units 1 and 3 of Long Beach Subdivision, owned by Crain Brothers Ranch, Inc.

    b.  Units 1 and 3 of what is known as Long Beach Subdivision of parts of Sections 27 to 32 in Township 15 South, Range 13 West, Louisiana Meridian, as per Plat of Survey on records in the Parish of Cameron, Louisiana.

    c.  Beginning at the point of intersection of the W line of Irregular Section 27 in Township 15 South, Range 13 West, Louisiana Meridian, with the N right of way line of the public road of State Highway No. 292, thence





EXHIBIT
C

N along the said W line of said Section 27, a distance of 208.7', thence E 208.7', thence S 208.7', more or less to the North line of State Highway 292, thence W along the N line of said State Highway No. 292 a distance of 208.7' more or less to the point of beginning, containing 1 acre, owned by Cameron Telephone Company, Inc.

d. Commencing 208.7' N from the point of intersection of the W Line of Irregular Section 27 in Township 15 South, Range 13 West, Louisiana Meridian, with N right of way line of public road of State Highway No. 292, thence continuing N along the W line of said Section 27, 30', thence E 208.7', thence S 30', thence W 208.7' to the point of commencement, owned by Cameron Telephone Company, Inc.

e. That certain tract of land located in Section 27, Township 15 South, Range 13 West, Cameron Parish, Louisiana, described as follows:
Commence on the N right of way line of State Highway No. 82 (formerly No. 292) at a point 223.7' E of the W line of said Section 27, thence E along the N line of said highway 256.9', thence N at right angles to the N line of said highway 208', thence W parallel to the N line of said highway 208', thence Southwesterly 213.63' to point of commencement, containing 1.17 acres, more or less, as per plat of survey dated September 3, 1970, which is annexed to deed and made a part hereof by reference, LESS AND EXCEPT all of the oil, gas and other minerals in, on or under said property, together with the rights of ingress and egress for the purpose of exercising this mineral servitude provided, however, there shall be no surface operations on said property in connection with the exercise of the mineral servitude. Owned by Jefferson Davis Electric Coop., Inc.

f. Beginning at a point which is 306.06' N and 586.94' N 89 Degrees 02 Minutes 15 Seconds E from the intersection of the N right of way line of State Route No. 82 and the W line of Irregular Section 27, Township 15 South, Range 13 West, Cameron Parish, Louisiana; thence running N 00 Degrees 57 Minutes 45 Seconds W a distance of 208.70'; thence turning and running N 89 Degrees 02 Minutes 15 Seconds E a distance of 417.40'; thence turning and running S 00 Degrees 57 Minutes 45 Seconds E a distance of 208.70'; thence turning and running S 89 Degrees 02 Minutes 15 Seconds W a distance of 417.40' to the point of beginning, being located in Section 27 and in Section 28, Township 15 South, Range 13 West; all the bearings being true and the parcel containing a calculated area of 2.000 acres, all per Plat of Survey of Lonnie G. Harper, C. E., dated February 9, 1978 attached to and made a part of the deed and identified as "Tract A" thereon; together with all buildings and improvements situated thereon. Owned by Kenneth L. McRight.

Leaving a balance of 658.39 acres, more or less.

3.  Lots 20, 21, 22, 23, 24, 25, 26, 27, 28 of Block No. 1; Lots 16, 17, 18, 19, 20, 21, 22, 23, 24, 26, 27, 28 & 30 of Block No. 2; Lots 1, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27 and 28 of Block No. 3; Lots 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 4; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 5; Lots 3, 4, 7, 8, 9, 10, 11, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 & 29 in Block No. 6; Lots 1, 2, 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 7; Lots 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 8; Lots 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 & 30 in Block No. 9; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27 and 28 in Block No. 10; all of Blocks 11 and 12; Lots 3, 4, 5, 6, 7, 10, 12, 13, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 13; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block 14; All of Blocks 15 and 16; all in Unit Number1; Lots 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block 17; All of Blocks 18, 19, 20, 21, 22, 23, 24; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 25; All of Blocks 26 and 27; Lots "A", "B", "C", "D", "E", "F" of Block No. 28; All of Blocks 29, 30 and 31; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block No. 32; All of Block No. 33; Lots 9, 10, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30, in Block No. 34; All in Unit Number 3; All being in what is known as Long Beach Subdivision of Parts of Sections 27 to 32 in Township 15 South, Range 13 West, Louisiana Meridian.  Containing 196.06 acres, more or less.

4.  The N/2 of SW/4 of Section 1, Township 15 South, Range 13 West, less and except the East 22 acres thereof.

**TO HAVE AND TO HOLD** the above-described premises, together with all and singular the rights and appurtenances thereto in any wise belonging to the said purchaser and to her heirs and assigns forever; and she does hereby bind herself and her heirs, executors and administrators, to **WARRANT AND FOREVER DEFEND**, all and singular, the said premises unto the said Marguerite A. Domatti as Trustee, her heirs and assigns, against any person whomsoever lawfully claiming or to claim the same or any part thereof.

**AND NOW TO THESE PRESENTS COME ERIKA BARBARA THOMAS**, born **DOMATTI**, SSN 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, married to and living with Gregory Bennett Thomas, a resident of the County of Travis, State of Texas, whose mailing address is: 803 West Mary, Austin, Texas 78704 **AND RENATA FRANCES DOMATTI**, SSN 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, a single female, a resident of the County of Travis, State of Texas, whose mailing address is: 1720B East 32nd Street, Austin, Texas 78722, beneficiaries of the Domatti Family Living Trust as identified hereinabove, and appearing herein do hereby acknowledge, approve, ratify, and confirm the sale herein of the aforesaid property

of the Domatti Family Living Trust to Marguerite A. Domatti as Trustee of the M. A. Domatti Management Trust for the price and on the terms and conditions set forth hereinabove.

Ad valorem taxes for the year 2002 have been paid by Vendor. Ad valorem taxes for the year 2003 are not yet due and shall be paid by Vendee.

All parties to this act confirm, acknowledge, and agree that the title to the property conveyed herein has not been examined by Glenn W. Alexander, Attorney at Law who prepared this instrument, prior to this sale, nor has a title insurance policy insuring title to the property been requested by Purchaser. Further, Glenn W. Alexander, Attorney at Law, shall have no responsibility or liability whatsoever of any nature, type, or kind, express or implied, for any conditions, defects, encumbrances, or clouds on the title which a title examination would reveal.

THUS DONE AND SIGNED at *Houston* Texas, on this the *19th* day of *Sept.*, 2003, before the undersigned Notary Public and two competent witnesses.

WITNESSES:

_____

_____

_____
EVA L. DOMATTI, INDIVIDUALLY
AND AS TRUSTEE OF THE
DOMATTI FAMILY LIVING TRUST

_____
NOTARY PUBLIC

THUS DONE AND SIGNED at *Austin*, Texas on this the *25* day of *September* 2003, before the undersigned Notary Public and two competent witnesses.

WITNESSES:

_____

_____

_____
ERIKA BARBARA DOMATTI THOMAS
INDIVIDUALLY AND AS BENEFICIARY
OF THE DOMATTI FAMILY LIVING
TRUST

_____
NOTARY PUBLIC

THUS DONE AND SIGNED at _Austin_, Texas on this the _25_ day of _Sept._,

2003, before the undersigned Notary Public and two competent witnesses.

WITNESSES:

RENATA FRANCES DOMATTI
INDIVIDUALLY AND AS BENEFICIARY
OF THE DOMATTI FAMILY LIVING
TRUST

NOTARY PUBLIC

THUS DONE AND SIGNED at _Dallas_, Texas, on this the _6th_ day of _October_

2003, before the undersigned Notary Public and two competent witnesses.

WITNESSES:

MARGUERITE A. DOMATTI
AS TRUSTEE OF THE M. A. DOMATTI
MANAGEMENT TRUST

NOTARY PUBLIC

KRYSTAL LEE
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-09-07

FILE#247236

FILED AND RECORDED
CAMERON PARISH, LA.

STATE OF LOUISIANA

PARISH OF CAMERON

ACT OF DONATION
96 SEP 12  PM 12 25

651

BE IT KNOWN, That on the date hereinafter written, before the undersigned Notary Public, duly commissioned and qualified, and in the presence of the undersigned witnesses hereinafter named, personally came and appeared:

MARGUERITE DOMATTI, who declared and acknowledged to me, said Notary, that availing herself of the privileges granted by the laws of the State of Louisiana, she, the said Marguerite Domatti, donor, has given, granted, donated, set over and delivered unto the donee, to-wit:

M. A. DOMATTI MANAGEMENT TRUST, the original trust instrument being recorded in Conveyance Book 842, page ―, under file no. 247235, records of Cameron Parish, Louisiana

all of her undivided rights, title and interest in and to the following property situated in the Parish of Cameron, Louisiana, to-wit:

AN UNDIVIDED ONE-HALF INTEREST IN AND TO THE FOLLOWING:

1.  An undivided 1/2 interest in and to the following: All of Irregular Section 9 in Township 15 South, Range 12 West, less and except that portion known as Gulf Terrace Subdivision taken from the South end of said Section 9, Township 15 South, Range 12 West, leaving a balance of 102 acres, more or less.

2.  An undivided 1/2 interest in and to the following: All of Blocks 1 and 2; Lots 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31 and 32 in Block No. 3; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20, 21, 2223, 24, 25, 26, 27, 28, 29 and 30 in Block No. 4; Lots 6, 7, 8, 9, 10, 11, 12, 13, 14, 19, 20, 21, 22, 23, 24, 25, 26, 27 and 32 in Block No. 5; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 and 29 in Block No. 6; All of Block 7, less Lots 17 and 18, All of Blocks 8, 9, 10, 11, 12, 13, and 14; Lots 1, 2, 3, 4, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, and 26 in Block 15; Lots 5, 6, 7, 8, 9, 15, 16, 17, 18, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32 in Block 16; all of Block 17; Lots 7, 8, 9, 10, 11, 12, 13,

Page 1 of 12

14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
27, 28, 29, 30 and 31 in Block 18; Lots 1, 2, 3, 4,
5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18,
20, 21, 22, 23, 24, 25, 26, 29, 30, 31 and 32 in
Block 19; Lots 1, 2, 3, 6, 7, 10, 11, 12, 13, 14,
17, 18, 19, 20, 21, 26, 27, 28, 29 and 30 in Block
No. 20; Lots 3, 4, 7, 8, 9, 10, 11 and 12 in Block
No. 21; Lots 1, 2, 3, 4, 5, 6, 7, 10, 11, 12, 13,
14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 26, 27, 28,
29 and 30 in Block No. 22; All in Unit "A" of Gulf
Terrace Subdivision of a portion of Section 9 in
Township 15 South, Range 12 West, containing 33.75
acres, more or less.

3. An undivided 1/2 interest in and to the following:
That portion of Lots 5 and 6 of Lot 2 of Partition
of Frank Pleasant Sr. and Heirs lying North of
present public road and taken from and out of Lot
52 or Fractional Section 13 and Lot 51 or
Fractional Section 14, less lot 150 by 150 feet
sold out of the SW corner of Lot 5 of said Lot 2,
all in Township 15 South, Range 12 West, containing
75 acres, more or less.

4. An undivided 1/2 interest in and to the following:
Thirty-eight acres, more or less, and 21 lots as
follows:  An undivided 1/2 interest in all or that
part of Lot 7 of Lot 2 of partition of Frank
Pleasant Sr. and Heirs being North of present
public road and taken from and out of Lot 52 or
Fractional Section 13, Lot 51 or Fractional Section
14; the E/2 of W/2 of that portion of Section 12
lying North of Pleasant Beach Subdivision, that lot
of land described as beginning at a point 300' N of
North line of Pleasant Beach Sub. and 300' W of the
East line of W/2 of E/2 of Section 12, thence W
150', N 150', E 150', S 150' to the point of
beginning; That lot of land beginning on the E line
of W/2 of W/2 of Section 12 at a point 300' N of
the N line said subdivision thence W 150', thence N
150' E 150', S 150' to point of beginning, the E/2
of Block 6 and 13, less Lot 1 of Block 13 sold to
E. F. Gayle in 1932, Lots 5, 6, 7, 8, 13, 15 and 16
of Block 1 of Pleasant Beach Subdivision of parts
of Sections 11, 12, 13 and 14 in Township 15 South,
Range 12 West, (Mrs. Mary Farque Tract)

5. An undivided 1/2 interest in and to the following:
All of Lot 1 of Block 1; and Lots 1, 2, 3, 4, 6, 9,
10, 11 and 12 of Block 2, all in the Pleasant
Beach Subdivision of parts of Sections 11, 12, 13
and 14 in Township 15 South, Range 12 West,
(Gondola Pleasant tract).

6. SW/4 of Section 2; the N/2 of NE/4, W/2 of NW/4,
SE/4 of NW/4 and SW/4 of Section 3; W/2 of
Fractional Section 10 all in Township 15 South,
Range 13 West, Cameron Parish, Louisiana,
containing 570 acres, more or less.

7. All of Fractional or Irregular Section 27, 28, 29,
30, 31, and the West 2/3 of Fractional or Irregular
Section 32, all in Township 15 South, Range 13
West, Louisiana Meridian, LESS AND EXCEPT THE
FOLLOWING, TO-WIT:
                    Page 2 of 12

a. All of that part of Irregular Section 27, Township 15 South, Range 13 West, lying South of the public road and West of what is known as Units 1 and 3 of Long Beach Subdivision, owned by Crain Brothers Ranch, Inc.

b. Units 1 and 3 of what is known as Long Beach Subdivision of parts of Sections 27 to 32 in Township 15 South, Range 13 West, Louisiana Meridian, as per Plat of Survey on records in the Parish of Cameron Parish, Louisiana.

c. Beginning at the point of intersection of the W line of Irregular Section 27 in Township 15 South, Range 13 West, Louisiana Meridian, with the N right of way line of the public road of State Highway No. 292, thence N along the said W line of said Section 27, a distance of 208.7', thence E 208.7', thence S 208.7', more or less to the North line of State Highway 292, thence W along the N line of said State Highway No. 292 a distance of 208.7' more or less to the point of beginning, containing 1 acre, owned by Cameron Telephone Company, Inc.

d. Commencing 208.7' N from the point of intersection of the W line of Irregular Section 27 in Township 15 South, Range 13 West, Louisiana Meridian, with N right of way line of public road of State Highway No. 292, thence continuing N along the W line of said Section 27, 30', thence E 208.7', thence S 30', thence W 208.7' to the point of commencement, owned by Cameron Telephone Company, Inc.

e. That certain tract of land located in Section 27, Township 15 South, Range 13 West, Cameron Parish, Louisiana, described as follows: Commence on the N right of way line of State Highway No. 82 (formerly no. 292) at a point 223.7' E of the W line of said Section 27, thence E along the N line of said highway 256.9', thence N at right angles to the N line of said highway 208' thence W parallel to the N line of said highway 208', thence Southwesterly 213.63' to point of commencement, containing 1.17 acres, more or less, as per plat of survey dated September 3, 1970, which is annexed to deed and made a part hereof by reference, LESS AND EXCEPT all of the oil, gas and other minerals in, on or under said property, together with the rights of ingress and egress for the purpose of exercising this mineral servitude provided, however, there shall be no surface operations on said property in connection with the exercise of the mineral servitude.  Owned by Jefferson Davis Electric Coop., Inc.

f. Beginning at a point which is 306.06' N and 586.94' N 89 02'15" E from the intersection of the N right of way line of State Route No. 82 and the W line of Irregular Section 27, Township 15 South, Range 13 West, Cameron Parish, Louisiana; thence running N 00 57'45" W a distance of 208.70'; thence turning and running N 89 02'15" E a distance of 417.40'; thence turning and running  S 00 57'45" E a

distance of 208.70'; thence turning and running
S 89 02'15" W a distance of 417.40' to the
point of beginning, being located in Section 27
and in Section 28, Township 15 South, Range 13
West; all the bearings being true and the
parcel containing a calculated area of 2.000
acres, all as per Plat of Survey of Lonnie G.
Harper, C. E., dated February 9, 1978 attached
hereto and made a part hereof and identified as
"Tract A" thereon; together with all buildings
and improvements situated thereon. Owned by
Kenneth L. McRight.

leaving a balance of 658.39 acres, more or less.

8.   Lots 7 and 8 of Block No. 1 of Long Beach
Subdivision, Township 15 South, Range 13 West.
TOGETHER WITH ALL BUILDINGS AND IMPROVEMENTS
SITUATED THEREON.

9.   Lots 20, 21, 22, 23, 24, 25, 26, 27, 28 of
Block No. 1; Lots 16, 17, 18, 19, 20, 21, 22, 23,
24, 26, 27, 28 & 30 of Block No. 2; Lots 1, 7, 8,
9, 10, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24,
25, 26, 27 and 28 of Block No. 3; Lots 10, 11, 12,
15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27,
28, 29 and 30 in Block No. 4; Lots 1, 2, 3, 4, 5,
6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 18, 19, 20,
21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in Block
No. 5; Lots 3, 4, 7, 8, 9, 10, 11, 12, 14, 16, 17,
18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 & 29 in
Block No. 6; Lots 1, 2, 3, 4, 5, 6, 7, 9, 10, 11,
12, 13, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26,
27, 28, 29 and 30 in Block No. 7; Lots 3, 4, 5, 6,
7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,
20, 21, 22, 23, 24, 25, 26, 27, 28, 29 and 30 in
Block No. 8; Lots 3, 4, 5, 6, 7, 8, 9, 10, 11, 12,
13, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27,
28, 29 & 30 in Block No. 9; Lots 1, 2, 3, 4, 5, 6,
7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19,
20, 21, 22, 23, 24, 25, 26, 27 and 28 in Block No.
10; all of Blocks 11 and 12; Lots 3, 4, 5, 6, 7,
10, 12, 13, 14, 15, 18, 19, 20, 21, 22, 23, 24, 25,
26, 27, 28, 29 and 30 in Block No. 13; Lots 1, 2,
3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16,
17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29
and 30 in Block 14; All of Blocks 15 and 16; all in
Unit #1; Lots 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13,
14, 15, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28,
29 and 30 in Block 17; All of Blocks 18, 19, 20,
21, 22, 23, 24; Lots 1, 2, 3, 4, 5, 6, 7, 8, 9, 10,
11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 23, 24,
25, 26, 27, 28, 29 and 30 in Block No. 25; All of
Blocks 26 and 27; Lots "A", "B", "C", "D", "E", "F"
of Block No. 28; All of Blocks 29, 30 and 31; Lots
1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16,
17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29
and 30 in Block No. 32; All of Block No. 33, Lots
9, 10, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25,
26, 27, 28, 29 and 30, in Block No. 34; All in Unit
Number 3; All being in what is known as Long Beach
Subdivision of Parts of Sections 27 to 32 in
Township 15 South, Range 13 West, Louisiana
Meridian.  Containing 196.06 acres, more or less

An undivided 1/4 interest in and to all oil, gas
and other minerals in, on or to be produced from the
following:
Deed: Mrs. Patti Domatti to John Paul Crain
Dated: July 7, 1975 filed: July 9, 1975
Recorded: Bk. 335 of Conveyance Pg. 62, File No.
141321, Records of Cameron Parish, Louisiana,
described as follows:
All of my undivided interest in and to the
following described property, to-wit:
         1-1/2 acres in SW/4 of NW/4 of NW/4 of Section
         4, W/2 of NE/4 of NE/4 of Section 5, N/2 of N/2
         of SE/4 of NE/4 of Section 5, all above in
         Township 15 South, Range 14 West, Louisiana
         Meridian; All of Lot 1 in F. Pavell Subdivision
         in Section 5, Township 15 South, Range 14 West
         and Section 32, Township 14 South, Range 14
         West, SW/4 of SE/4 of Section 6, Township 15
         South, Range 14 West; SW/4 of NW/4 of Section
         4, Township 15 South, Range 14 West; Undivided
         40 acres in N-3/4 of Section 10 and S/2 of S/2
         of Section 3, Township 15 South, Range 15 West;
         Undivided 26.9 acres in Sections 2, 11, 12,
         Township 15 South, Range 15 West, Cameron
         Parish, Louisiana.

         Fractional Sections 3 and 4, Township 16 South,
         Range 15 West, Louisiana Meridian, containing
         200 acres, more or less, in Cameron Parish,
         Louisiana.

         Fractional Section 31, Township 12 South, Range
         14 West, Louisiana Meridian, together with all
         improvements situated thereon in Cameron
         Parish, Louisiana.

All Minerals in the following:
Deed: Mrs. Patti Pavell Domatti to Cameron
      Telephone Company, Inc.
Dated: November 16, 1959 Filed: Jan. 14, 1960
Recorded: Bk.   File No. 86989
Property described as follows:
Commencing 208.7' N from the point of intersection
of the W line of Irregular Section 27 in Township
15 South, Range 13 West, Louisiana Meridian, with N
right of way line of public road of State Highway
No. 292, thence continuing N along the W line of
said Section 27, 30', thence E 208.7', thence South
30', thence W 208.7' to the point of commencement.

All Minerals In, On or under the following
property:
Deed: Patti Pavell Domatti to Jefferson Davis
      Electric Coop. Inc.
Dated: Sept. 25, 1970  Filed: Sept. 30, 1970
File No. 123626
Property described:
That certain tract of land located in Section 27,
Township 15 South, Range 13 West, Cameron Parish,
Louisiana.  Commence on the N right of way line of
State Highway No. 82 (formerly no. 292) at a point
223.7' E of the W line of said Section 27, thence E
along the N line of said highway 256.9', thence N
at right angles to the N line of said highway 208',

              Page 5 of 12

thence W parallel to the N line of said highway
208', thence Southwesterly 213.63' to point of
commencement, containing 1.17 acres, more or less,
as per plat of survey dated Sept. 3, 1970, which is
annexed hereto and made a part hereof by reference,
LESS AND EXCEPT all of the oil, gas and other
minerals in, on or under said property, together
with the rights of ingress and egress for the
purpose of exercising this mineral servitude,
provided however, there shall be no surface
operations on said property in connection with the
exercise of the mineral servitude.

13. The E/2 of Section 24 and the E/2 of Section 25,
all in Township 14 South, Range 13 West, Cameron
Parish, Louisiana, containing 640 acres, more or
less, LESS AND EXCEPT an undivided 150-acre
interest owned by Ramie Boudreaux.

14. An undivided 1/2 interest in and to the following:
The NW/4 of NW/4 of Section 1; the N/2 of NE/4; and
the NE/4 of NW/4 of Section 2; all in Township 15
South, Range 14 West, Louisiana Meridian,
containing 160 acres, more or less.

15. The East 3/4ths of E/2 of E/2 of SE/4 of SW/4 of
of Section 11, Township 15 South, Range 14 West,
Cameron Parish, Louisiana, containing 7.50 acres,
LESS AND EXCEPT the South four acres thereof as
donated to Congregation of St. Peter the Apostle
Catholic Church, by Deed dated February 6, 1958,
recorded in Book 128 of Conveyance at page 570 and
Book "B" of Donation at page 218, bearing file no.
80009, Records of Cameron Parish, Louisiana,
leaving a balance of 3-1/2 acres.

16. The W/2 of SW/4 of SW/4 of Section 3, Township 15
South, Range 14 West, Cameron Parish, Louisiana,
containing 20.04 acres.

17. The following described tract of land situated in
the NW/4 of Section 10, Township 15 South, Range 14
West, Cameron Parish, Louisiana, and more fully
described as follows: Beginning at a point on the
South line of the NW/4 of Section 10 which is North
89°58' East 1486.8' from the SW corner of the NW/4
of Section 10; thence North 0°17'30" West 2640' to
the North line of the NW/4 of Section 10 at a point
which is North 89°58' East 1487.7' from the NW
corner of Section 10; thence North 89°58' East
1157.3' to the NE corner of the NW/4 of Section 10;
thence South 0°16' East 2640' to the center of
Section 10; thence South 89°58' West 1155.7' to the
place of beginning, and containing 70.09 acres.

18. An undivided 1/2 interest in and the following:
The E/2 of SE/4 of NE/4 in Section 10; and also
beginning at the NW corner of the NW/4 of NE/4 of
Section 10, Township 15 South, Range 14 West,
thence running East 2-1/2 chains, South 20 chains,
West 2-1/2 chains, and thence North 20 chains to
point of beginning, containing 5 acres; the SW/4 of
NW/4, in Section 11 and also 8-1/2 acres described
as beginning at the NE corner of the W/2 of SW/4 of

Section 11, Township 15 South, Range 14 West,
thence South 5 chains to the public road, thence
Westerly down said road 20 chains, thence North
5-1/2 chains, thence East 20 chains to the point of
beginning; the N/2 of NW/4 of Section 17; all in
Township 15 South, Range 14 West, Louisiana
Meridian, containing 153.5 acres, more or less.

19. An undivided 3/4th interest in and to the
following:  The NE/4 of NE/4 of Section 17,
Township 15 South, Range 14 West, containing 40
acres, more or less.

20. An undivided 3/8th interest in and to the
following:  The NW/4 of NE/4 of Section 17,
Township 15 South, Range 14 West, containing 40
acres, more or less.

21. An undivided 1/2 interest in and to the following:
Nine Blocks or Lots of the Charles Crossman
Subdivision of Lots 7 and 8, new Lots (old Lots 3
and 4) of Section 19, Township 15 South, Range 15
West, Louisiana Meridian, containing 89.50 acres,
more or less.

22. An undivided 3/8th interest in and to the
following:  The NW/4 and N/2 of the SW/4 of Section
10, Township 15 South, Range 15 West, containing
240 acres.

23. An undivided 9/80th interest in and to the
following:  S/2 of S/2 of Section 2; the N/2 and
N/2 of S/2 of Section 11, Township 15 South, Range
15 West, containing 640 acres, more or less.

24. An undivided 1/4th interest in and to the
following:  The SE/4 of Section 13, Township 15
South, Range 15 West, containing 160 acres, more or
less.

25. An undivided 1/4th interest in and to the
following:  E/2, E/2 of W/2 and the W/2 of NW/4 of
Section 1, Township 15 South, Range 16 West,
Louisiana Meridian, containing 560 acres, more or
less.

26. An undivided 1/4th interest in and to the
following:  The S/2 of S/2 of Section 36, Township
14 South, Range 16 West, containing 160 acres, more
or less.

27. An undivided 1/4th interest in and to the
following:  Fractional Sections 3 and 4, Township
16 South, Range 15 West, Louisiana Meridian,
containing 196.41 acres, more or less.

28. An undivided 1/5th interest in and to an undivided
6.4% interest (equal to and being a 1.28% or a
.012800 fractional interest) in and to the
following:  The S/2 of N/2, N/2 of NW/4, NW/4 of
NE/4, N/2 of S/2 of Section 12; and S/2 of S/2 of
Section 2; and N/2 and N/2 of S/2 of Section 11;
all in Township 15 South, Range 15 West,
Southwestern Land District of Louisiana, containing
1080 acres, more or less.

29. An undivided 1/2 interest in and to the following:
The W/2 of SE/4 of Section 19; the SW/4 of Section
28; the W/2 of W/2 of Section 29; the E/2 of E/2 of
Section 30; the N/2 of Section 31; the NE/4 of
Section 33; the SE/4 of Section 34; the NE/4 of
SW/4 and the NW/4 of SE/4 of Section 35; and the
N/2 of SW/4 of Section 36, all in Township 14
South, Range 14 West, containing 1360 acres, more
or less.

30. An undivided 1/4th interest in the following:  The
SW/4 of Section 18, Township 14 South, Range 14
West, containing 160 acres, more or less.

31. An undivided 1/2 interest in and to an undivided
72.50 acres in and to the following:  the W/2 of
NW/4 and NE/4 of NW/4 of Section 32, Township 14
South, Range 14 West.

32. An undivided 3 acre interest in and to the
following:  The S/2 of SE/4 of Section 29 and the
N/2 of NE/4 of Section 32, Township 14 South, Range
14 West.

33. An undivided 1/2 interest in and to the following:
Lot 4 of Section 30 (also referred to as Lot 6 or
SW/4 of SW/4 of Section 30); the S/2 of NE/4 and
NE/4 of SE/4 of Section 31; the SW/4 of NW/4 and
the SW/4 of Section 32; and the N/2 of SE/4 of
Section 34; the N/2 of S/2, S/2 of N/2, the N/2 of
NW/4, the NW/4 of NE/4, and the West 30 acres of
the NE/4 of NE/4 of Section 35; and the N/2 of S/2
and S/2 of N/2 of Section 36, all in Township 14
South, Range 15 West, containing 1226 acres, more
or less.

34. An undivided 1/4 interest in and to the following:
Fractional W/2 of SE/4 of Section 12; Fractional
S/2 and Fractional NW/4 of Section 13; the W/2 of
E/2, and the W/2 of Section 25; the E/2 of E/2 of
Section 26; the S/2 of S/2, the N/2 of SW/4 and
NW/4 of SE/4 of Section 31, all in Township 14
South, Range 15 West, containing 1260 acres, more
or less.

35. An undivided 1/6th interest in and to the
following:  The S/2 of SE/4 of Section 32, Township
14 South, Range 15 West, containing 80 acres, more
or less.

36. An undivided 1/4th interest in and to the
following:  The N/2 of NE/4 of Section 31, Township
14 South, Range 15 West, containing 80 acres, more
or less.

37. An undivided 1/2 interest in and to the following:
Lot 8 or the Fractional SW/4 of SE/4 of Section 30,
Township 14 South, Range 15 West, containing 32.65
acres, more or less.

38. An undivided 1/5th interest in and to the
following:  The W/2 of NE/4 of NE/4 and the SE/4 of
the NE/4 and the E/2 of SE/4 of Section 25,

Township 14 South, Range 15 West, Louisiana
Meridian, containing 140 acres, more or less.

39. The N/2 of SW/4 of Section 1, Township 15 South,
Range 13 West, less and except the East 22 acres
thereof.

40. An undivided 1/4th interest in the W/2 of Section
19, Township 14 South, Range 14 West.

41. An undivided 1/4th interest in the E/2 of SE/4 of
Section 23 and all of Section 24, Township 14
South, Range 15 West.

42. An undivided 1/2 interest in the following:  S/2 of
S/2 of Section 27; and the NW/4; the N/2 of NE/4;
and the SE/4 of NE/4 of Section 34; all in Township
14 South, Range 15 West.

43. An undivided 1/4th interest in the W/2 of NE/4, and
the NW/4 of SE/4 of Section 8, Township 15 South,
Range 14 West.

44. An undivided 1/2 interest in the N/2 of NW/4 of
Section 18, Township 15 South, Range 14 West.

45. An undivided 1/2 interest in Lot 4 and Lot 6
containing 250.00 acres, more or less, of the
Pavell Subdivision of SE/4 of Section 31, SW/4 and
W/2 of SE/4 of Section 32, Township 14 South,
Range 14 West, and W/2 of NE/4, NW/4, NW/4 of
SE/4, and N/2 of SW/4 of Section 5, the NE/4 and
N/2 of SE/4 of Section 6, Township 15 South, Range
14 West.

46. An undivided 1/2 interest in the SW/4 of SE/4 of
Section 6, Township 15 South, Range 14 West.

47. An undivided 1/2 interest in the following:  SW/4
of NE/4 of Section 4, E/2 of NW/4 of NW/4, and
SW/4 of NW/4 of NW/4 of Section 7; all in Township
15 South, Range 14 West.

48. An undivided 1/2 interest in the N/2 of SW/4 of
Section 8, Township 15 South, Range 14 West.

49. An undivided 1/2 interest in the following:
Beginning at a stake at the SW corner of the NW/4
of NW/4 of Section 4, Township 15 South, Range 14
West, thence from said stake north on the section
line 4 chains, 58 links, thence East 2 chains,
thence South 4 chains, 58 links, thence West to
point of beginning, as per deed executed by Armo
Trahan to W. H. Eddleman, dated December 9, 1884,
recorded in Book "B" of Conveyances, page 446 of
the records of Cameron Parish, Louisiana; and
beginning at a point 4 chains, 58 links North of SW
corner of NW/4 of NW/4 of Section 4, Township 15
South, Range 14 West (said point of beginning being
the NW corner of Lot sold to W. H. Eddleman, dated
December 9, 1884), thence North 50', thence East 2
chains, thence South 50', thence West 2 chains to
point of beginning, containing an aggregate of 1.50
acres, more or less.

Page 9 of 12

50. An undivided 1/2 interest in the W/4 of NE/4 of NE/4 and the North 10.00 acres of the SE/4 of NE/4 of Section 5, Township 15 South, Range 14 West.

51. An undivided 1/4 interest in the following: The SW/4 of SE/4, S/2 of SW/4 of Section 5; the SE/4 of SE/4 of Section 6; the NE/4 of NE/4 of Section 7; and the NW/4 of Section 8; all in Township 15 South, Range 14 West.

52. An undivided 1/4 interest in the S/2 of NE/4, N/2 of SE/4, SW/4 of SE/4 of Section 7, Township 15 South, Range 14 West.

53. An undivided 1/2 interest in that certain tract of land containing 25 acres, more or less, situated any lying in the SW/4 of Section 9, Township 15 South, Range 14 West, described as follows, to-wit: Beginning at the SW corner of the SE/4 of SW/4 of Section 9, thence running East 7-1/2 chains, thence North 20 chains, thence West 2-1/2 chains, thence North 20 chains, thence West 5 chains, thence South 40 chains to the point of beginning.

54. An undivided 1/2 interest in that certain tract of land containing 35 acres, more or less, situated and lying in the SW/4 of Section 9, Township 15 South, Range 14 West, described as follows, to-wit: Beginning at a point 7-1/2 chains East of the SW corner of SW/4 of Section 9, thence running East 7-1/2 chains, thence north 20 chains, thence East 2-1/2 chains, thence North 20 chains, thence West 10 chains, thence South 40 chains to the point of beginning.

55. That certain tract of land containing 5 acres, more or less, and being the West 1/2 of the East 10 acres, more or less, of the SE/4 of SE/4 of Section 8, Township 15 South, Range 14 West.

56. An undivided 1/2 interest in the W/2 of NW/4 of SE/4 of Section 22, Township 15 South, Range 15 West.

57. An undivided 1/4 interest in Section 17, Township 15 South, Range 15 West.

58. An undivided 13/40th interest in the S/2 of SE/4 of Section 20, Township 15 South, Range 15 West.

59. An undivided 13/40th interest in the N/2 of NE/4 of Section 29, and the NW/4 of NW/4 of Section 28, Township 15 South, Range 15 West.

60. An undivided 1/4th interest in the SW/4 of Section 13, Township 15 South, Range 15 West.

61. An undivided 1/2 interest in the SW/4 of NW/4 and the N/2 of SW/4 of Section 3, Township 15 South, Range 15 West.

62. An undivided 3/8th interest in the following: The S/2 of S/2 of Section 3; the NE/4, and the N/2 of SE/4 of Section 10; all in Township 15 South, Range 15 West.

63. An undivided 9/80th interest in the following: The N/2 of S/2; NW/4; NW/4 of NE/4; S/2 of S/2 of NE/4; NW/4 of SW/4 of NE/4; NW/4 of SE/4 of NE/4 of Section 12, Township 15 Suoth, Range 15 West.

64. An undivided 1/2 interest in the following: The NW/4 of SE/4 of NE/4;and NE/4 of SW/4 of NE/4 of Section 12, Tonwship 15 South, Range 15 West.

65. An undivided 1/2 interest in the following: The N/2 of NW/4 of NW/4; and N/2 of S/2 of NW/4 of NW/4 of Section 13, Township 15 South, Range 15 West.

66. The whole of: 31.74 acres und. 8.750% interest in and all of the following: Undivided 7/8th interest in undivided 1/4 interest in and to N/2S/2, Section 1; N/2SE/4, Section 2, Township 15 South, Range 15 West and N/2SW/4, Section 6, Township 15 South, Range 14 West, less undivided 4 acre interest being undivided 66 acre interest in above: undivided 82.75 acre interest out of Western 3/4 of Lot 8 of Pavell Subdivision, beginning at a point 87 chains 50 links West of NE corner of NW/4SE/4, Section 32, Township 14 South, Range 14 West; then West 12 chains 50 links to a point, the NW corner of NW/4SE/4, Section 31, Township 14 South, Range 14 West; then East 12 chains 50 links to a point 87 chains 50 links West of SE corner of NW/4SE/4, Section 6, Township 15 South, Range 14 West; then North 100 chains to point of beginning, containing 125 acres, less undivided 6 acre interest out of western 93.75 acres of Lot 8 of Pavell Subdivision of 1000 acres, said Lot 8 being situated in Section 31, Township 14 South, Range 14 West and Section 6, Township 15 South, Range 14 West; NE/4NE/4, Section 8 and S/2SE/4SW/4 and NW/4SE/4SW/4, Section 15; E/2NW/4SE/4, Section 22, Township 15 South, Range 15 West; Undivided 1/4 interest in SE/4SE/4, Section 8 and N/2NE/4 Section 17; undivided 1/2 interest in N/2SE/4 and SW/4SE/4, Section 8 and N/2NE/4, Section 17; Undivided 1/2 interest in N/2SE/4 and SW/4SE/4 and S/2NE/4, Section 7 less undivided 6 acres interest out of W/2SW/4NE/4, Section 7, Township 15 South, Range 14 West.

TO HAVE AND TO HOLD, the said property so herein donated unto the said M. A. DOMATTI MANAGEMENT TRUST, its heirs and assigns forever, with full subrogation in and to all the rights and actions in warranty of the said donor against all former owners and vendors of said property.

AND NOW to these presents appeared and joined the said M. A. DOMATTI MANAGEMENT TRUST, which declared and acknowledged to me, Notary, in the presence of the

Page 11 of 12

undersigned witnesses, that it is the trust named as donee in the foregoing Act of Donation, and they have accepted and does by these presents accept with gratitude the property, rights, title and interest in the property donated to them

The certificate of mortgages required by Article 3364 of the Revised Civil Code of the State of Louisiana is dispensed with by all parties hereto.

IN TESTIMONY WHEREOF the said MARGUERITE DOMATTI, Individually and as the Trustee of the M. A. DOMATTI MANAGEMENT TRUST, has executed this instrument in my presence and in the presence of Michele Jones and Gay F. Addington, competent witnesses, on the 30th day of August, 1996.

WITNESSES:

_____

_____

_____
MARGUERITE DOMATTI

I ACCEPT:

M. A. DOMATTI MANAGEMENT TRUST

BY _____
MARGUERITE DOMATTI, Trustee

BEFORE ME: _____
NOTARY PUBLIC

JUDY RICHARDSON
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 12-15-96

Page 12 of 12

RECORDED: SEPTEMBER 30, 1996   CLERK OF COURT & RECORDER