# EXHIBIT D

# CLAIMANT'S TAX ASSESSMENT FOR LONG BEACH SUBDIVISION LOTS

**EXHIBIT**
D

02/04/2013

# Cameron Parish Assessor's Office

## ASSESSMENT INFORMATION REPORT FOR 2011

| TAX ACCT. NO.: 7894 | ASSESSMENT NUMBER: 501045000 | PIN: 0501045000 |
|---|---|---|

| POLITICAL SUBDIVISION (FIPS): | Ward: 05 |
|---|---|

TAXPAYER:  **DOMATTI M A MANAGEMENT TRUST**
2522 FT WORTH AVE., #116
DALLAS, TX 75211

PARCEL ADDRESS:   **349 LONG BEACH RD**

| SUBDIVISION OR GEOGRAPHICAL AREA: **LONG BEACH** | BLOCK: | LOT: | TOWNSHIP/RANGE: **15S-12W** | SECTION: **9** |
|---|---|---|---|---|

PROPERTY DESCRIPTION           TRANSFER DATE: **01/01/1990**   COB BOOK-PAGE:   -   INSTRUMENT NO.:   **0**

536* TOTAL ACRES:  770.89 ACS. UND 1/2 INT IN ALL OF THE FOLL DES PROP (FROM LINE 5 TO LINE 240): UND 1/2 INT IN THE FOLL:  ALL FRL SEC 9 T15S R12W, LESS THAT PORT KNOWN AS GULF TERRACE SUB TAKEN FROM S END OF SD SEC 9 T15S R12W LEAV A BAL OF 102 ACS (51 ACS)   UND 1/2 INT IN THE FOLL:  ALL BLKS 1 & 2; LOTS 1, 2, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31 & 32 BLK 3; LOTS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13-16, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 & 30 BLK 4; LOTS 6, 7, 8, 9, 10, 11, 12, 13, 14, 19, 20, 21, 22, 23, 24, 25, 26, 27 & 32 BLK 5; LOTS 1, 2, 3, 4, 5, 6, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 & 29 BLK 6; ALL BLK 7, LESS LOTS 17 & 18; ALL OF BLKS 8, 9, 10, 11, 12, 13 & 14; LOTS 1, 2, 3, 4, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 & 26 BLK 15; LOTS 5, 6, 7, 8, 9, 15, 16, 17, 18, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32 BLK 16; ALL BLK 17; LOTS 7 THRU 31 BLK 18; LOTS 1 THRU 18, 20 THRU 26, 29 THRU 32 BLK 19; LOTS 1, 2, 3, 6, 7, 10, 11, 12, 13, 14, 17, 18, 19, 20, 21, 26, 27, 28, 29 & 30 BLK 20; LOTS 3, 4, 7 THRU 12 BLK 21; LOTS 1 THRU 7, 10 THRU 23, 26 THRU 30 BLK 22; ALL IN UNIT "A" GULF TERRACE SUB OF PORT OF SEC 9 T15S R12W CONT 33.75 ACS M/L  (16.88 ACS)  UND 1/2 INT IN THE FOLL:  THAT LOTS 5 & 6 OF LOT 2 OF PARTN OF FRANK PLEASANT SR & HRS LYING N OF PRESENT PUB RD & TAKEN FROM & OUT OF LOT 52 OR FRL SEC 13 & LOT 51 OR FRL SEC 14 LESS LOT 150 X 150 SOLD OUT OF SW COR OF LOT 5 OF SD LOT 2 T15S R12W, CONT 75 ACS, M/L  (37.50 ACS)  UND 1/2 INT IN THE FOLL:  38 ACS M/L & 21 LOTS AS FOLL:  UND 1/2 INT IN ALL THAT PART OF LOT 7 OF LOT 2 OF PARTN OF FRANK PLEAS- ANT, SR & HRS BEING N OF PRESENT PUB RD & TAKEN FROM & OUT OF LOT 52 OR FRL SEC 13, LOT 51 OR FRL SEC 14; E/2W/2 OF THAT PORT OF SEC 12 LYING N OF PLEASANT BCH SUB THAT LOT OF LAND DES AS BEG AT A PT 300 FT N OF N LINE OF PLEASANT BCH SUB & 300 FT W OF E LINE OF W/2E/2 SEC 12, THEN W 150 FT, N 150 FT, E 150 FT, S 150 FT TO PT OF BEG.  BEG ON E LINE OF W/2W/2 SEC 12 AT A PT 300 FT N OF N LINE OF SD SUB, THEN W 150 FT, N 150 FT, E 150 FT, S 150 FT TO PT OF BEG. E/2 BLK 6 & 13 LESS LOT 1 BLK 13 SOLD TO E F GAYLE, LOTS 5, 6, 7, 8, 13, 15, & 16 BLK 1 PLEASANT BCH SUB OF PARTS OF SEC 11-14 T15S R12W (MARY FARQUE TRACT) (12.56 ACS)   UND 1/2 INT IN ALL OF LOT 1 BLK 1; LOTS 1, 2, 3, 4, 6, 9, 10, 11 & 12 BLK 2, ALL IN PLEASANT BCH SUB OF PART OF SEC 11-14 T15S R12W (GONDOLA PLEASANT TRACT) (.86 ACS)   ALL OF THE FOLL:  SW/4 SEC 2; N/2NE/4, W/2NW/4, SE/4NW/4 & SW/4 SEC 3; W/2 FRL SEC 10 ALL T15S R13W, CONT 570 ACS M/L  (570 AC) ALL OF FRL OR IRR SEC 27-31 & W 2/3 OF FRL OR IRR SEC 32 T15S R13W, LESS THE FOLL:  1 AC SOLD, 1.45 AC SOLD #86989 #123626, LESS 2 AC SOLD #154412 392-174), LESS PARTS SOLD.  LOTS 7, 8, 20 THRU 28 BLK 1; LOTS 16 THRU 24, 26, 27, 28 & 30 BLK 2; LOTS   16 THRU 28 BLK 3; LOTS 10, 11, 12, 15 THRU 30 BLK 4; LOTS 1 THRU 8, 10, 11, 12, 14, 15, 16, 17, 19 THRU 30, 9 & 18 BLK 5; LOTS 3, 4, 7, 8, 9, 10, 11 14, 16 THRU 29 BLK 6; LOTS 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 16 THRU 30, BLK 7; LOTS 3 THRU 30 BLK 8, LOTS 3 THRU 15, 18 THRU 30 BLK 9; LOTS 1 THRU 28 BLK 10; ALL BLK 11 & 12; LOTS 3 THRU 7, 10, 12, 13, 14, 15, 18, 20 THRU 30 BLK 13 (LOTS 4 & 5 FROM #99067) LOTS 1, 2, 4 THRU 30 BLK 14: (LOTS 1, 2, 10 & 11 FROM #99067) ALL BLKS 15 & 16; ALL IN UNIT 1; LOTS 3 THRU 15, 18 THRU 30 BLK 17; ALL OF BLKS 18, 19, 20, 21, 22, 23 & 24; LOTS 1 THRU 15, 17 THRU 30 BLK 25; ALL OF BLKS 26 & 27; LOTS A, B, C, D, E & F BLK 28; ALL OF BLKS 29, 30, & 31; LOTS 1 THRU 14, 16 THRU 30 BLK 32; ALL BLK 33; LOTS 9, 10, 16 THROUGH  30 BLK 34; ALL OF UNIT #3; ALL BEING WHAT IS KNOWN AS LONG BCH SUB OF PART OF SEC 27-32 T15S R13W (854.45 ACS)(SUCC PATTI DOMATTI #231240 769-725)(FORM OF TRUST  #247235 842-626) (DONATION FROM M A DOMATTI MANAGEMENT TRUST  #247236 842-651) (#257059 885-323 LESS LOTS IN LONGBEACH SUB TO BARRY HUNT & ASS'D TO THEM)(#259538 893-668)

NOTE TYPE:

| DESCRIPTION OF PROPERTY | QUANITY | TOTAL VALUE | HOMESTEAD CREDIT | TAXABLE VALUE | MILLAGE DESCRIPTION | | TOTAL TAXES | HOMESTEAD CREDIT | TAXPAYER TAXES |
|---|---|---|---|---|---|---|---|---|---|
| AG. LAND CLASS IIIW - Use Val. | 172.00 A | 3,268.00 | | 3,268.00 | AMBULANCE DISTRICT 2 | 14.00 M | 107.43 | 0.00 | 107.43 |
| AG. LAND CLASS IV - Use Value | 56.00 A | 896.00 | | 896.00 | CAMERON HOSPITAL 2 | 6.00 M | 46.05 | 0.00 | 46.05 |
| BRSH WTR. MARSH - Use Value | 525.00 A | 3,150.00 | | 3,150.00 | FIRE DISTRICT 10 - JOHNSON | 7.39 M | 56.71 | 0.00 | 56.71 |
| AG. LAND CLASS III- Use Value | 18.00 A | 360.00 | | 360.00 | GRAVITY DRAINAGE DISTR. 7 - J.B. | 4.00 M | 30.69 | 0.00 | 30.69 |
| | | | | | JOHNSON BAYOU RECREATION | 7.05 M | 54.11 | 0.00 | 54.11 |
| | | | | | PARISH TAX | 2.57 M | 480.79 | 0.00 | 480.79 |
| | | | | | SCHOOL DISTRICT 5 - JOHNSON | 2.75 M | 21.10 | 0.00 | 21.10 |

## Cameron Parish Assessor's Office

02/04/2013

### ASSESSMENT INFORMATION REPORT FOR 2011

| TAX ACCT. NO.: **7894** | ASSESSMENT NUMBER: **501045000** | | | | | | PIN: **0501045000** | | |

| DESCRIPTION OF PROPERTY | QUANITY | TOTAL VALUE | HOMESTEAD CREDIT | TAXABLE VALUE | MILLAGE DESCRIPTION | | TOTAL TAXES | HOMESTEAD CREDIT | TAXPAYER TAXES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | SCHOOL TAX | 7.68 M | 359.82 | 0.00 | 359.82 |
| | | | | | WATER DISTRICT 10 - JOHNSON | 4.00 M | 30.69 | 0.00 | 30.69 |
| | | | | | WEST CAMERON PORT COMM. | 1.00 M | 7.68 | 0.00 | 7.68 |
| | ASSESSMENT TOTALS: | 7,674.00 | | 7,674.00 | TAX TOTALS: | | 1,195.07 | 0.00 | 1,195.07 |

**Cameron Parish Assessor's Office**

10/18/2013

**ASSESSMENT INFORMATION REPORT FOR 2011**

Ward: 05

POLITICAL SUBDIVISION (FIPS):

TAXPAYER: **DOMATTI M A MANAGEMENT TRUST**
**2522 FT WORTH AVE., #116**
**DALLAS, TX 75211**

PARCEL ADDRESS:
SUBDIVISION OR GEOGRAPHICAL AREA: **LONG BEACH**

| | | |
|---|---|---|
| BLOCK: | LOT: | TOWNSHIP/RANGE: **16S-13W** SECTION: **1** |
| TRANSFER DATE: **01/01/1990** | COB BOOK-PAGE: - | INSTRUMENT NO.: **0** |

PROPERTY DESCRIPTION:
* TOTAL ACRES: 741.225 ACS.UND 1/2 INTEREST IN THE FOLLOWING 4 TRACTS: 1) SW/4 SEC 2; N/2NE/4, W/2NW/4, SE/4NW/4 & SW/4 SEC 3; W/2 FRL SEC 10, ALL INT16S R13W, CONT 570 ACS, M/L (*285 AC INT*) 2) ALL OF FRL OR IRR SEC 27, 28, 29, 30, 31, & W 2/3 OF FRL OR IRR SEC 32, ALL IN T15S R13W, LESS THE FOLL: 1) ALL OF THAT PART OF IRR SEC 27 T15S R13W, LYING S OF PUB RD AND W OF WHAT IS KNOWN AS UNIT 1 & 3 OF LONG BEACH SUB, OWNED BY CRAIN BROS RANCH 2) UNITS 1 & 3 OF WHAT IS KNWON AS LONG BEACH SUB OF PART OF SECS 27-32T15S R13W 3) BEG AT THE PT OF INTERSECTION OF THE W LINE OF IRR SEC 27 T15S R13W, WITH THE N R/W LINE OF THE PUB RD OF ST HWY 292, N ALONG SD W LINE OF SEC 27 208.7 FT, E 208.7 FT, S 208.7 FT, M/L TO THE N LINE OF HWY 292, W ALONG N LINE OF HWY 292 208.7 FT M/L TO THE PT OF BEG, CONT 1 AC,OWNED BY CAMERON TELEPHONE COMPANY, INC. 4) COM 208.7 FT N FROM THE PT OF INTERSECTION OF THE W LINE OF IRR SEC 27 T15S R13W, WITH N R/W LINE OF PUB RD OF HWY 292, THEN CONT N ALONG W LINE OF SEC 27, 30 FT, E 208.7 FT, S 30 FT, W 208.7 FT TO THE PT OF COM,OWNED BY CAMERON TELEPHONE, INC. 5) THAT CERT TRACT OF LAND LOC IN SEC 27 T15S R13W, DES AS FOLL: COM ON N R/W LINE OF ST HWY 82 (FORM 292) AT A PT 223.7 E OF W LINE OF SEC 27, E ALONG N LINE OF WHY 256.9 FT, N AT RIGHT ANGLES TO N LINE OF HWY 208 FT, SW'LY 213.63 FT TO PT OF COM, CONT 1.17 ACS, M/L, OWNED BY JEFFERSONDAVIS ELECTRIC COOP, INC. 6) BEG AT A PT WHICH IS 306.08 FT N AND 586.94 FT N 89 DEG 02 MIN 15 SEC E FROM THE INTERSECTION OF N R/W LINE OF HWY 82 AND W LINE OF IRR SEC 27 T15S R13W, N 00 DEG 57 MIN 45 SEC W 208.7 FT, N 89 DEG 02 MIN 15 SEC E 417.40 FT; S 00 DEG 57 MIN 45 SEC E 208.7 FT, S 89 DEG 02 MIN 15 SEC W 417.40 FT TO THE PT OF BEG, BEING LOC IN SEC 27 & 28 T15S R13W, CONT 2.00 ACS, W/BMPS IDENTIFIED AS "TRACT A" AND OWNED BY KENNETH L MCRIGHT.LEAVING A BALANCE OF 658.39 ACRES (*329.195 AC INT*) 3) LOTS 20, 21, 22, 23, 24, 25, 26, 27 & 28 BLK 1; LOTS 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 & 30 BLK 2; LOTS 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27 & 28 BLK 3; LOTS 10, 11, 12, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 & 30 BLK 4; LOTS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 14, 15, 16, 17, 19, 20, 21, 22, 23, 24, 25, 26 27, 28, 29 & 30 BLK 5; LOTS 3, 4, 7, 8, 9, 10, 11, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28 & 29 BLK 6; LOTS 3, 4, 5, 6, 7, 9, 10, 11, 12 13, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 & 30 BLK 7; LOTS 3, 4, 6, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 & 30 BLK 8; LOTS 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27 & 28 BLK 10; ALL OF BLKS 11 & 12; LOTS 3, 4, 5, 6, 7, 10, 12, 13, 14, 15, 18, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 & 30 BLK 13; LOTS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 & 30 BLK 14; ALL OF BLKS 15 & 16; ALL IN UNIT 1; LOTS 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, 23, 24; LOTS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 & 30 BLK 17; ALL OF BLKS 18, 19, 20, 21, 22, 23, 24; LOTS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29 & 30 BLK 25; ALL OF BLKS 26 & 27; LOTS "A", "B", "C", "D", "E", "F" BLK 28; ALL OF BLKS 29, 30 & 31; LOTS 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21,22, 23, 24, 25, 26, 27, 28, 29 & 30 BLK 32; ALL OF BLK 33; LOTS 9, 10, 16, 17, 18, 19, 20, 21,22, 23, 24, 25, 26, 27, 28, 29 & 30 BLK 34; ALL IN UNIT #3; ALL BEING IN WHAT IS KNOWN AS LONG BEACH SUB OF PART OF SECS 27-32 T15S R13W,CONT 196.06 ACS, M/L (653.9 ACS) 4) THE N/2SW/4 SEC 1 T15S R13W, LESS & EXCEPT THE EAST 22 ACRES THEREOF(*29.00 AC INT*)(SUCC PATTI DOMATTI #231240 769-725). (#249073 852-291 SUCC OF JOHN F DOMATTI ALL TO DOMATTI FAMILY LIVING TRUST) (#257059 885-323 LESS LOTS IN LONGBEACH SUB TO BARRY HUNT & ASS'D TO HIM)(#259538 893-888)(#283200 975-409 SALE FROM EVA DOMATTI ET AL)

NOTE TYPE:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AG. LAND CLASS IIIW - Use Val. | 160.00A | 3,420.00 | 3,420.00 | AMBULANCE DISTRICT 2 | 14.00 M | 105.11 | 0.00 | 105.11 |
| AG. LAND CLASS IV - Use Value | 47.00A | 752.00 | 752.00 | CAMERON HOSPITAL 2 | 6.00 M | 45.05 | 0.00 | 45.05 |
| BRSH WTR. MARSH - Use Value | 498.00A | 2,976.00 | 2,976.00 | FIRE DISTRICT 10 - JOHNSON | 7.39 M | 55.48 | 0.00 | 55.48 |
| AG. LAND CLASS III - Use Value | 18.00A | 360.00 | 360.00 | GRAVITY DRAINAGE DISTR. 7 - J.B. | 4.00 M | 30.03 | 0.00 | 30.03 |
| | | | | JOHNSON BAYOU RECREATION | 7.05 M | 52.93 | 0.00 | 52.93 |
| | | | | PARISH TAX | 2.57 M | 470.39 | 0.00 | 470.39 |
| | | | | SCHOOL DISTRICT 5 - JOHNSON | 2.75 M | 20.85 | 0.00 | 20.85 |

PAGE: 1

ASSESSMENT1

*Created with GeoManage Software - Tax Collections by GeoComponents Software Solutions, L.L.C.*

# Cameron Parish Assessor's Office

## ASSESSMENT INFORMATION REPORT FOR 2010

10/16/2013

| | | | | |
|---|---|---|---|---|
| SCHOOL TAX | 7.69 M | 382.04 | 0.00 | 382.04 |
| WATER DISTRICT 10 - JOHNSON | 4.00 M | 30.03 | 0.00 | 30.03 |
| WEST CAMERON PORT COMM | 2.00 M | 15.01 | 0.00 | 15.01 |
| TAX TOTALS: | | 1,189.16 | 0.00 | 1,189.16 |

ASSESSMENT TOTALS:   7,608.00   7,608.00

"Created with GeoManage Software - Tax Collections by GeoComponents Software Solutions, LLC"