# EXHIBIT E

# TAX ASSESSOR'S PLAT CARD AND MAP

Section 30  TP. 15  S. R. 13 W.  27 thru 30

LONG BEACH SUB
PL BK 1  PG 8   #88177
PL BK 1  PG 11   #88178

ALL LOTS - 50' x 160' EXCEPT BLKS 25 thru 28

LOTS NOT SOLD OWNED BY:

M A DOMATTI MANAGEMENT TRUST

1. VASQUEZ JOSE A + Kimberly
2. Leonard, Allen Prentice
3. Badon Kenneth E. et al
4. BADON KENNETH
5. Lindsay, Ann Crowe
6. BEEBE Investment Co LLC
7. BISHOP JOHN WILLIAM
8. BOURGEOIS JAMES F (DR) ET AL (#0501022300)
9. BYRD CORAL LEE CRAIN
10. CAMERON ISLAND LLC
11. Seale, Cathy + A kent  #0501027900
12. Clark Real Est. ENTRP INC / CLARKE KENNETH W ETAL +
13. E WILLIAM PARKER
14. SHADDOCK WINIFRED CRAIG ETAL
15. Sargent, Darren B & Stacy L.
16. CRAIN JOHN PAUL QTIP #1 TRUST / FOR NEIL RANDALL CRAIN
17. Butch's Properties LLC
18. Crowe Property Investments LLC  (#0501031504)
19. Romero Howard
20. DELINO KEFFER THOMAS II
21. DEVILLIER MICHAEL
22. DILL MARTHA P (#0501043900)
23. DOMATTI Family Living Trust (#0501044100)
24. Domatti Family Living Trust (#0501044200)
25. Domatti Family Living Trust (#0501044600)
26. Domatti M A Management Trust (#0501045100)
27. Domatti M A Management Trust (#0501045200)
28. Domatti M A Management Trust
29. ERRATT John Joseph + Mary L.
30. FARLEY WILLIAM R + MILDRED
31. Oertling, Steven & Karen
32. FONTENOT HADLEY W.
33. Geraci Atwell. Brahe
34. FRAZAR CLAYTON N ETAL
35. FRAZAR MARCELLA ETAL / Sterling Blanche - 0501008903
36. Romero Howard 0501121606
37. GABBERT C W
38. GABBERT JEROME A SR + NORMA K.
39. PAUS PAULA LEE HARRIS
40. HALL MARLA MARIE HANNAM


EXHIBIT E

| # | Name | # | Name | # | Name |
|---|---|---|---|---|---|
| 41 | HAMPTON C BERT EST | 65 | RANKIN TED JR ET AL | 89 | PARISH OF CAMERON (#9500010800) |
| 42 | HARPER LONNIE GLENN & CAROLYN | 66 | Boudreaux, Jeffery (T/sale 0501117900) | 90 | PARISH OF CAMERON (#9500011500) |
| 43 | Hickman Archie E Jr et al | 67 | FARMERS State Bank Trust Co (T/sale # 0501118800) | 91 | PARISH OF CAMERON |
| 44 | HINTON Leslie Jane | 68 | Rainbow Righteous | 92 | Pierpont Lex B & Barbara L. |
| 45 | HOFFPAUIR WED ESTATE | 69 | MAJESTIC PROPERTIES LLC (#0501119803) | 93 | COLLIGAN JOHN L + ROSALIE |
| 46 | Chevalier Thomas William & Mary Jane #0500007200 | 70 | ROMERO HOWARD (#0501120800) | 94 | OLIVA Donald Wayne & Helistal |
| 47 | BUTLER SHARON KAY KASSENS 0501077950 | 71 | Romero Howard (#0501121200) | 95 | Donatti Renata Frances |
| 48 | JOHNSON-Downs Stacy L. 0501077951 | 72 | Romero Howard | 96 | THOMAS ERIKA BARBARA Loretti |
| 49 | JOHNSON-Downs Stacy L | 73 | SAGRERA WAVEEL BROUSSARD | 97 | Burkart Joseph W + Gloria A |
| 50 | CASSARD Steven | 74 | SCOGGINS S D ET AL | 98 | Loonborn, Sherrie + Niclas |
| 51 | LACAZE JERRITT GRISHOM EST | 75 | Georgia Ruth Cassard | 99 | Gribbin, Laura Ann Hampton |
| 52 | LAMBERT SYBIL | 76 | Marchand David James Sr. | 100 | LINDSAY MASON G & ANN C |
| 53 | Romero Howard | 77 | TODD DONALD | 101 | LINDSAY WENDELL G JR & Laura F |
| 54 | Roy, Mary Rose | 78 | TODD EVA ET AL | 102 | MAJESTIC PROPERTIES LLC |
| 55 | Roy, Mary Rose | 79 | TURNER PAMELA | 103 | VU DUC-HIEN N & CAM-THUY |
| 56 | LINDSAY MASON Graham et al | 80 | TYLER JOHN R | 104 | The Pruitt Co. LLC |
| 57 | MARY-LA-PROP INC | 81 | WELBORN JOHN M HRS | 105 | Perkins, Susan Elise |
| 58 | McCann, Judson Hugh II | 82 | WILLRICH JACOB HRS | 106 | Perkins, Bruce Staples |
| 59 | NIEBLER CAROLE H DELINO | 83 | WINTER JOHN C | 107 | |
| 60 | Perkins, Dosite Samuel II | 84 | WOLCOTT KATHRYN H ET AL | 108 | |
| 61 | PERKINS Quentin et al | 85 | CHEVALIER THOMAS W & MARY (#9500001000) | 109 | |
| 62 | PLAUCHE EMMA L. | 86 | PARISH OF CAMERON (#9500008500) | 110 | Cornwell Rogers + Mary E |
| 63 | Hilyer, Raymond Weatherly | 87 | PARISH OF CAMERON | 111 | Schimming, Mark B & D'Ann H |
| 64 | X | 88 | X | 112 | Tweedel, James C. II & Suzette M |

13. _____
14. Romero, Howard (OSC0108200)
15. Mack, Sew Inc
16. _____
17. Chevalier Thomas Lt Navy
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____
32. _____
33. _____
34. _____
35. _____
36. _____

137. _____
138. _____
139. _____
140. _____
141. _____
142. _____
143. _____
144. _____
145. _____
146. _____
147. _____
148. _____
149. _____
150. _____
151. _____
152. _____
153. _____
154. _____
155. _____
156. _____
157. _____
158. _____
159. _____
160. _____

161. _____
162. _____
163. _____
164. _____
165. _____
166. _____
167. _____
168. _____
169. _____
170. _____
171. _____
172. _____
173. _____
174. _____
175. _____
176. _____
177. _____
178. _____
179. _____
180. _____
181. _____
182. _____
183. 27-30 73/73
184. Long Beach Ms

