# EXHIBIT F

# MAP SHOWING LONG BEACH SUBDIVISION CORRECTLY IMPOSED ON PROPERTY AND BEYOND BP'S TOBIN PARCEL

## Exhibit F in globo



1. Subdivision extends East of Tobin Parcel Overlay.
2. Subdivision does not extend West of Long Beach Road.
3. Subdivision extends South of Tobin Parcel Overlay.
4. Claimant does not own all of the property within BP's Tobin Parcel







Exhibit No. F in globo DWH Zone overlay on BP Tobin Parcel