*EXHIBIT G*

*AFFIDAVIT OF MONA KELLEY*

STATE OF LOUISIANA   :
                              : ss.

PARISH OF CAMERON   :

### AFFIDAVIT OF MONA B. KELLEY, CLA

BEFORE ME, Notary Public, in and for the Parish of Cameron, State of Louisiana, appeared the Honorable Mona B. Kelley, CLA, who after first having been sworn, did depose and state that:

1) My name is Mona B. Kelley, Certified Louisiana Assessor, and I am of the age of majority and have personal knowledge of the facts stated herein, and am competent to testify accordingly.

2) I am the elected Cameron Parish Assessor.

3) The Office of the Cameron Parish Assessor is the authority in Cameron Parish responsible for the assessment of immovable and movable property for tax purposes and the issuance of Real Estate Assessments.

4) The Real Estate Assessments issued by the Office of the Cameron Parish Assessor often list and assess multiple tracts, lots, or parcels of land on a single Notice.

5) Cameron Parish Real Estate Assessments which list multiple tracts, lots, or parcels of land and provide legal descriptions of the separate tracts, lots, or parcels, do not indicate a separate tax assessment value for each tract, lot, and/or parcel.

6) The Real Estate Assessments provide an "Assessment Breakdown" which divides the ownership interests into "classes" of land such as "AG. LAND CLASS IIIW", "SALT WTR. MARSH", or "RESIDENTIAL SUBD. LOT" and indicate a quantity of "Units" and a tax assessment for each class owned. Land is classified under a system set forth in



the Soil Survey of Cameron Parish, issued in April of 1995 by the U.S. Department of Agriculture, and as set by the Louisiana Tax Commission.

7) The number of Units as per the Assessment Breakdown may correspond to the number of tracts, lots, parcels, or acres owned, depending on the classes of land assessed within the Real Estate Assessment.

8) On the face of the Real Estate Assessment, there is no way to correlate a tax assessment value set forth in the Assessment Breakdown with an individual tract, lot, or parcel described in the Legal Description. Multiple tracts, lots, or parcels may be included within a single land class without an indication that such is the case. Furthermore, areas of a single lot, tract, or parcel may fall into more than one land class and be valued for assessment accordingly.

9) It is only when a tract, lot, or parcel listed in the Real Estate Assessment is located in a residential subdivision that each tract, lot, or parcel will be considered a discrete "Unit" in the Assessment Breakdown, regardless of the acreage of the particular tract, lot, or parcel. Residential subdivision tracts, lots, or parcels of similar size are aggregated and assessed together in the Assessment Breakdown; e.g., all tracts, lots, or parcels within a residential subdivision containing one acre are listed in one line on the Assessment Breakdown, those with one-half an acre are on a separate line, etc.

10) Tracts, lots, and parcels of land in Cameron Parish which are located adjacent and/or near to the Gulf of Mexico are often not located within residential subdivisions; rather, they are marshlands which have not been subdivided. When not part of a residential subdivision, for purposes of the Assessment Breakdown, the "Unit" descriptor refers to

the number of acres in each land class, not the number of tracts, lots, or parcels in each land class.

11) Cameron Parish is divided into six Wards. In most cases, separate tracts, lots or parcels are assessed together on the same Real Estate Assessment when they are located within the same Parish Ward. Exceptions include circumstances where different tracts, lots, or parcels within the same Ward are acquired by a person at different times or under differently spelled names. In these cases, the tracts, lots, or parcels may be assessed separately in different Real Estate Assessments.

12) The legal descriptions of the tracts, lots, or parcels of land set forth in the Real Estate Assessments, though not separately valued, are used for taxing purposes.

13) The purposes behind the policy of listing multiple tracts, lots, or parcels of land on a single Real Estate Assessment arise from administrative efficiency and what I understand to be the preferences of Cameron Parish landowners who do not wish to receive multiple Real Estate Assessments when they own multiple tracts, lots, or parcels.

14) According to the best estimate of the Office of the Cameron Parish Assessor, the percentage of Cameron Parish land owners who receive Real Estate Assessments which list multiple tracts, lots, or parcels is 90%, more or less.

Further, Affiant sayeth naught.

SUBSCRIBED AND SWORN to before me, Notary Public, at Cameron Parish, Louisiana, this _____ 1st _____ day of _____ July _____, 2013.

_Mona B. Kelley_
Mona B. Kelley, CLA

_LeAnn Stewart_
Notary Public

My Commission Expires: _6 -30 -16_

Seal: