# EXHIBIT H

# TAX ASSESSOR WEBSITE MAP SHOWING LONG BEACH SUBDIVISION



Assm. No 50104500G
M.A. Domestic M&C Trust



EXHIBIT H