Exhibit I in globo

1. Section 17/39, Township 15, Range 13
   Pelican Beach Subdivision
   a. Plat Map Recorded with Cameron Parish Clerk of Court
   b. Subdivision Plat Card obtained from Cameron Parish Tax Assessor

2. Section 27-31, Township 15, Range 13
   Long Beach Subdivision
   a. Plat Map Recorded with Cameron Parish Clerk of Court
   b. Subdivision Plat Card obtained from Cameron Parish Tax Assessor

3. Section 34-35, Township 15, Range 13
   Ocean View Subdivision
   Ocean View Lambert
   a. Plat Map Recorded with Cameron Parish Clerk of Court
   b. Subdivision Plat Card obtained from Cameron Parish Tax Assessor

4. Section 35-36, Township 15, Range 13
   Little Florida Subdivision
   a. Plat Map Recorded with Cameron Parish Clerk of Court
   b. Subdivision Plat Card obtained from Cameron Parish Tax Assessor

5. Section 43, Township 15, Range 13
   JB Constance Subdivision
   a. Plat Map Recorded with Cameron Parish Clerk of Court
   b. Subdivision Plat Card obtained from Cameron Parish Tax Assessor

6. Section 44, Township 15, Range 13
   Henry Daigle Subdivision
   a. Plat Map Recorded with Cameron Parish Clerk of Court
   b. Subdivision Plat Card obtained from Cameron Parish Tax Assessor

7. Section 8, Township 15, Range 12
   Oran Trahan Subdivision
   a. Plat Map Recorded with Cameron Parish Clerk of Court
   b. Subdivision Plat Card obtained from Cameron Parish Tax Assessor

8. Section 9, Township 15, Range 12
   Gulf Terrace Subdivision
   a. Plat Map Recorded with Cameron Parish Clerk of Court
   b. Subdivision Plat Card obtained from Cameron Parish Tax Assessor

9. Section 11, 14, Township 15, Range 12
   Pleasant Beach Subdivision
   a. Plat Map Recorded with Cameron Parish Clerk of Court
   b. Subdivision Plat Card obtained from Cameron Parish Tax Assessor


EXHIBIT
I

10. Section 15-17, Township 15, Range 12
    Revised Pevoto Beach Subdivision
    a.  Plat Map Recorded with Cameron Parish Clerk of Court
    b.  Subdivision Plat Card obtained from Cameron Parish Tax Assessor

11. Section 18-19, Township 15, Range 12
    Palm Beach Subdivision
    a.  Plat Map Recorded with Cameron Parish Clerk of Court
    b.  Subdivision Plat Card obtained from Cameron Parish Tax Assessor

12. Section 10-12, Township 15, Range 11
    JA Davis Subdivision
    Holly Beach Subdivision
    a.  Plat Map Recorded with Cameron Parish Clerk of Court
    b.  Subdivision Plat Card obtained from Cameron Parish Tax Assessor

13. Section 18-19, Township 15, Range 9
    Cameron Beach Subdivision
    a.  Plat Map Recorded with Cameron Parish Clerk of Court
    b.  Subdivision Plat Card obtained from Cameron Parish Tax Assessor

14. Section 7, Township 15, Range 7
    Rutherford Beach Subdivision
    a.  Plat Map Recorded with Cameron Parish Clerk of Court
    b.  Subdivision Plat Card obtained from Cameron Parish Tax Assessor

Exhibit I(1)(a)



Exhibit I(1)(b)

Section 17 TP. 15 S. R. 13 W.

1. Constructors Unlimited Inc.
2. Hunt Homes LLC
3. Hatcher William D + Wilma V
4. Hagy William
5. Healey James F + Judith K
6. Hunt Carolyn Lisa W
7. Shut Sena Inc.
8. Hunt Ralph + Betty
9. Robertson Keith W + Jennifer C
10. Santomero Daniel R + Catherine B
11. Sheehan Terry A + Susan
12. Rosen Larry M + Kathryn G
13. BLSA LLC
14. Linville Richard W + Teela
15. BLSA LLC
16. Hunt Homes LLC
17.
18. Duncan James M + Valerie G
19.
20.

21. Johnson Lise V
22. Young Gary R + Patricia A
23. Linville Robert Jr + Mary N
24.
25.
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.
38.
39.
40.

Pelican Beach Sub.

#284127

Revised Plat - #291666  1000.955

Lots Not Sold + Roads-Dubded By:
Hunt Homes LLC.



Exhibit I(2)(a)













Exhibit I(2)(b)

1. VASQUEZ JOSE A + Kimberi
2. Leonard, Allen Prentice
3. BADON Kenneth E. et al
4. BADON Kenneth
5. Lindsay, Ann Crain
6. Bridenlonick R
7. BISHOP JOHN WILLIAM
8. BOURGEOIS JAMES F (DR) ET AL
   (#050102230)
9. BYRD CORAL LEE CRAIN
10. CAMERON ISLAND LLC
11. Seale, Cathy + A Kent
    # 0501027800
12. Clark Real Est ENTRP Inc
    CLARKE KENNETH W ET AL +
13. E WILLIAM PARKER
14. SHADDOCK WALTER E CRAIG ET AL
15. Sargent, Darren B & Stacey L
    CRAIN JOHN PAUL BMP #1 TRUST
16. FOR NEW RANDALL CRAIN
17. Butch's Properties LLC
18. Crowe Property Invershyreanis LLC
    (#050112930)
19. Romero Howard
20. DELIND KEFFER THOMAS II

21. DEVILLIER MICHAEL
22. DILL MARTHA P
    (#050104390)
23. Donatti Family Living Trust
    (#050104500)
24. Donatti MA Management Trust
    (#050104540)
25. Donatti MA Management Trust
    (#050104460)
26. Donatti M A Management Trust
    (#050104510)
27. Donatti M A Management Trust
    (#050104520)
28. Donatti MA Management Trust
29. ERRATT JOHN JOSEPH + MARY L
30. FARLEY WILLIAM R + MILDRED
31. Oertling, Steven + Karen
32. FONTENOT HADLEY W
33. Vidrine Ricky P et al
34. FRAZAR CLAYTON N ET AL
35. FRAZAR MARCELLA ET AL
    Starling Blanche - 050105712
36. Romero Howard 050112606
37. GABBERT Jerome A et al
38. GABBERT JEROME A SR + NORMA K
39. PAUS PAULA LEE HARRIS
40. HALL MARLA MARIE HAYNAM

Section 30   TP. 15   S.   R. 13   W.
27 thru 30

LONG BEACH SUB

PL BK 1   PG 8   # 88177
PL BK 1   PG 11   # 88178

ALL LOTS - 50' X 160' EXCEPT BLKS 25 thru 28

LOTS NOT SOLD   OWNED BY:

M A DONATTI MANAGEMENT TRUST

41- HAMPTON C BERT EST
42- HARPER LONNIE Glenn & Carolyn
43- Hickman Archie E Jr et al
44- HINTON Leslie Jane
45- HOFFPAHIR LEO ESTATE
46- Chevalier Thomas Wm & Mary Jane
47- BUTLER SHARON KAY Kassens i   #050000079000   0501011980
48- JOHNSON-Downs Stacy L.   0501011980
49- JOHNSON-Downs Stacy L
50- CASSard Steven
51- LACAZE JERRITT GRISHOM EST
52- LAMBERT SYBIL
53- Romero Howard
54- Fay Mary cui
55- Kay Mary Rose
56- LINDSAY MASON Graham et al
57- MARY-LA-PROP INC
58- McCann, Judson Hugh II
59- NIEBLER CARDLE H DELINO
60- Perkins, Dosite Samuel II
61- Perkins Quentin et al
62- PLAUCHE ENMA L.
63- Hilyer, Raymond Weatherly
64-

65- RANKIN TED JR ET AL
66- Boudreaux, Jeffery (T/sale)   050111700
67- FARMERS State Bank Trust Co   (T/Sale # 050118800)
68- Rainbow Righteous
69- MAJESTIC PROPERTIES LLC   (#050119803)
70- ROMERO HOWARD   (#050112DE00)
71- Romero Howard   (#050112120D)
72- ROMERO HOWARD
73- SAGRERA WAYEEL BROUSSARD
74- SCOGGINS S D ET AL
75- Georgia Ruth Cassard
76- Marchand David James Jr.
77- TODD DONALD
78- TODD EVA ET AL
79- TURNER PAMELA
80- TYLER JOHN R
81- WELBORN JOHN M HRS
82- WILLRICH JACOB HRS
83- WINTER JOHN C
84- WOLCOTT KATHRYN H ET AL
85- CHEVALIER THOMAS Wm MARY
86- PARISH OF CAMERON   (#960000600D)
87- PARISH OF CAMERON   (#960000500D)
88-

89- PARISH OF CAMERON   (#960000050D)
90- PARISH OF CAMERON   (#960001150D)
91- PARISH OF CAMERON
92- Pierpont Lex B & Barbara L.
93- COLLIGAN JOHN L + ROSALIE
94- Oliva Donald Wayne + Melissa
95- DONATTI Rerita Flores
96- THOMAS ERIKA Barnes Loutti
97- Burkart Joseph W & Gloria A
98- Loenhorn, Sherrie + Nichlas
99- Gribbin, Laura Ann Hampton
100- LINDSAY MASON S + ANN C
101- LINDSAY WENDELL G Jr Laura F
102- MAJESTIC PROPERTIES LLC
103- VU DUC-HIEN N & CAN=HUY
104- The Pruitt Co. LLC
105- Perkins, Susan Elise
106- Perkins, Bruce Staples
107- Webster, Todd Jr Estate
108-
109-
110- Cornwell Roger S + Mary E
111- Schanming, Mark B & D'Ann H
112- Tilford P Lynn & Rob Linville M

13.
14. Romero, Howard (050110800)
15. Thacker & son Inc
16. Chevalier Thomas L.i Mary
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.

137.
138.
139.
140.
141.
142.
143.
144.
145.
146.
147.
148.
149.
150.
151.
152.
153.
154.
155.
156.
157.
158.
159.
160.

161.
162.
163.
164.
165.
166.
167.
168.
169.
170.
171.
172.
173.
174.
175.
176.
177.
178.
179.
180.
181.
182.
183.
184. 27-30 15/13 Long Beach Sub



* BLOCK NOS.

* SECTION LINES·

SEC 27   25

SEC 28   26

SEC 29   27

SEC 30   28

SEC 31   29

Exhibit I(3)(a)



OCEAN VIEW.

A Subdivision of portions of Secs. 34 ₊ 35 T/4S-R/5W

Cameron Parish





GULF OF MEXICO
G. W. Holleyman
12 A
B. Vincent
5 A
Mr J. I. Lambert
5 A
GULF VIEW
SEABREEZE
SEABRIGHT
WAVELAND
OCEAN
SEAWARD
AVE
BOULEVARD
BEACH
LAMBERT
Hodges
ST.
1103.0
626.0
534.8
342.8

Cameron Parish, La.

Book 1 of plats PP 78



LAMBERT ADDITION
TO
OCEAN VIEW

Subdivision of portions of Secs. 34 + 55, T153, R 13 W

The Lambert Addition constitutes Block 15 and the
east 97.8 ft of Block 14 of Ocean View





OCEAN VIEW

Subdivision of portions of Secs. 34 + 35, T.15.S.R.13 W

The Lambert Addition constitutes Block 15 and the

east 97.8 ft of Block 14 of Ocean View



LAMBERT ADDITION TO

OCEAN VIEW

Subdivision of portions of Secs 34 & 35 T.13 S. R.1 W

The Lambert Addition constitutes Block 14 and 15 of Ocean View

east 97.8 ft of Block 14 of Ocean View

8

Ave

9

Ave

10

Ave



Section 34/35   TP. 15  S.  R. 13  W.

# Ocean View Sub

Also referred to as "Gulf Breeze"

11 band 5



NOTE: This plat is for assessment use only. No liability assumed as to the accuracy of data presented thereon.

Exhibit (3)(b)

1. _____
2. Munro Margaret Fisk
3. Fisk, Benton A., et al
4. Peralta Deena Colleen
5. Cabral Audra Dawn
6. Lindsay Mason Lha Lin, et al
7. Edwards Glenda C
8. Price Kylene Lynn
9. Mullen Michael W District
10. Mullen April Simmons Microwave Bail, Braxton A.
11. Levine Michael A & Jenny L
12. Heard Holly
13. Lindley Little Cameron
14. Heard Little C
15. Quinn David & Ashley S
16. Overton Oda Michael
17. Sullivan Bryan R Margot
18. Barclay Ross O
19. Terral Edward Perrodin hurt
20. Price Ashley

21. Marion Dee Jan & Pamela Sue
22. Charles John Brewer Kathleen
23. Hyard Anthony
24. _____
25. Legal Properties LLC
26. Legal Properties LLC
27. Legal Properties LLC
28. Diaz Young Jhi
29. Gallan Brian & Margo Bail, Braxton A.
30. Bail, Braxton A.
31. _____
32. Chisun Christina Drew
33. Roper, Jerry
34. Strusser Shed LLC
35. _____
36. Herron Paul Gilbert and
37. Hurst Homer LLC
38. Lowery Jerry & Lorna
39. LaFleur Ellen Dale
40. Sandpiper Estate LLC

41.
42. Norman, Tom C. + Hope
43. Burroughs, Terry & Brenda
44. Hunt, Ralph Cleven
45. Monroe, Kevin H. + Wendy A.
46. Chesson, Christine Loren
47. Sweeney, Joseph L. + Nancy S.
48. Feerick, Jon A.
49. Hunt Homes LLC
50. Stetson, Alvin D. + Dorinda J.
51. Bray, Nathan H. Jr. × Carol J.
52. Spencer, Darrell M. & Karen B.
53. Legal Properties LLC
54. Hunt Homes LLC
55. Yates, Jerry Lynn + Pamela Gail
56. Stetson, Alvin D. & Dorinda J.
57. Eisenberg, Philip G. + Rebecca B.
58. Eisenberg, Philip G. + Rebecca B.
59. Hunt, Barney W. + Lisa W.
60. Edward + Dorinda Schexnayder Prop's LLC
61. Burroughs, Jerry + Brenda
62. Guillory, Byron P.
63. Guillory, Byron P. + T. Margo
64. Guillory, Byron P. + Margo

65. Guillory, Byron P. + Margo
66. Wordsworth, Wayne + Erin
67. Miller, Joseph J. + Betty J.
68. The Thomas + Loretta Daniell Fam. Tr. Banning Trust
69. Feerick Jon A
70. Geana, Philip J. + Susan H
71. Guillory, Margo Lanier
72. Vandenbott, Francois & James
73. Peltier, Patrick J. + Deirdra A.
74. Peterson, Carl D. + Jennifer
75. Snead Christ + Scott IV + Gretha's
76. Hunt Homes LLC
77. Newkirk, Steven Scott + James C.D
78. Ibert, Bradley Charles + Patricia
79. Hunt Homes LLC
80. Bicusson, Christopher + Cheryse
81. Colston Terral Gaines + Mary
82. Ibert Bradley Charles + Patricia
83. Leachman Albu Keith + Angela
84. Hunt Homes LLC
85. Long James Gordon + Michele
86. Gary Family Investments LLC
87. Thibaux Irvin Victor Jr. + Susan
88.

89.
90.
91.
92.
93.
94.
95.
96.
97.
98.
99.
100.
101.
102.
103.
104.
105.
106.
107.
108.
109.
110.
111.
112.



Exhibit 11(4)(a)

Exhibit I(4)(b)

1. Yelchmann
2. PHAM Long M + Sydney N.
3. DELUKE AIfred BRUNO
4. _____
5. _____
6. Baton Rouge Audubon Society Inc
7. _____
8. BROWN James M JR + Jeanne
9. Baton Rouge AUDUBON Sog. et... (Not ASS'ELE)
10. Reynolds Steven Lee + Vicki
11. CCR Holdings LLC
12. Baton Rouge Audubon Society Inc.
13. _____
14. Corp Paul Joel
15. _____
16. HOLLIDAY RODNEY S + JUDITH
17. Millier William A + Joyce S.
18. Morris Rabalais Inc
19. Slack Martin Randell + Shelly
20. _____

21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____
32. _____
33. _____
34. _____
35. _____
36. _____
37. _____
38. _____
39. _____
40. _____

IRR.   Section 35 & 36   TP. 15   S.   R. 13 W.

# LITTLE FLORIDA SUB

Sold By Clarkes Leisure Inc

NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.

Ward 5

Cameron Office Supply 3M (4)68-1224







Exhibit I(5)(a)

Plat Bk. 4 Pg. 42

126039

455.4'
455.4'
396'
E½ of Sec. 44-15-13
W½ of Sec 8-15-12
Sec 44
Sec. 8
Range Line
N82°E - 814.5'
Block No. 6
Kathy Drive
Block No. 5
Colleen Drive
S82°W - 814.5'
R13W
R12W
Block No. 2
Donna Drive
Block No. 1
Marjorie Drive
J.B. Constance Sub. No. 1
J.B. Constance Sub. No. 2
SW Cor. Sec 8-15-12
Mean tide water line
Gulf of Mexico
SW Cor. Sec. 44
Centerline of Sec. 44
Johnson Bayou Beach Road
Centerline of Sec. 8-15-12
Sec. 43
Sec. Line
Sec 44
N
Conveyance
Note:
Blocks 3 & 4 of J.B. Constance Sub. No. 4 are Located in Sec. 43-15-13 as per Plat dated Aug. 23, 1956
Sub No. 3 is located in Sec. 43.

Plat of Survey of Blocks No 5 & 6

To the J. B. Constance Subdivision No. 4 Located in Sec. 8 of T15S-R12W & in Sec. 44 of T15S-R13W in Cameron Parish, La.

All Roads & Streets are dedicated to Public Use.

I hereby certify that this Plat is in accordance with provisions of R.S. 5051-5053, State of Louisiana.

Date: Sep. 4, 1971

Scale: 1 inch = 100 Feet

Jasper L. Bourgeois (signature)

Book 1 of 1 of Page 105

# B. CONSTANCE SUB. No. 2.

: south portion of that part of Frac., Sec. 44, T.15 S., R. 13 W., lying south of public road," Gulf Road
each and Johnsons bayou," and bounded on the south by the Gulf of Mexico.

: J.B Constance Sub. No. 2, is in accordance with the provisions   of R.S.33:5051-5053, State of Louisiana,
Ordances of the Parish of Cameron, Louisiana.

Civil Engr.
Registration No. 17.



(J. B. CONSTANCE SUB. NO.

A subdivision of the south portion of that part of Frac. Sec. 44, T.15 S., R 13 W, laying between Holly beach and Johnsons bayou, and bounded on the south by the Gulf

I hereby certify that this Plat of J.B Constance Sub. No. 2, is in accordance with the provisions of and with the Laws and Ordances of the Parish of Cameron, Louisiana.

A Subdivision of the South portion of that part of Frac., Sec. 44, T15S, R 13 W, lying between Holly beach and Johnsons Bayou, and bounded on the south by the Gulf

I hereby certify that this Plat of J.B. Constance Sub. No. 2, is in accordance with the provisions of and with the Laws and Ordances of the Parish of Cameron, Louisiana

E L Gotham

All roads or streets in J.B. Constance Sub., No. 2 are hereby dedicated to Public use.

Date. June 18, 1951.

Scale 1" = 40'

Frac. Sec. 44 T15S R 13 W.

PUBLIC
BEACH
910.7'

# J. B. CONSTANCE SUB. No. 2.

... of the south portion of that part of Frac., Sec. 44, T15S, R13W, lying south of public road," Gulf Road ...elly beach and Johnsons Bayou", and bounded on the south by the Gulf of Mexico.

... of J.B. Constance Sub. No. 2, is in accordance with the provisions of R.S. 33:5051-5053, State of Louisiana, ... Ordances of the Parish of Cameron, Louisiana

E.L. Gorham   Civil Engr.
Registration No. 17.

... J.B. Constance Sub., No. 2 are hereby dedicated to Public use.

Date.   June 18, 1951.

Scale  1" = 40'

Frac.  Sec.  44  T15S R13W.

P U B L I C













PLAT OF SURVEY
OF BLOCK  Nos. 1, 2, 3 & 4 OF THE J.B. CONS
No. 4, LOCATED IN THE WEST-HALF OF SEC
AND IN SECS. 44 & 43 OF T15S-R13W OF

PLAT OF SURVEY of THE J.B. CONSTANCE SUBDIVISION
OCK Nos. 1, 2, 3 & 4 of THE J.B. CONSTANCE SUBDIVISION
L. Located in THE West Half of SEC. 8 — T15-R 13W

S.W Cor Sec.44-15-13

{Mean Tide Water Line}

GULF OF MEXICO

## PLAT OF SURVEY
## OF BLOCK Nos. 1, 2, 3 & 4 OF THE J.B. CONSTANCE SUBDIVISION
## No. 4, LOCATED IN THE WEST-HALF OF SEC. 8 OF T15S-R12W
## AND IN SECS. 44 & 43 OF T15S-R13W OF LOUISIANA MERIDIAN
## IN CAMERON PARISH, LA.

Note:   All Roads & Streets as Shown on this Plat is hereby dedicated to Public Use.

I hereby certify that this Plat is in Accordance with provisions of R.S. 33: 5051-5053, State of Louisiana and with Laws and Ordinances of Cameron Parish, La.

Date:        Aug. 23, 1956
Scale:       1inch = 100 Ft.

Jasper L Bourgeois
S-53   Surveyor

S.W. Cor. Sec 43-15-13

Mean Tide Water Line

GULF OF MEXICO



RECEIVED
SEP 10 1956

PLAT OF SURVEY
OF BLOCK   NOS. 1, 2, 3 & 4 OF THE J. B. CONST
NO. 4, LOCATED IN THE WEST-HALF OF SEC.
AND IN SECS. 44 & 43 OF T15S-R13W OF L
IN CAMERON PARISH, LA.

Note:   All Roads & Streets as Shown on this Plat is hereby dedica
                                                        I hereby
                                                        of R.S. 3
                                                        Ordinanc

Date:
Scale:

Exhibit I(5)(b)

Section 43 & 44   8   TP. 15   15   S.   R. 12   13   W.

(ASSESSED TO)
1. PARISH OF CAMERON
   (9500 04600)
2. PARISH OF CAMERON

3. Chamblee Leola
   ( )
4. Parish of Cameron
   (95000 04000)
5. PARISH OF CAMERON
   (9500007400)
6. Hollier Joseph Preston and
   (95000 04400)
7. Parish of Cameron
   (95000 04600)
8. Parish of Cameron
   ( )
9. Parish of Cameron

10. FOX BONNIE RAE ETAL

11. Sockrider Debbie Del

12. PERRY GERALDINE C et al
    (9500000400)
13. PARISH OF CAMERON

14. DAIGLE James H. Jr etal
    # 0501083500

15. Lambert ODNET
    (9500005600)
16. PARISH OF CAMERON
    (9500008400)
17. PARISH OF CAMERON

18. MARTIN Kirk Edward etal
    (9500005300)
19. PARISH OF CAMERON

19½ PARISH OF CAMERON (95001400)
20. Parish of Cameron (95001400)

21. TRITICO FRANK

22. Brown Kenneth

23. Doty H.C. Jr.

24. McCabe James Fer..

25. Verduche Thomas
    (9500007400)
26. PARISH OF CAMERON
    9500006500
27. PARISH OF CAMERON

28. PENNY ROBERT James

29. PERRY PHILLIP + Jeanne
    Bailey Don etal
30. Rasberry Stanley Electra etc..
    (9500008200)
31. PARISH OF CAMERON
    (9500011100)
32. PARISH OF CAMERON
    (9500006700)
33. PARISH OF CAMERON

34. Stout Rebecca Theresa

35. Cormier, Dulce P

36. Harrington Helen
    (9800009000)
37. PARISH OF CAMERON

38. PRIOUX DAVID JR

39. Le Joune Matthi.. A.

40. Wilhite William K.

J B CONSTANCE SUB NOS. 1, 2, 3 & 4
ALSO
BLOCKS 1 THRU 6
HENRY DAIGLE SUB BLOCKS 1, 2 & 3
IN SECS 8 T15S R12W & 43 & 44 T15S R13W

NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.

JB CONSTANCE/HENRY DAIGLE
CARD I

41- PICKETT LINDA (050011003)
42- PARISH OF CAMERON (9500006100)
43- LIBERSAT C. R
44- Hlavinka Martin
45- PARISH OF CAMERON (#9500005700)
46- McCombs Mark Clifford + Cynthia
47- Leach Carl + Janice
48- Youngblood Juliet McNeil et al
49- Duplechin Vern (9500011460)
50- PARISH OF CAMERON
51- Torres Carlos A.
52- Laine Lola Betal
53- Broussard Susie H (050000 )
54- PARISH OF CAMERON (9500000 )
55- Harrington (Class D)
56- Cormier, Dulce P
57- Rozas Linzay
58- Perroux Josephine
59-
60- Young Judy
61- Vincent Ernest Jean
62- Prince Charlie Thomas + Thelma
63- MCLAIN Robert Norman Janie
64- Guilbeaux Family Investments LLC

65- GASPARD Joseph + Dorothy
66- Bruce Walter + Ruth
67- Blanchet, Joshua Kyle
68- Tomme, Louis + Barbara
69- Beard Keith D
70- PRIOUX DAVID LEE JR.
71- Landgrave-Meche, Mary Katherine
72- PARISH OF CAMERON (9500008000)
73- PARISH OF CAMERON (9500008100)
74- Davis SIBIR
75- )
76-
77-
78- Guilbeaux Rodney III et al (0500004400)
79- Lugo Marcel et al
80- Daigle James H. et al
81- Turner James R + Meriget W
82- LeBlanc Glen Lawrence / Erickson Gregory Dalton / Erickson John Christopher
83- Devall Kenneth
84- Menchaca Ezequiel F + Janice W
85- Hicks Resources Inc.
86- GRIMES B.L + Margaret
87- Johnson Clement
88- Wheeler Penny Fontenot

89- INNIS Houston
90- NIX Milton D
91- Parish of Cameron (Recorder)
92- Sanner Cecil
93- Peavy, Margaret Sewell
94- Ramirez Kristina Marie + Monica Ann 8/9 / GASPARD OTTO 1/2 / Dickson Roger 1/3
95- Hardin Cecil 1/3
96- Constance John T.
97- Romero Howard
98- Setters Kandice
99- DICKSON Roger W Sr + Judy
100- PARISH OF CAMERON (9500009100)
101- PARISH OF CAMERON (9500003600)
102- FONTENOT Kenneth H + Linda
103- BROUSSARD Norris
104- Deshotel Mary M (0500104900)
105- Walston William + Rose X
106- PARISH OF CAMERON (9500011800)
107- Pengel March Veil et al
108- PARISH OF CAMERON (9500006900)
109- PARISH OF CAMERON (9500006800)
110- BADON Ray A
111- Mann Lillian et el (9500011900)
112- PARISH OF CAMERON

113. PARISH OF _____ (950000550)
114. PARISH OF CAMERON (950000/100)
115. Hardy, Carl R & Mary Elizabeth A.
116. JOHNSON Clem _____
117. PARISH OF CAMERON
118. Hilton Dean Setal
119. PARISH OF _____ (_____2200)
120. PARISH OF CAMERON _____
121. PARISH OF _____ _____
122. PICKETT LINDA (950000001
123. _____
124. _____
125. BURCHETT Robert
126. Constance Georgia etal
127. PARISH OF CAMERON (250 _____)
128. Constance Ruby Mae Setal
129. Hardy, Carl & Mary
130. Little _____ Doris
131. Burch Rose Ann
132. PARISH OF CAMERON (9500005200
133. _____
134. Rainbow Righteous #0501114921
     Park Central _____ -850000750
135. Port Arthur _____ 8500000900
136. _____

137. MOSSER John S & Kathy
138. _____
139. WOODARD Ruby G & Kathy L.
140. HERNANDEZ DARLA KRITCHAR
141. _____
142. BUCHANAN JACK _____
143. Duncan, Melville & Barbara
144. Trahan, Linda
145. LeJeune, Matthew H.
146. Glassey Gary D
147. Glassey _____
148. Redfish Haven LLC    0501115498
149. Redfish Haven _____    0501115475
150. Raucher James _____
151. Darby Edward R + Dena H    0501115498
152. Rhine, Michael J. + Patti Pearce
153. The Palms RV Park LLC
154. Redfish Haven LLC
155. Duncan _____
156. _____
157. Kersnever _____ & Sommai S    0501020100
158. Redfish _____
159. Deshotel Mary (0501042000)  magdaline
... Red Crd (#0501115475)

161. _____
     0501030143
162. Succession of Maurice _____
     0501030143
163. Darby Edward R + Dena H
164. FREDRICK William & Penny E
165. NTC & CO LLP Trustee
166. Succession of Maurice Clavet
167. Sanner Nancy B
168. PARISH OF CAMERON (950000515
169. Trahan Joshua Kade
170. Guilbeaux Family Investments LLC
171. Heidling Stanley _____
172. Cormier, Dulce P
173. Cormier, Dulce P
174. Cormier, Dulce P
175. Cormier, Dulce P
176. Heidling Stanley & Kathryn M
177. Cormier, Dulce P
178. Land John Michael & Laurie
179. PENNY WILLIAM DAUE
180. NOLAN TONIA ANN FERRY
181. _____ KATALINA _____
182. RAMIREZ Ernesto Jr
183. DECUR Glenn _____

184. JR CONSTANCE/HENRY DAIGLE – CARD III