185. Friend Terry
186. Kushner Robert L + Katherine
187. Duddleschild Davis G
188. Parish of Concordia  9500006190
189. Berg Richard Rudolph + Ivna
190. Parke Coff  in C
191. Constance Winston L
192. Constance  Winston L)
193. Parker
194. Traham Brian Keith Jr
195. Hardy Anthony F
196. Tyler Henry N + LINDA
197. Hardy Victoria Tucker
198. Pfister Andrew Joy
199. Pfister Richard Jay
200.

JV Constance  in J







Gulf of

MARJORIE

DONNA

RUBY STREET

Block

BLOCK

WEST





Exhibit (6)(a)

Plat Bk. 1 Pg. 222



## PLAT OF SURVEY

OF THE HENRY DAIGLE SUBDIVISION LOCATED IN THE
W½ OF SEC. 44 OF T15S-R13W OF LOUISIANA
MERIDIAN IN CAMERON PARISH, LA.

All Roads as shown on this Plat are hereby formally dedicated
to Public use

I hereby certify that this Plat is in accordance with provisions
of R.S.-33: 5051-5053, State of Louisiana, and with Laws & Ordinances
of Cameron Parish, La.



Date:                    June 4, 1958
Scale:              1 inch = 100 feet
                    Jasper L. Bourgeois
                    Reg. Land Surveyor   Lic. No. 53

Exhibit I(6)(b)

Cameron Office Supply 3M (4)95-1224

1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.

21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.
33.
34.
35.
36.
37.
38.
39.
40.

NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.

Section 43+44  TP. 15  S. R. 13  W.

HENRY Daigle SUB 9

I.B. ConsTance SUB

(Sie See 8 TKS R(2W))

Ward 5

HEIRS OF J. B. CONSTANCE

PARTITION #194239 590.33

Section $\frac{8}{}$ 40 & 43   TP. $\frac{15}{}$ S,   R. $\frac{12}{}$ W.

NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.



Exhibit I(7)(a)  Plat Bc 1 Pg. 167



ORAN TRAHAN SUB.

A Subdivision of the south portion,
"700'±" of the w½ of E½ of Frac. Sec. 8-
T 15S, R 12 W, La Mer, Cameron Parish, La.

I hereby certify that this Plat of, "Oran
Trahan Sub., is in accordance with the
provisions of R.S. - 33: 5051-5053 plate of law,
and with the laws and ordances of the Parish
of Calcasieu, La.

All Streets in, "Oran Trahan Sub," are
hereby dedicated to public use.

Date July 19-1951
Scales 1" = 50'
        1" = 300'

I hereby certify t
Trahan Sub. is
provisions of R.S.
and with the laws
of Calcasieu, La.

All Streets in "Or
hereby dedicated

Date July 19-195
Scales  1"=50'
        1"=300'

N

S

J. B. Constance

J. B. Constance
Sub.

Mean Tide Water Line

GULF OF MEXICO          GULF OF



Exhibit I(7)(b)

Section B   TP. 15   S. R. 12 W.

1. QUERBES, Ann C, et al (Adj)
2. Perroux, Jos. W (Adj)
3. Cameron Parish (Adj)
4. Eisler, O.C. J (HDS TO PARISH)
5. BENNETT WALTER H
6. Richard murphy g. (HDS TO PARISH)
7. Brooks Jeff L. Jr
8. Sockrider, Guy W
9. MHIRE OPHIE (T/SALE)(Adj)
10. Rouix Burneu __
11. COURMIER ARTEY O: LINDA
12. Melancon Whitney
13. D'auxreau Edison
14. D'augeau, Roy & Elma
15. Rainbow Righteous (T/Sale) (05 DIP0 3390)
16. Bell, Richard + Mary H.
17. STELLY ROXANNE C
18. Cox, Yolande, K.
19. CELLARS, DON W & PAULA P
20. ____

22. HINCH ROBERT D + LYNETTE    PORE WILLIAMEL BESS M
23. Bullard Vladig
24. Pomier Mark Joseph et al (05 0114 0300)
25. Rainbow Righteous
26. Rainbow Righteous (5011 3 2503) (Tax Sale)
27. ____
28. ____
29. ____
30. ____
31. ____
32. ____
33. ____
34. ____
35. ____
36. ____
37. ____
38. ____
39. ____
40. ____

Olan Trahan Subd.

**NOTE:** This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.

Ward 5





July 30, 1950

Scale 1

NECHES

SABINE

Public Highway

Beaumont Street

Shreveport Street

Port Arthur Street

Baton Rouge Street

Cameron Street

Alexandria Street

Monroe Street

Boulevard

Gulf of Mexico

BOULEVARD

TERRACE

DELWOOD

AVE



Cameron Parish, La.

UNIT "A"

F. TERRACE

ON THE BEACH

Division of Portion of Sec 9
T. 13 S. - R. 12 W.

Exhibit I(8)(b)

Section 9   TP. 15   S. R. 12 W.

Gulf Terrace Sub

1. Henry, Mary D. et al
   #0501110005
2. Pickett, Linda
   #0501110006
3. Pickett, Linda
4. Sturlese, Suzanne M. Nunez
5. Wohlert, Donald (T/Sale)(adj)
6. Fontinot, Ward 60%
7. Fontinot, H. Ward 40%
8. Burch, Rose Ann
9. Dixon, Debra Ann
10. Little, May
11. Constance, Georgia et al
12. Constance, John T
13. Rainbow Rights Ins. (T/Sale)   050114.8600
14. Wallace, Joan Louise
15. Young & Fred Jul. & McNeil et al
16. Brooks, C M (T/Sale)
17. Bourgeois, Eric J & Siv B
18. McKuskey Oil Company LLC
19. Vincent, Michael Lynn + James Rico
20. Redfish Haven LLC

21. Noel, James R (adj)
22. Brown, Diane F. et al
23. Fehlman, Millie
24. Harmie, Emma Jane
25. Hiris Kisatchie Properties Inc
26. Cameron Parish (adj) Sadlie Cook
27. Bullock, Randolph (adj)
28. Heartfield, Mikel Dale
29. Huber, Valentine Est (adj)
30. Constance, Robert Jos.
31. Constance, Chad Lee
32. Miller, Sheila Jo Constance
33. Kunty, Gene (T/Sale) (adj)
34. Bailey, R. E. (adj)
35. Ramiro, Howard
36. Barnes, Rigsby Bobby Trk us
37. Fontinot, Hadley
38. Parish of Cameron
39. Rainbow Rights Inc. (T/Sale)   050114.8503
40. Fash, Ronald & Leah A.

* All lots unnumbered belong to:
  M A Donatti Management Trust
  Donatti Family Living Trust

* All Lots are 25' X 50' Unless So
  designated.

Ward 5

SEC 4 TISSUES?

41. BARESH ROGER L. 3 JUDY L.
42. SHARTER MARVIN L. 3 LOU (L)
43. O'DONNELL TRUST 1998
44.
45.
46.
47.
48.
49.
50.
51.
52.
53.
54.
55.
56.
57.
58.
59.
60.
61.
62.
63.
64.

65.
66.
67.
68.
69.
70.
71.
72.
73.
74.
75.
76.
77.
78.
79.
80.
81.
82.
83.
84.
85.
86.
87.
88.

89.
90.
91.
92.
93.
94.
95.
96.
97.
98.
99.
100.
101.
102.
103.
104.
105.
106.
107.
108.
109.
110.
111.
112.







Exhibit I(9)(a)



Exhibit I(9)(b)

Section **11 thru 14**   TP. **15**   S. R. **12** W.

1. TURLESE JOYCE
2. NUNEZ WYNITA M. et al
3. DOMATTI FAMILY LIVING TRUST
4. DOMATTI M A MANAGEMENT TRUST
5. ROGERS WALTER L JR
6. BENOIT JEANETTE R
7. BROWN PAUL J
   BROWN TAYLOR A.
8. Breinin Bronwen N et al
9. KRAMER MARGUERITE
10. KEARNS BESSIE Jean et al
11. Margie Nunez Dimas imch LLA
12. DANZYYI LLC
13. MEAUX JOHN BRENT
    McLEAN JIMMIE ANN
14. MEAUX JOHN BRENT
15. McLEAN JIMMIE ANN
16. REINA MADGE M & J.C.
17. MURPHY GUY JR
18. MURPHY TERRY
19. DEVALL FRANCES
20. HEBERT RALPH A

21. NUNEZ WALLACE
22. Nunez Wille P et al
23. NUNEZ JOSEPH Numa EST.
24. NUNEZ CLINTON
25. PRIMEAUX JT & BARBARA
26. Punk's Properties LLC
27. A M COX PROPERTIES LLC
28. Simoneaux, Jacqueline et al
29. HOLLAND GERTRUDE
30. addison, Patricia C
    Reed, Charles Daniel
31. Boudreaux JOHN BUTLER
32. Crowe Property Investments LLC
33. KITTRELL SHARON BOUDREAUX
34. BRAMER C Domingue Special Needs Trust
35. Primeaux Barbara N
36. GAYLE EDWIN F
37. BOCAGE LANDS LLC
38. Constance Ruby Mac et al
39. SHEFFIELD NEVA PLEASANT et al
40. MILLER Theresa Gladys

PLEASANT BEACH SUB- PLBK1 PG10

FRANK PLEASANT PART N BK10 PG-529

*#39- Neva Sheffield et al owns all Road R/W's

40.39 aes ea.

**NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.**

Ward 5

41- BOOTH & LEA. MAE
42- GRANGER Richard W et al
43- BREAU James & Billy R Revocable Living Trust
44- MANUEL DARRINS & WENDY K
45- miller, Glady Ann
46- miller, Theresa Marie
47- Lindsay, Ann Crowe
48-
49-
50- Pias George R #050110963D
51- PARISH OF CAMERON -#950000060C0
52- PARISH OF CAMERON #950000900
53- PARISH OF CAMERON #9500001400 #950000100
54- PARISH OF CAMERON #9500001300
55- PARISH OF CAMERON #9500002600
56- PARISH OF CAMERON #9500003200
57- PARISH OF CAMERON #9500010000
58- PARISH OF CAMERON #9500010100
59- PARISH OF CAMERON #9500010800
60- PARISH OF CAMERON #9500010600
61- PARISH OF CAMERON #9500011300
62- Grobeski Patricia, et al
63- Robert W Courville Living Trs
64- FONTENOT HADLEY M

65- BROOKS Jeff L JR
66- PRIMEAUX VERNON
   Rainbow Righteous (#050114914)
67- Rainbow Righteous - #050114918
68- IR i sley Mary
69- BIENVENU RALPH R + BIENVENU ANNA LOU D
70- CARMOUCHE CHARLES + VIRGINIA
71- Deshotel, Mary Magdaline # 050104.2101
72- DUHON KENNETH ETAL
73- STODDARD JOHN H ETAL
74- SIMS GERALD K ETAL
75- WATKINS JOAN DONALDSON
76- DONALDSON ROY H JR
77- PARISH OF CAMERON #9500012100
   Fontenot, H ward 40% - 05 0103 4801
78- Fontenot, ward 60% - 050105500U
79- SPILMAN RAMON D.
80- Pias George R #050 1109627
81- McCardle Sue N
82- McCardle Sue lla N
83- Granger, Fredrick James Nunez
84- SIMONTON LOIS PETAL
85-
86- Boudreaux Mark
87- Broussard Evolia
88- BERTRAND LANA ANN BERTRAND RANDALL WALDEN

89- Boudreaux Ron
90- Boudreaux Vickers
91- Kern, Marilyn Gay
92- Pleasant C R Hrs
93- Daigle Anthony Carl
94-
95-
96-
97-
98-
99-
100- ALL NAMES NUMBERED 5 thru 37 & 38
101- NAMES NUMBERED: 5, 6, 14, 15, 16, 17 + 18
102- NAMES NUMBERED: 8, 9, 28, 29 + 30
103- NAMES NUMBERED: 3, 11, 10 & 32
104- NAMES NUMBERED: 3, 4, 15 + 16
105- Names Numbered: 31, 33, 36, 37, 38, 39 10 + 11
106-
107-
108-
109-
110-
111-
112-

1" = 500'

Exhibit I(10)(a)

No. NS- 79852
plat Bk. 1 Pg. 217



T 15 S - R 9 W

UNIT NO. 1   STINE SAND
CALCASIEU PASS AREA
CAMERON PSH., LA

HUMBLE OIL & REFINING COMPANY
CIVIL ENGINEERING DIVISION
NEW ORLEANS, LA.

EC-184



Plat of

PEVOTO BEACH

A Subdivision in Secs 15,16 & 17

T-15S-R12 W



*Plat no. 79851*
*Plat Book 18 Pg 218*

Exhibit 1(10)(b)

Section $\frac{15}{17}\frac{16}{}$   TP. 15   S.   R. 12   W.

1. Keith, Curtis L.
2. Cameron Parish (adj)
3. Johnston, Arthur R (adj)
4. (Can for T-sale) not assessable
5. Cameron Parish (adj)
6. St. O SPA (T-sale) not assessible
7. Mayne, Maurice A alpha-27 Cameron Parish (adj)
8. ___
9. Miller, E.L. & Betty
10. ___
11. (Miller) Earl C & Barbara
12. Cameron Parish (adj) #95000400
13. Parish of Cameron
14. Broussard C m (T-sale)
15. Kirkland James & Eunice
16. Clark, John Maurice
17. Kurtz, Gene (Builder)
18. Cameron Parish (adj)
19. Parish of Cameron #235683
20. ___

21. Burden, Kathy Dasley
22. Harrington, John W.
23. Dunbar, But Allie
24. Bonin, Stuart W (Dr) "Marcia (adj)"
25. Parish of Cameron #235683
26. Morgan, O.B. & Edna
27. Cameron Parish (adj)
28. ___
29. ___
30. Desmol Marj/Ingeline # 05 0104 2100
31. Bailey, James V.
32. King, Joseph
33. White, C.E. Jr
34. Stream Family 2nd Pship
35. Chester, James
36. Cameron Parish (adj)
37. Matthews, Edward (major) (adj)
38. McGraw, Alma W.
39. Rainbow Rettirana LLD 70 0500097109 146
40. Rainbow Rettirana 5002 24 7600 10 Bc

"REVISED" PEUOTO BEACH
PLAT BK 1 Pg 217
# 79852
South 65' W

Ward 5

Constance Kuley, et al

42.
43.
44.
45.
46.
47.
48.
49.
50.
51.
52.
53.
54.
55.
56.
57.
58.
59.
60.
61.
62.
63.
64.

65.
66.
67.
68.
69.
70.
71.
72.
73.
74.
75.
76.
77.
78.
79.
80.
81.
82.
83.
84.
85.
86.
87.
88.

89.
90.
91.
92.
93.
94.
95.
96.
97.
98.
99.
100.
101.
102.
103.
104.
105.
106.
107.
108.
109.
110.
111.
112.

15

16

17

Conversion

Gulf

OF

MEXICO

ROAD

STATE HWY. NO. 82

T-Sale
by State

T-Sale
by Cameron Par.

Public

T-Sale
by State

RECEIVED
FEB 8 1958
CLERK OF COURT
Cameron Parish
Louisiana

9 10 11 12
8 | 1
7 | 2
6 | 3
5 | 4

THE STATE OF LA.
PARISH OF CA.

I hereby c....
duly record...
and ent...
my official si....

OFFICE OF DI-DE...
... in this day

.... in witness
.... on this
.... day .......

....
.... Recorder

Original filed June 8, 1911 File No. 20677

A SUBDIVISION IN SEC. 15, 16,
CAMERON PARISH, L
SCALE: 1":200'
J.M.

REVISED PLA
DEVOTO B E A

Exhibit I (11)(a)

Plat Bk. 3 Pg. 17
file no. 92067

203



Exhibit I(11)(b)

1. Cox, Paul Jr.
2. Perry, Jeanine et al
3. Davis, Cecil
4. Deason Janie, Waldron Betty, Doiron Nancy
5. Kirkpatrick, A.C.
6. Pollard, Jerry Dale et al
7. Sylvester, Evelyn Diane, Sherman
8. Jones, Oletta Jones
9. Boerm, Kathryn Diana
10. Werty, Mark O III et al
11. LeBlanc, Phillip Peter Valkre
12. Penny, Michael J et al
13. Julli, Joseph N.
14. Penny, Robert J.
15. Penny, Wm. David
16. Landry, Jeffrey P. (Lloyd).
17. Key, Randall Leo et al
18. Parish of Cameron  # 9500007000
19. Newman, Charles R.
20. Stidham, Karen J. et al

21. Guilbeaux, Family Investment LLC  0500j
22. Arceneaux Pierre David + Janalyn
23. Julli, Joseph N.
24. Thibodeaux, Phillip H. & Vicky S
25. Thibodeaux, Derick D + Mena L.
26. Crochet, Larry + Karen  (# 9500001500)
27. Parish of Cameron
28. Penny, Robert James
29. Nolan, Tonia Ann Perry
30. Backlund, Katherine Renee Perry
31. Simpson, Kurt Patience Hart
32. _____
33. _____
34. _____
35. _____
36. _____
37. _____
38. _____
39. _____
40. _____

Section 18 & 19   TP. 15   S.   R. 12   W.

Palm Beach Sub.

#92067 Pl. Bk 3  Pg 17

#142851 - 341/203

Ward 5





Exhibit I(12)(a)

Plat 1 Pg.5



HOLLY BEACH·UNIT
Located on the Gulf of M
In Cameron Parish, Louisiana
Situated in Section 10 & 11 of
Township 16 South Range 11 West.50
Handled By: Geo. Gollagher, Lake Charles.

Scale 1"=60'

Dredged Canal

To Lake Charles     State Highway (Shell)

South Right of Way Line Highway                    Telephone

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

BLOCK 2

| 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 | 41 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

MALLARD STREET

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

BLOCK 3

| 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 | 41 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

HERON STREET

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

BLOCK 4

| 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 | 41 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

TEAL STREET

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

BLOCK 5

| 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 | 41 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

BRANT STREET

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

BLOCK 6

| 62 | 61 | 60 | 58 | 58 | 56 | 56 | 54 | 54 | 52 | 52 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 | 41 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

EGRET STREET

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

BLOCK 7

| 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 | 41 |
|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|----|

Porpoise Avenue

Approximately Mean High of Gulf of Mexico

West line of Part of Southeast ¼ of Sec. 10—1922.13 North line of Sec.

Block 1

N

Gas Pipe Line

Dredged Canal

← To Lake Charles          State Highway (Shell)

South Right of Way Line Highway          Telephone

**BLOCK 8**

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 |

MALLARD STREET

**BLOCK 3**

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 |

HERON STREET

**BLOCK 4**

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 |

TEAL STREET

**BLOCK 5**

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 |

BRANT STREET

**BLOCK 6**

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 |

EGRET STREET

**BLOCK 7**

| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 |
|---|---|---|---|---|---|---|----|----|----|----|----|----|----|----|----|----|----|----|----|----|
| 62 | 61 | 60 | 59 | 58 | 57 | 56 | 55 | 54 | 53 | 52 | 51 | 50 | 49 | 48 | 47 | 46 | 45 | 44 | 43 | 42 |

Pelican Boulevard

Edge of Beach Ridge →

Sand Beach

High Tide line →

Low Tide line →

Gulf of Mexico

Porpoise Avenue

Approximately 700 ft. Gulf of Mexico

Block 1

N

OILY BEACH - UNIT No 1
cated on the Gulf of Mexico
In Cameron Parish, Louisiana
Situated in Section 10 & 11 of
vnship 15 South Range 11 West, 50 West
led By Geo. Gallagher, Lake Charles, La.
July 3rd 1930
Dredged Canal
Highway (shell)
to Cameron
Telephone Line
MALLARD STREET
BLOCK 2
HERON STREET
BLOCK 3
BLOCK 4
TEAL STREET
BLOCK 5
BRANT STREET
BLOCK 6
EGRET STREET
BLOCK 7
Tarpon Ave.