Book 17 Plat Page 74

HOLLY
IN CAMERON
UNIT 1
UNIT 2
UNIT 3
Block 1
Block 2
Block 3
Block 4
Block 5
MALLARD
HERON
TEAL
BRANT
BOULEVARD
TARPON
LAFITTI

UNIT 5
UNIT 6
UNIT 7
Block 1
Block 2
Block 3
Block 4
BOULEVARD
AVENUE
MALLARD STREET
HERON STREET
TEAL STREET
BRANT STREET
EAST AVENUE
Plat Bk. 1 Pg. 74

74

BEACH
PARISH LOUISIANA
State of Louisiana
George Gallagher
UNIT 5
UNIT 6
HIGHWAY
BOULEVARD
BOULEVARD
AVENUE
STREET
STREET
STREET
STREET
Block 1
Block 2
Block 3
Block 4

BARATARIA BOULEVARD
KELSO AVENUE
EAST AVENUE
PELICAN BOULEVARD
EGRET STREET
BRANT STREET
TEAL STREET
HERON STREET
MALLARD STREET
Block 1
Block 2
Block 3
Block 4
Block 5
Block 6

NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.

Exhibit 1(12)(b)

HOLLY BEACH SUBDIVISION

UNIT 1

GULF OF MEXICO

* ALL LOTS 25' x 50'
* STREET R1W 55'

See attached - (Revised)

1.
2. HOLLY BEACH MOTEL LLC
3. HASH BENJAMIN & Theresa / HASH DUSTY & Molly
4. CF Henry Properties LLC
5.
6. ISTRE BURRELL J
7. Truesdell David Jeffrey et al
8. Monceaux Eric J & Jackie F.
9. Monceaux Eric J & Jackie
10. Durso Theresa
11.
12. PARKS DALL Verner
13. Ardoin Virginia Louise
14. Daisie Henry Jr + Terri id.
15. Ardoin Jason M + Crysta M
16.
17. Morceaux Eric James Jr +
18. HOY HARRY Allen
19. Wyatt Doug J Esr et ux
20. Broussard Scott Robert + Vivian
21. Abshart James I + Shavla
22. Jucker Steven + Marilyn

24. Vasseur Joseph Carroll Jr.
25.
26. Jucker Steven L + Marilyn
27.
28. ABSHIRE Josette DUHON
29. BARRAS Jane / Touchet Ginger
30. Monceaux Eric J, Jackie F    0500022670
31. Monceaux Eric + JACKIE F.    0500022668 / 0500022669
32.
33.
34. (0500022669)
35. MONCEAUX Eric + Jackie
36. DUHON CARROLL L + Sandra R.
37. Monceaux Eric J + Jackie F.
38. GUIDRY Annette D + Joseph L Jr.
39. GUIDRY J Lawrence
40. GUIDRY Annette + Joseph L Jr.
41.
42.
43. Shadia Lynn Gold
44. Trahan Patricia
45. Bourgeois Eric + Fae / Trahan Patricia
46. Trahan Hubert Jr + Carol L.

47. CAUDILL BONNIE LYNN
48. Caudill Bonnie Lynn
49. CAUDILL BONNIE LYNN
50.
51. FINCH Robert C + Marieta D.   #050104577
52. TRAHAN CARROLL L + Elmire G.
53. TRAHAN Byron + et al.
54. Bonin, Paul F + Brenda L.
55. Monceaux, Eric J + Jackie F
56. Monceaux Eric + Jackie  #050100153
57. Monceaux, Eric J + Jackie F
58. DURIO Heward + Shirley
59.
60.
61. Rainbow Rightons   # 050113550
62. Rainbow Rightons 100%   050113501 / 0500104577
63. Monceaux Eric J + Jackie F.
64.
65.
66. Rogers, Pamela Anne
67. LeMaire Tommy John + Maxine
68. Stelly Lee Roy + Ann   (#050116813)
69. Istre

Block 1, Unit 1

70. DEROUEN HOWARD J JR + ALMA
71. LeBlanc Dirk + Laura
72. Meche, Carl J + Phylis L
73. Meche Paul + + Paul N.
74. Meche Carl Jame + Julie M
75. MECHE CARL + PHYLLIS
76. Randow Righteous # 0501033350
77. SANNER Carl Raymond
78. Levi
79.
80. GASPARD LARRY LEE + Kay J (# 05CN156955)
81. Dominque Keith Paul + Rene + Gee Rodney John.
82. GASPARD LARRY LEE + Ray (# 05CN156950)
83. Cox MICHAEL Brett
84. MADRID NELSON F + MARY N
85. COX Christopher E + LeKon
86. LAPIN BRIAN MITCHELL + LAPIN DOROTHY
87. Yliow (Montes Don Jr), GILES Carl + RAINEAU RIGHTEOU's #05 others
88. Bourgeois Eric Joseph + Siv
89.
90. Bergeron John Carrell
91.
92. CONSTRUCTORS Unlimited

93. MECHE Paul Jr + Phyllis L.
94.
95. BROUSSARD Ann Katherine et al
96. TRAHAN L. J et al
97. Monceaux, Eric J + Jackie F
98. Langlinais, Michael S + Ann B.
99. Duhon Farms, LLC
100. McDonald Rupert J JR + BROUSSARD Troy M + Clomis M. McDonald Michael - 1/3
101. LANGLINAIS MICHAEL G + ANN K
102. McMath Properties LLC
103. Billiner Troy M + Julie (# 05CN16-10)
104. Stelly AZAMA Marie Guidry
105. Thibodeaux Michael + Cheral et al
106. John + Dot LLC
107.
108. THIBODEAUX Durrell + BEVERLY
109. Dwaine Gilendo Emerild
110. FLOYD PAUL H JR.
111. SELLERS JOHN W + Lorn 1/2 — Rainbow Righteous 100% 050107010 — Rainbow Righteous 14% 05 0111492T
112.
113. CONSTANCE Ruby Noe Sr et al
114. BULL CHARLES JR + Elizabeth 0501090000
115. McBRIDE Philip's LLC

116. DARBY FREDDIE CHARLES
117. Monceaux Eric J + Jackie F.
118. Monceaux Eric J + Jackie F. 05060152
119. Langlinais, Michael G + Ann K.
120. Constructors Unlimited Inc
121. COURVILLE William James
122. COURVILLE William James et al
123. Chappis, Mary Olive Broussard et al (#0501013560)
124. Chappis, Mary Olive Broussard et al (#0501013100)
125. ROACH HARRY A HEIRS
126. Tibbetts, Kevin + Angie
127. LEBLANC LOUIS JR
128. EZELLE Judy L.
129.
130. MONCEAUX Eric J + Jackie F
131. LeMay, Carl Jam
132. LeMaire Tommy Jr + Maria
133. Tucker Steven + Marilyn
134.
135.
136. Rachal Reba Darrere
137. Ellender Allen Dwain
138. Tucker Steven J + Marilyn

139. Construction Unlimited
140. Weldbease Brown
141. Bourgeois Inc
142. Bayou Aus
143.
144. Master Cool & Charters
145. Twaine Ellender Formula LLC
146. Broussard Charters Lake
147.
148.
149.
150. Bourgeois
151. LT Wildlife Adventures
152. B O
153.
154.
155.
156.
157.
158.
159.
160.
161.

162.
163.
164.
165.
166.
167.
168.
169.
170.
171.
172.
173.
174.
175.
176.
177.
178.
179.
180.
181.
182.
183.
184.

185.
186.
187.
188.
189.
190.
191.
192.
193.
194.
195.
196.
197.
198.
199.
200.
201.
202.
203.
204.
205.
206.
207.

- HOLLY BEACH SUBDIVISION

UNIT 2

NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.

HWY

E/W R/W = 35 X 3875 : 3.12 acs

BUCANEER : 60 X 775 : 1.07 acs
4.19 acs

UNIT 2

60' R/W

UNIT 1

UNIT 3

MALLARD

HERON

TEAL

BRANT

EGRET

PELICAN

TARPON AVE

BUCANEER BLVD

* ALL LOTS 25' X 50'
* STREET R/W 35'

GULF OF MEXICO

1.
2. FAUZIN Mary Grace Smith et al
3.
4. LeBlanc, Darius W + Lesia
5.
6. Romero Land Management LLC
7. Miller Raymond (Lots 60 i 61 Tow Suds)
8. Romero Land Management LLC
9. Miller Earline
10. Boudreaux Allen J et al
11. Hebert William A Jr
12. Beauvais Brent A.
13. Hampton Ricky C + Carolyn F
14. Vincent Claude R + Deborah
15.
16.
17. Vincent, Claude R + Deborah F
18.
19. Miller Earline B
20. LeBlanc Loren Boyd + James (LLC) (Rainbow Rights 05 111 9704 (05) Roy SLLC)
21. LeBlanc Leisa Brent + James
22. Touchet Brenda Faye
23. Rainbow Righteous - (05 0000 7230) Rainbow Righteous (05 00 020 530)

24.
25. Dugas Calvin & Lorena
26. Demette Perry J
27. Faul Stephen Michael + Dina 0501148764
28. Kovac Frank
29. Kovac Frank
30. PAGE JENNIFER TRINETTE
31. Lavergne Rodney N + Bertha
32. Hebert Firmin
33. ROGERS-BOND ALICE MARIE
34. Bergeron Shannon LeBlanc
35. McDonald Mark + Sheba
36. Olson Kevin M
37. Wright Thomas G + Renee F
38. Justilien Roy M + Mekinie
39. Vincent Robert + Vetonia
40. Lagrange Wheeley Jr.
41. Justilien Roy Michael
42. Ardoin Virginia Louise
43. Cline James W + Cheri L.
    Gerouard Betty Jane Dartez - 1/2
44. Guidry Anne Ann Dartez - 1/2
45. Cline James W + Cheri L.
46. Baker Robert + Gloria

47. Nida-Lee Gary + Shannon
48. Simon Norbert G + Sonya P
49. Cradeur Nelson + Lena
50. Houston Dorothy P et al Broussard Myra
51. Broussard B Reginald Liv. Trust
52. CF Henry Properties LLC
53. Broussard Craig + Patty
54. Dubois Avery Est
55. Vincent Rd et al
56. Broussard, Craig Cade
57. Thompson Cyprien L et al
58. The Thomas & Sharetha Daniel Family
59. Frice Cedric
60. Century Amusement Music Co.
61. Hebert Jessie
62. Webb Otis
63. McMichael Mildred A
64. Broussard Polycarpe
65.
66. Westover Ray Allen + Claudia Joan
67. Abington Edward J + Faith
68. Miller Sidney L + Sable
69. Durham Ray Lee Young

70. Rumcio Land Management LLC
71. Prejean Eddie Garret
72. Daigle Lee V & Braegan T - 1/2
    Daigle Hubert & Glenda C - 1/2
73. Hebert Angel
    Callahan Cathy
74. Faulk Paul M & Gloria B
75. Beauvais Brent Anthony
76.
77.
78.
79.
80. Davis Brett T & Michelle M
81. Vincent Deborah
82. Bass Martha C et
83. Bourque Mia Christine B
84. Crozier Yvonell & Ray
85. Bull Charles Jr & Phoebe F.
86. Parish of Cameron (ADT) (#25C0001800)
87. Bull Charles Jr & Phoebe F.
88. Nelams Lee Robert et al
89. Bull Charles L Jr & Phoebe F.
90.
91. Branch Gretchen H
92. Venable David Scott

93. Branch Gretchen H
94. Davis, Brett T & Michelle M
95. Davis, Brett T & Michelle M.
96. Clark Rickey L & Rebecca A
97.
98. Butler, Frank & Rhonda
99. Meche Kevin Wayne
100. Sonnier, John
101. Century Amusement
     (TY/Safi #050001763O)
102. Beauvais, Brent
     (TS4CH-050100625-2)
103. Beauvais Brent Anthony
     050101470l
104. Broussard Craig J & Kathi
     050101470Z
105. Broussard Craig J. Kathy
106. LeBlanc Darius W & Resia B
107. Miller Earline Marie B.
108. Hampton Rick C & Caroline
109. McMichael Judy Ann
110. Hampton Ridley Charles Carolyn
111. Meche Veunichlockym & Vivian
112. Savoy Tommy W & Abby
113. Bull Charle L Jr & Phoebe
114. Barron Jac D & Jennifer
115.

116.
117.
118.
119.
120. Corner Cassandra LeBlanc
121.
122.
123.
124.
125.
126.
127.
128.
129.
130.
131.
132.
133.
134.
135.
136.
137.
138.

HOLLY BEACH SUBDIVISION

UNIT 3

UNIT 4

UNIT 2

NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.

HWY

HWY

LAFITTE BLVD.

LAGDEAUX ST.

UNIT 3

MALLARD

HERON

TEAL

BRANT

EGRET

PELICAN

BUCANEER BLVD.

GULF OF MEXICO

* ALL LOTS 25' x 50'
* STREET R/W 35'

1. LEBLANC, MARLA AND HERBERT
2. DUPRE HENRY J. et al
3. MEAUX Ann Greene, et al
4. Meaux Harold R & Ann, Greene et al
5. LAGNEAUX AARON
6. FORESTIER ANTHONY + KATHRYN
7. LAGNEAUX Aaron J. et al
8. ROSE EDWARD L + GUIDRY NORMA GAYLE
9. STELLY GASTON + MARJORIE
10. Alleman Leeton + Sybil
11. FRUGE CHESTER E Jr & Ruth et al
12. Alleman Lee Roy & Shirley G.
13. ABSHIRE ELLIS P & ETHEL
14. PATIN Leston J & JANICE M
15. EAGLE LAND HOLDINGS LLC
16. Bull Preston F + Charles Bull Jr.
17. Reynolds Harlie E + Myrtha N
18. TRAHAN REGINA ANN
19. Hidalgo Deanna Manuel et al
20. HORTMAN Jacob Cyrus III
21. GARY BARNEY J + FRANCES H
22. Forestier Anthony + Kathryn
23. Granger Richard J J

24. Boudreaux, Boyd Raymond + Patty J
25. Holly Beach Rentals LLC
26. Holly Beach Rentals LLC
27. Holly Beach Rentals LLC
28. Holly Beach Rentals LLC
29.
30. Glymph Family LLC
31.
32. Poirie Joseph W + Sheryl
33. MATHEWS SHERYL + Pye
34. Matheu David + Linda
35. Matheu David + Linda
36. BOWIE GLEN ALAN ETAL
37. Grimmett, Ronald & Cynthia
38. Gary, Barney Frances
39. GASPARD Chris, Jr
40. Miller, Billy + Katherine
41. MILLER BILLY B + KATHERINE K
    501046200
42. Miller Billy B + Katherine K
43. BOUDREAUX Boyd R + Patti D.
44. Proudhan Boyd
45. BOUDREAUX Boyd Raymond
46. Benoit Family Rentals LLC

47. OWENS SPENCER & CAROL
48. Faulk Jody + Ann
49. Dugas Kenneth + Kay Jean  7/3
    Dugas Larry J + Sherry  1/3
50. SCHEXNYDER RICKY J + ARNETTE M.
51. DUGAS LARRY J.  1/3
    DUGAS KENNETH R + JEAN E - 2/6
52. SCHEXNYDER RICKY J + ARNETTE M
53.
54. DUPUY Richard C + Christine T
55. ADAM HAROLD CRAIG et al
56. Ardoin Golda Marie
57. HENRY Glenda B
58. HENRY Gerald M et al
59. FAULK LOUIS PAUL JR
60. Henrich Matthew D.
61. SCHEXNAIDER STEVE + MARIA
62. SCHEXNAIDER STEVE + MARIA E
63. Glymph Family LLC
64. Glymph Family LLC
65. Glymph Family LLC
66. Reynolds Harlie E + Martha M
67. LEGER L ASTER + CATHERINE
68. Reynolds Harlie E + Martha M
69. Meaux, Ann G., et al

70. Reynolds Harlie E & Martha N   050116802
71. Reynolds Harlie E & Martha
72.
73. Owens Spencer & Carol Beth
74. Owens Spencer & Carol Beth
75. Fangue Robert P & Angela
76. Lejeune Maureen Kelly etal
77. Theodeaux Kay N & Luther
78. Knott Floyd J etc. T/sale to Constance Knott etal (# 050102740?)
79. Knott Floyd J etal
80. Allemand Albert J & Deborah
81. Enright Corrie
82. Sellers Myrlene W.
83. Sellers Myrlene Leal
84. Marceaux Rixby JR.
85. Alleman Dalton & Bernadette
86.
87. Beauvais, Brent (T/Sale)   050116100
88.
89. Mann, Hugh McRae & Mary E
90. Eagleson Jane etal
91. Martin Kerk E & Melanie
92. Le Blanc, Earl J etal

93.
94.
95. Oliva, Donald Wayne + Melissa
96. Guidry Audrey B
97. Armentor Kent A & Elizabeth L.
98. Armenton Kent Allen & Elizabeth
99. Constructors Unlimited Inc
100. Seiber Clifford & Don Hansom
101. Parish of ___ (# 950000800)
102. Summerlin, Harry Benson
103. Karson Don Louis
104. Comeaux Anthony B. & Sharon
105. Touchet Vivian Ann etal
106. Broussard Patsy T etal
107. Southwest ___  #050112949?
108. Broussard, Sherry ___
109. Bridges William A
110. Richard Homer R & Nora D
111.
112. Darbe Natasha Ouibodeaux
113. Broussard Darryl N - 1/2  Broussard Jane (William) - 1/2
114. LeBoeuf, Webster Allen (T/Sale)  050116101
115.

116.
117. Patin, Leston J. & Janice M.  (T/Sale # 050018902)
118. Rainbow Rightens
119. Price Diana
120. Bergeron Creations LLC
121. Besaw, Celena Broussard
122. Zaunbrecher, Laurie Broussard
123. Broussard, Tina
124. Broussard, Robin - Paul
125. ___ Madeline Mauy
126. ___ Levely
127. ___ Monie
128. ___ Neale
129. ___
130.
131.
132.
133.
134.
135.
136.
137.
138.

Holly Beach Subdivision

Unit 4

NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.

UNIT 3

* ALL UNSOLD LOTS OWNED BY:

Davis Furman J
Henry Mary Davis
Bride Velena Davis
Lanie Louise A Ju
Davis Lassell
Davis Con Maintenance
Faulk Sharman
Johnson Martha

* ALL LOTS 25' x 50'
* STREET R/W  35'

UNIT 4

Gulf of Mexico

CATHOLIC   CHURCH

MALLARD

HERON

TEAL

BRANT

EGRET

PELICAN

MORGAN BLVD

LAFITTE BLVD

1. St. Peter the Apostle Roman Catholic Church
2. LaPointe Rodney J & Lula Mae Rev. Liv. T...?
3. Hickie R... H L & Beverly W Erisault
4. ABSHIRE Leonard J + BRENDA T.
5.
6. COOK WANDA GUIDRY
7. RIVERS SHARION LADEEN
8. St Romain Peggy Gaspard
9. PREFIX ?????? H + KATHY R.
10. Minceaux Eric J + Jackie
11. Landry Raywood J + Alma Lou
12. Steiner Alwid & Alice.
13. Broussard Sherry
14. Broussard Sherry et al
15. Broussard, Cheryl + Ronald
16. Burrow, Ronald O. Cpr. + Katherine
17. SOUTHWEST RIO ... Title
18. Adams Vera
19. Matty Joseph D + Shannon
    Rogers Stephen Scott
20. CAIN VIRGINIA GAIL
21. BASS JAMES ALLEN
22. Bass, James and Amanda
23. Siguere, Rosemary B. et al

24. R + L Camp
25. BREAUX THOMAS V + KATHY R.
26. Wright Thomas Glenn
27.
28. GASPARD FRESSON PAUL
29. Young John P II + Car...
30. Broussard, Preston + Judy
31. Broussard, Preston + Judy
32. SONNIER Shane P
33. Inice Charles Patrick et al
34. Broussard ????
    Gary Russell S: ?? ... ?:
35. Broussard James + Joyce et al
36. BROUSSARD ???? ????? l
37. STEWART REBECCA ANN BERTRAND 1/2
    BERTRAND MARY 1/2
38.
39. STEWART REBECCA ANN BERTRAND 1/2
    BERTRAND MARY 1/2
40. Broussard, Adonna Marie
41. PERRIN Allen Wayne + Joyce N
42. Andries Dale Kevin + Donna
43. Andries Dale Kevin Donna
44. Matte Paul D + Helen R
45. MATTE PAUL D + ELLEN R
46. Craig David Allen + Deborah L

47.
48. GOSS KENNETH + KALYNN et al. (#050106 1750)
49. GOSS KENNETH + KALYNN (#050106 1749)
50. Harris Jerry Wichita
51. Perez Carlos A + J.l l
52. MATTHEUS HAROLL J. et al
53. Matthews Kevin James J+
54. CRAIG WILLIAM JOSEPH + MARIE DE
55. PIKE, Frances Ann
56. PIKE Frances Ann
57. Bertrand, Mary + Rebecca R?? ... T
58. BOUDREAUX JAMES Christian
59. Ezelle Judy LeJeune
60.
61. VERZWYVELT STEVEN A + ????
62. Trahan, Charles + Connea... ...
63. Abshire Leonard J + Brenda T.
64. LEMAIRE ALRIC JAMES
65. LeBoeuf, Webster A. (T/Sale) 05011067200
66. RICHARD JEROME E + ARTHUR M U500024805
67. MEAUX MARCUS JUDE
68. WRIGHT THOMAS G + RENEE F
69. FLAVINDA MARITZA ... HAPPY

70. Ashmire Ouie Est
71. Primeaux Harry
72. Matthews Javin
73. Goullard Helder F
74. Naite Family Irrevocable Trust
75. David Sabra
76. Mann, Mary Eugenon
77. Chiasson Earl J: Nellie
78. THE CHIASSON LIVING TRUST DTD
79. Breaux James Bu, E Ronnie Livingston
80. Primeaux Roddy Joseph & Marie
81.
82. Broussard Preston & Gail
83. Savoie Henry J Prisier
84. Coriel Ruie & L Jori C
85. Albert Chisholm Soc
86. Southwest Five Mill Co Fau 050112949
87. Redish Power LLC
88. Guidry Carol P
89. Guidry Warren C
90. Acker & Gaszar Properties LLC
91. The Event J Isnee & John Gismer Revocable Chris Trust
92. Fohl Shelby L

78. Fournier Keith Davis
94.
92.
96.
97.
98.
99.
100.
101.
102.
103.
104.
105.
106.
107.
108.
109.
110.
111.
112.
113.
114.
115.

116.
117.
118.
119.
120.
121.
122.
123.
124.
125.
126.
127.
128.
129.
130.
131.
132.
133.
134.
135.
136.
137.
138.

HOLLY BEACH SUBDIVISION

UNIT 5

NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.

* ALL UNSOLD LOTS OWNED BY:
DAVIS FURMAN J
HENRY MARY DAVIS
BRIDE LORENA DAVIS
DAVIS LORENA AJR
DAVIS DANIEL
DAVIS SANDRA DEMILLE
FUTCH SHARON
JOHNSON ALAN

HWY

UNIT 5

BARTARIA AVE

* CHRISTIAN

UNPAVED ROAD

GRAVEL ROAD

MALLARD

HERON

TEAL

BRANT

EGRET

PELICAN

MORGAN BLVD

GULF OF MEXICO

* ALL LOTS 25' x 50'
* STREET R/W 35'

1. SELLERS MYRLENE
2. GASPARD LARRY LEE + CALS
3. GASPARD LARRY L + ROLLS
4.
5. PUNDEREN DARLENE
6. Monceaux, Eric J + Jackie
7. Monceaux Eric J + Jackie
8. Monceaux Eric J + Jackie F
9. Monceaux Eric J Jaue
10. CAMPBELL SHARON F.
11. JONES WAYNE M + FREDA T.
12. STELLY Roxanne J
13.
14. BOUDREAUX WAYNE + CHARLENE
15. LAGNEAUX FREDA B et al
16. VERDUZIE RUBY B et al
17. Newport Ernie + Janet
18. Newport Ernie J. Janet
19. Frederick Daniel D
20.
21. GARRETT DENNIS RAY + Angela D.
22. MEAUX WILFRED JR + LORETTA
23. VINCENT PENELOPE Saltzman

24.
25. TOUCHET ELDES + LINDS
26. BAUDOIN Family Irrevocable Trust
27. MEAUX Duncie Lee Jr.
28. BROUSSARD DURREY et al
29. CORMIER Kate Theresa
30. RICHARD DAVIE + ANGELIA
31. TRAHAN GODFREY P et al
32. RICHARD HARLAN + DELORES
33. RICHARD ERIC + KATHY
34. LANGLOIS ROBIN
35. LE BLANC Terry
36. BOKEL CHRISTOPHER + MONICA A
37. Adams, Raymond J. + Jacqueline
38. Adams, Raymond J. + Jacqueline
39. BROUSSARD Rickey + Joyce C
40. Horne, Raymond J + Romona K
41. Redding, Robin Courtman
42.
43. LeMaire Auris Tunes
44.
45. MATHIEU David + Linda
46. HAMPTON Pickey C + CAROLYN F

47. BROUSSARD Bertha Jean et al 1/2
48. BROUSSARD Dwayne Theresa
49. Meaux Eric James Lauren
50. Meaux Dunice L + Janie
51. STEIN WILSON J
52. Mann, Mary Eastwood
53. Rachal, Konnie J
54. EDMONDSON GEORGE + SHIRLEY
55. Hebert Cheryl Ann
56. HEBERT DARRELL SR + INA B
57. Fautsnot Stephen Michael + Linda
58. Marsh John HIII + Madeline K
59. RUBICHAUX Christian Gene
60. Todd, Robert M + Michelle Gwen W
61. Oestriecher Clifton A III + Wendy
62. Barnhart Larry Ray
63. MATHIEU DAVID + LINDA
64. SKAINS JERRY D + Glenna P.
65. Hargrau Calvin + Rosella
66. Boudreaux Al C + Laynette
67. Bridges Glenda
68. Denais, Taylor Rae et al
69. Rainbow Rentals

70. Hamm Lillian et al
71. Vincent Ronald L I I  L
72. Cole Leon Edward
73. Parish of Camerell (nns)
74.
75. Truesdell David Jeffrey et al
76. Newbound Patrick Jr + Connie
77. Hargrave Ruvelle R + Xon (c (2000)
78. Garrett D.... Amelia
79.
80. ... ... ...
81.
82. Constantine Martin Shane + Lisa Ann Stewart
83. Delacruz Benjamin + ... ...
84. Meche Verna Dale + Katie
85. Stelly Billy James + Roxanne
86. Breaux Thomas Voorhies + Kathy Ann
87. ... ... Greda L. etal
88. ... ... ... ...
89. Kervon ... ... + ... ...
90. THE HULET FAMILY ... TRUST  C0501136774
91. Badali, Philip Jr + (Angela
92. Hugh Donald L

93. Meche Kenneth Wayne   #0...11001
94. THE HULET FAMILY Revocable TRUST
95. THE HULET FAMILY REVOCABLE TRUST
96. Squires Samuel Keith
97. Poole, Harold C. Jr.
98. B + N Ford Investments LLC
99. Hewett (Ann) Ann
100. Lemoine Carl Jude + Christine
101. Hash Dusty K + Benjamin K
102.
103.
104.
105.
106.
107.
108.
109.
110. Hampton Rickey Charles + C. (Gen)
111.
112.
113.
114.
115.

116.
117.
118.
119.
120.
121.
122.
123.
124.
125.
126.
127.
128.
129.
130.
131.
132.
133.
134.
135.
136.
137.
138.

UNIT 6

"HOLLY BEACH SUBDIVISION

* ALL UNSOLD LOTS DENOTED BY:

NOTE: This plat is for assessment use
only. No liability is assumed as to the
accuracy of data delineated thereon.

KELSO AVE

MALLARD

HERON

TEAL

EGRET

BRANT

PELICAN

BARATARIA AVE

GULF OF MEXICO

* ALL LOTS 25' x 50'
* STREET R1W 35'

UNIT 6

1. Leep Investments LLC
2. Delacruz Benjamin + Margarette
3. Gary Melancon
4. Delacruz Benjamin + Diana G.
5. Delacruz Benjamin
6. Cameron Parish Police Jury
7. Sanders Ricky Lane + Rhonda
8.
9. Benoit Willie + [illegible]
10. Cochran Harry H + Susette
11. Richard John T + [illegible] M.
12. Dere Kenny Sr. + [illegible]
13. [illegible] Parker + [illegible]
14. Broussard David
15. Truesdell David Jeffery
16. Lory Olin
17. Escuto Joseph + [illegible]
18. Miller Terry Lyn
19. Neche Gerald R
20. Brannon Floyd + [illegible]
21. Crawford Louise + Ruth J.
22.
23. Lalonte John Norris
70. Cameron Parish Police Jury

24. DuBose Phillip + Sylvia
25. Coleman Dew
26. DuBose, Phillip + Sylvia
27. Coleman Dew + Phyllis
28. Synergy Holdings LLC
29. David [illegible] Cassipi
30. Myers, Lee + Catherine
31. Truesdell Inv. J Jeffery
32. Dilly Curt + Tammy
33. Engle Land Holding L.L.
34. Parish of Cameron [illegible]
35. Wince I.D. [illegible]
36. Truesdell David Jeffery
37. Myers, Lee + Catherine L.
38. Parish of Cameron [illegible]
39. Frank C Donneque Special Medical Trust
40. Parish of Cameron [illegible]
41. Ambulance Service Dist. No 2 Cameron Parish
42. Smith Wayne C + Connie W
43. Kelley Family Trust
44. Arabie Michael J. Janice M.
45. Serio Touton + Rose
46. Frederick, Michael Paul

47. Miller Raymond Joseph
48. Delacruz Benjamin Margarette
49. Duhon John M + Diana
50. Duhon John M + Diana G.
51. Vincent Claude R + Deborah J
52. Miller Raymond J
53. Miller Raymond J
54. Thompson Jim Robert + Rhonda Kay
55. Arabie Michael + Janice
56. Cox Cecil + Saudia
57. Duhon John + Diana
58. Smith Wayne + Connie
59. Smith Wayne + Connie
60. Kelley Family Trust
61. Cameron Parish Police Jury
62. Cameron Parish Police Jury
63. Frederick Michael Paul
64. Smith Wayne + Connie
65. Vincent Claude + Deborah
66. Vincent Claude + Deborah
67. BLT Landholdings LLC
68. Ezelle Julia [illegible]
69. Hennings James J + Tracy L

UNIT 7
To Calcasieu River
To Cameron 12 Miles
Telephone Line
EAST AVENUE
KELSO AVENUE
Block 1
Block 2
Block 3
Block 4
Block 5
Block 6
UNIT 6
Dredged Canal
Gulf Beach Highway
HENRY EST.
MALLARD STREET
HERON STREET
TEAL STREET
BRANT STREET
EGRET STREET
PELICAN BOULEVARD
BARATARIA BOULEVARD
Sand Beach

Exhibit I(13)(a)



Book 19 Plats Page 63)

Cameron Parish, La.

CAMERON BEACH
Cameron Parish

Portion of Sec. 18 & 19 T.15.S.-R.9.W
Aug. 3, 1950

Scale 1"=100'







Exhibit I(13)(b)

1. ESTE LEONARD J
2. REED EVELYN
3. DEVALL ALFRED
4. HALCO-KISATCHIE PROPERTIES
5. SWIRE-ELIAS B ET AL
6. Deshotel, Mary Magdaline    D3Q1O24901
7. EAST AMBROISE
8. Kershaw, Kelly Ann Tricia
9. STEPHENSON JOHN P Jr.
10. CAMERON ISLAND LLC
11. MABU-LA-POP INC
12. ZAPATA HAYNIE Corp
13. Deshotel, Mary Magdaline    *D3Q1O24902
14. EAGLESON CLAUDE
15. MABU-GENE ET AL
16. CRAFT FRANK ET AL
17. McCALL HENRY R. Jr    PB00000800
18. PHELSA OF CAMERON
19. Braded Louis R.
20. Kersiwo Kelley

21. _____
22. _____
23. _____
24.
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____
32. _____
33. _____
34. _____
35. _____
36. _____
37. _____
38. _____
39. _____
40. _____

Section 18+19    TP. 15    S.    R. 9    W.

CAMERON BEACH

SUBDIVISION

ALL LOTS NOT SOLD OWNED BY: HENRY McCALL

NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.





Exhibit 1(14)(a)



GULF OF MEXICO
SEPT. 25, 1962
1" = 200'
BEACH AREA

Exhibit I(14)(b)

Section **7**  TP. **15**  S.  R. **7**  W.

**Rutherford Beach Subdivision**
**Plat # 96497**

1. Harris, Roselyn
2. Bradley Kenneth et al
3. Liles, H. Ralph & Henry
4. _____
5. Pierce, Linda B.
6. Fowler, Will D. & Denise M.
7. Kelley, Richie (T Sale)   030049277
8. Grifeth, Leslie D.
9. David, Hal L.
10. Aalund, Harald S
11. Cannon, Eddie W. & Andrea M.
12. Fontenot, Dessie Ann
13. Fontenot, Dessie Ann
14. Broussard, Russell Anthony & Julie
15. Romero, Howard
16. Lewell, Robert B.
17. Miller, Bobby Blair & Melwyn
18. Pruitt, Harold J. & Linda K
19. Ryder, Rosie Eva
20. Hauk Joseph Mark & Cynthia

21. Hauk Joseph M & Marie
22. Pruitt, Harold J. & Linda
23. Hornsby, Condith B.
24. Kreig, Norbert II & Brenda
25. Tommase Enterprises
26. Garber, Benjamen A.
27. Auroin Myrtle Bruellion
28. Richard, Susan
29. Lancon Michael
30. Hauk Joseph Mark & Cynthia
31. Garcia, Luis & Linda
32. Broussard, Arthur J. & Rodessa
33. Davis Robert N. & Lillian
34. Gaspar, Loyd J. & Madelyn
35. Alexander, Patricia P et al
36. Brown, Stephen C & Vicki
37. Aguillard, Patrick et al
38. Kestel, David Allen & Donna F.
39. Miller, Bobby & Melwyn
40. Kocemba, Frederic J. & Vickie B.

NOTE: This plat is for assessment use only. No liability is assumed as to the accuracy of data delineated thereon.

Survey Plats   # 279140   # 279141   # 279142
                960/656     960/657     960/658

Ward 3

41. Clark Ryphil et al
42. Roberg, Shirley B
43. Archow, Chris' Julie
44. Clark, Joe
45. Snell, Katie C et al
46. Crochet, Carole
47. Junk Joseph E.S. + Edith Q
48. Briquet Stephen "Fish"
49. Briquet Dennis' Maria A.
50. Shirley Kevin Charlet +
       Shirley Dona Charlet
51. Bizzle, Kevin Charles + Dana C. Young
52. Houck Church M + Cynthia
53. Chenau, Josephine A + Allen D
54. Leonie H. Hills
55. Hoffman's Real Reg't Dana
56. Briquet, Francis (William)
57. Blase, George R.
58. Graham Brent Thomas, David
59. Habich Benjamin, Albert
60. Belcher Donna & Tanck, et al
61. Cupit, Kevin Cleona +
       Dona Orchid Young
62. RAFT PROPERTIES LLC
63. Houck Cynthia
64. The Rutherford Estate

65. Anderson Amanda Elaine Estate
66. Houck Judy, Air
67. GREENE MICHAEL & LINDA
68. Windworth, Barbara B.
69. Peston, Edward Arthur + Alisa
70. Peston, Edward
71.
72.
73.
74.
75.
76.
77.
78.
79.
80.
81.
82.
83. Rutherford Beach Property Holding LLC
84.
85. Rutherford, Beau Dustin "BJ" LLC
86.
87.
88.

89. ____
90. ____
91. ____
92. ____
93. ____
94. ____
95. ____
96. ____
97. ____
98. ____
99. ____
100. ____
101. ____
102. ____
103. ____
104. ____
105. ____
106. ____
107. ____
108. ____
109. ____
110. ____
111. ____
112. ____

RUTHERFORD BEACH SUB.
John W Rutherford Jr. 1/3
CAROLE F. SMITH 1/3
Jimmy A. Moriarty 1/3
PLOTS 1-(17)-(9)
Clarence Hackett 1/2
Delores H. Lewis 1/2
PLOTS 2-18-(10)
Benjamin A. Garber
PLOTS 3-19-(11)
Edward B. Rutherford Trust — PLOTS 4-20-12
Curtis Welch 1/2
Watson Welch 1/2
PLOTS 5-(21)-(13)
PLOT PARTN #101222
RUTHERFORD ESTATE — PLOT (22)
Dean A Roome 100%
JOP#322976 WALTER F. Roome
PLOTS 7-(23)-(15)
Dean A Roome 100%
JOP# 322 976 WALTER F Roome
PLOTS 8-(24)-(16)
STELL CLARK ETAL
PLOTS 6 + 14
RUTHERFORD BEACH ROAD
ACADIA DRIVE
CALCASIEU DRIVE
CAMERON DRIVE
EAST AVENUE
9
10
11
12
13
14
15
16
24

