# EXHIBIT J

# WETLANDS CLAIM FORM INSTRUCTIONS

IB-8
v.2

# Instructions for Completing the Wetlands Real Property Claim Form (White Form)


EXHIBIT J

## Table of Contents

| Title | Page |
|---|---|
| 1. Instructions for Submitting a Wetlands Real Property Claim | 3 |
| 2. Definitions | 4 |
| 3. Detailed Instructions for Answering Wetlands Real Property Claim Form Questions | 5 |
| 4. Documentation Required for a Wetlands Real Property Claim | 9 |
| 5. Detailed Instructions and Documentation Requirements for Completing and Submitting the Wetlands Real Property Parcel Eligibility Request Form | 11 |

| | 1. Instructions for Submitting a Wetlands Real Property Claim |
|---|---|
| 1. | To make a **Wetlands Real Property Claim** under the Deepwater Horizon Economic and Property Damages Settlement Agreement (the "Settlement") for damages arising from the Deepwater Horizon Incident on April 20, 2010, (the "Spill"), you must complete and submit this Claim Form and all documentation required by the Settlement ("Supporting Documentation") to the Claims Administrator on or before **June 8, 2015**.<br><br>**The final deadline to file claims with the Settlement Program was June 8, 2015. Accordingly, the Claims Administrator is no longer accepting new claim submissions or Parcel Eligibility Request Forms at this time.**<br><br>The **Wetlands Real Property Claim** is for individuals or businesses that, at any time between April 20, 2010, to April 18, 2012, owned a Parcel located in the Wetlands Real Property Claim Zone. Such Parcel owners can also use this Claim Form to make claims for the cost to repair or replace their Real or Personal Property located on their wetlands property that was physically damaged as a result of certain Spill response cleanup operations or the Spill itself, with the exception of any physical damage caused by the intrusion of oil, dispersant, or other substances onto their wetlands Parcel. |
| 2. | Do not use this Claim Form if you seek payment only for bodily injury arising from the Deepwater Horizon Incident. To get more information about the Medical Benefits Settlement and to determine whether you are eligible for benefits under that settlement, visit www.deepwaterhorizonsettlements.com or call 1-877-545-5111. For TTY assistance, call 1-800-877-8973. |
| 3. | If you have access to a computer with an internet connection, it will be far easier for you to fill out and submit your Claim Form online, rather than on this paper Claim Form. The online claim process will guide you through the specific questions you need to answer, and will instruct you about the specific Supporting Documentation you must submit, based on the answers you enter as you go along. Go to www.deepwaterhorizonsettlements.com to submit a claim online. |
| 4. | If you choose to fill out a paper Claim Form, be sure to read the entire Claim Form and fill out every section needed to assert your claim, and also read Section 4 of this Instructions Booklet to find out what Supporting Documentation you have to submit along with your claim. If you need more space to answer any questions, put the answer on a separate page and attach it to your Claim Form. |
| 5. | As you complete your Claim Form and review the list of required Supporting Documentation, you may come across words that are unfamiliar to you. Section 2 of this Instructions Booklet defines many terms that are found in the Claim Form or in the Supporting Documentation descriptions. Consult these definitions if you need help understanding the meaning of a particular term. |
| 6. | Any term used in the Claim Form or in this Instructions Booklet that is defined in the Settlement will have the meaning set forth in the Settlement. If there is any conflict between the terms in the Settlement and the terms in the Claim Form or in this Instructions Booklet, the meaning set forth in the Settlement controls. |
| 7. | Submit your Claim Form and all required Supporting Documentation or by sending it to the Claims Administrator in one of these ways:<br><br>**Regular Mail:**<br>Deepwater Horizon Economic Claims Center<br>P.O. Box 10272<br>Dublin, OH 43017-5772<br><br>**Overnight, Certified or Registered Mail:**<br>Deepwater Horizon Economic Claims Center<br>c/o Claims Administrator<br>5151 Blazer Parkway Suite A<br>Dublin, OH 43017<br><br>**Fax:**<br>(888) 524-1583<br><br>**Email Attachment:**<br>ClaimForms@deepwaterhorizoneconomicsettlement.com |
| | Your claim will be reviewed more quickly if you submit all of your Supporting Documentation along with your Claim Form. If you need to submit any Supporting Documentation separately, put your name and Tax Identification Number on a cover sheet or on the first page of what you submit, so the Claims Administrator can properly place the documents in your file. |
| 8. | If you have any questions about how to submit your claim, go to www.deepwaterhorizonsettlements.com, or call toll free at 1-800-353-1262. Do not call the Court or any Judge's office to ask questions about how to complete this Claim Form, what documentation is required, or the status of your claim, in general. |

| | 2. Definitions |
|---|---|
| 1. | **Effective Date:** The date that the Settlement becomes effective, which is after the Court grants "final approval" of the Settlement and any appeals are resolved. |
| 2. | **Eligible Claimant:** An Individual or Entity who owned an Eligible Parcel within the Wetlands Real Property Claim Zone at any time between April 20, 2010, and April 18, 2012. |
| 3. | **Eligible Parcel:** A Parcel located within the Wetlands Real Property Claim Zone. |
| 4. | **Incompetent Class Member:** A Natural Person who lacks the capacity to enter into a contract on his or her behalf at the time of a Claims Form submission to the Claims Administrator, in accordance with the state laws of that person's domicile as applied to adult capacity issues, whether through power of attorney, agency documents, guardianship, conservatorship, tutorship, or otherwise. |
| 5. | **Minor Class Member:** A Natural Person whose age is below that of the majority rule for the state in which the minor resides at the time of a Claim Form submission to the Claims Administrator. |
| 6. | **Natural Person:** A human being; Includes the estate of a human being who died on or after April 20, 2010. For purposes of the Settlement, a Natural Person that is the estate of a human being who died on or after April 20, 2010, a Minor Class Member or Incompetent Class Member, shall be deemed to act through his, her or its Representative. |
| 7. | **Parcel:** A plot of land that can be sold or purchased. |
| 8. | **Personal Property:** Property that is movable such as deck furniture, machinery or equipment (i.e., property that is not **Real Property**). |
| 9. | **Physical Damage:** Examples of eligible physical damage to Real or Personal Property located on an Eligible Parcel includes physical damage to a dock, landscaping, deck furniture, building or patio caused by a vehicle, machinery or equipment used for Spill response cleanup operations. |
| 10. | **Professional Land Survey:** A professional determination used to determine the size, location, and boundaries of a piece of property. |
| 11. | **Property Deed:** A legal instrument that is used to assign, confirm or transfer rights, interests or ownership of Real Property. |
| 12. | **Real Property:** Includes land and improvements thereon, and property of any nature appurtenant or affixed to the land. Real Property does not include property that can be removed, such as equipment. |
| 13. | **Representative:** If a claimant is a Minor or Incompetent, the Representative is the legal guardian of the claimant. If the claimant is deceased, the Representative is the duly authorized legal representative of the claimant's estate. |
| 14. | **SCAT:** Deepwater Horizon Unified Command Shoreline Cleanup Assessment Teams, which were responsible for determining where oil was present after the Deepwater Horizon Incident. |
| 15. | **Wetlands Real Property Claim Zone:** All Parcels shaded blue located within the Wetlands Real Property Claim Zone Map, which can be found at www.deepwaterhorizonsettlements.com. |

## 3. Detailed Instructions for Answering Wetlands Real Property Claim Form Questions

**Instructions for Determining Parcel Eligibility.** Before you complete a Wetlands Real Property Claim Form, you must find out if your Parcel is Eligible. An Eligible Parcel is one that is within the Wetlands Real Property Claim Zone. To find out if your Parcel is Eligible, call 1-800-353-1262 for help determining if the Parcel you owned is included in the Wetlands Real Property Claim Zone. If you have internet access, you may also go to www.deepwaterhorizonsettlements.com to determine whether your Parcel is located within the Wetlands Real Property Claim Zone. **The final deadline to file claims with the Settlement Program was June 8, 2015. Accordingly, the Claims Administrator is no longer accepting new claim submissions or Parcel Eligibility Request Forms at this time.**

If your Parcel is not included in the Wetlands Real Property Claim Zone, it is preliminarily not considered Eligible and you cannot make a Wetlands Real Property Claim for that Parcel.

If you disagree with the Wetlands Real Property Claim Zone Map and think your Parcel should be included as Eligible on the Map, you may request a review of the eligibility designation of your Parcel. The Claims Administrator will review your Parcel Eligibility Request Form and determine whether your Parcel is within, or should be added to, the Wetlands Real Property Claim Zone. If your Parcel is added to the Wetlands Real Property Claim Zone, you may then submit a Wetlands Real Property Claim Form.

To request a review of your Parcel's eligibility designation, detach and fill out the two-page Wetlands Real Property Parcel Eligibility Request Form attached to the Wetlands Real Property Claim Form and submit it with the required documentation to support your request for a review of your Parcel's eligibility designation. Section 5 of this Instructions Booklet explains how to complete the Parcel Eligibility Request Form.

**The following instructions will take you step-by-step through the Wetlands Real Property Claim Form. The sections and numbers in these instructions refer to the same sections and numbers in the Claim Form.**

### A. Claimant Information

If you are completing this Claim Form on your own behalf, provide your personal information in this section. If you are completing this Claim Form on behalf of the claimant, fill in the claimant's information.

| # | Field | Instructions |
|---|---|---|
| 1. | **Name of Natural Person or Business** | If you are making this claim as an individual, print your last name, first name, and middle initial in the appropriate boxes.<br>If you are making this claim on behalf a business, print the full name of the business in the box labeled, "Last Name or Full Name of Business." |
| 2. | **Social Security Number *or* Individual Taxpayer Identification Number *or* Employer Identification Number** | If you are making this claim as an individual, provide your Social Security Number or Individual Taxpayer Identification Number by putting one digit in each space. There are nine spaces provided in this format: XXX-XX-XXXX.<br>If you are making this claim on behalf of a business, provide the business' Employer Identification Number by putting one digit in each space. There are nine spaces provided in this format: XX-XXXXXXX |
| 3. | **Claimant Number** | If you filed a claim with the GCCF, your GCCF Claimant Number will also be your Claimant Number in the Deepwater Horizon Settlement Program. If you did not file a claim with the GCCF, you will receive a new nine-digit Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program.<br><br>If you filed a claim with the GCCF, check the box next to "GCCF Claimant Number" and write your seven-digit Claimant Number in the spaces provided. Write one number in each space.<br><br>If you already have a Deepwater Horizon Settlement Program Claimant Number, check the box next to "Deepwater Horizon Settlement Program Claimant Number" and write your nine-digit Claimant Number in the spaces provided. Write one number in each space.<br><br>If you do not already have a Deepwater Horizon Settlement Program Claimant Number and you did not file a claim with the GCCF, leave this question blank. |

## B. Information Required for a Wetlands Real Property Claim

If you are asserting a Wetlands Real Property Claim for more than one Parcel and need additional pages, photocopy Section B of the Claim Form before completing it and attach the copy to the Claim Form for submission. Make one copy for each additional Parcel. If you are not prepared to submit all of your Wetlands Real Property Claims at the same time, you can submit can submit claims for additional Parcels separately, as long as they are all submitted within six months of the date you receive your first payment from the Deepwater Horizon Economic Claims Center.

**The final deadline to file claims with the Settlement Program was June 8, 2015. Accordingly, the Claims Administrator is no longer accepting new claim submissions or Parcel Eligibility Request Forms at this time.**

| | | |
|---|---|---|
| 1. | Parcel Eligibility | Check "Yes" if, at any time between April 20, 2010, and April 18, 2012, you own a Parcel within the Wetlands Real Property Claim Zone and agree with its designation on the Wetlands Real Property Claim Zone Map.<br><br>Check "No" if you owned an Eligible Parcel but not at any time between April 20, 2010, and April 18, 2012, or if you owned a Parcel between April 20, 2010, and April 18, 2012, that is not determined Eligible by the Wetlands Real Property Claim Zone Map. If you disagree with your Parcel's designation, stop filing out the Claim Form, and complete the Wetlands Real Property Parcel Eligibility Request Form located on the last two pages of the Claim Form. |
| 2. | Address of the Parcel | Print the street address on the rows labeled "Street," the City, State and Zip Code in the appropriate boxes. Provide the Parish or County in the row labeled "Parish/County." If the Parcel does not have a street address and there is another description you can give for its location, write that where it says "Other Description." |
| 3. | Tax Assessment Identification Number | Provide your Tax Assessment Identification Number. You can find the Tax Assessment Identification Number on the Tax Assessment Form for the Parcel. |
| 4. | Parcel Identification Number | Provide your Parcel Identification Number. You can find the Parcel Identification Number on the deed or on the Tax Assessment Form for the Parcel. |
| 5. | Dates of Ownership | List the dates when you owned the Parcel. The first date will be the date you purchase the land, and the second will be the date you transferred the Parcel to another owner. If you are still the current owner, indicate the date you purchased the Parcel and check the box labeled "Check here if you currently own the Parcel." |
| 6. | Sole owner of Parcel | If multiple owners co-owned the Parcel at any time you owned it between April 20, 2010, and April 18, 2012, check "Yes." If you were the only owner of the Parcel from April 20, 2010, through April 18, 2012, check "No." |
| 7. | List of other co-owners and their ownership percentage | Only answer this question if you checked "Yes" for Question 6, indicating there are co-owners who owned the Parcel at some time between April 20, 2010, and April 18, 2012. In Question 7(a), provide your percentage of ownership of the Parcel. In Question 7(b), provide the full name and ownership percentage of any individual or business that co-owned the Parcel at the same time as you did. |
| 8. | Change of ownership between April 20, 2010 and April 18, 2012 | If you sold the Parcel during the period of April 20, 2010, through April 18, 2012, check "Yes" and then give the sale date in the blanks provided in this format: Month/Day/Year. If you did not sell the Parcel during this period, check "No." |
| 9. | List of other known owners | If you checked "Yes" for Question 8, indicating that you sold the Parcel, provide, to the best of your ability, the full name of any other individual or business that owned the Parcel during the time period April 20, 2010, through April 18, 2012. |

| | | |
|---|---|---|
| 10. | Physical damage to Real or Personal Property | If you are claiming physical damage to Real or Personal Property located on your Parcel, check "Yes." The physical damage must be a result of the Spill or Spill response cleanup operations. Refer to Section 2, row 9 of this document for examples of physical damage. If you are not claiming physical damage to Real or Personal Property located on your Parcel, check "No." If you checked "No," you do not need to answer Questions 10(a) through 17 and you can go to Section C. If you are claiming that your Vessel/Boat was damaged by the Spill or Spill response cleanup response operations, check "No" and submit a Vessel Physical Damage Claim Form (Black Form). |
| 10(a) | Cause of physical damage | Check "Spill" if the physical damage to your Real or Personal Property was the result of the Spill. Check "Spill Response Cleanup Operations" if the physical damage to your Real or Personal Property was the result of Spill response cleanup operations, including Vessels of Opportunity ("VoO"). Physical damage caused by the intrusion of oil, dispersant or other substances onto your Parcel cannot be compensated under this provision because the cost of that physical damage is part of your Wetlands Real Property Compensation Amount. |
| 10(b) | Information about Spill response cleanup operations that caused physical damage to your Real or Personal Property | Only answer this question if you checked "Spill Response Cleanup Operations" in 10(a). If you checked "Spill" in Question 10(a), leave Question 10(b) blank and go to Question 11.<br><br>Check "Yes" if the Spill response cleanup operations that caused physical damage to your property were VoO operations, operations consistent with the National Contingency Plan, or operations specifically ordered by the Federal On-Scene Coordinator or his or her delegate.<br><br>Check "No" if the Spill response cleanup operations that caused physical damage to your property were NOT "VoO operations, operations consistent with the National Contingency Plan, or operations specifically ordered by the Federal On-Scene Coordinator or his or her delegate.<br><br>Check "Do Not Know" if you do not know whether the Spill response cleanup operations that caused physical damage to your property were VoO operations, operations consistent with the National Contingency Plan, or operations specifically ordered by the Federal On-Scene Coordinator or his or her delegate. |
| 11. | Ownership of physically damaged Real or Personal Property | Check "Yes" if you owned the Real or Personal Property at the time it was damaged. Check "No" if you did not. If you checked "No," go to Section C. |
| 12. | Description of physical damage to Real or Personal Property | To the best of your ability, describe in detail the damage to your Real or Personal Property. Provide the following information about the Real or Personal Property that was physically damaged:<br>(a) the type of Real or Personal Property that was physically damaged;<br>(b) if Personal Property was physically damaged, the location of that Personal Property on your Parcel when the damage occurred;<br>(c) if Real Property was physically damaged, the location of the damage on the Parcel;<br>(d) a description of the physical damage to your Real or Personal Property;<br>(e) how the physical damage occurred; and<br>(f) what or who caused the physical damage. |
| 13. | Condition of Real or Personal property before the damage | Describe in detail the condition of your Real or Personal Property before the physical damage occurred. |

| 14. | Did you repair the physically damaged Real or Personal Property? | Check "Yes" if you already repaired your Real or Personal Property; check "No" if you have not. If you check "Yes," provide:<br>(a) the name, address, and telephone number of the individual or business that repaired your damaged Real or Personal Property;<br>(b) the cost to repair your damaged Real or Personal Property; and<br>(c) a description of the repairs made to your Real or Personal Property. |
|---|---|---|
| 15. | Did you replace the physically damaged Real or Personal Property? | Check "Yes" if you have already replaced the damaged Real or Personal Property; check "No" if you have not. If you check "Yes," provide:<br>(a) an explanation of why the damaged Real or Personal Property had to be replaced, rather than repaired;<br>(b)(1) the full name, address and telephone number of the individual or business from which you obtained the replacement Real or Personal Property;<br>(b)(2) the cost of the replacement Real or Personal property;<br>(b)(3) the date when the replacement was made; and<br>(b)(4) a description of the replacement Real or Personal Property. |
| 16. | Do you plan to repair the physically damaged Real or Personal Property? | Only answer this question if you answered "No" to both Questions 14 and 15.<br><br>Check "Yes" if you have not repaired the damaged Real or Personal Property, but you plan to do so in the future. Check "No" if you do not plan to repair the Real or Personal Property. If you check "Yes," provide:<br>(a) the full name, address, and telephone number of the individual or business that will repair the Real or Personal Property;<br>(b) the estimated cost of the repairs; and<br>(c) a description of the planned repairs. |
| 17. | Do you plan to replace the physically damaged Real or Personal Property? | Only answer this question if you answered "No" to both Questions 14 and 15.<br><br>Check "Yes" if you have not replaced the damaged Real or Personal Property, but you plan to do so in the future. Check "No" if you will not replace the damaged Real or Personal Property. If you check "Yes," provide:<br>(a) an explanation of why the damaged Real or Personal Property had to be replaced, rather than repaired;<br>(b)(1) the full name and address of the individual or business from which you plan to obtain the replacement Real or Personal Property;<br>(b)(2) the estimated cost of the replacement Real or Personal Property; and<br>(b)(3) a description of the replacement Real or Personal Property. |

| C. Claimant Verification Statement ||
|---|---|
| By signing the Claim Form you are verifying the information in this section. ||

| D. Documentation Required for a Wetlands Real Property Claim ||
|---|---|
| You are required to submit Supporting Documentation with your Claim Form. The documentation requirements can be found in Section 4 of this Instructions Booklet. If you do not submit these documents, the Claims Administrator will not be able to review your claim and you may not be compensated for any losses. ||

| E. Federal and Regulatory Requirements ||
|---|---|
| Read this section carefully. ||

| F. Payment |||
|---|---|---|
| 1. | If You Have Your Own Attorney | Only answer Question F.1 if you have your own attorney. If an attorney is representing you in connection with your Spill-related lawsuit or claim, the Claims Administrator will make payments to both you and your attorney. If you agree to this, you do not need to do anything. If you would rather the Claims Administrator make payments only to your attorney, check the box. |
| 2. | If You Do Not Have Your Own Attorney | If you are not represented by an attorney, you must read Item 2 carefully. |

| 3. | Garnishments, Liens, and other Attachments | Garnishments, liens and other attachments to your claim will be deducted from any payment you receive. |
|---|---|---|
| 4. | W-9 Form Requirement | All claimants must submit a W-9 Form. To obtain a copy of that form, go to www.deepwaterhorizonsettlements.com, or by calling 1-800-353-1262. |

### 4. Documentation Required for a Wetlands Real Property Claim

Review the claimant categories below and find the sections that best fit the answers you provided on your Claim Form. The documents listed in the applicable sections are required for an evaluation of your claim. You may use the checkboxes next to the document descriptions to keep track of what you need to submit.

#### Claimant Categories

A. **All Claimants.** All claimants submitting a Wetlands Real Property Claim must submit the documents listed in this section.

B. **Claimants Asserting Physical Damage to Real or Personal Property.** Claimants asserting physical damage to their Real or Personal Property located on the Parcel must submit the documents listed in this section.

#### A. All Claimants Making a Wetlands Real Property Claim

| | |
|---|---|
| ☐ | (1) Proof of Ownership. Provide all of the following:<br><br>(a) Official copy of the deed recorded when you purchased the Parcel or a legal document you received at the time of inheritance indicating you own the Parcel;<br><br>(b) 2010 and 2011 property tax assessment notices for the Parcel; and<br><br>(c) If the Parcel was sold during the time period April 20, 2010, through April 18, 2012, an official copy of the deed recorded for the sale or any relevant sales contracts or other materials that demonstrate the change in ownership. |
| ☐ | (2) All claimants must submit a W-9 Form. To obtain a copy of your W-9 Form, go to www.deepwaterhorizonsettlements.com, or by calling 1-800-353-1262. If you are making multiple claims under the Settlement, you only need to submit the W-9 Form once. |

#### B. Claimants who are Claiming that Real or Personal Property on the Parcel was Damaged in Connection with the Spill or Spill Response Cleanup Operations

If you are claiming that your Real or Personal Property was damaged as a result of the Spill or Spill response cleanup operations, you must submit the following:

| | |
|---|---|
| ☐ | (1) Proof that the physical damage occurred between April 20, 2010, and April 18, 2012, as a result of the Spill or Spill response cleanup operations, such as documents, photographs, or videotaped footage; |
| ☐ | (2) Proof that you owned the Real or Personal Property at the time it was damaged, such as documents or receipts; |
| ☐ | (3) Proof of the condition of the property before and after the alleged physical damage, such as pictures; |
| ☐ | (4) If you claim to have incurred costs to repair or replace the damaged property, evidence to establish that the costs were incurred by you and that they were reasonable and necessary, such as receipts, invoices and estimates. |
| ☐ | (5) If you are seeking compensation for costs that you plan to incur to repair or replace the damaged property, an estimate of the costs and evidence to establish that the costs are reasonable and necessary, such as invoices and estimates. |

| ☐ | (6) You may also use a Wetlands Real or Personal Property Physical Damage Sworn Written Statement (SWS-30 and/or SWS-31), completed by yourself or a Third Party, as evidence of Real or Personal Property Damage. To obtain a copy of the Wetlands Real or Personal Property Physical Damage Sworn Written Statements, go to www.deepwaterhorizonsettlements.com, or call toll free at 1-800-353-1262. |
|---|---|

## 5. Detailed Instructions and Document Requirements for Completing and Submitting the Wetlands Real Property Parcel Eligibility Request Form

The following instructions will take you step-by-step through the Wetlands Real Property Parcel Eligibility Request Form. The sections and numbers in these instructions refer to the same sections and numbers in the Parcel Eligibility Request Form. **The final deadline to file claims with the Settlement Program was June 8, 2015. Accordingly, the Claims Administrator is no longer accepting new claim submissions or Parcel Eligibility Request Forms at this time.**

Only fill out the Wetlands Real Property Parcel Eligibility Request Form if your Parcel is not located in the Wetlands Real Property Claim Zone and you are requesting a review of this designation.

To request a review of the designation of your Parcel as not within the Wetlands Real Property Claim Zone, fill out the Parcel Eligibility Request Form, detach it from the Wetlands Real Property Claim Form, sign it in Section E, and submit the Parcel Eligibility Request Form instead of the Claim Form. If your Parcel is added to the Wetlands Real Property Claim Zone, you may then submit a Wetlands Real Property Claim Form.

### A. Reason for Requesting a Review of the Parcel's Eligibility Designation

Check the first box if your Parcel is located within the Wetlands Real Property Claim Zone even though it does not appear on the Wetlands Real Property Claim Zone Map. Check the second box if your Parcel is not within the Claim Zone, but was oiled and should be added to the Wetlands Real Property Claim Zone Map.

### B. Claimant Information

If you are completing this Claim Form on your own behalf, provide your personal information in this section. If you are completing this Claim Form on behalf of the claimant, fill in the claimant's information.

| | | |
|---|---|---|
| 1. | **Name of Natural Person or Business** | If you are making this claim as an individual, print your last name, first name, and middle initial in the appropriate boxes.<br>If you are making this claim on behalf a business, print the full name of the business in the box labeled, "Last Name or Full Name of Business." |
| 2. | **Social Security Number *or* Individual Taxpayer Identification Number *or* Employer Identification Number** | If you are making this claim as an individual, provide your Social Security Number or Individual Taxpayer Identification Number by putting one digit in each space. There are nine spaces provided in this format: XXX-XX-XXXX.<br>If you are making this claim on behalf of a business, provide the business' Employer Identification Number by putting one digit in each space. There are nine spaces provided in this format: XX-XXXXXXX |
| 3. | **Claimant Number** | If you filed a claim with the GCCF, your GCCF Claimant Number will also be your Claimant Number in the Deepwater Horizon Settlement Program. If you did not file a claim with the GCCF, you will receive a new nine-digit Claimant Number when you file your initial Registration Form with the Deepwater Horizon Settlement Program.<br><br>If you filed a claim with the GCCF, check the box next to "GCCF Claimant Number" and write your seven-digit Claimant Number in the spaces provided. Write one number in each space.<br><br>If you already have a Deepwater Horizon Settlement Program Claimant Number, check the box next to "Deepwater Horizon Settlement Program Claimant Number" and write your nine-digit Claimant Number in the spaces provided. Write one number in each space.<br><br>If you do not already have a Deepwater Horizon Settlement Program Claimant Number and you did not file a claim with the GCCF, leave this question blank. |

### C. Parcel Information

| 1. | Address of the Parcel | Print the street address on the row labeled "Street," and the City, State and Zip Code in the appropriate boxes. Provide the Parish or County in the row labeled "Parish/County." If the Parcel does not have a street address and there is another description you can give for its location, write that where it says "Other Description." |
|---|---|---|
| 2. | Tax Assessment Identification Number | Provide your Tax Assessment Identification Number. You can find the Tax Assessment Identification Number on the Tax Assessment Form for the Parcel. |
| 3. | Parcel Identification Number | Provide your Parcel Identification Number. You can find the Parcel Identification Number on the deed or on the Tax Assessment Form for the Parcel. |

### D. Documentation Required for Requesting a Review of the Designation of the Parcel on the Wetlands Real Property Claim Zone Map

If you followed the **Instructions for Determining Parcel Eligibility** in Section 3 of this Instructions Booklet and you disagree with the designation of your Parcel as not within the Wetlands Real Property Claim Zone, you may request a review of the mapping designation by submitting Supporting Documentation along with your Wetlands Real Property Parcel Eligibility Request Form. Read the descriptions below, decide which category applies to you, and submit the Supporting Documentation listed for the applicable category.

#### (1) Claimants who Request a Review of the Parcel Location Designation

☐ If you are requesting a review of the Claims Administrator's designation of your Parcel because your Parcel boundaries do not properly appear on the Wetlands Real Property Claim Zone Map, you must submit proof of actual presence of your Parcel in the form of an official document provided by the county or parish tax assessor, Clerk of Court, Registrar of Lands or other governmental lands office or agency, such as a 2010 tax notice, or a Professional Land Survey of the Parcel.

**If your Parcel is not located within the Claim Zone, and you are not able to provide the Supporting Documentation to show that your Parcel is actually located within the Claim Zone, you are not eligible for compensation for a Wetlands Real Property Claim.**

#### (2) Claimants whose Parcel is not within the Wetlands Real Property Claim Zone, but whose Parcel was Oiled

☐ If you are requesting a review of the Claim's Administrator's eligibility designation of your Parcel because your Parcel is not located within the Wetlands real Property Claim Zone on the Wetlands Real Property Claim Zone Map, but should be because it was oiled, you must submit proof of oiling which must consist of documentation that the Parcel contains the presence of oil pursuant to SCAT or an official assessment conducted by the Natural Resource Trustees in connection with the Spill. Only Parcels located in the Area of Potential Eligibility are eligible to provide proof of oiling. The Area of Potential Eligibility is delineated in the Area of Potential Eligibility Map and includes the following boundaries:

(1) As far west as the Louisiana/Texas state line;
(2) As far east as the Louisiana/Mississippi state line;
(3) As far south as the end of Louisiana state waters; and
(4) As far north as one half-mile inland from the Wetlands Real Property Claim Zone.

**If your Parcel is not located within the Wetlands Real Property Claim Zone and you are not able to provide the required documentation to prove that your Parcel was oiled, you are not eligible for compensation for a Wetlands Real Property Claim.**