## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: Oil Spill by the Oil Rig | ) | |
| "Deepwater Horizon" in the | ) | **MDL NO. 2179; SECTION J** |
| Gulf of Mexico, on April 20, 2010 | ) | |
| | ) | **JUDGE CARL J. BARBIER** |
| This document relates to: | ) | |
| | ) | **MAG JUDGE SHUSHAN** |
| 12-970, *Bon Secour Fisheries, Inc. et al*. | ) | |
| v. BP Exploration & Production Inc., | ) | |
| et al | ) | |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| Case No: 13--6008 | ) | |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO SPECIAL MASTER'S MOTION FOR RETURN OF PAYMENT MADE TO JACK HEMMENWAY

COMES NOW, Brent Coon & Associate, through undersigned counsel, who respectfully requests an extension of seven (7) days in which to file its own response to the Special Master's motion for return of payment made by Deepwater Horizon Economic Claims Center to Claimant JACK HEMMENWAY [Rec.Doc. 15431]. Brent Coon & Associates requires additional time to prepare a response to the Special Master's motion and brief on behalf of JACK HEMMENWAY. Specifically, it is anticipated that the responsive motion will include several hundred pages of exhibits. Many of these exhibits contain sensitive information, including social security numbers and financial account numbers that need to be redacted.

Opposing counsel has advised counsel for mover that they have no objection to the requested seven day requested extension. However, they have requested that the deadline for filing a response be extended to fourteen days after the filing Hemmenway's response.

WHEREFORE, respondent Brent Coon & Associates prays for an extension of seven (7) days, or until March 30, 2016, in which to file its response to the Special Master's Motion for Return of Payment made by the Deepwater Horizon Economic Claims Center. Additionally, respondent requests that the deadline for the DHECC to file any reply be extended to April 13, 2016.

Respectfully submitted, the 21st day of March, 2016.

Dated: March 21st, 2016

Respectfully submitted,
/s/ Brent W. Coon
Brent W. Coon
Federal Bar No. 9308
Texas Bar No. 04769750
215 Orleans
Beaumont, Texas 77701
Tel.: (409) 835-2666
Fax: (409) 835-1912

*Attorney for BCA Class Members*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion for Extension of Time to File Response to the Special Master's Motion for Return of Payment made to JACK HEMMENWAY will be served on all counsel by electronically uploading same to Lexis Nexis File & Serve in Accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179.

/s/ Brent W. Coon