UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : | MDL 2179<br><br>Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

MOTION BY THE DHECC TO CORRECT FINAL JUDGMENT
AS TO TNN ENTERPRISE, INC., HTUN NYUNT, INC.

COMES NOW the Deepwater Horizon Economic Claims Center ("DHECC"), pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, seeking to correct a clerical error in the Final Judgment [Rec. Doc. 15977]("Final Judgment") as to TNN Enterprise, Inc. ("TNN") and Htun Nyunt, Inc. ("Htun"). The reasons supporting this motion are more fully stated in the accompanying memorandum of law.

The DHECC respectfully requests the Court to grant its request, pursuant to Rule 60(a), correcting the judgment amounts entered in the Final Judgment, only as to the TNN Enterprise, Inc. and Htun Nyunt, Inc..

Respectfully submitted,

Patrick Juneau
Claims Administrator

By:   /s/ Kevin Colomb
Kevin Colomb
Manager of Compliance and Internal Integrity

Dated: March 22, 2016

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing papers have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 22nd day of March, 2016, by United States Mail, postage pre-paid, on the following:

      Joseph K. Bassler
      2325 Queen St South
      St. Petersburg, FL 33712
      *Pro se*

      Htun Yi (on behalf of Htun Nyunt, Inc.)
      7415 Flyway Dr
      Spring Hill, FL 34607
      *Pro se*

      Maung T. Nang (on behalf of TNN Enterprises, Inc.)
      5917 111th Place
      Pinellas Park, FL 33782
      *Pro se*

      Chris Burlew (on behalf of Beach & Luxury Realty, Inc.)
      3544 8th Ave N
      St. Petersburg, FL 33713
      *Pro se*

                           /s/ Kevin Colomb
                                 Counsel