UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| No. 12-970, Bon Secour Fisheries, Inc., et | : | Mag. Judge Shushan |
| al. v. BP Exploration & Production Inc., et al. | : | |

MEMORANDUM IN SUPPORT OF MOTION BY THE DHECC
TO CORRECT FINAL JUDGMENT AS TO TNN ENTERPRISE, INC., HTUN NYUNT, INC.

The Deepwater Horizon Economic Claims Center ("DHECC"), pursuant to Rule 60(a) of the Federal Rules of Civil Procedure, provides this memorandum in support of its motion seeking to correct the Final Judgment [Rec. Doc. 15977]("Final Judgment") as to claimants TNN Enterprise, Inc. ("TNN") and Htun Nyunt, Inc. ("Htun). For the following reasons, the DHECC respectfully requests that this motion be granted:

1. After reviewing the Court's Final Judgment of March 4, 2016, the DHECC observed a clerical error with respect to the judgment amounts as they related only to TNN and Htun; this error initially appeared in the DHECC's underlying motion for default judgment [Rec. Doc. 15951].

2. The DHECC correctly reported the award amount as assigned to each respective claim number and award payment date but inadvertently reported the inverse claimant names in its Memorandum In Support Of Its Motion For Entry Of Default Judgment [Rec. Doc. 15951-1]("Memorandum"). Specifically, Claim 103045 was awarded $132,579.40 on May 1, 2013, as reported, but the amount was to TNN, not Htun. Conversely, Claim 105198 was awarded $148,091.98 on June 27, 2013, as reported, but the amount was to Htun, not

TNN.[1]  The DHECC seeks correction to the entries of judgment as to TNN and Htun for their correct award amounts, as described above.

     3.  All information as to Joseph K. Bassler ("Bassler") and Beach & Luxury Realty, Inc. ("BLR") was correctly stated in the Memorandum and is correctly reflected in the Final Judgment as to the judgments entered against Bassler and BLR and Bassler, jointly and severally.  The DHECC does not seek to correct the joint and several liability judgment amount entered against BLR and Bassler.

                  Respectfully submitted,

                  Patrick Juneau
                  Claims Administrator

                  By:  ___/s/ Kevin Colomb_____
                  Kevin Colomb
                  Manager of Compliance and Internal Integrity

Dated:  March 22, 2016

---

[1] Exhibit A to the Memorandum [Rec. Doc. 15951-2] contains the same clerical error, specifically in paragraphs four and five.