UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

## ORDER

Upon consideration of the motion by the Deepwater Horizon Economic Claims Center ("DHECC") for correction of final judgment against claim preparer claimants TNN Enterprise, Inc. ("TNN") and Htun Nyunt, Inc. ("Htun") to the DHECC's motion for return of payments made in Reliance on Financial Data Provided by Claim Preparer Joseph K. Bassler, it is hereby ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion of the DHECC for correction of final judgment as to TNN Enterprise, Inc., and Htun Nyunt, Inc., is GRANTED; and

2. The Final Judgment of March 4, 2016 [Rec. Doc. 15977] in favor of the DHECC is hereby VACATED, ONLY as to the disposition of the claims of Htun and TNN, specifically paragraphs three and four of that Judgment, along with paragraph six only as to the joint and severally entered judgments entered against Htun and TNN; and

3. The DHECC claim award in favor of Htun based upon Claim 105198 is hereby RESCINDED and VACATED; and

4. The DHECC claim award in favor of TNN based upon Claim 103045 is hereby RESCINDED and VACATED; and

5.  Judgment is entered against TNN and Bassler, jointly and severally, in the amount of $132,579.40.  Judgment is entered against Htun and Bassler, jointly and severally, in the amount of $148,091.98.  Nothing in this judgment shall disturb the previously entered judgments against Bassler in the amount of $678,556.31 and against BLR and Bassler, jointly and severally, in the amount of $397,884.93.  Nothing in this judgment shall disturb the Court's ruling of March 4th, 2016 that under no circumstances shall the DHECC's recovery exceed $678,556.31; and

6.  IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

7.  IT IS FURTHER ORDERED IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the DHECC in enforcement of this judgment.

New Orleans, Louisiana, this the ___ day of _____, 2016.

                                                              _____
                                                               THE HON. CARL J. BARBIER
                                                               UNITED STATES DISTRICT JUDGE