UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010 | : : : : | MDL 2179<br><br>Section J |
| This Document Applies to: | : : | Judge Barbier |
| *No. 12-970, Bon Secour Fisheries, Inc., et al. v. BP Exploration & Production Inc., et al.* | : : | Mag. Judge Shushan |

CONSENT MOTION FOR
ENTRY OF FINAL CONSENT JUDGMENT AGAINST QUAN VO

Claims Administrator Patrick Juneau on behalf of the Deepwater Horizon Economic

Claims Center (the "DHECC") and Quan Vo ("Claimant") hereby jointly move for the Court

to enter a Final Consent Judgment against the Claimant, as follows:

1. The Court has continuing jurisdiction over claims submitted to the DHECC and

any dispute concerning such claims.

2. Claimant submitted Claim 14241 and Claim 14240 (the "Claims") to the DHECC

as part of the Court Supervised Settlement Program ("CSSP") and was awarded payment of

$235,168.90 as compensation for the Claims, paid from the Seafood Fund of the BP

Economic & Property Damages Settlement Trust (the "Trust").

3. Faegre, Baker, Daniels, LLP ("Firm") represented Claimant in the submission of

the Claims to the DHECC on a contingency basis and received a total of $58,792.23 in

connection with the Claims, out of the proceeds paid to the Claimant by the DHECC.

4. Following Claimant's receipt of the payment described in Paragraph 2 above, it

was determined that Claimant was not entitled to receive the awarded compensation for

the Claims.

5.   The Firm has repaid to the Trust the $58,792.23 that it received in legal fees for work on the Claims.

6.   The Claimant agrees that Claimant owes restitution to the Trust of the payments described in Paragraph 2, above, in the amount of $235,168.90.

7.   To resolve the issues concerning Claimant's receipt of the payment described in Paragraph 2 above, Claimant agrees that it is appropriate for the Court to enter a Final Consent Judgment against the Claimant in the amount of $235,168.90 plus post-judgment interest ("Claimant's Judgment Amount").

7.   The Claimant agrees that the Claimant's Judgment Amount will be reduced by any amount paid by the Firm, pursuant to paragraph 5, above, up to $58,792.23.

8.   The Claimant further agrees that Claimant shall not be entitled to receive any Seafood Supplemental Distribution from any Seafood Compensation Program Supplemental Distribution, as established by the Deepwater Horizon Economic and Property Damages Settlement Agreement as amended on May 2, 2012 (the "Supplemental Distribution"), and hereby waives his right to appeal denial of participation in any Supplemental Distribution.

9.   Due to the Claims being rescinded and vacated and for the reasons applicable thereto, the Claimant shall receive no payments from the CSSP or DHECC for any claim under any program under the Deepwater Horizon Economic and Property Damages Settlement Agreement, as amended on May 2, 2012.

10.   Claimant agrees and understands that nothing in this agreement precludes the Claims Administrator from providing information and cooperation concerning the Claimant

and the Claims to any authorized third party, including but not limited to any local, state or federal law enforcement agency.

11.   The Claimant represents that Claimant has relied upon the legal advice of Faegre, Baker, Daniels, LLP, and that the terms and conditions of this consent motion have been completely read and explained to Claimant by Faegre, Baker, Daniels, LLP, and these terms and conditions are fully understood and voluntarily accepted by Claimant.  The Claimant must personally sign this consent motion, rather than through an attorney or otherwise.  Electronic signatures are not sufficient.   This consent motion may be executed in counterparts.

Claims Administrator Patrick A. Juneau        Date   3/22/16
By:  Corey Moll, Counsel

Quan Vo, Claimant        Date   3-17-16

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing motion and supporting documents have been served on all counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2179, and that a copy of the foregoing have been served this 22nd day of March, 2016, by electronic mail, on the following:

Craig Coleman
Faegre, Baker, Daniels, LLP
2200 Wells Fargo Center,
90 S. Seventh Street
Minneapolis, MN 55402
*Attorney for Quan Vo*

/s/Kevin Colomb
Kevin Colomb