UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: OIL SPILL BY THE OIL RIG | : | MDL 2179 |
| "DEEPWATER HORIZON" IN THE | : | |
| GULF OF MEXICO, ON APRIL 20, 2010 | : | Section J |
| | : | |
| This Document Applies to: | : | Judge Barbier |
| | : | |
| *No. 12-970, Bon Secour Fisheries, Inc., et* | : | Mag. Judge Shushan |
| *al. v. BP Exploration & Production Inc., et al.* | : | |

<u>CONSENT FINAL JUDGMENT</u>

WHEREAS, Quan Vo ("Claimant") submitted Claim 14241 and Claim 14240 ("the Claims") to the Deepwater Horizon Economic Claims Center ("DHECC") and was awarded payment of $235,168.90 as compensation for the Claims, paid from the Seafood Fund of the BP Economic & Property Damages Settlement Trust ("the Trust"), but was not entitled to be paid on the Claims; and

WHEREAS, Faegre, Baker, Daniels, LLP ("Firm") represented Claimant in the submission of the Claims to the DHECC on a contingency basis and received a total of $58,792.23 in connection with the Claims, out of the proceeds paid to the Claimant by the DHECC, and has agreed to repay $58,792.23 to the Trust; and

WHEREAS, the Claims Administrator, on behalf of the DHECC, has filed a consent motion with the Claimant, requesting that the Court enter a Final Consent Judgment for purposes of repaying to the Trust $235,168.90 that the Claimant owes to the Trust ("Claimant's Judgment Amount");

WHEREAS, the Claims Administrator, on behalf of the DHECC, has filed a consent motion with the Claimant, requesting that the Claimant's Judgment Amount be reduced by any amount paid by Faegre, Baker, Daniels, LLP to the Trust, up to $58,792.23.

IT IS NOW HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1.   The DHECC claim awards in favor of Claimant for Claim 14241 and Claim 14240 are hereby RESCINDED and VACATED; and

2.   Judgment is entered in favor of the DHECC and the Trust and against the Claimant, requiring Claimant to make restitution of $235,168.90 to the DHECC and the Trust, plus post-judgment interest; and

3.   Claimant's Judgment Amount shall be reduced by any amount paid by Faegre, Baker, Daniels, LLP to the Trust, in connection with its agreement to repay, up to $58,792.23; and

4.   Claimant shall participate in no further distributions under the Seafood Compensation Program; and

5.   IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

6.   IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the Claims Administrator's Office and the DHECC in enforcement of this judgment.

7.  This Court shall retain jurisdiction for purposes of enforcing the Consent Judgment.

Signed in New Orleans, Louisiana, this ___ day of _____, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE