**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re: Oil Spill by the Oil Rig )
"Deepwater Horizon" in the )            **MDL NO. 2179; SECTION J**
Gulf of Mexico, on April 20, 2010 )
)            **JUDGE CARL J. BARBIER**
This document relates to: )
)            **MAG JUDGE SHUSHAN**
12-970, *Bon Secour Fisheries, Inc. et al.*)
v. BP Exploration & Production Inc., )
et al )
)
)
)
)

**ORDER**

Considering the foregoing Motion for Extension of Time to File Response to Special Master's Motion for Return of Payment made to Jack Hemmenway (Rec. Doc. 16016),

IT IS HEREBY ORDERED that respondent Brent Coon & Associates is granted a seven day extension, until March 30, 2016, to file any response to the Special Master's motion for return of payment made by the Deepwater Horizon Economic Claims Center.

IT IS FURTHER ORDERED that the DHECC is granted an extension to file any reply brief until April 13, 2016.

New Orleans, Louisiana this 22nd day of March, 2016.

_____
United States District Judge