## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: OIL SPILL by the OIL RIG "DEEPWATER HORIZON" in the GULF OF MEXICO, on April 20, 2010 | MDL No. 2179 |
| | SECTION: J |
| This document relates to: | JUDGE BARBIER |
| ALL CASES | MAGISTRATE JUDGE SHUSHAN |

### SECOND AMENDMENT TO PRETRIAL ORDER NO. 59

**(Appearance Before the Fee and Cost Committee)**

Pretrial Order No. 59 (Rec. Doc. 14863), paragraph 29, is hereby amended as follows:

Any Fee Applicant that has timely submitted a Fee Affidavit and has submitted fewer than 250 hours and less than $25,000 in held costs through the Initial Cut-Off Date, as posted on the Philip Garrett Case Cost Management System, may decline the FCC's request to appear before the FCC in New Orleans by so notifying its Co-Chairs in writing.  In that event, the FCC may, in its discretion, allow or require an interview to be conducted *via* telephone.  Otherwise, Fee Applicants will be deemed to rely solely on their time and expense submissions to Mr. Garrett and their Fee Affidavits in support of their request for an award of common benefit fees and/or reimbursement of held costs.

All other provisions of PTO 59 and the First Amendment to PTO 59 remain in effect.

New Orleans, Louisiana, this 22nd day of March, 2016.

The Honorable Carl J. Barbier
United States District Judge