# EXHIBIT 1



**State of Louisiana**
DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 94005
BATON ROUGE
70804-9005

Jeff Landry
Attorney General

March 16, 2016

Steven O'Rourke         <u>SENT VIA EMAIL</u>: steve.o'rourke@usdoj.gov
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Dear Mr. O'Rourke:

    The Consent Decree provides that each Gulf State "may withdraw or withhold consent to the proposed Consent Decree if comments received during the public comment procedure disclose facts or considerations indicating that the proposed Consent Decree or any of its terms is inappropriate, improper, or inadequate." C.D. ¶ 81.

    After consulting the appropriate State agencies, I write to confirm that the State of Louisiana does not wish to withdraw or withhold consent to the proposed Consent Decree, and in fact the State believes that the Consent Decree should be approved by the Court and entered as a final judgment.

    I understand that the United States will file a motion for the Court to approve the Consent Decree and enter it as a final judgment. The State supports the request for entry, and I hereby authorize you to attach this letter as an exhibit to the Motion.

Sincerely,

JEFF LANDRY
ATTORNEY GENERAL

Steven B. "Beaux" Jones
Assistant Attorney General
Louisiana Department of Justice
Post Office Box 94005
Baton Rouge, Louisiana 70804-9405

STATE OF MISSISSIPPI



**JIM HOOD**
**ATTORNEY GENERAL**

March 18, 2016

Steven O'Rourke
Environmental Enforcement Section
United States Department of Justice
Post Office Box 7611
Washington, D.C. 20044-7611
Via E-mail: steve.o'rourke@usdoj.gov

Dear Mr. O'Rourke:

  The Consent Decree provides that each Gulf State "may withdraw or withhold consent to the proposed Consent Decree if comments received during the public comment procedure disclose facts or considerations indicating that the proposed Consent Decree or any of its terms is inappropriate, improper, or inadequate." C.D. 81.

  After consulting the appropriate State agencies, I write to confirm that the State of Mississippi does not wish to withdraw or withhold consent to the proposed Consent Decree, and in fact the State believes that the Consent Decree should be approved by the Court and entered as a final judgment.

  I understand that the United States will file a motion for the Court to approve the Consent Decree and enter it as a final judgment. The State supports the request for entry, and I hereby authorize you to attach this letter as an exhibit to the Motion.

                Sincerely,

                Mary Jo Woods
                Special Assistant Attorney General



# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

March 16, 2016

Steven O'Rourke
Environmental Enforcement Section
U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Re:   *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, MDL 2179, In the U.S. District Court for the Eastern District of Louisiana

Dear Mr. O'Rourke:

The proposed Consent Decree in the referenced case provides that each Gulf State "may withdraw or withhold consent to the proposed Consent Decree if comments received during the public comment procedure disclose facts or considerations indicating that the proposed Consent Decree or any of its terms is inappropriate, improper, or inadequate." C.D. ¶ 81.

After consulting the appropriate State agencies, I write to confirm that the State of Texas does not wish to withdraw or withhold consent to the proposed Consent Decree, and in fact the State believes that the Consent Decree should be approved by the Court and entered as a final judgment.

In addition, pursuant to Texas law, notice of the proposed settlement was posted in the Texas Register. 40 Tex. Reg. 7263 (Oct. 16, 2015). No public comment was received and the Attorney General of Texas has approved this settlement. *See* Tex. Water Code §7.110.

Steven O'Rourke
Environmental Enforcement Section
U.S. Department of Justice
Page 2

    I understand that the United States will file a motion for the Court to approve the Consent Decree and enter it as a final judgment. The State supports the request for entry, and I hereby authorize you to attach this letter as an exhibit to the Motion.

Sincerely,

*J. H. Edwards*

Thomas H. Edwards
Assistant Attorney General
Environmental Protection Division
Tel: (512) 475-4003
Fax: (512) 320-0911
Thomas.Edwards@TexasAttorneyGeneral.gov



**STATE OF ALABAMA**
**OFFICE OF THE ATTORNEY GENERAL**

LUTHER STRANGE
ATTORNEY GENERAL

501 WASHINGTON AVENUE
P.O. BOX 300152
MONTGOMERY, AL 36130-0152
(334) 242-7300
WWW.AGO.ALABAMA.GOV

March 18, 2016

Dear Mr. O'Rourke:

The Consent Decree provides that each Gulf State "may withdraw or withhold consent to the proposed Consent Decree if comments received during the public comment procedure disclose facts or considerations indicating that the proposed Consent Decree or any of its terms is inappropriate, improper, or inadequate." C.D. ¶ 81.

After consulting the Attorney General and counsel for the Governor and State Trustees, I write to confirm that Alabama does not wish to withdraw or withhold consent to the proposed Consent Decree. In fact, Alabama believes that the Consent Decree should be approved by the Court and entered as a final judgment.

I understand that the United States will file a motion for the Court to approve the Consent Decree and enter it as a final judgment. Alabama supports the request for entry, and I hereby authorize you to attach this letter as an exhibit to that motion.

Sincerely,

COREY L. MAZE
Special Deputy Attorney General
State of Alabama

# CLARK HILL

Kenneth von Schaumburg
T 202.572.0904
F 202.572.8685
Email: kvonschaumburg@clarkhill.com

Clark Hill PLC
601 Pennsylvania Avenue NW
North Building, Suite 1000
Washington, DC 20004
T 202.772.0909
F 202.772.0919

clarkhill.com

March 17, 2016

Dear Mr. O'Rourke:

The Consent Decree provides that each Gulf State "may withdraw or withhold consent to the proposed Consent Decree if comments received during the public comment procedure disclose facts or considerations indicating that the proposed Consent Decree or any of its terms is inappropriate, improper, or inadequate." C.D. ¶ 81.

After consulting the appropriate State agencies, I write to confirm that the State of Florida does not wish to withdraw or withhold consent to the proposed Consent Decree, and in fact the State believes that the Consent Decree should be approved by the Court and entered as a final judgment.

I understand that the United States will file a motion for the Court to approve the Consent Decree and enter it as a final judgment. The State supports the request for entry, and I hereby authorize you to attach this letter as an exhibit to the Motion.

Sincerely,

Kenneth von Schaumburg

KVS:mmm