EXHIBIT 4B

*O'rourke, Steve*



Via Email
http://www.justice.gov/enrd/deepwater-horizon

November 13, 2015

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Re:   Gulf Consortium Comments on Consent Decree in U.S. v. BP Exploration and Production,
      et al, Civil No. 10-4536 (E.D. La.) (centralized in MDL 2179: In Re: Oil Spill by the Oil Rig
      "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.)

Dear Sir or Madam:

This correspondence is intended to provide comments from the Gulf Consortium of Florida on
the Consent Decree urging a modification to expressly allow the RESTORE Act funds of to be
accelerated and paid out over a shorter  period of time or to be pledged to the retirement of
debt.

The Gulf Consortium is the entity designated by the RESTORE Act to develop Florida's State
Expenditure Plan.  The Consortium consists of 23 member counties all of which are along
Florida's Gulf Coast from Monroe County in the Florida Keys to Escambia County in Florida's
western panhandle.  The Governor of Florida has also appointed six ex officio members to the
Board of Directors pursuant to a Memorandum of Understanding between the Consortium and
Governor Rick Scott, who is responsible for submission of Florida's SEP to the Council.

The RESTORE Act's designation of the Gulf Consortium to develop the State of Florida's State
Expenditure Plan is unique to Florida, as the Act requires a Gulf Coast State in every other
instance to develop the respective State's plans.  This unique designation puts the Consortium
in a position of not having the financial backing of a State government's budget or resources to
perform its federally-required functions.  Instead, the Gulf Consortium is a special district
created by the 23 county governments and is without taxing power.  From its inception to date,
the Consortium is funded entirely with contributions from the member counties which is

*Corr -*
*90-5-14-10026*

November 6, 2015
Page 2

approximately $150,000 annually and in-kind contributions from the Florida Association of Counties, a not for profit corporation organized to provide services to all 67 Florida counties.

The Consent Decree provides a 15 year payout of $5.5 billion in Clean Water Act (CWA) civil penalties, 80 percent of which is earmarked by RESTORE Act for the Gulf Coast Restoration Trust Fund.  The Consent Decree's CWA payment schedule provides for a uniform annual payment over a 15 year period, except for the second year in which a lesser amount is provided. See Section IV.  Of the RESTORE Act funds, 30 percent is dedicated to the Spill Impact Component which is divided among the five Gulf Coast States pursuant to the RESTORE Act formula that the Gulf Coast Restoration Council used in determining each State's share by Council Rule.  Under the Rule, Florida's share is 18.36 percent of the Spill Impact Component.

Based on the Consent Decree CWA payment schedule and the Council Rule's 18.36 percent allocation to Florida, we have estimated Florida's share of the Spill Impact Component 15 year payment schedule as follows:

| Year | CWA Payment | Trust Fund Deposit | Florida Pot 3 Share |
|---|---|---|---|
| 2017 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2018 | $189,655,172 | $151,724,138 | $8,356,965 |
| 2019 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2020 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2021 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2022 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2023 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2024 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2025 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2026 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2027 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2028 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2029 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2030 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2031 | $379,310,343 | $303,448,274 | $16,713,931 |
| | $5,500,000,000 | $4,400,000,000 | $242,352,000 |

This payment schedule provides a uniform amount of $16.7 million annually for the Consortium, except for the second year.  A level payment structure does not reflect the reality of planning and implementing a large scale ecosystem and economic restoration effort such as this.  Project expenditures are likely to be very uneven over the 15 year payout We anticipate that early years may require higher levels of planning funds while projects are being vetted, developed and permitted.  But in the middle and later years of implementing an SEP, whatever that duration, these will be the higher years in terms of project cost and implementation.  .

November 6, 2015
Page 3

Finally, not all projects are going to fit neatly into a level package for phasing and cost.  For example, a larger scale project coupled with other projects in any given year may exceed the $16.7 million annual payment.  Or from a construction efficiency standpoint should be implemented in a short duration that may exceed a $16.7 million annual payment.  To address these funding stream needs, if the Consortium could pledge the annual amount to the retirement of debt, the Consortium could receive a single lump sum amount or  a few larger payments to be retired over the same 15 year time period, the amount of which depends on interest rates and the cost of issuance.  This would give the Consortium the flexibility  required to plan and implement the scale and phasing of projects as needed rather than an arbitrarily constructed 15 year level pay out.

Accelerating the annual BP payments into one or more larger payments  provides great advantages for restoring the Gulf environment and economy.  A grant program that stretches out over a 15 year payout is much more expensive and less efficient than a short term grant program associated with a lump sum amount.  Similarly, implementing projects over a 15 year period of time demands significantly more costs to develop and administer than a shorter period.  If the payments  can be accelerated, the duration and amount of these administrative costs may  be reduced, making more funds available for projects rather than spent on administration.

The 15 year payout trickles the money into projects, and seems to encourage small projects instead of providing resources for signature, significant projects that can make a big restoration difference.  Further, the lump sum option provides more certainty, and allows Florida more opportunities to leverage other funds that are or may be dedicated to the restoration of the Gulf in Florida.

If the Consortium can finalize its RESTORE projects more quickly than 15 years, the settlement agreement payment schedule should allow for that.  Again, this would reduce administrative costs resulting in more beneficial use of the funds.  In many cases it is likely that earlier implementation of environmental and economic restoration projects will accelerate and compound the benefits over time.

A program dedicating funds to provide lump sum payments up front is not an unusual approach to addressing capital projects in federal programs.   The Consortium needs flexibility to be able to implement projects according to Florida priorities and scheduling considerations.  The Consortium could utilize alternatives to allow for that flexibility which may include a mechanism to borrow against future settlement funds that will be received by Florida.  Several alternatives could serve as a model for this flexibility in federal grant context such as:

- Grant Anticipation Revenue Vehicle ("GARVEE")-like bonds;

- Grant Anticipation Notes ("GANs"); and

- Other "conduit" sources of financing or pooled programs.

November 6, 2015
Page 4

To implement these types of tools, the Consent Decree should direct the requisite agencies such as Treasury and the Gulf Coast Ecosystem Restoration Council to provide guidance and flexibility in the amounts of funds distribution to reflect the reality of planning and implementing a restoration initiative of this scale.  Specifically, the Consent Decree should be modified to specify how interest on financing can be treated in any of these repayment mechanisms, as well address any federal income tax treatment on interest earned on such debt.  The Gulf Consortium respectfully requests that the Consent Decree be modified to provide specific legal authority to authorize the expenditure of settlement funds for debt services under these types of mechanisms.

Respectfully,

Grover C. Robinson, IV
Chairman

**FAC**

FLORIDA
ASSOCIATION OF
COUNTIES

100 S. Monroe St.
Tallahassee, FL 32301

TALLAHASSEE FL 323

23 NOV 2015 PM 3 T

US POSTAGE

X-RAYED

NOV 30 2015

DOJ MAILROOM

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

20044+7611



-----Original Message-----
From: BOOKER WOODARD [mailto:bookerwoodard@yahoo.com]
Sent: Thursday, November 19, 2015 5:57 PM
To: Woody, Carolyn (ENRD) <CWoody@ENRD.USDOJ.GOV>
Subject: 60 DAYS COMMENT BP $20 BILLON SETTLEMENT

FROM: BOOKER T.WOODARD, PRESIDENT
        WOODARD/WOODWARD
        ENTERPRISE INC., COMPANY
        157 ISAAC NEWSOME ROAD
        PINOLA, MS 39149

TO: CAROLYN WOODY
    UNITED STATES DEPARTMENT OF JUSTIC
    WASHINGTON, DC

SUBJECT: 60 DAYS COMMENTS
         BP $20 BILLION SETTLEMENT
         UNITED STATES ANNOUNCE

DATE:     NOVEMBER 19, 2015


LET THE RECORD SHOW, THE PURPOSE OF THIS E-MAIL LETTER
 SHALL BE TO GIVE LEGAL NOTICE TO THE UNITED STATES
 DEPARTMENT OF JUSTICE OF AND ABOUT MT NEED FOR HELP WITH

GIVING LEGAL COMMENTS OF THE UNITED STATES AND BP $20 BILLINO SETTLEMENT ANNOUNCE WITH 60 DAYS TO COMMENT. I BELIEVE THE UNITED STATES DEPARTMENT OF JUSTICE AND FIVE STATES SETTLEMENT FINAL CLAIMS FROM THE 2010 DEEPWATER HORIZON IOL SPILL IN THE GULF OF MEXICO.I, BELIEVE THE 134 MILLION GALLON OF OIL SPILL ABOUT 1,300 MILES IN THE GULF OF MEXICO AND ALONE SHORELINE THAT INDEED, MADE A SAD, FEAR AND LEGAL TREAT THAT DID DAMAGE TO AMERICAN SOCIETY MENTAL HEALTH ENVIRONMENT; AND ALSO KILLED 11 AMERICAN CITIZEN THAT WERE AT WORK ON THE B P DEEPWATER HORIZON OIL RIG IN THE GULF OF MEXICO THAT : EXPLOSION-XPLOSIVE OF THE DRILLING FOR OIL OPERATION THAT BECAME AN EXPOSE IN THE GULF OF MEXICO THAT SHOW AMERICAN SOCIETY A BIG SAD AND FEAR PICTURE THAT DAMAGE AMERICAN SOCIETY MENTAL ENVIRONMENT BECAUSE THE   11    AMERICAN SOCIETY CITIZEN THAT WERE WORKING WAS KILLED IN ACTION OPERATION WHEN THE B P DEEPWATER HORIZON OIL RIG CHANGE OPERATION AND :  EXPLOSION- EXPLOSIVE THAT BECAME AN  EXPOSE  SITE FOR THE GULF OF MEXICO FOR TOO LONG AND INDEED, DID MENTAL DAMAGE TO AMERICAN SOCIETY.

I, BELIEVE THE UNITED STATES AND  B  P  ANNOUNCE OF $ 20 BILLION SETTLEMENT   SHALL  BE A GOOD FAITH EFFORT OF THE LEGAL  PUNISHMENTS    B  P  DESERVES    BECAUSE OF THE 2010 DRILLING OIL RIG ACTION: EXPLOSION-EXPLOSIVE THAT BECAME AN   EXPOSE  PICTURE   FOR TO LONG THAT DID GAMAGE TO THE AMERICAN SOCIETY : HEALITY   LIVING   ENVIRONMENT     THAT   SHALL BE A FULL AND COMPLETE    COMPENSATION OF ALL THE DAMAGE AND INJURIES OF: HEALITY-LIVING AND THE ECONOMY OF THE UNITED STATES OF AMERICAN.

I BELIEVE THE UNITED STATES DEPARTMENT OF JUSTICE    SHALL    CONSIDER   THIS E-MAIL LETTER FOR THE 60 DAYS COMMENTS OF THE UNITED STATES AND   B  P $ 29 BILLION SETTLEMENTS.  779-348-6748 AND 601-259-0512.

November 17, 2015
Steve O'Rourke
Senior Attorney
Department of Justice
Environmental Enforcement Section
Via email at steve.o'rourke@usdoj.gov

Dear Mr. O'Rourke,

The Union of Concerned Scientists supports the numerous requests during the "public meetings" held from October 19 through November 10, 2015 for an extension to the comment deadline for the Department of Justice proposed BP Deepwater Horizon/Macondo Well Oil Spill Disaster Consent Decree.

In consideration of the time and resources made available to the Department of Justice to develop and negotiate the proposed agreement, we consider it unfair, exclusionary and unreasonable to expect Gulf States local communities, specifically, historically underserved/minority coastal citizens to comment by December 4, 2015.  In particular, the Vietnamese-American fishing communities along the Gulf States, a significant population with Limited English Proficiency (LEP), and whose livelihoods are critically dependent on a healthy ecosystem, habitats, and fisheries, has not been adequately engaged and informed. It is vitally important that all Gulf residents, stakeholders, and communities have equal access to relevant information as intended by law.

The consent decree is complicated and very consequential, thus coastal residents deserve sufficient time to review, analyze, and comment on it. Gulf Future is therefore, formally requesting a sixty (60) day extension of the deadline for the Department of Justice proposed BP Consent Decree. We respectfully further request a written response to the status of an extension no later than noon, Thursday, November 20, 2015.

Yours sincerely,

Adam Markham
Deputy Director, Climate & Energy Program
Union of Concerned Scientists

AM/kc

O'Rourke, Steven          Climate warming thing

Dec. 9, 2015

Dear attorney General Lynch:

BP needs to pay its entire $20.8 billion for its crimes in the Gulf. If an out-of-court agreement is negotiated no portion should be tax deductible.

Sincerely,

Amy D. Kemp
Ernest O'Byrne
Kate Gessett
Jen Chenn
Joan Webb
Marietta O'Byrne

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION

16   JAN -6  P4:12

Corr
90-5-1-1-10026

EUGENE OR 974

10 DEC 2015 PM 1 T

Happy
Holidays

X-RAYED

DEC 18 2015

DOJ MAILROOM

INSPECTED

Attorney General Lynch
of Justice
950 Pennsylvania Ave N. W
Washington D.C. 20530

Climate worders Party

O'Rourke, Steven

Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530

Dec. 9, 2015

Dear Attorney General Loretta Lynch:

If an out-of-court agreement with BP over the
Deepwater Horizon disaster is reached, please make
sure that no portion of the settlement be tax
deductible. Otherwise, so much for justice — or a
warnings to other oil companies to behave
responsibly.

M. Jessert
Ernest O'Byrne
Kate Jessert
Joe C. Roemeye
Joan Kleban
Cary D. Thompson
Marietta O'Byrne

16 JAN -6 P4:12

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION

Corr
90-5-1-1-10026

2015 DEC 21 PM 12: 15

M. Gesset
Climate Crisis Working Group

EUGENE OR 974

X-RAYED

DEC 18 2015

10 DEC 2015 PM 2 L

DOJ MAILROOM

Attorney General Loretta Lynch
Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C.
20530

INSPECTED 7

Attorney General
Loretta Lynch
Department of Justice
950 Pennsylvania Ave NW
Washington, D.C. 20530

To Loretta Lynch & Cabinet members —

The Deepwater Horizon oil explosion sent more than 3 million barrels of oil into the Gulf of Mexico. British Petroleum (BP) was clearly at fault.

As part of an out-of-court settlement, the Justice Department is about to give BP massive tax breaks.

We demand that if an out of court agreement is negotiated no portion of BP's settlement should be tax deductible. Please stand with us.

Dan Klein
Kate Gessert
Jane Gessert
Gary Penney
Marie O. Penney
M. Jessey
O'Byrne

16 JAN -6 PM 1:12

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION

O'Rourke, Steven

CORR
90-5-1-1-10026

MAIL REFERRAL UNIT

2015 DEC 21   PM 12: 31

Climate Crisis Working Group

EUGENE OR 974

X-RAYED

10 DEC 2015 6M2 T

DEC 18 2015

DOJ MAILROOM

Holidays

FOREVER

Attorney General Loretta Lynch
Department of Justice
950 Pennsylvania Ave NW
Washington. D.C. 20530

**BOARD OF COUNTY COMMISSIONERS**
840 West 11th Street
Panama City, Florida 32401
Telephone: (850) 248-8140
Fax: (850) 248-8153

*O'Rourke, Steven*

**BOARD OF COUNTY COMMISSIONERS**

www.baycountyfl.gov

840 WEST 11th STREET
PANAMA CITY, FL 32401

COMMISSIONERS:

MIKE NELSON
DISTRICT I

GEORGE B. GAINER
DISTRICT II

WILLIAM T. DOZIER
DISTRICT III

GUY M. TUNNELL
DISTRICT IV

MIKE THOMAS
DISTRICT V

ROBERT J. MAJKA JR.
COUNTY MANAGER

December 1, 2015

*DEPT. OF JUSTICE - ENRD*
*ENVIRONMENT DIVISION*
*15 DEC -9 P 3:23*

*Via web: http://www.justice.gov/enrd/deepwater-horizon*

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

**Re:  Bay County, FL Comments on _U.S. v. BP Exploration and Production et al_, Civil No. 10-4536 (E.D. La.) (centralized in MDL 2179: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20, 2012), D.J. Ref. 90-5-1-1-10026**

Dear Sir or Madam:

Please accept the following comments by Bay County, Florida regarding the Consent Decree for consideration consistent with ¶ 80.  On December 1, 2015, the Bay County Board of County Commissioners approved these comments and provided the Chairman with the authority to sign and submit the comments.  The Consent Decree represents the settlement of claims for liability associated with the _Deepwater Horizon Incident_ including, but not limited to, Section 311(b) of the Clean Water Act, 33 U.S.C. § 1321(b), and a declaration of liability for natural resource damages under the Oil Pollution Act, 33 U.S.C. § 2702, against BP Exploration and Production Company, Inc. ("BP").

Proposed in the Consent Decree, BP will pay:

(1)  $5.5 billion civil penalties under the Clean Water Act;

(2)  $8.1 billion for natural resource damages under the Oil Pollution Act (including the $1 billion that BP had previously pledged under a prior agreement), plus up to $700 million additional for unknown conditions and adaptive management;

(3)  $350 million for State and federal natural resource damage assessment costs; and

(4)  $250 million for other federal costs, including removal costs under the Oil Pollution Act, royalties, and a False Claims Act penalty.

*CORR*
*90-5-1-1-10026*

1

Bay County, FL is one of the disproportionately affected counties[1] in Florida impacted by the Deepwater Horizon Incident, and as such, will be the recipient of certain settlement funds. The focus of our comments is on the practical implications with receiving, managing and administering these funds. We are seeking flexibility with the distribution of funds that will match amounts and timeframes that meet project implementation needs.

**Civil Penalties**

Section R. of the Consent Decree identified 3.19 million barrels of oil discharged into the Gulf of Mexico and Section IV.10 states Civil Penalties will include $5.5 Billion or a penalty of $1,724/barrel. Those Penalties are paid according to a schedule (Table 1) on an annual basis of $379,310,345 with the exception of payments of $189,655,172 in 2018 and $379,310,343 in year 2031. Essentially, this provides a level payment schedule for Civil Penalties by BP.

**The RESTORE Act and Funds Distribution**

The Resources and Ecosystems Sustainability, Tourist Opportunities, and Revived Economies of the Gulf Coast States Act of 2012 ("RESTORE Act" or "Act") (Public Law 112-141 (July 6, 2012), codified at 33 U.S.C. § 1321(t)), is the vehicle that distributes 80% of all administrative and civil penalties paid by responsible parties pursuant to a court order, negotiated settlement, or other instrument in accordance with section 311 of the Federal Water Pollution Control Act (33 U.S.C. § 1321). The Act outlines the funds distribution process, supplemented by Regulations by the U.S. Department of Treasury (31 C.F.R. Part 34) and the Gulf Coast Ecosystem Restoration Council (40 C.F.R. Part 1800). Thirty-five percent of those funds are allocated to the Direct Component (equally across all five (5) states) with further formula allocations within the State of Florida for the 23 counties receiving funds pursuant to that Component. Note that while Bay County may receive other funds related to environmental damages or otherwise, it is only the Direct Component that Bay County will be directly responsible for administering and managing.

As part of that process, Bay County will receive Direct Component funds of approximately $41,353,395. If the various components of funds (and their distribution formulas) are taken equally and annually, this could result in Bay County having to design and maintain an expenditure program for fifteen (15) years at $2.3 million per year (not including the $6,470,084.58 in Transocean settlement funds available as of October 1, 2015).

---

[1] Resources and Ecosystems Sustainability, Tourist Opportunities, and Revived Economies of the Gulf Coast States Act of 2012, Pub. L. 112-141 (2012).

**The Challenges of a Level and Equal Payout**

While Table 1 in the Consent Decree seems to indicate a level and equal payment schedule by BP, nothing limits the distribution from the Trust Fund to that same schedule.  The RESTORE Act states:

> Amounts in the Trust Fund, including interest earned on advances to the Trust Fund and proceeds from investment under subsection (d), shall—
>
> (1) be available for expenditure, without further appropriation, solely for the purpose and eligible activities of this subtitle and the amendments made by this subtitle; and
>
> (2) remain available until expended, without fiscal year limitation. Pub. L. 112-141 (H.R. 4348), § 1602(c) (2012).

Given that BP settlement funds will be managed as a Federal granting program, this adds a specific administrative and management effort to the funds distribution process.  Additionally, larger scale projects may not fit neatly into a level and equal payout distribution system.  As the funds distribution process occurs, it is clear that early years will be focused on planning and feasibility of projects.  But after that initial "ramping up" period concludes, local governments will be ready to implement projects which may in some years be larger scale or require phasing.

The challenge will be to maintain a flow of funds that matches project needs in terms of scale and complexity.  Limiting project expenditures to $2.31 million per year could 1) prohibit expenditure for projects in years when more than that amount is required and 2) artificially extend a $41.2 million county restoration initiative longer than necessary, increasing administrative cost. Examples of these unintended consequences include:

- A group of foundational projects that may need to be implemented before others can be implemented may easily require more than $2.31 million per year, yet without them, larger projects cannot move forward.

- From an efficiency standpoint, construction costs could be reduced if projects could be packaged or phased when they relate to one another (again exceeding the need of $2.31 million per year).

- Such a level distribution requirement may force project planning that results in smaller projects sacrificing the restoration benefits of larger scale projects.  In many cases it is likely that earlier implementation of environmental and economic restoration projects will accelerate and

compound the benefits over time and reduce administration costs, thus making more funds available to restore our damaged resources.

**How the Challenges Can be Addressed**

To address these funding stream needs, this flexibility could take multiple forms, including but not limited to:

1. Establishing program and/or project thresholds that would provide for a shorter duration in funds distribution based on a set of standards. *Example: If a project can be implemented over a shorter timeframe, but it requires higher funding in early years, then perhaps a standard can be established that allows funds to be released for that project at the level needed over a two (2) or three (3) year timeframe.*

2. A local government that does not receive a high amount of settlement funds should not be required to keep a program in place for fifteen (15) years if they can spend their funds more efficiently over a shorter timeframe. *Example: For total payouts under a certain dollar amount, the distribution is over five (5) years instead of fifteen (15).*

3. Local governments could utilize alternatives to allow for needed flexibility which may include a mechanism to borrow against future settlement funds that will be received by the local government for a few upfront payments tracking project need. *Examples: Use of Grant Anticipation Revenue Vehicle ("GARVEE")-like bonds[2], Grant Anticipation Notes ("GANs")[3], and other "conduit" sources of financing or pooled programs.* Specific legal authority will likely be needed to expend

---

[2] GARVEE bonds are used to fund major capital projects with debt backed by future Federal-aid disbursements in highway projects (Title 23 grants). Section 311 of the National Highway System Designation Act of 1995 significantly expanded the eligibility of bond and other debt instrument financing costs for Federal-aid reimbursement.

[3] GANs are revenue bonds backed by anticipated grant receipts. They are most frequently used by transit agencies to borrow against future Federal formula or grant funding (Federal Transit Administration Title 49 grants). GANs have also been used (less frequently) in hospital and school construction financing. Examples of their use:

- New Jersey Transit – First state to issue bonds backed solely or primarily by anticipated Federal formula funding in 1997. Since 1997, over $3.2 billion in GANs have been issued with terms ranging from 3-15 years and principals ranging from $18-450 million.
- Fort Myers, FL – This municipality, through Chapter 22, Article II, Division 7, § 22-161 of its Code of Ordinances, provides express authorization of the use of GANs for the purpose of meeting expenses of the City (up to $10 million aggregated) in exchange for a revolving loan.

4

settlement funds for debt services under some of these types of mechanisms.

There appear to be no limitations in the RESTORE Act or the Interim Treasury or Gulf Coast Ecosystem Restoration Council regulations preventing use of these tools. Additionally, there are only limited references to use of bonds (or debt financing) in the Uniform Guidance Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 C.F.R. Part 200) which does not reveal any express prohibition on the use of bonding against for future grant revenues. This is consistent with the fact that such practices are already being used in other federal granting programs (Title 23 and 49), programs which would also be subject to the Uniform Guidance. Note though that in both instances, express federal authorization was provided to permit fund expenditures for debt services. Though not prohibited in the Uniform Guidance, such federal authorization will likely be required to expend funds for debt services under the RESTORE Act.

An example where some of this flexibility already exists within the Consent Decree can be found in Appendix 2 which establishes the *Agreement Among the United States and the Gulf States Relating to Natural Resource Restoration*. Section 2.3.2 in this Agreement provides a basis for allowing this type of flexibility. It states, "[t]he Trustee Implementation Group for each Restoration Area may agree on *a different allocation of funds to the Restoration Types*, consistent with fully funding all of the Restoration Type allocations over the life of the payment schedule." Basically, this allows for discretion in how money will flow within the various Restoration Types as long as the total amounts in each given Type are not modified overall. Additionally, Section 3.6 contemplates that money can be shifted between Restoration Goals with consensus of the Trustee Implementation Group and Court approval. The Trustee Council is also required to develop Standard Operating Procedures.
Finally, several places in the Consent Decree provide the opportunity for further direction by the Court to encourage or require this type of flexibility:

- The Court could simply amend Table 1 to account for the real needs of project implementation which are likely not to be static over time or require less than a fifteen (15) year payout.

- Section VIII, ¶ 29 allows BP (at its sole option) to pay any of the Civil Penalties in Section IV before they are due. While unlikely, the Consent Decree contemplates that advancing these payments is permissible upon BP's initiation.

- Section XIV could be amended to add language requiring Treasury and the Gulf Coast Ecosystem Restoration Council to develop guidance that allows for the type of flexibility sought in these comments with

Standard Operating Procedures (like those required for the Trustee Council) or amending current guidance to incorporate these concepts. This guidance or these procedures should address how interest on financing can be treated in any of these repayment mechanisms, as well address any federal income tax treatment on interest earned on debt.

Bay County respectfully requests that the Consent Decree be modified to provide specific legal authority to authorize the flexibility requested in these comments. We feel that including these types of concepts in the Consent Decree is important because there may be more specific legal authority needed to implement them. These issues are important to consider because addressing them means a more efficient program that does not needlessly waste precious settlement dollars on administration and allows for levels of funding commensurate with the need to cost-effectively implement these important projects. The ecosystems and the economy of the Gulf have been suffering for five (5) years and it is our sincere hope that we can move quickly to implement projects so that our environment and economies can recover from this tragedy. We appreciate your consideration of these issues.

Respectfully,

Mike Nelson
Chair
Bay County, Florida, Board of County Commissioners

6



| | Bay County Board of County Commissioners<br>Agenda Item Summary |
|---|---|

**Bay County Comments on Proposed BP Deepwater Horizon Consent Decree**

| DEPARTMENT MAKING REQUEST/NAME:<br>County Manager's Office Jim Muller, RESTORE Act Coordinator | MEETING DATE: 12/1/2015 |
|---|---|

**REQUESTED MOTION/ACTION:**
Board to authorize Chair to sign letter on behalf of the Board providing comments on the proposed BP Deepwater Horizon Consent Decree.

| AGENDA<br> County Manager's Office - Regular | BUDGETED ITEM? No<br>BUDGET ACTION:<br>Funds will be recognized in future budgets as projects are approved.<br>FINANCIAL IMPACT SUMMARY STATEMENT: |
|---|---|

**BACKGROUND:**
On October 5, 2015, the U.S. Department of Justice and the five Gulf coastal states announced a proposed settlement with BP for civil penalties under the Clean Water Act and the Oil Pollution Act related to the Deepwater Horizon oil spill disaster. Justice is seeking public comment on the proposed settlement by December 4, 2015. This is the last major federal and/or state action related to Deepwater Horizon that could result in significant financial penalties.

Under the proposed settlement's consent decree, BP must pay $5.5 billion under the Clean Water Act and $8.1 billion in natural resource damages. Under the Resources and Ecosystems Sustainability, Tourist Opportunities, and Revived Economies of the Gulf Coast States Act of 2012 (RESTORE Act), 80% ($4.4 billion) of the Clean Water Act fines go for environmental restoration, economic recovery, and tourism and seafood promotion in the five Gulf states. The Clean Water Act civil penalty will be paid over 15 years, starting in 2017. BP will make equal annual payments, except the 2018 payment will be half of a regular payment. From these payments, funds will be made available to all five components, or "pots", of RESTORE Act funding.

Under the RESTORE Act, $1.54 billion, 35%, of the settlement going to the RESTORE trust fund is allocated to the Direct Component (Pot 1). Of this, $308 million will go to each of the five Gulf coast states. Bay County's share of RESTORE Act Pot 1 funds from the proposed settlement will total $34.9 million. These funds are reserved for Bay County's use. Over 15 years, this averages $2.33 million available per year. Funds are accessed through a grant process administered by the U.S. Department of Treasury.

It is likely that earlier implementation of environmental and economic restoration projects will compound benefits over time. Bay County is requesting the availability of bonding or a similar mechanism to allow counties the option to accelerate access to their share of RESTORE funds to provide flexibility to distribute funds quickly and efficiently for recovery efforts **(Exhibit 1).**

**ATTACHMENTS:**

| Description | Type |
|---|---|
| Fact Sheet | Backup Material |
| Bay comments on BP DwH consent decree | Resolution Letter |

**REVIEWERS:**

| Department | Reviewer | Action | Date | Comments |
|---|---|---|---|---|
| RESTORE Act | Santiago, Gabriela | Approved | 11/23/2015 - 2:36 PM | |
| Human Resources | Cooper, Amy | Approved | 11/23/2015 - 2:43 PM | N/A |
| IT & GIS Department | Fox, Chris | Approved | 11/23/2015 - 5:08 PM | N/A |
| Emergency Services | Bowen, Mark | Approved | 11/24/2015 - 9:55 AM | N/A |
| Risk Management | Santiago, Gabriela | Approved | 11/24/2015 - 10:02 AM | Eve is Absent |
| Purchasing Office | Sellers, Wendi | Approved | 11/24/2015 - 10:15 AM | |
| Budget Office | Stukey, Ashley | Approved | 11/24/2015 - 11:33 AM | |
| County Attorney | Banks, Don | Approved | 11/24/2015 - 11:44 AM | |
| Administration | Santiago, Gabriela | Approved | 11/24/2015 - 11:46 AM | Final Approval |

# FLAT RATE ENVELOPE

**FLAT RATE POSTAGE REGARDLESS OF WEIGHT**
**DOMESTIC USE ONLY**

## FOR PICKUP CALL 1-800-222-1811



UNITED STATES POSTAGE
PITNEY BOWES
$ 005.75⁰
02 1P
0000812249      DEC 01 2015
MAILED FROM ZIP CODE 32401

◄◄

---

# PRIORITY MAIL

UNITED STATES POSTAL SERVICE

www.usps.com

---



HOW TO USE:



**1. COMPLETE ADDRESS LABEL AREA**
Type or print required return address and addressee information in customer block (white area) or on label (if provided).

**2. PAYMENT METHOD**
Affix postage or meter strip to area indicated in upper right hand corner.



**3. ATTACH LABEL** (if provided)
Remove label backing and attach over customer address block area (white area).



From:



PRIORITY MAIL
UNITED STATES POSTAL SERVICE

www.usps.com



From:
Planning and Zoning Division
Bay County Community Development
840 West 11th Street, Room 2350
Panama City, FL 32401

U. S. Department of Justice
P O Box 7611
Washington, DC 20044-7611

RE: D.J. Ref. 90-5-1-1-10026

Label 2

※ PLACE LABEL HERE ※

**The efficient FLAT RATE ENVELOPE.**

© EP14F FEBRUARY 2002 USPS ALL RIGHTS RESERVED

O'Rourke, Steven

# KING KREBS & JURGENS PLLC

HENRY A. KING (1)
PATRICIA A. KREBS (1)
GEORGE B. JURGENS III
ROBERT J. BURVANT (1)
J. GRANT COLEMAN, LLM (2)(4)
ERIC E. JARRELL
LEN R. BRIGNAC (1) (3)(5)
TIMOTHY S. MADDEN
ROBERT J. STEFANI (1) (2)(7)

JAMES D. BERCAW
LINDSAY A. LARSON III
DAVID A. STRAUSS (1) (8)
JEFFREY M. BURMASTER
DOUGLAS P. MATTHEWS
MICHAEL L. VINCENZO
CHRISTIAN A. GARBETT (1)
JOHN A. CANGELOSI
ADAM P. MASSEY

COUNSELORS AT LAW

201 ST. CHARLES AVENUE
45TH FLOOR
NEW ORLEANS, LA 70170
TELEPHONE: (504) 582-3800
FAX: (504) 582-1233

JOSEPH A. DEVALL, JR
SUSAN E. DINNEEN (2) (10)
MICHAEL J. CERNIGLIA (11)
BRENT M. BURNS
R. DANIEL SERIO, JR.
CAROLYN S. BUCKLEY
REED M. COLEMAN (12)

FABIAN M. NEHRBASS
NICOLE M. BABB
LAURA E. AVERY
BRIAN A. CLARK
ANDREW J. REBENNACK
Of Counsel:
JOSEPH R. MESSA (9)
JOANNE MANTIS (8)
SARAH MONSOUR

(1) ALSO ADMITTED IN TEXAS
(2) ALSO ADMITTED IN WASHINGTON, D.C.
(3) ALSO ADMITTED IN FLORIDA

(4) TAX LAW SPECIALIST
CERTIFIED BY THE LOUISIANA
BOARD OF LEGAL SPECIALIZATION
(5) REGISTERED PATENT ATTORNEY

(6) ALSO ADMITTED IN GREECE
(7) ALSO ADMITTED IN NEW YORK
(8) ALSO ADMITTED IN ILLINOIS
(9) ADMITTED IN TEXAS ONLY

(10) ALSO ADMITTED IN MARYLAND
(11) ALSO ADMITTED IN COLORADO
(12) ALSO ADMITTED IN ALABAMA

**Michael Louis Vincenzo**
Attorney at Law
mvincenzo@kingkrebs.com
504.582.3810 Direct

December 4, 2015

**VIA CERTIFIED MAIL NO. 7010 1060 0000 3843 0850**
**RETURN RECEIPT REQUESTED**

Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
U.S. Department of Justice
Washington, DC  20044–7611
(Re: DJ # 90-5-1-1-10026)

**VIA CERTIFIED MAIL NO. 7010 1060 0000 3843 0836**
**RETURN RECEIPT REQUESTED**

Natural Resource Damage Assessment
U.S. Fish and Wildlife Service
P.O. Box 49567
Atlanta, GA  30345

**VIA CERTIFIED MAIL NO. 7010 1060 0000 3843 0843**
**RETURN RECEIPT REQUESTED**

EES Case Management Unit
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
U.S. Department of Justice
Washington, DC  20044–7611
(Re: DJ # 90-5-1-1-10026)

15 DEC 10 P 4:01

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION

Re:     *U.S. v. BP Exploration and Production et al.,* Civil No. 10–4536 (E.D. La.) (centralized in
MDL 2179:  In Re: Oil Spill by the Oil Rig ''Deepwater Horizon'' in the Gulf of Mexico,
April 20, 2012), D.J. Ref. 90–5–1–1–10026.

Comment of Plaquemines Parish and the Town of Grand Isle to the Proposed Consent Decree
Among Defendants BP Exploration & Production Inc. (''BPXP''), The United States of
America and the States of Alabama, Florida, Louisiana, Mississippi and Texas

To Whom It May Concern:

        Attached hereto are the comments of The Parish of Plaquemines and the Town of Grand Isle to the
Proposed Consent Decree Among Defendants BPXP, The United States of America and the States of

Corr
90-5-1-1-10026

December 4, 2015
Page -2-

Alabama, Florida, Louisiana, Mississippi and Texas.  An electronic submission of these comments was made this same date through the Department of Justice.

Please advise if you have any questions.

With best regards, I remain,

Very Truly Yours,

Michael Louis Vincenzo

MLV/db
Attachment

cc:     Joel Loeffelholz (via email) (w/attach)
        David Landry (via email) (w/attach)
        Scott Bickford (via email) (w/attach)
        Henry A. King (via email) (w/attach)
        David Colvin (via email) (w/attach)

{N1097746 -}

*U.S. v. BP Exploration and Production et al,* Civil No. 10–4536 (E.D. La.) (centralized in MDL 2179: *In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico,* April 20, 2012), D.J. Ref. 90–5–1–1–10026.

## COMMENTS BY THE PARISH OF PLAQUEMINES AND THE TOWN OF GRAND ISLE TO THE PROPOSED CONSENT DECREE AMONG DEFENDANTS BP EXPLORATION & PRODUCTION INC. ("BPXP"), THE UNITED STATES OF AMERICA, AND THE STATES OF ALABAMA, FLORIDA, LOUISIANA, MISSISSIPPI AND TEXAS

**NOW COMES** Plaquemines Parish Government ("Plaquemines Parish") and the Town of Grand Isle ("Grand Isle"), in accordance with the Court's Order dated October 5th, 2015, hereby submit the following comments ("Comments") to the proposed Consent Decree Among Defendant BP Exploration & Production Inc. ("BPXP"), the United States of America, And the States of Alabama, Florida, Louisiana, Mississippi, and Texas ("Gulf States").

Plaquemines Parish and Grand Isle previously appeared at the public hearing held in New Orleans on October 22, 2015 and submitted comments regarding the Consent Decree and the PDARP-PEIS into the record of this matter. The following Comments supplement the previous comments raised by Plaquemines Parish and Grand Isle at the October 22, 2015 public hearing.

The purpose of these Comments is to request that the Consent Decree be amended to include certain clarifying language which more acutely reflects the intent of the parties to the Consent Decree as well as the permissible legal scope of the covenants contained therein.

**Proposed Amendments to Certain Definitions and Provisions of the Consent Decree**

Plaquemines Parish and Grand Isle propose the following revisions to the Consent Decree:

## 1. Definition of "Gulf State" or "Gulf States"

The Consent Decree's current definition of **"Gulf State"** or **"Gulf States"** presently reads as follows:

y. **"Gulf State"** or **"Gulf States"** means one or more of the States of Alabama, Florida, Louisiana, Mississippi, and Texas.

Plaquemines Parish and Grand Isle request that the this definition be amended to clarify the fact, as expressed in other sections of the Consent Decree, that **"Gulf State"** or **"Gulf States"** do not include Local Government Entities.   The suggested revised definition would be as follows:

y. **"Gulf State"** or **"Gulf States"** means one or more of the States of Alabama, Florida, Louisiana, Mississippi, and Texas.   This definition expressly excludes Local Government Entities (as defined in paragraph 74 below).

## 2. Definition of "Natural Resource" and "Natural Resources"

The Consent Decree's current definition of **"Natural Resource"** and **"Natural Resources"** Presently reads as follows:

dd. **"Natural Resource"** and **"Natural Resources"** means land, fish, wildlife, biota, air, water, ground water, drinking water supplies, sediment, habitat, supporting ecosystem, and/or any other such resources at any time belonging to, managed by, held in trust by, appertaining to, regulated by, assessed as part of the Deepwater Horizon Natural Resource Damages assessment, or otherwise controlled by the United States (including resources of the exclusive economic zone; "system unit resources" as defined by 54 U.S.C. § 100721(3); "park system resources" as defined by 16 U.S.C. § 19jj(d); and marine "sanctuary resources" as defined by 16 U.S.C. § 1432(8)), any Gulf State, and/or any Trustee.

Plaquemines Parish and Grand Isle request that this definition be amended to: (1) remove the words "at any time" in order to clarify that **"Natural Resource"** and **"Natural Resources"** subject to the Consent Decree do not include properties which may have once belonged to the

United States or a Gulf State but where title was transferred prior to the effective date of the Consent Decree; and (2) to move the clause "assessed as part of the Deepwater Horizon Natural Resource Damages assessment" to the end of the paragraph to clarify that **"Natural Resource"** and **"Natural Resources"** consist of those resources actually assessed as part of the Natural Resource Damages assessment. The suggested revised definition would be as follows:

dd. **"Natural Resource"** and **"Natural Resources"** means land, fish, wildlife, biota, air, water, ground water, drinking water supplies, sediment, habitat, supporting ecosystem, and/or any other such resources belonging to, managed by, held in trust by, appertaining to, regulated by, or otherwise controlled by the United States (including resources of the exclusive economic zone; "system unit resources" as defined by 54 U.S.C. § 100721(3); "park system resources" as defined by 16 U.S.C. § 19jj(d); and marine "sanctuary resources" as defined by 16 U.S.C. § 1432(8)), any Gulf State, and/or any Trustee assessed as part of the *Deepwater Horizon* Natural Resource Damages assessment.

## 3. <u>Savings Provision</u>

Paragraph 67 of the Consent Decree currently reads as follows:

67. <u>Savings Provision</u>. Except as provided in Paragraph 66, other than the Project Stipulations entered into pursuant to the Framework Agreement, these covenants not to sue do not affect rights under any written agreement or settlement, existing as of July 2, 2015 to which any instrumentality of the United States and any of the BP Entities are both a party.

Plaquemines Parish and Grand Isle request that this definition be amended to clarify that Local Government Entities are expressly excluded from the Consent Decree by adding the following sentence:

Further, these covenants not to sue do not affect the rights of any Local Government Entity (as defined in paragraph 74 below).

The suggested revised paragraph 67 would read as follows:

67. <u>Savings Provision</u>. Except as provided in Paragraph 66, other than the Project Stipulations entered into pursuant to the Framework Agreement, these covenants not to sue do not affect rights under any written agreement or settlement, existing as of July 2, 2015 to which any instrumentality of the United States and any of the BP Entities are both a party. Further, these covenants not to sue do not affect the rights of any Local Government Entity (as defined in paragraph 74 below).

## 4. **Instrumentalities**

Paragraph 74 of the Consent Decree currently reads as follows:

74. Instrumentalities. All references to the Gulf States in this Section XIII and Paragraph 5 shall include each and every of the five Gulf States and, respectively, all State Trustees, all branches, agencies, associations, authorities, boards, bureaus, councils, departments, educational institutions or systems, components, public benefits corporations, or other instrumentalities of any kind, administrators, elected or unelected officials, officers or delegates (other than in their individual capacities), attorneys, or other agents of any kind of each of the Gulf States, provided however that a reference to a Gulf State shall not include counties, parishes, municipalities, or any other local governmental or local political subdivisions authorized by law to perform local governmental functions.

Plaquemines Parish and Grand Isle request paragraph 74 be amended to specify the definition of Local Government Entities and to clarify that Local Government Entities are expressly excluded from the Consent Decree by adding the following text:

(collectively "Local Government Entities").  Nothing in this Consent Decree shall be deemed to constitute a waiver of any rights or claims of Local Government Entities provided for under the OPA, general maritime law, or other applicable statute or law.

Plaquemines Parish and Grand Isle also request paragraph 74 be amended to omit the term in "this Section XIII and Paragraph 5" to clarify that the definition of Gulf States has one meaning throughout the entirety of the Consent Decree.

The suggested revised paragraph 74 would read as follows:

74. Instrumentalities. All references to the Gulf States shall include each and every of the five Gulf States and, respectively, all State Trustees, all branches, agencies, associations, authorities, boards, bureaus, councils, departments, educational institutions or systems, components, public benefits corporations, or other instrumentalities of any kind, administrators, elected or unelected officials, officers or delegates (other than in their individual capacities), attorneys, or other agents of any kind of each of the Gulf States, provided however that all references to a Gulf State shall not include counties, parishes, municipalities, or any other local governmental or local political subdivisions authorized by law to perform local governmental functions (collectively "Local Government Entities").  Nothing in this Consent Decree shall be deemed to constitute a waiver of any rights or claims of Local Government Entities provided for under the OPA, general maritime law, or other applicable statute or law.

Respectfully Submitted,
**MARTZELL & BICKFORD**


*/s/Scott R. Bickford*
**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
**usdcedla@mbfirm.com**
338 Lafayette Street
New Orleans, LA 70130
(504) 581-9065 Telephone
(504) 581-7635 Fax
**Special Counsel for the Parish of Plaquemines,**
**the Town of Grand Isle and their Subdivisions**
**and Districts**


AND


*/s/David Landry*
**DAVID L. LANDRY (#7978)**
**The Law Office of David L. Landry**
**2landry@cox.net**
1214 Parasol Place
Pensacola, Florida 32507
(850) 492-7240


**Special Counsel for the Parish of Plaquemines**
**and its Subdivisions and Districts**


AND


*/s/Henry King*
**HENRY A. KING (#7393)**
**MICHAEL L. VINCENZO (#23965)**
**King, Krebs & Jurgens, PLLC**
**hking@kingkrebs.com**
**mvincenzo@kingkrebs.com**
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
504-582-3800 Telephone
504-582-1233 Fax
**Special Counsel for the Parish of Plaquemines**
**and its Subdivisions and Districts**

*s/David L. Colvin*
**DAVID L. COLVIN (#4353)**
**COLVIN LAW FIRM**
**davec@dcolvinlaw.com**
230 Huey P. Long Avenue
Gretna, LA 70053
504-367-9001 Telephone
504-367-0650 Fax
**Counsel for The Town of Grand Isle and Grand Isle Independent Levee District**

neopost
12/04/2015

FIRST CLASS

FROM:  KING KREBS & JURGENS
CARR:  United States Postal Service
TRK#:  70101060000038430850
RCVD:  12/10/2015      1453

TO:    Hebb, Kevin M. (ENRD)
PH:    202-373-7550
BDG:   PH
RM:
PCS:   1

9999000077538

RTE:
MSC: PH2121
Hebb, Kevin M. (ENRD)



KING KREBS & JURGENS
3127-003
201 St. Charles Avenue
45th Floor
New Orleans, LA 70170

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL** TM

7010 1060 0000 3843 0850

Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
U.S. Department of Justice
Washington, DC  20044–7611
(Re: DJ # 90-5-1-1-10026)

FROM: **KING KREBS & JURGENS**
CARR: United States Postal Service
TRK#: 70101060000038430843
RCVD: 12/10/2015      1456

TO:   Hebb, Kevin M. (ENRD)
PH:   202-373-7550
BDG:  PH
RM:
PCS:  1

RTE:
MSC: **PH2121**
**Hebb, Kevin M. (ENRD)**

9999000077542

*3127-003*

# KING KREBS & JURGENS

*3127-003*

201 St. Charles Avenue
45th Floor
New Orleans, LA 70170

7010 1060 0000 3843 0843



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**™

7010 1060 0000 3843 0843

EES Case Management Unit
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
U.S. Department of Justice
Washington, DC 20044–7611
(Re: DJ # 90-5-1-1-10026)

O'Rourke, Steven



# PARISH OF JEFFERSON

### OFFICE OF THE PRESIDENT

December 3, 2015

**JOHN F. YOUNG, JR.**
PARISH PRESIDENT

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

**RE:   U.S. v. BP Exploration and Production et al, Civil No. 10-4536 (E.D. La.)
(Centralized in MDL 2179: In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
In the Gulf of Mexico, April 20, 2012), D.J. Ref. 90-5-1-1-10026**

To Whom It May Concern:

The tragic explosion of the Deepwater Horizon on April 20, 2010, and the subsequent 87-day long gush of oil and methane gas into the waters of the Gulf of Mexico will be forever remembered as one of the most devastating environmental disasters in history.  The damage inflicted upon the residents, wildlife, fisheries, and coastal habitats of the Gulf Coast will take decades to repair, with some areas remaining permanently beyond recovery.  The Natural Resources Damage Assessment process and the Federal Water Pollution Control Act are meant to assure the American people that in the event of such a disaster, the parties responsible for the damages will be equally responsible for remediation.  Upon review of the proposed Consent Decree referenced above, however, it is clear that the settlement conditions currently under review for this incident will profoundly impede Louisiana's ability to recover from this event in a timely manner.

Section IV of the Consent Decree concerns the monetary penalty to be incurred by BP Exploration & Production, Inc., outlining the terms of payment of the proposed $5.5 billion settlement.  While we are disappointed that the proposed penalty amount is significantly lower than anticipated, we are even more disappointed at the proposed 15-year installment schedule set forth in the Consent Decree.  The damages of the oil spill were felt immediately in not only Jefferson Parish, but across the entire Gulf Coast.  Remediation of damages and restoration of habitat should be experienced just as swiftly.

In accordance with the terms provided for in the Resources and Ecosystems Sustainability, Tourist Opportunities, and Revived Economies of the Gulf Coast States (RESTORE) Act, Jefferson Parish will receive 11.95309% of the 30% of Louisiana's Direct Allocation Share that will be distributed to Louisiana Parishes according to a weighted formula accounting for population, land area, and miles of oiled shoreline. When considering the proposed payment schedule outlined in the Consent Decree, this amounts to a mere $761,700 per year allocated to Jefferson Parish for each of the 15 years of repayment, except for year two, at which time Jefferson Parish will receive only $380,850.

Corr

90-5-1-1-10026

While any amount of funding for coastal restoration efforts is certainly helpful, the current payment framework makes it impossible to construct effective and worthwhile projects in a timely fashion. Most significant restoration efforts come with price tags of over $50 million, while larger programmatic approaches incur costs of hundreds of millions of dollars. Less than $1 million per year being allocated directly to Jefferson Parish will not be a sufficient to carry out effective restoration work necessary to ensure the recovery and sustainability of Jefferson Parish. For this reason, we vehemently oppose the 15-year payment schedule and strongly recommend that it be stricken from the settlement conditions, in favor of a lump sum payment to be paid before the anniversary of the Effective Date of the Consent Decree. In addition to this revision, we recommend that the $7.1 billion payment for Natural Resource Damages be paid in one lump sum, as well, as opposed to the 15-year payment schedule provided for in the Consent Decree. The ability to pool financial resources between local, state, and federal entities will ensure an exponentially higher degree of success for projects undertaken in connection with these penalty payments.

The window of opportunity to ensure that our environment can recover from this devastating event as holistically as possible diminishes with each passing hour. We cannot allow such a disservice to the American people as this proposed 15 year payment schedule to be approved as part of the final settlement in this case. We strongly urge all plaintiffs to refuse to accept the payment schedule provision as proposed, and ensure that a lump sum payment is mandated by the final judgment.

I thank you for the opportunity to comment on this Consent Decree and look forward to working with the Federal Government and our fellow Gulf Coast states to ensure this historic restoration opportunity is responsibly managed and is successful in the timely mitigation of oil spill damages.

Sincerely,

John F. Young, Jr.
Jefferson Parish President

cc: Jefferson Parish Council Members
    Jacques Molaison, Chief Operating Officer, Jefferson Parish
    Andrew Maestri, Deputy Chief Operating Officer, Jefferson Parish
    Deborah Foshee, Parish Attorney, Jefferson Parish
    Kazem Alikhani, Public Works Director, Jefferson Parish
    Marnie Winter, Environmental Affairs Director, Jefferson Parish

**OFFICE OF THE PARISH PRESIDENT**
1221 ELMWOOD PARK BOULEVARD
SUITE 1002
JEFFERSON, LOUISIANA 70123

X-RAYED

DEC 1 5 2015

DOJ MAILROOM

$0.49 0
US POSTAGE
FIRST-CLASS
062S0009121485
70123



U. S. Department of Justice
P.O. Box 7611
Washington, D.C.   20044-7611

20044761111



November 16, 2015

To: Mr. Steve O'Rourke. Senior Attorney., United States Department Of Justice
Environmental Enforcement Section, steve.o'rourke@usdoj.gov

Re: Extension of public comment period on BP consent decree

Gulf Future, a network of multi-racial, community-based, faith- based and arts-based organizations
across the five Gulf States, support the numerous request**s** during the "public meetings" held from
October 19 through November 10, 2015 for an extension to the comment deadline for the Department
of Justice proposed BP Deepwater Horizon/Macondo Well Oil Spill Disaster Consent Decree.

In consideration of the time and resources made available to the Department of Justice to develop and
negotiate the proposed agreement, we consider it unfair, exclusionary and unreasonable to expect
Gulf States local communities, specifically, historically underserved, impacted and minority coastal
citizens to comment by December 4, 2015.

In particular, the Vietnamese-American fishing communities along the Gulf States, a significant
population with Limited English Proficiency (LEP), and whose livelihoods critically depend on a healthy
ecosystem, habitats, and fisheries, has not been adequately engaged and informed. **It is vitally
important that all Gulf residents, stakeholders, and communities have equal access to relevant
information as intended by law.**

The consent decree is complicated and very consequential to the future of our region, thus coastal
residents deserve sufficient time to review, analyze, and comment on it. **<span style="color:red">Gulf Future is therefore,
formally requesting a sixty (60) day extension of the deadline for the Department of Justice
proposed BP Consent Decree.</span>**  We respectfully request a written response to the status of an
extension no later than noon, Thursday, November 20, 2015.

Sincerely,

Jackie Antalan, Operation Homecare (Alabama) &
Thao Vu, Mississippi Coalition for Vietnamese-American Fisher Folks and Families (MSCVAFF)

*Co-Chairs, Research, Science & Policy Coordinating Committee*
*On behalf of Gulf Future Coalition*



**From:** Operation Homecare <ophomecare_gcr@yahoo.com>
**Date:** November 17, 2015 at 11:00:54 AM EST
**To:** "steve.o'rourke@usdoj.gov" <steve.o'rourke@usdoj.gov>
**Subject: BP consent decree deadline  extension**
**Reply-To:** Operation Homecare <ophomecare_gcr@yahoo.com>


Dear Atty O'Rourke

OHC is a requesting a sixty (60) day  extension to the comment deadline for the
Department of Justice proposed BP Deepwater Horizon/Macondo Well Oil Spill
Disaster Consent Decree. The consent decree is extremely challenging for us to review,
understand, and adequately respond.   Consistent with the intent of law Public Input
and Engagement is vital to acting on behalf of the Public.

In consideration of the time and resources made available to the Department of Justice
to develop and negotiate the proposed agreement, we consider it unfair, exclusionary
and unreasonable to expect Gulf States local communities, specifically, historically
underserved/minority coastal citizens to comment by December 4, 2015.


Respectfully submitted,
Jackie Antalan
Dir. of Outreach & Programs
Operation HomeCare, Inc.
Post Office Box 121
Mobile, AL 36601-0121

   

August 4, 2015

Honorable John C. Cruden
Assistant Attorney General for the Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**RE: Recommendations for Details of BP Consent Decree**

Dear Mr. Cruden:

On behalf of our organizations, we would like to thank the Department of Justice for its leadership in securing a settlement in principle with BP and the Gulf states to settle natural resource damage claims, Clean Water Act civil claims and economic claims. This agreement, when finalized, along with past settlements with MOEX, Transocean and BP, provides the funding needed to address impacts from the BP Deepwater Horizon oil disaster and to make important investments toward comprehensive restoration of the Gulf ecosystem.

While our understanding is that the consent decree will not be available for public review and comment for several months, our organizations are concerned about several important details that should be included or further clarified in the consent decree to ensure a fair and just settlement for the Gulf ecosystem and people. We have outlined some of these outstanding issues below and look forward to providing a formal public comment when the consent decree is finalized and fully accessible.

**1. Inclusion of a Natural Resource Damage (NRD) allocation for open ocean projects**

The BP oil disaster originated offshore, more than 40 miles off the Louisiana coast. Living marine resources, such as finfish, sea turtles, marine mammals and seabirds, were exposed to oil and dispersants. Emerging information regarding impacts to natural resources continues to paint a troubling picture for the marine environment. We applaud the Department for proposing to earmark $1.24 billion for projects in the open ocean. We recommend the following clarifying definition of open ocean and use of funds provision.

Suggested definition of "Open Ocean"
*"Open Ocean" means the area seaward of the barrier islands in the Gulf of Mexico, including but not limited to the benthic and pelagic environments, species, and ecosystem services of the continental shelf, continental slope, and abyssal plain, as well as species inhabiting the open ocean that also spend part of their life cycle in state territorial waters or coastal environments of the Gulf of Mexico.*

*Open ocean funds must—*
    *(a) be used to restore or enhance the condition of species, habitats, or ecosystems in the Open Ocean injured as a result of the Deepwater Horizon oil spill, or to replace or acquire the*

*equivalent of injured resources, or to eliminate or reduce risk of future harm from other stressors that may interfere with the long-term health or recovery of injured resources,*

(b) *enhance or improve the condition of natural resources of the Open Ocean, or*

(c) *create, enhance or improve marine resource management, scientific research, or monitoring of natural resources of the Open Ocean.*

**2.   Natural Resource Damage Allocations to Gulf States**

In addition to its impacts on open ocean ecosystems, the BP oil disaster had devastating consequences for the wildlife and natural resources of coastal ecosystems. The BP Macondo well spewed 210 million gallons of oil into the Gulf, affecting over 1,000 miles of delicate shoreline and thousands of acres of coastal marsh. The disaster's long-term effects will continue to impact coastal habitats and their natural resources for decades to come.

The state allocations for natural resource damages will help to restore critical coastal habitats and species all around the Gulf Coast. We are pleased to see $5 billion reserved for Louisiana, the state where the most severe natural resource damages occurred.

To achieve the greatest benefit for the Gulf Coast, we recommend that state natural resource damage funds:

(a) *be used to restore or enhance the condition of species, habitats, or ecosystems in the coastal zone injured as a result of the Deepwater Horizon oil spill, or to replace or acquire the equivalent of injured resources, or to eliminate or reduce risk of future harm from other stressors that may interfere with the long-term health or recovery of injured resources,*

(b) *be expended on projects that produce lasting results, and that promote overall coastal resilience, in the face of natural hazards and climate change impacts, and*

(c) *to the extent practicable, complement and build on existing state or regional plans and ecosystem restoration projects that have been funded through Early Restoration dollars and other funding streams.*

**3.   Process for allocation of funds dedicated to Natural Resource Damages**

The consent decree should provide detailed guidance and clarity about the structure and process that will be used to evaluate, select and approve projects funded with the NRD allocation. The Trustee Council should continue to provide oversight, consultation and coordination between the states and federal agencies on the use of these funds. To maximize coordination and leveraging opportunities, funding decisions should be made by unanimous consent whenever possible. At a minimum, funding decisions should be made by the unanimous consent of the federal trustees and the state trustees where the project is implemented.

Tremendous resources, both time and funding, have gone into collecting the data that will ultimately steer the NRD funding. In order for the public to fully understand impacts and participate in the NRD process, we believe that these data should be made accessible to the public. This will help ensure a stronger open and public process. The Trustee Council's role, as well as guidance for greater public transparency, should be described in the consent decree.

**4.   BPXP will set aside an additional amount of $232 million (Reserve) at the end of the payment period to cover any further natural resource damages that are unknown at this time**.

2

We greatly appreciate the inclusion of the Reserve funding for unknown future damages. We suggest the following additional language to clarify the use of the Reserve account:

*Further natural resource damages that are unknown at this time should include: injury to an affected population, habitat, or species that was not manifest or could not reasonably have been documented scientifically from any information in the possession of or reasonably available to any Trustee on the Effective Date, or to an injury documented before the Effective Date that persists or has worsened and is preventing a full recovery at the end of the 15-year payment period.*

 Additionally, the consent decree should outline:
- How the funds from the Reserve account can be accessed and allocated;
- What documentation or evidence of additional injury will be required to access Reserve account;
- How ongoing injury assessments and recovery monitoring will be conducted and funded (e.g., will some of the $7.1 billion NRD allocation be utilized for ongoing injury study and assessment); and
- What role, if any, BP will play in determining whether and when to access the Reserve account (In the experience of the *Exxon Valdez* oil spill, relying on the concurrence of the Responsible Party [Exxon] to pay for post-settlement damage claims has proven unworkable, with claims rejected by Exxon sent back to court, where they remain unresolved.).

## 5.  The critical role of long-term monitoring and research in demonstrating new, continuing or worsening injury after 15 years

Oil released into sensitive coastal and marine environments can persist for decades, and the resulting environmental impacts can last just as long or longer. Ecosystem monitoring and research should be conducted and funded under an oil spill restoration program for as long as oil and its chronic effects could linger in the environment. Studies of the *Exxon Valdez* oil spill show that some oil remained in Prince William Sound two decades later, and some injured resources had not fully recovered.[1,2] Using the *Exxon Valdez* oil spill as an analog, an oil spill recovery monitoring program spanning a minimum of 20 to 25 years is a necessary and appropriate component of Gulf restoration, particularly for a spill as large and complex as the BP oil disaster.

The Trustees' ability to document injury that was not known at the time of the Effective Date or that persists or has worsened at the end of the 15-year payment period and beyond will not be possible without the necessary science and data to substantiate those injuries or lack of recovery. The consent decree should explicitly dedicate an amount of funding sufficient to implement a robust long-term monitoring and research program to be managed by the Trustee Council. At the end of the 15-year period, the National Academy of Sciences (NAS) should be asked by the court to establish an independent panel of experts to assess the results of studies conducted to date to determine whether new, continuing or worsening injury has been sufficiently documented. The NAS panel findings should

---

[1] *Exxon Valdez* Oil Spill Trustee Council, "Report on Lingering Oil Studies," *available at* http://www.evostc.state.ak.us/Universal/documents/LingeringOilReport.pdf.
[2] *Exxon Valdez* Oil Spill Trustee Council, *Exxon Valdez* Oil Spill Restoration Plan, "2014 Update: Injured Resources and Services," *available at* http://www.evostc.state.ak.us/static/PDFs/2014IRSUpdate.pdf.

3

be used by the court to guide its decision on accessing the Reserve fund for additional restoration funding.

**6.   Resolution of Economic Claims**

The BP oil disaster profoundly impacted the economies of the five Gulf states, which serve as an economic engine for the rest of the country. We support the resolution of these claims, with the recommendation that the consent decree should explicitly prohibit the use of funds for projects or programs which will result in adverse environmental impacts or which will directly, indirectly or cumulatively impact the resources and ecosystems that are currently being restored in the Gulf region.

**7.   Length of comment period**

Given the complicated nature of the settlement agreement and the anticipated simultaneous release of the Natural Resource Damage Assessment and Restoration Plan, we recommend a minimum of 90 days for public review and comment on the consent decree. Ninety days or more are appropriate and will allow sufficient time for interested members of the public to be informed and provide meaningful input for the court to consider.

Thank you for your consideration of these comments as you move toward finalizing the consent decree. Please feel free to contact us via Bethany Carl Kraft at 504.208.5816 with questions or to discuss these comments in more detail.

Regards,

Ocean Conservancy
National Audubon Society
Environmental Defense Fund
National Wildlife Federation

4



601 Tremont – P. O. Box 1080
Galveston Island, Texas  77550
(Phone) 409-797-5000
(Toll Free) 1-888-GAL-ISLE
(Fax) 409-762-8911
www.galvestonparkboard.org

Galveston Park Board maintains facilities, manages the impacts of visitation and funds conservation efforts. Therefore, funding to "provide and enhance recreational opportunities" is essential to effectively manage visitation, leverage economic impact and ensure the upkeep, maintenance and preservation of important environmental assets.  The lack of facilitated recreational opportunities can be an impediment to the creation of on-going revenue streams which will sustain conservation efforts after initial recovery funds have been invested.

We also believe that the approach to paying for the administrative costs associated with administering the Deepwater Horizon-related funding should be clarified and reconsidered.  The Galveston Park Board believes administrative costs should not be covered from the "open ocean" funding.  We maintain that funds allocated for the open ocean should be used for projects and activities directly related to the open ocean since it took the direct impact of the unprecedented amount of oil and dispersants that were released as a result of the DWH spill.

In addition, the proposed governance structure seems unwieldy and likely to create silos.  It seems to go against the stated intention of approaching Gulf restoration on a landscape-wide, regional basis. Therefore, we recommend that consideration be given to revising the governance structure to encourage a more Gulf-wide approach.

Finally, we believe that transparency in the project selection process will help ensure the funds available from this unique, unprecedented event are used for projects that benefit the areas most impacted by the oil spill and that provide the most benefit for the Gulf of Mexico as a whole.
Thank you for considering these comments and suggestions from the Galveston Island Park Board of Trustees.

Sincerely,

Kelly de Schaun
Executive Director
Galveston Island Park Board of Trustees



**GALVESTON**
PARK BOARD OF TRUSTEES

601 Tremont – P. O. Box 1080
Galveston Island, Texas 77550
(Phone) 409-797-5000
(Toll Free) 1-888-GAL-ISLE
(Fax) 409-762-8911
www.galvestonparkboard.org

December 4, 2015

U.S. Fish and Wildlife Service
P.O. Box 49567
Atlanta, GA 30345

Dear NRDA Trustees:

The Galveston Island Park Board of Trustees ("Park Board") appreciates the opportunity to submit comments about the proposed Consent Decree for the Deepwater Horizon (DWH) oil spill and the draft Programmatic Damage Assessment and Restoration Plan. It is clear that significant thought and effort have gone into developing these documents that are critical in determining how funds from the oil spill will be allocated and used within the Gulf region. After reviewing the proposed documents, the Galveston Island Park Board of Trustees believes that some revisions and clarifications to them could make the project application and implementation process more clear, objective, transparent, and effective in restoring the Gulf of Mexico.

The Park Board encourages all parties involved in making project funding decisions to emphasize the importance of barrier islands to the economy and environment, and to consider their vulnerability to coastal hazards including oil spills. Texas beaches are the second most popular tourist destination in the state, contributing enormous economic benefits to the state and the nation. However, Galveston Island and other barrier islands in the Gulf of Mexico are most vulnerable to the impacts of oil spills and the first line of defense against coastal storms. In addition to the impacts of the DWH oil spill, Galveston Island is still recovering from Hurricane Ike in 2008 that caused $29 billion in property damage and $142 billion in economic damage. As a result, the Park Board strongly believes that protective barrier islands such as Galveston Island should be made the top priority in the evaluation and award process for DWH-related project funding applications.

We also feel strongly that Texas should receive funding to "provide and enhance recreational opportunities," which the draft plan has allocated to the other four Gulf States affected by the DWH oil spill but not to Texas. Like most barrier islands, Galveston has a relatively small population, with roughly 40,000 citizens supporting more than six million tourists annually. Providing quality recreational opportunities to millions of tourists helps to create connections between visitors and the Gulf, educating them and influencing their behavior toward this important natural asset. It is through the generation of recreational fees that the

# COUNTY COMMISSIONERS
# LEVY COUNTY, FLORIDA



GOVERNMENT
SERVING
CITIZENS

| John Meeks | Rock Meeks | Mike Joyner | Lilly Rooks | Danny Stevens |
|---|---|---|---|---|
| District 1 | District 2 | District 3 | District 4 | District 5 |

December 3, 2015

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

**TRANSMITTED VIA OVERNIGHT DELIVERY AND WEB AT:**
**http://www.justice.gov/enrd/deepwater-horizon**

Re:  Levy County, Florida comments on U.S. v. BP Exploration and Production, et al., Civil No. 10-4536 (E.D. La.) (centralized in MDL 2179: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20, 2012), D.J. Ref. 90-5-1-1-10026

Dear Sir or Madam:

On behalf of the Board of County Commissioners of Levy County, Florida ("Board"), this letter constitutes Levy County's comments regarding the proposed Consent Decree in the above-referenced action.  The Board approved these comments at its regular meeting November 17, 2015, and authorized the undersigned Chair of the Board to submit this letter on its behalf.

Many of Levy County's concerns have been addressed thoroughly and clearly in separate comments that have been or are anticipated to be submitted to the U.S. Department of Justice by Bay County, Florida ("Bay County") and by the Gulf Consortium[1] ("Gulf Consortium").  Therefore, except as otherwise detailed below, Levy County hereby adopts and generally supports the concerns, comments, and proposed solutions prepared by Bay County and the Gulf Consortium.  The Bay County and Gulf Consortium comments are attached to the hard copy of these comments submitted by overnight delivery for your reference.  It is requested that this letter be considered in conjunction with those attachments.

In addition to the concerns and solutions raised by Bay County and the Gulf Consortium, Levy County wishes to provide some additional comments related to the Consent Decree that will describe Levy County's individual circumstances and highlight issues of particular importance to Levy County.   With that in mind, Levy County offers the following:

---

[1] The Gulf Consortium is a consortium of the 23 Florida Gulf of Mexico coastal counties as anticipated under the RESTORE Act (Public Law 112-141 (July 6, 2012) and codified at 33 U.S.C. § 1321(t)).

Corr
90-5-1-1-10026

P.O. Box 310 Bronson Florida 32621
Telephone (352) 486-5218    Fax (352) 486-5167
e-mail: levybocc@levycounty.org   Website:  Levycounty.org

U.S. Department of Justice
December 3, 2015
Page 2

## Levy County's Distribution under the RESTORE Act

Both the Bay County and Gulf Consortium comments offer accurate background information, as well as accurate summaries of the pertinent settlement proposals, distribution of settlement funds to be paid by BP Exploration and Production Company, Inc., and payment schedule contained in the Consent Decree.   Levy County's concerns arise from the settlement funds it would receive from Direct Component funds under the RESTORE Act[2] as currently set out in the Consent Decree.   Levy County's portion of settlement funds will consist of Direct Component funds under the RESTORE Act in an amount of approximately $2,998.380.   If payments of Direct Component funds to each Florida county coincide with the formula used to develop the 15-year payout schedule in the Consent Decree, Levy County will have approximately $206,784 available in 14 of the 15 years, with $103,392 available in year two.

## Levy County's Challenges with the Payout Schedule

The Bay County and Gulf Consortium comments address challenges and concerns with the payout schedule proposed in the Consent Decree for RESTORE Act funds, particularly highlighting that the 15-year payout schedule creates significant increases in administrative costs and oversight, and losses of efficiency, than a shorter payout schedule.   The length of the proposed payout schedule could undermine the ability to even begin viable projects that may exceed funds available in early years of the schedule, forcing these projects into later time frames which will reduce efficiency and increase overall costs of the projects as inflation takes its toll.

To paraphrase Bay County's comments, as modified for Levy County's amounts and concerns, limiting project expenditures to $206,784 per year for Levy County could 1) prohibit sufficient funding for viable projects that exceed the yearly amount until enough years pass to fund those projects (thereby increasing overall costs of the projects), and 2) artificially extend approximately $2.9 million in County restoration projects longer than necessary, increasing administrative costs to a prohibitive level. These concerns are exacerbated for Levy County by the comparatively lower amount of Direct Component funds designated for Levy County and by certain unique characteristics of small, rural Florida counties such as Levy, outlined as follows:

- Levy County is one of seven Florida coastal counties that are designated as "fiscally constrained" by § 218.67, Fla. Stat.   Fiscally constrained Florida counties have populations less than 50,000 and have tax bases where one mill of ad valorem property taxes generates less than $5 million.   In fact, Levy County has approximately 40,000 residents spread out over a large area of 1,100 square miles, with a total projected income for FY 2015-16 from ad valorem revenue of only $13,292,188. As a rural county, Levy County's economic base consists primarily of agriculture and agriculture-related interests.

- Levy County's prospects of increasing ad valorem revenue from year to year remain slim due to a number of factors.   First, Levy County's millage rate of 8.2741 is close to a 10-mill cap set by the

---

[2] Resources and Ecosystems Sustainability, Tourist Opportunities, and Revived Economies of the Gulf Coast States Act of 2012 Pub. L. 112-141 (2012).

U.S. Department of Justice
December 3, 2015
Page 3

Florida constitution.   In addition, traditionally low property values for rural Florida properties, coupled with a variety of ad valorem tax exemptions allowed by state law for low-value residential properties, force the responsibility for the bulk of ad valorem revenues on a small minority of commercial and higher value residential property owners in Levy County.   That minority group that already bears the burden of funding the majority of the ad valorem tax base can ill afford any increases, however slight those increases may be in light of a 10-mill cap.   Finally, as a rural county with an agricultural economic base and an abundance of state and federally-owned land held as forest and wildlife refuge areas, the County has significant properties that require services, but do not provide commensurate funding into the County's budget due to agricultural and governmental ad valorem tax exemptions allowed by state law.   While Levy County is proud to be the home of so much property that contributes food and fiber products as well as valuable environmental and ecological preservation, those attributes come at a cost to the County's overall budget.   Since Levy County's tax base is so low and its boundaries cover such a large area, the County struggles even in the best economic times to provide the most basic government services such as road maintenance, law enforcement, ambulance and fire services and other public safety services.

- With Levy County's ad valorem funding so low, its ability to increase its tax base severely limited by economic factors and the application of state laws, and its costs of providing basic government services rising year after year, the County cannot afford to incur additional costs in administering the Direct Component funds.   Administrative costs of implementing projects funded with Direct Component funds are limited to 3% by the RESTORE Act (33 U.S.C. § 1321(t)(1)(B)(iii)) and the related U. S. Department of Treasury rules (31 CFR § 34.204).   A Direct Component amount of approximately $2,998,380 for Levy County allows approximately $89,951 for administrative costs, at a level of approximately $5,997 per year if the funds are distributed using the proposed 15-year payout schedule.   The allowance of less than $6,000 per year will likely pay only a portion of the costs Levy County will incur each year for staffing, supplies and other costs to administer distribution of Direct Component funds, especially as costs for those items increase over time.   In order to maintain a program for RESTORE Act-eligible projects, the county will need to find funding outside of the Direct Component funds to cover the administrative costs over the long 15-year life of the proposed payout schedule.   As a fiscally constrained, rural, Florida county, Levy County's options are limited to find this outside funding and continue to provide basic governmental services.   While Levy County appreciates the unanticipated ability to fund projects that could enhance and preserve the ecological assets of the County through the use of RESTORE Act Direct Component funds, those funds could become a gift that eats more than it generates if the availability of the funds is spread out over the proposed 15-year payout schedule.

## How the Challenges Can Be Addressed

The Bay County and Gulf Consortium comments each provide solutions to the challenges raised by a 15-year payout schedule for RESTORE Act funds.   Levy County joins in those comments, particularly the ones that request the Consent Decree to provide flexibility in the payout schedule to allow for higher payouts up front to reduce administrative costs and inefficiency.   The solution offered by Bay County as item 2, set out in its entirety as follows, would be particularly helpful for the fiscally constrained Florida counties like Levy that are receiving relatively small amounts of Direct Component funds:

U.S. Department of Justice
December 3, 2015
Page 4

2.      A local government that does not receive a high amount of settlement funds should not be required to keep a program in place for fifteen (15) years if they can spend their funds more efficiently over a shorter time frame.   *Example: For total payouts under a certain dollar amount, the distribution is over five (5) years instead of fifteen (15).*

Please note that it would be important to Levy County and other fiscally constrained Florida counties that this shorter time frame for payouts for governments that receive smaller amounts of settlement funds be retained as an option, even if other suggested solutions are implemented.   In the interest of support for the Gulf Consortium and other counties receiving large settlement fund amounts, Levy County joins in the Bay County and Gulf Consortium solutions that suggest alternative mechanisms to borrow against future settlement funds; however, borrowing mechanisms would not provide meaningful assistance to counties like Levy receiving relatively small settlement fund amounts.   The administrative and other costs of financing, as well as the relatively small amount of total settlement funds over a 15-year period, would not provide Levy County with a viable opportunity for borrowing against its future settlement funds.   As such, it would be important to retain the solutions to insert flexibility into the payout schedule or shorten the payout time frame for recipients of smaller amounts of settlement funds.

Levy County is grateful for the opportunity to provide these comments to the U.S. Department of Justice on behalf of the Board.   Please do not hesitate to contact me with any questions or concerns.

Sincerely,

John Meeks
Chair, Board of County Commissioners

JM/abb

z:\letter\restore.consentdecree.comment
LR2013-002

**BOARD OF COUNTY COMMISSIONERS**
840 West 11th Street
Panama City, Florida 32401
Telephone: (850) 248-8140
Fax: (850) 248-8153

BOARD OF COUNTY
COMMISSIONERS

www.baycountyfl.gov

840 WEST 11th STREET
PANAMA CITY, FL 32401

COMMISSIONERS:

MIKE NELSON
DISTRICT I

GEORGE B. GAINER
DISTRICT II

WILLIAM T. DOZIER
DISTRICT III

Guy M. Tunnell
DISTRICT IV

MIKE THOMAS
DISTRICT V

ROBERT J. MAJKA JR.
COUNTY MANAGER

December 1, 2015

*Via web: http://www.justice.gov/enrd/deepwater-horizon*

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

**Re:** ***Bay County, FL Comments on*** <u>***U.S. v. BP Exploration and Production et***</u> <u>***al***</u>***, Civil No. 10-4536 (E.D. La.) (centralized in MDL 2179: In Re: Oil Spill*** ***by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20,*** ***2012), D.J. Ref. 90-5-1-1-10026***

Dear Sir or Madam:

Please accept the following comments by Bay County, Florida regarding the Consent Decree for consideration consistent with ¶ 80. On December 1, 2015, the Bay County Board of County Commissioners approved these comments and provided the Chairman with the authority to sign and submit the comments. The Consent Decree represents the settlement of claims for liability associated with the *Deepwater Horizon Incident* including, but not limited to, Section 311(b) of the Clean Water Act, 33 U.S.C. § 1321(b), and a declaration of liability for natural resource damages under the Oil Pollution Act, 33 U.S.C. § 2702, against BP Exploration and Production Company, Inc. ("BP").

Proposed in the Consent Decree, BP will pay:

    (1)    $5.5 billion civil penalties under the Clean Water Act;

    (2)    $8.1 billion for natural resource damages under the Oil Pollution Act (including the $1 billion that BP had previously pledged under a prior agreement), plus up to $700 million additional for unknown conditions and adaptive management;

    (3)    $350 million for State and federal natural resource damage assessment costs; and

    (4)    $250 million for other federal costs, including removal costs under the Oil Pollution Act, royalties, and a False Claims Act penalty.

Bay County, FL is one of the disproportionately affected counties[1] in Florida impacted by the Deepwater Horizon Incident, and as such, will be the recipient of certain settlement funds. The focus of our comments is on the practical implications with receiving, managing and administering these funds. We are seeking flexibility with the distribution of funds that will match amounts and timeframes that meet project implementation needs.

## Civil Penalties

Section R. of the Consent Decree identified 3.19 million barrels of oil discharged into the Gulf of Mexico and Section IV.10 states Civil Penalties will include $5.5 Billion or a penalty of $1,724/barrel. Those Penalties are paid according to a schedule (Table 1) on an annual basis of $379,310,345 with the exception of payments of $189,655,172 in 2018 and $379,310,343 in year 2031. Essentially, this provides a level payment schedule for Civil Penalties by BP.

## The RESTORE Act and Funds Distribution

The Resources and Ecosystems Sustainability, Tourist Opportunities, and Revived Economies of the Gulf Coast States Act of 2012 ("RESTORE Act" or "Act") (Public Law 112-141 (July 6, 2012), codified at 33 U.S.C. § 1321(t)), is the vehicle that distributes 80% of all administrative and civil penalties paid by responsible parties pursuant to a court order, negotiated settlement, or other instrument in accordance with section 311 of the Federal Water Pollution Control Act (33 U.S.C. § 1321). The Act outlines the funds distribution process, supplemented by Regulations by the U.S. Department of Treasury (31 C.F.R. Part 34) and the Gulf Coast Ecosystem Restoration Council (40 C.F.R. Part 1800). Thirty-five percent of those funds are allocated to the Direct Component (equally across all five (5) states) with further formula allocations within the State of Florida for the 23 counties receiving funds pursuant to that Component. Note that while Bay County may receive other funds related to environmental damages or otherwise, it is only the Direct Component that Bay County will be directly responsible for administering and managing.

As part of that process, Bay County will receive Direct Component funds of approximately $41,353,395. If the various components of funds (and their distribution formulas) are taken equally and annually, this could result in Bay County having to design and maintain an expenditure program for fifteen (15) years at $2.3 million per year (not including the $6,470,084.58 in Transocean settlement funds available as of October 1, 2015).

---

[1] Resources and Ecosystems Sustainability, Tourist Opportunities, and Revived Economies of the Gulf Coast States Act of 2012, Pub. L. 112-141 (2012).

**The Challenges of a Level and Equal Payout**

While Table 1 in the Consent Decree seems to indicate a level and equal payment schedule by BP, nothing limits the distribution from the Trust Fund to that same schedule.  The RESTORE Act states:

> Amounts in the Trust Fund, including interest earned on advances to the Trust Fund and proceeds from investment under subsection (d), shall—
>
> (1) be available for expenditure, without further appropriation, solely for the purpose and eligible activities of this subtitle and the amendments made by this subtitle; and
>
> (2) remain available until expended, without fiscal year limitation. Pub. L. 112-141 (H.R. 4348), § 1602(c) (2012).

Given that BP settlement funds will be managed as a Federal granting program, this adds a specific administrative and management effort to the funds distribution process. Additionally, larger scale projects may not fit neatly into a level and equal payout distribution system. As the funds distribution process occurs, it is clear that early years will be focused on planning and feasibility of projects.  But after that initial "ramping up" period concludes, local governments will be ready to implement projects which may in some years be larger scale or require phasing.

The challenge will be to maintain a flow of funds that matches project needs in terms of scale and complexity.  Limiting project expenditures to $2.31 million per year could 1) prohibit expenditure for projects in years when more than that amount is required and 2) artificially extend a $41.2 million county restoration initiative longer than necessary, increasing administrative cost.  Examples of these unintended consequences include:

- A group of foundational projects that may need to be implemented before others can be implemented may easily require more than $2.31 million per year, yet without them, larger projects cannot move forward.

- From an efficiency standpoint, construction costs could be reduced if projects could be packaged or phased when they relate to one another (again exceeding the need of $2.31 million per year).

- Such a level distribution requirement may force project planning that results in smaller projects sacrificing the restoration benefits of larger scale projects.  In many cases it is likely that earlier implementation of environmental and economic restoration projects will accelerate and

3

compound the benefits over time and reduce administration costs, thus making more funds available to restore our damaged resources.

**How the Challenges Can be Addressed**

To address these funding stream needs, this flexibility could take multiple forms, including but not limited to:

1. Establishing program and/or project thresholds that would provide for a shorter duration in funds distribution based on a set of standards. *Example: If a project can be implemented over a shorter timeframe, but it requires higher funding in early years, then perhaps a standard can be established that allows funds to be released for that project at the level needed over a two (2) or three (3) year timeframe.*

2. A local government that does not receive a high amount of settlement funds should not be required to keep a program in place for fifteen (15) years if they can spend their funds more efficiently over a shorter timeframe. *Example: For total payouts under a certain dollar amount, the distribution is over five (5) years instead of fifteen (15).*

3. Local governments could utilize alternatives to allow for needed flexibility which may include a mechanism to borrow against future settlement funds that will be received by the local government for a few upfront payments tracking project need. *Examples: Use of Grant Anticipation Revenue Vehicle ("GARVEE")-like bonds[2], Grant Anticipation Notes ("GANs")[3], and other "conduit" sources of financing or pooled programs.* Specific legal authority will likely be needed to expend

---

[2] GARVEE bonds are used to fund major capital projects with debt backed by future Federal-aid disbursements in highway projects (Title 23 grants). Section 311 of the National Highway System Designation Act of 1995 significantly expanded the eligibility of bond and other debt instrument financing costs for Federal-aid reimbursement.

[3] GANs are revenue bonds backed by anticipated grant receipts. They are most frequently used by transit agencies to borrow against future Federal formula or grant funding (Federal Transit Administration Title 49 grants). GANs have also been used (less frequently) in hospital and school construction financing. Examples of their use:

- New Jersey Transit – First state to issue bonds backed solely or primarily by anticipated Federal formula funding in 1997. Since 1997, over $3.2 billion in GANs have been issued with terms ranging from 3-15 years and principals ranging from $18-450 million.
- Fort Myers, FL – This municipality, through Chapter 22, Article II, Division 7, § 22-161 of its Code of Ordinances, provides express authorization of the use of GANs for the purpose of meeting expenses of the City (up to $10 million aggregated) in exchange for a revolving loan.

4

settlement funds for debt services under some of these types of mechanisms.

There appear to be no limitations in the RESTORE Act or the Interim Treasury or Gulf Coast Ecosystem Restoration Council regulations preventing use of these tools. Additionally, there are only limited references to use of bonds (or debt financing) in the Uniform Guidance Administrative Requirements, Cost Principles, and Audit Requirements for Federal Awards (2 C.F.R. Part 200) which does not reveal any express prohibition on the use of bonding against for future grant revenues. This is consistent with the fact that such practices are already being used in other federal granting programs (Title 23 and 49), programs which would also be subject to the Uniform Guidance. Note though that in both instances, express federal authorization was provided to permit fund expenditures for debt services. Though not prohibited in the Uniform Guidance, such federal authorization will likely be required to expend funds for debt services under the RESTORE Act.

An example where some of this flexibility already exists within the Consent Decree can be found in Appendix 2 which establishes the *Agreement Among the United States and the Gulf States Relating to Natural Resource Restoration*. Section 2.3.2 in this Agreement provides a basis for allowing this type of flexibility. It states, "[t]he Trustee Implementation Group for each Restoration Area may agree on *a different allocation of funds to the Restoration Types*, consistent with fully funding all of the Restoration Type allocations over the life of the payment schedule." Basically, this allows for discretion in how money will flow within the various Restoration Types as long as the total amounts in each given Type are not modified overall. Additionally, Section 3.6 contemplates that money can be shifted between Restoration Goals with consensus of the Trustee Implementation Group and Court approval. The Trustee Council is also required to develop Standard Operating Procedures. Finally, several places in the Consent Decree provide the opportunity for further direction by the Court to encourage or require this type of flexibility:

- The Court could simply amend Table 1 to account for the real needs of project implementation which are likely not to be static over time or require less than a fifteen (15) year payout.

- Section VIII, ¶ 29 allows BP (at its sole option) to pay any of the Civil Penalties in Section IV before they are due. While unlikely, the Consent Decree contemplates that advancing these payments is permissible upon BP's initiation.

- Section XIV could be amended to add language requiring Treasury and the Gulf Coast Ecosystem Restoration Council to develop guidance that allows for the type of flexibility sought in these comments with

Standard Operating Procedures (like those required for the Trustee Council) or amending current guidance to incorporate these concepts. This guidance or these procedures should address how interest on financing can be treated in any of these repayment mechanisms, as well address any federal income tax treatment on interest earned on debt.

Bay County respectfully requests that the Consent Decree be modified to provide specific legal authority to authorize the flexibility requested in these comments.  We feel that including these types of concepts in the Consent Decree is important because there may be more specific legal authority needed to implement them.  These issues are important to consider because addressing them means a more efficient program that does not needlessly waste precious settlement dollars on administration and allows for levels of funding commensurate with the need to cost-effectively implement these important projects.  The ecosystems and the economy of the Gulf have been suffering for five (5) years and it is our sincere hope that we can move quickly to implement projects so that our environment and economies can recover from this tragedy.  We appreciate your consideration of these issues.

Respectfully,


Mike Nelson
Chair
Bay County, Florida, Board of County Commissioners



Via Email
http://www.justice.gov/enrd/deepwater-horizon

November 13, 2015

U.S. Department of Justice
P.O. Box 7611
Washington, D.C. 20044-7611

Re:   Gulf Consortium Comments on Consent Decree in U.S. v. BP Exploration and Production, et al, Civil No. 10-4536 (E.D. La.) (centralized in MDL 2179: In Re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010.)

Dear Sir or Madam:

This correspondence is intended to provide comments from the Gulf Consortium of Florida on the Consent Decree urging a modification to expressly allow the RESTORE Act funds of to be accelerated and paid out over a shorter  period of time or to be pledged to the retirement of debt.

The Gulf Consortium is the entity designated by the RESTORE Act to develop Florida's State Expenditure Plan.   The Consortium consists of 23 member counties all of which are along Florida's Gulf Coast from Monroe County in the Florida Keys to Escambia County in Florida's western panhandle.   The Governor of Florida has also appointed six ex officio members to the Board of Directors pursuant to a Memorandum of Understanding between the Consortium and Governor Rick Scott, who is responsible for submission of Florida's SEP to the Council.

The RESTORE Act's designation of the Gulf Consortium to develop the State of Florida's State Expenditure Plan is unique to Florida, as the Act requires a Gulf Coast State in every other instance to develop the respective State's plans. This unique designation puts the Consortium in a position of not having the financial backing of a State government's budget or resources to perform its federally-required functions.   Instead, the Gulf Consortium is a special district created by the 23 county governments and is without taxing power. From its inception to date, the Consortium is funded entirely with contributions from the member counties which is

November 6, 2015
Page 2

approximately $150,000 annually and in-kind contributions from the Florida Association of Counties, a not for profit corporation organized to provide services to all 67 Florida counties.

The Consent Decree provides a 15 year payout of $5.5 billion in Clean Water Act (CWA) civil penalties, 80 percent of which is earmarked by RESTORE Act for the Gulf Coast Restoration Trust Fund. The Consent Decree's CWA payment schedule provides for a uniform annual payment over a 15 year period, except for the second year in which a lesser amount is provided. See Section IV. Of the RESTORE Act funds, 30 percent is dedicated to the Spill Impact Component which is divided among the five Gulf Coast States pursuant to the RESTORE Act formula that the Gulf Coast Restoration Council used in determining each State's share by Council Rule. Under the Rule, Florida's share is 18.36 percent of the Spill Impact Component.

Based on the Consent Decree CWA payment schedule and the Council Rule's 18.36 percent allocation to Florida, we have estimated Florida's share of the Spill Impact Component 15 year payment schedule as follows:

| Year | CWA Payment | Trust Fund Deposit | Florida Pot 3 Share |
|------|-------------|--------------------|--------------------|
| 2017 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2018 | $189,655,172 | $151,724,138 | $8,356,965 |
| 2019 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2020 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2021 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2022 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2023 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2024 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2025 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2026 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2027 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2028 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2029 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2030 | $379,310,345 | $303,448,276 | $16,713,931 |
| 2031 | $379,310,343 | $303,448,274 | $16,713,931 |
| | $5,500,000,000 | $4,400,000,000 | $242,352,000 |

This payment schedule provides a uniform amount of $16.7 million annually for the Consortium, except for the second year. A level payment structure does not reflect the reality of planning and implementing a large scale ecosystem and economic restoration effort such as this. Project expenditures are likely to be very uneven over the 15 year payout We anticipate that early years may require higher levels of planning funds while projects are being vetted, developed and permitted. But in the middle and later years of implementing an SEP, whatever that duration, these will be the higher years in terms of project cost and implementation. .

November 6, 2015
Page 3

Finally, not all projects are going to fit neatly into a level package for phasing and cost.  For example, a larger scale project coupled with other projects in any given year may exceed the $16.7 million annual payment.   Or from a construction efficiency standpoint should be implemented in a short duration that may exceed a $16.7 million annual payment. To address these funding stream needs, if the Consortium could pledge the annual amount to the retirement of debt, the Consortium could receive a single lump sum amount or  a few larger payments to be retired over the same 15 year time period, the amount of which depends on interest rates and the cost of issuance.  This would give the Consortium the flexibility required to plan and implement the scale and phasing of projects as needed rather than an arbitrarily constructed 15 year level pay out.

Accelerating the annual BP payments into one or more larger payments  provides great advantages for restoring the Gulf environment and economy.  A grant program that stretches out over a 15 year payout is much more expensive and less efficient than a short term grant program associated with a lump sum amount. Similarly, implementing projects over a 15 year period of time demands significantly more costs to develop and administer than a shorter period.  If the payments  can be accelerated, the duration and amount of these administrative costs may  be reduced, making more funds available for projects rather than spent on administration.

· The 15 year payout trickles the money into projects, and seems to encourage small projects instead of providing resources for signature, significant projects that can make a big restoration difference.  Further, the lump sum option provides more certainty, and allows Florida more opportunities to leverage other funds that are or may be dedicated to the restoration of the Gulf in Florida.

If the Consortium can finalize its RESTORE projects more quickly than 15 years, the settlement agreement payment schedule should allow for that.  Again, this would reduce administrative costs resulting in more beneficial use of the funds.  In many cases it is likely that earlier implementation of environmental and economic restoration projects will accelerate and compound the benefits over time.

A program dedicating funds to provide lump sum payments up front is not an unusual approach to addressing capital projects in federal programs.  The Consortium needs flexibility to be able to implement projects according to Florida priorities and scheduling considerations. The Consortium could utilize alternatives to allow for that flexibility which may include a mechanism to borrow against future settlement funds that will be received by Florida.  Several alternatives could serve as a model for this flexibility in federal grant context such as:

•      Grant Anticipation Revenue Vehicle ("GARVEE")-like bonds;

•      Grant Anticipation Notes ("GANs"); and

•      Other "conduit" sources of financing or pooled programs.

November 6, 2015
Page 4

To implement these types of tools, the Consent Decree should direct the requisite agencies such as Treasury and the Gulf Coast Ecosystem Restoration Council to provide guidance and flexibility in the amounts of funds distribution to reflect the reality of planning and implementing a restoration initiative of this scale.  Specifically, the Consent Decree should be modified to specify how interest on financing can be treated in any of these repayment mechanisms, as well address any federal income tax treatment on interest earned on such debt.  The Gulf Consortium respectfully requests that the Consent Decree be modified to provide specific legal authority to authorize the expenditure of settlement funds for debt services under these types of mechanisms.

Respectfully,

Grover C. Robinson, IV
Chairman

Levy County, Florida
P.O. Box 310
Bronson, FL 32621

U. S. Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611



**UPS**

BRONSON ACE HARDWARE
352-486-4014
LEVY COUNTY ATTORNEY
403 N HATHAWAY AVE
BRONSON FL 32621

0.3 LBS LTR 1 OF 1

MD 201 9-83

 

SHIP  US DEPARTMENT OF JUSTICE
TO:  950 PENNSYLVANIA  AVE NW
**WASHINGTON DC 20530**

X-RAYED
DEC 0 4 2015
DOJ MAILROOM

**UPS NEXT DAY AIR SAVER**    **1P**
TRACKING #:  1Z 5FY 672 13 0066 6716



SHIPPED FOR: LEVY COUNTY ATTORNEY
352-486-3389
BY: BRONSON ACE HARDWARE

BILLING: P/P


INSPECTED 16

FOR UPS SHIPPING ONLY

PE 15.0 HP LaserJet 1020 69.5V 10/2015

press ship

Also use for your UPS

**EXTREMELY URGENT**

# Department of Justice
# EXECUTIVE SECRETARIAT
### CONTROL SHEET

| | | | |
|---|---|---|---|
| **DATE OF DOCUMENT:** | 11/18/2015 | **WORKFLOW ID:** | 3150527 |
| **DATE RECEIVED:** | 11/19/2015 | **DUE DATE:** | 12/7/2015 |

**FROM:**               The Honorable Raul M. Grijalva*
U.S. House of Representatives
Washington, DC 20515

**TO:**                 AG

**MAIL TYPE:**       Congressional Priority

**SUBJECT:**        (Rec'd from OLA via email) Expressing concerns about the recently announced settlement between DOJ, British Petroleum (BP), and five states of the Gulf Coast. Advising that the Deepwater Horizon must be answered with justice for the people, economy, and wildlife of the Gulf Coast, not further tax benefits for BP. Requesting that DOJ protect both taxpayers and environment by pursing a final settlement that clearly specifies no amount of BP's settlement costs may be treated as a tax deduction. Letter also signed by 52 other MCs. See related corres in ES.

**DATE ASSIGNED**        **ACTION COMPONENT & ACTION REQUESTED**
11/19/2015                 ENRD
                                 Prepare response for AAG/OLA signature.

**INFO COMPONENT:**     OAG, OAG (Werner), ODAG, OASG, CIV, OLA

**COMMENTS:**        11/19/2015: Per OLA (Wilson), assign to ENRD.
                         ExecSec date/time stamp 11/19/2015 10:43AM

**FILE CODE**:

**EXECSEC POC:**       ALEXANDER Debbie: 202-616-0075

# Congress of the United States
## Washington, DC 20515

November 18, 2015

The Honorable Loretta E. Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Dear Attorney General Lynch:

In light of the recently announced settlement between the Justice Department, British Petroleum (BP), and the five states of the Gulf Coast, we write to you with deep concerns about the tax status of BP's proposed financial obligations. The tragedy of the Deepwater Horizon must be answered with justice for the people, economy, and wildlife of the Gulf Coast—not further tax benefits for BP.

We applaud the fact that the proposed consent decree forbids the deduction of $5.5 billion in fines levied under the Clean Water Act. Nevertheless, we are concerned that without strict language to the contrary, BP will seek to claim the remaining $15.3 billion as a business expense, displacing the burden of that uncollected revenue onto every other taxpayer while securing a tax windfall worth $5.35 billion for itself.

The "gross negligence" that led to perhaps the worst environmental disaster in US history should not be an opportunity to game the tax code. Challenging fiscal choices may lie ahead, and every dollar we lose in revenue is a dollar cut from much needed programs, raised from another source, or added to the national debt. As the comment period for the consent decree continues, we ask you to protect both taxpayers and the environment by pursuing a final settlement that clearly specifies no amount of BP's settlement costs may be treated as a tax deduction.

Sincerely,

Raúl M. Grijalva
Member of Congress

Donald S. Beyer, Jr.
Member of Congress

Earl Blumenauer
Member of Congress

Julia Brownley
Member of Congress

Lois Capps
Member of Congress

Michael E. Capuano
Member of Congress

Kathy Castor
Member of Congress

David N. Cicilline
Member of Congress

Yvette D. Clarke
Member of Congress

Gerald E. Connolly
Member of Congress

John Conyers, Jr.
Member of Congress

Elijah E. Cummings
Member of Congress

Peter DeFazio
Member of Congress

Mark DeSaulnier
Member of Congress

Ted Deutch
Member of Congress

Donna F. Edwards
Member of Congress

Keith Ellison
Member of Congress

Eliot L. Engel
Member of Congress

Anna G. Eshoo
Member of Congress

Sam Farr
Member of Congress

Ruben Gallego
Member of Congress

Alan Grayson
Member of Congress

Luis V. Gutiérrez
Member of Congress

Henry C. "Hank" Johnson, Jr.
Member of Congress

Janice Hahn
Member of Congress

Alcee L. Hastings
Member of Congress

Mike Honda
Member of Congress

Jared Huffman
Member of Congress

Joseph P. Kennedy
Member of Congress

Barbara Lee
Member of Congress

Ted Lieu
Member of Congress

Alan Lowenthal
Member of Congress

Betty McCollum
Member of Congress

Jim McDermott
Member of Congress

James P. McGovern
Member of Congress

Grace Meng
Member of Congress

Jerrold Nadler
Member of Congress

Grace F. Napolitano
Member of Congress

Eleanor Holmes Norton
Member of Congress

Mark Pocan
Member of Congress

Jared Polis
Member of Congress

John P. Sarbanes
Member of Congress

Jan Schakowsky
Member of Congress

José E. Serrano
Member of Congress

Louise M. Slaughter
Member of Congress

Jackie Speier
Member of Congress

Mark Takano
Member of Congress

Niki Tsongas
Member of Congress

Chris Van Hollen
Member of Congress

Nydia M. Velázquez
Member of Congress

Maxine Waters
Member of Congress

Peter Welch
Member of Congress

Robert C. Scott
Member of Congress

*O'rourke, Steven*

    

December 2, 2015

Honorable John C. Cruden
Assistant Attorney General for the Environment and Natural Resources Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

RE: Comments on *U.S. v. BP Exploration and Production et al*, Civil No. 10-4536 (E.D. La.)
(centralized in MDL 2179: In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of
Mexico, April 20, 2012), D.J. Ref. 90-5-1-1-10026.

Dear Mr. Cruden:

The undersigned organizations thank the Department of Justice for its leadership in securing a
settlement[1] with BP and the Gulf states regarding natural resource damage claims and Clean Water Act
civil claims. Overall, we believe this settlement is fair and, when combined with past settlements with
MOEX, Transocean and BP, provides the funding needed to address impacts from the BP *Deepwater
Horizon* oil disaster and make important investments toward comprehensive restoration of the Gulf
ecosystem.

Our organizations provided a letter[2] in August outlining some of our concerns regarding the agreement
in principle[3] and requesting further clarification on several important details to ensure a fair and just
settlement for the Gulf ecosystem and people. We appreciate the inclusion of more information about
the reserve account for unknown conditions and about the allocation of natural resource damage (NRD)
payments as well as the structure for governance of the NRD allocation.

This settlement marks an important milestone for Gulf communities and we appreciate the opportunity
to provide formal comments on the consent decree. We have outlined some of our outstanding
concerns and recommendations for clarification and improvement below. Additionally, each of our
organizations is submitting a more detailed comment letter consistent with the recommendations
below.

After careful review of the consent decree and the draft Programmatic Damage Assessment Restoration
Plan/Programmatic Environmental Impact Statements (PDARP/PEIS), we have a number of questions
and concerns about the governance structure proposed for the administration of NRD funds.

---

[1] Consent Decree in *U.S. v. BP Exploration and Production et al*, Civil No. 10-4536 (E.D. La.) (centralized in MDL 2179: In Re: Oil
Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, April 20, 2012), D.J. Ref. 90-5-1-1-10026.
[2] *See* letter from Ocean Conservancy, National Audubon Society, Environmental Defense Fund and National Wildlife Federation
to the Department of Justice (August 4, 2015).
[3] Agreement in Principle between BP, the United States and the Gulf States announced Thursday, July 2, 2015. Fact Sheet
available at: http://www.justice.gov/opa/file/625141/download

*Copy*
*90-5-1-1-10026*

While we appreciate the outline of the governance structure that was provided in the consent decree and the PDARP, many of the details regarding how this structure will ultimately be operationalized hinge upon Standard Operating Procedures (SOPs) developed by the full Trustee Council and the proposed Trustee Implementation Groups (TIGs). The content of these SOPs has not been finalized, and the PDARP/PEIS does not require the SOPs to be made available to the public for review and comment. We understand that prior to this settlement there were legal justifications for the Trustees to operate in secrecy. However, this settlement removes any barriers to transparency and creates an opportunity for more information to be shared with the public and to increase the public's role in restoration planning going forward, including making meetings open to the public. We encourage the Trustee Council to ensure transparency and public engagement opportunities for the duration of NRD restoration, including a public comment period in response to the SOPs.

Additionally, consistency in administration, implementation, and long-term management of restoration across the Gulf is important. We recommend that the Trustee Council develop one set of SOPs for adoption by the TIGs, and make them available for public review and comment. Once finalized, each TIG should adopt and implement these SOPs, and any additional procedures established by a TIG for a particular restoration area should be consistent with the Trustee Council SOP.

Under the proposed governance structure, all restoration planning and project implementation activities are delegated to the eight TIGs. This structure necessitates proactive and formalized efforts to coordinate between TIGs and across other restoration programs (e.g., RESTORE and NFWF), to ensure that a Gulfwide perspective on restoration is not lost. Successful implementation of the restoration approaches that the Trustees have identified in the PDARP/PEIS will require continual consideration of what is best for the ecosystems and injured resources independent of political boundaries. The full Trustee Council is responsible for ensuring this coordination, and the PDARP provides for the Council to "designate dedicated support staff, as necessary, for conducting its business."[4] However, it fails to articulate the specific channels or processes that the Trustees will employ to promote coordination and ensure that restoration activities are not siloed.

We believe that there are multiple means of enhancing crucial regional coordination and awareness, operating within the governance structure proposed in the PDARP. For example, restoration plans could be shared with the full Trustee Council on a regular and defined basis. This would provide an opportunity for TIGs to exchange ideas, share best management practices, and consider how their intended activities fit into the larger restoration landscape. This would also provide a defined opportunity for sharing of information with other Gulf of Mexico restoration programs. Additionally, the Trustee Council should be responsible for completion of program reviews that examine whether projects are adequately coordinated and on track to meet goals. The PDARP directs the Trustee Council

---

[4] Draft PDARP, pg 7-8

to undertake such reviews approximately every five years, but a biennial review may help to prevent missed coordination opportunities and would provide for more nimble adaptive management.

The Trustees should also commit to communicating the outcomes of these biennial program reviews and restoration investments to the public in a manner that synthesizes the information for greater comprehension. This will not only secure the integrity of this process, but it will also build the public's trust in how funding allocations are dispersed. Finally, the Trustee Council should develop a set of monitoring standards and protocols for adoption across all TIGS. This will minimize duplication of effort and ensure that data and information collected is consistent across the Gulf. We encourage the Trustees to work with other restoration processes to develop these monitoring standards and protocols to encourage as much consistency as possible for all restoration activities currently underway in the Gulf.

Another area where the draft PDARP lacks essential detail is the intended usage of the administrative oversight and comprehensive planning allocation within each TIG. We note that the Federal Trustees have already incurred significant administrative expenses for early restoration planning and for leadership, management and oversight of the Trustee Council.[5] For example, the claims submitted to BP in 2014 alone by EPA, DOI and NOAA for the administrative costs (staff time and travel) of coordination and oversight of restoration planning totaled approximately $35 million.[6] Using this annual expenditure as an approximate guide, we believe that the cost of implementing the proposed governance structure could exceed the $150 million allocated to Federal Administrative Oversight and Comprehensive Planning in the open ocean account.

We recommend that the first restoration plans developed in each TIG include a financial plan that details how the TIGs will use the administrative and planning allocation over the lifetime of the program. These financial plans should make clear whether staff payments will be derived only from this allocation, or if the Trustees are envisioning charging staff time directly to projects. Further, the consent decree should explicitly cap federal administrative costs at $150 million from the open ocean account; any additional expenditures should come from the administrative oversight allocations in the states in which the federal Trustees are operating.

While we believe the Trustees have developed a sound vision for restoration, we emphasize that restoration approaches and strategies should be accompanied by monitoring and adaptive management plans to track and maximize project success. Additionally, restoration plans should adequately account

---

[5] *See* Trustee Interim Partial Claims available at: https://www.doi.gov/deepwaterhorizon/adminrecord
[6] 2014 EPA interim partial claim for DWH NRDA Funding, available at:
http://water.epa.gov/type/oceb/assessmonitor/upload/2014-EPA-Partial-Interim-Claim-for-Natural-Resource-Damage-Assessment-and-Restoration-Planning.pdf, NOAA Fourth Interim, Partial Claim for Assessment and Restoration Planning Costs, available at: http://www.gulfspillrestoration.noaa.gov/wp-content/uploads/NOAA_Fourth_Interim_Partial_Claim_for_Assessment_and_Restoration_Planning_Costs_10032014.pdf, DOI Third Interim Partial Claim, Available at: https://pub-dwhdatadiver.orr.noaa.gov/dwh-ar-documents/763/DWH-AR0205731.pdf

for climate change impacts, including sea-level rise, storm surge, and other scientifically predictable impacts, to ensure restoration activities are designed to be resilient and sustainable. Each restoration area is allocated funding for monitoring and adaptive management and should budget appropriately for these activities rather than viewing the unknown conditions funds as a way to supplement the adaptive management process. Further, we believe additional detail is needed regarding the process that the Trustees will use to identify and prioritize unforeseen needs as they accrue.

In summary, we support the effort that the Department of Justice has made to seek a fair and reasonable settlement with BP, and we believe the consent decree should be finalized. Additionally, we support the Trustees' commitment to an ecosystem-wide approach to restoration that provides resources for restoration of coastal and marine resources as well as monitoring and adaptive management. However, we are concerned by the lack of detail provided on critical aspects of governance, including the content of the SOPs, mechanisms for coordination among TIGs and between other Gulf of Mexico restoration programs, and plans for operating within the stated administrative and planning allocations. We recommend that as many details as possible are finalized in the consent decree and PDARP and that others should be addressed in the SOPs and as implementation proceeds.

**Summary of Recommendations**

- Standard operating procedures (SOPs) developed by the Trustee Council should be made available for public review and comment and should be adopted and implemented across TIGs to ensure consistency;
- The Trustee Council should formalize coordination between TIGs and with other Gulf of Mexico Restoration Programs, including through biennial program reviews;
- To the extent possible meetings of the TIGs should be open to the public;
- The Trustee Council should regularly communicate outcomes of restoration activities to the public;
- TIGs should develop and make public financial plans that detail intended usage of administrative and planning allocation over the lifetime of the program;
- Explicitly limit the open ocean funding dedicated to Federal administrative costs to $150 million;
- The Trustee Council should ensure the adoption of monitoring standards and protocols across all TIGs;
- Ensure decisions for making claims on the allocation for unknown conditions and adaptive management are based on monitoring data that documents and characterizes currently unknown conditions; and
- The consent decree should provide more information about how Trustees will make determinations that conditions have presented a rationale for accessing the unknown conditions reserve account.

Thank you for your consideration of these comments as you move toward finalizing the consent decree.

Regards,

National Audubon Society
Environmental Defense Fund
National Wildlife Federation
Ocean Conservancy
The Nature Conservancy

307 Tchoupitoulas St.
Suite 300
New Orleans, LA 70130



**X-RAYED**

DEC 0 8 2015

U.S. Dept of Justice
P.O. Box 7611
Washington, DC 20044

LAW OFFICES OF

# DUKES, DUKES, KEATING & FANECA, P.A.

Walter W. Dukes
Hugh D. Keating
Cy Faneca
W. Edward Hatten, Jr.
Trace D. McRaney
Bobby R. Long
Je'Nell B. Blum *
Haley N. Broom
Walter J. Eades
Shannon Ladner Ozerden
Drury S. Holland **
Bradley E. Dean **

*also licensed in CA
**also licensed in AL

2909 13th Street, Sixth Floor
Gulfport, Mississippi 39501
Telephone: 228-868-1111
Facsimile: 228-863-2886
www.ddkf.com

WILLIAM F. DUKES
(1927 - 2003)
PHILLIP W. JARRELL
(1959 - 2014)

Gulfport Mailing Address:
Post Office Drawer W
Gulfport, Mississippi 39502

~~~~~~~

Hattiesburg Office:
100 Dudley W. Conner Street
Hattiesburg, Mississippi 39401
Telephone: 601-583-0999
Facsimile: 601-583-0997

November 25, 2015

**VIA U.S. MAIL**
John C. Cruden
Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
Law and Policy Section
Post Office Box 7611
Washington, DC 20044-7611

**VIA EMAIL & FEDERAL EXPRESS**
Branden S. Blum
Senior Counselor
Office of the General Counsel, Natural Resources Section
National Oceanic and Atmospheric Administration
U.S. Department of Commerce
14th and Constitution Avenue, N.W.
Washington, DC 20230
branden.s.blum@noaa.gov

**VIA EMAIL & FEDERAL EXPRESS**
Dr. Robert Haddad
Chief, Assessment and Restoration Division
Office of Response and Restoration
National Oceanic and Atmospheric Administration
U.S. Department of Commerce
1305 East-West Highway, SSMC4 Room 10128
Silver Spring, MD 20910
robert.haddad@noaa.gov

Re:    *U.S. v. BP Exploration and Production, et al.*, Civil No. 10-4536 (E.D. La.)
(centralized in MDL 2179: *In Re: Oil Spill by the Oil Rig "Deepwater Horizon"*
*in the Gulf of Mexico*, April 20, 2012)
DJ Ref. 90-5-1-1-10026

November 25, 2015
Page 2

Dear Sirs:

Please be advised that Dukes, Dukes, Keating & Faneca, P.A., represents the Institute for Marine Mammal Studies ("IMMS") with regard to the above referenced matter. This correspondence outlines the pending issues between the National Oceanic and Atmospheric Administration ("NOAA") and IMMS and is to serve as a demand letter for payment for its services performed at the request of NOAA and other federal agencies.

In April 2010, NOAA engaged IMMS to respond to sick, injured, and dead marine mammals and sea turtles resulting from the catastrophic BP Deepwater Horizon oil spill. Between April and November 2010, IMMS contracted directly with BP to recover stranding response and rehabilitation costs resulting from the Deepwater Horizon oil spill. As you are aware, the "response" phase of the BP Deepwater Horizon oil spill officially ended on November 2, 2010. Shortly thereafter, on December 13, 2010, NOAA officially declared an Unusual Mortality Event ("UME") pursuant to 16 U.S.C. § 1421c for cetaceans from the Texas/Louisiana border through Franklin County, Florida, effective February 2010. As a result of NOAA declaring the UME, it became bound pursuant to 16 U.S.C. § 1421d to reimburse stranding facilities for their cost to respond to the UME. The UME remains ongoing at the present time.

As a result of the BP Deepwater Horizon oil spill, the Department of Justice ("DOJ") opened a criminal investigation concerning the oil spill and also filed a civil lawsuit against BP Exploration & Production, Inc. and BP entities (herein collectively referred to as "BP") seeking civil penalties under the Clean Water Act and a liability determination under the Oil Pollution Act ("OPA") for all damages caused by the oil spill. Additionally, the Natural Resource Damage Assessment ("NRDA") was initiated which includes assessment of injuries to marine mammals, sea turtles, and their habitat.

IMMS has an agreement with the National Marine Fisheries Service ("NMFS") to assist in the rescue and rehabilitation of stranded marine mammals ("Stranding Agreement") and is also a member of NOAA's Sea Turtle Stranding Salvage Network ("STSSN"). In addition, IMMS is authorized to rehabilitate sick and injured sea turtles under the Endangered Species Act through a permit issued by the U.S. Fish and Wildlife Service, through NMFS regulations, and through authorization by the State of Mississippi. Pursuant to the Stranding Agreement and STSSN membership, and at the request of NMFS, IMMS continued its efforts after the response phase of the oil spill ended, and has responded to approximately 36% of all dolphins that have stranded since the BP Deepwater Horizon oil spill. In addition, and not covered by the Stranding Agreement, IMMS was asked to continue, as a member of the STSSN, providing services with regard to stranded sea turtles, and has assisted NMFS by responding to almost 50% of all sea turtle strandings during and after the oil spill. (See attached graph.)

Prior to November 2, 2010, IMMS' services were reimbursed by BP; however, at the conclusion of the response phase of the oil spill, IMMS was advised that any subsequent work would be performed and reimbursed under NRDA and/or UME funding. Contrary to this representation, IMMS has not been paid for its services since November 3, 2010.

Although stranding networks have historically provided services on a voluntary basis pursuant to their Stranding Agreements, the services requested of IMMS are significantly above and beyond the basic stranding response contemplated in the Stranding Agreement. NMFS has invoked the Stranding Agreement to demand that IMMS undertake extensive stranding response and diagnostic efforts at no cost to NMFS. To meet NMFS' demands with regard to legal and scientific investigations into marine mammal and sea turtle injuries caused by the BP Deepwater Horizon oil spill, IMMS was required to use its highly trained and experienced veterinary, biological and technical research staff, as well as its veterinary, quarantine, and other facilities and equipment, to conduct extraordinary necropsy analyses and biological sampling. IMMS was also asked to recover deceased animals from distant locations and to store hundreds of carcasses in freezers, while also complying with NMFS' litigation needs to provide accurate chain of custody documentation of carcasses and samples.

Additionally, IMMS was instructed to "[e]nsure confidentiality with regard to all data and information collection on, pertaining to, or otherwise related to marine mammals stranded dead or alive or otherwise rescued or recovered within the Gulf of Mexico from February 2010 until further notice. Because of the seriousness of the legal case, no data or findings may be released, presented, or discussed outside the UME investigative team without prior approval from NOAA or NMFS officials." (See NOAA letter dated February 28, 2011.) This new confidentiality requirement falls outside of the scope of IMMS' Stranding Agreement and further eliminates the consideration contemplated by IMMS in deciding to enter into such an agreement. Even though stranding organizations have historically worked on a voluntary basis, they have done so to conduct research, advance their knowledge about the biology and natural history of marine mammals in their region, and publish the results. The cooperative agreement provided this opportunity to stranding network members, which was an incentive for IMMS to participate. However, as stated above, soon after the oil spill, IMMS' ability to conduct research or publish its findings was prohibited by NOAA. In doing so, NMFS unilaterally modified the Stranding Agreement and removed the very "cooperative" incentive and benefit to IMMS for participating in the stranding network. Furthermore, the Stranding Agreement was not designed for participants to conduct extensive, elaborate, and laborious criminal and civil investigations on behalf of federal agencies, during the largest oil spill disaster in the United States, utilizing IMMS' facilities, equipment, boats, trucks, and highly trained staff; especially without any compensation. Unlike other stranding facilities, IMMS is a full-service conservation, research, and rehabilitation facility, considered to be the best equipped operation in the entire northern Gulf of Mexico. It is also important to note that, unlike other stranding facilities which handled marine mammals and sea turtles only in their respective states, IMMS was asked by NOAA to respond to strandings in the neighboring State of Alabama, thereby further increasing its operational costs.

IMMS is a 501(c)(3) nonprofit organization. The BP Deepwater Horizon oil spill was a very significant and expensive undertaking for a small organization. In fact, NOAA acknowledged the same in its initial request to IMMS for costs related to marine mammals, and acknowledged the "financial burdens" assumed by IMMS conducting stranding activities in the aftermath of two "unprecedented events," the Deepwater Horizon Oil Spill and the Northern Gulf Unusual Mortality Event, declared effective February 2010 and continuing in duration. IMMS provided highly qualified staff which included scientists, researchers, veterinarians, and

numerous contracted individuals toward the effort. The failure to compensate IMMS is patently unfair, as the federal agencies and all other contractors who assisted them were paid for their efforts in both the response and resource damage assessment phases. NMFS entered into contracts and partnered with parties outside of the stranding network in states in which there are no facilities with capabilities such as IMMS, and paid them to acquire the information that IMMS is providing under the Stranding Agreement. (See NRDA work plans listed under www.gulfspillrestoration.noaa.gov/oil-spill/gulf-spill-data/.) It is IMMS' position that NMFS is taking unfair advantage of IMMS and exceeding the intended scope of the Stranding Agreement and its membership and participation in the STSSN.

NMFS has also refused payment for IMMS' services regarding sea turtles, which are not covered by the Stranding Agreement. The Mississippi Gulf Coast witnessed a very dramatic increase in the number of dead and live sea turtles reported to the STSSN subsequent to the BP Deepwater Horizon oil spill. Although there was no formal designation of a UME for sea turtles after the oil spill response phase ended, NOAA requested that IMMS follow specific protocols for turtle necropsies and data collection different from routine stranding procedures.

IMMS conducts critical research regarding the conservation and management of marine mammals and sea turtles in the northern Gulf of Mexico, which is unlike other stranding facilities. IMMS is a research organization which depends on the data acquired from its stranding response activities to apply for grants. At the request of NOAA, IMMS has invested an enormous amount of time, effort, and resources in responding to sick, injured, and dead marine mammals and sea turtles, conducting necropsies, collecting samples and data, and analyzing them. However, NOAA took all samples collected by IMMS related to this effort, including all duplicate samples. As such, IMMS has not been permitted to retain or analyze the samples it collected or discuss or publish the findings. In the event that NMFS returns IMMS' samples at a later date, IMMS would be unable to utilize the same due to the reduced scientific value of the research caused by the lapse of time between the precipitating event and IMMS publishing the data. It is particularly unjust to prevent IMMS from utilizing this research, as research is one of IMMS' central missions and the reason for its participation in the stranding network. In addition, IMMS lost significant business opportunities as a result of its inability to use its samples and conduct research. For example, it is our understanding that IMMS had multimillion dollar grant proposals rejected in 2010, 2012, and 2014 due to its inability to collect and analyze samples. Put simply, IMMS dedicated years of its resources and valuable research to advance the litigation needs of NOAA and it has received very little in return.

In an effort to recoup some of its excessive costs, IMMS applied for support through the John H. Prescott Marine Mammal Rescue Assistance Grant Program. IMMS received $99,812.00 in fiscal year 2011, but did not receive any additional funds through this program. Additionally, IMMS received three grants through the National Fish and Wildlife Foundation: $66,000.00 in fiscal year 2012, $95,000.00 in fiscal year 2013, and $284,670.00 in fiscal year 2014. Although IMMS values the availability of funding from such grant programs, this financial assistance does not come close to covering IMMS' expenses for marine mammal response, and does not cover any expenses for IMMS' efforts regarding sea turtle response.

There can be no question that NOAA relied on IMMS' services for the purpose of advancing the aforementioned civil litigation with BP. In that regard, IMMS exceeded its customary role as a member of the stranding network and complied with very tedious, stringent, demanding, and complex sampling and chain of custody protocols, thus, providing data to be considered by the parties to facilitate settlement of the civil litigation. BP, the United States, and the five Gulf states have reached a settlement resolving claims for federal civil penalties and natural resource damages related to the BP Deepwater Horizon oil spill, which is set forth in the *Consent Decree Among Defendant BP Exploration & Production, Inc., The United States of America, and the States of Alabama, Florida, Louisiana, Mississippi, and Texas* ("Consent Decree"). The Consent Decree includes the amounts to be paid by BP pursuant to the settlement, and states that BP must pay $5.5 billion, plus interest, as a civil penalty under the Clean Water Act, and $8.1 billion in natural resource damages. The Consent Decree further allocates certain amounts of the $8.1 billion among five different restoration goals. Pertinent to IMMS, of that amount, BP must pay $250 million to reimburse the United States for costs responding to the oil spill, lost royalties, and to resolve a False Claims Act investigation, and also pay $350 million to the governments for natural resource damage assessment costs. It is clear that these allocated amounts are intended to reimburse stranding facilities such as IMMS; however, NOAA nonetheless continues to withhold payment to IMMS. Furthermore, not only has NOAA relied on IMMS' data to reach a settlement in this civil litigation, it is utilizing IMMS' data on its website to publicize the increase in sea turtle strandings in the Gulf of Mexico. It follows that NOAA has been unjustly enriched as a result of IMMS' extensive efforts.

Attached are detailed invoices for services IMMS rendered from November 2010 to December 2013 for dolphins and sea turtles, totaling $3,274,997.72. Said amount does not include costs for services rendered in 2014 or 2015, as expenses for these years have not been requested by NOAA. IMMS has made numerous attempts in the past two years for reimbursement of its expenses without success, and has been repeatedly advised that it had to wait until the settlement of the federal litigation. That settlement has been consummated, therefore, NOAA should now reimburse IMMS for the necessary and significant assistance it provided to facilitate the settlement.

It is our understanding that the comment period for the Consent Decree ends on December 4, 2015. This letter is to serve as IMMS' comment and demand to be resolved prior to finalization of the Consent Decree. We would greatly appreciate your response to this request within fifteen (15) days of this correspondence.

Sincerely,

DUKES, DUKES, KEATING & FANECA, P.A.

Shannon Ladner Ozerden
Shannon Ladner Ozerden

Enclosures
cc: Dr. Moby Solangi





**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
Southeast Regional Office
263 13th Avenue South
St. Petersburg, Florida 33701
(727) 824-5312, FAX 824-5309
http://sero.nmfs.noaa.gov

FEB 2 8 2011          F/SER32:LE

Dear Gulf of Mexico Marine Mammal Stranding Network partners,

Thank you for all your hard work and patience over the past 10 months! You have put forth an enormous effort and your work is incredibly important and appreciated. As this work will continue into the foreseeable future, I wanted to update you on marine mammal stranding response activities, and to remind you of ongoing requirements in your geographic coverage areas relative to the BP Deepwater Horizon oil spill and the Unusual Mortality Event.

For the overall oil spill response area, the "response" phase officially ended on November 2, 2010 and we entered a period of long-term monitoring for marine mammals. However, active "response" was reinstated for central and eastern Louisiana **only** on December 3 2010, due to the recovery of a dead, oiled dolphin. The reinstated, active response phase remains in effect for central and eastern Louisiana, as three additional oiled dolphins have stranded in that area. Enhanced sampling and chain of custody procedures remain in effect, as described below, in both this active response zone and the rest of the northern Gulf.

In addition, National Marine Fisheries Service (NMFS), after consultation with the Working Group on Marine Mammal Unusual Mortality Events, an Unusual Mortality Event (UME) was officially declared pursuant to 16 U.S.C. section 1421(c) on December 13, 2010, for cetaceans from the TX/LA border through Franklin County, FL, from February 2010 through the present. The UME declaration memo is enclosed. This declaration requires additional data and sample collection, as well as close coordination and teamwork between the Stranding Network and the UME investigative team.

Further, as a result of the BP Deepwater Horizon oil spill, there are multiple, ongoing legal processes that directly affect how the Stranding Network must currently operate in the northern Gulf of Mexico. The Department of Justice has an active criminal investigation associated with the oil spill. The Department of Justice has also affirmatively filed a civil lawsuit (http://www.justice.gov/opa/pr/2010/December/10-ag-1442.html) against BP and other responsible entities seeking civil penalties under the Clean Water Act and determinations of liability without limitation under the Oil Pollution Act (OPA) for all damages caused by the oil spill, including those based on injuries to natural resources. The Natural Resource Damage Assessment (NRDA) (http://www.gulfspillrestoration.noaa.gov/) process is ongoing and includes assessment of injuries to marine mammals and their habitat.

The activities of the Stranding Network will provide important information to NOAA's ongoing activities and mandates under the Marine Mammal Protection Act (MMPA) and



the Natural Resource Damage Assessment processes and, as such, are subject to additional legal requirements, including those imposed by present Federal District court orders.  Additionally, the UME investigation must meet specific statutory obligations under the MMPA. (http://www.nmfs.noaa.gov/pr/health/mmume/). It is critical to coordinate all marine mammal-related investigations and assessment activities associated with these legal processes to ensure that all appropriate evidence is collected and preserved, all investigations proceed without obstruction or interference, and all requirements and duties imposed by federal law and applicable court orders are fully observed by NOAA, its contractors, and Stranding Network partners.

Given the ongoing legal and scientific investigations into marine mammal injuries caused by the BP Deepwater Horizon oil spill and the ongoing UME, this letter serves as a reminder that all participants in Marine Mammal Stranding Networks in the northern Gulf (TX/LA border through Franklin County, FL) **must**:

- Immediately report all marine mammal strandings (live or dead) to the NMFS Southeast Region (SER) Stranding Program Coordinator via the NMFS SER pager (1-877-433-8299).  Follow up is required with the 24-hour report as per usual reporting protocols. GPS location and total length in cm **must** be included.

- Follow and document strict chain-of-custody protocols for **all** samples, documents, and data/photos collected from stranded marine mammals in the Northern Gulf.

- Upon request of NOAA or NMFS, provide an inventory of any and all documents associated with Stranding Network Activities since February 2010 until further notice; and any and all samples drawn, possessed, sent for analysis, destroyed or otherwise taken relating to Marine Mammal Stranding Networks activities associated with marine mammals stranded dead or alive and/or otherwise rescued or recovered within the Gulf of Mexico from February 2010 until further notice.

- Archive and preserve on-site **all** samples and any and all documentation collected from stranded marine mammals in the northern Gulf from February 2010 until further notice.  No data files, records, or samples may be destroyed or sent for analysis without express permission from NOAA or NMFS.

- Work cooperatively with all Marine Mammal Stranding Network partners, members of the UME Working Group, and the investigative team for the northern Gulf UME, and other appropriate partners that NMFS may designate, to provide all samples, data documents, and information collected on, pertaining to, or otherwise gathered in relation to marine mammals stranded dead or alive and/or otherwise rescued or recovered within the Gulf of Mexico from February 2010 until further notice.

- Ensure confidentiality with regard to all data and information collected on, pertaining to, or otherwise related to marine mammals stranded dead or alive or otherwise rescued or recovered within the Gulf of Mexico from February 2010 until further notice.  Because of the seriousness of the legal case, no data or

findings may be released, presented, or discussed outside the UME investigative team without prior approval from NOAA or NMFS officials.

- Disclose all contractual relationships entered into before or since February 2010 with BP and/or its affiliates that relate to, or have any impact on, information collected on, pertaining to, or otherwise related to marine mammals stranded dead or alive or otherwise rescued or recovered within the Gulf of Mexico before or after February 2010. Such disclosure includes providing NOAA with a written copy of all such contracts on or before March 31, 2011.

- Advise NOAA if, at any time since February 2010, any inconsistencies with the above protocols and policies have arisen.

Dr. Jenny Litz from the NMFS Southeast Fisheries Science Center in Miami has been appointed as the official On-site Coordinator to lead the investigation into the UME for NOAA. At this time, NOAA has not appointed separate State coordinators for the UME investigation, but NOAA will continue to monitor the progress of the investigation, and will appoint State coordinators if such a need arises. Dr. Litz will follow up this letter with specific sampling guidance and protocols for all stranded marine mammals in your geographic coverage area with respect to the UME. NOAA is currently forming the complete investigative team for the UME, and each Marine Mammal Stranding Network participant will be contacted as the process is formalized more completely.

Please contact Blair Mase (blair.mase@noaa.gov) if you have any questions regarding stranding response and logistics outlined in this letter, and contact Dr. Jenny Litz (Jenny.Litz@noaa.gov) if you have any questions regarding the UME investigative team and sampling for the UME.

Thank you again for all of your extraordinary efforts these last months! Your activities and assistance are helping to ensure that NOAA provides the best response and protection of these important marine mammal species.

Sincerely,

Roy E. Crabtree, Ph.D.
Regional Administrator

cc:     F/SEC3 – B. Mase, J. Litz
        F/PR2 –T. Rowles
        NOS - T. Brosnan
        OGC -  S. O'Brien, M. O'Brien, M. Hodor
        GCEL – D. Smith

Attachments have been removed due to Confidential Information.



**DUKES, DUKES, KEATING AND FANECA, P.A.**
P.O. DRAWER W
GULFPORT, MISSISSIPPI 39502-0680

X-RAYED

NOV 30 2015

DOJ MAILROOM

X-RAYED

DOJ MAILROOM

VIA USPS/EXPRESS MAIL
John C. Cruden
Assistant Attorney General
U.S. Department of Justice
Environmental and Natural Resources Division
Law and Policy Section
Post Office Box 7611
Washington, DC 20044-7611
20044

**United States Senate**

COMMITTEE ON COMMERCE, SCIENCE,
AND TRANSPORTATION

WASHINGTON, DC 20510-6125

WEBSITE: http://commerce.senate.gov

December 4, 2015

The Honorable Loretta Lynch
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

> Re: *U.S. v. BP Exploration and Production et al*, Civil No. 10-4536 (E.D. La.)
> (centralized in MDL 2179: In Re: Oil Spill by the Oil Rig "Deepwater Horizon"
> in the Gulf of Mexico, April 20, 2012), D.J. Ref. 90-5-1-1-10026.

Dear Attorney General Lynch,

I am writing to comment on the proposed consent decree to resolve civil claims against
BP for its role in the Deepwater Horizon oil spill. Because the provisions of the
settlement were negotiated outside of the public eye, and many of the details are shielded
by confidentiality agreements, it is critical that public comment on the consent decree be
thoughtfully considered.

First, the consent decree indicates that BP will pay a civil Clean Water Act fine of only
$1,724 per barrel of crude spilled into the Gulf of Mexico. This is a grossly inadequate
figure—and falls far short of the $4300 per barrel maximum fine. Civil fines serve to
both punish unlawful action, but also to deter future bad actors. In this case, Judge
Barbier found that BP's actions constitute gross negligence *and* willful misconduct. BP is
a major oil corporation that took dangerous—and indeed fatal—shortcuts. The Deepwater
Horizon rig was drilling a mile beneath the surface of the Gulf of Mexico in one of the
most productive ecosystems in the world. In that environment, oil companies owe the
highest level of care. And BP failed to do that. Justice requires that BP be held fully
accountable to pay fines that reflect the gravity of their actions.

Furthermore, BP will be allowed to make several smaller payments on the civil fines
from 2017 until 2031. But Gulf Coast residents and visitors didn't get to choose how
much oil washed up on their beaches and when. And by the time BP makes its very first
payment of civil penalties, nearly seven years will have passed since these communities
began to deal with the environmental and economic disaster. As you finalize and
implement any settlement, I urge you to work with Gulf Coast communities to best meet
their needs. As you know, Congress enacted the RESTORE Act to send these civil fines
back to the Gulf Coast for environmental and economic restoration. A level and equal
payment schedule for BP makes it difficult for these communities to use the RESTORE

The Honorable Loretta Lynch
December 4, 2015
Page 2

Act to its maximum intended benefit.

Second, the proposed consent decree specifies that BP will pay $8.1 billion in Natural
Resource Damages. It is my understanding that, because these are not fines or penalties,
but damages, this $8.1 billion could serve as a tax write off for "ordinary business
expense(s)." This would be wholly unjust. I urge you to include a provision preventing
BP from taking any portion of the Natural Resource Damages as a tax deduction.

Third, even though robust scientific studies have shown significant harm to the
environment, we don't yet know the full extent of that damage. The consent decree
acknowledges the potential for future harm. But it is certainly possible that long-term
impacts could far exceed the "additional payments for unknown conditions and adaptive
management" specified in the consent decree.

For example, in the late 1980s, fishermen in Prince William Sound had record Pacific
herring catches. But four years after the Exxon-Valdez oil spill, there was an
unprecedented crash in the population. Decades later, the fishery has not recovered. The
Gulf of Mexico boasts world-class fisheries. We simply cannot afford to repeat the
mistakes of the past. Any final consent decree should include both a strong reopener
clause and a separate additional payment for adaptive management.

Thank you for your consideration of these requests.

Sincerely,

Bill Nelson

Bill Nelson
Ranking Member

cc: The Honorable John Thune, Chairman

O'Rourke, Steve

**To: Assistant Attorney General, Environment and Natural Resources Division**
**Public comment regarding U.S. v. BP Exploration and Production et al, Civil No. 10–4536 (E.D. La.)**

**We, the undersigned, submit the following public comment:**

This settlement, as written, allows BP to claim $15.3 billion of the total payment as a tax deduction, and ultimately allows the oil company take a $5.35 billion tax windfall for its gross negligence. By leaving the door open for BP to claim these deductions for its wrongdoing, the settlement agreement both sends the wrong message and forces taxpayers to continue to shoulder the burden of BP's actions.

The language of the agreement should be adjusted to prevent the corporation from claiming "ordinary cost of doing business" tax deductions for what has been found to be its gross negligence in connection with the Deepwater Horizon disaster.

The tragedy of the Deepwater Horizon oil spill must be answered with justice for the people, economy, and wildlife of the Gulf Coast—not further tax benefits for BP.

DEPT. OF JUSTICE - ENRD
ENVIRONMENT DIVISION
15 DEC -3 P3:52

corr
90-5-1-1-10026

| | | | |
|---|---|---|---|
| David | Kreiss-Tomkins | AK | 99835 |
| Thomas | Bzowy | AK | 99517 |
| Patricia | Blank | AK | 99827 |
| Judy | Jessee | AK | 99709 |
| Angela | Ferrari | AK | 99517 |
| Jill | Wittenbrader | AK | 99615 |
| Martin | Antuna | AK | 99502 |
| Mike | Majchrzakl | AK | 99520 |
| Robyn | Lauster | AK | 99517 |
| A.J. | Brown | AL | 36609 |
| Gloria | Cole | AL | 36744 |
| Lewis | Edwards | AL | 35811 |
| John | Estes | AL | 35213 |
| Tom C | Sullivan | AL | 36535 |
| Austin | Tucker | AL | 36804 |
| Samuel | Vance | AL | 35801 |
| Ray | Ables | AL | 36532 |
| Karen | Spradlin | AL | 36265 |
| Tara | Kerr | AL | 35150 |
| Cathy | Brownlee | AR | 72450 |
| William | Sherman | AR | |
| Scott | Akridge | AR | 72020 |
| Dennis | Wolff | AR | 72718 |
| George | Joseph | AR | 72764 |
| Dan | Henry | AR | 72018 |
| Angela | Taylor | AR | 71909 |
| Becky | Oldenburg | AR | 71603 |
| Ann | Foxen | AS | 20902 |
| Peggy | Szymeczek | AZ | 85233 |
| Patricia | Byers | AZ | 86401 |
| Nitish | Agrawal | AZ | 86001 |
| Mary | Gresham | AZ | 85748 |
| Robert | Fischoff | AZ | 85719 |
| Lois | Kaipainen | AZ | 85016 |
| Brian | Jones | AZ | 85743 |
| Jeff | Chapman | AZ | 85032 |
| Lois | Jordan | AZ | 85749 |
| Richard | Schoenberger | AZ | 85028 |
| Richard | Coan | AZ | 85745 |
| Keith | LaPointe | AZ | 85206 |
| Carolyn | Maxon | AZ | 85254 |
| Carrie | Darling | AZ | 85022 |
| Susan | Dunn | AZ | 85203 |
| Terry | Tedesco-Kerrick | AZ | 85016 |

| | | | |
|---|---|---|---|
| Deirdre C | Katten | AZ | 85331 |
| Melvin | Bautista | AZ | 85044 |
| JoAnn | Bierman | AZ | 85745 |
| Francis | Schilling | AZ | 85641 |
| Linda | Schermer | AZ | 86336 |
| Annie | McMahon | AZ | 86324 |
| Taylor | Finch | AZ | 85051 |
| Rose Marie | Leather | AZ | 85016 |
| Philip | Shook | AZ | 85281 |
| Mike | Lee | AZ | 85383 |
| Denise | Romesburg | AZ | 85021 |
| Shannon | Boulton | AZ | 85748 |
| Kendra | Waddell | AZ | 85730 |
| Jana | McKay | AZ | 85201 |
| Bobbie | Merrill | AZ | 85383 |
| Mary | Swersey | AZ | 86001 |
| Edward P | Lawrence | AZ | 85007 |
| Cindy | Reed | AZ | 86336 |
| | | | |
| Mark Hayduke Grenard | | AZ | 85022 |
| Diane | Nowak | AZ | 86324 |
| Catherine | Williams | AZ | 85719 |
| Mike | Lanka | AZ | 85138 |
| maggie | Trudeau | AZ | 85541 |
| Francine | Shacter | AZ | 85718 |
| Sybil | Malinowski Melody | AZ | 86324 |
| Carolyn | Vaughan | AZ | 85251 |
| Reverend E. | Lloyd | AZ | 85730 |
| Myrna | Uditsky | AZ | 85213 |
| Dean | Roskosz | AZ | 85014 |
| Ken | Ahlberg | AZ | 85207 |
| Robin | Soletzky | AZ | 85053 |
| Janet | Glover | AZ | 85710 |
| Tj | Weklak | AZ | 85225 |
| Barry | D'Orazio | AZ | 86315 |
| Amy | St. Lawrence | AZ | 85044 |
| Paul | Winger | AZ | 85705 |
| David | Hawkins | AZ | 85204 |
| Judy | Whitehouse | AZ | 85008 |
| Dinah | Bahlman | AZ | 85024 |
| Samantha | Lang | AZ | 85254 |
| Nancy | Fowlie | AZ | 85048 |
| Amy | Douglass | AZ | 85286 |
| Michael | Brown | AZ | 85901 |

| | | | |
|---|---|---|---|
| Roy | Zarow | AZ | 85705 |
| James | Henriksen | AZ | 86314 |
| Bonnie | Oliver | AZ | 85705 |
| Kimberly | Carter | AZ | 86333 |
| Larry | Orzechowski | AZ | 85032 |
| David | Nelson | AZ | 85715 |
| Anya | Vanecek | CA | 95020 |
| Mark | Reback | CA | 90042 |
| Lauren | Linda | CA | 92637 |
| Rian | McMurtry | CA | 95616 |
| Joan | Andersson | CA | 90290 |
| Sherrill | Futrell | CA | 95618 |
| Samuel | Durkin | CA | 94534 |
| nancy | herzog | CA | 93449 |
| Chris | Bongardt | CA | 94928 |
| Stephen | Rosenblum | CA | 94301 |
| Jon | Silver | CA | 94028 |
| Steve | Iverson | CA | 92625 |
| Emily | Lubahn | CA | 94109 |
| Mike | Kappus | CA | 94116 |
| tal | allweil | CA | 90042 |
| Jairo J | Angulo | CA | 90064 |
| Charles | Carroux | CA | 94002 |
| Carolyn and Richard | Rosenstein | CA | 90067 |
| Brian | Mertan | CA | 91601 |
| Ron | MacQuarrie | CA | 92672 |
| Marylen | Lininger | CA | 93446 |
| Lindsay | Mugglestone | CA | 94705 |
| Nick | Gaetano | CA | 92651 |
| John | Jeavons | CA | 95490 |
| Camille | Gilbert | CA | 93101 |
| gloriana | casey | CA | 91001 |
| Joseph | Manning | CA | 93446 |
| Walter | Pelton | CA | 95210 |
| Kevin | Bernhagen | CA | 94116 |
| Maureen | Mehler | CA | 92637 |
| Barbara | Cushing | CA | 95060 |
| Amanda | Wells | CA | 94596 |
| Tim | Gemmill | CA | 94109 |
| Elaine | Benjamin | CA | 91901 |
| Richard | Todd | CA | 92101 |
| VICTORIA | WIERIG | CA | 92111 |
| Beverly | Poncia | CA | 95457 |

| Barbara | Harper | CA | 95012 |
|---------|--------|-----|-------|
| Dan | Esposito | CA | 90266 |
| Brandy | Schumacher | CA | 95610 |
| Bryce | Verdier | CA | 95136 |
| Larry | Lipkind | CA | 94133 |
| Laura | Riley | CA | 95610 |
| Callie | Riley | CA | 95610 |
| William | Cheek | CA | 92115 |
| Roberta | Orlando | CA | 94108 |
| Mark And | | | |
| Susan | Glasser | CA | 90066 |
| Rhonda | Weber | CA | 94546 |
| Chris | Worcester | CA | 96160 |
| Renee | Locks | CA | 94941 |
| Angie | Bray | CA | 90291 |
| Steven | Meissner | CA | 91606 |
| Joan | Moricca | CA | 94564 |
| Astrid | Giese-Zimmer | CA | 94705 |
| Allen | Royer | CA | 95125 |
| Alan | waschevski | CA | 95975 |
| Harold | Harper | CA | 91950 |
| Catharine | Holt | CA | 94044 |
| Alan | Schwartz | CA | 94549 |
| Martha | McNamee | CA | 94595 |
| Lenore | Sheridan | CA | 94703 |
| Patrick | McIntosh | CA | 371 |
| Todd | Hack | CA | 91913 |
| James | Nelson | CA | 95608 |
| Sean | Corfield | CA | 94546 |
| Wendy | Wade | CA | 92530 |
| Sharon | Hudak | CA | 94303 |
| Carolyn | Kelso | CA | 95062 |
| John | Stewart | CA | 95560 |
| VICKI & ROD | KASTLIE | CA | 2310 |
| Lawrence | Jensen | CA | 94602 |
| Carol | Rowland | CA | 93432 |
| nancy | easterling | CA | 92102 |
| Thomas | Brown | CA | 95630 |
| J | Henderson | CA | 92129 |
| Matt | Parks | CA | 92863 |
| Bonnie | | | |
| Margay | Burke | CA | 92160 |
| Ronald | Larson | CA | 93405 |
| Susan | Goldberg | CA | 91202 |

| | | | |
|---|---|---|---|
| Querido | Galdo | CA | 94601 |
| Maria Elena | Yepes | CA | 91755 |
| Dooug | Daniels | CA | 92626 |
| Terry | Kourda | CA | 91913 |
| Emil | Reisman | CA | 91436 |
| Joe | Buhowsky | CA | 94582 |
| Diana | Sottana-Lugo | CA | 94520 |
| Ron | Grinel | CA | 91325 |
| Jeffrey | Hurwitz | CA | 94121 |
| Louis | Salerno | CA | 94501 |
| Tim | Barrington | CA | 95126 |
| Roberta | Weissglass | CA | 93130 |
| Judith | Simmons | CA | 90503 |
| Lisa | Kearney | CA | 94954 |
| Steve | Graff | CA | 90025 |
| Howard | Cohen | CA | 94306 |
| John | Gasperoni | CA | 94703 |
| D | Butler | CA | 91740 |
| Stephen | Manly | CA | 95842 |
| MICHAEL | TOOBERT | CA | 95945 |
| Paula | Heady | CA | 92530 |
| James | Morrow | CA | 94044 |
| Henry | Schlinger | CA | 91201 |
| Benjamin | Wiener | CA | 93013 |
| John | Dutton | CA | 93110 |
| Emily | Miller | CA | 93101 |
| Rob | Seltzer | CA | 90265 |
| Minturn | Collins | CA | 90049 |
| Andy | Peri | CA | 94930 |
| Peter | Butt | CA | 90731 |
| Kurt | Lieber | CA | 92646 |
| Alexandra | Mummery | CA | 94501 |
| Frank | Di Stefano | CA | 90041 |
| Michael | McMahan | CA | 92649 |
| moe | stavnezer | CA | 91775 |
| ron | bogin | CA | 94530 |
| Amy | Richards | CA | 94901 |
| Graham | Hamilton | CA | 90405 |
| Laurie | stern | CA | 94530 |
| Diane | Olson | CA | 90403 |
| marc | alper | CA | 96150 |
| Sharon | Berlin | CA | 90293 |
| K. | Christensen | CA | 91706 |

| | | | |
|---|---|---|---|
| Mr. Sidney J.P. | Hollister | CA | 94133 |
| Julie | Higgins | CA | 95460 |
| Marjorie | Streeter | CA | 94501 |
| Kathy | Yeomans | CA | 93001 |
| Ravi | Shah | CA | 90024 |
| David | Barrymore | CA | 94065 |
| Isis | Brenner-Ward | CA | 95482 |
| Glenn | Martin | CA | 94110 |
| Wayne | Enos Jr | CA | 90245 |
| Cheriel | Jensen | CA | 95070 |
| Laura | Herndon | CA | 91505 |
| Richard | Harvey | CA | 93446 |
| Gilia | Humrich | CA | 95436 |
| Reverend | | | |
| Stephanie | Bisceglia | CA | 95117 |
| Shellie | Vermeer | CA | 92653 |
| Benjamin | Etgen | CA | 95821 |
| Casee | Maxfield | CA | 90028 |
| Anja | Kollbach | CA | 94025 |
| Jeffrey | Wang | CA | 91745 |
| Conor | Soraghan | CA | 92107 |
| Nicholas | Lenchner | CA | 95403 |
| Victoria | Miller | CA | 91436 |
| Donald | Taylor | CA | 95628 |
| Sharon | Lieberman | CA | 95412 |
| Ann | Rennacker | CA | 95437 |
| Ellen | Barron | CA | 95060 |
| Rose | Henderson | CA | 90044 |
| Keisha | Evans | CA | 94303 |
| Stephanie | Phan | CA | 90042 |
| Scott | Forman | CA | 95018 |
| G. | B, | CA | 95120 |
| zelma | fishman | CA | 93402 |
| Barbara | Burgess | CA | 94559 |
| Marylucia | Arace | CA | 92835 |
| Adele | Kapp | CA | 92037 |
| Mary | LunBeck | CA | 95842 |
| Benjamin | Zuckerman | CA | 90024 |
| Rita | Carlson | CA | 95502 |
| David | Schaechtel | CA | 93403 |
| Helen | Oxley | CA | 95066 |
| Darrell | Robinson | CA | 95959 |
| Bert | Greenberg | CA | 95135 |

| | | | |
|---|---|---|---|
| Jack | Milton | CA | 95616 |
| Cindy | Loomis | CA | 90403 |
| Ferne | Jacobs | CA | 90026 |
| Victor | Ortega | CA | 95492 |
| Lesley | Schultz | CA | 94610 |
| Sally | Abrams | CA | 94110 |
| Emily | monsour | CA | 94705 |
| O | Lewis | CA | 90009 |
| tirza | tabbytite | CA | 95403 |
| F. Carlene | Reuscher | CA | 92626 |
| Pam | Reeves | CA | 94599 |
| Pamela | Scott | CA | 95006 |
| Debbie | Sayre | CA | 94536 |
| April | Asher | CA | 92802 |
| Joe | Weis | CA | 93654 |
| Cynthia | Hindes | CA | 91343 |
| Skye | Patterson | CA | 95482 |
| Patricia | Leopard | CA | 92084 |
| Olivia | Lim | CA | 95616 |
| anthony | montapert | CA | 93004 |
| Chad | Johnson | CA | 90806 |
| Robert | Buckner | CA | 91024 |
| Tom | Nulty Jr | CA | 92629 |
| Carla | Hess | CA | 94061 |
| Glenn | Brownton | CA | 94114 |
| Javier | Pacheco | CA | 94026 |
| Mary | Counihan | CA | 94114 |
| Beverly | Dahlen | CA | 94110 |
| Ed | Pinson | CA | 91016 |
| C | Dalton | CA | 94703 |
| Matt | Warren | CA | 94501 |
| Julia | Morez | CA | 91024 |
| Tommy | Albert | CA | 95121 |
| ken | israel | CA | 92127 |
| Jerry | Hudgins | CA | 94956 |
| Andy | Lupenko | CA | 91945 |
| Richard | DeSantis | CA | 92260 |
| Sharon | Benes | CA | 93704 |
| Mitchell | Diamond | CA | 94086 |
| Jeanette | King | CA | 94550 |
| R | Wells | CA | 90020 |
| Daniel | Tiarks | CA | 90046 |
| Martha | V-Martinez | CA | 91744 |
| Kristy | Rotermund | CA | 95959 |

| | | | |
|---|---|---|---|
| Robert | Kabchef | CA | 93292 |
| Daniel | Martinez | CA | 91744 |
| Victoria | Holman | CA | 93923 |
| Claire | Perricelli | CA | 95501 |
| Sharon | Paltin | CA | 95454 |
| Rex | Franklyn | CA | 94920 |
| Robert | McCombs | CA | 95518 |
| Jill | Bittner | CA | 94109 |
| Craig | Browning | CA | 94501 |
| Chuck | Wieland | CA | 94583 |
| Diana | Woods | CA | 90267 |
| David | Osterhoudt | CA | 92688 |
| Drew | Wilson | CA | 94109 |
| Nancy | Porter-Steele | CA | 92020 |
| David | Levy | CA | 92008 |
| Jose | De Cecco | CA | 94114 |
| John | Gize | CA | 95118 |
| Kristina | Fukuda-Schmid | CA | 90230 |
| Charleen | Steeves | CA | 90290 |
| Jim | Campagna | CA | 94954 |
| Janet | Heinle | CA | 90403 |
| Barry | Brenner | CA | 90046 |
| Cinzia | Paganuzzi | CA | 90405 |
| Charlotte | Pirch | CA | 92708 |
| Kevin | Matlock | CA | 95112 |
| Marc | Ruffolo | CA | 94121 |
| Stuart | Greenburg | CA | 91381 |
| Terry | Strauss-White | CA | 94941 |
| Nancy | DeJarlais | CA | 95010 |
| marisa | landsberg | CA | 90266 |
| Reva | Biers | CA | 91356 |
| Jan | Rein | CA | 95816 |
| Ann | Isolde | CA | 90403 |
| Larry | Bailey | CA | 96099 |
| J | Angell | CA | 95672 |
| Chris | Wegemer | CA | 92549 |
| Elaine | Tormey | CA | 91205 |
| Maryellen | Redish | CA | 92264 |
| Beverly | Johnson | CA | 92345 |
| Lawrence | Steen | CA | 90035 |
| anne | wolf | CA | 95405 |
| Harriet | Belkin | CA | 90048 |
| Cindy | Clark | CA | 93790 |
| David | Zaccagnino | CA | 92821 |

| Christine | Anderson | CA | 94549 |
|-----------|----------|-----|-------|
| Alan | Haggard | CA | 92105 |
| Ashley | Lewis | CA | 94930 |
| Julie | Ford | CA | 90740 |
| Tom | Gallagher | CA | 94010 |
| George | Lloyd | CA | 95667 |
| Chanda | Unmack | CA | 95050 |
| Richard | | | |
| Diggory | Shields | CA | 94702 |
| Jill | Blaisdell | CA | 91011 |
| Joe | Glaston | CA | 92240 |
| Edward | Green | CA | 94539 |
| Rod | Moore | CA | 90019 |
| Kevin | Patterson | CA | 94595 |
| Joe | Reilly | CA | 92071 |
| Faith | Strailey | CA | 95971 |
| Peter | Childs | CA | 95553 |
| Henry | Rosenfeld | CA | 92506 |
| Holiday | Lammon | CA | 93550 |
| Jonathan | Day | CA | 92651 |
| Troy | Sanders | CA | 92117 |
| Carol | Gold | CA | 92122 |
| C | Emerson | CA | 95816 |
| nicholas | frangakis | CA | 90069 |
| Theda | Zaretsky | CA | 90004 |
| Ning | Ong | CA | 94706 |
| Nancy | Kelly | CA | 94605 |
| Sondra | Boes | CA | 95008 |
| William | Mittig | CA | 95338 |
| Daniel | Goldberg | CA | 95060 |
| Dion | Blundell | CA | 92234 |
| Edward | Landler | CA | 90065 |
| Jane | Thomson | CA | 95817 |
| Nancy | La+forest | CA | 96048 |
| James | Robinson | CA | 95560 |
| Todd | Fisk | CA | 92131 |
| Cynthia | McMath | CA | 95415 |
| kevin | slauson | CA | 94501 |
| Lois | Wilson | CA | 94945 |
| Vonnie | lams | CA | 92064 |
| joan | kaplan | CA | 91001 |
| John | Miller | CA | 92660 |
| Susan | Grant | CA | 90034 |
| MIKE | GLICK | CA | 93105 |

| Bonnie | Breckenridge | CA | 92105 |
|--------|--------------|-----|-------|
| Jon | Rubin | CA | 90029 |
| Gloria | Sefton | CA | 92678 |
| Kent | Minault | CA | 91423 |
| Laura | Strom | CA | 90034 |
| Ivona | Xiezopolski | CA | 94541 |
| Julie | Smith | CA | 93402 |
| B. | I. | CA | 90025 |
| ROBERT | PARKER STELLATO | CA | 94063 |
| Michael | DeGeorge | CA | 94118 |
| Diane | Moore | CA | 95616 |
| Rob | Johnson | CA | 92019 |
| Claudia | Anderon | CA | 95662 |
| John | Zimmermann | CA | 90803 |
| Cathy | Thornburn | CA | 90041 |
| Robert | Quarrick | CA | 94510 |
| Suzanne | Pea | CA | 92835 |
| Robert | Haycock | CA | 94531 |
| Carol | Whitehurst | CA | 95519 |
| Caia | Cupito | CA | 96003 |
| Rosy | Crottogini | CA | 94577 |
| Therese | Ryan | CA | 93550 |
| Joseph | Spiezio | CA | 95422 |
| Lacey | Kammerer | CA | 94587 |
| Julie | Langhorne | CA | 96145 |
| Dara | Allison | CA | 90039 |
| Agnes | Raeder | CA | 90403 |
| Laura | DeNuccio | CA | 93920 |
| Michael | Moeller | CA | 92591 |
| Sarah | Vogel | CA | 92104 |
| John | Pasqua | CA | 92025 |
| Dorothy | Davies | CA | 94114 |
| June | Dean | CA | 95619 |
| Jim | D. | CA | 95062 |
| Jonathan | Chu | CA | 94539 |
| Terry | Mulroney | CA | 92117 |
| Andrew | Altamirano | CA | 90026 |
| Russell | Weisz | CA | 95060 |
| Jo | Forkish | CA | 94087 |
| Nancy | Blastos | CA | 92373 |
| Verona | Murray | CA | 95966 |
| Hector | Marcia, Sr. | CA | 94541 |
| Sheilagh | Creighton | CA | 94930 |
| Peter | Schlenzka | CA | 96145 |

| | | | |
|---|---|---|---|
| Marsha | Lowry | CA | 94803 |
| Eileen | Yamada | CA | 90043 |
| Jessica | Hopkins | CA | 94019 |
| Lauren | Murdock | CA | 93110 |
| Ed | Atkins | CA | 95006 |
| Marijeanne | Sarraille | CA | 94565 |
| Victor | de Vlaming | CA | 95821 |
| Susan | Ryan | CA | 90019 |
| Jacque | Holmes | CA | 92315 |
| Sharon | Fong | CA | 96161 |
| Brian | Jeffery | CA | 95050 |
| Diane | Harper | CA | 90814 |
| Jeramy | DeCristo | CA | 94110 |
| Kris | Head | CA | 92843 |
| Valerie | Preston | CA | 90405 |
| Carol | Savary | CA | 94131 |
| j | hester | CA | 95030 |
| Marc | Woersching | CA | 91617 |
| Mary | Sullivan | CA | 92646 |
| Norene | Bailey | CA | 95062 |
| susan | rudnicki | CA | 90266 |
| Ron | Schmidt | CA | 94132 |
| Ellen | Koivisto | CA | 94122 |
| Ann | Sullivan | CA | 92040 |
| Bridgett | Heinly | CA | 92107 |
| R.Terra | Williams | CA | 95472 |
| sandra | mccolley | CA | 91763 |
| Susan | Bradford | CA | 94901 |
| Earl | Shimaoka | CA | 94086 |
| Patrick A. | Sigala | CA | 91910 |
| Martha | Land | CA | 94518 |
| Scott | Coahran | CA | 93635 |
| travis | nogle | CA | 94062 |
| Robert | Keller | CA | 92119 |
| Joan | Allen | CA | 94707 |
| Fiona | Priskich | CA | 90210 |
| Julien | Emile-Geay | CA | 90034 |
| Martha | Kimmich | CA | 94708 |
| Michal | Lynch | CA | 93111 |
| Kristine | Andarmani | CA | 95070 |
| Nicole | Lopez-Hagan | CA | 94044 |
| Michele | Mattingly | CA | 91942 |
| Thomas | Gillespie | CA | 90638 |
| Mark | Bauman | CA | 95472 |

| | | | |
|---|---|---|---|
| Jerry | Chagala | CA | 92064 |
| K | Krupinski | CA | 90042 |
| Joel | Isaacson | CA | 94709 |
| Arlene | Dean | CA | 95446 |
| Ranko | Balog | CA | 92603 |
| Land | Wilson | CA | 94901 |
| Tom | Falvey | CA | 92104 |
| Linda | Nicholes | CA | 92807 |
| Rose | Menard | CA | 92868 |
| Gregory | Amour | CA | 90606 |
| Marcia | Flannery | CA | 94609 |
| Richard | Yurman | CA | 94116 |
| Joe | Salazar | CA | 95407 |
| James | Perkins | CA | 90037 |
| Jacqueline | Mahrley | CA | 92832 |
| Michael W | Evans | CA | 90034 |
| Esther | Schiller | CA | 91320 |
| Michael | Tomczyszyn | CA | 94132 |
| Eric | Esquivel | CA | 90623 |
| Martha | Dingilian | CA | 93035 |
| Sharon | Barnes | CA | 91436 |
| Steve | Wendt | CA | 95928 |
| Robert | Keenan | CA | 92691 |
| Mary | Gamson | CA | 94610 |
| David | Erdreich | CA | 94702 |
| Celeste | Hong | CA | 90027 |
| Helen | Webb | CA | 92373 |
| Laura | Sternberg | CA | 95120 |
| Diana | Dee | CA | 91606 |
| Thomas | Douglas | CA | 90815 |
| N. | Carey | CA | 94590 |
| Alicia | Snow | CA | 94117 |
| Ann | Nevans | CA | 94133 |
| Janice | Morrell | CA | 96003 |
| Dale | Le Fevre | CA | 95437 |
| Arline | Mathews | CA | 91311 |
| Lynn | Laupheimer | CA | 94117 |
| Victor | Cabot | CA | 92103 |
| Linda | Shadle | CA | 92804 |
| Glenn | Ross | CA | 95502 |
| David | Adams | CA | 95946 |
| Svictoria | Denman | CA | 94602 |
| Michael | Mitsuda | CA | 94555 |
| Kathryn | Morgan | CA | 95472 |

| | | | |
|---|---|---|---|
| Tiobe | Barron | CA | 93022 |
| Carolyn | Trovao | CA | 93722 |
| Dennis | Ledden | CA | 95629 |
| Alexander | Gaya | CA | 94303 |
| Janet | Hoover | CA | 92845 |
| Kerry | Moore | CA | 95119 |
| Sam | Dicker | CA | 94114 |
| George | Dibelka | CA | 96094 |
| Ray | Cessana | CA | 90064 |
| Thomas | Harding | CA | 91001 |
| Marjorie | Hoskinson | CA | 91360 |
| Frank | Kiernan | CA | 95961 |
| Sharon | McCarthy | CA | 94901 |
| Pam | Salinas | CA | 95818 |
| Warren | Clark | CA | 93546 |
| Hunter | Wallof | CA | 94956 |
| Chuck | Taylor | CA | 91604 |
| Judith S | Anderson | CA | 90807 |
| Josef | Knight | CA | 95490 |
| Robert | Juniper | CA | 95819 |
| Edwina | White | CA | 95811 |
| Patricia | Scully | CA | 95821 |
| Chiara | Giovando | CA | 90026 |
| Michael | Sarabia | CA | 95207 |
| Janie | Lucas | CA | 94110 |
| Ron | Giddings | CA | 93402 |
| Thomas | Onan | CA | 95062 |
| Gary | Norcross | CA | 95969 |
| Don | Ross | CA | 94941 |
| Jacqueline | English | CA | 93510 |
| D. | Gibbs | CA | 95959 |
| Ralph | Saunders | CA | 94960 |
| Mark | Smollin | CA | 91101 |
| Rosemarie | Niwa | CA | 91345 |
| Greg | Grieman | CA | 96150 |
| Robert | Innes | CA | 95472 |
| Rosemarie | Cohn | CA | 92653 |
| Maeryn | Boirionnach | CA | 95695 |
| Jolene | Enns | CA | 94110 |
| Valerie | Justus-Rusconi | CA | 95076 |
| Abigail | Bates | CA | 90034 |
| Conrad | Melton | CA | 92586 |
| Linda | Lyerly | CA | 92007 |
| Rudy | Zeller | CA | 94547 |

| Julia | Vetrie | CA | 91387 |
| Christy | Bulskov | CA | 92024 |
| Richard | Spector | CA | 94602 |
| Matthew | Emmer | CA | 91423 |
| Ann | Bein | CA | 90064 |
| Alecia | Morgan | CA | 95018 |
| Natalie | Rosen | CA | 91364 |
| Arlene | Baker | CA | 94704 |
| Karen | Stone | CA | 92653 |
| Jack | H | CA | 94591 |
| Andrea | Kraus | CA | 90069 |
| Roberta | Heist | CA | 95437 |
| Lawrence | Daniell | CA | 95132 |
| Marcia | Kellam | CA | 93940 |
| Diana | Medina | CA | 91345 |
| aria | fletch | CA | 94118 |
| Jan | Brown | CA | 93651 |
| Laurel | Maurer | CA | 94951 |
| marsha | armstrong | CA | 95032 |
| Colleen | Hicks | CA | 94924 |
| Sandra | Schachter | CA | 93924 |
| Douglas | Estes | CA | 94118 |
| Deborah | Filipelli | CA | 95497 |
| michael | pinkham | CA | 94924 |
| Bob | Kroth | CA | 94536 |
| Jacki | Ruby | CA | 94704 |
| Mara | Williams | CA | 95476 |
| Janet | Moran | CA | 92313 |
| william | Cuppoletti | CA | 94951 |
| Carla | Basom | CA | 95445 |
| Malcolm | Moore | CA | 96122 |
| dinmani | savla | CA | 94040 |
| William | Grosh | CA | 92243 |
| Joyce | Banzhaf | CA | 95945 |
| Leigh | Hill | CA | 95018 |
| Jessica | Murray | CA | 95062 |
| Stephen | Ferry | CA | 93111 |
| linda | mellen | CA | 92661 |
| Katherine | Miller | CA | 92117 |
| CLAUDY | ASSALIT | CA | 93942 |
| Robert | Raven | CA | 94945 |
| Lara | Wright | CA | 94706 |
| Mignon | Belongie | CA | 94403 |
| Sharon | Lacy | CA | 95472 |

| | | | |
|---|---|---|---|
| probyn | gregory | CA | 91042 |
| Steven | Nielsen | CA | 95403 |
| Rebekah | Elowyn | CA | 94536 |
| Joe | Mueller | CA | 94937 |
| Ed | Chu | CA | 94131 |
| Brittny | Roeland | CA | 94116 |
| Laurie | Alper | CA | 90403 |
| Shauna | Haines | CA | 94703 |
| June | Green | CA | 94002 |
| joseph | garza | CA | 93313 |
| Michael | Garitty | CA | 95959 |
| David | Paul | CA | 95380 |
| Charles | Fry | CA | 94085 |
| Brian | Armer | CA | 93446 |
| Sylvia | De Rooy | CA | 95503 |
| Raven | Deerwater | CA | 95460 |
| Donna | Fabiano | CA | 95436 |
| Jennifer | Steffen | CA | 90278 |
| David | Roche | CA | 94117 |
| Carol | Rigrod | CA | 91316 |
| David A. | Smith | CA | 92617 |
| Gary | Shrieves | CA | 94541 |
| Glenyth | Turner | CA | 92117 |
| Matthew | Danielczyk | CA | 95616 |
| Courtney | Courtney | CA | 94062 |
| Carol | Bennett | CA | 91207 |
| Terry | Diefenbach | CA | 91030 |
| Charles | Milkewicz | CA | 94801 |
| Judith | Hoaglund | CA | 95401 |
| Lourdes | Best | CA | 94303 |
| Allan | Campbell | CA | 95132 |
| Tom | Workman | CA | 90807 |
| Suzanne | James | CA | 94574 |
| Terry | Campbell | CA | 95833 |
| Lori | Caudill | CA | 93402 |
| Dan | Perdios | CA | 92262 |
| Angela | Orozco | CA | 94117 |
| Jeanne | Thatcher | CA | 95927 |
| Jay | Rutherdale | CA | 95826 |
| Nancy | Anderson | CA | 92128 |
| Lynn | Kouzel | CA | 92831 |
| Robert | Jones | CA | 95549 |
| Cathy | O'Leary Carey | CA | 92128 |
| michelle | wong | CA | 91030 |

| | | | |
|---|---|---|---|
| Edwina | Smith | CA | 94114 |
| Wendy | Hansen | CA | 95004 |
| John T. | Denton | CA | 92024 |
| Mike | Bond | CO | 80125 |
| Amanda | McNeill | CO | 81321 |
| Wilbur | Little | CO | 80231 |
| Larry | Forrest | CO | 80228 |
| Leland | Long | CO | 80206 |
| Martha W D | Bushnell | CO | 80303 |
| Carinn | Seabolt | CO | 80233 |
| Amy | Packer | CO | 81631 |
| Bobbie | Knight | CO | 80239 |
| Mark | Meeks | CO | 80421 |
| Janeene | Porcher | CO | 80401 |
| Rachel | Scarlata | CO | 80814 |
| Dale | Goodin | CO | 80227 |
| Lynette | Du Mont | CO | 80401 |
| Megan | Roemer | CO | 80306 |
| Donald | Arant | CO | 80005 |
| Sharon | Baker | CO | 80133 |
| Paul | Kingsolver | CO | 80534 |
| kathy | falbo | CO | 80111 |
| Ben C. | Alexander | CO | 80103 |
| Karen | Milliken | CO | 80107 |
| Joanne | Dixon | CO | 80911 |
| Barbara | Stanford Tanguma | CO | 80005 |
| Molly | Noland | CO | 81240 |
| Wayne | Flick | CO | 81220 |
| C | Crane | CO | 81230 |
| Greg | Steuck | CO | 80401 |
| Janet | French | CO | 80903 |
| Tom | Goddard | CO | 80734 |
| Charlotte | Alexandre | CO | 80229 |
| James | Wadell | CO | 80226 |
| Anita | Comer | CO | 80534 |
| Donald | Thiess | CO | 81611 |
| Jim | Wolf | CO | 81601 |
| Ron | Chacey | CO | 81147 |
| Susan | Dean | CO | 80202 |
| Judith and | | | |
| Bernard | Heideman | CO | 81419 |
| Susan | Peirce | CO | 80540 |
| Alan | Hansen | CO | 80246 |
| Allan | Taylor | CO | 80302 |

| | | | |
|---|---|---|---|
| Lyda | Hersloff | CO | 80403 |
| Darby | Brown | CO | 81130 |
| John | Cornely | CO | 80127 |
| Vivian | Gilbert | CO | 80525 |
| Mike | Gaddis | CO | 80130 |
| Robert | Cruder | CO | 80107 |
| Laura | Newman | CO | 80218 |
| Anne | Hedberg | CO | 80401 |
| William | Baumgartner | CO | 80302 |
| Jason | Nardell | CO | 80504 |
| Tiffany | Rapplean | CO | 80031 |
| Kim | Pawanda | CO | 80212 |
| Einar | Thorsen | CO | 81005 |
| K. David | Dillingham | CO | 80439 |
| PK | Trei | CO | 80222 |
| Alice | DiTullio | CO | 80301 |
| Michael | Johnson | CO | 80124 |
| James | Vogel | CO | 80237 |
| Roberta | Smith | CO | 81201 |
| Karen | Anderson | CO | 80474 |
| michael | martin | CO | 80488 |
| sam | asseff | CO | 80915 |
| Robert | Hasselbrink | CO | 81004 |
| JoLynn | Jarboe | CO | 80222 |
| Barbara | MacAlpine | CO | 80517 |
| Kathryn | Christian | CO | 81501 |
| linda | wages | CO | 80302 |
| Lois | Last | CO | 80016 |
| Danny | Watson | CO | 81302 |
| Lisha | Doucet | CO | 80549 |
| PAUL | CROMWELL | CO | 80014 |
| jimena | yantorno | CO | 80863 |
| Michael | Galvin | CO | 80903 |
| Tracy | Strickland | CO | 80123 |
| Loriliai | Biernacki | CO | 80301 |
| Boo | Champion | CO | 80027 |
| Michelle | Sewald | CO | 80202 |
| Deborah | Williams | CO | 80017 |
| Robert | Renfro | CO | 80220 |
| Maria | Ellington | CO | 80206 |
| Martha | Izzo | CO | 80439 |
| Lawrence | Crowley | CO | 80027 |
| Sandy | Tippett-Smith | CO | 81652 |
| Douglas | Henderson | CO | 80521 |

| | | | |
|---|---|---|---|
| Jeff | Fairbanks | CO | 80538 |
| John | Griffith | CO | 80909 |
| Julia | Bottom | CO | 80503 |
| Sue | McHenry | CO | 80498 |
| Bruce | Cratty | CO | 80210 |
| Immaculate | Wesley | CO | 81101 |
| Jerry | Unruh | CO | 80829 |
| Victoria | Smatla | CO | 80003 |
| Charlotte | Sines | CO | 80907 |
| Roger | Wolf | CO | 80015 |
| Kirk | Reinhardt | CO | 80108 |
| Lisa | Goodrich | CO | 80302 |
| Ann | English | CO | 81601 |
| Jahnavi | Stenflo | CO | 80304 |
| Michael | Hewitt | CO | 81143 |
| Michael | Peirce | CO | 80305 |
| Dorothy | Chamberlin | CO | 80905 |
| Elizabeth | Kovacs | CO | 80020 |
| George | Hartman | CO | 80027 |
| MICHAEL | NEIL | CO | 80210 |
| Carolyn | Wacaser | CO | 80227 |
| Kathleen | Doyle | CO | 80403 |
| Margaret | Dumestre | CO | 80007 |
| leslie | schriener | CO | 80516 |
| Nancy | Hartman | CO | 80027 |
| Judy | Cisney | CO | 80212 |
| Michael | Carter | CO | 80203 |
| zak | ryersbach | CO | 81435 |
| Robert | Parker | CO | 80013 |
| Jacob R. | Raitt | CT | 06605 |
| Thomas | Behrendt | CT | 06511 |
| Ernest | Richardson | CT | 06518 |
| Ben | Teaford | CT | 06040 |
| Elizabeth | Limkemann | CT | 06355 |
| Charlie | Burns | CT | 06850 |
| Al | Benford | CT | 06042 |
| Kat | Morey | CT | 06484 |
| Marcia | Kindlmann | CT | 06437 |
| Kerri | Coyne | CT | 06511 |
| Tiffany | Witmer | CT | 06902 |
| Traver | Cowles | CT | 06405 |
| Benjamin | Martin | CT | 06492 |
| David | Johnson | CT | 06512 |
| Elizabeth | Werner | CT | 06514 |

| | | | |
|---|---|---|---|
| Joann | Koch | CT | 06249 |
| Deborah | Dahlgren | CT | 06118 |
| J | Mandl | CT | ###### |
| Mary | Cieri | CT | 06896 |
| David | Fish | CT | 06804 |
| Sara | Holmes | CT | 06412 |
| Jan | Dudek | CT | 06069 |
| Thomas | Grill | CT | 06478 |
| Scott | Gorn | CT | 06053 |
| Michael | Nedila | CT | 06385 |
| Johann | Seitz | CT | 06410 |
| Vanessa | Kearney | DC | 20011 |
| Joseph | Kondrot | DC | 20003 |
| Steven | Burch | DC | 20037 |
| Sarah | Stern | DC | 20009 |
| Leslie | Feuille | DC | 20009 |
| Patricia | Harris | DE | 19720 |
| Nancy | Fifer | DE | 19958 |
| bruce | tucker | DE | 19713 |
| Dennis | O'Brien | DE | 19968 |
| Gail | Yborra | DE | 19801 |
| David | Laski | DE | 19703 |
| Martin | Krupp | DE | 19970 |
| Jared | Cornelia | DE | 19804 |
| Patricia | Frey | DE | 19939 |
| Ray | Bellamy | FL | 32303 |
| Lee | Miller | FL | 33705 |
| Melinda | Henderson | FL | 34112 |
| Mary | Blakeslee | FL | 32312 |
| Felicity | Hohenshelt | FL | 32246 |
| Jorge | Gonzalez | FL | 33178 |
| Sandy | Holloway | FL | 33772 |
| Ralph | Shannon | FL | 34667 |
| Burks | Hunt | FL | 32606 |
| karol | klein | FL | 33525 |
| Judy | Schwartz | FL | 33008 |
| Dennis | Hall | FL | 34949 |
| david | hollister | FL | 33706 |
| Lynn | McGonagill | FL | 34233 |
| S | Jordan | FL | 33441 |
| Bill | Both | FL | 34788 |
| Kim | Godwin | FL | 32241 |
| Elizabeth | Lamers | FL | 32163 |
| Susan | Horlick | FL | 32311 |

| | | | |
|---|---|---|---|
| Samuel | Tennis | FL | 32548 |
| Federico | Carmona | FL | 33186 |
| Celeste | Shitama | FL | 32601 |
| MaryJo | Luu | FL | 34236 |
| Adolfo | Criado | FL | 32738 |
| William | O'Hara | FL | 32937 |
| Erin | Nuzzo | FL | 34224 |
| Erica | Himes | FL | 33709 |
| Mary | Detrick | FL | 33763 |
| Paul | Horne | FL | 33436 |
| Margaret | Evans | FL | 33710 |
| Tom H | Southern | FL | 33030 |
| Cheryl A | Gross | FL | 34232 |
| Anita | Moeder | FL | 32137 |
| Elka | Zwick | FL | 33702 |
| Susanne | Hesse | FL | 32615 |
| Max | C | FL | 33304 |
| Roberta | Lopez | FL | 33460 |
| Ellen | Kinnally | FL | 33462 |
| Bantwal | Rao | FL | 33487 |
| April | Bates | FL | 33705 |
| Rosemary | Colson | FL | 32308 |
| Gregory | Esteve | FL | 33898 |
| Paul | Groh | FL | 32563 |
| Annie | Richardson | FL | 33711 |
| John | Coner | FL | 33073 |
| David | Bar | FL | 34668 |
| Dale | Shero | FL | 32034 |
| Uma | Berliner | FL | 33411 |
| Chloe | Gottlieb | FL | 32792 |
| Tracey | Sadiq | FL | 32713 |
| michaelain | kanzer | FL | 33133 |
| Brijane | Hills | FL | 33334 |
| Wendi | Myers | FL | 34683 |
| Colleen | McGlone | FL | 34655 |
| Diane | Campbell | FL | 32570 |
| Shayn | Baron | FL | 32724 |
| Linda | Linderman | FL | 33884 |
| Russell | Alcott | FL | 34761 |
| Drew | Martin | FL | 33460 |
| Mark | Aziz | FL | 34232 |
| Keith | Koelling | FL | 32935 |
| Greg | Wallen | FL | 34690 |
| Hildegard | Benedick | FL | 32137 |

| | | | |
|---|---|---|---|
| William | Claiborn | FL | 34285 |
| Amanda | Osborne | FL | 32258 |
| Jenny | Bramlette | FL | 33545 |
| Paul | Sadiq | FL | 32713 |
| Harvey | Metzger | FL | 33437 |
| Richard | Baldwin | FL | 32444 |
| Robin | Hudson | FL | 34689 |
| James | Miles | FL | 33405 |
| William | Pritchard | FL | 32409 |
| Denim | Bridges | FL | 33773 |
| Alan | Goldberg | FL | 33496 |
| Martin | Port | FL | 33472 |
| Louis | Anipen | FL | 33609 |
| WALTER | OROURKE | FL | 33830 |
| John | Dervin | FL | 32712 |
| Scott | Zucker | FL | 33414 |
| William | Peterson | FL | 32205 |
| Richard | Beaulieu | FL | 33317 |
| silvia | hall | FL | 33431 |
| Paula | Stevens | FL | 32818 |
| Susan | Pelakh | FL | 32931 |
| Lisa | Modola | FL | 32666 |
| Vaughn | Barnett | FL | 32701 |
| george | craciun | FL | 33592 |
| Judith | Rubinger | FL | 32804 |
| Mark | Battiste | FL | 32607 |
| Colonel | Meyer | FL | 34286 |
| Patricia | Moran | FL | 32825 |
| Arturo | Alvarez | FL | 33178 |
| Arkady | Vyatchanin | FL | 32607 |
| Susan | Chandler | FL | 34946 |
| Patricia | McDonald | FL | 32792 |
| Terri | David | FL | 34285 |
| Linda | Collins | FL | 33914 |
| Andrew | Hensley | FL | 32952 |
| Jamie | McGonagill | FL | 34233 |
| Steve | Rudzki | FL | 32566 |
| Mary | Gutierrez | FL | 33505 |
| Edna B. | Gordon | FL | 34239 |
| Cheryl | Fox | FL | 32507 |
| Audrey | Lima | FL | 33952 |
| John | DeRugeris | FL | 33712 |
| Kenneth | Simonsohn | FL | 33186 |
| James | Hartman | FL | 33328 |

| Mark | Polsky | FL | 33021 |
|------|--------|-----|-------|
| Rich | Rupprecht | FL | 34145 |
| Julia | Meadows | FL | 33714 |
| Jeff | Waters | FL | 34480 |
| Debra | Thompson | FL | 34667 |
| Samantha | Turetsky | FL | 32176 |
| Patricia | Locke | FL | 33767 |
| Raymond | Gibson | FL | 33020 |
| Maria | Sifu | FL | 32605 |
| Mary | Burns | FL | 32507 |
| Paul | Binder | FL | 34231 |
| Jocelyn | Henry | FL | 34275 |
| Mark | Chez | FL | 32746 |
| Ollie | Keskinen | FL | 33922 |
| Jane | Ellis | FL | 33444 |
| DeVaughn | Slone | FL | 32653 |
| B | Newburg | FL | 33991 |
| Edmund | Rawson | FL | 34232 |
| Doug | Landau | FL | 33707 |
| Kimberly | Walker | FL | 32225 |
| Croitiene | ganMoryn | FL | 34480 |
| Sonya | Myers | FL | 32960 |
| Dave | Karrmann | FL | 32233 |
| Suzanne | Valencia | FL | 32904 |
| Paulette | Kevlin | FL | 34685 |
| Aaron | Schmidt | FL | 34474 |
| Susan | McMillan | FL | 33598 |
| Mark | Lebel | FL | 32536 |
| Helen | Goldenberg | FL | 33321 |
| Ronald | Altic | FL | 33759 |
| Jule | Laudisio | FL | 33134 |
| R. | Peterson | FL | 34436 |
| Allie | Tennant | FL | 33905 |
| Martha | Waltman | FL | 32669 |
| Timothy | Franzen | GA | 31092 |
| Steve & Linda | Dorage | GA | 30030 |
| Rebecca | Dries | GA | 30030 |
| Kathie | Neyman | GA | 30075 |
| T | Garmon | GA | 30534 |
| Michael | Rast | GA | 30354 |
| Ty | Collins | GA | 30523 |
| Paula | Towry | GA | 30344 |
| Mike | Izenady | GA | 30082 |

| | | | |
|---|---|---|---|
| Jenifer | Alexander | GA | 30022 |
| Marguerite | Boyens | GA | 30033 |
| Jessica | Searcy | GA | 30068 |
| Debra | Combs | GA | 30033 |
| Barbara | Doucet | GA | 30263 |
| Reuben | Turner | GA | 30213 |
| debbie | bullard | GA | 30534 |
| Ruth | Yurchuck | GA | 30084 |
| Elizabeth | Hodges | GA | 31405 |
| Julie | Carlisle | GA | 30506 |
| Lise | Donnelly | GA | 30038 |
| Loretta | Spaulding | GA | 30331 |
| Michael | Collier | GA | 30566 |
| Carol | Claus | GA | 30067 |
| Anna-Marie | Soper-O'Rourke | GA | 30329 |
| Riley | Canada | GA | 30066 |
| Nancy | Howard | GA | 30135 |
| James | Hutchison | GA | 30067 |
| Peggy | Baughns | GA | 30032 |
| Robin | Davis | GA | 30306 |
| Will | Scruggs | GA | 30317 |
| Charles | Connolly | GA | 30627 |
| Ronald | Jones | GA | 30514 |
| Darren | Mitton | GA | 30002 |
| Mary | Unknown | HI | 96783 |
| didi | leong | HI | 96813 |
| Dave | Kisor | HI | 96778 |
| Alex | Oshiro | HI | 96822 |
| Anne | Thurston | HI | 96722 |
| Paul | Carter | HI | 96779 |
| Donna | Shepherd | HI | 96740 |
| Richard | Mindar | HI | 96815 |
| dan | dowdall | HI | 96761 |
| Dwayne | Munar | HI | 96792 |
| Renee | Janton | HI | 96714 |
| Carol | Surratt | HI | 96766 |
| Keith | Krueger | HI | 96839 |
| Wendy | Raebeck | HI | 96746 |
| Chris | Stankis | HI | 96753 |
| Liza | Botz | HI | 96713 |
| William | Ahana | HI | 96826 |
| Eric | Voorhies | HI | 96746 |
| Bruce | Cohen | HI | 96778 |
| Jeannine | Moore | HI | 96704 |

| | | | |
|---|---|---|---|
| Lorna | Holmes | HI | 96817 |
| Susan | Caswell | HI | 96776 |
| Kent | Sakoda | HI | 96826 |
| J | Rosa | HI | 96822 |
| Maria | Walker | HI | 96746 |
| Terence | Travis | HI | 96706 |
| Dave | Frank | IA | 50023 |
| Ronald | Richardson | IA | 51555 |
| Penelope | Mazza | IA | 52556 |
| Anita | Vogel | IA | 51041 |
| Michael | H | IA | 50207 |
| Sue | Christiansen | IA | 52246 |
| Patricia | Everly | IA | 52732 |
| Mary | Kirkpatrick | IA | 52245 |
| James | Sliney | IA | 52328 |
| Nicholas | Jensen | IA | 51503 |
| Jeane | Harrison | IA | 50321 |
| Sherry | Toelle | IA | 50022 |
| Kevin | Ross | IA | 52658 |
| Hurd | Hess | IA | 52556 |
| Brandi | McCauley | IA | 50312 |
| Symone | Ma | IA | 50613 |
| Mark | Soenksen | IA | 52742 |
| Louis | Micich | IA | 50616 |
| Miriam | Kashia | IA | 52317 |
| Holly | Kukkonen | IA | 52240 |
| Deb | Lincoln | IA | 50322 |
| Dennis | Dowell | IA | 52627 |
| Barbara | Zilles | IA | 52245 |
| Jan | Cook | IA | 50010 |
| Ann | Clifford | IA | 52556 |
| Dan | Meier | IA | 50613 |
| Ruth | Stemper | ID | 83706 |
| Pat | Chambers | ID | 83704 |
| Juanita | Hepler | ID | 83712 |
| Beatrice | Volpe | ID | 83814 |
| Jane | Beattie | ID | 83340 |
| Brandon | Snow | ID | 83333 |
| Jeanette | Schandelemeier | ID | 83860 |
| Frances | Cheston | ID | 83340 |
| Janae | Dale | ID | 83864 |
| Dana | Howell | ID | 83340 |
| Eric | Jacobs | ID | 83709 |
| Channing | Turner | ID | 83647 |

| Kentaro | Murai | ID | 83843 |
| Jim | McCue | ID | 83402 |
| Scott | Ploger | ID | 83401 |
| Robert | Phelps | ID | 83634 |
| Jessica | Beverly | IL | 61801 |
| Christopher | Lee | IL | 60626 |
| Sonja | Chan | IL | 60901 |
| Anita | Alcantara | IL | 60626 |
| Carol | bruns | IL | 60401 |
| Karen | Simac | IL | 60430 |
| David | Weible | IL | 61821 |
| Barney | Bryson | IL | 61802 |
| Dennis | Olsen | IL | 60192 |
| Matthew | Shapiro | IL | 60091 |
| Janet | Potts | IL | 60540 |
| Max | Barack | IL | 60614 |
| Kevin | Smith | IL | 60608 |
| Kathe | Walton | IL | 60645 |
| Sergio | Rivera | IL | 60641 |
| Anthony | Byrne | IL | 60540 |
| Cheryl | Ivey | IL | 60640 |
| Steve | Johnston | IL | 60115 |
| Jack | Swain | IL | 60402 |
| Julia | Wade | IL | 60004 |
| Cheryl | Laskasky | IL | 60101 |
| Maureen | Allen | IL | 60174 |
| Robert | Schilling | IL | 60018 |
| Tamara | Dreier | IL | 62269 |
| Greg | Stawinoga | IL | 60473 |
| Erik | Barraza | IL | 60640 |
| Bruce | Christopher | IL | 60169 |
| Kathy | Moseley | IL | 60647 |
| Yvonne | White | IL | 62854 |
| jeff | hopkins | IL | 60046 |
| Joni | Lindgren | IL | 60124 |
| Jerry | Pendergast | IL | 60625 |
| Mary | Barbezat | IL | 60124 |
| Rudolph | Tauer | IL | 60610 |
| Christopher | Heuman | IL | 60119 |
| Ellen | Domke | IL | 60660 |
| Lowell | Allen | IL | 60660 |
| C. | Wilcox | IL | 60050 |
| Georgia | Shankel | IL | 60624 |
| Andrew | Arellano | IL | 60534 |

| Anne | Hanson | IL | 62563 |
|------|--------|----|----|
| Margo | Alderson | IL | 62285 |
| Robert | Krueger | IL | 60626 |
| Richard | Thorne | IL | 60123 |
| Bonnie | Helm | IL | 60174 |
| Dorene | Herrmann | IL | 60177 |
| Ryan | Stuchly | IL | 60525 |
| Mike | Butche | IL | 60504 |
| Michael | Raffety | IL | 60657 |
| John A | Beavers | IL | 60625 |
| Sandra | Franz | IL | 60657 |
| Dan | Novak | IL | 60657 |
| Carol | Jurczewski | IL | 60546 |
| carolyn | massey | IL | 62301 |
| Mike | Hansen | IL | 60015 |
| Jeffrey | Kammes | IL | 60112 |
| Trisha | Connolly | IL | 60201 |
| Susan | Osada | IL | 60089 |
| Marianne | Flanagan | IL | 60018 |
| Ed | Gould | IL | 60657 |
| Rachel | Herbener | IL | 60202 |
| Barbara | Sullivan | IL | 60004 |
| Amy | Lippert | IL | 60647 |
| Mike | Dotson | IL | 62918 |
| steve | adler | IL | 60625 |
| Alan | rider | IL | 62547 |
| Susan | Leibowitz | IL | 60614 |
| Elizabeth | Stange | IL | 60525 |
| George | Pappas | IL | 60618 |
| Bill | Bigelow | IL | 60618 |
| Vincent | Hardt | IL | 60555 |
| Brian | Hicks | IL | 60439 |
| Rose | Singer | IL | 60445 |
| Patricia | Pruitt | IL | 60302 |
| Michelle | Anderson | IL | 60615 |
| Rachel | Krucoff | IL | 60615 |
| Polly | Knudsen | IL | 60056 |
| Bob | Jorgensen | IL | 61611 |
| Patrick | Coughlin | IL | 61732 |
| Laura | Long | IL | 60616 |
| James | Thomas | IL | 62702 |
| Irwin | Rosenson | IL | 60018 |
| Gregory | Cascio | IL | 60618 |
| Steve | Ridley | IL | 60402 |

| R. Terry | Lyon | IL | 61284 |
| Emma | Bradshaw | IL | 605332 |
| Peter | Ayres | IL | 60563 |
| Ellen | Garza | IL | 60628 |
| Stephen | Gliva | IL | 60202 |
| James A | Harbaugh | IL | 60005 |
| Daniel | Pitkin | IL | 60913 |
| steve | putrich | IL | 62702 |
| ellene | shapiro | IL | 60035 |
| Cary | Moy | IL | 60302 |
| Barbara | Harrison | IL | 60637 |
| joseph | nowak | IL | 60706 |
| N. | Mitchell | IL | 60619 |
| Stephan | Loubere | IL | 60626 |
| Dorothy | Stoner | IL | 60103 |
| Joshua | Sirt | IL | 60614 |
| d | o | IL | 60613 |
| John | Zahos | IL | 60076 |
| Lana | Hampton | IL | 60659 |
| Ruth | Eckhouse | IL | 60201 |
| Bonita | Staas | IL | 61060 |
| Larry | Ulrey | IN | 46219 |
| Lawrence | Moss | IN | 47401 |
| Charles | Blume | IN | 46229 |
| John | Felton | IN | 47630 |
| Arlene | Wolf | IN | 47814 |
| William | Reese | IN | 47177 |
| Jessica | Craig | IN | 47274 |
| Aimee | Jacobs | IN | 47403 |
| Bruce | Hlodnicki | IN | 46226 |
| James | Jachimiak | IN | 46131 |
| John | Staunton | IN | 46614 |
| Phillip | Godsey | IN | 46835 |
| Sally | Small | IN | 46219 |
| Keelan | Smith | IN | 46256 |
| Sandra | Miller | IN | 46635 |
| Russ | Cross | IN | 47954 |
| Marian | Cooley | IN | 47304 |
| Pamela | Stearley | IN | 47834 |
| Bryan | Lilienkamp | IN | 46208 |
| Michael | McCartin | IN | 46804 |
| Matt | Baucco | IN | 47403 |
| Suzanne M. | Volk | IN | 46227 |
| John | Sodrel | IN | 47150 |

| | | | |
|---|---|---|---|
| Ricki | Newman | IN | 47630 |
| Keith | Emery | IN | 46219 |
| Charles | Happel | IN | 46224 |
| Mike | Loomis | IN | 46350 |
| Shan | Shaikh | IN | 46750 |
| Annie | B | IN | 47404 |
| joyce | niksic | IN | 46323 |
| Tom | Hougham | IN | 46181 |
| Don | Sodrel | IN | 47150 |
| Christina | Dingman | IN | 46804 |
| Susie | Gahan | IN | 47140 |
| Dennis | Dehn | KS | 66604 |
| Daviann | McClurg | KS | 67550 |
| Randy | Morrow | KS | 67218 |
| Ronnie | Rouse | KS | 67068 |
| Bill | Wesemann | KS | 67052 |
| Alan | Carroll | KS | 67410 |
| Emily | McDonald | KS | 67215 |
| Kathe | Garbrick | KS | 66503 |
| Kathy | Bigler | KS | 67401 |
| b | t | KS | 66045 |
| Pam | Denman | KS | 66610 |
| Cyndi | Clough | KS | 67207 |
| Linda | Meisinger | KS | 66030 |
| Jon Paul | Johnson | KY | 40207 |
| Amy | Pemberton | KY | 42503 |
| Stephen | Dutschke | KY | 40207 |
| William | Powell | KY | 42141 |
| clyde | sams | KY | 40311 |
| Jean | Christensen | KY | 40208 |
| Moksha | Sommer | KY | 42261 |
| Allen | Gillin | KY | 42044 |
| Elizabeth | Blythe | KY | 40356 |
| Sarah | Griffin | KY | 40219 |
| Elaine | VanZant | KY | 40701 |
| Dena | Yver | LA | 70118 |
| Donna | Caire | LA | 70420 |
| lincoln | richardson | LA | 70615 |
| Patrick | Judge | LA | 70118 |
| Keith | Horn | LA | 70806 |
| Beverly | Barry | LA | 70121 |
| Scott | Jennings | LA | 70118 |
| Mikeal | Woods | LA | 70123 |
| Matthew | Hinton | LA | 70123 |

| | | | |
|---|---|---|---|
| Michele | Mcginn | LA | 70056 |
| Robert | Cohn | LA | 70116 |
| Michael | Smith | MA | 01890 |
| P. | Welland | MA | 01062 |
| Arthur and | | | |
| Lois | Finstein | MA | 17012 |
| Thomas | Lemberg | MA | 02113 |
| Michael | Grinnell | MA | 02127 |
| Alan | Papscun | MA | 01229 |
| rebecca | tippens | MA | 01340 |
| steve | Freiman | MA | 01341 |
| Rebecca | delaGorgendiere | MA | 01501 |
| carol | kaminsky | MA | 01002 |
| David | Ball | MA | 01060 |
| Lorna | Kepes | MA | 01002 |
| Suzanne | MacKenzie | MA | 02631 |
| D. | M | MA | 02035 |
| Joel | Wool | MA | 02122 |
| Ryan | Houlette | MA | 02140 |
| Leslie | Sargent | MA | 02109 |
| John | Templeton Sr | MA | 01002 |
| Glenna | Waterman | MA | 02445 |
| David | Tatlock | MA | 02747 |
| Jeb | Mays | MA | 02140 |
| Dan | Aurian-Blajeni | MA | 02019 |
| Steph | DeFerie | MA | 02645 |
| Beth | Rosenberg | MA | 02143 |
| Jaye | Brink | MA | 01201 |
| Hannah | Banks | MA | 02459 |
| Abigail | Howes | MA | 02779 |
| Katrin | Winterer | MA | 01890 |
| Sandra | Lagrega | MA | 02474 |
| James J. | Boone | MA | 02148 |
| Merrill | Shea | MA | 02446 |
| Evan | Eisentrager | MA | 01027 |
| Linda | Reilly | MA | 02537 |
| sherry | weiland | MA | 01776 |
| Andrea | Chitouras | MA | 02144 |
| Eve | Curtis | MA | 02468 |
| Edith | Griffin | MA | 01450 |
| Kathy | Mullins | MA | 01022 |
| Peter | Beves | MA | 01473 |
| Patricia | Berger | MA | 02445 |
| Barbara | Huntley | MA | 01503 |

| | | | |
|---|---|---|---|
| beau | babineau | MA | 02666 |
| Kathy | Martin | MA | 02472 |
| Jim | Sadler | MA | 01033 |
| Stuart | Lynn | MA | 01602 |
| Nancy | Free | MA | 02148 |
| Mehrene | Larudee | MA | 01002 |
| Martha | Simon | MA | 01803 |
| Annie | Laurie | MA | 01826 |
| Burton | Jaffe | MA | 02116 |
| Sybil | Schlesinger | MA | 01760 |
| Robert | Duffy | MA | 01474 |
| Carolyn | Poinelli | MA | 02113 |
| Linda K | DiVittorio | MA | 02645 |
| Patricia | Frederick | MA | 01430 |
| david j. | lafond | MA | 01040 |
| Peter | Kahigian | MA | 01832 |
| Melissa | Wales | MA | 01010 |
| Marleen | Alter | MA | 02478 |
| Ken | Kipen | MA | 01330 |
| Matthew | Genaze | MA | 02139 |
| Donald | Williams | MA | 02144 |
| Robert | Foley Jr | MA | 02703 |
| Warren | Beattie | MA | 02215 |
| Bridget | Spann | MA | 01267 |
| Michael | Riley | MA | 02171 |
| Kenneth | Helleberg | MA | 01535 |
| Carole | Plourde | MA | 01913 |
| Catherine | Crow | MA | 01721 |
| Tony | Mendousa | MA | 02653 |
| James K | Hadcroft | MA | 02556 |
| Brayden | Lees | MA | 02130 |
| Andrea | Yakovakis | MA | 02140 |
| David | Eaton | MA | 02746 |
| Susan | Anderson | MA | 02210 |
| Chris | Lynch | MA | 02478 |
| Dennis | Vieira | MA | 02747 |
| Patricia | Benjamin | MA | 01531 |
| Jane | Steinberg | MA | 01854 |
| Katherine | Glatter | MA | 01002 |
| John | MacDougall | MA | 02140 |
| Helen | Butt | MD | 20781 |
| M | Langelan | MD | 20815 |
| Aaron | Ucko | MD | 20850 |
| Ellis | Woodward | MD | 21211 |

| | | | |
|---|---|---|---|
| Irwin | Hoenig | MD | 20726 |
| David | Vergauwen | MD | 21214 |
| Alan | Wojtalik | MD | 21234 |
| Sherry | Segerman | MD | 20815 |
| mary | bernard | MD | 21702 |
| Jenny | Hoffman | MD | 21209 |
| Noel | Levy | MD | 21208 |
| Chris | Schmitthenner | MD | 20659 |
| Sandy | Bell | MD | 20732 |
| Michael | Argento | MD | 21228 |
| Aaron | Moore | MD | 20743 |
| Kristin | Cook | MD | 20854 |
| Molly | Hauck | MD | 20895 |
| Marilyn | Martin | MD | 20852 |
| Christopher | Seymour | MD | 21841 |
| Robert | Black | MD | 20855 |
| Hillary | Banachowski | MD | 20912 |
| John | Fay | MD | 20902 |
| Sarah | Pogell | MD | 21401 |
| George | Bason | MD | 20815 |
| Carolyn | Ricketts | MD | 21037 |
| Mary | Coady | MD | 21601 |
| Harry | Knox | MD | 20902 |
| Charles | Alexander | MD | 21093 |
| nikki | wojtalik | MD | 21234 |
| May Ruth | Seidel | MD | 21044 |
| Peter | Darling | ME | 04107 |
| Robert | Cassidy | ME | 04040 |
| Helen | Anderson | ME | 04103 |
| Bill | Nave | ME | 04364 |
| Karen | Stickney | ME | 04240 |
| Joyce | Dupuis | ME | 04572 |
| Julia | Ransom | ME | 04072 |
| Moira | Whalen | ME | 04684 |
| Mark | Dittrick | ME | 04915 |
| Minerva | Rohlfing | ME | 04037 |
| Frank | Gifford | ME | 04841 |
| David | Travers | ME | 04092 |
| Sandra | Joy | ME | 04473 |
| Dawn | DiBlasi | ME | 04937 |
| Jean | Perkins | ME | 04562 |
| Arthur | Bailey | ME | 04640 |
| Christina | Valente | ME | 04084 |
| Gregory | Kimber | ME | 04984 |

| Joan | Yates | ME | 04092 |
|------|-------|----|-------|
| Chris | Betit | ME | 04011 |
| Gary | Friedmann | ME | 04609 |
| Pat | Bruce | ME | 04062 |
| lenore | Sivulich | ME | 04260 |
| Anne | Follweiler | ME | 04616 |
| Thomas | Morrison | ME | 04093 |
| Jean | Wilhelm | ME | 04631 |
| Paul | Lipman | ME | 04032 |
| sarah | fraley | ME | 04660 |
| Darlene | Byrd | MI | 48002 |
| Scott | Laufer | MI | 48038 |
| Sarah | Flum | MI | 49829 |
| Jan | Porter | MI | 49456 |
| Janice | Thomas | MI | 48193 |
| Dennis | Feichtinger | MI | 48183 |
| Philip | Melcher | MI | 48009 |
| Glenn | Freeman | MI | 49503 |
| Brooks | Hale | MI | 48637 |
| Bobby | Belknap | MI | 49635 |
| Jim | Toczynski | MI | 49660 |
| John | Rokas | MI | 48021 |
| Greg | Collins | MI | 49404 |
| Timothy | Schacht | MI | 48230 |
| Michael | Bugbee | MI | 49017 |
| Linda | Prostko | MI | 49316 |
| Ann | Remkus | MI | 49221 |
| Theresa | M. Campbell | MI | 48071 |
| Harvey | Reed | MI | 48216 |
| Grace | Strong | MI | 49938 |
| Eric | Koenig | MI | 49009 |
| Michael | Polzin | MI | 49920 |
| Clara | Bakker | MI | 49423 |
| David | Cawthon | MI | 49417 |
| Mike | Butkiewicz | MI | 48314 |
| Rob | Jenkin | MI | 48390 |
| Carole | Pappas | MI | 48439 |
| Julie | Skelton | MI | 48111 |
| JoEllen | Rudolph | MI | 49770 |
| Debra | Moore | MI | 48420 |
| mario | maraldo | MI | 48045 |
| Diane | Sevald | MI | 49316 |
| larry | carney | MI | 48216 |
| Keith | D'Alessandro | MI | 48187 |

| Deborah | Grogan | MI | 49715 |
|---------|--------|----|-------|
| Carol | Miller | MI | 48108 |
| Christopher | Trevarthen | MI | 48135 |
| Anne | Pavlic | MI | 48167 |
| Linda | Francisco | MI | 48237 |
| Dan | Matteson | MI | 49456 |
| Susan | Stewart | MI | 49240 |
| Dorothy | Neff | MI | 48618 |
| Ilene | Kazak | MI | 48212 |
| Helena | Coleman | MI | 48342 |
| Doris | Applebaum | MI | 48237 |
| Amoreena | Paddock | MI | 49601 |
| Daniel | Paddock | MI | 49601 |
| Karen | Anderson | MI | 48085 |
| Eric | Stordahl | MI | 49855 |
| Ramon | Trumbull | MI | 49505 |
| stephen | budzinski | MI | 49009 |
| Jean | Bails | MI | 48081 |
| Gian | Colista | MI | 48225 |
| Lisa | MacMillan | MI | 48128 |
| Maria | Miller | MI | 49505 |
| Bonna | Mettie | MI | 49768 |
| Maria | Ross | MI | 48025 |
| peter | lehnert | MI | 49801 |
| Sarah | Sercombe | MI | 48073 |
| Mark | Messing | MI | 49684 |
| Bruce | Calvert | MI | 48380 |
| Lori | Mulvey | MI | 49321 |
| Lewis | Okun | MI | 48104 |
| Marcus | Blough | MI | 48103 |
| John | Tucholski | MI | 48658 |
| Nm | Porter | MI | 48197 |
| Joseph | Palazzolo | MI | 48220 |
| John | Ford | MI | 48108 |
| Harriet | McCleary | MN | 55404 |
| Michael | Heinsohn | MN | 55112 |
| Linda | Nelson | MN | 56560 |
| Susan | Wigfield | MN | 55414 |
| Tegwin | Moye | MN | 55076 |
| Jennifer | Schally | MN | 55082 |
| Terrance | Schrammen | MN | 55119 |
| Lauri E | Hohman | MN | 55614 |
| Diane | Harms | MN | 56082 |
| Kevin | Partington | MN | 55122 |

| | | | |
|---|---|---|---|
| Robert | Wohlberg | MN | 55423 |
| Judith | Epstein | MN | 55408 |
| Keith | Thompson | MN | 55104 |
| Kenneth | Harris | MN | 55038 |
| Daniel | Shaw | MN | 55419 |
| Anne | Clark | MN | 55403 |
| Judi | Poulson | MN | 56031 |
| Gary | Hansen | MN | 55122 |
| Susan | Boorsma | MN | 55805 |
| Charles | Fitze | MN | 55709 |
| K. | Cruit | MN | 55125 |
| George | Bentley | MN | 55103 |
| Paul | Moss | MN | 55110 |
| John | Viacrucis | MN | 56560 |
| Patricia | Richard-Amato | MN | 55804 |
| Gaby | Roth | MN | 55378 |
| Richard | Nagle | MN | 55901 |
| Corinne | Rockstad | MN | 55105 |
| Annah | Gardner | MN | 55403 |
| Alice | Bowron | MN | 55422 |
| Alva | Pingel | MN | 55068 |
| Judith | Carlson | MN | 55369 |
| Christopher | de Alwis | MN | 55343 |
| Joseph | Wenzel | MN | 55117 |
| Fran | Coyan | MN | 55432 |
| David | Swanson | MN | 55902 |
| Mollie | Schierman | MN | 55422 |
| Carol | Shimek | MN | 55110 |
| Mike | Ferguson | MN | 56001 |
| Richard | Amado | MN | 55116 |
| Janice | Hallman | MN | 55110 |
| Dan | Wicht | MN | 55432 |
| Matthew | Butler | MN | 55605 |
| Erin | Strauss | MN | 55407 |
| Mary | Ludington | MN | 55409 |
| Mark | Mapes | MN | 55413 |
| Cyndi | Bradley | MN | 55126 |
| Debra | Evon | MN | 55403 |
| Randy | Nies | MN | 55408 |
| Norman | Herron | MN | 55812 |
| River | Gordon | MN | 55418 |
| Kevin | Stueven | MN | 56303 |
| Joel | Clasemann | MN | 55806 |
| jason | husby | MN | 55412 |

| | | | |
|---|---|---|---|
| Marylyn | Irrgang | MN | 56001 |
| Scott | Dulas | MN | 55804 |
| Michelle | Gobely | MN | 55117 |
| James | Henderson | MN | 55112 |
| Kathryn | Mosher | MN | 55122 |
| Reese | Forbes | MO | 63108 |
| Rachel | Meltzer | MO | 63108 |
| Judith | Rinesmith | MO | 63376 |
| John | Crotty | MO | 63021 |
| Bruce D | Burleigh | MO | 63366 |
| Marilyn | Long | MO | 64030 |
| Tom | Schwegler | MO | 64152 |
| Shirley | English | MO | 64081 |
| Norma | Uible | MO | 63105 |
| Harold | Ellis | MO | 63110 |
| Barbara | Hays | MO | 65804 |
| James | Deshotels | MO | 63072 |
| James | Pflanz | MO | 64137 |
| Dennis | Honkomp | MO | 63034 |
| Jon | Bauer | MO | 64105 |
| M. | Mcginnis | MO | 63116 |
| Joan | Wilson | MO | 63670 |
| Freda | Patterson | MO | 65340 |
| Ronald | Dykal | MO | 64054 |
| Robert | Haslag | MO | 65023 |
| Dennis | Hilger | MO | 64055 |
| Jim | Brauner | MO | 63011 |
| Daniel | Mottert | MO | 63044 |
| Debbie | Campbell | MO | 63117 |
| David | Anderson | MO | 65721 |
| Donald | Mackey | MO | 64151 |
| David | Klassen | MO | 63401 |
| Kathleen | Shea | MO | 63130 |
| Margaret | Henry | MO | 64055 |
| Mary | Martin | MO | 63303 |
| Robert | Gore | MO | 63043 |
| Paulette | Zimmerman | MO | 63139 |
| Diana | Brunswig-Bosso | MO | 63010 |
| Daniel | Jones | MS | 39051 |
| Richard | Laba | MS | 39466 |
| Nancy | Roberts-Moneir | MS | 39503 |
| Anna | Klene | MT | 59804 |
| Ralph | Guay | MT | 59601 |
| Bartley | Deason | MT | 59829 |

| | | | |
|---|---|---|---|
| Bill | Baum | MT | 59903 |
| Rich | Clawson | MT | 59101 |
| Fred | Brewer | MT | 59701 |
| Nico | Hudak | MT | 59901 |
| Chris | Callahan | MT | 59715 |
| Robert | Kaiser | MT | 59937 |
| Toddy | Perryman | MT | 59828 |
| Joe | Sistare | NC | 28212 |
| Lawrence | East | NC | 28540 |
| Larry | Hannon | NC | 28270 |
| Fred | Chauncey | NC | 27614 |
| Patricia | Cabarga | NC | 27514 |
| Robert | Belknap | NC | 27603 |
| Wes | Woodley | NC | 27517 |
| Matt | Dinsmore | NC | 28803 |
| Maryann | Pitman | NC | 27938 |
| Mark | Hurmence | NC | 28428 |
| Theresa | Lauro | NC | 28105 |
| Patricia | Winne | NC | 28043 |
| Ryan | Draper | NC | 27514 |
| Gavin | Dillard | NC | 28711 |
| Angela | Lawrence | NC | 28105 |
| don | smith | NC | 28348 |
| James P | Parzino | NC | 28445 |
| Jordan and | | | |
| Elizabeth | Holtam | NC | 28787 |
| andi | behrman | NC | 27704 |
| William | Alexander | NC | 28786 |
| Nancy | Mueller | NC | 27516 |
| Henrietta | Jenrette | NC | 27613 |
| Ruth | Miller | NC | 27516 |
| William, | | | |
| Margaret & | | | |
| Scott | Holcomb | NC | 28782 |
| Phil | Kaveler | NC | 28031 |
| Patricia | Burgert | NC | 27587 |
| Gary | Clontz | NC | 28721 |
| Lara | Rouse | NC | 28562 |
| Laurie | Zimmerman | NC | 28704 |
| Gregory | Austin | NC | 28216 |
| Robert | Ziegler | NC | 28792 |
| Mary | Sayler | NC | 28226 |
| Martha | Spencer | NC | 28712 |
| Margie | Zalesak | NC | 27607 |

| | | | |
|---|---|---|---|
| Lisa | Yarger | NC | 27705 |
| thomas | lux | NC | 28676 |
| John | Herron | NC | 28234 |
| Dianna | Koenning | NC | 27607 |
| Heide | | | |
| Catherina | Coppotelli | NC | 28718 |
| Rick | Duke | NC | 27514 |
| Sherra | Franklin | NC | 28412 |
| Carolyn | Pilgrim | NC | 28785 |
| Hal | Trufan | NC | 28226 |
| Constance | Engle | NC | 28739 |
| Denise | Garabedian | NC | 28906 |
| mary | raymond | NC | 27502 |
| Joshua | Lobe | NC | 27302 |
| Adrienne | Gardner | NC | 27030 |
| Tom | Richey | NC | 28804 |
| Nancy | Forrest | NC | 27258 |
| Beth | Stanberry | NC | 28802 |
| Claudia | Kaplan | NC | 27713 |
| vash | harlock | NC | 27510 |
| Mary Anne | Combs | NC | 28752 |
| Melissa | Laste | NC | 28027 |
| Wynne | Queen | NC | 28043 |
| Chris | Christianson | ND | 58103 |
| Ran | Zirasri | ND | 58502 |
| Dianna | Mullen | NE | 68845 |
| Daryl | Kiser | NE | 68124 |
| Dave | Polson | NE | 68106 |
| Sharon | Harris | NE | 10027 |
| Jeff | Crane | NE | 68506 |
| Marta | Dawes | NE | 68005 |
| Lauren | Davis | NE | 68506 |
| guenter | strubinsky | NE | 68107 |
| gustavo | zardeneta | NE | 68787 |
| Brenda | Lahm | NE | 68017 |
| Linda | Gertig | NE | 68005 |
| Margery | Coffey | NE | 68055 |
| Connie | Mazour | NE | 68701 |
| Chris | Mackenzie | NH | 03101 |
| Dan | Hubbard | NH | 03867 |
| William | Todd | NH | 03884 |
| Richard | Devens | NH | 03227 |
| Erline | Towner | NH | 03055 |
| Marcel | Liberge | NH | 03103 |

| | | | |
|---|---|---|---|
| Abigail | Gindele | NH | 03801 |
| Eugene | Bergeron | NH | 03825 |
| MARK | VAN NOTE | NH | 03608 |
| Charles | Arnold | NH | 03105 |
| Marcus | | | |
| Christian | Hansen | NH | 03602 |
| L | Carr | NH | 03755 |
| David | Brown | NH | 03782 |
| Patrick | Norton | NH | 03842 |
| Susan | Yakutis | NH | 03882 |
| Julia | Stefano | NH | 03104 |
| Peter and | | | |
| Keenie | Richardson | NH | 03833 |
| Frank | Onishuk | NH | 03894 |
| Deborah | Friend | NH | 03858 |
| Joan | Piercy | NJ | 07430 |
| Harry | Hudson | NJ | 08260 |
| Gene | Cahill | NJ | 07840 |
| Martin | Judd | NJ | 07701 |
| Matthew | Franck | NJ | 08904 |
| Susan | Hurwitz | NJ | 07661 |
| Steven | Bergman | NJ | 08840 |
| Margaret | Wagner | NJ | 07641 |
| joann | eckstut | NJ | 07028 |
| Leo | Brown | NJ | 07452 |
| Chuck | Graver | NJ | |
| Linda | Boginsky | NJ | 07039 |
| Robert | Karasiewicz | NJ | 07054 |
| Anne | Gunderson | NJ | 07756 |
| Carla | Scott | NJ | 07302 |
| chris | noyes | NJ | 07003 |
| Nancy | Ynchaustegui | NJ | 07083 |
| Lisa | Kazmier | NJ | 08835 |
| Brenda | Cummings | NJ | 07624 |
| Kim | Sellon | NJ | 07974 |
| Cheryl | Dzubak | NJ | 08620 |
| jim | sickels | NJ | 07740 |
| betsy | cousins-coleman | NJ | 07605 |
| A | Kasbarian | NJ | 07033 |
| Ken | Moyer | NJ | 08077 |
| George | Hurst | NJ | 07081 |
| Muammer | Ekin | NJ | 08690 |
| Alan | Gross | NJ | 08873 |
| David | Bowers | NJ | 08822 |

| | | | |
|---|---|---|---|
| Nicole | Jackson | NJ | 07307 |
| Frank A. | Brincka | NJ | 07461 |
| Sandra | Goodstone | NJ | 08535 |
| cathy | | | |
| elizabeth | levin | NJ | 07002 |
| Sharon | Stoneback | NJ | 08648 |
| Sharon | Callahan | NJ | 08512 |
| K | Skelly | NJ | 07030 |
| Takako | Ishii-Kiefer | NJ | 07747 |
| Matt | Ruderman | NJ | 07079 |
| Daryll | Ray | NJ | 08083 |
| Rita | Raftery | NJ | 07660 |
| Donald | Walden | NJ | 07430 |
| John | Richkus | NJ | 07307 |
| James | Pansulla | NJ | 07003 |
| Shawn | Liddick | NJ | 08879 |
| Victor | Wittmann | NJ | 07746 |
| Judy | Fairless | NJ | 07059 |
| Andrew | Mumford | NJ | 07701 |
| Scott | MacDougall | NJ | 07302 |
| Ruth | Steinberg | NJ | 07724 |
| caroline | oliveira | NJ | 08540 |
| Robert | Findlay | NJ | 07836 |
| Janis | Todd | NJ | 08550 |
| Susan | Nierenberg | NJ | 07666 |
| Kathleen | Keefe | NJ | 08059 |
| Sara | Lazarus | NJ | 07041 |
| Mary | Waldeck | NJ | 07480 |
| Kathleen | Galligan | NJ | 08807 |
| Susan | Clark | NJ | 07830 |
| Sara | Lerner | NJ | 08822 |
| greg | a. | NJ | 07641 |
| Victor | Sytzko | NJ | 07410 |
| Kevin | Teeple | NJ | 08050 |
| Thomas | Koven | NJ | 08827 |
| Pamela | Scoville | NJ | 07421 |
| Nick | Berezansky | NJ | 07450 |
| Blanca | Kopacz | NJ | 07735 |
| Maria | Litvan | NJ | 07302 |
| Nancy | Chismar | NJ | 08817 |
| Joseph | Colantonio | NJ | 08088 |
| Carole | Colantonio | NJ | 08088 |
| Bruce | Revesz | NJ | 07009 |
| Robert | Kenselaar | NJ | 07040 |

| | | | |
|---|---|---|---|
| Kristina | VanIstendal | NJ | 08087 |
| Jacqueline | Delario | NJ | 08402 |
| Louis | Santiago | NJ | 07728 |
| Michael | Doddy | NJ | 07010 |
| Fred | Fall | NJ | 08034 |
| Ken | Odenheim | NM | 88011 |
| Pamela | Bryant | NM | 88061 |
| Walter | Ebel | NM | 87109 |
| Alleen | Schmit | NM | 87110 |
| Bruce | Donnell | NM | 87506 |
| Christina | Maris | NM | 87107 |
| Judy | Anthony | NM | 87111 |
| Thollem | Mcdonnell | NM | 87511 |
| Charles | Doughty | NM | 87571 |
| Kim | Foster | NM | 88311 |
| Karen | Boehler | NM | 88201 |
| Cynthia | Edney | NM | 87047 |
| Noah | Pardo-Friedman | NM | 87108 |
| P.J. | Raymond | NM | 87505 |
| James | Root | NM | 87529 |
| Frank | Ettenberg | NM | 87507 |
| Lawrence H | Page Jr | NM | 87111 |
| Linda | Chamberlin | NM | 87544 |
| Patricia and | | | |
| James | Moran | NM | 87124 |
| Ruth | Sabiers | NM | 87592 |
| Emily | Rothman | NM | 87110 |
| James | Lin | NM | 87111 |
| Don | Beams | NM | 88061 |
| Carol | Winkler | NM | 88011 |
| Jonathan | Whitten | NM | 87701 |
| Elisabeth | Price | NM | 87110 |
| Deborah | Reade | NM | 87501 |
| ARTHUR | MEINCKE | NM | 88203 |
| Polly | Jackson | NM | 87108 |
| Larry | Gioannini | NM | 88005 |
| Patrick and | | | |
| Connie | Berry | NM | 87031 |
| Steven and | | | |
| Susan | Mayes | NM | 87508 |
| Diane | MacInnes | NM | 87505 |
| Henry | Seale | NM | 87114 |
| Donald | Codding | NM | 87120 |
| Harry | Myers | NM | 87121 |

| David | Doty | NM | 87505 |
|---|---|---|---|
| B. Thomas | Diener | NM | 87123 |
| Margaia | Forcier-Call | NM | 87025 |
| bob | m | NM | 88240 |
| Linda | Wiener | NM | 87501 |
| Kenneth | Dorsey | NV | 89506 |
| Robert | Furtek | NV | 89030 |
| Dr. Phillipa | Kafka | NV | 89005 |
| P. | Sturm | NV | 89502 |
| Ken | Gibb | NV | 89448 |
| Jean | Pagni | NV | 89503 |
| Jason | Steadmon | NV | 89005 |
| faith | franck | NV | 89135 |
| Janet | Walls | NV | 89423 |
| dean | esch | NV | 89183 |
| Randy k | Rannow | NV | 89521 |
| Chetan | Kinsey | NV | 89503 |
| Eva | Love | NV | 89145 |
| Ruger | Ostrander | NV | 89115 |
| Linda | Gillaspy | NV | 89506 |
| Bruce | Doxey | NV | 89448 |
| Douglas | Kinney | NY | 13825 |
| Elizabeth | Watts | NY | 11563 |
| John | Papandrea | NY | 10024 |
| Vicky | Brandt | NY | 10011 |
| Lawrence | Kegeles | NY | 10025 |
| Ilene | Rubenstein | NY | 11210 |
| David | Paul | NY | 10033 |
| Angela | Lovell | NY | 10040 |
| Rudolph | Ripp | NY | 10301 |
| Lynne | Teplin | NY | 10708 |
| Corinne | Sutter-Brown | NY | 14620 |
| K. | Arnone | NY | 11204 |
| Greta | Gustafson | NY | 11209 |
| Al | Krause | NY | 10025 |
| mark | smith | NY | 10016 |
| Esther | Weaver | NY | 12528 |
| Jean | Fallon | NY | 10545 |
| Steven | Silva | NY | 10003 |
| Kathleen | Broderick | NY | 14755 |
| D | Christie | NY | 12420 |
| A. S. | Evans | NY | 10012 |
| Richard | Guier | NY | 10025 |
| Irina | Rodriguez | NY | 11706 |

| | | | |
|---|---|---|---|
| Beverly | Maher | NY | 10014 |
| Nellie | Nieves | NY | 10803 |
| Phillip | Hope | NY | 11215 |
| Elaine | Donovan | NY | 14466 |
| Gwen | Milt | NY | 10990 |
| David | KLEINBERG-LEVIN | NY | 10024 |
| Katherine | Barnhart | NY | 11209 |
| Javier | Rivera-Diaz | NY | 11249 |
| Daniel | Silver | NY | 11570 |
| cave | man | NY | 12555 |
| Herbert | Stein | NY | 10992 |
| John | Hafner | NY | 12514 |
| William | Wachob | NY | 14209 |
| Priscilla | Drake | NY | 14527 |
| Robert | Defrin | NY | 12501 |
| Ray | Timmermans | NY | 14843 |
| Jonathan | Peter | NY | 13905 |
| Lilly | Knuth | NY | 11530 |
| Oliver | Yourke | NY | 11215 |
| george | white | NY | 11753 |
| J. | Kennedy | NY | 14905 |
| Erma | Lewis | NY | 11204 |
| Jacqueline | Birnbaum | NY | 10708 |
| Maureen | Fudger | NY | 13797 |
| John | Keiser | NY | 10009 |
| June | Hurst | NY | 10128 |
| Peter | Arneson | NY | 13205 |
| Ed | Miller | NY | 12209 |
| Maryalice | OBrien | NY | 11946 |
| Harry | Grace | NY | 14214 |
| robert | moeller | NY | 12062 |
| Jill | McManus | NY | 10028 |
| Tana | Gullotta | NY | 10562 |
| Mark | Creighton | NY | 12061 |
| mary | Keane | NY | 11040 |
| Nancy | Sharp | NY | 13104 |
| David | Klass | NY | 10011 |
| Jack | Marcus | NY | 10025 |
| lucretia | stewart | NY | 10029 |
| Robert | Fraser | NY | 10512 |
| CHRISTINE | HARVEY | NY | 10467 |
| Jonathan | Nash | NY | 10028 |
| Eileen | McCorry | NY | 10024 |
| Douglas | Mcdougall | NY | 11217 |

| | | | |
|---|---|---|---|
| Kahlil | Goodwyn | NY | 11206 |
| Herman | Villamizar | NY | 11590 |
| meredith | mc kinney | NY | 11946 |
| Deborah | Carroll | NY | 10032 |
| Mary | Kerins | NY | 11040 |
| Ron | Sonnenberg | NY | 14105 |
| vicki | fox | NY | 12508 |
| Rachel | Wohlander | NY | 11218 |
| Jean | Standish | NY | 10003 |
| heather | cross | NY | 11222 |
| Laura | Berger | NY | 11230 |
| Bidita | Choudhury | NY | 11222 |
| Linda Douglass | Senat | NY | 10023 |
| Reeves | Reeves | NY | 10003 |
| Elizabeth | Terbrock | NY | 10545 |
| Daryl | Denning | NY | 14830 |
| Callie | Lockwood | NY | 14224 |
| Marjorie | Berk | NY | 10003 |
| Thomas | Reynolds | NY | 12186 |
| George | Picchioni | NY | 10462 |
| Sharon | Osika-Michales | NY | 13152 |
| Gerrit | Crouse | NY | 10960 |
| sarah | apfel | NY | 10003 |
| Robert | Snyder | NY | 13212 |
| Emily | Bishop | NY | 13205 |
| Marlena | Lange | NY | 10940 |
| Gail | Sullivan | NY | 10040 |
| Judith | McElwain | NY | 11743 |
| Charles | Neidich | NY | 10033 |
| William | Horst-Kotter | NY | 14626 |
| Steven | Esposito | NY | 11776 |
| Susan | Hayward | NY | 10708 |
| Joel | Finley | NY | 13669 |
| Leah | Hallow | NY | 12065 |
| Rachel | Kaplan | NY | 10003 |
| Adam | Loomis | NY | 13092 |
| Jan | Emerson | NY | 10032 |
| Martin | Filipowski | NY | 10990 |
| Vinita | Ullal | NY | 11364 |
| Hal | Pillinger | NY | 10573 |
| Marcia | Westra | NY | 12550 |
| Cheryl | Dykstra | NY | 12309 |
| Rebecca | Brown | NY | 12194 |

| | | | |
|---|---|---|---|
| Edward | Mitchell | NY | 10550 |
| Oren | Sachs | NY | 11570 |
| Michael | Gorr | NY | 13152 |
| Marie | Garescher | NY | 10591 |
| Mindye | Fortgang | NY | 11566 |
| Frank J | Bryant | NY | 11730 |
| Scott | Marcroft | NY | 11720 |
| Helene | Axelrod | NY | 14760 |
| Russ | Pilato | NY | 14432 |
| Douglas | Cooke | NY | 11209 |
| Lara | Perez | NY | 11221 |
| David | Allen | NY | 14867 |
| Wendy | Fast | NY | 14437 |
| Maria Luisa | Tasayco | NY | 10033 |
| Adam | Boritz | NY | 10002 |
| Bonnie | Koshofer | NY | 12305 |
| karen | krause | NY | 12205 |
| Tsee | Lee | NY | 10001 |
| Beth | Darlington | NY | 12604 |
| Andrew | Arrabaca | NY | 12601 |
| linda | friedman | NY | 10025 |
| Ismet | Kipchak | NY | 11767 |
| Roxanne | Warren | NY | 10025 |
| Michael | Fergot | NY | 10021 |
| Susanna | Levin | NY | 10804 |
| Anton | Feokhari | NY | 11229 |
| Peter | Maniscalco | NY | 11949 |
| Linda | Reens | NY | 11791 |
| Gerald | Gersh | NY | 10537 |
| Jenniferlynn | Jankesh | NY | 10016 |
| Ralph | Alvarez | NY | 10990 |
| Peter | Tesoro | NY | 11375 |
| debbie | moran | NY | 10604 |
| Joanna | Kapner | NY | 10027 |
| Barbara | Becker | NY | 11747 |
| Mary | Donaghy | NY | 10023 |
| Peter | Markovics | NY | 12202 |
| George | Kormendi | NY | 10033 |
| Libby | Gatling | NY | 10456 |
| Brent | Sirois | NY | 11218 |
| KENNETH | BRINSON | NY | 10603 |
| Tracy | Griswold | NY | 10708 |
| Howard | Lepzelter | NY | 10462 |
| Ron | Cleeve | NY | 12043 |

| | | | |
|---|---|---|---|
| T | Cho | NY | 11217 |
| Fred | Weil | NY | 10024 |
| Ken | Ward | NY | 12078 |
| Paul | Petruccelli | NY | 11727 |
| Adam | Bergstein | NY | 11561 |
| Leland | Griffin | NY | 14886 |
| Steven | Kostis | NY | 10001 |
| Amy | Harlib | NY | 10011 |
| Darren | Showers | NY | 14214 |
| Ethan | Campbell | NY | 12443 |
| Janet | Muir | NY | 13108 |
| Alissa | Sollitto | NY | 13760 |
| Robert | Felix | NY | 10004 |
| Laura | Cromwell | NY | 11231 |
| Bryon | Jurs | NY | 14546 |
| Patrick | Flood | NY | 11581 |
| sister Honora | Kinney | NY | 12202 |
| Alan | McKnight | NY | 12495 |
| P. | Gorbert | NY | 11791 |
| Tara | McBride | NY | 11770 |
| Patricia | Vick | NY | 14534 |
| Lawrence | Green | NY | 14223 |
| Tim | Keating | NY | 10008 |
| Alice | Carli | NY | 14611 |
| Jeffery | Young | NY | 14617 |
| Mary | Caruso | NY | 10522 |
| Ryan | White | NY | 14620 |
| Andie | D | NY | 11215 |
| Suzanne | Schaem | NY | 10150 |
| Carlos | Cunha | NY | 11778 |
| Gene | Binder | NY | 10471 |
| Lee | Pesce | NY | 13244 |
| Maryann | Roby | NY | 14517 |
| Catherine | Dopp | NY | 14217 |
| S. | Etherton | NY | 10065 |
| Jennifer | Valentine | NY | 11762 |
| Eric | Soencksen | NY | 11207 |
| Clair | Touby | NY | 12983 |
| Bryan | Haynes | NY | 10471 |
| Nancy | DeTine | NY | 14222 |
| Elizabeth | Schwartz | NY | 11106 |
| Michael | Lewandowski | NY | 14546 |
| Edward | Butler | NY | 10021 |
| Elaine | Peters | NY | 11801 |

| William G | Gonzalez | NY | 10901 |
|---|---|---|---|
| Carol | Jackson | NY | 10023 |
| Pat | Wagner | NY | 12018 |
| Neil | Freson | NY | 14467 |
| Jill | Nicholas | NY | 14526 |
| Roberta | Young | NY | 10603 |
| Megan | Millevoy | NY | 11720 |
| J. | Lemley | NY | 14850 |
| Chris | Merando | NY | 12590 |
| Kate | Skolnick | NY | 11238 |
| Milan | Millevoy | NY | 11720 |
| Alice | Slining | NY | 14534 |
| Don | Pickett | NY | 10014 |
| Donna | Lenhart | NY | 12603 |
| jean paul | buthier | NY | 10009 |
| CAROLE | | | |
| CROWE | FRANK | NY | 10010 |
| Monique | Abrams | NY | 11414 |
| Michael | Gold | NY | 10463 |
| David | Hand | NY | 11772 |
| Laurie | Smyla | NY | 10974 |
| S | Arroyo | NY | 10463 |
| Ken | Gale | NY | 10028 |
| Murray | Head | NY | 10017 |
| Hannah | Woodward | NY | 11106 |
| Kate | Sherwood | NY | 11561 |
| Mayelly | Moreno | NY | 11207 |
| Karen | Stamm | NY | 10013 |
| Chuck | Donegan | NY | 10704 |
| lyn | capurro | NY | 11021 |
| Diana | Berardino | NY | 10036 |
| Naomi | Zurcher | NY | 11201 |
| Lorraine | Klein | NY | 11566 |
| Alex | Walbrodt | NY | 11566 |
| Rebecca | Traub | NY | 10280 |
| Dave | Christman | OH | 45056 |
| Diane | Wynne | OH | 45238 |
| Val | Zampedro | OH | 43229 |
| Ellen | Dryer | OH | 45140 |
| Dan | Doepker | OH | 44883 |
| Sandra | Cobb | OH | 44022 |
| Robert | Wood | OH | 44120 |
| Carol | De Vegvar | OH | 43015 |
| Warren | Kerrigan | OH | 44017 |

| | | | |
|---|---|---|---|
| Lesley | Woodward | OH | 44116 |
| phillip | deem | OH | 44030 |
| SARA | CROSBY | OH | 43202 |
| Pamela | Elliott | OH | 45895 |
| Colleen | Mellors | OH | 43944 |
| Mike | Rapp | OH | 45385 |
| Audrey | Elszasz | OH | 44024 |
| Russ | Doyle | OH | 45238 |
| Edgar | Petry | OH | 45430 |
| Vicki | Fazekas | OH | 44133 |
| Gloria | Brown | OH | 54242 |
| Lowell | Palm | OH | 43160 |
| Chad | Nester | OH | 45895 |
| Suzanne | Beavis | OH | 43551 |
| JOHN | HORKULIC | OH | 43964 |
| Julia | Radwany | OH | 44333 |
| Don | Pew | OH | 44420 |
| Greg | Terhune | OH | 45203 |
| Mary Ann | Kooker | OH | 45817 |
| Meredith | Needham | OH | 43023 |
| Richard | Boyce | OH | 45230 |
| Amy | Schumacher | OH | 45440 |
| Kim | Kensler-Prager | OH | 43623 |
| Jeff | McCollim | OH | 44077 |
| Chadwick | Wright | OH | 43035 |
| KELLI | THOMAS | OH | 44122 |
| Karen | Kindel | OH | 44718 |
| Charles | Mullen | OH | 44718 |
| Phillip | Mintz | OH | 43402 |
| Lisa | Kavanaugh | OH | 44074 |
| Richard | Abel | OH | 43017 |
| Bruce | Rutherford | OH | 43952 |
| Todd | Johnston | OH | 44685 |
| Robert | Weingart | OH | 43065 |
| Keith | Miller | OH | 44113 |
| Neal | Crandall | OH | 45502 |
| Julia | Albertin | OH | 45387 |
| Michael | Freeman | OH | 45236 |
| Robert | Griffin | OH | 45772 |
| Ginger | Davis | OH | 44134 |
| Melvyn | Levrant | OH | 45002 |
| Ann C. | McGill | OH | 44212 |
| Rick | Ingersoll | OH | 45056 |
| Ela | Robertson | OH | 43713 |

| | | | |
|---|---|---|---|
| Alice | Dugar | OH | 44131 |
| Ronald | Langhals | OH | 43606 |
| Dale | Hendel | OH | 44511 |
| Patrick | Mc Gee | OH | 45701 |
| Pamela | Unger | OH | 43229 |
| martina | hainke | OH | 44118 |
| Kara | Beebee | OH | 43202 |
| Lena | Rehberger | OH | 44056 |
| Michael | Klein | OH | 44303 |
| Dawn | Kosec | OH | 44515 |
| Anthony | Calvelage | OH | 45805 |
| James | Huffman | OH | 43614 |
| Kristin | Huntoon | OH | 43206 |
| Sarah | Hanley | OH | 44106 |
| Drew | Harbin | OH | 45248 |
| Donald | Kraycik | OK | 74133 |
| Howard | Stein | OK | 73127 |
| Margaret | Hooper | OK | 74006 |
| Darry | Carlstone | OK | 73134 |
| Stacy | Christiansen | OK | 74105 |
| Robin | Patten | OK | 73115 |
| Larry | Bulling | OR | 97339 |
| Dave | Dunkak | OR | 97215 |
| dorinda | kelley | OR | 97220 |
| Lorence | Long | OR | 97232 |
| janna | piper | OR | 97293 |
| Nora | Polk | OR | 97206 |
| David | Anderson | OR | 97213 |
| Helen | Jones | OR | 97520 |
| Lawrence | Nagel | OR | 97520 |
| Derek | Anderson | OR | 97224 |
| Franco | Ortega | OR | 97214 |
| Kelly | McConnell | OR | 97223 |
| John | Brennan | OR | 97212 |
| Maria | Sause | OR | 97365 |
| Joseph | Micketti | OR | 97520 |
| Sheila Swan | Laufer | OR | 97403 |
| Brent | Rocks | OR | 97201 |
| Dylan | Smith | OR | 97214 |
| Emerald | Goldman | OR | 97215 |
| Steven | Cooper | OR | 97212 |
| Ric | Bernat | OR | 97212 |
| Ted | Saufley | OR | 97132 |
| Frank | Glass | OR | 97321 |

| | | | |
|---|---|---|---|
| Corbin | Lambeth | OR | 97321 |
| Ken | Schiff | OR | |
| Kenneth | Sexton | OR | 97301 |
| Nancy | Holmes | OR | 97138 |
| Joyce L | Cochran | OR | 97108 |
| James | Keough | OR | 97208 |
| Mike | Nakamura | OR | 97219 |
| William | Lynn | OR | 97045 |
| Ann | Hand | OR | 97708 |
| | | | |
| Marguery Lee | Zucker | OR | 97403 |
| Eric | Ross | OR | 97386 |
| Betty | Hemmingsem | OR | 97403 |
| Valorie | Valo | OR | 97062 |
| Carrie | Cole | OR | 97213 |
| Theresa | Scroggin | OR | 97520 |
| Yola | Hesser | OR | 97439 |
| Esther | Lawson | OR | 97520 |
| J | Stufflebeam | OR | 97045 |
| P | Quillian | OR | 97540 |
| Donald | Dimock | OR | 97361 |
| Carla | Hervert | OR | 97404 |
| Sherry | Monie | OR | 97089 |
| William | Rizer | OR | 97111 |
| Melantha | Bobrick | OR | 97703 |
| Stephanie | Traxler | OR | 97201 |
| Randall | Newnham | OR | 97401 |
| Mark | Rochester | OR | 97479 |
| Gerald | Beever | OR | 97206 |
| Phoebe | Oaks | OR | 97203 |
| Kathryn C | Curtis | OR | 97381 |
| Aaron | Kendall | OR | 97219 |
| Dean | Pryer | OR | 97402 |
| Mary | McGaughey | OR | 97030 |
| Hank | Keeton | OR | 97375 |
| Imogen | Taylor | OR | 97217 |
| Charles | Herring | OR | 97739 |
| Terry | Barber | OR | 97477 |
| Ian | VanWyhe | OR | 97003 |
| Bob | Morse | OR | 97520 |
| WALTER | RICE | OR | 97215 |
| Robert and | | | |
| Dolores | Scheelen | OR | 97504 |
| Laurel | Temple | OR | 97223 |

| | | | |
|---|---|---|---|
| bonnie | jay | OR | 97537 |
| Lee | Schondorf | OR | 97499 |
| Dell | Goldsmith | OR | 97225 |
| Alan | Mevis | OR | 97212 |
| Aaron | Dukes | OR | 97031 |
| John R. | Bartels | OR | 97236 |
| Maren | Souders | OR | 97206 |
| Carol | Bosworth | OR | 97222 |
| Celeste M | Howard | OR | 97124 |
| Gerald | Lorenz | OR | 97306 |
| Karen | Bain | OR | 97381 |
| Cameron | Gaddy | OR | 97229 |
| Frances | Oneal | OR | 97223 |
| Marilyn | Marcus | OR | 97405 |
| Amy | Schoppert | OR | 97031 |
| Dan | Sherwood | OR | 97214 |
| Laurie | Fisher | OR | 97224 |
| Basey | Klopp | OR | 97703 |
| Linda | McFarland | OR | 97537 |
| Joy | Mamoyac | OR | 97330 |
| David | Hermanns | OR | 97203 |
| Dianne | Ensign | OR | 97219 |
| roy | adsit | OR | 97228 |
| Laura M. | Ohanian | OR | 97440 |
| Randall | Nerwick | OR | 97222 |
| Diane | Rios | OR | 97215 |
| Connie | Meadows | OR | 97213 |
| Nick | Tennant | OR | 97520 |
| Rush | Wayne | OR | 97403 |
| Donna | Thelander | OR | 97211 |
| Laura | Stice | OR | 97402 |
| Glenn | Koehrsen | OR | 97042 |
| W A | Mackay | OR | 97301 |
| J. Gregory | Twain | OR | 97214 |
| Vicki | Hood | OR | 97470 |
| Susan | Klof | OR | 97302 |
| Pam | Rensch | OR | 97051 |
| Janiece | Staton | OR | 97006 |
| Laura | Leong | OR | 97330 |
| Edith | Montgomery | OR | 97520 |
| Bette | Rice | OR | 97702 |
| Lyle | Funderburk | OR | 97266 |
| Roberta | Jackson | OR | 97229 |
| Diane | Stone | OR | 97202 |

| | | | |
|---|---|---|---|
| satya | vayu | OR | 97215 |
| Julianne | Ramaker | OR | 97701 |
| Christina | Fredrickson | OR | 97333 |
| S. | Garr | OR | 97213 |
| John | Nettleton | OR | 97202 |
| Bishara | Korkor | OR | 97401 |
| Irene | Saikevych | OR | 97502 |
| Martha | Lawler | OR | 97739 |
| Vincent | Alvarez | OR | 97222 |
| Evelyn | Fete | OR | 97113 |
| Joyce A. | Woods | OR | 97520 |
| Shinann | Earnshaw | OR | 97703 |
| Mark | Wheeler | OR | 97215 |
| Jeffrey | White | OR | 97116 |
| ken | bonsi | OR | 97530 |
| Frank | Leeds | OR | 97477 |
| James | Rankin | OR | 97330 |
| Noah | Angell | ot | 27707 |
| Bianca | Sodfried | ot | 07083 |
| Barry | Werber | PA | 15201 |
| Thomas | Bejgrowicz | PA | 17602 |
| Roger | Desy | PA | 15147 |
| Jane | Washington | PA | 19090 |
| Logan | Welde | PA | 19003 |
| Leonard | Douglass | PA | 15025 |
| M. | Struble | PA | 19146 |
| Margaret | Humphrey | PA | 17015 |
| Erin | Hartshorn | PA | 18017 |
| Donna L. | Meyers | PA | 19464 |
| Patricia | Rossi | PA | 19056 |
| Wesley | Finkbeiner | PA | 19567 |
| William | Ridgeway | PA | 18504 |
| Edward | Thornton | PA | 19081 |
| Dennis | Ober | PA | 17872 |
| Kelly | King | PA | 15666 |
| jackie | goodman | PA | 19147 |
| Richard | Schall | PA | 15206 |
| Sheila | Coughlin | PA | 18334 |
| Margaret | Hudgings | PA | 19382 |
| Suzette | Ippolito | PA | 15215 |
| Zak | Zavada | PA | 18510 |
| Susan | Babbitt | PA | 19107 |
| Michael | Florijn | PA | 19446 |
| Patrick | McCloskey | PA | 19083 |

| | | | |
|---|---|---|---|
| Douglas | Miller | PA | 19002 |
| Mary | Munday | PA | 17350 |
| Susan | Shaak | PA | 19606 |
| Robert | Jehn | PA | 16314 |
| Ellie | McGuire | PA | 18017 |
| Fred | Uebelhoer | PA | 17801 |
| Susan | Proietta | PA | 19111 |
| Bruce | Sadowskas | PA | 19606 |
| Jonathan | Nadle | PA | 15216 |
| Anne | Jackson | PA | 19543 |
| J. | Davis | PA | 19130 |
| Carolyn | Eckel | PA | 19053 |
| Barbara | Mail | PA | 19144 |
| Harry | Hochheiser | PA | 15217 |
| W. Andrew | Stover | PA | 17201 |
| Evelyn | Haas | PA | 19152 |
| Charles | Scott | PA | 19146 |
| Harold | Denenberg | PA | 19047 |
| Lorraine | Heagy | PA | 17543 |
| Don | Stewart | PA | 19611 |
| Gerritt and | | | |
| Elizabeth | Baker-Smith | PA | 18301 |
| Dick | Landis | PA | 19046 |
| Eugene | Mariani | PA | 15217 |
| Heather | Fastiggi | PA | 18326 |
| John | Six | PA | 17057 |
| John | Cooper | PA | 17837 |
| Todd | Clay | PA | 17401 |
| Aaron | Campbell | PA | 18612 |
| Hilary | Schenker | PA | 15206 |
| Thomas | Brenner | PA | 16648 |
| Daniel | Behl | PA | 19342 |
| Diane | Calkins | PA | 19131 |
| Jason | McMillan | PA | 19446 |
| gene | hunter | PA | 18018 |
| Anna | Bower | PA | 17701 |
| John | Comella | PA | 19103 |
| Dennis | Schaef | PA | 16335 |
| Emile G. | Ilchuk | PA | 18032 |
| Phoebe | Turner | PA | 19348 |
| Robert | Schmetzer | PA | 15081 |
| Dan | Sherman | PA | 19512 |
| Florence | Miller | PA | 17972 |
| Michael | Swanson | PA | 17603 |

| | | | |
|---|---|---|---|
| Jason | Stewart | PA | 17601 |
| Kc | Carney | PA | 15224 |
| Glenn | Rinker | PA | 19440 |
| zoe | friedberg | PA | 19072 |
| Beth | Lawhead | PA | 15906 |
| Kate | Dushel | PA | 17363 |
| K. | Paul | PA | 19053 |
| Barbara | Moore | PA | 18017 |
| Richard | Crozier | PA | 17082 |
| Herman | Hardy | PA | 15221 |
| Robert | Brano | PA | 19103 |
| David | Levin | PA | 19041 |
| Ellen | Asbell | PA | 19512 |
| Kelly | Riley | PA | 19440 |
| Roseann | Fiore | PA | 15068 |
| Nezka | Pfeifer | PA | 18505 |
| Robert | Schuchman | PA | 18352 |
| Judith | Max | PA | 19143 |
| Robin | Wilson | PA | 18428 |
| John | Brunt | PA | 18324 |
| Dave | Kenney | PA | 18330 |
| Albert | Coffman | PA | 18944 |
| Ieva | Berzins | PA | 15216 |
| William | Magee | PA | 17268 |
| John | Esposito | PA | 18711 |
| Robert | Cope | PA | 19426 |
| Barbara | Hegedus | PA | 19365 |
| Maureen | Cotton | PA | 16346 |
| Chris | Roche | PA | 19606 |
| Azfar | Ali | PA | 18062 |
| Christina | Dias | PA | 15642 |
| Susan | Plubell | PA | 16830 |
| Paul | Palla | PA | 17225 |
| Mark | Dillingham | PA | 19106 |
| Judy | Buchsbaum | PA | 19106 |
| Thom | Fistner | PA | 18015 |
| Marilyn | Maurer | PA | 19096 |
| gwen | pease | PA | 18018 |
| Kay | Reinfried | PA | 17543 |
| David | Krumpe | PA | 15235 |
| Ellen | Butkus | PA | 16345 |
| Lou Caylor | McDermott | PA | 19010 |
| Brian | Fink | PA | 19130 |
| jill | turco | PA | 19146 |

| Tom | Mackey | PA | 19014 |
|-----|--------|-----|-------|
| Margaret | Goodman | PA | 19342 |
| Dianne | Carroll | PA | 15224 |
| Maureen | Wetzel | PA | 15906 |
| Beverly | Foster | PA | 19087 |
| Edward | Jasiewicz | PA | 15208 |
| victoria | cox | PA | 19464 |
| Valeri | Fornagiel | PA | 16901 |
| Carol Ann | DeSanto | PA | 18616 |
| Dorothea | Leicher | PA | 19103 |
| Dan | Lara | PA | 19103 |
| Laurie | Tomme | PA | 19512 |
| Douglas | Mason | PA | 16801 |
| Allen | Terrill | PA | 16652 |
| Dennis | Migneault | RI | 02892 |
| ugurhan | akturk | RI | 02814 |
| Mj | Munroe | RI | 02882 |
| Dana | Rockwell | RI | 02816 |
| Adrienne | Austin | RI | 02919 |
| Lynn | Costa | RI | 02889 |
| Meredith | Wolf | RI | 02809 |
| Albert | Gamble | RI | 02835 |
| Max | Salt | RI | 02895 |
| Arthur | Dristiliaris | RI | 02908 |
| Arlen Dean | Snyder | RI | 02807 |
| Frances | Migliaccio | RI | 02807 |
| Martha H. | Ames | RI | 02906 |
| ellen | goodman | RI | 02915 |
| D.B. | Pope | SC | 29944 |
| brian | laddy | SC | 29707 |
| Ian | McLaren | SC | 29585 |
| Thomas | Portney | SC | 29803 |
| Kathy | Bradley | SC | 29078 |
| George | Motisher | SC | 29605 |
| Jane | Souza | SC | 29803 |
| Phoebe | McLeod | SC | 29205 |
| Thomas | Pauley | SC | 29745 |
| June | Cattell | SC | 29169 |
| Carol | Hill | SC | 29301 |
| Bill | Costello | SC | 29910 |
| Wayne E. | Stiefvater | SD | 57368 |
| Aaron | Gayken | SD | 57105 |
| Sandy | Dumke | SD | 57020 |
| Roger | Nehring | SD | 57325 |

| | | | |
|---|---|---|---|
| Kevin | Vaught | TN | 37013 |
| Ronald | Averwater | TN | 38138 |
| J. | Petrilla | TN | 37203 |
| David | Zielinski | TN | 38571 |
| Ron | Harris | TN | 37814 |
| Lawrence | Jasud | TN | 38111 |
| Mary | Bristow | TN | 37027 |
| Kent | gardner | TN | 37643 |
| Jim | Steitz | TN | 37738 |
| David AND | | | |
| Carol | Butler | TN | 37076 |
| Joe | Funderburk | TN | 37209 |
| Nancy | Beavers | TN | 37191 |
| Marlene | Shaner | TN | 37405 |
| Heather | Scheiderer | TN | 37205 |
| Jonathan | Holland | TN | 38571 |
| Karen | Tate | TN | 37343 |
| Dorothy | Shelton | TN | 37217 |
| Susan | Schoenbohm | TN | 37215 |
| Lisa | Stone | TX | 77096 |
| Brant | Kotch | TX | 77024 |
| Michael | Dobbs | TX | 78727 |
| Benjamin | Liles | TX | 76571 |
| Dorinda | Scott | TX | 78704 |
| James | Klein | TX | 78411 |
| C. | J. Mccarthy | TX | 75757 |
| Tony | Bell | TX | 78731 |
| Charles | Stigger | TX | 78744 |
| Theodore | Brazeau | TX | 78620 |
| Sharon | Gillespie | TX | 78703 |
| David | Bell | TX | 78645 |
| Rick | Hart | TX | 78752 |
| Pamela | Evans | TX | 75143 |
| Marie | Casiglio | TX | 76052 |
| Nigel | Foucha | TX | 75226 |
| R. | Maddern | TX | 78639 |
| Andy | Winger | TX | 75082 |
| stella | lin | TX | 75080 |
| Catherine | Whiteside | TX | 77450 |
| Betty | Martin | TX | 77024 |
| Cynthia | Neufeld | TX | 75474 |
| Carolyn | Engel | TX | 75181 |
| Melvyn | Golditch | TX | 76116 |
| M. | SMITH | TX | 77002 |

| | | | |
|---|---|---|---|
| Carmen | Druke | TX | 77008 |
| Susan | Lefler | TX | 78737 |
| Mike | Stepankiw | TX | 77055 |
| Edward L. | Arnold Jr. | TX | 77302 |
| Brian | Leonard | TX | 77802 |
| Donald | Gentz | TX | 75044 |
| Kathleen | Alexander | TX | 77007 |
| Vera | Stewart | TX | 75230 |
| Maggie | Durham | TX | 79410 |
| Jaen | Lawrence | TX | 77024 |
| | | | |
| Dr. T. Randall | | | |
| (Randy) | Mock, M.D., Ph.D. | TX | 75214 |
| joanne | groshardt | TX | 75081 |
| Carolyn | Riddle | TX | 78758 |
| John | Clary | TX | 75040 |
| John | Fisher | TX | 76115 |
| Susan | Tarrant | TX | 77381 |
| Sarah | James | TX | 75078 |
| Harold | Copeland | TX | 77263 |
| Diana | Kalish | TX | 78232 |
| Marc | Lionetti | TX | 78745 |
| Joan | Iuele | TX | 76021 |
| Jennifer | Smith | TX | 77006 |
| Greg | Pelham | TX | 77539 |
| Bruce | Burns | TX | 78753 |
| Peggy | Cope | TX | 78664 |
| Ed | Fiedler | TX | 78758 |
| Isaac | Stoddard | TX | 77062 |
| Pamela | Lanagan | TX | 75965 |
| James | Iuele | TX | 76021 |
| Gerald | St. Germaine | TX | 79901 |
| Ari | Meyer | TX | 78735 |
| TF | Martin | TX | 78217 |
| Kelly | Epstein | TX | 77379 |
| Peter | Reagel | TX | 78041 |
| Greg | Sells | TX | 78741 |
| Sandra L. | Jones | TX | 77381 |
| SERGIO | DURAN | TX | 79905 |
| Steve | Garcia | TX | 78745 |
| Shelly | Shivers | TX | 76118 |
| Kevin | Rolfes | TX | 78737 |
| Craig | Nazor | TX | 78758 |
| Stephanie | Stout | TX | 77057 |

| | | | |
|---|---|---|---|
| Dan | Hancock | TX | 76446 |
| Sharon | Rabb | TX | 75075 |
| Roel | Cant | TX | 78572 |
| Herb | Zetley | TX | 75080 |
| Terrie | Williams | TX | 77662 |
| Victor | Delgado | TX | 79905 |
| Amy | Weappa | TX | 78704 |
| Karl | Ferenczy | TX | 77098 |
| Kat | Shield | TX | 76878 |
| Vince | Mendieta | TX | 78745 |
| Matthew | Atterberry | TX | 78541 |
| Richard | Hutchings | TX | 75043 |
| Sandra | Heggen | TX | 76539 |
| Linnea | Whitman | TX | 75503 |
| Sharon | Frank | TX | 75077 |
| Alyssa | Melton | TX | 76012 |
| Lauren | Adams | TX | 78130 |
| Steven | Brown | TX | 78748 |
| Roger | Kaiser | TX | 75069 |
| Juan | Morlock | TX | 78666 |
| Ed | Perry | TX | 78132 |
| Jennifer | Fortin | UT | 84103 |
| Robert | McKinnie | UT | 84116 |
| pamela | littig | UT | 84103 |
| jean | rodriguez | UT | 84404 |
| Sarah | Edmunds | UT | 84726 |
| catherine | bradley | UT | 84098 |
| DeeAnn | Downing | UT | 84060 |
| Danielle | Judd | UT | 84017 |
| W H | Wolverton | UT | 84726 |
| Sundra | Allen | UT | 84101 |
| Jared | Fuller | UT | 84062 |
| Gary | Hull | UT | 84405 |
| Jerry | Costley | UT | 84014 |
| Nicola | Nelson | UT | 84010 |
| Victor | Escobar | VA | 23113 |
| Becky | Daiss | VA | 22201 |
| Sandra | Parshall | VA | 22101 |
| Lois | Lommel | VA | 23235 |
| Stephen | Graff | VA | 20170 |
| S. | Jahangeer | VA | 22032 |
| Dr | Beverly | VA | 23294 |
| Lawrence | Jacksina | VA | 22902 |
| Joanna | Bose | VA | 22314 |

| | | | |
|---|---|---|---|
| Patricia | Andrews | VA | 23455 |
| Robert | Tripp | VA | 20190 |
| Anjali | Athavale | VA | 22201 |
| Michiko | Wilson | VA | 22911 |
| Daniel | Giesy | VA | 23508 |
| Ralph | Rexroad | VA | 20159 |
| Barry | Swedlow | VA | 24501 |
| virginia | broadbeck | VA | 22960 |
| R | Brown | VA | 20190 |
| Steven | Nasir | VA | 20148 |
| Robert | | | |
| M/Carol G | Reed | VA | 23070 |
| Jill | Hunt | VA | 22204 |
| Charles | Graf | VA | 24538 |
| Anne | Lusby-Denham | VA | 24015 |
| Christy | Dunn | VA | 23947 |
| Sarah | Grove-Humphries | VA | 24401 |
| Virginia | Loop | VA | 24382 |
| Cris | Garza | VA | 20152 |
| Wilma | Bradbeer | VA | 22903 |
| Lisa | Fues | VA | 22301 |
| David | Vespa | VA | 22203 |
| Liz | Dyer | VA | 22307 |
| Elaine | Becker | VA | 24018 |
| Anpeo | Carpenter | VA | 23608 |
| Ruth | Carlone | VA | 22556 |
| Laura | LaVertu | VA | 22303 |
| Ronald | Gilliland | VA | 20170 |
| Carleen | Greenman | VA | 24059 |
| Betty | Viornbrock | VA | 24343 |
| Gloria | Rickel | VA | 22630 |
| Thomas | King | VA | 22841 |
| chris | morrow | VA | 22406 |
| Kathleen | O'Connell | VA | 22204 |
| Innocentia | Afa | VA | 22066 |
| Meghan | Blydenburgh | VA | 22032 |
| Charles | Shelton | VA | 24441 |
| Jason | Endicott | VA | 22309 |
| Towan | Hooper-Jones | VA | 23228 |
| Richard | Tortorella | VA | 20120 |
| Frederick | Tuck | VA | 22973 |
| Deborah | Harris | VA | 24091 |
| Dorothy | Johnson | VA | 20121 |
| Harriet | Hirsch | VA | 22182 |

| | | | |
|---|---|---|---|
| Sharon | Jaffee | VA | 22602 |
| Elizabeth | Stewart | VA | 22911 |
| Letitia | Lunsford | VA | 24541 |
| Terry | Agee | VA | 20110 |
| Diana | Henderson | VA | 24401 |
| Virginia | Cowles | VA | 23230 |
| James F. and J. | | | |
| Lalah | Simcoe | VA | 22903 |
| Kim | Nogueira | VI | 00831 |
| Robert | Charleston | VI | 00830 |
| Lodiza | Lepore | VT | 05201 |
| Laura | Ziegler | VT | 05667 |
| Dorian | Sarris | VT | 05826 |
| Lance | Polya | VT | 05465 |
| Akankha | Perkins | VT | 05091 |
| Connie | Godin | VT | 05641 |
| Deb | Crown | VT | 05065 |
| Don | Faulkner | VT | 05602 |
| Donn | Simpson | VT | 05674 |
| Gregory | Rouse | VT | 05444 |
| Michael | Doran | VT | 05491 |
| bert | picard | VT | 05301 |
| Carol | Blanchard | VT | 05301 |
| Bradford | Cornell | VT | 05680 |
| Jeffrey | Phillips | VT | 05482 |
| Erin | Mazur | VT | 05443 |
| Ralph | Palmer | VT | 05301 |
| Monika | Ivancic | VT | 05408 |
| Calvin | Farwell | VT | 05357 |
| Gunnar | Sievert | VT | 05482 |
| Gudrun | Weeks | VT | 05301 |
| Brian | Baltin | WA | 98102 |
| Sarah | Hafer | WA | 98684 |
| Barbara | Rosenkotter | WA | 98243 |
| Scott | Bishop | WA | 98502 |
| casaundra | robinson | WA | 98032 |
| Melissa | Siedentop | WA | 98584 |
| Lori | Stefano | WA | 98597 |
| Gary | Bennett | WA | 98229 |
| Mary | Neptune | WA | 98683 |
| Edward | Mills | WA | 98008 |
| James | Mulcare | WA | 99403 |
| Timothy | Keeler | WA | 98028 |
| Justine | Hurley | WA | 98125 |

| | | | |
|---|---|---|---|
| Mark | Joy | WA | 98223 |
| Sarah | Forman | WA | 98229 |
| . | Demian | WA | 98146 |
| James | Giles | WA | 98376 |
| Meredith | Bailey | WA | 98012 |
| Marc | Benedict | WA | 98579 |
| Bruce | Wade | WA | 98155 |
| Ian | Bentryn | WA | 98110 |
| Brianna | Pfeninger | WA | 98404 |
| Gordon | Radovich | WA | 98312 |
| Jeff | Watson | WA | 98027 |
| Gill | Fahrenwald | WA | 98507 |
| Dave | Gordon | WA | 98116 |
| Michael | MacDougall | WA | 99026 |
| Frank | Valenti | WA | 98826 |
| Marianne | Edain | WA | 98260 |
| Jeanne | O'Dea | WA | 98116 |
| Bettina | Stokes | WA | 98005 |
| Marsha | Shaiman | WA | 98122 |
| Michael | Lyman | WA | 99114 |
| Jack | Burg | WA | 98194 |
| Alicia | Bissonnette | WA | 98103 |
| Sharon | Kaylen | WA | 98110 |
| Sue | Moon | WA | 98144 |
| Debra | Rulifson | WA | 98034 |
| Maria | Magana | WA | 98233 |
| charles | page | WA | 98662 |
| Rita | Yribar | WA | 98221 |
| Sheila | Brown | WA | 98070 |
| Jeffry | Yaplee | WA | 98144 |
| Doug | Brown | WA | 99027 |
| Richard | Johnson | WA | 98227 |
| Lynne | Oulman | WA | 98225 |
| Nancy | Hansen | WA | 989028 |
| Jacob | Smith | WA | 98403 |
| Ruth | Weedman | WA | 98632 |
| David | Daniels-Lee | WA | 98569 |
| David | Mayer | WA | 98502 |
| Merle | Hooley | WA | 98007 |
| Jay | Russo | WA | 98648 |
| Tika | Bordelon | WA | 98101 |
| Guy | Chan | WA | 98195 |
| Cynthia | Davis | WA | 98632 |
| Susan | Blake | WA | 98178 |

| | | | |
|---|---|---|---|
| Deborah | Gandolfo | WA | 98033 |
| Karolyn | Burdick | WA | 98326 |
| kevin | orme | WA | 98103 |
| Lawrence | Schuchart | WA | 99208 |
| Betsy | Pendergast | WA | 98368 |
| Din | Wilkie | WA | 98576 |
| Ronlyn | Schwartz | WA | 98260 |
| Don | Schmidt | WA | 98597 |
| Jean | Teach | WA | 98661 |
| Angela | Smith | WA | 98166 |
| Anthony | Carpio | WA | 98107 |
| Adina | Parsley | WA | 98292 |
| Charles | McCrone | WA | 98027 |
| Zarna | Joshi | WA | 98144 |
| Scott | Species | WA | 98101 |
| Alethea | Putnam | WA | 09815 |
| Catherine | Chalmers | WA | 98125 |
| George | Hastings | WA | 98325 |
| Marlow | Dodge | WA | 98683 |
| Sharon | Parshall | WA | 98024 |
| Anthony | Buch | WA | 98115 |
| Janet L. | Ferrari | WA | 98576 |
| Jean | Davis | WA | 98550 |
| Laurel | Hughes | WA | 98026 |
| Lynne | Treat | WA | 98532 |
| john | eschen | WA | 99133 |
| Alice D | Gray | WA | 98366 |
| Lara | Backman | WA | 98115 |
| Ronda | Snider | WA | 98329 |
| Robert | Lindberg | WA | 98662 |
| Kevin | Darcy | WA | 98225 |
| O'Neill | Louchard | WA | 98368 |
| Jo Ann | Crouch | WA | 98499 |
| Scott | Babcock | WA | 98011 |
| linda | v. | WA | 98664 |
| JoAnne | Kelly | WA | 98115 |
| L | Parker | WA | 98204 |
| Yonit | Yogev | WA | 98282 |
| Pam | Gray | WA | 98368 |
| Remy | Goglio | WA | 98005 |
| Rachel | Warwick | WA | 98133 |
| Elena | Rumiantseva | WA | 98103 |
| Mike | Tomazic | WA | 98034 |
| Jenee | Wagner | WA | 98335 |

| | | | |
|---|---|---|---|
| Karen | Collins | WA | 98908 |
| Bruce | Shilling | WA | 98103 |
| Sharon | Fetter | WA | 98371 |
| Glenn | Gang | WA | 98340 |
| Heidi | Gould | WA | 98589 |
| Guido | Olivera | WA | 98133 |
| Jack | Burke | WA | 98027 |
| Anna | Oeste | WA | 98110 |
| rex | roberts | WA | 98506 |
| Tracy | Hendershott | WA | 98033 |
| John | Eddy | WA | 98406 |
| John | Guros | WA | 98198 |
| Dorothy | Jordan | WA | 98264 |
| Dean | Atkins | WA | 98503 |
| Ella | Melik | WA | 99005 |
| Elinor | Gannon | WA | 98121 |
| Kindy | Kemp | WA | 98368 |
| James | Hays | WA | 98112 |
| Adrian | Moynihan | WA | 98109 |
| R | McCampbell | WA | 99223 |
| Marjorie | Cogan | WA | 98115 |
| Lisa | Messinger | WA | 98107 |
| Margaret "Maggie" | Larrick | WA | 98166 |
| william | davison | WA | 98204 |
| James | French | WA | 98103 |
| J | Kelly | WA | 98359 |
| K. | Groom | WA | 98360 |
| Bryan | Bremner | WA | 99166 |
| Stephen | Nichols | WA | 98597 |
| Lori | Erbs | WA | 98220 |
| Lorie | Stone Verger | WA | |
| Cynthia | Dixson | WA | 98284 |
| Sandra | Smith | WA | 98122 |
| ethan | churchill | WA | 99205 |
| eddie | starr | WA | 99021 |
| Deborah | Parker | WA | 98229 |
| BOB | ROLSKY | WA | 98392 |
| Paul | Parker | WA | 98112 |
| Eric | Woodward | WA | 98604 |
| Vicky | Matsui | WA | 98122 |
| Peter | Holcomb | WA | 98226 |
| Jean | Waight | WA | 98229 |
| Mark | Lacas | WA | 98199 |

| | | | |
|---|---|---|---|
| Marianne | Larkins-Strawn | WA | 98684 |
| Julia | Cochrane | WA | 98368 |
| Robert | Brown | WA | 98466 |
| Wendy | Bartlett | WA | 98225 |
| Thomas | Gilmore | WA | 98225 |
| Sharon | Wilson | WA | 99114 |
| D'Arlyn | Wilde | WA | 98136 |
| Lynn | Colson | WA | 98229 |
| Luther E. | Franklin | WA | 98027 |
| Carol | Sword | WA | 98368 |
| Lise | Grace | WA | 98225 |
| Tamara | Pokorny | WA | 98376 |
| Virginia | Davis | WA | 98072 |
| Dave | Searles | WI | 53520 |
| Carol | Steinhart | WI | 53705 |
| Pamela | Reichmann | WI | 53218 |
| Brian | Porter | WI | 53711 |
| Edward | Hubbard | WI | 53705 |
| Lynn | Shoemaker | WI | 53190 |
| Jackie | Tryggeseth | WI | 53936 |
| Roger | Schmidt | WI | 53713 |
| Aleks | Kosowicz | WI | 54843 |
| Joe | Sans | WI | 53703 |
| Frank | Raith | WI | 54230 |
| Bill | Koch | WI | 54650 |
| Michael | Iltis | WI | 53715 |
| Rodney | Hanson | WI | 53558 |
| Sue | Geurkink | WI | 54660 |
| George | Silverwood | WI | 53711 |
| G Allen | Daily | WI | 53222 |
| linda | crosby | WI | 54772 |
| Gilbert | Mueller | WI | 54956 |
| Steve | Vanoudenhoven | WI | 54235 |
| Amanda | Evens | WI | 53207 |
| Theodore | Voth III | WI | 53704 |
| Jane | Ralph | WI | 54891 |
| Shirley | Powell | WI | 53038 |
| Mary | Jones-Giampalo | WI | 53950 |
| Corey | Carlson | WI | 54891 |
| Brian | PERZ | WI | 53072 |
| Mary | Feuling | WI | 53551 |
| Joe | Kucak | WI | 53140 |
| edna | anderson | WI | 53511 |
| Annette | Hartshorne | WI | 53711 |

| | | | |
|---|---|---|---|
| Greg | Koshak | WI | 54947 |
| Amber | Mattano | WI | 53211 |
| Dave | Fallow | WI | 53714 |
| Russell | Novkov | WI | 53705 |
| Laurel | Powers | WI | 53005 |
| Annette | Ancel-Wisner | WI | 54871 |
| Russell | Kelnhofer | WI | 54467 |
| Steven | Shea | WI | 53110 |
| Sue | Rogan | WI | 53562 |
| David | Smith | WI | 54482 |
| Scott | Wavra | WI | 53704 |
| C. | K | WI | 53147 |
| Steve | Lindstrom | WI | 53207 |
| Paula | Plasky | WI | 53228 |
| Rk | Rannow | WI | 54405 |
| Michael | Gorman | WI | 54891 |
| Rita | Meuer | WI | 53704 |
| Corey E. | Olsen | WI | 53018 |
| Jeanine | Fair | WI | 53578 |
| Walter | Mirk | WI | 53094 |
| Nora | Eiesland | WI | 54020 |
| Julie | Rector | WI | 53017 |
| Debra | Skup | WI | 54235 |
| Mark | Giese | WI | 53403 |
| Darlene | Jakusz | WI | 54407 |
| Gerald | Nadreau | WI | 54660 |
| Theodore | Wuerslin | WI | 53186 |
| Howard | Gundlach | WI | 53716 |
| Sally | Leque | WI | 53901 |
| Joseph | Wiesner | WI | 53212 |
| Jenifer | Horne | WI | 53704 |
| Randy | O'Connell | WI | 54963 |
| Jack W. | Travis | WI | 54210 |
| John H | Kraemer | WI | 54729 |
| David | Henning | WI | 54449 |
| Suzanne | Kruger | WV | 25425 |
| Lori | Rose | WV | 25064 |
| Stephanie | Somers | WV | 25414 |
| Catherine | Lambeau | WV | 25705 |
| Brad | Davis | WV | 25438 |
| Michael | Klausing | WV | 25143 |
| Gary | Graham | WV | 25962 |
| Edward | Huey | WV | 25309 |
| Ben | Badger | WV | 26505 |

| | | | |
|---|---|---|---|
| Don | Cushman | WY | 83127 |
| Annie | Brock | WY | 82072 |
| Cindy | Langmo | WY | 82001 |
| Ann | Jacobs | WY | 82070 |
| Scott | McGee | WY | 83001 |
| Pam | Shanley | | |

| David | Wilson | KY | 40444 |
|-------|--------|----|-------|
| Ian | Hua | CA | 94117 |
| Dwight | Atkinson | AZ | 85750 |
| Elena | Castellano | NY | 11360 |
| Trina | Cooper | WA | 98023 |
| Julia | Wade | IL | 60004 |
| T | Cho | NY | 11217 |
| Chris | Streight | OR | 97223 |
| Mary A | Borchers | WV | 26757 |
| Sean | Drakes | NY | 11238 |
| William | Butcher | WA | 98409 |
| Shane | Pyles | PA | 19146 |
| Nora | Polk | OR | 97206 |
| Joyce | Lewis | GA | 30058 |
| caroline | cunningham | CA | 95060 |
| Donna | Bridgers | FL | 33604 |
| Christopher | DIMEGLIO | NY | 11385 |
| Daniel | Malament | NJ | 07302 |
| James | Inkenbrandt | IN | 47637 |
| Bryan | Goodrich | WA | 98038 |
| Ellen | Kraftsow-Kogan | PA | 19046 |
| Jane | Carl | KS | 66207 |
| Robert | Liedike | CO | 80002 |
| Gloria | Cole | AL | 36744 |
| Arthur | Gregorian | CA | 94602 |
| Drew | Wilson | CA | 94109 |
| Dave | Garfield | CO | 80520 |
| Esther | Farmer | NY | 11230 |
| Don | Hollingsworth | MO | 64468 |
| Tiffany | Rapplean | CO | 80031 |
| Felicity | Hohenshelt | FL | 32246 |
| Heather | Jackson | WA | 98107 |
| Susan | Wechsler | OR | 97330 |
| Penelope | Sallberg | CA | 91104 |
| Peter | Berexa | PA | 15224 |
| Brian | Berg | NY | 13617 |
| Benjamin | Gorman | CA | 95973 |
| John | Duggleby | WI | 53558 |
| E. | Robbins | PA | 19087 |
| Marc | Massar | FL | 32765 |
| John | Stephens | HI | 96814 |
| david | swanson | WI | 53120 |
| Steven | Banner | FL | 32119 |
| Richard | Tillman | AL | 36695 |

| | | | |
|---|---|---|---|
| Reitha | Benning | CA | 95121 |
| Valery | Tydykov | MA | 02461 |
| Jennifer | Lind | MI | 49930 |
| | | | |
| Lucy And Robert | Kimbro | OR | 97008 |
| Dianna | MacLeod | WA | 98260 |
| Deborah | Williams | CO | 80209 |
| Brenda | Troup | MA | 01740 |
| Lauri | Fried-Lee | CA | 94121 |
| William | Norris-York | OR | 97219 |
| Alex | LaVilla | WA | 98103 |
| David | Teckelnburg | WA | 98012 |
| Peter | Haglund | OR | 97086 |
| Rodney | Alexander | IL | 60411 |
| Katy | Oppenhuizen | MI | 49460 |
| Tom | Nulty Jr | CA | 92629 |
| Riley | Canada | GA | 30066 |
| Francis | Drake | FL | 33604 |
| Linda | Curtin | CO | 81413 |
| Tamara | Harvey | CO | 80026 |
| Rick | Russell | OH | 43402 |
| Bill | Ceccoli | KS | 66061 |
| Nancy | Booth | NJ | 07093 |
| Sarah | Epstein | DC | 20015 |
| Gerg | Greer | MO | 63122 |
| Terry | Dycus | CA | 92078 |
| Joel | Platt | PA | 15217 |
| Gregory | Kuntz | CA | 91001 |
| Pablo | Voitzuk | CA | 94618 |
| John | Selser | TN | 37716 |
| Kevin | Bauman | CO | 80206 |
| Debbie | Perkins-Kalama | CA | 94706 |
| Wayne | Isham | CA | 93004 |
| Marilyn | Wright | NY | 12816 |
| Lorraine | Waddell | MD | 21209 |
| Jennifer | Lind | MI | 49930 |
| Deborah | Jeppson | ID | 83204 |
| Matt | Shriver | NM | 87108 |
| Miguel | Liriano | NC | 27609 |
| Charles | Luce | HI | 96778 |
| Kathleen | Dempsey | FL | 33060 |
| Jonathan | Abercrombie | CA | 93271 |
| Alyssa | Deardorff | OR | 97038 |
| Sandra | Smallwood Beltran | FL | 33133 |

| | | | |
|---|---|---|---|
| Sayles | B | NY | 10011 |
| Claudia | Quittner | TX | 75230 |
| Jonathan | Riehl | WI | 53703 |
| Noah | Kaplan | CO | 80110 |
| aron | shevis | NY | 11218 |
| Peter | B | NJ | 08816 |
| Wanda | Niemi | OR | 97477 |
| Mike | Montes | IL | 60014 |
| John | Nichols | CA | 94025 |
| | | | |
| John and Martha | Stoltenberg | WI | 53020 |
| Keith | Bein | CA | 94602 |
| Martin | Deaves | CA | 94947 |
| William | Looney | WA | 98383 |
| Ra | Kim | AZ | 86305 |
| Bret | Sher | IL | 60061 |
| John | Fitzpatrick | VA | 22152 |
| Roger | Bond | CA | 91765 |
| Dwight | Barry | CA | 94509 |
| Alan | McDonald | CA | 91759 |
| Stephanie | Schade | IL | 61614 |
| Betsy | Malcolm | NY | 10024 |
| Jack | Kincaid | CA | 94546 |
| Linda | MacNeal | CA | 93022 |
| James | Canter | CA | 96003 |
| Nancy M. | Kevelin | IL | 60614 |
| Harlisa | Asumen | HI | 96707 |
| William | Boteler | DC | 20011 |
| Mario | Jakab | NY | 14303 |
| Martin | Campbell | WI | 53726 |
| Karen | Schenkenfelder | IL | 60014 |
| John | Pollard | NY | 10036 |
| Gina | Megay | NJ | 08051 |
| Michael | Tucker | CA | 94703 |
| Joseph | Chamberlain | NY | 14222 |
| Tom | Guobis | WA | 98362 |
| mark | bacin | VA | 22003 |
| Evelyn | McChesney | WA | 98105 |
| David | Phillips | MN | 55068 |
| Evelyn | McChesney | WA | 98105 |
| J | Duerr | CA | 95831 |
| Charles | Seiter | CA | 94566 |
| Ashwin | Purohit | NY | 12401 |
| Larry | Goodman | CA | 95003 |

| | | | |
|---|---|---|---|
| Licia | Slimon | PA | 15206 |
| Rob | Morrisey | IL | 60605 |
| Norman | Howe | NY | 14507 |
| Feliz | Nunez | CA | 92203 |
| Robert | Jakubiec | IL | 60020 |
| James | Freed | OR | 97219 |
| Deadra | Wright | TX | 78130 |
| Debra | Harris | IL | 60076 |
| Rick | Hart | TX | 78752 |
| Dawn | Skindziel | WA | 98082 |
| Eugenie | Fyfe | WA | 98125 |
| Alice | Swan | WA | 98245 |
| Cynthia | Mahlau | OR | 97222 |
| Francine | Kubrin | CA | 90049 |
| thomas | phillips | CO | 81526 |
| Roman | Fruth | TX | 78228 |
| John | Walsh | IL | 60525 |
| Amanda | Glass | GA | 30092 |
| Cleo | Hagen | IL | 60304 |
| Victoria | Burns | CT | 06119 |
| alice | trexler | MA | 02474 |
| R. | Peterson | FL | 34436 |
| Joel | Clasemann | MN | 55806 |
| Charlotte | Sines | CO | 80907 |
| Linda | Jones | ME | 04096 |
| Robert | Taylor | CA | 93257 |
| Ellis | Heyer | CA | 94903 |
| Rebecca | Nesline | DE | 19904 |
| Victoria | Miller | CA | 91436 |
| Joan | Arnold | WI | 53704 |
| Susanne | Hesse | FL | 32615 |
| Haydn | Huntley | HI | 96768 |
| Gordon | Gerbitz | CA | 93101 |
| Bonnie | Krauskoff | SC | 29909 |
| DANIEL | TURRENTINE | AZ | 85710 |
| Raymond | Santiago Jr. | NY | 11369 |
| steve | pardella | CA | 94925 |
| Jordan | Lewis | OR | 97230 |
| David | Nakonecznyj | PA | 19565 |
| Elizabeth | Block | NY | 10025 |
| Bob | Draeger | OH | 45215 |
| Bill | Gutt | CT | 06790 |
| Ron | Patel | CT | 06226 |
| Joseph A. | Yencich | WA | 98011 |

| | | | |
|---|---|---|---|
| Kathy | Priola | NM | 87501 |
| Marc | McElligott | IL | 60559 |
| JoAnn | Schropp | MD | 21037 |
| William | Schlesinger | CA | 90046 |
| Elloie | Jeter | MT | 59833 |
| Lenny | Obolsky | CO | 80122 |
| Mandy | Barre | CA | 92054 |
| Laura | Hough | CA | 90034 |
| Gretchen | Clay | WA | 98225 |
| Eileen | Miller | NY | 10024 |
| James | Cleek | TX | 75081 |
| Barbara | Turnipseed | OR | 97914 |
| Joe | Colletta | IL | 61072 |
| Lauren | Hassen | CA | 90024 |
| Christine | McGillen | MD | 21811 |
| Brian | Yanke | WI | 53719 |
| Gragg | Vaill | MO | 64086 |
| Anthony | Cervantes | CA | 91351 |
| Gary | Dodge | NY | 12533 |
| Alexandra | Eaton | MI | 48301 |
| Tim | Brainerd | MA | 01760 |
| Patrick | Groden | WA | 98103 |
| Jane | Engelsiepen | CA | 93013 |
| Alexis | Grone | AZ | 85206 |
| elaine | jurumbo | NY | 10075 |
| Lauren | Linda | CA | 92637 |
| Elaine | Carmack | CT | 06410 |
| Ginette | Hehn | MA | 01534 |
| Leigh | Stamets | CA | 95608 |
| Taylor | Teegarden | CA | 94523 |
| Amy | Doolittle | IA | 50014 |
| Alicia | Kern | CA | 90274 |
| Carol | Pucak | CO | 81623 |
| Geovany | Alvarez | VA | 22603 |
| Roseanna | Szilak | NY | 12571 |
| Katherine | Kautz | CO | 80233 |
| Justina | Powell | CA | 93023 |
| Jane | Keggi | WI | 54915 |
| Tucker | Green | NM | 87106 |
| Susan | Krawczyk | NJ | 08550 |
| Connie | Rogers | CA | 95020 |
| Eli | Schotz | MA | 01026 |
| Paul | Cheney | CA | 95076 |
| Timothy | McGrail | NJ | 08876 |

| Jeane | Harrison | IA | 50321 |
|-------|----------|----|----|
| Greg | Miranda | MA | 01541 |
| Adrian | Smith | NC | 27559 |
| Sandra | Mattson RN | NY | 14624 |
| juan | torres | TX | 78566 |
| David | Zaccagnino | CA | 92821 |
| Lisa | Gilles | OH | 44039 |
| Polly | Tarpley | WA | 98370 |
| John | Robohm | VT | 05342 |
| Evan | McDermit | CA | 92832 |
| Terri | Resley | CO | 80503 |
| Jim | Snee | VT | 05736 |
| Maryellen | Redish | CA | 92264 |
| Jason | Jackson | NV | 89135 |
| Bill | Morris | IA | 50310 |
| Vin | Agmeno | NV | 89701 |
| Louise | Quigley | MA | 02184 |
| Steven | Norris | OH | 44107 |
| William | Ryerson | IN | 46228 |
| Jane | Carl | KS | 66207 |
| Jane | Carl | KS | 66207 |
| Kristin | Rosenqvist | NV | 89523 |
| Catherine | Holzman | WI | 53913 |
| Joseph | Gammaitoni | PA | 18505 |
| linda | paleias | FL | 33308 |
| PJ | Burns | IL | 60025 |
| will | varley | WA | 98245 |
| john | murphy | WI | 53717 |
| Meg | McCrea | CA | 95125 |
| Edward | Massimo | PA | 19446 |
| Edward | Shelley | OR | 97520 |
| Scott | Meeker | OR | 97086 |
| Tom | Erwin | OH | 45255 |
| Lee | Margulies | NY | 11790 |
| Joe | Rogers | TX | 78768 |
| Arlene | Merryman | CA | 94705 |
| Jim | Kollman | IA | 51442 |
| Bill | Marvin | WA | 98335 |
| Patricia | Wolski | MA | 01527 |
| KATRINA | SHADIX | FL | 32765 |
| Susan | Ebershoff-Coles | IN | 46122 |
| jahnn | gibson | NY | 12095 |
| Virginia | Madison | KY | 41501 |
| John | Eckler | CO | 80226 |

| | | | |
|---|---|---|---|
| Melvin | Bautista | AZ | 85044 |
| James | Johnson | NY | 14883 |
| Thomas | Shaw | NV | 89503 |
| Joan | Chatman | CA | 95120 |
| Jill | Marlowe | AZ | 85745 |
| susan | messerschmitt | ME | 04005 |
| Libby | Engelbret | MN | 55345 |
| William | OBrien | PA | 19312 |
| Susan | Corbin | WA | 98261 |
| Andrew | Collver | NY | 11790 |
| Antone | Renkl | CT | 06447 |
| Judith | Sellars | NM | 87501 |
| Penelope | Mazza | IA | 52556 |
| Joyce | Cousino | NM | 88030 |
| Janet | Pielke | CA | 91711 |
| Bill | Stern | NM | 87505 |
| Carol | Bettencourt | CA | 94109 |
| Mark | Sanborn | ME | 04450 |
| john | banner | MA | 02540 |
| Margaret | Needham | NJ | 08816 |
| colleen | mccaffrey | OR | 97405 |
| Steve | Iverson | CA | 92625 |
| Randy | Sailer | ND | 58523 |
| Felix | Cardinal | NY | 10044 |
| Don | OBrien | NY | 14607 |
| Jack | Ryan | FL | 34684 |
| Garret | Hobart | VT | 05068 |
| Annette | Ancel-Wisner | WI | 54871 |
| Gini | Heersma-Covert | WI | 53715 |
| Brian | Waak | IL | 60505 |
| Peter | Hancock | TX | 78722 |
| David | Rosenberg | WI | 53217 |
| Karen | Kirschling | CA | 94117 |
| Alex | Zackrone | NY | 10601 |
| Michael | Symonds | WA | 99350 |
| David | Veenstra | MI | 48850 |
| Mary | Blakeslee | FL | 32312 |
| Glenn | Kraus | CO | 80909 |
| George | Budd | CA | 90056 |
| Marla | Spellenberg | MA | 01463 |
| Melissa | Hill | NM | 87048 |
| Antonio | Lentini | GA | 30039 |
| Lawrence | Gaspar | WA | 98584 |
| Laurie | Mill | MD | 21108 |

| | | | |
|---|---|---|---|
| Earl | Shimaoka | CA | 94086 |
| Annie | B | IN | 47404 |
| John | Crump | CA | 95128 |
| James | Snively | MD | 21783 |
| Matthew | Schaut | MN | 55406 |
| Vance | Goss | CA | 95945 |
| Meghan | McCutcheon | WA | 98672 |
| James | Dawson | CA | 95618 |
| Chad | Wilkes | NY | 12983 |
| Alston | Lundgren | NM | 87505 |
| patrick | robinson | PA | 19047 |
| Jane | Carl | KS | 66207 |
| Diana | Ward | FL | 33713 |
| Chris | Ruiz | TX | 78704 |
| Steven G. | Kellman | TX | 78231 |
| Harriet | Perlmutter | NY | 11561 |
| bruce | bauer | OR | 97501 |
| Patricia | Dishman | TN | 37221 |
| Don | Lowery | CO | 80909 |
| Louis | Edwards | AZ | 85635 |
| Neilia | Pierson | OR | 97523 |
| Steve | Vanoudenhoven | WI | 54235 |
| Robert | hodge | OR | 97212 |
| Ed D. | Metal | CO | 80237 |
| David | Nelson | NC | 27253 |
| David | Greene | PA | 15642 |
| Peter | Ayres | IL | 60563 |
| Eve | Claen | WA | 98144 |
| Andrew | Westerhold | WA | 98103 |
| Herbert | Everett | OR | 97405 |
| Jillian | Gallery | WA | 98225 |
| James | Strichartz | WA | 98109 |
| Carol | Regan | KS | 66106 |
| Juleigh | Snell | IL | 62002 |
| Kristine | Raatz | CA | 95670 |
| Sandi | Covell | CA | 94112 |
| Francine | Sutton | KS | 66213 |
| Diane | Rohn | VA | 22101 |
| Lois | Karasek | MI | 49047 |
| jaric | zemmer | OH | 45011 |
| Susan | Haas | OR | 97222 |
| Joe | Defazio | OR | 97366 |
| Donna | Waddington | ME | 04106 |
| Joanne | Urban | NE | 68137 |

| Amy | Henry | MA | 01060 |
| Allen and Carol | Fromowitz | DE | 19977 |
| Elizabeth | Cannon | WI | 53208 |
| Dee | Noblett | NY | 12118 |
| Linda | Newkirk | AL | 35824 |
| Les | Bufferd | CT | 06073 |
| charles | schwan | CA | 95060 |
| Sabina | Johnson | NM | 87544 |
| Savannah | L | NY | 10036 |
| James | Kunz | NC | 28560 |
| Miguel | Cortez | NY | 11416 |
| Janet | Tice | NC | 27516 |
| Sally | Small | IN | 46219 |
| Corey | Lemon | NY | 13760 |
| Michael | Thompson | AZ | 85021 |
| Rui | Moreira | NJ | 07202 |
| Rob | Latousek | WI | 53703 |
| Olivier | Resca | MA | 01238 |
| Don | Peterkin | CA | 94117 |
| Judith | Mackenzie | MN | 55403 |
| Patricia | McGarvey | NY | 12123 |
| Helen | Lauderdale | IL | 60446 |
| Samantha | Siler | OH | 45249 |
| Raphael | Cruzan | TX | 77840 |
| Peter | Haydu | MA | 01890 |
| Marilyn | Folden | NM | 87181 |
| Joseph | Appleton | NC | 27707 |
| Barbara | Sabol | FL | 34112 |
| Scott | Smith | VT | 05701 |
| Marion | Tidwell | IN | 46410 |
| Andrew | Welsbacher | PA | 15330 |
| Nancy | Hauer | MN | 55110 |
| Sheila | Powers | CT | 06475 |
| David | Marckini | MI | 49460 |
| Kate | Jamal | DE | 19801 |
| Mark | Heald | TN | 38578 |
| Danny | Blitz | CA | 95014 |
| Codie | Wilson | CO | 80521 |
| Ron | Wilson | NY | 14564 |
| charles | king | PA | 15901 |
| J | Talbot | TX | 78704 |
| HELEN | READ | WA | 98122 |
| Cathy | Brownlee | AR | 72450 |
| Michael | Framson | OR | 97504 |

| | | | |
|---|---|---|---|
| Scott | Leroy | CT | 06776 |
| Susan | Dunham | MA | 01098 |
| Brian | Resh | PA | 17565 |
| Glenn | Knoblock | IL | 60436 |
| Sarah | Hackett | CA | 90041 |
| d. | miller | PA | 19380 |
| Pierre | Schlemel | NY | 11804 |
| Shari | Kelts | MO | 63122 |
| Mark | Cappetta | CA | 92270 |
| Stephen | Bailey | WA | 98244 |
| Mary Ann | McDonald | CA | 95818 |
| Ann | Rennacker | CA | 95437 |
| Linda | Yancey | IL | 62086 |
| John | Markowitz | NY | 10024 |
| Amy | Cicalese | AZ | 85138 |
| Sean | Coughlin | NH | 03103 |
| Elaine | Benvenuto | CO | 80304 |
| Joan | Caiazzo | NY | 11365 |
| Charles | Carroux | CA | 94002 |
| Charles | Carroux | CA | 94002 |
| David | Ibbosson | OR | 97206 |
| Juliann | Rule | MN | 56310 |
| Ursula | Holloman | CA | 91604 |
| Linda | McFarland | OR | 97537 |
| Suzanne | Deerlyjohnson | CA | 90806 |
| Donlon | Mcgovern | OR | 97211 |
| Scott | Gorn | CT | 06053 |
| Kat | Davis | CA | 94577 |
| Daniel | Wallingford | NY | 10128 |
| Lawrence | Berardi | PA | 17602 |
| Jim | Shepherd | MI | 49277 |
| Miriam | Harrington | VA | 22203 |
| Margery | Stone | PA | 15774 |
| Macyle | Candela | PA | 17316 |
| J. A. | Moore | TX | 79414 |
| Susan | Blain | MA | 01440 |
| Geraldine | May | CA | 93432 |
| Anne | Deysher | MA | 01581 |
| Ashley | Hunsberger | PA | 19135 |
| Marie Jo | De Maestri | RI | 02891 |
| James | Knoble | WA | 98110 |
| Jon | Lawless | MA | 01072 |
| Todd | Kinney | IL | 61801 |
| Joanna | Katz | CA | 94702 |

| | | | |
|---|---|---|---|
| Edith | Cohen | MA | 02467 |
| Bj | Hedahl | WA | 98155 |
| Barbara | Brockway | MN | 55126 |
| Ellie | Slaven | CA | 95695 |
| Alicia | Gardner | WA | 98119 |
| Stephen | Markel | CA | 90066 |
| Mark | Hanson | MT | 59802 |
| ted | Schram | CA | 94062 |
| Jesse | Reyes | NJ | 07040 |
| Thomas | Sarelas | IL | 60630 |
| Nils | Bruzelius | MA | 02791 |
| Robert | Norton | CA | 91943 |
| Richard | Hertz | CA | 92117 |
| Tom | Gauntt | PA | 19020 |
| Craig | Kowalski | NV | 89134 |
| Kevin | Zellmer | WI | 53211 |
| Daviann | McClurg | KS | 67550 |
| Nina | French | WA | 98178 |
| Michael | Robertson | IN | 46166 |
| Kenneth | Schmidt | IL | 60563 |
| Don | Bain | WA | 98607 |
| Larry | Karns | WA | 98177 |
| Anne | Heller | MA | 02026 |
| Ed | Young | PA | 19438 |
| Michael | Neininger | CA | 91377 |
| Constance | Engle | NC | 28739 |
| Tina | Oettl | SC | 29690 |
| Dolores | Arndt | TX | 79423 |
| Jim | Allyn | WA | 98801 |
| Kathy | Hurd | IL | 60190 |
| Steve | Zelman | CA | 91367 |
| James | Stuhlmacher | IL | 60187 |
| Paula | Cronin | NH | 03106 |
| Rosemary | MacLaughlin | NY | 10536 |
| Richard | Wilbur | MT | 59178 |
| Timothy | Schacht | MI | 48230 |
| Diana | Kliche | CA | 90804 |
| Frank | Thody | AZ | 85225 |
| Carol | Doty | MI | 48809 |
| Kenneth W | Johnson | NJ | 07755 |
| d | o | IL | 60613 |
| Matt | Michnovetz | CA | 91364 |
| Raquel | Quintana | FL | 33068 |
| Michael | Lewandowski | NY | 14546 |

| Dave | Thurow | WI | 54956 |
|------|--------|-----|-------|
| Judith | Beckrich | MD | 20736 |
| Mithya | Lewis-Newby | WA | 98122 |
| Christina | Taylor | MA | 01760 |
| Amy | Whitworth | OR | 97214 |
| Melody | Alexander | PA | 19320 |
| Jeanne | Nakazawa | KY | 40403 |
| Henry | Berkowitz | PA | 16943 |
| NANCY | BISCARDI | MA | 01520 |
| Marvin | Jenkins | NJ | 07050 |
| Lue | Simopoulos | NC | 27278 |
| Roger | Kushla | IL | 60202 |
| Patrick | Stroud | NC | 27284 |
| Erin | Burroughs | MO | 64141 |
| Raphael | S. | NY | 11238 |
| Mary | Tuma | NC | 28205 |
| Joseph | Pluta | CA | 93301 |
| Paul | Gast | WA | 98122 |
| Cathy | Goodrich | CA | 91046 |
| Christine | Bonnell | NY | 10034 |
| Cathleen | Daley | CA | 94803 |
| Jeffrey | Dickemann | CA | 94804 |
| Ken | Gunther | FL | 33478 |
| Wesley | Tyler | OH | 44077 |
| Corbett | Kroehler | FL | 32839 |
| Dorothy | Wilkinson | CA | 90027 |
| Dorothy | Wilkinson | CA | 90027 |
| Joanne | Martin | MD | 21207 |
| Lara | Wright | CA | 94706 |
| Allen | Korth | MI | 49868 |
| Jonah | Blaustein | MD | 20737 |
| Maureen | McCarthy | MA | 01945 |
| Judith | Glixon | MA | 02421 |
| Mark | Offerman | NY | 10038 |
| Sandra | Middour | VA | 20118 |
| Tara | Meehan | CA | 94920 |
| Terry | Risner | TN | 37645 |
| Annette | Hartshorne | WI | 53711 |
| A.J. | Averett | CA | 91942 |
| Mel | Eberle | MO | 63114 |
| J | Henderson | CA | 92129 |
| Howard | Masin | MO | 63011 |
| David | Mundth | WI | 53913 |
| Eric | McCarty | PA | 15201 |

| | | | |
|---|---|---|---|
| luis | plazas | FL | 32836 |
| Caroline | Garland | WA | 98221 |
| George | Ulrich | MT | 59417 |
| George | Ulrich | MT | 59417 |
| Richard | Leister | NJ | 07922 |
| Harry | Hudson | NJ | 08260 |
| Dan | Anderson | CA | 95747 |
| elizabeth | osborne | AL | 35757 |
| Monica | Falkin | NJ | 07045 |
| Jennifer | Oppenheim | TX | 75410 |
| jocelyn | pou | CA | 94703 |
| Constance | Camantis | CA | 94960 |
| Margaret | Blakley | CO | 80120 |
| Darrell | Clarke | CA | 91101 |
| Justin | Weiner | NY | 11547 |
| Ruth | Miller | NC | 27516 |
| Andrea | Speed | WA | 98445 |
| Michael | Cozad | WA | 98446 |
| Peter | Pillmore | NY | 13440 |
| Christine | Pellerin | MA | 01351 |
| Paul | Verzosa | FL | 33637 |
| Edward | Norkus | NJ | 08091 |
| Bernadette | Belcastro | NY | 11001 |
| John | Countryman | WA | 98597 |
| Carol | Bruns | IL | 60401 |
| John | Nash | TX | 75758 |
| John | Van Horn | MO | 64111 |
| Ben | Teaford | CT | 06040 |
| Vernon | DeWitt | TX | 78645 |
| Theresa | Day | OR | 97222 |
| Luke | Ouradnik | ND | 58103 |
| Mikaela | Gray | FL | 34691 |
| Anne | Mackey | CA | 94551 |
| Lori | Rose | WV | 25064 |
| Emma | Rivera Chaves | MN | 55359 |
| JEFF | COSTELLO | FL | 33556 |
| Bethany | Hurley | VA | 22903 |
| Tom | Csuhta | NE | 68528 |
| Valerie | Clark | MA | 02494 |
| James J. | Boone | MA | 02148 |
| Jay | Blackman | NY | 11554 |
| Todd | Templeton | CA | 91040 |
| Joe | Ward | GA | 30338 |
| randy | cofer | WA | 99202 |

| | | | |
|---|---|---|---|
| Felicia | Williams | DC | 20016 |
| Joan | Kolessar | PA | 18080 |
| Matt | Sutton | MA | 01752 |
| Jessica | Gonzalez | AZ | 85283 |
| Sheila | Lynch | WI | 53704 |
| Renee | Carlson | OR | 97211 |
| Craig | Bert | CO | 80104 |
| Judith | Davy | IL | 60304 |
| Jane | Donald | WA | 98106 |
| Patti | Miller | PA | 17345 |
| Christine | King | MA | 01073 |
| Joan | Yater | VA | 22308 |
| Bob | Leppo | CA | 93454 |
| william | davison | WA | 98204 |
| Cindy | Zamorski | WI | 53191 |
| Allan | Breit | CA | 90046 |
| Ruth | Lehmann | CA | 94903 |
| John | Kesich | FL | 34293 |
| Gail | alford | CA | 95403 |
| Mary | Edwards | CA | 95776 |
| Robin | Gorges | VT | 05602 |
| AMANDA | WELTON | MD | 20872 |
| David | Schuchman | MN | 55413 |
| Brenda | Hayes | NC | 27278 |
| Jean | Gladstone | CA | 95501 |
| Jessica | Denham | CA | 91343 |
| Clayton | Jones | WA | 98168 |
| Jolanta | Uchman | CA | 94303 |
| Alicia | Millington | NY | 11212 |
| Patricia | Hammel | CT | 06854 |
| Thomas | Noble | NM | 87125 |
| Jay | Gilbert | NY | 10706 |
| Neal | Rauch | NY | 11215 |
| Gordon | Parker | NM | 87105 |
| Debra | Combs | GA | 30033 |
| Brenna | Gutell | CA | 91377 |
| Linda | Myers | PA | 16669 |
| Robert | Joseph | FL | 33496 |
| Venice | Rembold | TX | 76117 |
| Bill | Hamm | AL | 36582 |
| Scott | Crockett | OR | 97439 |
| Jackie | Rowe | MI | 49770 |
| Nancy | Watson | WA | 98382 |
| Donald | Patterson | MD | 21012 |

| | | | |
|---|---|---|---|
| Joseph | Visaggio | NJ | 07005 |
| Melinda | Cespedes | OR | 97504 |
| James | Klein | TX | 78411 |
| Rolfe | lehman | WI | 53704 |
| George | Kauffman | CA | 93720 |
| John | Pasqua | CA | 92025 |
| Barb | Travis | HI | 96706 |
| Terence | Travis | HI | 96706 |
| Bernadette | Methven | NJ | 08904 |
| Steven | Goldstone | NY | 10025 |
| Nadine | Mroz | RI | 02906 |
| John | Pfersich | NV | 89140 |
| Carrie | Watson | TX | 77340 |
| Katherine | Bini | NY | 10011 |
| Elizabeth | Werner | CT | 06514 |
| Richard | Steiger | CA | 94611 |
| Juli | Walters | CA | 94954 |
| Dorian | Rivas | CA | 92139 |
| Laura | Kramer | MA | 02215 |
| Mary | Stookey | OH | 45243 |
| Gary | Thomsen | CA | 92661 |
| Nancy | Treffry | CA | 95004 |
| Perry | Munson | MI | 48230 |
| Robert | Hernandsez | AK | 99507 |
| Marlene | Warkoczewski | PA | 19320 |
| Anthony | Reis | CA | 94041 |
| Danny | Cole | WA | 98664 |
| Robert | Weingart | OH | 43065 |
| Terry | Johnson | FL | 34639 |
| Zachary | Modrell | OR | 97703 |
| Thomas | Reynolds | NY | 12186 |
| Paula | Vanbuskirk | NH | 03874 |
| Richard | Steiger | CA | 94611 |
| Helen | Jenkins | IL | 60030 |
| | | | |
| Georgia and John | Locker | CO | 80525 |
| Mary | Laroche | CA | 93420 |
| Sabrina | Bolton | WI | 54650 |
| Glenn | Lennox | TX | 75219 |
| Gary | Jones | NM | 87110 |
| Dennis | Nolan | AZ | 85375 |
| Maria d | Fernandez | CA | 90069 |
| Edward | Kern | TX | 78253 |
| Aaron | Holiday | GA | 30901 |

| | | | |
|---|---|---|---|
| Harvey | Havir | MN | 55436 |
| Jean | Naples | NY | 10993 |
| Elliot | Daniels | VA | 22206 |
| Andrew | Kurzweil | NY | 11229 |
| Richard | Friesenhengst | OH | 43227 |
| katherine | gord | MO | 63116 |
| Dennis | Barrett | CA | 94087 |
| Valerie | Robbins-Rice | PA | 16622 |
| Adrienne | Kirshbaum | IL | 60035 |
| Evgeniya | Vyatchanin | FL | 32607 |
| Joe | Thompson | WA | 98625 |
| Karen | LaBarge | MI | 49423 |
| Mark | Beckwith | CA | 94703 |
| Nicole | Wycoff | TN | 37036 |
| Joseph | Pajac | WI | 53714 |
| Jamieson | Adler | WI | 54449 |
| Sandra | Bieniek | NJ | 07627 |
| beth | faherty | MA | 02554 |
| Gay | Williamson | OH | 45013 |
| Ilene | Hosterman | WI | 54177 |
| Carl | Hosterman | WI | 54177 |
| Dorothy | Mikos | MA | 01984 |
| Elizabeth | Robbins | VT | 05851 |
| Barbara | Byrd | MO | 65483 |
| Griffin | Kanter | TX | 77099 |
| Suzanne | MacKenzie | MA | 02631 |
| Linda | Banner-bacin | VA | 22003 |
| Thomas | Blair | NY | 13732 |
| Steven | Klein | AZ | 85339 |
| Catherine | Mansolilli | MA | 01876 |
| Elaine | Hanson-Hysell | WI | 53581 |
| Maria | Sullivan | NJ | 07002 |
| Roger | Lewis | OR | 97140 |
| Roger | Lewis | OR | 97140 |
| John | van Kleef | IL | 60647 |
| Deborah | Perrero | VA | 20165 |
| John | Stimatz | WA | 98133 |
| Harriet | Petti | OH | 44140 |
| Sarah | Carter | MA | 01772 |
| Alexander | Gaya | CA | 94303 |
| Larry | DeCato | NY | 11235 |
| Elena | Naskova | WA | 98136 |
| Dorothy | Hatch | MO | 63303 |
| David | McBee | SC | 29621 |

| Joann | Wells | SC | 29070 |
|---|---|---|---|
| Joann | Wells | SC | 29070 |
| Mark | Ernst | FL | 34221 |
| Sue | Nearing | MI | 48768 |
| Josh | Aransky | CT | 06489 |
| Ashley | Wingate | GA | 30319 |
| Matthew A. | Weaver | OH | 43430 |
| Leslie | Limberg | MO | 63385 |
| Amy | Harlib | NY | 10011 |
| Elvira | Wilbur | MI | 48823 |
| Patricia | Korsak | NJ | 08690 |
| Regina | Flores | CA | 92532 |
| Ian | Radtke-Rosen | MN | 55417 |
| Mair | De Voursney | VA | 22901 |
| Lory | Pajac | WI | 54840 |
| chris | keenan | CO | 80305 |
| Jon | Longsworth | CA | 95001 |
| Carole | Plourde | MA | 01913 |
| James J | Dudziak | MI | 48864 |
| Michael | Ray | MI | 48195 |

# U.S. PIRG
## Federation of State PIRGs

# U.S. PIRG
**Standing Up To Powerful Interests**

**Michelle Surka**
Program Associate

Office: (617) 747-4386
E-mail: msurka@pirg.org
www.uspirg.org

294 Washington St, Suite 500
Boston, MA 02108
Facebook.com/U.S.PIRG
Twitter: @uspirg

United States Public Interest Research Group



'RG
Washington St., Suite 500
MA

**TO:**
P.O. Box 7611
US Department of Justice
Washington, D.C. 20044-7611

UNITED STATES POSTAL SERVICE.          Retail

P     US POSTAGE PAID
      **$7.05**

Origin: 02109
Destination: 20044
1 Lb 3.20 Oz
Dec 01, 15
2400880009-09                    1008

**PRIORITY MAIL ®2-Day**

Expected Delivery Day: 12/04/2015     B900

**USPS TRACKING NUMBER**

9505 5103 3056 5335 1134 67

**X-RAYED**

PRIORITY ★ MAIL ★    TRACKED ★★★ INSURED

UNITED STATES
POSTAL SERVICE.
For Domestic Use Only          Label 107R, July 2013

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Mann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicky Brandt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kaaren Klingel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Solonche



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue King



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Haas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Art



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Art

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Bentley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. BENNIE WOODARD

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Schaef



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Michaeline Hade



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Cohn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Courtney  Stefano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Reding



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Michaeline Hade


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Cottrell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Loren Hagen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael maggied



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. sheryl Gillespie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Cottrell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

michael maggied



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Randall Dederick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Morgan Clark

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cassandra Treppeda



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cassandra Treppeda



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Hamburg


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A D 



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Faulkner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen R Callahan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Ramos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Beato



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwight Arnold

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Barbara Langworthy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Faulkner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Hamburg


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Jayne Hamilton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stan Souza



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

A D 



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Fordonski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Sergio Rivera

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen R Callahan


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Deutsch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Ennis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E Robbins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Ricciardi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Navarro


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Barbara Langworthy


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stan Souza



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Martha Ennis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Bondoc



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Starr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Larry Gioannini


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Gehrke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorie Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Grace Nasseh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dara Rider

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Gould



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Bader



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E Robbins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Murphy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sharon Koogler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Meadows



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Schwartz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Johnston


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Gould



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorie Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Forney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Dubois



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Albert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Deutsch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Kuzma



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Don Schwartz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Starr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dara Rider

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Rabinowitz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Knoll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Forney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Dubois



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Flamm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Bejgrowicz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Durham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Murphy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

S.M. Dixon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Kile



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Kuzma



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Cascio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Durham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Bachman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Chaffins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Doetsch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Levy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aana Vigen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carolyn Knoll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. james pritschet

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kaylah Sterling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Rose



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Bentley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Codd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Wiesler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Chaffins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Smyth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kaylah Sterling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Flamm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rehana Huq



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Rose



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rehana Huq



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzannah Bray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Geiger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edmund Weisberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Nadel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Fish



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Gray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Ahlers


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garry Taroli



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Osborn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Smyth


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Leon Kriston



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Gray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Goff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suzannah Bray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cathy Farris


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Verrill


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Rubinow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Moe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Krupnick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Liz Allmark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Sandritter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinne Sutter-Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Mikki Chalker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jerry  Curow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Weichmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Osborn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Ahlers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gail Lima



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evelyn Verrill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Chappell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jesse Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Garry Taroli



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stuart Rubinow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Liebler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Rangnow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbette Curran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorien Zaricor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Nadel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Henderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Estes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Krause



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jen Perlaki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Margaret Rangnow

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorien Zaricor


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna B



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Treadwell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christina Chappell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Marianne Corona

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbette Curran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra  Mattson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Goldman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Strowd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Meyers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jamie Shultz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Bicking

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Vita Cox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Diane McJunkin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Morley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Wood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Marcia Sherman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Lorentzen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Oceanah D'amore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Patricia Ridgley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard O'Donnell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rowen Kade



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marion Cohen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane McJunkin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jamie Shultz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Maris  Bennett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Liebler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Marianne Corona

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Sandritter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McCaughey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia Liskoski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robin Lorentzen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc  Massar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Bennett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stuart  Stong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Guard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Lee Kohler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meghan Frost



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Bush



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mx. Adam Van Kirk


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sue Velez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Kadane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brad Bennett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

stuart  Stong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Vailakis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanna Stalker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shelley McDonough



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Bicking

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Easterbrook



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Lee Kohler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nannette Taylor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Guard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Masia Perales



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin W. McAlister



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda McCaughey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Suhas Malghan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikki Shoulders



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard O'Donnell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sue Velez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Shea



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

luca Melli



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Terrie C. Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheffield Corey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wilbur Little



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert and Paula Lund



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin W. McAlister



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Freddie Sykes


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Edward Kadane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Ruth Sherman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Masia Perales



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nikki Shoulders



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nan La Fond



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Graham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Vilches



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Marcia Sherman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynne Easterbrook



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Gies



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Levi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Reed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karin Shea



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J.T. Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristen Witt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Terrie C. Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

valerie clark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Cunningham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jen Perlaki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Vilches



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Dunn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Diane Brazil



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roland England



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marcia Liotard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Phillips



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Louis G. Albano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Cunningham

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Panayi


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Froehlich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Ruth Sherman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louis Levi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon Webb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Freddie Sykes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Ruth Sherman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Reed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J.T. Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

luca Melli



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

E. Ingraham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb  Supanich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nan La Fond



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Averitt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Nolde



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wilbur Little



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

L. Peterson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeremy Pisano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Sieger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristen Witt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

valerie clark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Kniolek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Zmek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Rogers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jackie Goodman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roland England



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Victoria DeSarno



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Graziano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Kayle

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Corney


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Russell Graham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Clements


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Rogers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Thomas Froehlich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arthur Gies



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Campbell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Louis G. Albano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Stickley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Moss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Wesemann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Fazekas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leimamo  Oshiro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Bays



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Hurst



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Zmek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Bernstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Coahran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Brucker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Phillips


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Sponseller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Brucker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deanna Byrd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elinore Olsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Hickman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Wallace



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheffield Corey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catlin Spargo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Wood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb  Supanich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jan Christian  Amundsen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Courtney Gartin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina DeBreto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elvira Targon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beverly Stickley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theodore Burger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brent Mitchell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Schulte



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Koster



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Nolde



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elton Steins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Yours in shock,

Grant



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karisha Kirk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vicki Fazekas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donald Geiger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Bays

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

leon cheong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Cascio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catlin Spargo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Bernstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Beckerman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rene Bobo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia Ness



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Barker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deanna Byrd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Tenney

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Genevieve Guzmán


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eada Webb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Graziano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Materer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Greg Collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Wallace



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gina DeBreto



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Courtney Gartin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda  Plucinski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Moss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim McElveen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy McCullough

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Leslie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Abrams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Brucker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Brucker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Massaro



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theodore Burger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Genevieve Guzmán



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elinore Olsen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauretta Gordon


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Zamora



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia Ness



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda  Plucinski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Keith Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert O'Brien



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Brechbiel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Owen Gustafson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sylvia Ruth Gray

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Karisha Kirk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jonathan Nash



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Hughes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Post



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eada Webb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Phillips



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marty Mason



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristine Cassar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Hippensteel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Young



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

leon cheong



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Keeney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Koster



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jim h


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Hughes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jonathan Nash

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Goodman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gerry collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Morgan  Belfer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

George Hurst



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert O'Brien



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cat Basciano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gunnar Stauffer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy W Montgomeryy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Frankland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Osborne Lamoree


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Osborne Lamoree



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauretta Gordon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary McGeary



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Lincoln



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Mattell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Zamora



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy  Simon

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Jo Petersman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Dave Searles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim McElveen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Jasaitis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Montgomery



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Saunders



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Willey Halpin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

george Letcher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gerry collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Nicol



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Mattell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Quiroz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Olson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Clements



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Barker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Montgomery



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Wendy Fleischer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristine Cassar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Judith Mackenzie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Mogen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy  Beitel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Leslie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Horst Stapelfeldt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Astrid Stimac



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allan Taylor

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Raymond Howard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franziska Eber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy  Simon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Laemmerhirt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Gunderson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marty Mason



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Mattison


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary McGeary



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Materer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Betty Ann Sabo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Palmquist

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Peabody



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Sully



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenna Harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Keith Brown



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeremy Pisano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Reinhard  Frenzel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Fleischer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Quota



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Guy W Montgomeryy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Sincox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Calk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marianne Hoffman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Curtin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Joseph



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Leiss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Astrid Stimac



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jonathan Cohn

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lauren Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erna Robertson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Raith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Mogen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Hippensteel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Laemmerhirt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy  Beitel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Cantu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Person



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Knoll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Baer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Repsher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Steger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Peabody



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Palmquist

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Keeney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Sincox



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Enid Rosenblatt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Jo Petersman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Vucetich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr David Hyde



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Betty Ann Sabo


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Ryder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Foss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Vezian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

j angell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Mussi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Hopkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Regan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donna Thelander



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Perianne Walter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Lincoln



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Willey Halpin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Binh Nguyen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Franziska Eber


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Haslam



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Person



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick Quiroz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Eckler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Calk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Pepin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denis Andrews



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma Gillis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Lyons

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Shepard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Ewing



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

mary evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carla Young



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Joseph



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Cantu



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Peddicord



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Puckett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Henning

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Eckler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Hopkins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victoria Regan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Gaugler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce sHIFFRIN

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger & Diane Stephens


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ethan Eisenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marc Vezian



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

amanda osborne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judy Ryder

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicholas Sully



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Corkey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ann K Brady



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

george Letcher

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ethan Eisenberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hernandez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathy Mussi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Henning



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike and Kathy Sherman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Ambuske



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike and Kathy Sherman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike and Kathy Sherman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Butler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Erna Robertson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Cotham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelsey Sampson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Walter Juchert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gro Standal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Cadman Cadman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce sHIFFRIN



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Knoll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy Edwards



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roxanne Friedenfels



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann K Brady



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Carrier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Owen Gustafson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maty-Alice Bortz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jodie Zupancic



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Schuchman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Keith Cotham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Drabbs



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

FREDERICK MARTINO



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janice Branch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jodie Zupancic



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Weir



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Chimis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Sullivan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Everett Retzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gro Standal



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Gries



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Lane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emanuel Schongut


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynda Barry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adelheid Pramhas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhonda Gibson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Denise Ambuske



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Schuchman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken Peddicord



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Carrier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma Gillis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa  Lewis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Stephenson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Davis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ralph Dom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Andrews



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica Howard

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Gries



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Kish



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Struble



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelsey Sampson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Snyder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Hernandez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Hiscock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marion Cohen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Stephenson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rhonda Gibson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Waldmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Everett Retzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Lowry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitch Dalition



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

FREDERICK MARTINO


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Mark Messing



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Kish



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal Devine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Rust



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Niels Henrik Hooge

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Quota



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clive Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tricia Straub

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Darlene Foat



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Yarwood

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Sizemore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Vendel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Kormanik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Hill

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Jan Christian  Amundsen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nan McFerren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judi Roth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

patty brey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Lintner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

craig brooks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kent Vella



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Dan Struble



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal Devine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Hubert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yuka Persico



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Scarabin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hope



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

LaVina  Proctor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Wright

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Bauer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T Suzuki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Cypher


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Vendel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

patty brey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica  McGuire



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Ray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Gullette



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karina Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kent Vella



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

craig brooks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Fisher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Bernhard  Völk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Finochio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Yarwood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Lane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey  Blonsky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paola Hack



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Hill



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steph Hof



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Neville



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Rust



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike and Kathy Sherman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike and Kathy Sherman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas A. Guaraldi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pepper Marts

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gene Moy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dorothy Thum



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Farrar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Vito



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Lintner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Ricci



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hope



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica  McGuire



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Lamberti



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judi Roth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robbyne Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara  Dean



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Wright



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Gaugler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirsten Cutler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Carroll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bruce MacKay



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Fortin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steph Hof



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

William Sizemore



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nancy grossi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Steven Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Woll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Gullette



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Shiroky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frank Finochio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Windberg


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARcia Stucki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paola Hack



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas A. Guaraldi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Spurlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Rahbari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne Snyder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Walsh


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paula Neville



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alexandra Becker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Johnson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Katherine Kormanik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregg Levine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nicole Hafemeyer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen  McNicholas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Baumann


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Spurlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mitch Dalition



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara  Dean



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey  Blonsky



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Vito



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Uhl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Wiley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Seymour

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Walsh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Douglas Adler


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Shay



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanne Merchant



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Brooks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trent Keller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Pierpont

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kirsten Cutler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Rahbari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Huser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe Shiroky

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela MacBrayne



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Katzen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon T



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob  Hannigan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Wiley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lawrence Bell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Rivera



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

MARcia Stucki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tanya Wenrich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Muzychka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

deanne carroll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Lee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Puckett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Brooks



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Fung



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Abrahamson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Floyd

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Ridgeway



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karl Kernehan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Joslin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwight Briss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Perkins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob  Hannigan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Stoneburner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barb Stoneburner


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paige Ingram

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Rol



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Huser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Kavanaugh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Elman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Uhl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Randall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joe  Pickering  Jr.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DOUGLAS WOODS



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Wood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Rivera



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer D'Andrea



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwight Briss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nadine Duckworth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emma Stuhl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stanley L. Swart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neil Joslin

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Monroe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paige Ingram



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dennis Abrahamson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Emma Stuhl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Tanya Wenrich



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Kildall, Ed. D.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Albar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Randall


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Swank



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Birchall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juanita Garnett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shannon T



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cami Winikoff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia ImMasche



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jasmin Cori



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Allen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RON FRITZ



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glen Wetzel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nadine Duckworth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bob Eugene


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Albar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Rattner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marie  h robinson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Wraight



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Sheahon


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jim Monroe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bethany Lynn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roseanne Rohrer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Mendes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Randall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nerissa Russell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Burgess



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carrie Swank



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Kavanaugh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nagender Kaushik

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Juanita Garnett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tedd Kawakami



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Wraight



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sonia ImMasche



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Birchall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phillip Randall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Timm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia DeLuca



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cas Overton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roseanne Rohrer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nagender Kaushik



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ian Simmons



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Burgess



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bill Ridgeway


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

BL Shinbara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nerissa Russell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janita Byars



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jasmin Cori



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Mendes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Cappa



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Walsh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

marta cramer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Casper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Enser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Raccio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Garcia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Boehm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan  Hancock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Farha



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Sheahon


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Timm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Shay



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sarika arora



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adelheid Pramhas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Saab Lofton



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Alexander



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Kindley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Albert Garcia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norman Walsh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amy Haines



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric J. Arroyo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gregory Fite



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Rothstein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

laura schulz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Kirsh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anita Boehm



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Backlund



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rose Rol



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Baumann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kristin Green



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Schell Ryan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julie Kirsh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chris Casper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Morrissey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Cuttler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Ford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert H. Feuchter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Dowson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Sheila Coxon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Denis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Tartaglia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Katzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisha Doucet



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pamela Yonker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Panayi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angelica Azpurua

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Thiel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

laura schulz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elaine Cuttler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Fleming



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ed Burke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eileen Cohen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Schell Ryan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan  Burt



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carl Sennhenn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Al Daniel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alan Katzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maria Tartaglia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terrance Fleming

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric J. Arroyo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Small



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

BL Shinbara



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy Moore


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Dowson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Turano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert H. Feuchter

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jessica White



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janita Byars



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Debra Courtier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Backlund



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Angelica Azpurua


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph May



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Melin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Mullen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthew Ford



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SARA CROSBY



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Coleman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

ireri bravo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Bossert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. David Barnett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Denis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob West



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Turano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Williams



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Raccio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Fleming



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia DeLuca



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Izenady



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Coleman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emma Spurgin Hussey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele LaPorte



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Stephan  Donovan

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terrell Stephens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Bebe McCarthy

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet Morrissey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alberto  Guzman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joseph Alfano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Putrelo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

SARA CROSBY



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eleanor Weisman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Koch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Catherine Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Voss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Hendel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deborah Mullen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Thiel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph May

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ray McCawley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Joseph Alfano

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

nicholas pasqual



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Mark Tolpin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Izenady



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Putrelo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay Rice



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Gonzalez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwayne Munar

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlene Warkoczewski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Al Daniel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eric Zdilla



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C Koch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Medlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adriano Janezic



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Luchman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Susan L. Grant

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sheila Coxon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roger Kennedy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Shouse



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marvin Woodside



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob West



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy S. Collins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Andrew T. Gold



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dwayne Munar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Ross



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

noreen grassi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne W.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard C. Perl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen  View



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Nolan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joseph Luchman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Schoonover

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judi Weiner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gordon MacAlpine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Voss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerhard Bedding


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ron Melin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jan zanoni



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

noreen grassi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dale Hendel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arleen Barber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Friedman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Mark Tolpin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Gonzalez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Baker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Wiley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellie McGuire



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Raiber


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Judith S Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peggy S. Collins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Seaman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sally Small

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adriano Janezic



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonio Fernandez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

jan zanoni



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marvin Woodside


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Diehl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Urkiel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arleen Barber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marvin Woodside


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Dix



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judi Weiner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gerhard Bedding



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Judith S Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anne W.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Kelley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kyle Hall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ardell Schwilk



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

John Kotarski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Jones



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theodore Brazeau


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard DeFazio



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellie McGuire



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Camille Jackson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JOHN CERVANTES



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mia Hirschel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joel Baker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Antonio Fernandez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gordon MacAlpine



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Boyle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Skip Lyford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sara Lerner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Emma Spurgin Hussey

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Roger Kennedy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Urkiel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen McCullough


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mia Hirschel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Dix



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

glenn embrey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loriel Golden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Skip Lyford

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Wiley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Seaman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maureen McCullough


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Theodore Brazeau



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Wall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Kyle Hall

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Raiber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

christine sell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Alberto  Guzman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia  Whitman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Vanderbrook



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Bordenave


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Colleen Evans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Lindberg



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Ms. Sharon Callahan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Barlow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Arlene L



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Purcell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Connie  Stomper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Jonaitis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Jacob



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Kelley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

martha calvinperez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Janet  Dann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky Breeding



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Teresa Wall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mickie Stewart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mickie Stewart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Alibrandi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Medlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Henry



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Terry Friedman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Warren Robeson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Viornbrock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Knaz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Marie Lahaie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dan Boyle


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Parr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sharon Callahan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Jonaitis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sakari lindhen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yuka Persico



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tom Jacob



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Cooper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Whitman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Becky Breeding



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Fred Bretschger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gary Purcell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Medlin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Smart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michele Andrade



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

martha calvinperez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joann Schlegel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joann Schlegel

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jackie Stewart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Knaz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert MacArthur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brit k



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Wilkie

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

margaret rasmussen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corrine Molling



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Adam Whitman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Szilagyi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Edmondson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Hoffman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Garcia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barbara Fletcher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Wiesendanger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christine Harris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Baskett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Christopher Lanski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Dacia Murphy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Loriel Golden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Wentzel


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Madonna Wojtaszek-Healy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steven Deutsch



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brit k 



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cristina Sanchez


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Betty Viornbrock



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Parr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Grosshans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donette Erdmann


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephen Krokowski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ivan Huber



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nancy Edmondson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Cooper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meaghan Leavitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Mcdermott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Szilagyi

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Rosner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Mary V. Jones-Giampalo



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mari Mennel-Bell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Byron Hathaway


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal Steiner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dacia Murphy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

margaret rasmussen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elliot C Mason



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

sakari lindhen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lois Grosshans



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob  Mosby

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Moran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kimberly Seger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Sivley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Douglas E. Johnston, Jr.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen Freeman Roth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nezka Pfeifer


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J.f. Margos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marla Wyatt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony Rosner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shanti Copeland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Dixon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Stein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Loos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Saundra Aldridge



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dr. Douglas E. Johnston, Jr.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Neal Steiner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meaghan Leavitt

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gustav Sallas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Swedlow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Mcdermott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Steve Sivley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Moran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Jon Hayenga

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Holly Wiesendanger



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ruth Eiseman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beatrice Simmonds



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cristina Sanchez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Gagen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Wilkie

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melissa Sprouse



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Thomas Lemberg

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jill Alibrandi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carole Henry

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michelle Nelson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Crain



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Koko Kittell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pat Lawr



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Kravitz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Beth Wyandt


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shanti Copeland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Hoffman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Hahn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trish Garcia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Bickel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Louise Friedenson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. A Bonvouloir



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Sands



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gustav Sallas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Yvonne Mansell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Janet Drew



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Hahn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Koko Kittell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandra Lane



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Arthur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Arthur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Curt Nicholson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeff Kravitz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Byron Hathaway


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Linda Stein



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Lapointe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathaniel Mudd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joanne Dixon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Watters



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sam Rushforth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Carol Singer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vania Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Firestone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Preston

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

William Anderson


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tracey Sands



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Rosemary D Caolo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dave Lapointe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Traub



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Wanda Crain



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Fletcher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Prentiss



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Paul Maschhoff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

V. Miles



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eckhard Kuhn-Osius



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

maria pagano



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

William Anderson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jon Frank



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Michael Bickel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trent Keller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Vania Black



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie  A



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wanda Ratliff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Koehl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Rosemary D Caolo

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Craig Worrel



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wayne Broadbent



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Gordon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francesca Yates



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathaniel Mudd



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Diehl



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marilyn Preston

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rob Elia



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Rogers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Douglas Firestone



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Martin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Maher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jo Fletcher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim Sunderman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Kreh



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Gordon Sheidler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Doug Herren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Dean



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Timothy McGrail



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Ferguson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Donette Erdmann



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Shull



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francesca Yates



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JL Charrier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Meilani Ostolaza



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Martini



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rebecca Martin


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lasha Wells



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Bess



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Clare Balombin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Theodore Bahn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jack Thomas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Dietz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Steven



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

William Hoffman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Collins


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Evan Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Laurie  A



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanette Copeland

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Stephen Sauter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Claudia Thuring



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Rogers



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip Patino



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Stebner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Kathy Haverkamp



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Acda



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Martini



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DOUGLAS WOODS



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lasha Wells



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Leon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Matthieu Nappèe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mari Mennel-Bell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mario Jakab



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Dean



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Shirley Collins

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sean Stebner



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sandy Imhoff



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Evan Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Schachinger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Judith Dietz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Leon



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julian Madison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Copeland-Snype



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen Steven



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Hardin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Millard Eugene Smith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melodie Huffman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trina Aurin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Dunn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Howard Clark



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Birckhead



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Carter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

York Quillen


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeanette Copeland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joan Shull



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Matthieu Nappèe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T. F.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Jablow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Freeman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Karen Hardin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phil Wagner

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Griesmeyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kalli Kostantinou


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Ian Shelley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael McLeod



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Beamer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

York Quillen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Viola Hernandez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Flores


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Norma Line



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Trina Aurin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Joyce Acda



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Glenn Freeman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Larry Coleman

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aloysius Wald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Birckhead



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Syen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

T. F.



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Barry Anderson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anthony J. Regusis



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melodie Huffman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Lindsey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Sebastian Zielinski



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kim Caulfield



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rick Menendez



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Stout



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Eva Schachinger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev. Ian Shelley


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lydia Kawaler

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Muñoz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chad Ransom



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helmut Mueller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely, Gordon Sheidler

Gordon Sheidler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Taunja Beck



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Bonnie Mc Cune

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mike Griesmeyer

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Davison



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Shoemaker



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aaron Fuller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Butka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Olga Stewart



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lily Bushman-Copp

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jenelle Beckwith



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Haugland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Neely



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Muñoz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mrs. Bonnie Mc Cune



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Thomas



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jeffrey Syen

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Stout



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

JaneAnn Hughes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noel Blythe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Nadreau


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Allen Symonds



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Flores



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Torbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Worley

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cindy Hildebrand



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Politzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rosemary Butka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roxanne Warren



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Lindsey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Rybicki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Helmut Mueller



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Pierce



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Willa O'Connor



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Irene Cooke



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rich Bornfreund



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Allen Symonds



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rev  Colvin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marshall Tuttle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Huffman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michael Lauren DeSarbe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Rybicki



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cheryl A. Villante


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jay Howell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Noel Blythe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K Scott



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Danielle Hutter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ch Burchard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philippe Charrier

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Stephen Greene



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Andrew Politzer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Julia Vetrie



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mindy Leighton-Toth



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Mary Ramos



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

frank dickerson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laurie Haugland


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Rich Bornfreund



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. James Strickler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Leon Johnson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Nadreau



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Duane Patrick



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura  Kaiser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Roxanne Warren


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Rev  Colvin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Collins



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathleen  View



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Reed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

J E Delman


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harvinderjit Saran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Travis Whitney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nan Wed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Clough



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Audrey Ross



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jodi Selene



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura  Kaiser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pauline Haggerty


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
    Kathy  Strasser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Isabel Leonard



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Hartley



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kara Deen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Feder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Gwynn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Clough



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Farenkopf



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Frances Huffman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Harvinderjit Saran



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

gary stillwell



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mr. Thomas Carson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Pauline Haggerty

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Fisher



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jane Schnee



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Reed



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Suzanne Covello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Roma

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stephanie Torbert



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jodi Selene



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Cooper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Douglas Laxier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kelly Peterson

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Comer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nathan Farenkopf



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amalie Duvall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Stevens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Puglisi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lacey Hicks

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Melanie Feder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elizabeth Gwynn



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kalli Kostantinou


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Thryft



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia B. Davenport



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,
Derek Gendvil



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Silvey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amelia Linder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Suzanne Covello

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

james heller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Kara Deen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Mortimer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mary Roma



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Scott Douglas Laxier


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kathie Daviau



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

DALE GRAHAM



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kevin Silvey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Peter Corkey



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Laura Carroll



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Comer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Williamson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

R Stevens



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Etter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Brenda Michaels



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and
the five states of the Gulf Coast continues, I urge you to include strict language in the final
agreement that bars BP from claiming any portion of its settlement costs as a tax
deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not
be left paying the cost of it.

Sincerely,

Judith Phillips



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Kiser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

C. Gribble



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Leigh-Bell

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia B. Davenport

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

frank dickerson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Travis Whitney



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cynthia Power


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Dean Sigler



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen  Stauffer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kay Dahle



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RICHARD SYLVESTER



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brian Wilson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Justin Mortimer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Regina Prince



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patrick  Gray



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

James Sengheiser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ellen  Stauffer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Trinka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Greer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Anna Kiser



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amalie Duvall



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Godmilow



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Brenda Cooper



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

rosemarie k



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Wendy Wakula



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Robert Puglisi



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Richard Benfield



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lisa Vnek



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

K. L. Winder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tim linerud



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

DALE GRAHAM



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Stirpe

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Amelia Linder



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Cyndee Newick


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Lopez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Fleming



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Sara Brydges



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Boshkov

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lynn Boshkov



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Trinka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles Trinka



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

RICHARD SYLVESTER



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Nillissen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles McDonald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Philip  Drumm

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Greer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Poore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Kamori Cattadoris



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Maggie Kohanek

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ms. Katherine Tildes



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lara Ingraham



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Phyllis Miller

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinne Rockstad



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Deb Williamson



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ken and Donna Bubb



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

M Lopez

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Sherry Nillissen



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Victor Troutman



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Charles McDonald



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Daniel Carolan



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jennifer Fleming



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Elisabeth Bezemer



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Nina Cornett



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Kennedy


Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ann Thryft



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Mark Aziz



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Aimee Charbonneau



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jary Stavely

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Jean F Molinari



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Poore

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

John Etter



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

D Stirpe



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Ryan Milholland



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

David Hribar



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Michel Collin



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Tiffany Hayden



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Chloe Barbier



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Francis Henninger

Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Lorraine Kennedy



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Marlene Olveda



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Susan Jolicoeur



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Stacey Wood



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Corinne Rockstad



Loretta Lynch
Department of Justice

Dear Attorney General Lynch:

As the comment period for the consent decree between BP, the Justice Department, and the five states of the Gulf Coast continues, I urge you to include strict language in the final agreement that bars BP from claiming any portion of its settlement costs as a tax deduction.

The tragedy of the Deepwater Horizon must never be repeated and taxpayers should not be left paying the cost of it.

Sincerely,

Patricia Phelps

